James I. Stang (CA Bar No. 94435)
Brittany M. Michael (*Pro Hac Vice pending*)
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
           bmichael@pszjlaw.com
           ggreenwood@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice pending*)
Jesse J. Bair (*Pro Hac Vice pending*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
           jbair@burnsbair.com

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 25-cv-08563-WHO<br><br>**CORPORATE DISCLOSURE STATEMENT OF APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| CENTURY INDEMNITY COMPANY, *et al.*,<br><br>Appellants.<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*,<br><br>Appellees. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Federal Rule of Bankruptcy Procedure 8012, appellee The Official Committee of Unsecured Creditors of the Roman Catholic Archbishop of San Francisco (the "Appellee" or the "Committee") submits the following Disclosure Statement:

**Rule 8012(a) - Parent Corporations for Non-Governmental Corporate Parties**

The Committee consists of nine child sexual abuse survivors appointed by the U.S. Trustee as fiduciaries of the unsecured creditors in the bankruptcy case. The Committee therefore has no parent corporation and no stock for a publicly held corporation to own.

Dated: October 28, 2025            PACHULSKI STANG ZIEHL & JONES LLP

                                   By   */s/ Gail S. Greenwood*
                                        James I. Stang
                                        Brittany M. Michael
                                        Gail S. Greenwood

                                        Counsel for the Official Committee of Unsecured Creditors