PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN No. 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
       mweiss@phrd.com
       mroberts@phrd.com
       baton@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
       jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, *et al.*,<br><br>    Appellants,<br><br>    v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*,<br><br>    Appellees. | Civil Case Nos.<br><br>3:25-cv-08563-WHO (lead case)<br><br>3:25-cv-08566-WHO<br><br>3:25-cv-08568-WHO<br><br>**APPELLANTS' CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION, AND APPALACHIAN INSURANCE COMPANY'S OPENING BRIEF EXHIBITS** |

| ORDER AND OPERATIVE PLEADINGS | | | |
|---|---|---|---|
| ITEM | DKT. NO. | DESCRIPTION | PAGES |
| 1. | 1285 | Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 1-43 |
| 2. | 1287 | Request For Judicial Notice And Supporting Evidence In Support Of Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 44-48 |
| 3. | 1288 | Declaration Of Fr. Patrick Summerhays In Support Of Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 49-51 |
| 4. | 1293 | The Official Committee Of Unsecured Creditors' Joinder To The Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 52-57 |
| 5. | 1302 | Insurers' Objection To Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 58-216 |
| 6. | 1303 | Interstate Insurers' And Appalachian's Joinder To Insurers' Objection To Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 217-219 |
| 7. | 1311 | Debtor's Omnibus Reply To Objection To Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 220-391 |
| 8. | 1315 | The Official Committee Of Unsecured Creditors' Reply In Support Of The Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 392-427 |
| 9. | | 09.02.2025 Docket Text Order | 428 |
| 10. | 1346 | Order Granting Debtor's Motion To Approve Compromise And Stipulation Modifying The Automatic Stay | 429-465 |

| BANKRUPTCY COURT DOCKET ENTRIES | | | |
|---|---|---|---|
| ITEM | DKT. NO. | DESCRIPTION | PAGES |
| 11. | 1 | Chapter 11 Voluntary Petition | 466-475 |
| 12. | 14 | Declaration Of Joseph J. Passarello In Support Of Chapter 11 Petition And Debtor's Emergency Motions | 476-496 |
| 13. | 15 | Declaration Of Paul E. Gaspari In Support Of Chapter 11 Petition And Debtor's Emergency | 497-501 |

| | | Motions | |
|---|---|---|---|
| 14. | 58 | Appointment Of Official Committee Of Unsecured Creditors | 502-503 |
| 15. | 372 | Statement Of Methodology Regarding The Debtor's Schedules Of Assets And Liabilities And Statement Of Financial Affairs | 504-663 |
| 16. | 747 | Order Referring Case To Mediation And Appointing Mediator | 664-672 |
| 17. | 1290 | Vallombrosa Retreat Center's Notice Of Joinder To Motion To Dismiss | 673-675 |
| 18. | 1331 | Notice Of Fully Executed Stipulation By And Among The Roman Catholic Archbishop Of San Francisco, The Official Committee Of Unsecured Creditors, And The Survivor Defendants | 676-709 |
| 19. | 1341 | Notice Of Appeal And Statement Of Election | 710-728 |
| 20. | 1342 | Insurers' Motion For Stay Pending Appeal | 729-741 |
| 21. | 1343 | Joint Notice Of Appeal And Statement Of Election | 742-750 |
| 22. | 1344 | Notice Of Appeal And Statement Of Election | 751-765 |
| 23. | 1363 | The Official Committee Of Unsecured Creditors' Opposition To Insurers' Motion For Stay Pending Appeal | 766-784 |
| 24. | 1368 | Opposition To Insurers' Motion For Stay Pending Appeal | 785-794 |
| 25. | 1375 | Joint Notice Of Appeal And Statement Of Election | 795-839 |
| 26. | 1392 | Order Denying Motion For Stay Pending Appeal | 840-848 |

| **ADVERSARY PROCEEDING DOCKET ENTRIES (Case No. 25-AP-03019)** | | | |
|---|---|---|---|
| **ITEM** | **DKT. NO.** | **DESCRIPTION** | **PAGES** |
| 27. | 1 | Complaint Seeking Declaratory And Injunctive Relief Under Bankruptcy Code Sections 105(a) And 362 That The Automatic Stay Extends To All State Court Cases In Which Debtor Is Named As A Defendant And As To All Cases In Which A Non-Debtor Affiliate Is Named As A Defendant | 849-875 |
| 28. | 7 | Stipulation Permitting The Official Committee Of Unsecured Creditors To Intervene | 876-878 |
| 29. | 8 | Motion For Order Extending Stay To All State Court Cases In Which Debtor And/Or Non- | 879-1022 |

-3-

Appellants' Opening Brief Exhibits                                      Lead Case No. 3:25-cv-08563

| | | Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 105(a) And 362 | |
|---|---|---|---|
| 30. | 13 | The Official Committee Of Unsecured Creditors' Opposition To The Debtor's Motion For An Extension Of The Automatic Stay To All State Court Cases In Which The Debtor And Non-Debtor Affiliates Are Named As Defendants Under Bankruptcy Code Sections 362 And 105(a) | 1023-1051 |
| 31. | 21 | Stipulation By And Among The Roman Catholic Archbishop Of San Francisco, The Official Committee Of Unsecured Creditors, And The Survivor Defendants | 1052-1079 |
| 32. | | Docket Text Entries | 1080-1083 |

Dated: December 2, 2025           **PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
   mweiss@phrd.com
   mroberts@phrd.com
   baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
   jbucheit@phrd.com

**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**

Matthew C. Lovell (SBN 189728)
101 Montgomery Street, Suite 2300
San Francisco, California 94101
Telephone: (415) 745-3779
Facsimile: (415) 745-3771
Email: mlovell@nicolaidesllp.com

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Chicago Insurance Company and Fireman's Fund Insurance Company* |
| 3 | Dated: December 2, 2025 | **PARKER, HUDSON, RAINER & DOBBS LLP** |

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
      mweiss@phrd.com
      mroberts@phrd.com
      baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
      jbucheit@phrd.com

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Blaise S. Curet (SBN 124983)
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Email: bcuret@spcclaw.com

**LAW OFFICE OF ROBIN D. CRAIG**

Robin D. Craig (SBN 130935)
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310
Email: rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

Dated: December 2, 2025     **PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)

|   |   |
|---|---|
| 1 | Matthew G. Roberts (admitted pro hac vice) |
| 2 | Brian C. Aton (SBN 339266)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308 |
| 3 | Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409 |
| 4 | Email: hwinsberg@phrd.com |
| 5 |       mweiss@phrd.com<br>      mroberts@phrd.com |
| 6 |       baton@phrd.com |

Roberts / Aton block:

Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
     mweiss@phrd.com
     mroberts@phrd.com
     baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
     jbucheit@phrd.com

**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email:    clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice*)
Taylore E. Karpa Schollard (admitted *pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone:  (617) 267-2300
Facsimile:   (617) 267-8288
Email: mdalelio@robinskaplan.com
     tkarpa@robinskaplan.com

*Attorneys for Appalachian Insurance Company*