PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Brian C. Aton (SBN No. 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
       mweiss@phrd.com
       mroberts@phrd.com
       baton@phrd.com

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
       jbucheit@phrd.com

*Attorneys for Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, *et al.*,<br><br>　　　　　Appellants,<br><br>　　　v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Appellees. | Civil Case Nos.<br><br>3:25-cv-08563-WHO (lead case)<br><br>3:25-cv-08566-WHO<br><br>3:25-cv-08568-WHO<br><br>**APPELLANTS' CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION, AND APPALACHIAN INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Federal Rule of Evidence 201, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Company f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company (collectively, the "Appellants") respectfully request that the Court take judicial notice of the following documents filed in the case captioned *Interstate Fire & Casualty Co. and National Surety Corp. v. The Roman Catholic Bishop of Sacramento*, United States District Court for the Eastern District of California (the "Sacramento District Court"), No. 2:25-cv-02262-WBS: (1) the *Memorandum And Order Re: Appellee's Motion to Dismiss Appeal* entered on October 30, 2025 at Docket No. 51 (the "Sacramento District Court Order"); and (2) the *Transcript of Proceedings Before the Honorable William B. Shubb, Senior United States District Judge (October 27, 2025)* entered on November 13, 2025 at Docket No. 59 (the "Sacramento District Court Transcript"). A true and correct copy of the *Sacramento* District Court Order is attached hereto as **Exhibit A**, and a true and correct copy of the *Sacramento* District Court Transcript is attached hereto as **Exhibit B**.

Under Rule 201 of the Federal Rules of Evidence, a court may take judicial notice of a fact that is "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." FED. R. EVID. 201(b)(2). Appellate courts have the same power as trial courts to take judicial notice of a matter properly subject to such notice. *E.g., Bryant v. Carleson*, 444 F.2d 353, 357 (9th Cir. 1971); *Lowry v.*

*Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003); *Pappas v. Bank of America 401(k) Plan*, 526 F. App'x 785, 790 (9th Cir. May 28, 2013).  While no specific bankruptcy court or district court rule addresses requests for judicial notice in the context of appeals, the Ninth Circuit's Advisory Committee Note to Circuit Rule 27-1 provides that requests filed during an appeal "are retained for review."  Circuit Advisory Committee Note to Circuit Rule 27-1.  "The parties may refer to the materials the request addresses with the understanding that the Court may strike such references and related arguments if it declines to grant the request." *Id.*

The *Sacramento* District Court Order and the *Sacramento* District Court Transcript are the proper subjects for judicial notice because courts may take judicial notice of matters of record in other proceedings, "both within and without the federal judicial system." *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002) (quotation omitted).  Both the *Sacramento* District Court Order and the *Sacramento* District Court Transcript were entered or produced, respectively, after the Appellants' appeals were noticed and may affect the Court's consideration of the various issues presented herein.  *Bryant v. Carleson*, 444 F.2d at 357.  The *Sacramento* District Court Order details the *Sacramento* District Court's analysis and resolution of a stipulation that is nearly identical to the stipulation filed in this case.  Additionally, the *Sacramento* District Court Transcript includes discussion from the *Sacramento* District Court that illustrates the *Sacramento* District Court's reasoning for the entry of the *Sacramento* District Court Order.

1    WHEREFORE, based on the foregoing, the Appellants respectfully request

2
     that the Court take judicial notice of the above-listed documents.
3

4

5
     Dated: December 2, 2025          **PARKER, HUDSON, RAINER & DOBBS LLP**
6
                                      */s/ Harris B. Winsberg*
7                                     By: Harris B. Winsberg (admitted pro hac vice)
                                      Matthew M. Weiss (admitted pro hac vice)
8                                     Matthew G. Roberts (admitted pro hac vice)
                                      Brian C. Aton (SBN 339266)
9                                     303 Peachtree Street NE, Suite 3600
                                      Atlanta, GA 30308
10                                    Telephone: (404) 523-5300
                                      Facsimile: (404) 522-8409
11                                    Email: hwinsberg@phrd.com
                                              mweiss@phrd.com
12                                            mroberts@phrd.com
                                              baton@phrd.com
13
                                      -and-
14
                                      Todd C. Jacobs (admitted pro hac vice)
15                                    John E. Bucheit (admitted pro hac vice)
                                      Two N. Riverside Plaza, Suite 1850
16                                    Chicago, Illinois 60606
                                      Telephone: (312) 477-3305
17                                    Email: tjacobs@phrd.com
                                              jbucheit@phrd.com
18
                                      **NICOLAIDES FINK THORPE**
19                                    **MICHAELIDES SULLIVAN LLP**

20                                    Matthew C. Lovell (SBN 189728)
                                      101 Montgomery Street, Suite 2300
21                                    San Francisco, California 94101
                                      Telephone: (415) 745-3779
22                                    Facsimile: (415) 745-3771
                                      Email: mlovell@nicolaidesllp.com
23
                                      *Attorneys for Chicago Insurance Company and*
24                                    *Fireman's Fund Insurance Company*

25
     Dated: December 2, 2025          **PARKER, HUDSON, RAINER & DOBBS LLP**
26
                                      */s/ Harris B. Winsberg*
27                                    By: Harris B. Winsberg (admitted pro hac vice)
                                      Matthew M. Weiss (admitted pro hac vice)
28                                    Matthew G. Roberts (admitted pro hac vice)
                                      Brian C. Aton (SBN 339266)

303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
        mweiss@phrd.com
        mroberts@phrd.com
        baton@phrd.com

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
        jbucheit@phrd.com

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Blaise S. Curet (SBN 124983)
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Email: bcuret@spcclaw.com

**LAW OFFICE OF ROBIN D. CRAIG**

Robin D. Craig (SBN 130935)
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone: (510) 549-3310
Email: rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

Dated: December 2, 2025    **PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Harris B. Winsberg*
By: Harris B. Winsberg (admitted pro hac vice)
Matthew M. Weiss (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Brian C. Aton (SBN 339266)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
        mweiss@phrd.com
        mroberts@phrd.com
        baton@phrd.com

-5-

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
        jbucheit@phrd.com

**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile:  (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice*)
Taylore E. Karpa Schollard (admitted *pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone:  (617) 267-2300
Facsimile:   (617) 267-8288
Email: mdalelio@robinskaplan.com
        tkarpa@robinskaplan.com

*Attorneys for Appalachian Insurance Company*

Case No. 3:25-CV-08563-WHO                    Appellants' Request for Judicial Notice