Paul J. Pascuzzi, SBN 148810
Jason E. Rios, SBN 190086
Thomas R. Phinney, SBN 159435
Mikayla E. Kutsuris, SBN 339777
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Barron L. Weinstein, SBN 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email: barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
(*Pro Hac Vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Century Indemnity Company, *et al.*,

Appellants,

v.

The Roman Catholic Archbishop of San Francisco, *et al.*,

Appellees.

Case Nos.
3:25-cv-08563-WHO (lead case)
3:25-cv-08566-WHO
3:25-cv-08568-WHO

**APPELLEE THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S APPENDIX IN RESPONSE TO APPELLANTS' OPENING BRIEF**

**TABLE OF CONTENTS**

**APPENDIX**

| ECF No. | Document | Pages/Bates No |
|---|---|---|
| 1138 | Memorandum Decision on Motion for Relief from Stay | R0001-R0010 |
| 1139 | Order Granting in Part Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation | R0011-R0012 |
| 13 | Debtor's Emergency Motion for Interim and Final Orders Authorizing the Debtor to (1) Pay Certain Prepetition Invoices for Abuse Survivors' Assistance and Safe Environment Programs, and (2) Continue its Prepetition Practice of Paying for Abuse Survivors' Assistance and Safe Environment Programs | R0013-R0032 |
| 817 | Debtor's Fourth Motion for Order Extending Exclusivity Periods [11 U.S.C. § 1121(d)] | R0033-R0047 |
| 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants | R0048-R0050 |
| 9 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Names as Defendants Under Bankruptcy Code Sections 105(a) and 362 | R0051-R0054 |
| 10 | Certificate of Service | R0055-R0057 |
| 12 | Certificate of Service | R0058-R0061 |
| 14 | Declaration of Jesse J. Bair in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's motion for an Extension of the Automatic Stay to all State Court Cases in which the Debtor and Non-Debtor Affiliates are Names as Defendants Under Bankruptcy Code Sections 362 and 105(a) | R0062-R0064 |

| | | |
|---|---|---|
| 15 | Request for Judicial Notice in Support of the Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay | R0065-R0088 |
| 17 | Stipulation Staying State Court Litigation Against High School Defendants | R0089-R0101 |
| 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants | R0102-R0104 |
| 18 | Reply in Support of Motion for Order Extending Stay to all State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Names as Defendants under Bankruptcy Code Sections 105(a) and 362 | R0105-R0122 |
| 1286 | Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay | R0123-R0126 |
| 9 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 | R0127-R0130 |
| 1371 | Notice of Appeal and Statement of Election (Protective Supplement to Previous Notice of Appeal) | R0131-R0178 |
| 1342 | Insurer's Motion for Stay Pending Appeal | R0179-R0191 |
| 1409 | Monthly Operating Report for Month Ending 9.30.2025 | R0192-R0203 |
| 1409-1 | Exhibits to Monthly Operating Report | R0204-R0795 |
| 1301 | Monthly Operating Report for Month Ending 7.31.2025 | R0796-R0807 |
| 1301-1 | Exhibits to Monthly Operating Report | R0808-R1391 |

| | | |
|---|---|---|
| 1312 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay | R1392-R1393 |
| 1312-1 & 1312-2 | Exhibits to Declaration of Paul J. Pascuzzi | R1394-R1550 |
| 1325 | Certificate of Service | R1551-R1557 |
| 1325 | Certificate of Service | R1558-R1563 |
| 1305 | Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay | R1564-R1581 |
| 1292 | Certificate of Service | R1582-R1589 |
| 16 | Certificate of Service | R1590-R1593 |
| 20 | Certificate of Service | R1594-R1596 |
| 1356 | Monthly Operating Report | R1597-R1608 |
| 1356-1 | Exhibits to Monthly Operating Report | R1609-R2221 |
| 11 | Order Approving Stipulation | R2222-R2223 |
| 22 | Notice of Amended Exhibit B to Stipulation | R2224-R2236 |
| 24 | Certificate of Service | R2237-R2242 |
| 25 | Notice of Fully Executed Stipulation by and among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants | R2243-R2276 |
| 27 | Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay | R2277-R2292 |

| 28 | Certificate of Service | R2293-R2301 |
|---|---|---|

Respectfully submitted,

Dated: January 6, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Attorneys for The Roman Catholic Archbishop of San Francisco

Entered on Docket
April 10, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 10, 2025

DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bankruptcy Case No. 23-30564-DM |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | ) | Chapter 11 |
| Debtor. | ) | |

**MEMORANDUM DECISION ON MOTION FOR RELIEF FROM STAY**

## I. INTRODUCTION

On March 27, 2025, the court heard *The Official Committee Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation* ("Motion") (Dkt. 1015); the *Debtor's Opposition to the Official Committee Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation* ("Opposition") (Dkt. 1083); *Certain Insurers' Objection to the Official Committee Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to*

*Pursue State Court Litigation* ("Objection") (Dkt. 1081); and *The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation* (Dkt. 1097). Appearances are noted on the record.

For the reasons that follow, the court will grant the Motion in part and will overrule the Opposition and the Objection.

## II. BACKGROUND

Prior to bankruptcy, the Debtor and other California based dioceses and Catholic entities were parties to a matter pending in the Superior Court of California, County of Alameda, entitled *In re Northern California Clergy Cases*, JCCP No. 5108 ("Coordinated Proceedings"). On December 5, 2022, the court in the Coordinated Proceedings identified five cases described as "Bellwether Cases" for trial. Two of those cases (the "Trial Cases") are pending against Debtor (and no other defendant) in San Francisco Superior Court. The Trial Cases were days away from trial when Debtor filed its Chapter 11 case on August 21, 2023.

Now, almost twenty months into this Chapter 11 case, the Official Committee of Unsecured Creditors ("OCC") filed the Motion to obtain relief from the automatic stay to permit the Trial Cases to proceed to trial. Debtor and certain insurers ("Insurers") opposed that Motion. No party has questioned the standing of the OCC to act on behalf of the individual plaintiffs in the Trial Cases; no party has questioned the standing of the Insurers to file the Objection. For that

reason, the court will not question the standing of either the OCC or the Insurers and will proceed to address the merits of the Motion as presented.

As is well established by case law and bankruptcy practice, motions for relief from stay generally turn on case specifics and are decided through the court's exercise of broad discretion. Bankruptcy courts routinely consider the so-called "*Curtis*" factors in deciding to grant or deny such requests.[1] There are twelve *Curtis* factors, and some applicable factors will be considered briefly.[2] The most important factors that apply here will be discussed in more detail.

---

[1] *In re Curtis*, 40 B.R. 795 (Bankr. D. Utah 1984).

[2] The *Curtis* factors are:

(1) Whether the relief will result in a partial or complete resolution of the issues

(2) The lack of any connection with or interference with the bankruptcy case;

(3) Whether the foreign proceeding involves the debtor as a fiduciary;

(4) Whether a specialized tribunal has been established to hear the particular cause of action and that tribunal has the expertise to hear such cases;

(5) Whether the debtor's insurance carrier has assumed full financial responsibility for defending the litigation;

(6) Whether the action essentially involves third parties, and the debtor only functions as a bailee o or conduit for the goods or proceeds in question;

(7) Whether litigation in another forum would prejudice the interests of other creditors, the creditors' committee, or other parties;

(8) Whether the judgment claim arising from the foreign action is subject to equitable subordination under Section 510(c);

## III. DISCUSSION

### A. Less Persuasive *Curtis* Factors

Factor 5 questions whether the debtor's insurance carrier(s) has assumed full financial responsibility for defending the litigation. Here, although the record is not completely clear, that factor weighs in favor of granting the Motion.

Next, Factor 7 asks whether litigation elsewhere will prejudice the interests of other creditors, the OCC or other interested parties. In a complex Chapter 11 reorganization where full payment by a debtor, with or without assistance of insurance, is highly unlikely, and others may be adversely impacted, denying such a motion would be appropriate. The present record, with no reason to suspect that allowed claims will not be paid in full, together with the active involvement of the OCC in bringing the Motion, supports granting the Motion. Added to that, the Trial Cases involve just two of hundreds of pending similar cases against the Debtor, so results there

---

(9) Whether movant's success in the foreign proceeding would result in a judicial lien avoidable by the debtor under Section 522(f);

(10) The interest of judicial economy and the expeditious and economical determination of litigation for the parties;

(11) Whether the foreign proceedings have progressed to the point where the parties are prepared for trial;

(12) The impact of the stay on the parties and the 'balance of hurt'

*Id.* at 799-800. The third, fourth, sixth, eight, and ninth factors have no application to this case and will not be addressed.

following jury trials may help facilitate a global resolution. This factor again weighs in favor of granting the Motion.

Factor 10 looks to the interest of judicial economy and expeditious and economical determination of litigation. Because the Trial Cases involve personal injury matters, 28 U.S.C. § 157(b)(5) precludes this court from deciding the Motion and thus a California Superior Court, or perhaps a United States District Court, is a more suitable forum. This factor also weighs in favor of granting the Motion.

Factor 11 looks to whether the matter is ready for trial. The comments of OCC counsel strongly indicated at the hearing that trial before a jury for the two plaintiffs in the Trial Cases is perhaps only weeks away. That factor clearly weighs in favor of granting the Motion.

**B. Significant Curtis Factors**

It is inefficient separately to analyze and discuss the first, second, and last Curtis factors: whether relief from stay will result in partial or complete resolution of the issues; lack of interference with the bankruptcy case; and balance of hurt. The court will consider the first two factors in tandem, then apply them to assess the final one.

To begin, the court rejects the argument of the Debtor and the Insurers that no new data points are needed regarding the accused perpetrator. Though the court understands that the parties use the term “data point” to describe the outcome of a jury trial, the court emphasizes that the two plaintiffs themselves (along with other Survivor Claimants) are not data points. They are aging survivors of clergy abuse, with stories

that are both unique to themselves and similar to other survivors.

Letting two cases go to trial involving wrongful conduct committed decades ago by a long-deceased perpetrator, whose similar conduct resulted in two substantial judgments against the Debtor in previous decades, will not result in a complete resolution of issues in this bankruptcy. Verdicts in favor of those two plaintiffs will not resolve everything for them, since relief would only be to obtain and defend judgments, but not to collect on them except perhaps from the Insurers. But the insights provided from trying these cases, even if the outcome is a partial resolution for the two plaintiffs, will move the entire case toward, and not away from, a global resolution of these abuse cases.

Nor will trial of these cases, as Debtor contends, interfere with the main bankruptcy case. Despite the protests of both the Debtor and Insurers that allowing the Trial Cases to proceed will interfere with Debtor's mediation and reorganization efforts, neither have provided anything but responses without specifics to support their contention. The court is well-aware of the moving parts of any complex corporate reorganization, whether it be a massive public utility, a law firm, a tech company or a religious organization. The Debtor is not a small, understaffed business. It has its own panoply of active components engaged in a variety of schools, churches, charitable activities, administrative tasks, and religious functions, and more. This work is aided by many employees, one of whom is its general counsel. It has also engaged a

substantial number of outside attorneys and other professionals to deal with insurance, real estate, litigation, bankruptcy and other related matters. It can defend two long standing lawsuits, manage several hundred more (protected by the automatic stay) and move forward on its mediation and reorganization efforts at the same time. If the Archbishop personally, or any senior member of his staff, or any of his outside counsel, wish or need to attend sessions of the Trial Cases that conflict with a mediation session, or vice versa, the court is confident that either the mediators or the presiding superior court judge will accommodate them

In this court's experience as both a trial judge and as an occasional mediator, the actual conflicts between such parallel actions are more imagined than real. This case is no different. These two factors weigh in favor of granting the Motion.

**C. Pending Mediation**

Before completing the assessment of the *Curtis* factors, it is necessary to look to one other important factor not explicitly found on the *Curtis* list. Mediation is now a regular part of the bankruptcy landscape for many large-scale tort-related bankruptcies. All parties have mentioned the numerous clergy-abuse cases around the country that have turned to mediation. This case is no exception. While ongoing mediation may be wrapped into one or multiple *Curtis* factors, the court feels that is a significant process that merits its own consideration when weighing a related motion for relief from stay.

This court has appointed the mediators, with the concurrence of the Debtor, the OCC, the Insurers and others. It has been and remains impressed by the mediators' experience and efforts in carrying out their assignment. It knows of several sessions that have occurred and several that are scheduled in coming days. The OCC says not enough progress is being made and relief from stay will encourage all parties to mediate in a more serious and meaningful manner. The Debtor and the Insurers say things are early in the process and on track. Somewhere in between is probably the case.

This court will not speak to the mediators. They know how to declare an impasse and they have not. The fact that they have scheduled more mediation is in this court's mind a good sign, not a bad one. This factor, which the court terms the progress of mediation, weighs in favor of denying the Motion at this time.

**IV. BALANCE OF HARM**

The twelfth *Curtis* factor, the impact of the stay and balance of harm, is the driving factor of the court's ultimate decision. It is more properly thought of as a summation of all the considerations taken together and leading to the proper conclusion. The court concludes that more good than harm will be achieved, more progress forward than retreat backward or status quo will be the case, by granting the Motion but delaying the effectiveness of that grant for a short period. This will permit if not encourage the parties and the mediators to have a meaningful impact on the case. Both the OCC's citations to other bankruptcies that have progressed after relief from stay

has been lifted (and others that have languished where no stay relief was granted) and the court's own experience lead the court to this decision.

**V. <u>CONCLUSION</u>**

Having considered all of the applicable factors, and weighing the interest of the parties and the potential for harm on both sides, the court exercises its discretion and will grant the Motion, effective June 30, 2025. This brief pause is to allow more time for ongoing mediation, potentially to achieve a global resolution of matters that would render adjudication of the Trial Cases unnecessary. After that, all sides will need to attend to both the trials and the mediation.

Concurrent with this Memorandum Decision, the court is issuing an order granting the Motion and permitting the Trial Cases to proceed without regard to and free of the automatic stay, effective as of June 30, 2025.

**END OF MEMORANDUM DECISION**

COURT SERVICE LIST

ECF Recipients

-10-

R0010

Entered on Docket
April 10, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 10, 2025

DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Bankruptcy Case No. 23-30564-DM<br><br>Chapter 11 |

**ORDER GRANTING IN PART CERTAIN TRIAL-READY SURVIVORS RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT LITIGATION**

Based upon the court's *Memorandum Decision on Motion for Relief from Stay* issued concurrently herewith, IT IS HEREBY ORDERED that the Official Committee Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation (Dkt. 1015) is GRANTED IN PART. The Debtor's Opposition and Certain Insurers' Objection are OVERRULED. Trial Cases[1] are permitted to proceed without regard to and free of the automatic stay, effective as of June 30, 2025.

**END OF ORDER**

[1] Capitalized terms have the meanings set forth in the Memorandum Decision.

COURT SERVICE LIST

ECF Recipients

-2-

R0012

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Proposed Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO (1) PAY CERTAIN PREPETITION INVOICES FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS, AND (2) CONTINUE ITS PREPETITION PRACTICE OF PAYING FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS**<br><br>Date: August 24, 2023<br>Time: 1:30 p.m.<br>Via ZoomGov<br><br>Judge: Hon. Dennis Montali |

# TABLE OF CONTENTS

Page

I. INTRODUCTION ........ 1

II. JURISDICTION ........ 2

III. BACKGROUND ........ 2

A. General Background ........ 2

B. Diocesan Mission Programs ........ 5

1. Abuse Survivors' Assistance ........ 5

2. Safe Environment Programs ........ 6

IV. RELIEF REQUESTED ........ 8

V. BASIS FOR RELIEF ........ 8

A. Prepetition Abuse Survivors' Assistance and Safe Environment Programs ........ 9

B. The Postpetition Abuse Survivors' Assistance and Safe Environment Programs ........ 11

C. Basis for Relief Under Bankruptcy Rule 6003(b) ........ 12

D. Basis for Waiver of Bankruptcy Rule 6004(h) ........ 12

VI. RESERVATION OF RIGHTS ........ 12

VII. NOTICE ........ 13

VIII. CONCLUSION ........ 14

TABLE OF AUTHORITIES

Page(s)

Cases

*In re Archdiocese of Milwaukee*
No. 11-20059 (SVK) (Bankr. E.D. Wis. Apr. 18, 2011) ........ 8

*In re B & W Enters., Inc.*
713 F.2d 534 (9th Cir. 1983) ........ 10

*Burchinol v. Cent. Wash. Bank (In re Adam's Apple, Inc.)*
829 F.2d 1484 (9th Cir. 1987) ........ 9, 10

*In re Columbia Gas Sys., Inc.*
171 B.R. 189 (Bankr. D. Del. 1994) ........ 9

*In re Gulf Air*
112 B.R. 152 (Bankr. W.D. La. 1989) ........ 10

*In re Just for Feet, Inc.*
242 B.R. 821 (Bankr. D. Del. 1999) ........ 10

*In re Lionel Corp.*
722 F. 2d 1063 (2d Cir. 1983) ........ 11

*In re Penn Cent. Transp. Co.*
467 F.2d 100 (3d Cir. 1972) ........ 9

*In re The Roman Catholic Bishop of Oakland*
No. 23-40523 (Bankr. N.D. CA June 22, 2023) ........ 8

*In re The Roman Catholic Church of the Archdiocese of New Orleans*
No. 20-10846 (MSG) (Bankr. E.D. La. June 15, 2020) ........ 8

*In re The Roman Catholic Diocese of Rockville Centre, New York*
No. 20-12345 (SCC) (Bankr. S.D.N.Y. Oct. 16, 2020) ........ 8

Statutes

U.S.C. 11 § 105 ........ 1, 8

U.S.C. 11 § 363 ........ 8

U.S.C. 11 § 363(b) ........ 1, 2, 11

11 U.S.C. § 105(a) ........ 2, 9

11 U.S.C. § 363(b)(1) ........ 11

11 U.S.C. § 363(c) .... 11

11 U.S.C. § 363(c)(1) .... 11

11 U.S.C. § 365 .... 12

28 U.S.C. § 157(b) .... 2

28 U.S.C. § 1408 .... 2

28 U.S.C. § 1409 .... 2

42 U.S.C. §§ 2000bb-2000bb-4 .... 13

CA Corp. Code §§ 10000-10015 .... 13

CCL .... 12

Other Authorities

California Assembly Bill No. 218 .... 3

Constitution of the State of California .... 12

Fed. R. Bankr. P. 2002 .... 13

Fed. R. Bankr. P. 6003 .... 2, 12

Fed. R. Bankr. P. 6003(b) .... 12

Fed. R. Bankr. P. 6004 .... 2

Fed. R. Bankr. P. 6004(h) .... 12

Fed. R. Bankr. P. 9013 .... 1, 8

Fed. R. Bankr. P. 9014 .... 1, 8

United States Constitution First Amendment .... 12

The Roman Catholic Archbishop of San Francisco ("RCASF" or "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby moves this Court (the "Motion"), pursuant to sections 105 and 363(b) of title 11 of the United States Code (the Bankruptcy Code")[1] and Rules 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of interim and final orders, authorizing the Debtor (i) to pay certain prepetition invoices for abuse survivors' assistance and safe environment programs, and (ii) to continue to pay certain invoices for such programs in the ordinary course of its business.

This Motion is based on the within memorandum of points and authorities, the notice of hearing on first day motions filed by the Debtor, the *Declaration of Joseph J. Passarello in Support of Petition and First Day Motions* ("Passarello Background Decl."), the *Declaration of Deacon Fuad "Fred" Totah* in support of this Motion ("Totah Decl."), the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions* ("Gaspari Decl.") filed concurrently herewith and incorporated in this Motion by reference and upon such oral and documentary evidence as may be presented at the hearing on the Abuse Survivor Assistance Motion. The Debtor's proposed form order granting the relief requested in this Motion on an interim basis (the "Interim Order") is attached hereto as Exhibit 1.

## I.

## INTRODUCTION

1. The Debtor has an established process for survivors of clergy abuse to have access to trained professionals who can help them address their trauma. To support these survivors, among other things, the Debtor pays for the survivors' counseling with licensed therapists.

2. In addition, the Debtor has implemented safe environment programs to prevent the future occurrence of sexual abuse by clergy or others affiliated with the Debtor. These safe environment programs involve, among other things, strict education and training protocols for all

[1] Unless otherwise indicated, all section references in this Motion shall be to the Bankruptcy Code.

who minister or volunteer within the Archdiocese and mandatory fingerprinting and background checks for employees, clergy, and volunteers who have direct contact with children.

3. These programs are meant to serve those affected by historical clergy sexual abuse and to prevent future abuse. They must continue uninterrupted during this Bankruptcy Case. It is therefore necessary and appropriate to authorize the Debtor to pay any outstanding prepetition balances due and owing for these programs and to continue to fund these programs on a postpetition basis in the ordinary course of business.

## II.

## JURISDICTION

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b), the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order No. 24 (N.D. Cal.), and Local Rule of Bankruptcy Procedure for the Northern District of California 5011-1(a) (the "Bankruptcy Local Rules"). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The legal bases for the relief requested in this Motion are sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004.

## III.

## BACKGROUND

### A. General Background

6. On August 21, 2023 (the "Petition Date"), the RCASF commenced this Bankruptcy Case. The RCASF filed the Bankruptcy Case to reorganize its financial affairs pursuant to a plan of reorganization that will, among other things, fairly, justly, and equitably compensate survivors of sexual abuse by clergy or others associated with the RCASF and bring healing to survivors, parishioners and others affected by past acts of sexual abuse. The RCASF requires the bankruptcy court's protection and the protection of the bankruptcy laws to make fair and equitable payment on all of the claims against it, including the claims by survivors of abuse, trade creditors, and others, while continuing its ministries and the support it offers to Catholic parishes and communities. Additional detailed background information on the RCASF can be found in the Passarello

Background Decl. and the Gaspari Decl.[2]

7. In each diocesan bankruptcy where a plan of reorganization has been confirmed, the plan confirmed by the bankruptcy court was a pot plan negotiated through extensive mediation by and among the interested parties in the Bankruptcy Case, after exchanging information with statutory and/or other committees appointed by the Office of the United States Trustee (the "U.S. Trustee") in those cases, which mediations settled disputes over what constituted property of the bankruptcy estate and provided for a settlement of the claims of abuse survivors. The RCASF intends to negotiate a pot plan of reorganization as early as possible which will: (a) allocate the RCASF's remaining assets fairly among the legitimate competing interests for such property; (b) provide a process to fully, fairly and expeditiously liquidate claims of abuse survivors; and (c) permit the RCASF to carry on the RCASF's essential ministries and services so the RCASF can continue to meet the needs of the Non-Debtor Catholic Entities, parishioners, and others who rely on the RCASF's ministry, education, and charitable outreach.

8. In the State of California, there have been two "open window" periods allowing individuals to bring claims under civil law for childhood sexual abuse which otherwise were barred because the statute of limitations (prescription) had expired. In 2002, the California Legislature enacted a new statute to permit certain expired civil claims of childhood sexual abuse against not only the perpetrators but also against third-party defendants (like the Debtor) for a one-year period starting January 1, 2003 (the "First Legislation"). While no amount of money can adequately compensate a survivor for the harms she or he has suffered, the RCASF and its insurers, collectively, have paid more than $70 million over the past 20 years to survivors, either directly or by funding group settlement funds, to fulfill the RCASF's responsibility for the abuse of minors by a diocesan clergy.[3]

9. On October 13, 2019, Governor Gavin Newsom signed into law California Assembly Bill No. 218 ("AB 218"). AB 218 again expanded the statute of limitations for individuals to file

[2] Capitalized terms not otherwise defined in this Motion shall have the same meanings ascribed to them in the Passarello Background Decl., the Passarello Decl., and the Gaspari Decl.

civil lawsuits for childhood sexual abuse. This allowed certain individuals to bring what had been time-barred claims against individuals and entities for such claims through and including December 31, 2022. As of the Petition Date, there were approximately 537 separate, active lawsuits or mediation demands pending against the Debtor filed by plaintiffs alleging sexual abuse by clergy or others associated with the Debtor.[4]

10.    Addressing the needs of survivors of clergy sexual abuse, and the protection of children, have long been priorities of the Debtor. The RCASF maintains an Independent Review Board to assist the Archbishop in reviewing and handling allegations of sexual abuse by persons acting in the name of the Catholic Church. Its five lay members (including a survivor of clergy sexual abuse, two doctors, a psychologist, and a retired law enforcement officer), the Archbishop and three clergy members, and other RCASF representatives meet quarterly, or more frequently as needed, to assess allegations and make recommendations on the handling of those allegations of sexual abuse of children by clergy. This consultative body is critical to the Debtor's work to address crimes against children and minors. The Independent Review Board works with the Archbishop to analyze and properly respond to claims so credibility can be determined and acted upon in the best interest of the survivor. Totah Decl., at ¶ 4.

11.    Since October 2017, the Debtor has required safe environment trainings using an online synchronous platform provided by The National Catholic Risk Retention Group known as Virtus, an international leader in abuse awareness training, for all adults – whether volunteer or employed – who serve in the Archdiocese. Prior to October 2017 the Debtor provided safe environment programs through a different third-party provider. Processes have been put in place to refer anyone with claims regarding clergy sexual abuse to law enforcement, Child Protective Services as appropriate, and the Survivor Assistance Coordinator for assistance. Totah Decl., at ¶ 5.

12.    In addition, the Debtor has local administrators at every Parish and School who monitor safe environment compliance and conditions. Totah Decl., at ¶ 6.

---

[4] It is the Debtor's understanding that there is a backlog associated with the processing of these cases in the Clerk's Office for Alameda County, and it is possible that other timely filed claims will be processed after the filing of this Bankruptcy Case of which the Debtor is not currently aware.

**B. Diocesan Mission Programs**

13. Supporting the needs of survivors of sexual abuse and protecting children have long been priorities of the Debtor. In that spirit, the Debtor offers (i) counseling, treatment, and programming for those who both claim to have been and have been credibly found to be survivors of abuse by members of the clergy (collectively, the "Abuse Survivors' Assistance"), and (ii) safe environment scanning, training and classes for prevention. These programs (collectively, the "Safe Environment Programs") are important and necessary to the Debtor's ongoing obligations, including its moral and ethical responsibility to support abuse survivors in the San Francisco Bay Area. Totah Decl., at ¶ 7.

**1. *Abuse Survivors' Assistance***

14. Since at least 2002, the Debtor has provided care and compensation to survivors of abuse by clergy. Broadly, the Debtor pays for survivors to receive psychological counseling and related medical treatment, including medications where appropriate as part of the Abuse Survivors' Assistance. Totah Decl., at ¶ 8.

15. The Debtor also employs a representative (the "Survivor Assistance Coordinator") to oversee the administration of the Abuse Survivors' Assistance and to ensure that the aims of the Abuse Survivors' Assistance programs are met and that the programs' needs are satisfied.[5] Abuse Survivors' Assistance is available for up to three months to any requesting individual who makes an allegation of abuse by clergy or non-clergy affiliated with the Debtor. In some cases, the Debtor makes these Abuse Survivors' Assistance programs available to family members who have been affected by the abuse of a loved one. Individuals who make substantiated claims of abuse are eligible for up to one year of Abuse Survivors' Assistance. After one year, such individuals in San Francisco, San Mateo, and Marin Counties may be eligible for continued wellness programs and Abuse Survivors' Assistance. Totah Decl., at ¶ 9.

---

[5] Any compensation that may be paid to the Survivor Assistance Coordinator is included in the relief set forth in the *Motion for Authority to Pay Prepetition Wages, Salaries and Employee Expenses, to Pay Accrued Employee Benefits and Taxes, and Directing Banks to Honor Payroll and Expense Checks* (the "Payroll Motion"), filed contemporaneously herewith.

16. Abuse Survivors' Assistance is administered by psychologists, psychiatrists, licensed clinical social workers, and licensed marriage and family therapists selected by the recipient (each a "Counselor"). Before engaging a Counselor, the Debtor requires the Counselor to provide evidence that he or she is a state-licensed mental health professional with at least a master's degree in a relevant field. The Debtor recommends Counselors who have a background in trauma therapy. The Counselors are not employed by, or otherwise affiliated with, the Debtor. Totah Decl., at ¶ 10.

17. Counselors generally invoice the Debtor on a monthly basis. The Debtor pays the Counselors directly and in arrears. Some Counselors do not invoice the Debtor until well after they have performed services. Depending on a Counselor's billing practices, there can be a delay of up to three months between the date of service and payment to the Counselor. Totah Decl., at ¶ 11.

18. The Debtor requests updates from the Counselors on the goals of the therapy and the progress toward those goals when survivors are comfortable with the Counselors providing such reporting. Totah Decl., at ¶ 12.

19. As part of Abuse Survivors' Assistance, the Debtor reimburses the cost of medications and medication management services for recipients of Abuse Survivors' Assistance who require medication as a result of abuse. Other costs of Abuse Survivors' Assistance include, for example, renting space at neutral locations for individual and group therapy sessions for survivors and their families, and advertising the existence and accessibility of Abuse Survivors' Assistance therapy opportunities. Totah Decl., at ¶ 13.

20. No written settlement agreement or court order legally obligates the Debtor to pay for any Abuse Survivors' Assistance. Totah Decl. at ¶ 14.

**2. *Safe Environment Programs***

21. The Debtor also incurs expenses in the ordinary course of its business in connection with "safe environment" training and background check programs that provide a safe environment for parishioners and visitors to diocesan facilities as part of the Safe Environment Programs. *See*, *supra*, at ¶¶ 11-13. Totah Decl. at ¶ 15.

22. As part of the Safe Environment Program, the Debtor requires that all employees, clergy, and volunteers who have direct, ongoing and certain non-ongoing contact (e.g. field trip

chaperone) with children be "Live Scan" fingerprinted and cleared by law enforcement through the California Department of Justice and the Federal Bureau of Investigation before performing ministry in the Archdiocese. Totah Decl., at ¶ 16.

23. The Debtor continues to require training programs for all adult volunteers and employees whose ministry within the Archdiocese involves direct, ongoing and certain non-ongoing contact with children. The training focuses on, among other things, the nature of child sexual abuse, how it is perpetrated, how to report it, and strategies for prevention. As stated above, in October 2017, the Debtor adopted the online synchronous platform called "Virtus," which is sponsored by The National Catholic Risk Retention Group and is used nationwide by Catholic entities like the Debtor. Before adopting Virtus, the Debtor utilized a different third-party provider. Totah Decl., at ¶ 17.

24. Training through Virtus and other platforms is mandatory, even for a parent volunteering in his or her child's school. In addition to this initial training, the Debtor also requires its volunteers and employees to renew the training every three years thereafter. The Debtor also employs a representative to oversee the administration and compliance with the Safe Environment Program (the "Safe Environment Coordinator") to ensure that the aims of the Safe Environment Programs are met and that the program's needs are satisfied.[6] Totah Decl., at ¶ 18.

25. The Safe Environment Program costs include fees for Live Scan fingerprinting, background checks performed through the assistance of the U.S. Department of Justice, and the cost of the training programs such as licensing fees for the Virtus software and amounts paid to trainers. The Debtor also pays for annual audits with on-site audits every three years, which allow the Debtor to assess compliance with Safe Environment Program policies and address any shortcomings. The on-site audits include additional visit-related expenses such as lodging, meals and transportation. The Debtor pays approximately $300,000 per year in costs for the Abuse Survivors' Assistance and Safe Environment Programs. In addition, the Debtor estimates that approximately $4,000 in

[6] Any compensation that may be paid to the Safe Environment Coordinator is included in the relief set forth in the Payroll Motion.

prepetition expenses due under these programs are accrued but unpaid as of the Petition Date. Totah Decl., at ¶ 19.

**IV.**

**RELIEF REQUESTED**

26. Pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 9013 and 9014, the Debtor hereby seeks entry of interim and final orders, in substantially the form attached to this Motion as Exhibit 1, authorizing but not directing it to: (i) pay accrued but unpaid prepetition amounts owed to Counselors and other counter parties involved in the Abuse Survivors' Assistance and Safe Environment Programs on an interim basis in the amount of approximately $4,000 and affirmed on a final basis and providing that applicable banks be directed to honor checks or fund transfer requests regardless of whether they were issued prior to, or after, the Petition Date; and (ii) continue to pay those parties on a postpetition basis in the ordinary course of the Debtor's business.

**V.**

**BASIS FOR RELIEF**

27. The Debtor performs the Abuse Survivors' Assistance and Safe Environment Programs in furtherance of the Debtor's principal mission of serving the San Francisco Bay Area, performing works of mercy, and fostering the Catholic faith and community. As described above, each of the Abuse Survivors' Assistance and Safe Environment Programs is essential to the Debtor's charitable and religious mission and to its eventual reorganization. They are also required by the United States Conference of Catholic Bishops ("USCCB") Charter "Promise to Protect, Pledge to Heal."

28. Relief similar to that requested in this Motion has been granted in other chapter 11 cases. *See, e.g., In re The Roman Catholic Bishop of Oakland*, No. 23-40523 (Bankr. N.D. CA June 22, 2023) [ECF 113]; *In re The Roman Catholic Diocese of Rockville Centre, New York*, No. 20-12345 (SCC) [ECF 96] (Bankr. S.D.N.Y. Oct. 16, 2020); *In re The Roman Catholic Church of the Archdiocese of New Orleans*, No. 20-10846 (MSG) [ECF 161] (Bankr. E.D. La. June 15, 2020); *In re Archdiocese of Milwaukee*, No. 11-20059 (SVK) [ECF 192] (Bankr. E.D. Wis. Apr. 18, 2011).

**A. Prepetition Abuse Survivors' Assistance and Safe Environment Programs**

29. As of the Petition Date, some of the costs of providing the Abuse Survivors' Assistance and Safe Environment Programs incurred before the Petition Date (the "Prepetition Costs") remained unpaid. Paying the Prepetition Costs is critical to ensuring that the Archdiocese's parishioners continue to have access to the Abuse Survivors' Assistance and Safe Environment Programs. The Abuse Survivors' Assistance and Safe Environment Programs are provided in furtherance of the Archdiocese's charitable and religious mission and required by the USCCB Charter. Maintaining the uninterrupted continuity of these programs is in the best interests of the Debtor's estate.

30. Section 105(a) of the Bankruptcy Code, which codifies the equitable powers of bankruptcy courts, authorizes the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). Pursuant to Bankruptcy Code section 105(a), courts have invoked the "necessity of payment" doctrine[7] to authorize the immediate payment of a debtor's pre-petition obligations to unsecured creditors before plan confirmation when such payment is essential to the continued operation of the debtor in a chapter 11 reorganization. *See In re Columbia Gas Sys., Inc.*, 171 B.R. 189, 192 (Bankr. D. Del. 1994) (to justify payment of one class of pre-petition creditors in advance of a confirmed plan, the debtor must show that payment is essential to the continued operation of the business); *In re Penn Cent. Transp. Co.*, 467 F.2d 100, 102 and n.1 (3d Cir. 1972) (pre-Bankruptcy Code case recognizing "necessity of payment" cases permitting immediate payment of claims of creditors where those creditors will not supply services or material essential to the conduct of the business until their pre-reorganization claims shall have been paid).

31. The Ninth Circuit has recognized the "necessity of payment" doctrine. In *Burchinol v. Cent. Wash. Bank (In re Adam's Apple, Inc.)*, 829 F.2d 1484, 1490 (9th Cir. 1987), the Ninth Circuit discussed the existence of two competing "fundamental tenets" of bankruptcy: (1) equality in the treatment of all creditors; and (2) the rehabilitation of debtor. The court stated that the

[7] Alternatively called the "necessity of payment" rule.

rehabilitation of a debtor "may supersede the policy of equal treatment" of creditors, and went on to describe such situations, specifically mentioning the payment of pre-petition wages and benefits to employees. *Id.* ("Cases have permitted unequal treatment of pre-petition debts when necessary for rehabilitation, in such contexts as (i) pre-petition wages to key employees; (ii) hospital malpractice premiums incurred prior to filing; (iii) debts to providers of unique and irreplaceable supplies; and (iv) peripheral benefits under labor contracts.").[8] Furthermore, the court went on to state that section 364(d), for example, "illustrates a Congressional willingness to subordinate the interests of pre-petition creditors to the goal of rehabilitation." *Id.*

32. In its discussion, the *Adam's Apple* court did not mention an earlier Ninth Circuit case, *In re B & W Enters., Inc.*, 713 F.2d 534 (9th Cir. 1983), which questioned whether the "necessity of payment" doctrine survived the 1978 changes to the Bankruptcy Code, and stated that, if it did, the court would apply the doctrine only to railroad cases "absent compelling reasons." *Id.* at 537. Ultimately, the court in that case declined to apply the doctrine because the appellants had not presented "sufficient justification" for extending the doctrine to the (non-railroad) debtor. *Id.* Numerous courts throughout the country have held that the doctrine did survive the 1978 Bankruptcy Code changes and can apply to non-railroad Debtor. *See In re Ionosphere Clubs, Inc.*, *supra*, at 175-176; *In re Just for Feet, Inc.*, 242 B.R. 821 (Bankr. D. Del. 1999); *In re Gulf Air*, 112 B.R. 152, 153 (Bankr. W.D. La. 1989) (finding that payment of pre-petition wage and benefit obligations was in the best interests of creditors and necessary for the successful reorganization of the debtor, the court granted the debtor's motion to pay pre-petition employee related expenses). Moreover, the *Adam's Apple* court in its discussion did not limit the doctrine to railroad cases only.

33. The Debtor estimates that the aggregate amount of the unpaid invoices for the Prepetition Costs is approximately $4,000.

[8] *See also In re Ionosphere Clubs, Inc.*, *supra*, at 176 ("The policy of equality among creditors… may be of significance in liquidation cases under Chapter 7, however, the paramount policy and goal of Chapter 11, to which all other bankruptcy policies are subordinated, is the rehabilitation of the debtor.").

34.     By this Motion, the Debtor seeks authorization to pay all invoices for Prepetition Costs in accordance with its prepetition practices, with approximately $4,000 to be paid on an interim basis and affirmed on a final basis.

**B.      The Postpetition Abuse Survivors' Assistance and Safe Environment Programs**

34.     The Debtor believes that continuing to pay the costs of maintaining the Abuse Survivors' Assistance and Safe Environment Programs after the Petition Date ("Postpetition Costs") is consistent with prepetition practice and in furtherance of the Debtor's charitable and religious mission, and is therefore in the ordinary course of its operations.  The Debtor should therefore be authorized to pay the Postpetition Costs as they come due in accordance with the Debtor's prepetition practice pursuant to section 363(c) of the Bankruptcy Code, which provides that "the trustee . . . may use property of the estate in the ordinary course of business without notice or a hearing." 11 U.S.C. § 363(c)(1).

35.     However, in an abundance of caution, the Debtor seeks authorization to pay all Postpetition Costs as they come due in accordance with its prepetition practices.  Section 363(b) of the Bankruptcy Code provides that "[t]he [debtor], after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."  11 U.S.C. § 363(b)(1).  In order to use property of the estate under this provision, "there must be some articulated business justification, other than appeasement of major creditors."  *In re Lionel Corp.*, 722 F. 2d 1063, 1070 (2d Cir. 1983).

36.     The Abuse Survivors' Assistance and Safe Environment Programs are crucial to the Debtor's ability to continue its mission to support its community and to maintain the trust of the communities it serves.  Accordingly, the Debtor submits that sound reasons exist to continue to provide and pay for Ministerial and Mission Programs on a postpetition basis.

37.     The Debtor estimates that Postpetition Costs will total approximately $25,000 per month.  By this Motion, the Debtor seeks authorization to pay all Postpetition Costs in the ordinary course of business and in accordance with its prepetition practices.

**C. Basis for Relief Under Bankruptcy Rule 6003(b)**

38. Bankruptcy Rule 6003(b) provides that, to the extent relief is necessary to avoid immediate and irreparable harm, the Court may issue an order within the first 21 days of a chapter 11 case granting "a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition." Fed. R. Bankr. P. 6003(b). As described above and in the Passarello Decl., the relief requested is necessary for the Debtor to continue the Abuse Survivors' Assistance and Safe Environment Programs without interruption. Accordingly, the Debtor respectfully submits that the interim relief requested in this Motion is necessary to avoid immediate and irreparable harm, and, therefore, Bankruptcy Rule 6003 is satisfied as to entry of an interim order.

**D. Basis for Waiver of Bankruptcy Rule 6004(h)**

39. For all the reasons set forth above and in the Passarello Decl., immediate interim relief is necessary to avoid immediate and irreparable harm that would result from interruption in the Abuse Survivors' Assistance and Safe Environment Programs. Accordingly, ample cause exists to grant a waiver of the 14-day stay imposed by Bankruptcy Rule 6004(h), and enter interim and final orders that are immediately effective.

## VI.

## RESERVATION OF RIGHTS

40. Nothing contained in this Motion is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtor, (ii) a waiver of the Debtor's or any appropriate party in interest's rights to dispute any claim, or (iii) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code. Likewise, if the Court grants the relief sought in this Motion, any payment made pursuant to the Court's order is not intended to be, and should not be construed as, an admission to the validity of any claim or a waiver of the Debtor's rights to dispute such claim subsequently.

41. Nothing contained in this Motion is intended to be or shall be construed as a waiver of any of the Debtor's rights under any applicable law, including, without limitation, the Code of Canon Law, the First Amendment of the United States Constitution, the Constitution of the State of

California, California Corporations Code §§ 10000-10015, the Religious Freedom Restoration Act of 1993 (42 U.S.C. §§ 2000bb-2000bb-4), the church autonomy doctrine, charitable trust law, California trust law, and the Debtor's rights under any insurance policies and to proceeds thereof, and to object to disclosure of information and contend that certain assets discussed in this Motion are not property of the estate.

**VII.**

**NOTICE**

42. Notice of this Motion will be provided to (i) the Office of the U.S. Trustee for Region 17; (ii) the Debtor's 20 largest unsecured creditors; (iii) the Office of the California Attorney General; (iv) special litigation and ordinary course counsel for the RCASF; and (v) those persons who have formally appeared in this Bankruptcy Case and requested service pursuant to Bankruptcy Rule 2002. Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested in this Motion, the Debtor respectfully submits that no further notice is required.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## VIII.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court enter interim and final orders, in the substantially the forms appended to this Motion as Exhibit 1, as requested in this Motion and grant such other and further relief as may be appropriate.

Dated: August 21, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By *<u>/s/ Paul J. Pascuzzi</u>*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Proposed Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 21, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Ori Katz*
ORI KATZ
ALAN H. MARTIN
Proposed Attorneys for The Roman Catholic Archbishop of San Francisco

**EXHIBIT 1**

**[Proposed Interim Order]**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

**[PROPOSED] INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO (1) PAY CERTAIN PREPETITION INVOICES FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS, AND (2) CONTINUE ITS PREPETITION PRACTICE OF PAYING FOR ABUSE SURVIVORS' ASSISTANCE AND SAFE ENVIRONMENT PROGRAMS**

Date: August 24, 2023
Time: 1:30 0 p.m.
Place: Via ZoomGov

Judge: Hon. Dennis Montali

*Hearing Requested on Shortened Time*

The Roman Catholic Archbishop of San Francisco's ("RCASF" or the "Debtor")[1] motion, filed on August [•], 2023, as ECF No. [•] (the "Motion"), for an order authorizing the Debtor (i) to pay certain prepetition invoices for abuse survivors' assistance and safe environment programs, and (ii) to continue to pay certain invoices for such programs in the ordinary course of its business came on for hearing before this Court, on August __, 2023, at _:_0 _.m., on shortened time. Paul J. Pascuzz, Esq., of Felderstein, Fitzgerald, Willoughby, Pascuzzi & Rios LLP, appeared on behalf of the Debtor. All other appearances were as noted on the record.

[1] All capitalized terms used but not defined in this Order shall have the same meanings given to them in the Motion.

The Court having considered the Motion, the Passarello Background Decl., the Gaspari Decl., and the Passarello Declaration filed in support of the Motion, and the matters reflected in the record of the hearing, and the Court having found that it has jurisdiction over this proceeding; that this is a core proceeding; that notice given of the Motion is appropriate under the circumstances of this Bankruptcy Case and that no further notice is necessary; that the relief sought by the Motion is in the best interests of the Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, on an interim basis, as set forth herein.

2. The Debtor is authorized, but not directed, to pay accrued but unpaid prepetition amounts due and owing to Counselors and other counter parties involved in the Abuse Survivors' Assistance and Safe Environment Programs as of the Petition Date, on an interim basis, *provided, however,* that such interim payment shall not exceed approximately $4,000, in the aggregate.

3. The Debtor and its employees and agents are authorized to take such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

4. The Debtor's banks are authorized and directed to honor and pay all pre-petition and post-petition checks issued or to be issued and fund transfers requested or to be requested, by the Debtor in respect of the Abuse Survivors' Assistance and Safe Environment Programs.

5. Notwithstanding the relief granted by this Order and any actions taken in accordance with this Order, nothing in the Motion or this Order shall be deemed: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; (e) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

6. A final hearing on the Motion shall be held on [MONTH] [DATE], 2023, at [TIME].

*** * * END OF [PROPOSED] ORDER * * ***

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Date: September 19, 2024<br>Time: 1:30 p.m.<br>Location: Via ZoomGov<br>Judge: Hon. Dennis Montali |
|---|---|

**DEBTOR'S FOURTH MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIODS [11 U.S.C. § 1121(d)]**

The Roman Catholic Archbishop of San Francisco ("RCASF" or "Debtor"), the Debtor and debtor in possession in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby files this fourth motion (the "Motion") for entry of an order extending for an additional approximately five months the exclusive period of time during which only the Debtor may file a plan of reorganization and the exclusive period of time to solicit acceptances thereof, without prejudice to the Debtor's right to seek further extensions of these periods. In support of this Motion, the Debtor relies upon the *Declaration of Fr. Patrick Summerhays* filed in support of this Motion ("Summerhays Dec."), the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* (ECF No. 14) ("Passarello Background Dec."), and the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* (ECF No. 15) ("Gaspari Dec."), the court filings in this case and the following points and authorities. The Debtor informed the Committee through counsel that this Motion would be filed and the extension requested.

## JURISDICTION

This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory basis for relief is 11 U.S.C. § 1121(d).[1]

## RELIEF REQUESTED

By this Motion, the Debtor asks the Court for entry of an order extending the exclusivity periods within which Debtor has the exclusive right to propose a plan (which currently expires on September 27, 2024) and obtain acceptance of such a plan (which currently expires on November

[1] The Debtor does not, by filing its petition for relief and other documents in this bankruptcy case, waive any of its rights under any applicable law, including, without limitation, the Code of Canon law, the First Amendment of the United States Constitution, the Constitution for the State of California, California's law on corporations sole (California Corporations Code §§ 10000-10015), the Religious Freedom Restoration Act, the church autonomy doctrine, charitable trust law, California trust law, and the rights to object to disclosure of information and to contend that certain assets are not property of the estate.

29, 2024), until February 20, 2025 (146 days), and April 21, 2025 (143 days), respectively. Attached hereto as ***Exhibit A*** is a proposed form of order.

**SUMMARY OF POSTPETITION BANKRUPTCY EVENTS**

1.      Since August 21, 2023 (the "Petition Date"), the Debtor has established itself as a debtor in possession and successfully navigated the early stages of the Chapter 11 case, including: (i) completed schedules have been filed, (ii) the first meeting of creditors has been conducted, (iii) all first day motions have been granted, and (iv) the court authorized the employment of professionals for the Debtor and the Official Committee of Unsecured Creditors ("Committee").

2.      On November 16, 2023, the RCASF filed its initial motion for order extending exclusivity periods (ECF No. 317) and the order granting the motion was entered on the Court's docket on December 14, 2023 (ECF No. 366).

3.      On February 8, 2024, the RCASF filed its second motion for an order extending the exclusivity periods (ECF No. 459) and the order granting the motion was entered on the Court's docket on March 5, 2024 (ECF No. 532).

4.      On May 16, 2024, the RCASF filed its third motion for an order extending the exclusivity periods (ECF No. 638) and the order granting the motion was entered on the Court's docket on June 6, 2024 (ECF No. 684).

5.      The Debtor obtained approval of an extensive claims bar date notice procedure by order dated November 21, 2023 (ECF No. 337) ("Bar Date Order").  The Debtor implemented the extensive noticing procedures for the February 20, 2024, claims bar date.  See Notices at ECF No. 349, 350.  For "Permitted Parties" that have executed the court-approved confidentiality agreement, the Debtor has provided access to the filed confidential Survivor Proofs of Claim.  The Debtor's statement and summary of steps taken to comply with the Bar Date Order was filed on April 15, 2024 (ECF No. 587).

6.      The Debtor and the Committee met and conferred extensively relating to the form of a detailed Stipulated Protective Order (ECF No. 374), which governs the production of records to the Committee in response to the Committee's Rule 2004 requests.  The Debtor has been meeting and conferring and producing documents on a rolling basis, including confidential documents,

requested by the Committee as part of the parties' preparation for an expected mediation. Given the extensive breadth of the Committee's document requests, a significant amount of resources are being devoted to this task. At the Committee's insistence, the Debtor also has been facilitating the production of affiliate discovery on a rolling basis. Summerhays Decl. ¶ 5. Notwithstanding these voluntary productions, the Committee filed an additional ex parte application under Bankruptcy Rule 2004 (ECF No. 630) seeking to compel testimony and production of documents from the Debtor and certain non-debtor affiliates on topics already covered by the initial application. On May 10, 2024, the Court entered its order granting the Committee's additional ex parte application under Bankruptcy Rule 2004 (ECF No. 633).

7. The Debtor also has met and conferred with the insurers regarding their ex parte application under Bankruptcy Rule 2004 (ECF No. 571). On April 4, 2024, and April 8, 2024, the Committee and Debtor filed oppositions to the insurer's ex parte application (ECF No. 573 and 580). As set forth in the Status Report (ECF No. 591), the insurers and Debtor have made progress towards resolving the issues relating to the 2004 application.[2] On August 14, 2024, the Court entered its Order Approving Stipulation Clarifying Language in Stipulated Protective Order Dated December 15, 2023 (ECF No. 801).

8. On July 15, 2024, the Court entered an Order Referring Case to Mediation and Appointing Mediator ("Mediation Order") (ECF No. 747). The Mediation Order appointed the Hon. Daniel J. Buckley (Ret.), Timothy V.P. Gallagher, and the Hon. Christopher S. Sontchi (Ret.) as mediators (collectively, the "Mediators"). The Debtor has had an introductory meeting with the Mediators and is informed and believe the Committee and Insurers have as well.

9. To some extent, the Debtor benefits from the experience of other dioceses who preceded the Debtor into Chapter 11. Of the approximately 32 Chapter 11 diocesan or religious organization cases filed prior to the Debtor's filing that have proceeded through plan confirmation, approximately 22 of those cases have resulted in consensually confirmed reorganization plans. In

2 As noted in the status report, the Debtor and insurers were meeting and conferring over the insurers' requests to modify the existing protective order.

virtually all of those cases, terms for a consensual reorganization plan were reached following a mediation process in which the Debtor, Non-Debtor Entities, Insurers and the Creditors' Committee representing the interests of survivors of sexual abuse participated. Similarly, two other pending diocese cases pending in this District that have not yet reached plan confirmation filed by the Roman Catholic Bishop of Santa Rosa and the Roman Catholic Bishop of Oakland are proceeding on a similar course. The Debtor is working to expeditiously advance this process to determine the parties' interests and contributions to fund a plan to provide recovery for creditors. Until those issues are resolved, the Debtor will not be in a position to file a proposed reorganization plan.

10. The Debtor believes that the relief requested is necessary and appropriate given the stage of the case, the complexity of the case, the steady progress in the post-petition management of the case, and the progress toward developing a process to facilitate a plan of reorganization. Summerhays Decl. ¶ 6. While the three prior motions to extend exclusivity have sought extensions for approximately 95 days, this motion requests extensions for the exclusivity periods for approximately 140 days. The longer extension periods are requested because Section 1121(d)(2) provides that any such extension of the time periods for filing a plan and soliciting acceptances cannot extend beyond 18 months after the Petition Date and 20 months after the Petition Date, respectively. Rather than incurring the administrative expense to the estate and diverting the attention of the parties in interest with a further motion for the stub-period that would have remained if the Court granted another 95-day extension, the Debtor requests that the Court enter an order extending the exclusivity periods for the remaining time allowed by Section 1121(d)(2).

11. The requested relief is without prejudice to the: (a) Debtor's right to seek further extensions and the rights of parties in interest with standing to oppose such requests, and (b) rights of parties in interest with standing to seek to shorten or terminate Debtor's exclusivity periods and Debtor's right to oppose such requests.

**BACKGROUND OF THE DEBTOR AND THE BANKRUPTCY CASE**

12. On the Petition Date, the Debtor commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code (ECF No. 1). The Debtor continues to operate its businesses

and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Bankruptcy Case other than a fee examiner. On September 1, 2023, the Office of the United States Trustee for the Northern District of California appointed a statutory committee of unsecured creditors ("Committee") in this case pursuant to section 1102 of the Bankruptcy Code (ECF No. 58).

13. The RCASF filed this Bankruptcy Case to reorganize its financial affairs pursuant to a plan of reorganization that will, among other things, fairly, justly, and equitably compensate survivors of sexual abuse by clergy or others associated with the RCASF and bring healing to survivors, parishioners and others affected by past acts of sexual abuse. Summerhays Dec. ¶ 4. The RCASF requires the Bankruptcy Court's protection and the protection of the bankruptcy laws to make fair and equitable payment on all of the claims against it, including the claims by survivors of abuse, trade creditors, and others, while continuing its ministries and support it offers to Catholic parishes and communities. *See* Passarello Background Dec. ¶ 60-61.

14. Until recently, the RCASF has maintained financial viability while funding compensation for survivors and continued litigation regarding claims of abuse. Passarello Background Dec. ¶ 52. However, there are currently approximately 537 lawsuits against the RCASF. *Id.* ¶ 53. The projected demands in these cases are likely to exceed RCASF's assets, thus necessitating this bankruptcy. *Id.* ¶ 56. The RCASF is a not-for-profit religious organization and while it does have significant resources including insurance, these resources could be inadequate to respond to over 500 lawsuits. *Id.* Thus, the hundreds of lawsuits put the RCASF in immediate and dire financial distress and in need of a forum to resolve these claims while continuing to serve the faithful and those in need. *Id.*

15. The RCASF's goals in seeking chapter 11 relief are twofold: (a) to protect and preserve the RCASF's assets that are properly available for distribution to the RCASF's creditors and ensure that assets are marshaled to be distributed equitably to all creditors; and (b) to continue the work of the Church within the Archdiocese, to the fullest extent possible, using the resources dedicated to those purposes. *Id.* ¶ 62. The RCASF seeks to negotiate a plan of reorganization as early as practicable which will: (a) allocate the RCASF's remaining assets fairly among the

legitimate competing interests for such property; (b) provide a process to fully, fairly and expeditiously liquidate claims of survivors; and (c) permit the RCASF to carry on the RCASF's essential ministries and services so the RCASF can continue to meet the needs of the Non-Debtor Catholic Entities, parishioners, and others who rely on the RCASF's ministry, education, and charitable outreach. *Id.* ¶ 63.

16. The Debtor continues to seek a global mediation process. The Debtor is diligently working to build a foundation for a plan of reorganization. It is actively taking steps to develop a plan of reorganization with its constituents. This Chapter 11 Case is large and complex. The Debtor's estate includes substantial claims and assets to be administered. The Debtor has been working expeditiously with the Committee and other key stakeholders, including the Debtor's insurers, to begin toward the path to develop a consensual plan to emerge from chapter 11. However, this case remains in the preparation stages for mediation and additional time is needed to explore potential outcomes.

## LEGAL ARGUMENT

### A. Legal Standard

17. Section 1121(b) of the Bankruptcy Code provides that a debtor has the exclusive right to file a plan of reorganization for an initial period of 120 days after commencement of its Chapter 11 case (the "Exclusivity Period"). Section 1121(c)(3) of the Bankruptcy Code provides that if a debtor files a plan of reorganization within the 120-day initial period under section 1121(b), the debtor has 180 days after commencement of the Chapter 11 case within which to solicit and obtain acceptances of its plan, during which time competing plans may not be filed by any party in interest (the "Exclusive Solicitation Period"). The Debtor's initial Exclusivity Period and Exclusive Solicitation Period (collectively, the "Exclusive Periods") were originally set to expire on December 19, 2023, and February 20, 2024, respectively. These Exclusive Periods were extended by order of the Court (ECF No. 366) to March 21, 2024, and May 23, 2024, respectively. These Exclusive Periods were further extended by order of the Court (ECF No. 532) to June 25, 2024, and August 26, 2024, respectively. These Exclusive Periods were extended by order of the Court (ECF No. 684) to September 27, 2024, and November 29, 2024, respectively.

Section 1121(d)(1) of the Bankruptcy Code provides:

> Subject to paragraph (2), on request of a party in interest made within the respective periods specified in subsections (b) and (c) of this section and after notice and a hearing, the court may for cause reduce or increase the 120-day period or the 180-day period referred to in this section.

11 U.S.C. § 1121(d)(1). The Debtor notes that Bankruptcy Code section 1121(d)(2) provides that any such extension cannot extend beyond 18 months after the Petition Date for the 120-day period and 20 months after the Petition Date for the 180-day period. The relief requested by the Debtor in the Motion runs to the end of these periods and does not exceed these restrictions.

18. The Exclusive Periods under Bankruptcy Code section 1121 are intended to afford a debtor a meaningful opportunity to develop and confirm a consensual plan of reorganization. *See In re Ames Dep't Stores, Inc.*, 1991 U.S. Dist. LEXIS 17074, at *8, 1991 WL 259036, at *3 (S.D.N.Y. Nov. 25, 1991) ("The purpose of the Bankruptcy Code's exclusivity period is to allow the debtor flexibility to negotiate with its creditors"). The Bankruptcy Code does not define "cause" for an extension of the Exclusive Periods. However, the legislative history of section 1121(d) indicates that the initial 120-day period established by section 1121(b) merely represents a baseline from which bankruptcy courts are free to deviate, particularly in complex cases such as that of the Debtor:

> The court is given the power . . . to increase or reduce the 120-day period depending on the circumstances of the case. For example, if an unusually large company were to seek reorganization under chapter 11, the court would probably need to extend the time in order to allow the debtor to reach an agreement.

H.R. Rep. No. 95, 95th Cong., 1st Sess. 232 (1977).

19. Extensions of the Exclusive Periods are matters committed to the discretion of the Court. *First Am. Bank of New York v. Southwest Gloves & Safety Equip., Inc.*, 64 B.R. 963, 965 (D. Del. 1986). Courts have developed a list of several factors to consider in determining whether a debtor has had an adequate opportunity to negotiate a Chapter 11 plan and thus whether cause exists to extend the Exclusive Periods under Bankruptcy Code section 1121(d). Those factors are:

(a) the size and complexity of the case;

(b) the necessity for sufficient time to permit the debtor to negotiate a plan of

reorganization and prepare adequate information;

(c) the existence of good faith progress toward reorganization;

(d) the fact that the debtor is paying its bills as they become due;

(e) whether the debtor has demonstrated reasonable prospects for filing a viable plan;

(f) whether the debtor has made progress in negotiations with its creditors;

(g) the amount of time which has elapsed in the case;

(h) whether the debtor is seeking an extension of exclusivity in order to pressure creditors to submit to the debtor's reorganization demands; and

(i) whether an unresolved contingency exists.

*In re Adelphia Communications Corp.*, 352 B.R. 578, 587 (Bankr. S.D.N.Y. 2006).

20. Although a court need not find the existence of each and every one of these factors to justify an extension of the Exclusive Periods, taken as a whole, these factors favor granting the Debtor its requested extension of the Exclusive Periods.

**B. Cause Exists to Extend the Exclusive Periods**

21. As discussed in more detail below, the factors cited above support granting the Debtor's request for a 146-day and 143-day extension of the Exclusive Periods.

*Factor 1: Size and Complexity of the Case*

22. In order to move forward with a plan of reorganization, certain complex issues must first be resolved. The Debtor has timely taken steps to put itself in a position to formulate a plan of reorganization. The bar date for Survivor Claims has been established and passed. As such, parties in interest have been analyzing the survivor claims and the available insurance coverage for such claims. The Debtor contends that the limited estate resources should not be consumed with extensive discovery and litigation and, the interests of all parties are served by progressing toward a global mediation process. Consequently, this factor supports granting the requested extension.

*Factors 2; 3; 5 and 6: Time to Permit the Debtor to Negotiate a Plan of Reorganization; Good Faith Progress Toward Reorganization; Prospects of Filing a Viable Plan; Progress in the Debtor's Negotiations with Creditors*

23. In each diocesan bankruptcy where a plan of reorganization has been confirmed, the plan confirmed by the bankruptcy court was a pot plan negotiated among the interested parties in the case which settled disputes over insurance coverage, property of the bankruptcy estate, and estimated claims of survivors. The Debtor intends to propose a similar type of pot plan. The process generally takes over a year. Key to the achievement of this goal is progress toward a process to resolve the amount and nature of claims, and available insurance coverage.

24. Since the inception of this case, the Debtor has steadily progressed in good faith towards reorganization. For instance, the Debtor has (i) filed its schedules of assets and liabilities and statement of financial affairs, (ii) filed a motion to approve claims procedures and a deadline for filing claims, (iii) filed numerous motions to allow the Debtor to comply with its postpetition obligations as a Debtor in Possession, and (iv) actively worked with the parties in the case to lay the groundwork for plan negotiations. The Debtor has been meeting and conferring and producing documents on a rolling basis, including confidential documents, requested by the Committee as part of the parties' preparation for its mediation. Given the extensive breadth of the Committee's document requests, a significant amount of resources have been and are being devoted to this task. At the Committee's request and insistence, the Debtor has also been facilitating the production of affiliate discovery on a rolling basis. The Debtor has also met and conferred with the insurers regarding their ex parte application under Bankruptcy Rule 2004 (ECF No. 571). On April 4, 2024, and April 8, 2024, the Committee and Debtor filed oppositions to the insurer's ex parte application (ECF Nos. 573, 580). As set forth in the Status Report (ECF No. 591), the insurers and Debtor have made progress towards resolving the issues relating to the 2004 application. In addition, on August 14, 2024, the Court entered its Order Approving Stipulation Clarifying Language in Stipulated Protective Order Dated December 15, 2023 (ECF No. 801).

25. Additionally, the Debtor has obtained an order referring the case to mediation.

26. The Debtor is seeking an extension of the Exclusive Periods to allow the mediation process to go forward, which is expected to allow the parties to focus on resolving key issues and

formulate a plan of reorganization. As such, the good faith progress toward resolving the issues that need to be resolved before a plan can be proposed and, the prospects of a viable plan support granting the requested extension.

*Factor 4: Payment of Obligations as They Become Due*

27. Since the Petition Date, the Debtor has been paying its debts as they have come due. *See* Summerhays Dec. ¶ 7. This practice will continue, and thus, the requested extension of the Exclusive Periods will not prejudice the interests of creditors. This factor also favors approval of the requested extension.

*Factor 7: Amount of Time that Has Elapsed in the Case*

28. This request for an extension of the Exclusive Periods comes less than thirteen months after the commencement of this bankruptcy case. During this period, the Debtor has worked with the Committee and insurers on a comprehensive procedure for obtaining a Bar Date Order, a Mediation Order, and addressed numerous other case issues. The relatively short period of time from the Petition Date to this request favors an extension of the Exclusive Periods.

*Factor 8: No Pressure on Creditors*

29. This is not a case in which the Debtor is seeking to extend the Exclusive Periods in order to maintain leverage over a group of creditors whose interests are being harmed by the Chapter 11 case. To the contrary, as described above, the Debtor has been diligently working to resolve critical issues in this case for the benefit of its creditors as a whole, and to lay the groundwork for the global mediation process. *See* Summerhays Dec. ¶ 5-10. The Debtor is not seeking an extension of the Exclusive Periods in order to pressure creditors to acquiesce to its reorganization demands and, therefore, this factor also supports the extension. *See* Summerhays Decl. ¶ 10.

*Factor 9: Unresolved Contingency*

30. The composition of the Debtor's proposed plan will be based in significant part on addressing the survivor claims. The claims and the available insurance coverage for such claims, are being analyzed since the claims bar date has been established and passed. Accordingly, this factor also favors the requested extension.

31. Based on the foregoing, cause exists for the requested approximate five-month extension. Similar motions have been approved in other diocesan bankruptcy cases across the country. *See, e.g.*, *In re The Roman Catholic Bishop of Santa Rosa*, Case No. 23-10113 (Bankr. N.D. CA July 2, 2024) (ECF No. 805) (third extension of exclusivity by 72 days); *In re The Roman Catholic Bishop of Oakland*, Case No. 23-40523 (Bankr. N.D. CA April 24, 2024) (ECF No. 1088) (third extension of exclusivity); *In re Roman Catholic Diocese of Harrisburg*, No 20-00599 (Bankr. Middle Dist. Penn. July 20, 2021) (ECF No. 665) (Fourth Extension of Exclusivity Period, granted in increments of approximately 6 months, 3 months, 3 months, and 37 days, respectively; Order Further Extending Exclusive Periods for the Filing and Solicitation of Acceptance of a Chapter 11 Plan, *In re The Norwich Roman Catholic Diocesan Corporation*, No. 21-20687 (Bankruptcy District of Connecticut, November 15, 2021) (ECF No. 912) (Fifth Extension of Exclusivity Period); *In re Roman Catholic Church of the Diocese of Gallup, et al.*, Case No. 13-13676 (Bankr. D.N.M. Mar. 11, 2014) (ECF No. 200) (extending Exclusive Periods for additional 180 days) (unopposed); *In re Archdiocese of Milwaukee*, Case No. 11-20059 (Bankr. E.D. Wis. May 18, 2011), (ECF No. 237) (extending Exclusive Periods for additional 180 days) (unopposed); *In re Catholic Diocese of Wilmington, Inc.*, Case No. 09-13560 (Bankr. D. Del. Mar. 1, 2010) (ECF No. 360) (extending Exclusive Periods for additional 165 days) (limited opposition to factual predicates in motion but not as to relief requested); *In re Catholic Bishop of Northern Alaska*, Case No. 08-00110 (Bankr. D. Alaska June 19, 2008) (ECF No. 213) (extending Exclusive Periods for additional 200 days) (per stipulation with the creditors' committee); *In re The Diocese of Davenport*, Case No. 06-02229 (Bankr. S.D. Iowa Mar. 16, 2007) (ECF No. 99) (extending Exclusive Periods for additional 189 days) (unopposed); *In re Roman Catholic Archbishop of Portland in Oregon*, Case No. 04-37154 (Bankr. D. Or. Oct. 28, 2004) (ECF No. 497) (extending Exclusive Periods for additional 210 days) (unopposed).

**CONCLUSION**

The requested extension should be granted because each of the factors indicates that cause exists for the requested approximate five-month extension. The Motion is without prejudice to the Debtor's right to seek further extensions of the Exclusive Periods.

WHEREFORE, the Debtor respectfully requests that the Court enter its order:

1. Granting the Motion;

2. Extending the exclusive period for the Debtor to file a plan of reorganization to February 20, 2025;

3. Extending the exclusive period for the Debtor to solicit acceptances of such a plan to and including April 21, 2025; and

4. Granting such other and further relief as the Court deems just and proper under the circumstances.

Dated: August 22, 2024

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 22, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco

**Exhibit A**

**[Proposed Order]**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

Date: September 19, 2024
Time: 1:30 p.m.
Location: Via ZoomGov
Judge: Hon. Dennis Montali

**[PROPOSED] ORDER GRANTING DEBTOR'S FOURTH MOTION TO EXTEND EXCLUSIVITY PERIODS [11 U.S.C. § 1121(d)]**

Upon consideration of the Debtor's Fourth Motion for Order Extending Exclusivity Periods [11 U.S.C. § 1121(d)] (the "Motion") filed by The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or the "Debtor") for entry of an order extending the exclusive period of time during which only the Debtor may file a plan of reorganization and the exclusive period of time to solicit acceptances thereof, and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. The exclusive period for the Debtor to file a plan of reorganization is extended to February 20, 2025;

3. The exclusive period for the Debtor to solicit acceptances of such a plan is extended to April 21, 2025;

4. The Motion is without prejudice to the Debtor's right pursuant to 11 U.S.C. § 1121(d) to seek a further increase of the exclusive periods.

****END OF [PROPOSED] ORDER****

Entered on Docket
June 20, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 20, 2025

DENNIS MONTALI
U.S. Bankruptcy Judge

James I. Stang (CA Bar No. 94435)
Gail S. Greenwood (CA Bar No. 169939)
Brittany M. Michael, *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES I
One Sansome Street, 34th Floor, Suite 343(
San Francisco, California 94104-4436
Email: jstang@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Adv No. 25-03019 (DM) |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF et al.,<br><br>Defendants. | **ORDER APPROVING STIPULATION STAYING STATE COURT LITIGATION AGAINST HIGH SCHOOL DEFENDANTS** |

The Court has reviewed the *Stipulation Staying State Court Litigation Against High School Defendants* [Docket No. 17] ("Stipulation")[1] entered by and through counsel for the Debtor, the Committee, the High Schools, and the High School Survivors; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED:**

1. The Stipulation is approved.

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2. This Court retains jurisdiction to resolve any disputes arising under or related to this Order and the Stipulation and to interpret, implement and enforce the provisions of this Order.

# # # # END OF ORDER # # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

ECF Participants

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

AMANDA L. COTTRELL, Cal. State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391- 7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe | **NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING STAY TO ALL STATE COURT CASES IN WHICH DEBTOR AND/OR NON-DEBTOR AFFILIATES ARE NAMED AS DEFENDANTS UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 362**<br><br>Judge: Hon. Dennis Montali<br>Date: June 26, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL DEFENDANTS:**

**PLEASE TAKE NOTICE** that on May 29, 2025, The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession in the above-captioned chapter 11 case and plaintiff in the above-captioned adversary proceeding (the "Debtor"), filed its *Motion for Order Extending Stay to All State Court Cases in Which Debtor and Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* (the "Motion"), *Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* (the "Memorandum of Points and Authorities"),[1] and supporting declarations of Paul E. Gaspari (the "Gaspari Declaration") and Barron L. Weinstein (the "Weinstein Declaration").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion (the "Hearing") will be conducted via videoconference has been scheduled for **June 26, 2025, at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that by the Motion, the Debtor seeks entry of one or more orders for declaratory and injunctive relief as follows:

[1] Capitalized terms not otherwise defined in this notice shall have the same meanings ascribed to them in the Motion and Memorandum of Points and Authorities.

1. A declaration that the automatic stay under Bankruptcy Code Section 362(a)[2] applies to all State Court Actions in which the Debtor is named as a co-defendant along with Non-Debtor Affiliates;

2. A declaration that the automatic stay under Section 362(a) applies to all State Court Actions in which Non-Debtor Affiliates are named as defendants because such actions would implicate property of the estate;

3. A declaration that any acts to continue prosecution, discovery, or trial preparation in these State Court Actions violate the automatic stay and are void;

4. A declaration that the automatic stay extends to any future State Court Actions that plaintiffs may seek to actively litigate against the Debtor and/or Non-Debtor Affiliates during the pendency of this Case; and

5. In addition, and in the alternative, an injunction pursuant to Bankruptcy Code Section 105(a) barring the prosecution of each of the State Court Actions which names any of the Non-Debtor Affiliates as a defendant and the Debtor as a co-defendant during the pendency of this Case, or until further order of this Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the Memorandum of Points and Authorities, the previously filed Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions (the "Passarello Decl.") [ECF No. 14], the previously filed Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions [ECF No. 15], the concurrently filed Gaspari and Weinstein Declarations, the supporting exhibits for each, all pleadings, papers, and records on file with the Court, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the Hearing.

**NOTICE IS FURTHER GIVEN** that the Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website. The Bankruptcy

---

[2] All section references in this notice are to title 11 of the United States Code (the "Bankruptcy Code").

Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that on or before **June 12, 2025,** any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor and its bankruptcy counsel as listed on the upper left-hand corner of the first page of this notice, and any other party that has requested notice in the above-captioned adversary proceeding. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.

Dated: May 29, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By *s/ Paul J. Pascuzzi*

PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 29, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Ori Katz*

ORI KATZ
AMANDA L. COTTRELL

Attorneys for The Roman Catholic Archbishop of San Francisco

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

AMANDA L. COTTRELL, Cal. State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391- 7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

The Roman Catholic Archbishop of San Francisco,

Debtor and
Debtor in Possession.

The Roman Catholic Archbishop of San Francisco,

Plaintiff,

v.

John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe

Case No. 23-30564

Chapter 11

Adv No. 25-03019

**CERTIFICATE OF SERVICE**

Judge: Hon. Dennis Montali

A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On May 29, 2025, I served true copies of the following document(s) described as:

- Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362
- Memorandum of Points & Authorities in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362
- Declaration of Paul E. Gaspari in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362
- Declaration of Barron L. Weinstein in support of Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362
- Notice of Hearing Motion for Order Extending Stay to all State Court Cases in which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code sections 105(a) and 362

on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 29, 2025, at San Francisco, California.

*/s/ Dorothy M. Gatmen*
Dorothy M. Gatmen

**Registered Electronic Participants**

Gail S. Greenwood on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Robert J. Pfister on behalf of Creditor Shajana Steele
rpfister@pslawllp.com

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv. No. 25-03019<br><br>**CERTIFICATE OF SERVICE** |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br><br>Defendants. | Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On May 29, 2025, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8]**

- **Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-1]**

- **Declaration of Paul E. Gaspari in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 8-2]**

- **Declaration of Barron L. Weinstein in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 Adv. Docket No. 8-3]**

- **Notice of Hearing on Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 9]**

- **Cover Letter**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 2, 2025, at Woodland Hills, California.

/s/*Randy Lowry*
Randy Lowry
Omni Agent Solutions, Inc.

**EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Boucher LLP | 21600 Oxnard Street | Suite 600 | Woodland Hills CA 91367 | First-Class Mail |
| Constant Legal Group | 737 Bolivar Rd. | Suite 440 | Cleveland OH 44115 | First-Class Mail |
| Donahoo & Associates P.C. | 440 West First Street | Suite 101 | Tustin CA 92780 | First-Class Mail |
| Drivon Law Firm LLP | 3439 Brookside Road | Suite 104 | Stockton CA 95219 | First-Class Mail |
| Edwards de la Cerda PLLC | 1341 W Mockingbird Ln. | Ste 580W | Dallas TX 75247 | First-Class Mail |
| Herman Law | 800 S Broadway | #300 | Walnut Creek CA 94596 | First-Class Mail |
| James, Vernon & Weeks, P.A. | 1626 Lincoln Way | | Coeur d'Alene ID 83815 | First-Class Mail |
| Jeff Anderson & Associates | 12011 San Vicente Boulevard | Suite 700 | Los Angeles CA 90049 | First-Class Mail |
| Joel Bieber Law Firm | 6806 Paragon Place | Suite 100 | Richmond VA 23230 | First-Class Mail |
| KBM Law | 6701 Center Drive West | Suite 1400 | Los Angeles CA 90045 | First-Class Mail |
| Ketterer, Browne & Associates | 336 South Main Street | | Bel Air MD 21014 | First-Class Mail |
| Law Offices of Joseph C. George, Ph.D. | 601 University Avenue | Suite 270 | Sacramento CA 95825 | First-Class Mail |
| Liakos Law, APC | 1611 S. Pacific Coast Hwy | Ste 200D | Redondo Beach CA 90277 | First-Class Mail |
| Pachulski Stang Ziehl & Jones LLP | One Sansome Street | Ste 3430 | San Francisco CA 94104 | First-Class Mail |
| Pearson Warshaw, LLP | 15165 Ventura Boulevard | Suite 400 | Sherman Oaks CA 91403 | First-Class Mail |
| Reich & Binstock, LLP | 4265 San Felipe | Suite 1000 | Houston TX 77027 | First-Class Mail |
| Ribera Law Firm | 157 West Portal Avenue | Suite 2 | San Francisco CA 94127 | First-Class Mail |
| Slater Slater Schulman LLP | 8383 Wilshire Boulevard | Suite 255 | Beverly Hills CA 90211 | First-Class Mail |
| The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive | Suite 175 | San Diego CA 92130 | First-Class Mail |
| Thompson Law Offices | 700 Airport Boulevard | Suite 160 | Burlingame CA 94010 | First-Class Mail |
| Van Blois Law | 7677 Oakport Street | Suite 565 | Oakland CA 94621 | First-Class Mail |
| Winer, Burrit & Scott, LLP | 1901 Harrison Street | Suite 1100 | Oakland CA 94612 | First-Class Mail |

James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Gail S. Greenwood (CA Bar No. 169939)
Brittany Mitchell M. Michael *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
acaine@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice)*
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
jbair@burnsbair.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Adv. No. 25-03019 (DM) |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>V.<br><br>JOHN DB ROE SF *et al.*,<br><br>Defendants. | **DECLARATION OF JESSE J. BAIR IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE DEBTOR'S MOTION FOR AN EXTENSION OF THE AUTOMATIC STAY TO ALL STATE COURT CASES IN WHICH THE DEBTOR AND NON-DEBTOR AFFILIATES ARE NAMED AS DEFENDANTS UNDER BANKRUPTCY CODE SECTIONS 362 AND 105(a)**<br><br>Date: June 26, 2025<br>Time: 1:30 p.m.<br>Place: Via Teleconference<br>Judge: Hon. Dennis Montali |

I, Jesse J. Bair, declare under penalty of perjury as follows:

1. I am a partner of the law firm of Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"). I am duly admitted to practice law in the state of Wisconsin and admitted *pro hac vice* to practice before the Northern District of California in this case. I submit this Declaration in support of *The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 362 and 105(a)* (the "Opposition to Preliminary Injunction Motion"),[1] filed herewith. I have personal knowledge of the facts set forth herein unless otherwise stated.

2. I have reviewed the Archdiocese's records regarding its historical insurance program and the policies it had in place from approximately 1951 – 1986 (the "Policies").

3. Based on information available to the Committee, the Policies are not subject to a self-insured retention or deductible. In addition, the Policies contain a traditional "duty to defend," meaning that the Insurers (not the Archdiocese or the additional named insureds) must pay the defense costs in the first instance. The duty to defend is also "non-wasting," meaning that the payment of defense costs does not erode the applicable per-person or per-occurrence limits.

4. In addition, there are no applicable aggregate limits under the Policies. This means that recovery of a judgment against a Non-Debtor Affiliate by one claimant – if they enforced collection of a judgment – does not reduce available insurance for other claimants under the same policies.

5. I also understand that the Insurers have agreed to defend the Archdiocese and the Non-Debtor Affiliates against the State Court Actions subject to a complete reservation of rights.

[1] Capitalized terms have the meanings set forth in the Opposition to Preliminary Injunction Motion unless otherwise defined.

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on June 12, 2025 at Madison, Wisconsin.

By: *_/s/ Jesse Bair_*
Jesse Bair

James I. Stang (CA Bar No. 94435)
Brittany M. Michael, *(Pro Hac Vice)*
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice)*
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
jbair@burnsbair.com

*Attorneys for The Official Committee of the Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor.

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Plaintiff,

v.

JOHN DB ROE SF *et al.*,

Defendants.

Case No. 23-30564 (DM)

Chapter 11

Adv. No. 25-03019 (DM)

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE DEBTOR'S MOTION FOR AN EXTENSION OF THE AUTOMATIC STAY**

Date: June 26, 2025
Time: 1:30 p.m.
Place: Via Teleconference
Judge: Hon. Dennis Montali

Pursuant to Rule 201(b) of the Federal Rules of Evidence, the Official Committee of Unsecured Creditors (the "Committee") of the Roman Catholic Archbishop of San Francisco (the "Archdiocese") requests that the Court take judicial notice of the following pleadings that are matters of public record that support the Committee's *Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362,* filed herewith.

1. Attached hereto as **Exhibit 1** is a copy of the *Order Granting Petition to Coordinate* entered on July 22, 2020 in the case of *In re Northern California Clergy Cases,* Alameda Superior Court, No. JCCP 5108 (the "Coordinated Proceeding").

2. Attached hereto as **Exhibit 2** is a copy of the *Case Management Order* entered on January 23, 2025 in the Coordinated Proceeding.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Dated: June 12, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Gail S. Greenwood*
James I. Stang
Brittany M. Michael
Gail Greenwood
*Attorneys for the Official Committee of Unsecured Creditors*

-- and --

BURNS BAIR LLP

Timothy W. Burns (pro hac vice)
Jesse J. Bair (pro hac vice)
*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT 1

R0067

20907601

FILED
ALAMEDA COUNTY

JUL 2 2 2020

CLERK OF THE SUPERIOR COURT
By ________ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| IN RE NORTHERN CALIFORNIA CLERGY CASES | No. JCCP 5108<br><br>ORDER GRANTING PETITION TO COORDINATE<br><br>DATE 7/22/20<br>TIME 9:00<br>DEPT 21 |
|---|---|

The cases in the petition for coordination generally (1) allege childhood sexual assault as defined in CCP 340.1(d) and (2) were filed under the reprieve from the statute of limitations in CCP 340.1(q) as recently amended by AB 218. A group of plaintiffs opposes parts of the petition. No defendant has opposed the petition.

This court has been appointed coordination motion judge in JCCP 5108, but the court is aware of related cases in JCCP 5114 (which does not have an assigned coordination motion judge) and related cases filed in Alameda County. In the interest of case coordination generally, the court address all three categories of cases.

IN RE NORTHERN CALIFORNIA CLERGY CASES, JCCP 5108

On 5/8/20, plaintiff in John SF-1 Doe v. Doe 1, Superior Court of the State of California, San Francisco, Case no. CGC-20-584-162 filed a petition to coordinate.

On 6/15/20, the Chair of the Judicial Council issued an Order Assigning Coordination Motion Judge, authorizing the presiding Judge in Alameda County to appoint a Coordination Motion Judge. (CCP 404; CRC 3.524.)

On 7/1/20, Judge Brad Seligman as Supervising Judge of Complex assigned Winifred Smith to sit as coordination motion judge to determine whether coordination of the included actions is appropriate. (C.C.P. § 404; C.R.C. 3.524.)

On 7/22/20, Judge Smith as coordination motion judge considered whether to coordinate the included actions. The included actions are defined as the actions identified in the petition dated 5/8/20 and the Judicial Council's order dated 6/15/20.

The identified superior court case numbers in the Petition for Coordination filed 5/8/20 in *John SF-1 Doe v. Doe 1*, San Francisco Case No. CGC-20-584-162, and in the Judicial Council Order dated 6/15/20 are:

John SF-1 Doe v. Doe 1, San Francisco Case No. CGC-20-584-162

John OAK-4 Doe v. Roman Catholic Bishop of Oakland, Alameda Case No. RG20-056654

John M-1 Doe v. Doe 1, San Francisco Case No. CGC-20-583959

John SF-2 Doe v. Doe 1, San Francisco Case No. CGC-20-584124

John SF-1 Doe v. Doe 1, San Francisco Case No. CGC-20-584163

John SR-1 Doe v. Doe 1, Sonoma Case No. SCV-266141

BAY AREA CLERGY CASES, JCCP 5114

Separate and independent of the petition for coordination in JCCP 5108, plaintiffs filed a similar and overlapping petition for coordination. The Judicial Council has identified this petition for coordination as Bay Area Clergy Cases, JCCP 5114. The Judicial Council has not assigned JCCP 5114 to any county for appointment of a coordination motion judge. (https://www.courts.ca.gov/documents/CivilCaseCoord_2012toPresent_JCCPLog.pdf)

The identified superior court case numbers in the Petition for Coordination filed 6/15/20 in *Brogan v. Doe 1*, Alameda Case No. HG19-048691, are:

ALAMEDA CASES

McLennan v. Doe, Alameda Case No. RG20-061260

Doe OK 1009 v. Doe, Alameda Case No. HG20-053984

Barnes v. Doe, Alameda Case No. HG20-053983

Brogan v. Doe 1, Alameda Case No. HG19-048691

Doe OK 1017 v. Doe, Alameda Case No. RG20-057493

Doe OK 1008 v. Doe, Alameda Case No. HG20-053924

Doe OK 1011 v. Doe, Alameda Case No. RG20-057425

Doe OK 1031 v. Doe, Alameda Case No. HG20-053951

Doe OK 1014 v. Doe, Alameda Case No. HG20-053992

Stonebraker v. Doe, Alameda Case No. HG20-053989

Doe OK 1022 v. Doe, Alameda Case No. HG19-048685

Ash, McCann, and Stone v. Doe, Alameda Case No. RG19-039073

Duenas v. Doe, Alameda Case No. RG19-041044

Houle v. Doe, Alameda Case No. HG19-042086

Lopez v. Doe, Alameda Case No. RG20-048852

J.S. v. Doe, Alameda Case No. RG20-061096

SAN FRANCISCO CASES

Doe SF 1013 v. Doe, San Francisco No. CGC-20-583648

Doe SF 1010 v. Doe, San Francisco No. CGC-20-583643

Goldberg v. Doe, San Francisco No. CGC-19-581942

SONOMA CASES

Doe SR 1020 v. Doe, Sonoma No. SCV-265775

Doe SR 1021 v. Doe, Sonoma No. SCV-265774

Doe SR 1015 v. Doe, Sonoma No. SCV-266360

Holden, Doe 159, and Doe 164 v. Doe, Sonoma No. SCV-265359

Sloan, Doe 129, and Doe 130 v. Doe, Sonoma No. SCV-2665758 [typo?]

Doe 11 v. Doe, Sonoma No. SCV-265757

Zink and Doe 58 v. Roman Catholic Bishop of Santa Rosa, Sonoma No. SCV-265991

OTHER CASES

Doe MR 1006 v. Doe, Monterey No. 19CV—005258

Doe 74 and Doe 75 v. Doe, Monterey No. 19CV—004154

Hoey v. Doe, Contra Costa No. MSC19-02227

Doe 103 v. Doe, Santa Clara No. ___________

ADDITIONAL CASES NOT IDENITFIED IN EITHER PETITION FOR COORDINATION

The Order of 7/1/20 assigning the coordination motion judge stated that the court reviewed its own records and identified cases that could be added to the coordinated proceeding.

These are not "included cases," but can be added to the JCCP under CRC 3.531. Cases that are potential add-on cases include:

Doe v. Doe, Alameda Case No. RG20065435

Doe v. Doe, Alameda Case No. RG20065437

Doe v. Doe, Alameda Case No. RG20065425

Doe v. Roe, Alameda Case No. RG20064685

Doe v. Doe, Alameda Case No. RG20064084

Doe v. Doe, Alameda Case No. RG20064221

Doe v. Roe, Alameda Case No. RG20064759

THE INCLUDED CASES IN JCCP 5108 ARE COLLECTIVELY COMPLEX

The included cases in JCCP 5108 (and JCCP 5114) are complex, given the large number of parties, potentially extensive motion practice raising difficult or novel legal issues, and potentially extensive discovery practice. (Cal. Rules of Court 3.400(b).) This Court previously managed Clergy III, JCCP 4359, and a review of the court's own register of actions demonstrates that it was a complex matter. (Evid Code 452(d).)

COORDINATION IN JCCP 5108 IS APPROPRIATE (CCP 404.1)

Section 404.1 of the Code of Civil Procedure outlines various factors that the court must consider when ruling on a Petition of Coordination. Coordination is appropriate if it "will promote the ends of justice taking into account whether the common question of fact or law is predominating and significant to the litigation; the convenience of the parties, witnesses, and counsel, the relative development of the actions and the work product of counsel, the efficient

utilization of judicial facilities and manpower; the calendar of the courts; the disadvantages of duplicative and inconsistent rulings, orders, or judgments; and the likelihood of settlement of the actions without further litigation should coordination be denied." (CCP § 404.1.) (See also *Ford Motor Warranty Cases* (2017) 11 Cal. App.5th 626.)

The included cases share common questions of law and some common issues of fact. Although there is no doubt that numerous individual issues will ultimately have to be resolved in the included cases, that alone does not preclude coordination. (*McGhan Med. Corp. v. Superior Court* (1992) 11 Cal. App. 4th 804, 811-812.) The cases appear to be in all in their early stages. The cases will benefit from common and consistent orders on pleadings, discovery, and other matters. Coordination will provide substantial benefits to the efficient utilization of judicial facilities and manpower.

Courts in complex cases, coordinated or not, may approve stream-lined procedures including standardized complaints, plaintiff fact sheets and authorizations, and defendant fact sheets. In short, "the cases are ripe for coordination on discovery and related pretrial matters." (*Ford Motor Warranty Cases* (2017) 11 Cal. App.5th 626, 642.) Thus "the benefits of early coordination of discovery and motion practice…are in no way negated by the court's concern over litigation that is "heavily individualized …." (*Ford Motor Warranty*, 11 Cal.App.5th at 643 [quoting *McGhan*, 11 Cal.App.4th at 808].)

Coordination would be more convenient for the parties, witnesses, and counsel. Coordination would prevent duplicative depositions of key defendant witnesses. Coordination will ease the scheduling demands on counsel because multiple judges will not be setting different and potentially inconsistent timelines.

Coordination has undeniable benefits in these cases. Coordination appears to be the most efficient utilization of judicial resources, taking into account the calendars of the courts and the disadvantages of duplicative and inconsistent rulings, orders or judgments.

The Court ORDERS that the included cases in JCCP 5108 are coordinated. (CCP 404.1; CRC 3.529.)

GEOGRAPHIC SCOPE OF COORDINATED PROCEEDING

The order of 7/1/20 setting the hearing on the petition to coordinate asked the parties to address the geographic scope of any coordinated proceeding. On reflection, the coordination motion judge does not need to, and does not, define the geographic scope of the coordinated proceeding. A JCCP is defined by (1) the identity of the included cases in the petition and (2) the identify of cases that are subsequently added to the JCCP. (CRC 3.521, 3.529(a), 3.531, 3.544.)

The convenience of the parties, witnesses, and counsel, as well as the efficient utilization of judicial resources will require some discussion about which cases belong in Northern California Clergy Cases, JCCP 5108, Southern California Clergy Cases, JCCP 5101, and the Diocesan [San Diego] Cases, JCCP 5105.

At the hearing on 7/22/2020, there was general agreement among counsel that the County of filing define the JCCPs. One proposal was that JCCP 5108 include all cases filed in counties north of and including Monterey, Kings, Tulare, and Inyo Counties. The court does not decide that issue in this order. This will require discussion among the parties as well as among the coordination trial judges assigned to manage the JCCPs.

SUBJECT MATTTER SCOPE OF COORDINATED PROCEEDING

The Judicial Council has identified the proceedings as Northern California Clergy Cases and Bay Area Clergy Cases. Complaints alleging childhood sexual assault as defined in CCP 340.1(d) are not necessarily limited to clergy in any specific religious denomination or to clergy in religious institutions.

The court does not limit the subject matter scope of the JCCP to clergy in religious institutions or to religious institutions in any specific religious denomination. The court will consider on a case specific basis whether any specific case should be added to the coordinated proceeding. (CRC 3.531, 3.544.)

At the hearing on 7/22/2020, there was general agreement among counsel that the JCCP include claims against clergy and against religious institutions (regardless of denomination). The views were unclear or mixed about the management of cases involving against religious schools and other religious affiliated institutions. There was general agreement that the JCCP should not include claims against non-religious institutions such as schools, camps, and scouting organizations. Regarding schools specifically, there was concern that claims regarding schools would involve public entity law and that perhaps claims against public entities, if any, should be managed separately.

LOCATION OF COORDINATED PROCEEDING

The coordination motion judge must recommend a particular superior court for the site of the coordinated proceeding. (CRC 3.530.) The factors to consider include: (1) the number of included actions in particular locations; (2) whether the litigation is at an advanced stage in a

particular court; (3) the efficient use of court facilities and judicial resources; (4) the locations of witnesses and evidence; (5) the convenience of the parties and witnesses; (6) the parties' principal places of business; (7) the office locations of counsel for the parties; and (8) the ease of travel to and availability of accommodations in particular locations. (CRC 3.530(b).)

The coordination motion judge recommends that that proceeding be located in Alameda County. All counsel agreed that Alameda was the appropriate location for the JCCP.

Alameda managed Clergy III, JCCP 4359. Alameda has institutional memory and experience in the form of court staff who worked on *Clergy III.* (*Center For Biological Diversity v. County of San Bernardino* (2010) 188 Cal.App.4th 603, 621 [appellate justices and trial court judges have "staff … to help them identify errors in counsel's reasoning, misstatements of law and miscitations of authority, and to do original research to uncover ideas and authorities that counsel may have missed, or decided not to bring to the court's attention"].)

The court is currently aware of more cases filed in Alameda than in San Francisco, but counsel states that dozens if not hundreds of additional cases might be filed and that they might be filed in many different counties. (Cunny Dec., para 19.) Alameda is marginally easier regarding ease of driving travel because it is closer to Contra Costa, Sacramento, and other counties to the east. All the identified cases appear to be at similar states of development, both courts have complex departments, both are equally convenient for parties and witness, both are the principal place of business for relevant defendant entities, and the office locations of counsel for the parties are throughout the state.

///

///

DESIGNATION OF APPELLATE DISTRICT

The must designate a court of appeal for review of this order. (CCP 404.2.) The court selects the First District Court of Appeal for review of this order.

The court recommends that the Judicial Council designate a single District of the Court of Appeal as the intermediate reviewing court for all of (1) Southern California Clergy Cases, JCCP 5101, (2) Diocesan [San Diego] Cases, JCCP 5105, (3) Northern California Clergy Cases, JCCP 5108, and (4) Bay Area Clergy Case, JCCP 5114.

When the Judicial Council created Clergy I (JCCP 4286), Clergy II (JCCP 4297), and Clergy III (JCCP 4359) in 2004, the Judicial Council apparently designated the Court of Appeal, Second District, as the common intermediate court of appeal. *Doe v. Roman Catholic Bishop of San Diego* (2009, 2nd Dist) 101 Cal.Rptr 3d 398 at fn 3 [unpublished] states:

> The cases in this appeal are among many from throughout the State against various entities and individuals affiliated with the Catholic Church for childhood sexual abuse. Those cases have been coordinated in the Los Angeles County Superior Court and formerly in the Alameda County Superior Court. Southern California cases are known as *Clergy Cases I* (JCCP No. 4286) and *Clergy Cases II* (JCCP No. 4297). The Bay Area cases are known as *Clergy Cases III* (JCCP No. 4359). The Second District of the Court of Appeal is the intermediate appellate court for all of the coordinated cases.

(See also *Hightower v. Roman Catholic Bishop of Sacramento* (2006, 2nd Dist) 142 Cal.App.4th 759, 761 fn 1 [similar]; *Perez v. Roe 1* (2006, 2nd Dist) 146 Cal.App.4th 171, 173 fn 3 [similar]; (2006, 2nd Dist) 146 CalApp.4th 216, 220 fn 4 [similar].)

IT IS THEREFORE ORDERED:

1. The actions identified above in JCCP 5108 are complex (CRC 3.403);

2. Coordination of these actions is appropriate and therefore the Petition for Coordination is GRANTED (CCP 404.4; CRC 3.529);

3. All further proceedings in the included actions in JCCP 5108 are STAYED (CRC 3.529(b));

4. Alameda County Superior Court is recommended as the coordination trial court for further proceedings in JCCP 5108 and its Local Rules shall be the rules applicable except where modified by order of the Coordination Trial Judge (CRC 3.530);

5. The First District Court of Appeal is selected as the reviewing court (CCP 404.2) for this order;

6. The court recommends that the Judicial Council designate a single District of the Court of Appeal as the intermediate reviewing court for all of (1) Southern California Clergy Cases, JCCP 5101, (2) Diocesan [San Diego] Cases, JCCP 5105, (3) Northern California Clergy Cases, JCCP 5108, and (4) Bay Area Clergy Case, JCCP 5114.

7. Petitioners in JCCP 5108 are ORDERED to promptly file this order in each included action in JCCP 5108, serve all parties in the included actions, serve all counsel who filed any objection to the petition, and submit this order to the Chair of the Judicial Council. (CRC 3:529)

8. Counsel for Petitioners in JCCP 5114, who filed an objection to the petition in JCCP 5108, are ORDERED to promptly file this order in each included action in JCCP 5114 and to promptly serve a copy of this order on all parties in JCCP 5114.

9. Counsel for any party identified in the petition in JCCP 5114 or in any case that (1) alleges childhood sexual assault as defined in CCP 340.1(d) and (2) is filed under the reprieve from the statute of limitations in CCP 340.1(q) as recently amended by AB 218 may, after appointment of a coordination trial judge, request to coordinate any case as an add-on case. (CRC 3.544.) It appears that the add-on case procedure must wait until the

appointment of the coordination trial judge. The coordination trial judge will determine

whether JCCP 5108 is limited to cases with religious entity defendants.

10. The Court encourages distribution of this order widely, especially to counsel with any

cases that are likely to be coordinated in these proceedings. All counsel with cases filed

in Northern California that concern these proceedings are encouraged to attend further

CMCs and hearings in the JCCP. The early participation of counsel in these coordinated

proceedings will assist in moving the case forward. Counsel may attend hearings without

entering a formal appearance.

Dated: July 22, 2020

Winifred Y Smith
Judge of the Superior Court

# EXHIBIT 2

R0080

E-Served: Jan 23 2025 4:51PM PST Via Case Anywhere

FILED
Superior Court of California
County of Alameda
01/23/2025
Chad Finke, Executive Officer/Clerk of the Court
By: Nicole Hall Deputy
N. Hall

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| IN RE NORTHERN CALIFORNIA CLERGY CASES | No. JCCP 5108<br>No. HG20-053992<br><br>CASE MANAGEMENT CONFERENCE ORDER<br><br>DATE 1/22/25<br>TIME 1:30<br>DEPT 21 |

The Court, having on 1/22/25 conducted a Case Management Conference ("CMC") in the above proceedings, and having reviewed the parties' Joint Case Management Conference Statement, reviewed submitted documents, and heard from counsel, finds and orders as follows:

**I. STATUS OF THE JCCP**

The Order of 7/22/00 granted the petition for coordination. This JCCP exists because an amendment to CCP 340.1 permitted otherwise time barred claim to "be commenced within three years of January 1, 2020." (CCP 340.1(q).) (Order of 4/29/21.) The cases in the JCCP were filed between 1/1/20 and 12/31/22. The Court aspires to resolve complex cases within three years (Std Jud Admin 2.2(g)) and must resolve cases within five years (CCP 583.310).

At the CMC on 1/22/25, counsel reported that the JCCP cases fall into three buckets: Bucket 1—no defendants have filed for bankruptcy protection; Bucket 2—some defendants have filed for bankruptcy protection; and Bucket 3—all defendants have filed for bankruptcy protection. After the CMC, the Court received from Plaintiffs' liaison counsel a confidential spreadsheet listing and briefly describing the pending cases that are in the JCCP. Based on the spreadsheet: Bucket 1 contains about 268 cases; Bucket 2 contains about 523 cases; and Bucket 3 contains about 814 cases. (These numbers will be adjusted if the Diocese of Fresno or others file for bankruptcy protection.) To date, no case in the JCCP has undergone trial.

## II. CASE MANAGEMENT GOING FORWARD.

At the CMC, the Court described initial thoughts regarding a plan for case management going forward, which is set forth in more detail below. The Court requests that each side, through liaison counsel, respond to the proposed plan and/or make their own proposals or modifications to the plan in the joint CMC statement to submitted in advance of the regular monthly CMC to be held in February 2025.

*Proposed Management Plan*:

1. All cases in Buckets 1 and 2 will be given a date for trial (if an Alameda County case) or a date for transfer to another county for trial. (CRC 3.543.) Counsel shall meet and confer and propose a schedule of trial/transfer dates. The cases should be grouped, if appropriate. (For example, cases involving the same alleged individual perpetrator(s) might be grouped together.) The trial/transfer dates should be staggered in a logical manner. The schedules in the CMC statement filed 1/21/25 may be a starting point. The trial/transfer dates should trigger, working backwards, a litigation schedule for case development, discovery, motions, settlement discussions, and the like for each case in

Buckets 1 and 2. The cases must be "trial ready" when they are transferred. (See Orders of 12/12/22 and 7/18/23 and 5/29/24.) For cases that will be transferred to other counties for trial, the Coordination Trial judge can determine the transfer date (CRC 3.543) but the court where the case will be tried will determine the trial department, trial date, and other specifics about the trial.

2. The Court is inclined to order mediation within 30 days of the trial/transfer date for cases that have not previously undergone any type of mediation.

3. Approximately 30 days before the trial/transfer date, the parties will file exhibit lists, witness lists, case specific motions in limine, jury instructions, and other filings that comply with Alameda Local Rule 3.35 or any similar local rule of the county of trial.

4. Approximately 60 days before the trial/transfer date, the Court will hear motions in limine that have some general applicability (*i.e.*, a motion that calls for a ruling that has applicability to a meaningful range of cases), motions for summary adjudication or summary judgment, and motions to consolidate (CCP 1048).

5. Effective immediately, the Court will lift any stay of discovery on cases in the JCCP that have been imposed by Order of this Court. Discovery should be coordinated, so counsel in related cases participate in the same discovery to avoid duplication. The Court would consider appointing a discovery coordinator. By definition, the nature of the evidence, generally, in these cases is dated. With each passing year, witnesses relocate, are more difficult to find, suffer gradual loss of memory, and might pass away, and documents and real evidence become more difficult to locate or subject to destruction. The JCCP is already four-years old. Going forward, the benefits of completing discovery outweigh the benefits of staggering or further delaying discovery. The cases need to be developed

for meaningful resolution—either by settlement or trial—whether in this action or a related bankruptcy action.

6. Cases in Bucket 3 will remain stayed in the JCCP as a result of the automatic bankruptcy stay. Parties are free to pursue their remedies within a bankruptcy action, *e.g.*, by an adversarial action or otherwise. If a defendant files for bankruptcy protection, cases will be moved to the appropriate Bucket.

7. Parties are encouraged to pursue mediation and settlement discussions on a parallel track. Settlement discussions or mediation should not hold up discovery or trial preparation.

## III. OTHER ISSUES RAISED AT THE CMC

### A. CMCS IN COUNTIES OF ORIGINAL VENUE

Counsel report that some courts in the Counties of Original Venue are setting CMCs. In a JCCP, the underlying case remains in the county of original venue. If counsel have filed a notice of stay in the case in the County of Original Venue, then that court should be aware of the JCCP and the stay of the action. Counsel may submit proposed orders that confirm that a case has been added to the JCCP under CRC 3.544 or otherwise, that the case is being managed in the JCCP, that the case might return to the county of original venue for trial, and that the action is stayed in the home venue. The parties could then file that order in the case pending in the county of original venue.

### B. DISCOVERY DISPUTE RESOLUTION PROCESS

Counsel requested the Court's guidance on Informal Discovery Conferences ("IDC"s). The Court does not require IDCs before filing a formal discovery motion. The Court finds that IDCs are helpful when all counsel pertinent to the discovery dispute at issue consent to the IDC. The Court does not make orders in IDCs over objection. The Court issues orders only on a duly

noticed motion. If all counsel pertinent to a discovery dispute agree to an IDC, counsel proposing the IDC should contact the Dept. 21 clerk and propose dates for a 30-minute session, and the clerk will calendar the matter for a time when the Court is available. The Court might in appropriate cases permit counsel who are not directly involved in an IDC to attend and to passively monitor an IDC to benefit from the discussion.

Discovery motions, on the other hand, should be calendared on the date for the monthly hearings in this JCCP. For discovery motions, parties are free to agree to truncated briefing requirements and schedules and to waive procedures required by the California Discovery Act.

**C. MOTIONS TO WITHDRAW AS COUNSEL**

The Court ORDERS liaison counsel to develop a proposed order addressing Motions to Withdraw as Counsel. In a JCCP there are special considerations relating to (1) ensuring that any person who will be self-represented is informed about all the prior orders in the JCCP and how to access and use CaseAnywhere and similar information; (2) ensuring that any person who will be self-represented is informed of their obligations to produce discovery and otherwise comply with court orders; and (3) clarifying that liaison counsel has limited responsibilities to a self-represented litigant after the withdrawal of counsel for that person. As a model, the Court refers the parties to Ranitidine Products, JCCP 5150, order of 9/10/24. The Court also refers counsel to Essure Products, JCCP 4887, order of 11/2/20, and Ranitidine Products, JCCP 5150, order of 12/4/23. The Court will provide these to coordinating counsel.

**D. EX PARTE APPLICATION TO APPOINT SPECIAL PROCESS SERVICE**

The case of *John SV Roe Tij v. Doe 1* (Alameda case # 22CV 022675, Matrix # 433), apparently requires an international service of process of a Doe Defendant under the Hague Convention. The *ex parte* as filed is DENIED. The current request asks the Court to appoint a

process server as the Court's own agent for service of process, which is highly unusual, but provides no legal basis for doing so. The Court notes that counsel should observe the distinction between asking the Court for an order that requests the assistance of a foreign jurisdiction's central authority to effectuate service and asking the Court to appoint a process server as the Court's own agent. Counsel may file a more robust *ex parte* application stating in greater detail what is requested and why a court order is appropriate or necessary, including the legal grounds warranting the specific relief requested.

**E. STATUS OF THE FRESNO DIOCESE FUTURE BANKRUPTCY FILING**

Plaintiffs seeks an Order to Show Cause or sanctions against the Diocese of Fresno because Fresno represented that it would be filing for Chapter 11 reorganization and plaintiffs delayed proceedings regarding Fresno in anticipation of a bankruptcy stay, but Fresno has not yet filed for bankruptcy. The Court ORDERS that the request for an order to show cause or sanctions against the Diocese of Fresno is DENIED.

**F. EFFECT OF BANKRUPTCY ON CO-DEFENDANTS**

Several defendants have filed for bankruptcy and the automatic bankruptcy stay is in effect for those defendants. The CMC statement filed 1/21/25 at 10:10-15 and 12:22 indicates that the parties have different views on how a bankruptcy stay applicable to one defendant affects the prosecution of claims against other defendants. The parties may file appropriate motions seeking Court Orders on the effect in state court of the automatic bankruptcy stay on any given defendant or on the proceedings in state court generally. Any Orders by this Court will be made upon an appropriate motion after adequate briefing regarding a specific dispute.

While the Court is disinclined to make advisory rulings, the Court interprets the parties submission as a request for general guidance. The Court is currently aware of case law that

stands for the following propositions: (1) The scope and effect of the stay is decided by the bankruptcy judges in the first instance (*In re Marriage of Sprague & Spiegel-Sprague* (2003) 105 Cal.App.4th 215, 219; *In re Gruntz* (9th Cir., 2000) 202 F.3d 1074, 1082, 1087); (2) a bankruptcy stay that applies to one defendant in a case applies only to that defendant and does not necessarily stay an action as to other defendants or to the case as a whole (*Higgins v. Superior Court* (2017) 15 Cal.App.5th 973, 981; *Danko v. O'Reilly* (2014) 232 Cal.App.4th 732, 748; *Cross v. Cooper* (2011) 197 Cal.App.4th 357 fn 2); and (3) a plaintiff asserting claims against a defendant that is not in bankruptcy may serve and obtain discovery from a defendant that is in bankruptcy (*In re Miller* (9th Cir. Bankr, 2001) 262 B.R. 499, 503 -507). If the parties file motions regarding whether a bankruptcy stay prevents or precludes certain actions in state court, the parties should address the relevant case law, including these decisions.

**G. TRIAL DATES**

The Court ORDERS that, in the CMC statement for the next regular monthly CMC, parties may make requests for trial/transfer dates for specific cases.

Dated: January 23, 2025

S. Raj Chatterjee
Judge of the Superior Court

Superior Court of California, County of Alameda
Department 21, Administration Building

Case Number: JCCP005108
Case Name: Northern California Clergy Cases

CASE MANAGEMENT CONFERENCE ORDER

## DECLARATION OF ELECTRONIC SERVICE

I certify that I am not a party to these cases and that a true and correct copy of the foregoing document was served electronically pursuant to "Order Authorizing Electronic Service", entered in these coordinated proceedings on January 25, 2021, via the CASE ANYWHERE system. Execution of this certificate occurred at 1221 Oak Street, Oakland, California.

Executed on January 23, 2025

Executive Officer/Clerk of the Superior Court

By : *Nicole Hall*
Deputy Clerk

James I. Stang (CA Bar No. 94435)
Gail S. Greenwood (CA Bar No. 169939)
Brittany M. Michael, *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Email: jstang@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Adv No. 25-03019 (DM) |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF et al.,<br><br>Defendants. | **STIPULATION STAYING STATE COURT LITIGATION AGAINST HIGH SCHOOL DEFENDANTS**<br><br>[No Hearing Requested] |

The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors of the Debtor (the "Committee"), Archbishop Riordan High School, Marin Catholic High School, Junipero Serra High School, and Sacred Heart Cathedral Preparatory (the "High Schools"), and the High School Survivors (defined below) (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

WHEREAS, on April 28, 2025, the Debtor commenced the above-referenced adversary proceeding (the "Stay Adversary Proceeding") by filing its *Complaint Seeking Declaratory and Injunctive Relief Under Bankruptcy Code Sections 105(A) and 362 that the Automatic Stay Extends*

*to All State Court Cases in Which Debtor is Named as a Defendant and as to All Cases In Which A Non-Debtor Affiliate is Named as a Defendant* [Adv. Docket No. 1] against certain individuals to enjoin their state court litigation ("State Court Actions") against the Debtor's codefendants, including the High Schools;

WHEREAS, on May 6, 2025, the Committee commenced an adversary proceeding (the "Division Adversary Proceeding") by filings its *Adversary Complaint for Declaratory Relief* [Adv. Pro. 25-03021, Docket No. 1] seeking a determination, among other issues, that the High Schools are divisions of the Debtor;

WHEREAS, the individuals pursuing State Court Actions against the High Schools ("High School Survivors") agree to stay their State Court Actions pending the outcome of the Division Adversary Proceeding;

**NOW, THEREFORE**, the Parties hereby agree as follows:

1. The recitals above are incorporated into and made a part of this Stipulation.

2. The High School Survivors are enjoined from continuing to prosecute the State Court Actions reflected in **Schedule 1** attached hereto solely as to the High Schools through and until the date that the Court has entered a dispositive ruling regarding the High Schools' relationship with the Debtor in the Division Adversary Proceeding (the "Stipulated Stay Period"). Neither the Debtor nor any other Party shall seek Court determination of the application of the automatic stay, nor seek to extend a stay, to the State Court Actions as to the High Schools during the Stipulated Stay Period so long as the Court approves the Stipulated Stay Period.

3. Any applicable deadline for any action to be taken in any State Court Action is hereby tolled for the duration of the Stipulated Stay Period.

4. The Stipulated Stay Period applies solely to State Court Actions against the High Schools, and does not apply to State Court Actions pending against non-High School defendants. This Stipulation is without prejudice to the right of the Debtor and other parties to pursue, oppose, or otherwise respond to the Stay Adversary Proceeding with respect to State Court Actions against non-High School defendants, or for the Debtor or other parties to seek further relief in the Stay Adversary Proceeding upon the expiration of the Stipulated Stay Period.

5. The Parties intend that this Stipulation be binding and enforceable in accordance with its terms. Accordingly, the Parties hereby irrevocably waive any right to contend that this Stipulation is not or might not be enforceable, agree not to assert or support any such contention, and shall be estopped from raising any such contention. The obligations of each of the Parties set forth in this paragraph 5 shall be contractual, in addition to a waiver of a procedural or statutory right.

6. Each Party represents and warrants that: (i) each has the power and is duly authorized to enter into this Stipulation upon the terms set forth herein; and (ii) upon being duly executed and delivered, this Stipulation shall constitute a legal, valid, and binding obligation enforceable against it in accordance with this Stipulation's terms.

7. Nothing in this Stipulation shall be construed to be an admission by the Parties of the merits of any claims or any defenses thereto. Except as expressly provided in this Stipulation, all claims and defenses are fully preserved by the Parties.

8. This Stipulation shall not be introduced into evidence or otherwise used in any proceeding or action, except to the extent necessary to enforce the terms of this Stipulation.

9. This Stipulation shall be binding upon, and operate for the benefit of, the Parties and each of their respective successors and assigns.

10. This Stipulation shall be governed, construed, and enforced pursuant to the laws of the State of California, without regard to its conflicts of law principles.

11. This Stipulation may be signed in counterparts, including by electronic mail, facsimile or electronically delivered signatures (including DocuSign), each of which shall be deemed an original, and all of which taken together shall constitute one and the same document.

12. This Stipulation constitutes the entire agreement by and between the Parties concerning the Stipulated Stay Period, and supersedes any prior agreements or understandings, whether written or oral. This Stipulation may not be modified except by a writing signed by the Party to be bound by such modification.

13. Notices pursuant to this Stipulation, or other communications concerning it, shall be given by email and overnight mail as follows:

**Counsel for the Official Committee of Unsecured Creditors**
James I. Stang (jstang@pszjlaw.com)
Gail S. Greenwood (ggreenwood@pszjlaw.com)
Brittany M. Michael (bmichaela@pszjlaw.com)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street 34th Floor, Suite 3430
San Francisco, CA 94104

**Counsel for The Roman Catholic Archbishop of San Francisco**
Ori Katz (okatz@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111
-and-
Paul Pascuzzi (ppascuzzi@ffwplaw.com)
FELDERSTEIN FITZGERALD et al.
500 Capitol Mall, Suite 2250
Sacramento CA 95814

**Counsel for Jane Doe SF 1260, John Doe 1196, John Doe SF1913, Jane Doe SF 1200, John Doe SF 1026, John Doe SF 1201, Jane Doe SF 1233, Jane Doe SF 2017**
Jeff Anderson (jeff@andersonadvocates.com)
Jennifer Stein (jennifer@andersonadvocates.com)
JEFF ANDERSON & ASSOCIATES
12011 San Vicente Blvd., Suite 700
Los Angeles, CA 90049

**Counsel for John Doe F.O.**
David E. Drivon (ddrivon@comcast.net)
DRIVON LAW FIRM LLP
3439 Brookside Road, Suite 104
Stockton, CA 95219

**Counsel for Jane Doe 116**
Erika J. Scott (erika@wbslawyers.com)
WINER, BURRITT, SCOTT & JACOBS, LLP
1901 Harrison Street, Suite 1100
Oakland, CA 94612

**Counsel for John Doe CLG03522**
Pedro "Peter" de la Cerda (peter@edwardsdelacerda.com)
EDWARDS & DE LA CERDA, PLLC
1341 W. Mockingbird Ln., Suite 580W
Dallas, TX 75247

**Counsel for Joseph Doe SF 601**
Joseph C. George, Jr.
JOSEPH GEORGE JR. LAW CORP.
601 University Avenue, Suite 270
Sacramento, CA 95825

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Counsel for Archbishop Riordan High School, Marin Catholic High School, and Junipero Serra High School**
Robert Harris (rob@bindermalter.com)
BINDER MALTER HARRIS & ROME-BANKS LLP
2775 Park Ave
Santa Clara, CA 95050

**Counsel for Sacred Heart Cathedral Preparatory**
Lisa A. Linsky (llinsky@mwe.com)
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852

14. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Stipulation.

**IT IS SO STIPULATED:**

Date: June 6, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ James Stang*
James Stang
*Counsel for the Official Committee of Unsecured Creditors*

Date: June 6, 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Ori Katz*
Ori Katz

-and-

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

By: */s/ Paul Pascuzzi*
Paul Pascuzzi
*Counsel for The Roman Catholic Archbishop of San Francisco*

Date: 6/9/25

**JEFF ANDERSON & ASSOCIATES**

By: /s/ [signature]
Jennifer Stein
*Counsel for Jane Doe SF 1260, John Doe 1196, John Doe SF1913, Jane Doe SF 1200, John Doe SF 1026, John Doe SF 1201, Jane Doe SF 1233, Jane Doe SF 2017*

Date:

**DRIVON LAW**

By: /s/
David E. Drivon
*Counsel for John Doe F.O.*

Date:

**WINER, BURRITT, SCOTT & JACOBS, LLP**

By: /s/
Erika J. Scott
*Counsel for Jane Doe 116*

Date:

**CONSTANT LAW GROUP**

By: /s/
Edward Kelley
*Counsel for John Doe CLG03522*

Date:

**JOSEPH GEORGE JR LAW**

By: /s/
Joseph C. George, Jr.
*Counsel for Joseph Doe SF 601*

Date: June 6, 2025

**BINDER MALTER HARRIS & ROME-BANKS LLP**

By: */s/ Robert Harris*
Robert Harris
*Counsel for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School*

Date:

**JEFF ANDERSON & ASSOCIATES**

By: /s/
Jennifer Stein
*Counsel for Jane Doe SF 1260, John Doe 1196, John Doe SF1913, Jane Doe SF 1200, John Doe SF 1026, John Doe SF 1201, Jane Doe SF 1233, Jane Doe SF 2017*

Date: 6/12/25

**DRIVON LAW**

By: /s/
David E. Drivon
*Counsel for John Doe F.O.*

Date:

**WINER, BURRITT, SCOTT & JACOBS, LLP**

By: /s/
Erika J. Scott
*Counsel for Jane Doe 116*

Date:

**CONSTANT LAW GROUP**

By: /s/
Edward Kelley
*Counsel for John Doe CLG03522*

Date:

**JOSEPH GEORGE JR LAW**

By: /s/
Joseph C. George, Jr.
*Counsel for Joseph Doe SF 601*

Date: June 6, 2025

**BINDER MALTER HARRIS & ROME-BANKS LLP**

By: */s/ Robert Harris*
Robert Harris
*Counsel for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Date:

**JEFF ANDERSON & ASSOCIATES**

By: */s/*
Jennifer Stein
*Counsel for Jane Doe SF 1260, John Doe 1196, John Doe SF1913, Jane Doe SF 1200, John Doe SF 1026, John Doe SF 1201, Jane Doe SF 1233, Jane Doe SF 2017*

Date:

**DRIVON LAW**

By: */s/*
David E. Drivon
*Counsel for John Doe F.O.*

Date:

**WINER, BURRITT, SCOTT & JACOBS, LLP**

By: */s/* Erika J. Scott
Erika J. Scott
*Counsel for Jane Doe 116*

Date:

**CONSTANT LAW GROUP**

By: */s/*
Edward Kelley
*Counsel for John Doe CLG03522*

Date:

**JOSEPH GEORGE JR LAW**

By: */s/*
Joseph C. George, Jr.
*Counsel for Joseph Doe SF 601*

Date: June 6, 2025

**BINDER MALTER HARRIS & ROME-BANKS LLP**

By: */s/ Robert Harris*
Robert Harris
*Counsel for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Date:

**JEFF ANDERSON & ASSOCIATES**

By: /s/
Jennifer Stein
*Counsel for Jane Doe SF 1260, John Doe 1196, John Doe SF1913, Jane Doe SF 1200, John Doe SF 1026, John Doe SF 1201, Jane Doe SF 1233, Jane Doe SF 2017*

Date:

**DRIVON LAW**

By: /s/
David E. Drivon
*Counsel for John Doe F.O.*

Date:

**WINER, BURRITT, SCOTT & JACOBS, LLP**

By: /s/
Erika J. Scott
*Counsel for Jane Doe 116*

Date:

**EDWARDS & DE LA CERDA, PLLC**

By: /s/
Pedro "Peter" de la Cerda
*Counsel for John Doe CLG03522*

Date:

**JOSEPH GEORGE JR LAW**

By: /s/
Joseph C. George, Jr.
*Counsel for Joseph Doe SF 601*

Date: June 6, 2025

**BINDER MALTER HARRIS & ROME-BANKS LLP**

By: /s/ Robert Harris
Robert Harris
*Counsel for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School*

Date:

**JEFF ANDERSON & ASSOCIATES**

By: /s/
Jennifer Stein
*Counsel for Jane Doe SF 1260, John Doe 1196, John Doe SF1913, Jane Doe SF 1200, John Doe SF 1026, John Doe SF 1201, Jane Doe SF 1233, Jane Doe SF 2017*

Date:

**DRIVON LAW**

By: /s/
David E. Drivon
*Counsel for John Doe F.O.*

Date:

**WINER, BURRITT, SCOTT & JACOBS, LLP**

By: /s/
Erika J. Scott
*Counsel for Jane Doe 116*

Date:

**CONSTANT LAW GROUP**

By: /s/
Edward Kelley
*Counsel for John Doe CLG03522*

Date: 06·11·2025

**JOSEPH GEORGE JR LAW**

By: /s/
Joseph C. George, Jr.
*Counsel for Joseph Doe SF 601*

Date: June 6, 2025

**BINDER MALTER HARRIS & ROME-BANKS LLP**

By: /s/ Robert Harris
Robert Harris
*Counsel for Archbishop Riordan High School, Junipero Serra High School, and Marin Catholic High School*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Date: June 6, 2025

**McDERMOTT WILL & EMERY**

By: */s/ Lisa Linsky*
Lisa Linsky
*Counsel for Sacred Heart Cathedral Preparatory*

# Schedule 1

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School
     - St. Raphael's

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School
     - Youth Activities of the Archdiocese of San Francisco, a California Corporation
     - Catholic Charities CYO of the Archdiocese of San Francisco

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marin Catholic High School

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Sacred Heart Cathedral Preparatory
     - Christian Brothers Retreat House
     - De La Salle Institute

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807
   - Defendants:
     - Lasallian Education Corporation
     - De La Salle Institute
     - Sacred Heart Cathedral Preparatory
     - The Roman Catholic Archbishop of San Francisco, a corporation sole

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Marist Society
     - Archbishop Riordan High School

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Junipero Serra High School

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455
   - Defendants:
     - The Roman Catholic Archbishop of San Francisco, a corporation sole
     - Junipero Serra High School

Entered on Docket
June 20, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 20, 2025

DENNIS MONTALI
U.S. Bankruptcy Judge

James I. Stang (CA Bar No. 94435)
Gail S. Greenwood (CA Bar No. 169939)
Brittany M. Michael, *(Pro Hac Vice)*
PACHULSKI STANG ZIEHL & JONES L
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Email: jstang@pszjlaw.com
ggreenwood@pszjlaw.com
bmichael@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor.

Case No. 23-30564 (DM)

Chapter 11

Adv No. 25-03019 (DM)

The Roman Catholic Archbishop of San Francisco,

Plaintiff,

v.

John DB Roe SF et al.,

Defendants.

**ORDER APPROVING STIPULATION STAYING STATE COURT LITIGATION AGAINST HIGH SCHOOL DEFENDANTS**

The Court has reviewed the *Stipulation Staying State Court Litigation Against High School Defendants* [Docket No. 17] ("Stipulation")[1] entered by and through counsel for the Debtor, the Committee, the High Schools, and the High School Survivors; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED:**

1. The Stipulation is approved.

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.

2. This Court retains jurisdiction to resolve any disputes arising under or related to this Order and the Stipulation and to interpret, implement and enforce the provisions of this Order.

# # # # END OF ORDER # # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

ECF Participants

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

AMANDA L. COTTRELL, Cal. State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe | **REPLY IN SUPPORT OF MOTION FOR ORDER EXTENDING STAY TO ALL STATE COURT CASES IN WHICH DEBTOR AND/OR NON-DEBTOR AFFILIATES ARE NAMED AS DEFENDANTS UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 362**<br><br>Judge: Hon. Dennis Montali<br>Date: June 26, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

**TABLE OF CONTENTS**

I. INTRODUCTION .......... 1

II. LEGAL ARGUMENT .......... 1

A. The Debtor's Insurance Policies Are Indisputably Property of The Estate And The Policies' Proceeds Are Critical to Mediation and Reorganization .......... 1

1. The Non-Debtor Affiliates' Relationship with the Debtor Necessitates Extension of the Stay, Not Its Co-Defendant Status .......... 2

2. The Stay Protects the Debtor's Estate—the Insurance Policies—from State Court Actions Pursuing the Debtor Under Alter-Ego Theories and For Joint and Several Liability .......... 3

3. Public Interest Favors Global Resolution, Not Selective Litigation .......... 9

4. The Requested Relief Is Appropriately Tailored .......... 11

B. Alternative Framework: Controlled Discovery to Test Coverage Implications .......... 12

III. CONCLUSION .......... 13

i

Case No. 25-03019

SMRH:4926-9071-7006.6

REPLY IN SUPPORT OF MOTION FOR ORDER EXTENDING STAY

R0107

# TABLE OF AUTHORITIES

Page(s)

Cases

*In re Chugach Forest Products, Inc.*
23 F.3d 241 (9th Cir. 1994) ... 2

*City of Chicago, Illinois v. Fulton*
592 U.S. 154 (2021) ... 6

*In re Diocese of Buffalo, N.Y.*
656 B.R. 323 (Bankr. W.D.N.Y. 2024) ... 11

*In Re Mariner Health Central, Inc.*
No. 22-41079, 2023 WL 187175 (Bankr. N.D. Cal. Jan. 12, 2023) ... 6, 7, 12

*In re Purdue Pharma, L.P.*
69 F.4th 45 (2d Cir. 2023) ... 10, 11

*In re Related Asbestos Cases*
23 B.R. 523 (N.D. Cal. 1982) ... 2

*Roman Catholic Diocese of Rockville Centre v. Ark320 Doe (In re Roman Catholic Diocese of Rockville Ctr.)*
651 B.R. 622 (Bankr. S.D.N.Y. 2023) ... 7

*Roman Catholic Diocese v. LG 35 Doe (In re Roman Catholic Diocese)*
628 B.R. 571 (Bankr. N.D.N.Y. 2021) ... 5, 10

*In re The Diocese of Buffalo, N.Y.*
626 B.R. 866 (Bankr. W.D.N.Y. 2021) ... 11, 12

*In re The Diocese of Buffalo, N.Y.*
633 B.R. 185 (Bankr. W.D.N.Y. 2021) ... 11

*In re The Diocese of Buffalo, N.Y.*
652 B.R. 574 (Bankr. W.D.N.Y. 2023) ... 11

*In re the Diocese of Rochester*
No. AP 22-02075-PRW, 2022 WL 1638966 (Bankr. W.D.N.Y. May 23, 2022) ... 7

*Valerio v. Andrew Youngquist Constr.*
103 Cal. App. 4th1264 (Cal. Ct. App. 2002) ... 8

Statutes

Bankruptcy Code §§ 362 and 105(a) ... 1

Cal. Civ. Proc. Code §§ 2033.250 ... 5

Cal. Civ. Proc. Code §§ 2033.710, *et seq*. .......... 4

## I. INTRODUCTION

The Motion[1] seeks to protect the Debtor's insurance policies—*undisputedly property of the estate*—from systematic destruction through state court discovery and litigation pursuing alter ego and joint liability theories against the Debtor and Non-Debtor Affiliates.

The Committee concedes the policies are estate property but dismisses coverage threats as speculative, fundamentally misunderstanding how coverage disputes develop. Insurance coverage is destroyed through litigation records, not judgments. Every deposition answer and document production in these state court actions will shape coverage determinations across hundreds of claims and decades of policies.

The Committee's "proceed now, protect later" approach would permit third parties to conduct coverage discovery without the estate's participation, systematically undermining estate property. The requested relief protects these essential reorganization assets.

## II. LEGAL ARGUMENT

### A. The Debtor's Insurance Policies Are Undisputably Property of the Estate and the Policies' Proceeds Are Critical to Mediation and Reorganization

The Motion seeks a stay of the State Court Actions asserting joint and several liability by and among the Debtor and the Non-Debtor Affiliates to protect a key asset of the Debtor's estate: its insurance policies. On the one hand, the Committee readily agrees that the insurance policies are property of the estate, but on the other, the Committee insists that the *proceeds* of the policies will not be impacted or dissipated by discovery, litigation, or trial of the State Court Actions solely against the Non-Debtor Affiliates. Not so. The risk that insurance proceeds will be put at risk of impairment—partial or total—begins when discovery is permitted to proceed against the Non-Debtor Affiliates in the State Court Actions. The risk to the Debtor does not abate but continues through litigation and trial against the Non-Debtor Affiliates. The predicates for denial of coverage

[1] Capitalized terms not otherwise defined in this reply shall have the same meanings ascribed to them in the Motion or *The Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay to All State Court Cases in Which the Debtor and Non-Debtor Affiliates are Named as Defendants Under Bankruptcy Code Sections 362 and 105(a)* (the "Opposition").

are established at the outset of the case—discovery—and continue through the litigation process. If faced with later litigating the State Court Actions or during the course of the mediation, the Debtor may already be precluded from access to insurance proceeds based on the prior discovery and litigation as to the Non-Debtor Affiliates. Thus, the Debtor's time and attention to the State Court Actions will be required to protect the property of the estate. Extension of the automatic stay is the necessary means to protect the Debtor's estate.

**1. The Non-Debtor Affiliates' Relationship with the Debtor Necessitates Extension of the Stay, Not Its Co-Defendant Status**

The Committee's assertion (pp. 13-14) that the Debtor and the Non-Debtor Affiliates' status as co-defendants in the State Court Actions is the basis for the Motion and its reliance on *Fogarty*, misses the mark. As stated in the Motion, the Debtor unequivocally seeks to extend the stay to the Non-Debtor Affiliates based on the *relationship* between them, the State Court Actions' allegations and litigation posture of alter ego and joint and several liability, as well as the Debtor's per-occurrence insurance policies. Thus, the Committee's reliance on *Chugach*[2] is misplaced. In *Chugach*, the debtor did *not* seek injunctive relief or an extension of the stay but instead sought sanctions and damages for an alleged willful automatic stay violation, and all such relief was denied. 23 F. 3d at 243, 247. Furthermore, the issue determined in *Chugach* is that the "stay does not extend to non-parties liable on debts of debtor" (p. 13) is inapplicable here. The other cited authorities also recognize that relationships and factual circumstances must be considered in the inquiry to determine if the co-defendant is actually an unrelated non-debtor, as called out in the Committee's quotation that "related but *independent* codefendants"[3] are not encompassed by the automatic stay. Likewise, the Committee's reference to out-of-circuit District Court opinions quoting *Fogarty* do not just check the caption to determine if a co-defendant is involved but instead examine whether there is an adverse impact to the debtor based on its relationship to the co-defendant.

The Motion establishes the Debtor's relationship with the Non-Debtor Affiliates vis-à-vis the

---

[2] Opp., p. 13 (*In re Chugach Forest Products, Inc.*, 23 F.3d 241 (9th Cir. 1994)).

[3] Opp., p. 13, fn.17 (*In re Related Asbestos Cases*, 23 B.R. 523, 529 (N.D. Cal. 1982) (emphasis added)).

State Court Actions. The JCCP 5108 plaintiffs have alleged and are proceeding on a litigation theory that there is no difference between the Debtor and the Non-Debtor Affiliates: "there existed a unity of interest and ownership among Defendants and each of them, such that any individuality and separateness between Defendants, and each of them, ceased to exist. Defendants and each of them, were the successors-in-interest and/or alter egos of the other"; and that "each of them is jointly and severally liable to Plaintiff." Gaspari Decl., ¶¶ 14-22; Exhibit D, ¶¶ 23-24. The allegations are unequivocal and belie the Committee's contention (p. 15) that the Debtor did not show an "identity of interests" with the Non-Debtor Affiliates and that the Debtor's Motion "pick[s] and choose[s] non-debtors that are subject to the automatic stay." It is also puzzling because the Committee's pending Adversary Proceeding takes the same position (albeit incorrectly) as to other Non-Debtor Affiliates.[4]

**2. The Stay Protects the Debtor's Estate—the Insurance Policies—from State Court Actions Pursuing the Debtor Under Alter-Ego Theories and For Joint and Several Liability**

The Committee fundamentally understates the nature of the threat posed to the estate's insurance assets. While conceding (p. 15) that the Debtor's insurance policies constitute property of the estate, the Committee dismisses coverage concerns (pp. 18-20) by arguing that these personal injury actions do not directly implicate coverage issues. This analysis reveals a profound misapprehension of how insurance coverage disputes actually unfold and how the litigation record in the underlying tort cases will inexorably shape every future coverage determination.

The Committee's contention (p. 16) that the State Court Actions were not brought against the insurers ignores the realities present here. The State Court Actions, though framed now as personal injury claims rather than declaratory judgment actions against insurers, will create the definitive factual and legal record that insurers will weaponize in every subsequent coverage dispute. Unlike settlement discussions or mediation proceedings, this litigation record becomes permanent evidence that coverage counsel will mine for defenses across decades of policies and hundreds of claims. The

[4] The Motion was filed while the parties were negotiating a now-filed stipulation that stayed just the State Court Actions pending against Non-Debtor Affiliate high schools. *See* ECF No. 17. Presumably, the Committee so stipulated because the allegations and relief sought in the Committee's Adversary Proceeding cannot be reconciled its Opposition here. The same rationale applies as to the State Court Actions.

Debtor cannot stand idly by as that process occurs, as the proceedings in the 28 State Court Actions are very likely to impact coverage issues affecting the other claims against the Debtor.

Every discovery response, every deposition answer, every document production request in the State Court Actions touches on issues that are central to coverage determinations: the precise timing of incidents, the scope of institutional knowledge, the nature of supervisory relationships, and the characterization of alleged misconduct. Consider the coverage implications when Non-Debtor Affiliates respond to routine discovery in the State Court Actions. Timeline interrogatories seeking "when defendant first became aware of allegations" directly impact notice requirements across multiple policy years and carriers. Depositions exploring supervisory relationships and institutional oversight create binding admissions about vicarious liability that insurers will cite to deny coverage. Document requests about prior complaints or internal investigations generate a record that insurers will use to trigger knowledge-based exclusions or claim forfeiture provisions.

Significant amounts of discovery can be propounded in the State Court Actions because unlike federal court, there are few limitations. The ease of obtaining discovery is also notable. For example, propounding interrogatories can be as simple as checking a box on a form to propound any or all of the 50+ standardized pre-drafted Form Interrogatories. *See* Cal. Civ. Proc. Code §§ 2033.710, *et seq.* Form Interrogatories can be used to leverage and obtain party admissions. Unlike federal court, where a party can deny a request for admission, Form Interrogatory 17.1 (if propounded) can turn a denial or any response *other than an unqualified admission* into a binding admission because the party will then have to respond to four additional interrogatories explaining and justifying its failure to make an unconditional admission. *See* California Judicial Council Form DISC-001, Interrog. 17.1. For each unqualified admission, the party must provide: "all facts" on which the party based its response; the names and contact information for all persons "who have knowledge of those facts"; all documents and tangible things that support the party's response; and the identity and contact information for each person who has the document or tangible thing. *Id.* The significant impact and effect of propounding standardized form discovery makes it easy to dismiss the Committee's contentions that the discovery phase is essentially immaterial, including: the Committee "disputes that litigation

against the Non-Debtor Affiliates will have any immediate impact on insurance available to the Archdiocese, particularly because the State Court Actions are still in the discovery phase" (p. 23); a stay is "premature" because the State Court Actions are in the "early phases of discovery" (p. 17); and the "State Court Actions are in the initial phase" and "there is no indication . . . that the discovery would impact . . . mediation efforts and/or a reorganization" (p. 23). Indeed, immediate, preclusive effects in the State Court Actions in discovery phase could occur in as few as thirty days by serving written discovery, which includes checking the box for Form Interrogatories or Form Requests for Admission.[5]

**a. Impairment of the Debtor's Estate Occurs Before Judgment**

Similarly, the Committee's suggestion "no such evidence" of potential coverage harm exists (p. 16)—reveals their misunderstanding of how coverage disputes develop. The Committee instead tries to downplay the Special Insurance Counsel's declaration (p. 23) by suggesting it did not provide a granular level of detail for every policy, an argument that has been rejected by other courts. *See, e.g., Roman Catholic Diocese v. LG 35 Doe (In re Roman Catholic Diocese)*, 628 B.R. 571, 581 (Bankr. N.D.N.Y. 2021) (finding special insurance counsel's declaration explaining "how occurrence-based policies naming both the Diocese and its Affiliated Entities would be impacted by CVA litigation"). Moreover, insurers do not wait for final judgments to begin building coverage defenses; they scrutinize the litigation record from day one, cataloguing every admission, every characterization, and every factual determination that might support a later denial of coverage. By the time a judgment is entered, the coverage battle has already been fought—and potentially lost—through the record created in the underlying litigation.

This principle would be immediately apparent if the estate property at issue were real estate or intellectual property rather than insurance policies. No court would permit litigation against a non-debtor to proceed if that litigation could establish adverse possession claims, boundary disputes, or prior art determinations that would impair the value of estate property. The same logic applies with

[5] *See* Cal. Civ. Proc. Code §§ 2033.250 (requests for admission); 2030.260 (interrogatories); 2031.260 (document requests).

equal force to insurance assets. The State Court Actions will conduct what amounts to coverage discovery and fact-finding without the policyholder's participation, allowing third parties to shape the very record that will determine the value and scope of the estate's insurance assets. The automatic stay exists precisely to prevent this kind of end-run around estate property rights. *See City of Chicago, Illinois v. Fulton*, 592 U.S. 154, 157 (2021) ("The automatic stay serves the debtor's interests by protecting the estate from dismemberment, and it also benefits creditors as a group by preventing individual creditors from pursuing their own interests to the detriment of the others.").

There clearly will be an impact on the Debtor and the insurance resources of the estate by allowing the State Court Actions to proceed such that the Debtor cannot simply ignore those actions. Rather, the Debtor and its professionals must be actively involved in the defense of those actions, further diverting its attention from mediation.[6]

**b. Collateral Estoppel and Preclusion Risks Are Concrete**

As explained above, if State Court Actions against the Non-Debtor Affiliates are permitted to proceed, the Debtor will be prejudiced if the Debtor's defenses and/or litigation positions will be precluded or limited by collateral estoppel or the Debtor is otherwise precluded. The Committee's summary dismissal (pp. 24-25) suggesting "the risk is not imminent" because "[n]o State Court Action is close to trial" ignores the practical realities of even the initial stages of litigation. The Committee relies on *In Re Mariner Health Central, Inc.*, No. 22-41079, 2023 WL 187175 (Bankr. N.D. Cal. Jan. 12, 2023), which declined to extend the stay on very different facts than presented here: a total lack of insurance or other funds to reorganize and pay claimants. In *Mariner Health*, the debtors sought bankruptcy protection *after* a consolidated 10-plaintiff personal injury case proceeded to trial and judgment against a debtor, which judgment that debtor was neither able to pay nor appeal without bankruptcy relief. *See In re Mariner Health*, at *5-7. When the debtors sought chapter 11 protection, they also faced personal injury tort claims from residents at skilled

[6] As the Court is aware, the Debtor is already dealing with the Committee adversary proceeding, the two state court matters already released for trial, the mediation and the general bankruptcy case. The Debtor submits that adding the 28 State Court Actions to the list will neither move this case forward, nor conserve estate resources.

nursing facilities seeking similar judgments against them as well as employment-based claims. *Id.*, at *5. But a key difference in the *Mariner Health* debtors' request to extend the stay to those matters is the absence of *any* insurance coverage for that debtor's claims. *Id.* at *12. In *Mariner Health*, the debtors "**had no insurance** to cover tort [personal injury] claims" that were the subject of the requested relief. *Id.* (emphasis added). Furthermore, the debtor had no other assets to fund the judgment or other claims because its only potential funding source was to recover money "allegedly wrongfully transferred to affiliates" but there was "no material information even concerning the likelihood of identifying such transfers, let alone indicating a likely 'successful' resolution of such claims." *Id.* And even if the absence of insurance or funds to pay claimants could be resolved, the State of California had asserted claims under its regulatory powers against the debtor that could not be stayed, could result in new staffing and other requirements that could have a material impact on the debtor's operations and could be an "important factor in determining the requirements of a plan of reorganization and such a plan's feasibility." *Id.* at *7, *13. On its facts, *In re Mariner Health* has no bearing here.

**c. Post-Judgment Relief Will Not Prevent or Reverse the Harm**

The Opposition incorrectly suggests that the Debtor's requested stay relief should wait until a judgment is rendered against a Non-Debtor Affiliate in a State Court Action. The Committee's assertion (pp. 16-17) that the automatic stay can only be triggered when a judgment is sought to be satisfied from shared insurance relies on out-of-circuit cases. Some courts cited by the Committee have adopted a superficially appealing but fundamentally flawed approach to insurance-related automatic stay issues. These decisions held that personal injury litigation against non-debtors may proceed to judgment, but any attempt to enforce that judgment against shared insurance proceeds would violate the automatic stay. *See, e.g., In re the Diocese of Rochester*, No. AP 22-02075-PRW, 2022 WL 1638966, at *5 (Bankr. W.D.N.Y. May 23, 2022) (holding "Survivors can go forward in state court, this Court will not permit any judgment in favor of an Abuse Survivor to be executed against the proceeds of any insurance policy under which the Diocese is named as a co-insured, without specific permission of this Court—as was suggested by the Committee."); *see also Roman*

*Catholic Diocese of Rockville Centre v. Ark320 Doe (In re Roman Catholic Diocese of Rockville Ctr.)*, 651 B.R. 622, 645 (Bankr. S.D.N.Y. 2023) ("In the Committee's Opposition, it hedges its total opposition to an injunction by claiming that it supports allowing the State Court Actions to go forward subject to an order stating that no judgment can be enforced against, nor any settlement paid from, insurance policies that name the Debtor as an insured without a further order of this Court. …. As a practical matter, this is effectively the relief that is afforded here by the Court's ruling on the scope of the automatic stay, and the Court considers that it need not enter an order to enforce what is already barred by statute. The insurance proceeds are property of the estate and thus an attempt to draw on the policies by any party will require a lift stay motion and approval of this Court.").

This "judgment now, collect later" framework purports to protect estate assets while allowing tort litigation to proceed, but it fundamentally misunderstands both the nature of the estate property at issue (*the policies themselves*) and the mechanism by which that property is being impaired. The critical error in this analysis lies in conflating insurance policies with insurance proceeds. The estate's property is not some abstract right to future insurance payouts; it is the insurance policies themselves—complex contracts with defined terms, conditions, exclusions, and coverage grants that have present value and utility. These policies constitute estate property in their entirety, not merely as potential sources of monetary recovery. A policy's value to the estate depends not only on its face amount or coverage limits, but on the scope of that coverage, the availability of defenses, the strength of coverage positions, and the factual predicate for invoking coverage at all.

When personal injury litigation proceeds against non-debtors who are co-insureds on per-occurrence policies, it systematically erodes the value of these policy assets through record creation and factual determination, wholly apart from any monetary judgment or proceeds collection. *See, e.g., Valerio v. Andrew Youngquist Constr.*, 103 Cal. App. 4th1264, 1270, 1272 (Cal. Ct. App. 2002) (judicial admissions in pleadings and response to requests for admission preclude contrary evidence or testimony). Each discovery response potentially narrows the universe of covered claims. Each deposition answer potentially creates admissions that insurers will invoke to deny coverage.

The "proceed to judgment" theory thus protects a mirage while allowing the destruction of

the actual asset. Courts following this approach focus on preventing the post-judgment attachment of insurance proceeds while ignoring the pre-judgment evisceration of coverage itself. This is analogous to allowing adverse possession litigation to proceed against property owned by the estate on the theory that the automatic stay would prevent any transfer of title—while ignoring that the litigation itself is creating the factual predicate for adverse possession and systematically undermining the estate's title claims.

The fallacy becomes even more apparent when viewed through the lens of practical coverage litigation. Insurers defending coverage disputes do not primarily rely on post-judgment collection defenses; they focus on pre-judgment coverage defenses built from the underlying litigation record. They will argue that deposition testimony established intentional misconduct, that document production revealed knowledge that triggers exclusions, that expert opinions characterized conduct as outside the scope of coverage, and so forth. None of these coverage defenses depends on judgment enforcement; all of them depend on the record created during the underlying litigation.

Courts that permit personal injury litigation to proceed while purporting to protect insurance proceeds are thus solving the wrong problem. They are erecting barriers to protect a vault that has already been emptied. The estate's insurance assets are being systematically destroyed through the litigation process itself, rendering meaningless any subsequent protection of the proceeds that no longer exist. True protection of estate property requires preventing the impairment of coverage, not merely the collection of proceeds from coverage that remains intact.

**3. Public Interest Favors Global Resolution, Not Selective Litigation**

The Committee's "accountability" argument (pp. 27-28) ignores the chief public interest in this Chapter 11 archdiocesan reorganization. The overriding public interest lies in achieving a comprehensive global resolution that provides meaningful compensation to all survivors without protracted, case-by-case litigation. The Committee cannot explain why allowing these 28 specific cases to proceed—while hundreds of other survivors remain stayed—serves any coherent *public policy*. This selective approach creates the very disparate treatment the Committee elsewhere criticizes, privileging some survivors over others based solely on which defendants they sued. Put

another way, even if some State Court Actions are allowed to proceed against Non-Debtor Affiliates, there is no assurance that the state court will provide a quicker solution for any survivor. It plainly will not provide such a solution as to the Debtor while the Case persists. But if the Debtor, the Committee, the insurers, and the Non-Debtor Affiliates focus on mediation and settlement efforts to reach a consensual plan, that would provide a simultaneous resolution for all survivors.

**a. Litigation Will Not Promote Settlement**

The Committee's claim that parallel litigation will incentivize settlement (p. 25) ignores basic negotiation dynamics. Parties already face maximum incentive through the mediation process itself and the threat of plan rejection. Allowing selective litigation during ongoing mediation creates conflicting pressures that typically fracture negotiations rather than enhance them. These 28 cases are not bellwether cases or cases that establish any issues necessary to a global resolution. The Committee provides no authority—and no logic—for why fragmenting the resolution process serves the public interest better than unified negotiations.

**b. Re-organization Goals Inform Mediation Efforts**

For the same reasons, the Committee's citation to *Purdue* (pp. 21-22) actually undermines their position on re-organization. *Purdue* demonstrates that non-consensual plans releasing non-debtors cannot be confirmed, making consensual resolution the only viable path forward. That is exactly what the ongoing mediation seeks to achieve—a plan acceptable to all constituencies, including survivors, the Debtor, and participating non-debtors. *See* Main Case ECF No. 747 (Mediation Order identifying the re-organization goals and required participation by insurers and non-debtors).

Success in this context depends not on the Debtor unilaterally indicating a plan structure, but on the collaborative mediation process reaching terms all parties can accept. The Committee cannot simultaneously participate in good faith mediation while arguing that the absence of a predetermined outcome proves reorganization is unlikely. *See, e.g., Roman Catholic Diocese v. LG 35 Doe (In re Roman Catholic Diocese)*, 628 B.R. 571, 580 (Bankr. N.D.N.Y. 2021) (noting "likelihood of reorganization is inherently speculative" but successful reorganization "appears likely" due to

involvement of professionals with experience in successful Diocesan reorganizations). Its position essentially argues that mediation is pointless unless one party telegraphs its bottom line in advance—a proposition that would doom any meaningful negotiation.

The Committee's approach serves neither accountability nor the public interest—it serves only to complicate and potentially derail the very mediation process they claim to support. The public interest also includes efficient use of judicial resources. Allowing fragmented litigation across multiple forums while mediation proceeds wastes both state and federal court resources and creates potential for conflicting rulings.

**4. The Requested Relief Is Appropriately Tailored**

The Committee points to other, mostly out-of-circuit cases with widely differing facts, procedural postures, and non-debtor litigation as a measuring stick for the time period litigation should be stayed, yet glosses over the fact that these courts permitted multiple stays, re-evaluated stays in light of insurance coverage issues, and mediation progress.

For example, in the *seriatim Buffalo* decisions, there were multiple stays based on insurance-related issues:

- the first stay was in July 2020 with the Committee's agreement to "investigate status of insurance coverage"; in March 2021 when approximately 10% of the total claimants would not agree to stay state court litigation there were also 36 state court litigants and the insurance issues remain unresolved, recognized "availability of insurance is a critical and necessary factor in the development of a reorganization plan" and extended the stay to October 2021. *See In re The Diocese of Buffalo, N.Y.*, 626 B.R. 866, 870-871 (Bankr. W.D.N.Y. 2021);

- the stay is again extended from October 2021 to August 2022 based on a finding of good cause because if the state court litigation proceeds against the parishes, the parties will ultimately have to revisit the proceeding for the Diocese to propose a plan for contribution or indemnity. *In re The Diocese of Buffalo, N.Y.*,633 B.R. 185, 189 (Bankr. W.D.N.Y. 2021);

- the stay continued, the parties were in active mediation, and the stay was continued again through November 2023, two months after the last scheduled mediation session. *In re The Diocese of Buffalo, N.Y.*, 652 B.R. 574, 576 (Bankr. W.D.N.Y. 2023); and

- the court explains that the stays were granted "in order to facilitate the development of a plan that might include a global settlement of abuse claims against the Diocese, as well as abuse claims against parishes and affiliates, as well as parish and affiliate claims against the Diocese for indemnification and contribution" but due to newly decided *In re Purdue Pharma, L.P.*, 69 F.4th 45, 85 (2d Cir. 2023) case that approach was no longer permitted. *In re Diocese of Buffalo, N.Y.*, 656 B.R. 323, 326 (Bankr. W.D.N.Y. 2024).

**B. Alternative Framework: Controlled Discovery to Test Coverage Implications**

In the event the Court declines to extend the stay in its entirety, the Debtor respectfully requests a measured approach that protects valuable estate property while balancing the Committee's concerns.[7] Rather than opening the floodgates to discovery in all 28 State Court Actions—which would create the very coverage harm this Motion seeks to prevent—the Court could authorize a controlled process designed to test coverage implications without destroying estate assets.

This approach follows the *Buffalo* court's recognition that insurance coverage issues require investigation before coverage harm can be definitively proven. *Buffalo* repeatedly extended stays specifically to allow parties to investigate status of insurance coverage and recognized that availability of insurance is a critical and necessary factor in the development of a reorganization plan. *See supra*. Rather than creating an impossible burden requiring the estate to prove coverage dissipation before the coverage-destroying discovery occurs, the Court should authorize *Buffalo's* investigative approach through controlled fact development.

Specifically, the Debtor proposes the Court permit extremely limited discovery in 2-3 representative cases across different time periods and claim types, subject to strict protective orders that prohibit: (1) requests for admission that could create binding judicial admissions; (2) discovery into institutional knowledge or notice issues that directly impact coverage determinations; and (3) depositions exploring supervisory relationships or vicarious liability theories. The results of this controlled discovery would inform the Court's approach to the remaining cases.

This alternative recognizes that the numerosity of cases (28 individual actions), the varying allegations of liability, and the concrete risk of coverage dissipation make an "all or nothing" approach inappropriate. As the *Mariner Health* court recognized, even early-stage litigation "could easily create the danger of detrimental preclusive determinations." *In re Mariner Health*, *supra*, at *16. Unlike *Mariner Health*, where the debtor had no insurance or assets to protect, the estate here holds valuable insurance policies that face immediate and irreversible impairment through

---

[7] As an alternative to releasing the State Court Actions, the Debtor has made a proposal to the Committee for a more measured and considered approach. By the time of the hearing on the Motion, the parties will be able to advise the Court on whether that proposal is viable.

uncontrolled discovery.

## III. CONCLUSION

For the reasons set forth above, the Debtor respectfully requests that this Court enter one or more orders: (1) declaring that the automatic stay applies to all State Court Actions involving the Debtor and Non-Debtor Affiliates; (2) declaring that acts to continue prosecution in these actions violate the automatic stay and are void; (3) extending the stay to future State Court Actions; and (4) in the alternative, issuing an injunction under Section 105(a) barring prosecution of State Court Actions against Non-Debtor Affiliates for an appropriate duration during the pendency of this Case, and granting such other relief as the Court deems just and proper.

Dated: June 19, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By *[/s/ Paul J. Pascuzzi](/s/ Paul J. Pascuzzi)*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: June 19, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Ori Katz*
ORI KATZ
AMANDA L. COTTRELL

Attorneys for The Roman Catholic Archbishop of San Francisco

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**<br><br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF"), in the above-captioned chapter 11 case (the "Bankruptcy Case") has filed a *Motion to Approve Compromise and Stipulation Modifying the Automatic Stay* (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion is scheduled for **September 4, 2025, at 1:30 p.m.** (the "Hearing"), before the Honorable Dennis Montali at the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Hearing"). The Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by videoconference via ZoomGov. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

Opposition and comments, if any shall be made on or before August 21, 2025.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the *Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 14] ("Passarello Background Decl."), the *Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions* [ECF No. 15] ("Gaspari Decl."), the additional *Declaration of Fr. Patrick Summerhays in Support of this Motion* ("Summerhays Decl."), the exhibits filed in support of the Motion, the Request for Judicial Notice filed in support of the Motion, the pleadings and papers on file in this Bankruptcy Case and in the Adversary proceeding, including the complaint filed in the Adversary Proceeding, the Injunction Motion (which as defined in the Injunction Motion includes the supporting declarations), the Stipulation and the opposition filed to the Injunction Motion, and such other evidence and argument, both oral and documentary, as may be presented to the Court at or before the time of the Hearing on the Motion.

///

[1] All terms not otherwise defined herein have the same meaning as set forth in the Motion.

By the Motion, the RCASF, asks the Court for entry of an order, substantially in the form attached to the Motion as ***Exhibit A*** (the "Proposed Order"): (a) approving the stipulation attached as ***Exhibit 1*** to the Proposed Order (the "Stipulation") modifying the automatic stay for the limited purposes described in the Motion and in the Stipulation; (b) approving the Motion and authorizing the Debtor to take all actions necessary to effectuate the Stipulation; (c) waiving the fourteen (14) day stay period imposed on the order; and (d) granting such other and further relief as the Court deems just and proper under the circumstances.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declarations, copies of which may be obtained from the website to be maintained by the Debtor's Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge. You may also access these documents from the Court's Pacer system (requires a subscription). The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that this Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**NOTICE IS FURTHER GIVEN** that that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced addresses so as to be received by August 21, 2025. Any opposition or response must be filed and served on the Limited Service List as provided in the Final Order Approving Motion to (1) Establish Notice Procedures, (2) File Confidential Information Under Seal, and (3) Temporarily Suspend Deadline for Filing Proofs of Claim at ECF 227. The updated Limited Service List may be obtained from the Omni website listed above. Failure to file timely opposition and appear at the hearing may constitute a waiver of your objections, as this will not be a

preliminary hearing contrary to Local Bankruptcy Rule 4001-1. This is a motion to approve a compromise and stipulation modifying the automatic stay. It is the Debtor's position that Local Bankruptcy Rule 4001-1 does not apply. Accordingly, the hearing on this Motion shall not be a preliminary hearing. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: August 7, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 7, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
Ori Katz
Alan H. Martin
Attorneys for The Roman Catholic Archbishop of San Francisco

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD WILLOUGHBY
PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

AMANDA L. COTTRELL, Cal. State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391- 7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe | **NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING STAY TO ALL STATE COURT CASES IN WHICH DEBTOR AND/OR NON-DEBTOR AFFILIATES ARE NAMED AS DEFENDANTS UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 362**<br><br>Judge: Hon. Dennis Montali<br>Date: June 26, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL DEFENDANTS:**

**PLEASE TAKE NOTICE** that on May 29, 2025, The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession in the above-captioned chapter 11 case and plaintiff in the above-captioned adversary proceeding (the "Debtor"), filed its *Motion for Order Extending Stay to All State Court Cases in Which Debtor and Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* (the "Motion"), *Memorandum of Points and Authorities in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* (the "Memorandum of Points and Authorities"),[1] and supporting declarations of Paul E. Gaspari (the "Gaspari Declaration") and Barron L. Weinstein (the "Weinstein Declaration").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion (the "Hearing") will be conducted via videoconference has been scheduled for **June 26, 2025, at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that by the Motion, the Debtor seeks entry of one or more orders for declaratory and injunctive relief as follows:

[1] Capitalized terms not otherwise defined in this notice shall have the same meanings ascribed to them in the Motion and Memorandum of Points and Authorities.

1. A declaration that the automatic stay under Bankruptcy Code Section 362(a)[2] applies to all State Court Actions in which the Debtor is named as a co-defendant along with Non-Debtor Affiliates;

2. A declaration that the automatic stay under Section 362(a) applies to all State Court Actions in which Non-Debtor Affiliates are named as defendants because such actions would implicate property of the estate;

3. A declaration that any acts to continue prosecution, discovery, or trial preparation in these State Court Actions violate the automatic stay and are void;

4. A declaration that the automatic stay extends to any future State Court Actions that plaintiffs may seek to actively litigate against the Debtor and/or Non-Debtor Affiliates during the pendency of this Case; and

5. In addition, and in the alternative, an injunction pursuant to Bankruptcy Code Section 105(a) barring the prosecution of each of the State Court Actions which names any of the Non-Debtor Affiliates as a defendant and the Debtor as a co-defendant during the pendency of this Case, or until further order of this Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the Memorandum of Points and Authorities, the previously filed Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions (the "Passarello Decl.") [ECF No. 14], the previously filed Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions [ECF No. 15], the concurrently filed Gaspari and Weinstein Declarations, the supporting exhibits for each, all pleadings, papers, and records on file with the Court, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the Hearing.

**NOTICE IS FURTHER GIVEN** that the Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website. The Bankruptcy

---

[2] All section references in this notice are to title 11 of the United States Code (the "Bankruptcy Code").

Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. The link to the judge's electronic calendar is: https://www.canb.uscourts.gov/judge/montali/calendar.

**NOTICE IS FURTHER GIVEN** that on or before **June 12, 2025**, any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor and its bankruptcy counsel as listed on the upper left-hand corner of the first page of this notice, and any other party that has requested notice in the above-captioned adversary proceeding. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.

Dated: May 29, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By */s/ Paul J. Pascuzzi*

PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY

Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: May 29, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Ori Katz*

ORI KATZ
AMANDA L. COTTRELL

Attorneys for The Roman Catholic Archbishop of San Francisco

Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Nathan Reinhardt (SBN 311623)
Timothy W. Evanston (SBN 319342)
**Skarzynski Marick & Black LLP**
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
rroten@skarzysnki.com
jkahane@skarzynski.com
tevanston@skarzynski.com

Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
**Clyde & Co US LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yaang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No.: 23-30564<br><br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION (PROTECTIVE SUPPLEMENT TO PREVIOUS NOTICE OF APPEAL)** |

**PRELIMINARY STATEMENT**

On September 16, 2025, Certain Underwriters at Lloyd's, London and Certain London Market Companies ("LMI")[1] filed a Notice of Appeal and Statement of Election [Docket No. 1344] ("Notice of Appeal") from the Bankruptcy Court's Docket Text Order entered on September 2, 2025 (attached

[1] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

as Exhibit A to the Notice of Appeal). The Docket Text Order provided, *inter alia*, that the "Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order." On September 17, 2025, the Bankruptcy Court entered its Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1346] ("September 17 Order") which granted the relief "as set forth in the [Debtor's] Motion and the Court's Docket Text Order dated September 2, 2025." *See* Docket No. 1346 at 2:15-16.

Out of an abundance of caution, LMI now file this Notice of Appeal from the September 17 Order even though it appears that LMI's Notice of Appeal filed on September 16, 2025, is sufficient to appeal from the September 17 Order. *See* Bankruptcy Rule 8002(a)(2) ("A notice of appeal filed after the bankruptcy court announces a decision or order—but before entry of the judgment, order, or decree—is treated as filed on the date of and after the entry").

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Certain Underwriters at Lloyd's, London and Certain London Market Companies
2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe) | ☐ Trustee |
| | ☒ Other (describe) Party In Interest |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken: Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1346], attached as **Exhibit A** hereto, formally granting the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay, as

previously announced in the Bankruptcy Court's Docket Text Order entered on September 2, 2025 (attached as Exhibit A to the Notice of Appeal at Docket No. 1344).

2. State the date in which the judgment – or the appealable order or decree – was entered: September 17, 2025

**Part 3: Identify the other parties to the appeal**[2]

List the names of all parties to the judgment – or appealable order or decree—from which the appeal is taken and the names, address, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party/Attorney:

The Roman Catholic Archbishop of San Francisco
**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
Thomas R. Phinney, tphinney@ffwplaw.com
Mikayla E. Kutsuris, mkutsuris@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
(916) 329-7400

**Sheppard, Mullin, Richter & Hampton LLP**
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Jeannie Kim, jekim@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434-9100

Amanda L. Cottrell, acottrell@sheppardmullin.com
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
(469) 391-7400

**Blank Rome, LLP**
Barron Weinstein, barron.weinstein@blankrome.com

[2] Listed herein as parties to the appeal are certain abuse claimants. While counsel for these claimants signed the Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants (Docket Nos. 1285, 1331), contact information (email, office address, etc.) was not listed in the signature blocks for counsel. The addresses listed herein for counsel were found through online searches and are the product of the good faith effort of LMI to find accurate contact information.

2029 Century Park East
Los Angeles, CA 90067
(424) 239-3696

2. Party/Attorney:

The Official Committee of Unsecured Creditors
**Pachulski Stang Ziehl & Jones LLP**
James I. Stang, jstang@pszjlaw.com
Brittany M. Michael, bmichael@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
Gillian Nicole Brown, gbrown@pszjlaw.com
Debra I. Grassgreen, dgrassgreen@pszjlaw.com
John W. Lucas, jlucas@pszjlaw.com
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, CA 90067
(310) 277-6910

**Burns Bair LLP**
Timothy W. Burns, tburns@burnsbair.com
Jesse Bair, jbair@burnsbair.com
Brian P. Cawley, bcawley@burnsbair.com
10 East Doty Street, Suite 600
Madison, WI
(608) 286-2808

3. Party/Attorney:

Chicago Insurance Company and Fireman's Fund Insurance Company
**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5300

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

**Nicolaides Fink Thorpe Michaelides Sullivan LLP**
Matthew C. Lovell, mlovell@nicolaidesllp.com
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
(415) 745-3779

4. Party/Attorney:

Westport Insurance Corporation f/k/a Employers Reinsurance Corporation
**Sinnott, Puebla, Campaagne & Curet, APLC**
Blaise S. Curet, bcuret@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, CA 94608
(415) 352-6200

**Law Office of Robin D. Craig**
Robin D. Craig, rdcraig@rcraiglaw.com
6114 La Salle Ave., No. 517
Oakland, CA 94611
(510) 549-3310

**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5300

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

5. Party/Attorney:

Appalachian Insurance Company
**Parker, Hudson, Rainer & Dobbs LLP**
Harris B. Winsberg, hwinsberg@phrd.com
Matthew M. Weiss, mweiss@phrd.com
Matthew G. Roberts, mroberts@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia, 30308
(404) 523-5300

Todd C. Jacobs, tjacobs@phrd.com
John E. Bucheit, jbucheit@phrd.com
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
(312) 477-3305

**Robins Kaplan LLP**
Christina M. Lincoln, clincoln@robinskaplan.com
2121 Avenue of the Stars, Suite 2800

Los Angeles, CA 90067
(310) 552-0130

Melissaa M. D'Alelio, mdalelio@robinskaplan.com
Taylore E. Karpa Schollard, tkarpa@robinskaplan.com
Michele N. Detheraage, mdetherage@robinskaplan.com
800 Boylston Street, Suite 2500
Boston, MA 02199
(617) 267-2300

6. Party/Attorney:

St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company
**Dentons US LLP**
Joshua Haevernick, Joshua.haevernick@dentons.com
Patrick C. Maxcy, Patrick.maxcy@dentons.com
1999 Harrison Street, Suite 1300
Oakland, CA 94612
(415) 882-5000

7. Party/Attorney:

First State Reinsurance Company and New England Reinsurance Corporation
**Smith Ellison**
Michael W. Ellison, mellison@sehlaw.com
2151 Michelson Drive, Suite 185
Irvine, CA 92612
(949) 442-1500

**Ruggeri Parks Weinberg LLP**
Joshua D. Weinberg, jweinberg@ruggerilaw.com
Annette P. Rolain, arolain@ruggerilaw.com
Washington, D.C. 20006
(202) 984-1400

8. Party/Attorney:

John Doe L.M. and John Doe W.C.D.
**Boucher LLP**
Kelsey L. Campbell, campbell@boucher.la
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
(818) 340-5400

9. Party/Attorney:

John Doe H.M.
**KBM Law**
Karen Barth Menzies, kbm@kbmlaw.com
6701 Center Dr W, Ste 1400
Los Angeles CA 90045
(310) 363-0030

10. Party/Attorney:

C.M., G.J. and M.R.H.
**Donahoo & Associates, PC**
Richard E. Donahoo, rdonahoo@donahoo.com
440 W 1st St, Ste 101
Tustin, CA 92780
(714) 953-1010

11. Party/Attorney:

G.W.
**Herman Law**
Justin Felton, Jfelton@hermanlaw.com
24151 Ventura Blvd, Suite 230
Calabasas, CA 91302
(213) 806-7291

12. Party/Attorney:

John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053
**Jeff Anderson & Associates**
Jeff Anderson, jeff@andersonadvocates.com
Clayton Hinrichs, clayton@andersonadvocates.com
Jennifer Stein, jennifer@andersonadvocates.com
Michael Finnegan, mike@andersonadvocates.com
12011 San Vincente Blvd, Suite 700
Los Angeles, CA 90049 (310) 357-2425

13. Party/Attorney:

Joseph Doe OAK 475
**Joseph C. George, Jr. Law**
Joseph Charles George, jgeorgejr@psyclaw.com
601 University Ave., Suite 270
Sacramento, CA 95825
(916) 623-4914

14. Party/Attorney:

John Doe A.L.R. and A.D.R.
**Ketterer, Browne & Associates**
Andy LeClair
336 S. Main Street
Bel Air, MD 21014
(443) 731-0267

15. Party/Attorney:

LL John Doe WC
**Liakos Law, APC**
Jennifer R. Liakos, Jenn@jennliakoslaw.com
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula, CA 90274
(310) 961-0066

16. Party/Attorney:

John SF-26 Doe
**Manly, Steward, & Finaldi**
Vince W. Finaldi, vfinaldi@manlystewart.com
19100 Von Karman Ave., Suite 80
Irvine, CA 92612
(949) 252-9990

17. Party/Attorney:

John PV Roe 554
**Reich & Binstock LLP**
Dennis C. Reich
Robert J. Binstock
Ben Black
Andrew Holcomb
4265 San Felipe, Suite 1000
Houston, TX 77027
(713) 622-7271

18. Party/Attorney:

John Doe
**Ribera Law Firm**
Sandra Ribera Speed, sribera@riberalaw.com
157 West Portal Avenue, Suite 2
San Francisco, CA 94127
(415) 576-1600

19. Party/Attorney:

John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe
**Slater Slater Schulman LLP**
Adam P. Slater
488 Madison Avenue, 20th Floor
New York NY 10022
(212) 922-0906

Ryan A. Camastra, rcamastra@sssfirm.com
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211
(310) 341-2086

20. Party/Attorney:

John Doe A.D.R. and A.L.R. 7
**Thompson Law Office, PC**
Robert W. Thompson, bobby@tlopc.com
700 Airport Boulevard, Suite 160
Burlingame, CA 94010
(650) 513-6111

21. Party/Attorney:

Jane Doe 7
**Van Blois & Associates**
R. Lewis Van Blois, main@vanbloislaw.com
7677 Oakport St., Suite 565
Oakland, CA 94621
(510) 635-1284

22. Party/Attorney:

John DB Roe SF and John MW Roe SF
**The Zalkin Law Firm, P.C.**
Devin Storey, dms@zalkin.com
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
(800) 477-2989

**Part 4: Optional election to have appeal heard by District Court (applicable only to certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1) a party elects to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign Below**

Dated: September 30, 2025

Respectfully submitted,

By: */s/ Jeff D. Kahane*
Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy W. Evanston
Skarzynski Marick & Black LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
Email: rroten@skarzynski.com
jkahane@skarzynski.com
nreinhardt@skarzski.com
tevanston@skarzynski.com

-and-

By: _/s/ Catalina J. Sugayan_
Catalina J. Sugayan
Michael Norton (*pro hac vice*)
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us
Michael.Norton@clydeco.us
Yongli.Yang@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

# Exhibit A

R0141

Entered on Docket
September 17, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 17, 2025

DENNIS MONTALI
U.S. Bankruptcy Judge

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS L
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**

Date: September 4, 2025
Time: 1:30 p.m.
Location: via Zoom
Judge: Hon. Dennis Montali

Upon consideration of the motion of the Roman Catholic Archbishop of San Francisco (the "Debtor") (the "Motion") for entry of an order: (1) approving the *Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants* (the "Stipulation") attached hereto as ***Exhibit 1***, all as further described in the Motion; (2) approving the Motion and authorizing the Debtor to take all actions necessary to effectuate the Stipulation; (3) waiving the 14-day stay period imposed by Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") Rule 4001(a)(4); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having authority pursuant to 11 U.S.C. § 362(d) to order relief from the automatic stay as proposed under the terms in the Stipulation; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein as set forth in the Motion and the Court's Docket Text Order dated September 2, 2025; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation thereon and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. The Stipulation attached to this Order as ***Exhibit 1*** is hereby approved pursuant to Bankruptcy Rules 9019, 2002, and 4001.

3. Subject to the terms and conditions set forth in the Stipulation and to the extent required to implement the Stipulation, the stay imposed under 11 U.S.C. § 362(a) is hereby modified.

4. Except for the limited purpose of modifying the automatic stay as set forth in the Stipulation, the automatic stay shall otherwise remain in full force and effect.

5. This Order is effective immediately, the fourteen (14) day stay provision of

Bankruptcy Rule 4001(a)(4) shall not be applicable.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order, in accordance with the Motion and the Stipulation.

7. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**END OF ORDER**

**Exhibit 1**

**Stipulation**

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

The Roman Catholic Archbishop of San Francisco,

Debtor and
Debtor in Possession.

The Roman Catholic Archbishop of San Francisco,

Plaintiff,

v.

Case No. 23-30564

Chapter 11

Adv No. 25-03019

**STIPULATION BY AND AMONG THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS**

Judge: Hon. Dennis Montali
Date: July 17, 2025
Time: 1:30 p.m.
Place: Zoom.Gov

John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), each of the defendants in the above-captioned adversary proceeding that have not previously agreed to stay their cases (the "Survivor Defendants"), and the plaintiffs in the Released State Court Actions (defined below) (the "Plaintiffs"; collectively the Debtor, the Committee, the Survivor Defendants, and the Plaintiffs are the "Parties" and each is a "Party"), stipulate and agree as follows:

**RECITALS**

A. The Debtor filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code on August 21, 2023 (the "Petition Date"), which chapter 11 case No. 23-30564 (the "Bankruptcy Case") is pending before the Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

B. The Office of the United States Trustee appointed the Committee on September 1, 2023, pursuant to 11 U.S.C. § 1102.

C. In October 2019, Governor Gavin Newsom signed AB 218, known as the California Child Victims Act (the "CVA"), which expanded legal protections for survivors of child sexual abuse ("Survivors"). The CVA went into effect on January 1, 2020, opening a three-year "revival window" during which any Survivor could file civil claims regardless of when the abuse occurred.

D. During the CVA's revival window, approximately 541 Survivors filed civil actions against the Debtor, virtually all of which have been consolidated (along with other Northern California clergy cases naming other defendants) into a coordinated proceeding entitled *In re Northern California Clergy Cases*, JCCP No. 5108 in the Superior Court of California, County of Alameda (the "State Court").

E. Thirty-nine of those actions include as named defendants at least one of the non-Debtor affiliates listed on ***Exhibit A*** (the "Non-Debtor Affiliates"). These actions are identified in ***Exhibit B*** (collectively, the "Affiliate State Court Actions").

F. On April 28, 2025, the Debtor initiated the above-captioned adversary proceeding by filing a complaint for declaratory and injunctive relief that would prevent all the Affiliate State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

G. On May 29, 2025, the Debtor and the Committee stipulated that the Committee is permitted to appear, be heard, and intervene, which was approved by the Court [Adv. Pro. ECF Nos. 7, 11].

H. On May 29, 2025, the Debtor filed a *Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* along with supporting declarations and exhibits [Adv. Pro. ECF No. 8] (the "Injunction Motion"), seeking both a declaration that the automatic stay extends to all Affiliate State Court Actions and, in the alternative, an injunction that would prevent all Affiliate State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

I. On June 12, 2025, the Committee filed an *Opposition* and supporting documents to the Injunction Motion [Adv. Pro. ECF Nos. 13-15].

J. On June 13, 2025, the Debtor and the Committee stipulated to a voluntary stay of the Affiliate State Court Actions naming the High Schools as defendants, which was approved by the Court [Adv. Pro. ECF Nos. 17, 19].

K. On June 20, 2025, the Debtor filed a *Reply* to the Injunction Motion [Adv. Pro. ECF No. 18].

L. On June 24, 2025, the Debtor and the Committee agreed to continue the court hearing on the Injunction Motion from June 26, 2025 until July 17, 2025 at 1:30 p.m.

///

**STIPULATION**

1. The above recitals are incorporated by reference.

2. Subject to Paragraph 3, the Parties agree to a stipulated injunction pursuant to 11 U.S.C. § 105(a), enjoining prosecution of the Affiliate State Court Actions, including against the Non-Debtor Affiliates named therein (the "Stipulated Stay Injunction").

3. Attached as ***Exhibit C*** is a list identifying 5 state court actions (the "Released State Court Actions") to be released from the Stipulated Stay Injunction that shall proceed to trial, subject to the following terms:

a. The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

b. The Debtor is authorized to pay reasonable defense fees and costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

c. Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. Nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate or the enforcement of such lien.

d. No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

4. The Parties agree that all Survivors (regardless of whether their claims are selected as Released State Court Actions) may make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands. The Parties further agree that such demands are not a violation of the Stipulated Stay Injunction or the stay imposed by 11 U.S.C. § 362(a).

5. Except as provided in Paragraphs 3, nothing in this Stipulation provides for the modification or vacatur of the automatic stay imposed by 11 U.S.C. § 362(a).

6. Nothing in this Stipulation is an admission by any Party as to the allegations in the Injunction Motion or any opposition or reply filed thereto, or the merits of any of the issues raised therein.

7. Any Party may request that the Bankruptcy Court modify or rescind the Stipulated Stay Injunction, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor, or by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing. In connection with such a request, nothing in this Stipulation modifies the Parties' respective burdens of proof that they bore in relation to the Injunction Motion.

8. The Parties request that the Court approve this Stipulation and enter the proposed order attached hereto as ***Exhibit 1***.

Dated: July __, 2025

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

By */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
*Attorney for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco*

Dated: July ___, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**



By /s/ Brittany M Michael
James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Dated: July 25, 2025

**BOUCHER LLP**

By_______________
Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025

**KBM LAW**

By_______________
Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: July __, 2025

**DONAHOO & ASSOCIATES, PC**

By_______________
Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July __, 2025

**HERMAN LAW**

By_______________
Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025

**JEFF ANDERSON & ASSOCIATES**

By_______________
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*



By /s/ Brittany M Michael
James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Dated: July __, 2025

**BOUCHER LLP**

By_______________________________
Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025

**KBM LAW**

By_______________________________
Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: ~~July~~ August 6, 2025

**DONAHOO & ASSOCIATES, PC**

By_______________________________
Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July __, 2025

**HERMAN LAW**

By_______________________________
Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025

**JEFF ANDERSON & ASSOCIATES**

By_______________________________
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

By /s/ Brittany M Michael
James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Dated: July __, 2025

**BOUCHER LLP**

By______________________
Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025

**KBM LAW**

By______________________
Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: July __, 2025

**DONAHOO & ASSOCIATES, PC**

By______________________
Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July 29, 2025

**HERMAN LAW**

By______________________
Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025

**JEFF ANDERSON & ASSOCIATES**

By______________________
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

By [signature]
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

Dated: July 22, 2025

**JOSEPH C. GEORGE, JR. LAW**
By [signature]
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**
By____________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**
By____________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July 22 2025

**MANLY, STEWART, & FINALDI**
By [signature]
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**
By____________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**
By____________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**
By____________________________

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By_______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July 29, 2025

**KETTERER, BROWNE & ASSOCIATES**

By_______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By_______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By_______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By_______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By_______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By_______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By_______________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July 29, 2025

**LIAKOS LAW, APC**

By______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By______________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*



Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July 30th, 2025

**REICH & BINSTOCK, LLP**

By______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By______________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By________________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By________________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By________________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By________________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By________________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By________________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July 31, 2025

**SLATER SLATER SCHULMAN LLP**

By________________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By________________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July 29, 2025

**THOMPSON LAW OFFICE, PC**

By Robert W. Thompson
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By

R. Lewis Van Blois, Esq.
*Counsel for Jane Doe 7*

Dated: July 28, 2025

**THE ZALKIN LAW FIRM, P.C.**

By

Devin Storey, Esq.
*Counsel for John DB Roe SF and John MW Roe SF*

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By______________________________
R. Lewis Van Blois, Esq.
*Counsel for Jane Doe 7*

Dated: July 25, 2025

**THE ZALKIN LAW FIRM, P.C.**

By______________________________
Devin Storey, Esq.
*Counsel for John DB Roe SF and John MW Roe SF*

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By_______________________________
R. Lewis Van Blois, Esq.
*Counsel for Jane Doe 7*

Dated: July __, 2025

**THE ZALKIN LAW FIRM, P.C.**

By_______________________________
Devin Storey, Esq.
*Counsel for John DB Roe SF and John MW Roe SF*

Dated: ~~August~~ September 9, 2025

**JEFF ANDERSON & ASSOCIATES**

By_______________________________
Jennifer Stein, Esq.
*Counsel also for John Doe SF 1237, John Doe SF 1882, John Doe SF 1226, John Doe SF 1894, John Doe SF 1549, and John Doe SF 1166*

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF | Adv No. 25-03019<br><br>**STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION AND GRANTING RELIEF FROM STAY**<br><br>Judge: Hon. Dennis Montali<br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

Based on the Stipulation of The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and each of the defendants in this Action (the "Survivor Defendants"; collectively the Debtor, the Committee, and the Survivor Defendants are the "Parties"), IT IS ORDERED:

1. Pursuant to 11 U.S.C. § 105(a) and the agreed Stipulated Stay Injunction, the Survivor Defendants are enjoined from prosecuting any of the Affiliate State Court Actions identified on ***Exhibit B*** to this Order, including against any of the Non-Debtor Affiliates, listed on ***Exhibit A*** to this Order, named therein.[1]

2. The 5 state court actions, which are identified on ***Exhibit C*** to this Order (the "Released State Court Actions"), are released from the Stipulated Stay Injunction and may proceed to trial subject to the following terms:

a) The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

b) The Debtor is authorized to pay defense costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

///

[1] Additional state court actions may be added to this Order by stipulation of the Debtor, Committee and survivor claimant.

c) Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. For the avoidance of doubt, nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate.

d) No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

3. Nothing in this Order is an admission by any Party, or a determination or finding of fact by this Court, as to the allegations in the Injunction Motion or in any oppositions filed thereto, or the merits of any of the issues raised therein.

4. The Stipulated Stay Injunction and the automatic stay imposed by 11 U.S.C. § 362(a) are further modified to allow any Survivor (regardless of whether their claims are selected as Released State Court Actions) to make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands.

5. For the avoidance of doubt, and except as provided in Paragraphs 2 and 4, nothing in this Order modifies, lifts, or vacates the automatic stay imposed by 11 U.S.C. § 362(a).

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

7. The Stipulated Stay Injunction is an interim order and not a final adjudication on the merits of the Injunction Motion or the relief requested in the Complaint.

8. Any Party may request that the Bankruptcy Court modify or rescind this Order by filing a motion in this case, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor or

by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing.

9. Any party in interest that is not a Party, may seek relief from the injunction imposed by this Order, by filing a motion in the Debtor's chapter 11 case (the "Bankruptcy Case"), setting forth cause sufficient to justify relief pursuant to 11 U.S.C. § 362(d).

*****END OF ORDER*****

# EXHIBIT A

R0167

# Exhibit A

**Parishes and Missions**

All Hallows Chapel
All Souls Church (All Souls School)
Assumption Church (Tomales)
Cathedral of St. Mary of the Assumption
Church of the Epiphany (Epiphany School)
Church of the Good Shepherd (Good Shepherd School)
Church of the Nativity (Nativity School) (Menlo Park)
Church of the Nativity (San Francisco)
Corpus Christi Church
Holy Angels Church (Holy Angels School)
Holy Name of Jesus Church (Holy Name School)
Immaculate Heart of Mary Church (Immaculate Heart of Mary School)
Mater Dolorosa Church
Mission Dolores Basilica
Most Holy Redeemer Church
Most Holy Rosary Chapel
Notre Dame Des Victoires (Ecole Notre Dame des Victoires)
Old St. Mary's Church
Our Lady of Fatima Russian Byzantine Catholic
Our Lady of Guadalupe Mission (Brisbane)
Our Lady of Angels Church (Our Lady of Angels School)
Our Lady of Loretto Church (Our Lady of Loretto School)
Our Lady of Lourdes Church
Our Lady of Mercy Church (Our Lady of Mercy School)
Our Lady of Mount Carmel Church (Mill Valley)
Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)
Our Lady of Perpetual Help (Our Lady of Perpetual Help School)
Our Lady of the Pillar Church
Our Lady of Refuge Mission
Our Lady of the Visitacion Church (Our Lady of the Visitacion School)
Our Lady of the Wayside
Sacred Heart Church
San Jose Obero Church
Shrine of St. Francis of Assisi
St. Agnes Church
St. Andrew Church
St. Anne of the Sunset Church (St. Anne School)
St. Anselm Church (St. Anselm School)
St. Anthony Church (Menlo Park)
St. Anthony Mission (Pescadero)
St. Anthony of Padua Church (Novato)
St. Anthony of Padua Church

St. Augustine Church
St. Bartholomew Church
St. Benedict Parish
St. Boniface Church
St. Brendan Church (St. Brendan School)
St. Bruno Church
St. Catherine of Siena Church (St. Catherine of Siena School)
St. Cecilia Church (St. Cecilia School) (San Francisco)
St. Cecilia Church (Lagunitas)
St. Charles Borromeo Church
St. Charles Church (St. Charles School)
St. Denis Church
St. Dominic Church
St. Dunstan Church (St. Dunstan School)
St. Elizabeth Church
St. Emydius Church
St. Finn Barr Church (St. Finn Barr School)
St. Francis of Assisi
St. Gabriel Church (St. Gabriel School)
St. Gregory Church (St. Gregory School)
St. Helen Mission
St. Hilary Church (St. Hilary School)
St. Ignatius Church
St. Isabella Church (St. Isabella School)
St. James Church (St. James School)
St. John the Evangelist Church (St. John School)
St. John of God Chapel
St. Kevin Church
St. Luke Church
St. Mark Church
St. Mary Magdalene Mission
St. Mary Star of the Sea
St. Mary Church
St. Matthew Church (St. Matthias Preschool)
St. Matthias Church
St. Michael Korean Church
St. Monica-St. Thomas the Apostle Church (St. Monica School)
St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)
St. Patrick Church (San Francisco)
St. Paul Church (St. Paul School)
St. Paul of the Shipwreck
St. Peter Church (Pacifica)
St. Peter Church (St. Peter School) (San Francisco)
St. Philip the Apostle (St. Philip School)
St. Pius Church (St. Pius School)
St. Raphael Church (St. Raphael School)

St. Raymond Church (St. Raymond School)
St. Rita Church
St. Robert Church (St. Robert School)
St. Sebastian Church
St. Stephen Church (St. Stephen School)
St. Teresa Church
St. Thomas More Church (St. Thomas More School)
St. Timothy Church (St. Timothy School)
St. Veronica Church (St. Veronica School)
St. Vincent de Paul Church (St. Vincent de Paul School)
Star of the Sea Church (Stella Maris Academy)
Sts. Peter & Paul Church (Sts. Peter & Paul School)

**The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation**

**Cemeteries**
Holy Cross Catholic Cemeteries
Saint Mary Magdalene Catholic Cemetery
Mt. Olivet Cemetery
Our Lady of Pillar Cemetery
Tomales Bay Cemetery

**Archbishop Riordan High School**

**Marin Catholic High School**

**Junipero Serra High School**

**Sacred Heart Cathedral Preparatory**

**Vallombrosa Retreat Center**

**Serra Clergy House**

**The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation**

**The Roman Catholic Seminary of San Francisco**

**Catholic Charities CYO of the Archdiocese of San Francisco**

**The Benedict XVI Institute for Sacred Music and Divine Worship**

# EXHIBIT B

R0171

# Amended Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14.    Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15.    G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16.    G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17.    John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18.    John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19.    John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20.    John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21.    John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22.    John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23.    John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24.    G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25.    John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26.    John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28. John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29. John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30. John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**<u>The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary</u>**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**<u>Sacred Heart Cathedral Preparatory</u>**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**<u>Junipero Serra High School</u>**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1.   Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2.   John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3.   Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4.   John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5.   Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6.   John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7.   Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1.   John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT C

R0176

# Exhibit C

1.  John SF-26 Doe, an individual, v. Doe Archdiocese, et al., Alameda County Superior Court Case No. 22CV023657

2.  Jane Doe SF 1053, an individual, v. DOE 1, a Corporation Sole, et al., Alameda County Superior Court Case No. RG21107972

3.  John Doe W.C.D., an individual, v. DOE 1 Archdiocese, a corporation sole, et al., Alameda County Superior Court Case No. 22CV013926

4.  Jane Doe SF 1260, an individual, v. DOE 1, a corporation sole., et al., Alameda County Superior Court Case No. 22CV020842

5.  John MW Roe SF, individually, v. Defendant Doe 1, Archdiocese, et al., Alameda County Superior Court Case No. 22CV018182

**Court Service List**
**Registered ECF Participants Only**

Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20004
Telephone: (202) 5809-6640
Email: mturner@plevinturner.com, jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415)_365-9800
Email: alex.potente@clydeco.us, jason.chorley@clydeco.us

Attorneys for CENTURY INDEMNITY COMPANY, PACIFIC INDEMNITY COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY

[additional counsel listed in signature blocks below]

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Debtor and
Debtor in Possession.

No. 23-30564

Chapter 11

Judge Montali

**INSURERS' MOTION FOR STAY PENDING APPEAL**

Date: ______, 2025
Time:
Location: via Zoom
Judge: Hon, Dennis Montali

Objections due: _____, 2025

Pursuant to Bankruptcy Rule 8007, the insurers identified in the signature blocks below hereby move for stay pending appeal of this Court's *Docket Text Order* issued on September 2, 2025 at 9:07 a.m. (the "Text Order"), on the grounds stated below.

/ / /

**Legal standard**

"Parties seeking a stay pending appeal must make a showing under four factors: '(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.'"[1] "The four factors may be weighed in a sliding scale, 'where a stronger showing of one element may offset a weaker showing of another.'"[2]

**Argument**

Movants submit that the requirements for issuance of a stay pending appeal are met under the circumstances of this case.

**A. Likelihood of success on appeal**

"While it is not necessary for [movant] to show that it is more likely than not that it will win on the merits, 'at a minimum' . . . the petitioner must show that there is a 'substantial case for relief on the merits.'"[3]

Here, Movants believe they have a strong likelihood of success on appeal and, at a minimum, a substantial case for relief on the merits. The evidence proffered by Debtor to support its claim that "cause" existed to lift the stay was inadmissible, thin, and conclusory. Debtor offered the declaration of Fr. Summerhays, which merely said that allowing the Five Cases "to go forward" on the terms set forth in the Stipulation "dramatically alleviates the burden of litigation," allows Debtor and others "to focus their attention on the mediation," and is "in the best interests of the Debtor's estate" because "it resolves the Injunction Motion with little to no additional expense to the estate."[4] These are legal conclusions, not facts, and therefore

---

[1] *Schoenmann v. Schoenmann (In re Schoenmann)*, 2025 WL 438716, *2 (Bankr. N.D. Cal. Feb. 7, 2025), quoting *Nken v. Holder*, 556 U.S. 418, 433-34 (2009). *See also In re Akhlaghpour*, 2018 WL 3357367, *2 (Bankr. C.D. Cal. July 9, 2018) (same, also citing *Nken*).

[2] *In re Akhlaghpour*, 2018 WL 3357367 at *2, quoting *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011).

[3] *In re Blixseth*, 509 B.R. 701, 706 (Bankr. D. Mont. 2014), quoting *Lair v. Bullock*, 697 F.3d 1200, 1204 (9th Cir. 2012).

[4] Dkt. No. 1288, ¶ 5.

inadmissible.[5]

In particular, Fr. Summerhays does not state a single fact, and does not explain what "burden of litigation" Debtor faced given that it is protected by the automatic stay, or why Debtor was not previously able to "focus [its] attention on the mediation." Indeed, the burden of litigation the Summerhays declaration appears to refer to is not litigation against Debtor, but rather litigation against Debtor's affiliates, who are not debtors. Ostensibly to "alleviate" this burden on other entities, Debtor invited an entirely new burden onto itself in the form of five cases that were previously stayed. Until it agreed to allow these cases to go forward, Debtor faced no articulated litigation burden that was interfering with its ability to participate in mediation.[6]

Since the evidence supporting the Court's determination in the Text Order that Debtor proved "cause" was not admissible, Debtor failed to prove "cause" to lift the automatic stay. The Insurers therefore have, at a minimum, a substantial case for relief on the merits.

In addition, the Court made a critical factual finding in the Text Order that "[t]he OCC did not unilaterally select the test cases." But there is not a single shred of evidence to support that finding. The Court appears to have relied on a completely unsupported statement in the Committee's reply brief that "the five cases slated to move forward were not unilaterally selected by the Committee."[7] But counsel's legal argument is not evidence, and may not be relied upon by a court to support a finding of fact. This is another reason the Insurers have a substantial case for relief on the merits.

Further, Debtor made no attempt to show that the "test cases," as the Text Order calls them, are in any way representative. If and when cases that are not representative go to judgment, the Insurers will rightfully not treat them as representative in the mediation process.

---

[5] The Insurers objected to admission of Fr. Summerhays' declaration into evidence because it states legal conclusions and offers improper lay opinions (Dkt. No. 1302 at 4 n.6), but the Text Order does not expressly address Insurers' evidentiary objections. *See also* N.D. Cal. Local Bankruptcy Rule 9013-1(d)(2) ("declarations shall contain only facts . . . and shall avoid conclusions and argument").

[6] Debtors have represented to the Court that they are in fact very focused on the mediation, which it says is "progressing as expected." Dkt. No. 1318, ¶ 5. *See also id.*, ¶¶ 4, 12)

[7] Dkt. No. 1315 at 2.

Thus, the entire exercise of allowing "test cases" to proceed will serve no useful purpose, and will only distract the parties and delay the mediation. Also, Debtor provided the Court with no information about the "test cases," other than their names and civil action numbers.[8] For example, Debtor provided no information regarding whether the cases are trial-ready, whether they have already been the subject of discovery, or even whether they are at-issue (*i.e.*, whether Debtor has answered any of the complaints); as a result, the Court had no basis to judge whether allowing the cases to proceed will achieve the stated purpose of providing the parties with information to use in the mediation. Nor did Debtor provide any evidence about the JCCP proceeding or any estimate as to when any of the Five Cases would likely be set for trial. The complete lack of information provided about the Five Cases alone should have led the Court to deny Debtor's motion for lack of "cause" for lack of any evidentiary support.

Accordingly, the Court had no evidentiary basis whatsoever to accept the stated purpose of allowing the Five Cases to proceed—obtaining judgments that give the parties useful information to use in the mediation. Resolution in fact is further away because of the Court's Text Order, not closer. This is yet another reason Insurers have a substantial case for relief on the merits of their appeal.[9]

In addition, the Court's Text Order appears to not fully apprehend the massive harm the Insurers will suffer from allowing issuance of more than 500 demand letters to Insurers. The Text Order dismissively concludes that the Insurers "cannot be surprised or harmed" by the demand letters, but that is far from the reality. Debtor's bankruptcy case has created an artificial circumstance whereby hundreds of claims are aggregated and paused, with no discovery proceeding and the insurers unable to obtain information beyond the limited amount that the

---

[8] The ***only*** information provided to the Court about the Five Cases is the list in Exhibit C to the Stipulation (Dkt. No. 1285-1 at p. 33 of 33).

[9] Debtor's August 29 status conference statement undermines the principal argument underlying the lift-stay motion, specifically that allowing the Five Cases to proceed in the tort system is necessary to permit the parties to understand the value of the cases. In that status conference statement, Debtor advised the Court that "[s]ettlement data points and paths for these cases are readily known and achievable here." *Debtor's Status Conference Statement for September 4, 2025 Status Conference*, Dkt. No. 1318, ¶ 6.

claimants voluntarily provide.[10] The proposal that ***all*** claimants will suddenly and at once issue demand letters—potentially more than 500 of them—stands in contrast to the normal progression of cases in the tort system, where some cases proceed at a time through discovery pursuant to negotiated or court-approved scheduling orders, and demand letters are issued once sufficient discovery has taken place to allow parties to value a particular case and trial is approaching. Authorizing issuance of hundreds of demand letters at the same time creates a compressed and burdensome timetable that is substantially different from how insurers would normally receive such demand letters, which here will undoubtedly present both "surprise" and harm. And Debtors' claim that relief from stay is needed so that the claimants can determine the value of their claims makes absolutely no sense, since their demands necessarily will be based on the information they already have (but which Insurers do not).[11]

Apart from the burden of having to respond to so many letters, and the interference that will cause to the mediation by distracting the Insurers and their counsel, the Insurers do not have sufficient information about the claims to respond on the merits to the hundreds of demand letters they will receive.[12] The Committee is candid in acknowledging that purpose of the demand letters is not to advance resolution, but instead to manufacture a risk "that do[es] not presently exist,"[13] specifically, to expose the Insurers to what the Committee would contend is tens of millions of dollars of extracontractual liability—that is, liability beyond policy limits—should the Insurers not accept whatever outlandish demands are set forth in the letters that will be sent. The only way for the Insurers to respond to the letters on the merits is to seek

---

[10] The Bar Date Order entered by the Court established a regime under which abuse claimants had the option, but were not required, to provide detailed information about their claims. *See, e.g.*, Dkt. No. 337 at 21-27 of 39.

[11] Dkt. No. 1311 at 5:22-26.

[12] Advancing a *non sequitur*, the Committee's reply argued that it "has been pursuing discovery to investigate the Debtor's assets and liabilities pursuant Bankruptcy Rule 2004(a) since the Committee was appointed," and that "Insurers presumably have those documents or could seek them." Dkt. No. 1315 at 4. But information about Debtor's assets and liabilities is not what Insurers need to investigate the claims at issue in order to respond to demand letters. Rather, Insurers need discovery from claimants, including depositions—none of which can take place because the stay continues to bar Insurers from taking such discovery.

[13] Dkt. No. 1311 at 8.

to lift the stay to open discovery in every single case for which a letter is sent—thereby completely undercutting the purported justification for Debtor's stipulation with the Committee (which was to limit the number of cases proceeding in the tort system to just five). The upshot is that the stay here is improperly being deployed as both a sword and a shield—the stay is being lifted to allow issuance of demand letters, but is being kept in place to bar the Insurers from obtaining, through discovery, the very information they need to respond to the demands. And the harm from this tactic will fall entirely on the insurers, since there is no consequence for claimants who serve unsupported, unreasonable demands.[14]

Last, the Court erred by not holding the scheduled hearing on Debtor's motion. The Court should have held a hearing so that Insurers could have cross-examined Debtor's declarant, Fr. Summerhays. Because the Insurers were not given any chance to cross-examine Fr. Summerhays, it was error for this Court to consider his declaration—and without the Summerhays declaration, the Text Order is likely to be reversed because its finding of "cause" is completely without evidentiary support. In addition, the Insurers were given no opportunity to respond to the combined 20 pages of reply briefing submitted by Debtor and the Committee, which they could have done if the Court had allowed the scheduled hearing to go forward. The Court should have allowed the Insurers an opportunity to provide their responses during a

---

[14] In *Diocese of Syracuse*, the bankruptcy court rejected a request by individual claimants for relief from the automatic stay in order to serve demand letters. The *Syracuse* court ruled that the relief sought "would not result in partial or complete resolution of the claims" and would significantly and negatively impact the bankruptcy case:

> There's also a huge connection with the bankruptcy case and interference with it. It detracts from the mediation process that's undergoing. It detracts from the reorganization process. . . . And the discovery and the process involved in those demands would be expensive, would have to result in delay, and could impede the negotiations and the good faith that has gone on with the mediation process.

Transcript of Sept. 28, 2023 Hearing at 51:17-24, *In re The Roman Catholic Diocese of Syracuse*, Case No. 20-30663-WAK (N.D.N.Y. Sept. 28, 2023), attached as Exhibit C to the Insurers' Objection to the Motion (Dkt. No. 1302). It is worth noting that the *Syracuse* case is now on the eve of being resolved pursuant to a fully consensual plan, with the bankruptcy court having never authorized service of outside-of-mediation demand letters. Likewise, the *Diocese of Rochester* bankruptcy court earlier this month issued an order confirming a completely consensual plan without ever having permitted demand letters to issue. *See Decision and Order Confirming Eighth Amended Joint Chapter 11 Plan of Reorganization for the Diocese of Rochester*, Dkt. No. 3379, *In re Diocese of Rochester*, Case No. 19-20905 (Bankr. W.D.N.Y. Sept. 5, 2025).

hearing.

In sum, the fact that the Text Order was issued without any proper evidentiary basis makes it "more likely than not" that the Insurers "will win on the merits" or, "'at a minimum' . . . show that there is a 'substantial case for relief on the merits.'"[15]

**B. The Insurers will be irreparably injured absent a stay**

Defense of the Five Cases will be irreparably harmed unless a stay pending appeal is issued. Since the Stipulation provides that the Insurers are the only ones exposed to having to pay the claims, any interference with the defense will harm the Insurers and them alone.

As soon as the Court's order lifting the stay is effective, the Five Cases will begin moving forward, potentially resulting in prejudice or even judgments before Insurers' appeal is decided. As an initial matter, defense counsel must be identified. As noted in Insurers' Objection to the Motion, there is an existing dispute over who will control the defense of the Five Cases—Debtor, which pursuant to the Stipulation has no financial exposure whatsoever to the cases, or the Insurers, who have the sole financial risk. The Five Cases will proceed toward judgment even as the issue of who has the right to defend them remains undecided. The Insurers will be irreparably harmed if Debtor is the one directing the defense of claims for which the Insurers have all the exposure and Debtor has none.[16]

Assuming Debtor's defense counsel is the one defending the Five Cases while an appeal is pending, litigation positions will be taken by Debtor's defense counsel and, once taken, may be impossible to reverse. Such inability to overcome or modify decisions by Debtor's defense counsel constitutes irreparable harm.

---

[15] *In re Blixseth*, 509 B.R. 701 at 706, quoting *Lair v. Bullock*, 697 F.3d 1200, 1204 (9th Cir. 2012).

[16] This assumes that previous defense counsel selected by Debtor will continue in that role. But Debtor has made no representation that that is so. In the *Diocese of Santa Rosa* case, the debtor, represented by the same lawyers as Debtor in this case, waited until after the court lifted the stay to release three cases to disclose that previous defense counsel would be unable to continue in that role. *See Insurers' Supplemental Statement*, Dkt. No. 1477 at 2-3, *In re The Roman Catholic Bishop of Santa Rosa*, Case No. 23-10113 (Bankr. N.D. Cal. Aug. 24, 2025) (noting, after obtaining lift-stay relief, that previous defense counsel selected by Debtor would not be able to defend the cases for which stay relief had been granted). As a result, new counsel—whether selected by the debtor there, or the insurers—must be retained brought up to speed. The same may well be true here.

In addition, the Text Order permits more than 500 settlement demands to be issued, to which the Insurers will have to respond within whatever time the claimants unilaterally set, with potentially draconian consequences as described above. Being potentially exposed to extracontractual liability in hundreds of cases, while being barred (due to the automatic stay) from obtaining the information needed to respond to the letters, will irreparably harm the insurers.

The litigation activity and activity relating to generating responses to demands will interfere with the mediation proceedings—harming not only the Insurers, but also other parties.

**C. Whether issuance of a stay pending appeal will substantially injure the other parties interested in the proceeding**

Issuance of a stay pending appeal will not harm any of the other parties to this case. A stay will merely reinstate the *status quo ante*, which was not harming Debtor (which entered into the Stipulation only to neutralize the alleged threat that *all* the cases would be permitted proceed in the tort system against non-debtor entities) or the claimants. The automatic stay is one of the most important provisions in the Bankruptcy Code. It is not only a key debtor protection, it also protects creditors from a race to the courthouse.[17] There can be no injury resulting from keeping the automatic stay in place while the question of whether it was improperly lifted is determined on appeal.

In fact, when the bankruptcy court in the *Diocese of Syracuse* case denied a similar motion to lift stay, the court specifically noted that lifting the stay would "detract[ ]" from the mediation process.[18] And issuing a stay pending appeal will protect all the claimants whose cases were not chosen as one of the Five Cases from the discriminatory treatment they will suffer if the plaintiffs in the Five Cases are able to obtain judgments and recover from Insurers while all the

[17] *City of Chicago, Illinois v. Fulton*, 592 U.S. 154, 157 (2021) (the automatic stay "benefits creditors ***as a group*** by preventing individual creditors from pursuing their own interests to the detriment of the others") (emphasis added).

[18] *See* footnote 8 above.

other claimants' claims remain stayed.[19] Issuance of a stay will certainly not harm those 500+ claimants, whose cases are not proceeding in any event, whether or not a stay pending appeal is issued.

Another party whose interests are impaired by the Text Order, particularly the Court's waiver of the 14-day stay of Rule 4001(a)(4), is the District Court. The purpose of Rule 4001(a)(4) and the various other 14-day stay provisions in the Bankruptcy Rules is to permit orderly processing of appeals, including to give appellants, bankruptcy courts, and district courts time to process motions for stay pending appeal brought under Bankruptcy Rule 8007. As the bankruptcy court in *AIO US, Inc.* recently explained, in declining to waive the 14-day stays imposed by Bankruptcy Rules 3020(e) and 6004(h):

> Those rules operate primarily as a courtesy to the district court. In the event that a party seeks a stay pending appeal of this Court's confirmation order, these rules are intended to provide the district court (assuming a motion for a stay pending appeal is filed promptly) some time to consider the merits of the motion for a stay pending appeal before a plan is consummated. For that reason, this Court would only be prepared waive that period if no party in interest intended to seek a stay pending appeal.[20]

The Motion makes no attempt to explain why the ordinary procedures put in place by the drafters of the Rules should be jettisoned in connection with the Motion. Most particularly, Debtor has not explained what harm, if any, would befall it if the ordinary 14-day period in Rule 4001(a)(4) were respected here. And the Text Order likewise does not state why it is appropriate here to waive the 14-day stay.

In the *Diocese of Santa Rosa* case, Judge Novack recently stayed the effective date of a similar lift-stay order for 30 days to permit the debtor and the insurers to arrange for the defense of three lawsuits for which the court was lifting the automatic stay.[21] Such a delay is also

---

[19] The Text Order observed that no claimants whose cases would remain stayed objected to the proposed relief, but there is no evidence that any of them (as opposed to their counsel) had notice of the proposed relief.

[20] *In re AIO US, Inc.*, Dkt. No. 1442 at 70, Case No. 24-11836-CTG (Bankr. D. Del. Aug. 21, 2025).

[21] *See Order on Debtor's Motion to Approve Stipulation Modifying the Automatic Stay*, Dkt. No. 1480, ¶ 5. *In re Roman Catholic Bishop of Santa Rosa*, Case No. 23-10113 (Bankr. N.D. Cal. Aug. 26, 2025) ("This Order is effective 30 days from the date it is entered on the docket"). *See also Insurers' Supplemental*

(continued…)

appropriate here, to avoid prejudicing the defense of the Five Cases. This Court itself recognized earlier in this case that delaying the effective date of a lift-stay order to avoid undue prejudice is warranted; the same is true here.[22]

**D. Whether issuance of a stay pending appeal will result in harm to the general public**

This factor does not seem directly appropriate here. But to the extent the general public (including parishioners of the Archdiocese and claimants in this case whose cases remain stayed) have an interest in seeing an earlier consensual resolution of this bankruptcy case through mediation, anything that threatens to impair or delay the mediation process is a negative because it will delay progress toward a confirmed plan.[23] Here, as the *Syracuse* court noted, allowing a handful of claims to proceed will impede the mediation effort, not promote it. That case fully resolved on a consensual basis without the stay being lifted to allow any abuse claims to proceed in the tort system.

**Conclusion**

For the reasons stated above, the Court should issue a stay pending appeal. Doing so is necessary to protect the Insurers' rights and the defense of the Five Cases, and will not harm any other parties to this case or the general public.

At a minimum, the Court should stay its order for 14 days, as contemplated by Rule 4001(a)(4), to maintain the status quo so that the District Court can consider an application

---

*Statement*, Dkt. No. 1477 at 2-3, *In re The Roman Catholic Bishop of Santa Rosa*, Case No. 23-10113 (Bankr. N.D. Cal. Aug. 24, 2025) (explaining why time was needed to stand up the defense of the cases released from stay).

[22] *See Order Approving Stipulation to Withdraw Without Prejudice the Motion of Certain Insurers for Relief from Automatic Stay to Permit California Coverage Action to Continue*, Dkt. No. 453 (when this Court lifted the stay last April in response to the Committee's motion to lift stay for just two cases, the Court made its lift-stay order effective after a "brief pause" of 2-½ months, "to allow more time for ongoing mediation").

[23] Debtor has repeatedly noted that diocesan bankruptcy cases are resolved through mediations. *See, e.g.*, *Debtor's Status Conference Statement for September 4, 2025 Status Conference*, Dkt. No. 1318, ¶ 3 (in "all" of the diocesan bankruptcy cases that have resulted in confirmed plans, "the terms of a consensual reorganization plan were reached following a mediation process in which the debtor, non-debtor entities, insurers and the creditors' committee representing the interests of survivors of sexual abuse participated").

for a stay pending appeal under Bankruptcy Rule 8007(b), if this Court does not issue the stay requested herein.

DATED: September 16, 2025

Respectfully submitted,

By: */s/ Mark D. Plevin*

Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20004
Telephone: (202) 5809-6640
Email: mturner@plevinturner.com, jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Email: alex.potente@clydeco.us, jason.chorley@clydeco.us

*Attorneys for Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964)*

Catalina J. Sugayan
Michael Norton
Yongli Yang
CLYDE & CO US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 635-7000
Email: Catalina.Sugayan@clydeco.us, Michael Norton@clydeco.us, Yongli.Yang@clydeco.us

Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Timothy Evanston

SKARZYNSKI MARICK & BLACK LLP
633 West Fifth Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 721-0650
Email: jkahane@skarzynski.com, rroten@skarzynski.com, nreinhardt@skarzynski.com, tevanston@skarzynski.com

*Attorneys for Certain Underwriters at Lloyd's London and Certain London Market Companies*[24]

Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20004
Telephone: (202) 5809-6640
Email: mturner@plevinturner.com, jhess@plevinturner.com

*Attorneys for Continental Casualty Company*

Joshua Haevernick (State Bar No. 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Email: joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Email: patrick.maxcy@dentons.com

Andrew D. Telles Wyatt (State Bar No. 316740)
DENTONS US LLP

---

[24] London Market Insurers are Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700
Email: andrew.wyatt@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

- 12 -
INSURERS' MOTION FOR STAY PENDING APPEAL
R0191

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In Re. THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO | § | Case No. 23-30564 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2025

Petition Date: 08/21/2023

Months Pending: 26

Industry Classification: 8 6 6 1

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 87

Debtor's Full-Time Employees (as of date of order for relief): 85

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Flanagan
Signature of Responsible Party

Michael Flanagan
Printed Name of Responsible Party

10/21/2025
Date

One Peter Yorke Way, San Francisco CA 94109
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $180,222,308 | |
| b. | Total receipts (net of transfers between accounts) | $5,045,529 | $163,374,209 |
| c. | Total disbursements (net of transfers between accounts) | $6,661,501 | $158,126,301 |
| d. | Cash balance end of month (a+b-c) | $178,606,336 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $6,661,501 | $158,126,301 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $2,466,100 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $1,739,395 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $192,813,816 |
| e. | Total assets | $221,782,478 |
| f. | Postpetition payables (excluding taxes) | $460,939 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $460,939 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $334,667 |
| m. | Prepetition unsecured debt | $2,768,900 |
| n. | Total liabilities (debt) (j+k+l+m) | $3,564,505 |
| o. | Ending equity/net worth (e-n) | $218,217,973 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $5,045,529 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $5,045,529 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $5,639,577 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $1,021,924 | |
| k. | Profit (loss) | $-1,615,972 | $5,247,908 |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $341,836 | $8,283,080 | $667,918 | $7,949,756 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Felderstein Fitzgerald | Co-Counsel | $32,674 | $1,050,817 | $79,905 | $1,018,243 |
| | ii | Sheppard Mullin | Co-Counsel | $164,155 | $3,441,049 | $253,296 | $3,276,919 |
| | iii | B. Riley/GlassRatner | Financial Professional | $40,788 | $1,104,531 | $63,889 | $1,063,743 |
| | iv | Omni Agent Sol. (Sec. 156 (c)) | Other | $23,233 | $359,680 | $23,233 | $359,680 |
| | v | Omni Agent Solutions | Other | $0 | $22,964 | $0 | $22,964 |
| | vi | Weintraub Tobin | Special Counsel | $45,923 | $1,132,894 | $91,167 | $1,072,126 |
| | vii | Weinstein & Numbers | Special Counsel | $0 | $280,503 | $0 | $280,503 |
| | viii | Blank Rome | Special Counsel | $33,615 | $783,874 | $151,183 | $750,259 |
| | ix | Transperfect | Other | $1,448 | $106,768 | $5,244 | $105,320 |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021) 4

R0195

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $51,682 | $952,546 | $51,682 | $952,546 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Stewardship Planned Giving | Other | $0 | $42,124 | $0 | $42,124 |
| | ii | Partnerships in Mission School | Other | $0 | $83,694 | $0 | $83,694 |
| | iii | Grant Thornton | Financial Professional | $0 | $41,695 | $0 | $41,695 |
| | iv | BPM LLP | Other | $21,400 | $307,204 | $21,400 | $307,204 |
| | v | Korn Ferry | Other | $0 | $16,667 | $0 | $16,667 |
| | vi | Best Best & Krieger | Special Counsel | $0 | $3,713 | $0 | $3,713 |
| | vii | Gallagher Benefit Services | Financial Professional | $5,000 | $63,387 | $5,000 | $63,387 |
| | viii | Global Retirement Partners LLC | Financial Professional | $0 | $97,724 | $0 | $97,724 |
| | ix | Beacon Pointe LLP | Financial Professional | $25,282 | $201,805 | $25,282 | $201,805 |
| | x | Perr & Knight | Other | $0 | $8,250 | $0 | $8,250 |
| | xi | Catholic Legal Immigration Net | Other | $0 | $20,000 | $0 | $20,000 |
| | xii | Nicolay Consulting Group | Other | $0 | $41,702 | $0 | $41,702 |
| | xiii | Altum Edge | Other | $0 | $24,000 | $0 | $24,000 |
| | xiv | Littler Mendelson, PC | Other | $0 | $582 | $0 | $582 |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

UST Form 11-MOR (12/01/2021) 6

R0197

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

UST Form 11-MOR (12/01/2021) 7

R0198

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $453,737 | $16,523,612 | $1,073,606 | $15,862,028 |

| **Part 6: Postpetition Taxes** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $48,169 | $1,169,422 |
| e. | Postpetition property taxes paid | $0 | $78,769 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes (●) No ( ) | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ( ) No (●) | |
| c. | Were any payments made to or on behalf of insiders? | Yes (●) No ( ) | |
| d. | Are you current on postpetition tax return filings? | Yes (●) No ( ) | |
| e. | Are you current on postpetition estimated tax payments? | Yes (●) No ( ) | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes (●) No ( ) | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ( ) No (●) | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes (●) No ( ) N/A ( ) | |
| i. | Do you have: Worker's compensation insurance? | Yes (●) No ( ) | |
| | If yes, are your premiums current? | Yes (●) No ( ) N/A ( ) | (if no, see Instructions) |
| | Casualty/property insurance? | Yes (●) No ( ) | |
| | If yes, are your premiums current? | Yes (●) No ( ) N/A ( ) | (if no, see Instructions) |
| | General liability insurance? | Yes (●) No ( ) | |
| | If yes, are your premiums current? | Yes (●) No ( ) N/A ( ) | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ( ) No (●) | |
| k. | Has a disclosure statement been filed with the court? | Yes ( ) No (●) | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes (●) No ( ) | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Michael Flanagan
Signature of Responsible Party

Michael Flanagan
Printed Name of Responsible Party

Chief Financial Officer
Title

10/21/2025
Date

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)

11

R0202

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564



PageThree

PageFour

Roman Catholic Archbishop of San Francisco | Schedule 1
United States Bankruptcy Court - Northern District of California - [Case # 23-30564]
Statement of Receipts & Disbursements (Restricted and Unrestricted Debtor Bank Accounts)
September 1, 2025 - September 30, 2025

| Description | Accounts Payable Checking | Stock Clearing Brokerage Account | Chancery Payroll Account | Investment Pool Checking Acct | Imprest - Settlement Payments (AJ Gallagher) | Main Operating Account | ADSF Restricted Checking | Investment Account | Imprest - General Liability (George Hills Co.) | Investment Pool [1] | Total of all Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bank of America | J.P.Morgan | Bank of America | Bank of America | Bank of America | Bank of America | Bank of America | BofA Securities, Inc. | California Bank & Trust | US Bank | |
| | ***0220 | ***8113 | ***2233 | ***4129 | ***4577 | ***5250 | ***7083 | ***9371/2C19 | ***9479 | Various | |
| **Beginning Balance (9/1/2025)** | **$ 574,422** | **$ -** | **$ 80,964** | **$ 85,483** | **$ 18,971** | **$ 1,313,789** | **$ 8,517,461** | **$ 55,001,472** | **$ 94,621** | **$ 114,535,124** | **$ 180,222,308** |
| ***Plus Receipts:*** | | | | | | | | | | | |
| **Diocese Related Receipts** | | | | | | | | | | | |
| AAA | - | - | - | - | - | - | 303,049 | - | - | - | **303,049** |
| RI Tax/Cathedraticum | - | - | - | - | - | 127,338 | - | - | - | - | **127,338** |
| Rental Property Income | - | - | - | - | - | 77,509 | - | - | - | - | **77,509** |
| Cemetery Receipts | - | - | - | - | - | 118,333 | - | - | - | - | **118,333** |
| Fees for Services | (100) | - | - | - | - | 46,164 | - | - | - | - | **46,064** |
| Gifts & Donations | - | - | - | - | - | 33,490 | 208,434 | - | - | - | **241,924** |
| Investment Receipts/Interest | - | - | - | - | - | - | - | 195,554 | - | - | **195,554** |
| Miscellaneous Receipts | - | - | - | - | - | 27,458 | 894 | - | - | - | **28,351** |
| **Reimbursements from non-debtor entities:** | - | - | - | - | - | - | - | - | - | - | **-** |
| Insurance Reimbursements | - | - | - | - | - | 3,063,806 | 10,105 | - | - | - | **3,073,911** |
| Pension Reimbursements [3] | - | - | - | - | - | - | 574,625 | - | - | - | **574,625** |
| Disbursement of Pension Reimbursements | - | - | - | - | - | - | (554,554) | - | - | - | **(554,554)** |
| Pass-through Restricted Gifts [4] | - | - | - | - | - | - | - | - | - | | |
| Received on Behalf of Others | - | 95,998 | - | - | - | - | 81,560 | - | - | - | **177,557** |
| Disbursed to Intended Recipient | - | - | - | - | - | - | (79,425) | - | - | - | **(79,425)** |
| **Total Receipts** | **(100)** | **95,998** | **-** | **-** | **-** | **3,494,098** | **544,686** | **195,554** | **-** | **-** | **4,330,235** |
| ***Less Disbursements:*** | | | | | | | | | | | |
| **Diocese Related Disbursements** | | | | | | | | | | | |
| Payroll & Benefits - Diocese | 1,243 | - | 759,450 | - | - | 8,944 | - | - | - | - | **769,637** |
| Insurance - Diocese | 176,840 | - | - | - | - | - | - | - | - | - | **176,840** |
| Other Operating Expenses | 48,302 | - | - | - | 13,138 | 134,975 | - | - | - | - | **196,415** |
| Professional Fees - Ordinary Course Professionals | 26,400 | - | - | 25,282 | - | - | - | - | - | - | **51,682** |
| Professional Fees - Bankruptcy | 1,021,924 | - | - | - | - | - | - | - | - | - | **1,021,924** |
| Mediator Fees [5] | 30,950 | - | - | - | - | (57,599) | - | - | - | - | **(26,649)** |
| Repairs & Maintenance | 206,210 | - | - | - | - | - | - | - | - | - | **206,210** |
| Program Expenses | 127,875 | - | - | - | - | - | 3,733 | - | - | - | **131,609** |
| Office Expenses | 139,170 | - | - | - | - | - | - | - | - | - | **139,170** |
| Utilities | 49,213 | - | - | - | - | - | - | - | - | - | **49,213** |
| Priest Retirement Benefits | 49,879 | - | - | - | - | 20,204 | - | - | - | - | **70,083** |
| Assessments | - | - | - | - | - | - | - | - | - | - | **-** |
| Parish Refunds | - | - | - | - | - | - | - | - | - | - | **-** |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - | **-** |
| Credit Card Funding | - | - | - | - | - | 100,000 | - | - | - | - | **100,000** |
| Insurance-related disb. on behalf of Non-Debtor entities | 3,615,869 | - | - | - | - | - | - | - | - | - | **3,615,869** |
| Other disbursements on behalf of non-debtor entities | - | - | - | - | - | - | 158,572 | - | - | - | **158,572** |
| **Total Disbursements** | **5,493,875** | **-** | **759,450** | **25,282** | **13,138** | **206,525** | **162,305** | **-** | **-** | **-** | **6,660,575** |
| Transfers | 4,986,479 | (46,706) | 787,373 | - | 15,849 | (3,294,371) | 46,447 | (2,500,000) | 4,929 | 0 | **0** |
| Deposit & Loan Net Investment Activity | - | - | - | - | - | - | - | - | - | - | **-** |
| Funding of Investment Pool | - | - | - | - | - | - | - | - | - | - | **-** |
| Benefit Payments from Investment Pool | - | - | - | - | - | - | - | - | - | (926) | **(926)** |
| Interest/Dividends on Investment Pool | - | - | - | - | - | - | - | - | - | 187,801 | **187,801** |
| Brokerage Fees | - | - | - | - | - | - | - | - | - | - | **-** |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | - | (445) | - | - | - | - | - | - | - | 527,938 | **527,493** |
| **Bank Balance** | **$ 66,926** | **$ 48,846** | **$ 108,887** | **$ 60,201** | **$ 21,682** | **$ 1,306,991** | **$ 8,946,289** | **$ 52,697,026** | **$ 99,550** | **$ 115,249,937** | **$ 178,606,336** |

***Notes:***
[1] Summary balances. See detail on following table.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.
[3] The Debtor collects, aggregates, and holds in trust on behalf of non-debtor entities certain employee pension contributions. These contributions are forwarded to the pension custodian on a pass-through basis.
[4] The Debtor serves as a pass-through conduit for gifts of securities intended for certain non-debtor entities, which are deposited into a restricted bank account, monetized and disbursed to the intended recipient. In addition, the Debtor receives, on a pass-through basis, certain gifts intended for non-debtor entities. The Debtor processes these gifts on behalf of the intended recipients and ensures appropriate documentation supporting restrictions and directions. These funds are subsequently forwarded to the intended recipient following completion of documentation.
[5] Per Order Referring Case to Mediation and Appointing Mediator (DE # 747), the Debtor is to pay the full amount of the invoice and receive 66.6% back from Insurer's Group for their share

R0204

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool Accounts)**
**September 1, 2025 - September 30, 2025**

**Schedule 2**

| Description | ADSF Composite Balanced Pool | Diamond Hill | Jensen | Metwest | Vaughan Nelson | Segall Bryant | Amer Core | Redwood-Kairos Real Estate Value Fund VI | Kimpact Evergreen | Baron Emerging |
|---|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8800 | ***8801 | ***8802 | ***8803 | ***8804 | ***8805 | ***8807 | ***8808 | ***8809 | ***8810 |
| **Beginning Balance (9/1/2025)** | **$ 17,287,967** | **$ 20,290,608** | **$ 15,806,578** | **$ 7,215,756** | **$ 6,386,779** | **$ 15,719,924** | **$ 3,835,042** | **$ 839,252** | **$ 959,797** | **$ 3,440,531** |
| Transfers | (1,287) | | | - | | - | 155 | 105 | - | 191 |
| Funding of Investment Pool | - | - | | - | - | - | - | - | - | |
| Benefit Payments from Investment Pool | - | - | | - | - | - | - | - | - | |
| Interest/Dividends on Investment Pool | 39,360 | 45,228 | 15,063 | 20,863 | 12,783 | 41,093 | - | - | 17 | - |
| Brokerage Fees | - | - | - | - | - | - | - | - | - | - |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | 231,572 | (584,410) | 251,972 | 12,302 | (8,045) | 11,960 | - | 267 | 10,059 | 105,124 |
| **Bank Balance** | **$ 17,557,613** | **$ 19,751,426** | **$ 16,073,613** | **$ 7,248,921** | **$ 6,391,517** | **$ 15,772,978** | **$ 3,835,197** | **$ 839,624** | **$ 969,873** | **$ 3,545,846** |

**Notes:**
[1] Balances include approximately $2.8 million of funds held on behalf of other entities.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California - [Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool Accounts)**
**September 1, 2025 - September 30, 2025**

**Schedule 2**

| Description | Wells Cap Emerging | Cuit International Eq | Cliffwater Corp Lend | Kairos Cr Strat REIT | Redwood-Kairos Real Estate Fund VIII | Partners Group | Montauk Triguard | ADSF - SERP | Total Investment Pool |
|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8811 | ***8812 | ***8813 | ***8814 | ***8816 | ***8817 | ***8818 | ***8900 | Various [1] |
| **Beginning Balance (9/1/2025)** | **$ 3,320,020** | **$ 9,216,357** | **$ 3,284,127** | **$ 2,654,541** | **$ 1,387,164** | **$ 1,712,432** | **$ 952,857** | **$ 225,392** | **$ 114,535,124** |
| Transfers | 208 | 339 | 117 | - | - | 42 | 130 | | 0 |
| Funding of Investment Pool | | | - | - | - | - | - | - | - |
| Benefit Payments from Investment Pool | | | - | - | - | - | - | (926) | (926) |
| Interest/Dividends on Investment Pool | - | 12,556 | - | 18 | 7 | 0 | 18 | 793 | 187,801 |
| Brokerage Fees | - | - | - | - | - | - | - | - | - |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | 58,757 | 334,902 | 24,577 | 37,183 | 18,685 | (4,499) | 27,609 | (79) | 527,938 |
| **Bank Balance** | **$ 3,378,985** | **$ 9,564,154** | **$ 3,308,821** | **$ 2,691,742** | **$ 1,405,856** | **$ 1,707,975** | **$ 980,615** | **$ 225,180** | **$ 115,249,937** |

**Notes:**
[1] Balances include approximately $2.8 million of funds held on behalf of other entities.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

**Roman Catholic Archbishop of San Francisco** **Schedule 4**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Balance Sheet - As of September 30, 2025 - Modified Cash Basis**
**UNAUDITED - Not in accordance with GAAP- Sub ect to Material Change**

| | | |
|---|---|---|
| Cash - Restricted & Unrestricted | $ | 178,606,336 |
| Accounts Receivable, net | | 2,466,100 |
| Prepaid Expenses | | 3,503,756 |
| Parish Assessments | | 1,805,985 |
| Building and land, net | | 27,666,394 |
| Automobiles, net | | 6,000 |
| Beneficial Interest in RSPC | | 333,874 |
| Beneficial Interest in Trusts | | 962,394 |
| Notes Receivable | | 6,431,639 |
| **Total Assets** | **$** | **221,782,478** |
| | | |
| Pre-Petition Priority Debt [1] | | 358,856 |
| Pre-Petition Unsecured Debt [1] | | 3,129,233 |
| Post-Petition Accounts Payable [2] | | 460,939 |
| **Total Liabilities** | **$** | **3,949,028** |
| | | |
| **Net Assets** | **$** | **217,833,450** |
| **Total Liabilities & Net Assets** | **$** | **221,782,478** |

***Notes:***

[1] Prepetition unsecured debt is held constant at prepetition levels (consistent with the Amended Statements and Schedules) as post-petition MOR reporting is on a cash basis. Additionally, the amount shown here is consistent with the amount reported in Schedule F. This balance sheet value excludes any payments made towards pre-petition unsecured debt and excludes contingent abuse claims.

Below is the reconciliation of prepetition priority unsecured debt to Part 2 of the MOR: [3]

| | | |
|---|---|---|
| Pre-petition priority unsecured debt per balance sheet above | $ | 358,856 |
| Additional Pre-petition priority unsecured debt received since filing | | 817 |
| Less: Payments on Pre-petition Priority Unsecured Debt made post-petition (Part 7a) | | (25,005) |
| Total prepetition unsecured debt (Part 2 of MOR) | $ | 334,667 |

Below is the reconciliation of prepetition unsecured debt to Part 2 of the MOR:

| | | |
|---|---|---|
| Pre-petition unsecured debt per balance sheet above | $ | 3,129,233 |
| Additional Pre-petition unsecured debt received since filing | | 525,361 |
| Less: Payments on Prepetition Unsecured Debt made post-petition (Part 7a) | | (885,695) |
| Total prepetition unsecured debt (Part 2 of MOR) | $ | 2,768,900 |

[2] Entire balance is current; separate aging schedule not necessary.

[3] Does not reflect reductions attributable to use or payout of priority PTO balances.

**Roman Catholic Archbishop of San Francisco** **Schedule 3**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Statement of Operations (For the Period September 1, 2025 - September 30, 2025) - Modified Cash Basis**
**UNAUDITED - Not in accordance with GAAP- Sub ect to Material Change**

| | | |
|---|---|---|
| Gross income / Sales (net of returns and allowances; includes investment gains / losses) | $ | 5,045,529 |
| Cost of goods sold (incl. depreciation, if applicable) | | - |
| Gross profit (a - b) | $ | 5,045,529 |
| Selling expenses | | - |
| General and administrative expenses | | 5,639,577 |
| Other expenses | | - |
| Depreciation and/or amortization (not included in 4b) | | - |
| Interest | | - |
| Taxes (local, state, and federal) | | - |
| Reorganization Items | | 1,021,924 |
| Profit (Loss) | **$** | **(1,615,972)** |

**Roman Catholic Archbishop of San Francisco** **Schedule 5**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Schedule of Payments to Insiders**

| Insider Name | Payment Date | Pmt Amount / Market Value of Non-cash Pmt | Source Document |
|---|---|---|---|
| Rev. Patric Summerhays | 9/29/2025 | $ 400.00 | BOA 0220 |
| Michael Flanagan | 9/15/2025 | 12,628.23 | Debtor Payroll ournal |
| Most Rev. Salvatore Cordileone | 9/30/2025 | 4,662.36 | Debtor Payroll ournal |
| Michael Flanagan | 9/30/2025 | 12,628.23 | Debtor Payroll ournal |
| Rev. Patric Summerhays | 9/30/2025 | 3,975.17 | Debtor Payroll ournal |
| | | **$ 34,293.99** | |

Roman Catholic Archbishop of San Francisco | Schedule 6
United States Bankruptcy Court - Northern District of California [Case #23-30564]
Schedule of Pre-Petition Debt Paid

| Date | Payee | | Amount* |
|---|---|---|---|
| 9/1/2023 | National Conference Of Vicars For Religious (NCVR) | $ | 172.13 |
| 9/1/2023 | Reliance Life Insurance | | 15,053.30 |
| 9/1/2023 | The Hartford Group | | 16,675.51 |
| 9/15/2023 | Gallagher Benefit Services, Inc. | | 887.10 |
| 9/22/2023 | David A Mees | | 401.97 |
| 9/22/2023 | Gonzalo Alvarado | | 43.26 |
| 9/19/2023 | Dominican Sisters | | 66.00 |
| 9/15/2023 | Gabriel Singer | | 300.00 |
| 9/26/2023 | Claudia Atilano | | 102.46 |
| 9/26/2023 | Comptroller, Phil Isacco | | 153.92 |
| 9/28/2023 | Dere Gas in | | 190.23 |
| 9/22/2023 | Rev Gregory Heidenblut, O.S.A. | | 600.00 |
| 9/22/2023 | Rev Michael Liliedahl | | 35.65 |
| 9/29/2023 | Gallagher Bassett Services, Inc. | | 19,750.00 |
| 10/6/2023 | Gallagher Bassett Services, Inc. | | 8,817.00 |
| 10/6/2023 | Gallagher Bassett Services, Inc. | | 8,817.00 |
| 11/17/2023 | United Behavioral Health | [2] | 1,178.49 |
| 10/27/2023 | Gallagher Bassett Services, Inc. | | 103,200.00 |
| 10/27/2023 | Gallagher Bassett Services, Inc. | | 44,053.63 |
| 10/27/2023 | George Hills | | 34,462.07 |
| 10/24/2023 | Guideone Insurance | | 13,025.43 |
| 10/13/2023 | immy Velasco | | 163.75 |
| 10/24/2023 | ern County Treasurer - Tax Collector ( cttc) | | 1.39 |
| 10/27/2023 | Natalie Zivnus a | | 24.89 |
| 10/17/2023 | Navia Benefit Solutions | | 1,378.40 |
| 10/20/2023 | Rev Dzungwenen R Tyohemba | | 382.07 |
| 10/24/2023 | Cannon Street, Inc. | | 20,607.50 |
| 11/10/2023 | ADP, Inc. | [2] | 6,465.63 |
| 11/10/2023 | ADP, Inc. | [2] | 3,750.98 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 11,980.15 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 58,728.00 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 8,182.82 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 8,705.78 |
| 11/17/2023 | ADP, Inc. | | 344.18 |
| 11/17/2023 | ADP, Inc. | | 1,037.80 |
| 11/17/2023 | ADP, Inc. | | 106.63 |
| 11/17/2023 | ADP, Inc. | | 6,465.63 |
| 11/17/2023 | ADP, Inc. | | 5,093.31 |
| 11/17/2023 | ADP, Inc. | | 2,713.18 |
| 11/17/2023 | ADP, Inc. | | 1,400.00 |
| 11/17/2023 | ADP, Inc. | | 1,049.93 |
| 11/17/2023 | ADP, Inc. | | 15,679.83 |
| 11/9/2023 | George Hills | | 24,239.74 |
| 11/3/2023 | Rachel Alvelais | | 208.22 |
| 11/9/2023 | Rev Gregory Heidenblut, O.S.A. | | 27.42 |
| 11/9/2023 | Rev Andrew Spyrow | | 60.97 |
| 11/29/2023 | Employment Development Dept | [2] | 25,860.55 |
| 12/1/2023 | Gallagher Bassett Services, Inc. | [2] | 34,900.00 |
| 12/8/2023 | Anelita Reyes | [2] | 58.30 |
| 12/15/2023 | Gallagher Bassett Services, Inc. | [2] | 35,682.00 |
| 12/15/2023 | Gallagher Bassett Services, Inc. | [2] | 14,554.00 |
| 12/21/2023 | Carol Grewal | [2] | 9.04 |
| 12/21/2023 | Ed Hopfner | [2] | 338.68 |
| 12/21/2023 | orn Ferry | | 16,666.67 |
| 12/8/2023 | San Francisco Tax Collector | | 5,132.20 |
| 12/8/2023 | San Francisco Tax Collector | | 13,817.74 |
| 12/8/2023 | San Francisco Tax Collector | | 2,830.06 |
| 12/8/2023 | Reliance Life Insurance | | 15,668.16 |

Roman Catholic Archbishop of San Francisco — Schedule 6
United States Bankruptcy Court - Northern District of California [Case #23-30564]
Schedule of Pre-Petition Debt Paid

| Date | Payee | | Amount* |
|---|---|---|---|
| 1/5/2024 | Benefit Allocation Systems-Ops | | $ 463.20 |
| 1/9/2024 | airos Psychology Group | | 1,000.00 |
| 1/9/2024 | airos Psychology Group | | 2,000.00 |
| 1/9/2024 | airos Psychology Group | | 2,000.00 |
| 1/9/2024 | airos Psychology Group | | 2,000.00 |
| 1/5/2024 | Rev Thuan Hoang | | 850.00 |
| 1/5/2024 | Gallagher Bassett Services, Inc. | [1] | 13,915.75 |
| 1/19/2024 | Gallagher Bassett Services, Inc. | [1] | 23,520.11 |
| 2/2/2024 | effery Yano | [2] | 130.21 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 31,910.00 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 9,130.00 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 14,659.00 |
| 2/16/2024 | Gallagher Bassett Services, Inc. | | 21,153.10 |
| 2/16/2024 | Gallagher Bassett Services, Inc. | | 8,322.50 |
| 3/15/2024 | Gallagher Bassett Services, Inc. | | 11,083.00 |
| 3/1/2024 | Colleen Dur in | [2] | 8.78 |
| 3/1/2024 | George Hills | | 12,268.69 |
| 4/8/2024 | effery Froula | | 3,500.00 |
| 5/21/2024 | Rev Anthony Chung | | 358.15 |
| 5/24/2024 | ulio Escobar | | 401.91 |
| 6/25/2024 | eric B Rea | | 130.35 |
| 6/21/2024 | Gallagher Bassett Services, Inc. | | 23,298.28 |
| 7/12/2024 | Gallagher Bassett Services, Inc. | | 13,120.00 |
| 7/12/2024 | Gallagher Bassett Services, Inc. | | 13,000.00 |
| 7/16/2024 | eric B Rea | | 292.13 |
| 8/29/2024 | Gallagher Bassett Services, Inc. | | 9,837.00 |
| 9/13/2024 | Gallagher Bassett Services, Inc. | | 7,400.00 |
| 9/17/2024 | Marin Hospitalist Medical Group, Inc. | | 110.40 |
| 9/27/2024 | George Hills | | 14,585.97 |
| 10/3/2024 | Gallagher Bassett Services, Inc. | | 2,429.04 |
| 10/7/2024 | Gallagher Bassett Services, Inc. | | 8,674.00 |
| 12/6/2024 | Gallagher Bassett Services, Inc. | | 17,125.00 |
| 6/23/2025 | Gallagher Bassett Services, Inc. | | 838.00 |
| 6/20/2025 | Gallagher Bassett Services, Inc. | | 12,995.00 |
| 8/8/2025 | Gallagher Bassett Services, Inc. | | 13,300.00 |
| 9/12/2025 | Gallagher Bassett Services, Inc. | | 2,590.36 |
| | **Total** | | **$ 910,700.68** |

***Notes:***

[1] Amount is a portion applied from a larger payment including post-petition debt payment.
[2] Authorized payments made in prior periods.

Certain of these payments relate to invoices that were received post-petition and therefore were not included in Schedule E/F.

**Roman Catholic Archbishop of San Francisco** — Schedule 7

**United States Bankruptcy Court - Northern District of California**

**Professional Fees**

*Case # 23-30564*

**20% Holdbacks Approved with 5th Interim Fee Applications**

| Professional | Fees | Adjustments | Total Approved |
|---|---|---|---|
| ***Debtor's Professionals:*** | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 43,039.20 | $ (1,000.00) | $ 42,039.20 |
| B. Riley Advisory Services | 47,201.10 | (1,000.00) | 46,201.10 |
| Sheppard Mullin Richter & Hampton LLP | 136,603.12 | (3,000.00) | 133,603.12 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 51,926.80 | (326.60) | 51,600.20 |
| BlankRome, LLP (3rd Fee App) | 87,352.74 | - | 87,352.74 |
| Omni Agent Solutions, Inc. | - | - | - |
| Transperfect | 4,319.45 | (650.00) | 3,669.45 |
| **Total Debtor Professionals:** | **370,442.41** | **(5,976.60)** | **364,465.81** |
| ***UCC Professionals:*** | | | |
| Pachulski Stang Ziehl Jones | 257,971.70 | (1,000.00) | 256,971.70 |
| Berkeley Research Group | 67,154.13 | - | 67,154.13 |
| Burns Bair | 29,879.80 | - | 29,879.80 |
| **Total UCC Professionals:** | **355,005.63** | **(1,000.00)** | **354,005.63** |
| Total: | **$ 725,448.04** | **$ (6,976.60)** | **$ 718,471.44** |

**July 2025 Fee Statement: Filed August 2025** — **Payments Made: Sept 2025**

| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses) | Applied from Retainer | Cash Payment Made | Total |
|---|---|---|---|---|---|---|
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 46,360.50 | $ 777.55 | $ 37,865.95 | $ - | $ 79,905.15 | $ 79,905.15 |
| GlassRatner | 21,002.50 | 886.29 | 17,688.29 | - | 63,889.39 | 63,889.39 |
| Sheppard Mullin Richter & Hampton LLP | 149,366.60 | 199.90 | 119,693.18 | - | 253,296.30 | 253,296.30 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 49,193.50 | 212.10 | 39,566.90 | - | 91,167.10 | 91,167.10 |
| Weinstein & Numbers, LLP | - | - | - | - | - | - |
| Blank Rome | 79,755.40 | 26.10 | 63,830.42 | - | 151,183.16 | 151,183.16 |
| Omni Agent Solutions, Inc. | - | - | - | - | - | - |
| Transperfect | 1,967.60 | - | 1,574.08 | - | 5,243.53 | 5,243.53 |
| **Total Debtor Professionals:** | **347,646.10** | **2,101.94** | **280,218.82** | **-** | **644,684.63** | **644,684.63** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | 203,690.00 | 11,669.82 | 174,621.82 | | 256,971.70 | 256,971.70 |
| Berkeley Research Group | 36,177.30 | - | 28,941.84 | - | 67,154.13 | 67,154.13 |
| Burns Bair | 77,994.00 | 3,682.14 | 66,077.34 | - | 29,879.80 | 29,879.80 |
| **Total UCC Professionals:** | **317,861.30** | **15,351.96** | **269,641.00** | **-** | **354,005.63** | **354,005.63** |
| Total: | **$ 665,507.40** | **$ 17,453.90** | **$ 549,859.82** | **$ -** | **$ 998,690.26** | **$ 998,690.26** |

**August 2025 Fee Statement: Filed September 2025** — **Payments Made:**

| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses) | Applied from Retainer | Cash Payment Made | Total |
|---|---|---|---|---|---|---|
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 40,691.00 | $ 121.07 | $ 32,673.87 | $ - | $ - | $ - |
| GlassRatner | 49,990.00 | 795.85 | 40,787.85 | - | - | - |
| Sheppard Mullin Richter & Hampton LLP | 201,480.60 | 2,970.78 | 164,155.26 | - | - | - |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 56,960.50 | 354.15 | 45,922.55 | - | - | - |
| Weinstein & Numbers, LLP | - | - | - | - | - | - |
| Blank Rome | 42,019.10 | - | 33,615.28 | - | - | - |
| Omni Agent Solutions, Inc. | - | - | - | - | - | - |
| Transperfect | 1,810.10 | - | 1,448.08 | - | - | - |
| **Total Debtor Professionals:** | **392,951.30** | **4,241.85** | **318,602.89** | **-** | **-** | **-** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | - | - | - | | | |
| Berkeley Research Group | 18,602.55 | - | 14,882.04 | - | - | - |
| Burns Bair | 56,671.00 | - | 45,336.80 | - | - | - |
| **Total UCC Professionals:** | **75,273.55** | **-** | **60,218.84** | **-** | **-** | **-** |
| Total: | **$ 468,224.85** | **$ 4,241.85** | **$ 378,821.73** | **$ -** | **$ -** | **$ -** |

**Cumulative Allowed Amounts** — **Cumulative Payments Made**

| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses for Interim Plus Holdbacks from 1st-5th Fee Apps) | Applied from Retainer | Cash Payment Made | Total |
|---|---|---|---|---|---|---|
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 1,069,835.50 | $ 10,812.26 | $ 1,050,817.13 | $ 92,570.51 | $ 925,672.35 | $ 1,018,242.86 |
| B. Riley Advisory Services/GlassRatner | 1,142,671.00 | 16,779.46 | 1,104,530.71 | 64,334.42 | 999,408.44 | 1,063,742.86 |
| Sheppard Mullin Richter & Hampton LLP | 3,552,331.90 | 26,871.14 | 3,441,048.68 | 133,102.70 | 3,143,816.32 | 3,276,919.02 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 1,113,645.75 | 32,105.64 | 1,132,894.49 | 210,754.20 | 861,371.42 | 1,072,125.62 |
| Weinstein & Numbers, LLP | 282,012.00 | 64.07 | 280,503.07 | 136,133.00 | 144,370.07 | 280,503.07 |
| Blank Rome | 815,229.00 | 6,399.75 | 783,873.99 | - | 750,258.71 | 750,258.71 |
| Omni Agent Solutions, Inc. | 23,323.50 | - | 22,963.50 | - | 22,963.50 | 22,963.50 |
| Transperfect | 109,192.97 | - | 106,768.40 | - | 105,320.31 | 105,320.31 |
| **Total Debtor Professionals:** | **8,108,241.62** | **93,032.32** | **7,923,399.97** | **636,894.83** | **6,953,181.12** | **7,590,075.95** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | 4,843,918.38 | 126,433.04 | 4,797,240.30 | - | 4,624,218.67 | 4,624,218.67 |
| Berkeley Research Group | 1,472,926.05 | 7,925.35 | 1,531,616.78 | - | 1,487,792.90 | 1,487,792.90 |
| Burns Bair | 978,709.25 | 29,050.73 | 959,127.93 | - | 847,713.79 | 847,713.79 |
| **Total UCC Professionals:** | **7,295,553.68** | **163,409.12** | **7,287,985.01** | **-** | **6,959,725.36** | **6,959,725.36** |
| Total: | **$ 15,403,795.30** | **$ 256,441.44** | **$ 15,211,384.98** | **$ 636,894.83** | **$ 13,912,906.48** | **$ 14,549,801.31** |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████0220
01 01 140 05 M0000 E# 91
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
A CORPORATE SOLE
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 27

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

**Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 08/30/2025 - 09/30/2025 | | Statement Beginning Balance | 574,422.36 |
| Number of Deposits/Credits | 7 | Amount of Deposits/Credits | 5,503,789.97 |
| Number of Checks | 91 | Amount of Checks | 328,422.85 |
| Number of Other Debits | 13 | Amount of Other Debits | 5,682,863.06 |
| | | Statement Ending Balance | 66,926.42 |
| Number of Enclosures | 91 | | |
| | | Service Charge | .00 |

**Transaction Detail**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/02 | | 30,668.21- | Summarized Debits 15 | |
| 09/03 | | 5,122.88- | Summarized Debits 6 | |
| 09/03 | 959 | 345,079.70 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680001879 |
| 09/05 | | 8,080.36- | Summarized Debits 4 | |
| 09/05 | | 8,654.21- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25248002190 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 48011630621 |
| 09/05 | | 320,917.29- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25248002190 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 48011630622 |
| 09/08 | | 4,239.85- | Summarized Debits 6 | |
| 09/09 | | 489.94- | Summarized Debits 2 | |
| 09/10 | 159 | 430,001.88 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680002344 |
| 09/11 | | 6,492.73- | Summarized Debits 4 | |
| 09/12 | | 62,097.20- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25255001516 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 55013411167 |
| 09/12 | | 356,966.66- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25255001516 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 55013411165 |
| 09/15 | | 10,366.46- | Summarized Debits 3 | |
| 09/16 | | 1,952.25- | Summarized Debits 3 | |
| 09/17 | | 1,898.96- | Summarized Debits 4 | |
| 09/17 | 7 | 416,538.53 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680001904 |
| 09/18 | | 5,150.71- | Summarized Debits 2 | |
| 09/19 | | 192.15- | Summarized Debits 1 | |
| 09/19 | | 550.00- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25262002202 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 62010848661 |
| 09/19 | | 7,025.00- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25262002202 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 62010848654 |
| 09/19 | | 23,785.35- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25262000923 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 62007532316 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 91
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/19 | | 224,263.54- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25262001495 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 62008471803 |
| 09/19 | 777 | 132,564.10 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001600 |
| 09/22 | | 73,830.86- | Summarized Debits 7 | |
| 09/22 | | 124,989.10- | BHHC DES:WORK COMP ID:ROWC636328 INDN:Roman Catholic Archdio CO ID:4470762702 CCD | 62024279647 |
| 09/23 | | 28,808.53- | Summarized Debits 10 | |
| 09/23 | 821302 | 489,424.21- | ACCOUNT TRANSFER TRSF TO ████ | 123300680001597 |
| 09/24 | | 38,266.74- | Summarized Debits 4 | |
| 09/24 | 9090 | 4,156,648.20 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001914 |
| 09/24 | 18128 | 7,108.54 | Return Check ARP RETURNED CHECK REFER TO MAKER CHECK # 0000018128 PAID DATE 09/23/25 | 644800090001554 |
| 09/25 | | 9,081.00- | Summarized Debits 3 | |
| 09/26 | | 13,841.28- | Summarized Debits 6 | |
| 09/26 | | 708,405.44- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25269000960 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 69011605951 |
| 09/26 | | 3,339,936.04- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25269000960 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 69011605952 |
| 09/29 | | 15,849.02- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25272003459 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 72021405186 |
| 09/29 | | 87,491.27- | Summarized Debits 8 | |
| 09/29 | 97643 | 15,849.02 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680002268 |
| 09/30 | | 2,448.67- | Summarized Debits 3 | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 574,422.36 | 574,422.36 | 09/17 | 948,095.47 | 948,095.47 |
| 09/02 | 543,754.15 | 543,754.15 | 09/18 | 942,944.76 | 942,944.76 |
| 09/03 | 883,710.97 | 883,710.97 | 09/19 | 819,692.82 | 819,692.82 |
| 09/05 | 546,059.11 | 546,059.11 | 09/22 | 620,872.86 | 620,872.86 |
| 09/08 | 541,819.26 | 541,819.26 | 09/23 | 102,640.12 | 102,640.12 |
| 09/09 | 541,329.32 | 541,329.32 | 09/24 | 4,228,130.12 | 4,228,130.12 |
| 09/10 | 971,331.20 | 971,331.20 | 09/25 | 4,219,049.12 | 4,219,049.12 |
| 09/11 | 964,838.47 | 964,838.47 | 09/26 | 156,866.36 | 156,866.36 |
| 09/12 | 545,774.61 | 545,774.61 | 09/29 | 69,375.09 | 69,375.09 |
| 09/15 | 535,408.15 | 535,408.15 | 09/30 | 66,926.42 | 66,926.42 |
| 09/16 | 533,455.90 | 533,455.90 | | | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 91
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Checks Paid Report**

Page 1 of 1

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 17932 | 104.94 | 09/02 | 9592332362 | 18097 | 91.80 | 09/16 | 9392777826 |
| 18005* | 100.00 | 09/02 | 7952628279 | 18098 | 1,735.45 | 09/16 | 9392777827 |
| 18030* | 2,100.00 | 09/11 | 8892649865 | 18099 | 287.40 | 09/15 | 9292089545 |
| 18040* | 1,000.00 | 09/02 | 9492250328 | 18100 | 181.73 | 09/11 | 8792883938 |
| 18043* | 2,000.00 | 09/02 | 6152939469 | 18101 | 4,079.06 | 09/15 | 9192598485 |
| 18051* | 825.00 | 09/03 | 8652307509 | 18102 | 350.00 | 09/17 | 9492917005 |
| 18052 | 2,991.00 | 09/05 | 4892082872 | 18103 | 3,701.25 | 09/23 | 8192900351 |
| 18053 | 246.00 | 09/05 | 8192292438 | 18104 | 2,563.83 | 09/22 | 8092786134 |
| 18055* | 4,048.36 | 09/05 | 4892122118 | 18106* | 206.00 | 09/24 | 8392409072 |
| 18056 | 1,951.40 | 09/02 | 6292014651 | 18107 | 396.00 | 09/23 | 8152246448 |
| 18057 | 795.00 | 09/05 | 8192480897 | 18108 | 100.00 | 09/26 | 8692807541 |
| 18058 | 455.30 | 09/02 | 1992876268 | 18109 | 31,395.00 | 09/24 | 5492295253 |
| 18059 | 162.45 | 09/03 | 9692595919 | 18111* | 6,000.00 | 09/25 | 5492605302 |
| 18060 | 2,991.00 | 09/03 | 9692849924 | 18112 | 1,000.00 | 09/30 | 9092240965 |
| 18062* | 211.00 | 09/11 | 8792703784 | 18113 | 2,991.00 | 09/25 | 8592662931 |
| 18063 | 2,991.00 | 09/02 | 9492300120 | 18114 | 4,896.86 | 09/22 | 8192641179 |
| 18064 | 509.48 | 09/02 | 9492574980 | 18115 | 4,881.80 | 09/26 | 5592000952 |
| 18065 | 9.10 | 09/02 | 9492574979 | 18116 | 2,991.00 | 09/26 | 5492938177 |
| 18066 | 878.96 | 09/02 | 9492574940 | 18118* | 7,146.00 | 09/23 | 8292893061 |
| 18067 | 9,480.26 | 09/02 | 9492574938 | 18119 | 1,918.35 | 09/22 | 8092272039 |
| 18068 | 6,588.58 | 09/02 | 9492574939 | 18120 | 10,404.49 | 09/22 | 8092272038 |
| 18069 | 287.40 | 09/02 | 9592796241 | 18121 | 49,727.00 | 09/22 | 8092419117 |
| 18070 | 403.84 | 09/03 | 4792136012 | 18122 | 3,898.81 | 09/23 | 6852140465 |
| 18071 | 48.65 | 09/03 | 9792101187 | 18123 | 2,710.00 | 09/23 | 8292894504 |
| 18072 | 691.94 | 09/03 | 9792101186 | 18124 | 96.90 | 09/23 | 8292894511 |
| 18073 | 138.75 | 09/02 | 9392621973 | 18125 | 5,765.00 | 09/24 | 8492334329 |
| 18074 | 4,800.71 | 09/18 | 9692803666 | 18126 | 900.74 | 09/24 | 8392678201 |
| 18075 | 4,000.00 | 09/11 | 5092111572 | 18128* | 7,108.54 | 09/23 | 8292393309 |
| 18076 | 4,173.04 | 09/02 | 9592078540 | 18129 | 3,320.33 | 09/22 | 6752225218 |
| 18077 | 59.63 | 09/08 | 8492171343 | 18130 | 5,000.00 | 09/26 | 5592035869 |
| 18078 | 56.04 | 09/08 | 8392210702 | 18131 | 1,600.00 | 09/23 | 8292898706 |
| 18079 | 455.30 | 09/08 | 6792689743 | 18132 | 1,994.44 | 09/23 | 8292395408 |
| 18080 | 350.00 | 09/18 | 7552785035 | 18134* | 825.00 | 09/26 | 8652595836 |
| 18081 | 6,000.00 | 09/15 | 5092837404 | 18135 | 90.00 | 09/25 | 8592534658 |
| 18083* | 429.44 | 09/09 | 8592737361 | 18138* | 938.67 | 09/30 | 6292446724 |
| 18084 | 60.50 | 09/09 | 8592737362 | 18140* | 252.00 | 09/29 | 8892632101 |
| 18085 | 562.02 | 09/08 | 8392377969 | 18141 | 162.45 | 09/29 | 8992529146 |
| 18086 | 89.20 | 09/08 | 8392377970 | 18143* | 43.48 | 09/26 | 8692245524 |
| 18087 | 3,017.66 | 09/08 | 8492073791 | 18146* | 79,245.53 | 09/29 | 8892159302 |
| 18089* | 192.15 | 09/19 | 9792509734 | 18147 | 400.00 | 09/29 | 8892624151 |
| 18090 | 434.95 | 09/17 | 9592295933 | 18148 | 8.80 | 09/29 | 8992049164 |
| 18091 | 1,000.00 | 09/22 | 2092864286 | 18149 | 911.84 | 09/29 | 8992049165 |
| 18092 | 125.00 | 09/16 | 9392776470 | 18150 | 6,278.01 | 09/29 | 8992049166 |
| 18093 | 156.59 | 09/23 | 5392823013 | 18151 | 232.64 | 09/29 | 8892498766 |
| 18095* | 619.38 | 09/17 | 9592287959 | 18154* | 510.00 | 09/30 | 5692087762 |
| 18096 | 494.63 | 09/17 | 9592287958 | | | | |
| | | | Total Checks | 91 | 328,422.85 | | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.

259S00052098113S0010

J.P.Morgan

Statement Period
August 30 - September 30, 2025

Account Number
[redacted]8113

# Investment Statement

04376 JPS 079 005 27325 - YYNNNNNNNNNN
THE ROMAN CATHOLIC ARCHBISHOP
OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

## Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 0.00 | 48,846.36 |
| ACCOUNT VALUE | $0.00 | $48,846.36 |

See page 3 for footnotes and more detail.

## Questions?

***For Full Service Accounts, Call Financial Advisor***

(415) 288 1406 Devon M Porpora

Customer Service
(800) 688 2327
Branch Address
560 Mission Street, Suite 2400
San Francisco, CA, 94105

www.jpmorgan.com More contact information on page 16

Account Value with Accruals
(June 2024 to September 2025)
$188,750
$151,000
$113,250
$75,500
$37,750
$0
Jun 2024
Sep 2024
Dec 2024
Mar 2025
Jun 2025
Sep 2025

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). This statement summary is provided for convenience purposes only. For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 13 of 592

This page is intentionally left blank.

J.P.Morgan

Statement Period
August 30 - September 30, 2025
Last Statement: August 29, 2025

Account Number
[redacted]8113

THE ROMAN CATHOLIC ARCHBISHOP
OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Account Value With Accruals: $48,846.36

NON-PROFIT ORG.

## Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $0.00 | $146,958.57 |
| Deposits (Cash & Securities) | 95,997.79 | 479,671.14 |
| Withdrawals (Cash & Securities) | (46,705.98) | (577,461.59) |
| Net Deposits / Withdrawals | $49,291.81 | ($97,790.45) |
| Income | 0.00 | 0.55 |
| Fees [1] | 0.00 | 400.00 |
| Change In Investment Value | (445.45) | (722.31) |
| ENDING ACCOUNT VALUE | $48,846.36 | $48,846.36 |
| Net Accrued Income | 0.00 | 0.00 |
| Account Value With Accruals | $48,846.36 | $48,846.36 |

Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

P e o

J.P. Morgan Wealth Management is a business of JPMorgan Chase & Co., which offers investment products and services through J.P. Morgan Securities LLC (JPMS), a registered broker-dealer and investment adviser, member FINRA and SIPC. Insurance products are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. Certain custody and other services are provided by JPMorgan Chase Bank, N.A. (JPMCB). JPMS, CIA and JPMCB are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]3113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 30 - September 30, 2025

## Asset Allocation Summary

| Description | Market value Previous Period | Market value This Period | Total Change ($) |
|---|---|---|---|
| Equity | 0.00 | 48,846.36 | 48,846.36 |
| TOTAL ACCOUNT VALUE | $0.00 | $48,846.36 | $48,846.36 |

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Long Market Value | 0.00 | 48,846.36 |
| Total Assets | $0.00 | $48,846.36 |
| Total Liabilities | $0.00 | $0.00 |
| TOTAL ACCOUNT VALUE | $0.00 | $48,846.36 |
| Total Account Value with Accruals | $0.00 | $48,846.36 |

## Income Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Interest | 0.00 | 0.55 |
| Total Income from Taxable Investments | $0.00 | $0.55 |
| Total Income from Non-Taxable Investments | $0.00 | $0.00 |
| TOTAL INCOME | $0.00 | $0.55 |

Taxable and Non-taxable income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

## Realized Gain / Loss Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Short-Term Gain | 0.00 | 0.01 |
| Short-Term Loss | 0.00 | (0.76) |
| Short-Term Net Gain / Loss | $0.00 | ($0.75) |
| Long-Term Gain | 21,271.29 | 289,255.63 |
| Long-Term Net Gain / Loss | $21,271.29 | $289,255.63 |
| TOTAL REALIZED GAIN / LOSS | $21,271.29 # | $289,254.88 # |

# This value excludes transactions for which cost basis is not available.

Realized gain/loss information is provided for transactions in your account as of the trade date and excludes transactions where cost basis information has not been provided or is unavailable. This summary may include realized gains on Treasury Bills which may be reclassified on your official tax document.

Gain/loss calculations do not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement.

Cost basis and realized gain/loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without assistance of your tax advisor.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 16 of 592

J.P.Morgan

NON-PROFIT ORG. (Acct # ███3113)

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period: August 30 - September 30, 2025

## Holdings

EQUITY

| Description | Acquisition Date | | Quantity | Price | Market Value | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|
| ALPHABET INC<br>CLASS C CAPITAL STOCK EST<br>YIELD: 0.34%<br>Symbol: GOOG | 30 Sep 2025 | N | 58 | 243.55 | 14,125.90 | –<br>48.72 |
| META PLATFORMS INC<br>CLASS A COMMON STOCK EST<br>YIELD: 0.29%<br>Symbol: META | 30 Sep 2025 | N | 17 | 734.38 | 12,484.46 | –<br>35.70 |
| TESLA INC<br>COMMON STOCK<br>Symbol: TSLA | 30 Sep 2025 | N | 50 | 444.72 | 22,236.00 | –<br>– |
| TOTAL EQUITY | | | | | $48,846.36 | –<br>$84.42 |

Total Account Value : $48,846.36

Unless otherwise noted, all positions are held in your cash account. F - TEFRA Account G - Good Faith Account I - Income Account L - Non Purpose Loan Account M - Margin Account R - DVP/RVP Account S - Short Account

AI Pricing Method: a Net Investment b Appraised Value c The firm did not receive price information compliant with applicable reporting requirements.

A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 17 of 592

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]3113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 30 - September 30, 2025

## Activity

US DOLLAR

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | $0.00 | $135,431.27 |
| Trade and Investment Activity | 46,705.98 | 429,100.71 |
| Income | 0.00 | 0.55 |
| Cash Deposits | 0.00 | 8,491.42 |
| Fees [1] | 0.00 | 400.00 |
| Total Credits | $46,705.98 | $437,992.68 |
| Trade and Investment Activity | 0.00 | (84.19) |
| Cash Withdrawals | (46,705.98) | (573,339.76) |
| Total Debits | ($46,705.98) | ($573,423.95) |
| Net Cash Activity | $0.00 | ($135,431.27) |
| CLOSING CASH BALANCE | $0.00 | $0.00 |

Opening Cash Balance and Closing Cash Balance include Sweep Funds.

1 Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

### TRADE AND INVESTMENT ACTIVITY

| Trade Date / Settle Date | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 02 Sep 2025<br>03 Sep 2025 | SELL | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY<br>ROME: WHIPANYAAJ25090254875<br>Symbol: GOOG | (29) | 208.3501 | | 5,976.73 | | |
| 02 Sep 2025 N<br>03 Sep 2025 | SELL<br>FIFO | VANGUARD INDEX FUNDS<br>VANGUARD TOTAL STOCK MARKET ETF UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ J.P. | (32) | 313.6561 | | 9,931.63 | 1,328.32 T | 8,603.31 |

See additional footnotes on the last page of this account.

Page 6 of 28

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 18 of 592

R0221

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP
OF SF

Statement Period: August 30 – September 30, 2025

## NON-PROFIT ORG. (Acct # █████3113)

### TRADE AND INVESTMENT ACTIVITY (continued)

| Trade Date Settle Date | Transaction Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | VANGUARD INDEX FUNDS MORGAN SECURITIES LLC MAKES A MARKET IN THIS LT GAIN 8603.31 Symbol: VTI | | | | | | 6,929.14 |
| 16 Sep 2025   N 17 Sep 2025 | SELL FIFO | QUALCOMM INC UNSOLICITED ROME: KCBNSAPAAD25091698232 LT GAIN 6929.14 Symbol: QCOM | (64) | 164.9151 | | 10,444.02 | 3,514.88  T | |
| 16 Sep 2025   N 17 Sep 2025 | SELL FIFO | VANGUARD SECTOR INDEX FDS VANGUARD INFORMATION TECHNOLOGY ETF UNSOLICITED JP MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY LT GAIN 2919.08 Symbol: VGT | (8) | 722.9201 | | 5,720.52 | 2,801.44  T | 2,919.08 |
| 22 Sep 2025   N 23 Sep 2025 | SELL FIFO | PROCTER & GAMBLE CO UNSOLICITED ROME: KCBNSAPAAG25092293481 Symbol: PG | (95) | 154.085 | | 14,633.08 | T | |
| **Total Securities Bought & Sold** | | | | | | **$46,705.98** | | |
| **TOTAL TRADE AND INVESTMENT ACTIVITY** | | | | | | **$46,705.98** | | |

### DEPOSITS AND WITHDRAWALS

**Cash**

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 03 Sep 2025 | | FUNDS WIRED | MDA# CB490601 FNDS WIRED TO BANK OF AMERICA, N.A. ACf4l6517083 Fit222804 0903MMQFMP3A023804 | (15,908.36) | |

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

R0222

J.P.Morgan

NON-PROFIT ORG. (Acct # ████8113)

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period: August 30 - September 30, 2025

Cash (continued)

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 17 Sep 2025 | | FUNDS WIRED | MDA# CB511366 FNDS WIRED<br>TO BANK OF AMERICA, N.A.<br>AC1416517083 F#221892<br>0917MMQFMP2L021892 | (16,164.54) | |
| 23 Sep 2025 | | FUNDS WIRED | MDA# CB519811 FNDS WIRED<br>TO BANK OF AMERICA, N.A.<br>AC1416517083 F#219443<br>0923MMQFMP2N019443 | (14,633.08) | |
| TOTAL CASH DEPOSITS AND WITHDRAWALS | | | | ($46,705.98) | |

Securities

| Date | Transaction | Description | Quantity | Price | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|---|
| 02 Sep 2025 | RECEIVED | ALPHABET INC<br>CLASS C CAPITAL STOCK 0015<br>ACCT#52098113<br>Symbol: GOOG | 14 | 211.99 | | 2,967.86 |
| 02 Sep 2025 | RECEIVED | ALPHABET INC<br>CLASS C CAPITAL STOCK 0015<br>ACCT#52098113<br>Symbol: GOOG | 15 | 211.99 | | 3,179.85 |
| 02 Sep 2025 | RECEIVED | VANGUARD INDEX FUNDS<br>VANGUARD TOTAL STOCK MARKET<br>ETF 0164 ACCT#52098113<br>Symbol: VTI | 32 | 315.99 | | 10,111.68 |
| 11 Sep 2025 | RECEIVED | VANGUARD SECTOR INDEX FDS<br>VANGUARD INFORMATION<br>TECHNOLOGY ETF 0164<br>ACCT#52098113<br>Symbol: VGT | 8 | 718.77 | | 5,750.16 |
| 15 Sep 2025 | RECEIVED | QUALCOMM INC<br>0015 ACCT#52098113<br>Symbol: QCOM | 64 | 161.22 | | 10,318.08 |

See additional footnotes on the last page of this account.

P e o

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 20 of 592

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP
OF SF

Statement Period: August 30 - September 30, 2025

## NON-PROFIT ORG. (Acct # █████8113)

### Securities (continued)

| Date | Transaction | Description | Quantity | Price | Withdrawal Value | Deposit Value |
|------|-------------|-------------|----------|-------|------------------|---------------|
| 19 Sep 2025 | RECEIVED | PROCTER & GAMBLE CO<br>0443 ACCT#52098113<br>Symbol: PG | 95 | 156.04 | | 14,823.80 |
| 30 Sep 2025 | RECEIVED | ALPHABET INC<br>CLASS C CAPITAL STOCK 0725<br>ACCT#52098113<br>Symbol: GOOG | 58 | 243.55 | | 14,125.90 |
| 30 Sep 2025 | RECEIVED | META PLATFORMS INC<br>CLASS A COMMON STOCK 0725<br>ACCT#52098113<br>Symbol: META | 17 | 734.38 | | 12,484.46 |
| 30 Sep 2025 | RECEIVED | TESLA INC<br>COMMON STOCK 0725<br>ACCT#52098113<br>Symbol: TSLA | 50 | 444.72 | | 22,236.00 |
| TOTAL SECURITIES DEPOSITS AND WITHDRAWALS | | | | | | $95,997.79 |

Price and Values displayed are calculated based on the closing price on the day of the transaction.

| Total Deposits and Withdrawals | ($46,705.98) | $95,997.79 |
|--------------------------------|--------------|-----------|

A - Average Cost   B - Adjusted for Amortization or Accretion   D - Acquisition Date = Date of Death   E - Adjusted for Option Exercise or Assignment   K - Gifted Security   LT - Long Term
MT - Mixed Term   N - Noncovered   Provide - Please provide this information   ST - Short Term   T - Cost Basis provided by Third Party   W - Adjusted for Wash Sale

Closing Methods: LIFO - Last In, First Out   FIFO - First In, First Out   HC - High Cost   LC - Low Cost
LTHC - Long Term, High Cost   VSP - Specific Match (the closing transaction was specifically matched to this lot)

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

IMPORTANT INFORMATION

R0224

J.P.Morgan

NON-PROFIT ORG. (Acct # [redacted] 8113)

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period: August 30 - September 30, 2025

## Activity

BRITISH POUND

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 |
| Trade and Investment Activity | 0.00 | 3,249.31 |
| Total Credits | 0.00 | 3,249.31 |
| Trade and Investment Activity | 0.00 | (3,249.31) |
| Total Debits | 0.00 | (3,249.31) |
| Net Cash Activity | 0.00 | 0.00 |
| CLOSING CASH BALANCE | 0.00 | 0.00 |

Opening Cash Balance and Closing Cash Balance include Sweep Funds.

See additional footnotes on the last page of this account.

P e o

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP
OF SF

NON-PROFIT ORG. (Acct # ███████3113)

Statement Period: August 30 - September 30, 2025

## Realized Gain / Loss Detail - Year To Date

Cost Basis, Realized Gain / Loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Tax payers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption or exchange. Please contact your tax advisor for additional information as neither J.P. Morgan nor any of its affiliates provides tax advice related to the accounts referenced in these statement(s). J.P. Morgan makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of or any tax position taken in reliance upon such information. Proceeds information excludes accrued interest.

Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement. Cost Basis and Realized Gain / Loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor.

### SHORT TERM GAIN / LOSS DETAILS

| Acquisition Date / Date Sold | Closing Method | Description | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|
| 09 Dec 2024 / 14 Jan 2025 | N FIFO | JANUS HENDERSON GLOBAL TECHNOLOGY AND INNVTN CL T Symbol: JAGTX | 0.005 | 0.27 | 0.33 | (0.06) |
| 09 Dec 2024 / 14 Jan 2025 | N FIFO | JANUS HENDERSON GLOBAL TECHNOLOGY AND INNVTN CL T Symbol: JAGTX | 0.064 | 3.40 | 4.10 | (0.70) |
| 09 Jan 2025 / 14 Jan 2025 | N FIFO | MARATHON PETE CORP COM Symbol: MPC | 50 | 7,317.84 | # | 0.00 |
| 08 Jan 2025 / 14 Jan 2025 | N FIFO | SCHWAB STRATEGIC TR US BROAD MKT ETF Symbol: SCHB | 1,000 | 22,286.59 | # | 0.00 |
| 10 Mar 2025 / 10 Mar 2025 | N VSP | BRITISH POUND (BP) CURRENCY CONTRACT SHORT SALE-Opened 03/10/2025 Security ID: 9306102 | 930.99 | 1,189.34 | 1,189.34 | 0.00 |
| 17 Mar 2025 / 17 Mar 2025 | N VSP | BRITISH POUND (BP) CURRENCY CONTRACT SHORT SALE-Opened 03/17/2025 Security ID: 9306102 | 2,253.42 | 2,888.66 | 2,888.66 | 0.00 |
| 20 Mar 2025 / 21 Mar 2025 | N VSP | BRITISH POUND (BP) CURRENCY CONTRACT Security ID: 9306102 | 64.9 | 84.19 | 84.19 | 0.00 |
| 16 Apr 2025 / 16 Apr 2025 | N VSP | BRITISH POUND (BP) CURRENCY CONTRACT SHORT | 64.9 | 85.58 | 85.58 | 0.00 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564    Doc# 1409-1    Filed 10/21/25    Entered 10/21/25 09:08:48    Page 23
of 392

R0226

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]3113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 30 - September 30, 2025

SHORT TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | | BRITISH POUND (BP)<br>SALE-Opened 04/16/2025<br>Security ID: 9306102 | | | | | |
| TOTAL SHORT TERM GAIN / LOSS | | | | | $33,855.87 | $4,252.20 # | | ($0.76) # |

LONG TERM GAIN / LOSS DETAILS

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 15 Oct 2022<br>06 Jan 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 12 | 2,877.11 | 0.00 | T | 2,877.11 |
| 20 Mar 2020<br>06 Jan 2025 | N | FIFO | TESLA INC<br>COMMON STOCK<br>Symbol: TSLA | 21 | 8,285.48 | 598.55 | T | 7,686.93 |
| 20 Mar 2018<br>14 Jan 2025 | N | FIFO | JANUS HENDERSON GLOBAL<br>TECHNOLOGY AND INNVTN CL T<br>Symbol: JAGTX | 0.609 | 32.44 | 23.36 | T | 9.08 |
| 01 Jan 1990<br>07 Feb 2025 | N | FIFO | ORACLE CORPORATION<br>Symbol: ORCL | 40 | 6,978.80 | # | T | 0.00 |
| 24 Jan 2008<br>26 Feb 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 18 | 4,382.91 | 86.72 | T | 4,296.19 |
| 27 Apr 2000<br>19 Mar 2025 | N | FIFO | BERKSHIRE HATHAWAY INC<br>DEL CL B<br>Symbol: BRKB | 83 | 43,048.40 | 3,292.66 | T | 39,755.74 |
| 31 Jan 2009<br>19 Mar 2025 | N | FIFO | CHARLES SCHWAB CORP NEW<br>Symbol: SCHW | 20 | 1,537.75 | 231.00 | T | 1,306.75 |
| 23 Mar 2001<br>02 Apr 2025 | N | FIFO | JP MORGAN GROWTH<br>ADVANTAGE FD CL A<br>Symbol: VHIAX | 170 | 5,902.50 | 1,892.77 | T | 4,009.73 |
| 16 Jan 2002<br>02 Apr 2025 | N | FIFO | SCHWAB S&P 500 FUND<br>Symbol: SWPPX | 325 | 28,374.00 | 5,633.77 | T | 22,740.23 |
| 09 Aug 1989<br>10 Apr 2025 | N | VSP | FAIR ISAAC INC<br>FORMERLY FAIR ISAAC & CO | 3 | 5,487.35 | 1.08 | T | 5,486.27 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 24 of 592

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period: August 30 - September 30, 2025

NON-PROFIT ORG. (Acct # █████3113)

## LONG TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | | FAIR ISAAC INC INC<br>Symbol: FICO | | | | | |
| 24 Jan 2008<br>07 May 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 33 | 6,342.44 | 158.99 | T | 6,183.45 |
| 25 Dec 2017<br>13 May 2025 | N | VSP | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>Symbol: GOOG | 115 | 18,318.14 | 6,095.69 | | 12,222.45 |
| 07 Nov 2012<br>13 May 2025 | N | FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>Symbol: SCHB | 2,300 | 51,802.01 | 12,863.90 | T | 38,938.11 |
| 08 Apr 2009<br>03 Jun 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 5 | 986.95 | 20.71 | T | 966.24 |
| 11 Mar 2015<br>26 Jun 2025 | N | FIFO | BANK OF AMERICA CORP<br>Symbol: BAC | 220 | 10,345.94 | 3,517.80 | T | 6,828.14 |
| 30 Jan 2015<br>02 Jul 2025 | N | FIFO | JPMORGAN CHASE & CO<br>Symbol: JPM | 30 | 8,769.51 | 1,640.02 | T | 7,129.49 |
| 15 Jan 2015<br>02 Jul 2025 | N | FIFO | JPMORGAN CHASE & CO<br>Symbol: JPM | 5 | 1,461.59 | 273.82 | T | 1,187.77 |
| 15 Jan 2010<br>10 Jul 2025 | N | FIFO | RUSSELL INVT CO<br>TAX MANAGED U S LRG CAP CL M<br>Symbol: RTMTX | 22.777 | 2,042.65 | 390.18 | T | 1,652.47 |
| 04 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 13 | 4,589.81 | 2,708.99 | T | 1,880.82 |
| 05 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 10 | 3,530.63 | 2,094.83 | T | 1,435.80 |
| 03 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 15 | 5,295.94 | 2,808.19 | T | 2,487.75 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 25<br>of 592

R0228

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period: August 30 - September 30, 2025

NON-PROFIT ORG. (Acct # ███3113)

### LONG TERM GAIN / LOSS DETAILS (continued)

| Date Sold<br>Acquisition Date | Closing Method | Description | | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 04 Mar 2020<br>10 Jul 2025 | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | N | 5 | 1,765.31 | 951.08 | T | 814.23 |
| 04 Mar 2020<br>10 Jul 2025 | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | N | 13 | 4,589.81 | 2,472.84 | T | 2,116.97 |
| 02 Feb 2021<br>10 Jul 2025 | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | N | 1 | 353.06 | 203.83 | T | 149.23 |
| 15 Jan 2010<br>18 Jul 2025 | FIFO | RUSSELL INVT CO<br>TAX MANAGED U S LRG CAP CL<br>M<br>Symbol: RTMTX | N | 562.338 | 50,464.84 | 9,633.18 | T | 40,831.66 |
| 29 Jun 2010<br>29 Jul 2025 | FIFO | DIMENSIONAL ETF TRUST<br>DIMENSIONAL US CORE EQUITY<br>2 ETF<br>Symbol: DFAC | N | 290 | 10,584.68 | 2,080.77 | T | 8,503.91 |
| 20 Aug 2015<br>14 Aug 2025 | FIFO | APPLE INC<br>Symbol: AAPL | N | 20 | 4,577.71 | 560.35 | T | 4,017.36 |
| 20 Apr 2020<br>19 Aug 2025 | FIFO | ADVANCED MICRO DEVICES<br>INC COM<br>Symbol: AMD | N | 39 | 6,451.36 | 2,238.83 | T | 4,212.53 |
| 07 Nov 2012<br>25 Aug 2025 | FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>Symbol: SCHB | N | 2,000 | 49,443.93 | 11,186.00 | T | 38,257.93 |
| 25 Apr 2022<br>02 Sep 2025 | VSP | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>Symbol: GOOG | N | 15 | 3,091.41 | 1,794.21 | | 1,297.20 |
| 25 Feb 2021<br>02 Sep 2025 | VSP | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>Symbol: GOOG | N | 3.3 | 680.12 | 345.70 | | 334.42 |
| 25 Jan 2021<br>02 Sep 2025 | VSP | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>Symbol: GOOG | N | 10.7 | 2,205.20 | 1,017.06 | | 1,188.14 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Doc# 1409-1   Filed 10/21/25   Entered 10/21/25 09:08:48   Page 26<br>Case: 23-30564   31-592

R0229

J.P.Morgan

NON-PROFIT ORG. (Acct # ████8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 30 - September 30, 2025

LONG TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 21 Mar 2003<br>02 Sep 2025 | N | FIFO | VANGUARD INDEX FUNDS<br>VANGUARD TOTAL STOCK MARKET ETF<br>Symbol: VTI | 32 | 9,931.63 | 1,328.32 | T | 8,603.31 |
| 20 Nov 2018<br>16 Sep 2025 | N | FIFO | QUALCOMM INC<br>Symbol: QCOM | 64 | 10,444.02 | 3,514.88 | T | 6,929.14 |
| 10 May 2022<br>16 Sep 2025 | N | FIFO | VANGUARD SECTOR INDEX FDS<br>VANGUARD INFORMATION TECHNOLOGY ETF<br>Symbol: VGT | 8 | 5,720.52 | 2,801.44 | T | 2,919.08 |
| 01 Jan 1990<br>22 Sep 2025 | N | FIFO | PROCTER & GAMBLE CO<br>Symbol: PG | 95 | 14,633.08 | # | T | 0.00 |
| TOTAL LONG TERM GAIN / LOSS | | | | | $395,329.03 | $84,461.52 # | | $289,255.63 # |

| Total Realized Gain / Loss | $429,184.90 | $88,713.72 # | $289,254.87 # |
|---|---|---|---|

A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term
MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale

Closing Methods: LIFO - Last In, First Out FIFO - First In, First Out HC - High Cost LC - Low Cost
LTHC - Long Term, High Cost VSP - Specific Match (the closing transaction was specifically matched to this lot)

# This value excludes transactions for which cost basis is not available.

P e o

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY BROKERAGE IMPORTANT INFORMATION

R0230

J.P.Morgan
Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 30 - September 30, 2025

## Additional Contact Information

| Account(s) | Contact | Custodian |
|---|---|---|
| NON-PROFIT ORG. (52098113) | Devon M Porpora<br>(Financial Advisor)<br>(415) 288 1406 | J.P. Morgan Securities LLC<br>Member FINRA and SIPC<br>277 Park Avenue 3rd Floor<br>New York, NY 10172<br>(800) 392 5749<br>www.jpmorgan.com/wealthadvisors |

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0231

J.P.Morgan

Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 30 - September 30, 2025

## Messages

### EMPLOYEE COMPENSATION

Employees of JPMorgan Chase Bank, N.A. may be eligible to receive compensation when they refer clients to J.P. Morgan Securities LLC (JPMS). Additionally, other JPMS employees who assist or consult with your advisor may be compensated when you make certain investment purchases. These compensation payments, if made, will not increase your account fees.

### LARGE TRADER REPORTING

A "large trader" is a legal entity or natural person who, directly or indirectly, through the exercise of investment discretion, effects transactions in the National Market System (NMS) securities that equal or exceed either:

2 million shares or $20 million during any calendar day; OR
20 million shares or $200 million over any calendar month.

The U.S. Securities and Exchange Commission (SEC) Rule 13h-1 Large Trader Reporting System requires U.S. and non-U.S. market participants who meet the definition of large trader to:

File an electronic Form 13H with the SEC (via EDGAR) to obtain a large trader identification number (LTID); and
Promptly disclose to U.S. broker-dealers that execute trades or carry accounts for the large trader, their LTIDs and the accounts to which the LTIDs apply.

If you are a large trader and have completed a Form 13H, you will receive an LTID from the SEC. In order to ensure that LTID's are captured and reported as required under the SEC rule, you are required to promptly report your LTID to us and identify each account to which the LTID should be applied.

### J.P. MORGAN SECURITIES LLC NET CAPITAL REQUIREMENTS

J.P. Morgan Securities LLC (JPMS LLC) Consolidated Statement of Financial Condition

The June 30, 2025, unaudited Statement of Financial Condition may now be viewed at https://jpmorganchaseco.gcs-web.com/ir/sec-other-filings/financial-statements. If you would like us to send you a printed document at no cost, call us at 1-212-270-2479.

J.P. Morgan Securities LLC Net Capital Requirements

JPMS LLC is subject to Rule 15c3-1 under the Securities Exchange Act of 1934 (the Uniform Net Capital Rule). As of July 31, 2025, JPMS LLC net capital of $28.6 billion exceeded the minimum regulatory net capital requirement of $7.1 billion by $21.5 billion.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0232

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 30 - September 30, 2025

## Messages (continued)

### COMPENSATION RECEIVED IN CONNECTION WITH MUTUAL FUND TRANSACTIONS

Advisors, distributors or other affiliates of certain mutual funds (which include money market and non-money market funds) may enter into arrangements to pay brokers that distribute their shares for administrative, technological or other services, including marketing and other support services provided to such funds or their affiliates. These fees, commonly referred to as "revenue sharing," are separate from, and in addition to, any shareholder servicing or distribution fees that a mutual fund pays out of its own assets pursuant to its Rule 12b-1 plan and other expenses which are described in a fund's prospectus fee table. Revenue sharing fees are paid out of the assets of the fund affiliate and not from the fund's assets and, therefore, have no impact on a fund's expense ratio or yield.

J.P. Morgan Securities LLC ("JPMS") receives compensation from fund families or their affiliates for providing certain administrative and clearing services. These payments are calculated either based on a percentage of the average dollar value of the fund assets held by JPMS in customer accounts or based on the number of mutual fund positions in the accounts. These fees may be paid from fund assets or may be subsidized in whole or in part by the advisor, distributor or other affiliates of the fund through revenue sharing. Revenue sharing payments are negotiated separately with each fund family and not all fund families pay the same amount or pay according to the same formula. There is, therefore, a potential conflict of interest in the form of an additional financial incentive to J.P. Morgan for making available to customer mutual funds whose affiliates enter into revenue sharing arrangements.

For the administrative and clearing services noted above, JPMS may receive revenue sharing payments of up to 0.50% per year or the average daily assets of fund shares carried in customer's accounts at JPMS and/or a rate of up to $21 per year per mutual fund position in each account, as applicable. To establish such arrangements with a fund company, JPMS has either entered into an agreement directly with the fund company or has entered into an agreement with a service provider which, in turn, has entered into an agreement directly with the fund company. Please note that the actual amount received by JPMS may be subject to periodic waiver by fund families and such waivers may reduce the actual amount received by JPMS. Funds whose affiliates do not make such revenue sharing payments to JPMS are generally not offered or recommended by JPMS, and in some cases, have higher returns or yields than funds whose affiliates do make revenue sharing payment. Compensation JPMS receives under these arrangements may be passed on to affiliates or non-affiliates of JPMS.

In addition to these payments, JPMS may receive additional revenue sharing payments from certain fund families. Most funds offered by JPMS make these additional revenue sharing payments based upon the percentage of a client's total purchase amount in one of these funds. Percentage payments to JPMS generally range from 0.08% to 0.25%. If, for example, a client invested $10,000 in a fund that paid 0.25%, the fund's advisor, distributor or other entity would pay JPMS $25. In addition, for any fund held in a client's account, and for as long as the client holds that fund, JPMS will receive an additional payment, paid quarterly, as a percentage per year of the amount held. Percentage payments generally range from 0.02% to 0.08%. For example, on a $10,000 holding, 0.08% is $8. Additionally, JPMS may receive an annual payment of up to $290,000. Lastly, JPMS may be reimbursed by or on behalf of mutual funds for expenses incurred for various sales meetings, seminars and conferences held in the normal course of business. Financial Advisors do not receive additional compensation from these revenue sharing payments made to JPMS.

The amounts listed above have been updated from those previously provided to you. The prospectus and Statement of Additional Information of mutual funds available through J.P. Morgan or your broker contain information regarding revenue sharing payments made by affiliates of the fund companies. In addition, information regarding revenue sharing can be found at www.Chase.com or related websites.

### NON RECEIPT OF CHECKS OR STOCKS

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services Operations at 800-634-1428; or write to Client Services Operations at J.P. Morgan Securities LLC, Mail Code: NY1-D066, 575 Washington Blvd., Floor 05, Jersey City, NJ 07310-1616.

P e o
For questions, please contact us using the information provided on the front of this statement.
STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION
R0233

J.P.Morgan
Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 30 - September 30, 2025

## Messages (continued)

### EXTENDED HOURS TRADING RISK DISCLOSURE

You should consider the following points before engaging in extended hours trading. "Extended hours trading" means trading outside of "regular trading hours." "Regular trading hours" generally means the time between 9:30 a.m. and 4:00 p.m. Eastern Standard Time.

Risk of Lower Liquidity. Liquidity refers to the ability of market participants to buy and sell securities. Generally, the more orders that are available in a market, the greater the liquidity. Liquidity is important because with greater liquidity it is easier for investors to buy or sell securities, and as a result, investors are more likely to pay or receive a competitive price for securities purchased or sold. There may be lower liquidity in extended hours trading as compared to regular market hours. As a result, your order may only be partially executed, or not at all.

Risk of Higher Volatility. Volatility refers to the changes in price that securities undergo when trading. Generally, the higher the volatility of a security, the greater its price swings. There may be greater volatility in extended hours trading than in regular market hours. As a result, your order may only be partially executed, or not at all, or you may receive an inferior price in extended hours trading than you would during regular market hours.

Risk of Changing Prices. The prices of securities traded in extended hours trading may not reflect the prices either at the end of regular market hours, or upon the opening the next morning. As a result, you may receive an inferior price in extended hours trading than you would during regular market hours.

Risk of Unlinked Markets. Depending on the extended hours trading system or the time of day, the prices displayed on a particular extended hours trading system may not reflect the prices in other concurrently operating extended hours trading systems dealing in the same securities. Accordingly, you may receive an inferior price in one extended hours trading system than you would in another extended hours trading system.

Risk of News Announcements. Normally, issuers make news announcements that may affect the price of their securities after regular trading hours. Similarly, important financial information is frequently announced outside of regular trading hours. In extended hours trading, these announcements may occur during trading, and if combined with lower liquidity and higher volatility, may cause an exaggerated and unsustainable effect on the price of a security.

Risk of Wider Spreads. The spread refers to the difference in price between what you can buy a security for and what you can sell it for. Lower liquidity and higher volatility in extended hours trading may result in wider than normal spreads for a particular security.

### ELECTRONIC FUNDS TRANSFER NOTICE

In case of errors or questions about electronic transfers in your brokerage account transmitted through the ACH Network, you must contact Client Services Operations department of J.P. Morgan Securities LLC immediately at telephone number (800) 634-1428 or (347) 643-9953 or write to J.P. Morgan Securities LLC., Attn: Client Services Department, J.P. Morgan Securities LLC, Mail Code: NY1-D066, 575 Washington Blvd., Floor 05, Jersey City, NJ 07310-1616 if you think your account statement or transaction record is wrong or if you need more information about a transaction listed on your account statement or transaction record. We must hear from you no later than 60 days after we sent the first account statement on which the problem or error appeared.

1. Tell JPMS your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell JPMS the dollar amount of the suspected error.

If you tell JPMS orally, JPMS may require that you send it your complaint or question in writing within 10 business days.

JPMS will determine whether an error occurred within 10 business days after JPMS hears from you and will correct any error promptly. If JPMS needs more time, however, JPMS may take up to 45 days to investigate your complaint or question. If JPMS decides to do this, JPMS will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes JPMS to complete its investigation. If JPMS determines at the conclusion of the investigation that there was no error, JPMS will charge your account for the credited amount. If JPMS asks you to put your complaint or question in writing and JPMS does not receive it within 10 business days, JPMS may not credit your account.
For errors involving new accounts or foreign-initiated transactions, JPMS may take up to 90 days to investigate your complaint or question . For new accounts, JPMS may take up to 20 business days to credit your account for the amount you think is in error. JPMS will tell you the results within three business days after completing its investigation. If JPMS decides that there was no error, JPMS will send you a written explanation. You may ask for copies of the documents that JPMS used in its investigation.

P e o

For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

R0234

J.P.Morgan

Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 30 - September 30, 2025

## Messages (continued)

### CHECK DEPOSITS CLIENT NOTIFICATION

If you wish to send a check for deposit to a J.P. Morgan Securities LLC branch, please make the check payable to either yourself or J.P. Morgan Securities LLC and note your account number in the memo field and the name of your J.P. Morgan Representative on the envelope. Then please send the check to the following address for processing:

J.P. Morgan Securities
Mailcode NY1-L004
277 Park Avenue, 2nd Floor
New York, NY 10172

### IMPORTANT INFORMATION REGARDING PURCHASES INDICATED AS AVERAGE PRICE

Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Please contact your J.P. Morgan representative for details regarding actual prices.

### TAX INFO FOR HOLDERS OF BEARER DEBT SECURITIES

Important tax information for holders of bearer debt securities acquired in the secondary market
Debt securities may be classified as either "bearer" or "registered" for U.S. tax purposes. There are material adverse tax consequences if a person subject to U.S. federal income tax acquires a bearer debt security (which is not deemed to be in registered form) in the secondary market, and thereafter enters into a sale, exchange or other taxable disposition (including early redemption) of the security.

The Internal Revenue Service has issued guidance, in the form of a Notice and proposed Treasury regulations, providing that certain bearer debt securities will be deemed to be in registered form for U.S. tax purposes if they are issued through clearing organizations, such as Euroclear, that have arrangements with the issuer to restrict transfers in physical form and to effect transfers only on a book entry system maintained by the clearing organization. J.P. Morgan relies solely on clearing organization published extracts in selling fixed income securities in the secondary market, and does not examine the securities themselves. J.P. Morgan does not warrant the accuracy or completeness of information appearing in a clearing organization's published extract. J.P. Morgan also does not provide tax advice, and clients should discuss with their own tax advisors whether any specific fixed income security is in registered form for U.S. tax purposes.

If you need additional information, please contact your Financial Advisor.

### FINRA BROKERCHECK PROGRAM

As part of the Financial Industry Regulatory Authority (FINRA) Investor Education Program, BrokerCheck provides investors with the ability to research the professional backgrounds, business practices, and conduct of FINRA-registered brokerage firms and brokers. In connection with this program, investors may call the BrokerCheck Hotline at 800.289.9999, and visit the FINRA website at http://brokercheck.finra.org/. An investor brochure that includes information describing the FINRA BrokerCheck Program is available from either of these sources.

### INVESTING IN MUTUAL FUNDS AND COMPLEX FUNDS

Please visit www.jpmorgan.com/mutualfunds and www.jpmorgan.com/complex-funds to view our guides to mutual fund investing and complex funds. We encourage you to review each product's prospectus and term sheet for detailed information about investment objectives, risks, charges, expenses and other details.

### BUSINESS RECOVERY AND CONTINUITY

J.P. Morgan maintains a business recovery and continuity plan, including alternate processing and data centers, which will allow us to resume normal business operations including relocating technology and personnel to alternate facilities within 24 hours, in the event of an extended business disruption. The recovery time objective is 24 hours. The plan is reviewed annually, tested throughout the year, and updated as necessary. Investors will be able to obtain information about their accounts by contacting us at the phone number listed on the front of this statement, or by visiting www.jpmorgan.com. Every effort will be made to provide investors with timely and accurate information.

### EDELIVERED TRADE CONFIRMATIONS

As a reminder, if you've elected to receive trade confirmations by electronic delivery, you can find current and past copies online in the Trade Confirmations section under Statements & Documents. You can also find disclosures and important information about those trades, via a link on that page titled "See important disclosures for your confirmations".

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0235

J.P.Morgan

Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 30 - September 30, 2025

## Messages (continued)

### CUSTOMER FREE CREDIT BALANCES

For accounts that are held at JPMS, customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

any free credit balances to which you are entitled
any fully-paid securities to which you are entitled
any securities purchased on margin upon full payment of any indebtedness to us

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and a special memorandum account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

Unless we hear from you to the contrary, it is our understanding that any free credit balances in your account are being maintained to facilitate your intention to invest such amounts through us.

### FUND MANAGER DISCLOSURE INFORMATION AVAILABLE UPON REQUEST

If you have an investment account that is managed by an SEC-Registered Investment Advisor, JPMS will provide a copy of the advisor's Form ADV Part 2A Firm Brochure upon written request.

### STATEMENT FREQUENCY

We send statements when your account has activity during the statement period that affects your balances and/or security positions. Delivery Versus Payment clients receive statements on a quarterly basis as long as there is a balance, regardless of activity. All other clients receive statements at least quarterly provided their account has a balance or security position.

### MARGIN ACCOUNT REMINDERS

If you own a margin account, we would like to remind you that:

Securities and other assets in your account are our collateral for any margin loan made to you. If the securities and other assets in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, we can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held at J.P. Morgan Securities LLC to maintain the required equity in your account. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:

You can lose more funds than you deposit in your margin account.
We can force the sale of securities or other assets in your account(s).
We can sell your securities or other assets without contacting you.
You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.
We can increase our "house" maintenance margin requirements at any time and are not required to provide you with advance written notice.
You are not entitled to an extension of time on a margin call.

Further, if you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith. If you carry a margin balance, your account statement will reflect the current annual interest rate applicable to your margin loan. Please review the current rate, as under certain circumstances the rate may change without advance notice. If you have any questions or concerns about your current interest rate, please speak to your J.P. Morgan representative.

If you are a customer with a margin account, you have consented to our right (to the extent permitted by applicable law) to use, lend or pledge any securities held by J.P. Morgan Securities LLC in your margin account. In certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances include, but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dividend dates for dividend distributions. If you do not receive dividends directly from the issuing company, you may receive payments-in-lieu of dividends, which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0236

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 30 - September 30, 2025

## Messages (continued)

IMPORTANT INFORMATION ABOUT AUTOMATIC REINVESTMENTS

Automatic Reinvestment transactions excluding those conducted by DTC or in open ended mutual funds are processed by J.P. Morgan Securities LLC (JPMS) on an agency basis.

JPMS provides you with the ability to enroll in a program to re-invest any and all dividend, capital gains and return of capital distributions (collectively "Distributions") for securities eligible for participation (the Program). By participating in the Program, all dividends and capital gains distributions paid on eligible accounts or individual securities you have selected will automatically be reinvested into the shares of the same security. The important terms of the Program include:

Voluntary Participation. Participation in the Program is voluntary and you may modify or discontinue your participation at any time. You may enroll by specifying individual securities or have all eligible securities in your account participate in the Program; modify your elections; or unenroll from the Program through the website or by contacting your PCA or FA.

Trade Execution. With the exception of open ended mutual funds, provided you are enrolled in the Program prior to the record date, JPMS reinvests the Distributions from an eligible security on the pay date of the Distribution, at an average weighted price. For certain securities, reinvestment may occur through the Depository Trust Company (DTC), which may be later than the pay date. There may be a difference in price depending on the whether the Program trade is made through J.P. Morgan or DTC. These transactions will post to your account when the shares are made available to JPMS by DTC and will be reflected on your statement.

No Fees. No commission or fee are charged for Program trades.

Fractional Shares. JPMS will credit to your account the number of shares equal to the amount of your funds to be reinvested in a particular security divided by the purchase price per share. If made available for your account, participation in the Program may give you interests in fractional shares of securities, which JPMS calculates to five decimal places. You will receive dividend payments proportionate to your partial share holdings.

Confirmation of Transactions. All Program trades will be reflected on monthly account statements. You will not receive separate immediate confirmations for Program trades. You may request the details of any Program trade by contacting JPMS. Transactions that are not part of the Program will continue to receive confirmations contemporaneously with the trade.

No Recommendation. The inclusion of any security in the Program is not a recommendation by JPMS to buy, hold or sell such security. Participation in the Program does not assure profits on your investments and does not protect against loss in declining markets.

Eligibility. Generally, all brokerage accounts are eligible for participation as are most equities, open ended mutual funds, closed end funds and ETFs. Any exclusions will be identified at the time you are enrolled.

Program Changes. Program participants will be notified in advance if there are any material changes to the Program though no notice may be given if there are changes to the eligibility of any particular security.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0237

## Messages (continued)

### INTRODUCING OUR NEW STREAMLINED ASSET CLASSIFICATION SYSTEM

We'd like to share with you that beginning with this month's statement, you'll experience a new asset classification system, designed to provide you with a clearer, more detailed understanding of your portfolio.

Key Highlights:

One simplified system: We'll consolidate 15 legacy systems into a single, cohesive framework - making it easier to access consistent, comprehensive and dependable investment information.
Streamlined asset categories: Assets will be organized into seven main categories, with in-depth breakdowns by type and region.
Improved cash understanding: Cash and equivalents will be categorized separately from other investments, providing a more transparent understanding of your available funds.
No classification-driven fee changes: While the presentation of your portfolio may seem different, your fees will remain the same. We'll work with you to adjust any allocations as needed.

We're here to help
If you have questions about these enhancements or your portfolio, please contact your J.P. Morgan Advisor or call us at the number on the front of the statement.

We hope our new asset classification system makes it easier to understand your portfolio and feel confident in your investment strategy. Thank you for your continued trust and confidence.

### UPDATES TO THE GUIDE TO INVESTMENT SERVICES AND BROKERAGE PRODUCTS

We made the following updates to our Guide to Investment Services and Brokerage Products (the "Guide"). The Guide provides important information on investment options, products and services, including third-party offerings, and compensation details for J.P. Morgan entities and advisors. You can access a current version of the Guide at jpmorganinvestment.com.

PRODUCTS AVAILABLE FOR BROKERAGE ACCOUNTS

Under "J. Annuities," in "Fees," under "Fixed Indexed Annuities" we clarified that the death benefit rider fees can be as high as 1.20%.
Under "K. Life Insurance, in "Variable Life Insurance," we added a section which states:

[a] private placement variable universal life (PPVUL) insurance policy is intended to meet certain life insurance needs, investment goals, and tax planning objectives for accredited investors and qualified purchasers. It has a death benefit, and a cash value that varies according to the amount of premiums you pay, the policy's charges, fees and expenses, and the performance of the underlying investment options you choose. A PPVUL policy offers a range of investment options. The investment options for a PPVUL policy are typically investment subaccounts or funding options that invest in stocks, bonds, money market instruments, or some combination of the three, as well as insurance dedicated funds and variable insurance trusts only available to accredited investors and qualified purchasers. For PPVUL policies, these funding options may also include a variety of speculative investments such as hedge funds, real estate, private equity, commodities and more. When purchasing or funding PPVUL policies, policy owners do not invest directly into these underlying investments or funds. Instead, the insurance company issues the PPVUL policy and allocates the policy's cash value to these investment vehicles.

Under "K. Life Insurance," in "Other Optional Insurance Features and Charges," we added sections titled "Enhanced Allocation Benefit" and "Private Placement Life Insurance."

Continued

Case: 23-30564 Doc# 1409-1 Filed: 10/21/25 Entered: 10/21/25 09:08:48 Page 35 of 592

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 30 - September 30, 2025

## Messages (continued)

### UPDATES TO THE GUIDE TO INVESTMENT SERVICES AND BROKERAGE PRODUCTS, CONTINUED

o In "Enhanced Allocation Benefit," we explain that this feature provides an opportunity for additional growth potential by allocating a portion of the policy's account value to purchase an uncapped option on an index (e.g., the S&P 500) with a 0% floor and a participation rate. The index's change in value is used to calculate a credit that will be applied to the policy's account value, subject to the terms and conditions of the rider/policy.

o In "Private Placement Life Insurance," we highlighted that clients should review available fund offering documents for details on fees associated with the fund and contact their advisor for assistance in obtaining these documents.

Under "K. Life Insurance," in "Compensation," we added a section stating that, for Private Placement Life Insurance, advisor compensation is paid as a portion of the fund management fees, which are deducted from the contract value. Clients should refer to the fund-specific offering memorandum for fee information. Compensation may also be based on premiums received and the ongoing value of the underlying investment assets; these fees are also deducted from the contract value.

Under "K. Life Insurance," in "Compensation," under "Paid to CIA and Advisors," we clarified that, for the variable life insurance products J.P. Morgan actively offers to clients, Chase Insurance Agency (CIA) receives commissions ranging from 7% to 125% of first-year commissionable premiums. CIA may also receive trail payments of 1% to 5% on subsequent premiums, if any. Commission amounts vary by the insurance carrier, state of issue, coverage and the premium amount, and are subject to change.

Under "K. Life Insurance," in "Compensation," under "Paid to CIA and Advisors," we added a section titled "Private Placement Life Insurance," stating that commissions are paid as quarterly trailing commissions ranging from 0.27% to 0.75% of premiums, depending on the underlying funding option chosen. An additional premium-based commission of 0% to 1.00% may also be paid when a new premium is received, along with an asset-based commission charged monthly (calculated annually), ranging from 0% to 0.50%.

If you have questions about these updates, please contact your J.P. Morgan Advisor.

### UPDATES TO THE CUSTOMER AGREEMENT

Effective September 2025, J.P. Morgan Securities LLC (JPMS, we) made amendments to your Customer Agreement ("Agreement"). This summary highlights a few, but not all, changes made to the Agreement:

Agreement

In Section 2, "Cost Basis Information and Reporting," we describe how cost basis information is calculated and whom it is reported. We also explain that you may change the cost basis method for your investments, provided it complies with the Internal Revenue Code.

In Section 3b, "Investment Products Are Not FDIC Insured, Are Not Bank Guaranteed, and May Lose Value; SIPC Coverage," we explain what the Securities Investor Protection Corporation (SIPC) covers, what the amounts of coverage are and where you can obtain additional information regarding coverage.

In Section 32, "Extended Trading Hour Risks," we provide a list of potential trading risks associated with extended hours trading and explain those risks.

If you have questions, please contact your J.P. Morgan Advisor or call us at the number on the front of your statement.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0239

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 30 - September 30, 2025

## Important Information about Your Account Statement(s)

Unless otherwise indicated, accounts are held at J.P. Morgan Securities, LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

NON-DISCRETIONARY: JPMS brokerage accounts are non-discretionary and all investment decisions are made by the client. For managed accounts, discretionary services are provided by JPMS, an affiliate or an authorized third party.

ACCOUNT PROTECTION: As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer s funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or call SIPC at (202) 371-8300.

CUSTODY: JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions we process for your account. Inquiries regarding your Statement may be directed to JPMS at (347) 643-9953

As used in the course of these statements, J.P. Morgan is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

MARKET PRICES: The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for determining market values represent estimates. These estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that any quoted value represents the actual terms at which securities could be bought or sold or new transactions could be entered into, or the actual terms on which existing transactions or securities could be liquidated. Such values are only indicative.

ESTIMATED PRICING AND COST BASIS: Certain assets, including but not limited to, pooled and private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid, the value of such assets may have been provided to us by third parties who may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on bids, prices within the bid offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement.

Unpriced Direct Participation Program (DPP) and Real Estate Investment (REIT) Securities: DPP and REIT securities are generally illiquid and the value of the security will, generally, be different from its purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor. With respect to security positions received into your account, cost basis information, if any, has been provided by you. Further information is available upon request.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan sales, for which the average price method has been chosen, positions are closed out on a First-In-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion, or gain/loss. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor.

DIVIDEND INCOME: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividends.

ESTIMATED ACCRUED INCOME, ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD CALCULATIONS: The following calculation descriptions are provided for your reference. Please note that other factors may affect your specific calculations, so if you would like more information, please contact your J.P. Morgan representative or call us at the number on the front of this statement. In general, Estimated Accrued Income is calculated by multiplying the current coupon rate with the current face amount for the number of days since the bond s last interest payment. Estimated Annual Income (EAI) is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend) by the quantity of the security held. For balances other than sweep program balances, Estimated Yield (EY) is calculated by dividing EAI by the market value of the security. You should also know that: (i) the figures shown in this statement are estimates based on mathematical calculations using data obtained from outside sources; they are provided for informational purposes only, and are not a projection or guarantee of future returns. (ii) because prices of securities, coupon and dividend rates are subject to change at any time, these estimates should not be relied upon exclusively for making investment, trading, or tax decisions. (iii) because different asset types (e.g., equities versus fixed income securities) tend to have different investment characteristics, these estimates should not be compared across asset types; (iv) EAI and EY for certain types of securities might include return of principal or capital gains, in which case the EAI and EY would be overstated. There is no guarantee that your investments will actually generate the EAI or EY presented, and your actual income and yield might be higher or lower.

IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS): ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements and online. Accordingly, investors

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0240

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 30 - September 30, 2025

should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an internal or outside source for a particular ARS, the price column on your statement will indicate unpriced .

A description of J.P. Morgan s practices and procedures regarding ARS is available at www.jpmorgan.com/muniars.

VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS: Valuations of over-the-counter derivative transactions, including certain derivatives-related deposit products, have been prepared on a mid-market basis. These valuations are sourced from the various issuers of the securities, affiliates or they are sourced from a third party valuation provider. J.P. Morgan expressly disclaims any responsibility for (1) the accuracy of the models or estimates used in deriving the valuations, (2) any errors or omissions in computing or disseminating the valuations, and (3) any uses to which the valuations are put. Valuations are provided for information purposes only and are intended solely for your own use. Please refer to the trade confirmation for details of each transaction.

UNPRICED SECURITIES: When we are unable to obtain a current value from an internal or outside source for a particular security, the price column on your statement will indicate Unpriced. Although such securities may have value, please note that the value of a security indicated as Unpriced will not be included in your overall current market value as reflected on the statement.

RESTRICTED SECURITIES: Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be "freely traded." Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the Market Value indicated and could be zero. No attempt has been made to independently value the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of your restricted shares. For additional information on pricing, please see the Market Prices paragraph.

THIRD PARTY INFORMATION: This statement contains (i) information obtained from multiple direct, indirect, affiliated, unaffiliated, public and proprietary data sources (including, but not limited to identifying information, market data, calculated data, reference data, valuations, ratings, coupon and dividend rates and other fundamental data) and (ii) information which is calculated based upon such information (including but not limited to, market values, Current Yield and Estimated annual income). Although JPMS believes these sources and the sources of market values are reliable, it does not independently review or verify such information and neither JPMS nor any source will have any duty or obligation to verify, correct, complete, or update any such information. Such information is being provided to you with all faults for use entirely at your own risk; without any warranty whatsoever by JPMS, its affiliates or any such source. Neither JPMS or its affiliates nor any such source shall have any liability whatsoever relating to any inaccuracy or lack of timeliness or completeness of such information or any use thereof or for omissions therefrom nor for any lost profits, indirect, special or consequential damages. Moreover, such sources retain exclusive proprietary rights in such information. You may use such information only for your internal use and purposes and not for reuse (other than in connection with the transaction or position for which the information is provided) or retransmission without prior written approval of the source, or for any unlawful or unauthorized purpose.

METHODS OF COMPUTING INTEREST ON DEBIT BALANCES: Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

FOR OPTIONS ACCOUNTS: Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmation of such transactions previously available to you and such information will be made available to you promptly upon written request.

PARTIAL CALLS: If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

BEARER BONDS: If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of the Treasury Regulation Section 1.165-12(c)(3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12(c)(2)(iii) concerning the delivery of such bearer obligations.

MESSAGE FOR ACCOUNTS WITH NON-US DOLLAR ACTIVITY: The holdings listed within each asset class are segregated by currency. For Non-USD denominated holdings, both the USD and local currency valuations and total asset class valuations, as calculated by the exchange rate stated, are provided. Activity will also be presented by currency. Non-USD activity will display both USD and local currency valuations, as calculated based on the exchange rate of the activity date. All summary information presented in this statement is presented in USD, unless specifically noted as presented in non-USD currency.

FINANCIAL STATEMENT: A financial statement for JPMS is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

REPORTABLE TO THE INTERNAL REVENUE SERVICE: As required by law, at year end, we will report to you and to the Internal Revenue Service and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT: Please review this statement closely and contact us as soon as possible if you notice an error (including things like possible unauthorized trading activity, unrecorded dividend payments or improper payments or transfers). In order to protect your rights, including any rights under the Securities Investor Protection Act (SIPA), you will be asked to provide details of the error in writing, using the information provided on the front of this statement.

In your written communication, please provide the following information: (1) your name and account number; (2) the dollar amount of the suspected error; and (3) a description of the error. Periodic statements will be binding on you unless you report the suspected errors in writing within 10 business days after the statement has been transmitted to you by mail or by electronic means. If you do not notify us within this time period, you agree the statement activity and account balances are correct.

CHANGES TO YOUR INVESTMENT OBJECTIVES OR FINANCIAL SITUATION:
Please notify us as soon as possible if you experience a change in your investment objectives or overall

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0241

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 30 - September 30, 2025

financial situation, if you would like to impose or modify reasonable investment restrictions on your discretionary managed account, or if you have questions or concerns about the management of your account. If we do not hear from you, we will consider the information we currently have on file to be complete and accurate. You can review your current investment objectives, including investment restrictions, and/or make any changes to the personal financial information we have on file for your account anytime by calling the number listed on this statement. If you send us any written correspondence, please be sure to include your account number.

CHANGES TO YOUR MAILING OR EMAIL ADDRESS: Please let us know as soon as possible when there has been a change to your mailing or email address. You can update your account by notifying the office servicing your account by calling the number listed on this statement.

USA PATRIOT ACT: The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or maintain an account or effect any transactions for you.

ASSETS: Subject to regulatory or other pre-agreed limitations, all or any part of the securities in your account may have been used by us in securities financing transactions.

INFORMATION AVAILABLE UPON REQUEST: The date and time of the transaction and the name of the person from whom the security was purchased, or to whom it was sold will be furnished upon request.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0242

This page is intentionally left blank.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ■■■■2233
01 01 140 05 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ATTN: FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 3

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/30/2025 - 09/30/2025 | | Statement Beginning Balance | 80,964.30 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 787,373.06 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 11 | Amount of Other Debits | 759,449.87 |
| | | Statement Ending Balance | 108,887.49 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/12 | 55 | 348,851.83 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM ■■■■ | 123300680001762 |
| 09/29 | 10350 | 438,521.23 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM ■■■■ | 123300680002278 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/03 | | 755.29 | FIDELITY 93925 C DES:FPRS ID:93925 009<br>INDN:Roman Catholic Archbis CO ID:9075693322 CCD<br>PMT INFO:Priests 93925 009 | 45044219948 |
| 09/12 | | 355.29 | ADP WAGE GARN DES:WAGE GARN ID:522076422373E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 55012508961 |
| 09/12 | | 105,580.46 | ADP Tax DES:ADP Tax ID:04E2B 091537A01<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 55013282950 |
| 09/12 | | 222,779.59 | ADP WAGE PAY DES:WAGE PAY ID:522076422372E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 55012508253 |
| 09/15 | | 2,938.32 | FIDELITY 93925 C DES:FPRS ID:93925 001<br>INDN:Roman Catholic Archbis CO ID:9075693322 CCD<br>PMT INFO:Chancery 93925 001 | 55026027741 |
| 09/15 | | 17,198.13 | FIDELITY 93925 C DES:FPRS ID:93925 002<br>INDN:Roman Catholic Archbis CO ID:9075693322 CCD<br>PMT INFO:Chancery 93925 002 | 55026027743 |
| 09/29 | | 375.81 | ADP WAGE GARN DES:WAGE GARN ID:737074532397E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 72015986562 |
| 09/29 | | 8,006.05 | ADP Tax DES:ADP Tax ID:04E2C 093039A01<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 72017109709 |
| 09/29 | | 80,425.79 | ADP WAGE PAY DES:WAGE PAY ID:737074532398E2C<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 72015985623 |
| 09/29 | | 102,596.13 | ADP Tax DES:ADP Tax ID:04E2B 093039A01<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 72017109708 |
| 09/29 | | 218,439.01 | ADP WAGE PAY DES:WAGE PAY ID:737074532396E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 72015985622 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████████2233
01 01 140 05 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 80,964.30 | 80,964.30 | 09/15 | 80,209.05 | 80,209.05 |
| 09/03 | 80,209.01 | 80,209.01 | 09/29 | 108,887.49 | 108,887.49 |
| 09/12 | 100,345.50 | 100,345.50 | 09/30 | 108,887.49 | 108,887.49 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████2233
01 01 140 05 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE

R0247


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]4129
01 01 140 05 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
INVESTMENT POOL CHECKING ACCOUNT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 2

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/30/2025 - 09/30/2025 | | Statement Beginning Balance | 85,482.77 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 25,282.00 |
| | | Statement Ending Balance | 60,200.77 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/12 | | 25,282.00 | ROMAN CATHOLIC DES:PAYMENTJNL FL# 25255001516 INDN:SETT-BATCH 9411567071 CO ID:9411567071 CCD BATCH DESC:POOL | 55013411169 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 85,482.77 | 85,482.77 | 09/30 | 60,200.77 | 60,200.77 |
| 09/12 | 60,200.77 | 60,200.77 | | | |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████4129
01 01 140 05 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████4577
01 01 140 01 M0000 E# 16
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
ARCHDIOCESE OF SAN FRANCISCO
SELF INSURANCE ACCOUNT
ADMINISTERED BY GALLAGHER HEFFERNAN
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 6

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/30/2025 - 09/30/2025 | | Statement Beginning Balance | 18,970.87 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 15,849.02 |
| Number of Checks | 16 | Amount of Checks | 13,137.86 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 21,682.03 |
| Number of Enclosures | 16 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/29 | | 15,849.02 | ROMAN CATHOL0220 DES:PAYMENTJNL ID:V4035 INDN:Archdiocese Of San Fra CO ID:9941156707 PPD | 72021076440 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4292 | 300.00 | 09/12 | 8992329347 | 4328 | 720.00 | 09/25 | 8492616620 |
| 4309* | 655.87 | 09/15 | 9092878893 | 4329 | 720.00 | 09/25 | 8492616619 |
| 4321* | 1,299.00 | 09/26 | 5592012614 | 4330 | 900.00 | 09/25 | 8492616618 |
| 4322 | 883.16 | 09/25 | 8492870606 | 4331 | 720.00 | 09/25 | 8492616616 |
| 4324* | 900.00 | 09/24 | 8392889411 | 4333* | 2,025.00 | 09/24 | 8392889466 |
| 4325 | 1,614.83 | 09/26 | 8692093625 | 4335* | 200.00 | 09/23 | 8192911844 |
| 4326 | 900.00 | 09/25 | 8492616609 | 4336 | 200.00 | 09/23 | 0952551270 |
| 4327 | 900.00 | 09/25 | 8492616617 | 4337 | 200.00 | 09/22 | 8192214436 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 18,970.87 | 18,970.87 | 09/24 | 14,490.00 | 14,490.00 |
| 09/12 | 18,670.87 | 18,670.87 | 09/25 | 8,746.84 | 8,746.84 |
| 09/15 | 18,015.00 | 18,015.00 | 09/26 | 5,833.01 | 5,833.01 |
| 09/22 | 17,815.00 | 17,815.00 | 09/29 | 21,682.03 | 21,682.03 |
| 09/23 | 17,415.00 | 17,415.00 | 09/30 | 21,682.03 | 21,682.03 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████ 5250
01 01 140 01 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

**Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 08/30/2025 - 09/30/2025 | | Statement Beginning Balance | 1,313,789.15 |
| Number of Deposits/Credits | 65 | Amount of Deposits/Credits | 6,551,198.64 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 16 | Amount of Other Debits | 6,557,996.72 |
| | | Statement Ending Balance | 1,306,991.07 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

**Deposits and Credits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/02 | | 1,132.20 | STRIPE DES:TRANSFER ID:ST-A4B7V5I3R0Y5 INDN:ROMAN CATHOLIC ARCHBIS CO ID:4270465600 CCD | 45016019283 |
| 09/02 | | 3,600.00 | GROUP 18 DEDUCTI DES:U.S. BANK ID:XXXXX0686 INDN:SAN FRANCISCO, ARCHDIO CO ID:4416271370 PPD | 40007065402 |
| 09/02 | | 10,050.00 | W FARGO BANK DES:TRUST ID:18031300 INDN:THE ROMAN CATHOLIC ARC CO ID:9810000401 PPD PMT INFO:TRANSFER FROM MCKEEVER FAMILY TRUST TUA INC PYMT | 45015752448 |
| 09/02 | | 12,359.23 | STRIPE DES:TRANSFER ID:ST-K3Q4F6U2L5H0 INDN:ARCHDIOCESE OF SAN FRA CO ID:4270465600 CCD | 45011024167 |
| 09/03 | 7 | 981.00 | Pre-encoded Deposit | 818108152178430 |
| 09/03 | 7 | 3,000.00 | Pre-encoded Deposit | 818108152313292 |
| 09/03 | 7 | 3,871.27 | Pre-encoded Deposit | 818108152320644 |
| 09/03 | 7 | 24,201.50 | Pre-encoded Deposit | 818108152178447 |
| 09/04 | | 775.48 | BB*7562-1 DES:BB Merchan ID:ST-G9B4D4U6R7Z9 INDN:THE ROMAN CATHOLIC ARC CO ID:1800948598 CCD | 45045221182 |
| 09/04 | 7 | 750.00 | Pre-encoded Deposit | 818108152572831 |
| 09/04 | 7 | 750.00 | Pre-encoded Deposit | 818108152572868 |
| 09/04 | 7 | 977.60 | Pre-encoded Deposit | 818108152572806 |
| 09/05 | | 751.70 | THE ROMAN CA5250 DES:ADSF MISC FL# 25245004524 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 48005556722 |
| 09/05 | | 1,032.50 | THE ROMAN CA5250 DES:ADSF MISC FL# 25245004524 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 48005556719 |
| 09/05 | 7 | 28,507.72 | Pre-encoded Deposit | 818108152852223 |
| 09/08 | 7 | 1,000.00 | Pre-encoded Deposit | 818108252204173 |
| 09/08 | 7 | 1,079.79 | Pre-encoded Deposit | 818108252204130 |
| 09/08 | 7 | 6,120.61 | Pre-encoded Deposit | 818108252212310 |
| 09/09 | | 25.00 | THRIVENTGRANT GR DES:BATCHPAY ID:000001766695157 INDN:ROMAN CATHOLIC ARCHBIS CO ID:1222528269 CCD | 51010644223 |
| 09/09 | 7 | 10,609.00 | Pre-encoded Deposit | 818108252494582 |
| 09/10 | | 337.45 | BB*7562-1 DES:BB Merchan ID:ST-G5J3X4H8I8Z2 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 52013102304 |
| 09/12 | 553 | 4,254.44 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001693 |
| 09/15 | 7 | 5,000.00 | Pre-encoded Deposit | 818108352601999 |
| 09/15 | 7 | 10,418.70 | Pre-encoded Deposit | 818108352604139 |
| 09/16 | | 2,500,000.00 | 5W102C1911 ROMAN CATHOLIC ARCHBIS BKKP BBK MMR | 644804440000276 |
| 09/16 | 7 | 2,328.00 | Pre-encoded Deposit | 818108352897184 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ███████5250
01 01 140 01 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/16 | 7 | 4,021.09 | Pre-encoded Deposit | 818108352893795 |
| 09/16 | 7 | 6,581.95 | Pre-encoded Deposit | 818108352895955 |
| 09/17 | | 2,898,837.45 | THE ROMAN CA5250 DES:HEALTH INS FL# 25255002186 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 60008368452 |
| 09/17 | 7 | 1,564.72 | Pre-encoded Deposit | 818108452075787 |
| 09/18 | | 395.70 | BB*7562-1 DES:BB Merchan ID:ST-P9L6F8N9L8T9 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 60013115607 |
| 09/18 | 7 | 2,795.05 | Pre-encoded Deposit | 818108452356626 |
| 09/18 | 7 | 3,750.00 | Pre-encoded Deposit | 818108452350780 |
| 09/18 | 7 | 24,319.00 | Pre-encoded Deposit | 818108452356684 |
| 09/19 | | 1,435.00 | CA BANKING CENTER DEPOSIT | 28106652102626 |
| 09/19 | | 2,644.51 | CLYDE & CO DES:INVOICES ID:10004899 INDN:THE ROMAN CATHOLIC ARC CO ID:6205083001 CCD | 61017186304 |
| 09/19 | | 5,753.72 | MATTRESS FIRM IN DES:PAYABLES ID:EX-011138 INDN:THE ARCHDIOCESE CO ID:9952856001 CTX PMT INFO:ACH091825RENT 50205 2 | 61015309337 |
| 09/19 | 7 | 9,437.90 | Pre-encoded Deposit | 818108452616186 |
| 09/22 | 7 | 230.00 | Pre-encoded Deposit | 818108452964452 |
| 09/22 | 7 | 9,017.01 | Pre-encoded Deposit | 818108452959014 |
| 09/22 | 7 | 61,398.00 | Pre-encoded Deposit | 818108452961497 |
| 09/23 | | 1,000.00 | FID BKG SVC LLC DES:ACH ID:226462169 4DFB4 INDN:ROMAN CATHOLIC ARCH SF CO ID:1035141375 PPD | 66015402700 |
| 09/23 | 7 | 47,702.00 | Pre-encoded Deposit | 818108152242147 |
| 09/23 | 821302 | 489,424.21 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680001537 |
| 09/24 | 7 | 1,291.04 | Pre-encoded Deposit | 818108152335377 |
| 09/24 | 7 | 2,809.95 | Pre-encoded Deposit | 818108152456553 |
| 09/24 | 7 | 13,759.17 | Pre-encoded Deposit | 818108152457130 |
| 09/25 | | 581.46 | BB*7562-1 DES:BB Merchan ID:ST-N9W0U4E5P8G5 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 67006911028 |
| 09/25 | 7 | 300.00 | Pre-encoded Deposit | 818108152720129 |
| 09/25 | 7 | 700.00 | Pre-encoded Deposit | 818108152721573 |
| 09/25 | 7 | 3,000.00 | Pre-encoded Deposit | 818108152705538 |
| 09/25 | 7 | 23,768.00 | Pre-encoded Deposit | 818108152705422 |
| 09/25 | 7 | 39,584.37 | Pre-encoded Deposit | 818108152705487 |
| 09/26 | | 376.05 | THE ROMAN CA5250 DES:ADSF MISC FL# 25267001581 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 69009082578 |
| 09/26 | | 919.00 | THE ROMAN CA5250 DES:ADSF MISC FL# 25267001581 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 69009082575 |
| 09/26 | | 112,600.00 | THE ROMAN CA5250 DES:ADSF FL# 25267001581 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 69009082572 |
| 09/26 | | 118,333.33 | THE ROMAN CA5250 DES:ADSF FL# 25267001581 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 69009082569 |
| 09/29 | | 1,838.00 | THE ROMAN CA5250 DES:ADSF MISC FL# 25267001581 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 72003688088 |
| 09/29 | | 14,738.00 | THE ROMAN CA5250 DES:ADSF FL# 25267001581 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 72003688085 |
| 09/29 | 7 | 835.76 | Pre-encoded Deposit | 818108252276022 |
| 09/29 | 7 | 4,990.65 | Pre-encoded Deposit | 818108252276331 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████████5250
01 01 140 01 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Page 3 of 5

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/29 | 73 | 4,254.44 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680002174 |
| 09/30 | | 74.92 | CA BANKING CENTER DEPOSIT | 28106352338763 |
| 09/30 | | 655.00 | CA BANKING CENTER DEPOSIT | 28106352338761 |
| 09/30 | 970 | 1,569.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680002913 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/03 | 959 | 345,079.70 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001789 |
| 09/08 | | 50,000.00 | U.S. BANK DES:PAYMENT ID:448473455003145 INDN:ARCHDIOCESE OF SF CO ID:1411558799 CCD | 48023707478 |
| 09/10 | 159 | 430,001.88 | ACCOUNT TRANSFER TRSF TO ████████ | 00680002225 |
| 09/12 | 55 | 348,851.83 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001694 |
| 09/15 | | 4,315.97 | WIRE TYPE:WIRE OUT DATE:250915 TIME:0336 ET TRN:2025091200516782 SERVICE REF:004009 BNF:FLEX PLAN SERVICES, INC. ID:4121962286 BNF BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:T0PA5I48 54R1BVOU | 00370516782 |
| 09/17 | 7 | 416,538.53 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001858 |
| 09/19 | 777 | 132,564.10 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001554 |
| 09/24 | 9090 | 4,156,648.20 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001874 |
| 09/25 | | 4,203.82 | WIRE TYPE:WIRE OUT DATE:250925 TIME:1408 ET TRN:2025092500496085 SERVICE REF:014706 BNF:US BANK NATIONAL ASSOCIATI ID:104790895775 BNF BK:U.S. BANK N.A. ID:091000022 PMT DET:T0PANX4 07SXIALHX2025-08 Priest Pension-Chancery For furth | 00370496085 |
| 09/25 | | 16,000.00 | THE ROMAN CA5250 DES:ADSF PMT FL# 25268004400 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 68012677574 |
| 09/25 | 2644 | 9,818.97 | ACCOUNT TRANSFER TRSF TO ████████ | 00680002169 |
| 09/26 | | 50,000.00 | U.S. BANK DES:PAYMENT ID:448473455003145 INDN:ARCHDIOCESE OF SF CO ID:1411558799 CCD | 68019931909 |
| 09/29 | | 134,975.00 | 341991 SAN FRANC DES:BILLING ID:341991 INDN:SAN FRANCISCO ARCHDIOC CO ID:1364227403 CCD PMT INFO:INV3090958 | 69007516747 |
| 09/29 | 10350 | 438,521.23 | ACCOUNT TRANSFER TRSF TO ████████ | 00680002176 |
| 09/29 | 97643 | 15,849.02 | ACCOUNT TRANSFER TRSF TO ████████ | 00680002175 |
| 09/30 | | 4,628.47 | WIRE TYPE:WIRE OUT DATE:250930 TIME:0509 ET TRN:2025092900722419 SERVICE REF:010916 BNF:FLEX PLAN SERVICES, INC. ID:4121962286 BNF BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:T0PATVPR LZ0KAUKZ | 00370722419 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████5250
01 01 140 01 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 1,313,789.15 | 1,312,669.15 | 09/16 | 2,780,056.00 | 2,757,860.96 |
| 09/02 | 1,340,930.58 | 1,340,930.58 | 09/17 | 5,263,919.64 | 5,257,612.69 |
| 09/03 | 1,027,904.65 | 995,850.88 | 09/18 | 5,295,179.39 | 5,289,960.94 |
| 09/04 | 1,031,157.73 | 1,025,083.86 | 09/19 | 5,181,886.42 | 5,172,448.52 |
| 09/05 | 1,061,449.65 | 1,032,839.33 | 09/22 | 5,252,531.43 | 5,245,753.52 |
| 09/08 | 1,019,650.05 | 1,011,449.65 | 09/23 | 5,790,657.64 | 5,790,657.64 |
| 09/09 | 1,030,284.05 | 1,019,675.05 | 09/24 | 1,651,869.60 | 1,636,749.32 |
| 09/10 | 600,619.62 | 590,285.62 | 09/25 | 1,689,780.64 | 1,638,973.16 |
| 09/11 | 600,619.62 | 600,619.62 | 09/26 | 1,872,009.02 | 1,865,667.02 |
| 09/12 | 256,022.23 | 256,022.23 | 09/29 | 1,309,320.62 | 1,303,494.21 |
| 09/15 | 267,124.96 | 252,010.96 | 09/30 | 1,306,991.07 | 1,306,430.31 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]5250
01 01 140 01 M0000 E# 0
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████7083
01 01 140 05 M0000 E# 2
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ADSF RESTRICTED
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## FULL ANALYSIS CHECKING

**Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 08/30/2025 - 09/30/2025 | | Statement Beginning Balance | 8,517,461.36 |
| Number of Deposits/Credits | 67 | Amount of Deposits/Credits | 1,235,290.76 |
| Number of Checks | 2 | Amount of Checks | 3,733.19 |
| Number of Other Debits | 11 | Amount of Other Debits | 802,729.64 |
| | | Statement Ending Balance | 8,946,289.29 |
| Number of Enclosures | 2 | | |
| | | Service Charge | .00 |

**Deposits and Credits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/03 | | 15,908.36 | Wire Transfer Credit | 644800370473221 |
| 09/03 | 10 | 1,500.00 | Pre-encoded Deposit | 818108152178382 |
| 09/03 | 10 | 2,365.00 | Pre-encoded Deposit | 818108152321156 |
| 09/03 | 10 | 2,510.00 | Pre-encoded Deposit | 818108152326214 |
| 09/03 | 10 | 4,770.00 | Pre-encoded Deposit | 818108152321299 |
| 09/03 | 10 | 4,857.00 | Pre-encoded Deposit | 818108152326035 |
| 09/03 | 10 | 8,747.50 | Pre-encoded Deposit | 818108152326095 |
| 09/03 | 10 | 13,011.31 | Pre-encoded Deposit | 818108152326467 |
| 09/03 | 10 | 48,336.66 | Pre-encoded Deposit | 818108152326368 |
| 09/03 | 10 | 49,443.93 | Pre-encoded Deposit | 818108152321011 |
| 09/03 | 10 | 130,111.67 | Pre-encoded Deposit | 818108152340268 |
| 09/04 | | 16,776.10 | Preauthorized Credit | 45045220731 |
| 09/04 | 10 | 300.00 | Pre-encoded Deposit | 818108152577131 |
| 09/04 | 10 | 8,660.00 | Pre-encoded Deposit | 818108152577099 |
| 09/05 | 10 | 2,995.00 | Pre-encoded Deposit | 818108152852368 |
| 09/09 | 10 | 12,882.32 | Pre-encoded Deposit | 818108252497708 |
| 09/10 | | 1,000.00 | Preauthorized Credit | 52016213897 |
| 09/10 | | 16,288.48 | Preauthorized Credit | 52013239264 |
| 09/10 | 10 | 1,242.00 | Pre-encoded Deposit | 818108252764329 |
| 09/10 | 10 | 1,411.25 | Pre-encoded Deposit | 818108252764319 |
| 09/10 | 10 | 2,340.00 | Pre-encoded Deposit | 818108252763116 |
| 09/10 | 10 | 4,642.14 | Pre-encoded Deposit | 818108252765278 |
| 09/10 | 10 | 7,184.75 | Pre-encoded Deposit | 818108252767091 |
| 09/10 | 10 | 9,306.32 | Pre-encoded Deposit | 818108252764331 |
| 09/10 | 10 | 14,891.02 | Pre-encoded Deposit | 818108252764298 |
| 09/10 | 10 | 19,708.47 | Pre-encoded Deposit | 818108252765214 |
| 09/11 | 10 | 1,160.00 | Pre-encoded Deposit | 818108252985165 |
| 09/15 | | 30.00 | Preauthorized Credit | 55026391920 |
| 09/15 | 10 | 2,245.00 | Pre-encoded Deposit | 818108352601948 |
| 09/15 | 10 | 2,845.00 | Pre-encoded Deposit | 818108352609282 |
| 09/15 | 10 | 34,836.24 | Pre-encoded Deposit | 818108352609210 |
| 09/16 | 10 | 10,355.00 | Pre-encoded Deposit | 818108352895976 |
| 09/17 | | 16,164.54 | Wire Transfer Credit | 644800370431902 |
| 09/17 | 10 | 7,959.50 | Pre-encoded Deposit | 818108452148782 |
| 09/17 | 10 | 14,808.00 | Pre-encoded Deposit | 818108452148695 |
| 09/17 | 10 | 15,244.60 | Pre-encoded Deposit | 818108452148936 |
| 09/17 | 10 | 16,091.00 | Pre-encoded Deposit | 818108452148625 |
| 09/17 | 10 | 23,435.51 | Pre-encoded Deposit | 818108452148891 |
| 09/18 | | 21,529.83 | Preauthorized Credit | 60013001377 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████7083
01 01 140 05 M0000 E# 2
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## FULL ANALYSIS CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/18 | 10 | 1,200.00 | Pre-encoded Deposit | 818108452350596 |
| 09/18 | 10 | 3,735.00 | Pre-encoded Deposit | 818108452350733 |
| 09/18 | 10 | 31,104.19 | Pre-encoded Deposit | 818108452350497 |
| 09/19 | | 365.00 | Deposit | 28106652102624 |
| 09/22 | 10 | 1,000.00 | Pre-encoded Deposit | 818108452964379 |
| 09/22 | 10 | 1,011.55 | Pre-encoded Deposit | 818108452964414 |
| 09/22 | 10 | 3,086.00 | Pre-encoded Deposit | 818108452961589 |
| 09/23 | | 14,633.08 | Wire Transfer Credit | 644800370514532 |
| 09/23 | 10 | 257,949.16 | Pre-encoded Deposit | 818108152242271 |
| 09/24 | 10 | 1,429.00 | Pre-encoded Deposit | 818108152479385 |
| 09/24 | 10 | 1,822.00 | Pre-encoded Deposit | 818108152479373 |
| 09/24 | 10 | 2,912.00 | Pre-encoded Deposit | 818108152479257 |
| 09/24 | 10 | 3,741.00 | Pre-encoded Deposit | 818108152479345 |
| 09/24 | 10 | 9,849.07 | Pre-encoded Deposit | 818108152479412 |
| 09/24 | 10 | 11,890.00 | Pre-encoded Deposit | 818108152479231 |
| 09/24 | 10 | 18,582.50 | Pre-encoded Deposit | 818108152480553 |
| 09/24 | 10 | 19,309.98 | Pre-encoded Deposit | 818108152479302 |
| 09/24 | 10 | 25,556.58 | Pre-encoded Deposit | 818108152463905 |
| 09/25 | | 21,589.83 | Preauthorized Credit | 67006878691 |
| 09/25 | 10 | 500.00 | Pre-encoded Deposit | 818108152720103 |
| 09/25 | 10 | 122,078.73 | Pre-encoded Deposit | 818108152710359 |
| 09/25 | 2644 | 9,818.97 | Automatic Transfer Credits | 123300680001517 |
| 09/29 | | 16,825.96 | Preauthorized Credit | 72003689315 |
| 09/29 | 10 | 5,555.00 | Pre-encoded Deposit | 818108252244155 |
| 09/29 | 10 | 20,070.31 | Pre-encoded Deposit | 818108252275839 |
| 09/30 | | 3,397.05 | Preauthorized Credit | 72040310790 |
| 09/30 | | 9,051.60 | Preauthorized Credit | 73007010726 |
| 09/30 | 10 | 49,333.70 | Pre-encoded Deposit | 818108252594756 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1134 | 2,103.81 | 09/08 | 8492386403 | 1136* | 1,629.38 | 09/15 | 9292457191 |

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/12 | | 63,784.93 | | 55013411168 |
| 09/12 | 553 | 4,254.44 | Preauthorized Debit | 00680001236 |
| 09/16 | | 46,349.42 | Preauthorized Debit | 58037795097 |
| 09/18 | | 100.00 | Return Item Chargeback | 01972148804 |
| 09/19 | | 2,885.32 | | 62007532311 |
| 09/19 | | 107,813.10 | | 62007532308 |
| 09/25 | | 25,877.56 | Wire Transfer Debit | 00370518909 |
| 09/26 | | 17,164.54 | | 69011605949 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]7083
01 01 140 05 M0000 E# 2
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

# FULL ANALYSIS CHECKING

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/29 | 73 | 4,254.44 | Preauthorized Debit | 00680001495 |
| 09/30 | | 528,676.89 | Wire Transfer Debit | 00370738209 |
| 09/30 | 970 | 1,569.00 | Preauthorized Debit | 00680002015 |

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/29 | 8,517,461.36 | 8,503,637.36 | 09/16 | 8,851,999.90 | 8,846,629.90 |
| 09/02 | 8,517,461.36 | 8,517,461.36 | 09/17 | 8,945,703.05 | 8,916,568.65 |
| 09/03 | 8,799,022.79 | 8,581,349.01 | 09/18 | 9,003,172.07 | 8,963,192.88 |
| 09/04 | 8,824,758.89 | 8,762,567.96 | 09/19 | 8,892,838.65 | 8,860,829.46 |
| 09/05 | 8,827,753.89 | 8,825,333.89 | 09/22 | 8,897,936.20 | 8,895,924.65 |
| 09/08 | 8,825,650.08 | 8,824,925.08 | 09/23 | 9,170,518.44 | 9,170,518.44 |
| 09/09 | 8,838,532.40 | 8,826,650.08 | 09/24 | 9,265,610.57 | 9,242,187.09 |
| 09/10 | 8,916,546.83 | 8,884,919.62 | 09/25 | 9,393,720.54 | 9,391,605.54 |
| 09/11 | 8,917,706.83 | 8,913,931.83 | 09/26 | 9,376,556.00 | 9,376,331.00 |
| 09/12 | 8,849,667.46 | 8,849,667.46 | 09/29 | 9,414,752.83 | 9,390,772.52 |
| 09/15 | 8,887,994.32 | 8,875,250.58 | 09/30 | 8,946,289.29 | 8,931,244.29 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]7083
01 01 140 05 M0000 E# 2
Last Statement: 08/29/2025
This Statement: 09/30/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE

R0261

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701

**Office Servicing your Account:**
BofA Securities, Inc.
101 CALIFORNIA ST
SAN FRANCISCO, CA 94111
For questions please call:
GSO Client Services
800.933.9662

**Registered Representative:**
BofA Securities, Inc.
VANDERWILT, JOHN
JOHN.A.VANDERWILT@BOFA.COM
(Orders not accepted via e-mail)

ROMAN CATHOLIC ARCHBISHOP SF
ARCHDIOCESE OF SAN FRANCISCO
ATTN: MARY CONNOLLY
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

## Account Summary

| | |
|---|---|
| **Current Period Ending Value** | **$52,697,025.90** |
| Withdrawals (Cash) | -$2,500,000.00 |
| Net Income and Expenses | $195,553.55 |

| Portfolio Holdings | **Quantity as of 09/30/2025** | **Market Value as of 09/30/2025** | **% of Portfolio** |
|---|---|---|---|
| Short Term Funds | 52,697,025.90 | $52,697,025.90 | 100.00 |
| **Total Portfolio Value** | **52,697,025.90** | **$52,697,025.90** | |

*BofA Securities, Inc.("BofAS") is registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* **Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value**

Statement Period:
**09/01/2025 to**
**09/30/2025**

Account Number:
█████**2C19**

## Cash Balance Summary

| Description | Cash Balance |
|---|---|
| Opening Balance | $0.00 |
| Short Term Fund Purch / CancelledRedempt | -$195,553.55 |
| Short Term Fund Redempt/ CancelledPurch | $2,500,000.00 |
| Withdrawals | -$2,500,000.00 |
| Dividends/SubstitutePayments | $195,553.55 |
| Closing Balance | $0.00 |

## Short Term Funds Summary

**BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO** **30 Day Yield 4.11**

| Account Summary | Quantity |
|---|---|
| Purchases / CancelledRedemptions | $195,553.55 |
| Redemptions / CancelledPurchases | -$2,500,000.00 |
| Ending Balance Prior Period | $55,001,472.35 |
| **Ending Share Balance Current Period** | **$52,697,025.90** |
| **Income Summary** | **Cash** |
| Dividends Paid and/or Reinvested | $195,553.55 |
| Accrued DividendsPayable | $182,359.32 |



Statement Period:
**09/01/2025 to 09/30/2025**

Account Number:
█ **2C19**

## Short Term Funds Transaction Summary

**BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL**

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments/ Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 09/01/2025 | 4.176 | 0.000114407 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/02/2025 | 4.170 | 0.000114236 | $6,305.54 | $12,598.10 | $195,553.55 Purchase | $0.00 | 55,197,025.90 |
| 09/02/2025 | 0.000 | 0.000000000 | $0.00 | $0.00 | | $195,553.55 | 0.00 |
| 09/03/2025 | 4.175 | 0.000114389 | $6,313.93 | $18,912.03 | | $0.00 | 55,197,025.90 |
| 09/04/2025 | 4.174 | 0.000114363 | $6,312.50 | $25,224.53 | | $0.00 | 55,197,025.90 |
| 09/05/2025 | 4.186 | 0.000114681 | $18,990.32 | $44,214.84 | | $0.00 | 55,197,025.90 |
| 09/06/2025 | 4.186 | 0.000114681 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/07/2025 | 4.186 | 0.000114681 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/08/2025 | 4.183 | 0.000114600 | $6,325.63 | $50,540.48 | | $0.00 | 55,197,025.90 |
| 09/09/2025 | 4.174 | 0.000114346 | $6,311.61 | $56,852.09 | | $0.00 | 55,197,025.90 |
| 09/10/2025 | 4.172 | 0.000114311 | $6,309.68 | $63,161.77 | | $0.00 | 55,197,025.90 |
| 09/11/2025 | 4.165 | 0.000114098 | $6,297.87 | $69,459.64 | | $0.00 | 55,197,025.90 |
| 09/12/2025 | 4.175 | 0.000114391 | $18,942.18 | $88,401.83 | | $0.00 | 55,197,025.90 |
| 09/13/2025 | 4.175 | 0.000114391 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/14/2025 | 4.175 | 0.000114391 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/15/2025 | 4.203 | 0.000115138 | $6,355.33 | $94,757.16 | | $0.00 | 55,197,025.90 |
| 09/16/2025 | 4.184 | 0.000114640 | $6,041.19 | $100,798.35 | -$2,500,000.00 Redemption | $0.00 | 52,697,025.90 |
| 09/17/2025 | 4.154 | 0.000113797 | $5,996.82 | $106,795.16 | | $0.00 | 52,697,025.90 |

Statement Period:
**09/01/2025 to**
**09/30/2025**

Account Number:
█ **2C19**

## Short Term Funds Transaction Summary - continued

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments/ Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 09/18/2025 | 4.071 | 0.000111523 | $5,876.98 | $112,672.14 | | $0.00 | 52,697,025.90 |
| 09/19/2025 | 4.018 | 0.000110094 | $17,405.04 | $130,077.18 | | $0.00 | 52,697,025.90 |
| 09/20/2025 | 4.018 | 0.000110094 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/21/2025 | 4.018 | 0.000110094 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/22/2025 | 4.018 | 0.000110094 | $5,801.63 | $135,878.81 | | $0.00 | 52,697,025.90 |
| 09/23/2025 | 4.009 | 0.000109834 | $5,787.93 | $141,666.73 | | $0.00 | 52,697,025.90 |
| 09/24/2025 | 4.009 | 0.000109847 | $5,788.66 | $147,455.40 | | $0.00 | 52,697,025.90 |
| 09/25/2025 | 4.027 | 0.000110335 | $5,814.38 | $153,269.78 | | $0.00 | 52,697,025.90 |
| 09/26/2025 | 4.030 | 0.000110411 | $17,455.05 | $170,724.82 | | $0.00 | 52,697,025.90 |
| 09/27/2025 | 4.030 | 0.000110411 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/28/2025 | 4.030 | 0.000110411 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 09/29/2025 | 4.022 | 0.000110182 | $5,806.32 | $176,531.14 | | $0.00 | 52,697,025.90 |
| 09/30/2025 | 4.037 | 0.000110598 | $5,828.19 | $182,359.32 | | $0.00 | 52,697,025.90 |

Statement Period:
**09/01/2025 to 09/30/2025**

Account Number:
**[redacted]2C19**

## Income and Expense Summary

| Description | Reportable Month-to-Date | Non-Reportable Month-to-Date | Total Income Month-to-Date | Reportable Year-to-Date | Non-Reportable Year-to-Date | Total Income Year-to-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $195,553.55 | $0.00 | $195,553.55 | $1,632,830.56 | $0.00 | $1,632,830.56 |
| **Total Income and Expenses** | **$195,553.55** | **$0.00** | **$195,553.55** | **$1,632,830.56** | **$0.00** | **$1,632,830.56** |

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

Statement Period:
**09/01/2025 to 09/30/2025**

Account Number:
[redacted]**2C19**

## Portfolio Holdings

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. BofA Securities, Inc. has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, BofA SECURITIES, INC. ("BofAS") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BofAS RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/ CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL | TFDXX 09248U700 | Cash | | 52,697,025.90 | $1.00 | $52,697,025.90 | $0.00 | 100.00 |
| **Total** | | | | **52,697,025.90** | | **$52,697,025.90** | | |
| **Total Priced Portfolio** | | | | **52,697,025.90** | | **$52,697,025.90** | | |

## Short Term Fund Activity

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL MONTHLY DIVIDEND REINVESTED | TFDXX 09248U700 | 09/02/2025 | Reinvest | Cash | 195,553.55 | $0.00 | -$195,553.55 |



Statement Period:
**09/01/2025 to 09/30/2025**

Account Number:
**[redacted]2C19**

## Short Term Fund Activity - continued

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL | TFDXX 09248U700 | 09/16/2025 | Redemption | Cash | -2,500,000.00 | $0.00 | $2,500,000.00 |
| **Total Short Term Fund Activity** | | | | | | | **$2,304,446.45** |

## Income and Expense Activity

| Description | Symbol/ CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL MONTHLY DIVIDEND | TFDXX 09248U700 | 09/02/2025 | Dividend | Cash | $0.00 | $195,553.55 | $0.00 | $195,553.55 |
| **Total Income and Expense Activity** | | | | | **$0.00** | **$195,553.55** | **$0.00** | **$195,553.55** |

Statement Period:
**09/01/2025 to**
**09/30/2025**

Account Number:
**[redacted]2C19**

## Contribution and Withdrawal Activity

Assets displayed in the Contribution and Withdrawal section of your statement may not receive an indicative market price, and therefore the lack of a current price may impact some totals on your statement. Please contact your account representative with any questions.

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BAS SECURITIES TRANSACTION | | 09/16/2025 | Delivered | Cash | 0.00 | $0.00 | -$2,500,000.00 |
| **Total Contribution and Withdrawal Activity** | | | | | | | **-$2,500,000.00** |

Statement Period:
**09/01/2025 to**
**09/30/2025**

Account Number:
**[redacted]2C19**

# Important Information

### USA PATRIOT ACT DISCLOSURE

BofAS, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications, Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Bank of America Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Bank of America Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at: www.dtcc.com/client-center/dtc-reference-directory

---

### ATTENTION GLIS CLIENTS

Bank of America is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

---

Should you have questions regarding this statement, please contact Client Services at 800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

---

### SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES

GLIS offers several different share classes of the money market funds that it sells, each having a different level of distribution or servicing fee ("Servicing Fees"). The Servicing Fees are paid out of fund assets, resulting in lower returns for investors. Generally, GLIS receives greater compensation for selling share classes with higher Servicing Fees. GLIS believes that different levels of compensation are appropriate because different customers may expect different levels of service or may cost more to service than others. GLIS has therefore developed a set of criteria to help determine which share class should be offered to a particular customer. The criteria are based on the customer's expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or lower level of service by GLIS. For more information on this practice, please consult your GLIS sales representative or visit our web site at **https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.**

**SEE PORTFOLIO HOLDINGS PAGE FOR MESSAGE ABOUT AUCTION RATE SECURITIES**

Statement Period:
**09/01/2025 to**
**09/30/2025**

Account Number:
[redacted]**2C19**

## Disclosure Statement

**GENERAL** - "Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. © Bank of America Corporation. All rights reserved.

Securities transactions are recorded in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement.

Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise BofA Securities, Inc. ("BofAS") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of BofAS and have a complaint, please call 888.221.9276 or notify us in writing at BofA Securities, Inc., Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036.

**DISCLOSURES** - BofAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BofAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of BofAS may lend to one or more issuers whose securities are underwritten, dealt in, or placed by BofAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. BofAS may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, BofAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - BofAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BofAS in your account(s), including any property in transit or held by others on behalf of BofAS, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to BofAS now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and BofAS, together with all costs and expenses of BofAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BofAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BofAS shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BofAS is a member of SIPC, through which customer accounts are protected in the event of BofAS's financial failure. SIPC is responsible for making up any shortfall in client assets that a broker-dealer was required to maintain up to a maximum of $500,000 per client, including up to $250,000 for cash. Further information about SIPC can be found by calling SIPC at 202.371.8300 or at www.sipc.org. In addition, BofAS has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by BofAS or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by BofAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BofAS's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-In-Lending statement or contact the BofAS Margin Department at 980.386.9666. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.



Statement Period:
**09/01/2025 to 09/30/2025**

Account Number:
█ **2C19**

## Disclosure Statement - continued

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BofAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - BofAS's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. BofAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of BofAS is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at http://investor.bankofamerica.com/financial-information/subsidiary-and-country-disclosures#fbid=JlhpOt5nTnt .
A Bank of America Corporation (BAC) financial statement is available online at http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of BofAS, including (i) securities not yet delivered to BofAS, (ii) securities purchased and not paid for by settlement date, and (iii) securities that BofAS has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in BofAS's possession or control. Furthermore, BofAS will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available on the Internet at http://www.finra.org or by contacting FINRA directly at 301.590.6500.

**End of Statement**

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 70 of 592

**Statement of Accounts**

CALIFORNIA BANK & TRUST

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

This Statement: September 30, 2025
Last Statement: August 29, 2025

Account: ■■■■■9479

**Direct Inquiries to:**
800-400-6080
WWW.CALBANKTRUST.COM

0046066 4195-06-0000-CBT-PG0030-00000

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
GEORGE HILLS COMPANY INC, TPA
PO BOX 278
RANCHO CORDOVA, CA 95741-0278

Effective November 16, 2025, the Deposit Account Agreement will be amended. You can access the current version of the Deposit Account Agreement and a list of upcoming changes by visiting the Agreement Center at www.calbanktrust.com/personal/agreement-center/.

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Account Ending Balance* |
|---|---|---|
| COMMERCIAL ANALYZED CHECKING | ■■■■■9479 | $99,550.00 |

## COMMERCIAL ANALYZED CHECKING 5795359479

0178

| | *Previous Balance* | *Deposits/Credits* | *Withdrawals/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|---|
| Count: | | 1 | 0 | 0 | |
| Amount: | 94,621.13 | 4,928.87 | 0.00 | 0.00 | 99,550.00 |

### DEPOSITS/CREDITS

| *Posting Date* | *Effective Date* | *Amount* | *Description* |
|---|---|---|---|
| 09/12 | 09/12 | 4,928.87 | ROMAN CATHOL0220 PAYMENTJNL REF # 02525 5003334519 ROMAN CAT |

### CHARGES/DEBITS

There were no transactions this period.

### CHECKS PROCESSED

There were no transactions this period.

### ACTIVITY COUNT

| | *During this period* |
|---|---|
| Total Items | 1 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

Page 2 of 4

September 30, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[REDACTED]9479

SK800I
0046066-0000001-0109271
R0275

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

September 30, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[redacted]9479

**DAILY BALANCE**

| *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|
| 08/30 | $94,621.13 | 09/12 | $99,550.00 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 32 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |

Current interest rate is 0.0000% with no rate change this statement period

A division of Zions Bancorporation, N.A.

0046066-0000002-0109272

September 30, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[redacted]9479

This page intentionally left blank

02566804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8800**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023050 04 SP 000638049232269 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

**US bank**

02568004
54 -01-B -62 -277-04
0101 -11-02870-04

Period from September 1, 2025 to September 30, 2025

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████3800

# TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |
| Sales And Maturities | 12 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 76
of 592

R0279



02568804
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████800

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 17,287,967.12 | 12,594,574.61 |
| **Investment Activity** | | |
| Interest | 18.41 | 18.41 |
| Dividends | 39,341.76 | 39,341.76 |
| Change In Unrealized Gain/Loss | 231,579.82 | .00 |
| Net Accrued Income (Current-Prior) | - 7.36 | - 7.36 |
| **Total Investment Activity** | 270,932.63 | 39,352.81 |
| **Other Activity** | | |
| Transfers Out | - 1,287.07 | - 1,287.07 |
| **Total Other Activity** | - 1,287.07 | - 1,287.07 |
| **Net Change In Market And Cost** | 269,645.56 | 38,065.74 |
| **Ending Market And Cost** | 17,557,612.68 | 12,632,640.35 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 77
of 592

R0280





02568004
54 -01-B -62-277-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████ 800

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| | |
| **Investment Activity** | |
| Interest | 18.41 |
| Dividends | 39,341.76 |
| Cash Equivalent Purchases | - 18.41 |
| Purchases | - 39,341.76 |
| Cash Equivalent Sales | 1,287.07 |
| **Total Investment Activity** | **1,287.07** |
| | |
| **Other Activity** | |
| Transfers Out | - 1,287.07 |
| **Total Other Activity** | **- 1,287.07** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

R0281

**US bank**

0256804
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████ 800

## ASSET SUMMARY





| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 2,067.75 | 2,067.75 | 0.01 |
| Mutual Funds-Equity | 10,458,536.26 | 7,260,941.36 | 59.57 |
| Mutual Funds-Balanced | 7,096,997.62 | 5,369,620.19 | 40.42 |
| **Total Assets** | **17,557,601.63** | **12,632,629.30** | **100.00** |
| Accrued Income | 11.05 | 11.05 | 0.00 |
| **Grand Total** | **17,557,612.68** | **12,632,640.35** | **100.00** |

**Estimated Annual Income**      313,266.32

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 79
of 592

R0282



02566804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 2,067.750 | 2,067.75<br>1.0000 | 2,067.75 | .00<br>.00 | 11.05 | 4.01 |
| **Total Money Markets** | **2,067.750** | **2,067.75** | **2,067.75** | **.00**<br>**.00** | **11.05** | **4.01** |
| **Total Cash And Equivalents** | **2,067.750** | **2,067.75** | **2,067.75** | **.00**<br>**.00** | **11.05** | **4.01** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Artisan Intl Value Fund Ins 04314H857 Asset Minor Code 98 | 191,163.156 | 10,458,536.26<br>54.7100 | 7,260,941.36 | 3,197,594.90<br>147,035.83 | .00 | 1.77 |
| **Total Mutual Funds-Equity** | **191,163.156** | **10,458,536.26** | **7,260,941.36** | **3,197,594.90**<br>**147,035.83** | **.00** | **1.77** |
| **Mutual Funds-Balanced** | | | | | | |
| Fpa Crescent Portfolio Cl I 30254T759 Asset Minor Code 55 | 156,562.930 | 7,096,997.62<br>45.3300 | 5,369,620.19 | 1,727,377.43<br>84,543.99 | .00 | 1.80 |
| **Total Mutual Funds-Balanced** | **156,562.930** | **7,096,997.62** | **5,369,620.19** | **1,727,377.43**<br>**84,543.99** | **.00** | **1.80** |
| **Total Mutual Funds** | **347,726.086** | **17,555,533.88** | **12,630,561.55** | **4,924,972.33**<br>**231,579.82** | **.00** | **1.78** |

02566804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **349,793.836** | **17,557,601.63** | **12,632,629.30** | **4,924,972.33** | **11.05** | **1.78** |
| | | | | **231,579.82** | | |
| **Accrued Income** | **.000** | **11.05** | **11.05** | | | |
| **Grand Total** | **349,793.836** | **17,557,612.68** | **12,632,640.35** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.





02566804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 2,067.750 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 18.41 | 11.05 | 18.41 | 11.05 |
| **Total Cash And Equivalents** | | | | | **18.41** | **11.05** | **18.41** | **11.05** |
| **Mutual Funds-Equity** | | | | | | | | |
| 191,163.156 | Artisan Intl Value Fund Ins 04314H857 | 09/29/25 | 09/29/25 | 0.97 | .00 | 39,341.76 | 39,341.76 | .00 |
| **Total Mutual Funds-Equity** | | | | | **.00** | **39,341.76** | **39,341.76** | **.00** |
| **Grand Total** | | | | | **18.41** | **39,352.81** | **39,360.17** | **11.05** |

02566804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 18.41 |
| **Total Interest** | | **18.41** |
| **Dividends** | | |
| **Artisan Intl Value Fund Ins 04314H857** | | |
| 09/29/2025 | 0.206587 USD/Share On 190,436.757 Shares Due 9/29/25 Dividend Payable 09/29/25 | 39,341.76 |
| **Total Dividends** | | **39,341.76** |

02566804
54-01-B-62-277-04
0101-11-02870-04

**US bank**

ADSF COMPOSITE BALANCED POOL
ACCOUNT ███800

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| **Transfers Out** | | |
| **Transfer To Another Account** | | |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 190.74 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 207.62 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 338.97 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 116.80 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 42.13 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 130.42 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 8/15/2024 | - 155.15 |
| 09/29/2025 | Paid To ███████<br>Per Dir D/d 5/30/2025 | - 105.24 |
| **Total Transfer To Another Account** | | - 1,287.07 |
| **Total Transfers Out** | | - 1,287.07 |
| **Total Other Activity** | | - 1,287.07 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 84
of 592

R0287

02566804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 18.41 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 18.410 | .00 | - 18.41 | 18.41 |
| **Total First Am Govt Ob Fd Cl Z** | | **18.410** | **.00** | **- 18.41** | **18.41** |
| **Total Cash And Equivalents** | | **18.410** | **.00** | **- 18.41** | **18.41** |
| **Mutual Funds-Equity** | | | | | |
| 09/29/2025 | Purchased 726.399 Shares Artisan Intl Value Fund Ins @ 54.16 USD Through Reinvestment Of Cash Dividend Due 9/29/25 04314H857 | 726.399 | .00 | - 39,341.76 | 39,341.76 |
| **Total Artisan Intl Value Fund Ins** | | **726.399** | **.00** | **- 39,341.76** | **39,341.76** |
| **Total Mutual Funds-Equity** | | **726.399** | **.00** | **- 39,341.76** | **39,341.76** |
| **Total Purchases** | | **744.809** | **.00** | **- 39,360.17** | **39,360.17** |




02566804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/29/2025 | Sold<br>1,287.07 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 9/29/25<br>31846V567 | - 1,287.070 | .00 | 1,287.07 | - 1,287.07 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 1,287.070** | **.00** | **1,287.07** | **- 1,287.07** | **.00** |
| **Total Cash And Equivalents** | | **- 1,287.070** | **.00** | **1,287.07** | **- 1,287.07** | **.00** |
| **Total Sales And Maturities** | | **- 1,287.070** | **.00** | **1,287.07** | **- 1,287.07** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

**Account Number: [redacted]8801**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023056 10 SP 000638049232275 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 16 |
| Investment Activity | 19 |
| Plan Expenses | 22 |
| Purchases | 23 |
| Sales And Maturities | 27 |
| Broker Commissions | 30 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **20,290,608.24** | **17,829,369.69** |
| **Investment Activity** | | |
| Interest | 1,818.00 | 1,818.00 |
| Dividends | 43,409.55 | 43,409.55 |
| Realized Gain/Loss | 9,798.74 | 9,798.74 |
| Change In Unrealized Gain/Loss | - 561,432.85 | .00 |
| Net Accrued Income (Current-Prior) | - 10,256.57 | - 10,256.57 |
| **Total Investment Activity** | **- 516,663.13** | **44,769.72** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 22,519.03 | - 22,519.03 |
| **Total Plan Expenses** | **- 22,519.03** | **- 22,519.03** |
| **Net Change In Market And Cost** | **- 539,182.16** | **22,250.69** |
| **Ending Market And Cost** | **19,751,426.08** | **17,851,620.38** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 1,818.00 |
| Dividends | 43,409.55 |
| Cash Equivalent Purchases | - 328,567.72 |
| Purchases | - 335,751.64 |
| Cash Equivalent Sales | 118,359.23 |
| Sales/Maturities | 523,251.61 |
| **Total Investment Activity** | **22,519.03** |
| **Plan Expenses** | |
| Administrative Expenses* | - 22,519.03 |
| **Total Plan Expenses** | **- 22,519.03** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 821,492.90 | 821,492.90 | 4.16 |
| Domestic Common Stocks | 17,172,092.17 | 15,378,593.89 | 86.94 |
| Foreign Stocks | 1,744,887.62 | 1,638,580.20 | 8.83 |
| **Total Assets** | **19,738,472.69** | **17,838,666.99** | **99.93** |
| Accrued Income | 12,953.39 | 12,953.39 | 0.07 |
| **Grand Total** | **19,751,426.08** | **17,851,620.38** | **100.00** |

**Estimated Annual Income** **376,174.20**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 821,492.900 | 821,492.90<br>1.0000 | 821,492.90 | .00<br>.00 | 2,690.98 | 4.01 |
| **Total Money Markets** | **821,492.900** | **821,492.90** | **821,492.90** | **.00**<br>**.00** | **2,690.98** | **4.01** |
| **Total Cash And Equivalents** | **821,492.900** | **821,492.90** | **821,492.90** | **.00**<br>**.00** | **2,690.98** | **4.01** |
| **Domestic Common Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Lululemon<br>Athletica Inc Com<br>550021109 Asset Minor Code 42 | .000 | .00<br>177.9300 | .00 | .00<br>72,541.63 | .00 | 0.00 |
| *Automotive Manufacturers* | | | | | | |
| General Mtrs<br>Co Com<br>37045V100 Asset Minor Code 42 | 9,183.000 | 559,887.51<br>60.9700 | 378,646.39 | 181,241.12<br>21,855.54 | .00 | 0.89 |
| *Home Building* | | | | | | |
| Nvr Inc<br>62944T105 Asset Minor Code 42 | 45.000 | 361,559.70<br>8,034.6600 | 227,158.08 | 134,401.62<br>- 3,734.55 | .00 | 0.00 |
| *Internet Retail* | | | | | | |
| Amazon Com Inc<br>023135106 Asset Minor Code 42 | 1,858.000 | 407,961.06<br>219.5700 | 237,120.01 | 170,841.05<br>- 17,520.94 | .00 | 0.00 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Leisure Facilities* | | | | | | |
| Disney Walt Co Com 254687106 Asset Minor Code 42 | 3,805.000 | 435,672.50<br>114.5000 | 366,501.58 | 69,170.92<br>- 14,763.40 | .00 | 0.87 |
| *Restaurants* | | | | | | |
| Starbucks Corp Com 855244109 Asset Minor Code 42 | 3,494.000 | 295,592.40<br>84.6000 | 298,779.91 | - 3,187.51<br>- 12,543.46 | .00 | 2.93 |
| *Specialty Stores* | | | | | | |
| Carmax Inc Com 143130102 Asset Minor Code 42 | 5,523.000 | 247,817.01<br>44.8700 | 354,175.34 | - 106,358.33<br>- 85,136.03 | .00 | 0.00 |
| **Total Consumer Discretionary** | **23,908.000** | **2,308,490.18** | **1,862,381.31** | **446,108.87**<br>**- 39,301.21** | **.00** | **0.75** |
| **Consumer Staples** | | | | | | |
| *Food Distributors* | | | | | | |
| General Mls Inc Com 370334104 Asset Minor Code 42 | 9,214.000 | 464,569.88<br>50.4200 | 518,219.74 | - 53,649.86<br>10,043.26 | .00 | 4.84 |
| Sysco Corp 871829107 Asset Minor Code 42 | 7,326.000 | 603,222.84<br>82.3400 | 572,936.15 | 30,286.69<br>13,699.62 | .00 | 2.62 |
| *Total Food Distributors* | *16,540.000* | *1,067,792.72* | *1,091,155.89* | *- 23,363.17*<br>*23,742.88* | *.00* | *3.58* |
| *Household Products* | | | | | | |
| Colgate Palmolive Co Com 194162103 Asset Minor Code 42 | 9,958.000 | 796,042.52<br>79.9400 | 906,779.87 | - 110,737.35<br>- 42,049.95 | .00 | 2.60 |




02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Consumer Staples** | **26,498.000** | **1,863,835.24** | **1,997,935.76** | **- 134,100.52**<br>**- 18,307.07** | **.00** | **3.16** |
| **Energy** | | | | | | |
| *Oil & Gas Exploration & Prod* | | | | | | |
| Conocophillips<br>20825C104 Asset Minor Code 42 | 7,882.000 | 745,558.38<br>94.5900 | 793,188.50 | - 47,630.12<br>- 34,523.16 | .00 | 3.30 |
| Diamondback<br>Energy Inc<br>25278X109 Asset Minor Code 42 | 3,087.000 | 441,749.70<br>143.1000 | 506,837.64 | - 65,087.94<br>- 17,472.42 | .00 | 2.80 |
| *Total Oil & Gas Exploration & Prod* | *10,969.000* | *1,187,308.08* | *1,300,026.14* | *- 112,718.06*<br>*- 51,995.58* | *.00* | *3.11* |
| **Total Energy** | **10,969.000** | **1,187,308.08** | **1,300,026.14** | **- 112,718.06**<br>**- 51,995.58** | **.00** | **3.11** |
| **Financials** | | | | | | |
| *Consumer Finance* | | | | | | |
| Capital One<br>Finl Corp<br>14040H105 Asset Minor Code 42 | 3,304.000 | 702,364.32<br>212.5800 | 621,838.15 | 80,526.17<br>- 48,370.56 | .00 | 1.13 |
| *Diversified Banks* | | | | | | |
| Bank Of<br>America Corp<br>060505104 Asset Minor Code 42 | 10,349.000 | 533,904.91<br>51.5900 | 319,266.11 | 214,638.80<br>8,796.65 | .00 | 2.17 |
| *Life & Health Insurance* | | | | | | |
| Metlife Inc<br>59156R108 Asset Minor Code 42 | 5,365.000 | 441,915.05<br>82.3700 | 458,334.90 | - 16,419.85<br>5,418.65 | .00 | 2.76 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Multi-Line Insurance* | | | | | | |
| American International Group 026874784 Asset Minor Code 42 | 13,093.000 | 1,028,324.22<br>78.5400 | 796,485.28 | 231,838.94<br>- 36,398.54 | .00 | 2.29 |
| Hartford Insurance Group Inc Com 416515104 Asset Minor Code 42 | 1,260.000 | 168,071.40<br>133.3900 | 99,925.39 | 68,146.01<br>- 42,816.92 | 1,015.56 | 1.56 |
| *Total Multi-Line Insurance* | *14,353.000* | *1,196,395.62* | *896,410.67* | *299,984.95*<br>*- 79,215.46* | *1,015.56* | *2.18* |
| *Multi-Sector Holdings* | | | | | | |
| Berkshire Hathaway Inc Cl B 084670702 Asset Minor Code 42 | 2,193.000 | 1,102,508.82<br>502.7400 | 944,768.40 | 157,740.42<br>- 526.32 | .00 | 0.00 |
| *Other Diversifd Financial Svcs* | | | | | | |
| Equitable Hldgs Inc 29452E101 Asset Minor Code 42 | 932.000 | 47,326.96<br>50.7800 | 50,433.41 | - 3,106.45<br>- 3,106.45 | .00 | 2.13 |
| *Regional Banks* | | | | | | |
| Keycorp 493267108 Asset Minor Code 42 | 15,227.000 | 284,592.63<br>18.6900 | 215,851.36 | 68,741.27<br>- 10,202.09 | .00 | 4.39 |
| *Specialized Finance* | | | | | | |
| Nasdaq Inc 631103108 Asset Minor Code 42 | 1,797.000 | 158,944.65<br>88.4500 | 117,094.20 | 41,850.45<br>- 93,971.77 | .00 | 1.22 |
| Visa Inc Com Cl A 92826C839 Asset Minor Code 42 | 806.000 | 275,152.28<br>341.3800 | 162,211.95 | 112,940.33<br>- 8,382.40 | .00 | 0.69 |




02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Specialized Finance* | *2,603.000* | *434,096.93* | *279,306.15* | *154,790.78*<br>*- 102,354.17* | *.00* | *0.88* |
| **Total Financials** | **54,326.000** | **4,743,105.24** | **3,786,209.15** | **956,896.09**<br>**- 229,559.75** | **1,015.56** | **1.58** |
| **Health Care** | | | | | | |
| *Health Care Services* | | | | | | |
| Labcorp<br>Holdings Inc Com Shs<br>504922105 Asset Minor Code 42 | 2,047.000 | 587,611.82<br>287.0600 | 499,670.04 | 87,941.78<br>18,566.29 | .00 | 1.00 |
| *Pharmaceuticals* | | | | | | |
| Zoetis Inc Cl<br>A<br>98978V103 Asset Minor Code 42 | 2,588.000 | 378,676.16<br>146.3200 | 379,878.07 | - 1,201.91<br>- 20,343.29 | .00 | 1.37 |
| **Total Health Care** | **4,635.000** | **966,287.98** | **879,548.11** | **86,739.87**<br>**- 1,777.00** | **.00** | **1.14** |
| **Industrials** | | | | | | |
| *Air Freight & Logistics* | | | | | | |
| Fed Ex Corp<br>31428X106 Asset Minor Code 42 | 958.000 | 225,905.98<br>235.8100 | 212,323.12 | 13,582.86<br>4,540.92 | 1,389.10 | 2.46 |
| *Building Products* | | | | | | |
| Builders<br>Firstsource Inc<br>12008R107 Asset Minor Code 42 | 1,601.000 | 194,121.25<br>121.2500 | 242,415.50 | - 48,294.25<br>- 27,905.43 | .00 | 0.00 |
| *Const., Farm Mach. & Hvy Trks* | | | | | | |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Caterpillar Inc 149123101 Asset Minor Code 42 | 608.000 | 290,107.20<br>477.1500 | 188,673.21 | 101,433.99<br>35,330.88 | .00 | 1.27 |
| *Electrical Components & Equip* | | | | | | |
| Regal Beloit Corp 758750103 Asset Minor Code 42 | 2,250.000 | 322,740.00<br>143.4400 | 281,697.52 | 41,042.48<br>- 13,252.50 | 787.50 | 0.98 |
| *Environmental Services* | | | | | | |
| Waste Mgmt Inc Del Com 94106L109 Asset Minor Code 42 | 2,495.000 | 550,970.85<br>220.8300 | 459,563.38 | 91,407.47<br>- 13,872.20 | .00 | 1.49 |
| *Industrial MacHinery* | | | | | | |
| Deere Co 244199105 Asset Minor Code 42 | 598.000 | 273,441.48<br>457.2600 | 213,238.44 | 60,203.04<br>- 12,785.24 | 968.76 | 1.42 |
| *Railroads* | | | | | | |
| Union Pacific Corp Com 907818108 Asset Minor Code 42 | 2,156.000 | 509,613.72<br>236.3700 | 466,350.25 | 43,263.47<br>27,596.80 | .00 | 2.34 |
| **Total Industrials** | **10,666.000** | **2,366,900.48** | **2,064,261.42** | **302,639.06**<br>**- 346.77** | **3,145.36** | **1.53** |
| **Information Technology** | | | | | | |
| *Application Software* | | | | | | |
| Adobe Inc 00724F101 Asset Minor Code 42 | 1,025.000 | 361,568.75<br>352.7500 | 358,237.85 | 3,330.90<br>- 4,048.75 | .00 | 0.00 |
| Salesforce Inc 79466L302 Asset Minor Code 42 | 1,650.000 | 391,050.00<br>237.0000 | 481,210.20 | - 90,160.20<br>- 31,762.50 | 686.40 | 0.70 |

R0300



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Application Software* | *2,675.000* | *752,618.75* | *839,448.05* | *- 86,829.30*<br>*- 35,811.25* | *686.40* | *0.36* |
| *Internet Software & Services* | | | | | | |
| Ss C Technologies Hldgs Inc Com<br>78467J100 Asset Minor Code 42 | 3,194.000 | 283,499.44<br>88.7600 | 170,863.56 | 112,635.88<br>319.40 | .00 | 1.22 |
| *Semiconductor Equipment* | | | | | | |
| Texas Instrs Inc Com<br>882508104 Asset Minor Code 42 | 4,038.000 | 741,901.74<br>183.7300 | 700,456.29 | 41,445.45<br>- 75,712.50 | .00 | 2.96 |
| **Total Information Technology** | **9,907.000** | **1,778,019.93** | **1,710,767.90** | **67,252.03**<br>**- 111,204.35** | **686.40** | **1.58** |
| **Materials** | | | | | | |
| *Construction Materials* | | | | | | |
| Martin Marietta Matls Inc<br>573284106 Asset Minor Code 42 | 798.000 | 502,963.44<br>630.2800 | 328,380.46 | 174,582.98<br>11,076.24 | .00 | 0.53 |
| *Paper Products* | | | | | | |
| International Paper Co<br>460146103 Asset Minor Code 42 | 7,106.000 | 329,718.40<br>46.4000 | 307,016.99 | 22,701.41<br>- 23,307.68 | .00 | 3.99 |
| *Steel* | | | | | | |
| Nucor Corp<br>670346105 Asset Minor Code 42 | 2,064.000 | 279,527.52<br>135.4300 | 274,215.01 | 5,312.51<br>- 27,451.20 | 1,135.20 | 1.62 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Materials** | **9,968.000** | **1,112,209.36** | **909,612.46** | **202,596.90**<br>**- 39,682.64** | **1,135.20** | **1.82** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Extra Space Storage Inc<br>30225T102 Asset Minor Code 42 | 2,877.000 | 405,484.38<br>140.9400 | 387,461.47 | 18,022.91<br>- 7,595.28 | .00 | 4.60 |
| SBA Communications Corp<br>78410G104 Asset Minor Code 42 | 2,278.000 | 440,451.30<br>193.3500 | 480,390.17 | - 39,938.87<br>- 23,059.60 | .00 | 2.30 |
| **Total Real Estate** | **5,155.000** | **845,935.68** | **867,851.64** | **- 21,915.96**<br>**- 30,654.88** | **.00** | **3.39** |
| **Total Domestic Common Stocks** | **156,032.000** | **17,172,092.17** | **15,378,593.89** | **1,793,498.28**<br>**- 522,829.25** | **5,982.52** | **1.82** |
| **Foreign Stocks** | | | | | | |
| **Financials** | | | | | | |
| *Insurance Brokers* | | | | | | |
| Aon Plc Shs Cl A<br>G0403H108 Asset Minor Code 53 | 1,879.000 | 670,013.82<br>356.5800 | 649,833.70 | 20,180.12<br>- 19,579.18 | .00 | 0.84 |
| **Total Financials** | **1,879.000** | **670,013.82** | **649,833.70** | **20,180.12**<br>**- 19,579.18** | **.00** | **0.83** |
| **Health Care** | | | | | | |
| *Health Care Equipment* | | | | | | |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Medtronic Plc<br>Shs<br>G5960L103 Asset Minor Code 53 | 3,697.000 | 352,102.28<br>95.2400 | 297,710.65 | 54,391.63<br>8,983.71 | 2,624.87 | 2.98 |
| **Total Health Care** | **3,697.000** | **352,102.28** | **297,710.65** | **54,391.63**<br>**8,983.71** | **2,624.87** | **2.98** |
| **Industrials** | | | | | | |
| *Diversified Commercial Svcs* | | | | | | |
| Ferguson Plc<br>New Common Stock New<br>31488V107 Asset Minor Code 53 | 1,994.000 | 447,812.52<br>224.5800 | 325,747.20 | 122,065.32<br>- 13,100.58 | 1,655.02 | 1.48 |
| **Total Industrials** | **1,994.000** | **447,812.52** | **325,747.20** | **122,065.32**<br>**- 13,100.58** | **1,655.02** | **1.47** |
| **Information Technology** | | | | | | |
| *It Consulting & Other Services* | | | | | | |
| Accenture Plc<br>Ireland Shs Class A<br>G1151C101 Asset Minor Code 53 | 1,115.000 | 274,959.00<br>246.6000 | 365,288.65 | - 90,329.65<br>- 14,907.55 | .00 | 2.64 |
| **Total Information Technology** | **1,115.000** | **274,959.00** | **365,288.65** | **- 90,329.65**<br>**- 14,907.55** | **.00** | **2.64** |
| **Total Foreign Stocks** | **8,685.000** | **1,744,887.62** | **1,638,580.20** | **106,307.42**<br>**- 38,603.60** | **4,279.89** | **1.71** |
| **Total Assets** | **986,209.900** | **19,738,472.69** | **17,838,666.99** | **1,899,805.70**<br>**- 561,432.85** | **12,953.39** | **1.90** |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Accrued Income** | **.000** | **12,953.39** | **12,953.39** | | | |
| **Grand Total** | **986,209.900** | **19,751,426.08** | **17,851,620.38** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 821,492.900 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 1,818.00 | 2,690.98 | 1,818.00 | 2,690.98 |
| **Total Cash And Equivalents** | | | | | **1,818.00** | **2,690.98** | **1,818.00** | **2,690.98** |
| **Domestic Common Stocks** | | | | | | | | |
| 13,093.000 | American International Group 026874784 | 09/16/25 | 09/30/25 | 1.80 | .00 | 5,891.85 | 5,891.85 | .00 |
| 10,349.000 | Bank Of America Corp 060505104 | 09/05/25 | 09/26/25 | 1.12 | .00 | 2,897.72 | 2,897.72 | .00 |
| 3,304.000 | Capital One Finl Corp 14040H105 | 08/15/25 | 09/02/25 | 2.40 | 1,982.40 | .00 | 1,982.40 | .00 |
| 7,882.000 | Conocophillips 20825C104 | 08/18/25 | 09/02/25 | 3.12 | 6,147.96 | .00 | 6,147.96 | .00 |
| 598.000 | Deere Co 244199105 | 09/30/25 | 11/10/25 | 6.48 | .00 | 968.76 | .00 | 968.76 |
| 2,877.000 | Extra Space Storage Inc 30225T102 | 09/15/25 | 09/30/25 | 6.48 | .00 | 4,660.74 | 4,660.74 | .00 |
| 958.000 | Fed Ex Corp 31428X106 | 09/08/25 | 10/01/25 | 5.80 | .00 | 1,389.10 | .00 | 1,389.10 |
| 9,183.000 | General Mtrs Co Com 37045V100 | 09/05/25 | 09/18/25 | 0.54 | .00 | 1,377.45 | 1,377.45 | .00 |
| 1,260.000 | Hartford Insurance Group Inc Com 416515104 | 09/02/25 | 10/02/25 | 2.08 | .00 | 1,015.56 | .00 | 1,015.56 |
| 7,106.000 | International Paper Co 460146103 | 08/15/25 | 09/16/25 | 1.85 | 3,286.53 | .00 | 3,286.53 | .00 |
| 15,227.000 | Keycorp 493267108 | 09/02/25 | 09/15/25 | 0.82 | .00 | 3,121.54 | 3,121.54 | .00 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 2,047.000 | Labcorp Holdings Inc Com Shs 504922105 | 08/28/25 | 09/11/25 | 2.88 | 1,473.84 | .00 | 1,473.84 | .00 |
| 798.000 | Martin Marietta Matls Inc 573284106 | 09/02/25 | 09/30/25 | 3.32 | .00 | 662.34 | 662.34 | .00 |
| 5,365.000 | Metlife Inc 59156R108 | 08/05/25 | 09/09/25 | 2.27 | 3,044.64 | .00 | 3,044.64 | .00 |
| 1,797.000 | Nasdaq Inc 631103108 | 09/12/25 | 09/26/25 | 1.08 | .00 | 485.19 | 485.19 | .00 |
| 2,064.000 | Nucor Corp 670346105 | 09/30/25 | 11/10/25 | 2.20 | .00 | 1,135.20 | .00 | 1,135.20 |
| 2,250.000 | Regal Beloit Corp 758750103 | 09/30/25 | 10/14/25 | 1.40 | .00 | 787.50 | .00 | 787.50 |
| 2,278.000 | SBA Communications Corp 78410G104 | 08/21/25 | 09/18/25 | 4.44 | 2,005.77 | .00 | 2,005.77 | .00 |
| 3,194.000 | Ss C Technologies Hldgs Inc Com 78467J100 | 09/02/25 | 09/15/25 | 1.08 | .00 | 862.38 | 862.38 | .00 |
| 1,650.000 | Salesforce Inc 79466L302 | 09/17/25 | 10/09/25 | 1.66 | .00 | 686.40 | .00 | 686.40 |
| 2,156.000 | Union Pacific Corp Com 907818108 | 08/29/25 | 09/30/25 | 5.52 | 2,975.28 | .00 | 2,975.28 | .00 |
| 806.000 | Visa Inc Com Cl A 92826C839 | 08/12/25 | 09/02/25 | 2.36 | 475.54 | .00 | 475.54 | .00 |
| 2,495.000 | Waste Mgmt Inc Del Com 94106L109 | 09/12/25 | 09/26/25 | 3.30 | .00 | 2,058.38 | 2,058.38 | .00 |
| **Total Domestic Common Stocks** | | | | | **21,391.96** | **28,000.11** | **43,409.55** | **5,982.52** |
| **Foreign Stocks** | | | | | | | | |
| 3,697.000 | Medtronic Plc Shs G5960L103 | 09/26/25 | 10/17/25 | 2.84 | .00 | 2,624.87 | .00 | 2,624.87 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 1,994.000 | Ferguson Plc New Common Stock New 31488V107 | 09/26/25 | 11/07/25 | 3.32 | .00 | 1,655.02 | .00 | 1,655.02 |
| **Total Foreign Stocks** | | | | | **.00** | **4,279.89** | **.00** | **4,279.89** |
| **Grand Total** | | | | | **23,209.96** | **34,970.98** | **45,227.55** | **12,953.39** |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 1,818.00 |
| **Total Interest** | | **1,818.00** |
| **Dividends** | | |
| **American International Group 026874784** | | |
| 09/30/2025 | 0.45 USD/Share On 13,093 Shares Due 9/30/25 | 5,891.85 |
| **Bank Of America Corp 060505104** | | |
| 09/26/2025 | 0.28 USD/Share On 10,349 Shares Due 9/26/25 | 2,897.72 |
| **Capital One Finl Corp 14040H105** | | |
| 09/02/2025 | 0.60 USD/Share On 3,304 Shares Due 9/2/25 | 1,982.40 |
| **Conocophillips 20825C104** | | |
| 09/02/2025 | 0.78 USD/Share On 7,882 Shares Due 9/2/25 | 6,147.96 |
| **Extra Space Storage Inc 30225T102** | | |
| 09/30/2025 | 1.62 USD/Share On 2,877 Shares Due 9/30/25 | 4,660.74 |
| **General Mtrs Co Com 37045V100** | | |
| 09/18/2025 | 0.15 USD/Share On 9,183 Shares Due 9/18/25 | 1,377.45 |
| **International Paper Co 460146103** | | |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/16/2025 | 0.4625 USD/Share On 7,106 Shares Due 9/16/25 | 3,286.53 |
| **Keycorp 493267108** | | |
| 09/15/2025 | 0.205 USD/Share On 15,227 Shares Due 9/15/25 | 3,121.54 |
| **Labcorp Holdings Inc Com Shs 504922105** | | |
| 09/11/2025 | 0.72 USD/Share On 2,047 Shares Due 9/11/25 | 1,473.84 |
| **Martin Marietta Matls Inc 573284106** | | |
| 09/30/2025 | 0.83 USD/Share On 798 Shares Due 9/30/25 | 662.34 |
| **Metlife Inc 59156R108** | | |
| 09/09/2025 | 0.5675 USD/Share On 5,365 Shares Due 9/9/25 | 3,044.64 |
| **Nasdaq Inc 631103108** | | |
| 09/26/2025 | 0.27 USD/Share On 1,797 Shares Due 9/26/25 | 485.19 |
| **SBA Communications Corp 78410G104** | | |
| 09/18/2025 | 1.11 USD/Share On 1,807 Shares Due 9/18/25 | 2,005.77 |
| **Ss C Technologies Hldgs Inc Com 78467J100** | | |
| 09/15/2025 | 0.27 USD/Share On 3,194 Shares Due 9/15/25 | 862.38 |
| **Union Pacific Corp Com 907818108** | | |
| 09/30/2025 | 1.38 USD/Share On 2,156 Shares Due 9/30/25 | 2,975.28 |
| **Visa Inc Com Cl A 92826C839** | | |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/02/2025 | 0.59 USD/Share On 806 Shares Due 9/2/25 | 475.54 |
| **Waste Mgmt Inc Del Com 94106L109** | | |
| 09/26/2025 | 0.825 USD/Share On 2,495 Shares Due 9/26/25 | 2,058.38 |
| **Total Dividends** | | **43,409.55** |





02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|---|---|---|
| | **Administrative Expenses** | |
| | **Investment Advisory And Management Fees** | |
| | **Management Fee** | |
| 09/26/2025 | Paid To Diamond Hill Capital Mgmt, Inc<br>To 7311 Mgmt Fees Fp 7/1/2025 - 9/30/2025 | - 22,519.03 |
| **Total Management Fee** | | **- 22,519.03** |
| **Total Investment Advisory And Management Fees** | | **- 22,519.03** |
| **Total Administrative Expenses** | | **- 22,519.03** |
| **Total Plan Expenses** | | **- 22,519.03** |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT █████8801

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/02/2025 | Purchased 8,605.9 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/2/25 31846V567 | 8,605.900 | .00 | - 8,605.90 | 8,605.90 |
| 09/03/2025 | Purchased 1,818 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 1,818.000 | .00 | - 1,818.00 | 1,818.00 |
| 09/08/2025 | Purchased 270,237.73 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/8/25 31846V567 | 270,237.730 | .00 | - 270,237.73 | 270,237.73 |
| 09/09/2025 | Purchased 23,417.53 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/9/25 31846V567 | 23,417.530 | .00 | - 23,417.53 | 23,417.53 |
| 09/11/2025 | Purchased 1,473.84 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/11/25 31846V567 | 1,473.840 | .00 | - 1,473.84 | 1,473.84 |
| 09/18/2025 | Purchased 3,383.22 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/18/25 31846V567 | 3,383.220 | .00 | - 3,383.22 | 3,383.22 |
| 09/26/2025 | Purchased 5,441.29 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/26/25 31846V567 | 5,441.290 | .00 | - 5,441.29 | 5,441.29 |





02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/30/2025 | Purchased<br>14,190.21 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 9/30/25<br>31846V567 | 14,190.210 | .00 | - 14,190.21 | 14,190.21 |
| **Total First Am Govt Ob Fd Cl Z** | | **328,567.720** | **.00** | **- 328,567.72** | **328,567.72** |
| **Total Cash And Equivalents** | | **328,567.720** | **.00** | **- 328,567.72** | **328,567.72** |
| **Domestic Common Stock** | | | | | |
| 09/05/2025 | Purchased 1,046<br>Shares Of<br>Colgate Palmolive Co Com<br>Trade Date 9/5/25<br>Purchased Through Piper Sandler & Co<br>1,046 Shares At 84.9328 USD<br>194162103 | 1,046.000 | 20.92 | - 88,860.63 | 88,860.63 |
| **Total Colgate Palmolive Co Com** | | **1,046.000** | **20.92** | **- 88,860.63** | **88,860.63** |
| 09/05/2025 | Purchased 932<br>Shares Of<br>Equitable Hldgs Inc<br>Trade Date 9/5/25<br>Purchased Through Piper Sandler & Co<br>932 Shares At 54.0931 USD<br>29452E101 | 932.000 | 18.64 | - 50,433.41 | 50,433.41 |
| **Total Equitable Hldgs Inc** | | **932.000** | **18.64** | **- 50,433.41** | **50,433.41** |
| 09/05/2025 | Purchased 437<br>Shares Of<br>SBA Communications Corp<br>Trade Date 9/5/25<br>Purchased Through Piper Sandler & Co<br>437 Shares At 198.2237 USD<br>78410G104 | 437.000 | 8.74 | - 86,632.50 | 86,632.50 |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/05/2025 | Purchased 34 Shares Of SBA Communications Corp Trade Date 9/5/25 Purchased Through Stifel, Nicolaus & Co.,Inc. 34 Shares At 197.4638 USD 78410G104 | 34.000 | .68 | - 6,714.45 | 6,714.45 |
| **Total SBA Communications Corp** | | **471.000** | **9.42** | **- 93,346.95** | **93,346.95** |
| 09/12/2025 | Purchased 56 Shares Of Zoetis Inc Cl A Trade Date 9/12/25 Purchased Through Fidelity Capital Markets Div 56 Shares At 147.187 USD 98978V103 | 56.000 | 1.12 | - 8,243.59 | 8,243.59 |
| 09/12/2025 | Purchased 188 Shares Of Zoetis Inc Cl A Trade Date 9/12/25 Purchased Through Cowen And Company, LLC 188 Shares At 148.7456 USD 98978V103 | 188.000 | 1.88 | - 27,966.05 | 27,966.05 |
| 09/15/2025 | Purchased 61 Shares Of Zoetis Inc Cl A Trade Date 9/15/25 Purchased Through Instinet 61 Shares At 148.9872 USD 98978V103 | 61.000 | .61 | - 9,088.83 | 9,088.83 |
| 09/15/2025 | Purchased 183 Shares Of Zoetis Inc Cl A Trade Date 9/15/25 Purchased Through Cowen And Company, LLC 183 Shares At 149.0053 USD 98978V103 | 183.000 | 1.83 | - 27,269.80 | 27,269.80 |




02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/15/2025 | Purchased 67 Shares Of Zoetis Inc Cl A Trade Date 9/15/25 Purchased Through Fidelity Capital Markets Div 67 Shares At 146.796 USD 98978V103 | 67.000 | 1.34 | - 9,836.67 | 9,836.67 |
| 09/15/2025 | Purchased 141 Shares Of Zoetis Inc Cl A Trade Date 9/15/25 Purchased Through Rbc Capital Markets, LLC 141 Shares At 146.829 USD 98978V103 | 141.000 | 2.82 | - 20,705.71 | 20,705.71 |
| **Total Zoetis Inc Cl A** | | **696.000** | **9.60** | **- 103,110.65** | **103,110.65** |
| **Total Domestic Common Stock** | | **3,145.000** | **58.58** | **- 335,751.64** | **335,751.64** |
| **Total Purchases** | | **331,712.720** | **58.58** | **- 664,319.36** | **664,319.36** |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/15/2025 | Sold 4,259.67 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | - 4,259.670 | .00 | 4,259.67 | - 4,259.67 | .00 |
| 09/15/2025 | Sold 27,966.05 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | - 27,966.050 | .00 | 27,966.05 | - 27,966.05 | .00 |
| 09/16/2025 | Sold 63,614.48 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/16/25 31846V567 | - 63,614.480 | .00 | 63,614.48 | - 63,614.48 | .00 |
| 09/26/2025 | Sold 22,519.03 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/26/25 31846V567 | - 22,519.030 | .00 | 22,519.03 | - 22,519.03 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 118,359.230** | **.00** | **118,359.23** | **- 118,359.23** | **.00** |
| **Total Cash And Equivalents** | | **- 118,359.230** | **.00** | **118,359.23** | **- 118,359.23** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 09/05/2025 | Sold 812 Shares Of Carmax Inc Com Trade Date 9/5/25 Sold Through Jefferies LLC Paid 16.24 USD Brokerage 812 Shares At 60.9765 USD 143130102 | - 812.000 | 16.24 | 49,496.68 | - 54,002.18 | - 4,505.50 |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/08/2025 | Sold 336 Shares Of Carmax Inc Com Trade Date 9/8/25 Sold Through Jefferies LLC Paid 6.72 USD Brokerage 336 Shares At 60.6536 USD 143130102 | - 336.000 | 6.72 | 20,372.89 | - 22,310.63 | - 1,937.74 |
| **Total Carmax Inc Com** | | **- 1,148.000** | **22.96** | **69,869.57** | **- 76,312.81** | **- 6,443.24** |
| 09/05/2025 | Sold 693 Shares Of Hartford Insurance Group Inc Com Trade Date 9/5/25 Sold Through Piper Sandler & Co Paid 13.86 USD Brokerage 693 Shares At 132.2904 USD 416515104 | - 693.000 | 13.86 | 91,663.39 | - 47,513.11 | 44,150.28 |
| **Total Hartford Insurance Group Inc Com** | | **- 693.000** | **13.86** | **91,663.39** | **- 47,513.11** | **44,150.28** |
| 09/05/2025 | Sold 1,024 Shares Of Lululemon Athletica Inc Com Trade Date 9/5/25 Sold Through Jefferies LLC Paid 20.48 USD Brokerage 1,024 Shares At 168.0181 USD 550021109 | - 1,024.000 | 20.48 | 172,030.05 | - 279,594.43 | - 107,564.38 |
| **Total Lululemon Athletica Inc Com** | | **- 1,024.000** | **20.48** | **172,030.05** | **- 279,594.43** | **- 107,564.38** |
| 09/05/2025 | Sold 2,034 Shares Of Nasdaq Inc Trade Date 9/5/25 Sold Through Piper Sandler & Co Paid 40.68 USD Brokerage 2,034 Shares At 93.2789 USD 631103108 | - 2,034.000 | 40.68 | 189,688.60 | - 110,032.52 | 79,656.08 |

02567404
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Nasdaq Inc** | | **- 2,034.000** | **40.68** | **189,688.60** | **- 110,032.52** | **79,656.08** |
| **Total Domestic Common Stock** | | **- 4,899.000** | **97.98** | **523,251.61** | **- 513,452.87** | **9,798.74** |
| **Total Sales And Maturities** | | **- 123,258.230** | **97.98** | **641,610.84** | **- 631,812.10** | **9,798.74** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.




02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Cowen And Company, LLC** | | | | | | |
| 188.000 | 09/12/2025 | Bought Zoetis Inc Cl A 98978V103 | 27,964.17 | 1.88 | .00 | 27,966.05 |
| 183.000 | 09/15/2025 | Bought Zoetis Inc Cl A 98978V103 | 27,267.97 | 1.83 | .00 | 27,269.80 |
| **Total Cowen And Company, LLC** | | | **55,232.14** | **3.71** | **.00** | **55,235.85** |
| # Trades/Commission Per Share | | | 2 | .01 | | |
| **Fidelity Capital Markets Div** | | | | | | |
| 56.000 | 09/12/2025 | Bought Zoetis Inc Cl A 98978V103 | 8,242.47 | 1.12 | .00 | 8,243.59 |
| 67.000 | 09/15/2025 | Bought Zoetis Inc Cl A 98978V103 | 9,835.33 | 1.34 | .00 | 9,836.67 |
| **Total Fidelity Capital Markets Div** | | | **18,077.80** | **2.46** | **.00** | **18,080.26** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Instinet** | | | | | | |
| 61.000 | 09/15/2025 | Bought Zoetis Inc Cl A 98978V103 | 9,088.22 | .61 | .00 | 9,088.83 |
| **Total Instinet** | | | **9,088.22** | **.61** | **.00** | **9,088.83** |
| # Trades/Commission Per Share | | | 1 | .01 | | |
| **Jefferies LLC** | | | | | | |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT [redacted]8801

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 812.000 | 09/05/2025 | Sold<br>Carmax Inc Com<br>143130102 | 49,512.92 | 16.24 | .00 | 49,496.68 |
| 336.000 | 09/08/2025 | Sold<br>Carmax Inc Com<br>143130102 | 20,379.61 | 6.72 | .00 | 20,372.89 |
| 1,024.000 | 09/05/2025 | Sold<br>Lululemon Athletica Inc Com<br>550021109 | 172,050.53 | 20.48 | .00 | 172,030.05 |
| **Total Jefferies LLC** | | | **241,943.06** | **43.44** | **.00** | **241,899.62** |
| # Trades/Commission Per Share | | | 3 | .02 | | |
| **Piper Sandler & Co** | | | | | | |
| 1,046.000 | 09/05/2025 | Bought<br>Colgate Palmolive Co Com<br>194162103 | 88,839.71 | 20.92 | .00 | 88,860.63 |
| 932.000 | 09/05/2025 | Bought<br>Equitable Hldgs Inc<br>29452E101 | 50,414.77 | 18.64 | .00 | 50,433.41 |
| 437.000 | 09/05/2025 | Bought<br>SBA Communications Corp<br>78410G104 | 86,623.76 | 8.74 | .00 | 86,632.50 |
| 693.000 | 09/05/2025 | Sold<br>Hartford Insurance Group Inc Com<br>416515104 | 91,677.25 | 13.86 | .00 | 91,663.39 |
| 2,034.000 | 09/05/2025 | Sold<br>Nasdaq Inc<br>631103108 | 189,729.28 | 40.68 | .00 | 189,688.60 |
| **Total Piper Sandler & Co** | | | **507,284.77** | **102.84** | **.00** | **507,278.53** |
| # Trades/Commission Per Share | | | 5 | .02 | | |



02567404
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY ARISTOTLE VALUE
ACCOUNT ████8801

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Rbc Capital Markets, LLC** | | | | | | |
| 141.000 | 09/15/2025 | Bought<br>Zoetis Inc Cl A<br>98978V103 | 20,702.89 | 2.82 | .00 | 20,705.71 |
| **Total Rbc Capital Markets, LLC** | | | **20,702.89** | **2.82** | **.00** | **20,705.71** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Stifel, Nicolaus & Co.,Inc.** | | | | | | |
| 34.000 | 09/05/2025 | Bought<br>SBA Communications Corp<br>78410G104 | 6,713.77 | .68 | .00 | 6,714.45 |
| **Total Stifel, Nicolaus & Co.,Inc.** | | | **6,713.77** | **.68** | **.00** | **6,714.45** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Grand Total** | | | **859,042.65** | **156.56** | **.00** | **859,003.25** |

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

**Account Number: ████8802**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023061 10 SP 000638049232280 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 13 |
| Investment Activity | 15 |
| Purchases | 17 |
| Sales And Maturities | 24 |
| Pending Trades | 28 |
| Broker Commissions | 29 |

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **15,806,578.08** | **12,577,611.96** |
| **Investment Activity** | | |
| Interest | 892.30 | 892.30 |
| Dividends | 14,170.84 | 14,170.84 |
| Realized Gain/Loss | 351,257.73 | 351,257.73 |
| Change In Unrealized Gain/Loss | - 93,735.75 | .00 |
| Net Accrued Income (Current-Prior) | - 5,550.40 | - 5,550.40 |
| **Total Investment Activity** | **267,034.72** | **360,770.47** |
| **Net Change In Market And Cost** | **267,034.72** | **360,770.47** |
| **Ending Market And Cost** | **16,073,612.80** | **12,938,382.43** |





02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 892.30 |
| Dividends | 14,170.84 |
| Cash Equivalent Purchases | - 202,951.79 |
| Purchases | - 1,695,185.54 |
| Cash Equivalent Sales | 183,559.16 |
| Sales/Maturities | 1,648,008.89 |
| **Total Investment Activity** | **- 51,506.14** |
| **Net Change In Cash** | **- 51,506.14** |
| **Ending Cash** | **- 51,506.14** |

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 221,642.11 | 221,642.11 | 1.38 |
| Domestic Common Stocks | 15,726,574.80 | 12,551,454.64 | 97.84 |
| Foreign Stocks | 124,533.00 | 164,422.79 | 0.77 |
| **Total Assets** | **16,072,749.91** | **12,937,519.54** | **99.99** |
| Accrued Income | 862.89 | 862.89 | 0.01 |
| **Grand Total** | **16,073,612.80** | **12,938,382.43** | **100.00** |

**Estimated Annual Income** **148,459.93**

EQUITIES
CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.




02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 273,148.250 | 273,148.25<br>1.0000 | 273,148.25 | .00<br>.00 | 862.89 | 4.01 |
| **Total Money Markets** | **273,148.250** | **273,148.25** | **273,148.25** | **.00**<br>**.00** | **862.89** | **4.01** |
| **Cash** | | | | | | |
| Pending Cash | | - 51,506.14 | - 51,506.14 | | | |
| **Total Cash** | **.000** | **- 51,506.14** | **- 51,506.14** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **273,148.250** | **221,642.11** | **221,642.11** | **.00**<br>**.00** | **862.89** | **4.94** |
| **Domestic Common Stocks** | | | | | | |
| **Communication Services** | | | | | | |
| *Integrated Telecom Services* | | | | | | |
| Alphabet Inc Cl A 02079K305 Asset Minor Code 42 | 3,820.000 | 928,642.00<br>243.1000 | 496,010.97 | 432,631.03<br>32,877.62 | .00 | 0.35 |
| *Interactive Home Entertainment* | | | | | | |
| Meta Platforms Inc 30303M102 Asset Minor Code 42 | 890.000 | 653,598.20<br>734.3800 | 641,864.51 | 11,733.69<br>- 9,124.55 | .00 | 0.29 |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Communication Services** | **4,710.000** | **1,582,240.20** | **1,137,875.48** | **444,364.72**<br>**23,753.07** | **.00** | **0.32** |
| **Consumer Discretionary** | | | | | | |
| *Home Improvement Retail* | | | | | | |
| Home Depot Inc<br>437076102 Asset Minor Code 42 | .000 | .00<br>405.1900 | .00 | .00<br>- 16,845.08 | .00 | 0.00 |
| *Restaurants* | | | | | | |
| McDonalds<br>Corp Com<br>580135101 Asset Minor Code 42 | 1,125.000 | 341,876.25<br>303.8900 | 308,797.79 | 33,078.46<br>- 10,105.44 | .00 | 2.33 |
| **Total Consumer Discretionary** | **1,125.000** | **341,876.25** | **308,797.79** | **33,078.46**<br>**- 26,950.52** | **.00** | **2.32** |
| **Consumer Staples** | | | | | | |
| *Household Products* | | | | | | |
| Procter<br>Gamble Co<br>742718109 Asset Minor Code 42 | 3,040.000 | 467,096.00<br>153.6500 | 480,489.91 | - 13,393.91<br>- 9,303.14 | .00 | 2.75 |
| **Total Consumer Staples** | **3,040.000** | **467,096.00** | **480,489.91** | **- 13,393.91**<br>**- 9,303.14** | **.00** | **2.75** |
| **Financials** | | | | | | |
| *Insurance Brokers* | | | | | | |
| Marsh<br>McLennan Cos Inc<br>571748102 Asset Minor Code 42 | 5,260.000 | 1,060,047.80<br>201.5300 | 982,763.39 | 77,284.41<br>- 20,063.30 | .00 | 1.79 |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Specialized Finance* | | | | | | |
| Mastercard Inc<br>57636Q104 Asset Minor Code 42 | 1,275.000 | 725,232.75<br>568.8100 | 502,520.67 | 222,712.08<br>- 31,528.06 | .00 | 0.53 |
| **Total Financials** | **6,535.000** | **1,785,280.55** | **1,485,284.06** | **299,996.49**<br>**- 51,591.36** | **.00** | **1.27** |
| **Health Care** | | | | | | |
| *Health Care Distributors* | | | | | | |
| Veeva Systems<br>Inc Class A<br>922475108 Asset Minor Code 42 | 900.000 | 268,119.00<br>297.9100 | 260,063.81 | 8,055.19<br>8,055.19 | .00 | 0.00 |
| *Health Care Equipment* | | | | | | |
| Stryker Corp<br>863667101 Asset Minor Code 42 | 2,545.000 | 940,810.15<br>369.6700 | 901,221.37 | 39,588.78<br>- 66,077.70 | .00 | 0.91 |
| *Pharmaceuticals* | | | | | | |
| Eli Lilly Co<br>532457108 Asset Minor Code 42 | 1,040.000 | 793,520.00<br>763.0000 | 791,387.18 | 2,132.82<br>35,593.14 | .00 | 0.79 |
| Zoetis Inc Cl<br>A<br>98978V103 Asset Minor Code 42 | 2,395.000 | 350,436.40<br>146.3200 | 416,534.77 | - 66,098.37<br>- 21,557.68 | .00 | 1.37 |
| *Total Pharmaceuticals* | *3,435.000* | *1,143,956.40* | *1,207,921.95* | *- 63,965.55*<br>*14,035.46* | *.00* | *0.96* |
| **Total Health Care** | **6,880.000** | **2,352,885.55** | **2,369,207.13** | **- 16,321.58**<br>**- 43,987.05** | **.00** | **0.83** |
| **Industrials** | | | | | | |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Diversified Commercial Svcs* | | | | | | |
| Copart Inc<br>217204106 Asset Minor Code 42 | 11,530.000 | 518,504.10<br>44.9700 | 610,429.48 | - 91,925.38<br>- 41,567.81 | .00 | 0.00 |
| *Employment Services* | | | | | | |
| Equifax Inc<br>294429105 Asset Minor Code 42 | 1,990.000 | 510,494.70<br>256.5300 | 442,928.00 | 67,566.70<br>19,687.33 | .00 | 0.78 |
| Verisk<br>Analytics Inc Com<br>92345Y106 Asset Minor Code 42 | 915.000 | 230,131.65<br>251.5100 | 201,396.28 | 28,735.37<br>- 6,246.19 | .00 | 0.72 |
| *Total Employment Services* | *2,905.000* | *740,626.35* | *644,324.28* | *96,302.07*<br>*13,441.14* | *.00* | *0.75* |
| *Environmental Services* | | | | | | |
| Waste Mgmt<br>Inc Del Com<br>94106L109 Asset Minor Code 42 | 2,370.000 | 523,367.10<br>220.8300 | 383,093.48 | 140,273.62<br>- 12,856.16 | .00 | 1.49 |
| **Total Industrials** | **16,805.000** | **1,782,497.55** | **1,637,847.24** | **144,650.31**<br>**- 40,982.83** | **.00** | **0.75** |
| **Information Technology** | | | | | | |
| *Application Software* | | | | | | |
| Cadence<br>Design Sys Inc<br>127387108 Asset Minor Code 42 | 1,360.000 | 477,713.60<br>351.2600 | 362,290.20 | 115,423.40<br>- 13,331.46 | .00 | 0.00 |
| Intuit Com<br>461202103 Asset Minor Code 42 | 1,175.000 | 802,419.25<br>682.9100 | 580,654.09 | 221,765.16<br>- 1,425.76 | .00 | 0.70 |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Application Software* | *2,535.000* | *1,280,132.85* | *942,944.29* | *337,188.56*<br>*- 14,757.22* | *.00* | *0.44* |
| *Computer Hardware* | | | | | | |
| Apple Inc Com<br>037833100 Asset Minor Code 42 | 4,920.000 | 1,252,779.60<br>254.6300 | 782,551.06 | 470,228.54<br>103,988.28 | .00 | 0.41 |
| *Data Proc. & Outsourced Svcs* | | | | | | |
| Automatic<br>Data Processing<br>053015103 Asset Minor Code 42 | 1,820.000 | 534,170.00<br>293.5000 | 425,526.10 | 108,643.90<br>- 17,531.93 | .00 | 2.10 |
| Broadridge<br>Financial Solutions Inc<br>11133T103 Asset Minor Code 42 | 2,385.000 | 568,035.45<br>238.1700 | 429,350.98 | 138,684.47<br>- 74,854.39 | .00 | 1.64 |
| *Total Data Proc. & Outsourced Svcs* | *4,205.000* | *1,102,205.45* | *854,877.08* | *247,328.37*<br>*- 92,386.32* | *.00* | *1.86* |
| *Electronics Equipmt Mfr.* | | | | | | |
| Amphenol Corp<br>Cl A<br>032095101 Asset Minor Code 42 | 1,295.000 | 160,256.25<br>123.7500 | 82,914.19 | 77,342.06<br>- 118,526.81 | .00 | 0.53 |
| *Semiconductor Equipment* | | | | | | |
| Kla Corp Com<br>New<br>482480100 Asset Minor Code 42 | 570.000 | 614,802.00<br>1,078.6000 | 340,873.41 | 273,928.59<br>45,485.57 | .00 | 0.70 |
| *Semiconductors* | | | | | | |
| Nvidia Corp<br>67066G104 Asset Minor Code 42 | 4,835.000 | 902,114.30<br>186.5800 | 668,528.23 | 233,586.07<br>55,623.37 | .00 | 0.02 |
| *Systems Software* | | | | | | |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Microsoft Corp Com 594918104 Asset Minor Code 42 | 3,063.000 | 1,586,480.85<br>517.9500 | 972,583.57 | 613,897.28<br>34,289.42 | .00 | 0.70 |
| **Total Information Technology** | **21,423.000** | **6,898,771.30** | **4,645,271.83** | **2,253,499.47**<br>**13,716.29** | **.00** | **0.69** |
| **Materials** | | | | | | |
| *Specialty Chemicals* | | | | | | |
| Sherwin Williams Co 824348106 Asset Minor Code 42 | 1,490.000 | 515,927.40<br>346.2600 | 486,681.20 | 29,246.20<br>- 20,992.13 | .00 | 0.91 |
| **Total Materials** | **1,490.000** | **515,927.40** | **486,681.20** | **29,246.20**<br>**- 20,992.13** | **.00** | **0.91** |
| **Total Domestic Common Stocks** | **62,008.000** | **15,726,574.80** | **12,551,454.64** | **3,175,120.16**<br>**- 156,337.67** | **.00** | **0.85** |

## Foreign Stocks

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Information Technology** | | | | | | |
| *It Consulting & Other Services* | | | | | | |
| Accenture Plc Ireland Shs Class A G1151C101 Asset Minor Code 53 | 505.000 | 124,533.00<br>246.6000 | 164,422.79 | - 39,889.79<br>62,601.92 | .00 | 2.64 |
| **Total Information Technology** | **505.000** | **124,533.00** | **164,422.79** | **- 39,889.79**<br>**62,601.92** | **.00** | **2.64** |
| **Total Foreign Stocks** | **505.000** | **124,533.00** | **164,422.79** | **- 39,889.79**<br>**62,601.92** | **.00** | **2.64** |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **335,661.250** | **16,072,749.91** | **12,937,519.54** | **3,135,230.37**<br>**- 93,735.75** | **862.89** | **0.92** |
| **Accrued Income** | **.000** | **862.89** | **862.89** | | | |
| **Grand Total** | **335,661.250** | **16,073,612.80** | **12,938,382.43** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 273,148.250 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 892.30 | 862.89 | 892.30 | 862.89 |
| **Total Cash And Equivalents** | | | | | **892.30** | **862.89** | **892.30** | **862.89** |
| **Domestic Common Stocks** | | | | | | | | |
| 3,820.000 | Alphabet Inc Cl A 02079K305 | 09/08/25 | 09/15/25 | 0.84 | .00 | 997.50 | 997.50 | .00 |
| 1,990.000 | Equifax Inc 294429105 | 09/02/25 | 09/15/25 | 2.00 | .00 | 930.00 | 930.00 | .00 |
| 890.000 | Meta Platforms Inc 30303M102 | 09/22/25 | 09/29/25 | 2.10 | .00 | 220.50 | 220.50 | .00 |
| .000 | Home Depot Inc 437076102 | 09/04/25 | 09/18/25 | 9.20 | .00 | 609.50 | 609.50 | .00 |
| 570.000 | Kla Corp Com New 482480100 | 08/18/25 | 09/03/25 | 7.60 | 1,425.00 | .00 | 1,425.00 | .00 |
| 1,040.000 | Eli Lilly Co 532457108 | 08/15/25 | 09/10/25 | 6.00 | 795.00 | .00 | 795.00 | .00 |
| 1,125.000 | McDonalds Corp Com 580135101 | 09/02/25 | 09/16/25 | 7.08 | .00 | 1,867.35 | 1,867.35 | .00 |
| 3,063.000 | Microsoft Corp Com 594918104 | 08/21/25 | 09/11/25 | 3.64 | 2,384.59 | .00 | 2,384.59 | .00 |
| 1,490.000 | Sherwin Williams Co 824348106 | 08/15/25 | 09/05/25 | 3.16 | 916.40 | .00 | 916.40 | .00 |
| 915.000 | Verisk Analytics Inc Com 92345Y106 | 09/15/25 | 09/30/25 | 1.80 | .00 | 245.25 | 245.25 | .00 |
| 2,370.000 | Waste Mgmt Inc Del Com 94106L109 | 09/12/25 | 09/26/25 | 3.30 | .00 | 1,922.25 | 1,922.25 | .00 |





02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ███8802

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 2,395.000 | Zoetis Inc Cl A 98978V103 | 07/18/25 | 09/03/25 | 2.00 | .00 | 1,857.50 | 1,857.50 | .00 |
| **Total Domestic Common Stocks** | | | | | **5,520.99** | **8,649.85** | **14,170.84** | **.00** |
| **Grand Total** | | | | | **6,413.29** | **9,512.74** | **15,063.14** | **862.89** |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 892.30 |
| **Total Interest** | | **892.30** |
| **Dividends** | | |
| **Alphabet Inc Cl A 02079K305** | | |
| 09/15/2025 | 0.21 USD/Share On 4,750 Shares Due 9/15/25 | 997.50 |
| **Eli Lilly Co 532457108** | | |
| 09/10/2025 | 1.50 USD/Share On 530 Shares Due 9/10/25 | 795.00 |
| **Equifax Inc 294429105** | | |
| 09/15/2025 | 0.50 USD/Share On 1,860 Shares Due 9/15/25 | 930.00 |
| **Home Depot Inc 437076102** | | |
| 09/18/2025 | 2.30 USD/Share On 265 Shares Due 9/18/25 | 609.50 |
| **Kla Corp Com New 482480100** | | |
| 09/03/2025 | 1.90 USD/Share On 750 Shares Due 9/3/25 | 1,425.00 |
| **McDonalds Corp Com 580135101** | | |
| 09/16/2025 | 1.77 USD/Share On 1,055 Shares Due 9/16/25 | 1,867.35 |
| **Meta Platforms Inc 30303M102** | | |





02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ███8802

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/29/2025 | 0.525 USD/Share On 420 Shares Due 9/29/25 | 220.50 |
| **Microsoft Corp Com 594918104** | | |
| 09/11/2025 | 0.83 USD/Share On 2,873 Shares Due 9/11/25 | 2,384.59 |
| **Sherwin Williams Co 824348106** | | |
| 09/05/2025 | 0.79 USD/Share On 1,160 Shares Due 9/5/25 | 916.40 |
| **Verisk Analytics Inc Com 92345Y106** | | |
| 09/30/2025 | 0.45 USD/Share On 545 Shares Due 9/30/25 | 245.25 |
| **Waste Mgmt Inc Del Com 94106L109** | | |
| 09/26/2025 | 0.825 USD/Share On 2,330 Shares Due 9/26/25 | 1,922.25 |
| **Zoetis Inc Cl A 98978V103** | | |
| 09/03/2025 | 0.50 USD/Share On 3,715 Shares Due 9/3/25 | 1,857.50 |
| **Total Dividends** | | **14,170.84** |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 4,174.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 4,174.800 | .00 | - 4,174.80 | 4,174.80 |
| 09/05/2025 | Purchased 916.4 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/5/25 31846V567 | 916.400 | .00 | - 916.40 | 916.40 |
| 09/10/2025 | Purchased 795 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/10/25 31846V567 | 795.000 | .00 | - 795.00 | 795.00 |
| 09/11/2025 | Purchased 2,384.59 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/11/25 31846V567 | 2,384.590 | .00 | - 2,384.59 | 2,384.59 |
| 09/15/2025 | Purchased 1,927.5 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | 1,927.500 | .00 | - 1,927.50 | 1,927.50 |
| 09/16/2025 | Purchased 1,867.35 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/16/25 31846V567 | 1,867.350 | .00 | - 1,867.35 | 1,867.35 |
| 09/18/2025 | Purchased 609.5 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/18/25 31846V567 | 609.500 | .00 | - 609.50 | 609.50 |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/29/2025 | Purchased<br>190,276.65 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 9/29/25<br>31846V567 | 190,276.650 | .00 | - 190,276.65 | 190,276.65 |
| **Total First Am Govt Ob Fd Cl Z** | | **202,951.790** | **.00** | **- 202,951.79** | **202,951.79** |
| **Total Cash And Equivalents** | | **202,951.790** | **.00** | **- 202,951.79** | **202,951.79** |
| **Domestic Common Stock** | | | | | |
| 09/25/2025 | Purchased 300<br>Shares Of<br>Apple Inc Com<br>Trade Date 9/25/25<br>Purchased Through Clear Street LLC<br>300 Shares At 254.3434 USD<br>037833100 | 300.000 | 1.50 | - 76,304.52 | 76,304.52 |
| **Total Apple Inc Com** | | **300.000** | **1.50** | **- 76,304.52** | **76,304.52** |
| 09/25/2025 | Purchased 110<br>Shares Of<br>Automatic Data Processing<br>Trade Date 9/25/25<br>Purchased Through Clear Street LLC<br>110 Shares At 288.8716 USD<br>053015103 | 110.000 | .55 | - 31,776.43 | 31,776.43 |
| **Total Automatic Data Processing** | | **110.000** | **.55** | **- 31,776.43** | **31,776.43** |
| 09/25/2025 | Purchased 700<br>Shares Of<br>Copart Inc<br>Trade Date 9/25/25<br>Purchased Through Clear Street LLC<br>700 Shares At 44.9373 USD<br>217204106 | 700.000 | 3.50 | - 31,459.61 | 31,459.61 |

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Copart Inc** | | **700.000** | **3.50** | **- 31,459.61** | **31,459.61** |
| 09/25/2025 | Purchased 280 Shares Of Eli Lilly Co Trade Date 9/25/25 Purchased Through Clear Street LLC 280 Shares At 718.4452 USD 532457108 | 280.000 | 1.40 | - 201,166.06 | 201,166.06 |
| **Total Eli Lilly Co** | | **280.000** | **1.40** | **- 201,166.06** | **201,166.06** |
| 09/25/2025 | Purchased 130 Shares Of Equifax Inc Trade Date 9/25/25 Purchased Through Clear Street LLC 130 Shares At 251.4517 USD 294429105 | 130.000 | .65 | - 32,689.37 | 32,689.37 |
| **Total Equifax Inc** | | **130.000** | **.65** | **- 32,689.37** | **32,689.37** |
| 09/25/2025 | Purchased 320 Shares Of Marsh McLennan Cos Inc Trade Date 9/25/25 Purchased Through Clear Street LLC 320 Shares At 198.1503 USD 571748102 | 320.000 | 1.60 | - 63,409.70 | 63,409.70 |
| **Total Marsh McLennan Cos Inc** | | **320.000** | **1.60** | **- 63,409.70** | **63,409.70** |
| 09/25/2025 | Purchased 80 Shares Of Mastercard Inc Trade Date 9/25/25 Purchased Through Clear Street LLC 80 Shares At 567.3608 USD 57636Q104 | 80.000 | .40 | - 45,389.26 | 45,389.26 |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Mastercard Inc** | | **80.000** | **.40** | **- 45,389.26** | **45,389.26** |
| 09/25/2025 | Purchased 70 Shares Of McDonalds Corp Com Trade Date 9/25/25 Purchased Through Clear Street LLC 70 Shares At 302.8091 USD 580135101 | 70.000 | .35 | - 21,196.99 | 21,196.99 |
| **Total McDonalds Corp Com** | | **70.000** | **.35** | **- 21,196.99** | **21,196.99** |
| 09/25/2025 | Purchased 470 Shares Of Meta Platforms Inc Trade Date 9/25/25 Purchased Through Clear Street LLC 470 Shares At 749.9285 USD 30303M102 | 470.000 | 2.35 | - 352,468.75 | 352,468.75 |
| **Total Meta Platforms Inc** | | **470.000** | **2.35** | **- 352,468.75** | **352,468.75** |
| 09/25/2025 | Purchased 190 Shares Of Microsoft Corp Com Trade Date 9/25/25 Purchased Through Clear Street LLC 190 Shares At 507.7374 USD 594918104 | 190.000 | .95 | - 96,471.06 | 96,471.06 |
| **Total Microsoft Corp Com** | | **190.000** | **.95** | **- 96,471.06** | **96,471.06** |
| 09/25/2025 | Purchased 1,220 Shares Of Nvidia Corp Trade Date 9/25/25 Purchased Through Clear Street LLC 1,220 Shares At 177.7247 USD 67066G104 | 1,220.000 | 6.10 | - 216,830.23 | 216,830.23 |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Nvidia Corp** | | **1,220.000** | **6.10** | **- 216,830.23** | **216,830.23** |
| 09/25/2025 | Purchased 210 Shares Of Procter Gamble Co Trade Date 9/25/25 Purchased Through Clear Street LLC 210 Shares At 152.2614 USD 742718109 | 210.000 | 1.05 | - 31,975.94 | 31,975.94 |
| **Total Procter Gamble Co** | | **210.000** | **1.05** | **- 31,975.94** | **31,975.94** |
| 09/25/2025 | Purchased 330 Shares Of Sherwin Williams Co Trade Date 9/25/25 Purchased Through Clear Street LLC 330 Shares At 341.076 USD 824348106 | 330.000 | 1.65 | - 112,556.73 | 112,556.73 |
| **Total Sherwin Williams Co** | | **330.000** | **1.65** | **- 112,556.73** | **112,556.73** |
| 09/25/2025 | Purchased 225 Shares Of Veeva Systems Inc Class A Trade Date 9/25/25 Purchased Through Clear Street LLC 225 Shares At 277.823 USD 922475108 | 225.000 | 1.13 | - 62,511.31 | 62,511.31 |
| 09/26/2025 | Purchased 235 Shares Of Veeva Systems Inc Class A Trade Date 9/26/25 Purchased Through Instinet 235 Shares At 289.3914 USD 922475108 | 235.000 | 1.18 | - 68,008.16 | 68,008.16 |





02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/29/2025 | Purchased 266 Shares Of Veeva Systems Inc Class A Trade Date 9/29/25 Purchased Through Cowen And Company, LLC 266 Shares At 293.3717 USD 922475108 | 266.000 | 1.33 | - 78,038.20 | 78,038.20 |
| 09/30/2025 | Purchased 174 Shares Of Veeva Systems Inc Class A Trade Date 9/30/25 Purchased Through Instinet 174 Shares At 296.0073 USD 922475108 | 174.000 | .87 | - 51,506.14 | 51,506.14 |
| **Total Veeva Systems Inc Class A** | | **900.000** | **4.51** | **- 260,063.81** | **260,063.81** |
| 09/25/2025 | Purchased 370 Shares Of Verisk Analytics Inc Com Trade Date 9/25/25 Purchased Through Clear Street LLC 370 Shares At 243.9205 USD 92345Y106 | 370.000 | 1.85 | - 90,252.44 | 90,252.44 |
| **Total Verisk Analytics Inc Com** | | **370.000** | **1.85** | **- 90,252.44** | **90,252.44** |
| 09/25/2025 | Purchased 40 Shares Of Waste Mgmt Inc Del Com Trade Date 9/25/25 Purchased Through Clear Street LLC 40 Shares At 218.359 USD 94106L109 | 40.000 | .20 | - 8,734.56 | 8,734.56 |
| **Total Waste Mgmt Inc Del Com** | | **40.000** | **.20** | **- 8,734.56** | **8,734.56** |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/25/2025 | Purchased 160 Shares Of Zoetis Inc Cl A Trade Date 9/25/25 Purchased Through Clear Street LLC 160 Shares At 140.2455 USD 98978V103 | 160.000 | .80 | - 22,440.08 | 22,440.08 |
| **Total Zoetis Inc Cl A** | | **160.000** | **.80** | **- 22,440.08** | **22,440.08** |
| **Total Domestic Common Stock** | | **5,880.000** | **29.41** | **- 1,695,185.54** | **1,695,185.54** |
| **Total Purchases** | | **208,831.790** | **29.41** | **- 1,898,137.33** | **1,898,137.33** |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/26/2025 | Sold 105,766.21 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/26/25 31846V567 | - 105,766.210 | .00 | 105,766.21 | - 105,766.21 | .00 |
| 09/30/2025 | Sold 77,792.95 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/30/25 31846V567 | - 77,792.950 | .00 | 77,792.95 | - 77,792.95 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 183,559.160** | **.00** | **183,559.16** | **- 183,559.16** | **.00** |
| **Total Cash And Equivalents** | | **- 183,559.160** | **.00** | **183,559.16** | **- 183,559.16** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 09/25/2025 | Sold 930 Shares Of Alphabet Inc Cl A Trade Date 9/25/25 Sold Through Clear Street LLC Paid 4.65 USD Brokerage 930 Shares At 245.4961 USD 02079K305 | - 930.000 | 4.65 | 228,306.72 | - 115,558.12 | 112,748.60 |
| **Total Alphabet Inc Cl A** | | **- 930.000** | **4.65** | **228,306.72** | **- 115,558.12** | **112,748.60** |
| 09/25/2025 | Sold 2,310 Shares Of Amphenol Corp Cl A Trade Date 9/25/25 Sold Through Clear Street LLC Paid 11.55 USD Brokerage 2,310 Shares At 121.2831 USD 032095101 | - 2,310.000 | 11.55 | 280,152.41 | - 113,657.24 | 166,495.17 |

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Amphenol Corp Cl A** | | **- 2,310.000** | **11.55** | **280,152.41** | **- 113,657.24** | **166,495.17** |
| 09/25/2025 | Sold 250<br>Shares Of<br>Broadridge Financial Solutions Inc<br>Trade Date 9/25/25<br>Sold Through Clear Street LLC<br>Paid 1.25 USD Brokerage<br>250 Shares At 234.9779 USD<br>11133T103 | - 250.000 | 1.25 | 58,743.23 | - 30,668.86 | 28,074.37 |
| **Total Broadridge Financial Solutions Inc** | | **- 250.000** | **1.25** | **58,743.23** | **- 30,668.86** | **28,074.37** |
| 09/25/2025 | Sold 186<br>Shares Of<br>Cadence Design Sys Inc<br>Trade Date 9/25/25<br>Sold Through Clear Street LLC<br>Paid 0.93 USD Brokerage<br>186 Shares At 351.8962 USD<br>127387108 | - 186.000 | .93 | 65,451.76 | - 57,296.66 | 8,155.10 |
| 09/26/2025 | Sold 164<br>Shares Of<br>Cadence Design Sys Inc<br>Trade Date 9/26/25<br>Sold Through Instinet<br>Paid 0.82 USD Brokerage<br>164 Shares At 349.0507 USD<br>127387108 | - 164.000 | .82 | 57,243.49 | - 50,893.58 | 6,349.91 |
| **Total Cadence Design Sys Inc** | | **- 350.000** | **1.75** | **122,695.25** | **- 108,190.24** | **14,505.01** |
| 09/25/2025 | Sold 265<br>Shares Of<br>Home Depot Inc<br>Trade Date 9/25/25<br>Sold Through Clear Street LLC<br>Paid 1.33 USD Brokerage<br>265 Shares At 408.3427 USD<br>437076102 | - 265.000 | 1.33 | 108,209.49 | - 90,948.97 | 17,260.52 |

02567904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Home Depot Inc** | | **- 265.000** | **1.33** | **108,209.49** | **- 90,948.97** | **17,260.52** |
| 09/25/2025 | Sold 110<br>Shares Of<br>Intuit Com<br>Trade Date 9/25/25<br>Sold Through Clear Street LLC<br>Paid 0.55 USD Brokerage<br>110 Shares At 687.9802 USD<br>461202103 | - 110.000 | .55 | 75,677.27 | - 53,249.99 | 22,427.28 |
| **Total Intuit Com** | | **- 110.000** | **.55** | **75,677.27** | **- 53,249.99** | **22,427.28** |
| 09/25/2025 | Sold 180<br>Shares Of<br>Kla Corp Com New<br>Trade Date 9/25/25<br>Sold Through Clear Street LLC<br>Paid 0.90 USD Brokerage<br>180 Shares At 1,058.1241 USD<br>482480100 | - 180.000 | .90 | 190,461.44 | - 84,683.57 | 105,777.87 |
| **Total Kla Corp Com New** | | **- 180.000** | **.90** | **190,461.44** | **- 84,683.57** | **105,777.87** |
| 09/25/2025 | Sold 250<br>Shares Of<br>Stryker Corp<br>Trade Date 9/25/25<br>Sold Through Clear Street LLC<br>Paid 1.25 USD Brokerage<br>250 Shares At 366.1387 USD<br>863667101 | - 250.000 | 1.25 | 91,533.43 | - 87,103.10 | 4,430.33 |
| **Total Stryker Corp** | | **- 250.000** | **1.25** | **91,533.43** | **- 87,103.10** | **4,430.33** |
| **Total Domestic Common Stock** | | **- 4,645.000** | **23.23** | **1,155,779.24** | **- 684,060.09** | **471,719.15** |

**Foreign Stock**



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Sold 1,253 Shares Of Accenture Plc Ireland Shs Class A Trade Date 9/25/25 Sold Through Clear Street LLC Paid 6.27 USD Brokerage 1,253 Shares At 232.5739 USD G1151C101 | - 1,253.000 | 6.27 | 291,408.83 | - 367,711.81 | - 76,302.98 |
| 09/26/2025 | Sold 837 Shares Of Accenture Plc Ireland Shs Class A Trade Date 9/26/25 Sold Through Instinet Paid 4.19 USD Brokerage 837 Shares At 239.9343 USD G1151C101 | - 837.000 | 4.19 | 200,820.82 | - 244,979.26 | - 44,158.44 |
| **Total Accenture Plc Ireland Shs Class A** | | **- 2,090.000** | **10.46** | **492,229.65** | **- 612,691.07** | **- 120,461.42** |
| **Total Foreign Stock** | | **- 2,090.000** | **10.46** | **492,229.65** | **- 612,691.07** | **- 120,461.42** |
| **Total Sales And Maturities** | | **- 190,294.160** | **33.69** | **1,831,568.05** | **- 1,480,310.32** | **351,257.73** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.




02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 09/30/2025 | 10/01/2025 | Purchased 174 Shares Of Veeva Systems Inc Class A Trade Date 9/30/25 Purchased Through Instinet Paid 0.87 USD Brokerage 174 Shares At 296.0073 USD 922475108 | 174.000 | 51,506.14 | - 51,506.14 |
| **Total Purchases** | | | **174.000** | **51,506.14** | **- 51,506.14** |
| **Net Trades Pending Settlement** | | | **174.000** | **51,506.14** | **- 51,506.14** |



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Clear Street LLC** | | | | | | |
| 300.000 | 09/25/2025 | Bought Apple Inc Com 037833100 | 76,303.02 | 1.50 | .00 | 76,304.52 |
| 110.000 | 09/25/2025 | Bought Automatic Data Processing 053015103 | 31,775.88 | .55 | .00 | 31,776.43 |
| 700.000 | 09/25/2025 | Bought Copart Inc 217204106 | 31,456.11 | 3.50 | .00 | 31,459.61 |
| 130.000 | 09/25/2025 | Bought Equifax Inc 294429105 | 32,688.72 | .65 | .00 | 32,689.37 |
| 470.000 | 09/25/2025 | Bought Meta Platforms Inc 30303M102 | 352,466.40 | 2.35 | .00 | 352,468.75 |
| 280.000 | 09/25/2025 | Bought Eli Lilly Co 532457108 | 201,164.66 | 1.40 | .00 | 201,166.06 |
| 320.000 | 09/25/2025 | Bought Marsh McLennan Cos Inc 571748102 | 63,408.10 | 1.60 | .00 | 63,409.70 |
| 80.000 | 09/25/2025 | Bought Mastercard Inc 57636Q104 | 45,388.86 | .40 | .00 | 45,389.26 |
| 70.000 | 09/25/2025 | Bought McDonalds Corp Com 580135101 | 21,196.64 | .35 | .00 | 21,196.99 |
| 190.000 | 09/25/2025 | Bought Microsoft Corp Com 594918104 | 96,470.11 | .95 | .00 | 96,471.06 |




**US bank**

02567904
54 -01 -B -62 277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ▓▓▓3802

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 1,220.000 | 09/25/2025 | Bought Nvidia Corp 67066G104 | 216,824.13 | 6.10 | .00 | 216,830.23 |
| 210.000 | 09/25/2025 | Bought Procter Gamble Co 742718109 | 31,974.89 | 1.05 | .00 | 31,975.94 |
| 330.000 | 09/25/2025 | Bought Sherwin Williams Co 824348106 | 112,555.08 | 1.65 | .00 | 112,556.73 |
| 225.000 | 09/25/2025 | Bought Veeva Systems Inc Class A 922475108 | 62,510.18 | 1.13 | .00 | 62,511.31 |
| 370.000 | 09/25/2025 | Bought Verisk Analytics Inc Com 92345Y106 | 90,250.59 | 1.85 | .00 | 90,252.44 |
| 40.000 | 09/25/2025 | Bought Waste Mgmt Inc Del Com 94106L109 | 8,734.36 | .20 | .00 | 8,734.56 |
| 160.000 | 09/25/2025 | Bought Zoetis Inc Cl A 98978V103 | 22,439.28 | .80 | .00 | 22,440.08 |
| 1,253.000 | 09/25/2025 | Sold Accenture Plc Ireland Shs Class A G1151C101 | 291,415.10 | 6.27 | .00 | 291,408.83 |
| 930.000 | 09/25/2025 | Sold Alphabet Inc Cl A 02079K305 | 228,311.37 | 4.65 | .00 | 228,306.72 |
| 2,310.000 | 09/25/2025 | Sold Amphenol Corp Cl A 032095101 | 280,163.96 | 11.55 | .00 | 280,152.41 |

R0351



02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 250.000 | 09/25/2025 | Sold Broadridge Financial Solutions Inc 11133T103 | 58,744.48 | 1.25 | .00 | 58,743.23 |
| 186.000 | 09/25/2025 | Sold Cadence Design Sys Inc 127387108 | 65,452.69 | .93 | .00 | 65,451.76 |
| 265.000 | 09/25/2025 | Sold Home Depot Inc 437076102 | 108,210.82 | 1.33 | .00 | 108,209.49 |
| 110.000 | 09/25/2025 | Sold Intuit Com 461202103 | 75,677.82 | .55 | .00 | 75,677.27 |
| 180.000 | 09/25/2025 | Sold Kla Corp Com New 482480100 | 190,462.34 | .90 | .00 | 190,461.44 |
| 250.000 | 09/25/2025 | Sold Stryker Corp 863667101 | 91,534.68 | 1.25 | .00 | 91,533.43 |
| **Total Clear Street LLC** | | | **2,887,580.27** | **54.71** | **.00** | **2,887,577.62** |
| # Trades/Commission Per Share | | | 26 | .01 | | |
| **Cowen And Company, LLC** | | | | | | |
| 266.000 | 09/29/2025 | Bought Veeva Systems Inc Class A 922475108 | 78,036.87 | 1.33 | .00 | 78,038.20 |
| **Total Cowen And Company, LLC** | | | **78,036.87** | **1.33** | **.00** | **78,038.20** |
| # Trades/Commission Per Share | | | 1 | .01 | | |

**Instinet**





02567904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 235.000 | 09/26/2025 | Bought Veeva Systems Inc Class A 922475108 | 68,006.98 | 1.18 | .00 | 68,008.16 |
| 174.000 | 09/30/2025 | Bought Veeva Systems Inc Class A 922475108 | 51,505.27 | .87 | .00 | 51,506.14 |
| 837.000 | 09/26/2025 | Sold Accenture Plc Ireland Shs Class A G1151C101 | 200,825.01 | 4.19 | .00 | 200,820.82 |
| 164.000 | 09/26/2025 | Sold Cadence Design Sys Inc 127387108 | 57,244.31 | .82 | .00 | 57,243.49 |
| **Total Instinet** | | | **377,581.57** | **7.06** | **.00** | **377,578.61** |
| # Trades/Commission Per Share | | | 4 | .01 | | |
| **Grand Total** | | | **3,343,198.71** | **63.10** | **.00** | **3,343,194.43** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

**Account Number: [redacted]8803**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023067 43 SP 000638049232286 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

**US bank.**

02568504
54 -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ███3803

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 34 |
| Investment Activity | 46 |
| Purchases | 66 |
| Sales And Maturities | 97 |
| Pending Trades | 121 |
| Broker Commissions | 129 |
| Bond Summary | 135 |

R0355



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **7,215,755.80** | **7,241,131.94** |
| **Investment Activity** | | |
| Interest | 20,863.22 | 20,863.22 |
| Realized Gain/Loss | 22,609.86 | 22,609.86 |
| Change In Unrealized Gain/Loss | - 11,929.59 | .00 |
| Net Accrued Income (Current-Prior) | 1,622.13 | 1,622.13 |
| **Total Investment Activity** | **33,165.62** | **45,095.21** |
| **Net Change In Market And Cost** | **33,165.62** | **45,095.21** |
| **Ending Market And Cost** | **7,248,921.42** | **7,286,227.15** |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 4,933,674.09** |
| **Investment Activity** | |
| Interest | 20,863.22 |
| Cash Equivalent Purchases | - 5,589,692.99 |
| Purchases | - 6,473,592.43 |
| Cash Equivalent Sales | 9,656,156.85 |
| Sales/Maturities | 6,493,771.99 |
| **Total Investment Activity** | **4,107,506.64** |
| **Net Change In Cash** | **4,107,506.64** |
| **Ending Cash** | **- 826,167.45** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | - 540,294.27 | - 540,294.27 | 0.00 |
| U.S. Government Issues | 6,131,092.72 | 6,163,132.93 | 78.72 |
| Corporate Issues | 1,381,860.63 | 1,365,762.63 | 17.74 |
| Foreign Issues | 49,446.90 | 51,077.90 | 0.63 |
| Municipal Issues | 203,630.62 | 223,363.14 | 2.61 |
| **Total Assets** | **7,225,736.60** | **7,263,042.33** | **99.70** |
| Accrued Income | 23,184.82 | 23,184.82 | 0.30 |
| **Grand Total** | **7,248,921.42** | **7,286,227.15** | **100.00** |

BONDS

**Estimated Annual Income** **301,106.05**

## ASSET SUMMARY MESSAGES

Asset percentages are calculated for positive market values only.

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 285,873.180 | 285,873.18<br>1.0000 | 285,873.18 | .00<br>.00 | 4,420.26 | 4.01 |
| **Total Money Markets** | **285,873.180** | **285,873.18** | **285,873.18** | **.00**<br>**.00** | **4,420.26** | **4.01** |
| **Cash** | | | | | | |
| Pending Cash | | - 826,167.45 | - 826,167.45 | | | |
| **Total Cash** | **.000** | **- 826,167.45** | **- 826,167.45** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **285,873.180** | **- 540,294.27** | **- 540,294.27** | **.00**<br>**.00** | **4,420.26** | **- 2.12** |
| **US Government Issues** | | | | | | |
| FHLMC Tba<br>30Yr 2.000% 10/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0206A2 Asset Minor Code 24 | 50,000.000 | 40,288.00<br>80.5760 | 40,349.61 | - 61.61<br>- 61.61 | .00 | 2.48 |
| FHLMC Tba<br>30Yr 2.000% 9/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F020695 Asset Minor Code 24 | .000 | .00<br>80.9980 | .00 | .00<br>- 11.00 | .00 | 0.00 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 2.500% 10/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0226A8 Asset Minor Code 24 | 50,000.000 | 42,117.00<br>84.2340 | 42,242.19 | - 125.19<br>- 125.19 | .00 | 2.97 |
| FHLMC Tba<br>30Yr 2.500% 9/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F022691 Asset Minor Code 24 | .000 | .00<br>84.6970 | .00 | .00<br>53.55 | .00 | 0.00 |
| F N M A Tba<br>30Yr 3.000% 10/15/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0306A1 Asset Minor Code 24 | 75,000.000 | 65,865.00<br>87.8200 | 66,069.34 | - 204.34<br>- 204.34 | .00 | 3.42 |
| F N M A Tba<br>30Yr 3.000% 9/15/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F030694 Asset Minor Code 24 | .000 | .00<br>88.3720 | .00 | .00<br>108.47 | .00 | 0.00 |
| F N M A Tba<br>30Yr 3.500% 10/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0326A7 Asset Minor Code 24 | 75,000.000 | 68,514.00<br>91.3520 | 68,799.32 | - 285.32<br>- 285.32 | .00 | 3.83 |
| F N M A Tba<br>30Yr 3.500% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F032690 Asset Minor Code 24 | .000 | .00<br>92.0040 | .00 | .00<br>- 352.44 | .00 | 0.00 |
| F N M A Tba<br>30Yr 4.000% 10/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0406A0 Asset Minor Code 24 | 75,000.000 | 70,677.00<br>94.2360 | 70,986.32 | - 309.32<br>- 309.32 | .00 | 4.24 |




ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 4.000% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F040693 Asset Minor Code 24 | .000 | .00<br>94.8960 | .00 | .00<br>- 964.10 | .00 | 0.00 |
| F N M A Tba<br>30Yr 4.500% 10/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0426A6 Asset Minor Code 24 | 50,000.000 | 48,493.00<br>96.9860 | 48,130.86 | 362.14<br>362.14 | .00 | 4.64 |
| F N M A Tba<br>30Yr 4.500% 9/14/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F042699 Asset Minor Code 24 | .000 | .00<br>97.6500 | .00 | .00<br>- 302.61 | .00 | 0.00 |
| F N M A Tba<br>30Yr 5.000% 10/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0506A9 Asset Minor Code 24 | 75,000.000 | 74,374.50<br>99.1660 | 74,733.40 | - 358.90<br>- 358.90 | .00 | 5.04 |
| F N M A Tba<br>30Yr 5.000% 9/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F050692 Asset Minor Code 24 | .000 | .00<br>99.7300 | .00 | .00<br>- 257.11 | .00 | 0.00 |
| F N M A Tba<br>30Yr 5.500% 10/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F0526A5 Asset Minor Code 24 | 50,000.000 | 50,412.00<br>100.8240 | 50,560.55 | - 148.55<br>- 148.55 | .00 | 5.46 |
| F N M A Tba<br>30Yr 5.500% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F052698 Asset Minor Code 24 | .000 | .00<br>101.2200 | .00 | .00<br>- 215.09 | .00 | 0.00 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| GNMA II Tba<br>30Yr 2.500% 10/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H0226A4 Asset Minor Code 24 | 25,000.000 | 21,519.50<br>86.0780 | 21,640.63 | - 121.13<br>- 121.13 | .00 | 2.90 |
| GNMA II Tba<br>30Yr 2.500% 9/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H022697 Asset Minor Code 24 | .000 | .00<br>86.3380 | .00 | .00<br>- 144.19 | .00 | 0.00 |
| G N M A I I<br>Tba 4.000% 10/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H0406A6 Asset Minor Code 24 | 50,000.000 | 47,005.00<br>94.0100 | 47,513.67 | - 508.67<br>- 508.67 | .00 | 4.25 |
| G N M A I I<br>Tba 4.000% 9/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H040699 Asset Minor Code 24 | .000 | .00<br>94.3930 | .00 | .00<br>- 198.05 | .00 | 0.00 |
| G N M A I I<br>Tba 4.500% 10/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H0426A2 Asset Minor Code 24 | 25,000.000 | 24,240.00<br>96.9600 | 24,475.59 | - 235.59<br>- 235.59 | .00 | 4.64 |
| G N M A I I<br>Tba 4.500% 9/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H042695 Asset Minor Code 24 | .000 | .00<br>97.4370 | .00 | .00<br>- 132.12 | .00 | 0.00 |
| GNMA II Tba<br>15Yr 5.000% 10/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H0506A5 Asset Minor Code 24 | 75,000.000 | 74,596.50<br>99.4620 | 75,025.39 | - 428.89<br>- 428.89 | .00 | 5.03 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| GNMA II Tba<br>30Yr 5.000% 9/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H050698 Asset Minor Code 24 | .000 | .00<br>99.7360 | .00 | .00<br>- 485.56 | .00 | 0.00 |
| GNMA II Tba<br>15Yr 5.500% 10/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H0526A1 Asset Minor Code 24 | 25,000.000 | 25,186.00<br>100.7440 | 25,282.23 | - 96.23<br>- 96.23 | .00 | 5.46 |
| GNMA II Tba<br>30Yr 5.500% 9/15/53<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H052694 Asset Minor Code 24 | .000 | .00<br>100.9590 | .00 | .00<br>- 116.12 | .00 | 0.00 |
| F H L M C Gd<br>A45796 7.000% 1/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128K6NM8 Asset Minor Code 24 | 1,168.670 | 1,221.33<br>104.5060 | 1,222.41 | - 1.08<br>- 8.53 | 6.82 | 6.70 |
| F H L M C Gd<br>G16584 3.500% 8/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MFRD2 Asset Minor Code 24<br>Date Last Priced: 05/15/24 | .010 | .01<br>95.6320 @ | .01 | .00<br>.00 | .00 | 0.00 |
| F H L M C Gd<br>G08844 5.000% 10/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MJ5E6 Asset Minor Code 24 | 5,565.800 | 5,618.73<br>100.9510 | 5,826.48 | - 207.75<br>33.92 | 23.19 | 4.95 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#As5323 4.000% 1/01/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DS4G4 Asset Minor Code 24 | 22,469.270 | 21,225.60<br>94.4650 | 21,447.63 | - 222.03<br>223.49 | 74.90 | 4.23 |
| F H L M C<br>#Sd7503 3.500% 8/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DVKQ7 Asset Minor Code 24 | 33,186.310 | 30,903.09<br>93.1200 | 35,058.23 | - 4,155.14<br>373.81 | 96.78 | 3.76 |
| F H L M C<br>#Sd8199 2.000% 2/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DWDC4 Asset Minor Code 24 | 20,400.890 | 16,519.42<br>80.9740 | 17,885.87 | - 1,366.45<br>286.75 | 34.00 | 2.47 |
| F H L M C<br>#Sd8266 4.500% 10/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DWFF5 Asset Minor Code 24 | 20,709.910 | 20,178.91<br>97.4360 | 20,290.86 | - 111.95<br>- 111.95 | .00 | 4.62 |
| F H L M C<br>#Wa3219<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132WWYR7 Asset Minor Code 24 | 56,395.790 | 44,885.41<br>79.5900 | 51,198.99 | - 6,313.58<br>549.11 | .00 | 2.63 |
| F H L M C<br>#Ra6953 3.000% 3/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3133KNWN9 Asset Minor Code 24 | 40,598.930 | 35,755.88<br>88.0710 | 37,160.70 | - 1,404.82<br>512.02 | 101.50 | 3.41 |
| F N M A Gtd<br>Remic 5.345% 1/25/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3136B72K6 Asset Minor Code 30 | 11,562.260 | 11,289.74<br>97.6430 | 11,527.94 | - 238.20<br>2.18 | 9.60 | 5.08 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>Mltcl 1.940% 2/25/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137FTZL4 Asset Minor Code 30 | 25,000.000 | 20,234.50<br>80.9380 | 24,787.11 | - 4,552.61<br>137.25 | 40.42 | 2.40 |
| F H L M C<br>Mltcl Mt 5.62197% 11/25/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137HHFL0 Asset Minor Code 30 | 4,372.630 | 4,393.66<br>100.4810 | 4,369.21 | 24.45<br>1.34 | 4.44 | 5.62 |
| F N M A<br>#303826 6.000% 3/01/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31373UPK7 Asset Minor Code 24 | 4.640 | 4.74<br>102.1190 | 4.69 | .05<br>- .02 | .02 | 5.91 |
| F N M A<br>#545646 7.000% 9/01/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31385JET1 Asset Minor Code 24 | 227.640 | 237.66<br>104.4020 | 227.56 | 10.10<br>- 5.10 | 1.33 | 6.70 |
| F N M A<br>#Ca1710 4.500% 5/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140Q83U7 Asset Minor Code 24 | 6,085.190 | 5,996.41<br>98.5410 | 6,327.65 | - 331.24<br>50.95 | 22.81 | 4.57 |
| F N M A<br>#Ca2208 4.500% 8/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140Q9N25 Asset Minor Code 24 | 1,633.090 | 1,604.10<br>98.2250 | 1,699.12 | - 95.02<br>15.38 | 6.11 | 4.58 |
| F N M A<br>#Fs1598 2.000% 4/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140XGX46 Asset Minor Code 24 | 20,583.180 | 16,654.47<br>80.9130 | 18,130.07 | - 1,475.60<br>258.06 | 34.31 | 2.47 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Fm2318 3.500% 9/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140X5SG9 Asset Minor Code 24 | 5,781.700 | 5,383.80<br>93.1180 | 6,131.75 | - 747.95<br>69.25 | 16.86 | 3.76 |
| F N M A<br>#764388 6.008% 3/01/34<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31404CF54 Asset Minor Code 24 | 2,628.510 | 2,646.49<br>100.6840 | 2,626.34 | 20.15<br>1.57 | 13.16 | 5.97 |
| F N M A<br>#939419 6.265% 5/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31413ADY6 Asset Minor Code 24 | 4,442.620 | 4,498.20<br>101.2510 | 4,444.42 | 53.78<br>1.23 | 23.19 | 6.19 |
| F N M A<br>#Ma1561 3.000% 8/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418AWX2 Asset Minor Code 24 | 2,613.330 | 2,522.33<br>96.5180 | 2,598.18 | - 75.85<br>- .18 | 5.55 | 3.11 |
| F N M A<br>#Ma3811 3.000% 10/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418DGV8 Asset Minor Code 24 | 6,897.240 | 6,028.12<br>87.3990 | 6,923.11 | - 894.99<br>85.71 | 17.24 | 3.43 |
| F N M A<br>#Ma4644 4.000% 5/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EES5 Asset Minor Code 24 | 11,356.210 | 10,731.28<br>94.4970 | 10,826.56 | - 95.28<br>115.78 | 37.85 | 4.23 |
| F N M A<br>#Ma4656 4.500% 6/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EE63 Asset Minor Code 24 | 19,633.770 | 19,136.45<br>97.4670 | 19,149.06 | - 12.61<br>- 12.61 | .00 | 4.62 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Ma4733 4.500% 8/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EHK9 Asset Minor Code 24 | 55,803.750 | 54,384.10<br>97.4560 | 53,623.92 | 760.18<br>528.31 | 209.26 | 4.62 |
| F H L M C<br>#SI1660 4.500% 10/01/53<br>31427NZ28 Asset Minor Code 24<br>Date Last Priced: 09/12/25 | 24,498.050 | 23,978.76<br>97.8803 @ | 24,122.92 | - 144.16<br>- 144.16 | .00 | 4.60 |
| G N M A I I<br>#Ma4454 5.000% 5/20/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179S5P8 Asset Minor Code 24 | 5,603.140 | 5,706.97<br>101.8530 | 5,967.29 | - 260.32<br>37.10 | 23.35 | 4.91 |
| G N M A I I<br>#Ma4838 4.000% 11/20/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179TLT0 Asset Minor Code 24 | 2,284.250 | 2,185.43<br>95.6740 | 2,293.41 | - 107.98<br>21.19 | 7.61 | 4.18 |
| G N M A I I<br>#Ma5399 4.500% 8/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179T7L3 Asset Minor Code 24 | 4,487.180 | 4,438.99<br>98.9260 | 4,644.93 | - 205.94<br>38.23 | 16.83 | 4.55 |
| G N M A I I<br>#Ma5530 5.000% 10/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179UEB4 Asset Minor Code 24 | 1,716.790 | 1,742.39<br>101.4910 | 1,792.96 | - 50.57<br>10.90 | 7.15 | 4.93 |
| G N M A I I<br>#Ma5651 4.000% 12/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179UH47 Asset Minor Code 24 | 1,451.620 | 1,386.99<br>95.5480 | 1,479.79 | - 92.80<br>13.47 | 4.84 | 4.19 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| G N M A I I<br>#Ma6209 3.000% 10/20/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179U3S9 Asset Minor Code 24 | 799.550 | 705.16<br>88.1940 | 804.81 | - 99.65<br>3.15 | 2.00 | 3.40 |
| G N M A I I<br>#Ma8201 4.500% 8/20/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179XDE3 Asset Minor Code 24 | 19,317.180 | 18,876.56<br>97.7190 | 18,412.44 | 464.12<br>72.27 | 72.44 | 4.61 |
| G N M A I I<br>#Ma9963 4.500% 10/20/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36180AB85 Asset Minor Code 24 | 23,981.850 | 23,271.51<br>97.0380 | 22,788.38 | 483.13<br>166.71 | 89.93 | 4.64 |
| G N M A Gtd<br>Remic 5.595% 2/20/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>38384JQR8 Asset Minor Code 30 | 16,075.680 | 16,148.18<br>100.4510 | 16,065.65 | 82.53<br>- .31 | 27.63 | 5.57 |
| U S Treasury<br>Nt 4.250% 8/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNT4 Asset Minor Code 21 | 67,000.000 | 67,544.71<br>100.8130 | 67,031.36 | 513.35<br>268.94 | 314.82 | 4.22 |
| U S Treasury<br>Nt 3.750% 8/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNU1 Asset Minor Code 21 | .000 | .00<br>100.0000 | .00 | .00<br>- 1,730.87 | .00 | 0.00 |
| U S Treasury<br>Nt 3.750% 8/31/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNV9 Asset Minor Code 21 | .000 | .00<br>99.9960 | .00 | .00<br>- 1,456.67 | .00 | 0.00 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 3.875% 8/31/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNW7 Asset Minor Code 21 | .000 | .00<br>99.7030 | .00 | .00<br>- 763.40 | .00 | 0.00 |
| U S Treasury<br>Nt 3.750% 8/31/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNX5 Asset Minor Code 21 | .000 | .00<br>99.4840 | .00 | .00<br>- 3,741.75 | .00 | 0.00 |
| U S Treasury<br>Nt 3.375% 9/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNY3 Asset Minor Code 21 | 588,000.000 | 584,001.60<br>99.3200 | 586,337.13 | - 2,335.53<br>- 2,335.53 | 877.13 | 3.40 |
| U S Treasury<br>Nt 3.750% 9/30/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNZ0 Asset Minor Code 21 | 229,000.000 | 228,248.88<br>99.6720 | 229,036.32 | - 787.44<br>- 787.44 | 23.59 | 3.76 |
| U S Treasury<br>Nt 3.625% 9/30/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CPA3 Asset Minor Code 21 | 2,223,000.000 | 2,211,707.16<br>99.4920 | 2,215,604.94 | - 3,897.78<br>- 3,897.78 | 211.52 | 3.64 |
| U S Treasury<br>Nt 3.500% 9/30/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CPB1 Asset Minor Code 21 | 1,950,000.000 | 1,945,807.50<br>99.7850 | 1,947,453.63 | - 1,646.13<br>- 1,646.13 | 187.50 | 3.51 |
| **Total US Government Issues** | **6,236,336.630** | **6,131,092.72** | **6,163,132.93** | **- 32,040.21**<br>**- 18,302.33** | **2,645.68** | **3.67** |

## Corporate Issues



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Agl Capital<br>Corp 6.000% 10/01/34<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa1<br>001192AD5 Asset Minor Code 28 | 35,000.000 | 37,496.90<br>107.1340 | 36,732.85 | 764.05<br>345.10 | 1,050.00 | 5.60 |
| Air Lease<br>Corp Mtn 3.250% 10/01/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: N/A<br>00914AAE2 Asset Minor Code 28 | 15,000.000 | 14,244.60<br>94.9640 | 14,694.15 | - 449.55<br>- 113.40 | 243.75 | 3.42 |
| Air Lease<br>Corp Mtn 2.200% 1/15/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: N/A<br>00914AAR3 Asset Minor Code 28 | 15,000.000 | 14,590.80<br>97.2720 | 14,820.00 | - 229.20<br>- 7.65 | 69.67 | 2.26 |
| Amcor Finance<br>USA 3.625% 4/28/26<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>02343UAG0 Asset Minor Code 28 | 20,000.000 | 19,905.40<br>99.5270 | 21,293.20 | - 1,387.80<br>11.20 | 308.13 | 3.64 |
| American<br>Assets L P 6.150% 10/01/34<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>02401LAB0 Asset Minor Code 28 | .000 | .00<br>101.7680 | .00 | .00<br>- 37.10 | .00 | 0.00 |
| American<br>Express Co 4.918% 7/20/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>025816EK1 Asset Minor Code 28 | 10,000.000 | 10,174.10<br>101.7410 | 10,000.00 | 174.10<br>46.20 | 90.16 | 4.83 |
| American<br>Tower Corp 3.600% 1/15/28<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>03027XAR1 Asset Minor Code 28 | 20,000.000 | 19,754.60<br>98.7730 | 18,850.60 | 904.00<br>23.60 | 152.00 | 3.64 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| American Tower Corp 2.700% 4/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>03027XBM1 Asset Minor Code 28 | 6,000.000 | 5,474.04<br>91.2340 | 4,908.60 | 565.44<br>31.38 | 74.70 | 2.96 |
| Elevance Health Inc 5.200% 2/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: Baa2<br>036752BD4 Asset Minor Code 28 | 5,000.000 | 5,095.90<br>101.9180 | 4,982.30 | 113.60<br>65.35 | 33.22 | 5.10 |
| Elevance Health Inc 5.000% 1/15/36<br>Standard & Poors Rating: A<br>Moodys Rating: N/A<br>036752BK8 Asset Minor Code 28 | 15,000.000 | 14,890.80<br>99.2720 | 14,941.90 | - 51.10<br>- 51.10 | 33.33 | 5.04 |
| Aon Corp Sr Nt 2.800% 5/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa2<br>037389BE2 Asset Minor Code 28 | 20,000.000 | 18,772.00<br>93.8600 | 20,586.40 | - 1,814.40<br>16.00 | 211.56 | 2.98 |
| Appalachian Power Co 3.300% 6/01/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>037735CW5 Asset Minor Code 28 | 35,000.000 | 34,499.50<br>98.5700 | 34,675.95 | - 176.45<br>32.90 | 385.00 | 3.35 |
| Arizona Pub Svc Co 6.350% 12/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>040555DE1 Asset Minor Code 28 | 15,000.000 | 16,401.90<br>109.3460 | 15,495.15 | 906.75<br>80.85 | 280.46 | 5.81 |
| Autozone Inc 5.125% 6/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>053332BM3 Asset Minor Code 28 | 5,000.000 | 5,160.20<br>103.2040 | 4,996.80 | 163.40<br>- .35 | 161.58 | 4.97 |



ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Barclays<br>Commercial 6.358% 3/15/57<br>Standard & Poors Rating: AA-<br>Moodys Rating: N/A<br>05554VAE0 Asset Minor Code 31 | 20,000.000 | 20,872.60<br>104.3630 | 20,486.72 | 385.88<br>- 55.80 | 56.52 | 6.09 |
| Bmo 2023-5C1<br>Mtg 7.35468% 8/17/56<br>Standard & Poors Rating: AA-<br>Moodys Rating: N/A<br>055986AF0 Asset Minor Code 31 | 20,000.000 | 21,191.80<br>105.9590 | 20,790.63 | 401.17<br>- 81.40 | 122.58 | 6.94 |
| Bk Of America<br>Mtn 1.922% 10/24/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJL4 Asset Minor Code 28 | 25,000.000 | 22,204.25<br>88.8170 | 20,294.80 | 1,909.45<br>126.00 | 209.55 | 2.16 |
| Bk Of America<br>Corp 2.651% 3/11/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJP5 Asset Minor Code 28 | 5,000.000 | 4,559.15<br>91.1830 | 4,362.45 | 196.70<br>14.50 | 7.36 | 2.91 |
| Bk Of America<br>Mtn 2.687% 4/22/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJT7 Asset Minor Code 28 | 5,000.000 | 4,554.90<br>91.0980 | 4,437.65 | 117.25<br>18.95 | 59.34 | 2.95 |
| Bk Of America<br>Mtn 2.299% 7/21/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GKA6 Asset Minor Code 28 | 20,000.000 | 17,740.00<br>88.7000 | 17,792.60 | - 52.60<br>90.20 | 89.41 | 2.59 |
| Bank<br>0.44599% 12/16/53<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>06541UBN5 Asset Minor Code 31 | 1,419.570 | 1,414.56<br>99.6470 | 1,402.71 | 11.85<br>- 1.46 | .53 | 0.45 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| ST Barnabas<br>Hcs 4.000% 7/01/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: A1<br>06769QAA8 Asset Minor Code 28 | 30,000.000 | 29,676.30<br>98.9210 | 31,005.90 | - 1,329.60<br>25.80 | 300.00 | 4.04 |
| Baylor Scott<br>White 2.650% 11/15/26<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>072863AE3 Asset Minor Code 28 | 30,000.000 | 29,511.90<br>98.3730 | 28,236.96 | 1,274.94<br>122.10 | 300.33 | 2.69 |
| Broadcom Inc<br>Sr Glbl 4.300% 11/15/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>11135FAS0 Asset Minor Code 28 | 15,000.000 | 14,806.20<br>98.7080 | 15,798.90 | - 992.70<br>186.60 | 243.67 | 4.36 |
| Cigna Corp<br>2.400% 3/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa1<br>125523CL2 Asset Minor Code 28 | 20,000.000 | 18,460.20<br>92.3010 | 19,771.80 | - 1,311.60<br>25.20 | 21.33 | 2.60 |
| Charter Comm<br>Opt LLC 2.800% 4/01/31<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175BU7 Asset Minor Code 28 | 20,000.000 | 18,045.00<br>90.2250 | 16,041.60 | 2,003.40<br>48.80 | 280.00 | 3.10 |
| Charter Comm<br>Opt 2.300% 2/01/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175BX1 Asset Minor Code 28 | 30,000.000 | 25,668.30<br>85.5610 | 26,417.70 | - 749.40<br>250.50 | 115.00 | 2.69 |
| Charter<br>6.650% 2/01/34<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175CP7 Asset Minor Code 28 | 6,000.000 | 6,411.60<br>106.8600 | 6,079.56 | 332.04<br>11.70 | 66.50 | 6.22 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Citigroup Inc<br>2.520% 11/03/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967NE7 Asset Minor Code 28 | 20,000.000 | 17,767.60<br>88.8380 | 16,334.20 | 1,433.40<br>62.00 | 207.20 | 2.84 |
| Citigroup Inc<br>5.449% 6/11/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967PL9 Asset Minor Code 28 | 5,000.000 | 5,184.90<br>103.6980 | 5,034.30 | 150.60<br>45.15 | 15.14 | 5.25 |
| Commonspirit<br>2.782% 10/01/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>20268JAF0 Asset Minor Code 28 | 5,000.000 | 4,620.90<br>92.4180 | 4,705.90 | - 85.00<br>- 3.70 | 69.55 | 3.01 |
| Crown Castle<br>3.300% 7/01/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>22822VAR2 Asset Minor Code 28 | 5,000.000 | 4,736.80<br>94.7360 | 4,958.95 | - 222.15<br>14.60 | 41.25 | 3.48 |
| Crown Castle<br>Intl 2.100% 4/01/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>22822VAW1 Asset Minor Code 28 | 21,000.000 | 18,385.92<br>87.5520 | 17,568.39 | 817.53<br>69.51 | 220.50 | 2.40 |
| Dell Intl LLC<br>Emc 4.750% 4/01/28<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>24703TAL0 Asset Minor Code 28 | 10,000.000 | 10,146.60<br>101.4660 | 9,998.10 | 148.50<br>5.30 | 237.50 | 4.68 |
| Dell Intl LLC<br>Emc 5.000% 4/01/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>24703TAM8 Asset Minor Code 28 | 10,000.000 | 10,243.00<br>102.4300 | 10,098.55 | 144.45<br>- 5.90 | 250.00 | 4.88 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Delta Air Lines 2.000% 6/10/28<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>247361ZV3 Asset Minor Code 31 | 28,041.200 | 26,857.58<br>95.7790 | 28,041.20 | - 1,183.62<br>389.49 | 172.92 | 2.09 |
| Discover Bank<br>3.450% 7/27/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>25466AAJ0 Asset Minor Code 28 | 25,000.000 | 24,850.50<br>99.4020 | 27,302.00 | - 2,451.50<br>43.25 | 153.33 | 3.47 |
| Drive Auto<br>4.500% 9/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>26207AAD5 Asset Minor Code 31 | 25,000.000 | 25,034.75<br>100.1390 | 24,999.46 | 35.29<br>10.00 | 50.00 | 4.49 |
| Duke Energy<br>Progress 5.050% 3/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: Aa3<br>26442UAU8 Asset Minor Code 28 | 10,000.000 | 10,161.20<br>101.6120 | 9,965.65 | 195.55<br>68.30 | 22.44 | 4.97 |
| Exeter<br>Automobile Re 5.040% 3/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>30165BAC7 Asset Minor Code 31 | 19,702.250 | 19,709.54<br>100.0370 | 19,701.03 | 8.51<br>5.47 | 44.13 | 5.04 |
| Extra Space<br>Storage 2.200% 10/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa2<br>30225VAP2 Asset Minor Code 28 | 39,000.000 | 34,964.67<br>89.6530 | 35,832.38 | - 867.71<br>- 14.04 | 395.63 | 2.45 |
| Florida Pwr<br>Lt Co 5.300% 6/15/34<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa2<br>341081GU5 Asset Minor Code 28 | 10,000.000 | 10,431.60<br>104.3160 | 10,103.95 | 327.65<br>90.60 | 156.06 | 5.08 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Goldman Sachs<br>5.536% 1/28/36<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GC44 Asset Minor Code 28 | 5,000.000 | 5,219.20<br>104.3840 | 4,887.95 | 331.25<br>63.45 | 48.44 | 5.30 |
| Goldman Sachs<br>Group 2.383% 7/21/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GYJ7 Asset Minor Code 28 | 5,000.000 | 4,462.50<br>89.2500 | 4,313.30 | 149.20<br>33.50 | 23.17 | 2.67 |
| Goldman Sachs<br>1.948% 10/21/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GYM0 Asset Minor Code 28 | 15,000.000 | 14,646.90<br>97.6460 | 15,000.00 | - 353.10<br>41.25 | 129.87 | 1.99 |
| Host Hotels L<br>P 5.700% 6/15/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa2<br>44107TBD7 Asset Minor Code 28 | 20,000.000 | 20,602.60<br>103.0130 | 19,773.60 | 829.00<br>61.20 | 414.83 | 5.53 |
| Hudson<br>Pacific 3.950% 11/01/27<br>Standard & Poors Rating: B+<br>Moodys Rating: B2<br>44409MAA4 Asset Minor Code 28 | 11,000.000 | 10,582.11<br>96.2010 | 12,021.68 | - 1,439.57<br>66.22 | 181.04 | 4.11 |
| Humana Inc<br>5.550% 5/01/35<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>444859CD2 Asset Minor Code 28 | 5,000.000 | 5,093.80<br>101.8760 | 4,994.25 | 99.55<br>38.15 | 158.79 | 5.45 |
| Hyatt Hotels<br>Corp 5.050% 3/30/28<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>448579AU6 Asset Minor Code 28 | 10,000.000 | 10,162.40<br>101.6240 | 9,990.50 | 171.90<br>- 4.60 | 1.40 | 4.97 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Hyundai Auto<br>Rec Tr 4.400% 1/15/31<br>Standard & Poors Rating: AAA<br>Moodys Rating: N/A<br>448976AE0 Asset Minor Code 31 | 20,000.000 | 20,185.60<br>100.9280 | 19,993.85 | 191.75<br>- 18.20 | 38.44 | 4.36 |
| Intel Corp<br>2.000% 8/12/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>458140BU3 Asset Minor Code 28 | 15,000.000 | 13,121.10<br>87.4740 | 12,373.55 | 747.55<br>123.00 | 40.83 | 2.29 |
| Interstate<br>Pwr 5.600% 6/29/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>461070AX2 Asset Minor Code 28 | 25,000.000 | 25,973.50<br>103.8940 | 24,904.00 | 1,069.50<br>124.25 | 513.33 | 5.39 |
| Invitation<br>Homes L P 2.000% 8/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>46188BAA0 Asset Minor Code 28 | 5,000.000 | 4,320.35<br>86.4070 | 3,686.70 | 633.65<br>26.20 | 12.78 | 2.31 |
| Jpmorgan<br>Chase Co 1.953% 2/04/32<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PBX3 Asset Minor Code 28 | 10,000.000 | 8,839.70<br>88.3970 | 8,039.90 | 799.80<br>48.00 | 30.92 | 2.21 |
| Jpmorgan<br>Chase Co Sr 1.578% 4/22/27<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PCB0 Asset Minor Code 28 | 35,000.000 | 34,497.05<br>98.5630 | 34,951.00 | - 453.95<br>97.65 | 243.93 | 1.60 |
| Jpmorgan<br>Chase 2.580% 4/22/32<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PCC8 Asset Minor Code 28 | 5,000.000 | 4,544.05<br>90.8810 | 3,890.30 | 653.75<br>22.85 | 56.98 | 2.84 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Jpmorgan<br>Chase Co 2.545% 11/08/32<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PCR5 Asset Minor Code 28 | 10,000.000 | 8,969.20<br>89.6920 | 8,635.10 | 334.10<br>53.30 | 101.09 | 2.84 |
| Jpmorgan<br>Chase Co 5.294% 7/22/35<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PEK8 Asset Minor Code 28 | 10,000.000 | 10,328.80<br>103.2880 | 9,917.90 | 410.90<br>135.30 | 101.47 | 5.13 |
| Lxp<br>Industrial Trust 6.750% 11/15/28<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa2<br>529043AF8 Asset Minor Code 28 | 5,000.000 | 5,314.90<br>106.2980 | 4,971.15 | 343.75<br>- .80 | 127.50 | 6.35 |
| Lexington<br>Rlty Tr Sr 2.375% 10/01/31<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa2<br>529537AA0 Asset Minor Code 28 | 5,000.000 | 4,337.50<br>86.7500 | 4,987.90 | - 650.40<br>17.85 | 59.38 | 2.74 |
| Warnermedia<br>Hldgs 4.279% 3/15/32<br>Standard & Poors Rating: Bb<br>Moodys Rating: Ba2<br>55903VBQ5 Asset Minor Code 28 | .000 | .00<br>91.6250 | .00 | .00<br>50.19 | .00 | 0.00 |
| Morgan<br>Stanley Mtn 1.794% 2/13/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>6174468U6 Asset Minor Code 28 | 15,000.000 | 13,082.70<br>87.2180 | 12,074.50 | 1,008.20<br>72.00 | 35.88 | 2.06 |
| Morgan<br>Stanley Mtn 2.943% 1/21/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>61747YEL5 Asset Minor Code 28 | 5,000.000 | 4,545.75<br>90.9150 | 4,351.15 | 194.60<br>41.80 | 28.61 | 3.24 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Morgan Stanley 4.734% 7/18/31<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>61776NVG5 Asset Minor Code 28 | 10,000.000 | 10,149.30<br>101.4930 | 10,000.00 | 149.30<br>8.80 | 92.05 | 4.66 |
| New Century Home 5.39094% 8/25/34<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa2<br>64352VFW6 Asset Minor Code 31 | 22,553.990 | 22,387.99<br>99.2640 | 21,648.29 | 739.70<br>93.99 | 20.26 | 5.43 |
| Oracle Corp 2.875% 3/25/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>68389XCE3 Asset Minor Code 28 | 40,000.000 | 36,729.60<br>91.8240 | 40,053.95 | - 3,324.35<br>55.60 | 19.17 | 3.13 |
| Pnc Finl Svcs Group 5.222% 1/29/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>693475CB9 Asset Minor Code 28 | 10,000.000 | 10,332.20<br>103.3220 | 10,000.00 | 332.20<br>- 1.50 | 89.93 | 5.05 |
| Paychex Inc 5.350% 4/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>704326AB3 Asset Minor Code 28 | 15,000.000 | 15,564.60<br>103.7640 | 14,765.25 | 799.35<br>48.00 | 381.19 | 5.16 |
| Pilgrims Pride 6.250% 7/01/33<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba2<br>72147KAK4 Asset Minor Code 28 | 25,000.000 | 26,686.00<br>106.7440 | 24,828.00 | 1,858.00<br>338.75 | 390.63 | 5.86 |
| Premier Health 2.911% 11/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Baa1<br>74052BAA5 Asset Minor Code 28 | 25,000.000 | 24,631.75<br>98.5270 | 22,677.75 | 1,954.00<br>117.75 | 274.93 | 2.95 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Abc Financial Co 5.28868% 3/25/37<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aaa<br>74978AAD2 Asset Minor Code 31<br>Date Last Priced: 07/15/25 | .030 | .00<br>.0000 @ | .03 | - .03<br>.00 | .00 | 0.00 |
| Slc Student Loan 4.81766% 12/15/38<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>784427AF3 Asset Minor Code 31 | 38,654.440 | 37,707.79<br>97.5510 | 35,586.77 | 2,121.02<br>- 394.31 | 82.77 | 4.94 |
| S L M A 5.33497% 1/25/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: B1<br>78446YAA1 Asset Minor Code 31 | 10,726.470 | 10,427.20<br>97.2100 | 10,749.06 | - 321.86<br>- 54.79 | 9.54 | 5.49 |
| Santander Drive AU 4.620% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>802920AD0 Asset Minor Code 31 | 20,000.000 | 20,042.20<br>100.2110 | 19,999.37 | 42.83<br>- 6.20 | 41.07 | 4.61 |
| Starbucks Corp 4.800% 5/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>855244BL2 Asset Minor Code 28 | 20,000.000 | 20,415.60<br>102.0780 | 19,996.20 | 419.40<br>- 19.20 | 381.33 | 4.70 |
| Stryker Corporation 4.700% 2/10/28<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>863667BK6 Asset Minor Code 28 | 15,000.000 | 15,219.15<br>101.4610 | 14,990.10 | 229.05<br>- 3.30 | 99.88 | 4.63 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| T Mobile USA Inc 3.750% 4/15/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>87264ABD6 Asset Minor Code 28 | 10,000.000 | 9,940.60<br>99.4060 | 10,860.70 | - 920.10<br>3.60 | 172.92 | 3.77 |
| T Mobile USA Inc 3.500% 4/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>87264ABW4 Asset Minor Code 28 | 40,000.000 | 38,049.60<br>95.1240 | 36,697.80 | 1,351.80<br>234.00 | 645.56 | 3.68 |
| T Mobile USA Inc 5.125% 5/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>87264ADS1 Asset Minor Code 28 | 10,000.000 | 10,291.60<br>102.9160 | 9,988.20 | 303.40<br>45.50 | 193.61 | 4.98 |
| Take Two Interactive 4.000% 4/14/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>874054AH2 Asset Minor Code 28 | 15,000.000 | 14,433.90<br>96.2260 | 14,790.90 | - 357.00<br>165.60 | 278.33 | 4.16 |
| Ubs Commercial 3.460% 6/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>90276EAE7 Asset Minor Code 31 | 20,000.000 | 19,754.00<br>98.7700 | 18,638.28 | 1,115.72<br>116.00 | 57.67 | 3.50 |
| Ubs Commercial 3.2034% 10/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa2<br>90278MBD8 Asset Minor Code 31 | 30,000.000 | 27,774.60<br>92.5820 | 25,981.64 | 1,792.96<br>23.70 | 80.09 | 3.46 |
| Ubs Coml Mtg Tr 4.1519% 7/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>90353DAV7 Asset Minor Code 31 | 1,476.330 | 1,472.92<br>99.7690 | 1,505.86 | - 32.94<br>.19 | 2.72 | 4.16 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Uber Technologies 4.300% 1/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>90353TAN0 Asset Minor Code 28 | 15,000.000 | 15,043.35<br>100.2890 | 14,995.05 | 48.30<br>2.40 | 136.17 | 4.29 |
| United Air Lines 5.800% 7/15/37<br>Standard & Poors Rating: A+<br>Moodys Rating: A2<br>90932LAJ6 Asset Minor Code 31 | 9,329.710 | 9,648.51<br>103.4170 | 9,329.71 | 318.80<br>54.58 | 114.24 | 5.61 |
| US Bancorp Mtn 4.548% 7/22/28<br>Standard & Poors Rating: A<br>Moodys Rating: A3<br>91159HJF8 Asset Minor Code 28 | 30,000.000 | 30,227.10<br>100.7570 | 30,000.00 | 227.10<br>20.40 | 261.51 | 4.51 |
| Wp Carey Inc 4.650% 7/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>92936UAN9 Asset Minor Code 28 | 15,000.000 | 15,088.65<br>100.5910 | 14,863.20 | 225.45<br>- 1.80 | 156.94 | 4.62 |
| Wells Fargo Co Mtn 5.574% 7/25/29<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U3E1 Asset Minor Code 28 | 25,000.000 | 25,908.75<br>103.6350 | 24,522.50 | 1,386.25<br>- 8.75 | 255.47 | 5.38 |
| Wells Fargo Mtn 5.499% 1/23/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U3K7 Asset Minor Code 28 | 10,000.000 | 10,430.90<br>104.3090 | 9,993.80 | 437.10<br>111.60 | 103.87 | 5.27 |
| **Total Corporate Issues** | **1,414,903.990** | **1,381,860.63** | **1,365,762.63** | **16,098.00**<br>**4,047.87** | **13,691.86** | **3.98** |

### Foreign Issues



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Aercap<br>Ireland Cap 3.650% 7/21/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>00774MAB1 Asset Minor Code 35 | 20,000.000 | 19,820.80<br>99.1040 | 20,006.90 | - 186.10<br>21.00 | 141.94 | 3.68 |
| Natwest Group<br>Plc 1.642% 6/14/27<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>639057AC2 Asset Minor Code 35 | 15,000.000 | 14,716.35<br>98.1090 | 15,005.40 | - 289.05<br>34.20 | 73.21 | 1.67 |
| Santander Uk<br>Group 1.673% 6/14/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>80281LAQ8 Asset Minor Code 35 | 5,000.000 | 4,906.85<br>98.1370 | 4,915.10 | - 8.25<br>13.30 | 24.86 | 1.70 |
| Trinity<br>Acquisition 4.400% 3/15/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>89641UAC5 Asset Minor Code 35 | 10,000.000 | 10,002.90<br>100.0290 | 11,150.50 | - 1,147.60<br>15.40 | 19.56 | 4.40 |
| **Total Foreign Issues** | **50,000.000** | **49,446.90** | **51,077.90** | **- 1,631.00**<br>**83.90** | **259.57** | **3.03** |

### Municipal Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Massachusetts<br>ST Sch 2.966% 10/15/32<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>576000XM0 Asset Minor Code 39 | .000 | .00<br>92.7340 | .00 | .00<br>1,605.80 | .00 | 0.00 |
| Massachusetts<br>ST Spl 4.110% 7/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>576004HG3 Asset Minor Code 41 | 4,945.470 | 4,950.61<br>100.1040 | 4,920.51 | 30.10<br>2.27 | 42.91 | 4.11 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Miami Dade<br>Cnty Fl 3.504% 10/01/31<br>Standard & Poors Rating: A+<br>Moodys Rating: N/A<br>59333P2P2 Asset Minor Code 39 | 5,000.000 | 4,814.15<br>96.2830 | 5,334.20 | - 520.05<br>31.35 | 87.60 | 3.64 |
| New York Ny<br>Txbl 3.620% 4/01/31<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>64966MYR4 Asset Minor Code 39 | 15,000.000 | 14,585.55<br>97.2370 | 16,733.85 | - 2,148.30<br>38.40 | 271.50 | 3.72 |
| New York N Y<br>1.700% 3/01/29<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>64966QJK7 Asset Minor Code 39 | 30,000.000 | 27,820.80<br>92.7360 | 26,977.50 | 843.30<br>72.00 | 42.50 | 1.83 |
| New York Ny<br>City 5.267% 5/01/27<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aa1<br>64971MT44 Asset Minor Code 39 | 45,000.000 | 45,919.80<br>102.0440 | 50,644.18 | - 4,724.38<br>26.10 | 987.56 | 5.16 |
| New York ST<br>2.010% 3/15/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: N/A<br>64985TDG3 Asset Minor Code 39 | 5,000.000 | 4,589.30<br>91.7860 | 4,231.80 | 357.50<br>7.40 | 4.47 | 2.19 |
| New York ST<br>2.540% 3/15/34<br>Standard & Poors Rating: N/R<br>Moodys Rating: N/A<br>64985TEX5 Asset Minor Code 39 | 5,000.000 | 4,334.00<br>86.6800 | 4,754.85 | - 420.85<br>31.90 | 5.99 | 2.93 |
| New York ST<br>2.540% 3/15/34<br>Standard & Poors Rating: AA+<br>Moodys Rating: N/A<br>64985TEY3 Asset Minor Code 39 | 10,000.000 | 8,640.30<br>86.4030 | 9,509.70 | - 869.40<br>58.80 | 12.00 | 2.94 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| New York ST<br>Dorm 5.500% 3/15/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>649902T29 Asset Minor Code 41 | 30,755.410 | 31,266.26<br>101.6610 | 36,060.25 | - 4,793.99<br>- 32.60 | 75.18 | 5.41 |
| New York ST<br>Urban 5.770% 3/15/39<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>650035TD0 Asset Minor Code 39 | 15,000.000 | 15,512.10<br>103.4140 | 18,698.70 | - 3,186.60<br>78.45 | 38.47 | 5.58 |
| University Ca<br>2.247% 5/15/34<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>91412HJV6 Asset Minor Code 39 | 20,000.000 | 16,835.00<br>84.1750 | 20,497.60 | - 3,662.60<br>231.60 | 169.77 | 2.67 |
| University Mi<br>3.436% 4/01/31<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>914455VE7 Asset Minor Code 39 | 25,000.000 | 24,362.75<br>97.4510 | 25,000.00 | - 637.25<br>89.50 | 429.50 | 3.53 |
| **Total Municipal Issues** | **210,700.880** | **203,630.62** | **223,363.14** | **- 19,732.52**<br>**2,240.97** | **2,167.45** | **4.00** |
| **Total Assets** | **8,197,814.680** | **7,225,736.60** | **7,263,042.33** | **- 37,305.73**<br>**- 11,929.59** | **23,184.82** | **4.17** |
| **Accrued Income** | **.000** | **23,184.82** | **23,184.82** | | | |
| **Grand Total** | **8,197,814.680** | **7,248,921.42** | **7,286,227.15** | | | |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 285,873.180 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 2,984.88 | 4,420.26 | 2,984.88 | 4,420.26 |
| **Total Cash And Equivalents** | | | | | **2,984.88** | **4,420.26** | **2,984.88** | **4,420.26** |
| **US Government Issues** | | | | | | | | |
| .000 | F N M A Tba 30Yr 3.500% 9/15/44 01F032690 | | | | .00 | - .01 | - .01 | .00 |
| 1,168.670 | F H L M C Gd A45796 7.000% 1/01/33 3128K6NM8 | | | | 7.02 | 6.82 | 7.02 | 6.82 |
| 5,565.800 | F H L M C Gd G08844 5.000% 10/01/48 3128MJ5E6 | | | | 23.45 | 23.19 | 23.45 | 23.19 |
| 22,469.270 | F H L M C #As5323 4.000% 1/01/54 3132DS4G4 | | | | 75.34 | 74.90 | 75.34 | 74.90 |
| 33,186.310 | F H L M C #Sd7503 3.500% 8/01/49 3132DVKQ7 | | | | 97.47 | 96.79 | 97.48 | 96.78 |
| 20,400.890 | F H L M C #Sd8199 2.000% 2/01/52 3132DWDC4 | | | | 34.21 | 34.00 | 34.21 | 34.00 |
| 56,395.790 | F H L M C #Wa3219 3132WWYR7 | | | | .00 | 101.64 | 101.64 | .00 |
| 40,598.930 | F H L M C #Ra6953 3.000% 3/01/52 3133KNWN9 | | | | 102.59 | 101.50 | 102.59 | 101.50 |
| 11,562.260 | F N M A Gtd Remic 5.345% 1/25/50 3136B72K6 | | | | 9.73 | 48.34 | 48.47 | 9.60 |
| 25,000.000 | F H L M C Mltcl 1.940% 2/25/35 3137FTZL4 | | | | 40.42 | 40.42 | 40.42 | 40.42 |
| 4,372.630 | F H L M C Mltcl Mt 5.62197% 11/25/54 3137HHFL0 | | | | 4.48 | 20.75 | 20.79 | 4.44 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 4.640 | F N M A #303826 6.000% 3/01/26 31373UPK7 | | | | .03 | .02 | .03 | .02 |
| 227.640 | F N M A #545646 7.000% 9/01/26 31385JET1 | | | | 1.72 | 1.33 | 1.72 | 1.33 |
| 6,085.190 | F N M A #Ca1710 4.500% 5/01/48 3140Q83U7 | | | | 22.86 | 22.82 | 22.87 | 22.81 |
| 1,633.090 | F N M A #Ca2208 4.500% 8/01/48 3140Q9N25 | | | | 6.22 | 6.12 | 6.23 | 6.11 |
| 20,583.180 | F N M A #Fs1598 2.000% 4/01/52 3140XGX46 | | | | 34.54 | 34.31 | 34.54 | 34.31 |
| 5,781.700 | F N M A #Fm2318 3.500% 9/01/49 3140X5SG9 | | | | 17.06 | 16.86 | 17.06 | 16.86 |
| 2,628.510 | F N M A #764388 6.008% 3/01/34 31404CF54 | | | | 13.27 | 13.16 | 13.27 | 13.16 |
| 4,442.620 | F N M A #939419 6.265% 5/01/37 31413ADY6 | | | | 23.30 | 23.19 | 23.30 | 23.19 |
| 2,613.330 | F N M A #Ma1561 3.000% 8/01/33 31418AWX2 | | | | 5.69 | 6.53 | 6.67 | 5.55 |
| 6,897.240 | F N M A #Ma3811 3.000% 10/01/49 31418DGV8 | | | | 17.29 | 17.24 | 17.29 | 17.24 |
| 11,356.210 | F N M A #Ma4644 4.000% 5/01/52 31418EES5 | | | | 38.15 | 37.85 | 38.15 | 37.85 |
| 55,803.750 | F N M A #Ma4733 4.500% 8/01/52 31418EHK9 | | | | 210.92 | 209.26 | 210.92 | 209.26 |
| 5,603.140 | G N M A I I #Ma4454 5.000% 5/20/47 36179S5P8 | | | | 23.56 | 23.35 | 23.56 | 23.35 |
| 2,284.250 | G N M A I I #Ma4838 4.000% 11/20/47 36179TLT0 | | | | 7.69 | 7.61 | 7.69 | 7.61 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 4,487.180 | G N M A I I #Ma5399 4.500% 8/20/48 36179T7L3 | | | | 17.00 | 16.83 | 17.00 | 16.83 |
| 1,716.790 | G N M A I I #Ma5530 5.000% 10/20/48 36179UEB4 | | | | 7.19 | 7.15 | 7.19 | 7.15 |
| 1,451.620 | G N M A I I #Ma5651 4.000% 12/20/48 36179UH47 | | | | 4.88 | 4.84 | 4.88 | 4.84 |
| 799.550 | G N M A I I #Ma6209 3.000% 10/20/49 36179U3S9 | | | | 2.00 | 2.00 | 2.00 | 2.00 |
| 19,317.180 | G N M A I I #Ma8201 4.500% 8/20/52 36179XDE3 | | | | 73.23 | 72.44 | 73.23 | 72.44 |
| 23,981.850 | G N M A I I #Ma9963 4.500% 10/20/54 36180AB85 | | | | 90.54 | 89.93 | 90.54 | 89.93 |
| 16,075.680 | G N M A Gtd Remic 5.595% 2/20/54 38384JQR8 | | | | 28.06 | 75.69 | 76.12 | 27.63 |
| .000 | U S Treasury Nt 4.125% 7/31/32 91282CNR8 | | | | 165.00 | .00 | 165.00 | .00 |
| 67,000.000 | U S Treasury Nt 4.250% 8/15/35 91282CNT4 | | | | 335.73 | 324.07 | 344.98 | 314.82 |
| .000 | U S Treasury Nt 3.750% 8/15/28 91282CNU1 | | | | 1,039.40 | 517.37 | 1,556.77 | .00 |
| .000 | U S Treasury Nt 3.750% 8/31/27 91282CNV9 | | | | .00 | 4,317.64 | 4,317.64 | .00 |
| .000 | U S Treasury Nt 3.875% 8/31/32 91282CNW7 | | | | .00 | 462.00 | 462.00 | .00 |
| .000 | U S Treasury Nt 3.750% 8/31/30 91282CNX5 | | | | .00 | 4,662.63 | 4,662.63 | .00 |
| 588,000.000 | U S Treasury Nt 3.375% 9/15/28 91282CNY3 | | | | .00 | 877.13 | .00 | 877.13 |



02568504
54-01-B-62-277-04
0101-14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ▆▆▆803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/<br>FACE AMOUNT | DESCRIPTION | | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 229,000.000 | U S Treasury Nt<br>91282CNZ0 | 3.750% 9/30/32 | | | | .00 | 23.59 | .00 | 23.59 |
| 2,223,000.000 | U S Treasury Nt<br>91282CPA3 | 3.625% 9/30/30 | | | | .00 | 211.52 | .00 | 211.52 |
| 1,950,000.000 | U S Treasury Nt<br>91282CPB1 | 3.500% 9/30/27 | | | | .00 | 187.50 | .00 | 187.50 |
| **Total US Government Issues** | | | | | | **2,580.04** | **12,820.32** | **12,754.68** | **2,645.68** |
| **Corporate Issues** | | | | | | | | | |
| 35,000.000 | Agl Capital Corp<br>001192AD5 | 6.000% 10/01/34 | | | | 875.00 | 175.00 | .00 | 1,050.00 |
| 15,000.000 | Air Lease Corp Mtn<br>00914AAE2 | 3.250% 10/01/29 | | | | 203.13 | 40.62 | .00 | 243.75 |
| 15,000.000 | Air Lease Corp Mtn<br>00914AAR3 | 2.200% 1/15/27 | | | | 42.17 | 27.50 | .00 | 69.67 |
| 20,000.000 | Amcor Finance USA<br>02343UAG0 | 3.625% 4/28/26 | | | | 247.71 | 60.42 | .00 | 308.13 |
| .000 | American Assets L P<br>02401LAB0 | 6.150% 10/01/34 | | | | 128.13 | 12.81 | 140.94 | .00 |
| 10,000.000 | American Express Co<br>025816EK1 | 4.918% 7/20/33 | | | | 49.18 | 40.98 | .00 | 90.16 |
| 20,000.000 | American Tower Corp<br>03027XAR1 | 3.600% 1/15/28 | | | | 92.00 | 60.00 | .00 | 152.00 |
| 6,000.000 | American Tower Corp<br>03027XBM1 | 2.700% 4/15/31 | | | | 61.20 | 13.50 | .00 | 74.70 |
| 5,000.000 | Elevance Health Inc<br>036752BD4 | 5.200% 2/15/35 | | | | 11.56 | 21.66 | .00 | 33.22 |
| 15,000.000 | Elevance Health Inc<br>036752BK8 | 5.000% 1/15/36 | | | | .00 | 23.61 | - 9.72 | 33.33 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
187 of 592

R0390



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 20,000.000 | Aon Corp Sr Nt 2.800% 5/15/30 037389BE2 | | | | 164.89 | 46.67 | .00 | 211.56 |
| 35,000.000 | Appalachian Power Co 3.300% 6/01/27 037735CW5 | | | | 288.75 | 96.25 | .00 | 385.00 |
| 15,000.000 | Arizona Pub Svc Co 6.350% 12/15/32 040555DE1 | | | | 201.08 | 79.38 | .00 | 280.46 |
| 5,000.000 | Autozone Inc 5.125% 6/15/30 053332BM3 | | | | 140.23 | 21.35 | .00 | 161.58 |
| 20,000.000 | Barclays Commercial 6.358% 3/15/57 05554VAE0 | | | | 56.52 | 105.97 | 105.97 | 56.52 |
| 20,000.000 | Bmo 2023-5C1 Mtg 7.35468% 8/17/56 055986AF0 | | | | 122.58 | 122.58 | 122.58 | 122.58 |
| 25,000.000 | Bk Of America Mtn 1.922% 10/24/31 06051GJL4 | | | | 169.51 | 40.04 | .00 | 209.55 |
| 5,000.000 | Bk Of America Corp 2.651% 3/11/32 06051GJP5 | | | | 62.59 | 11.05 | 66.28 | 7.36 |
| 5,000.000 | Bk Of America Mtn 2.687% 4/22/32 06051GJT7 | | | | 48.14 | 11.20 | .00 | 59.34 |
| 20,000.000 | Bk Of America Mtn 2.299% 7/21/32 06051GKA6 | | | | 51.09 | 38.32 | .00 | 89.41 |
| 1,419.570 | Bank 0.44599% 12/16/53 06541UBN5 | | | | .79 | .53 | .79 | .53 |
| 30,000.000 | ST Barnabas Hcs 4.000% 7/01/28 06769QAA8 | | | | 200.00 | 100.00 | .00 | 300.00 |
| 30,000.000 | Baylor Scott White 2.650% 11/15/26 072863AE3 | | | | 234.08 | 66.25 | .00 | 300.33 |
| 15,000.000 | Broadcom Inc Sr Glbl 4.300% 11/15/32 11135FAS0 | | | | 189.92 | 53.75 | .00 | 243.67 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 20,000.000 | Cigna Corp 2.400% 3/15/30 125523CL2 | | | | 221.33 | 40.00 | 240.00 | 21.33 |
| 20,000.000 | Charter Comm Opt LLC 2.800% 4/01/31 161175BU7 | | | | 233.33 | 46.67 | .00 | 280.00 |
| 30,000.000 | Charter Comm Opt 2.300% 2/01/32 161175BX1 | | | | 57.50 | 57.50 | .00 | 115.00 |
| 6,000.000 | Charter 6.650% 2/01/34 161175CP7 | | | | 33.25 | 33.25 | .00 | 66.50 |
| 20,000.000 | Citigroup Inc 2.520% 11/03/32 172967NE7 | | | | 165.20 | 42.00 | .00 | 207.20 |
| 5,000.000 | Citigroup Inc 5.449% 6/11/35 172967PL9 | | | | 128.65 | - 113.51 | .00 | 15.14 |
| 5,000.000 | Commonspirit 2.782% 10/01/30 20268JAF0 | | | | 57.96 | 11.59 | .00 | 69.55 |
| 5,000.000 | Crown Castle 3.300% 7/01/30 22822VAR2 | | | | 27.50 | 13.75 | .00 | 41.25 |
| 21,000.000 | Crown Castle Intl 2.100% 4/01/31 22822VAW1 | | | | 183.75 | 36.75 | .00 | 220.50 |
| 10,000.000 | Dell Intl LLC Emc 4.750% 4/01/28 24703TAL0 | | | | 197.92 | 39.58 | .00 | 237.50 |
| 10,000.000 | Dell Intl LLC Emc 5.000% 4/01/30 24703TAM8 | | | | 208.33 | 41.67 | .00 | 250.00 |
| 28,041.200 | Delta Air Lines 2.000% 6/10/28 247361ZV3 | | | | 126.19 | 46.73 | .00 | 172.92 |
| 25,000.000 | Discover Bank 3.450% 7/27/26 25466AAJ0 | | | | 81.46 | 71.87 | .00 | 153.33 |
| 25,000.000 | Drive Auto 4.500% 9/15/28 26207AAD5 | | | | 50.00 | 93.75 | 93.75 | 50.00 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 10,000.000 | Duke Energy Progress 5.050% 3/15/35 26442UAU8 | | | | 232.86 | 54.71 | 265.13 | 22.44 |
| 19,702.250 | Exeter Automobile Re 5.040% 3/15/28 30165BAC7 | | | | 44.80 | 73.50 | 74.17 | 44.13 |
| 39,000.000 | Extra Space Storage 2.200% 10/15/30 30225VAP2 | | | | 324.13 | 71.50 | .00 | 395.63 |
| 10,000.000 | Florida Pwr Lt Co 5.300% 6/15/34 341081GU5 | | | | 111.89 | 44.17 | .00 | 156.06 |
| 5,000.000 | Goldman Sachs 5.536% 1/28/36 38141GC44 | | | | 25.37 | 23.07 | .00 | 48.44 |
| 5,000.000 | Goldman Sachs Group 2.383% 7/21/32 38141GYJ7 | | | | 13.24 | 9.93 | .00 | 23.17 |
| 15,000.000 | Goldman Sachs 1.948% 10/21/27 38141GYM0 | | | | 105.52 | 24.35 | .00 | 129.87 |
| 20,000.000 | Host Hotels L P 5.700% 6/15/32 44107TBD7 | | | | 319.83 | 95.00 | .00 | 414.83 |
| 11,000.000 | Hudson Pacific 3.950% 11/01/27 44409MAA4 | | | | 144.83 | 36.21 | .00 | 181.04 |
| 5,000.000 | Humana Inc 5.550% 5/01/35 444859CD2 | | | | 135.67 | 23.12 | .00 | 158.79 |
| 10,000.000 | Hyatt Hotels Corp 5.050% 3/30/28 448579AU6 | | | | 217.43 | 42.08 | 258.11 | 1.40 |
| 20,000.000 | Hyundai Auto Rec Tr 4.400% 1/15/31 448976AE0 | | | | 39.11 | 73.33 | 74.00 | 38.44 |
| 15,000.000 | Intel Corp 2.000% 8/12/31 458140BU3 | | | | 15.83 | 25.00 | .00 | 40.83 |
| 25,000.000 | Interstate Pwr 5.600% 6/29/35 461070AX2 | | | | 396.67 | 116.66 | .00 | 513.33 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 5,000.000 | Invitation Homes L P 2.000% 8/15/31 46188BAA0 | | | | 4.44 | 8.34 | .00 | 12.78 |
| 10,000.000 | Jpmorgan Chase Co 1.953% 2/04/32 46647PBX3 | | | | 14.65 | 16.27 | .00 | 30.92 |
| 35,000.000 | Jpmorgan Chase Co Sr 1.578% 4/22/27 46647PCB0 | | | | 197.91 | 46.02 | .00 | 243.93 |
| 5,000.000 | Jpmorgan Chase 2.580% 4/22/32 46647PCC8 | | | | 46.23 | 10.75 | .00 | 56.98 |
| 10,000.000 | Jpmorgan Chase Co 2.545% 11/08/32 46647PCR5 | | | | 79.88 | 21.21 | .00 | 101.09 |
| 10,000.000 | Jpmorgan Chase Co 5.294% 7/22/35 46647PEK8 | | | | 57.35 | 44.12 | .00 | 101.47 |
| 5,000.000 | Lxp Industrial Trust 6.750% 11/15/28 529043AF8 | | | | 99.38 | 28.12 | .00 | 127.50 |
| 5,000.000 | Lexington Rlty Tr Sr 2.375% 10/01/31 529537AA0 | | | | 49.48 | 9.90 | .00 | 59.38 |
| .000 | Warnermedia Hldgs 4.279% 3/15/32 55903VBQ5 | | | | 138.12 | 7.48 | 145.60 | .00 |
| 15,000.000 | Morgan Stanley Mtn 1.794% 2/13/32 6174468U6 | | | | 13.46 | 22.42 | .00 | 35.88 |
| 5,000.000 | Morgan Stanley Mtn 2.943% 1/21/33 61747YEL5 | | | | 16.35 | 12.26 | .00 | 28.61 |
| 10,000.000 | Morgan Stanley 4.734% 7/18/31 61776NVG5 | | | | 52.60 | 39.45 | .00 | 92.05 |
| 22,553.990 | New Century Home 5.39094% 8/25/34 64352VFW6 | | | | 24.12 | 98.94 | 102.80 | 20.26 |
| 40,000.000 | Oracle Corp 2.875% 3/25/31 68389XCE3 | | | | 498.33 | 95.84 | 575.00 | 19.17 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 10,000.000 | Pnc Finl Svcs Group 5.222% 1/29/31 693475CB9 | | | | 46.42 | 43.51 | .00 | 89.93 |
| 15,000.000 | Paychex Inc 5.350% 4/15/32 704326AB3 | | | | 314.31 | 66.88 | .00 | 381.19 |
| 25,000.000 | Pilgrims Pride 6.250% 7/01/33 72147KAK4 | | | | 260.42 | 130.21 | .00 | 390.63 |
| 25,000.000 | Premier Health 2.911% 11/15/26 74052BAA5 | | | | 214.28 | 60.65 | .00 | 274.93 |
| 38,654.440 | Slc Student Loan 4.81766% 12/15/38 784427AF3 | | | | 419.51 | 143.28 | 480.02 | 82.77 |
| 10,726.470 | S L M A 5.33497% 1/25/29 78446YAA1 | | | | 12.07 | 45.51 | 48.04 | 9.54 |
| 20,000.000 | Santander Drive AU 4.620% 11/15/28 802920AD0 | | | | 41.07 | 77.00 | 77.00 | 41.07 |
| 20,000.000 | Starbucks Corp 4.800% 5/15/30 855244BL2 | | | | 301.33 | 80.00 | .00 | 381.33 |
| 15,000.000 | Stryker Corporation 4.700% 2/10/28 863667BK6 | | | | 41.13 | 58.75 | .00 | 99.88 |
| 10,000.000 | T Mobile USA Inc 3.750% 4/15/27 87264ABD6 | | | | 141.67 | 31.25 | .00 | 172.92 |
| 40,000.000 | T Mobile USA Inc 3.500% 4/15/31 87264ABW4 | | | | 528.89 | 116.67 | .00 | 645.56 |
| 10,000.000 | T Mobile USA Inc 5.125% 5/15/32 87264ADS1 | | | | 150.90 | 42.71 | .00 | 193.61 |
| 15,000.000 | Take Two Interactive 4.000% 4/14/32 874054AH2 | | | | 228.33 | 50.00 | .00 | 278.33 |
| 20,000.000 | Ubs Commercial 3.460% 6/15/50 90276EAE7 | | | | 57.67 | 57.67 | 57.67 | 57.67 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 30,000.000 | Ubs Commercial 3.2034% 10/15/52 90278MBD8 | | | | 80.09 | 80.09 | 80.09 | 80.09 |
| 1,476.330 | Ubs Coml Mtg Tr 4.1519% 7/15/51 90353DAV7 | | | | 2.72 | 5.11 | 5.11 | 2.72 |
| 15,000.000 | Uber Technologies 4.300% 1/15/30 90353TAN0 | | | | 82.42 | 53.75 | .00 | 136.17 |
| 9,329.710 | United Air Lines 5.800% 7/15/37 90932LAJ6 | | | | 69.14 | 45.10 | .00 | 114.24 |
| 30,000.000 | US Bancorp Mtn 4.548% 7/22/28 91159HJF8 | | | | 147.81 | 113.70 | .00 | 261.51 |
| 15,000.000 | Wp Carey Inc 4.650% 7/15/30 92936UAN9 | | | | 98.81 | 58.13 | .00 | 156.94 |
| 25,000.000 | Wells Fargo Co Mtn 5.574% 7/25/29 95000U3E1 | | | | 139.34 | 116.13 | .00 | 255.47 |
| 10,000.000 | Wells Fargo Mtn 5.499% 1/23/35 95000U3K7 | | | | 58.05 | 45.82 | .00 | 103.87 |
| **Total Corporate Issues** | | | | | **12,268.48** | **4,426.71** | **3,003.33** | **13,691.86** |
| **Foreign Issues** | | | | | | | | |
| 20,000.000 | Aercap Ireland Cap 3.650% 7/21/27 00774MAB1 | | | | 81.11 | 60.83 | .00 | 141.94 |
| 15,000.000 | Natwest Group Plc 1.642% 6/14/27 639057AC2 | | | | 52.68 | 20.53 | .00 | 73.21 |
| 5,000.000 | Santander Uk Group 1.673% 6/14/27 80281LAQ8 | | | | 17.89 | 6.97 | .00 | 24.86 |
| 10,000.000 | Trinity Acquisition 4.400% 3/15/26 89641UAC5 | | | | 202.89 | 36.67 | 220.00 | 19.56 |
| **Total Foreign Issues** | | | | | **354.57** | **125.00** | **220.00** | **259.57** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Municipal Issues** | | | | | | | | |
| .000 | Massachusetts ST Sch 2.966% 10/15/32 576000XM0 | | | | 112.05 | 14.01 | 126.06 | .00 |
| 4,945.470 | Massachusetts ST Spl 4.110% 7/15/31 576004HG3 | | | | 25.97 | 16.94 | .00 | 42.91 |
| 5,000.000 | Miami Dade Cnty Fl 3.504% 10/01/31 59333P2P2 | | | | 73.00 | 14.60 | .00 | 87.60 |
| 15,000.000 | New York Ny Txbl 3.620% 4/01/31 64966MYR4 | | | | 226.25 | 45.25 | .00 | 271.50 |
| 30,000.000 | New York N Y 1.700% 3/01/29 64966QJK7 | | | | 255.00 | 42.50 | 255.00 | 42.50 |
| 45,000.000 | New York Ny City 5.267% 5/01/27 64971MT44 | | | | 790.05 | 197.51 | .00 | 987.56 |
| 5,000.000 | New York ST 2.010% 3/15/30 64985TDG3 | | | | 46.34 | 8.38 | 50.25 | 4.47 |
| 5,000.000 | New York ST 2.540% 3/15/34 64985TEX5 | | | | 58.91 | 10.58 | 63.50 | 5.99 |
| 10,000.000 | New York ST 2.540% 3/15/34 64985TEY3 | | | | 117.83 | 21.17 | 127.00 | 12.00 |
| 30,755.410 | New York ST Dorm 5.500% 3/15/30 649902T29 | | | | 779.99 | 140.96 | 845.77 | 75.18 |
| 15,000.000 | New York ST Urban 5.770% 3/15/39 650035TD0 | | | | 399.09 | 72.13 | 432.75 | 38.47 |
| 20,000.000 | University Ca 2.247% 5/15/34 91412HJV6 | | | | 132.32 | 37.45 | .00 | 169.77 |
| 25,000.000 | University Mi 3.436% 4/01/31 914455VE7 | | | | 357.92 | 71.58 | .00 | 429.50 |
| **Total Municipal Issues** | | | | | **3,374.72** | **693.06** | **1,900.33** | **2,167.45** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **21,562.69** | **22,485.35** | **20,863.22** | **23,184.82** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **American Assets L P 6.150% 10/01/34 02401Lab0** | | |
| 09/16/2025 | Received Accrued Interest On Sale Of American Assets L P 6.150% 10/01/34 Income Credit 140.94 USD | 140.94 |
| **Bank 0.44599% 12/16/53 06541Ubn5** | | |
| 09/17/2025 | Bank 0.44599% 12/16/53 $0.00037/Pv On 2,113.82 Pv Due 9/17/25 | .79 |
| **Barclays Commercial 6.358% 3/15/57 05554Vae0** | | |
| 09/17/2025 | Barclays Commercial 6.358% 3/15/57 $0.00530/Pv On 20,000.00 Pv Due 9/17/25 | 105.97 |
| **Bk Of America Corp 2.651% 3/11/32 06051Gjp5** | | |
| 09/11/2025 | Bk Of America Corp 2.651% 3/11/32 0.013255 USD/$1 Pv On 5,000 Par Value Due 9/11/25 | 66.28 |
| **Bmo 2023-5C1 Mtg 7.35468% 8/17/56 055986Af0** | | |
| 09/17/2025 | Bmo 2023-5C1 Mtg 7.35468% 8/17/56 $0.00613/Pv On 20,000.00 Pv Due 9/17/25 | 122.58 |
| **Cigna Corp 2.400% 3/15/30 125523Cl2** | | |
| 09/15/2025 | Cigna Corp 2.400% 3/15/30 0.012 USD/$1 Pv On 20,000 Par Value Due 9/15/25 | 240.00 |
| **Drive Auto 4.500% 9/15/28 26207Aad5** | | |
| 09/15/2025 | Drive Auto 4.500% 9/15/28 $0.00375/Pv On 25,000.00 Pv Due 9/15/25 | 93.75 |

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Duke Energy Progress 5.050% 3/15/35<br>26442Uau8** | | |
| 09/15/2025 | Duke Energy Progress 5.050% 3/15/35<br>0.026512 USD/$1 Pv On 10,000 Par Value Due 9/15/25 | 265.13 |
| **Elevance Health Inc 5.000% 1/15/36<br>036752Bk8** | | |
| 09/22/2025 | Paid Accrued Interest On Purchase Of<br>Elevance Health Inc 5.000% 1/15/36<br>Income Debit 9.72- USD | - 9.72 |
| **Exeter Automobile Re 5.040% 3/15/28<br>30165Bac7** | | |
| 09/15/2025 | Exeter Automobile Re 5.040% 3/15/28<br>$0.00371/Pv On 20,000.00 Pv Due 9/15/25 | 74.17 |
| **F H L M C #As5323 4.000% 1/01/54<br>3132Ds4G4** | | |
| 09/25/2025 | F H L M C #As5323 4.000% 1/01/54<br>August FHLMC Due 9/25/25 | 75.34 |
| **F H L M C #Ra6953 3.000% 3/01/52<br>3133Knwn9** | | |
| 09/25/2025 | F H L M C #Ra6953 3.000% 3/01/52<br>August FHLMC Due 9/25/25 | 102.59 |
| **F H L M C #Sd7503 3.500% 8/01/49<br>3132Dvkq7** | | |
| 09/25/2025 | F H L M C #Sd7503 3.500% 8/01/49<br>August FHLMC Due 9/25/25 | 97.48 |
| **F H L M C #Sd8199 2.000% 2/01/52<br>3132Dwdc4** | | |
| 09/25/2025 | F H L M C #Sd8199 2.000% 2/01/52<br>August FHLMC Due 9/25/25 | 34.21 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F H L M C #Wa3219 3132Wwyr7** | | |
| 09/25/2025 | P & I Due 09/25/25 | 101.64 |
| **F H L M C Gd A45796 7.000% 1/01/33 3128K6Nm8** | | |
| 09/15/2025 | F H L M C Gd A45796 7.000% 1/01/33<br>August FHLMC Due 9/15/25 | 7.02 |
| **F H L M C Gd G08844 5.000% 10/01/48 3128Mj5E6** | | |
| 09/15/2025 | F H L M C Gd G08844 5.000% 10/01/48<br>August FHLMC Due 9/15/25 | 23.45 |
| **F H L M C Mltcl 1.940% 2/25/35 3137Ftzl4** | | |
| 09/25/2025 | F H L M C Mltcl 1.940% 2/25/35<br>$0.00162/Pv On 25,000.00 Pv Due 9/25/25 | 40.42 |
| **F H L M C Mltcl Mt 5.62197% 11/25/54 3137Hhfl0** | | |
| 09/25/2025 | $0.00471/Pv On 4,417.29 Pv Due 9/25/25 | 20.79 |
| **F N M A #Ca1710 4.500% 5/01/48 3140Q83U7** | | |
| 09/25/2025 | F N M A #Ca1710 4.500% 5/01/48<br>August FNMA Due 9/25/25 | 22.87 |
| **F N M A #Ca2208 4.500% 8/01/48 3140Q9N25** | | |
| 09/25/2025 | F N M A #Ca2208 4.500% 8/01/48<br>August FNMA Due 9/25/25 | 6.23 |
| **F N M A #Fm2318 3.500% 9/01/49 3140X5SG9** | | |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/25/2025 | F N M A #Fm2318 3.500% 9/01/49<br>August FNMA Due 9/25/25 | 17.06 |
| **F N M A #Fs1598 2.000% 4/01/52**<br>**3140Xgx46** | | |
| 09/25/2025 | F N M A #Fs1598 2.000% 4/01/52<br>August FNMA Due 9/25/25 | 34.54 |
| **F N M A #Ma1561 3.000% 8/01/33**<br>**31418Awx2** | | |
| 09/25/2025 | F N M A #Ma1561 3.000% 8/01/33<br>August FNMA Due 9/25/25 | 6.67 |
| **F N M A #Ma3811 3.000% 10/01/49**<br>**31418Dgv8** | | |
| 09/25/2025 | F N M A #Ma3811 3.000% 10/01/49<br>August FNMA Due 9/25/25 | 17.29 |
| **F N M A #Ma4644 4.000% 5/01/52**<br>**31418Ees5** | | |
| 09/25/2025 | F N M A #Ma4644 4.000% 5/01/52<br>August FNMA Due 9/25/25 | 38.15 |
| **F N M A #Ma4733 4.500% 8/01/52**<br>**31418Ehk9** | | |
| 09/25/2025 | F N M A #Ma4733 4.500% 8/01/52<br>August FNMA Due 9/25/25 | 210.92 |
| **F N M A #303826 6.000% 3/01/26**<br>**31373Upk7** | | |
| 09/25/2025 | F N M A #303826 6.000% 3/01/26<br>August FNMA Due 9/25/25 | .03 |
| **F N M A #545646 7.000% 9/01/26**<br>**31385Jet1** | | |
| 09/25/2025 | F N M A #545646 7.000% 9/01/26<br>August FNMA Due 9/25/25 | 1.72 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F N M A #764388 6.008% 3/01/34<br>31404Cf54** | | |
| 09/25/2025 | F N M A #764388 6.008% 3/01/34<br>August FNMA Due 9/25/25 | 13.27 |
| **F N M A #939419 6.265% 5/01/37<br>31413Ady6** | | |
| 09/25/2025 | F N M A #939419 6.265% 5/01/37<br>August FNMA Due 9/25/25 | 23.30 |
| **F N M A Gtd Remic 5.345% 1/25/50<br>3136B72K6** | | |
| 09/25/2025 | F N M A Gtd Remic 5.345% 1/25/50<br>$0.00414/Pv On 11,719.25 Pv Due 9/25/25 | 48.47 |
| **F N M A Tba 30Yr 3.000% 9/15/47<br>01F030694** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Income Debit 29.17- USD | - 29.17 |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Income Debit 58.33- USD | - 58.33 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Income Credit 29.17 USD | 29.17 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Income Credit 58.33 USD | 58.33 |
| **Total F N M A Tba 30Yr 3.000% 9/15/47** | | **.00** |
| **F N M A Tba 30Yr 3.500% 9/15/44<br>01F032690** | | |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/15/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 3.500% 9/15/44 Income Debit 34.03- USD | - 34.03 |
| 09/15/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 3.500% 9/15/44 Income Debit 68.06- USD | - 68.06 |
| 09/15/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 3.500% 9/15/44 Income Credit 102.08 USD | 102.08 |
| **Total F N M A Tba 30Yr 3.500% 9/15/44** | | **- .01** |
| **F N M A Tba 30Yr 4.000% 9/15/44 01F040693** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.000% 9/15/44 Income Debit 38.89- USD | - 38.89 |
| 09/15/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.000% 9/15/44 Income Debit 77.78- USD | - 77.78 |
| 09/15/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.000% 9/15/44 Income Credit 38.89 USD | 38.89 |
| 09/15/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.000% 9/15/44 Income Credit 77.78 USD | 77.78 |
| **Total F N M A Tba 30Yr 4.000% 9/15/44** | | **.00** |
| **F N M A Tba 30Yr 4.500% 9/14/44 01F042699** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.500% 9/14/44 Income Debit 43.75- USD | - 43.75 |



ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Income Debit 175.00- USD | - 175.00 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Income Credit 175.00 USD | 175.00 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Income Credit 43.75 USD | 43.75 |
| **Total F N M A Tba 30Yr 4.500% 9/14/44** | | **.00** |
| **F N M A Tba 30Yr 5.000% 9/15/45<br>01F050692** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Income Debit 97.22- USD | - 97.22 |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Income Debit 48.61- USD | - 48.61 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Income Credit 97.22 USD | 97.22 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Income Credit 48.61 USD | 48.61 |
| **Total F N M A Tba 30Yr 5.000% 9/15/45** | | **.00** |
| **F N M A Tba 30Yr 5.500% 9/15/44<br>01F052698** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 5.500% 9/15/44<br>Income Debit 106.94- USD | - 106.94 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/15/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 5.500% 9/15/44<br>Income Credit 106.94 USD | 106.94 |
| **Total F N M A Tba 30Yr 5.500% 9/15/44** | | **.00** |
| **FHLMC Tba 30Yr 2.000% 9/15/51<br>01F020695** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>FHLMC Tba 30Yr 2.000% 9/15/51<br>Income Debit 38.89- USD | - 38.89 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>FHLMC Tba 30Yr 2.000% 9/15/51<br>Income Credit 38.89 USD | 38.89 |
| **Total FHLMC Tba 30Yr 2.000% 9/15/51** | | **.00** |
| **FHLMC Tba 30Yr 2.500% 9/15/51<br>01F022691** | | |
| 09/15/2025 | Paid Accrued Interest On Purchase Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Income Debit 48.61- USD | - 48.61 |
| 09/15/2025 | Received Accrued Interest On Sale Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Income Credit 48.61 USD | 48.61 |
| **Total FHLMC Tba 30Yr 2.500% 9/15/51** | | **.00** |
| **First Am Govt Ob Fd Cl Z<br>31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 2,984.88 |
| **G N M A I I #Ma4454 5.000% 5/20/47<br>36179S5P8** | | |
| 09/22/2025 | G N M A I I #Ma4454 5.000% 5/20/47<br>August GNMA Due 9/20/25 | 23.56 |



ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **G N M A I I #Ma4838 4.000% 11/20/47 36179Tlt0** | | |
| 09/22/2025 | G N M A I I #Ma4838 4.000% 11/20/47 August GNMA Due 9/20/25 | 7.69 |
| **G N M A I I #Ma5399 4.500% 8/20/48 36179T7L3** | | |
| 09/22/2025 | G N M A I I #Ma5399 4.500% 8/20/48 August GNMA Due 9/20/25 | 17.00 |
| **G N M A I I #Ma5530 5.000% 10/20/48 36179Ueb4** | | |
| 09/22/2025 | G N M A I I #Ma5530 5.000% 10/20/48 August GNMA Due 9/20/25 | 7.19 |
| **G N M A I I #Ma5651 4.000% 12/20/48 36179Uh47** | | |
| 09/22/2025 | G N M A I I #Ma5651 4.000% 12/20/48 August GNMA Due 9/20/25 | 4.88 |
| **G N M A I I #Ma6209 3.000% 10/20/49 36179U3S9** | | |
| 09/22/2025 | G N M A I I #Ma6209 3.000% 10/20/49 August GNMA Due 9/20/25 | 2.00 |
| **G N M A I I #Ma8201 4.500% 8/20/52 36179Xde3** | | |
| 09/22/2025 | G N M A I I #Ma8201 4.500% 8/20/52 August GNMA Due 9/20/25 | 73.23 |
| **G N M A I I #Ma9963 4.500% 10/20/54 36180Ab85** | | |
| 09/22/2025 | G N M A I I #Ma9963 4.500% 10/20/54 August GNMA Due 9/20/25 | 90.54 |
| **G N M A I I Tba 4.000% 9/15/45 21H040699** | | |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/22/2025 | Paid Accrued Interest On Purchase Of G N M A I I Tba 4.000% 9/15/45 Income Debit 116.67- USD | - 116.67 |
| 09/22/2025 | Received Accrued Interest On Sale Of G N M A I I Tba 4.000% 9/15/45 Income Credit 116.67 USD | 116.67 |
| **Total G N M A I I Tba 4.000% 9/15/45** | | **.00** |
| **G N M A I I Tba 4.500% 9/15/45 21H042695** | | |
| 09/22/2025 | Paid Accrued Interest On Purchase Of G N M A I I Tba 4.500% 9/15/45 Income Debit 65.63- USD | - 65.63 |
| 09/22/2025 | Received Accrued Interest On Sale Of G N M A I I Tba 4.500% 9/15/45 Income Credit 65.63 USD | 65.63 |
| **Total G N M A I I Tba 4.500% 9/15/45** | | **.00** |
| **G N M A Gtd Remic 5.595% 2/20/54 38384Jqr8** | | |
| 09/22/2025 | G N M A Gtd Remic 5.595% 2/20/54 $0.00466/Pv On 16,325.19 Pv Due 9/20/25 | 76.12 |
| **GNMA II Tba 30Yr 2.500% 9/15/50 21H022697** | | |
| 09/22/2025 | Paid Accrued Interest On Purchase Of GNMA II Tba 30Yr 2.500% 9/15/50 Income Debit 36.46- USD | - 36.46 |
| 09/22/2025 | Received Accrued Interest On Sale Of GNMA II Tba 30Yr 2.500% 9/15/50 Income Credit 36.46 USD | 36.46 |
| **Total GNMA II Tba 30Yr 2.500% 9/15/50** | | **.00** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **GNMA II Tba 30Yr 5.000% 9/15/52<br>21H050698** | | |
| 09/22/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Income Debit 72.92- USD | - 72.92 |
| 09/22/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Income Debit 72.92- USD | - 72.92 |
| 09/22/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Income Debit 72.92- USD | - 72.92 |
| 09/22/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Income Credit 72.92 USD | 72.92 |
| 09/22/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Income Credit 72.92 USD | 72.92 |
| 09/22/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Income Credit 72.92 USD | 72.92 |
| **Total GNMA II Tba 30Yr 5.000% 9/15/52** | | **.00** |
| **GNMA II Tba 30Yr 5.500% 9/15/53<br>21H052694** | | |
| 09/22/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Income Debit 80.21- USD | - 80.21 |
| 09/22/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Income Credit 80.21 USD | 80.21 |
| **Total GNMA II Tba 30Yr 5.500% 9/15/53** | | **.00** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Hyatt Hotels Corp 5.050% 3/30/28 448579AU6** | | |
| 09/30/2025 | Hyatt Hotels Corp 5.050% 3/30/28 0.025811 USD/$1 Pv On 10,000 Par Value Due 9/30/25 | 258.11 |
| **Hyundai Auto Rec Tr 4.400% 1/15/31 448976Ae0** | | |
| 09/15/2025 | Hyundai Auto Rec Tr 4.400% 1/15/31 $0.00370/Pv On 20,000.00 Pv Due 9/15/25 | 74.00 |
| **Massachusetts ST Sch 2.966% 10/15/32 576000Xm0** | | |
| 09/18/2025 | $12.6055 Per $1000 Accd Int | 126.06 |
| **New Century Home 5.39094% 8/25/34 64352Vfw6** | | |
| 09/25/2025 | New Century Home 5.39094% 8/25/34 $0.00449/Pv On 22,883.57 Pv Due 9/25/25 | 102.80 |
| **New York N Y 1.700% 3/01/29 64966Qjk7** | | |
| 09/02/2025 | New York N Y 1.700% 3/01/29 0.0085 USD/$1 Pv On 30,000 Par Value Due 9/1/25 | 255.00 |
| **New York ST 2.010% 3/15/30 64985Tdg3** | | |
| 09/15/2025 | New York ST 2.010% 3/15/30 0.01005 USD/$1 Pv On 5,000 Par Value Due 9/15/25 | 50.25 |
| **New York ST 2.540% 3/15/34 64985Tex5** | | |
| 09/15/2025 | New York ST 2.540% 3/15/34 0.0127 USD/$1 Pv On 5,000 Par Value Due 9/15/25 | 63.50 |
| **New York ST 2.540% 3/15/34 64985Tey3** | | |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/15/2025 | New York ST 2.540% 3/15/34<br>0.0127 USD/$1 Pv On 10,000 Par Value Due 9/15/25 | 127.00 |
| **New York ST Dorm 5.500% 3/15/30**<br>**649902T29** | | |
| 09/15/2025 | New York ST Dorm 5.500% 3/15/30<br>$0.02750/Pv On 30,755.41 Pv Due 9/15/25 | 845.77 |
| **New York ST Urban 5.770% 3/15/39**<br>**650035Td0** | | |
| 09/15/2025 | New York ST Urban 5.770% 3/15/39<br>0.02885 USD/$1 Pv On 15,000 Par Value Due 9/15/25 | 432.75 |
| **Oracle Corp 2.875% 3/25/31**<br>**68389Xce3** | | |
| 09/25/2025 | Oracle Corp 2.875% 3/25/31<br>0.014375 USD/$1 Pv On 40,000 Par Value Due 9/25/25 | 575.00 |
| **S L M A 5.33497% 1/25/29**<br>**78446Yaa1** | | |
| 09/25/2025 | S L M A 5.33497% 1/25/29<br>$0.00445/Pv On 10,805.45 Pv Due 9/25/25 | 48.04 |
| **Santander Drive AU 4.620% 11/15/28**<br>**802920Ad0** | | |
| 09/15/2025 | Santander Drive AU 4.620% 11/15/28<br>$0.00385/Pv On 20,000.00 Pv Due 9/15/25 | 77.00 |
| **Slc Student Loan 4.81766% 12/15/38**<br>**784427Af3** | | |
| 09/15/2025 | Slc Student Loan 4.81766% 12/15/38<br>$0.01204/Pv On 39,855.38 Pv Due 9/15/25 | 480.02 |
| **Trinity Acquisition 4.400% 3/15/26**<br>**89641Uac5** | | |
| 09/15/2025 | Trinity Acquisition 4.400% 3/15/26<br>0.022 USD/$1 Pv On 10,000 Par Value Due 9/15/25 | 220.00 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **U S Treasury Nt 3.750% 8/15/28 91282Cnu1** | | |
| 09/10/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/15/28 Income Credit 507.11 USD | 507.11 |
| 09/10/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/15/28 Income Credit 253.55 USD | 253.55 |
| 09/10/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/15/28 Income Credit 253.55 USD | 253.55 |
| 09/11/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/15/28 Income Credit 265.96 USD | 265.96 |
| 09/11/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/15/28 Income Credit 276.60 USD | 276.60 |
| **Total U S Treasury Nt 3.750% 8/15/28** | | **1,556.77** |
| **U S Treasury Nt 3.750% 8/31/27 91282Cnv9** | | |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/27 Income Debit 36.85- USD | - 36.85 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/27 Income Debit 150.61- USD | - 150.61 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/27 Income Debit 38.05- USD | - 38.05 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/27 Income Debit 150.61- USD | - 150.61 |



02568504
54-01-B-62-277-04
0101-14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT █████3803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/04/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 3.00 USD | 3.00 |
| 09/04/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 151.81 USD | 151.81 |
| 09/05/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Debit 52.07 - USD | - 52.07 |
| 09/05/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Debit 208.29 - USD | - 208.29 |
| 09/23/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 877.51 USD | 877.51 |
| 09/23/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 518.21 USD | 518.21 |
| 09/23/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 518.21 USD | 518.21 |
| 09/23/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 732.41 USD | 732.41 |
| 09/25/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 806.11 USD | 806.11 |
| 09/25/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    3.750%    8/31/27<br>Income Credit 1,346.86 USD | 1,346.86 |
| **Total U S Treasury Nt    3.750%    8/31/27** | | **4,317.64** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **U S Treasury Nt 91282Cnx5** | **3.750% 8/31/30** | |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 90.12- USD | - 90.12 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 19.03- USD | - 19.03 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 62.69- USD | - 62.69 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 31.64- USD | - 31.64 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 109.75- USD | - 109.75 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 31.44- USD | - 31.44 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 26.04- USD | - 26.04 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 63.69- USD | - 63.69 |
| 09/05/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 6.01- USD | - 6.01 |
| 09/05/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 87.62 USD | 87.62 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/11/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.750% 8/31/30 Income Debit 157.52- USD | - 157.52 |
| 09/22/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 392.14 USD | 392.14 |
| 09/22/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 392.14 USD | 392.14 |
| 09/22/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 707.18 USD | 707.18 |
| 09/24/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 435.00 USD | 435.00 |
| 09/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 202.78 USD | 202.78 |
| 09/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 408.06 USD | 408.06 |
| 09/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 610.84 USD | 610.84 |
| 09/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 460.64 USD | 460.64 |
| 09/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 398.05 USD | 398.05 |
| 09/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.750% 8/31/30 Income Credit 788.59 USD | 788.59 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/26/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.750% 8/31/30<br>Income Credit 377.52 USD | 377.52 |
| **Total U S Treasury Nt 3.750% 8/31/30** | | **4,662.63** |
| **U S Treasury Nt 3.875% 8/31/32**<br>**91282Cnw7** | | |
| 09/02/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 8/31/32<br>Income Debit 3.21- USD | - 3.21 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 8/31/32<br>Income Debit 3.64- USD | - 3.64 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 8/31/32<br>Income Debit 3.00- USD | - 3.00 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 8/31/32<br>Income Debit 9.85- USD | - 9.85 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 8/31/32<br>Income Debit 8.56- USD | - 8.56 |
| 09/02/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 8/31/32<br>Income Debit 20.77- USD | - 20.77 |
| 09/19/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 8/31/32<br>Income Credit 178.98 USD | 178.98 |
| 09/22/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 8/31/32<br>Income Credit 207.24 USD | 207.24 |



ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/22/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 8/31/32<br>Income Credit 124.81 USD | 124.81 |
| **Total U S Treasury Nt 3.875% 8/31/32** | | **462.00** |
| **U S Treasury Nt 4.125% 7/31/32<br>91282Cnr8** | | |
| 09/02/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.125% 7/31/32<br>Income Credit 50.22 USD | 50.22 |
| 09/02/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.125% 7/31/32<br>Income Credit 53.80 USD | 53.80 |
| 09/02/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.125% 7/31/32<br>Income Credit 60.98 USD | 60.98 |
| **Total U S Treasury Nt 4.125% 7/31/32** | | **165.00** |
| **U S Treasury Nt 4.250% 8/15/35<br>91282Cnt4** | | |
| 09/05/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.250% 8/15/35<br>Income Credit 58.21 USD | 58.21 |
| 09/09/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.250% 8/15/35<br>Income Credit 14.44 USD | 14.44 |
| 09/11/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.250% 8/15/35<br>Income Credit 243.22 USD | 243.22 |
| 09/16/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.250% 8/15/35<br>Income Debit 14.78- USD | - 14.78 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT █████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/22/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.250% 8/15/35<br>Income Credit 43.89 USD | 43.89 |
| **Total U S Treasury Nt 4.250% 8/15/35** | | **344.98** |
| **Ubs Coml Mtg Tr 4.1519% 7/15/51<br>90353Dav7** | | |
| 09/17/2025 | Ubs Coml Mtg Tr 4.1519% 7/15/51<br>$0.00346/Pv On 1,476.33 Pv Due 9/17/25 | 5.11 |
| **Ubs Commercial 3.460% 6/15/50<br>90276Eae7** | | |
| 09/17/2025 | Ubs Commercial 3.460% 6/15/50<br>$0.00288/Pv On 20,000.00 Pv Due 9/17/25 | 57.67 |
| **Ubs Commercial 3.2034% 10/15/52<br>90278Mbd8** | | |
| 09/17/2025 | Ubs Commercial 3.2034% 10/15/52<br>$0.00267/Pv On 30,000.00 Pv Due 9/17/25 | 80.09 |
| **Warnermedia Hldgs 4.279% 3/15/32<br>55903Vbq5** | | |
| 09/10/2025 | Received Accrued Interest On Sale Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Income Credit 145.60 USD | 145.60 |
| **Total Interest** | | **20,863.22** |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/04/2025 | Purchased 527,259.86 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/4/25 31846V567 | 527,259.860 | .00 | - 527,259.86 | 527,259.86 |
| 09/09/2025 | Purchased 5,097.06 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/9/25 31846V567 | 5,097.060 | .00 | - 5,097.06 | 5,097.06 |
| 09/10/2025 | Purchased 404,808.29 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/10/25 31846V567 | 404,808.290 | .00 | - 404,808.29 | 404,808.29 |
| 09/10/2025 | Purchased 99,597.73 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/10/25 31846V567 | 99,597.730 | .00 | - 99,597.73 | 99,597.73 |
| 09/11/2025 | Purchased 36,888.61 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/11/25 31846V567 | 36,888.610 | .00 | - 36,888.61 | 36,888.61 |
| 09/11/2025 | Purchased 5,052.62 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/11/25 31846V567 | 5,052.620 | .00 | - 5,052.62 | 5,052.62 |
| 09/15/2025 | Purchased 98,248.88 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | 98,248.880 | .00 | - 98,248.88 | 98,248.88 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/16/2025 | Purchased 1,194.47 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/16/25 31846V567 | 1,194.470 | .00 | - 1,194.47 | 1,194.47 |
| 09/17/2025 | Purchased 137.76 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/17/25 31846V567 | 137.760 | .00 | - 137.76 | 137.76 |
| 09/17/2025 | Purchased 928.7 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/17/25 31846V567 | 928.700 | .00 | - 928.70 | 928.70 |
| 09/18/2025 | Purchased 9,585.86 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/18/25 31846V567 | 9,585.860 | .00 | - 9,585.86 | 9,585.86 |
| 09/19/2025 | Purchased 88,317.28 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/19/25 31846V567 | 88,317.280 | .00 | - 88,317.28 | 88,317.28 |
| 09/22/2025 | Purchased 822,738.68 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/22/25 31846V567 | 822,738.680 | .00 | - 822,738.68 | 822,738.68 |
| 09/23/2025 | Purchased 1,152,502.49 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/23/25 31846V567 | 1,152,502.490 | .00 | - 1,152,502.49 | 1,152,502.49 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/24/2025 | Purchased 180,944.1 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/24/25 31846V567 | 180,944.100 | .00 | - 180,944.10 | 180,944.10 |
| 09/25/2025 | Purchased 2,011,589.97 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/25/25 31846V567 | 2,011,589.970 | .00 | - 2,011,589.97 | 2,011,589.97 |
| 09/25/2025 | Purchased 219.45 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/25/25 31846V567 | 219.450 | .00 | - 219.45 | 219.45 |
| 09/26/2025 | Purchased 144,581.18 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/26/25 31846V567 | 144,581.180 | .00 | - 144,581.18 | 144,581.18 |
| **Total First Am Govt Ob Fd Cl Z** | | **5,589,692.990** | **.00** | **- 5,589,692.99** | **5,589,692.99** |
| **Total Cash And Equivalents** | | **5,589,692.990** | **.00** | **- 5,589,692.99** | **5,589,692.99** |
| **US Government Issues** | | | | | |
| 09/12/2025 | Purchased 20,709.91 Par Value Of F H L M C #Sd8266 4.500% 10/01/52 Trade Date 9/12/25 Purchased Through Bmo Capital Markets Paid 0.00 USD Load Paid 33.65- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 3132DWFF5 | 20,709.910 | .00 | - 20,290.86 | 20,290.86 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F H L M C #Sd8266 4.500% 10/01/52** | | **20,709.910** | **.00** | **- 20,290.86** | **20,290.86** |
| 09/15/2025 | Purchased<br>24,498.05 Par Value Of<br>F H L M C #Sl1660 4.500% 10/01/53<br>Trade Date 9/15/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 39.81- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>31427NZ28 | 24,498.050 | .00 | - 24,122.92 | 24,122.92 |
| **Total F H L M C #Sl1660 4.500% 10/01/53** | | **24,498.050** | **.00** | **- 24,122.92** | **24,122.92** |
| 09/25/2025 | Purchased<br>19,633.77 Par Value Of<br>F N M A #Ma4656 4.500% 6/01/52<br>Trade Date 9/25/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 31.90- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>31418EE63 | 19,633.770 | .00 | - 19,149.06 | 19,149.06 |
| **Total F N M A #Ma4656 4.500% 6/01/52** | | **19,633.770** | **.00** | **- 19,149.06** | **19,149.06** |
| 09/08/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 2.500% 10/15/51<br>Trade Date 9/8/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 45.14- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0226A8 | 50,000.000 | .00 | - 42,242.19 | 42,242.19 |
| **Total F N M A Tba 30Yr 2.500% 10/15/51** | | **50,000.000** | **.00** | **- 42,242.19** | **42,242.19** |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 29.17 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F030694 | - 25,000.000 | .00 | 21,681.64 | - 21,681.64 |
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 58.33 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F030694 | - 50,000.000 | .00 | 43,392.58 | - 43,392.58 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024160D<br>25,000 Par Value At 86.72656 %<br>01F030694 | 25,000.000 | .00 | - 21,681.64 | 21,681.64 |
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024170C<br>50,000 Par Value At 86.78516 %<br>01F030694 | 50,000.000 | .00 | - 43,392.58 | 43,392.58 |

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 3.000% 9/15/47** | | **.000** | **.00** | **.00** | **.00** |
| 09/08/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 10/15/47<br>Trade Date 9/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 27.08- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0306A1 | 25,000.000 | .00 | - 22,026.37 | 22,026.37 |
| 09/08/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 10/15/47<br>Trade Date 9/8/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 54.17- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0306A1 | 50,000.000 | .00 | - 44,042.97 | 44,042.97 |
| **Total F N M A Tba 30Yr 3.000% 10/15/47** | | **75,000.000** | **.00** | **- 66,069.34** | **66,069.34** |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 7/16/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 34.03 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F032690 | - 25,000.000 | .00 | 22,208.01 | - 22,208.01 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 68.06 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F032690 | - 50,000.000 | .00 | 45,185.55 | - 45,185.55 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 7/16/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500023150C<br>25,000 Par Value At 88.83204 %<br>01F032690 | 25,000.000 | .00 | - 22,208.01 | 22,208.01 |
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024190C<br>50,000 Par Value At 90.371094 %<br>01F032690 | 50,000.000 | .00 | - 45,185.55 | 45,185.55 |
| **Total F N M A Tba 30Yr 3.500% 9/15/44** | | **.000** | **.00** | **.00** | **.00** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/08/2025 | Purchased 75,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 10/15/44<br>Trade Date 9/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 94.79- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0326A7 | 75,000.000 | .00 | - 68,799.32 | 68,799.32 |
| **Total F N M A Tba 30Yr 3.500% 10/15/44** | | **75,000.000** | **.00** | **- 68,799.32** | **68,799.32** |
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/17/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 77.78 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F040693 | - 50,000.000 | .00 | 45,912.11 | - 45,912.11 |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/22/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 38.89 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F040693 | - 25,000.000 | .00 | 23,102.54 | - 23,102.54 |



ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/22/25<br>Purchased Through Mizuho Securities USA Inc.<br>Swift External Ref#: 00031500023380C<br>25,000 Par Value At 92.41016 %<br>01F040693 | 25,000.000 | .00 | - 23,102.54 | 23,102.54 |
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/17/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500023190C<br>50,000 Par Value At 91.82422 %<br>01F040693 | 50,000.000 | .00 | - 45,912.11 | 45,912.11 |
| **Total F N M A Tba 30Yr 4.000% 9/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 09/08/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 10/15/44<br>Trade Date 9/8/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 36.11- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0406A0 | 25,000.000 | .00 | - 23,646.48 | 23,646.48 |
| 09/08/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 10/15/44<br>Trade Date 9/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 72.22- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0406A0 | 50,000.000 | .00 | - 47,339.84 | 47,339.84 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 4.000% 10/15/44** | | **75,000.000** | **.00** | **- 70,986.32** | **70,986.32** |
| 09/01/2025 | Purchased<br>-100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 175.00 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F042699 | - 100,000.000 | .00 | 95,935.55 | - 95,935.55 |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/6/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 43.75 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F042699 | - 25,000.000 | .00 | 23,975.59 | - 23,975.59 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/6/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024350C<br>25,000 Par Value At 95.90236 %<br>01F042699 | 25,000.000 | .00 | - 23,975.59 | 23,975.59 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024280D<br>100,000 Par Value At 95.93555 %<br>01F042699 | 100,000.000 | .00 | - 95,935.55 | 95,935.55 |
| **Total F N M A Tba 30Yr 4.500% 9/14/44** | | **.000** | **.00** | **.00** | **.00** |
| 09/03/2025 | Purchased<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/3/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 162.50- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | 100,000.000 | .00 | - 96,263.67 | 96,263.67 |
| 09/03/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/3/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 40.63- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | 25,000.000 | .00 | - 24,063.48 | 24,063.48 |
| **Total F N M A Tba 30Yr 4.500% 10/15/44** | | **125,000.000** | **.00** | **- 120,327.15** | **120,327.15** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 97.22 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F050692 | - 50,000.000 | .00 | 49,114.26 | - 49,114.26 |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 48.61 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F050692 | - 25,000.000 | .00 | 24,588.38 | - 24,588.38 |
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024370C<br>50,000 Par Value At 98.22852 %<br>01F050692 | 50,000.000 | .00 | - 49,114.26 | 49,114.26 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500024410D<br>25,000 Par Value At 98.35352 %<br>01F050692 | 25,000.000 | .00 | - 24,588.38 | 24,588.38 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 5.000% 9/15/45** | | **.000** | **.00** | **.00** | **.00** |
| 09/09/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 10/15/45<br>Trade Date 9/9/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 90.28- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0506A9 | 50,000.000 | .00 | - 49,817.38 | 49,817.38 |
| 09/09/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 10/15/45<br>Trade Date 9/9/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 45.14- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0506A9 | 25,000.000 | .00 | - 24,916.02 | 24,916.02 |
| **Total F N M A Tba 30Yr 5.000% 10/15/45** | | **75,000.000** | **.00** | **- 74,733.40** | **74,733.40** |
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 5.500% 9/15/44<br>Trade Date 8/6/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 106.94 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F052698 | - 50,000.000 | .00 | 50,066.41 | - 50,066.41 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.500% 9/15/44<br>Trade Date 8/6/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500024400C<br>50,000 Par Value At 100.13282 %<br>01F052698 | 50,000.000 | .00 | - 50,066.41 | 50,066.41 |
| **Total F N M A Tba 30Yr 5.500% 9/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 09/09/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.500% 10/15/44<br>Trade Date 9/9/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 99.31- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0526A5 | 50,000.000 | .00 | - 50,560.55 | 50,560.55 |
| **Total F N M A Tba 30Yr 5.500% 10/15/44** | | **50,000.000** | **.00** | **- 50,560.55** | **50,560.55** |
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>FHLMC Tba 30Yr 2.000% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 38.89 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F020695 | - 50,000.000 | .00 | 39,687.50 | - 39,687.50 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.000% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024250C<br>50,000 Par Value At 79.375 %<br>01F020695 | 50,000.000 | .00 | - 39,687.50 | 39,687.50 |
| **Total FHLMC Tba 30Yr 2.000% 9/15/51** | | **.000** | **.00** | **.00** | **.00** |
| 09/08/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.000% 10/15/50<br>Trade Date 9/8/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 36.11- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0206A2 | 50,000.000 | .00 | - 40,349.61 | 40,349.61 |
| **Total FHLMC Tba 30Yr 2.000% 10/15/50** | | **50,000.000** | **.00** | **- 40,349.61** | **40,349.61** |
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 48.61 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F022691 | - 50,000.000 | .00 | 41,560.55 | - 41,560.55 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024220C<br>50,000 Par Value At 83.1211 %<br>01F022691 | 50,000.000 | .00 | - 41,560.55 | 41,560.55 |
| **Total FHLMC Tba 30Yr 2.500% 9/15/51** | | **.000** | **.00** | **.00** | **.00** |
| 09/01/2025 | Purchased<br>-50,000 Par Value Of<br>G N M A I I Tba 4.000% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 116.67 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H040699 | - 50,000.000 | .00 | 46,439.45 | - 46,439.45 |
| 09/01/2025 | Purchased 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024590D<br>50,000 Par Value At 92.8789 %<br>21H040699 | 50,000.000 | .00 | - 46,439.45 | 46,439.45 |
| **Total G N M A I I Tba 4.000% 9/15/45** | | **.000** | **.00** | **.00** | **.00** |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/15/2025 | Purchased 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 10/15/45<br>Trade Date 9/15/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 105.56- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0406A6 | 50,000.000 | .00 | - 47,513.67 | 47,513.67 |
| **Total G N M A I I Tba 4.000% 10/15/45** | | **50,000.000** | **.00** | **- 47,513.67** | **47,513.67** |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>G N M A I I Tba 4.500% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.63 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H042695 | - 25,000.000 | .00 | 23,942.38 | - 23,942.38 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024600D<br>25,000 Par Value At 95.76952 %<br>21H042695 | 25,000.000 | .00 | - 23,942.38 | 23,942.38 |
| **Total G N M A I I Tba 4.500% 9/15/45** | | **.000** | **.00** | **.00** | **.00** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/15/2025 | Purchased 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 10/15/44<br>Trade Date 9/15/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 59.38- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0426A2 | 25,000.000 | .00 | - 24,475.59 | 24,475.59 |
| **Total G N M A I I Tba 4.500% 10/15/44** | | **25,000.000** | **.00** | **- 24,475.59** | **24,475.59** |
| 09/15/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 15Yr 5.000% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0506A5 | 25,000.000 | .00 | - 25,004.88 | 25,004.88 |
| 09/15/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 15Yr 5.000% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0506A5 | 25,000.000 | .00 | - 25,011.72 | 25,011.72 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/15/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 15Yr 5.000% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0506A5 | 25,000.000 | .00 | - 25,008.79 | 25,008.79 |
| **Total GNMA II Tba 15Yr 5.000% 10/15/52** | | **75,000.000** | **.00** | **- 75,025.39** | **75,025.39** |
| 09/15/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 15Yr 5.500% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 72.57- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0526A1 | 25,000.000 | .00 | - 25,282.23 | 25,282.23 |
| **Total GNMA II Tba 15Yr 5.500% 10/15/52** | | **25,000.000** | **.00** | **- 25,282.23** | **25,282.23** |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 2.500% 9/15/50<br>Trade Date 8/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 36.46 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H022697 | - 25,000.000 | .00 | 21,164.06 | - 21,164.06 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 2.500% 9/15/50<br>Trade Date 8/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500024570C<br>25,000 Par Value At 84.65624 %<br>21H022697 | 25,000.000 | .00 | - 21,164.06 | 21,164.06 |
| **Total GNMA II Tba 30Yr 2.500% 9/15/50** | | **.000** | **.00** | **.00** | **.00** |
| 09/11/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 2.500% 10/15/51<br>Trade Date 9/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 32.99- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H0226A4 | 25,000.000 | .00 | - 21,640.63 | 21,640.63 |
| **Total GNMA II Tba 30Yr 2.500% 10/15/51** | | **25,000.000** | **.00** | **- 21,640.63** | **21,640.63** |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 72.92 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H050698 | - 25,000.000 | .00 | 24,583.98 | - 24,583.98 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 72.92 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H050698 | - 25,000.000 | .00 | 24,579.59 | - 24,579.59 |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 72.92 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H050698 | - 25,000.000 | .00 | 24,588.87 | - 24,588.87 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500024650C<br>25,000 Par Value At 98.31836 %<br>21H050698 | 25,000.000 | .00 | - 24,579.59 | 24,579.59 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500024620C<br>25,000 Par Value At 98.33592 %<br>21H050698 | 25,000.000 | .00 | - 24,583.98 | 24,583.98 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024660C<br>25,000 Par Value At 98.35548 %<br>21H050698 | 25,000.000 | .00 | - 24,588.87 | 24,588.87 |
| **Total GNMA II Tba 30Yr 5.000% 9/15/52** | | **.000** | **.00** | **.00** | **.00** |
| 09/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 80.21 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H052694 | - 25,000.000 | .00 | 25,067.38 | - 25,067.38 |
| 09/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024690C<br>25,000 Par Value At 100.26952 %<br>21H052694 | 25,000.000 | .00 | - 25,067.38 | 25,067.38 |
| **Total GNMA II Tba 30Yr 5.500% 9/15/53** | | **.000** | **.00** | **.00** | **.00** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/09/2025 | Purchased 97,000<br>Par Value Of<br>U S Treasury Nt 3.375% 9/15/28<br>Trade Date 9/9/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025770D<br>97,000 Par Value At 99.69507216 %<br>91282CNY3 | 97,000.000 | .00 | - 96,704.22 | 96,704.22 |
| 09/09/2025 | Purchased 97,000<br>Par Value Of<br>U S Treasury Nt 3.375% 9/15/28<br>Trade Date 9/9/25<br>Purchased Through Bnp Paribas Sec Corp<br>Swift External Ref#: 00031500025800D<br>97,000 Par Value At 99.68313402 %<br>91282CNY3 | 97,000.000 | .00 | - 96,692.64 | 96,692.64 |
| 09/09/2025 | Purchased<br>194,000 Par Value Of<br>U S Treasury Nt 3.375% 9/15/28<br>Trade Date 9/9/25<br>Purchased Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500025760D<br>194,000 Par Value At 99.76715979 %<br>91282CNY3 | 194,000.000 | .00 | - 193,548.29 | 193,548.29 |
| 09/10/2025 | Purchased 98,000<br>Par Value Of<br>U S Treasury Nt 3.375% 9/15/28<br>Trade Date 9/10/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500025830C<br>98,000 Par Value At 99.70021429 %<br>91282CNY3 | 98,000.000 | .00 | - 97,706.21 | 97,706.21 |

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/10/2025 | Purchased<br>102,000 Par Value Of<br>U S Treasury Nt 3.375% 9/15/28<br>Trade Date 9/10/25<br>Purchased Through Bnp Paribas Brokerage Securiti<br>Swift External Ref#: 00031500025850C<br>102,000 Par Value At 99.69193137 %<br>91282CNY3 | 102,000.000 | .00 | - 101,685.77 | 101,685.77 |
| **Total U S Treasury Nt 3.375% 9/15/28** | | **588,000.000** | **.00** | **- 586,337.13** | **586,337.13** |
| 09/22/2025 | Purchased<br>219,000 Par Value Of<br>U S Treasury Nt 3.500% 9/30/27<br>Trade Date 9/22/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026380B<br>219,000 Par Value At 99.90428311 %<br>91282CPB1 | 219,000.000 | .00 | - 218,790.38 | 218,790.38 |
| 09/22/2025 | Purchased<br>219,000 Par Value Of<br>U S Treasury Nt 3.500% 9/30/27<br>Trade Date 9/22/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026400B<br>219,000 Par Value At 99.88037443 %<br>91282CPB1 | 219,000.000 | .00 | - 218,738.02 | 218,738.02 |
| 09/22/2025 | Purchased<br>370,000 Par Value Of<br>U S Treasury Nt 3.500% 9/30/27<br>Trade Date 9/22/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500026350B<br>370,000 Par Value At 99.91385135 %<br>91282CPB1 | 370,000.000 | .00 | - 369,681.25 | 369,681.25 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/22/2025 | Purchased<br>309,000 Par Value Of<br>U S Treasury Nt 3.500% 9/30/27<br>Trade Date 9/22/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026410B<br>309,000 Par Value At 99.845 %<br>91282CPB1 | 309,000.000 | .00 | - 308,521.05 | 308,521.05 |
| 09/24/2025 | Purchased<br>521,000 Par Value Of<br>U S Treasury Nt 3.500% 9/30/27<br>Trade Date 9/24/25<br>Purchased Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500026480B<br>521,000 Par Value At 99.84913244 %<br>91282CPB1 | 521,000.000 | .00 | - 520,213.98 | 520,213.98 |
| 09/24/2025 | Purchased<br>312,000 Par Value Of<br>U S Treasury Nt 3.500% 9/30/27<br>Trade Date 9/24/25<br>Purchased Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500026550B<br>312,000 Par Value At 99.84261218 %<br>91282CPB1 | 312,000.000 | .00 | - 311,508.95 | 311,508.95 |
| **Total U S Treasury Nt 3.500% 9/30/27** | | **1,950,000.000** | **.00** | **- 1,947,453.63** | **1,947,453.63** |
| 09/19/2025 | Purchased<br>176,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/19/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026220B<br>176,000 Par Value At 99.70568182 %<br>91282CPA3 | 176,000.000 | .00 | - 175,482.00 | 175,482.00 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/19/2025 | Purchased<br>176,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/19/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026260B<br>176,000 Par Value At 99.70568182 %<br>91282CPA3 | 176,000.000 | .00 | - 175,482.00 | 175,482.00 |
| 09/19/2025 | Purchased<br>318,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/19/25<br>Purchased Through Nomura Securities Internationa<br>Swift External Ref#: 00031500026310C<br>318,000 Par Value At 99.71545283 %<br>91282CPA3 | 318,000.000 | .00 | - 317,095.14 | 317,095.14 |
| 09/23/2025 | Purchased<br>179,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/23/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026440B<br>179,000 Par Value At 99.72150838 %<br>91282CPA3 | 179,000.000 | .00 | - 178,501.50 | 178,501.50 |
| 09/24/2025 | Purchased 80,000<br>Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/24/25<br>Purchased Through Bnp Paribas Brokerage Securiti<br>Swift External Ref#: 00031500026510B<br>80,000 Par Value At 99.7115 %<br>91282CPA3 | 80,000.000 | .00 | - 79,769.20 | 79,769.20 |





ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/24/2025 | Purchased<br>161,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/24/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500026490B<br>161,000 Par Value At 99.71472671 %<br>91282CPA3 | 161,000.000 | .00 | - 160,540.71 | 160,540.71 |
| 09/24/2025 | Purchased<br>241,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/24/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500026540B<br>241,000 Par Value At 99.70116598 %<br>91282CPA3 | 241,000.000 | .00 | - 240,279.81 | 240,279.81 |
| 09/24/2025 | Purchased<br>182,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/24/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026580B<br>182,000 Par Value At 99.6491978 %<br>91282CPA3 | 182,000.000 | .00 | - 181,361.54 | 181,361.54 |
| 09/24/2025 | Purchased<br>157,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/24/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500026590B<br>157,000 Par Value At 99.62435669 %<br>91282CPA3 | 157,000.000 | .00 | - 156,410.24 | 156,410.24 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/24/2025 | Purchased<br>311,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/24/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500026610B<br>311,000 Par Value At 99.63790675 %<br>91282CPA3 | 311,000.000 | .00 | - 309,873.89 | 309,873.89 |
| 09/25/2025 | Purchased<br>143,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026650B<br>143,000 Par Value At 99.4375035 %<br>91282CPA3 | 143,000.000 | .00 | - 142,195.63 | 142,195.63 |
| 09/30/2025 | Purchased 99,000<br>Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/30/25<br>Purchased Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500026710B<br>99,000 Par Value At 99.60937374 %<br>91282CPA3 | 99,000.000 | .00 | - 98,613.28 | 98,613.28 |
| **Total U S Treasury Nt 3.625% 9/30/30** | | **2,223,000.000** | **.00** | **- 2,215,604.94** | **2,215,604.94** |
| 09/04/2025 | Purchased<br>104,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/4/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500025450B<br>104,000 Par Value At 100.03906731 %<br>91282CNV9 | 104,000.000 | .00 | - 104,040.63 | 104,040.63 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/04/2025 | Purchased<br>416,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/4/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025480B<br>416,000 Par Value At 100.0625 %<br>91282CNV9 | 416,000.000 | .00 | - 416,260.00 | 416,260.00 |
| **Total U S Treasury Nt 3.750% 8/31/27** | | **520,000.000** | **.00** | **- 520,300.63** | **520,300.63** |
| 09/04/2025 | Purchased 12,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/4/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500025500C<br>12,000 Par Value At 99.84766667 %<br>91282CNX5 | 12,000.000 | .00 | - 11,981.72 | 11,981.72 |
| 09/10/2025 | Purchased<br>143,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/10/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500025870B<br>143,000 Par Value At 100.14453147 %<br>91282CNX5 | 143,000.000 | .00 | - 143,206.68 | 143,206.68 |
| **Total U S Treasury Nt 3.750% 8/31/30** | | **155,000.000** | **.00** | **- 155,188.40** | **155,188.40** |
| 09/18/2025 | Purchased 88,000<br>Par Value Of<br>U S Treasury Nt 3.750% 9/30/32<br>Trade Date 9/18/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026190D<br>88,000 Par Value At 100.13557955 %<br>91282CNZ0 | 88,000.000 | .00 | - 88,119.31 | 88,119.31 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/19/2025 | Purchased 53,000<br>Par Value Of<br>U S Treasury Nt 3.750% 9/30/32<br>Trade Date 9/19/25<br>Purchased Through Nmrius33 Nomura Secs Intl Ny<br>Swift External Ref#: 00031500026330D<br>53,000 Par Value At 99.9900566 %<br>91282CNZ0 | 53,000.000 | .00 | - 52,994.73 | 52,994.73 |
| 09/19/2025 | Purchased 88,000<br>Par Value Of<br>U S Treasury Nt 3.750% 9/30/32<br>Trade Date 9/19/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026280D<br>88,000 Par Value At 99.91168182 %<br>91282CNZ0 | 88,000.000 | .00 | - 87,922.28 | 87,922.28 |
| **Total U S Treasury Nt 3.750% 9/30/32** | | **229,000.000** | **.00** | **- 229,036.32** | **229,036.32** |
| 09/15/2025 | Purchased 4,000<br>Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/15/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026100B<br>4,000 Par Value At 101.746 %<br>91282CNT4 | 4,000.000 | .00 | - 4,069.84 | 4,069.84 |
| 09/30/2025 | Purchased 9,000<br>Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/30/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500026720C<br>9,000 Par Value At 101.01566667 %<br>91282CNT4 | 9,000.000 | .00 | - 9,091.41 | 9,091.41 |
| **Total U S Treasury Nt 4.250% 8/15/35** | | **13,000.000** | **.00** | **- 13,161.25** | **13,161.25** |
| **Total Government Issues** | | **6,517,841.730** | **.00** | **- 6,458,650.53** | **6,458,650.53** |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Corporate Issues** | | | | | |
| 09/08/2025 | Purchased 5,000<br>Par Value Of<br>Elevance Health Inc 5.000% 1/15/36<br>Trade Date 9/8/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift Internal Ref#: 2025091512009213<br>Swift External Ref#: 00031500025680F<br>5,000 Par Value At 99.64 %<br>036752BK8 | 5,000.000 | .00 | - 4,982.00 | 4,982.00 |
| 09/19/2025 | Purchased 10,000<br>Par Value Of<br>Elevance Health Inc 5.000% 1/15/36<br>Trade Date 9/19/25<br>Purchased Through BofA Securities, Inc.<br>Swift External Ref#: 00031500026250B<br>10,000 Par Value At 99.599 %<br>036752BK8 | 10,000.000 | .00 | - 9,959.90 | 9,959.90 |
| **Total Elevance Health Inc 5.000% 1/15/36** | | **15,000.000** | **.00** | **- 14,941.90** | **14,941.90** |
| **Total Corporate Issues** | | **15,000.000** | **.00** | **- 14,941.90** | **14,941.90** |
| **Total Purchases** | | **12,122,534.720** | **.00** | **- 12,063,285.42** | **12,063,285.42** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/02/2025 | Sold 4,135,654.38 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/2/25 31846V567 | - 4,135,654.380 | .00 | 4,135,654.38 | - 4,135,654.38 | .00 |
| 09/02/2025 | Sold 216,682.66 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/2/25 31846V567 | - 216,682.660 | .00 | 216,682.66 | - 216,682.66 | .00 |
| 09/05/2025 | Sold 333,537.38 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/5/25 31846V567 | - 333,537.380 | .00 | 333,537.38 | - 333,537.38 | .00 |
| 09/15/2025 | Sold 677,058.93 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | - 677,058.930 | .00 | 677,058.93 | - 677,058.93 | .00 |
| 09/30/2025 | Sold 4,293,223.5 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/30/25 31846V567 | - 4,293,223.500 | .00 | 4,293,223.50 | - 4,293,223.50 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 9,656,156.850** | **.00** | **9,656,156.85** | **- 9,656,156.85** | **.00** |
| **Total Cash And Equivalents** | | **- 9,656,156.850** | **.00** | **9,656,156.85** | **- 9,656,156.85** | **.00** |

**US Government Issues**

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>132.49 Par Value Of<br>F H L M C #As5323 4.000% 1/01/54<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132DS4G4 | - 132.490 | .00 | 132.49 | - 126.47 | 6.02 |
| **Total F H L M C #As5323 4.000% 1/01/54** | | **- 132.490** | **.00** | **132.49** | **- 126.47** | **6.02** |
| 09/25/2025 | Paid Down<br>435.97 Par Value Of<br>F H L M C #Ra6953 3.000% 3/01/52<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3133KNWN9 | - 435.970 | .00 | 435.97 | - 399.05 | 36.92 |
| **Total F H L M C #Ra6953 3.000% 3/01/52** | | **- 435.970** | **.00** | **435.97** | **- 399.05** | **36.92** |
| 09/25/2025 | Paid Down<br>236.08 Par Value Of<br>F H L M C #Sd7503 3.500% 8/01/49<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132DVKQ7 | - 236.080 | .00 | 236.08 | - 249.40 | - 13.32 |
| **Total F H L M C #Sd7503 3.500% 8/01/49** | | **- 236.080** | **.00** | **236.08** | **- 249.40** | **- 13.32** |
| 09/25/2025 | Paid Down<br>128.08 Par Value Of<br>F H L M C #Sd8199 2.000% 2/01/52<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132DWDC4 | - 128.080 | .00 | 128.08 | - 112.29 | 15.79 |
| **Total F H L M C #Sd8199 2.000% 2/01/52** | | **- 128.080** | **.00** | **128.08** | **- 112.29** | **15.79** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>77.39 Par Value Of<br>F H L M C #Wa3219<br>P & I Due 09/25/25<br>3132WWYR7 | - 77.390 | .00 | 77.39 | - 70.26 | 7.13 |
| **Total F H L M C #Wa3219** | | **- 77.390** | **.00** | **77.39** | **- 70.26** | **7.13** |
| 09/15/2025 | Paid Down<br>34.68 Par Value Of<br>F H L M C Gd A45796 7.000% 1/01/33<br>For Record Date Of August Due 9/15/25<br>August FHLMC Due 9/15/25<br>3128K6NM8 | - 34.680 | .00 | 34.68 | - 36.27 | - 1.59 |
| **Total F H L M C Gd A45796 7.000% 1/01/33** | | **- 34.680** | **.00** | **34.68** | **- 36.27** | **- 1.59** |
| 09/15/2025 | Paid Down<br>61.58 Par Value Of<br>F H L M C Gd G08844 5.000% 10/01/48<br>For Record Date Of August Due 9/15/25<br>August FHLMC Due 9/15/25<br>3128MJ5E6 | - 61.580 | .00 | 61.58 | - 64.46 | - 2.88 |
| **Total F H L M C Gd G08844 5.000% 10/01/48** | | **- 61.580** | **.00** | **61.58** | **- 64.46** | **- 2.88** |
| 09/25/2025 | Paid Down<br>44.66 Par Value Of<br>F H L M C Mltcl Mt 5.62197% 11/25/54<br>Trade Date 9/25/25<br>3137HHFL0 | - 44.660 | .00 | 44.66 | - 44.63 | .03 |
| **Total F H L M C Mltcl Mt 5.62197% 11/25/54** | | **- 44.660** | **.00** | **44.66** | **- 44.63** | **.03** |
| 09/25/2025 | Paid Down<br>13.82 Par Value Of<br>F N M A #Ca1710 4.500% 5/01/48<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>3140Q83U7 | - 13.820 | .00 | 13.82 | - 14.37 | - .55 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A #Ca1710 4.500% 5/01/48** | | **- 13.820** | **.00** | **13.82** | **- 14.37** | **- .55** |
| 09/25/2025 | Paid Down<br>29.45 Par Value Of<br>F N M A #Ca2208 4.500% 8/01/48<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>3140Q9N25 | - 29.450 | .00 | 29.45 | - 30.64 | - 1.19 |
| **Total F N M A #Ca2208 4.500% 8/01/48** | | **- 29.450** | **.00** | **29.45** | **- 30.64** | **- 1.19** |
| 09/25/2025 | Paid Down<br>69.01 Par Value Of<br>F N M A #Fm2318 3.500% 9/01/49<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>3140X5SG9 | - 69.010 | .00 | 69.01 | - 73.19 | - 4.18 |
| **Total F N M A #Fm2318 3.500% 9/01/49** | | **- 69.010** | **.00** | **69.01** | **- 73.19** | **- 4.18** |
| 09/25/2025 | Paid Down<br>142.04 Par Value Of<br>F N M A #Fs1598 2.000% 4/01/52<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>3140XGX46 | - 142.040 | .00 | 142.04 | - 125.11 | 16.93 |
| **Total F N M A #Fs1598 2.000% 4/01/52** | | **- 142.040** | **.00** | **142.04** | **- 125.11** | **16.93** |
| 09/25/2025 | Paid Down<br>54.73 Par Value Of<br>F N M A #Ma1561 3.000% 8/01/33<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418AWX2 | - 54.730 | .00 | 54.73 | - 54.41 | .32 |
| **Total F N M A #Ma1561 3.000% 8/01/33** | | **- 54.730** | **.00** | **54.73** | **- 54.41** | **.32** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>18.3 Par Value Of<br>F N M A #Ma3811 3.000% 10/01/49<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418DGV8 | - 18.300 | .00 | 18.30 | - 18.37 | - .07 |
| **Total F N M A #Ma3811 3.000% 10/01/49** | | **- 18.300** | **.00** | **18.30** | **- 18.37** | **- .07** |
| 09/25/2025 | Paid Down<br>89.34 Par Value Of<br>F N M A #Ma4644 4.000% 5/01/52<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418EES5 | - 89.340 | .00 | 89.34 | - 85.17 | 4.17 |
| **Total F N M A #Ma4644 4.000% 5/01/52** | | **- 89.340** | **.00** | **89.34** | **- 85.17** | **4.17** |
| 09/25/2025 | Paid Down<br>441.34 Par Value Of<br>F N M A #Ma4733 4.500% 8/01/52<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418EHK9 | - 441.340 | .00 | 441.34 | - 424.10 | 17.24 |
| **Total F N M A #Ma4733 4.500% 8/01/52** | | **- 441.340** | **.00** | **441.34** | **- 424.10** | **17.24** |
| 09/25/2025 | Paid Down<br>1.31 Par Value Of<br>F N M A #303826 6.000% 3/01/26<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31373UPK7 | - 1.310 | .00 | 1.31 | - 1.32 | - .01 |
| **Total F N M A #303826 6.000% 3/01/26** | | **- 1.310** | **.00** | **1.31** | **- 1.32** | **- .01** |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>67.53 Par Value Of<br>F N M A #545646 7.000% 9/01/26<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31385JET1 | - 67.530 | .00 | 67.53 | - 67.51 | .02 |
| **Total F N M A #545646 7.000% 9/01/26** | | **- 67.530** | **.00** | **67.53** | **- 67.51** | **.02** |
| 09/25/2025 | Paid Down<br>22.82 Par Value Of<br>F N M A #764388 6.008% 3/01/34<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31404CF54 | - 22.820 | .00 | 22.82 | - 22.80 | .02 |
| **Total F N M A #764388 6.008% 3/01/34** | | **- 22.820** | **.00** | **22.82** | **- 22.80** | **.02** |
| 09/25/2025 | Paid Down<br>20.37 Par Value Of<br>F N M A #939419 6.265% 5/01/37<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31413ADY6 | - 20.370 | .00 | 20.37 | - 20.38 | - .01 |
| **Total F N M A #939419 6.265% 5/01/37** | | **- 20.370** | **.00** | **20.37** | **- 20.38** | **- .01** |
| 09/25/2025 | Paid Down<br>156.99 Par Value Of<br>F N M A Gtd Remic 5.345% 1/25/50<br>Trade Date 9/25/25<br>3136B72K6 | - 156.990 | .00 | 156.99 | - 156.52 | .47 |
| **Total F N M A Gtd Remic 5.345% 1/25/50** | | **- 156.990** | **.00** | **156.99** | **- 156.52** | **.47** |

02568504
54--01-B-62 277-04
0101 -14-02870-04

**U.S. bank**

Page 103 of 136
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - METWEST
ACCOUNT █████803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/08/2025 | Sold 25,000 Par Value Of F N M A Tba 30Yr 3.000% 9/15/47 Trade Date 9/8/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 0003150002557 0B 25,000 Par Value At 88.107422 % 01F030694 | -25,000.000 | .00 | 22,026.86 | -21,681.64 | 345.22 |
| 09/08/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 3.000% 9/15/47 Trade Date 9/8/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 0003150002559 0B 50,000 Par Value At 88.0879 % 01F030694 | -50,000.000 | .00 | 44,043.95 | -43,392.58 | 651.37 |
| **Total F N M A Tba 30Yr 3.000% 9/15/47** | | -75,000.000 | .00 | 66,070.81 | -65,074.22 | 996.59 |
| 09/08/2025 | Sold 75,000 Par Value Of F N M A Tba 30Yr 3.500% 9/15/44 Trade Date 9/8/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 0003150002561 0B 75,000 Par Value At 91.75 % 01F032690 | -75,000.000 | .00 | 68,812.50 | -67,393.56 | 1,418.94 |
| **Total F N M A Tba 30Yr 3.500% 9/15/44** | | -75,000.000 | .00 | 68,812.50 | -67,393.56 | 1,418.94 |
| 09/08/2025 | Sold 25,000 Par Value Of F N M A Tba 30Yr 4.000% 9/15/44 Trade Date 9/8/25 Sold Through Mizuho Securities USA Inc. Swift External Ref#: 0003150002564 0B 25,000 Par Value At 94.625 % 01F040693 | -25,000.000 | .00 | 23,656.25 | -22,956.06 | 700.19 |

R0456

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/08/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 9/8/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025650B<br>50,000 Par Value At 94.71875 %<br>01F040693 | - 50,000.000 | .00 | 47,359.38 | - 46,058.59 | 1,300.79 |
| **Total F N M A Tba 30Yr 4.000% 9/15/44** | | **- 75,000.000** | **.00** | **71,015.63** | **- 69,014.65** | **2,000.98** |
| 09/03/2025 | Sold<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 9/3/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025410B<br>100,000 Par Value At 96.32813 %<br>01F042699 | - 100,000.000 | .00 | 96,328.13 | - 95,935.55 | 392.58 |
| 09/03/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 9/3/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500025430B<br>25,000 Par Value At 96.31836 %<br>01F042699 | - 25,000.000 | .00 | 24,079.59 | - 23,975.59 | 104.00 |
| **Total F N M A Tba 30Yr 4.500% 9/14/44** | | **- 125,000.000** | **.00** | **120,407.72** | **- 119,911.14** | **496.58** |
| 09/12/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/12/25<br>Sold Through Bmo Capital Markets<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | - 25,000.000 | .00 | 24,363.28 | - 24,065.43 | 297.85 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/15/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/15/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | - 25,000.000 | .00 | 24,488.28 | - 24,065.43 | 422.85 |
| 09/25/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/25/25<br>Sold Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | - 25,000.000 | .00 | 24,253.91 | - 24,065.43 | 188.48 |
| **Total F N M A Tba 30Yr 4.500% 10/15/44** | | **- 75,000.000** | **.00** | **73,105.47** | **- 72,196.29** | **909.18** |
| 09/09/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 9/9/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025700B<br>50,000 Par Value At 99.691406 %<br>01F050692 | - 50,000.000 | .00 | 49,845.70 | - 49,114.26 | 731.44 |
| 09/09/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 9/9/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500025720B<br>25,000 Par Value At 99.71876 %<br>01F050692 | - 25,000.000 | .00 | 24,929.69 | - 24,588.38 | 341.31 |
| **Total F N M A Tba 30Yr 5.000% 9/15/45** | | **- 75,000.000** | **.00** | **74,775.39** | **- 73,702.64** | **1,072.75** |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/09/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.500% 9/15/44<br>Trade Date 9/9/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500025740B<br>50,000 Par Value At 101.18946 %<br>01F052698 | - 50,000.000 | .00 | 50,594.73 | - 50,066.41 | 528.32 |
| **Total F N M A Tba 30Yr 5.500% 9/15/44** | | **- 50,000.000** | **.00** | **50,594.73** | **- 50,066.41** | **528.32** |
| 09/08/2025 | Sold 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.000% 9/15/51<br>Trade Date 9/8/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500025540B<br>50,000 Par Value At 80.67774 %<br>01F020695 | - 50,000.000 | .00 | 40,338.87 | - 39,687.50 | 651.37 |
| **Total FHLMC Tba 30Yr 2.000% 9/15/51** | | **- 50,000.000** | **.00** | **40,338.87** | **- 39,687.50** | **651.37** |
| 09/08/2025 | Sold 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Trade Date 9/8/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500025550B<br>50,000 Par Value At 84.4707 %<br>01F022691 | - 50,000.000 | .00 | 42,235.35 | - 41,560.55 | 674.80 |
| **Total FHLMC Tba 30Yr 2.500% 9/15/51** | | **- 50,000.000** | **.00** | **42,235.35** | **- 41,560.55** | **674.80** |
| 09/22/2025 | Paid Down<br>50.13 Par Value Of<br>G N M A I I #Ma4454 5.000% 5/20/47<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179S5P8 | - 50.130 | .00 | 50.13 | - 53.39 | - 3.26 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total G N M A I I #Ma4454 5.000% 5/20/47** | | **- 50.130** | **.00** | **50.13** | **- 53.39** | **- 3.26** |
| 09/22/2025 | Paid Down<br>23.23 Par Value Of<br>G N M A I I #Ma4838 4.000% 11/20/47<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179TLT0 | - 23.230 | .00 | 23.23 | - 23.32 | - .09 |
| **Total G N M A I I #Ma4838 4.000% 11/20/47** | | **- 23.230** | **.00** | **23.23** | **- 23.32** | **- .09** |
| 09/22/2025 | Paid Down<br>45.05 Par Value Of<br>G N M A I I #Ma5399 4.500% 8/20/48<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179T7L3 | - 45.050 | .00 | 45.05 | - 46.63 | - 1.58 |
| **Total G N M A I I #Ma5399 4.500% 8/20/48** | | **- 45.050** | **.00** | **45.05** | **- 46.63** | **- 1.58** |
| 09/22/2025 | Paid Down<br>8.92 Par Value Of<br>G N M A I I #Ma5530 5.000% 10/20/48<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179UEB4 | - 8.920 | .00 | 8.92 | - 9.32 | - .40 |
| **Total G N M A I I #Ma5530 5.000% 10/20/48** | | **- 8.920** | **.00** | **8.92** | **- 9.32** | **- .40** |
| 09/22/2025 | Paid Down<br>11.64 Par Value Of<br>G N M A I I #Ma5651 4.000% 12/20/48<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179UH47 | - 11.640 | .00 | 11.64 | - 11.87 | - .23 |
| **Total G N M A I I #Ma5651 4.000% 12/20/48** | | **- 11.640** | **.00** | **11.64** | **- 11.87** | **- .23** |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/22/2025 | Paid Down<br>1.97 Par Value Of<br>G N M A I I #Ma6209 3.000% 10/20/49<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179U3S9 | - 1.970 | .00 | 1.97 | - 1.98 | - .01 |
| **Total G N M A I I #Ma6209 3.000% 10/20/49** | | **- 1.970** | **.00** | **1.97** | **- 1.98** | **- .01** |
| 09/22/2025 | Paid Down<br>210.92 Par Value Of<br>G N M A I I #Ma8201 4.500% 8/20/52<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179XDE3 | - 210.920 | .00 | 210.92 | - 201.04 | 9.88 |
| **Total G N M A I I #Ma8201 4.500% 8/20/52** | | **- 210.920** | **.00** | **210.92** | **- 201.04** | **9.88** |
| 09/22/2025 | Paid Down<br>161.47 Par Value Of<br>G N M A I I #Ma9963 4.500% 10/20/54<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36180AB85 | - 161.470 | .00 | 161.47 | - 153.43 | 8.04 |
| **Total G N M A I I #Ma9963 4.500% 10/20/54** | | **- 161.470** | **.00** | **161.47** | **- 153.43** | **8.04** |
| 09/15/2025 | Sold 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 9/15/45<br>Trade Date 9/15/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025980B<br>50,000 Par Value At 95.0293 %<br>21H040699 | - 50,000.000 | .00 | 47,514.65 | - 46,439.45 | 1,075.20 |
| **Total G N M A I I Tba 4.000% 9/15/45** | | **- 50,000.000** | **.00** | **47,514.65** | **- 46,439.45** | **1,075.20** |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/15/2025 | Sold 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 9/15/45<br>Trade Date 9/15/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500025990B<br>25,000 Par Value At 97.9414 %<br>21H042695 | - 25,000.000 | .00 | 24,485.35 | - 23,942.38 | 542.97 |
| **Total G N M A I I Tba 4.500% 9/15/45** | | **- 25,000.000** | **.00** | **24,485.35** | **- 23,942.38** | **542.97** |
| 09/22/2025 | Paid Down<br>249.51 Par Value Of<br>G N M A Gtd Remic 5.595% 2/20/54<br>Trade Date 9/20/25<br>38384JQR8 | - 249.510 | .00 | 249.51 | - 249.35 | .16 |
| **Total G N M A Gtd Remic 5.595% 2/20/54** | | **- 249.510** | **.00** | **249.51** | **- 249.35** | **.16** |
| 09/11/2025 | Sold 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 2.500% 9/15/50<br>Trade Date 9/11/25<br>Sold Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500025920B<br>25,000 Par Value At 86.56444 %<br>21H022697 | - 25,000.000 | .00 | 21,641.11 | - 21,164.06 | 477.05 |
| **Total GNMA II Tba 30Yr 2.500% 9/15/50** | | **- 25,000.000** | **.00** | **21,641.11** | **- 21,164.06** | **477.05** |
| 09/15/2025 | Sold 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 9/15/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500026010B<br>25,000 Par Value At 100.10936 %<br>21H050698 | - 25,000.000 | .00 | 25,027.34 | - 24,579.59 | 447.75 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/15/2025 | Sold 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 9/15/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500026030B<br>25,000 Par Value At 100.13672 %<br>21H050698 | - 25,000.000 | .00 | 25,034.18 | - 24,583.98 | 450.20 |
| 09/15/2025 | Sold 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 9/15/25<br>Sold Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500026050B<br>25,000 Par Value At 100.12696 %<br>21H050698 | - 25,000.000 | .00 | 25,031.74 | - 24,588.87 | 442.87 |
| **Total GNMA II Tba 30Yr 5.000% 9/15/52** | | **- 75,000.000** | **.00** | **75,093.26** | **- 73,752.44** | **1,340.82** |
| 09/15/2025 | Sold 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Trade Date 9/15/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500026080B<br>25,000 Par Value At 101.20312 %<br>21H052694 | - 25,000.000 | .00 | 25,300.78 | - 25,067.38 | 233.40 |
| **Total GNMA II Tba 30Yr 5.500% 9/15/53** | | **- 25,000.000** | **.00** | **25,300.78** | **- 25,067.38** | **233.40** |
| 09/09/2025 | Sold<br>198,000 Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 9/9/25<br>Sold Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500025750B<br>198,000 Par Value At 100.43359596 %<br>91282CNU1 | - 198,000.000 | .00 | 198,858.52 | - 197,793.24 | 1,065.28 |

02568504
54-01-B-62 277-04
0101-14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ▉▉803

**US bank**

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/09/2025 | Sold 99,000<br>Par Value Of<br>U S Treasury Nt          3.750%  8/15/28<br>Trade Date 9/9/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 0003150002578 0B<br>99,000 Par Value At 100.35937374 %<br>9128 2CNU1 | - 99,000.000 | .00 | 99,355.78 | - 98,846.59 | 509.19 |
| 09/09/2025 | Sold 99,000<br>Par Value Of<br>U S Treasury Nt          3.750%  8/15/28<br>Trade Date 9/9/25<br>Sold Through Bnp. Paribas Sec Corp<br>Swift External Ref#: 0003150002579 0C<br>99,000 Par Value At 100.34765657 %<br>9128 2CNU1 | - 99,000.000 | .00 | 99,344.18 | - 98,861.48 | 482.70 |
| 09/10/2025 | Sold<br>100,000 Par Value Of<br>U S Treasury Nt          3.750%  8/15/28<br>Trade Date 9/10/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 0003150002584 0B<br>100,000 Par Value At 100.36719 %<br>9128 2CNU1 | - 100,000.000 | .00 | 100,367.19 | - 99,774.13 | 593.06 |
| 09/10/2025 | Sold<br>104,000 Par Value Of<br>U S Treasury Nt          3.750%  8/15/28<br>Trade Date 9/10/25<br>Sold Through Bnp. Paribas Brokerage Securiti<br>Swift Internal Ref#: 2025091102877982<br>Swift External Ref#: 0003150002586 0B<br>104,000 Par Value At 100.359375 %<br>9128 2CNU1 | - 104,000.000 | .00 | 104,373.75 | - 103,791.69 | 582.06 |
| **Total U S Treasury Nt 3.750% 8/15/28** | | **- 600,000.000** | **.00** | **602,299.42** | **- 599,067.13** | **3,232.29** |

R0464



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/03/2025 | Sold 10,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/3/25<br>Sold Through J.P. Morgan Securities LLC<br>Repost Of Sell Smac 18526611<br>91282CNV9 | - 10,000.000 | .00 | 10,001.95 | - 9,984.56 | 17.39 |
| 09/03/2025 | Sold<br>379,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/3/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Repost Of Sell Smac 18533950<br>91282CNV9 | - 379,000.000 | .00 | 379,118.44 | - 378,632.34 | 486.10 |
| 09/22/2025 | Sold<br>381,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/22/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500026360B<br>381,000 Par Value At 100.10118373 %<br>91282CNV9 | - 381,000.000 | .00 | 381,385.51 | - 380,821.40 | 564.11 |
| 09/22/2025 | Sold<br>225,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/22/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026370B<br>225,000 Par Value At 100.09190222 %<br>91282CNV9 | - 225,000.000 | .00 | 225,206.78 | - 224,894.53 | 312.25 |
| 09/22/2025 | Sold<br>225,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/22/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026390B<br>225,000 Par Value At 100.06869778 %<br>91282CNV9 | - 225,000.000 | .00 | 225,154.57 | - 224,894.54 | 260.03 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/22/2025 | Sold<br>318,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/22/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026420B<br>318,000 Par Value At 100.03436792 %<br>91282CNV9 | - 318,000.000 | .00 | 318,109.29 | - 317,850.94 | 258.35 |
| 09/24/2025 | Sold<br>322,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/24/25<br>Sold Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500026560B<br>322,000 Par Value At 100.03515528 %<br>91282CNV9 | - 322,000.000 | .00 | 322,113.20 | - 321,849.06 | 264.14 |
| 09/24/2025 | Sold<br>538,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 9/24/25<br>Sold Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500026470D<br>538,000 Par Value At 100.0390632 %<br>91282CNV9 | - 538,000.000 | .00 | 538,210.16 | - 538,292.19 | - 82.03 |
| **Total U S Treasury Nt 3.750% 8/31/27** | | **- 2,398,000.000** | **.00** | **2,399,299.90** | **- 2,397,219.56** | **2,080.34** |
| 09/04/2025 | Sold<br>175,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/4/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025490B<br>175,000 Par Value At 99.85993143 %<br>91282CNX5 | - 175,000.000 | .00 | 174,754.88 | - 174,040.20 | 714.68 |




02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/19/2025 | Sold<br>178,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/19/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026230B<br>178,000 Par Value At 99.71276966 %<br>91282CNX5 | - 178,000.000 | .00 | 177,488.73 | - 177,058.51 | 430.22 |
| 09/19/2025 | Sold<br>178,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/19/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026270B<br>178,000 Par Value At 99.71276966 %<br>91282CNX5 | - 178,000.000 | .00 | 177,488.73 | - 177,247.29 | 241.44 |
| 09/19/2025 | Sold<br>321,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/19/25<br>Sold Through Nmrius33 Nomura Secs Intl Ny<br>Swift External Ref#: 00031500026320C<br>321,000 Par Value At 99.72265732 %<br>91282CNX5 | - 321,000.000 | .00 | 320,109.73 | - 319,794.83 | 314.90 |
| 09/23/2025 | Sold<br>181,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/23/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026450B<br>181,000 Par Value At 99.72878453 %<br>91282CNX5 | - 181,000.000 | .00 | 180,509.10 | - 179,988.43 | 520.67 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/24/2025 | Sold 81,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/24/25<br>Sold Through Bnp Paribas Brokerage Securiti<br>Swift External Ref#: 00031500026500B<br>81,000 Par Value At 99.71875309 %<br>91282CNX5 | - 81,000.000 | .00 | 80,772.19 | - 80,540.24 | 231.95 |
| 09/24/2025 | Sold<br>163,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/24/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500026520B<br>163,000 Par Value At 99.72193252 %<br>91282CNX5 | - 163,000.000 | .00 | 162,546.75 | - 162,074.81 | 471.94 |
| 09/24/2025 | Sold<br>244,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/24/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500026530B<br>244,000 Par Value At 99.70854098 %<br>91282CNX5 | - 244,000.000 | .00 | 243,288.84 | - 242,615.05 | 673.79 |
| 09/24/2025 | Sold<br>184,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/24/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500026570B<br>184,000 Par Value At 99.65744565 %<br>91282CNX5 | - 184,000.000 | .00 | 183,369.70 | - 183,098.71 | 270.99 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ███8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/24/2025 | Sold<br>159,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/24/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500026600B<br>159,000 Par Value At 99.63291195 %<br>91282CNX5 | - 159,000.000 | .00 | 158,416.33 | - 158,348.18 | 68.15 |
| 09/24/2025 | Sold<br>315,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/24/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500026620B<br>315,000 Par Value At 99.63213016 %<br>91282CNX5 | - 315,000.000 | .00 | 313,841.21 | - 313,821.32 | 19.89 |
| 09/25/2025 | Sold<br>145,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 9/25/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026640B<br>145,000 Par Value At 99.4508 %<br>91282CNX5 | - 145,000.000 | .00 | 144,203.66 | - 145,203.63 | - 999.97 |
| **Total U S Treasury Nt 3.750% 8/31/30** | | **- 2,324,000.000** | **.00** | **2,316,789.85** | **- 2,313,831.20** | **2,958.65** |
| 09/18/2025 | Sold 88,000<br>Par Value Of<br>U S Treasury Nt 3.875% 8/31/32<br>Trade Date 9/18/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026200B<br>88,000 Par Value At 100.15715909 %<br>91282CNW7 | - 88,000.000 | .00 | 88,138.30 | - 87,405.33 | 732.97 |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/19/2025 | Sold 88,000<br>Par Value Of<br>U S Treasury Nt 3.875% 8/31/32<br>Trade Date 9/19/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500026290B<br>88,000 Par Value At 99.9375 %<br>91282CNW7 | - 88,000.000 | .00 | 87,945.00 | - 87,335.37 | 609.63 |
| 09/19/2025 | Sold 53,000<br>Par Value Of<br>U S Treasury Nt 3.875% 8/31/32<br>Trade Date 9/19/25<br>Sold Through Nmrius33 Nomura Secs Intl Ny<br>Swift External Ref#: 00031500026300B<br>53,000 Par Value At 99.9609434 %<br>91282CNW7 | - 53,000.000 | .00 | 52,979.30 | - 52,781.42 | 197.88 |
| **Total U S Treasury Nt 3.875% 8/31/32** | | **- 229,000.000** | **.00** | **229,062.60** | **- 227,522.12** | **1,540.48** |
| 09/04/2025 | Sold 24,000<br>Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/4/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500025460B<br>24,000 Par Value At 100.46095833 %<br>91282CNT4 | - 24,000.000 | .00 | 24,110.63 | - 24,003.24 | 107.39 |
| 09/08/2025 | Sold 5,000<br>Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/8/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500025670B<br>5,000 Par Value At 101.6524 %<br>91282CNT4 | - 5,000.000 | .00 | 5,082.62 | - 5,016.19 | 66.43 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/10/2025 | Sold 78,000<br>Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/10/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500025880B<br>78,000 Par Value At 101.67969231 %<br>91282CNT4 | - 78,000.000 | .00 | 79,310.16 | - 78,197.48 | 1,112.68 |
| 09/19/2025 | Sold 10,000<br>Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/19/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500026240B<br>10,000 Par Value At 100.9492 %<br>91282CNT4 | - 10,000.000 | .00 | 10,094.92 | - 10,015.70 | 79.22 |
| **Total U S Treasury Nt 4.250% 8/15/35** | | **- 117,000.000** | **.00** | **118,598.33** | **- 117,232.61** | **1,365.72** |
| **Total Government Issues** | | **- 6,521,040.820** | **.00** | **6,470,482.54** | **- 6,446,792.34** | **23,690.20** |
| **Corporate Issues** | | | | | | |
| 09/15/2025 | Sold 5,000<br>Par Value Of<br>American Assets L P 6.150% 10/01/34<br>Trade Date 9/15/25<br>Sold Through US Bancorp Investments Inc.<br>Swift External Ref#: 00031500026090B<br>5,000 Par Value At 102.763 %<br>02401LAB0 | - 5,000.000 | .00 | 5,138.15 | - 4,983.55 | 154.60 |
| **Total American Assets L P 6.150% 10/01/34** | | **- 5,000.000** | **.00** | **5,138.15** | **- 4,983.55** | **154.60** |
| 09/17/2025 | Paid Down<br>694.25 Par Value Of<br>Bank 0.44599% 12/16/53<br>Trade Date 9/17/25<br>06541UBN5 | - 694.250 | .00 | 694.25 | - 686.00 | 8.25 |



02568504
54 -01 -B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Bank 0.44599% 12/16/53** | | **- 694.250** | **.00** | **694.25** | **- 686.00** | **8.25** |
| 09/15/2025 | Paid Down 297.75 Par Value Of Exeter Automobile Re 5.040% 3/15/28 Trade Date 9/15/25 30165BAC7 | - 297.750 | .00 | 297.75 | - 297.73 | .02 |
| **Total Exeter Automobile Re 5.040% 3/15/28** | | **- 297.750** | **.00** | **297.75** | **- 297.73** | **.02** |
| 09/25/2025 | Paid Down 329.58 Par Value Of New Century Home 5.39094% 8/25/34 Trade Date 9/25/25 64352VFW6 | - 329.580 | .00 | 329.58 | - 316.34 | 13.24 |
| **Total New Century Home 5.39094% 8/25/34** | | **- 329.580** | **.00** | **329.58** | **- 316.34** | **13.24** |
| 09/25/2025 | Paid Down 78.98 Par Value Of S L M A 5.33497% 1/25/29 Trade Date 9/25/25 78446YAA1 | - 78.980 | .00 | 78.98 | - 79.15 | - .17 |
| **Total S L M A 5.33497% 1/25/29** | | **- 78.980** | **.00** | **78.98** | **- 79.15** | **- .17** |
| 09/15/2025 | Paid Down 1,200.94 Par Value Of Slc Student Loan 4.81766% 12/15/38 Trade Date 9/15/25 784427AF3 | - 1,200.940 | .00 | 1,200.94 | - 1,105.63 | 95.31 |
| **Total Slc Student Loan 4.81766% 12/15/38** | | **- 1,200.940** | **.00** | **1,200.94** | **- 1,105.63** | **95.31** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 269 of 592

R0472



ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/09/2025 | Sold 7,000<br>Par Value Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Trade Date 9/9/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500025810B<br>7,000 Par Value At 87 %<br>55903VBQ5 | - 7,000.000 | .00 | 6,090.00 | - 6,091.19 | - 1.19 |
| **Total Warnermedia Hldgs 4.279% 3/15/32** | | **- 7,000.000** | **.00** | **6,090.00** | **- 6,091.19** | **- 1.19** |
| **Total Corporate Issues** | | **- 14,601.500** | **.00** | **13,829.65** | **- 13,559.59** | **270.06** |
| **Municipal Issues** | | | | | | |
| 09/02/2025 | Sold 10,000<br>Par Value Of<br>Massachusetts ST Sch 2.966% 10/15/32<br>Trade Date 9/2/25<br>Sold Through Tender/Purchase Offer<br>Tender Offer Paid At $945.98 Per $1000<br>576000XM0 | - 10,000.000 | .00 | 9,459.80 | - 10,810.20 | - 1,350.40 |
| **Total Massachusetts ST Sch 2.966% 10/15/32** | | **- 10,000.000** | **.00** | **9,459.80** | **- 10,810.20** | **- 1,350.40** |
| **Total Municipal Issues** | | **- 10,000.000** | **.00** | **9,459.80** | **- 10,810.20** | **- 1,350.40** |
| **Total Sales And Maturities** | | **- 16,201,799.170** | **.00** | **16,149,928.84** | **- 16,127,318.98** | **22,609.86** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 09/03/2025 | 10/14/2025 | Purchased 100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/3/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 162.50- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0426A6 | 100,000.000 | 96,263.67 | - 96,263.67 |
| 09/03/2025 | 10/14/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/3/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 40.63- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0426A6 | 25,000.000 | 24,063.48 | - 24,063.48 |
| 09/08/2025 | 10/14/2025 | Purchased 50,000 Par Value Of<br>FHLMC Tba 30Yr 2.000% 10/15/50<br>Trade Date 9/8/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 36.11- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0206A2 | 50,000.000 | 40,349.61 | - 40,349.61 |





## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 09/08/2025 | 10/14/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 10/15/44<br>Trade Date 9/8/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 36.11- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0406A0 | 25,000.000 | 23,646.48 | - 23,646.48 |
| 09/08/2025 | 10/14/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 10/15/44<br>Trade Date 9/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 72.22- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0406A0 | 50,000.000 | 47,339.84 | - 47,339.84 |
| 09/08/2025 | 10/14/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 10/15/47<br>Trade Date 9/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 27.08- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0306A1 | 25,000.000 | 22,026.37 | - 22,026.37 |
| 09/08/2025 | 10/14/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 10/15/47<br>Trade Date 9/8/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 54.17- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0306A1 | 50,000.000 | 44,042.97 | - 44,042.97 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 09/08/2025 | 10/14/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 2.500% 10/15/51<br>Trade Date 9/8/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 45.14- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0226A8 | 50,000.000 | 42,242.19 | - 42,242.19 |
| 09/08/2025 | 10/14/2025 | Purchased 75,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 10/15/44<br>Trade Date 9/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 94.79- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0326A7 | 75,000.000 | 68,799.32 | - 68,799.32 |
| 09/09/2025 | 10/14/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 5.500% 10/15/44<br>Trade Date 9/9/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 99.31- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0526A5 | 50,000.000 | 50,560.55 | - 50,560.55 |
| 09/09/2025 | 10/14/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 10/15/45<br>Trade Date 9/9/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 90.28- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0506A9 | 50,000.000 | 49,817.38 | - 49,817.38 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 09/09/2025 | 10/14/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 10/15/45<br>Trade Date 9/9/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 45.14- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F0506A9 | 25,000.000 | 24,916.02 | - 24,916.02 |
| 09/11/2025 | 10/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 2.500% 10/15/51<br>Trade Date 9/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 32.99- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0226A4 | 25,000.000 | 21,640.63 | - 21,640.63 |
| 09/12/2025 | 10/14/2025 | Purchased 20,709.91 Par Value Of<br>F H L M C #Sd8266 4.500% 10/01/52<br>Trade Date 9/12/25<br>Purchased Through Bmo Capital Markets<br>Paid 0.00 USD Load<br>Paid 33.65- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>3132DWFF5 | 20,709.910 | 20,290.86 | - 20,290.86 |
| 09/15/2025 | 10/20/2025 | Purchased 25,000 Par Value Of<br>G N M A I I Tba 4.500% 10/15/44<br>Trade Date 9/15/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 59.38- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0426A2 | 25,000.000 | 24,475.59 | - 24,475.59 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 09/15/2025 | 10/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 15Yr 5.000% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0506A5 | 25,000.000 | 25,004.88 | - 25,004.88 |
| 09/15/2025 | 10/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 15Yr 5.000% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0506A5 | 25,000.000 | 25,011.72 | - 25,011.72 |
| 09/15/2025 | 10/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 15Yr 5.000% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0506A5 | 25,000.000 | 25,008.79 | - 25,008.79 |
| 09/15/2025 | 10/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 15Yr 5.500% 10/15/52<br>Trade Date 9/15/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 72.57- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0526A1 | 25,000.000 | 25,282.23 | - 25,282.23 |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 09/15/2025 | 10/14/2025 | Purchased 24,498.05 Par Value Of<br>F H L M C #Sl1660 4.500% 10/01/53<br>Trade Date 9/15/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 39.81- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>31427NZ28 | 24,498.050 | 24,122.92 | - 24,122.92 |
| 09/15/2025 | 10/20/2025 | Purchased 50,000 Par Value Of<br>G N M A I I Tba 4.000% 10/15/45<br>Trade Date 9/15/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 105.56- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H0406A6 | 50,000.000 | 47,513.67 | - 47,513.67 |
| 09/25/2025 | 10/14/2025 | Purchased 19,633.77 Par Value Of<br>F N M A #Ma4656 4.500% 6/01/52<br>Trade Date 9/25/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 31.90- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>31418EE63 | 19,633.770 | 19,149.06 | - 19,149.06 |
| 09/30/2025 | 10/01/2025 | Purchased 9,000 Par Value Of<br>U S Treasury Nt 4.250% 8/15/35<br>Trade Date 9/30/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500026720C<br>9,000 Par Value At 101.01566667 %<br>91282CNT4 | 9,000.000 | 9,091.41 | - 9,091.41 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 09/30/2025 | 10/01/2025 | Purchased 99,000 Par Value Of<br>U S Treasury Nt 3.625% 9/30/30<br>Trade Date 9/30/25<br>Purchased Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500026710B<br>99,000 Par Value At 99.60937374 %<br>91282CPA3 | 99,000.000 | 98,613.28 | - 98,613.28 |
| **Total Purchases** | | | **947,841.730** | **899,272.92** | **- 899,272.92** |
| **Sales** | | | | | |
| 09/12/2025 | 10/14/2025 | Sold 25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/12/25<br>Sold Through Bmo Capital Markets<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | - 25,000.000 | - 24,065.43 | 24,363.28 |
| 09/15/2025 | 10/14/2025 | Sold 25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/15/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | - 25,000.000 | - 24,065.43 | 24,488.28 |
| 09/25/2025 | 10/14/2025 | Sold 25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 10/15/44<br>Trade Date 9/25/25<br>Sold Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F0426A6 | - 25,000.000 | - 24,065.43 | 24,253.91 |
| **Total Sales** | | | **- 75,000.000** | **- 72,196.29** | **73,105.47** |





02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Net Trades Pending Settlement** | | | **872,841.730** | **827,076.63** | **- 826,167.45** |

02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Barclays Capital Inc. Fixed In** | | | | | | |
| 25,000.000 | 09/15/2025 | Bought GNMA II Tba 15Yr 5.000% 10/15/52 21H0506A5 | 25,004.88 | .00 | - 65.97 | 25,004.88 |
| - 25,000.000 | 09/01/2025 | Bought GNMA II Tba 30Yr 5.000% 9/15/52 21H050698 | - 24,579.59 | .00 | 72.92 | - 24,579.59 |
| **Total Barclays Capital Inc. Fixed In** | | | **425.29** | **.00** | **6.95** | **425.29** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Bmo Capital Markets** | | | | | | |
| 20,709.910 | 09/12/2025 | Bought F H L M C #Sd8266 4.500% 10/01/52 3132DWFF5 | 20,290.86 | .00 | - 33.65 | 20,290.86 |
| **Total Bmo Capital Markets** | | | **20,290.86** | **.00** | **- 33.65** | **20,290.86** |
| # Trades/Commission Per Share | | | 1 | .00 | | |
| **BofA Securities, Inc./Fxd Inc** | | | | | | |
| 50,000.000 | 09/09/2025 | Bought F N M A Tba 30Yr 5.500% 10/15/44 01F0526A5 | 50,560.55 | .00 | - 99.31 | 50,560.55 |
| - 50,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 5.500% 9/15/44 01F052698 | - 50,066.41 | .00 | 106.94 | - 50,066.41 |
| **Total BofA Securities, Inc./Fxd Inc** | | | **494.14** | **.00** | **7.63** | **494.14** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Citigroup Global Markets Inc.** | | | | | | |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 50,000.000 | 09/08/2025 | Bought FHLMC Tba 30Yr 2.000% 10/15/50 01F0206A2 | 40,349.61 | .00 | - 36.11 | 40,349.61 |
| - 50,000.000 | 09/01/2025 | Bought FHLMC Tba 30Yr 2.000% 9/15/51 01F020695 | - 39,687.50 | .00 | 38.89 | - 39,687.50 |
| 50,000.000 | 09/08/2025 | Bought F N M A Tba 30Yr 2.500% 10/15/51 01F0226A8 | 42,242.19 | .00 | - 45.14 | 42,242.19 |
| - 50,000.000 | 09/01/2025 | Bought FHLMC Tba 30Yr 2.500% 9/15/51 01F022691 | - 41,560.55 | .00 | 48.61 | - 41,560.55 |
| 50,000.000 | 09/08/2025 | Bought F N M A Tba 30Yr 3.000% 10/15/47 01F0306A1 | 44,042.97 | .00 | - 54.17 | 44,042.97 |
| - 50,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 3.000% 9/15/47 01F030694 | - 43,392.58 | .00 | 58.33 | - 43,392.58 |
| 25,000.000 | 09/03/2025 | Bought F N M A Tba 30Yr 4.500% 10/15/44 01F0426A6 | 24,063.48 | .00 | - 40.63 | 24,063.48 |
| - 25,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 4.500% 9/14/44 01F042699 | - 23,975.59 | .00 | 43.75 | - 23,975.59 |
| 25,000.000 | 09/15/2025 | Bought G N M A I I Tba 4.500% 10/15/44 21H0426A2 | 24,475.59 | .00 | - 59.38 | 24,475.59 |
| - 25,000.000 | 09/01/2025 | Bought G N M A I I Tba 4.500% 9/15/45 21H042695 | - 23,942.38 | .00 | 65.63 | - 23,942.38 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|---|
| 25,000.000 | 09/15/2025 | Bought GNMA II Tba 15Yr 21H0506A5 | 5.000% 10/15/52 | 25,011.72 | .00 | - 65.97 | 25,011.72 |
| - 25,000.000 | 09/01/2025 | Bought GNMA II Tba 30Yr 21H050698 | 5.000% 9/15/52 | - 24,588.87 | .00 | 72.92 | - 24,588.87 |
| **Total Citigroup Global Markets Inc.** | | | | **3,038.09** | **.00** | **26.73** | **3,038.09** |
| # Trades/Commission Per Share | | | | 12 | .00 | | |
| **Goldman Sachs & Co. LLC** | | | | | | | |
| 25,000.000 | 09/08/2025 | Bought F N M A Tba 30Yr 01F0306A1 | 3.000% 10/15/47 | 22,026.37 | .00 | - 27.08 | 22,026.37 |
| - 25,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 01F030694 | 3.000% 9/15/47 | - 21,681.64 | .00 | 29.17 | - 21,681.64 |
| 75,000.000 | 09/08/2025 | Bought F N M A Tba 30Yr 01F0326A7 | 3.500% 10/15/44 | 68,799.32 | .00 | - 94.79 | 68,799.32 |
| - 25,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 01F032690 | 3.500% 9/15/44 | - 22,208.01 | .00 | 34.03 | - 22,208.01 |
| - 50,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 01F032690 | 3.500% 9/15/44 | - 45,185.55 | .00 | 68.06 | - 45,185.55 |
| 50,000.000 | 09/08/2025 | Bought F N M A Tba 30Yr 01F0406A0 | 4.000% 10/15/44 | 47,339.84 | .00 | - 72.22 | 47,339.84 |
| - 50,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 01F040693 | 4.000% 9/15/44 | - 45,912.11 | .00 | 77.78 | - 45,912.11 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 100,000.000 | 09/03/2025 | Bought F N M A Tba 30Yr 4.500% 10/15/44 01F0426A6 | 96,263.67 | .00 | - 162.50 | 96,263.67 |
| - 100,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 4.500% 9/14/44 01F042699 | - 95,935.55 | .00 | 175.00 | - 95,935.55 |
| 50,000.000 | 09/09/2025 | Bought F N M A Tba 30Yr 5.000% 10/15/45 01F0506A9 | 49,817.38 | .00 | - 90.28 | 49,817.38 |
| - 50,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 5.000% 9/15/45 01F050692 | - 49,114.26 | .00 | 97.22 | - 49,114.26 |
| 50,000.000 | 09/15/2025 | Bought G N M A I I Tba 4.000% 10/15/45 21H0406A6 | 47,513.67 | .00 | - 105.56 | 47,513.67 |
| - 50,000.000 | 09/01/2025 | Bought G N M A I I Tba 4.000% 9/15/45 21H040699 | - 46,439.45 | .00 | 116.67 | - 46,439.45 |
| 25,000.000 | 09/15/2025 | Bought GNMA II Tba 15Yr 5.500% 10/15/52 21H0526A1 | 25,282.23 | .00 | - 72.57 | 25,282.23 |
| - 25,000.000 | 09/01/2025 | Bought GNMA II Tba 30Yr 5.500% 9/15/53 21H052694 | - 25,067.38 | .00 | 80.21 | - 25,067.38 |
| 24,498.050 | 09/15/2025 | Bought F H L M C #SI1660 4.500% 10/01/53 31427NZ28 | 24,122.92 | .00 | - 39.81 | 24,122.92 |
| **Total Goldman Sachs & Co. LLC** | | | **29,621.45** | **.00** | **13.33** | **29,621.45** |
| # Trades/Commission Per Share | | | 16 | .00 | | |

**Mizuho Securities USA Inc.**

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 25,000.000 | 09/08/2025 | Bought F N M A Tba 30Yr 4.000% 10/15/44 01F0406A0 | 23,646.48 | .00 | - 36.11 | 23,646.48 |
| - 25,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 4.000% 9/15/44 01F040693 | - 23,102.54 | .00 | 38.89 | - 23,102.54 |
| **Total Mizuho Securities USA Inc.** | | | **543.94** | **.00** | **2.78** | **543.94** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Morgan Stanley & Co. LLC** | | | | | | |
| 25,000.000 | 09/09/2025 | Bought F N M A Tba 30Yr 5.000% 10/15/45 01F0506A9 | 24,916.02 | .00 | - 45.14 | 24,916.02 |
| - 25,000.000 | 09/01/2025 | Bought F N M A Tba 30Yr 5.000% 9/15/45 01F050692 | - 24,588.38 | .00 | 48.61 | - 24,588.38 |
| **Total Morgan Stanley & Co. LLC** | | | **327.64** | **.00** | **3.47** | **327.64** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Wells Fargo Securities, LLC** | | | | | | |
| 25,000.000 | 09/11/2025 | Bought GNMA II Tba 30Yr 2.500% 10/15/51 21H0226A4 | 21,640.63 | .00 | - 32.99 | 21,640.63 |
| - 25,000.000 | 09/01/2025 | Bought GNMA II Tba 30Yr 2.500% 9/15/50 21H022697 | - 21,164.06 | .00 | 36.46 | - 21,164.06 |
| 25,000.000 | 09/15/2025 | Bought GNMA II Tba 15Yr 5.000% 10/15/52 21H0506A5 | 25,008.79 | .00 | - 65.97 | 25,008.79 |





US bank

02568504
54-01-B-62-277-04
0101-14-02870-04

Page 134 of 136
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| - 25,000.000 | 09/01/2025 | Bought<br>GNMA II Tba 30Yr    5.000%  9/15/52<br>21H050698 | - 24,583.98 | .00 | 72.92 | - 24,583.98 |
| 19,633.770 | 09/25/2025 | Bought<br>F N M A #Ma4656    4.500%  6/01/52<br>31418EE63 | 19,149.06 | .00 | - 31.90 | 19,149.06 |
| **Total Wells Fargo Securities, LLC** | | | 20,050.44 | .00 | - 21.48 | 20,050.44 |
| # Trades/Commission Per Share | | | 5 | .00 | | |
| **Grand Total** | | | 74,791.85 | .00 | 5.76 | 74,791.85 |

R0487



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BOND SUMMARY

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **SHORT-TERM MATURITY DETAIL** | | | |
| **121 to 180 Days** | | | |
| F N M A #303826 6.000% 3/01/26 | 4.64 | 4.74 | 0.05 |
| Trinity Acquisition 4.400% 3/15/26 | 10,000.00 | 10,002.90 | 99.95 |
| **Total 121 to 180 Days** | **10,004.64** | **10,007.64** | **100.00** |
| **Total** | **10,004.64** | **10,007.64** | **100.00** |
| **MATURITY SUMMARY** | | | |
| 2025 | .00 | .00 | 0.00 |
| 2026 | 110,232.28 | 109,144.85 | 1.41 |
| 2027 | 2,156,000.00 | 2,149,928.26 | 27.69 |
| 2028 | 800,743.45 | 796,146.72 | 10.26 |
| 2029 | 80,726.47 | 78,401.35 | 1.01 |
| 2030 | 2,412,755.41 | 2,395,068.09 | 30.85 |
| 2031 | 266,945.47 | 250,047.52 | 3.22 |
| 2032 | 444,000.00 | 430,537.78 | 5.55 |
| 2033 | 43,782.01 | 45,149.52 | 0.58 |
| 2034 | 111,182.50 | 109,183.88 | 1.40 |
| 2035 - 2039 | 305,822.59 | 292,410.22 | 3.76 |
| 2040 - 2044 | 275,000.00 | 262,336.00 | 3.37 |
| 2045 - 2049 | 275,491.86 | 258,944.68 | 3.33 |
| 2050 - 2054 | 589,259.46 | 546,667.60 | 7.03 |
| OVER 2054 | 40,000.00 | 42,064.40 | 0.54 |
| **Total** | **7,911,941.50** | **7,766,030.87** | **100.00** |
| **MOODY'S RATING** | | | |
| Aaa | 112,598.18 | 111,790.72 | 1.45 |
| Aa1 | 2,653,355.32 | 2,642,857.31 | 34.03 |
| Aa2 | 185,595.19 | 176,205.02 | 2.27 |
| Aa3 | 20,000.00 | 20,310.50 | 0.26 |
| A1 | 210,000.00 | 199,881.50 | 2.57 |
| A2 | 44,329.71 | 44,151.21 | 0.57 |



02568504
54- -01-B -62 -277-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| A3 | 140,000.00 | 137,724.90 | 1.77 |
| Baa1 | 310,000.00 | 311,745.60 | 4.01 |
| Baa2 | 214,000.00 | 203,081.32 | 2.61 |
| Baa3 | 72,000.00 | 68,516.66 | 0.88 |
| Ba1 | 56,000.00 | 50,124.90 | 0.65 |
| Ba2 | 25,000.00 | 26,686.00 | 0.34 |
| B1 | 10,726.47 | 10,427.20 | 0.13 |
| B2 | 11,000.00 | 10,582.11 | 0.14 |
| N/A | 3,822,838.58 | 3,727,967.16 | 48.00 |
| Not Provided | 24,498.05 | 23,978.76 | 0.32 |
| **Total** | **7,911,941.50** | **7,766,030.87** | **100.00** |

**S&P RATING**

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| AAA | 90,000.00 | 90,468.15 | 1.16 |
| AA+ | 121,963.87 | 120,103.74 | 1.55 |
| AA | 93,041.20 | 86,098.93 | 1.11 |
| AA- | 100,000.00 | 101,252.60 | 1.30 |
| A+ | 34,329.71 | 35,043.56 | 0.45 |
| A | 130,000.00 | 127,553.80 | 1.64 |
| A- | 205,000.00 | 196,065.60 | 2.52 |
| BBB+ | 345,000.00 | 341,651.16 | 4.40 |
| BBB | 261,000.00 | 249,344.07 | 3.21 |
| BBB- | 121,000.00 | 117,228.30 | 1.51 |
| B+ | 11,000.00 | 10,582.11 | 0.14 |
| N/A | 6,370,108.67 | 6,262,326.09 | 80.64 |
| N/R | 5,000.00 | 4,334.00 | 0.06 |
| Not Provided | 24,498.05 | 23,978.76 | 0.31 |
| **Total** | **7,911,941.50** | **7,766,030.87** | **100.00** |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

**Account Number: ████8804**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023073 26 SP 000638049232292 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 19 |
| Investment Activity | 22 |
| Purchases | 25 |
| Sales And Maturities | 48 |
| Pending Trades | 62 |
| Broker Commissions | 64 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **6,386,778.53** | **5,529,108.19** |
| **Investment Activity** | | |
| Interest | 570.35 | 570.35 |
| Dividends | 12,212.82 | 12,212.82 |
| Realized Gain/Loss | 31,544.49 | 31,544.49 |
| Change In Unrealized Gain/Loss | - 40,959.64 | .00 |
| Net Accrued Income (Current-Prior) | 1,370.22 | 1,370.22 |
| **Total Investment Activity** | **4,738.24** | **45,697.88** |
| **Net Change In Market And Cost** | **4,738.24** | **45,697.88** |
| **Ending Market And Cost** | **6,391,516.77** | **5,574,806.07** |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 5,324.53** |
| **Investment Activity** | |
| Interest | 570.35 |
| Dividends | 12,212.82 |
| Cash Equivalent Purchases | - 202,353.76 |
| Purchases | - 453,700.89 |
| Cash Equivalent Sales | 200,059.04 |
| Sales/Maturities | 424,309.09 |
| **Total Investment Activity** | **- 18,903.35** |
| **Net Change In Cash** | **- 18,903.35** |
| **Ending Cash** | **- 24,227.88** |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 135,548.62 | 135,548.62 | 2.13 |
| Domestic Common Stocks | 5,184,979.20 | 4,502,912.31 | 81.12 |
| Foreign Stocks | 280,656.80 | 214,392.42 | 4.39 |
| Mutual Funds-Equity | 783,268.30 | 714,888.87 | 12.25 |
| **Total Assets** | **6,384,452.92** | **5,567,742.22** | **99.89** |
| Accrued Income | 7,063.85 | 7,063.85 | 0.11 |
| **Grand Total** | **6,391,516.77** | **5,574,806.07** | **100.00** |

**Estimated Annual Income** **116,520.55**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 159,776.500 | 159,776.50<br>1.0000 | 159,776.50 | .00<br>.00 | 434.06 | 4.01 |
| **Total Money Markets** | **159,776.500** | **159,776.50** | **159,776.50** | **.00**<br>**.00** | **434.06** | **4.01** |
| **Cash** | | | | | | |
| Pending Cash | | - 24,227.88 | - 24,227.88 | | | |
| **Total Cash** | **.000** | **- 24,227.88** | **- 24,227.88** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **159,776.500** | **135,548.62** | **135,548.62** | **.00**<br>**.00** | **434.06** | **4.73** |
| **Domestic Common Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparel Retail* | | | | | | |
| Bath Body Works Inc Com 070830104 Asset Minor Code 42 | 2,710.000 | 69,809.60<br>25.7600 | 77,538.26 | - 7,728.66<br>- 7,728.66 | .00 | 3.11 |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Pvh Corporation 693656100 Asset Minor Code 42 | 820.000 | 68,691.40<br>83.7700 | 68,746.34 | - 54.94<br>- 1,329.42 | .00 | 0.18 |
| *Home Building* | | | | | | |



**US bank**

02569104
54-01-B-62-277-04
0101-13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▓▓▓804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Installed Building Products 45780R101 Asset Minor Code 42 | 175.000 | 43,165.50 246.6600 | 29,762.12 | 13,403.38 -2,653.00 | .00 | 0.60 |
| Meritage Homes Corporation 59001A102 Asset Minor Code 42 | 835.000 | 60,479.05 72.4300 | 64,716.97 | -4,237.92 -4,441.65 | .00 | 2.30 |
| Taylor Morrison Home Corp A 87724P106 Asset Minor Code 42 | 935.000 | 61,719.35 66.0100 | 64,190.68 | -2,471.33 -1,664.90 | .00 | 0.00 |
| *Total Home Building* | *1,945.000* | *165,363.90* | *158,669.77* | *6,694.13 -8,759.55* | *.00* | *0.99* |
| **Total Consumer Discretionary** | **5,475.000** | **303,864.90** | **304,954.37** | **-1,089.47 -17,817.63** | **.00** | **1.29** |
| **Consumer Staples** | | | | | | |
| *Soft Drinks* | | | | | | |
| Coca Cola Bottling Co Cons 191098102 Asset Minor Code 42 | 870.000 | 101,929.20 117.1600 | 98,972.69 | 2,956.51 -69.60 | .00 | 0.85 |
| **Total Consumer Staples** | **870.000** | **101,929.20** | **98,972.69** | **2,956.51 -69.60** | **.00** | **0.85** |
| **Energy** | | | | | | |
| *Integrated Oil & Gas* | | | | | | |
| Murphy Oil Corp 626717102 Asset Minor Code 42 | 3,430.000 | 97,446.30 28.4100 | 90,312.31 | 7,133.99 9,099.31 | .00 | 4.58 |

R0496



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Northwest Natural Holding Co 66765N105 Asset Minor Code 42 | 2,270.000 | 101,991.10<br>44.9300 | 96,312.14 | 5,678.96<br>7,718.57 | .00 | 4.36 |
| *Total Integrated Oil & Gas* | *5,700.000* | *199,437.40* | *186,624.45* | *12,812.95*<br>*16,817.88* | *.00* | *4.46* |
| *Oil & Gas Exploration & Prod* | | | | | | |
| Antero Resources Corp 03674X106 Asset Minor Code 42 | 2,980.000 | 100,008.80<br>33.5600 | 90,964.10 | 9,044.70<br>4,122.99 | .00 | 0.00 |
| Matador Resources Co 576485205 Asset Minor Code 42 | 1,780.000 | 79,975.40<br>44.9300 | 90,515.56 | - 10,540.16<br>- 8,774.75 | .00 | 2.78 |
| *Total Oil & Gas Exploration & Prod* | *4,760.000* | *179,984.20* | *181,479.66* | *- 1,495.46*<br>*- 4,651.76* | *.00* | *1.23* |
| **Total Energy** | **10,460.000** | **379,421.60** | **368,104.11** | **11,317.49**<br>**12,166.12** | **.00** | **2.93** |
| **Financials** | | | | | | |
| *Diversified Banks* | | | | | | |
| Comerica Inc 200340107 Asset Minor Code 42 | 2,580.000 | 176,781.60<br>68.5200 | 132,852.86 | 43,928.74<br>- 5,314.80 | 1,831.80 | 4.14 |
| *Investment Banking & Brokerage* | | | | | | |
| Artisan Partners Asset Manag 04316A108 Asset Minor Code 42 | 3,695.000 | 160,363.00<br>43.4000 | 138,274.83 | 22,088.17<br>- 12,526.05 | .00 | 7.07 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Ccc Intelligent Solutions Hld Com 12510Q100 Asset Minor Code 42 | 8,785.000 | 80,031.35<br>9.1100 | 80,504.29 | - 472.94<br>- 6,939.93 | .00 | 0.00 |
| *Total Investment Banking & Brokerage* | *12,480.000* | *240,394.35* | *218,779.12* | *21,615.23*<br>*- 19,465.98* | *.00* | *4.71* |
| *Property & Casualty Insurance* | | | | | | |
| Hanover Ins Group Inc 410867105 Asset Minor Code 42 | 745.000 | 135,314.35<br>181.6300 | 125,400.29 | 9,914.06<br>6,073.07 | .00 | 1.98 |
| Selective Ins Group Inc 816300107 Asset Minor Code 42 | 1,675.000 | 135,792.25<br>81.0700 | 144,234.20 | - 8,441.95<br>4,757.00 | .00 | 1.87 |
| *Total Property & Casualty Insurance* | *2,420.000* | *271,106.60* | *269,634.49* | *1,472.11*<br>*10,830.07* | *.00* | *1.92* |
| *Regional Banks* | | | | | | |
| Cadence Bank Com 12740C103 Asset Minor Code 42 | 4,745.000 | 178,127.30<br>37.5400 | 125,374.98 | 52,752.32<br>- 471.93 | 1,304.88 | 2.93 |
| Cullen Frost Bankers Inc 229899109 Asset Minor Code 42 | 1,345.000 | 170,505.65<br>126.7700 | 157,858.34 | 12,647.31<br>- 3,039.70 | .00 | 3.16 |
| Prosperity Bancshares Inc 743606105 Asset Minor Code 42 | 2,220.000 | 147,297.00<br>66.3500 | 136,858.03 | 10,438.97<br>- 6,168.43 | 1,287.60 | 3.50 |
| Western Alliance Bancorporation 957638109 Asset Minor Code 42 | 2,075.000 | 179,944.00<br>86.7200 | 121,666.37 | 58,277.63<br>- 5,872.25 | .00 | 1.75 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Zions Bancorporation N A Com 989701107 Asset Minor Code 42 | 3,100.000 | 175,398.00<br>56.5800 | 127,785.74 | 47,612.26<br>- 4,427.58 | .00 | 3.18 |
| *Total Regional Banks* | *13,485.000* | *851,271.95* | *669,543.46* | *181,728.49*<br>*- 19,979.89* | *2,592.48* | *2.87* |
| **Total Financials** | **30,965.000** | **1,539,554.50** | **1,290,809.93** | **248,744.57**<br>**- 33,930.60** | **4,424.28** | **3.14** |
| **Health Care** | | | | | | |
| *Biotechnology* | | | | | | |
| Adma Biologics Inc 000899104 Asset Minor Code 42 | .000 | .00<br>14.6600 | .00 | .00<br>2,997.51 | .00 | 0.00 |
| *Health Care Supplies* | | | | | | |
| Coherent Corp 19247G107 Asset Minor Code 42 | 1,440.000 | 155,116.80<br>107.7200 | 101,016.82 | 54,099.98<br>23,145.24 | .00 | 0.00 |
| Warby Parker Inc Cl A Com 93403J106 Asset Minor Code 42 | 3,645.000 | 100,529.10<br>27.5800 | 64,500.64 | 36,028.46<br>4,892.80 | .00 | 0.00 |
| *Total Health Care Supplies* | *5,085.000* | *255,645.90* | *165,517.46* | *90,128.44*<br>*28,038.04* | *.00* | *0.00* |
| *Managed Health Care* | | | | | | |
| Molina Healthcare Inc 60855R100 Asset Minor Code 42 | 460.000 | 88,025.60<br>191.3600 | 80,986.27 | 7,039.33<br>5,195.32 | .00 | 0.00 |



## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Health Care** | **5,545.000** | **343,671.50** | **246,503.73** | **97,167.77**<br>**36,230.87** | **.00** | **0.00** |
| **Industrials** | | | | | | |
| *Aerospace & Defense* | | | | | | |
| Hexcel Corp<br>New Com<br>428291108 Asset Minor Code 42 | 1,850.000 | 115,995.00<br>62.7000 | 104,577.88 | 11,417.12<br>- 832.50 | .00 | 1.08 |
| *Air Freight & Logistics* | | | | | | |
| Gxo Logistics<br>Incorporated Common<br>36262G101 Asset Minor Code 42 | 950.000 | 50,245.50<br>52.8900 | 38,507.44 | 11,738.06<br>- 11,954.48 | .00 | 0.00 |
| *Building Products* | | | | | | |
| Trex Co Inc<br>Com<br>89531P105 Asset Minor Code 42 | .000 | .00<br>51.6700 | .00 | .00<br>1,253.20 | .00 | 0.00 |
| *Diversified Commercial Svcs* | | | | | | |
| Csw<br>Industrials Inc<br>126402106 Asset Minor Code 42 | 280.000 | 67,970.00<br>242.7500 | 74,324.69 | - 6,354.69<br>- 7,624.64 | .00 | 0.44 |
| *Employment Services* | | | | | | |
| Trinet Group<br>Inc<br>896288107 Asset Minor Code 42 | 1,155.000 | 77,257.95<br>66.8900 | 86,413.24 | - 9,155.29<br>- 6,387.15 | .00 | 1.64 |
| *Environmental Services* | | | | | | |
| Clean Hbrs Inc<br>184496107 Asset Minor Code 42 | 545.000 | 126,559.90<br>232.2200 | 118,616.84 | 7,943.06<br>- 5,115.60 | .00 | 0.00 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Industrial MacHinery* | | | | | | |
| Jbt Marel Corporation Com 477839104 Asset Minor Code 42 | 745.000 | 104,635.25<br>140.4500 | 89,259.10 | 15,376.15<br>- 3,750.70 | .00 | 0.28 |
| Lincoln Elec Hldgs Inc 533900106 Asset Minor Code 42 | 460.000 | 108,481.80<br>235.8300 | 87,230.51 | 21,251.29<br>- 3,128.00 | 345.00 | 1.27 |
| Mueller Inds Inc 624756102 Asset Minor Code 42 | 830.000 | 83,921.30<br>101.1100 | 74,361.66 | 9,559.64<br>4,265.88 | .00 | 0.99 |
| Valmont Inds Inc 920253101 Asset Minor Code 42 | 315.000 | 122,134.95<br>387.7300 | 83,316.74 | 38,818.21<br>6,492.15 | 214.20 | 0.70 |
| Watts Water Technologies Cl A 942749102 Asset Minor Code 42 | 170.000 | 47,477.60<br>279.2800 | 35,029.51 | 12,448.09<br>- 5,409.34 | .00 | 0.74 |
| *Total Industrial MacHinery* | *2,520.000* | *466,650.90* | *369,197.52* | *97,453.38*<br>*- 1,530.01* | *559.20* | *0.79* |
| *Marine* | | | | | | |
| Kirby Corp Com 497266106 Asset Minor Code 42 | .000 | .00<br>83.4500 | .00 | .00<br>535.84 | .00 | 0.00 |
| *Trading Co & Distributors* | | | | | | |
| G A T X Corp 361448103 Asset Minor Code 42 | 735.000 | 128,478.00<br>174.8000 | 94,336.85 | 34,141.15<br>4,770.15 | .00 | 1.40 |
| Wesco Intl Inc 95082P105 Asset Minor Code 42 | 460.000 | 97,290.00<br>211.5000 | 86,044.20 | 11,245.80<br>- 22,592.39 | .00 | 0.86 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Trading Co & Distributors* | *1,195.000* | *225,768.00* | *180,381.05* | *45,386.95*<br>*- 17,822.24* | *.00* | *1.16* |
| *Trucking* | | | | | | |
| Herc Holdings Inc<br>42704L104 Asset Minor Code 42 | 745.000 | 86,911.70<br>116.6600 | 97,522.67 | - 10,610.97<br>- 10,526.85 | .00 | 2.40 |
| Rush Enterprises Inc<br>781846209 Asset Minor Code 42 | 1,905.000 | 101,860.35<br>53.4700 | 80,384.17 | 21,476.18<br>- 7,486.65 | .00 | 1.42 |
| *Total Trucking* | *2,650.000* | *188,772.05* | *177,906.84* | *10,865.21*<br>*- 18,013.50* | *.00* | *1.87* |
| **Total Industrials** | **11,145.000** | **1,319,219.30** | **1,149,925.50** | **169,293.80**<br>**- 67,491.08** | **559.20** | **0.96** |
| **Information Technology** | | | | | | |
| *Communications Equipment* | | | | | | |
| Ciena Corp<br>171779309 Asset Minor Code 42 | 830.000 | 120,906.10<br>145.6700 | 51,599.95 | 69,306.15<br>42,911.00 | .00 | 0.00 |
| Lumen Technologies Inc La<br>550241103 Asset Minor Code 42 | 4,940.000 | 30,232.80<br>6.1200 | 29,491.53 | 741.27<br>741.27 | .00 | 0.00 |
| *Total Communications Equipment* | *5,770.000* | *151,138.90* | *81,091.48* | *70,047.42*<br>*43,652.27* | *.00* | *0.00* |
| *Electronic Manufacturing Svcs* | | | | | | |
| Sanmina Corp<br>801056102 Asset Minor Code 42 | 870.000 | 100,145.70<br>115.1100 | 102,822.67 | - 2,676.97<br>- 2,735.95 | .00 | 0.00 |



**US bank**

02569104
54 -01 -B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Electronics Equipmt Mfr.* | | | | | | |
| Nextracker Inc Class A Com 65290E101   Asset Minor Code 42 | 370.000 | 27,376.30 73.9900 | 24,464.07 | 2,912.23 2,490.10 | .00 | 0.00 |
| *Semiconductors* | | | | | | |
| CIRRUS Logic Inc 172755100   Asset Minor Code 42 | 100.000 | 12,529.00 125.2900 | 12,489.98 | 39.02 39.02 | .00 | 0.00 |
| **Total Information Technology** | **7,110.000** | **291,189.90** | **220,868.20** | **70,321.70 43,445.44** | **.00** | **0.00** |
| **Materials** | | | | | | |
| *Commodity Chemicals* | | | | | | |
| Hawkins Inc 420261109   Asset Minor Code 42 | 540.000 | 98,668.80 182.7200 | 64,882.36 | 33,786.44 8,310.60 | .00 | 0.42 |
| Valvoline Inc 92047V101   Asset Minor Code 42 | 3,695.000 | 132,687.45 35.9100 | 132,562.74 | 124.71 - 10,603.33 | .00 | 0.00 |
| *Total Commodity Chemicals* | *4,235.000* | *231,356.25* | *197,445.10* | *33,911.15 -2,292.73* | *.00* | *0.17* |
| *Construction Materials* | | | | | | |
| Eagle Materials Inc 26969P108   Asset Minor Code 42 | 535.000 | 124,676.40 233.0400 | 121,616.32 | 3,060.08 1,162.67 | 133.75 | 0.43 |
| *Gold* | | | | | | |
| Permian Resources Corp Class A 71424F105   Asset Minor Code 42 | 6,130.000 | 78,464.00 12.8000 | 85,504.42 | -7,040.42 -8,615.02 | .00 | 4.69 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 300 of 592



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Metal And Glass Containers* | | | | | | |
| Silgan Hldgs Inc<br>827048109 Asset Minor Code 42 | .000 | .00<br>43.0100 | .00 | .00<br>3,633.26 | .00 | 0.00 |
| *Specialty Chemicals* | | | | | | |
| Element Solutions Inc<br>28618M106 Asset Minor Code 42 | 6,575.000 | 165,492.75<br>25.1700 | 133,709.27 | 31,783.48<br>- 3,608.90 | .00 | 1.27 |
| *Steel* | | | | | | |
| Commercial Metals Co Com<br>201723103 Asset Minor Code 42 | 1,535.000 | 87,924.80<br>57.2800 | 84,751.92 | 3,172.88<br>- 787.74 | .00 | 1.26 |
| **Total Materials** | **19,010.000** | **687,914.20** | **623,027.03** | **64,887.17**<br>**- 10,508.46** | **133.75** | **1.13** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Stag Industrial Inc<br>85254J102 Asset Minor Code 42 | 2,730.000 | 96,341.70<br>35.2900 | 89,548.82 | 6,792.88<br>- 5,599.49 | 338.98 | 4.22 |
| **Total Real Estate** | **2,730.000** | **96,341.70** | **89,548.82** | **6,792.88**<br>**- 5,599.49** | **338.98** | **4.22** |
| **Utilities** | | | | | | |
| *Gas Utilities* | | | | | | |
| Spire Inc<br>84857L101 Asset Minor Code 42 | 1,495.000 | 121,872.40<br>81.5200 | 110,197.93 | 11,674.47<br>7,355.40 | 1,173.58 | 3.85 |



02569104
54 -01 -B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▉▉3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Utilities** | **1,495.000** | **121,872.40** | **110,197.93** | **11,674.47** **7,355.40** | **1,173.58** | **3.85** |
| **Total Domestic Common Stocks** | **94,805.000** | **5,184,979.20** | **4,502,912.31** | **682,066.89** **-36,219.03** | **6,629.79** | **1.80** |
| **Foreign Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Gildan Activewear Inc Com 375916103  Asset Minor Code 53 | 1,455.000 | 84,099.00 57.8000 | 67,347.29 | 16,751.71 4,656.00 | .00 | 1.56 |
| **Total Consumer Discretionary** | **1,455.000** | **84,099.00** | **67,347.29** | **16,751.71** **4,656.00** | **.00** | **1.56** |
| **Financials** | | | | | | |
| *Investment Banking & Brokerage* | | | | | | |
| Noble Corp New Ord Shs A G65431127  Asset Minor Code 53 | 1,245.000 | 35,208.60 28.2800 | 36,433.16 | - 1,224.56 - 1,224.56 | .00 | 7.07 |
| **Total Financials** | **1,245.000** | **35,208.60** | **36,433.16** | **-1,224.56** **-1,224.56** | **.00** | **7.07** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Cushman Wakefield Plc G2717B108  Asset Minor Code 53 | 10,135.000 | 161,349.20 15.9200 | 110,611.97 | 50,737.23 - 18,994.31 | .00 | 0.00 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
302  of 592

R0505

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Real Estate** | **10,135.000** | **161,349.20** | **110,611.97** | **50,737.23**<br>**- 18,994.31** | **.00** | **0.00** |
| **Total Foreign Stocks** | **12,835.000** | **280,656.80** | **214,392.42** | **66,264.38**<br>**- 15,562.87** | **.00** | **1.35** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Ishares<br>Russell 2000 Value Etf<br>464287630 Asset Minor Code 94 | 4,430.000 | 783,268.30<br>176.8100 | 714,888.87 | 68,379.43<br>10,822.26 | .00 | 1.62 |
| **Total Mutual Funds-Equity** | **4,430.000** | **783,268.30** | **714,888.87** | **68,379.43**<br>**10,822.26** | **.00** | **1.62** |
| **Total Mutual Funds** | **4,430.000** | **783,268.30** | **714,888.87** | **68,379.43**<br>**10,822.26** | **.00** | **1.62** |
| **Total Assets** | **271,846.500** | **6,384,452.92** | **5,567,742.22** | **816,710.70**<br>**- 40,959.64** | **7,063.85** | **1.82** |
| **Accrued Income** | **.000** | **7,063.85** | **7,063.85** | | | |
| **Grand Total** | **271,846.500** | **6,391,516.77** | **5,574,806.07** | | | |





02569104
54- -01-B-62-277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▓▓▓▓3804

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R0507



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 159,776.500 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 570.35 | 434.06 | 570.35 | 434.06 |
| **Total Cash And Equivalents** | | | | | **570.35** | **434.06** | **570.35** | **434.06** |
| **Domestic Common Stocks** | | | | | | | | |
| 4,745.000 | Cadence Bank Com 12740C103 | 09/15/25 | 10/01/25 | 1.10 | .00 | 1,304.88 | .00 | 1,304.88 |
| 2,580.000 | Comerica Inc 200340107 | 09/15/25 | 10/01/25 | 2.84 | .00 | 1,831.80 | .00 | 1,831.80 |
| 1,345.000 | Cullen Frost Bankers Inc 229899109 | 08/29/25 | 09/15/25 | 4.00 | 1,345.00 | .00 | 1,345.00 | .00 |
| 535.000 | Eagle Materials Inc 26969P108 | 09/15/25 | 10/16/25 | 1.00 | .00 | 133.75 | .00 | 133.75 |
| 6,575.000 | Element Solutions Inc 28618M106 | 09/02/25 | 09/15/25 | 0.32 | .00 | 525.20 | 525.20 | .00 |
| 735.000 | G A T X Corp 361448103 | 09/15/25 | 09/30/25 | 2.44 | .00 | 448.35 | 448.35 | .00 |
| 745.000 | Hanover Ins Group Inc 410867105 | 09/12/25 | 09/26/25 | 3.60 | .00 | 670.50 | 670.50 | .00 |
| 745.000 | Herc Holdings Inc 42704L104 | 08/22/25 | 09/05/25 | 2.80 | 521.50 | .00 | 521.50 | .00 |
| 175.000 | Installed Building Products 45780R101 | 09/15/25 | 09/30/25 | 1.48 | .00 | 64.75 | 64.75 | .00 |
| 745.000 | Jbt Marel Corporation Com 477839104 | 08/18/25 | 09/02/25 | 0.40 | 83.50 | .00 | 83.50 | .00 |
| 460.000 | Lincoln Elec Hldgs Inc 533900106 | 09/30/25 | 10/15/25 | 3.00 | .00 | 345.00 | .00 | 345.00 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 1,780.000 | Matador Resources Co 576485205 | 08/15/25 | 09/05/25 | 1.25 | 401.56 | .00 | 401.56 | .00 |
| 835.000 | Meritage Homes Corporation 59001A102 | 09/16/25 | 09/30/25 | 1.67 | .00 | 301.00 | 301.00 | .00 |
| 830.000 | Mueller Inds Inc 624756102 | 09/05/25 | 09/19/25 | 1.00 | .00 | 207.50 | 207.50 | .00 |
| 3,430.000 | Murphy Oil Corp 626717102 | 08/18/25 | 09/02/25 | 1.30 | 827.13 | .00 | 827.13 | .00 |
| 820.000 | Pvh Corporation 693656100 | 09/03/25 | 09/24/25 | 0.15 | .00 | 18.38 | 18.38 | .00 |
| 6,130.000 | Permian Resources Corp Class A 71424F105 | 09/16/25 | 09/30/25 | 0.60 | .00 | 753.00 | 753.00 | .00 |
| 2,220.000 | Prosperity Bancshares Inc 743606105 | 09/15/25 | 10/01/25 | 2.32 | .00 | 1,287.60 | .00 | 1,287.60 |
| 1,905.000 | Rush Enterprises Inc 781846209 | 08/12/25 | 09/12/25 | 0.76 | 361.95 | .00 | 361.95 | .00 |
| 1,675.000 | Selective Ins Group Inc 816300107 | 08/15/25 | 09/02/25 | 1.52 | 636.50 | .00 | 636.50 | .00 |
| .000 | Silgan Hldgs Inc 827048109 | 09/02/25 | 09/16/25 | 0.80 | .00 | 271.00 | 271.00 | .00 |
| 1,495.000 | Spire Inc 84857L101 | 09/11/25 | 10/02/25 | 3.14 | .00 | 1,173.58 | .00 | 1,173.58 |
| 2,730.000 | Stag Industrial Inc 85254J102 | 09/30/25 | 10/15/25 | 1.49 | 371.26 | 338.98 | 371.26 | 338.98 |
| 315.000 | Valmont Inds Inc 920253101 | 09/26/25 | 10/15/25 | 2.72 | .00 | 214.20 | .00 | 214.20 |
| 170.000 | Watts Water Technologies Cl A 942749102 | 08/29/25 | 09/15/25 | 2.08 | 127.40 | .00 | 127.40 | .00 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 460.000 | Wesco Intl Inc 95082P105 | 09/12/25 | 09/30/25 | 1.82 | .00 | 263.18 | 263.18 | .00 |
| **Total Domestic Common Stocks** | | | | | **4,675.80** | **10,152.65** | **8,198.66** | **6,629.79** |
| **Foreign Stocks** | | | | | | | | |
| 1,455.000 | Gildan Activewear Inc Com 375916103 | 08/21/25 | 09/15/25 | 0.90 | 447.48 | - 111.87 | 335.61 | .00 |
| **Total Foreign Stocks** | | | | | **447.48** | **- 111.87** | **335.61** | **.00** |
| **Mutual Funds-Equity** | | | | | | | | |
| 4,430.000 | Ishares Russell 2000 Value Etf 464287630 | 09/16/25 | 09/19/25 | 2.87 | .00 | 3,678.55 | 3,678.55 | .00 |
| **Total Mutual Funds-Equity** | | | | | **.00** | **3,678.55** | **3,678.55** | **.00** |
| **Grand Total** | | | | | **5,693.63** | **14,153.39** | **12,783.17** | **7,063.85** |



**U.S.bank.**

02569104
54 -01-B -62 277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▉▉▉804

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z**<br>31846V567 | | |
| 09/02/2025 | Interest From 8/1/25  To 8/31/25 | 570.35 |
| **Total Interest** | | **570.35** |
| **Dividends** | | |
| **Cullen Frost Bankers Inc**<br>22989109 | | |
| 09/15/2025 | 1.00 USD/Share On 1,345 Shares Due 9/15/25 | 1,345.00 |
| **Element Solutions Inc**<br>28618M106 | | |
| 09/15/2025 | 0.08 USD/Share On 6,565 Shares Due 9/15/25 | 525.20 |
| **G A T X Corp**<br>361448103 | | |
| 09/30/2025 | 0.61 USD/Share On 735 Shares Due 9/30/25 | 448.35 |
| **Gildan Activewear Inc Com**<br>375916103 | | |
| 09/15/2025 | 0.226 USD/Share On 1,980 Shares Due 9/15/25<br>25.0000000% Foreign Taxes Withheld | 447.48 |
| 09/15/2025 | Non-USD Taxes | - 111.87 |
| **Total Gildan Activewear Inc Com** | | **335.61** |
| **Hanover Ins Group Inc**<br>410867105 | | |
| 09/26/2025 | 0.90 USD/Share On 745 Shares Due 9/26/25 | 670.50 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
308 of 592

R0511



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Herc Holdings Inc**<br>**42704L104** | | |
| 09/05/2025 | 0.70 USD/Share On 745 Shares Due 9/5/25 | 521.50 |
| **Installed Building Products**<br>**45780R101** | | |
| 09/30/2025 | 0.37 USD/Share On 175 Shares Due 9/30/25 | 64.75 |
| **Ishares Russell 2000 Value Etf**<br>**464287630** | | |
| 09/19/2025 | 0.817456 USD/Share On 4,500 Shares Due 9/19/25 | 3,678.55 |
| **Jbt Marel Corporation Com**<br>**477839104** | | |
| 09/02/2025 | 0.10 USD/Share On 835 Shares Due 9/2/25 | 83.50 |
| **Matador Resources Co**<br>**576485205** | | |
| 09/05/2025 | 0.3125 USD/Share On 1,285 Shares Due 9/5/25 | 401.56 |
| **Meritage Homes Corporation**<br>**59001A102** | | |
| 09/30/2025 | 0.43 USD/Share On 700 Shares Due 9/30/25 | 301.00 |
| **Mueller Inds Inc**<br>**624756102** | | |
| 09/19/2025 | 0.25 USD/Share On 830 Shares Due 9/19/25 | 207.50 |
| **Murphy Oil Corp**<br>**626717102** | | |
| 09/02/2025 | 0.325 USD/Share On 2,545 Shares Due 9/2/25 | 827.13 |
| **Permian Resources Corp Class A**<br>**71424F105** | | |
| 09/30/2025 | 0.15 USD/Share On 5,020 Shares Due 9/30/25 | 753.00 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Pvh Corporation 693656100** | | |
| 09/24/2025 | 0.0375 USD/Share On 490 Shares Due 9/24/25 | 18.38 |
| **Rush Enterprises Inc 781846209** | | |
| 09/12/2025 | 0.19 USD/Share On 1,905 Shares Due 9/12/25 | 361.95 |
| **Selective Ins Group Inc 816300107** | | |
| 09/02/2025 | 0.38 USD/Share On 1,675 Shares Due 9/2/25 | 636.50 |
| **Silgan Hldgs Inc 827048109** | | |
| 09/16/2025 | 0.20 USD/Share On 1,355 Shares Due 9/16/25 | 271.00 |
| **Stag Industrial Inc 85254J102** | | |
| 09/15/2025 | 0.124167 USD/Share On 2,990 Shares Due 9/15/25 | 371.26 |
| **Watts Water Technologies Cl A 942749102** | | |
| 09/15/2025 | 0.52 USD/Share On 245 Shares Due 9/15/25 | 127.40 |
| **Wesco Intl Inc 95082P105** | | |
| 09/30/2025 | 0.45375 USD/Share On 580 Shares Due 9/30/25 | 263.18 |
| **Total Dividends** | | **12,212.82** |

**US bank**

02569104
54 -01 -B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT █████3804

## PURCHASES

### Cash And Equivalents

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| 09/03/2025 | Purchased 53,917.25 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 53,917.250 | .00 | - 53,917.25 | 53,917.25 |
| 09/10/2025 | Purchased 25,433.78 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/10/25 31846V567 | 25,433.780 | .00 | - 25,433.78 | 25,433.78 |
| 09/12/2025 | Purchased 361.95 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/12/25 31846V567 | 361.950 | .00 | - 361.95 | 361.95 |
| 09/15/2025 | Purchased 2,368.86 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | 2,368.860 | .00 | - 2,368.86 | 2,368.86 |
| 09/15/2025 | Purchased 335.61 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | 335.610 | .00 | - 335.61 | 335.61 |
| 09/16/2025 | Purchased 271 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/16/25 31846V567 | 271.000 | .00 | - 271.00 | 271.00 |
| 09/19/2025 | Purchased 24,309 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/19/25 31846V567 | 24,309.000 | .00 | - 24,309.00 | 24,309.00 |

Case: 23-30564    Filed: 10/21/25    Doc# 1409-1    Entered: 10/21/25 09:08:48    Page 311 of 592

R0514





ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/23/2025 | Purchased 11,489.44 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/23/25 31846V567 | 11,489.440 | .00 | - 11,489.44 | 11,489.44 |
| 09/24/2025 | Purchased 18.38 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/24/25 31846V567 | 18.380 | .00 | - 18.38 | 18.38 |
| 09/25/2025 | Purchased 73,426.36 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/25/25 31846V567 | 73,426.360 | .00 | - 73,426.36 | 73,426.36 |
| 09/26/2025 | Purchased 10,422.13 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/26/25 31846V567 | 10,422.130 | .00 | - 10,422.13 | 10,422.13 |
| **Total First Am Govt Ob Fd Cl Z** | | **202,353.760** | **.00** | **- 202,353.76** | **202,353.76** |
| **Total Cash And Equivalents** | | **202,353.760** | **.00** | **- 202,353.76** | **202,353.76** |
| **Domestic Common Stock** | | | | | |
| 09/10/2025 | Purchased 475 Shares Of Antero Resources Corp Trade Date 9/10/25 Purchased Through Instinet Swift External Ref#: V1559T116055 475 Shares At 32.71170526 USD 03674X106 | 475.000 | 2.38 | - 15,540.44 | 15,540.44 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/24/2025 | Purchased 75 Shares Of Antero Resources Corp Trade Date 9/24/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116687 75 Shares At 34.14546667 USD 03674X106 | 75.000 | 2.06 | - 2,562.97 | 2,562.97 |
| 09/25/2025 | Purchased 95 Shares Of Antero Resources Corp Trade Date 9/25/25 Purchased Through Instinet Swift External Ref#: V1559T116774 95 Shares At 34.19705263 USD 03674X106 | 95.000 | .48 | - 3,249.20 | 3,249.20 |
| **Total Antero Resources Corp** | | **645.000** | **4.92** | **- 21,352.61** | **21,352.61** |
| 09/02/2025 | Purchased 260 Shares Of Bath Body Works Inc Com Trade Date 9/2/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115630 260 Shares At 29.38411538 USD 070830104 | 260.000 | 7.15 | - 7,647.02 | 7,647.02 |
| 09/02/2025 | Purchased 240 Shares Of Bath Body Works Inc Com Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115633 240 Shares At 29.56958333 USD 070830104 | 240.000 | 1.20 | - 7,097.90 | 7,097.90 |





02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/03/2025 | Purchased 920<br>Shares Of<br>Bath Body Works Inc Com<br>Trade Date 9/3/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115727<br>920 Shares At 30.491 USD<br>070830104 | 920.000 | 4.60 | - 28,056.32 | 28,056.32 |
| 09/04/2025 | Purchased 45<br>Shares Of<br>Bath Body Works Inc Com<br>Trade Date 9/4/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T115803<br>45 Shares At 31.81511111 USD<br>070830104 | 45.000 | 1.24 | - 1,432.92 | 1,432.92 |
| 09/04/2025 | Purchased 190<br>Shares Of<br>Bath Body Works Inc Com<br>Trade Date 9/4/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115804<br>190 Shares At 31.94452632 USD<br>070830104 | 190.000 | .95 | - 6,070.41 | 6,070.41 |
| 09/17/2025 | Purchased 430<br>Shares Of<br>Bath Body Works Inc Com<br>Trade Date 9/17/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T116364<br>430 Shares At 26.004 USD<br>070830104 | 430.000 | 11.83 | - 11,193.55 | 11,193.55 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/19/2025 | Purchased 15 Shares Of Bath Body Works Inc Com Trade Date 9/19/25 Purchased Through Piper Sandler & Co Swift External Ref#: V1559T116503 15 Shares At 25.21 USD 070830104 | 15.000 | .30 | - 378.45 | 378.45 |
| 09/19/2025 | Purchased 610 Shares Of Bath Body Works Inc Com Trade Date 9/19/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116502 610 Shares At 25.64739344 USD 070830104 | 610.000 | 16.78 | - 15,661.69 | 15,661.69 |
| **Total Bath Body Works Inc Com** | | **2,710.000** | **44.05** | **- 77,538.26** | **77,538.26** |
| 09/02/2025 | Purchased 5 Shares Of Cadence Bank Com Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115617 5 Shares At 37.12 USD 12740C103 | 5.000 | .03 | - 185.63 | 185.63 |
| **Total Cadence Bank Com** | | **5.000** | **.03** | **- 185.63** | **185.63** |
| 09/02/2025 | Purchased 5 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115616 5 Shares At 9.85 USD 12510Q100 | 5.000 | .03 | - 49.28 | 49.28 |
| **Total Ccc Intelligent Solutions Hld Com** | | **5.000** | **.03** | **- 49.28** | **49.28** |





02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/30/2025 | Purchased 90 Shares Of CIRRUS Logic Inc Trade Date 9/30/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116997 90 Shares At 124.88966667 USD 172755100 | 90.000 | 2.48 | - 11,242.55 | 11,242.55 |
| 09/30/2025 | Purchased 10 Shares Of CIRRUS Logic Inc Trade Date 9/30/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T116999 10 Shares At 124.715 USD 172755100 | 10.000 | .28 | - 1,247.43 | 1,247.43 |
| **Total CIRRUS Logic Inc** | | **100.000** | **2.76** | **- 12,489.98** | **12,489.98** |
| 09/25/2025 | Purchased 35 Shares Of Clean Hbrs Inc Trade Date 9/25/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116773 35 Shares At 232.784 USD 184496107 | 35.000 | .96 | - 8,148.40 | 8,148.40 |
| **Total Clean Hbrs Inc** | | **35.000** | **.96** | **- 8,148.40** | **8,148.40** |
| 09/05/2025 | Purchased 215 Shares Of Coherent Corp Trade Date 9/5/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115881 215 Shares At 98.32511628 USD 19247G107 | 215.000 | 5.91 | - 21,145.81 | 21,145.81 |
| **Total Coherent Corp** | | **215.000** | **5.91** | **- 21,145.81** | **21,145.81** |

**US bank.**

0256 9104
54 -01 -B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███████804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| 09/02/2025 | Purchased 5<br>Shares Of<br>Commercial Metals Co Com<br>Trade Date 9/2/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115620<br>5 Shares At 56.25 USD<br>201723103 | 5.000 | .03 | - 281.28 | 281.28 |
| 09/17/2025 | Purchased 165<br>Shares Of<br>Commercial Metals Co Com<br>Trade Date 9/17/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T116366<br>165 Shares At 58.85381818 USD<br>201723103 | 165.000 | .83 | - 9,711.71 | 9,711.71 |
| **Total Commercial Metals Co Com** | | **170.000** | **.86** | **- 9,992.99** | **9,992.99** |
| 09/19/2025 | Purchased 55<br>Shares Of<br>Csw Industrials Inc<br>Trade Date 9/19/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T116504<br>55 Shares At 255.39327273 USD<br>126402106 | 55.000 | 1.51 | - 14,048.14 | 14,048.14 |
| **Total Csw Industrials Inc** | | **55.000** | **1.51** | **- 14,048.14** | **14,048.14** |
| 09/02/2025 | Purchased 5<br>Shares Of<br>Eagle Materials Inc<br>Trade Date 9/2/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115621<br>5 Shares At 227.34 USD<br>26969P108 | 5.000 | .03 | - 1,136.73 | 1,136.73 |
| **Total Eagle Materials Inc** | | **5.000** | **.03** | **- 1,136.73** | **1,136.73** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 317 of 592

R0520





02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/02/2025 | Purchased 10 Shares Of Element Solutions Inc Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115613 10 Shares At 24.98 USD 28618M106 | 10.000 | .05 | - 249.85 | 249.85 |
| **Total Element Solutions Inc** | | **10.000** | **.05** | **- 249.85** | **249.85** |
| 09/02/2025 | Purchased 5 Shares Of Gxo Logistics Incorporated Common Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115612 5 Shares At 51.48 USD 36262G101 | 5.000 | .03 | - 257.43 | 257.43 |
| **Total Gxo Logistics Incorporated Common** | | **5.000** | **.03** | **- 257.43** | **257.43** |
| 09/02/2025 | Purchased 5 Shares Of Hanover Ins Group Inc Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115623 5 Shares At 173.21 USD 410867105 | 5.000 | .03 | - 866.08 | 866.08 |
| **Total Hanover Ins Group Inc** | | **5.000** | **.03** | **- 866.08** | **866.08** |
| 09/26/2025 | Purchased 535 Shares Of Lumen Technologies Inc La Trade Date 9/26/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T116864 535 Shares At 5.9291028 USD 550241103 | 535.000 | 14.71 | - 3,186.78 | 3,186.78 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/26/2025 | Purchased 1,005 Shares Of Lumen Technologies Inc La Trade Date 9/26/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116863 1,005 Shares At 5.94510448 USD 550241103 | 1,005.000 | 27.64 | - 6,002.47 | 6,002.47 |
| 09/26/2025 | Purchased 195 Shares Of Lumen Technologies Inc La Trade Date 9/26/25 Purchased Through Oppenheimer & Co. Inc. Swift External Ref#: V1559T116862 195 Shares At 5.94 USD 550241103 | 195.000 | 3.90 | - 1,162.20 | 1,162.20 |
| 09/29/2025 | Purchased 1,155 Shares Of Lumen Technologies Inc La Trade Date 9/29/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116926 1,155 Shares At 5.8445974 USD 550241103 | 1,155.000 | 31.76 | - 6,782.27 | 6,782.27 |
| 09/29/2025 | Purchased 105 Shares Of Lumen Technologies Inc La Trade Date 9/29/25 Purchased Through Instinet Swift External Ref#: V1559T116927 105 Shares At 5.87638095 USD 550241103 | 105.000 | 2.89 | - 619.91 | 619.91 |





02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/30/2025 | Purchased 1,490<br>Shares Of<br>Lumen Technologies Inc La<br>Trade Date 9/30/25<br>Purchased Through Oppenheimer & Co. Inc.<br>Swift External Ref#: V1559T116996<br>1,490 Shares At 6.01940268 USD<br>550241103 | 1,490.000 | 29.80 | - 8,998.71 | 8,998.71 |
| 09/30/2025 | Purchased 455<br>Shares Of<br>Lumen Technologies Inc La<br>Trade Date 9/30/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T116998<br>455 Shares At 5.9927033 USD<br>550241103 | 455.000 | 12.51 | - 2,739.19 | 2,739.19 |
| **Total Lumen Technologies Inc La** | | **4,940.000** | **123.21** | **- 29,491.53** | **29,491.53** |
| 09/04/2025 | Purchased 135<br>Shares Of<br>Matador Resources Co<br>Trade Date 9/4/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115801<br>135 Shares At 49.83740741 USD<br>576485205 | 135.000 | .68 | - 6,728.73 | 6,728.73 |
| 09/24/2025 | Purchased 100<br>Shares Of<br>Matador Resources Co<br>Trade Date 9/24/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T116685<br>100 Shares At 47.9932 USD<br>576485205 | 100.000 | 2.75 | - 4,802.07 | 4,802.07 |

R0523

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/25/2025 | Purchased 260<br>Shares Of<br>Matador Resources Co<br>Trade Date 9/25/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T116777<br>260 Shares At 48.09788462 USD<br>576485205 | 260.000 | 1.30 | - 12,506.75 | 12,506.75 |
| **Total Matador Resources Co** | | **495.000** | **4.73** | **- 24,037.55** | **24,037.55** |
| 09/04/2025 | Purchased 5<br>Shares Of<br>Meritage Homes Corporation<br>Trade Date 9/4/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: V1559T115792<br>5 Shares At 79.456 USD<br>59001A102 | 5.000 | .14 | - 397.42 | 397.42 |
| 09/04/2025 | Purchased 100<br>Shares Of<br>Meritage Homes Corporation<br>Trade Date 9/4/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T115795<br>100 Shares At 80.0087 USD<br>59001A102 | 100.000 | 2.75 | - 8,003.62 | 8,003.62 |
| 09/17/2025 | Purchased 135<br>Shares Of<br>Meritage Homes Corporation<br>Trade Date 9/17/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T116367<br>135 Shares At 76.22518519 USD<br>59001A102 | 135.000 | 3.71 | - 10,294.11 | 10,294.11 |
| **Total Meritage Homes Corporation** | | **240.000** | **6.60** | **- 18,695.15** | **18,695.15** |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/10/2025 | Purchased 70 Shares Of Molina Healthcare Inc Trade Date 9/10/25 Purchased Through Instinet Swift External Ref#: V1559T116054 70 Shares At 176.30542857 USD 60855R100 | 70.000 | .35 | - 12,341.73 | 12,341.73 |
| 09/10/2025 | Purchased 25 Shares Of Molina Healthcare Inc Trade Date 9/10/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116053 25 Shares At 179.3964 USD 60855R100 | 25.000 | .69 | - 4,485.60 | 4,485.60 |
| **Total Molina Healthcare Inc** | | **95.000** | **1.04** | **- 16,827.33** | **16,827.33** |
| 09/04/2025 | Purchased 55 Shares Of Mueller Inds Inc Trade Date 9/4/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115791 55 Shares At 96.37109091 USD 624756102 | 55.000 | 1.51 | - 5,301.92 | 5,301.92 |
| **Total Mueller Inds Inc** | | **55.000** | **1.51** | **- 5,301.92** | **5,301.92** |
| 09/02/2025 | Purchased 5 Shares Of Murphy Oil Corp Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115615 5 Shares At 24.99 USD 626717102 | 5.000 | .03 | - 124.98 | 124.98 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/04/2025 | Purchased 225 Shares Of Murphy Oil Corp Trade Date 9/4/25 Purchased Through Instinet Swift External Ref#: V1559T115802 225 Shares At 25.4896 USD 626717102 | 225.000 | 1.13 | - 5,736.29 | 5,736.29 |
| 09/24/2025 | Purchased 5 Shares Of Murphy Oil Corp Trade Date 9/24/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T116686 5 Shares At 29.35 USD 626717102 | 5.000 | .14 | - 146.89 | 146.89 |
| 09/24/2025 | Purchased 30 Shares Of Murphy Oil Corp Trade Date 9/24/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116691 30 Shares At 29.39966667 USD 626717102 | 30.000 | .83 | - 882.82 | 882.82 |
| 09/24/2025 | Purchased 320 Shares Of Murphy Oil Corp Trade Date 9/24/25 Purchased Through Cantor Fitzgerald & Co. Swift External Ref#: V1559T116690 320 Shares At 29.415 USD 626717102 | 320.000 | 6.40 | - 9,419.20 | 9,419.20 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/25/2025 | Purchased 295 Shares Of Murphy Oil Corp Trade Date 9/25/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116780 295 Shares At 29.19671186 USD 626717102 | 295.000 | 8.11 | - 8,621.14 | 8,621.14 |
| 09/25/2025 | Purchased 5 Shares Of Murphy Oil Corp Trade Date 9/25/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T116779 5 Shares At 29.366 USD 626717102 | 5.000 | .14 | - 146.97 | 146.97 |
| **Total Murphy Oil Corp** | | **885.000** | **16.78** | **- 25,078.29** | **25,078.29** |
| 09/02/2025 | Purchased 5 Shares Of Northwest Natural Holding Co Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115614 5 Shares At 41.41 USD 66765N105 | 5.000 | .03 | - 207.08 | 207.08 |
| **Total Northwest Natural Holding Co** | | **5.000** | **.03** | **- 207.08** | **207.08** |
| 09/02/2025 | Purchased 5 Shares Of Permian Resources Corp Class A Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115624 5 Shares At 14.10 USD 71424F105 | 5.000 | .03 | - 70.53 | 70.53 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/04/2025 | Purchased 15<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 9/4/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115794<br>15 Shares At 13.87533333 USD<br>71424F105 | 15.000 | .15 | - 208.28 | 208.28 |
| 09/04/2025 | Purchased 35<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 9/4/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T115793<br>35 Shares At 14.00714286 USD<br>71424F105 | 35.000 | .96 | - 491.21 | 491.21 |
| 09/04/2025 | Purchased 210<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 9/4/25<br>Purchased Through BofA Securities, Inc.<br>Swift External Ref#: V1559T115798<br>210 Shares At 14.17990476 USD<br>71424F105 | 210.000 | 4.20 | - 2,981.98 | 2,981.98 |
| 09/24/2025 | Purchased 525<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 9/24/25<br>Purchased Through Oppenheimer & Co. Inc.<br>Swift External Ref#: V1559T116688<br>525 Shares At 13.86289524 USD<br>71424F105 | 525.000 | 10.50 | - 7,288.52 | 7,288.52 |



## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/24/2025 | Purchased 425 Shares Of Permian Resources Corp Class A Trade Date 9/24/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116689 425 Shares At 13.83301176 USD 71424F105 | 425.000 | 11.69 | - 5,890.72 | 5,890.72 |
| 09/25/2025 | Purchased 160 Shares Of Permian Resources Corp Class A Trade Date 9/25/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116772 160 Shares At 13.7151875 USD 71424F105 | 160.000 | 4.40 | - 2,198.83 | 2,198.83 |
| **Total Permian Resources Corp Class A** | | **1,375.000** | **31.93** | **- 19,130.07** | **19,130.07** |
| 09/02/2025 | Purchased 5 Shares Of Prosperity Bancshares Inc Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115625 5 Shares At 68.49 USD 743606105 | 5.000 | .03 | - 342.48 | 342.48 |
| **Total Prosperity Bancshares Inc** | | **5.000** | **.03** | **- 342.48** | **342.48** |
| 09/02/2025 | Purchased 105 Shares Of Pvh Corporation Trade Date 9/2/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115632 105 Shares At 86.05314286 USD 693656100 | 105.000 | 2.89 | - 9,038.47 | 9,038.47 |

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT █████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/04/2025 | Purchased 100 Shares Of Pvh Corporation Trade Date 9/4/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115799 100 Shares At 87.7499 USD 693656100 | 100.000 | 2.75 | - 8,777.74 | 8,777.74 |
| 09/17/2025 | Purchased 50 Shares Of Pvh Corporation Trade Date 9/17/25 Purchased Through Btig, LLC Swift External Ref#: V1559T116368 50 Shares At 84.3606 USD 693656100 | 50.000 | 1.00 | - 4,219.03 | 4,219.03 |
| 09/18/2025 | Purchased 15 Shares Of Pvh Corporation Trade Date 9/18/25 Purchased Through Instinet Swift External Ref#: V1559T116438 15 Shares At 85.40866667 USD 693656100 | 15.000 | .08 | - 1,281.21 | 1,281.21 |
| 09/19/2025 | Purchased 115 Shares Of Pvh Corporation Trade Date 9/19/25 Purchased Through Instinet Swift External Ref#: V1559T116506 115 Shares At 86.51226087 USD 693656100 | 115.000 | .58 | - 9,949.49 | 9,949.49 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/22/2025 | Purchased 50 Shares Of Pvh Corporation Trade Date 9/22/25 Purchased Through Instinet Swift External Ref#: V1559T116567 50 Shares At 85.8286 USD 693656100 | 50.000 | .25 | - 4,291.68 | 4,291.68 |
| **Total Pvh Corporation** | | **435.000** | **7.55** | **- 37,557.62** | **37,557.62** |
| 09/02/2025 | Purchased 20 Shares Of Sanmina Corp Trade Date 9/2/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115627 20 Shares At 115.915 USD 801056102 | 20.000 | .55 | - 2,318.85 | 2,318.85 |
| 09/04/2025 | Purchased 70 Shares Of Sanmina Corp Trade Date 9/4/25 Purchased Through Instinet Swift External Ref#: V1559T115797 70 Shares At 119.01114286 USD 801056102 | 70.000 | .35 | - 8,331.13 | 8,331.13 |
| 09/05/2025 | Purchased 100 Shares Of Sanmina Corp Trade Date 9/5/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115882 100 Shares At 120.4585 USD 801056102 | 100.000 | 2.75 | - 12,048.60 | 12,048.60 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/10/2025 | Purchased 90 Shares Of Sanmina Corp Trade Date 9/10/25 Purchased Through Instinet Swift External Ref#: V1559T116056 90 Shares At 121.16644444 USD 801056102 | 90.000 | .45 | - 10,905.43 | 10,905.43 |
| 09/17/2025 | Purchased 45 Shares Of Sanmina Corp Trade Date 9/17/25 Purchased Through Instinet Swift External Ref#: V1559T116363 45 Shares At 116.494 USD 801056102 | 45.000 | .23 | - 5,242.46 | 5,242.46 |
| 09/17/2025 | Purchased 10 Shares Of Sanmina Corp Trade Date 9/17/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116362 10 Shares At 116.17 USD 801056102 | 10.000 | .28 | - 1,161.98 | 1,161.98 |
| **Total Sanmina Corp** | | **335.000** | **4.61** | **- 40,008.45** | **40,008.45** |
| 09/04/2025 | Purchased 65 Shares Of Taylor Morrison Home Corp A Trade Date 9/4/25 Purchased Through Instinet Swift External Ref#: V1559T115805 65 Shares At 69.64584615 USD 87724P106 | 65.000 | .33 | - 4,527.31 | 4,527.31 |



usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/04/2025 | Purchased 60<br>Shares Of<br>Taylor Morrison Home Corp A<br>Trade Date 9/4/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T115800<br>60 Shares At 68.50 USD<br>87724P106 | 60.000 | 1.65 | - 4,111.65 | 4,111.65 |
| 09/17/2025 | Purchased 140<br>Shares Of<br>Taylor Morrison Home Corp A<br>Trade Date 9/17/25<br>Purchased Through Oppenheimer & Co. Inc.<br>Swift External Ref#: V1559T116369<br>140 Shares At 68.60421429 USD<br>87724P106 | 140.000 | 2.80 | - 9,607.39 | 9,607.39 |
| **Total Taylor Morrison Home Corp A** | | **265.000** | **4.78** | **- 18,246.35** | **18,246.35** |
| 09/02/2025 | Purchased 20<br>Shares Of<br>Trex Co Inc Com<br>Trade Date 9/2/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T115631<br>20 Shares At 59.987 USD<br>89531P105 | 20.000 | .55 | - 1,200.29 | 1,200.29 |
| 09/02/2025 | Purchased 45<br>Shares Of<br>Trex Co Inc Com<br>Trade Date 9/2/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T115634<br>45 Shares At 60.20688889 USD<br>89531P105 | 45.000 | .23 | - 2,709.54 | 2,709.54 |

02569104
54 -01 -B -62 -277-04
0101 -13-0287O-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███804

**US bank.**

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/03/2025 | Purchased 80<br>Shares Of<br>Trex Co Inc Com<br>Trade Date 9/3/25<br>Purchased Through Instinet<br>Swift External Ref#: V15591115723<br>80 Shares At 59.733125 USD<br>89531P105 | 80.000 | .40 | -4,779.05 | 4,779.05 |
| **Total Trex Co Inc Com** | | **145.000** | **1.18** | **- 8,688.88** | **8,688.88** |
| 09/02/2025 | Purchased 5<br>Shares Of<br>Valvoline Inc<br>Trade Date 9/2/25<br>Purchased Through Instinet<br>Swift External Ref#: V15591115618<br>5 Shares At 38.51 USD<br>92047W101 | 5.000 | .03 | - 192.58 | 192.58 |
| **Total Valvoline Inc** | | **5.000** | **.03** | **- 192.58** | **192.58** |
| 09/17/2025 | Purchased 200<br>Shares Of<br>Warby Parker Inc Cl A Com<br>Trade Date 9/17/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V15591116365<br>200 Shares At 26.8169 USD<br>93403J106 | 200.000 | 5.50 | - 5,368.88 | 5,368.88 |
| 09/17/2025 | Purchased 10<br>Shares Of<br>Warby Parker Inc Cl A Com<br>Trade Date 9/17/25<br>Purchased Through J.P. Morgan Securities LLC<br>Swift External Ref#: V15591116370<br>10 Shares At 27.014 USD<br>93403J106 | 10.000 | .28 | - 270.42 | 270.42 |
| **Total Warby Parker Inc Cl A Com** | | **210.000** | **5.78** | **- 5,639.30** | **5,639.30** |

R0534



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/02/2025 | Purchased 5 Shares Of Zions Bancorporation N A Com Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115622 5 Shares At 56.92 USD 989701107 | 5.000 | .03 | - 284.63 | 284.63 |
| **Total Zions Bancorporation N A Com** | | **5.000** | **.03** | **- 284.63** | **284.63** |
| **Total Domestic Common Stock** | | **13,460.000** | **270.99** | **- 417,190.40** | **417,190.40** |
| **Foreign Stock** | | | | | |
| 09/02/2025 | Purchased 5 Shares Of Cushman Wakefield Plc Trade Date 9/2/25 Purchased Through Instinet Swift External Ref#: V1559T115619 5 Shares At 15.46 USD G2717B108 | 5.000 | .03 | - 77.33 | 77.33 |
| **Total Cushman Wakefield Plc** | | **5.000** | **.03** | **- 77.33** | **77.33** |
| 09/24/2025 | Purchased 25 Shares Of Noble Corp New Ord Shs A Trade Date 9/24/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116684 25 Shares At 29.2936 USD G65431127 | 25.000 | .69 | - 733.03 | 733.03 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/25/2025 | Purchased 735 Shares Of Noble Corp New Ord Shs A Trade Date 9/25/25 Purchased Through Instinet Swift External Ref#: V1559T116778 735 Shares At 29.37259864 USD G65431127 | 735.000 | 3.68 | - 21,592.54 | 21,592.54 |
| 09/25/2025 | Purchased 485 Shares Of Noble Corp New Ord Shs A Trade Date 9/25/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T116776 485 Shares At 29.06030928 USD G65431127 | 485.000 | 13.34 | - 14,107.59 | 14,107.59 |
| **Total Noble Corp New Ord Shs A** | | **1,245.000** | **17.71** | **- 36,433.16** | **36,433.16** |
| **Total Foreign Stock** | | **1,250.000** | **17.74** | **- 36,510.49** | **36,510.49** |
| **Total Purchases** | | **217,063.760** | **288.73** | **- 656,054.65** | **656,054.65** |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/02/2025 | Sold 3,777.4 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/2/25 31846V567 | - 3,777.400 | .00 | 3,777.40 | - 3,777.40 | .00 |
| 09/04/2025 | Sold 3,793.81 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/4/25 31846V567 | - 3,793.810 | .00 | 3,793.81 | - 3,793.81 | .00 |
| 09/05/2025 | Sold 56,282.06 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/5/25 31846V567 | - 56,282.060 | .00 | 56,282.06 | - 56,282.06 | .00 |
| 09/08/2025 | Sold 33,194.41 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/8/25 31846V567 | - 33,194.410 | .00 | 33,194.41 | - 33,194.41 | .00 |
| 09/11/2025 | Sold 37,475.22 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/11/25 31846V567 | - 37,475.220 | .00 | 37,475.22 | - 37,475.22 | .00 |
| 09/18/2025 | Sold 29,760.28 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/18/25 31846V567 | - 29,760.280 | .00 | 29,760.28 | - 29,760.28 | .00 |
| 09/22/2025 | Sold 29,573.17 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/22/25 31846V567 | - 29,573.170 | .00 | 29,573.17 | - 29,573.17 | .00 |

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/29/2025 | Sold 630.79 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | - 630.790 | .00 | 630.79 | - 630.79 | .00 |
| 09/30/2025 | Sold 5,571.9 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/30/25 31846V567 | - 5,571.900 | .00 | 5,571.90 | - 5,571.90 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 200,059.040** | **.00** | **200,059.04** | **- 200,059.04** | **.00** |
| **Total Cash And Equivalents** | | **- 200,059.040** | **.00** | **200,059.04** | **- 200,059.04** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 09/02/2025 | Sold 160 Shares Of Adma Biologics Inc Trade Date 9/2/25 Sold Through BofA Securities, Inc. Paid 3.20 USD Brokerage Swift External Ref#: V1559T115629 160 Shares At 17.00 USD 000899104 | - 160.000 | 3.20 | 2,716.80 | - 3,451.46 | - 734.66 |
| 09/02/2025 | Sold 360 Shares Of Adma Biologics Inc Trade Date 9/2/25 Sold Through Morgan Stanley & Co. LLC Paid 9.90 USD Brokerage Swift External Ref#: V1559T115635 360 Shares At 17.1475 USD 000899104 | - 360.000 | 9.90 | 6,163.20 | - 7,168.40 | - 1,005.20 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/02/2025 | Sold 455<br>Shares Of<br>Adma Biologics Inc<br>Trade Date 9/2/25<br>Sold Through Liquidnet Inc<br>Paid 12.51 USD Brokerage<br>Swift External Ref#: V1559T115638<br>455 Shares At 17.1572967 USD<br>000899104 | - 455.000 | 12.51 | 7,794.06 | - 8,909.99 | - 1,115.93 |
| 09/02/2025 | Sold 70<br>Shares Of<br>Adma Biologics Inc<br>Trade Date 9/2/25<br>Sold Through Instinet<br>Paid 0.70 USD Brokerage<br>Swift External Ref#: V1559T115637<br>70 Shares At 17.035 USD<br>000899104 | - 70.000 | .70 | 1,191.75 | - 1,370.77 | - 179.02 |
| 09/03/2025 | Sold 315<br>Shares Of<br>Adma Biologics Inc<br>Trade Date 9/3/25<br>Sold Through Liquidnet Inc<br>Paid 8.66 USD Brokerage<br>Swift External Ref#: V1559T115728<br>315 Shares At 17.05101587 USD<br>000899104 | - 315.000 | 8.66 | 5,362.41 | - 6,089.10 | - 726.69 |
| 09/03/2025 | Sold 395<br>Shares Of<br>Adma Biologics Inc<br>Trade Date 9/3/25<br>Sold Through BofA Securities, Inc.<br>Paid 7.90 USD Brokerage<br>Swift External Ref#: V1559T115729<br>395 Shares At 17.00 USD<br>000899104 | - 395.000 | 7.90 | 6,707.10 | - 6,668.44 | 38.66 |

02569104
54 -01-B -62 277-04
0101 -13-02870-04

**US bank.**

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/04/2025 | Sold 355<br>Shares Of<br>Adma Biologics Inc<br>Trade Date 9/4/25<br>Sold Through Liquidnet Inc<br>Paid 9.76 USD Brokerage<br>Swift External Ref#: V1559T115796<br>355 Shares At 16.63450704 USD<br>000899104 | - 355.000 | 9.76 | 5,895.49 | - 5,757.95 | 137.54 |
| **Total Adma Biologics Inc** | | **- 2,110.000** | **52.63** | **35,830.81** | **- 39,416.11** | **- 3,585.30** |
| 09/09/2025 | Sold 70<br>Shares Of<br>Gxo Logistics Incorporated Common<br>Trade Date 9/9/25<br>Sold Through Liquidnet Inc<br>Paid 1.93 USD Brokerage<br>Swift External Ref#: V1559T115994<br>70 Shares At 51.44285714 USD<br>36262G101 | - 70.000 | 1.93 | 3,599.07 | - 2,944.99 | 654.08 |
| 09/09/2025 | Sold 75<br>Shares Of<br>Gxo Logistics Incorporated Common<br>Trade Date 9/9/25<br>Sold Through Instinet<br>Paid 0.38 USD Brokerage<br>Swift External Ref#: V1559T115993<br>75 Shares At 50.82933333 USD<br>36262G101 | - 75.000 | .38 | 3,811.82 | - 3,242.57 | 569.25 |
| 09/09/2025 | Sold 355<br>Shares Of<br>Gxo Logistics Incorporated Common<br>Sold Through Oppenheimer & Co. Inc.<br>Paid 7.10 USD Brokerage<br>Swift External Ref#: V1559T115995<br>355 Shares At 50.78870423 USD<br>36262G101 | - 355.000 | 7.10 | 18,022.89 | - 15,763.83 | 2,259.06 |

R0540




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/10/2025 | Sold 115 Shares Of Gxo Logistics Incorporated Common Trade Date 9/10/25 Sold Through Oppenheimer & Co. Inc. Paid 2.30 USD Brokerage Swift External Ref#: V1559T116057 115 Shares At 50.43721739 USD 36262G101 | - 115.000 | 2.30 | 5,797.98 | - 5,138.78 | 659.20 |
| 09/19/2025 | Sold 140 Shares Of Gxo Logistics Incorporated Common Trade Date 9/19/25 Sold Through Liquidnet Inc Paid 3.85 USD Brokerage Swift External Ref#: V1559T116505 140 Shares At 49.97192857 USD 36262G101 | - 140.000 | 3.85 | 6,992.22 | - 6,017.51 | 974.71 |
| 09/19/2025 | Sold 70 Shares Of Gxo Logistics Incorporated Common Trade Date 9/19/25 Sold Through Instinet Paid 1.93 USD Brokerage Swift External Ref#: V1559T116507 70 Shares At 49.633 USD 36262G101 | - 70.000 | 1.93 | 3,472.38 | - 2,954.33 | 518.05 |
| 09/22/2025 | Sold 110 Shares Of Gxo Logistics Incorporated Common Trade Date 9/22/25 Sold Through Liquidnet Inc Paid 3.03 USD Brokerage Swift External Ref#: V1559T116568 110 Shares At 49.16427273 USD 36262G101 | - 110.000 | 3.03 | 5,405.04 | - 4,114.69 | 1,290.35 |

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/22/2025 | Sold 210 Shares Of Gxo Logistics Incorporated Common Trade Date 9/22/25 Sold Through Instinet Paid 1.05 USD Brokerage Swift External Ref#: V1559T116569 210 Shares At 49.41490476 USD 36262G101 | - 210.000 | 1.05 | 10,376.08 | - 7,919.25 | 2,456.83 |
| **Total Gxo Logistics Incorporated Common** | | **- 1,145.000** | **21.57** | **57,477.48** | **- 48,095.95** | **9,381.53** |
| 09/24/2025 | Sold 60 Shares Of Jbt Marel Corporation Com Trade Date 9/24/25 Sold Through Liquidnet Inc Paid 1.65 USD Brokerage Swift External Ref#: V1559T116693 60 Shares At 136.87766667 USD 477839104 | - 60.000 | 1.65 | 8,211.01 | - 7,492.37 | 718.64 |
| 09/25/2025 | Sold 15 Shares Of Jbt Marel Corporation Com Trade Date 9/25/25 Sold Through Liquidnet Inc Paid 0.41 USD Brokerage Swift External Ref#: V1559T116783 15 Shares At 134.27666667 USD 477839104 | - 15.000 | .41 | 2,013.74 | - 1,884.42 | 129.32 |
| 09/25/2025 | Sold 15 Shares Of Jbt Marel Corporation Com Trade Date 9/25/25 Sold Through Morgan Stanley & Co. LLC Paid 0.41 USD Brokerage Swift External Ref#: V1559T116782 15 Shares At 133.85 USD 477839104 | - 15.000 | .41 | 2,007.34 | - 1,884.41 | 122.93 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Jbt Marel Corporation Com** | | **- 90.000** | **2.47** | **12,232.09** | **- 11,261.20** | **970.89** |
| 09/02/2025 | Sold 50<br>Shares Of<br>Kirby Corp Com<br>Trade Date 9/2/25<br>Sold Through Liquidnet Inc<br>Paid 1.38 USD Brokerage<br>Swift External Ref#: V1559T115628<br>50 Shares At 95.2758 USD<br>497266106 | - 50.000 | 1.38 | 4,762.41 | - 5,043.54 | - 281.13 |
| 09/03/2025 | Sold 190<br>Shares Of<br>Kirby Corp Com<br>Trade Date 9/3/25<br>Sold Through Liquidnet Inc<br>Paid 5.23 USD Brokerage<br>Swift External Ref#: V1559T115726<br>190 Shares At 89.35410526 USD<br>497266106 | - 190.000 | 5.23 | 16,972.05 | - 18,820.30 | - 1,848.25 |
| **Total Kirby Corp Com** | | **- 240.000** | **6.61** | **21,734.46** | **- 23,863.84** | **- 2,129.38** |
| 09/24/2025 | Sold 840<br>Shares Of<br>Silgan Hldgs Inc<br>Trade Date 9/24/25<br>Sold Through Liquidnet Inc<br>Paid 23.10 USD Brokerage<br>Swift External Ref#: V1559T116695<br>840 Shares At 42.12520238 USD<br>827048109 | - 840.000 | 23.10 | 35,362.07 | - 39,463.64 | - 4,101.57 |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/24/2025 | Sold 40<br>Shares Of<br>Silgan Hldgs Inc<br>Trade Date 9/24/25<br>Sold Through Morgan Stanley & Co. LLC<br>Paid 1.10 USD Brokerage<br>Swift External Ref#: V1559T116692<br>40 Shares At 42.0475 USD<br>827048109 | - 40.000 | 1.10 | 1,680.80 | - 2,024.57 | - 343.77 |
| 09/25/2025 | Sold 475<br>Shares Of<br>Silgan Hldgs Inc<br>Trade Date 9/25/25<br>Sold Through Liquidnet Inc<br>Paid 13.06 USD Brokerage<br>Swift External Ref#: V1559T116771<br>475 Shares At 41.72189474 USD<br>827048109 | - 475.000 | 13.06 | 19,804.84 | - 25,721.65 | - 5,916.81 |
| **Total Silgan Hldgs Inc** | | **- 1,355.000** | **37.26** | **56,847.71** | **- 67,209.86** | **- 10,362.15** |
| 09/24/2025 | Sold 260<br>Shares Of<br>Stag Industrial Inc<br>Trade Date 9/24/25<br>Sold Through Liquidnet Inc<br>Paid 7.15 USD Brokerage<br>Swift External Ref#: V1559T116683<br>260 Shares At 34.74419231 USD<br>85254J102 | - 260.000 | 7.15 | 9,026.34 | - 8,240.31 | 786.03 |
| **Total Stag Industrial Inc** | | **- 260.000** | **7.15** | **9,026.34** | **- 8,240.31** | **786.03** |





02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/17/2025 | Sold 480 Shares Of Trex Co Inc Com Trade Date 9/17/25 Sold Through Liquidnet Inc Paid 13.20 USD Brokerage Swift External Ref#: V1559T116371 480 Shares At 54.67139583 USD 89531P105 | - 480.000 | 13.20 | 26,229.07 | - 30,535.34 | - 4,306.27 |
| 09/17/2025 | Sold 20 Shares Of Trex Co Inc Com Trade Date 9/17/25 Sold Through J.P. Morgan Securities LLC Paid 0.55 USD Brokerage Swift External Ref#: V1559T116372 20 Shares At 54.0365 USD 89531P105 | - 20.000 | .55 | 1,080.18 | - 1,277.21 | - 197.03 |
| 09/18/2025 | Sold 395 Shares Of Trex Co Inc Com Trade Date 9/18/25 Sold Through Liquidnet Inc Paid 10.86 USD Brokerage Swift External Ref#: V1559T116439 395 Shares At 54.28579747 USD 89531P105 | - 395.000 | 10.86 | 21,432.03 | - 24,361.49 | - 2,929.46 |
| 09/18/2025 | Sold 5 Shares Of Trex Co Inc Com Trade Date 9/18/25 Sold Through Morgan Stanley & Co. LLC Paid 0.14 USD Brokerage Swift External Ref#: V1559T116440 5 Shares At 54.454 USD 89531P105 | - 5.000 | .14 | 272.13 | - 298.69 | - 26.56 |
| **Total Trex Co Inc Com** | | **- 900.000** | **24.75** | **49,013.41** | **- 56,472.73** | **- 7,459.32** |

02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/24/2025 | Sold 75<br>Shares Of<br>Watts Water Technologies Cl A<br>Trade Date 9/24/25<br>Sold Through Cantor Fitzgerald & Co.<br>Paid 1.50 USD Brokerage<br>Swift External Ref#: V1559T116682<br>75 Shares At 275.89533333 USD<br>942749102 | - 75.000 | 1.50 | 20,690.65 | - 14,953.56 | 5,737.09 |
| **Total Watts Water Technologies Cl A** | | **- 75.000** | **1.50** | **20,690.65** | **- 14,953.56** | **5,737.09** |
| 09/02/2025 | Sold 145<br>Shares Of<br>Wesco Intl Inc<br>Trade Date 9/2/25<br>Sold Through Liquidnet Inc<br>Paid 3.99 USD Brokerage<br>Swift External Ref#: V1559T115636<br>145 Shares At 217.26937931 USD<br>95082P105 | - 145.000 | 3.99 | 31,500.07 | - 21,270.11 | 10,229.96 |
| 09/25/2025 | Sold 120<br>Shares Of<br>Wesco Intl Inc<br>Trade Date 9/25/25<br>Sold Through Liquidnet Inc<br>Paid 3.30 USD Brokerage<br>Swift External Ref#: V1559T116775<br>120 Shares At 206.44883333 USD<br>95082P105 | - 120.000 | 3.30 | 24,770.56 | - 18,231.50 | 6,539.06 |
| **Total Wesco Intl Inc** | | **- 265.000** | **7.29** | **56,270.63** | **- 39,501.61** | **16,769.02** |
| **Total Domestic Common Stock** | | **- 6,440.000** | **161.23** | **319,123.58** | **- 309,015.17** | **10,108.41** |

**Foreign Stock**




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/24/2025 | Sold 80<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/24/25<br>Sold Through Oppenheimer & Co. Inc.<br>Paid 1.60 USD Brokerage<br>Swift External Ref#: V1559T116698<br>80 Shares At 15.90 USD<br>G2717B108 | - 80.000 | 1.60 | 1,270.40 | - 851.22 | 419.18 |
| 09/24/2025 | Sold 275<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/24/25<br>Sold Through Liquidnet Inc<br>Paid 7.56 USD Brokerage<br>Swift External Ref#: V1559T116696<br>275 Shares At 15.84290909 USD<br>G2717B108 | - 275.000 | 7.56 | 4,349.24 | - 2,926.06 | 1,423.18 |
| 09/24/2025 | Sold 105<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/24/25<br>Sold Through Morgan Stanley & Co. LLC<br>Paid 2.89 USD Brokerage<br>Swift External Ref#: V1559T116697<br>105 Shares At 15.80504762 USD<br>G2717B108 | - 105.000 | 2.89 | 1,656.64 | - 1,117.22 | 539.42 |
| 09/24/2025 | Sold 665<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/24/25<br>Sold Through Piper Sandler & Co<br>Paid 13.30 USD Brokerage<br>Swift External Ref#: V1559T116694<br>665 Shares At 15.84189474 USD<br>G2717B108 | - 665.000 | 13.30 | 10,521.56 | - 7,076.89 | 3,444.67 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Sold 870<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/25/25<br>Sold Through Jefferies LLC<br>Paid 17.40 USD Brokerage<br>Swift External Ref#: V1559T116786<br>870 Shares At 15.6614023 USD<br>G2717B108 | - 870.000 | 17.40 | 13,608.02 | - 8,998.77 | 4,609.25 |
| 09/25/2025 | Sold 40<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/25/25<br>Sold Through Btig, LLC<br>Paid 0.80 USD Brokerage<br>Swift External Ref#: V1559T116784<br>40 Shares At 15.73 USD<br>G2717B108 | - 40.000 | .80 | 628.40 | - 407.64 | 220.76 |
| 09/25/2025 | Sold 60<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/25/25<br>Sold Through Liquidnet Inc<br>Paid 1.65 USD Brokerage<br>Swift External Ref#: V1559T116781<br>60 Shares At 15.71616667 USD<br>G2717B108 | - 60.000 | 1.65 | 941.32 | - 597.14 | 344.18 |
| 09/25/2025 | Sold 1,060<br>Shares Of<br>Cushman Wakefield Plc<br>Trade Date 9/25/25<br>Sold Through Cantor Fitzgerald & Co.<br>Paid 21.20 USD Brokerage<br>Swift External Ref#: V1559T116785<br>1,060 Shares At 15.63210377 USD<br>G2717B108 | - 1,060.000 | 21.20 | 16,548.83 | - 10,633.28 | 5,915.55 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/26/2025 | Sold 215 Shares Of Cushman Wakefield Plc Trade Date 9/26/25 Sold Through Liquidnet Inc Paid 5.91 USD Brokerage Swift External Ref#: V1559T116860 215 Shares At 15.80427907 USD G2717B108 | - 215.000 | 5.91 | 3,392.01 | - 2,150.73 | 1,241.28 |
| 09/26/2025 | Sold 245 Shares Of Cushman Wakefield Plc Trade Date 9/26/25 Sold Through Cantor Fitzgerald & Co. Paid 4.90 USD Brokerage Swift External Ref#: V1559T116861 245 Shares At 15.83 USD G2717B108 | - 245.000 | 4.90 | 3,873.45 | - 2,520.23 | 1,353.22 |
| 09/26/2025 | Sold 155 Shares Of Cushman Wakefield Plc Trade Date 9/26/25 Sold Through Jefferies LLC Paid 3.10 USD Brokerage Swift External Ref#: V1559T116865 155 Shares At 15.86 USD G2717B108 | - 155.000 | 3.10 | 2,455.20 | - 1,657.64 | 797.56 |
| **Total Cushman Wakefield Plc** | | **- 3,770.000** | **80.31** | **59,245.07** | **- 38,936.82** | **20,308.25** |
| **Total Foreign Stock** | | **- 3,770.000** | **80.31** | **59,245.07** | **- 38,936.82** | **20,308.25** |

**Mutual Funds-Equity**



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/02/2025 | Sold 195<br>Shares Of<br>Ishares Russell 2000 Value Etf<br>Trade Date 9/2/25<br>Sold Through Instinet<br>Paid 0.98 USD Brokerage<br>Swift External Ref#: V1559T115626<br>195 Shares At 172.09 USD<br>464287630 | - 195.000 | .98 | 33,556.57 | - 33,167.59 | 388.98 |
| 09/24/2025 | Sold 70<br>Shares Of<br>Ishares Russell 2000 Value Etf<br>Trade Date 9/24/25<br>Sold Through J.P. Morgan Securities LLC<br>Paid 1.93 USD Brokerage<br>Swift External Ref#: V1559T116681<br>70 Shares At 176.94 USD<br>464287630 | - 70.000 | 1.93 | 12,383.87 | - 11,645.02 | 738.85 |
| **Total Ishares Russell 2000 Value Etf** | | **- 265.000** | **2.91** | **45,940.44** | **- 44,812.61** | **1,127.83** |
| **Total Mutual Funds-Equity** | | **- 265.000** | **2.91** | **45,940.44** | **- 44,812.61** | **1,127.83** |
| **Total Sales And Maturities** | | **- 210,534.040** | **244.45** | **624,368.13** | **- 592,823.64** | **31,544.49** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.





02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 09/30/2025 | 10/01/2025 | Purchased 90 Shares Of<br>CIRRUS Logic Inc<br>Trade Date 9/30/25<br>Purchased Through Liquidnet Inc<br>Paid 2.48 USD Brokerage<br>Purchased On The Otcbb<br>Swift External Ref#: V1559T116997<br>90 Shares At 124.88966667 USD<br>172755100 | 90.000 | 11,242.55 | - 11,242.55 |
| 09/30/2025 | 10/01/2025 | Purchased 10 Shares Of<br>CIRRUS Logic Inc<br>Trade Date 9/30/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.28 USD Brokerage<br>Purchased On The Otcbb<br>Swift External Ref#: V1559T116999<br>10 Shares At 124.715 USD<br>172755100 | 10.000 | 1,247.43 | - 1,247.43 |
| 09/30/2025 | 10/01/2025 | Purchased 1,490 Shares Of<br>Lumen Technologies Inc La<br>Trade Date 9/30/25<br>Purchased Through Oppenheimer & Co. Inc.<br>Paid 29.80 USD Brokerage<br>Purchased On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T116996<br>1,490 Shares At 6.01940268 USD<br>550241103 | 1,490.000 | 8,998.71 | - 8,998.71 |
| 09/30/2025 | 10/01/2025 | Purchased 455 Shares Of<br>Lumen Technologies Inc La<br>Trade Date 9/30/25<br>Purchased Through Liquidnet Inc<br>Paid 12.51 USD Brokerage<br>Purchased On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T116998<br>455 Shares At 5.9927033 USD<br>550241103 | 455.000 | 2,739.19 | - 2,739.19 |

0256910A
54-01-B-62-277-04
0101 -13-02870-04

**U.S.bank**

Page 63 of 77
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| | | | 2,045.000 | 24,227.88 | - 24,227.88 |
| **Total Purchases** | | | | | |
| **Net Trades Pending Settlement** | | | 2,045.000 | 24,227.88 | - 24,227.88 |

R0552



## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **BofA Securities, Inc.** | | | | | | |
| 210.000 | 09/04/2025 | Bought<br>Permian Resources Corp Class A<br>71424F105 | 2,977.78 | 4.20 | .00 | 2,981.98 |
| 160.000 | 09/02/2025 | Sold<br>Adma Biologics Inc<br>000899104 | 2,720.00 | 3.20 | .00 | 2,716.80 |
| 395.000 | 09/03/2025 | Sold<br>Adma Biologics Inc<br>000899104 | 6,715.00 | 7.90 | .00 | 6,707.10 |
| **Total BofA Securities, Inc.** | | | **12,412.78** | **15.30** | **.00** | **12,405.88** |
| # Trades/Commission Per Share | | | 3 | .02 | | |
| **Btig, LLC** | | | | | | |
| 50.000 | 09/17/2025 | Bought<br>Pvh Corporation<br>693656100 | 4,218.03 | 1.00 | .00 | 4,219.03 |
| 40.000 | 09/25/2025 | Sold<br>Cushman Wakefield Plc<br>G2717B108 | 629.20 | .80 | .00 | 628.40 |
| **Total Btig, LLC** | | | **4,847.23** | **1.80** | **.00** | **4,847.43** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Cantor Fitzgerald & Co.** | | | | | | |
| 320.000 | 09/24/2025 | Bought<br>Murphy Oil Corp<br>626717102 | 9,412.80 | 6.40 | .00 | 9,419.20 |
| 1,060.000 | 09/25/2025 | Sold<br>Cushman Wakefield Plc<br>G2717B108 | 16,570.03 | 21.20 | .00 | 16,548.83 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 245.000 | 09/26/2025 | Sold Cushman Wakefield Plc G2717B108 | 3,878.35 | 4.90 | .00 | 3,873.45 |
| 75.000 | 09/24/2025 | Sold Watts Water Technologies Cl A 942749102 | 20,692.15 | 1.50 | .00 | 20,690.65 |
| **Total Cantor Fitzgerald & Co.** | | | **50,553.33** | **34.00** | **.00** | **50,532.13** |
| # Trades/Commission Per Share | | | 4 | .02 | | |
| **Instinet** | | | | | | |
| 5.000 | 09/02/2025 | Bought Cushman Wakefield Plc G2717B108 | 77.30 | .03 | .00 | 77.33 |
| 735.000 | 09/25/2025 | Bought Noble Corp New Ord Shs A G65431127 | 21,588.86 | 3.68 | .00 | 21,592.54 |
| 475.000 | 09/10/2025 | Bought Antero Resources Corp 03674X106 | 15,538.06 | 2.38 | .00 | 15,540.44 |
| 95.000 | 09/25/2025 | Bought Antero Resources Corp 03674X106 | 3,248.72 | .48 | .00 | 3,249.20 |
| 240.000 | 09/02/2025 | Bought Bath Body Works Inc Com 070830104 | 7,096.70 | 1.20 | .00 | 7,097.90 |
| 920.000 | 09/03/2025 | Bought Bath Body Works Inc Com 070830104 | 28,051.72 | 4.60 | .00 | 28,056.32 |
| 190.000 | 09/04/2025 | Bought Bath Body Works Inc Com 070830104 | 6,069.46 | .95 | .00 | 6,070.41 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 5.000 | 09/02/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 49.25 | .03 | .00 | 49.28 |
| 5.000 | 09/02/2025 | Bought Cadence Bank Com 12740C103 | 185.60 | .03 | .00 | 185.63 |
| 5.000 | 09/02/2025 | Bought Commercial Metals Co Com 201723103 | 281.25 | .03 | .00 | 281.28 |
| 165.000 | 09/17/2025 | Bought Commercial Metals Co Com 201723103 | 9,710.88 | .83 | .00 | 9,711.71 |
| 5.000 | 09/02/2025 | Bought Eagle Materials Inc 26969P108 | 1,136.70 | .03 | .00 | 1,136.73 |
| 10.000 | 09/02/2025 | Bought Element Solutions Inc 28618M106 | 249.80 | .05 | .00 | 249.85 |
| 5.000 | 09/02/2025 | Bought Gxo Logistics Incorporated Common 36262G101 | 257.40 | .03 | .00 | 257.43 |
| 5.000 | 09/02/2025 | Bought Hanover Ins Group Inc 410867105 | 866.05 | .03 | .00 | 866.08 |
| 105.000 | 09/29/2025 | Bought Lumen Technologies Inc La 550241103 | 617.02 | 2.89 | .00 | 619.91 |
| 135.000 | 09/04/2025 | Bought Matador Resources Co 576485205 | 6,728.05 | .68 | .00 | 6,728.73 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 260.000 | 09/25/2025 | Bought Matador Resources Co 576485205 | 12,505.45 | 1.30 | .00 | 12,506.75 |
| 70.000 | 09/10/2025 | Bought Molina Healthcare Inc 60855R100 | 12,341.38 | .35 | .00 | 12,341.73 |
| 5.000 | 09/02/2025 | Bought Murphy Oil Corp 626717102 | 124.95 | .03 | .00 | 124.98 |
| 225.000 | 09/04/2025 | Bought Murphy Oil Corp 626717102 | 5,735.16 | 1.13 | .00 | 5,736.29 |
| 5.000 | 09/02/2025 | Bought Northwest Natural Holding Co 66765N105 | 207.05 | .03 | .00 | 207.08 |
| 15.000 | 09/18/2025 | Bought Pvh Corporation 693656100 | 1,281.13 | .08 | .00 | 1,281.21 |
| 115.000 | 09/19/2025 | Bought Pvh Corporation 693656100 | 9,948.91 | .58 | .00 | 9,949.49 |
| 50.000 | 09/22/2025 | Bought Pvh Corporation 693656100 | 4,291.43 | .25 | .00 | 4,291.68 |
| 5.000 | 09/02/2025 | Bought Permian Resources Corp Class A 71424F105 | 70.50 | .03 | .00 | 70.53 |
| 15.000 | 09/04/2025 | Bought Permian Resources Corp Class A 71424F105 | 208.13 | .15 | .00 | 208.28 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 5.000 | 09/02/2025 | Bought Prosperity Bancshares Inc 743606105 | 342.45 | .03 | .00 | 342.48 |
| 70.000 | 09/04/2025 | Bought Sanmina Corp 801056102 | 8,330.78 | .35 | .00 | 8,331.13 |
| 90.000 | 09/10/2025 | Bought Sanmina Corp 801056102 | 10,904.98 | .45 | .00 | 10,905.43 |
| 45.000 | 09/17/2025 | Bought Sanmina Corp 801056102 | 5,242.23 | .23 | .00 | 5,242.46 |
| 65.000 | 09/04/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 4,526.98 | .33 | .00 | 4,527.31 |
| 45.000 | 09/02/2025 | Bought Trex Co Inc Com 89531P105 | 2,709.31 | .23 | .00 | 2,709.54 |
| 80.000 | 09/03/2025 | Bought Trex Co Inc Com 89531P105 | 4,778.65 | .40 | .00 | 4,779.05 |
| 5.000 | 09/02/2025 | Bought Valvoline Inc 92047W101 | 192.55 | .03 | .00 | 192.58 |
| 5.000 | 09/02/2025 | Bought Zions Bancorporation N A Com 989701107 | 284.60 | .03 | .00 | 284.63 |
| 70.000 | 09/02/2025 | Sold Adma Biologics Inc 000899104 | 1,192.45 | .70 | .00 | 1,191.75 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 75.000 | 09/09/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 3,812.20 | .38 | .00 | 3,811.82 |
| 70.000 | 09/19/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 3,474.31 | 1.93 | .00 | 3,472.38 |
| 210.000 | 09/22/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 10,377.13 | 1.05 | .00 | 10,376.08 |
| 195.000 | 09/02/2025 | Sold Ishares Russell 2000 Value Etf 464287630 | 33,557.55 | .98 | .00 | 33,556.57 |
| **Total Instinet** | | | **238,193.08** | **29.00** | **.00** | **238,212.00** |
| # Trades/Commission Per Share | | | 41 | .01 | | |
| **J.P. Morgan Securities LLC** | | | | | | |
| 10.000 | 09/17/2025 | Bought Warby Parker Inc Cl A Com 93403J106 | 270.14 | .28 | .00 | 270.42 |
| 70.000 | 09/24/2025 | Sold Ishares Russell 2000 Value Etf 464287630 | 12,385.80 | 1.93 | .00 | 12,383.87 |
| 20.000 | 09/17/2025 | Sold Trex Co Inc Com 89531P105 | 1,080.73 | .55 | .00 | 1,080.18 |
| **Total J.P. Morgan Securities LLC** | | | **13,736.67** | **2.76** | **.00** | **13,734.47** |
| # Trades/Commission Per Share | | | 3 | .03 | | |
| **Jefferies LLC** | | | | | | |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 870.000 | 09/25/2025 | Sold Cushman Wakefield Plc G2717B108 | 13,625.42 | 17.40 | .00 | 13,608.02 |
| 155.000 | 09/26/2025 | Sold Cushman Wakefield Plc G2717B108 | 2,458.30 | 3.10 | .00 | 2,455.20 |
| **Total Jefferies LLC** | | | **16,083.72** | **20.50** | **.00** | **16,063.22** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Liquidnet Inc** | | | | | | |
| 25.000 | 09/24/2025 | Bought Noble Corp New Ord Shs A G65431127 | 732.34 | .69 | .00 | 733.03 |
| 485.000 | 09/25/2025 | Bought Noble Corp New Ord Shs A G65431127 | 14,094.25 | 13.34 | .00 | 14,107.59 |
| 75.000 | 09/24/2025 | Bought Antero Resources Corp 03674X106 | 2,560.91 | 2.06 | .00 | 2,562.97 |
| 260.000 | 09/02/2025 | Bought Bath Body Works Inc Com 070830104 | 7,639.87 | 7.15 | .00 | 7,647.02 |
| 45.000 | 09/04/2025 | Bought Bath Body Works Inc Com 070830104 | 1,431.68 | 1.24 | .00 | 1,432.92 |
| 430.000 | 09/17/2025 | Bought Bath Body Works Inc Com 070830104 | 11,181.72 | 11.83 | .00 | 11,193.55 |
| 610.000 | 09/19/2025 | Bought Bath Body Works Inc Com 070830104 | 15,644.91 | 16.78 | .00 | 15,661.69 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 55.000 | 09/19/2025 | Bought Csw Industrials Inc 126402106 | 14,046.63 | 1.51 | .00 | 14,048.14 |
| 90.000 | 09/30/2025 | Bought CIRRUS Logic Inc 172755100 | 11,240.07 | 2.48 | .00 | 11,242.55 |
| 35.000 | 09/25/2025 | Bought Clean Hbrs Inc 184496107 | 8,147.44 | .96 | .00 | 8,148.40 |
| 215.000 | 09/05/2025 | Bought Coherent Corp 19247G107 | 21,139.90 | 5.91 | .00 | 21,145.81 |
| 1,005.000 | 09/26/2025 | Bought Lumen Technologies Inc La 550241103 | 5,974.83 | 27.64 | .00 | 6,002.47 |
| 1,155.000 | 09/29/2025 | Bought Lumen Technologies Inc La 550241103 | 6,750.51 | 31.76 | .00 | 6,782.27 |
| 455.000 | 09/30/2025 | Bought Lumen Technologies Inc La 550241103 | 2,726.68 | 12.51 | .00 | 2,739.19 |
| 100.000 | 09/24/2025 | Bought Matador Resources Co 576485205 | 4,799.32 | 2.75 | .00 | 4,802.07 |
| 100.000 | 09/04/2025 | Bought Meritage Homes Corporation 59001A102 | 8,000.87 | 2.75 | .00 | 8,003.62 |
| 135.000 | 09/17/2025 | Bought Meritage Homes Corporation 59001A102 | 10,290.40 | 3.71 | .00 | 10,294.11 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 25.000 | 09/10/2025 | Bought<br>Molina Healthcare Inc<br>60855R100 | 4,484.91 | .69 | .00 | 4,485.60 |
| 55.000 | 09/04/2025 | Bought<br>Mueller Inds Inc<br>624756102 | 5,300.41 | 1.51 | .00 | 5,301.92 |
| 30.000 | 09/24/2025 | Bought<br>Murphy Oil Corp<br>626717102 | 881.99 | .83 | .00 | 882.82 |
| 295.000 | 09/25/2025 | Bought<br>Murphy Oil Corp<br>626717102 | 8,613.03 | 8.11 | .00 | 8,621.14 |
| 105.000 | 09/02/2025 | Bought<br>Pvh Corporation<br>693656100 | 9,035.58 | 2.89 | .00 | 9,038.47 |
| 100.000 | 09/04/2025 | Bought<br>Pvh Corporation<br>693656100 | 8,774.99 | 2.75 | .00 | 8,777.74 |
| 35.000 | 09/04/2025 | Bought<br>Permian Resources Corp Class A<br>71424F105 | 490.25 | .96 | .00 | 491.21 |
| 425.000 | 09/24/2025 | Bought<br>Permian Resources Corp Class A<br>71424F105 | 5,879.03 | 11.69 | .00 | 5,890.72 |
| 160.000 | 09/25/2025 | Bought<br>Permian Resources Corp Class A<br>71424F105 | 2,194.43 | 4.40 | .00 | 2,198.83 |
| 20.000 | 09/02/2025 | Bought<br>Sanmina Corp<br>801056102 | 2,318.30 | .55 | .00 | 2,318.85 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 100.000 | 09/05/2025 | Bought Sanmina Corp 801056102 | 12,045.85 | 2.75 | .00 | 12,048.60 |
| 10.000 | 09/17/2025 | Bought Sanmina Corp 801056102 | 1,161.70 | .28 | .00 | 1,161.98 |
| 60.000 | 09/04/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 4,110.00 | 1.65 | .00 | 4,111.65 |
| 20.000 | 09/02/2025 | Bought Trex Co Inc Com 89531P105 | 1,199.74 | .55 | .00 | 1,200.29 |
| 200.000 | 09/17/2025 | Bought Warby Parker Inc Cl A Com 93403J106 | 5,363.38 | 5.50 | .00 | 5,368.88 |
| 275.000 | 09/24/2025 | Sold Cushman Wakefield Plc G2717B108 | 4,356.80 | 7.56 | .00 | 4,349.24 |
| 60.000 | 09/25/2025 | Sold Cushman Wakefield Plc G2717B108 | 942.97 | 1.65 | .00 | 941.32 |
| 215.000 | 09/26/2025 | Sold Cushman Wakefield Plc G2717B108 | 3,397.92 | 5.91 | .00 | 3,392.01 |
| 455.000 | 09/02/2025 | Sold Adma Biologics Inc 000899104 | 7,806.57 | 12.51 | .00 | 7,794.06 |
| 315.000 | 09/03/2025 | Sold Adma Biologics Inc 000899104 | 5,371.07 | 8.66 | .00 | 5,362.41 |




02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 355.000 | 09/04/2025 | Sold Adma Biologics Inc 000899104 | 5,905.25 | 9.76 | .00 | 5,895.49 |
| 70.000 | 09/09/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 3,601.00 | 1.93 | .00 | 3,599.07 |
| 140.000 | 09/19/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 6,996.07 | 3.85 | .00 | 6,992.22 |
| 110.000 | 09/22/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 5,408.07 | 3.03 | .00 | 5,405.04 |
| 60.000 | 09/24/2025 | Sold Jbt Marel Corporation Com 477839104 | 8,212.66 | 1.65 | .00 | 8,211.01 |
| 15.000 | 09/25/2025 | Sold Jbt Marel Corporation Com 477839104 | 2,014.15 | .41 | .00 | 2,013.74 |
| 50.000 | 09/02/2025 | Sold Kirby Corp Com 497266106 | 4,763.79 | 1.38 | .00 | 4,762.41 |
| 190.000 | 09/03/2025 | Sold Kirby Corp Com 497266106 | 16,977.28 | 5.23 | .00 | 16,972.05 |
| 840.000 | 09/24/2025 | Sold Silgan Hldgs Inc 827048109 | 35,385.17 | 23.10 | .00 | 35,362.07 |
| 475.000 | 09/25/2025 | Sold Silgan Hldgs Inc 827048109 | 19,817.90 | 13.06 | .00 | 19,804.84 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 260.000 | 09/24/2025 | Sold<br>Stag Industrial Inc<br>85254J102 | 9,033.49 | 7.15 | .00 | 9,026.34 |
| 480.000 | 09/17/2025 | Sold<br>Trex Co Inc Com<br>89531P105 | 26,242.27 | 13.20 | .00 | 26,229.07 |
| 395.000 | 09/18/2025 | Sold<br>Trex Co Inc Com<br>89531P105 | 21,442.89 | 10.86 | .00 | 21,432.03 |
| 145.000 | 09/02/2025 | Sold<br>Wesco Intl Inc<br>95082P105 | 31,504.06 | 3.99 | .00 | 31,500.07 |
| 120.000 | 09/25/2025 | Sold<br>Wesco Intl Inc<br>95082P105 | 24,773.86 | 3.30 | .00 | 24,770.56 |
| **Total Liquidnet Inc** | | | **462,209.16** | **328.37** | **.00** | **462,261.15** |
| # Trades/Commission Per Share | | | 52 | .03 | | |
| **Morgan Stanley & Co. LLC** | | | | | | |
| 10.000 | 09/30/2025 | Bought<br>CIRRUS Logic Inc<br>172755100 | 1,247.15 | .28 | .00 | 1,247.43 |
| 535.000 | 09/26/2025 | Bought<br>Lumen Technologies Inc La<br>550241103 | 3,172.07 | 14.71 | .00 | 3,186.78 |
| 5.000 | 09/04/2025 | Bought<br>Meritage Homes Corporation<br>59001A102 | 397.28 | .14 | .00 | 397.42 |
| 5.000 | 09/24/2025 | Bought<br>Murphy Oil Corp<br>626717102 | 146.75 | .14 | .00 | 146.89 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

usbank

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 5.000 | 09/25/2025 | Bought<br>Murphy Oil Corp<br>626717102 | 146.83 | .14 | .00 | 146.97 |
| 105.000 | 09/24/2025 | Sold<br>Cushman Wakefield Plc<br>G2717B108 | 1,659.53 | 2.89 | .00 | 1,656.64 |
| 360.000 | 09/02/2025 | Sold<br>Adma Biologics Inc<br>000899104 | 6,173.10 | 9.90 | .00 | 6,163.20 |
| 15.000 | 09/25/2025 | Sold<br>Jbt Marel Corporation Com<br>477839104 | 2,007.75 | .41 | .00 | 2,007.34 |
| 40.000 | 09/24/2025 | Sold<br>Silgan Hldgs Inc<br>827048109 | 1,681.90 | 1.10 | .00 | 1,680.80 |
| 5.000 | 09/18/2025 | Sold<br>Trex Co Inc Com<br>89531P105 | 272.27 | .14 | .00 | 272.13 |
| **Total Morgan Stanley & Co. LLC** | | | **16,904.63** | **29.85** | **.00** | **16,905.60** |
| # Trades/Commission Per Share | | | 10 | .03 | | |
| **Oppenheimer & Co. Inc.** | | | | | | |
| 195.000 | 09/26/2025 | Bought<br>Lumen Technologies Inc La<br>550241103 | 1,158.30 | 3.90 | .00 | 1,162.20 |
| 1,490.000 | 09/30/2025 | Bought<br>Lumen Technologies Inc La<br>550241103 | 8,968.91 | 29.80 | .00 | 8,998.71 |
| 525.000 | 09/24/2025 | Bought<br>Permian Resources Corp Class A<br>71424F105 | 7,278.02 | 10.50 | .00 | 7,288.52 |



02569104
54- -01-B -62 -277-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from September 1, 2025 to September 30, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 140.000 | 09/17/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 9,604.59 | 2.80 | .00 | 9,607.39 |
| 80.000 | 09/24/2025 | Sold Cushman Wakefield Plc G2717B108 | 1,272.00 | 1.60 | .00 | 1,270.40 |
| 355.000 | 09/09/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 18,029.99 | 7.10 | .00 | 18,022.89 |
| 115.000 | 09/10/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 5,800.28 | 2.30 | .00 | 5,797.98 |
| **Total Oppenheimer & Co. Inc.** | | | **52,112.09** | **58.00** | **.00** | **52,148.09** |
| # Trades/Commission Per Share | | | 7 | .02 | | |
| **Piper Sandler & Co** | | | | | | |
| 15.000 | 09/19/2025 | Bought Bath Body Works Inc Com 070830104 | 378.15 | .30 | .00 | 378.45 |
| 665.000 | 09/24/2025 | Sold Cushman Wakefield Plc G2717B108 | 10,534.86 | 13.30 | .00 | 10,521.56 |
| **Total Piper Sandler & Co** | | | **10,913.01** | **13.60** | **.00** | **10,900.01** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Grand Total** | | | **877,965.70** | **533.18** | **.00** | **878,009.98** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
364 of 592

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

**Account Number: [redacted]8805**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023079 20 SP 000638049232298 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109





US bank

02569704
54 -01-B-62-277-04
0101 -12-02870-04

Page 2 of 77
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 30 |
| Investment Activity | 42 |
| Plan Expenses | 54 |
| Purchases | 55 |
| Sales And Maturities | 63 |
| Bond Summary | 75 |

R0569



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **15,719,924.37** | **15,720,082.08** |
| **Investment Activity** | | |
| Interest | 41,093.12 | 41,093.12 |
| Realized Gain/Loss | - 1,281.95 | - 1,281.95 |
| Change In Unrealized Gain/Loss | 18,739.15 | .00 |
| Net Accrued Income (Current-Prior) | 4,140.55 | 4,140.55 |
| **Total Investment Activity** | **62,690.87** | **43,951.72** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 9,637.71 | - 9,637.71 |
| **Total Plan Expenses** | **- 9,637.71** | **- 9,637.71** |
| **Net Change In Market And Cost** | **53,053.16** | **34,314.01** |
| **Ending Market And Cost** | **15,772,977.53** | **15,754,396.09** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 41,093.12 |
| Cash Equivalent Purchases | - 163,214.06 |
| Purchases | - 461,403.64 |
| Cash Equivalent Sales | 312,272.79 |
| Sales/Maturities | 280,889.50 |
| **Total Investment Activity** | **9,637.71** |
| **Plan Expenses** | |
| Administrative Expenses* | - 9,637.71 |
| **Total Plan Expenses** | **- 9,637.71** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 319,168.60 | 319,168.60 | 2.03 |
| U.S. Government Issues | 7,604,206.70 | 7,602,243.65 | 48.22 |
| Corporate Issues | 6,970,789.80 | 6,936,244.71 | 44.19 |
| Foreign Issues | 123,807.85 | 136,667.10 | 0.78 |
| Municipal Issues | 628,120.30 | 633,187.75 | 3.98 |
| **Total Assets** | **15,646,093.25** | **15,627,511.81** | **99.20** |
| Accrued Income | 126,884.28 | 126,884.28 | 0.80 |
| **Grand Total** | **15,772,977.53** | **15,754,396.09** | **100.00** |

**Estimated Annual Income** **596,271.39**

BONDS
CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 319,168.600 | 319,168.60<br>1.0000 | 319,168.60 | .00<br>.00 | 1,563.66 | 4.01 |
| **Total Money Markets** | **319,168.600** | **319,168.60** | **319,168.60** | **.00**<br>**.00** | **1,563.66** | **4.01** |
| **Total Cash And Equivalents** | **319,168.600** | **319,168.60** | **319,168.60** | **.00**<br>**.00** | **1,563.66** | **4.01** |
| **US Government Issues** | | | | | | |
| F H L M C Gd<br>G30290 6.500% 3/01/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128CUKB1 Asset Minor Code 24 | .660 | .66<br>100.0900 | .68 | - .02<br>.01 | .00 | 6.06 |
| F H L M C Gd<br>G15922 3.000% 8/01/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MEYT2 Asset Minor Code 24 | 15,864.250 | 15,510.95<br>97.7730 | 16,504.85 | - 993.90<br>26.17 | 39.65 | 3.07 |
| F H L M C Gd<br>G18527 3.000% 10/01/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MMSR5 Asset Minor Code 24 | 10,901.090 | 10,723.29<br>98.3690 | 11,167.08 | - 443.79<br>27.49 | 27.25 | 3.05 |
| F H L M C Gd<br>G18614 2.500% 10/01/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MMVG5 Asset Minor Code 24 | 17,432.880 | 16,834.41<br>96.5670 | 18,225.51 | - 1,391.10<br>34.81 | 36.33 | 2.59 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb0661 2.500% 4/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132CWWW0 Asset Minor Code 24 | 152,936.970 | 144,415.32<br>94.4280 | 141,689.95 | 2,725.37<br>347.64 | 318.64 | 2.65 |
| F H L M C<br>#Sb1302 5.500% 10/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132CXNT5 Asset Minor Code 24 | 126,644.100 | 129,941.91<br>102.6040 | 129,027.91 | 914.00<br>98.25 | 580.45 | 5.36 |
| F H L M C<br>#Sb8184 4.000% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6CV0 Asset Minor Code 24 | 95,038.010 | 93,493.64<br>98.3750 | 94,971.18 | - 1,477.54<br>203.74 | 316.79 | 4.07 |
| F H L M C<br>#Sb8186 4.500% 9/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6CX6 Asset Minor Code 24 | 90,074.880 | 89,997.42<br>99.9140 | 91,566.75 | - 1,569.33<br>120.92 | 337.78 | 4.50 |
| F H L M C<br>#Sb8191 4.500% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6C40 Asset Minor Code 24 | 116,459.200 | 116,462.69<br>100.0030 | 115,924.92 | 537.77<br>116.69 | 436.66 | 4.50 |
| F H L M C<br>#Sb8216 4.500% 3/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DV9 Asset Minor Code 24 | 21,869.820 | 21,870.48<br>100.0030 | 21,483.67 | 386.81<br>13.33 | 109.35 | 4.50 |
| F H L M C<br>#Sb8217 5.000% 3/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DW7 Asset Minor Code 24 | 143,166.500 | 144,834.39<br>101.1650 | 143,091.21 | 1,743.18<br>- 20.59 | 596.47 | 4.94 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb8220 5.500% 2/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DZ0 Asset Minor Code 24 | 92,312.540 | 94,432.04<br>102.2960 | 91,652.11 | 2,779.93<br>- 53.63 | 423.10 | 5.38 |
| F H L M C<br>#Sb8269 6.000% 10/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6FJ4 Asset Minor Code 24 | 42,317.230 | 43,725.55<br>103.3280 | 43,666.09 | 59.46<br>1.01 | 282.11 | 5.81 |
| F H L M C<br>#Sb8293 5.000% 4/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6GA2 Asset Minor Code 24 | 51,897.130 | 52,479.93<br>101.1230 | 51,548.43 | 931.50<br>- 5.78 | 216.24 | 4.94 |
| F H L M C<br>#Sb8303 5.000% 5/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6GL8 Asset Minor Code 24 | 117,439.740 | 118,663.46<br>101.0420 | 118,329.70 | 333.76<br>- 1.36 | 489.33 | 4.95 |
| F H L M C<br>#Sb8346 4.000% 12/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6HX1 Asset Minor Code 24 | 180,124.740 | 177,197.71<br>98.3750 | 175,225.66 | 1,972.05<br>318.61 | 600.42 | 4.07 |
| FHLMC Sb8347<br>4.000% 1/01/40<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6HY9 Asset Minor Code 24 | 32,103.370 | 31,581.69<br>98.3750 | 31,432.46 | 149.23<br>59.31 | .00 | 4.07 |
| F H L M C<br>#Sb8350 5.000% 12/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6H37 Asset Minor Code 24 | 66,326.140 | 67,038.48<br>101.0740 | 66,875.40 | 163.08<br>20.66 | 276.36 | 4.95 |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb8384 5.000% 5/01/40<br>3132D6J50 Asset Minor Code 24 | 46,831.570 | 47,320.02<br>101.0430 | 47,124.27 | 195.75<br>- .51 | 195.13 | 4.95 |
| F H L M C<br>M T N 6.250% 7/15/32<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3134A4KX1 Asset Minor Code 22 | 215,000.000 | 244,055.10<br>113.5140 | 245,823.35 | - 1,768.25<br>- 739.60 | 2,836.81 | 5.51 |
| F N M A<br>0.875% 8/05/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3135G05Q2 Asset Minor Code 22 | 270,000.000 | 236,028.60<br>87.4180 | 227,297.60 | 8,731.00<br>48.60 | 367.50 | 1.00 |
| F N M A Deb<br>6.625 11/15/2030<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>31359MGK3 Asset Minor Code 22 | 225,000.000 | 254,308.50<br>113.0260 | 268,112.25 | - 13,803.75<br>- 888.75 | 5,631.25 | 5.86 |
| F H L M C<br>Mltcl Mtg 2.995% 12/25/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137BN6G4 Asset Minor Code 30 | 59,188.200 | 58,933.10<br>99.5690 | 58,133.91 | 799.19<br>- 83.04 | 147.72 | 3.01 |
| F H L M C<br>Mltcl Mtg 2.673% 3/25/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137BPW21 Asset Minor Code 30 | 117,743.000 | 116,856.40<br>99.2470 | 122,210.80 | - 5,354.40<br>232.22 | 261.74 | 2.69 |
| F H L M C<br>Mltcl Mtg 2.920% 6/25/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>3137H7ZB2 Asset Minor Code 30 | 140,000.000 | 129,238.20<br>92.3130 | 126,055.67 | 3,182.53<br>347.20 | 340.67 | 3.16 |





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Ax8309 3.000% 11/01/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3138YAGT6 Asset Minor Code 24 | 23,301.780 | 22,892.83<br>98.2450 | 22,944.94 | - 52.11<br>33.51 | 58.25 | 3.05 |
| F N M A<br>#890790 3.000% 8/01/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31410LUP5 Asset Minor Code 24 | 34,799.140 | 33,875.57<br>97.3460 | 43,160.45 | - 9,284.88<br>184.31 | 87.01 | 3.08 |
| F N M A<br>#Ma4667 3.500% 7/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EFH8 Asset Minor Code 24 | 126,414.910 | 122,516.27<br>96.9160 | 127,274.14 | - 4,757.87<br>170.94 | 368.70 | 3.61 |
| F N M A<br>#Ma4713 4.000% 7/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EGX2 Asset Minor Code 24 | 117,428.800 | 115,639.19<br>98.4760 | 117,711.15 | - 2,071.96<br>261.83 | 391.43 | 4.06 |
| F N M A<br>#Ma4797 4.000% 11/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EKK5 Asset Minor Code 24 | 65,256.940 | 64,242.85<br>98.4460 | 64,374.97 | - 132.12<br>126.79 | 391.54 | 4.06 |
| F N M A<br>#Ma4825 5.000% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ELF5 Asset Minor Code 24 | 90,435.680 | 91,392.49<br>101.0580 | 90,679.62 | 712.87<br>10.63 | 376.85 | 4.95 |
| F N M A<br>#Ma4991 5.500% 4/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ERM4 Asset Minor Code 24 | 62,733.970 | 64,174.34<br>102.2960 | 63,090.42 | 1,083.92<br>- 45.03 | 287.54 | 5.38 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Ma5013 4.500% 4/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ESB7 Asset Minor Code 24 | 33,332.730 | 33,333.73<br>100.0030 | 33,150.45 | 183.28<br>33.28 | 125.00 | 4.50 |
| F N M A<br>#Ma5145 6.000% 9/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EWF3 Asset Minor Code 24 | 109,614.530 | 113,262.50<br>103.3280 | 110,305.34 | 2,957.16<br>- 73.83 | 548.04 | 5.81 |
| F N M A<br>#Ma5149 5.500% 8/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EWK2 Asset Minor Code 24 | 32,302.410 | 33,014.36<br>102.2040 | 32,797.05 | 217.31<br>- 6.90 | 148.05 | 5.38 |
| F N M A<br>#Ma5588 4.000% 1/01/40<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418FF69 Asset Minor Code 24 | 68,154.730 | 67,051.30<br>98.3810 | 67,153.71 | - 102.41<br>- 102.41 | .00 | 4.07 |
| F N M A<br>#Ma5589 4.500% 1/01/40<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418FF77 Asset Minor Code 24 | 93,277.130 | 93,168.00<br>99.8830 | 92,089.30 | 1,078.70<br>44.34 | 349.79 | 4.51 |
| G N M A I I<br>#Ma0674 2.500% 1/20/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179MXB1 Asset Minor Code 24 | 4,978.460 | 4,905.23<br>98.5290 | 5,092.08 | - 186.85<br>24.78 | 10.36 | 2.54 |
| U S Treasury<br>Nt 0.625% 8/15/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CAE1 Asset Minor Code 21 | 370,000.000 | 318,995.50<br>86.2150 | 328,429.61 | - 9,434.11<br>144.30 | 295.35 | 0.72 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 1.125% 2/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CBL4 Asset Minor Code 21 | 270,000.000 | 235,934.10<br>87.3830 | 239,626.86 | - 3,692.76<br>126.90 | 387.94 | 1.29 |
| U S Treasury<br>Nt 1.250% 8/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CCS8 Asset Minor Code 21 | 410,000.000 | 354,584.40<br>86.4840 | 369,423.13 | - 14,838.73<br>303.40 | 654.55 | 1.45 |
| U S Treasury<br>Nt 2.750% 8/15/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CFF3 Asset Minor Code 21 | 265,000.000 | 246,357.25<br>92.9650 | 242,158.89 | 4,198.36<br>310.05 | 938.39 | 2.96 |
| U S Treasury<br>Nt 4.125% 11/15/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CFV8 Asset Minor Code 21 | 365,000.000 | 369,248.60<br>101.1640 | 369,877.24 | - 628.64<br>171.55 | 5,687.01 | 4.08 |
| U S Treasury<br>Nt 3.375% 5/15/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CHC8 Asset Minor Code 21 | 430,000.000 | 413,036.50<br>96.0550 | 412,658.36 | 378.14<br>890.10 | 5,526.68 | 3.51 |
| United States<br>Treas 4.375% 11/30/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CJM4 Asset Minor Code 21 | 225,000.000 | 231,354.00<br>102.8240 | 228,710.08 | 2,643.92<br>- 441.00 | 3,308.15 | 4.25 |
| U S Treasury<br>Nt 4.000% 2/15/34<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CJZ5 Asset Minor Code 21 | 395,000.000 | 393,965.10<br>99.7380 | 385,193.18 | 8,771.92<br>1,218.07 | 2,017.93 | 4.01 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 4.125% 7/31/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CLD1 Asset Minor Code 21 | 210,000.000 | 213,192.00<br>101.5200 | 215,931.70 | - 2,739.70<br>- 245.70 | 1,459.44 | 4.06 |
| U S Treasury<br>Nt 4.625% 2/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CMM0 Asset Minor Code 21 | 295,000.000 | 306,569.90<br>103.9220 | 303,442.78 | 3,127.12<br>1,475.00 | 1,742.54 | 4.45 |
| U S Treasury<br>Nt 2.250% 11/15/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828M56 Asset Minor Code 21 | 80,000.000 | 79,831.20<br>99.7890 | 82,009.64 | - 2,178.44<br>156.00 | 679.89 | 2.25 |
| U S Treasury<br>Nt 2.000% 11/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828U24 Asset Minor Code 21 | 185,000.000 | 181,516.45<br>98.1170 | 180,229.71 | 1,286.74<br>410.70 | 1,397.55 | 2.04 |
| U S Treasury<br>Nt 1.500% 2/15/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828Z94 Asset Minor Code 21 | 245,000.000 | 223,417.95<br>91.1910 | 219,998.70 | 3,419.25<br>- 105.35 | 469.36 | 1.64 |
| U S Treasury<br>Nt 1.500% 8/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128282A7 Asset Minor Code 21 | 125,000.000 | 122,585.00<br>98.0680 | 116,733.42 | 5,851.58<br>337.50 | 239.47 | 1.53 |
| U S Treasury<br>Nt 2.750% 2/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128283W8 Asset Minor Code 21 | 260,000.000 | 254,852.00<br>98.0200 | 247,764.47 | 7,087.53<br>- 39.00 | 913.18 | 2.81 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 3.125% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128285M8 Asset Minor Code 21 | 135,000.000 | 132,943.95<br>98.4770 | 130,143.49 | 2,800.46<br>- 130.95 | 1,593.50 | 3.17 |
| U S Treasury<br>Nt 2.375% 5/15/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128286T2 Asset Minor Code 21 | 220,000.000 | 210,410.20<br>95.6410 | 202,947.36 | 7,462.84<br>- 189.20 | 1,973.57 | 2.48 |
| **Total US Government Issues** | **7,793,703.230** | **7,604,206.70** | **7,602,243.65** | **1,963.05**<br>**5,278.01** | **47,294.81** | **3.47** |
| **Corporate Issues** | | | | | | |
| At T Inc Glbl<br>Nt 2.300% 6/01/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>00206RJX1 Asset Minor Code 28 | 120,000.000 | 116,454.00<br>97.0450 | 115,373.60 | 1,080.40<br>226.80 | 920.00 | 2.37 |
| Adobe Inc Sr<br>Glbl 4.800% 4/04/29<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>00724PAF6 Asset Minor Code 28 | 75,000.000 | 77,022.00<br>102.6960 | 74,591.30 | 2,430.70<br>- 64.50 | 1,770.00 | 4.67 |
| Air Products<br>And 4.850% 2/08/34<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>009158BK1 Asset Minor Code 28 | 78,000.000 | 79,259.70<br>101.6150 | 77,697.92 | 1,561.78<br>765.18 | 556.94 | 4.77 |
| Allstate Corp<br>0.750% 12/15/25<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>020002BH3 Asset Minor Code 28 | 55,000.000 | 54,600.15<br>99.2730 | 50,275.05 | 4,325.10<br>187.55 | 121.46 | 0.76 |



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| American Airlines 3.575% 7/15/29<br>Standard & Poors Rating: AA-<br>Moodys Rating: A2<br>02376UAA3 Asset Minor Code 31 | 45,754.790 | 44,833.29<br>97.9860 | 44,181.28 | 652.01<br>31.11 | 345.32 | 3.65 |
| American Express Co 5.016% 4/25/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>025816EF2 Asset Minor Code 28 | 114,000.000 | 117,222.78<br>102.8270 | 114,762.21 | 2,460.57<br>84.36 | 2,477.90 | 4.88 |
| American Wtr Cap 5.250% 3/01/35<br>Standard & Poors Rating: A<br>Moodys Rating: Baa1<br>03040WBF1 Asset Minor Code 28 | 77,000.000 | 78,975.05<br>102.5650 | 76,946.77 | 2,028.28<br>637.56 | 336.88 | 5.12 |
| Amphenol Corp 4.750% 3/30/26<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>032095AM3 Asset Minor Code 28 | 140,000.000 | 140,373.80<br>100.2670 | 140,175.00 | 198.80<br>82.60 | 18.47 | 4.74 |
| Anheuser Busch Inbev 4.750% 1/23/29<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>035240AQ3 Asset Minor Code 28 | 100,000.000 | 102,051.00<br>102.0510 | 107,094.50 | - 5,043.50<br>- 140.00 | 897.22 | 4.65 |
| Apple Inc 4.500% 5/12/32<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aaa<br>037833FA3 Asset Minor Code 28 | 118,000.000 | 120,422.54<br>102.0530 | 117,308.52 | 3,114.02<br>112.16 | 2,050.25 | 4.41 |
| Applied Matls Inc 4.800% 6/15/29<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>038222AS4 Asset Minor Code 28 | 55,000.000 | 56,384.90<br>102.5180 | 54,833.90 | 1,551.00<br>- 136.95 | 777.33 | 4.68 |




02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Automatic Data 1.700% 5/15/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>053015AG8 Asset Minor Code 28 | 41,000.000 | 38,826.59<br>94.6990 | 38,623.79 | 202.80<br>24.19 | 263.31 | 1.80 |
| Automatic Data 4.450% 9/09/34<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>053015AH6 Asset Minor Code 28 | 70,000.000 | 69,670.30<br>99.5290 | 69,416.35 | 253.95<br>768.40 | 190.36 | 4.47 |
| Avery Dennison Corp 4.875% 12/06/28<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>053611AJ8 Asset Minor Code 28 | 105,000.000 | 106,777.65<br>101.6930 | 116,980.00 | - 10,202.35<br>- 161.70 | 1,635.16 | 4.79 |
| Bank Of America 4.980% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>05522RDH8 Asset Minor Code 31 | 40,000.000 | 40,490.80<br>101.2270 | 39,994.63 | 496.17<br>46.40 | 88.53 | 4.92 |
| Bank Of America Mtn 3.824% 1/20/28<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GGF0 Asset Minor Code 28 | 96,000.000 | 95,553.60<br>99.5350 | 95,835.68 | - 282.08<br>108.48 | 724.01 | 3.84 |
| Brown Forman Corp 4.750% 4/15/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>115637AU4 Asset Minor Code 28 | 90,000.000 | 91,055.70<br>101.1730 | 90,521.20 | 534.50<br>539.10 | 1,971.25 | 4.69 |
| Cboe Global Mkts Inc 1.625% 12/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>12503MAC2 Asset Minor Code 28 | 134,000.000 | 117,709.62<br>87.8430 | 118,537.99 | - 828.37<br>- 260.42 | 641.15 | 1.85 |



02569704
54-01-B-62-277-04
0101-12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▇▇▇805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| CNH Equipment Tr 0.80997% 12/15/26 Standard & Poors Rating: AAA Moodys Rating: Aaa 12598LAC0 Asset Minor Code 31 | .000 | .00 99.9700 | .00 | .00 -227.79 | .00 | 0.00 |
| Capital One Multi 2.060% 8/15/28 Standard & Poors Rating: AAA Moodys Rating: N/A 14041NF/8 Asset Minor Code 31 | 45,000.000 | 44,304.75 98.4450 | 44,084.18 | 220.57 138.15 | 41.20 | 2.09 |
| Capital One Mlt 3.820% 9/16/30 Standard & Poors Rating: AAA Moodys Rating: N/A 14041NGF2 Asset Minor Code 31 | 50,000.000 | 49,974.00 99.9480 | 49,990.52 | -16.52 -16.52 | 79.58 | 3.82 |
| Caterpillar Finl Mtn 4.350% 5/15/26 Standard & Poors Rating: A Moodys Rating: A2 14913UAA8 Asset Minor Code 28 | 145,000.000 | 145,419.05 100.2890 | 143,513.55 | 1,905.50 226.20 | 2,382.83 | 4.34 |
| Chevron USA Inc 4.475% 2/26/28 Standard & Poors Rating: AA- Moodys Rating: Aa2 166756BB1 Asset Minor Code 28 | 113,000.000 | 114,577.48 101.3960 | 113,219.05 | 1,358.43 -219.22 | 491.63 | 4.41 |
| Cintas Corporation 3.700% 4/01/27 Standard & Poors Rating: A- Moodys Rating: A3 17252MAN0 Asset Minor Code 28 | 145,000.000 | 144,412.75 99.5950 | 149,138.60 | -4,725.85 171.10 | 2,682.50 | 3.72 |
| Citigroup Inc 3.200% 10/21/26 Standard & Poors Rating: BBB+ Moodys Rating: A3 172967KY6 Asset Minor Code 28 | 70,000.000 | 69,417.60 99.1680 | 67,376.00 | 2,041.60 206.50 | 995.56 | 3.23 |

Case: 23-30564    Doc#1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
381 of 592

R0584



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Comcast Corp<br>4.250% 10/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>20030NCU3 Asset Minor Code 28 | 125,000.000 | 125,215.00<br>100.1720 | 122,092.05 | 3,122.95<br>35.00 | 2,449.65 | 4.24 |
| Connecticut<br>Lt Pwr 0.750% 12/01/25<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>207597EM3 Asset Minor Code 28 | 50,000.000 | 49,674.00<br>99.3480 | 47,460.10 | 2,213.90<br>142.00 | 125.00 | 0.75 |
| Conocophillips Sr Nt 4.700% 1/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>20826FBJ4 Asset Minor Code 28 | 94,000.000 | 95,826.42<br>101.9430 | 93,619.14 | 2,207.28<br>41.36 | 932.69 | 4.61 |
| Consumers<br>Energy Co 4.900% 2/15/29<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>210518DV5 Asset Minor Code 28 | 70,000.000 | 71,765.40<br>102.5220 | 70,370.50 | 1,394.90<br>- 70.30 | 438.28 | 4.78 |
| Cummins Inc<br>5.150% 2/20/34<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>231021AW6 Asset Minor Code 28 | 65,000.000 | 67,272.40<br>103.4960 | 65,302.55 | 1,969.85<br>707.85 | 381.24 | 4.98 |
| Dte Energy Co<br>5.050% 10/01/35<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>233331BP1 Asset Minor Code 28 | 52,000.000 | 51,655.24<br>99.3370 | 51,808.22 | - 152.98<br>- 152.98 | 138.59 | 5.08 |
| Daimler<br>Trucks 5.900% 3/15/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>233868AC2 Asset Minor Code 31 | 49,010.700 | 49,282.22<br>100.5540 | 48,966.68 | 315.54<br>- 102.63 | 128.52 | 5.87 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Walt Disney Company 7.300% 4/30/28<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>254687DP8 Asset Minor Code 28 | 50,000.000 | 53,691.50<br>107.3830 | 53,836.50 | - 145.00<br>- 403.50 | 1,530.97 | 6.80 |
| Dominion Energy 5.300% 1/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>25731VAC8 Asset Minor Code 28 | 68,000.000 | 70,221.56<br>103.2670 | 68,382.21 | 1,839.35<br>522.92 | 760.84 | 5.13 |
| Duke Energy<br>4.850% 1/15/34<br>Standard & Poors Rating: A<br>Moodys Rating: Aa3<br>26442CBM5 Asset Minor Code 28 | 78,000.000 | 78,967.20<br>101.2400 | 77,351.66 | 1,615.54<br>620.10 | 798.63 | 4.79 |
| Eog Res Inc<br>5.000% 7/15/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>26875PAY7 Asset Minor Code 28 | 92,000.000 | 94,133.48<br>102.3190 | 92,363.42 | 1,770.06<br>388.84 | 1,150.00 | 4.89 |
| Ecolab Inc<br>5.250% 1/15/28<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>278865BP4 Asset Minor Code 28 | 90,000.000 | 92,440.80<br>102.7120 | 91,047.85 | 1,392.95<br>- 247.50 | 997.50 | 5.11 |
| Ecolab Inc<br>4.300% 6/15/28<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>278865BQ2 Asset Minor Code 28 | 32,000.000 | 32,255.04<br>100.7970 | 31,978.46 | 276.58<br>- 22.08 | 443.38 | 4.27 |
| Emerson Elec Co Sr 1.800% 10/15/27<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>291011BL7 Asset Minor Code 28 | 90,000.000 | 86,374.80<br>95.9720 | 81,674.30 | 4,700.50<br>171.00 | 747.00 | 1.88 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ■■■■8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Exxon Mobil<br>2.440% 8/16/29<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>30231GBE1 Asset Minor Code 28 | 54,000.000 | 51,348.60<br>95.0900 | 53,631.72 | - 2,283.12<br>49.68 | 164.70 | 2.57 |
| Fiserv Inc<br>4.750% 3/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>337738BM9 Asset Minor Code 28 | 30,000.000 | 30,434.40<br>101.4480 | 29,931.30 | 503.10<br>3.30 | 63.33 | 4.68 |
| Florida Pwr<br>Lt Co 5.050% 4/01/28<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa2<br>341081GK7 Asset Minor Code 28 | 160,000.000 | 164,182.40<br>102.6140 | 160,736.00 | 3,446.40<br>- 96.00 | 628.44 | 4.92 |
| General Mtrs<br>Finl Co 1.250% 1/08/26<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>37045XDD5 Asset Minor Code 28 | 40,000.000 | 39,669.20<br>99.1730 | 37,955.60 | 1,713.60<br>130.00 | 115.28 | 1.26 |
| General Mtrs<br>Finl Co 5.400% 5/08/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>37045XEQ5 Asset Minor Code 28 | 90,000.000 | 91,525.50<br>101.6950 | 90,885.90 | 639.60<br>19.80 | 1,930.50 | 5.31 |
| Georgia<br>Pacific Corp 7.750% 11/15/29<br>Standard & Poors Rating: A+<br>Moodys Rating: A3<br>373298BR8 Asset Minor Code 28 | 127,000.000 | 144,048.48<br>113.4240 | 143,194.21 | 854.27<br>- 330.20 | 3,718.28 | 6.83 |
| Grainger W W<br>Inc 4.450% 9/15/34<br>Standard & Poors Rating: A+<br>Moodys Rating: A2<br>384802AF1 Asset Minor Code 28 | 76,000.000 | 75,103.96<br>98.8210 | 75,589.77 | - 485.81<br>753.16 | 150.31 | 4.50 |



02569704
54-01-B-62 277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Home Depot Inc  4.950%  9/30/26 Standard & Poors Rating: A Moodys Rating: A2 43707 6CV2   Asset Minor Code 28 | 100,000.000 | 101,038.00 101.0380 | 100,069.40 | 968.60 93.60 | 13.75 | 4.90 |
| Home Depot Inc  5.150%  6/25/26 Standard & Poors Rating: A Moodys Rating: A2 43707 6CZ3   Asset Minor Code 28 | 50,000.000 | 50,445.00 100.8900 | 49,989.85 | 455.15 21.50 | 686.67 | 5.10 |
| Host Hotels L P  5.700%  6/15/32 Standard & Poors Rating: BBB- Moodys Rating: Baa2 44107 TBD7   Asset Minor Code 28 | 44,000.000 | 45,325.72 103.0130 | 43,501.92 | 1,823.80 134.64 | 912.63 | 5.53 |
| Illinois Tool Work  2.650%  11/15/26 Standard & Poors Rating: A+ Moodys Rating: A1 45230 8AX7   Asset Minor Code 28 | 140,000.000 | 138,098.80 98.6420 | 137,257.20 | 841.60 61.60 | 1,401.56 | 2.69 |
| Jpmorgan Chase Co  5.103%  4/22/31 Standard & Poors Rating: A Moodys Rating: A1 46647 PE18   Asset Minor Code 28 | 112,000.000 | 115,709.44 103.3120 | 113,847.33 | 1,862.11 100.46 | 2,524.28 | 4.94 |
| John Deere Owner Tr  5.180%  3/15/28 Standard & Poors Rating: N/A Moodys Rating: Aaa 47792 0AC6   Asset Minor Code 31 | 118,623.210 | 119,487.97 100.7290 | 118,778.49 | 709.48 109.21 | 273.12 | 5.14 |
| Kenvue Inc  5.350%  3/2/26 Standard & Poors Rating: A Moodys Rating: A1 49177 JAD4   Asset Minor Code 28 | .000 | .00 100.4070 | .00 | .00 - 560.90 | .00 | 0.00 |

Case: 23-30564   Doc#1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 385 of 592   Page

R0588




02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Keurig Dr Pepper Inc 5.200% 3/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>49271VAU4 Asset Minor Code 28 | 52,000.000 | 53,149.20<br>102.2100 | 51,729.59 | 1,419.61<br>- 1,591.91 | 120.18 | 5.09 |
| Kimberly Clark Corp 3.950% 11/01/28<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>494368BY8 Asset Minor Code 28 | 155,000.000 | 155,031.00<br>100.0200 | 173,257.90 | - 18,226.90<br>- 172.05 | 2,551.04 | 3.95 |
| Lowes Cos Inc 4.250% 3/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>548661EV5 Asset Minor Code 28 | 60,000.000 | 59,611.80<br>99.3530 | 59,896.80 | - 285.00<br>- 285.00 | 7.08 | 4.28 |
| Martin Marietta Inc 2.400% 7/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa2<br>573284AW6 Asset Minor Code 28 | 84,000.000 | 75,216.12<br>89.5430 | 74,547.72 | 668.40<br>153.90 | 425.60 | 2.68 |
| Mastercard Inc 4.875% 5/09/34<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>57636QAZ7 Asset Minor Code 28 | 76,000.000 | 77,798.92<br>102.3670 | 77,968.64 | - 169.72<br>310.00 | 1,461.42 | 4.76 |
| National Rural Util 2.400% 3/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>637432NV3 Asset Minor Code 28 | 90,000.000 | 83,622.60<br>92.9140 | 85,022.95 | - 1,400.35<br>- 45.90 | 96.00 | 2.58 |
| Oge Energy Corp 5.450% 5/15/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>670837AD5 Asset Minor Code 28 | 65,000.000 | 67,515.50<br>103.8700 | 65,748.85 | 1,766.65<br>- 31.20 | 1,338.28 | 5.25 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| O Reilly<br>Automotive 3.900% 6/01/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>67103HAH0 Asset Minor Code 28 | 120,000.000 | 118,684.80<br>98.9040 | 114,414.90 | 4,269.90<br>- 147.60 | 1,560.00 | 3.94 |
| Oracle Corp<br>6.150% 11/09/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>68389XCH6 Asset Minor Code 28 | 43,000.000 | 45,854.77<br>106.6390 | 45,402.30 | 452.47<br>- 108.79 | 1,043.11 | 5.77 |
| Paccar<br>Financial Mtn 5.200% 11/09/26<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>69371RS72 Asset Minor Code 28 | 70,000.000 | 70,964.60<br>101.3780 | 70,138.00 | 826.60<br>- 53.90 | 1,435.78 | 5.13 |
| Paccar Fin<br>Mtn 4.000% 8/08/28<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>69371RT97 Asset Minor Code 28 | 47,000.000 | 47,125.02<br>100.2660 | 47,050.16 | 74.86<br>- 14.39 | 276.78 | 3.99 |
| Pacific Gas<br>Elec Co 5.900% 6/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>694308KG1 Asset Minor Code 28 | 35,000.000 | 36,591.45<br>104.5470 | 35,569.80 | 1,021.65<br>193.20 | 608.03 | 5.64 |
| Pepsico Inc<br>2.750% 3/19/30<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>713448ES3 Asset Minor Code 28 | 113,000.000 | 106,799.69<br>94.5130 | 110,944.94 | - 4,145.25<br>4,093.35 | 103.58 | 2.91 |
| Pg E Energy<br>1.460% 7/15/33<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>71710TAA6 Asset Minor Code 31 | 108,462.450 | 100,413.45<br>92.5790 | 105,062.31 | - 4,648.86<br>119.31 | 334.31 | 1.58 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Progressive Corp 3.000% 3/15/32 Standard & Poors Rating: A Moodys Rating: A2 743315AZ6 Asset Minor Code 28 | 98,000.000 | 90,448.12<br>92.2940 | 86,423.17 | 4,024.95<br>400.82 | 130.67 | 3.25 |
| Public Svc Elec Gas 5.200% 3/01/34 Standard & Poors Rating: A Moodys Rating: A1 74456QCQ7 Asset Minor Code 28 | 85,000.000 | 87,992.00<br>103.5200 | 85,357.90 | 2,634.10<br>702.95 | 368.33 | 5.02 |
| Public Storage Glbl 5.100% 8/01/33 Standard & Poors Rating: A Moodys Rating: A2 74460WAG2 Asset Minor Code 28 | 84,000.000 | 87,213.00<br>103.8250 | 84,415.81 | 2,797.19<br>617.40 | 714.00 | 4.91 |
| Quanta Svcs Inc 4.750% 8/09/27 Standard & Poors Rating: BBB Moodys Rating: Baa3 74762EAK8 Asset Minor Code 28 | 94,000.000 | 95,073.48<br>101.1420 | 93,979.74 | 1,093.74<br>55.46 | 644.94 | 4.70 |
| Republic Services 3.950% 5/15/28 Standard & Poors Rating: A- Moodys Rating: A3 760759AT7 Asset Minor Code 28 | 135,000.000 | 135,033.75<br>100.0250 | 128,839.35 | 6,194.40<br>79.65 | 2,014.50 | 3.95 |
| Roper Technologies 4.750% 2/15/32 Standard & Poors Rating: BBB+ Moodys Rating: Baa2 776696AH9 Asset Minor Code 28 | 92,000.000 | 93,028.56<br>101.1180 | 91,951.64 | 1,076.92<br>381.80 | 558.39 | 4.70 |
| Texas Instrs Inc 4.600% 2/08/27 Standard & Poors Rating: A+ Moodys Rating: Aa3 882508CE2 Asset Minor Code 28 | 60,000.000 | 60,570.00<br>100.9500 | 59,986.00 | 584.00<br>- 15.60 | 406.33 | 4.56 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Transcont Gas Pipe 4.000% 3/15/28 Standard & Poors Rating: BBB+ Moodys Rating: Baa1 893574AK9 Asset Minor Code 28 | 107,000.000 | 106,693.98 99.7140 | 112,789.03 | - 6,095.05 - 67.41 | 190.22 | 4.01 |
| Travelers 5.050% 7/24/35 Standard & Poors Rating: A Moodys Rating: A2 89417EAT6 Asset Minor Code 28 | 65,000.000 | 66,158.30 101.7820 | 65,495.17 | 663.13 652.56 | 610.91 | 4.96 |
| Union Pacific Rr Co 3.227% 5/14/26 Standard & Poors Rating: AA- Moodys Rating: Aa2 907825AA1 Asset Minor Code 31 | 151,671.050 | 150,792.87 99.4210 | 156,155.48 | - 5,362.61 257.84 | 1,862.56 | 3.25 |
| United Parcel Svcs 4.875% 3/03/33 Standard & Poors Rating: A Moodys Rating: A2 911312BZ8 Asset Minor Code 28 | 90,000.000 | 92,580.30 102.8670 | 91,183.30 | 1,397.00 638.10 | 341.25 | 4.74 |
| Ventas Realty LP 4.000% 3/01/28 Standard & Poors Rating: BBB+ Moodys Rating: Baa1 92277GAM9 Asset Minor Code 28 | 40,000.000 | 39,816.80 99.5420 | 38,980.00 | 836.80 13.60 | 133.33 | 4.02 |
| Verizon Ma Tr 4.170% 8/20/30 Standard & Poors Rating: AAA Moodys Rating: Aaa 92348KDE0 Asset Minor Code 31 | 70,000.000 | 70,327.60 100.4680 | 69,981.82 | 345.78 42.00 | 89.19 | 4.15 |
| Visa Inc 3.150% 12/14/25 Standard & Poors Rating: AA- Moodys Rating: Aa3 92826CAD4 Asset Minor Code 28 | 45,000.000 | 44,918.55 99.8190 | 45,217.70 | - 299.15 45.45 | 421.31 | 3.16 |



02569704
54-01-B-62-277-04
0101-12-02870-04

**US bank**

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Vulcan Matls Co 4.950% 12/01/29 Standard & Poors Rating: BBB+ Moodys Rating: Baa2 929160BB4 Asset Minor Code 28 | 76,000.000 | 77,824.76 102.4010 | 76,483.85 | 1,340.91 -168.11 | 1,254.00 | 4.83 |
| Waste Mgmt Inc 4.150% 4/15/32 Standard & Poors Rating: A- Moodys Rating: A3 94106LBS7 Asset Minor Code 28 | 142,000.000 | 140,486.28 98.9340 | 139,785.57 | 700.71 798.04 | 2,717.33 | 4.19 |
| Wisconsin Elec 5.000% 5/15/29 Standard & Poors Rating: A- Moodys Rating: A2 976656CQ9 Asset Minor Code 28 | 90,000.000 | 92,697.30 102.9970 | 90,195.40 | 2,501.90 -77.40 | 1,700.00 | 4.85 |
| Wisconsin Elec 4.600% 10/01/34 Standard & Poors Rating: A- Moodys Rating: A2 976656CS5 Asset Minor Code 28 | 40,000.000 | 39,773.60 99.4340 | 40,175.00 | -401.40 320.00 | 920.00 | 4.63 |
| **Total Corporate Issues** | **6,951,522.200** | **6,970,789.80** | **6,936,244.71** | **34,545.09 12,344.84** | **72,502.43** | **4.22** |
| **Foreign Issues** | | | | | | |
| Canadian Natl Rail 6.900% 7/15/28 Standard & Poors Rating: A- Moodys Rating: A2 136375BD3 Asset Minor Code 35 | 115,000.000 | 123,807.85 107.6590 | 136,667.10 | -12,859.25 -33.35 | 1,675.17 | 6.41 |
| **Total Foreign Issues** | **115,000.000** | **123,807.85** | **136,667.10** | **-12,859.25 -33.35** | **1,675.17** | **6.40** |
| **Municipal Issues** | | | | | | |

R0593



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Colorado Hsg<br>4.381% 11/01/26<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>1964802X4 Asset Minor Code 39 | 80,000.000 | 80,453.60<br>100.5670 | 80,000.00 | 453.60<br>183.20 | 1,460.33 | 4.36 |
| Dallas Fort<br>Worth Tx 2.256% 11/01/26<br>Standard & Poors Rating: AA-<br>Moodys Rating: A1<br>2350364M9 Asset Minor Code 39 | 65,000.000 | 64,017.85<br>98.4890 | 65,000.00 | - 982.15<br>313.95 | 611.00 | 2.29 |
| Georgia ST<br>Ser B 3.390% 2/01/27<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>373384U61 Asset Minor Code 39 | 80,000.000 | 79,778.40<br>99.7230 | 84,324.80 | - 4,546.40<br>115.20 | 452.00 | 3.40 |
| Nebraska ST<br>Public 2.493% 1/01/27<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>63968A2D6 Asset Minor Code 39 | 75,000.000 | 73,740.75<br>98.3210 | 75,000.00 | - 1,259.25<br>229.50 | 467.44 | 2.54 |
| New York ST<br>Urban 3.270% 3/15/28<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>6500355X2 Asset Minor Code 39 | 105,000.000 | 103,701.15<br>98.7630 | 105,057.35 | - 1,356.20<br>- 36.75 | 152.60 | 3.31 |
| New York ST<br>Urban 3.150% 3/15/27<br>Standard & Poors Rating: N/R<br>Moodys Rating: Aa1<br>6500357E2 Asset Minor Code 39 | 75,000.000 | 74,369.25<br>99.1590 | 73,556.25 | 813.00<br>159.75 | 105.00 | 3.18 |
| Ohio ST<br>Turnpike 2.251% 2/15/28<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>67760HMW8 Asset Minor Code 39 | 95,000.000 | 91,738.65<br>96.5670 | 95,000.00 | - 3,261.35<br>264.10 | 273.25 | 2.33 |

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Oregon ST<br>1.330% 11/15/28<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aa1<br>68607DVE2 Asset Minor Code 39 | 65,000.000 | 60,320.65<br>92.8010 | 55,249.35 | 5,071.30<br>- 79.30 | 326.59 | 1.43 |
| **Total Municipal Issues** | **640,000.000** | **628,120.30** | **633,187.75** | **- 5,067.45**<br>**1,149.65** | **3,848.21** | **2.92** |
| **Total Assets** | **15,819,394.030** | **15,646,093.25** | **15,627,511.81** | **18,581.44**<br>**18,739.15** | **126,884.28** | **3.82** |
| **Accrued Income** | **.000** | **126,884.28** | **126,884.28** | | | |
| **Grand Total** | **15,819,394.030** | **15,772,977.53** | **15,754,396.09** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL MESSAGES (continued)

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 319,168.600 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 779.00 | 1,563.66 | 779.00 | 1,563.66 |
| **Total Cash And Equivalents** | | | | | **779.00** | **1,563.66** | **779.00** | **1,563.66** |
| **US Government Issues** | | | | | | | | |
| 15,864.250 | F H L M C Gd G15922 3.000% 8/01/31 3128MEYT2 | | | | 40.76 | 39.66 | 40.77 | 39.65 |
| 10,901.090 | F H L M C Gd G18527 3.000% 10/01/29 3128MMSR5 | | | | 28.03 | 27.25 | 28.03 | 27.25 |
| 17,432.880 | F H L M C Gd G18614 2.500% 10/01/31 3128MMVG5 | | | | 37.16 | 36.32 | 37.15 | 36.33 |
| 152,936.970 | F H L M C #Sb0661 2.500% 4/01/37 3132CWWW0 | | | | 322.51 | 318.62 | 322.49 | 318.64 |
| 126,644.100 | F H L M C #Sb1302 5.500% 10/01/39 3132CXNT5 | | | | 593.74 | 580.45 | 593.74 | 580.45 |
| 95,038.010 | F H L M C #Sb8184 4.000% 10/01/37 3132D6CV0 | | | | 321.77 | 316.79 | 321.77 | 316.79 |
| 90,074.880 | F H L M C #Sb8186 4.500% 9/01/37 3132D6CX6 | | | | 344.06 | 337.78 | 344.06 | 337.78 |
| 116,459.200 | F H L M C #Sb8191 4.500% 10/01/37 3132D6C40 | | | | 443.42 | 436.72 | 443.48 | 436.66 |
| 21,869.820 | F H L M C #Sb8216 4.500% 3/01/38 3132D6DV9 | | | | 115.19 | 78.45 | 84.29 | 109.35 |
| 143,166.500 | F H L M C #Sb8217 5.000% 3/01/38 3132D6DW7 | | | | 617.72 | 596.53 | 617.78 | 596.47 |
| 92,312.540 | F H L M C #Sb8220 5.500% 2/01/38 3132D6DZ0 | | | | 431.10 | 423.10 | 431.10 | 423.10 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 42,317.230 | F H L M C #Sb8269 6.000% 10/01/38 3132D6FJ4 | | | | 218.92 | 282.11 | 218.92 | 282.11 |
| 51,897.130 | F H L M C #Sb8293 5.000% 4/01/39 3132D6GA2 | | | | 221.15 | 216.24 | 221.15 | 216.24 |
| 117,439.740 | F H L M C #Sb8303 5.000% 5/01/39 3132D6GL8 | | | | 496.57 | 489.33 | 496.57 | 489.33 |
| 180,124.740 | F H L M C #Sb8346 4.000% 12/01/39 3132D6HX1 | | | | 607.11 | 600.41 | 607.10 | 600.42 |
| 32,103.370 | FHLMC Sb8347 4.000% 1/01/40 3132D6HY9 | | | | 86.30 | 21.58 | 107.88 | .00 |
| 66,326.140 | F H L M C #Sb8350 5.000% 12/01/39 3132D6H37 | | | | 281.39 | 276.36 | 281.39 | 276.36 |
| 46,831.570 | F H L M C #Sb8384 5.000% 5/01/40 3132D6J50 | | | | 197.52 | 195.13 | 197.52 | 195.13 |
| 215,000.000 | F H L M C M T N 6.250% 7/15/32 3134A4KX1 | | | | 1,717.01 | 1,119.80 | .00 | 2,836.81 |
| 270,000.000 | F N M A 0.875% 8/05/30 3135G05Q2 | | | | 170.63 | 196.87 | .00 | 367.50 |
| 225,000.000 | F N M A Deb 6.625 11/15/2030 31359MGK3 | | | | 4,389.06 | 1,242.19 | .00 | 5,631.25 |
| 59,188.200 | F H L M C Mltcl Mtg 2.995% 12/25/25 3137BN6G4 | | | | 176.26 | 147.72 | 176.26 | 147.72 |
| 117,743.000 | F H L M C Mltcl Mtg 2.673% 3/25/26 3137BPW21 | | | | 262.36 | 262.27 | 262.89 | 261.74 |
| 140,000.000 | F H L M C Mltcl Mtg 2.920% 6/25/32 3137H7ZB2 | | | | 340.67 | 340.67 | 340.67 | 340.67 |
| 23,301.780 | F N M A #Ax8309 3.000% 11/01/29 3138YAGT6 | | | | 60.19 | 58.25 | 60.19 | 58.25 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 34,799.140 | F N M A #890790 3.000% 8/01/32 31410LUP5 | | | | 88.88 | 87.00 | 88.87 | 87.01 |
| 126,414.910 | F N M A #Ma4667 3.500% 7/01/37 31418EFH8 | | | | 373.71 | 368.71 | 373.72 | 368.70 |
| 117,428.800 | F N M A #Ma4713 4.000% 7/01/37 31418EGX2 | | | | 398.44 | 391.43 | 398.44 | 391.43 |
| 65,256.940 | F N M A #Ma4797 4.000% 11/01/37 31418EKK5 | | | | 397.85 | 214.72 | 221.03 | 391.54 |
| 90,435.680 | F N M A #Ma4825 5.000% 10/01/37 31418ELF5 | | | | 380.38 | 376.82 | 380.35 | 376.85 |
| 62,733.970 | F N M A #Ma4991 5.500% 4/01/38 31418ERM4 | | | | 299.31 | 287.53 | 299.30 | 287.54 |
| 33,332.730 | F N M A #Ma5013 4.500% 4/01/38 31418ESB7 | | | | 127.02 | 125.00 | 127.02 | 125.00 |
| 109,614.530 | F N M A #Ma5145 6.000% 9/01/38 31418EWF3 | | | | 563.19 | 548.07 | 563.22 | 548.04 |
| 32,302.410 | F N M A #Ma5149 5.500% 8/01/38 31418EWK2 | | | | 150.08 | 148.05 | 150.08 | 148.05 |
| 68,154.730 | F N M A #Ma5588 4.000% 1/01/40 31418FF69 | | | | .00 | - 159.03 | - 159.03 | .00 |
| 93,277.130 | F N M A #Ma5589 4.500% 1/01/40 31418FF77 | | | | 356.69 | 349.79 | 356.69 | 349.79 |
| 4,978.460 | G N M A I I #Ma0674 2.500% 1/20/28 36179MXB1 | | | | 10.98 | 10.37 | 10.99 | 10.36 |
| 370,000.000 | U S Treasury Nt 0.625% 8/15/30 91282CAE1 | | | | 106.83 | 188.52 | .00 | 295.35 |
| 270,000.000 | U S Treasury Nt 1.125% 2/15/31 91282CBL4 | | | | 140.32 | 247.62 | .00 | 387.94 |



02569704
54 -01-B -62_277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▆▆▆3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | PAY DATE | EX DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 410,000.000 | U S Treasury Nt 91282CCS8 1.250% 8/15/31 | | | | 236.75 | 417.80 | .00 | 664.55 |
| 265,000.000 | U S Treasury Nt 91282CFF3 2.750% 8/15/32 | | | | 339.42 | 598.97 | .00 | 938.39 |
| 365,000.000 | U S Treasury Nt 91282CFV8 4.125% 11/15/32 | | | | 4,459.60 | 1,227.41 | .00 | 5,687.01 |
| 430,000.000 | U S Treasury Nt 91282CHC8 3.375% 5/15/33 | | | | 4,333.87 | 1,192.81 | .00 | 5,526.68 |
| 225,000.000 | United States Treas 91282CJM4 4.375% 11/30/30 | | | | 2,501.28 | 806.87 | .00 | 3,308.15 |
| 395,000.000 | U S Treasury Nt 91282CJZ5 4.000% 2/15/34 | | | | 646.74 | 1,151.08 | - 220.11 | 2,017.93 |
| 210,000.000 | U S Treasury Nt 91282CLD1 4.125% 7/31/31 | | | | 753.26 | 706.18 | .00 | 1,459.44 |
| 295,000.000 | U S Treasury Nt 91282CMM0 4.625% 2/15/35 | | | | 630.28 | 1,112.26 | .00 | 1,742.54 |
| 80,000.000 | U S Treasury Nt 91282M56 2.250% 11/15/25 | | | | 533.15 | 146.74 | .00 | 679.89 |
| 185,000.000 | U S Treasury Nt 91282U24 2.000% 11/15/26 | | | | 1,095.92 | 301.63 | .00 | 1,397.55 |
| 245,000.000 | U S Treasury Nt 91282Z94 1.500% 2/15/30 | | | | 169.77 | 299.59 | .00 | 469.36 |
| 125,000.000 | U S Treasury Nt 91282A7 1.500% 8/15/26 | | | | 86.62 | 152.85 | .00 | 239.47 |
| 260,000.000 | U S Treasury Nt 91283W8 2.750% 2/15/28 | | | | 330.30 | 582.88 | .00 | 913.18 |
| 135,000.000 | U S Treasury Nt 91285M8 3.125% 11/15/28 | | | | 1,249.58 | 343.92 | .00 | 1,593.50 |

R0600




02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 220,000.000 | U S Treasury Nt 2.375% 5/15/29 9128286T2 | | | | 1,547.62 | 425.95 | .00 | 1,973.57 |
| **Total US Government Issues** | | | | | **34,828.44** | **21,292.14** | **8,825.77** | **47,294.81** |
| **Corporate Issues** | | | | | | | | |
| 120,000.000 | At T Inc Glbl Nt 2.300% 6/01/27 00206RJX1 | | | | 690.00 | 230.00 | .00 | 920.00 |
| 75,000.000 | Adobe Inc Sr Glbl 4.800% 4/04/29 00724PAF6 | | | | 1,470.00 | 300.00 | .00 | 1,770.00 |
| 78,000.000 | Air Products And 4.850% 2/08/34 009158BK1 | | | | 241.69 | 315.25 | .00 | 556.94 |
| 55,000.000 | Allstate Corp 0.750% 12/15/25 020002BH3 | | | | 87.08 | 34.38 | .00 | 121.46 |
| 45,754.790 | American Airlines 3.575% 7/15/29 02376UAA3 | | | | 209.01 | 136.31 | .00 | 345.32 |
| 114,000.000 | American Express Co 5.016% 4/25/31 025816EF2 | | | | 2,001.38 | 476.52 | .00 | 2,477.90 |
| 77,000.000 | American Wtr Cap 5.250% 3/01/35 03040WBF1 | | | | 2,066.17 | 336.88 | 2,066.17 | 336.88 |
| 140,000.000 | Amphenol Corp 4.750% 3/30/26 032095AM3 | | | | 2,789.31 | 554.16 | 3,325.00 | 18.47 |
| 100,000.000 | Anheuser Busch Inbev 4.750% 1/23/29 035240AQ3 | | | | 501.39 | 395.83 | .00 | 897.22 |
| 118,000.000 | Apple Inc 4.500% 5/12/32 037833FA3 | | | | 1,471.50 | 437.50 | - 141.25 | 2,050.25 |
| 55,000.000 | Applied Matls Inc 4.800% 6/15/29 038222AS4 | | | | 557.33 | 220.00 | .00 | 777.33 |
| 41,000.000 | Automatic Data 1.700% 5/15/28 053015AG8 | | | | 205.23 | 58.08 | .00 | 263.31 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 70,000.000 | Automatic Data 4.450% 9/09/34 053015AH6 | | | | 1,169.36 | 252.17 | 1,231.17 | 190.36 |
| 105,000.000 | Avery Dennison Corp 4.875% 12/06/28 053611AJ8 | | | | 1,208.59 | 426.57 | .00 | 1,635.16 |
| 40,000.000 | Bank Of America 4.980% 11/15/28 05522RDH8 | | | | 88.53 | 166.00 | 166.00 | 88.53 |
| 96,000.000 | Bank Of America Mtn 3.824% 1/20/28 06051GGF0 | | | | 418.09 | 305.92 | .00 | 724.01 |
| 90,000.000 | Brown Forman Corp 4.750% 4/15/33 115637AU4 | | | | 1,615.00 | 356.25 | .00 | 1,971.25 |
| 134,000.000 | Cboe Global Mkts Inc 1.625% 12/15/30 12503MAC2 | | | | 308.75 | 137.58 | - 194.82 | 641.15 |
| .000 | CNH Equipment Tr 0.80997% 12/15/26 12598LAC0 | | | | 1.50 | 1.35 | 2.85 | .00 |
| 45,000.000 | Capital One Multi 2.060% 8/15/28 14041NFV8 | | | | 41.20 | 77.25 | 77.25 | 41.20 |
| 50,000.000 | Capital One Mlt 3.820% 9/16/30 14041NGF2 | | | | .00 | 79.58 | .00 | 79.58 |
| 145,000.000 | Caterpillar Finl Mtn 4.350% 5/15/26 14913UAA8 | | | | 1,857.21 | 525.62 | .00 | 2,382.83 |
| 113,000.000 | Chevron USA Inc 4.475% 2/26/28 166756BB1 | | | | 70.23 | 421.40 | .00 | 491.63 |
| 145,000.000 | Cintas Corporation 3.700% 4/01/27 17252MAN0 | | | | 2,235.42 | 447.08 | .00 | 2,682.50 |
| 70,000.000 | Citigroup Inc 3.200% 10/21/26 172967KY6 | | | | 808.89 | 186.67 | .00 | 995.56 |
| 125,000.000 | Comcast Corp 4.250% 10/15/30 20030NCU3 | | | | 2,006.94 | 442.71 | .00 | 2,449.65 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 50,000.000 | Connecticut Lt Pwr 0.750% 12/01/25 207597EM3 | | | | 93.75 | 31.25 | .00 | 125.00 |
| 94,000.000 | Conocophillips Sr Nt 4.700% 1/15/30 20826FBJ4 | | | | 564.52 | 368.17 | .00 | 932.69 |
| 70,000.000 | Consumers Energy Co 4.900% 2/15/29 210518DV5 | | | | 130.67 | 261.33 | - 46.28 | 438.28 |
| 65,000.000 | Cummins Inc 5.150% 2/20/34 231021AW6 | | | | 102.28 | 278.96 | .00 | 381.24 |
| 52,000.000 | Dte Energy Co 5.050% 10/01/35 233331BP1 | | | | .00 | 97.07 | - 41.52 | 138.59 |
| 49,010.700 | Daimler Trucks 5.900% 3/15/27 233868AC2 | | | | 148.02 | 258.03 | 277.53 | 128.52 |
| 50,000.000 | Walt Disney Company 7.300% 4/30/28 254687DP8 | | | | 1,226.81 | 304.16 | .00 | 1,530.97 |
| 68,000.000 | Dominion Energy 5.300% 1/15/35 25731VAC8 | | | | 460.51 | 300.33 | .00 | 760.84 |
| 78,000.000 | Duke Energy 4.850% 1/15/34 26442CBM5 | | | | 483.38 | 315.25 | .00 | 798.63 |
| 92,000.000 | Eog Res Inc 5.000% 7/15/32 26875PAY7 | | | | 641.67 | 375.00 | - 133.33 | 1,150.00 |
| 90,000.000 | Ecolab Inc 5.250% 1/15/28 278865BP4 | | | | 603.75 | 393.75 | .00 | 997.50 |
| 32,000.000 | Ecolab Inc 4.300% 6/15/28 278865BQ2 | | | | 328.71 | 114.67 | .00 | 443.38 |
| 90,000.000 | Emerson Elec Co Sr 1.800% 10/15/27 291011BL7 | | | | 612.00 | 135.00 | .00 | 747.00 |
| 54,000.000 | Exxon Mobil 2.440% 8/16/29 30231GBE1 | | | | 54.90 | 109.80 | .00 | 164.70 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 30,000.000 | Fiserv Inc 4.750% 3/15/30 337738BM9 | | | | 657.08 | 118.75 | 712.50 | 63.33 |
| 160,000.000 | Florida Pwr Lt Co 5.050% 4/01/28 341081GK7 | | | | 3,995.12 | - 3,366.68 | .00 | 628.44 |
| 40,000.000 | General Mtrs Finl Co 1.250% 1/08/26 37045XDD5 | | | | 73.61 | 41.67 | .00 | 115.28 |
| 90,000.000 | General Mtrs Finl Co 5.400% 5/08/27 37045XEQ5 | | | | 1,525.50 | 405.00 | .00 | 1,930.50 |
| 127,000.000 | Georgia Pacific Corp 7.750% 11/15/29 373298BR8 | | | | 2,898.07 | 820.21 | .00 | 3,718.28 |
| 76,000.000 | Grainger W W Inc 4.450% 9/15/34 384802AF1 | | | | 1,559.48 | 281.83 | 1,691.00 | 150.31 |
| 100,000.000 | Home Depot Inc 4.950% 9/30/26 437076CV2 | | | | 1,868.63 | 382.24 | 2,237.12 | 13.75 |
| 50,000.000 | Home Depot Inc 5.150% 6/25/26 437076CZ3 | | | | 472.08 | 214.59 | .00 | 686.67 |
| 44,000.000 | Host Hotels L P 5.700% 6/15/32 44107TBD7 | | | | 703.63 | 209.00 | .00 | 912.63 |
| 140,000.000 | Illinois Tool Work 2.650% 11/15/26 452308AX7 | | | | 1,092.39 | 309.17 | .00 | 1,401.56 |
| 112,000.000 | Jpmorgan Chase Co 5.103% 4/22/31 46647PEY8 | | | | 1,773.72 | 438.00 | - 312.56 | 2,524.28 |
| 118,623.210 | John Deere Owner Tr 5.180% 3/15/28 477920AC6 | | | | 288.46 | 525.49 | 540.83 | 273.12 |
| .000 | Kenvue Inc 5.350% 3/22/26 49177JAD4 | | | | 2,481.06 | 215.19 | 2,696.25 | .00 |
| 52,000.000 | Keurig Dr Pepper Inc 5.200% 3/15/31 49271VAU4 | | | | 2,493.69 | 255.38 | 2,628.89 | 120.18 |



02569704
54 -01 -B -62 -277-04
0101 -12-02870-04



Page 38 of 77
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▓▓▓3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 155,000.000 | Kimberly Clark Corp 3.950% 11/01/28 494368BY8 | | | | 2,040.83 | 510.21 | .00 | 2,551.04 |
| 60,000.000 | Lowes Cos Inc 4.250% 3/15/31 548661EV5 | | | | .00 | 7.08 | .00 | 7.08 |
| 84,000.000 | Martin Marietta Inc 2.400% 7/15/31 573284AW6 | | | | 190.13 | 137.87 | - 97.60 | 425.60 |
| 76,000.000 | Mastercard Inc 4.875% 5/09/34 57636QAZ7 | | | | 1,031.33 | 286.01 | - 144.08 | 1,461.42 |
| 90,000.000 | National Rural Util 2.400% 3/15/30 637432NV3 | | | | 996.00 | 180.00 | 1,080.00 | 96.00 |
| 65,000.000 | Oge Energy Corp 5.450% 5/15/29 67083 7AD5 | | | | 1,043.07 | 295.21 | .00 | 1,338.28 |
| 120,000.000 | O Reilly Automotive 3.900% 6/01/29 67103HAH0 | | | | 1,170.00 | 390.00 | .00 | 1,560.00 |
| 43,000.000 | Oracle Corp 6.150% 11/09/29 68389XCH6 | | | | 822.73 | 220.38 | .00 | 1,043.11 |
| 70,000.000 | Paccar Financial Mtn 5.200% 11/09/26 69371RS72 | | | | 1,132.44 | 303.34 | .00 | 1,435.78 |
| 47,000.000 | Paccar Fin Mtn 4.000% 8/08/28 69371RT97 | | | | 81.78 | 150.00 | - 45.00 | 276.78 |
| 35,000.000 | Pacific Gas Elec Co 5.900% 6/15/32 694308KG1 | | | | 435.94 | 172.09 | .00 | 608.03 |
| 113,000.000 | Pepsico Inc 2.750% 3/19/30 713448ES3 | | | | 2,041.88 | 330.45 | 2,268.75 | 103.58 |
| 108,462.450 | Pg E Energy 1.460% 7/15/33 71710TAA6 | | | | 202.34 | 131.97 | .00 | 334.31 |
| 98,000.000 | Progressive Corp 3.000% 3/15/32 743315AZ6 | | | | 1,355.67 | 245.00 | 1,470.00 | 130.67 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
402 of 592



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 85,000.000 | Public Svc Elec Gas 5.200% 3/01/34 74456QCQ7 | | | | 2,210.00 | 368.33 | 2,210.00 | 368.33 |
| 84,000.000 | Public Storage Glbl 5.100% 8/01/33 74460WAG2 | | | | 357.00 | 357.00 | .00 | 714.00 |
| 94,000.000 | Quanta Svcs Inc 4.750% 8/09/27 74762EAK8 | | | | 272.86 | 372.08 | .00 | 644.94 |
| 135,000.000 | Republic Services 3.950% 5/15/28 760759AT7 | | | | 1,570.13 | 444.37 | .00 | 2,014.50 |
| 92,000.000 | Roper Technologies 4.750% 2/15/32 776696AH9 | | | | 194.22 | 364.17 | .00 | 558.39 |
| 60,000.000 | Texas Instrs Inc 4.600% 2/08/27 882508CE2 | | | | 176.33 | 230.00 | .00 | 406.33 |
| 107,000.000 | Transcont Gas Pipe 4.000% 3/15/28 893574AK9 | | | | 1,973.56 | 356.66 | 2,140.00 | 190.22 |
| 65,000.000 | Travelers 5.050% 7/24/35 89417EAT6 | | | | 264.70 | 265.69 | - 80.52 | 610.91 |
| 151,671.050 | Union Pacific Rr Co 3.227% 5/14/26 907825AA1 | | | | 1,454.69 | 407.87 | .00 | 1,862.56 |
| 90,000.000 | United Parcel Svcs 4.875% 3/03/33 911312BZ8 | | | | 2,169.38 | 365.62 | 2,193.75 | 341.25 |
| 40,000.000 | Ventas Realty LP 4.000% 3/01/28 92277GAM9 | | | | 800.00 | 133.33 | 800.00 | 133.33 |
| 70,000.000 | Verizon Ma Tr 4.170% 8/20/30 92348KDE0 | | | | 89.19 | 243.25 | 243.25 | 89.19 |
| 45,000.000 | Visa Inc 3.150% 12/14/25 92826CAD4 | | | | 303.19 | 118.12 | .00 | 421.31 |
| 76,000.000 | Vulcan Matls Co 4.950% 12/01/29 929160BB4 | | | | 754.88 | 268.12 | - 231.00 | 1,254.00 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 142,000.000 | Waste Mgmt Inc 4.150% 4/15/32 94106LBS7 | | | | 2,226.24 | 491.09 | .00 | 2,717.33 |
| 90,000.000 | Wisconsin Elec 5.000% 5/15/29 976656CQ9 | | | | 1,325.00 | 375.00 | .00 | 1,700.00 |
| 40,000.000 | Wisconsin Elec 4.600% 10/01/34 976656CS5 | | | | 766.67 | 153.33 | .00 | 920.00 |
| **Total Corporate Issues** | | | | | **80,905.47** | **20,187.31** | **28,590.35** | **72,502.43** |
| **Foreign Issues** | | | | | | | | |
| 115,000.000 | Canadian Natl Rail 6.900% 7/15/28 136375BD3 | | | | 1,013.92 | 661.25 | .00 | 1,675.17 |
| **Total Foreign Issues** | | | | | **1,013.92** | **661.25** | **.00** | **1,675.17** |
| **Municipal Issues** | | | | | | | | |
| 80,000.000 | Colorado Hsg 4.381% 11/01/26 1964802X4 | | | | 1,168.27 | 292.06 | .00 | 1,460.33 |
| 65,000.000 | Dallas Fort Worth Tx 2.256% 11/01/26 2350364M9 | | | | 488.80 | 122.20 | .00 | 611.00 |
| 80,000.000 | Georgia ST Ser B 3.390% 2/01/27 373384U61 | | | | 226.00 | 226.00 | .00 | 452.00 |
| 75,000.000 | Nebraska ST Public 2.493% 1/01/27 63968A2D6 | | | | 311.63 | 155.81 | .00 | 467.44 |
| 105,000.000 | New York ST Urban 3.270% 3/15/28 6500355X2 | | | | 1,583.23 | 286.12 | 1,716.75 | 152.60 |
| 75,000.000 | New York ST Urban 3.150% 3/15/27 6500357E2 | | | | 1,089.38 | 196.87 | 1,181.25 | 105.00 |
| 95,000.000 | Ohio ST Turnpike 2.251% 2/15/28 67760HMW8 | | | | 95.04 | 178.21 | .00 | 273.25 |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 65,000.000 | Oregon ST 68607DVE2 | 1.330% 11/15/28 | | | | 254.55 | 72.04 | .00 | 326.59 |
| **Total Municipal Issues** | | | | | | **5,216.90** | **1,529.31** | **2,898.00** | **3,848.21** |
| **Grand Total** | | | | | | **122,743.73** | **45,233.67** | **41,093.12** | **126,884.28** |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **American Wtr Cap 5.250% 3/01/35<br>03040Wbf1** | | |
| 09/02/2025 | American Wtr Cap 5.250% 3/01/35<br>0.026833 USD/$1 Pv On 77,000 Par Value Due 9/1/25 | 2,066.17 |
| **Amphenol Corp 4.750% 3/30/26<br>032095Am3** | | |
| 09/30/2025 | Amphenol Corp 4.750% 3/30/26<br>0.02375 USD/$1 Pv On 140,000 Par Value Due 9/30/25 | 3,325.00 |
| **Apple Inc 4.500% 5/12/32<br>037833Fa3** | | |
| 09/05/2025 | Paid Accrued Interest On Purchase Of<br>Apple Inc 4.500% 5/12/32<br>Income Debit 141.25- USD | - 141.25 |
| **Automatic Data 4.450% 9/09/34<br>053015Ah6** | | |
| 09/05/2025 | Paid Accrued Interest On Purchase Of<br>Automatic Data 4.450% 9/09/34<br>Income Debit 326.33- USD | - 326.33 |
| 09/09/2025 | Automatic Data 4.450% 9/09/34<br>0.02225 USD/$1 Pv On 70,000 Par Value Due 9/9/25 | 1,557.50 |
| **Total Automatic Data 4.450% 9/09/34** | | **1,231.17** |
| **Bank Of America 4.980% 11/15/28<br>05522Rdh8** | | |
| 09/15/2025 | Bank Of America 4.980% 11/15/28<br>$0.00415/Pv On 40,000.00 Pv Due 9/15/25 | 166.00 |
| **Capital One Multi 2.060% 8/15/28<br>14041Nfv8** | | |



02569704
54 -01-B-62_277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/15/2025 | Capital One Multi    2.060%  8/15/28<br>$0.00172/Pv On    45,000.00 Pv Due  9/15/25 | 77.25 |
| **Cboe Global Mkts Inc 1.625% 12/15/30**<br>12503Mac2 | | |
| 09/19/2025 | Paid Accrued Interest On Purchase Of<br>Income Debit 110.32- USD | - 110.32 |
| 09/29/2025 | Paid Accrued Interest On Purchase Of<br>Income Debit 84.50- USD | - 84.50 |
| **Total Cboe Global Mkts Inc 1.625% 12/15/30** | | **- 194.82** |
| **CNH Equipment Tr   0.80997% 12/15/26**<br>12598LLac0 | | |
| 09/15/2025 | CNH Equipment Tr   0.80997% 12/15/26<br>$0.00067/Pv On    4,222.47 Pv Due  9/15/25 | 2.85 |
| **Consumers Energy Co  4.900%  2/15/29**<br>210518Dv5 | | |
| 09/19/2025 | Paid Accrued Interest On Purchase Of<br>Consumers Energy Co 4.900%  2/15/29<br>Income Debit 46.28- USD | - 46.28 |
| **Daimler Trucks   5.900%  3/15/27**<br>233868Ac2 | | |
| 09/15/2025 | Daimler Trucks      5.900%  3/15/27<br>$0.00492/Pv On    56,447.11 Pv Due  9/15/25 | 277.53 |
| **Dte Energy Co   5.050% 10/01/35**<br>233331Bp1 | | |
| 09/23/2025 | Paid Accrued Interest On Purchase Of<br>Dte Energy Co    5.050% 10/01/35<br>Income Debit 19.64- USD | - 19.64 |
| 09/25/2025 | Paid Accrued Interest On Purchase Of<br>Dte Energy Co    5.050% 10/01/35<br>Income Debit 21.88- USD | - 21.88 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
407 of 592




02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Total Dte Energy Co** | **5.050% 10/01/35** | **- 41.52** |
| **Eog Res Inc 26875Pay7** | **5.000% 7/15/32** | |
| 09/05/2025 | Paid Accrued Interest On Purchase Of<br>Eog Res Inc 5.000% 7/15/32<br>Income Debit 133.33- USD | - 133.33 |
| **F H L M C #Sb0661 3132Cwww0** | **2.500% 4/01/37** | |
| 09/25/2025 | F H L M C #Sb0661 2.500% 4/01/37<br>August FHLMC Due 9/25/25 | 322.49 |
| **F H L M C #Sb1302 3132Cxnt5** | **5.500% 10/01/39** | |
| 09/25/2025 | F H L M C #Sb1302 5.500% 10/01/39<br>August FHLMC Due 9/25/25 | 593.74 |
| **F H L M C #Sb8184 3132D6Cv0** | **4.000% 10/01/37** | |
| 09/25/2025 | F H L M C #Sb8184 4.000% 10/01/37<br>August FHLMC Due 9/25/25 | 321.77 |
| **F H L M C #Sb8186 3132D6Cx6** | **4.500% 9/01/37** | |
| 09/25/2025 | F H L M C #Sb8186 4.500% 9/01/37<br>August FHLMC Due 9/25/25 | 344.06 |
| **F H L M C #Sb8191 3132D6C40** | **4.500% 10/01/37** | |
| 09/25/2025 | F H L M C #Sb8191 4.500% 10/01/37<br>August FHLMC Due 9/25/25 | 443.48 |
| **F H L M C #Sb8216 3132D6Dv9** | **4.500% 3/01/38** | |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/25/2025 | F H L M C #Sb8216 4.500% 3/01/38<br>P & I Due 09/25/25 | 84.29 |
| **F H L M C #Sb8217 5.000% 3/01/38<br>3132D6Dw7** | | |
| 09/25/2025 | F H L M C #Sb8217 5.000% 3/01/38<br>August FHLMC Due 9/25/25 | 617.78 |
| **F H L M C #Sb8220 5.500% 2/01/38<br>3132D6Dz0** | | |
| 09/25/2025 | F H L M C #Sb8220 5.500% 2/01/38<br>August FHLMC Due 9/25/25 | 431.10 |
| **F H L M C #Sb8269 6.000% 10/01/38<br>3132D6Fj4** | | |
| 09/25/2025 | F H L M C #Sb8269 6.000% 10/01/38<br>August FHLMC Due 9/25/25 | 218.92 |
| **F H L M C #Sb8293 5.000% 4/01/39<br>3132D6Ga2** | | |
| 09/25/2025 | F H L M C #Sb8293 5.000% 4/01/39<br>August FHLMC Due 9/25/25 | 221.15 |
| **F H L M C #Sb8303 5.000% 5/01/39<br>3132D6Gl8** | | |
| 09/25/2025 | F H L M C #Sb8303 5.000% 5/01/39<br>August FHLMC Due 9/25/25 | 496.57 |
| **F H L M C #Sb8346 4.000% 12/01/39<br>3132D6Hx1** | | |
| 09/25/2025 | F H L M C #Sb8346 4.000% 12/01/39<br>August FHLMC Due 9/25/25 | 607.10 |
| **F H L M C #Sb8350 5.000% 12/01/39<br>3132D6H37** | | |
| 09/25/2025 | F H L M C #Sb8350 5.000% 12/01/39<br>August FHLMC Due 9/25/25 | 281.39 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F H L M C #Sb8384 5.000% 5/01/40 3132D6J50** | | |
| 09/25/2025 | F H L M C #Sb8384 5.000% 5/01/40 August FHLMC Due 9/25/25 | 197.52 |
| **F H L M C Gd G15922 3.000% 8/01/31 3128Meyt2** | | |
| 09/15/2025 | F H L M C Gd G15922 3.000% 8/01/31 August FHLMC Due 9/15/25 | 40.77 |
| **F H L M C Gd G18527 3.000% 10/01/29 3128Mmsr5** | | |
| 09/15/2025 | F H L M C Gd G18527 3.000% 10/01/29 August FHLMC Due 9/15/25 | 28.03 |
| **F H L M C Gd G18614 2.500% 10/01/31 3128Mmvg5** | | |
| 09/15/2025 | F H L M C Gd G18614 2.500% 10/01/31 August FHLMC Due 9/15/25 | 37.15 |
| **F H L M C Mltcl Mtg 2.673% 3/25/26 3137Bpw21** | | |
| 09/25/2025 | F H L M C Mltcl Mtg 2.673% 3/25/26 $0.00223/Pv On 118,022.26 Pv Due 9/25/25 | 262.89 |
| **F H L M C Mltcl Mtg 2.920% 6/25/32 3137H7Zb2** | | |
| 09/25/2025 | F H L M C Mltcl Mtg 2.920% 6/25/32 $0.00243/Pv On 140,000.00 Pv Due 9/25/25 | 340.67 |
| **F H L M C Mltcl Mtg 2.995% 12/25/25 3137Bn6G4** | | |
| 09/25/2025 | F H L M C Mltcl Mtg 2.995% 12/25/25 $0.00250/Pv On 70,620.37 Pv Due 9/25/25 | 176.26 |
| **F N M A #Ax8309 3.000% 11/01/29 3138Yagt6** | | |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/25/2025 | F N M A #Ax8309 3.000% 11/01/29<br>August FNMA Due 9/25/25 | 60.19 |
| **F N M A #Ma4667 3.500% 7/01/37<br>31418Efh8** | | |
| 09/25/2025 | F N M A #Ma4667 3.500% 7/01/37<br>August FNMA Due 9/25/25 | 373.72 |
| **F N M A #Ma4713 4.000% 7/01/37<br>31418Egx2** | | |
| 09/25/2025 | F N M A #Ma4713 4.000% 7/01/37<br>August FNMA Due 9/25/25 | 398.44 |
| **F N M A #Ma4797 4.000% 11/01/37<br>31418Ekk5** | | |
| 09/25/2025 | F N M A #Ma4797 4.000% 11/01/37<br>August FNMA Due 9/25/25 | 221.03 |
| **F N M A #Ma4825 5.000% 10/01/37<br>31418Elf5** | | |
| 09/25/2025 | F N M A #Ma4825 5.000% 10/01/37<br>August FNMA Due 9/25/25 | 380.35 |
| **F N M A #Ma4991 5.500% 4/01/38<br>31418Erm4** | | |
| 09/25/2025 | F N M A #Ma4991 5.500% 4/01/38<br>August FNMA Due 9/25/25 | 299.30 |
| **F N M A #Ma5013 4.500% 4/01/38<br>31418Esb7** | | |
| 09/25/2025 | F N M A #Ma5013 4.500% 4/01/38<br>August FNMA Due 9/25/25 | 127.02 |
| **F N M A #Ma5145 6.000% 9/01/38<br>31418Ewf3** | | |
| 09/25/2025 | F N M A #Ma5145 6.000% 9/01/38<br>August FNMA Due 9/25/25 | 563.22 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F N M A #Ma5149 5.500% 8/01/38<br>31418Ewk2** | | |
| 09/25/2025 | F N M A #Ma5149 5.500% 8/01/38<br>August FNMA Due 9/25/25 | 150.08 |
| **F N M A #Ma5588 4.000% 1/01/40<br>31418Ff69** | | |
| 09/22/2025 | Paid Accrued Interest On Purchase Of<br>FNMA Ma5588 4.000% 1/01/40<br>Income Debit 159.03- USD | - 159.03 |
| **F N M A #Ma5589 4.500% 1/01/40<br>31418Ff77** | | |
| 09/25/2025 | F N M A #Ma5589 4.500% 1/01/40<br>August FNMA Due 9/25/25 | 356.69 |
| **F N M A #890790 3.000% 8/01/32<br>31410Lup5** | | |
| 09/25/2025 | F N M A #890790 3.000% 8/01/32<br>August FNMA Due 9/25/25 | 88.87 |
| **FHLMC Sb8347 4.000% 1/01/40<br>3132D6Hy9** | | |
| 09/25/2025 | FHLMC Sb8347 4.000% 1/01/40<br>August FHLMC Due 9/25/25 | 107.88 |
| **First Am Govt Ob Fd Cl Z<br>31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 779.00 |
| **Fiserv Inc 4.750% 3/15/30<br>337738Bm9** | | |
| 09/15/2025 | Fiserv Inc 4.750% 3/15/30<br>0.02375 USD/$1 Pv On 30,000 Par Value Due 9/15/25 | 712.50 |
| **G N M A I I #Ma0674 2.500% 1/20/28<br>36179Mxb1** | | |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/22/2025 | G N M A I I #Ma0674 2.500% 1/20/28<br>August GNMA Due 9/20/25 | 10.99 |
| **Grainger W W Inc 4.450% 9/15/34**<br>**384802Af1** | | |
| 09/15/2025 | Grainger W W Inc 4.450% 9/15/34<br>0.02225 USD/$1 Pv On 76,000 Par Value Due 9/15/25 | 1,691.00 |
| **Home Depot Inc 4.950% 9/30/26**<br>**437076Cv2** | | |
| 09/23/2025 | Paid Accrued Interest On Purchase Of<br>Home Depot Inc 4.950% 9/30/26<br>Income Debit 237.88- USD | - 237.88 |
| 09/30/2025 | Home Depot Inc 4.950% 9/30/26<br>0.02475 USD/$1 Pv On 100,000 Par Value Due 9/30/25 | 2,475.00 |
| **Total Home Depot Inc 4.950% 9/30/26** | | **2,237.12** |
| **John Deere Owner Tr 5.180% 3/15/28**<br>**477920Ac6** | | |
| 09/15/2025 | John Deere Owner Tr 5.180% 3/15/28<br>$0.00432/Pv On 125,289.59 Pv Due 9/15/25 | 540.83 |
| **Jpmorgan Chase Co 5.103% 4/22/31**<br>**46647Pey8** | | |
| 09/19/2025 | Paid Accrued Interest On Purchase Of<br>Jpmorgan Chase Co 5.103% 4/22/31<br>Income Debit 312.56- USD | - 312.56 |
| **Kenvue Inc 5.350% 3/22/26**<br>**49177Jad4** | | |
| 09/09/2025 | Received Accrued Interest On Sale Of<br>Kenvue Inc 5.350% 3/22/26<br>Income Credit 1,067.18 USD | 1,067.18 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/10/2025 | Received Accrued Interest On Sale Of<br>Kenvue Inc 5.350% 3/22/26<br>Income Credit 499.33 USD | 499.33 |
| 09/22/2025 | Kenvue Inc 5.350% 3/22/26<br>0.02675 USD/$1 Pv On 42,000 Par Value Due 9/22/25 | 1,123.50 |
| 09/23/2025 | Received Accrued Interest On Sale Of<br>Kenvue Inc 5.350% 3/22/26<br>Income Credit 6.24 USD | 6.24 |
| **Total Kenvue Inc 5.350% 3/22/26** | | **2,696.25** |
| **Keurig Dr Pepper Inc 5.200% 3/15/31<br>49271Vau4** | | |
| 09/05/2025 | Received Accrued Interest On Sale Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Income Credit 1,276.89 USD | 1,276.89 |
| 09/15/2025 | Keurig Dr Pepper Inc 5.200% 3/15/31<br>0.026 USD/$1 Pv On 52,000 Par Value Due 9/15/25 | 1,352.00 |
| **Total Keurig Dr Pepper Inc 5.200% 3/15/31** | | **2,628.89** |
| **Martin Marietta Inc 2.400% 7/15/31<br>573284Aw6** | | |
| 09/19/2025 | Paid Accrued Interest On Purchase Of<br>Martin Marietta Inc 2.400% 7/15/31<br>Income Debit 34.13- USD | - 34.13 |
| 09/23/2025 | Paid Accrued Interest On Purchase Of<br>Martin Marietta Inc 2.400% 7/15/31<br>Income Debit 63.47- USD | - 63.47 |
| **Total Martin Marietta Inc 2.400% 7/15/31** | | **- 97.60** |
| **Mastercard Inc 4.875% 5/09/34<br>57636Qaz7** | | |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/24/2025 | Paid Accrued Interest On Purchase Of Mastercard Inc 4.875% 5/09/34 Income Debit 144.08- USD | - 144.08 |
| **National Rural Util 2.400% 3/15/30 637432Nv3** | | |
| 09/15/2025 | National Rural Util 2.400% 3/15/30 0.012 USD/$1 Pv On 90,000 Par Value Due 9/15/25 | 1,080.00 |
| **New York ST Urban 3.150% 3/15/27 6500357E2** | | |
| 09/15/2025 | New York ST Urban 3.150% 3/15/27 0.01575 USD/$1 Pv On 75,000 Par Value Due 9/15/25 | 1,181.25 |
| **New York ST Urban 3.270% 3/15/28 6500355X2** | | |
| 09/15/2025 | New York ST Urban 3.270% 3/15/28 0.01635 USD/$1 Pv On 105,000 Par Value Due 9/15/25 | 1,716.75 |
| **Paccar Fin Mtn 4.000% 8/08/28 69371Rt97** | | |
| 09/05/2025 | Paid Accrued Interest On Purchase Of Paccar Fin Mtn 4.000% 8/08/28 Income Debit 45.00- USD | - 45.00 |
| **Pepsico Inc 2.750% 3/19/30 713448Es3** | | |
| 09/19/2025 | Pepsico Inc 2.750% 3/19/30 0.01375 USD/$1 Pv On 165,000 Par Value Due 9/19/25 | 2,268.75 |
| **Progressive Corp 3.000% 3/15/32 743315Az6** | | |
| 09/15/2025 | Progressive Corp 3.000% 3/15/32 0.015 USD/$1 Pv On 98,000 Par Value Due 9/15/25 | 1,470.00 |
| **Public Svc Elec Gas 5.200% 3/01/34 74456Qcq7** | | |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 09/02/2025 | Public Svc Elec Gas 5.200% 3/01/34<br>0.026 USD/$1 Pv On 85,000 Par Value Due 9/1/25 | 2,210.00 |
| **Transcont Gas Pipe 4.000% 3/15/28**<br>**893574Ak9** | | |
| 09/15/2025 | Transcont Gas Pipe 4.000% 3/15/28<br>0.02 USD/$1 Pv On 107,000 Par Value Due 9/15/25 | 2,140.00 |
| **Travelers 5.050% 7/24/35**<br>**89417Eat6** | | |
| 09/05/2025 | Paid Accrued Interest On Purchase Of<br>Travelers 5.050% 7/24/35<br>Income Debit 80.52- USD | - 80.52 |
| **U S Treasury Nt 4.000% 2/15/34**<br>**91282Cjz5** | | |
| 09/29/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.000% 2/15/34<br>Income Debit 220.11- USD | - 220.11 |
| **United Parcel Svcs 4.875% 3/03/33**<br>**911312Bz8** | | |
| 09/03/2025 | United Parcel Svcs 4.875% 3/03/33<br>0.024375 USD/$1 Pv On 90,000 Par Value Due 9/3/25 | 2,193.75 |
| **Ventas Realty LP 4.000% 3/01/28**<br>**92277Gam9** | | |
| 09/02/2025 | Ventas Realty LP 4.000% 3/01/28<br>0.02 USD/$1 Pv On 40,000 Par Value Due 9/1/25 | 800.00 |
| **Verizon Ma Tr 4.170% 8/20/30**<br>**92348Kde0** | | |
| 09/22/2025 | Verizon Ma Tr 4.170% 8/20/30<br>$0.00348/Pv On 70,000.00 Pv Due 9/20/25 | 243.25 |
| **Vulcan Matls Co 4.950% 12/01/29**<br>**929160Bb4** | | |

02569704
54-01-B-62-277-04
0101-12-02870-04

**US bank**

Page 53 of 77
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████ 3805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| 09/23/2025 | Paid Accrued Interest On Purchase Of Vulcan Matls Co  4.950% 12/01/29 Income Debit 231.00- USD | -231.00 |
| **Total Interest** | | **41,093.12** |

R0620





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|---|---|---|
| | **Administrative Expenses** | |
| | **Investment Advisory And Management Fees** | |
| | **Management Fee** | |
| 09/26/2025 | Paid To Segall Bryant Hamill, LLC<br>To 4952 Per Dir Dtd 9/23/2025<br>Mgmt Fees 4/1/2025 - 6/30/2025 | - 9,637.71 |
| **Total Management Fee** | | **- 9,637.71** |
| **Total Investment Advisory And Management Fees** | | **- 9,637.71** |
| **Total Administrative Expenses** | | **- 9,637.71** |
| **Total Plan Expenses** | | **- 9,637.71** |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/02/2025 | Purchased 5,076.17 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/2/25 31846V567 | 5,076.170 | .00 | - 5,076.17 | 5,076.17 |
| 09/03/2025 | Purchased 2,972.75 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 2,972.750 | .00 | - 2,972.75 | 2,972.75 |
| 09/09/2025 | Purchased 45,801.41 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/9/25 31846V567 | 45,801.410 | .00 | - 45,801.41 | 45,801.41 |
| 09/10/2025 | Purchased 20,582.53 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/10/25 31846V567 | 20,582.530 | .00 | - 20,582.53 | 20,582.53 |
| 09/15/2025 | Purchased 12,849.02 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | 12,849.020 | .00 | - 12,849.02 | 12,849.02 |
| 09/15/2025 | Purchased 19,143.84 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/15/25 31846V567 | 19,143.840 | .00 | - 19,143.84 | 19,143.84 |
| 09/19/2025 | Purchased 3,111.14 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/19/25 31846V567 | 3,111.140 | .00 | - 3,111.14 | 3,111.14 |





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/23/2025 | Purchased 3,559 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/23/25 31846V567 | 3,559.000 | .00 | - 3,559.00 | 3,559.00 |
| 09/25/2025 | Purchased 36,936.03 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/25/25 31846V567 | 36,936.030 | .00 | - 36,936.03 | 36,936.03 |
| 09/25/2025 | Purchased 13,182.17 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/25/25 31846V567 | 13,182.170 | .00 | - 13,182.17 | 13,182.17 |
| **Total First Am Govt Ob Fd Cl Z** | | **163,214.060** | **.00** | **- 163,214.06** | **163,214.06** |
| **Total Cash And Equivalents** | | **163,214.060** | **.00** | **- 163,214.06** | **163,214.06** |
| **US Government Issues** | | | | | |
| 09/19/2025 | Purchased 68,154.73 Par Value Of FNMA Ma5588 4.000% 1/01/40 Trade Date 9/19/25 Purchased Through J.P. Morgan Securities LLC Trdh External Ref#: 104766500215 68,154.73 Par Value At 98.53125381 % 31418FF69 | 68,154.730 | .00 | - 67,153.71 | 67,153.71 |
| **Total F N M A #Ma5588 4.000% 1/01/40** | | **68,154.730** | **.00** | **- 67,153.71** | **67,153.71** |

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/26/2025 | Purchased 45,000<br>Par Value Of<br>U S Treasury Nt 4.000% 2/15/34<br>Trade Date 9/26/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 105151900215<br>45,000 Par Value At 99.55117778 %<br>91282CJZ5 | 45,000.000 | .00 | - 44,798.03 | 44,798.03 |
| **Total U S Treasury Nt 4.000% 2/15/34** | | **45,000.000** | **.00** | **- 44,798.03** | **44,798.03** |
| **Total Government Issues** | | **113,154.730** | **.00** | **- 111,951.74** | **111,951.74** |
| **Corporate Issues** | | | | | |
| 09/04/2025 | Purchased 10,000<br>Par Value Of<br>Apple Inc 4.500% 5/12/32<br>Trade Date 9/4/25<br>Purchased Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 104006700215<br>10,000 Par Value At 102.249 %<br>037833FA3 | 10,000.000 | .00 | - 10,224.90 | 10,224.90 |
| **Total Apple Inc 4.500% 5/12/32** | | **10,000.000** | **.00** | **- 10,224.90** | **10,224.90** |
| 09/04/2025 | Purchased 15,000<br>Par Value Of<br>Automatic Data 4.450% 9/09/34<br>Trade Date 9/4/25<br>Purchased Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 104022100215<br>15,000 Par Value At 99.019 %<br>053015AH6 | 15,000.000 | .00 | - 14,852.85 | 14,852.85 |
| **Total Automatic Data 4.450% 9/09/34** | | **15,000.000** | **.00** | **- 14,852.85** | **14,852.85** |




02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/09/2025 | Purchased 50,000<br>Par Value Of<br>Capital One Mlt 3.820% 9/16/30<br>Trade Date 9/9/25<br>Purchased Through Wells Fargo Securities, LLC<br>Trdh External Ref#: 104189600215<br>50,000 Par Value At 99.98104 %<br>14041NGF2 | 50,000.000 | .00 | - 49,990.52 | 49,990.52 |
| **Total Capital One Mlt 3.820% 9/16/30** | | **50,000.000** | **.00** | **- 49,990.52** | **49,990.52** |
| 09/18/2025 | Purchased 26,000<br>Par Value Of<br>Cboe Global Mkts Inc 1.625% 12/15/30<br>Trade Date 9/18/25<br>Purchased Through Bnp Paribas Sec Corp<br>Trdh External Ref#: 104724600215<br>26,000 Par Value At 88.27 %<br>12503MAC2 | 26,000.000 | .00 | - 22,950.20 | 22,950.20 |
| 09/26/2025 | Purchased 18,000<br>Par Value Of<br>Cboe Global Mkts Inc 1.625% 12/15/30<br>Trade Date 9/26/25<br>Purchased Through Bnp Paribas Sec Corp<br>Trdh External Ref#: 105151800215<br>18,000 Par Value At 87.778 %<br>12503MAC2 | 18,000.000 | .00 | - 15,800.04 | 15,800.04 |
| **Total Cboe Global Mkts Inc 1.625% 12/15/30** | | **44,000.000** | **.00** | **- 38,750.24** | **38,750.24** |
| 09/18/2025 | Purchased 10,000<br>Par Value Of<br>Consumers Energy Co 4.900% 2/15/29<br>Trade Date 9/18/25<br>Purchased Through Marketaxess Corp<br>Trdh External Ref#: 104719400215<br>10,000 Par Value At 102.829 %<br>210518DV5 | 10,000.000 | .00 | - 10,282.90 | 10,282.90 |
| **Total Consumers Energy Co 4.900% 2/15/29** | | **10,000.000** | **.00** | **- 10,282.90** | **10,282.90** |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/09/2025 | Purchased 26,000<br>Par Value Of<br>Dte Energy Co 5.050% 10/01/35<br>Trade Date 9/9/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Trdh External Ref#: 104261900215<br>26,000 Par Value At 99.669 %<br>233331BP1 | 26,000.000 | .00 | - 25,913.94 | 25,913.94 |
| 09/19/2025 | Purchased 14,000<br>Par Value Of<br>Dte Energy Co 5.050% 10/01/35<br>Trade Date 9/19/25<br>Purchased Through Goldman Sachs & Co. LLC<br>14,000 Par Value At 99.676 %<br>233331BP1 | 14,000.000 | .00 | - 13,954.64 | 13,954.64 |
| 09/24/2025 | Purchased 12,000<br>Par Value Of<br>Dte Energy Co 5.050% 10/01/35<br>Trade Date 9/24/25<br>Purchased Through Citigroup Global Markets Inc.<br>Trdh External Ref#: 104901800215<br>12,000 Par Value At 99.497 %<br>233331BP1 | 12,000.000 | .00 | - 11,939.64 | 11,939.64 |
| **Total Dte Energy Co** | **5.050% 10/01/35** | **52,000.000** | **.00** | **- 51,808.22** | **51,808.22** |
| 09/04/2025 | Purchased 15,000<br>Par Value Of<br>Eog Res Inc 5.000% 7/15/32<br>Trade Date 9/4/25<br>Purchased Through BofA Secs/Bofas Prime Broker<br>Trdh External Ref#: 104006800215<br>15,000 Par Value At 102.278 %<br>26875PAY7 | 15,000.000 | .00 | - 15,341.70 | 15,341.70 |
| **Total Eog Res Inc** | **5.000% 7/15/32** | **15,000.000** | **.00** | **- 15,341.70** | **15,341.70** |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/22/2025 | Purchased 10,000 Par Value Of Home Depot Inc 4.950% 9/30/26 Trade Date 9/22/25 Purchased Through Marketaxess Corp Trdh External Ref#: 104795200215 10,000 Par Value At 101.011 % 437076CV2 | 10,000.000 | .00 | - 10,101.10 | 10,101.10 |
| **Total Home Depot Inc 4.950% 9/30/26** | | **10,000.000** | **.00** | **- 10,101.10** | **10,101.10** |
| 09/18/2025 | Purchased 15,000 Par Value Of Jpmorgan Chase Co 5.103% 4/22/31 Trade Date 9/18/25 Purchased Through Barclays Capital Inc. Fixed In Trdh External Ref#: 104724700215 15,000 Par Value At 103.567 % 46647PEY8 | 15,000.000 | .00 | - 15,535.05 | 15,535.05 |
| **Total Jpmorgan Chase Co 5.103% 4/22/31** | | **15,000.000** | **.00** | **- 15,535.05** | **15,535.05** |
| 09/23/2025 | Purchased 60,000 Par Value Of Lowes Cos Inc 4.250% 3/15/31 Trade Date 9/23/25 Purchased Through BofA Securities, Inc./Fxd Inc Trdh External Ref#: 104879300215 60,000 Par Value At 99.828 % 548661EV5 | 60,000.000 | .00 | - 59,896.80 | 59,896.80 |
| **Total Lowes Cos Inc 4.250% 3/15/31** | | **60,000.000** | **.00** | **- 59,896.80** | **59,896.80** |
| 09/18/2025 | Purchased 8,000 Par Value Of Martin Marietta Inc 2.400% 7/15/31 Trade Date 9/18/25 Purchased Through J.P. Morgan Securities LLC Trdh External Ref#: 104724800215 8,000 Par Value At 90.019 % 573284AW6 | 8,000.000 | .00 | - 7,201.52 | 7,201.52 |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 09/22/2025 | Purchased 14,000<br>Par Value Of<br>Martin Marietta Inc 2.400% 7/15/31<br>Trade Date 9/22/25<br>Purchased Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 104805900215<br>14,000 Par Value At 89.921 %<br>573284AW6 | 14,000.000 | .00 | - 12,588.94 | 12,588.94 |
| **Total Martin Marietta Inc 2.400% 7/15/31** | | **22,000.000** | **.00** | **- 19,790.46** | **19,790.46** |
| 09/19/2025 | Purchased 8,000<br>Par Value Of<br>Mastercard Inc 4.875% 5/09/34<br>Trade Date 9/19/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Trdh External Ref#: 104753000215<br>8,000 Par Value At 102.776 %<br>57636QAZ7 | 8,000.000 | .00 | - 8,222.08 | 8,222.08 |
| **Total Mastercard Inc 4.875% 5/09/34** | | **8,000.000** | **.00** | **- 8,222.08** | **8,222.08** |
| 09/04/2025 | Purchased 15,000<br>Par Value Of<br>Paccar Fin Mtn 4.000% 8/08/28<br>Trade Date 9/4/25<br>Purchased Through Marketaxess Corp<br>Trdh External Ref#: 104007000215<br>15,000 Par Value At 100.379 %<br>69371RT97 | 15,000.000 | .00 | - 15,056.85 | 15,056.85 |
| **Total Paccar Fin Mtn 4.000% 8/08/28** | | **15,000.000** | **.00** | **- 15,056.85** | **15,056.85** |
| 09/04/2025 | Purchased 14,000<br>Par Value Of<br>Travelers 5.050% 7/24/35<br>Trade Date 9/4/25<br>Purchased Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 104007100215<br>14,000 Par Value At 101.332 %<br>89417EAT6 | 14,000.000 | .00 | - 14,186.48 | 14,186.48 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Travelers** | **5.050% 7/24/35** | **14,000.000** | **.00** | **- 14,186.48** | **14,186.48** |
| 09/22/2025 | Purchased 15,000<br>Par Value Of<br>Vulcan Matls Co 4.950% 12/01/29<br>Trade Date 9/22/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Trdh External Ref#: 104797100215<br>15,000 Par Value At 102.745 %<br>929160BB4 | 15,000.000 | .00 | - 15,411.75 | 15,411.75 |
| **Total Vulcan Matls Co** | **4.950% 12/01/29** | **15,000.000** | **.00** | **- 15,411.75** | **15,411.75** |
| **Total Corporate Issues** | | **355,000.000** | **.00** | **- 349,451.90** | **349,451.90** |
| **Total Purchases** | | **631,368.790** | **.00** | **- 624,617.70** | **624,617.70** |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/05/2025 | Sold 15,692.72 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/5/25 31846V567 | - 15,692.720 | .00 | 15,692.72 | - 15,692.72 | .00 |
| 09/12/2025 | Sold 25,913.94 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/12/25 31846V567 | - 25,913.940 | .00 | 25,913.94 | - 25,913.94 | .00 |
| 09/16/2025 | Sold 49,990.52 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/16/25 31846V567 | - 49,990.520 | .00 | 49,990.52 | - 49,990.52 | .00 |
| 09/19/2025 | Sold 8,060.43 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/19/25 31846V567 | - 8,060.430 | .00 | 8,060.43 | - 8,060.43 | .00 |
| 09/22/2025 | Sold 65,637.55 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/22/25 31846V567 | - 65,637.550 | .00 | 65,637.55 | - 65,637.55 | .00 |
| 09/23/2025 | Sold 13,974.28 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/23/25 31846V567 | - 13,974.280 | .00 | 13,974.28 | - 13,974.28 | .00 |
| 09/24/2025 | Sold 8,366.16 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/24/25 31846V567 | - 8,366.160 | .00 | 8,366.16 | - 8,366.16 | .00 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██ 8805

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/26/2025 | Sold<br>9,637.71 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 9/26/25<br>31846V567 | - 9,637.710 | .00 | 9,637.71 | - 9,637.71 | .00 |
| 09/29/2025 | Sold<br>60,902.68 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 9/29/25<br>31846V567 | - 60,902.680 | .00 | 60,902.68 | - 60,902.68 | .00 |
| 09/30/2025 | Sold<br>54,096.8 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 9/30/25<br>31846V567 | - 54,096.800 | .00 | 54,096.80 | - 54,096.80 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 312,272.790** | **.00** | **312,272.79** | **- 312,272.79** | **.00** |
| **Total Cash And Equivalents** | | **- 312,272.790** | **.00** | **312,272.79** | **- 312,272.79** | **.00** |
| **US Government Issues** | | | | | | |
| 09/25/2025 | Paid Down<br>1,860.89 Par Value Of<br>F H L M C #Sb0661 2.500% 4/01/37<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132CWWW0 | - 1,860.890 | .00 | 1,860.89 | - 1,724.04 | 136.85 |
| **Total F H L M C #Sb0661 2.500% 4/01/37** | | **- 1,860.890** | **.00** | **1,860.89** | **- 1,724.04** | **136.85** |
| 09/25/2025 | Paid Down<br>2,900.11 Par Value Of<br>F H L M C #Sb1302 5.500% 10/01/39<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132CXNT5 | - 2,900.110 | .00 | 2,900.11 | - 2,954.70 | - 54.59 |

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F H L M C #Sb1302 5.500% 10/01/39** | | **- 2,900.110** | **.00** | **2,900.11** | **- 2,954.70** | **- 54.59** |
| 09/25/2025 | Paid Down<br>1,494.22 Par Value Of<br>F H L M C #Sb8184 4.000% 10/01/37<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6CV0 | - 1,494.220 | .00 | 1,494.22 | - 1,493.17 | 1.05 |
| **Total F H L M C #Sb8184 4.000% 10/01/37** | | **- 1,494.220** | **.00** | **1,494.22** | **- 1,493.17** | **1.05** |
| 09/25/2025 | Paid Down<br>1,674.26 Par Value Of<br>F H L M C #Sb8186 4.500% 9/01/37<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6CX6 | - 1,674.260 | .00 | 1,674.26 | - 1,701.99 | - 27.73 |
| **Total F H L M C #Sb8186 4.500% 9/01/37** | | **- 1,674.260** | **.00** | **1,674.26** | **- 1,701.99** | **- 27.73** |
| 09/25/2025 | Paid Down<br>1,800.4 Par Value Of<br>F H L M C #Sb8191 4.500% 10/01/37<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6C40 | - 1,800.400 | .00 | 1,800.40 | - 1,791.79 | 8.61 |
| **Total F H L M C #Sb8191 4.500% 10/01/37** | | **- 1,800.400** | **.00** | **1,800.40** | **- 1,791.79** | **8.61** |
| 09/25/2025 | Paid Down<br>606.63 Par Value Of<br>F H L M C #Sb8216 4.500% 3/01/38<br>P & I Due 09/25/25<br>3132D6DV9 | - 606.630 | .00 | 606.63 | - 595.92 | 10.71 |
| **Total F H L M C #Sb8216 4.500% 3/01/38** | | **- 606.630** | **.00** | **606.63** | **- 595.92** | **10.71** |




02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>5,100.69 Par Value Of<br>F H L M C #Sb8217 5.000% 3/01/38<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6DW7 | - 5,100.690 | .00 | 5,100.69 | - 5,098.01 | 2.68 |
| **Total F H L M C #Sb8217 5.000% 3/01/38** | | **- 5,100.690** | **.00** | **5,100.69** | **- 5,098.01** | **2.68** |
| 09/25/2025 | Paid Down<br>1,746.36 Par Value Of<br>F H L M C #Sb8220 5.500% 2/01/38<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6DZ0 | - 1,746.360 | .00 | 1,746.36 | - 1,733.76 | 12.60 |
| **Total F H L M C #Sb8220 5.500% 2/01/38** | | **- 1,746.360** | **.00** | **1,746.36** | **- 1,733.76** | **12.60** |
| 09/25/2025 | Paid Down<br>1,466.28 Par Value Of<br>F H L M C #Sb8269 6.000% 10/01/38<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6FJ4 | - 1,466.280 | .00 | 1,466.28 | - 1,513.02 | - 46.74 |
| **Total F H L M C #Sb8269 6.000% 10/01/38** | | **- 1,466.280** | **.00** | **1,466.28** | **- 1,513.02** | **- 46.74** |
| 09/25/2025 | Paid Down<br>1,179.43 Par Value Of<br>F H L M C #Sb8293 5.000% 4/01/39<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6GA2 | - 1,179.430 | .00 | 1,179.43 | - 1,171.51 | 7.92 |
| **Total F H L M C #Sb8293 5.000% 4/01/39** | | **- 1,179.430** | **.00** | **1,179.43** | **- 1,171.51** | **7.92** |



02569704
54 -01 -B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████8305

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down 1,737.38 Par Value Of F H L M C #Sb8303  5.000%  5/01/39 For Record Date Of August  Due 9/25/25 August   FHLMC Due 9/25/25 3132D6GL8 | - 1,737.380 | .00 | 1,737.38 | - 1,750.55 | - 13.17 |
| **Total F H L M C #Sb8303  5.000%  5/01/39** | | **- 1,737.380** | **.00** | **1,737.38** | **- 1,750.55** | **- 13.17** |
| 09/25/2025 | Paid Down 2,008.21 Par Value Of F H L M C #Sb8346   4.000% 12/01/39 For Record Date Of August   Due 9/25/25 August   FHLMC Due 9/25/25 3132D6HX1 | - 2,008.210 | .00 | 2,008.21 | - 1,953.60 | 54.61 |
| **Total F H L M C #Sb8346  4.000% 12/01/39** | | **- 2,008.210** | **.00** | **2,008.21** | **- 1,953.60** | **54.61** |
| 09/25/2025 | Paid Down 1,208.61 Par Value Of F H L M C #Sb8350   5.000% 12/01/39 For Record Date Of August   Due 9/25/25 August   FHLMC Due 9/25/25 3132D6H37 | - 1,208.610 | .00 | 1,208.61 | - 1,218.62 | - 10.01 |
| **Total F H L M C #Sb8350  5.000% 12/01/39** | | **- 1,208.610** | **.00** | **1,208.61** | **- 1,218.62** | **- 10.01** |
| 09/25/2025 | Paid Down 573.29 Par Value Of F H L M C #Sb8384   5.000%  5/01/40 For Record Date Of August   Due 9/25/25 August   FHLMC Due 9/25/25 3132D6J50 | - 573.290 | .00 | 573.29 | - 576.87 | - 3.58 |
| **Total F H L M C #Sb8384  5.000%  5/01/40** | | **- 573.290** | **.00** | **573.29** | **- 576.87** | **- 3.58** |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 431 of 592

R0634



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/15/2025 | Paid Down<br>443.88 Par Value Of<br>F H L M C Gd G15922 3.000% 8/01/31<br>For Record Date Of August Due 9/15/25<br>August FHLMC Due 9/15/25<br>3128MEYT2 | - 443.880 | .00 | 443.88 | - 461.80 | - 17.92 |
| **Total F H L M C Gd G15922 3.000% 8/01/31** | | **- 443.880** | **.00** | **443.88** | **- 461.80** | **- 17.92** |
| 09/15/2025 | Paid Down<br>309.06 Par Value Of<br>F H L M C Gd G18527 3.000% 10/01/29<br>For Record Date Of August Due 9/15/25<br>August FHLMC Due 9/15/25<br>3128MMSR5 | - 309.060 | .00 | 309.06 | - 316.60 | - 7.54 |
| **Total F H L M C Gd G18527 3.000% 10/01/29** | | **- 309.060** | **.00** | **309.06** | **- 316.60** | **- 7.54** |
| 09/15/2025 | Paid Down<br>400.53 Par Value Of<br>F H L M C Gd G18614 2.500% 10/01/31<br>For Record Date Of August Due 9/15/25<br>August FHLMC Due 9/15/25<br>3128MMVG5 | - 400.530 | .00 | 400.53 | - 418.74 | - 18.21 |
| **Total F H L M C Gd G18614 2.500% 10/01/31** | | **- 400.530** | **.00** | **400.53** | **- 418.74** | **- 18.21** |
| 09/15/2025 | Paid Down<br>0.22 Par Value Of<br>F H L M C Gd G30290 6.500% 3/01/26<br>P & I Due 09/15<br>3128CUKB1 | -.220 | .00 | .22 | - .23 | - .01 |
| **Total F H L M C Gd G30290 6.500% 3/01/26** | | **-.220** | **.00** | **.22** | **- .23** | **- .01** |
| 09/25/2025 | Paid Down<br>279.26 Par Value Of<br>F H L M C Mltcl Mtg 2.673% 3/25/26<br>Trade Date 9/25/25<br>3137BPW21 | - 279.260 | .00 | 279.26 | - 289.85 | - 10.59 |

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F H L M C Mltcl Mtg 2.673% 3/25/26** | | **- 279.260** | **.00** | **279.26** | **- 289.85** | **- 10.59** |
| 09/25/2025 | Paid Down<br>11,432.17 Par Value Of<br>F H L M C Mltcl Mtg 2.995% 12/25/25<br>Trade Date 9/25/25<br>3137BN6G4 | - 11,432.170 | .00 | 11,432.17 | - 11,228.53 | 203.64 |
| **Total F H L M C Mltcl Mtg 2.995% 12/25/25** | | **- 11,432.170** | **.00** | **11,432.17** | **- 11,228.53** | **203.64** |
| 09/25/2025 | Paid Down<br>774.27 Par Value Of<br>F N M A #Ax8309 3.000% 11/01/29<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>3138YAGT6 | - 774.270 | .00 | 774.27 | - 762.41 | 11.86 |
| **Total F N M A #Ax8309 3.000% 11/01/29** | | **- 774.270** | **.00** | **774.27** | **- 762.41** | **11.86** |
| 09/25/2025 | Paid Down<br>1,716.23 Par Value Of<br>F N M A #Ma4667 3.500% 7/01/37<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418EFH8 | - 1,716.230 | .00 | 1,716.23 | - 1,727.90 | - 11.67 |
| **Total F N M A #Ma4667 3.500% 7/01/37** | | **- 1,716.230** | **.00** | **1,716.23** | **- 1,727.90** | **- 11.67** |
| 09/25/2025 | Paid Down<br>2,102.16 Par Value Of<br>F N M A #Ma4713 4.000% 7/01/37<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418EGX2 | - 2,102.160 | .00 | 2,102.16 | - 2,107.23 | - 5.07 |
| **Total F N M A #Ma4713 4.000% 7/01/37** | | **- 2,102.160** | **.00** | **2,102.16** | **- 2,107.23** | **- 5.07** |





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>1,051.17 Par Value Of<br>F N M A #Ma4797 4.000% 11/01/37<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418EKK5 | - 1,051.170 | .00 | 1,051.17 | - 1,036.96 | 14.21 |
| **Total F N M A #Ma4797 4.000% 11/01/37** | | **- 1,051.170** | **.00** | **1,051.17** | **- 1,036.96** | **14.21** |
| 09/25/2025 | Paid Down<br>848.54 Par Value Of<br>F N M A #Ma4825 5.000% 10/01/37<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418ELF5 | - 848.540 | .00 | 848.54 | - 850.80 | - 2.26 |
| **Total F N M A #Ma4825 5.000% 10/01/37** | | **- 848.540** | **.00** | **848.54** | **- 850.80** | **- 2.26** |
| 09/25/2025 | Paid Down<br>2,568.46 Par Value Of<br>F N M A #Ma4991 5.500% 4/01/38<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418ERM4 | - 2,568.460 | .00 | 2,568.46 | - 2,583.06 | - 14.60 |
| **Total F N M A #Ma4991 5.500% 4/01/38** | | **- 2,568.460** | **.00** | **2,568.46** | **- 2,583.06** | **- 14.60** |
| 09/25/2025 | Paid Down<br>539.09 Par Value Of<br>F N M A #Ma5013 4.500% 4/01/38<br>For Record Date Of August Due 9/25/25<br>August FNMA Due 9/25/25<br>31418ESB7 | - 539.090 | .00 | 539.09 | - 536.14 | 2.95 |
| **Total F N M A #Ma5013 4.500% 4/01/38** | | **- 539.090** | **.00** | **539.09** | **- 536.14** | **2.95** |



02569704
54 -01 -B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▇▇▇805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down 3,029.09 Par Value Of F N M A #Ma5145  6.000%  9/01/38 For Record Date Of August  Due 9/25/25 August   FNMA Due  9/25/25 31418EWF3 | - 3,029.090 | .00 | 3,029.09 | - 3,048.18 | - 19.09 |
| **Total F N M A #Ma5145 6.000%  9/01/38** | | **- 3,029.090** | **.00** | **3,029.09** | **- 3,048.18** | **- 19.09** |
| 09/25/2025 | Paid Down 441.96 Par Value Of F N M A #Ma5149   5.500%  8/01/38 For Record Date Of August  Due 9/25/25 August   FNMA Due  9/25/25 31418EWK2 | - 441.960 | .00 | 441.96 | - 448.73 | - 6.77 |
| **Total F N M A #Ma5149 5.500%  8/01/38** | | **- 441.960** | **.00** | **441.96** | **- 448.73** | **- 6.77** |
| 09/25/2025 | Paid Down 1,841.46 Par Value Of F N M A #Ma5589   4.500%  1/01/40 For Record Date Of August  Due 9/25/25 August   FNMA Due  9/25/25 31418FF77 | - 1,841.460 | .00 | 1,841.46 | - 1,818.01 | 23.45 |
| **Total F N M A #Ma5589 4.500%  1/01/40** | | **- 1,841.460** | **.00** | **1,841.46** | **- 1,818.01** | **23.45** |
| 09/25/2025 | Paid Down 750.73 Par Value Of F N M A #890790  3.000%  8/01/32 For Record Date Of August  Due 9/25/25 August   FNMA Due  9/25/25 31410LUP5 | - 750.730 | .00 | 750.73 | - 931.11 | - 180.38 |
| **Total F N M A #890790 3.000%  8/01/32** | | **- 750.730** | **.00** | **750.73** | **- 931.11** | **- 180.38** |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
435  of 592

R0638





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/25/2025 | Paid Down<br>260.4 Par Value Of<br>FHLMC Sb8347 4.000% 1/01/40<br>For Record Date Of August Due 9/25/25<br>August FHLMC Due 9/25/25<br>3132D6HY9 | - 260.400 | .00 | 260.40 | - 254.96 | 5.44 |
| **Total FHLMC Sb8347 4.000% 1/01/40** | | **- 260.400** | **.00** | **260.40** | **- 254.96** | **5.44** |
| 09/22/2025 | Paid Down<br>297.45 Par Value Of<br>G N M A I I #Ma0674 2.500% 1/20/28<br>For Record Date Of August Due 9/20/25<br>August GNMA Due 9/20/25<br>36179MXB1 | - 297.450 | .00 | 297.45 | - 304.24 | - 6.79 |
| **Total G N M A I I #Ma0674 2.500% 1/20/28** | | **- 297.450** | **.00** | **297.45** | **- 304.24** | **- 6.79** |
| **Total Government Issues** | | **- 54,442.890** | **.00** | **54,442.89** | **- 54,403.03** | **39.86** |
| **Corporate Issues** | | | | | | |
| 09/15/2025 | Paid Down<br>4,222.47 Par Value Of<br>CNH Equipment Tr 0.80997% 12/15/26<br>Cmo Final Paydown<br>12598LAC0 | - 4,222.470 | .00 | 4,222.47 | - 3,987.59 | 234.88 |
| **Total CNH Equipment Tr 0.80997% 12/15/26** | | **- 4,222.470** | **.00** | **4,222.47** | **- 3,987.59** | **234.88** |
| 09/15/2025 | Paid Down<br>7,436.41 Par Value Of<br>Daimler Trucks 5.900% 3/15/27<br>Trade Date 9/15/25<br>233868AC2 | - 7,436.410 | .00 | 7,436.41 | - 7,429.73 | 6.68 |
| **Total Daimler Trucks 5.900% 3/15/27** | | **- 7,436.410** | **.00** | **7,436.41** | **- 7,429.73** | **6.68** |

02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/15/2025 | Paid Down<br>6,666.38 Par Value Of<br>John Deere Owner Tr 5.180% 3/15/28<br>Trade Date 9/15/25<br>477920AC6 | - 6,666.380 | .00 | 6,666.38 | - 6,675.10 | - 8.72 |
| **Total John Deere Owner Tr 5.180% 3/15/28** | | **- 6,666.380** | **.00** | **6,666.38** | **- 6,675.10** | **- 8.72** |
| 09/08/2025 | Sold 43,000<br>Par Value Of<br>Kenvue Inc 5.350% 3/22/26<br>Trade Date 9/8/25<br>Sold Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 104143000215<br>43,000 Par Value At 100.411 %<br>49177JAD4 | - 43,000.000 | .00 | 43,176.73 | - 42,855.52 | 321.21 |
| 09/09/2025 | Sold 20,000<br>Par Value Of<br>Kenvue Inc 5.350% 3/22/26<br>Trade Date 9/9/25<br>Sold Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 104189700215<br>20,000 Par Value At 100.416 %<br>49177JAD4 | - 20,000.000 | .00 | 20,083.20 | - 19,958.57 | 124.63 |
| 09/22/2025 | Sold 42,000<br>Par Value Of<br>Kenvue Inc 5.350% 3/22/26<br>Trade Date 9/22/25<br>Sold Through Pershing LLC<br>Trdh External Ref#: 104773500215<br>42,000 Par Value At 100.445 %<br>49177JAD4 | - 42,000.000 | .00 | 42,186.90 | - 42,114.31 | 72.59 |
| **Total Kenvue Inc 5.350% 3/22/26** | | **- 105,000.000** | **.00** | **105,446.83** | **- 104,928.40** | **518.43** |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 09/04/2025 | Sold 52,000<br>Par Value Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Trade Date 9/4/25<br>Sold Through BofA Secs/Bofas Prime Broker<br>Trdh External Ref#: 103985100215<br>52,000 Par Value At 102.73 %<br>49271VAU4 | - 52,000.000 | .00 | 53,419.60 | - 51,619.69 | 1,799.91 |
| **Total Keurig Dr Pepper Inc 5.200% 3/15/31** | | **- 52,000.000** | **.00** | **53,419.60** | **- 51,619.69** | **1,799.91** |
| 09/18/2025 | Sold 52,000<br>Par Value Of<br>Pepsico Inc 2.750% 3/19/30<br>Trade Date 9/18/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Trdh External Ref#: 104724900215<br>52,000 Par Value At 94.721 %<br>713448ES3 | - 52,000.000 | .00 | 49,254.92 | - 53,127.91 | - 3,872.99 |
| **Total Pepsico Inc 2.750% 3/19/30** | | **- 52,000.000** | **.00** | **49,254.92** | **- 53,127.91** | **- 3,872.99** |
| **Total Corporate Issues** | | **- 227,325.260** | **.00** | **226,446.61** | **- 227,768.42** | **- 1,321.81** |
| **Total Sales And Maturities** | | **- 594,040.940** | **.00** | **593,162.29** | **- 594,444.24** | **- 1,281.95** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## BOND SUMMARY

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **SHORT-TERM MATURITY DETAIL** | | | |
| **31 to 60 Days** | | | |
| U S Treasury Nt 2.250% 11/15/25 | 80,000.00 | 79,831.20 | 17.96 |
| **Total 31 to 60 Days** | **80,000.00** | **79,831.20** | **17.96** |
| **61 to 90 Days** | | | |
| Connecticut Lt Pwr 0.750% 12/01/25 | 50,000.00 | 49,674.00 | 11.18 |
| Visa Inc 3.150% 12/14/25 | 45,000.00 | 44,918.55 | 10.11 |
| Allstate Corp 0.750% 12/15/25 | 55,000.00 | 54,600.15 | 12.28 |
| F H L M C Mltcl Mtg 2.995% 12/25/25 | 59,188.20 | 58,933.10 | 13.26 |
| **Total 61 to 90 Days** | **209,188.20** | **208,125.80** | **46.83** |
| **91 to 120 Days** | | | |
| General Mtrs Finl Co 1.250% 1/08/26 | 40,000.00 | 39,669.20 | 8.92 |
| **Total 91 to 120 Days** | **40,000.00** | **39,669.20** | **8.92** |
| **121 to 180 Days** | | | |
| F H L M C Gd G30290 6.500% 3/01/26 | .66 | .66 | 0.00 |
| F H L M C Mltcl Mtg 2.673% 3/25/26 | 117,743.00 | 116,856.40 | 26.29 |
| **Total 121 to 180 Days** | **117,743.66** | **116,857.06** | **26.29** |
| **Total** | **446,931.86** | **444,483.26** | **100.00** |
| **MATURITY SUMMARY** | | | |
| 2025 | 289,188.20 | 287,957.00 | 1.88 |
| 2026 | 1,479,414.71 | 1,471,648.88 | 9.61 |
| 2027 | 878,010.70 | 871,581.15 | 5.69 |





02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| 2028 | 2,154,601.67 | 2,158,558.61 | 14.09 |
| 2029 | 1,174,957.66 | 1,194,057.12 | 7.80 |
| 2030 | 2,041,000.00 | 1,944,013.88 | 12.68 |
| 2031 | 1,345,297.13 | 1,256,965.20 | 8.20 |
| 2032 | 1,640,799.14 | 1,643,210.87 | 10.72 |
| 2033 | 802,462.45 | 784,298.95 | 5.11 |
| 2034 | 963,000.00 | 969,803.18 | 6.32 |
| 2035 - 2039 | 2,491,126.97 | 2,505,708.80 | 16.34 |
| 2040 - 2044 | 240,366.80 | 239,121.01 | 1.56 |
| **Total** | **15,500,225.43** | **15,326,924.65** | **100.00** |

**MOODY'S RATING**

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| Aaa | 804,096.36 | 789,894.78 | 5.15 |
| Aa1 | 5,440,000.00 | 5,261,577.35 | 34.33 |
| Aa2 | 478,671.05 | 480,901.35 | 3.14 |
| Aa3 | 465,000.00 | 462,490.21 | 3.02 |
| A1 | 1,128,000.00 | 1,123,467.45 | 7.33 |
| A2 | 1,951,754.79 | 1,958,186.45 | 12.78 |
| A3 | 1,253,000.00 | 1,274,468.13 | 8.32 |
| Baa1 | 556,000.00 | 561,038.58 | 3.66 |
| Baa2 | 776,000.00 | 773,765.92 | 5.05 |
| Baa3 | 94,000.00 | 95,073.48 | 0.62 |
| N/A | 2,506,871.66 | 2,498,740.93 | 16.30 |
| Not Provided | 46,831.57 | 47,320.02 | 0.30 |
| **Total** | **15,500,225.43** | **15,326,924.65** | **100.00** |

**S&P RATING**

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| AAA | 498,462.45 | 485,572.45 | 3.17 |
| AA+ | 933,000.00 | 958,515.89 | 6.25 |
| AA- | 585,425.84 | 578,985.53 | 3.78 |
| A+ | 1,114,000.00 | 1,127,193.27 | 7.35 |
| A | 1,665,000.00 | 1,684,620.72 | 10.99 |
| A- | 1,864,000.00 | 1,863,671.37 | 12.16 |
| BBB+ | 584,000.00 | 576,209.77 | 3.76 |
| BBB | 846,000.00 | 853,385.19 | 5.57 |
| BBB- | 44,000.00 | 45,325.72 | 0.30 |
| N/A | 7,244,505.57 | 7,031,755.47 | 45.88 |



02569704
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from September 1, 2025 to September 30, 2025

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| N/R | 75,000.00 | 74,369.25 | 0.49 |
| Not Provided | 46,831.57 | 47,320.02 | 0.30 |
| **Total** | **15,500,225.43** | **15,326,924.65** | **100.00** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
442 of 592

02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [REDACTED]8807**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023085 04 SP 000638049232304 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |



02570304
54-01-B-62-277-04
0101-11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████807

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 3,835,041.80 | 3,997,544.21 |
| **Investment Activity** | | |
| Interest | 99.59 | 99.59 |
| Net Accrued Income (Current-Prior) | -99.24 | -99.24 |
| **Total Investment Activity** | .35 | .35 |
| **Other Activity** | | |
| Transfers In | 155.15 | 155.15 |
| **Total Other Activity** | 155.15 | 155.15 |
| **Net Change In Market And Cost** | 155.50 | 155.50 |
| **Ending Market And Cost** | 3,835,197.30 | 3,997,699.71 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
445 of 592

R0648




02570304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 99.59 |
| Cash Equivalent Purchases | - 254.74 |
| **Total Investment Activity** | **- 155.15** |
| **Other Activity** | |
| Transfers In | 155.15 |
| **Total Other Activity** | **155.15** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]3807

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 254.74 | 254.74 | 0.01 |
| Miscellaneous | 3,834,942.21 | 3,997,444.62 | 99.99 |
| **Total Assets** | **3,835,196.95** | **3,997,699.36** | **100.00** |
| Accrued Income | .35 | .35 | 0.00 |
| **Grand Total** | **3,835,197.30** | **3,997,699.71** | **100.00** |

**Estimated Annual Income** **10.18**

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 254.740 | 254.74 1.0000 | 254.74 | .00 .00 | .35 | 4.02 |
| **Total Money Markets** | **254.740** | **254.74** | **254.74** | **.00 .00** | **.35** | **4.01** |
| **Total Cash And Equivalents** | **254.740** | **254.74** | **254.74** | **.00 .00** | **.35** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Ara Core Property Fund *** 96MSCPRS5 Asset Minor Code 76 Date Last Priced: 06/30/25 | 31.960 | 3,834,942.21 119,991.5585 @ | 3,997,444.62 | - 162,502.41 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41 .00** | **.00** | **0.00** |
| **Total Assets** | **286.700** | **3,835,196.95** | **3,997,699.36** | **- 162,502.41 .00** | **.35** | **0.00** |
| **Accrued Income** | **.000** | **.35** | **.35** | | | |

02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **286.700** | **3,835,197.30** | **3,997,699.71** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 254.740 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 99.59 | .35 | 99.59 | .35 |
| **Total Cash And Equivalents** | | | | | **99.59** | **.35** | **99.59** | **.35** |
| **Grand Total** | | | | | **99.59** | **.35** | **99.59** | **.35** |

02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 99.59 |
| **Total Interest** | | **99.59** |



02570304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 8/15/2024 From ████ | 155.15 |
| **Total Transfer From Another Account** | | **155.15** |
| **Total Transfers In** | | **155.15** |
| **Total Other Activity** | | **155.15** |



02570304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 99.59 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 99.590 | .00 | - 99.59 | 99.59 |
| 09/29/2025 | Purchased 155.15 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 155.150 | .00 | - 155.15 | 155.15 |
| **Total First Am Govt Ob Fd Cl Z** | | **254.740** | **.00** | **- 254.74** | **254.74** |
| **Total Cash And Equivalents** | | **254.740** | **.00** | **- 254.74** | **254.74** |
| **Total Purchases** | | **254.740** | **.00** | **- 254.74** | **254.74** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
454 of 592

02570804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8808**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023090 04 SP 000638049232309 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109





02570804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Other Activity | 9 |
| Corporate Changes And Adjustments | 10 |
| Purchases | 11 |



02570804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **839,252.01** | **839,252.01** |
| **Investment Activity** | | |
| Net Accrued Income (Current-Prior) | .02 | .02 |
| **Total Investment Activity** | **.02** | **.02** |
| **Other Activity** | | |
| Transfers In | 105.24 | 105.24 |
| Other Non-Cash Transactions | 267.00 | 267.00 |
| **Total Other Activity** | **372.24** | **372.24** |
| **Net Change In Market And Cost** | **372.26** | **372.26** |
| **Ending Market And Cost** | **839,624.27** | **839,624.27** |





02570804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 105.24 |
| **Total Investment Activity** | **- 105.24** |
| **Other Activity** | |
| Transfers In | 105.24 |
| **Total Other Activity** | **105.24** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02570804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████3808

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 105.25 | 105.25 | 0.01 |
| Miscellaneous | 839,519.00 | 839,519.00 | 99.99 |
| **Total Assets** | **839,624.25** | **839,624.25** | **100.00** |
| Accrued Income | .02 | .02 | 0.00 |
| **Grand Total** | **839,624.27** | **839,624.27** | **100.00** |

**Estimated Annual Income** 4.21

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02570804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 105.250 | 105.25 1.0000 | 105.25 | .00 .00 | .02 | 4.02 |
| **Total Money Markets** | **105.250** | **105.25** | **105.25** | **.00 .00** | **.02** | **4.01** |
| **Total Cash And Equivalents** | **105.250** | **105.25** | **105.25** | **.00 .00** | **.02** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Redwood-Kairos Re Value Fund VI LP *** 96MSCPRP1 Asset Minor Code 76 Date Last Priced: 06/30/25 | 839,519.000 | 839,519.00 1.0000 @ | 839,519.00 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **839,519.000** | **839,519.00** | **839,519.00** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **839,519.000** | **839,519.00** | **839,519.00** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **839,624.250** | **839,624.25** | **839,624.25** | **.00 .00** | **.02** | **0.00** |
| **Accrued Income** | **.000** | **.02** | **.02** | | | |

usbank

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT [redacted]8808

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **839,624.250** | **839,624.27** | **839,624.27** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



02570804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 105.250 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | .00 | .02 | .00 | .02 |
| **Total Cash And Equivalents** | | | | | **.00** | **.02** | **.00** | **.02** |
| **Grand Total** | | | | | **.00** | **.02** | **.00** | **.02** |



02570804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT [redacted]8808

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 5/30/2025 From [redacted] | 105.24 |
| **Total Transfer From Another Account** | | **105.24** |
| **Total Transfers In** | | **105.24** |
| **Total Other Activity** | | **105.24** |




02570804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from September 1, 2025 to September 30, 2025

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 09/15/2025 | Units Of<br>Redwood-Kairos Re Value Fund VI LP<br>Adjusted By 267 Units<br>Old Units 825,494.61/New Units 825,761.61<br>06/30/2025 Statement<br>96MSCPRP1 | 267.00 | .00 | .00 | .00 |
| 09/15/2025 | Fed Basis Of<br>Redwood-Kairos Re Value Fund VI LP<br>Adjusted By 267.00 USD<br>Old: 825,494.61 USD/New: 825,761.61 USD<br>06/30/2025 Statement<br>96MSCPRP1 | .00 | 267.00 | .00 | - 267.00 |
| **Total Adjustments** | | **267.00** | **267.00** | **.00** | **- 267.00** |
| **Total Corporate Changes And Adjustments** | | **267.00** | **267.00** | **.00** | **- 267.00** |



02570804
54-01-B-62-277-04
0101-11-02870-04

**US bank**

Page 11 of 11
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ███808

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Cash And Equivalents** | | | | | |
| 09/29/2025 | Purchased 105.24 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 105.240 | .00 | - 105.24 | 105.24 |
| **Total First Am Govt Ob Fd Cl Z** | | 105.240 | .00 | - 105.24 | 105.24 |
| **Total Cash And Equivalents** | | 105.240 | .00 | - 105.24 | 105.24 |
| **Total Purchases** | | 105.240 | .00 | - 105.24 | 105.24 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
465 of 592

R0668



Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
466 of 592

02571304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8809**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023095 04 SP 000638049232314 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02571304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Corporate Changes And Adjustments | 10 |
| Purchases | 11 |



02571304
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ▇▇▇809

## MARKET AND COST RECONCILIATION

|  | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | 959,797.02 | 959,797.02 |
| **Investment Activity** | | |
| Interest | 17.10 | 17.10 |
| Net Accrued Income (Current-Prior) | 12.51 | 12.51 |
| **Total Investment Activity** | 29.61 | 29.61 |
| **Other Activity** | | |
| Other Non-Cash Transactions | 10,046.43 | 10,046.43 |
| **Total Other Activity** | 10,046.43 | 10,046.43 |
| **Net Change In Market And Cost** | 10,076.04 | 10,076.04 |
| **Ending Market And Cost** | 969,873.06 | 969,873.06 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
469 of 592





02571304
54-01-B-62-277-04
0101-11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ███3809

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Interest | 17.10 |
| Cash Equivalent Purchases | - 17.10 |
| **Total Investment Activity** | .00 |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
470 of 592

R0673

02571304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT [redacted]3809

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 8,765.56 | 8,765.56 | 0.90 |
| Miscellaneous | 961,077.89 | 961,077.89 | 99.10 |
| **Total Assets** | **969,843.45** | **969,843.45** | **100.00** |
| Accrued Income | 29.61 | 29.61 | 0.00 |
| **Grand Total** | **969,873.06** | **969,873.06** | **100.00** |
| **Estimated Annual Income** | **350.62** | | |

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.





02571304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 8,765.560 | 8,765.56 1.0000 | 8,765.56 | .00 .00 | 29.61 | 4.01 |
| **Total Money Markets** | **8,765.560** | **8,765.56** | **8,765.56** | **.00 .00** | **29.61** | **4.01** |
| **Total Cash And Equivalents** | **8,765.560** | **8,765.56** | **8,765.56** | **.00 .00** | **29.61** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Kimpact Evergreen Real Estate Inv Fd *** 96MSCPRN6 Asset Minor Code 76 Date Last Priced: 06/30/25 | 961,077.890 | 961,077.89 1.0000 @ | 961,077.89 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **961,077.890** | **961,077.89** | **961,077.89** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **961,077.890** | **961,077.89** | **961,077.89** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **969,843.450** | **969,843.45** | **969,843.45** | **.00 .00** | **29.61** | **0.03** |
| **Accrued Income** | **.000** | **29.61** | **29.61** | | | |

02571304
54-01-B-62-277-04
0101-11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ███3809

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Grand Total | 969,843.450 | 969,873.06 | 969,873.06 | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R0676



02571304
54 -01 -B -62 -277-04
0101 -11-02870-04



Page 8 of 11
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ▓▓▓809

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 8,765.560 | First Am Govt Ob Fd Cl Z 3146V567 | | 10/01/25 | 0.04 | 17.10 | 29.61 | 17.10 | 29.61 |
| **Total Cash And Equivalents** | | | | | 17.10 | 29.61 | 17.10 | 29.61 |
| **Grand Total** | | | | | 17.10 | 29.61 | 17.10 | 29.61 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 474 of 592

R0677

02571304
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

**US bank**®

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z** **31846V567** | | |
| 09/02/2025 | Interest From 8/1/25   To 8/31/25 | 17.10 |
| **Total Interest** | | **17.10** |

R0678





02571304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from September 1, 2025 to September 30, 2025

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 09/15/2025 | Units Of Kimpact Evergreen Real Estate Inv Fd Adjusted By 10,046.43 Units Old Units 951,031.46/New Units 961,077.89 06/30/2025 Statement 96MSCPRN6 | 10,046.43 | .00 | .00 | .00 |
| 09/15/2025 | Fed Basis Of Kimpact Evergreen Real Estate Inv Fd Adjusted By 10,046.43 USD Old: 951,031.46 USD/New: 961,077.89 USD 06/30/2025 Statement 96MSCPRN6 | .00 | 10,046.43 | .00 | - 10,046.43 |
| **Total Adjustments** | | **10,046.43** | **10,046.43** | **.00** | **- 10,046.43** |
| **Total Corporate Changes And Adjustments** | | **10,046.43** | **10,046.43** | **.00** | **- 10,046.43** |

02571304
54 -01-B -62 -277-04
0101 -11-02870-04

**US bank.**

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ▅▅▅809

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 17.1 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 17.100 | .00 | - 17.10 | 17.10 |
| **Total First Am Govt Ob Fd Cl Z** | | 17.100 | .00 | - 17.10 | 17.10 |
| **Total Cash And Equivalents** | | 17.100 | .00 | - 17.10 | 17.10 |
| **Total Purchases** | | 17.100 | .00 | - 17.10 | 17.10 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
477 of 592

R0680

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
478 of 592

02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8810**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023100 03 SP 000638049232319 S
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from September 1, 2025 to September 30, 2025

# TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Other Activity | 9 |
| Purchases | 10 |



02571804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,440,530.83** | **3,180,941.94** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | 105,124.29 | .00 |
| Net Accrued Income (Current-Prior) | .04 | .04 |
| **Total Investment Activity** | **105,124.33** | **.04** |
| **Other Activity** | | |
| Transfers In | 190.74 | 190.74 |
| **Total Other Activity** | **190.74** | **190.74** |
| **Net Change In Market And Cost** | **105,315.07** | **190.78** |
| **Ending Market And Cost** | **3,545,845.90** | **3,181,132.72** |



02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 190.74 |
| **Total Investment Activity** | **- 190.74** |
| **Other Activity** | |
| Transfers In | 190.74 |
| **Total Other Activity** | **190.74** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 190.76 | 190.76 | 0.01 |
| Miscellaneous | 3,545,655.10 | 3,180,941.92 | 99.99 |
| **Total Assets** | **3,545,845.86** | **3,181,132.68** | **100.00** |
| Accrued Income | .04 | .04 | 0.00 |
| **Grand Total** | **3,545,845.90** | **3,181,132.72** | **100.00** |

**Estimated Annual Income** 7.63

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - BARON EMERGING
ACCOUNT [redacted]8810

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 190.760 | 190.76 1.0000 | 190.76 | .00 .00 | .04 | 4.02 |
| **Total Money Markets** | **190.760** | **190.76** | **190.76** | **.00 .00** | **.04** | **4.01** |
| **Total Cash And Equivalents** | **190.760** | **190.76** | **190.76** | **.00 .00** | **.04** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Collective Investment Funds** | | | | | | |
| Baron Emerging Markets Fund Ltd *** 9SPMTK281 Asset Minor Code 17 Date Last Priced: 08/31/25 | 2,435.293 | 3,545,655.10 1,455.9460 @ | 3,180,941.92 | 364,713.18 105,124.29 | .00 | 0.00 |
| **Total Collective Investment Funds** | **2,435.293** | **3,545,655.10** | **3,180,941.92** | **364,713.18 105,124.29** | **.00** | **0.00** |
| **Total Miscellaneous** | **2,435.293** | **3,545,655.10** | **3,180,941.92** | **364,713.18 105,124.29** | **.00** | **0.00** |
| **Total Assets** | **2,626.053** | **3,545,845.86** | **3,181,132.68** | **364,713.18 105,124.29** | **.04** | **0.00** |
| **Accrued Income** | **.000** | **.04** | **.04** | | | |

02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - BARON EMERGING
ACCOUNT [redacted]8810

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **2,626.053** | **3,545,845.90** | **3,181,132.72** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



02571804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 190.760 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | .00 | .04 | .00 | .04 |
| **Total Cash And Equivalents** | | | | | **.00** | **.04** | **.00** | **.04** |
| **Grand Total** | | | | | **.00** | **.04** | **.00** | **.04** |

02571804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - BARON EMERGING
ACCOUNT [redacted]8810

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 8/15/2024 From [redacted] | 190.74 |
| **Total Transfer From Another Account** | | **190.74** |
| **Total Transfers In** | | **190.74** |
| **Total Other Activity** | | **190.74** |




02571804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT [redacted]8810

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/29/2025 | Purchased 190.74 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 190.740 | .00 | - 190.74 | 190.74 |
| **Total First Am Govt Ob Fd Cl Z** | | **190.740** | **.00** | **- 190.74** | **190.74** |
| **Total Cash And Equivalents** | | **190.740** | **.00** | **- 190.74** | **190.74** |
| **Total Purchases** | | **190.740** | **.00** | **- 190.74** | **190.74** |



02572304
54- -01-B -62 -277-04
0101 -11-02870-04

**Account Number: [redacted]8811**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023105 03 SP 000638049232324 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



**US bank**®

02572304
54-01-B-62-277-04
0101-11-02870-04

Page 2 of 10

Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ███3811

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Other Activity | 9 |
| Purchases | 10 |

R0693



02572304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ███8811

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,320,019.99** | **2,087,140.11** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | 58,757.30 | .00 |
| Net Accrued Income (Current-Prior) | .05 | .05 |
| **Total Investment Activity** | **58,757.35** | **.05** |
| **Other Activity** | | |
| Transfers In | 207.62 | 207.62 |
| **Total Other Activity** | **207.62** | **207.62** |
| **Net Change In Market And Cost** | **58,964.97** | **207.67** |
| **Ending Market And Cost** | **3,378,984.96** | **2,087,347.78** |



02572304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 207.62 |
| **Total Investment Activity** | **- 207.62** |
| **Other Activity** | |
| Transfers In | 207.62 |
| **Total Other Activity** | **207.62** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02572304
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ▓▓▓811

## ASSET SUMMARY



MISCELLANEOUS

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 207.64 | 207.64 | 0.01 |
| Miscellaneous | 3,378,777.27 | 2,087,140.09 | 99.99 |
| **Total Assets** | **3,378,984.91** | **2,087,347.73** | **100.00** |
| Accrued Income | .05 | .05 | 0.00 |
| **Grand Total** | **3,378,984.96** | **2,087,347.78** | **100.00** |

Estimated Annual Income    8.30

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.

R0696



02572304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT [redacted]8811

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 207.640 | 207.64<br>1.0000 | 207.64 | .00<br>.00 | .05 | 4.02 |
| **Total Money Markets** | **207.640** | **207.64** | **207.64** | **.00**<br>**.00** | **.05** | **4.01** |
| **Total Cash And Equivalents** | **207.640** | **207.64** | **207.64** | **.00**<br>**.00** | **.05** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Emerging Markets Equity Income Fund *** 96MSCPRR7 Asset Minor Code 77 Date Last Priced: 08/31/25 | 158,613.170 | 3,378,777.27<br>21.3020 @ | 2,087,140.09 | 1,291,637.18<br>58,757.30 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **158,613.170** | **3,378,777.27** | **2,087,140.09** | **1,291,637.18**<br>**58,757.30** | **.00** | **0.00** |
| **Total Miscellaneous** | **158,613.170** | **3,378,777.27** | **2,087,140.09** | **1,291,637.18**<br>**58,757.30** | **.00** | **0.00** |
| **Total Assets** | **158,820.810** | **3,378,984.91** | **2,087,347.73** | **1,291,637.18**<br>**58,757.30** | **.05** | **0.00** |
| **Accrued Income** | **.000** | **.05** | **.05** | | | |

02572304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT [redacted]8811

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **158,820.810** | **3,378,984.96** | **2,087,347.78** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.





02572304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 207.640 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | .00 | .05 | .00 | .05 |
| **Total Cash And Equivalents** | | | | | **.00** | **.05** | **.00** | **.05** |
| **Grand Total** | | | | | **.00** | **.05** | **.00** | **.05** |

usbank

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT [redacted]8811

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 8/15/2024<br>From [redacted] | 207.62 |
| **Total Transfer From Another Account** | | **207.62** |
| **Total Transfers In** | | **207.62** |
| **Total Other Activity** | | **207.62** |

02572304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/29/2025 | Purchased 207.62 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 207.620 | .00 | - 207.62 | 207.62 |
| **Total First Am Govt Ob Fd Cl Z** | | **207.620** | **.00** | **- 207.62** | **207.62** |
| **Total Cash And Equivalents** | | **207.620** | **.00** | **- 207.62** | **207.62** |
| **Total Purchases** | | **207.620** | **.00** | **- 207.62** | **207.62** |

02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: ████8812**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023110 04 SP 000638049232329 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |

02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ██████8812

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **9,216,356.88** | **8,081,597.81** |
| **Investment Activity** | | |
| Dividends | 12,556.34 | 12,556.34 |
| Change In Unrealized Gain/Loss | 334,902.22 | .00 |
| Net Accrued Income (Current-Prior) | .07 | .07 |
| **Total Investment Activity** | **347,458.63** | **12,556.41** |
| **Other Activity** | | |
| Transfers In | 338.97 | 338.97 |
| **Total Other Activity** | **338.97** | **338.97** |
| **Net Change In Market And Cost** | **347,797.60** | **12,895.38** |
| **Ending Market And Cost** | **9,564,154.48** | **8,094,493.19** |





02572804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ███8812

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Dividends | 12,556.34 |
| Cash Equivalent Purchases | - 338.97 |
| Purchases | - 12,556.34 |
| **Total Investment Activity** | **- 338.97** |
| **Other Activity** | |
| Transfers In | 338.97 |
| **Total Other Activity** | **338.97** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 339.01 | 339.01 | 0.00 |
| Mutual Funds-Equity | 9,563,815.40 | 8,094,154.11 | 100.00 |
| **Total Assets** | **9,564,154.41** | **8,094,493.12** | **100.00** |
| Accrued Income | .07 | .07 | 0.00 |
| **Grand Total** | **9,564,154.48** | **8,094,493.19** | **100.00** |

**Estimated Annual Income** **161,785.37**

MUTUAL FUNDS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

MUT FNDS-EQUITY



02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 339.010 | 339.01<br>1.0000 | 339.01 | .00<br>.00 | .07 | 4.01 |
| **Total Money Markets** | **339.010** | **339.01** | **339.01** | **.00**<br>**.00** | **.07** | **4.01** |
| **Total Cash And Equivalents** | **339.010** | **339.01** | **339.01** | **.00**<br>**.00** | **.07** | **4.01** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Catholic Rspnsbl Invstmnts Intl Eq 14919E779 Asset Minor Code 98 | 838,195.916 | 9,563,815.40<br>11.4100 | 8,094,154.11 | 1,469,661.29<br>334,902.22 | .00 | 1.69 |
| **Total Mutual Funds-Equity** | **838,195.916** | **9,563,815.40** | **8,094,154.11** | **1,469,661.29**<br>**334,902.22** | **.00** | **1.69** |
| **Total Mutual Funds** | **838,195.916** | **9,563,815.40** | **8,094,154.11** | **1,469,661.29**<br>**334,902.22** | **.00** | **1.69** |
| **Total Assets** | **838,534.926** | **9,564,154.41** | **8,094,493.12** | **1,469,661.29**<br>**334,902.22** | **.07** | **1.69** |
| **Accrued Income** | **.000** | **.07** | **.07** | | | |
| **Grand Total** | **838,534.926** | **9,564,154.48** | **8,094,493.19** | | | |

02572804
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████3812

**U.S.bank**

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
505 of 592





02572804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 339.010 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | .00 | .07 | .00 | .07 |
| **Total Cash And Equivalents** | | | | | **.00** | **.07** | **.00** | **.07** |
| **Mutual Funds-Equity** | | | | | | | | |
| 838,195.916 | Catholic Rspnsbl Invstmnts Intl Eq 14919E779 | 09/29/25 | 09/30/25 | 0.19 | .00 | 12,556.34 | 12,556.34 | .00 |
| **Total Mutual Funds-Equity** | | | | | **.00** | **12,556.34** | **12,556.34** | **.00** |
| **Grand Total** | | | | | **.00** | **12,556.41** | **12,556.34** | **.07** |

02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Dividends** | | |
| **Catholic Rspnsbl Invstmnts Intl Eq 14919E779** | | |
| 09/29/2025 | 0.015 USD/Share On 837,089.631 Shares Due 9/30/25 Dividend Payable 09/30/25 | 12,556.34 |
| **Total Dividends** | | **12,556.34** |



02572804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 8/15/2024 From [redacted] | 338.97 |
| **Total Transfer From Another Account** | | **338.97** |
| **Total Transfers In** | | **338.97** |
| **Total Other Activity** | | **338.97** |



02572804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/29/2025 | Purchased 338.97 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 338.970 | .00 | - 338.97 | 338.97 |
| **Total First Am Govt Ob Fd Cl Z** | | **338.970** | **.00** | **- 338.97** | **338.97** |
| **Total Cash And Equivalents** | | **338.970** | **.00** | **- 338.97** | **338.97** |
| **Mutual Funds-Equity** | | | | | |
| 09/29/2025 | Purchased 1,106.285 Shares Catholic Rspnsbl Invstmnts Intl Eq @ 11.35 USD Through Reinvestment Of Cash Dividend Due 9/30/25 14919E779 | 1,106.285 | .00 | - 12,556.34 | 12,556.34 |
| **Total Catholic Rspnsbl Invstmnts Intl Eq** | | **1,106.285** | **.00** | **- 12,556.34** | **12,556.34** |
| **Total Mutual Funds-Equity** | | **1,106.285** | **.00** | **- 12,556.34** | **12,556.34** |
| **Total Purchases** | | **1,445.255** | **.00** | **- 12,895.31** | **12,895.31** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
510 of 592

02573304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8813**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023115 03 SP 000638049232334 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02573304
54 -01-B -62 -277-04
0101 -11-02870-04

**U.S.bank**

Page 2 of 10
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████3813

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Other Activity | 9 |
| Purchases | 10 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
512 of 592



02573304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████8813

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,284,127.21** | **3,220,453.13** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | 24,577.19 | .00 |
| Net Accrued Income (Current-Prior) | .03 | .03 |
| **Total Investment Activity** | **24,577.22** | **.03** |
| **Other Activity** | | |
| Transfers In | 116.80 | 116.80 |
| **Total Other Activity** | **116.80** | **116.80** |
| **Net Change In Market And Cost** | **24,694.02** | **116.83** |
| **Ending Market And Cost** | **3,308,821.23** | **3,220,569.96** |





02573304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [redacted]8813

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 116.80 |
| **Total Investment Activity** | **- 116.80** |
| **Other Activity** | |
| Transfers In | 116.80 |
| **Total Other Activity** | **116.80** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02573304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████3813

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 116.81 | 116.81 | 0.00 |
| Mutual Funds-Fixed Income | 3,308,704.39 | 3,220,453.12 | 100.00 |
| **Total Assets** | **3,308,821.20** | **3,220,569.93** | **100.00** |
| Accrued Income | .03 | .03 | 0.00 |
| **Grand Total** | **3,308,821.23** | **3,220,569.96** | **100.00** |

**Estimated Annual Income** **341,013.20**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02573304
54- -01-B -62 -277-04
0101 -11-02870-04

us bank

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [redacted]8813

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 116.810 | 116.81<br>1.0000 | 116.81 | .00<br>.00 | .03 | 4.02 |
| **Total Money Markets** | **116.810** | **116.81** | **116.81** | **.00**<br>**.00** | **.03** | **4.01** |
| **Total Cash And Equivalents** | **116.810** | **116.81** | **116.81** | **.00**<br>**.00** | **.03** | **4.01** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Fixed Income** | | | | | | |
| Cliffwater Corporate Lending I 186854204 Asset Minor Code 99 | 307,214.892 | 3,308,704.39<br>10.7700 | 3,220,453.12 | 88,251.27<br>24,577.19 | .00 | 10.31 |
| **Total Mutual Funds-Fixed Income** | **307,214.892** | **3,308,704.39** | **3,220,453.12** | **88,251.27**<br>**24,577.19** | **.00** | **10.30** |
| **Total Mutual Funds** | **307,214.892** | **3,308,704.39** | **3,220,453.12** | **88,251.27**<br>**24,577.19** | **.00** | **10.30** |
| **Total Assets** | **307,331.702** | **3,308,821.20** | **3,220,569.93** | **88,251.27**<br>**24,577.19** | **.03** | **10.30** |
| **Accrued Income** | **.000** | **.03** | **.03** | | | |
| **Grand Total** | **307,331.702** | **3,308,821.23** | **3,220,569.96** | | | |

02573304
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ███████3813

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
517 of 592

R0720





02573304
54-01-B-62-277-04
0101-11-02870-04

Page 8 of 10
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ███8813

## INCOME ACCRUAL DETAIL

| SHARES/<br>FACE AMOUNT | DESCRIPTION | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 116.810 | First Am Govt Ob Fd Cl Z<br>31846V567 | | 10/01/25 | 0.04 | .00 | .03 | .00 | .03 |
| **Total Cash And Equivalents** | | | | | .00 | .03 | .00 | .03 |
| **Grand Total** | | | | | .00 | .03 | .00 | .03 |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
518 of 592

R0721

02573304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [REDACTED]8813

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 8/15/2024<br>From [REDACTED] | 116.80 |
| **Total Transfer From Another Account** | | **116.80** |
| **Total Transfers In** | | **116.80** |
| **Total Other Activity** | | **116.80** |





02573304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████8813

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/29/2025 | Purchased 116.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 116.800 | .00 | - 116.80 | 116.80 |
| **Total First Am Govt Ob Fd Cl Z** | | **116.800** | **.00** | **- 116.80** | **116.80** |
| **Total Cash And Equivalents** | | **116.800** | **.00** | **- 116.80** | **116.80** |
| **Total Purchases** | | **116.800** | **.00** | **- 116.80** | **116.80** |

02573804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: ████8814**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023120 04 SP 000638049232339 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02573804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Corporate Changes And Adjustments | 10 |
| Purchases | 11 |

02573804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT [redacted]8814

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **2,654,541.07** | **2,654,541.07** |
| **Investment Activity** | | |
| Interest | 17.97 | 17.97 |
| Net Accrued Income (Current-Prior) | 153.37 | 153.37 |
| **Total Investment Activity** | **171.34** | **171.34** |
| **Other Activity** | | |
| Other Non-Cash Transactions | 37,030.00 | 37,030.00 |
| **Total Other Activity** | **37,030.00** | **37,030.00** |
| **Net Change In Market And Cost** | **37,201.34** | **37,201.34** |
| **Ending Market And Cost** | **2,691,742.41** | **2,691,742.41** |





02573804
54 -01 -B -62 -277 -04
0101 -11 -02870 -04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT █████ 3814

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | .00 |
| **Investment Activity** | |
| Interest | 17.97 |
| Cash Equivalent Purchases | - 17.97 |
| **Total Investment Activity** | .00 |
| **Net Change In Cash** | .00 |
| **Ending Cash** | .00 |

R0727

**US bank.**

02573804
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ███████814

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 50,711.07 | 50,711.07 | 1.88 |
| Miscellaneous | 2,640,860.00 | 2,640,860.00 | 98.11 |
| Total Assets | 2,691,571.07 | 2,691,571.07 | 99.99 |
| Accrued Income | 171.34 | 171.34 | 0.01 |
| Grand Total | 2,691,742.41 | 2,691,742.41 | 100.00 |

Estimated Annual Income    2,028.44

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.

R0728



02573804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 50,711.070 | 50,711.07 1.0000 | 50,711.07 | .00 .00 | 171.34 | 4.01 |
| **Total Money Markets** | **50,711.070** | **50,711.07** | **50,711.07** | **.00 .00** | **171.34** | **4.01** |
| **Total Cash And Equivalents** | **50,711.070** | **50,711.07** | **50,711.07** | **.00 .00** | **171.34** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Kairos Credit Strategies Reit Inc *** 96MSCQPD8 Asset Minor Code 76 Date Last Priced: 06/30/25 | 2,640,860.000 | 2,640,860.00 1.0000 @ | 2,640,860.00 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **2,640,860.000** | **2,640,860.00** | **2,640,860.00** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **2,640,860.000** | **2,640,860.00** | **2,640,860.00** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **2,691,571.070** | **2,691,571.07** | **2,691,571.07** | **.00 .00** | **171.34** | **0.07** |
| **Accrued Income** | **.000** | **171.34** | **171.34** | | | |

02573804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT [redacted]8814

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **2,691,571.070** | **2,691,742.41** | **2,691,742.41** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02573804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT [redacted]8814

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 50,711.070 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 17.97 | 171.34 | 17.97 | 171.34 |
| **Total Cash And Equivalents** | | | | | **17.97** | **171.34** | **17.97** | **171.34** |
| **Grand Total** | | | | | **17.97** | **171.34** | **17.97** | **171.34** |

02573804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 17.97 |
| **Total Interest** | | **17.97** |





02573804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from September 1, 2025 to September 30, 2025

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 09/15/2025 | Units Of Kairos<br>Credit Strategies Reit Inc<br>Adjusted By 37,030 Units<br>Old Units 1,710,756.02/New Units 1,747,786.02<br>06/30/2025 Statement<br>96MSCQPD8 | 37,030.00 | .00 | .00 | .00 |
| 09/15/2025 | Fed Basis Of<br>Kairos Credit Strategies Reit Inc<br>Adjusted By 37,030.00 USD<br>Old: 1,710,756.02 USD/New: 1,747,786.02 USD<br>06/30/2025 Statement<br>96MSCQPD8 | .00 | 37,030.00 | .00 | - 37,030.00 |
| **Total Adjustments** | | **37,030.00** | **37,030.00** | **.00** | **- 37,030.00** |
| **Total Corporate Changes And Adjustments** | | **37,030.00** | **37,030.00** | **.00** | **- 37,030.00** |



02573804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 17.97 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 17.970 | .00 | - 17.97 | 17.97 |
| **Total First Am Govt Ob Fd Cl Z** | | **17.970** | **.00** | **- 17.97** | **17.97** |
| **Total Cash And Equivalents** | | **17.970** | **.00** | **- 17.97** | **17.97** |
| **Total Purchases** | | **17.970** | **.00** | **- 17.97** | **17.97** |



Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
532 of 592

02574304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [REDACTED]8816**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023125 04 SP 000638049232344 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02574304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Corporate Changes And Adjustments | 10 |
| Purchases | 11 |



02574304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **1,387,163.75** | **1,387,163.75** |
| **Investment Activity** | | |
| Interest | 6.83 | 6.83 |
| Net Accrued Income (Current-Prior) | 4.91 | 4.91 |
| **Total Investment Activity** | **11.74** | **11.74** |
| **Other Activity** | | |
| Other Non-Cash Transactions | 18,680.36 | 18,680.36 |
| **Total Other Activity** | **18,680.36** | **18,680.36** |
| **Net Change In Market And Cost** | **18,692.10** | **18,692.10** |
| **Ending Market And Cost** | **1,405,855.85** | **1,405,855.85** |





02574304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 6.83 |
| Cash Equivalent Purchases | - 6.83 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02574304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT [redacted]8816

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 3,474.31 | 3,474.31 | 0.25 |
| Miscellaneous | 1,402,369.80 | 1,402,369.80 | 99.75 |
| **Total Assets** | **1,405,844.11** | **1,405,844.11** | **100.00** |
| Accrued Income | 11.74 | 11.74 | 0.00 |
| **Grand Total** | **1,405,855.85** | **1,405,855.85** | **100.00** |

**Estimated Annual Income** **138.97**

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02574304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 3,474.310 | 3,474.31 1.0000 | 3,474.31 | .00 .00 | 11.74 | 4.01 |
| **Total Money Markets** | **3,474.310** | **3,474.31** | **3,474.31** | **.00 .00** | **11.74** | **4.01** |
| **Total Cash And Equivalents** | **3,474.310** | **3,474.31** | **3,474.31** | **.00 .00** | **11.74** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Redwood Kairos Re Value Fund VIII LP *** 96MSCUAJ2 Asset Minor Code 76 Date Last Priced: 06/30/25 | 1,402,369.800 | 1,402,369.80 1.0000 @ | 1,402,369.80 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **1,402,369.800** | **1,402,369.80** | **1,402,369.80** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **1,402,369.800** | **1,402,369.80** | **1,402,369.80** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **1,405,844.110** | **1,405,844.11** | **1,405,844.11** | **.00 .00** | **11.74** | **0.00** |
| **Accrued Income** | **.000** | **11.74** | **11.74** | | | |

02574304
54 -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ███3816

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Grand Total | 1,405,844.110 | 1,405,855.85 | 1,405,855.85 | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from  your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only.  U.S. Bank does not have actual custody or control of this asset.  With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R0742





02574304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 3,474.310 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 6.83 | 11.74 | 6.83 | 11.74 |
| **Total Cash And Equivalents** | | | | | **6.83** | **11.74** | **6.83** | **11.74** |
| **Grand Total** | | | | | **6.83** | **11.74** | **6.83** | **11.74** |

02574304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | 6.83 |
| **Total Interest** | | **6.83** |





02574304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ███8816

Period from September 1, 2025 to September 30, 2025

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 09/15/2025 | Units Of Redwood Kairos Re Value Fund VIII LP Adjusted By 18,680.36 Units Old Units 376,542.84/New Units 395,223.2 06/30/2025 Statement 96MSCUAJ2 | 18,680.36 | .00 | .00 | .00 |
| 09/15/2025 | Fed Basis Of Redwood Kairos Re Value Fund VIII LP Adjusted By 18,680.36 USD Old: 376,542.84 USD/New: 395,223.20 USD 06/30/2025 Statement 96MSCUAJ2 | .00 | 18,680.36 | .00 | - 18,680.36 |
| **Total Adjustments** | | **18,680.36** | **18,680.36** | **.00** | **- 18,680.36** |
| **Total Corporate Changes And Adjustments** | | **18,680.36** | **18,680.36** | **.00** | **- 18,680.36** |



02574304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 6.83 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 6.830 | .00 | - 6.83 | 6.83 |
| **Total First Am Govt Ob Fd Cl Z** | | **6.830** | **.00** | **- 6.83** | **6.83** |
| **Total Cash And Equivalents** | | **6.830** | **.00** | **- 6.83** | **6.83** |
| **Total Purchases** | | **6.830** | **.00** | **- 6.83** | **6.83** |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 544 of 592

02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8817**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023130 04 SP 000638049232349 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |



02574804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]8817

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **1,712,431.69** | **1,523,519.50** |
| **Investment Activity** | | |
| Interest | .33 | .33 |
| Change In Unrealized Gain/Loss | - 4,498.93 | .00 |
| Net Accrued Income (Current-Prior) | - .01 | - .01 |
| **Total Investment Activity** | **- 4,498.61** | **.32** |
| **Other Activity** | | |
| Transfers In | 42.13 | 42.13 |
| **Total Other Activity** | **42.13** | **42.13** |
| **Net Change In Market And Cost** | **- 4,456.48** | **42.45** |
| **Ending Market And Cost** | **1,707,975.21** | **1,523,561.95** |



02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]8817

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | .33 |
| Cash Equivalent Purchases | - 42.46 |
| **Total Investment Activity** | **- 42.13** |
| **Other Activity** | |
| Transfers In | 42.13 |
| **Total Other Activity** | **42.13** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]3817

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 135.22 | 135.22 | 0.01 |
| Miscellaneous | 1,707,839.67 | 1,523,426.41 | 99.99 |
| **Total Assets** | **1,707,974.89** | **1,523,561.63** | **100.00** |
| Accrued Income | .32 | .32 | 0.00 |
| **Grand Total** | **1,707,975.21** | **1,523,561.95** | **100.00** |

**Estimated Annual Income** 5.40

MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.





02574804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 135.220 | 135.22<br>1.0000 | 135.22 | .00<br>.00 | .32 | 4.02 |
| **Total Money Markets** | **135.220** | **135.22** | **135.22** | **.00**<br>**.00** | **.32** | **4.01** |
| **Total Cash And Equivalents** | **135.220** | **135.22** | **135.22** | **.00**<br>**.00** | **.32** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Partners Group Private Equity Mf *** 95MSC4CE1 Asset Minor Code 77 Date Last Priced: 07/31/25 | 762,530.548 | 1,707,839.67<br>2.2397 @ | 1,523,426.41 | 184,413.26<br>- 4,498.93 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **762,530.548** | **1,707,839.67** | **1,523,426.41** | **184,413.26**<br>**- 4,498.93** | **.00** | **0.00** |
| **Total Miscellaneous** | **762,530.548** | **1,707,839.67** | **1,523,426.41** | **184,413.26**<br>**- 4,498.93** | **.00** | **0.00** |
| **Total Assets** | **762,665.768** | **1,707,974.89** | **1,523,561.63** | **184,413.26**<br>**- 4,498.93** | **.32** | **0.00** |
| **Accrued Income** | **.000** | **.32** | **.32** | | | |

02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]8817

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **762,665.768** | **1,707,975.21** | **1,523,561.95** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.





02574804
54-01-B-62-277-04
0101-11-02870-04

Page 8 of 11
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███8817

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 135.220 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | .33 | .32 | .33 | .32 |
| **Total Cash And Equivalents** | | | | | .33 | .32 | .33 | .32 |
| **Grand Total** | | | | | .33 | .32 | .33 | .32 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 552 of 592

R0755

02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from September 1, 2025 to September 30, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 09/02/2025 | Interest From 8/1/25 To 8/31/25 | .33 |
| **Total Interest** | | **.33** |



02574804
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [REDACTED]8817

Period from September 1, 2025 to September 30, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| | **Transfers In** | |
| | **Transfer From Another Account** | |
| 09/29/2025 | Per Dir Dtd 8/15/2024 From [REDACTED] | 42.13 |
| **Total Transfer From Another Account** | | **42.13** |
| **Total Transfers In** | | **42.13** |
| **Total Other Activity** | | **42.13** |



02574804
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 0.33 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | .330 | .00 | - .33 | .33 |
| 09/29/2025 | Purchased 42.13 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 42.130 | .00 | - 42.13 | 42.13 |
| **Total First Am Govt Ob Fd Cl Z** | | **42.460** | **.00** | **- 42.46** | **42.46** |
| **Total Cash And Equivalents** | | **42.460** | **.00** | **- 42.46** | **42.46** |
| **Total Purchases** | | **42.460** | **.00** | **- 42.46** | **42.46** |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 556 of 592

02575304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

**Account Number: [redacted]8818**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023135 04 SP 000638049232354 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02575304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Corporate Changes And Adjustments | 11 |
| Purchases | 12 |
| Sales And Maturities | 13 |



02575304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from September 1, 2025 to September 30, 2025

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **952,857.36** | **952,857.36** |
| **Investment Activity** | | |
| Interest | 18.19 | 18.19 |
| Net Accrued Income (Current-Prior) | - 14.81 | - 14.81 |
| **Total Investment Activity** | **3.38** | **3.38** |
| **Other Activity** | | |
| Transfers In | 130.42 | 130.42 |
| Other Non-Cash Transactions | 27,623.83 | 27,623.83 |
| **Total Other Activity** | **27,754.25** | **27,754.25** |
| **Net Change In Market And Cost** | **27,757.63** | **27,757.63** |
| **Ending Market And Cost** | **980,614.99** | **980,614.99** |





02575304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 18.19 |
| Cash Equivalent Purchases | - 15,104.46 |
| Sales/Maturities | 14,955.85 |
| **Total Investment Activity** | **- 130.42** |
| **Other Activity** | |
| Transfers In | 130.42 |
| **Total Other Activity** | **130.42** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02575304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 15,104.46 | 15,104.46 | 1.54 |
| Miscellaneous | 965,507.15 | 965,507.15 | 98.46 |
| **Total Assets** | **980,611.61** | **980,611.61** | **100.00** |
| Accrued Income | 3.38 | 3.38 | 0.00 |
| **Grand Total** | **980,614.99** | **980,614.99** | **100.00** |

**Estimated Annual Income** 604.17

MISCELLANEOUS
CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02575304
54- -01-B -62 -277-04
0101 -11-02870-04

usbank

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███8818

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 15,104.460 | 15,104.46 1.0000 | 15,104.46 | .00 .00 | 3.38 | 4.01 |
| **Total Money Markets** | **15,104.460** | **15,104.46** | **15,104.46** | **.00 .00** | **3.38** | **4.01** |
| **Total Cash And Equivalents** | **15,104.460** | **15,104.46** | **15,104.46** | **.00 .00** | **3.38** | **4.01** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Montauk Triguard Fund IX LP *** 95MSC7A06 Asset Minor Code 77 Date Last Priced: 06/30/25 | 965,507.150 | 965,507.15 1.0000 @ | 965,507.15 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **965,507.150** | **965,507.15** | **965,507.15** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **965,507.150** | **965,507.15** | **965,507.15** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **980,611.610** | **980,611.61** | **980,611.61** | **.00 .00** | **3.38** | **0.06** |
| **Accrued Income** | **.000** | **3.38** | **3.38** | | | |

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **980,611.610** | **980,614.99** | **980,614.99** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.





02575304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███8818

Period from September 1, 2025 to September 30, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 15,104.460 | First Am Govt Ob Fd Cl Z 31846V567 | | 10/01/25 | 0.04 | 18.19 | 3.38 | 18.19 | 3.38 |
| **Total Cash And Equivalents** | | | | | **18.19** | **3.38** | **18.19** | **3.38** |
| **Grand Total** | | | | | **18.19** | **3.38** | **18.19** | **3.38** |

US bank

02575304
54-01-B-62-277-04
0101-11-02870-04

Page 9 of 13
Period from September 1, 2025 to September 30, 2025

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███8818

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|------|-------------|------|

**Interest**

**First Am Govt Ob Fd Cl Z**
**31846V567**

| 09/02/2025 | Interest From 8/1/25  To 8/31/25 | 18.19 |

| **Total Interest** | | **18.19** |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
565 of 592

R0768



**U.S.bank**

02575304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████3818

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 09/29/2025 | Per Dir Dtd 8/15/2024 From ████ | 130.42 |
| **Total Transfer From Another Account** | | 130.42 |
| **Total Transfers In** | | 130.42 |
| **Total Other Activity** | | 130.42 |

R0769



02575304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from September 1, 2025 to September 30, 2025

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 09/30/2025 | Units Of Montauk Triguard Fund IX LP Adjusted By 27,623.83 Units Old Units 127,825.32/New Units 155,449.15 06/30/2025 Statement 95MSC7A06 | 27,623.83 | .00 | .00 | .00 |
| 09/30/2025 | Fed Basis Of Montauk Triguard Fund IX LP Adjusted By 27,623.83 USD Old: 127,825.32 USD/New: 155,449.15 USD 06/30/2025 Statement 95MSC7A06 | .00 | 27,623.83 | .00 | - 27,623.83 |
| **Total Adjustments** | | **27,623.83** | **27,623.83** | **.00** | **- 27,623.83** |
| **Total Corporate Changes And Adjustments** | | **27,623.83** | **27,623.83** | **.00** | **- 27,623.83** |





0257534
54-01-B-62-277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███ 3818

## PURCHASES

### Cash And Equivalents

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| 09/03/2025 | Purchased 18.19 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/3/25 31846V567 | 18.190 | .00 | - 18.19 | 18.19 |
| 09/29/2025 | Purchased 15,086.27 Units Of First Am Govt Ob Fd Cl Z Trade Date 9/29/25 31846V567 | 15,086.270 | .00 | - 15,086.27 | 15,086.27 |
| **Total First Am Govt Ob Fd Cl Z** | | 15,104.460 | .00 | - 15,104.46 | 15,104.46 |
| **Total Cash And Equivalents** | | 15,104.460 | .00 | - 15,104.46 | 15,104.46 |
| **Total Purchases** | | 15,104.460 | .00 | - 15,104.46 | 15,104.46 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
568 of 592

R0771



02575304
54- -01-B -62 -277-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from September 1, 2025 to September 30, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | |
| 09/29/2025 | Sold 14,955.85 Units Of Montauk Triguard Fund IX LP Trade Date 9/29/25 Sold Through Direct From Issuer 95MSC7A06 | - 14,955.850 | .00 | 14,955.85 | - 14,955.85 | .00 |
| **Total Montauk Triguard Fund IX LP** | | **- 14,955.850** | **.00** | **14,955.85** | **- 14,955.85** | **.00** |
| **Total Miscellaneous** | | **- 14,955.850** | **.00** | **14,955.85** | **- 14,955.85** | **.00** |
| **Total Sales And Maturities** | | **- 14,955.850** | **.00** | **14,955.85** | **- 14,955.85** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page 570 of 592

02575904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

**Account Number: ████8900**
**ARCHDIOCESE OF SAN FRANCISCO**
**SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN**

**This statement is for the period from September 1, 2025 to September 30, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023141 04 SP 000638049232360 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02575904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF - SERP
ACCOUNT ████8900

Period from September 1, 2025 to September 30, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Benefit Activity | 9 |
| Investment Activity | 10 |
| Plan Expenses | 11 |
| Purchases | 12 |
| Sales And Maturities | 13 |



02575904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

## MARKET AND COST RECONCILIATION

| | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **225,392.29** | **225,392.29** |
| **Benefit Activity** | | |
| Benefits Payments | - 925.91 | - 925.91 |
| **Total Benefit Activity** | **- 925.91** | **- 925.91** |
| **Investment Activity** | | |
| Interest | 793.43 | 793.43 |
| Net Accrued Income (Current-Prior) | - 42.61 | - 42.61 |
| **Total Investment Activity** | **750.82** | **750.82** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 36.71 | - 36.71 |
| **Total Plan Expenses** | **- 36.71** | **- 36.71** |
| **Net Change In Market And Cost** | **- 211.80** | **- 211.80** |
| **Ending Market And Cost** | **225,180.49** | **225,180.49** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees





02575904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from September 1, 2025 to September 30, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Benefit Activity** | |
| Benefits Payments | - 925.91 |
| **Total Benefit Activity** | **- 925.91** |
| **Investment Activity** | |
| Interest | 793.43 |
| Cash Equivalent Purchases | - 793.43 |
| Cash Equivalent Sales | 962.62 |
| **Total Investment Activity** | **962.62** |
| **Plan Expenses** | |
| Administrative Expenses* | - 36.71 |
| **Total Plan Expenses** | **- 36.71** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02575904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF - SERP
ACCOUNT [redacted]8900

Period from September 1, 2025 to September 30, 2025

## ASSET SUMMARY

| ASSETS | 09/30/2025 MARKET | 09/30/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 224,429.67 | 224,429.67 | 99.67 |
| **Total Assets** | **224,429.67** | **224,429.67** | **99.67** |
| Accrued Income | 750.82 | 750.82 | 0.33 |
| **Grand Total** | **225,180.49** | **225,180.49** | **100.00** |

**Estimated Annual Income** **8,977.18**

CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02575904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF - SERP
ACCOUNT [redacted]8900

Period from September 1, 2025 to September 30, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Treas Ob Fd Cl Z 31846V542 Asset Minor Code 1 | 224,429.670 | 224,429.67 1.0000 | 224,429.67 | .00 .00 | 750.82 | 3.98 |
| **Total Money Markets** | **224,429.670** | **224,429.67** | **224,429.67** | **.00 .00** | **750.82** | **3.97** |
| **Total Cash And Equivalents** | **224,429.670** | **224,429.67** | **224,429.67** | **.00 .00** | **750.82** | **3.97** |
| **Total Assets** | **224,429.670** | **224,429.67** | **224,429.67** | **.00 .00** | **750.82** | **3.97** |
| **Accrued Income** | **.000** | **750.82** | **750.82** | | | |
| **Grand Total** | **224,429.670** | **225,180.49** | **225,180.49** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

**US bank**

02575904
54-01-B-62-277-04
0101-12-02870-04

ADSF - SERP
ACCOUNT ████900

## ASSET DETAIL MESSAGES (continued)

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page
577 of 592





02575904
54 -01-B-62-277-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ███900

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 224,429.670 | First Am Treas Ob Fd Cl Z 31846V542 | | 10/01/25 | 0.04 | 793.43 | 750.82 | 793.43 | 750.82 |
| **Total Cash And Equivalents** | | | | | 793.43 | 750.82 | 793.43 | 750.82 |
| **Grand Total** | | | | | 793.43 | 750.82 | 793.43 | 750.82 |

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 578 of 592

R0781

02575904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF - SERP
ACCOUNT [redacted]8900

Period from September 1, 2025 to September 30, 2025

## BENEFIT ACTIVITY

| DATE | DESCRIPTION | CASH | FEDERAL TAX COST | MARKET |
|---|---|---|---|---|
| **Benefit Payments** | | | | |
| **Monthly Pension** | | | | |
| 09/02/2025 | Paid To Pension Pmts | - 925.91 | | |
| **Total Monthly Pension** | | **- 925.91** | | |
| **Total Benefit Payments** | | **- 925.91** | | |
| **Total Benefit Activity** | | **- 925.91** | | |





02575904
54-01-B-62-277-04
0101-12-02870-04

ADSF - SERP
ACCOUNT ▇▇3900

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|

**Interest**

**First Am Treas Ob Fd Cl Z**
**31846V542**

| 09/02/2025 | Interest From 8/1/25  To 8/31/25 | 793.43 |

| **Total Interest** | | **793.43** |

Case: 23-30564   Doc# 1409-1   Filed: 10/21/25   Entered: 10/21/25 09:08:48   Page
580 of 592

R0783

02575904
54- -01-B -62 -277-04
0101 -12-02870-04

usbank

ADSF - SERP
ACCOUNT [redacted]8900

Period from September 1, 2025 to September 30, 2025

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|---|---|---|
| | **Administrative Expenses** | |
| | **Other Administrative Expenses** | |
| | **Trust Fees** | |
| 09/29/2025 | Paid To U.S. Bank<br>Trust Fees For 4/1/2025 - 6/30/2025 | - 36.71 |
| **Total Trust Fees** | | **- 36.71** |
| **Total Other Administrative Expenses** | | **- 36.71** |
| **Total Administrative Expenses** | | **- 36.71** |
| **Total Plan Expenses** | | **- 36.71** |



02575904
54- -01-B -62 -277-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from September 1, 2025 to September 30, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 09/03/2025 | Purchased 793.43 Units Of First Am Treas Ob Fd Cl Z Trade Date 9/3/25 31846V542 | 793.430 | .00 | - 793.43 | 793.43 |
| **Total First Am Treas Ob Fd Cl Z** | | **793.430** | **.00** | **- 793.43** | **793.43** |
| **Total Cash And Equivalents** | | **793.430** | **.00** | **- 793.43** | **793.43** |
| **Total Purchases** | | **793.430** | **.00** | **- 793.43** | **793.43** |



02575904
54 -01 -B -62 -277 -04
0101 -12 -02870 -04

ADSF - SERP
ACCOUNT ███████900

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 09/02/2025 | Sold 925.91 Units Of First Am Treas Ob Fd Cl Z Trade Date 9/2/25 31846V542 | - 925.910 | .00 | 925.91 | - 925.91 | .00 |
| 09/29/2025 | Sold 36.71 Units Of First Am Treas Ob Fd Cl Z Trade Date 9/29/25 31846V542 | - 36.710 | .00 | 36.71 | - 36.71 | .00 |
| **Total First Am Treas Ob Fd Cl Z** | | - 962.620 | .00 | 962.62 | - 962.62 | .00 |
| **Total Cash And Equivalents** | | - 962.620 | .00 | 962.62 | - 962.62 | .00 |
| **Total Sales And Maturities** | | - 962.620 | .00 | 962.62 | - 962.62 | .00 |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

R0786

Case: 23-30564    Doc# 1409-1    Filed: 10/21/25    Entered: 10/21/25 09:08:48    Page 584 of 592

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/01 | 2025/09/01 | $30.00 | USD | LIBERATED SYNDICATION | PA | 15213 |
| 2025/09/01 | 2025/09/01 | $168.80 | USD | DD DOORDASH ALICESRES | CA | 94107 |
| 2025/09/01 | 2025/09/01 | $68.94 | USD | AMAZON MARK 8A5CU6P83 | WA | 98109 |
| 2025/09/02 | 2025/09/01 | $2.00 | USD | UBER TRIP | CA | 94105 |
| 2025/09/02 | 2025/09/01 | $25.52 | USD | WM SUPERCENTER #1651 | CA | 94503 |
| 2025/09/02 | 2025/09/01 | $38.14 | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $95.50 | USD | INTUIT QUICKBOOKS BILL P | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/02 | 2025/09/01 | $39.19 | USD | WEB BLUEHOST.COM | UT | 84606 |
| 2025/09/02 | 2025/09/01 | $10.36 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/09/02 | 2025/09/01 | $55.29 | USD | TARGET 00027664 | CA | 94103 |
| 2025/09/02 | 2025/09/01 | $182.61 | USD | SUNSET SCAVENGER CO. | CA | 94134 |
| 2025/09/03 | 2025/09/02 | $97.38 | USD | SQ EL ALAMBRE (FRANKLIN | CA | 94102 |
| 2025/09/03 | 2025/09/02 | $21.73 | USD | SQ EL ALAMBRE (FRANKLIN | CA | 94102 |
| 2025/09/03 | 2025/09/02 | $158.69 | USD | BRYANS QUALITY MEAT | CA | 94118 |
| 2025/09/03 | 2025/09/02 | $39.24 | USD | TST MEL'S DRIVE IN - SF | CA | 94103 |
| 2025/09/03 | 2025/09/02 | $4,431.90 | USD | ANTHEM BLUE MED SUPP | IN | 46204 |
| 2025/09/03 | 2025/09/01 | $29.11 | USD | TRADER OE S #100 | CA | 94118 |
| 2025/09/03 | 2025/09/01 | $65.37 | USD | SHELL OIL10008270018 | CA | 94118 |
| 2025/09/03 | 2025/09/02 | $50.75 | USD | CURB CHI TAXI | NY | 11106 |
| 2025/09/03 | 2025/09/03 | $19.00 | USD | AMAZON MKTPL 9G4R25FU3 | WA | 98109 |
| 2025/09/03 | 2025/09/03 | $21.36 | USD | AMAZON MKTPL PS1BL1683 | WA | 98109 |
| 2025/09/03 | 2025/09/02 | $10.96 | USD | PELICAN WIRELESS | CA | 94551 |
| 2025/09/03 | 2025/09/02 | $11.58 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/09/03 | 2025/09/02 | $216.00 | USD | LADERACH USA INC | DE | 10022 |
| 2025/09/04 | 2025/09/04 | $30.00 | USD | OVERNIGHT CARD DELIVERY | | 00000 |
| 2025/09/04 | 2025/09/03 | $331.55 | USD | COSTCO WHSE #1662 | CA | 94513 |
| 2025/09/04 | 2025/09/03 | $70.44 | USD | SQ LE MARAIS BAKERY | CA | 94941 |
| 2025/09/04 | 2025/09/03 | $38.21 | USD | TRAVEL GUARD GROUP INC | WI | 54482 |
| 2025/09/04 | 2025/09/03 | $45.59 | USD | AMAZON RETA 2K3HK60Q3 | WA | 98109 |
| 2025/09/04 | 2025/09/03 | $49.97 | USD | SQ ROSEANDTHORN DESIGN | CA | 94123 |
| 2025/09/04 | 2025/09/03 | $28.48 | USD | CVS/PHARMACY #09554 | CA | 94402 |
| 2025/09/04 | 2025/09/03 | $26.91 | USD | UBER TRIP | CA | 94105 |
| 2025/09/04 | 2025/09/03 | $28.87 | USD | AMK CPMC VAN NESS CAFE | CA | 94109 |
| 2025/09/04 | 2025/09/02 | $111.79 | USD | LIMONCELLO | CA | 94109 |
| 2025/09/04 | 2025/09/03 | $2,166.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $115.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/04 | 2025/09/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/04 | 2025/09/03 | $24.00 | USD | LAZ PARKING M18399-WC | CA | 94111 |
| 2025/09/04 | 2025/09/02 | $24.00 | USD | LIRICA AT NAVY PIER | IL | 60611 |
| 2025/09/04 | 2025/09/04 | ($18.02) | USD | AMAZON MKTPLACE PMTS | WA | 98109 |
| 2025/09/04 | 2025/09/03 | $70.61 | USD | SQ UANITA'S FLOWERS | CA | 94102 |
| 2025/09/04 | 2025/09/03 | $340.23 | USD | DTV DIRECTV SERVICE | TX | 75202 |
| 2025/09/04 | 2025/09/03 | $701.70 | USD | B&H PHOTO 800-606-6969 | NY | 10001 |
| 2025/09/04 | 2025/09/03 | ($7.59) | USD | AMAZON MARK P78WD25B3 | WA | 98109 |
| 2025/09/04 | 2025/09/04 | $8.63 | USD | AMAZON MARK H96C03EY3 | WA | 98109 |
| 2025/09/04 | 2025/09/04 | $87.89 | USD | AMAZON MKTPL X99V13MN3 | WA | 98109 |
| 2025/09/05 | 2025/09/04 | $615.00 | USD | ARCHDIOCESE OF SF | CA | 94109 |
| 2025/09/05 | 2025/09/03 | $4,015.00 | USD | CATHOLIC UNIVERSITY OF A | DC | 20002 |
| 2025/09/05 | 2025/09/03 | $114.43 | USD | CATHOLIC UNIVERSITY FSF | MA | 02111 |
| 2025/09/05 | 2025/09/03 | $41.95 | USD | SAFEWAY #1953 | CA | 94568 |
| 2025/09/05 | 2025/09/03 | $566.97 | USD | UNITED 0162328668374 | TX | 77002 |
| 2025/09/05 | 2025/09/03 | $44.06 | USD | UNITED 0164327414657 | TX | 77002 |
| 2025/09/05 | 2025/09/04 | $170.35 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/09/05 | 2025/09/04 | $175.10 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/09/05 | 2025/09/04 | $7.95 | USD | AUDIBLE CP4421 O3 | N | 07102 |
| 2025/09/05 | 2025/09/04 | $57.06 | USD | FEDEX883976390850 | TN | 38116 |
| 2025/09/05 | 2025/09/04 | $57.06 | USD | FEDEX883976482189 | TN | 38116 |
| 2025/09/08 | 2025/09/06 | $23.85 | USD | AMAZON.COM 9309O8WB3 | WA | 98109 |
| 2025/09/08 | 2025/09/04 | $161.25 | USD | WOK SHOP CAFE | CA | 94109 |
| 2025/09/08 | 2025/09/05 | $18.98 | USD | TST CINDERELLA BAKERY & | CA | 94118 |
| 2025/09/08 | 2025/09/04 | $195.03 | USD | DOMINO'S 7764 | CA | 94109 |
| 2025/09/08 | 2025/09/07 | $71.96 | USD | UBER TRIP | CA | 94105 |
| 2025/09/08 | 2025/09/08 | $29.36 | USD | UBER TRIP | CA | 94105 |
| 2025/09/08 | 2025/09/07 | $105.72 | USD | DISTRICT MARKET SFO 665 | CA | 94128 |
| 2025/09/08 | 2025/09/05 | $748.97 | USD | UNITED 0162329177696 | TX | 77002 |
| 2025/09/08 | 2025/09/05 | $39.76 | USD | UNITED 0164327861344 | TX | 77002 |
| 2025/09/08 | 2025/09/04 | $160.84 | USD | SAFEWAY #3031 | CA | 94015 |
| 2025/09/08 | 2025/09/06 | $67.67 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/09/08 | 2025/09/06 | $48.29 | USD | STAPLES INC | MA | 01702 |
| 2025/09/08 | 2025/09/05 | $523.82 | USD | EZCATER TAQUERIA ZORRO | MA | 02108 |
| 2025/09/08 | 2025/09/05 | $307.54 | USD | EZCATER CAFE MADELEINE | MA | 02108 |
| 2025/09/08 | 2025/09/07 | $75.41 | USD | AMAZON MKTPL IW2D53XD3 | WA | 98109 |
| 2025/09/08 | 2025/09/08 | $65.18 | USD | SQ TAQUERIA ZORRO CATERI | CA | 94133 |
| 2025/09/08 | 2025/09/06 | $84.00 | USD | X CORP. PAID FEATURES | TX | 78602 |
| 2025/09/08 | 2025/09/06 | $49.99 | USD | LEPRESS OPENLIGHTMEDIA | MI | 48105 |
| 2025/09/08 | 2025/09/06 | $365.62 | USD | EZCATER ANDIAMO IN BAN | MA | 02108 |
| 2025/09/08 | 2025/09/05 | $3.00 | USD | CITY OF SAN RAFAEL IPS | CA | 94901 |
| 2025/09/08 | 2025/09/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/08 | 2025/09/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/08 | 2025/09/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/08 | 2025/09/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/08 | 2025/09/05 | $60.90 | USD | CURB CHI TAXI | NY | 11106 |
| 2025/09/08 | 2025/09/05 | $28.47 | USD | MACARONI GRILL ORD | IL | 60666 |
| 2025/09/08 | 2025/09/05 | $8.00 | USD | SABLE AT NAVY PIER CURIO | IL | 60611 |
| 2025/09/08 | 2025/09/05 | $818.55 | USD | SABLE AT NAVY PIER CURIO | IL | 60611 |
| 2025/09/08 | 2025/09/06 | ($15.00) | USD | WEB BLUEHOST.COM | UT | 84606 |
| 2025/09/08 | 2025/09/05 | $23.87 | USD | AMAZON RETA KE0G20UB3 | WA | 98109 |
| 2025/09/08 | 2025/09/06 | $651.70 | USD | ADOBE INC | CA | 95110 |
| 2025/09/08 | 2025/09/05 | $245.00 | USD | AMERICAN AIR0012272546745 | TX | 76155 |
| 2025/09/08 | 2025/09/06 | $2,200.00 | USD | QGV ST. PATRICK'S SEMINAR | CA | 94025 |
| 2025/09/08 | 2025/09/06 | $206.08 | USD | LAZY DOG RESTAURANT 40 | CA | 94404 |
| 2025/09/08 | 2025/09/05 | $102.71 | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/09/08 | 2025/09/06 | $291.02 | USD | MR. PICKLES, BELMONT | CA | 94002 |
| 2025/09/08 | 2025/09/05 | $29.43 | USD | AMAZON.COM 6S0971AT3 | WA | 98109 |
| 2025/09/08 | 2025/09/05 | $154.50 | USD | IN CALIFORNIA CONFERENC | CA | 95814 |
| 2025/09/08 | 2025/09/06 | $11.01 | USD | AMAZON MKTPL 669GS2BI3 | WA | 98109 |
| 2025/09/08 | 2025/09/06 | $61.90 | USD | PEET'S #04502 | CA | 94002 |
| 2025/09/08 | 2025/09/05 | $439.17 | USD | QWICK | AZ | 85251 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/08 | 2025/09/05 | $445.63 | USD | QWICK | AZ | 85251 |
| 2025/09/08 | 2025/09/06 | $43.37 | USD | COLE HARDWARE | CA | 94103 |
| 2025/09/08 | 2025/09/07 | $20.00 | USD | NYTIMES | NY | 10018 |
| 2025/09/09 | 2025/09/09 | $31.95 | USD | UBER TRIP | CA | 94105 |
| 2025/09/09 | 2025/09/09 | $27.50 | USD | UBER TRIP | CA | 94105 |
| 2025/09/09 | 2025/09/09 | $21.94 | USD | UBER TRIP | CA | 94105 |
| 2025/09/09 | 2025/09/07 | $21.98 | USD | TST FARLEYS CAFE - SFO | CA | 94903 |
| 2025/09/09 | 2025/09/08 | $0.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/09/09 | 2025/09/07 | $31.94 | USD | PANORAMA BAR & GRILL | CA | 92101 |
| 2025/09/09 | 2025/09/08 | $62.75 | USD | ECATHOLIC | TX | 77845 |
| 2025/09/09 | 2025/09/09 | $315.11 | USD | EZCATER CROUCHING TIGE | MA | 02108 |
| 2025/09/09 | 2025/09/08 | $48.00 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/09/09 | 2025/09/07 | $36.39 | USD | TADS STEAK HOUSE | CA | 94102 |
| 2025/09/09 | 2025/09/08 | $115.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/09 | 2025/09/08 | $2,588.43 | USD | VZWRLSS APOCC VISB | FL | 32746 |
| 2025/09/09 | 2025/09/08 | $27.00 | USD | LIQUID WEB, LLC | MI | 48917 |
| 2025/09/09 | 2025/09/08 | ($20.47) | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/09/09 | 2025/09/09 | $108.61 | USD | AMAZON MARK HN2814Z23 | WA | 98109 |
| 2025/09/09 | 2025/09/08 | $13.49 | USD | AMAZON MKTPL HK6AQ2WI3 | WA | 98109 |
| 2025/09/09 | 2025/09/08 | $179.00 | USD | SMORE.COM | PA | 15206 |
| 2025/09/10 | 2025/09/10 | $30.00 | USD | OVERNIGHT CARD DELIVERY | | 00000 |
| 2025/09/10 | 2025/09/09 | $26.95 | USD | UBER TRIP | CA | 94105 |
| 2025/09/10 | 2025/09/09 | $26.71 | USD | AMAZON.COM W894767O3 | WA | 98109 |
| 2025/09/10 | 2025/09/09 | $12.02 | USD | AMAZON MKTPL YD0WY6GQ3 | WA | 98109 |
| 2025/09/10 | 2025/09/10 | $65.90 | USD | UBER TRIP | CA | 94105 |
| 2025/09/10 | 2025/09/09 | $12.98 | USD | SAN CNBC NEWS SHOP | CA | 92101 |
| 2025/09/10 | 2025/09/09 | $300.00 | USD | CANVA 04634-57821078 | DE | 19934 |
| 2025/09/10 | 2025/09/10 | $154.69 | USD | EZCATER KFC KENTUCKY F | MA | 02108 |
| 2025/09/10 | 2025/09/09 | $7.91 | USD | UBER TRIP | CA | 94105 |
| 2025/09/10 | 2025/09/09 | $2.00 | USD | UBER TRIP | CA | 94105 |
| 2025/09/10 | 2025/09/09 | $62.00 | USD | MARIN AIRPORTER | CA | 94901 |
| 2025/09/10 | 2025/09/08 | $23.85 | USD | TRADER OE S #100 | CA | 94118 |
| 2025/09/10 | 2025/09/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/10 | 2025/09/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/10 | 2025/09/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/10 | 2025/09/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/10 | 2025/09/09 | $83.06 | USD | MICROSOFT#G112034150 | WA | 98052 |
| 2025/09/10 | 2025/09/10 | $185.05 | USD | COMCAST / XFINITY | CA | 94551 |
| 2025/09/10 | 2025/09/09 | $27.01 | USD | AMAZON.COM LW7UK4503 | WA | 98109 |
| 2025/09/10 | 2025/09/09 | $13.99 | USD | AMAZON MARK NU6SO7ZK3 | WA | 98109 |
| 2025/09/10 | 2025/09/09 | $15.59 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/09/10 | 2025/09/09 | $96.15 | USD | WHOLEFDS FRK 10044 | CA | 94109 |
| 2025/09/10 | 2025/09/09 | $59.74 | USD | SQ UANITA'S FLOWERS | CA | 94103 |
| 2025/09/11 | 2025/09/10 | $5.94 | USD | ETIP HILTON SAN DIEGO | CA | 94133 |
| 2025/09/11 | 2025/09/10 | $0.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/09/11 | 2025/09/10 | $20.00 | USD | OPENAI CHATGPT SUBSCR | CA | 94104 |
| 2025/09/11 | 2025/09/10 | $62.06 | USD | BM WOK SHOP CAFE | GA | 30346 |
| 2025/09/11 | 2025/09/09 | $6.38 | USD | SAN PEETS COFFEE T2W 2310 | CA | 92101 |
| 2025/09/11 | 2025/09/09 | $406.07 | USD | SOUTHWES 5262385306803 | TX | 75235 |
| 2025/09/11 | 2025/09/11 | ($154.69) | USD | EZCATER KFC KENTUCKY F | MA | 02108 |
| 2025/09/11 | 2025/09/11 | $262.75 | USD | EZCATER DICKEYS BARBEC | MA | 02108 |
| 2025/09/11 | 2025/09/10 | $163.20 | USD | SMARTANDFINAL 409 | CA | 90040 |
| 2025/09/11 | 2025/09/09 | $458.57 | USD | UNITED 0162330297025 | TX | 77002 |
| 2025/09/11 | 2025/09/10 | $44.52 | USD | A&A GAS & FOOD MART L | CA | 94939 |
| 2025/09/11 | 2025/09/10 | $18.10 | USD | FEDEX OFFIC28900002899 | CA | 94109 |
| 2025/09/11 | 2025/09/10 | $95.50 | USD | INTUIT QBOOKS PAYROLL | CA | 92129 |
| 2025/09/11 | 2025/09/10 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/11 | 2025/09/10 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/11 | 2025/09/11 | $7.77 | USD | AMAZON.COM K65FC5313 | WA | 98109 |
| 2025/09/11 | 2025/09/10 | $148.19 | USD | STAPLS7664580943000001 | GA | 30349 |
| 2025/09/12 | 2025/09/10 | $76.00 | USD | 60776 - SFO PARKINGCENTRA | CA | 94128 |
| 2025/09/12 | 2025/09/11 | $150.00 | USD | ARCHDIOCESE OF SF | CA | 94109 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/12 | 2025/09/11 | $4.99 | USD | LEPRESS OPENLIGHTMEDIA | MI | 48105 |
| 2025/09/12 | 2025/09/11 | $1,033.28 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/09/12 | 2025/09/12 | $334.09 | USD | EZCATER CELIAS MEXICAN | MA | 02108 |
| 2025/09/12 | 2025/09/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/12 | 2025/09/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/12 | 2025/09/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/12 | 2025/09/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/12 | 2025/09/11 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/12 | 2025/09/11 | $16.10 | USD | PANERA SIP CLUB 204484 O | CA | 94015 |
| 2025/09/12 | 2025/09/12 | $198.00 | USD | ENVATO | UT | 84111 |
| 2025/09/12 | 2025/09/11 | $625.00 | USD | FOCCUS INC USA | NE | 68164 |
| 2025/09/12 | 2025/09/11 | $42.23 | USD | STAPLES INC | MA | 01702 |
| 2025/09/12 | 2025/09/11 | $68.84 | USD | SP SF BAY COFFEE | CA | 95648 |
| 2025/09/12 | 2025/09/12 | $119.40 | USD | CANVA I04637-10098111 | DE | 19934 |
| 2025/09/12 | 2025/09/11 | $59.50 | USD | WHOLEFDS FRK 10044 | CA | 94109 |
| 2025/09/12 | 2025/09/11 | $228.87 | USD | SQ BRITEX FABRICS | CA | 94108 |
| 2025/09/12 | 2025/09/11 | $116.58 | USD | OLIVIER'S BUTCHERY | CA | 94107 |
| 2025/09/12 | 2025/09/12 | $47.24 | USD | AMAZON RETA 5667Z2D73 | WA | 98109 |
| 2025/09/12 | 2025/09/11 | $270.00 | USD | SQ WISEBLOOD BOOKS | WI | 53051 |
| 2025/09/15 | 2025/09/12 | $22.90 | USD | SP HOUSE OF OPPA | MI | 48170 |
| 2025/09/15 | 2025/09/12 | $91.32 | USD | FURAGU SUSHI LLC LLC | CA | 94403 |
| 2025/09/15 | 2025/09/14 | $16.35 | USD | AMAZON RETA HO6U 1I53 | WA | 98109 |
| 2025/09/15 | 2025/09/11 | $115.22 | USD | ROUND TABLE PIZZA 488 | CA | 94134 |
| 2025/09/15 | 2025/09/12 | $115.80 | USD | LUCKY #755 SAN FRAN | CA | 94132 |
| 2025/09/15 | 2025/09/12 | $198.63 | USD | LOCK WORLD | CA | 94118 |
| 2025/09/15 | 2025/09/12 | $1.00 | USD | TCB MTA METER MTA MCK | CA | 94103 |
| 2025/09/15 | 2025/09/11 | $102.96 | USD | ZORO TOOLS INC | IL | 60089 |
| 2025/09/15 | 2025/09/11 | $394.20 | USD | ZORO TOOLS INC | IL | 60089 |
| 2025/09/15 | 2025/09/12 | $204.19 | USD | EZCATER CAFE MADELEINE | MA | 02108 |
| 2025/09/15 | 2025/09/14 | $261.35 | USD | WORLD MARKET #398 | CA | 94015 |
| 2025/09/15 | 2025/09/13 | $291.14 | USD | EZCATER THE PASTA STOR | MA | 02108 |
| 2025/09/15 | 2025/09/13 | $45.17 | USD | EL TAPATIO | CA | 94523 |
| 2025/09/15 | 2025/09/12 | $149.11 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/09/15 | 2025/09/13 | $12.95 | USD | CANVA 04638-1086035 | DE | 19934 |
| 2025/09/15 | 2025/09/11 | ($8.84) | USD | ZOOM.COM 888-799-9666 | CA | 95113 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/13 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/15 | 2025/09/12 | $130.01 | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/09/15 | 2025/09/12 | $18.74 | USD | SMART AND FINAL 410 | CA | 94063 |
| 2025/09/15 | 2025/09/13 | $60.15 | USD | SMART AND FINAL 410 | CA | 94063 |
| 2025/09/15 | 2025/09/12 | $554.99 | USD | THE SANDWICH SPOT REDWOOD | CA | 94063 |
| 2025/09/15 | 2025/09/13 | $66.61 | USD | THE SANDWICH SPOT REDWOOD | CA | 94063 |
| 2025/09/15 | 2025/09/13 | $794.73 | USD | THE SANDWICH SPOT REDWOOD | CA | 94063 |
| 2025/09/15 | 2025/09/13 | $143.99 | USD | SAFEWAY #3031 | CA | 94015 |
| 2025/09/15 | 2025/09/12 | $28.34 | USD | AMAZON MARK UI6IX0V73 | WA | 98109 |
| 2025/09/15 | 2025/09/12 | $29.76 | USD | AMAZON MARK XY7NC09I3 | WA | 98109 |
| 2025/09/15 | 2025/09/12 | $18.80 | USD | WHOLEFDS FRK 10044 | CA | 94109 |
| 2025/09/15 | 2025/09/12 | $111.89 | USD | IC INSTACART | CA | 94105 |
| 2025/09/15 | 2025/09/13 | $5.20 | USD | IPM | NY | 11753 |
| 2025/09/15 | 2025/09/12 | $9.00 | USD | ILOVEPDF.COM | | 08028 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/16 | 2025/09/15 | $30.40 | USD | AMAZON.COM ZI3623M83 | WA | 98109 |
| 2025/09/16 | 2025/09/15 | $49.15 | USD | AMAZON MKTPL 8C2R58U03 | WA | 98109 |
| 2025/09/16 | 2025/09/16 | $53.12 | USD | AMAZON MKTPL ZG8H46FH3 | WA | 98109 |
| 2025/09/16 | 2025/09/15 | $167.56 | USD | AMAZON RETA Z60QY8F33 | WA | 98109 |
| 2025/09/16 | 2025/09/15 | $11.00 | USD | LAZ PARKING M18445-SKI | CA | 94103 |
| 2025/09/16 | 2025/09/15 | $584.74 | USD | COSTCO WHSE #0141 | CA | 94945 |
| 2025/09/16 | 2025/09/15 | $18.72 | USD | TST SUPER DUPER - METREO | CA | 94103 |
| 2025/09/16 | 2025/09/15 | $27.09 | USD | TST MEL'S DRIVE IN - SF | CA | 94103 |
| 2025/09/16 | 2025/09/15 | $390.00 | USD | ARCHDIOCESE OF SF | CA | 94109 |
| 2025/09/16 | 2025/09/16 | $61.90 | USD | AMAZON MKTPL D77 A67K3 | WA | 98109 |
| 2025/09/16 | 2025/09/15 | ($21.71) | USD | AMAZON MKTPLACE PMTS | WA | 98109 |
| 2025/09/16 | 2025/09/15 | $350.00 | USD | SAN FRANCISCO OPERA | CA | 94102 |
| 2025/09/16 | 2025/09/15 | $751.95 | USD | EZCATER CAFE MADELEINE | MA | 02108 |
| 2025/09/16 | 2025/09/15 | $760.56 | USD | EZCATER MENDOCINO FARM | MA | 02108 |
| 2025/09/17 | 2025/09/16 | $112.32 | USD | SQ NOE VALLEY BAKERY | CA | 94114 |
| 2025/09/17 | 2025/09/15 | $60.64 | USD | SAFEWAY #1711 | CA | 94123 |
| 2025/09/17 | 2025/09/16 | ($20.00) | USD | NAKEDWINES.COM INC | CA | 94559 |
| 2025/09/17 | 2025/09/16 | ($20.00) | USD | NAKEDWINES.COM INC | CA | 94559 |
| 2025/09/17 | 2025/09/16 | ($20.00) | USD | NAKEDWINES.COM INC | CA | 94559 |
| 2025/09/17 | 2025/09/16 | $84.66 | USD | COSTCO BY INSTACART | CA | 94105 |
| 2025/09/17 | 2025/09/16 | $55.80 | USD | VISTAPRINT | MA | 02451 |
| 2025/09/17 | 2025/09/16 | $23.97 | USD | UBER TRIP | CA | 94105 |
| 2025/09/17 | 2025/09/17 | $19.90 | USD | UBER TRIP | CA | 94105 |
| 2025/09/17 | 2025/09/16 | $15.00 | USD | WEB BLUEHOST.COM | UT | 84606 |
| 2025/09/17 | 2025/09/16 | $437.42 | USD | EZCATER CAFE MADELEINE | MA | 02108 |
| 2025/09/17 | 2025/09/12 | $137.32 | USD | ABB BOUDIN CATERING | CA | 00000 |
| 2025/09/18 | 2025/09/17 | $12.43 | USD | CVS/PHARMACY #04675 | CA | 94121 |
| 2025/09/18 | 2025/09/16 | $58.04 | USD | UNITED 0164330611756 | TX | 77002 |
| 2025/09/18 | 2025/09/16 | $66.89 | USD | TRADER OE S #078 | CA | 94103 |
| 2025/09/18 | 2025/09/17 | $70.02 | USD | AMAZON MKTPL R 35 0423 | WA | 98109 |
| 2025/09/18 | 2025/09/17 | $450.00 | USD | PAYPAL NOIZ INV | CA | 94565 |
| 2025/09/18 | 2025/09/16 | $28.42 | USD | TRADER OE S #019 | CA | 94133 |
| 2025/09/18 | 2025/09/16 | $7.99 | USD | SAFEWAY #0970 | CA | 94402 |
| 2025/09/18 | 2025/09/16 | $30.07 | USD | SAFEWAY #0970 | CA | 94402 |
| 2025/09/18 | 2025/09/16 | $29.12 | USD | ML DONUTS | CA | 94121 |
| 2025/09/18 | 2025/09/16 | $20.30 | USD | CASPERS- PLEASANT HILL | CA | 94523 |
| 2025/09/18 | 2025/09/17 | $71.36 | USD | NOAH'S BAGELS #2103 | CA | 94123 |
| 2025/09/18 | 2025/09/17 | $75.38 | USD | TST MEL'S KITCHEN - VAN | CA | 94109 |
| 2025/09/18 | 2025/09/17 | $382.90 | USD | BULK BOOKSTORE | OR | 97201 |
| 2025/09/18 | 2025/09/18 | $127.94 | USD | AMAZON MARK 9P3CP8Y73 | WA | 98109 |
| 2025/09/18 | 2025/09/18 | $22.01 | USD | UBER TRIP | CA | 94105 |
| 2025/09/18 | 2025/09/17 | $928.72 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/09/18 | 2025/09/17 | $106.68 | USD | 0818 /202118 SEES CAND | CA | 94523 |
| 2025/09/18 | 2025/09/17 | $87.49 | USD | PY SHAMROCK STORAGE INC. | CA | 94080 |
| 2025/09/19 | 2025/09/18 | $140.13 | USD | PANDA EXPRESS #3557P | CA | 94124 |
| 2025/09/19 | 2025/09/18 | $44.23 | USD | WALGREENS #13670 | CA | 94127 |
| 2025/09/19 | 2025/09/18 | $89.03 | USD | STAPLES INC | MA | 01702 |
| 2025/09/19 | 2025/09/18 | $86.18 | USD | AMAZON MKTPL SC4ON2Q13 | WA | 98109 |
| 2025/09/19 | 2025/09/18 | $9.65 | USD | FEDEX500673926 | TN | 38116 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/19 | 2025/09/17 | $93.90 | USD | TST ORIGINAL OES - WES | CA | 94015 |
| 2025/09/19 | 2025/09/19 | $42.21 | USD | AMAZON MARK EL8EG90 3 | WA | 98109 |
| 2025/09/19 | 2025/09/17 | $104.67 | USD | TST ABSINTHE - SAN FRANC | CA | 94102 |
| 2025/09/19 | 2025/09/18 | $92.37 | USD | UBER TRIP | CA | 94105 |
| 2025/09/19 | 2025/09/18 | $110.68 | USD | UBER EATS | CA | 94103 |
| 2025/09/19 | 2025/09/18 | $27.72 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/09/22 | 2025/09/19 | $200.00 | USD | LGC DOORDASH GIFTCARD | CA | 91436 |
| 2025/09/22 | 2025/09/21 | $95.43 | USD | SQ SINGAPORECONNECT | CA | 95118 |
| 2025/09/22 | 2025/09/19 | $160.00 | USD | SOUTH CITY GROCERY | CA | 94080 |
| 2025/09/22 | 2025/09/19 | $77.83 | USD | COSTCO BY INSTACART | CA | 94105 |
| 2025/09/22 | 2025/09/19 | $181.16 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/09/22 | 2025/09/21 | $127.06 | USD | STAPLES INC | MA | 01702 |
| 2025/09/22 | 2025/09/21 | $210.82 | USD | STAPLES INC | MA | 01702 |
| 2025/09/22 | 2025/09/20 | $60.38 | USD | STAPLES INC | MA | 01702 |
| 2025/09/22 | 2025/09/19 | $88.87 | USD | AUTOPAY/DISH NTWK | CO | 80155 |
| 2025/09/22 | 2025/09/19 | $29.99 | USD | ADOBE INC | CA | 95110 |
| 2025/09/22 | 2025/09/20 | $5.00 | USD | OHARE | IL | 60607 |
| 2025/09/22 | 2025/09/20 | $924.03 | USD | CHICAGO DOWNTOWN OPERATIO | NY | 10016 |
| 2025/09/22 | 2025/09/18 | $42.91 | USD | SAFEWAY #0970 | CA | 94402 |
| 2025/09/22 | 2025/09/20 | $120.61 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/09/22 | 2025/09/20 | $206.83 | USD | FACEBK XRRKHXY 92 | CA | 94025 |
| 2025/09/22 | 2025/09/18 | $36.27 | USD | HEIDI PIES RESTAURANT | CA | 94403 |
| 2025/09/22 | 2025/09/19 | $9.65 | USD | FEDEX500758139 | TN | 38116 |
| 2025/09/22 | 2025/09/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/22 | 2025/09/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/22 | 2025/09/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/22 | 2025/09/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/22 | 2025/09/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/22 | 2025/09/19 | $25.00 | USD | FASTRAK CSC | CA | 94105 |
| 2025/09/22 | 2025/09/21 | $116.05 | USD | PANERA BREAD #204473 O | CA | 94030 |
| 2025/09/22 | 2025/09/19 | $129.26 | USD | AMAZON MARK F77QX5H03 | WA | 98109 |
| 2025/09/22 | 2025/09/21 | $158.60 | USD | AMAZON MARK KW5K892B3 | WA | 98109 |
| 2025/09/22 | 2025/09/21 | $17.73 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/09/22 | 2025/09/22 | $16.92 | USD | UBER TRIP | CA | 94105 |
| 2025/09/22 | 2025/09/20 | $990.25 | USD | BESTBUYCOM807088600411 | MN | 55423 |
| 2025/09/22 | 2025/09/21 | $75.15 | USD | BESTBUYCOM807088760073 | MN | 55423 |
| 2025/09/22 | 2025/09/20 | $659.53 | USD | COMCAST / XFINITY | CA | 94551 |
| 2025/09/22 | 2025/09/19 | $272.00 | USD | GEOBLUE | PA | 19406 |
| 2025/09/23 | 2025/09/23 | ($30.00) | USD | MISC CREDIT | | 00000 |
| 2025/09/23 | 2025/09/22 | $1.35 | USD | AMAZON MKTPL RO6NI5793 | WA | 98109 |
| 2025/09/23 | 2025/09/22 | $1,393.39 | USD | RICOH USA, INC | PA | 19355 |
| 2025/09/23 | 2025/09/22 | $195.53 | USD | SQ LOU S CAFE | CA | 94118 |
| 2025/09/23 | 2025/09/22 | $97.77 | USD | SQ LOU S CAFE | CA | 94118 |
| 2025/09/23 | 2025/09/22 | $49.00 | USD | WEB BLUEHOST.COM | UT | 84606 |
| 2025/09/23 | 2025/09/22 | $350.00 | USD | UNITED STATES CONFERENCE | DC | 20017 |
| 2025/09/23 | 2025/09/23 | $41.97 | USD | UBER TRIP | CA | 94105 |
| 2025/09/23 | 2025/09/21 | $25.20 | USD | AMERICAN AI 0010635221321 | TX | 76155 |
| 2025/09/23 | 2025/09/22 | $311.57 | USD | ASTOR WINES & SPIRITS | NY | 10003 |
| 2025/09/24 | 2025/09/23 | $54.90 | USD | UBER TRIP | CA | 94105 |
| 2025/09/24 | 2025/09/23 | $10.00 | USD | UBER TRIP | CA | 94105 |
| 2025/09/24 | 2025/09/24 | $29.67 | USD | UBER TRIP | CA | 94105 |
| 2025/09/24 | 2025/09/23 | $17.81 | USD | SQ WAKABA | CA | 94128 |
| 2025/09/24 | 2025/09/23 | $34.00 | USD | TST LEYE - EMA | IL | 60654 |
| 2025/09/24 | 2025/09/22 | $22.46 | USD | TST GREEN STREET SMOKED | IL | 60607 |
| 2025/09/24 | 2025/09/24 | $20.94 | USD | UBER TRIP | CA | 94105 |
| 2025/09/24 | 2025/09/24 | $21.58 | USD | LYFT RIDE TUE 5PM | CA | 94104 |
| 2025/09/24 | 2025/09/24 | $20.64 | USD | LYFT RIDE TUE 9PM | CA | 94104 |
| 2025/09/24 | 2025/09/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/24 | 2025/09/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/24 | 2025/09/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/24 | 2025/09/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/24 | 2025/09/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/24 | 2025/09/23 | $300.00 | USD | CLOUDFLARE | CA | 94107 |
| 2025/09/24 | 2025/09/22 | $5.70 | USD | HYATT REGENCY CHICAGO F& | IL | 60601 |
| 2025/09/24 | 2025/09/22 | $11.39 | USD | HYATT REGENCY CHICAGO F& | IL | 60601 |
| 2025/09/24 | 2025/09/23 | $325.85 | USD | DYSON DIRECT INC | IL | 60607 |
| 2025/09/24 | 2025/09/24 | $57.46 | USD | AMAZON.COM N 4RE6AA0 | WA | 98109 |
| 2025/09/25 | 2025/09/24 | $2,184.31 | USD | THE CATERING COMPANY | CA | 94566 |
| 2025/09/25 | 2025/09/24 | $38.29 | USD | UBER TRIP | CA | 94105 |
| 2025/09/25 | 2025/09/25 | $18.44 | USD | UBER TRIP | CA | 94105 |
| 2025/09/25 | 2025/09/23 | $12.57 | USD | TST HIGH FLYING FOODS - | CA | 94128 |
| 2025/09/25 | 2025/09/24 | $31.68 | USD | TST BUSBOYS AND POETS - | DC | 20017 |
| 2025/09/25 | 2025/09/24 | $135.03 | USD | DD BOBSDONUTS | CA | 94107 |
| 2025/09/25 | 2025/09/23 | $61.98 | USD | TARGET 00003202 | CA | 94014 |
| 2025/09/25 | 2025/09/24 | $74.99 | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/09/25 | 2025/09/24 | $97.77 | USD | SQ LOU S CAFE | CA | 94118 |
| 2025/09/25 | 2025/09/24 | $60.59 | USD | LYFT RIDE WED 5AM | CA | 94104 |
| 2025/09/25 | 2025/09/24 | $4.00 | USD | UBER TRIP | CA | 94105 |
| 2025/09/25 | 2025/09/25 | $39.99 | USD | UBER TRIP | CA | 94105 |
| 2025/09/25 | 2025/09/24 | $90.50 | USD | CURB CHI TAXI | NY | 11106 |
| 2025/09/25 | 2025/09/23 | $66.99 | USD | HYATT REGENCY CHICAGO F& | IL | 60601 |
| 2025/09/25 | 2025/09/23 | $17.54 | USD | HYATT REGENCY CHICAGO F& | IL | 60601 |
| 2025/09/25 | 2025/09/24 | $23.96 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/09/25 | 2025/09/24 | $635.80 | USD | EZCATER LEMONADE | MA | 02108 |
| 2025/09/25 | 2025/09/24 | $2.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/09/26 | 2025/09/25 | $20.00 | USD | OPENAI CHATGPT SUBSCR | CA | 94104 |
| 2025/09/26 | 2025/09/25 | $412.00 | USD | IN CALIFORNIA CONFERENC | CA | 95814 |
| 2025/09/26 | 2025/09/26 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |
| 2025/09/26 | 2025/09/25 | $200.75 | USD | WOK SHOP CAFE | CA | 94109 |
| 2025/09/26 | 2025/09/26 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |
| 2025/09/26 | 2025/09/24 | $88.19 | USD | ROUND TABLE PIZZA | CA | 94127 |
| 2025/09/26 | 2025/09/26 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |
| 2025/09/26 | 2025/09/26 | $19.60 | USD | UBER TRIP | CA | 94105 |
| 2025/09/26 | 2025/09/26 | $18.92 | USD | UBER TRIP | CA | 94105 |
| 2025/09/26 | 2025/09/24 | $15.76 | USD | COURTYARD WASHINGTON D | DC | 20002 |
| 2025/09/26 | 2025/09/24 | $75.43 | USD | SAFEWAY #1490 | CA | 94103 |
| 2025/09/26 | 2025/09/25 | $114.02 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/09/26 | 2025/09/24 | $19.78 | USD | SAFEWAY #0970 | CA | 94402 |
| 2025/09/26 | 2025/09/25 | $9.99 | USD | GOOGLE ONE | CA | 94043 |
| 2025/09/26 | 2025/09/24 | $16.49 | USD | SF DELI AND WINE | CA | 94103 |
| 2025/09/26 | 2025/09/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/26 | 2025/09/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/26 | 2025/09/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/26 | 2025/09/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/26 | 2025/09/25 | $13.04 | USD | AMAZON MKTPL MW48C1EZ3 | WA | 98109 |
| 2025/09/26 | 2025/09/24 | $537.64 | USD | HYATT REGENCY CHICAGO | IL | 60601 |
| 2025/09/26 | 2025/09/24 | $24.95 | USD | TOUCHSTONE/SALVO/DAILY DE | IL | 60641 |
| 2025/09/26 | 2025/09/25 | $25.06 | USD | IGNATIUS PRESS | CA | 94122 |
| 2025/09/26 | 2025/09/25 | $948.00 | USD | SP ESTORES-OMCHAIRS | CO | 80303 |
| 2025/09/26 | 2025/09/25 | $44.07 | USD | AMAZON RETA QL6888593 | WA | 98109 |
| 2025/09/26 | 2025/09/25 | $162.81 | USD | AMAZON MKTPL N 52Z05L0 | WA | 98109 |
| 2025/09/26 | 2025/09/25 | $83.94 | USD | STAPLES INC | MA | 01702 |
| 2025/09/29 | 2025/09/25 | $254.69 | USD | HAWI HAWAIIAN BBQ | CA | 94080 |
| 2025/09/29 | 2025/09/26 | $7.00 | USD | UBER TRIP | CA | 94105 |
| 2025/09/29 | 2025/09/26 | $27.82 | USD | UBER TRIP | CA | 94105 |
| 2025/09/29 | 2025/09/27 | $94.13 | USD | UBER TRIP | CA | 94105 |
| 2025/09/29 | 2025/09/28 | $61.98 | USD | UBER TRIP | CA | 94105 |
| 2025/09/29 | 2025/09/25 | $30.36 | USD | COURTYARD WASHINGTON D | DC | 20002 |
| 2025/09/29 | 2025/09/26 | $41.93 | USD | COURTYARD WASHINGTON D | DC | 20002 |
| 2025/09/29 | 2025/09/27 | $922.96 | USD | COURTYARD WASHINGTON D | DC | 20002 |
| 2025/09/29 | 2025/09/26 | $6.03 | USD | PACIFIC MANOR HARDWARE | CA | 94904 |
| 2025/09/29 | 2025/09/25 | $62.99 | USD | DOMINO'S 8418 | CA | 94122 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r September***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/09/29 | 2025/09/25 | $43.88 | USD | TRADER OE S #187 | CA | 94080 |
| 2025/09/29 | 2025/09/26 | $71.95 | USD | ANDRONICOS #2452 | CA | 94122 |
| 2025/09/29 | 2025/09/27 | $63.40 | USD | PEETS 13902 | CA | 94118 |
| 2025/09/29 | 2025/09/28 | $229.52 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/09/29 | 2025/09/28 | $18.40 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/09/29 | 2025/09/26 | $209.72 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/09/29 | 2025/09/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/29 | 2025/09/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/29 | 2025/09/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/29 | 2025/09/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/29 | 2025/09/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/29 | 2025/09/28 | $115.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/09/29 | 2025/09/27 | $505.65 | USD | CBI AUTOM | AZ | 85040 |
| 2025/09/29 | 2025/09/27 | $61.58 | USD | CHEVRON 0091623 | CA | 94117 |
| 2025/09/29 | 2025/09/26 | $29.40 | USD | AMAZON MKTPL N62 G3OX3 | WA | 98109 |
| 2025/09/29 | 2025/09/27 | $286.92 | USD | RENAISSANCE HOTELS AND | NV | 89501 |
| 2025/09/29 | 2025/09/25 | $53.34 | USD | SAFEWAY #0691 | CA | 94709 |
| 2025/09/29 | 2025/09/26 | $916.80 | USD | ERGO 800-888-8458 | MN | 55121 |
| 2025/09/29 | 2025/09/25 | $159.00 | USD | OIC INNOVATIONS | GA | 30506 |
| 2025/09/29 | 2025/09/26 | $16.24 | USD | AMAZON MKTPL I62K10LQ3 | WA | 98109 |
| 2025/09/29 | 2025/09/29 | $207.79 | USD | AMAZON MKTPL QU0BB4NO3 | WA | 98109 |
| 2025/09/29 | 2025/09/28 | $20.36 | USD | AMAZON MARK D28GR5S63 | WA | 98109 |
| 2025/09/29 | 2025/09/27 | $23.91 | USD | UBER TRIP | CA | 94105 |
| 2025/09/29 | 2025/09/27 | $113.09 | USD | IKEA SAN FRAN | CA | 94103 |
| 2025/09/29 | 2025/09/26 | $159.00 | USD | ORKIN LLC 002 | GA | 30324 |
| 2025/09/29 | 2025/09/27 | $129.54 | USD | FEDEX884645900284 | TN | 38116 |
| 2025/09/30 | 2025/09/28 | $12.22 | USD | SAFEWAY #3031 | CA | 94015 |
| 2025/09/30 | 2025/09/29 | $172.19 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/09/30 | 2025/09/29 | $44.72 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/09/30 | 2025/09/29 | $73.00 | USD | CRYSTAL CLEANING CENTE | CA | 94402 |
| 2025/09/30 | 2025/09/28 | $37.31 | USD | THE HOME DEPOT #1092 | CA | 94015 |
| 2025/09/30 | 2025/09/29 | $25.24 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/09/30 | 2025/09/29 | $37.51 | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/09/30 | 2025/09/29 | $243.00 | USD | GEOBLUE | PA | 19406 |
| 2025/10/01 | 2025/09/30 | $31.70 | USD | PP METAPLATFOR | CA | 94304 |
| 2025/10/01 | 2025/09/29 | $610.97 | USD | UNITED 0162335883800 | TX | 77002 |
| 2025/10/01 | 2025/09/30 | $133.65 | USD | UBER TRIP | CA | 94105 |
| 2025/10/01 | 2025/09/30 | $614.58 | USD | STAPLES INC | MA | 01702 |
| 2025/10/01 | 2025/09/30 | $212.95 | USD | MAYESH SAN FRANCISCO | CA | 94107 |
| 2025/10/01 | 2025/09/30 | $412.00 | USD | RAFAS WHOLESALE FLOWERS | CA | 94107 |
| 2025/10/01 | 2025/09/30 | $39.11 | USD | FLORAL SUPPLY SYND #1 | CA | 94107 |
| 2025/10/01 | 2025/09/30 | $133.03 | USD | PACIFIC PLAZA CAFE | CA | 94109 |
| 2025/10/01 | 2025/09/30 | $6.00 | USD | FLOWERMART PARKING GARAGE | CA | 94107 |
| 2025/10/01 | 2025/09/29 | $3.00 | USD | SHC PVG PARKING | CA | 94303 |
| 2025/10/01 | 2025/09/30 | $47.99 | USD | AMAZON.COM KV3H32BU3 | WA | 98109 |
| 2025/10/01 | 2025/09/30 | $6.00 | USD | FLOWERMART PARKING GARAGE | CA | 94107 |
| 2025/10/01 | 2025/09/30 | $18.90 | USD | UBER TRIP | CA | 94105 |
| 2025/10/01 | 2025/09/30 | $12.93 | USD | UBER TRIP | CA | 94105 |
| 2025/10/01 | 2025/09/30 | $182.61 | USD | SUNSET SCAVENGER CO. | CA | 94134 |
| 2025/10/02 | 2025/09/30 | $21.54 | USD | TST BACON BACON - SFO AI | CA | 94123 |
| | | $75,100.44 | | | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re. THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO §
Debtor(s) §

Case No. 23-30564

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2025

Petition Date: 08/21/2023

Months Pending: 24

Industry Classification: 8 6 6 1

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 84

Debtor's Full-Time Employees (as of date of order for relief): 85

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Flanagan
Signature of Responsible Party

Michael Flanagan
Printed Name of Responsible Party

08/21/2025
Date

One Peter Yorke Way, San Francisco CA 94109
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $185,622,036 | |
| b. | Total receipts (net of transfers between accounts) | $5,121,929 | $150,735,203 |
| c. | Total disbursements (net of transfers between accounts) | $11,887,306 | $145,236,972 |
| d. | Cash balance end of month (a+b-c) | $178,856,660 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $11,887,306 | $145,236,972 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $3,767,693 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $1,739,485 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $195,083,363 |
| e. | Total assets | $224,052,025 |
| f. | Postpetition payables (excluding taxes) | $79,565 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $79,565 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $334,667 |
| m. | Prepetition unsecured debt | $2,768,900 |
| n. | Total liabilities (debt) (j+k+l+m) | $3,183,131 |
| o. | Ending equity/net worth (e-n) | $220,868,893 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $5,121,929 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $5,121,929 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $10,728,831 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $1,158,475 | |
| k. | Profit (loss) | $-6,765,377 | $5,498,231 |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $335,353 | $7,296,560 | $388,497 | $6,953,585 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Felderstein Fitzgerald | Co-Counsel | $30,496 | $938,238 | $33,620 | $907,842 |
| | ii | Sheppard Mullin | Co-Counsel | $172,519 | $3,023,597 | $145,161 | $2,851,104 |
| | iii | B. Riley/GlassRatner | Financial Professional | $30,786 | $999,853 | $62,841 | $969,067 |
| | iv | Omni Agent Sol. (Sec. 156 (c)) | Other | $7,099 | $336,447 | $7,099 | $336,447 |
| | v | Omni Agent Solutions | Other | $0 | $22,964 | $0 | $22,964 |
| | vi | Weintraub Tobin | Special Counsel | $44,109 | $995,805 | $42,278 | $936,849 |
| | vii | Weinstein & Numbers | Special Counsel | $0 | $280,503 | $0 | $280,503 |
| | viii | Blank Rome | Special Counsel | $46,407 | $599,076 | $90,183 | $552,668 |
| | ix | Transperfect | Other | $3,936 | $100,077 | $7,315 | $96,141 |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $24,175 | $900,282 | $24,175 | $900,283 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Stewardship Planned Giving | Other | $0 | $42,124 | $0 | $42,124 |
| | ii | Partnerships in Mission School | Other | $0 | $83,694 | $0 | $83,694 |
| | iii | Grant Thornton | Financial Professional | $0 | $41,695 | $0 | $41,695 |
| | iv | BPM LLP | Other | $8,550 | $285,804 | $8,550 | $285,804 |
| | v | Korn Ferry | Other | $0 | $16,667 | $0 | $16,667 |
| | vi | Best Best & Krieger | Special Counsel | $0 | $3,713 | $0 | $3,713 |
| | vii | Gallagher Benefit Services | Financial Professional | $2,500 | $58,387 | $2,500 | $58,387 |
| | viii | Global Retirement Partners LLC | Financial Professional | $13,125 | $97,724 | $13,125 | $97,724 |
| | ix | Beacon Pointe LLP | Financial Professional | $0 | $176,523 | $0 | $176,523 |
| | x | Perr & Knight | Other | $0 | $8,250 | $0 | $8,250 |
| | xi | Catholic Legal Immigration Net | Other | $0 | $20,000 | $0 | $20,000 |
| | xii | Nicolay Consulting Group | Other | $0 | $41,702 | $0 | $41,702 |
| | xiii | Altum Edge | Other | $0 | $24,000 | $0 | $24,000 |
| | xiv | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $614,594 | $14,800,962 | $1,037,937 | $14,204,521 |

| **Part 6: Postpetition Taxes** | | **Current Month** | **Cumulative** |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $51,314 | $1,072,111 |
| e. | Postpetition property taxes paid | $0 | $78,769 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ◉ No ◯

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ◯ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ◯

d. Are you current on postpetition tax return filings? — Yes ◉ No ◯

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ◯

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ◯ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◉ No ◯ N/A ◯

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◯ No ◉

k. Has a disclosure statement been filed with the court? — Yes ◯ No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ◯

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Michael Flanagan | Michael Flanagan |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 08/21/2025 |
| Title | Date |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/23/2022)

10

R0805

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50



NonBankruptcy51to100

UST Form 11-MOR (12/23/2022)

R0806

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

PageThree

PageFour

UST Form 11-MOR (12/23/2022)

2

R0807

**Roman Catholic Archbishop of San Francisco** — **Schedule 1**
**United States Bankruptcy Court - Northern District of California - [Case # 23-30564]**
**Statement of Receipts & Disbursements (Restricted and Unrestricted Debtor Bank Accounts)**
**July 1, 2025 - July 31, 2025**

| Description | Accounts Payable Checking | Stock Clearing Brokerage Account | Chancery Payroll Account | Investment Pool Checking Acct | Imprest - Settlement Payments (AJ Gallagher) | Main Operating Account | ADSF Restricted Checking | Investment Account | Imprest - General Liability (George Hills Co.) | Investment Pool | Total of all Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bank of America | J.P.Morgan | Bank of America | Bank of America | Bank of America | Bank of America | Bank of America | BofA Securities, Inc. | California Bank & Trust | US Bank | |
| | ***0220 | ***8113 | ***2233 | ***4129 | ***4577 | ***5250 | ***7083 | ***9371/2C19 | ***9479 | Various | |
| **Beginning Balance (7/1/2025)** | **$ 570,701** | **$ -** | **$ 73,188** | **$ 5,439** | **$ 18,509** | **$ 1,465,183** | **$ 11,727,534** | **$ 59,090,484** | **$ 81,575** | **$ 112,589,426** | **$ 185,622,036** |
| ***Plus Receipts:*** | | | | | | | | | | [1] | |
| **Diocese Related Receipts** | | | | | | | | | | | |
| AAA | - | 2,043 | - | - | - | - | 320,360 | - | - | - | **322,403** |
| RI Tax/Cathedraticum | - | - | - | - | - | 127,338 | - | - | - | - | **127,338** |
| Rental Property Income | - | - | - | - | - | 171,169 | - | - | - | - | **171,169** |
| Cemetery Receipts | - | - | - | - | - | 118,333 | - | - | - | - | **118,333** |
| Fees for Services | - | - | - | - | - | 369,066 | - | - | - | - | **369,066** |
| Gifts & Donations | - | - | - | - | - | 66,474 | 301,820 | - | - | - | **368,294** |
| Investment Receipts/Interest | - | - | - | - | - | - | - | 203,505 | - | - | **203,505** |
| Miscellaneous Receipts | - | - | - | - | - | 24,375 | 941 | - | - | - | **25,316** |
| **Reimbursements from non-debtor entities:** | - | - | - | - | - | - | - | - | - | - | **-** |
| Insurance Reimbursements | - | - | - | - | - | 3,373,079 | - | - | - | - | **3,373,079** |
| Pension Reimbursements [3] | - | - | - | - | - | 232,230 | 491,365 | - | - | - | **723,594** |
| Disbursement of Pension Reimbursements | - | - | - | - | - | - | (1,111,744) | - | - | - | **(1,111,744)** |
| Pass-through Restricted Gifts [4] | - | - | - | - | - | | | - | - | | |
| Received on Behalf of Others | - | 91,633 | - | - | - | 10,000 | 34,967 | - | - | - | **136,600** |
| Disbursed to Intended Recipient | (25,075) | - | - | - | - | - | (105,680) | - | - | - | **(130,755)** |
| **Total Receipts** | **(25,075)** | **93,675** | **-** | **-** | **-** | **4,492,064** | **(67,971)** | **203,505** | **-** | **-** | **4,696,198** |
| ***Less Disbursements:*** | | | | | | | | | | | |
| **Diocese Related Disbursements** | | | | | | | | | | | |
| Payroll & Benefits - Diocese | 1,356 | - | 774,038 | - | - | 8,855 | - | - | - | - | **784,249** |
| Insurance - Diocese | 292,506 | - | - | - | - | 21,110 | - | - | 95 | - | **313,712** |
| Other Operating Expenses | 90,865 | - | - | - | 2,065 | 777 | 0 | - | - | - | **93,708** |
| Professional Fees - Ordinary Course Professionals | 30,726 | - | - | - | - | - | - | - | - | - | **30,726** |
| Professional Fees - Bankruptcy | 1,013,762 | - | - | - | - | - | - | - | - | - | **1,013,762** |
| Mediator Fees [5] | 131,676 | - | - | - | - | (5,852) | - | - | - | - | **125,824** |
| Repairs & Maintenance | 78,116 | - | - | - | - | - | - | - | - | - | **78,116** |
| Program Expenses | 878,563 | - | - | - | - | - | - | - | - | - | **878,563** |
| Office Expenses | 55,060 | - | - | - | - | - | - | - | - | - | **55,060** |
| Utilities | 30,437 | - | - | - | - | - | - | - | - | - | **30,437** |
| Priest Retirement Benefits | 75,416 | - | - | - | - | 18,568 | - | - | - | - | **93,984** |
| Assessments | - | - | - | - | - | - | - | - | - | - | **-** |
| Parish Refunds | - | - | - | - | - | - | 148,238 | - | - | - | **148,238** |
| U.S. Trustee Fees | - | - | - | - | - | 144,712 | - | - | - | - | **144,712** |
| Credit Card Funding | - | - | - | - | - | 50,000 | - | - | - | - | **50,000** |
| Insurance-related disb. on behalf of Non-Debtor entities | 7,387,704 | - | - | - | - | 572,602 | - | - | - | - | **7,960,306** |
| Other disbursements on behalf of non-debtor entities | - | - | - | - | - | - | - | - | - | - | **-** |
| **Total Disbursements** | **10,066,188** | **-** | **774,038** | **-** | **2,065** | **810,773** | **148,238** | **-** | **95** | **-** | **11,801,397** |
| Transfers | 10,081,382 | (93,448) | 802,024 | 26,721 | - | (3,280,052) | (3,055,149) | (4,500,000) | 18,521 | - | **0** |
| Deposit & Loan Net Investment Activity | - | - | - | - | - | - | - | - | - | - | **-** |
| Funding of Investment Pool | - | - | - | - | - | - | - | - | - | - | **-** |
| Benefit Payments from Investment Pool | - | - | - | - | - | - | - | - | - | (926) | **(926)** |
| Interest/Dividends on Investment Pool | - | - | - | - | - | - | - | - | - | 185,189 | **185,189** |
| Brokerage Fees | - | - | - | - | - | - | - | - | - | (84,983) | **(84,983)** |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | - | (227) | - | - | - | - | - | - | - | 240,769 | **240,542** |
| **Bank Balance** | **$ 560,820** | **$ -** | **$ 101,174** | **$ 32,160** | **$ 16,443** | **$ 1,866,422** | **$ 8,456,176** | **$ 54,793,989** | **$ 100,000** | **$ 112,929,476** | **$ 178,856,660** |

***Notes:***
[1] Summary balances. See detail on following table.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.
[3] The Debtor collects, aggregates, and holds in trust on behalf of non-debtor entities certain employee pension contributions. These contributions are forwarded to the pension custodian on a pass-through basis.
[4] The Debtor serves as a pass-through conduit for gifts of securities intended for certain non-debtor entities, which are deposited into a restricted bank account, monetized and disbursed to the intended recipient. In addition, the Debtor receives, on a pass-through basis, certain gifts intended for non-debtor entities. The Debtor processes these gifts on behalf of the intended recipients and ensures appropriate documentation supporting restrictions and directions. These funds are subsequently forwarded to the intended recipient following completion of documentation.
[5] Per Order Referring Case to Mediation and Appointing Mediator (DE # 747), the Debtor is to pay the full amount of the invoice and receive 66.6% back from Insurer's Group for their share

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool**
**July 1, 2025 - July 31, 2025**

**Schedule 2**

| Description | ADSF Composite Balanced Pool | Diamond Hill | Jensen | Metwest | Vaughan Nelson | Segall Bryant | Amer Core | Redwood-Kairos Real Estate Value Fund VI | Kimpact Evergreen | Baron Emerging |
|---|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8800 | ***8801 | ***8802 | ***8803 | ***8804 | ***8805 | ***8807 | ***8808 | ***8809 | ***8810 |
| **Beginning Balance (7/1/2025)** | **$ 17,039,822** | **$ 19,851,116** | **$ 15,622,100** | **$ 7,133,905** | **$ 5,860,503** | **$ 15,548,876** | **$ 3,877,545** | **$ 839,252** | **$ 959,780** | **$ 3,212,315** |
| Transfers | - | | | - | | - | - | - | - | - |
| Funding of Investment Pool | - | - | | - | - | - | - | - | - | |
| Benefit Payments from Investment Pool | - | - | | - | - | - | - | - | - | |
| Interest/Dividends on Investment Pool | 261 | 14,925 | 10,739 | 27,729 | 7,304 | 42,302 | 2 | - | 0 | - |
| Brokerage Fees | - | (49,046) | (21,479) | - | (14,458) | - | - | - | - | - |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | 76,276 | (175,296) | 30,787 | (43,441) | 156,937 | (55,547) | 36,608 | - | 0 | 246,084 |
| **Bank Balance** | **$ 17,116,360** | **$ 19,641,698** | **$ 15,642,147** | **$ 7,118,194** | **$ 6,010,286** | **$ 15,535,632** | **$ 3,914,155** | **$ 839,252** | **$ 959,780** | **$ 3,458,399** |

**Notes:**
[1] Balances include approximately $2.8 million of funds held on behalf of other entities.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

Roman Catholic Archbishop of San Francisco
United States Bankruptcy Court - Northern District of California - [Case # 23-30564]
Statement of Receipts & Disbursements (Investment Pool
July 1, 2025 - July 31, 2025

Schedule 2

| Description | Wells Cap Emerging | Cuit International Eq | Cliffwater Corp Lend | Kairos Cr Strat REIT | Redwood-Kairos Real Estate Fund VIII | Partners Group | Montauk Triguard | ADSF - SERP | Total Investment Pool |
|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8811 | ***8812 | ***8813 | ***8814 | ***8816 | ***8817 | ***8818 | ***8900 | Various |
| | | | | | | | | | [1] |
| **Beginning Balance (7/1/2025)** | **$ 3,125,314** | **$ 9,406,833** | **$ 3,241,104** | **$ 2,654,522** | **$ 1,387,157** | **$ 1,670,949** | **$ 932,679** | **$ 225,654** | **$ 112,589,426** |
| Transfers | - | - | - | - | - | - | - | | - |
| Funding of Investment Pool | | | - | - | - | - | - | - | - |
| Benefit Payments from Investment Pool | | | - | - | - | - | - | (926) | (926) |
| Interest/Dividends on Investment Pool | - | - | 80,968 | 187 | 0 | 0 | 2 | 771 | 185,189 |
| Brokerage Fees | - | - | - | - | - | - | - | - | (84,983) |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | 145,658 | (171,345) | (53,305) | (186) | 0 | 12,887 | 34,627 | 25 | 240,769 |
| **Bank Balance** | **$ 3,270,971** | **$ 9,235,488** | **$ 3,268,766** | **$ 2,654,523** | **$ 1,387,157** | **$ 1,683,836** | **$ 967,308** | **$ 225,525** | **$ 112,929,476** |

**Notes:**
[1] Balances include approximately $2.8 million of funds held on behalf of other entities.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

**Roman Catholic Archbishop of San Francisco** **Schedule 3**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Statement of Operations (For the Period July 1, 2025 - July 31, 2025) - Modified Cash Basis**
**UNAUDITED - Not in accordance with GAAP- Subject to Material Change**

| | | |
|---|---|---|
| Gross income / Sales (net of returns and allowances; includes investment gains / losses) | $ | 5,121,929 |
| Cost of goods sold (incl. depreciation, if applicable) | | - |
| Gross profit (a - b) | $ | 5,121,929 |
| Selling expenses | | - |
| General and administrative expenses | | 10,728,831 |
| Other expenses | | - |
| Depreciation and/or amortization (not included in 4b) | | - |
| Interest | | - |
| Taxes (local, state, and federal) | | - |
| Reorganization Items | | 1,158,475 |
| Profit (Loss) | **$** | **(6,765,377)** |

**Roman Catholic Archbishop of San Francisco** **Schedule 4**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Balance Sheet - As of July 31, 2025 - Modified Cash Basis**
**UNAUDITED - Not in accordance with GAAP- Subject to Material Change**

| | | |
|---|---|---|
| Cash - Restricted & Unrestricted | $ | 178,856,660 |
| Accounts Receivable, net | | 3,767,693 |
| Prepaid Expenses | | 3,363,385 |
| Parish Assessments | | 2,413,059 |
| Building and land, net | | 27,666,394 |
| Automobiles, net | | 6,000 |
| Beneficial Interest in RSPC | | 333,874 |
| Beneficial Interest in Trusts | | 962,394 |
| Notes Receivable | | 6,682,566 |
| **Total Assets** | **$** | **224,052,025** |
| | | |
| Pre-Petition Priority Debt [1] | | 358,856 |
| Pre-Petition Unsecured Debt [1] | | 3,129,233 |
| Post-Petition Accounts Payable [2] | | 79,565 |
| **Total Liabilities** | **$** | **3,567,654** |
| | | |
| **Net Assets** | **$** | **220,484,371** |
| **Total Liabilities & Net Assets** | **$** | **224,052,025** |

***Notes:***

[1] Prepetition unsecured debt is held constant at prepetition levels (consistent with the Amended Statements and Schedules) as post-petition MOR reporting is on a cash basis. Additionally, the amount shown here is consistent with the amount reported in Schedule F. This balance sheet value excludes any payments made towards pre-petition unsecured debt and excludes contingent abuse claims.

| Below is the reconciliation of prepetition priority unsecured debt to Part 2 of the MOR: [3] | | |
|---|---|---|
| Pre-petition priority unsecured debt per balance sheet above | $ | 358,856 |
| Additional Pre-petition priority unsecured debt received since filing | | 817 |
| Less: Payments on Pre-petition Priority Unsecured Debt made post-petition (Part 7a) | | (25,005) |
| Total prepetition unsecured debt (Part 2 of MOR) | $ | 334,667 |

| Below is the reconciliation of prepetition unsecured debt to Part 2 of the MOR: | | |
|---|---|---|
| Pre-petition unsecured debt per balance sheet above | $ | 3,129,233 |
| Additional Pre-petition unsecured debt received since filing | | 509,471 |
| Less: Payments on Prepetition Unsecured Debt made post-petition (Part 7a) | | (869,805) |
| Total prepetition unsecured debt (Part 2 of MOR) | $ | 2,768,900 |

[2] Entire balance is current; separate aging schedule not necessary.

[3] Does not reflect reductions attributable to use or payout of priority PTO balances.

**Roman Catholic Archbishop of San Francisco** **Schedule 5**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Schedule of Payments to Insiders**

| Insider Name | Payment Date | Pmt Amount / Market Value of Non-cash Pmt | Source Document |
|---|---|---|---|
| Rev. Patrick Summerhays | 7/15/2025 | $ 400.00 | BOA ***0220 |
| Michael Flanagan | 7/15/2025 | 12,628.23 | Debtor Payroll Journal |
| Most Rev. Salvatore Cordileone | 7/30/2025 | 4,662.36 | Debtor Payroll Journal |
| Michael Flanagan | 7/30/2025 | 12,628.23 | Debtor Payroll Journal |
| Rev. Patrick Summerhays | 7/30/2025 | 3,975.17 | Debtor Payroll Journal |
| | | **$ 34,293.99** | |

**Roman Catholic Archbishop of San Francisco** **Schedule 6**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Schedule of Pre-Petition Debt Paid**

| Date | Payee | | Amount* |
|---|---|---|---|
| 9/1/2023 | National Conference Of Vicars For Religious (NCVR) | | $ 172.13 |
| 9/1/2023 | Reliance Life Insurance | | 15,053.30 |
| 9/1/2023 | The Hartford Group | | 16,675.51 |
| 9/15/2023 | Gallagher Benefit Services, Inc. | | 887.10 |
| 9/22/2023 | David A Mees | | 401.97 |
| 9/22/2023 | Gonzalo Alvarado | | 43.26 |
| 9/19/2023 | Dominican Sisters | | 66.00 |
| 9/15/2023 | Gabriel Singer | | 300.00 |
| 9/26/2023 | Claudia Atilano | | 102.46 |
| 9/26/2023 | Comptroller, Phil Isacco | | 153.92 |
| 9/28/2023 | Derek Gaskin | | 190.23 |
| 9/22/2023 | Rev Gregory Heidenblut, O.S.A. | | 600.00 |
| 9/22/2023 | Rev Michael Liliedahl | | 35.65 |
| 9/29/2023 | Gallagher Bassett Services, Inc. | | 19,750.00 |
| 10/6/2023 | Gallagher Bassett Services, Inc. | | 8,817.00 |
| 10/6/2023 | Gallagher Bassett Services, Inc. | | 8,817.00 |
| 11/17/2023 | United Behavioral Health | [2] | 1,178.49 |
| 10/27/2023 | Gallagher Bassett Services, Inc. | | 103,200.00 |
| 10/27/2023 | Gallagher Bassett Services, Inc. | | 44,053.63 |
| 10/27/2023 | George Hills | | 34,462.07 |
| 10/24/2023 | Guideone Insurance | | 13,025.43 |
| 10/13/2023 | Jimmy Velasco | | 163.75 |
| 10/24/2023 | Kern County Treasurer - Tax Collector (Kcttc) | | 1.39 |
| 10/27/2023 | Natalie Zivnuska | | 24.89 |
| 10/17/2023 | Navia Benefit Solutions | | 1,378.40 |
| 10/20/2023 | Rev Dzungwenen R Tyohemba | | 382.07 |
| 10/24/2023 | Cannon Street, Inc. | | 20,607.50 |
| 11/10/2023 | ADP, Inc. | [2] | 6,465.63 |
| 11/10/2023 | ADP, Inc. | [2] | 3,750.98 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 11,980.15 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 58,728.00 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 8,182.82 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 8,705.78 |
| 11/17/2023 | ADP, Inc. | | 344.18 |
| 11/17/2023 | ADP, Inc. | | 1,037.80 |
| 11/17/2023 | ADP, Inc. | | 106.63 |
| 11/17/2023 | ADP, Inc. | | 6,465.63 |
| 11/17/2023 | ADP, Inc. | | 5,093.31 |
| 11/17/2023 | ADP, Inc. | | 2,713.18 |
| 11/17/2023 | ADP, Inc. | | 1,400.00 |
| 11/17/2023 | ADP, Inc. | | 1,049.93 |
| 11/17/2023 | ADP, Inc. | | 15,679.83 |
| 11/9/2023 | George Hills | | 24,239.74 |
| 11/3/2023 | Rachel Alvelais | | 208.22 |
| 11/9/2023 | Rev Gregory Heidenblut, O.S.A. | | 27.42 |
| 11/9/2023 | Rev Andrew Spyrow | | 60.97 |
| 11/29/2023 | Employment Development Dept | [2] | 25,860.55 |
| 12/1/2023 | Gallagher Bassett Services, Inc. | [2] | 34,900.00 |
| 12/8/2023 | Anelita Reyes | [2] | 58.30 |
| 12/15/2023 | Gallagher Bassett Services, Inc. | [2] | 35,682.00 |
| 12/15/2023 | Gallagher Bassett Services, Inc. | [2] | 14,554.00 |
| 12/21/2023 | Carol Grewal | [2] | 9.04 |
| 12/21/2023 | Ed Hopfner | [2] | 338.68 |
| 12/21/2023 | Korn Ferry | | 16,666.67 |
| 12/8/2023 | San Francisco Tax Collector | | 5,132.20 |
| 12/8/2023 | San Francisco Tax Collector | | 13,817.74 |
| 12/8/2023 | San Francisco Tax Collector | | 2,830.06 |
| 12/8/2023 | Reliance Life Insurance | | 15,668.16 |

**Roman Catholic Archbishop of San Francisco** **Schedule 6**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Schedule of Pre-Petition Debt Paid**

| Date | Payee | | Amount* |
|---|---|---|---|
| 1/5/2024 | Benefit Allocation Systems-Ops | | $ 463.20 |
| 1/9/2024 | Kairos Psychology Group | | 1,000.00 |
| 1/9/2024 | Kairos Psychology Group | | 2,000.00 |
| 1/9/2024 | Kairos Psychology Group | | 2,000.00 |
| 1/9/2024 | Kairos Psychology Group | | 2,000.00 |
| 1/5/2024 | Rev Thuan Hoang | | 850.00 |
| 1/5/2024 | Gallagher Bassett Services, Inc. | [1] | 13,915.75 |
| 1/19/2024 | Gallagher Bassett Services, Inc. | [1] | 23,520.11 |
| 2/2/2024 | Jeffery Yano | [2] | 130.21 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 31,910.00 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 9,130.00 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 14,659.00 |
| 2/16/2024 | Gallagher Bassett Services, Inc. | | 21,153.10 |
| 2/16/2024 | Gallagher Bassett Services, Inc. | | 8,322.50 |
| 3/15/2024 | Gallagher Bassett Services, Inc. | | 11,083.00 |
| 3/1/2024 | Colleen Durkin | [2] | 8.78 |
| 3/1/2024 | George Hills | | 12,268.69 |
| 4/8/2024 | Jeffery Froula | | 3,500.00 |
| 5/21/2024 | Rev Anthony Chung | | 358.15 |
| 5/24/2024 | Julio Escobar | | 401.91 |
| 6/25/2024 | Jerick B Rea | | 130.35 |
| 6/21/2024 | Gallagher Bassett Services, Inc. | | 23,298.28 |
| 7/12/2024 | Gallagher Bassett Services, Inc. | | 13,120.00 |
| 7/12/2024 | Gallagher Bassett Services, Inc. | | 13,000.00 |
| 7/16/2024 | Jerick B Rea | | 292.13 |
| 8/29/2024 | Gallagher Bassett Services, Inc. | | 9,837.00 |
| 9/13/2024 | Gallagher Bassett Services, Inc. | | 7,400.00 |
| 9/17/2024 | Marin Hospitalist Medical Group, Inc. | | 110.40 |
| 9/27/2024 | George Hills | | 14,585.97 |
| 10/3/2024 | Gallagher Bassett Services, Inc. | | 2,429.04 |
| 10/7/2024 | Gallagher Bassett Services, Inc. | | 8,674.00 |
| 12/6/2024 | Gallagher Bassett Services, Inc. | | 17,125.00 |
| 6/23/2025 | Gallagher Bassett Services, Inc. | | 838.00 |
| 6/20/2025 | Gallagher Bassett Services, Inc. | | 12,995.00 |
| **Total** | | | **$ 894,810.32** |

[1] Amount is a portion applied from a larger payment including post-petition debt payment.
[2] Authorized payments made in prior periods.
* Certain of these payments relate to invoices that were received post-petition and therefore were not included in Schedule E/F.

**Roman Catholic Archbishop of San Francisco** Schedule 7
**United States Bankruptcy Court - Northern District of California**
**Professional Fees**
*Case # 23-30564*

| May 2025 Fee Statement: Filed June 2025 | | | | Payments Made: July 2025 | | |
|---|---|---|---|---|---|---|
| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses) | Applied from Retainer | Cash Payment Made | Total |
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 40,850.00 | $ 940.28 | $ 33,620.28 | $ - | $ 33,620.28 | $ 33,620.28 |
| B. Riley Advisory Services | 78,551.50 | - | 62,841.20 | - | 62,841.20 | 62,841.20 |
| Sheppard Mullin Richter & Hampton LLP | 176,574.80 | 3,900.67 | 145,160.51 | - | 145,160.51 | 145,160.51 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 52,847.00 | - | 42,277.60 | - | 42,277.60 | 42,277.60 |
| Weinstein & Numbers, LLP | - | - | - | - | - | - |
| Blank Rome | 107,859.10 | 3,895.99 | 90,183.27 | - | 90,183.27 | 90,183.27 |
| Omni Agent Solutions, Inc. | - | - | - | - | - | - |
| Transperfect | 9,143.94 | - | 7,315.15 | - | 7,315.15 | 7,315.15 |
| **Total Debtor Professionals:** | **465,826.34** | **8,736.94** | **381,398.01** | **-** | **381,398.01** | **381,398.01** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones (April 2025 Fee Statement) | 376,274.00 | 6,160.82 | 307,180.02 | - | 307,180.02 | 307,180.02 |
| Pachulski Stang Ziehl Jones (May 2025 Fee Statement) | 283,591.00 | 8,470.65 | 235,343.45 | | 235,343.45 | 235,343.45 |
| Berkeley Research Group | 85,146.30 | - | 68,117.04 | - | 68,117.04 | 68,117.04 |
| Burns Bair | 18,279.00 | 1.29 | 14,624.49 | - | 14,624.49 | 14,624.49 |
| **Total UCC Professionals:** | **763,290.30** | **14,632.76** | **625,265.00** | **-** | **625,265.00** | **625,265.00** |
| Total: | **$ 1,229,116.64** | **$ 23,369.70** | **$ 1,006,663.01** | **$ -** | **$ 1,006,663.01** | **$ 1,006,663.01** |

| June 2025 Fee Statement: Filed July 2025 | | | | Payments Made: | | |
|---|---|---|---|---|---|---|
| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses) | Applied from Retainer | Cash Payment Made | Total |
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 37,331.00 | $ 630.77 | $ 30,495.57 | $ - | $ - | $ - |
| GlassRatner | 38,482.50 | - | 30,786.00 | - | - | - |
| Sheppard Mullin Richter & Hampton LLP | 213,126.60 | 2,017.90 | 172,519.18 | - | - | - |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 55,136.50 | - | 44,109.20 | - | - | - |
| Weinstein & Numbers, LLP | - | - | - | - | - | - |
| Blank Rome | 57,959.30 | 40.00 | 46,407.44 | - | - | - |
| Omni Agent Solutions, Inc. | - | - | - | - | - | - |
| Transperfect | 4,920.20 | - | 3,936.16 | - | - | - |
| **Total Debtor Professionals:** | **406,956.10** | **2,688.67** | **328,253.55** | **-** | **-** | **-** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | 236,075.00 | 4,292.46 | 193,152.46 | | | |
| Berkeley Research Group | 54,726.00 | 4,164.45 | 47,945.25 | - | - | - |
| Burns Bair | 17,460.00 | - | 13,968.00 | - | - | - |
| **Total UCC Professionals:** | **308,261.00** | **8,456.91** | **255,065.71** | **-** | **-** | **-** |
| Total: | **$ 715,217.10** | **$ 11,145.58** | **$ 583,319.26** | **$ -** | **$ -** | **$ -** |

| Cumulative Allowed Amounts | | | | Cumulative Payments Made | | |
|---|---|---|---|---|---|---|
| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses for Interim Plus Holdbacks from 1st-4th Fee Apps) | Applied from Retainer | Cash Payment Made | Total |
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 982,784.00 | $ 9,913.64 | $ 938,238.11 | $ 92,570.51 | $ 815,271.63 | $ 907,842.14 |
| B. Riley Advisory Services/GlassRatner | 1,071,678.50 | 15,097.32 | 999,853.47 | 64,334.42 | 904,733.05 | 969,067.47 |
| Sheppard Mullin Richter & Hampton LLP | 3,201,484.70 | 23,700.46 | 3,023,597.12 | 133,102.70 | 2,718,000.84 | 2,851,103.54 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 1,007,491.75 | 31,539.39 | 995,804.84 | 210,754.20 | 726,095.12 | 936,849.32 |
| Weinstein & Numbers, LLP | 282,012.00 | 64.07 | 280,503.07 | 136,133.00 | 144,370.07 | 280,503.07 |
| Blank Rome | 693,454.50 | 6,373.65 | 599,075.55 | - | 552,668.11 | 552,668.11 |
| Omni Agent Solutions, Inc. | 23,323.50 | - | 22,963.50 | - | 22,963.50 | 22,963.50 |
| Transperfect | 105,415.27 | - | 100,076.79 | - | 96,140.62 | 96,140.62 |
| **Total Debtor Professionals:** | **7,367,644.22** | **86,688.53** | **6,960,112.45** | **636,894.83** | **5,980,242.94** | **6,617,137.77** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | 4,640,228.38 | 114,763.22 | 4,365,646.78 | - | 4,174,094.51 | 4,174,094.51 |
| Berkeley Research Group | 1,418,146.20 | 7,925.35 | 1,420,638.77 | - | 1,372,693.52 | 1,372,693.52 |
| Burns Bair | 844,044.25 | 25,368.59 | 817,833.99 | - | 803,865.99 | 803,865.99 |
| **Total UCC Professionals:** | **6,902,418.83** | **148,057.16** | **6,604,119.54** | **-** | **6,350,654.02** | **6,350,654.02** |
| Total: | **$ 14,270,063.05** | **$ 234,745.69** | **$ 13,564,231.99** | **$ 636,894.83** | **$ 12,330,896.96** | **$ 12,967,791.79** |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 104
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
A CORPORATE SOLE
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 07/01/2025 - 07/31/2025 | | Statement Beginning Balance | 570,700.51 |
| Number of Deposits/Credits | 9 | Amount of Deposits/Credits | 10,100,418.76 |
| Number of Checks | 104 | Amount of Checks | 382,793.56 |
| Number of Other Debits | 12 | Amount of Other Debits | 9,727,506.04 |
| | | Statement Ending Balance | 560,819.67 |
| Number of Enclosures | 104 | | |
| | | Service Charge | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | | 42,179.19- | Summarized Debits 7 | |
| 07/01 | | 575,197.95- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25182004687 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 82017176066 |
| 07/01 | 781 | 575,197.95 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680002651 |
| 07/02 | | 11,032.90- | Summarized Debits 3 | |
| 07/03 | | 3,414.99- | Summarized Debits 2 | |
| 07/03 | | 42,680.36- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25184001546 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 84013669994 |
| 07/03 | | 77,977.13- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25184001546 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 84013670001 |
| 07/03 | 70 | 209,826.52 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001823 |
| 07/07 | | 11,916.38- | Summarized Debits 10 | |
| 07/08 | | 7,690.36- | Summarized Debits 8 | |
| 07/09 | | 7,904.98- | Summarized Debits 5 | |
| 07/10 | | 7,033.79- | Summarized Debits 4 | |
| 07/10 | 7297 | 371,787.64 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680002027 |
| 07/11 | | 5,889.13- | Summarized Debits 4 | |
| 07/11 | | 94,478.73- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25192001521 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 92003652592 |
| 07/11 | | 122,029.89- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25192001521 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 92003652590 |
| 07/14 | | 33,133.49- | Summarized Debits 5 | |
| 07/14 | 75 | 485.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001651 |
| 07/15 | | 515.97 | ROMAN CATHOL0220 DES:RETURN ID:V4450 INDN:SETT-ACH DETAIL RETURN CO ID:9941156707 CCD BATCH DESC:ADSF | 96004238091 |
| 07/15 | | 5,072.06- | Summarized Debits 4 | |
| 07/16 | | 127,419.57- | Summarized Debits 2 | |
| 07/17 | | 2,355.79- | Summarized Debits 5 | |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████0220
01 01 140 05 M0000 E# 104
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/17 | 7538 | 1,989,327.98 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680001940 |
| 07/18 | | 4,000.00- | Summarized Debits 3 | |
| 07/18 | | 21,220.79- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25199000918 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 99007140389 |
| 07/18 | | 1,925,939.05- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25199000918 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 99007140388 |
| 07/21 | | 16,404.46- | Summarized Debits 7 | |
| 07/22 | | 13,192.69- | Summarized Debits 6 | |
| 07/23 | | 5,030.75- | Summarized Debits 3 | |
| 07/23 | 831 | 3,744,096.07 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680001835 |
| 07/24 | | 2,395.00- | Summarized Debits 1 | |
| 07/25 | | 26,058.72- | Summarized Debits 3 | |
| 07/25 | | 81,452.36- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25206001440 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 06009277370 |
| 07/25 | | 3,604,077.82- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25206002112 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 06011331473 |
| 07/28 | | 26,968.13- | Summarized Debits 13 | |
| 07/28 | 81 | 3,055,259.02 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680001711 |
| 07/29 | | 904.26- | Summarized Debits 1 | |
| 07/29 | | 3,055,259.02- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25210003201 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 10008521208 |
| 07/30 | | 15,703.92- | Summarized Debits 5 | |
| 07/30 | 89 | 153,922.61 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ██████ | 123300680002384 |
| 07/31 | | 7,093.00- | Summarized Debits 3 | |
| 07/31 | | 25,616.89- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25212001606 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 12012328201 |
| 07/31 | | 101,576.05- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25212001606 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 12012328202 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 570,700.51 | 570,700.51 | 07/09 | 575,730.74 | 575,730.74 |
| 07/01 | 528,521.32 | 528,521.32 | 07/10 | 940,484.59 | 940,484.59 |
| 07/02 | 517,488.42 | 517,488.42 | 07/11 | 718,086.84 | 718,086.84 |
| 07/03 | 603,242.46 | 603,242.46 | 07/14 | 685,438.35 | 685,438.35 |
| 07/07 | 591,326.08 | 591,326.08 | 07/15 | 680,882.26 | 680,882.26 |
| 07/08 | 583,635.72 | 583,635.72 | 07/16 | 553,462.69 | 553,462.69 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████0220
01 01 140 05 M0000 E# 104
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/17 | 2,540,434.88 | 2,540,434.88 | 07/25 | 584,759.31 | 584,759.31 |
| 07/18 | 589,275.04 | 589,275.04 | 07/28 | 3,613,050.20 | 3,613,050.20 |
| 07/21 | 572,870.58 | 572,870.58 | 07/29 | 556,886.92 | 556,886.92 |
| 07/22 | 559,677.89 | 559,677.89 | 07/30 | 695,105.61 | 695,105.61 |
| 07/23 | 4,298,743.21 | 4,298,743.21 | 07/31 | 560,819.67 | 560,819.67 |
| 07/24 | 4,296,348.21 | 4,296,348.21 | | | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 104
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Checks Paid Report**

Page 1 of 2

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 17700 | 180.00 | 07/02 | 7452842481 | 17920 | 675.00 | 07/10 | 4292414428 |
| 17832* | 2,904.00 | 07/01 | 5992296923 | 17921 | 4,086.86 | 07/07 | 9592476121 |
| 17837* | 394.37 | 07/22 | 4992898385 | 17922 | 124,989.10 | 07/16 | 8892483559 |
| 17851* | 9,952.16 | 07/02 | 5992767337 | 17923 | 250.00 | 07/14 | 8392617060 |
| 17852 | 177.92 | 07/01 | 8992847501 | 17924 | 262.06 | 07/15 | 4392837724 |
| 17854* | 2,720.00 | 07/01 | 8992604211 | 17925 | 400.00 | 07/18 | 4492925844 |
| 17857* | 6,000.00 | 07/01 | 5992288999 | 17926 | 2,991.00 | 07/22 | 4892442198 |
| 17858 | 750.00 | 07/14 | 8592469507 | 17927 | 700.00 | 07/21 | 7152421567 |
| 17859 | 1,500.00 | 07/01 | 5992240788 | 17928 | 125.00 | 07/15 | 8792276125 |
| 17869* | 900.74 | 07/02 | 9292025862 | 17931* | 2,600.00 | 07/18 | 9092411439 |
| 17875* | 483.70 | 07/09 | 9892689134 | 17933* | 200.00 | 07/28 | 9492048465 |
| 17876 | 2,000.00 | 07/07 | 9692634214 | 17934 | 200.00 | 07/28 | 9292651713 |
| 17877 | 100.00 | 07/08 | 4192564475 | 17935 | 4,200.00 | 07/15 | 8692598270 |
| 17878 | 27,000.00 | 07/01 | 8992373082 | 17936 | 314.81 | 07/14 | 8592380364 |
| 17879 | 423.64 | 07/07 | 9692736367 | 17937 | 40.68 | 07/14 | 8592380365 |
| 17880 | 2,294.99 | 07/03 | 9392699245 | 17938 | 91.80 | 07/17 | 8992753310 |
| 17885* | 1,000.00 | 07/07 | 9492104338 | 17939 | 96.90 | 07/17 | 8992753314 |
| 17889* | 1,877.27 | 07/01 | 0152791126 | 17940 | 1,735.45 | 07/17 | 8992753311 |
| 17890 | 2,991.00 | 07/10 | 4292374317 | 17941 | 962.78 | 07/21 | 6152087730 |
| 17891 | 900.00 | 07/08 | 9792228959 | 17944* | 904.26 | 07/29 | 9492127569 |
| 17892 | 507.81 | 07/08 | 9792243064 | 17945 | 124.32 | 07/17 | 2252433462 |
| 17893 | 15,075.00 | 07/25 | 5392531106 | 17946 | 375.00 | 07/21 | 0252129847 |
| 17894 | 60.24 | 07/08 | 9792597880 | 17947 | 307.32 | 07/17 | 8992863713 |
| 17895 | 867.79 | 07/10 | 6192499096 | 17948 | 802.00 | 07/31 | 9792428380 |
| 17896 | 343.49 | 07/11 | 7352161716 | 17949 | 200.00 | 07/30 | 9592616907 |
| 17897 | 56.75 | 07/08 | 9792638836 | 17950 | 2,430.47 | 07/16 | 8792810677 |
| 17898 | 455.28 | 07/09 | 1992247523 | 17951 | 485.00 | 07/15 | 8692515725 |
| 17899 | 2,225.00 | 07/09 | 8092671039 | 17952 | 500.00 | 07/21 | 4792572753 |
| 17900 | 3,406.33 | 07/23 | 5192107587 | 17954* | 57.40 | 07/22 | 4992249762 |
| 17901 | 1,000.00 | 07/18 | 6952288429 | 17955 | 2,414.40 | 07/22 | 4892471817 |
| 17902 | 31,778.00 | 07/14 | 4392224062 | 17956 | 13,125.00 | 07/21 | 8452602933 |
| 17903 | 5,000.00 | 07/11 | 4292724171 | 17957 | 802.00 | 07/25 | 5492001275 |
| 17904 | 45.64 | 07/11 | 8292807383 | 17958 | 331.25 | 07/21 | 4792444397 |
| 17905 | 2,991.00 | 07/09 | 8092094290 | 17959 | 6,660.52 | 07/22 | 4992923063 |
| 17906 | 1,120.00 | 07/03 | 9292909515 | 17961* | 410.43 | 07/21 | 4792394888 |
| 17907 | 276.96 | 07/07 | 9492065673 | 17962 | 2,395.00 | 07/24 | 5392319204 |
| 17908 | 2,991.00 | 07/07 | 9592574860 | 17965* | 10,181.72 | 07/25 | 5492670163 |
| 17909 | 140.30 | 07/08 | 9792243062 | 17966 | 161.28 | 07/23 | 5092380251 |
| 17910 | 80.41 | 07/07 | 9692736371 | 17967 | 675.00 | 07/22 | 4892501552 |
| 17911 | 2,500.00 | 07/10 | 4292408350 | 17968 | 1,463.14 | 07/23 | 7492213195 |
| 17912 | 5,425.26 | 07/08 | 9792026153 | 17970* | 11,875.00 | 07/30 | 9592500179 |
| 17913 | 1,750.00 | 07/09 | 9892776937 | 17971 | 177.92 | 07/30 | 9692119318 |
| 17914 | 287.40 | 07/07 | 9692036259 | 17972 | 162.45 | 07/28 | 9392877945 |
| 17915 | 500.00 | 07/08 | 8052446245 | 17973 | 200.00 | 07/28 | 7852828925 |
| 17916 | 500.00 | 07/11 | 7352038998 | 17975* | 2,991.00 | 07/31 | 9792345776 |
| 17918* | 511.48 | 07/07 | 9592637063 | 17976 | 2,600.00 | 07/28 | 9292234287 |
| 17919 | 258.63 | 07/07 | 9592637062 | 17977 | 2,991.00 | 07/30 | 9692353363 |
| | | | Checks this page | 94 | 355,427.88 | | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████0220
01 01 140 05 M0000 E# 104
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Checks Paid Report**

Page 2 of 2

Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 17978 | 815.63 | 07/28 | 9392367696 | 17983 | 6,431.04 | 07/28 | 9392367701 |
| 17979 | 3,815.12 | 07/28 | 9392367697 | 17985* | 875.00 | 07/28 | 7852009844 |
| 17980 | 9.10 | 07/28 | 9392367698 | 17986 | 460.00 | 07/30 | 5692372690 |
| 17981 | 10,290.50 | 07/28 | 9392367699 | 17987 | 318.55 | 07/28 | 9392064923 |
| 17982 | 1,050.74 | 07/28 | 9392367700 | 17988 | 3,300.00 | 07/31 | 8652915833 |
| | | | Checks this page | 10 | 27,365.68 | | |
| | | | Total Checks | 104 | 382,793.56 | | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████0220
01 01 140 05 M0000 E# 104
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

2575000052098113S0010

J.P.Morgan

Statement Period

July 01 - July 31, 2025

Account Number

[redacted]8113

# Investment Statement

07563 JPS 079 003 21225 - NNNNNNNNNNNN

THE ROMAN CATHOLIC ARCHBISHOP
OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

## Account Value with Accruals

| Account Description | Previous Period | This Period |
| --- | --- | --- |
| ACCOUNT VALUE | $0.00 | $0.00 |

See page 3 for footnotes and more detail.

## Questions?

***For Full Service Accounts, Call Financial Advisor***

(415) 288 1406 Devon M Porpora

Customer Service
(800) 688 2327
Branch Address
560 Mission Street, Suite 2400
San Francisco, CA, 94105

www.jpmorgan.com More contact information on page 14

Account Value with Accruals
(June 2024 to July 2025)

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). This statement summary is provided for convenience purposes only. For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.

This page is intentionally left blank.

Page 2 of 20

R0824

J.P.Morgan

Statement Period
July 01 - July 31, 2025
Last Statement: June 30, 2025

Account Number
8113

THE ROMAN CATHOLIC ARCHBISHOP
OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Account Value With Accruals: $0.00

NON-PROFIT ORG.

## Account Activity Summary

| Description | This Period | Year-to-Date |
| --- | --- | --- |
| Beginning Account Value | $0.00 | $146,958.57 |
| Deposits (Cash & Securities) | 93,675.23 | 322,089.70 |
| Withdrawals (Cash & Securities) | (93,447.83) | (470,282.61) |
| Net Deposits / Withdrawals | $227.40 | ($148,192.91) |
| Income | 0.00 | 0.55 |
| Fees [1] | 0.00 | 400.00 |
| Change In Investment Value | (227.40) | 833.79 |
| ENDING ACCOUNT VALUE | $0.00 | $0.00 |
| Net Accrued Income | 0.00 | 0.00 |
| Account Value With Accruals | $0.00 | $0.00 |

1 Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

J.P. Morgan Wealth Management is a business of JPMorgan Chase & Co., which offers investment products and services through J.P. Morgan Securities LLC (JPMS), a registered broker-dealer and investment adviser, member FINRA and SIPC. Insurance products are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. Certain custody and other services are provided by JPMorgan Chase Bank, N.A. (JPMCB). JPMS, CIA and JPMCB are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

J.P.Morgan

NON-PROFIT ORG. (Acct # ████8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

## Income Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Interest | 0.00 | 0.55 |
| Total Income from Taxable Investments | $0.00 | $0.55 |
| Total Income from Non-Taxable Investments | $0.00 | $0.00 |
| TOTAL INCOME | $0.00 | $0.55 |

Taxable and Non-taxable income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

## Realized Gain / Loss Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Short-Term Gain | 0.00 | 0.01 |
| Short-Term Loss | 0.00 | (0.76) |
| Short-Term Net Gain / Loss | $0.00 | ($0.75) |
| Long-Term Gain | 68,190.10 | 221,496.52 |
| Long-Term Net Gain / Loss | $68,190.10 | $221,496.52 |
| TOTAL REALIZED GAIN / LOSS | $68,190.10 | $221,495.77 # |

# This value excludes transactions for which cost basis is not available.

Realized gain/loss information is provided for transactions in your account as of the trade date and excludes transactions where cost basis information has not been provided or is unavailable. This summary may include realized gains on Treasury Bills which may be reclassified on your official tax document.

Gain/loss calculations do not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement.

Cost basis and realized gain/loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without assistance of your tax advisor.

Page 4 of 20

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY BROKERAGE IMPORTANT INFORMATION

Case: 23-30564 Doc# 1301-1 Filed: 08/20/25 Entered: 08/20/25 13:23:41 Page 19 of 584

R0826

# J.P.Morgan

| | THE ROMAN CATHOLIC ARCHBISHOP | |
|---|---|---|
| NON-PROFIT ORG. (Acct # ███ 8113) | OF SF | Statement Period: July 01 - July 31, 2025 |

## Activity

US DOLLAR

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | $0.00 | $135,431.27 |
| Trade and Investment Activity | 93,447.83 | 321,921.73 |
| Income | 0.00 | 0.55 |
| Cash Deposits | 0.00 | 8,491.42 |
| Fees [1] | 0.00 | 400.00 |
| Total Credits | $93,447.83 | $330,813.70 |
| Trade and Investment Activity | 0.00 | (84.19) |
| Cash Withdrawals | (93,447.83) | (466,160.78) |
| Total Debits | ($93,447.83) | ($466,244.97) |
| Net Cash Activity | $0.00 | ($135,431.27) |
| CLOSING CASH BALANCE | $0.00 | $0.00 |

☐Opening Cash Balance☐ and ☐Closing Cash Balance☐ include Sweep Funds.

1 Account fees, management fees, and debit interest are included. Trade related fees charged
  by brokers and commissions impact the total cost or proceeds of your trades and are not
  included here.

### TRADE AND INVESTMENT ACTIVITY

| Trade Date / Settle Date | | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 02 Jul 2025 / 03 Jul 2025 | N | SELL FIFO | JPMORGAN CHASE & CO UNSOLICITED J.P. MORGAN SECURITIES LLC IS AN AFFILIATE OF THE ISSUER. ROME: KCBNSAPAAD25070206737 LT GAIN 8317.26 Symbol: JPM | (35) | 292.4601 | | 10,231.10 | 1,913.84 T | 8,317.26 |
| 10 Jul 2025 / 11 Jul 2025 | N | SELL FIFO | RUSSELL INVT CO TAX MANAGED U S LRG CAP CL M UNSOLICITED LT GAIN | (22.777) | 89.9 | | 2,042.65 | 390.18 T | 1,652.47 |

See additional footnotes on the last page of this account.

*Page 5 of 20*

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

Case: 23-30564   Doc# 1301-1   Filed: 08/20/25   Entered: 08/20/25 13:23:41   Page 20 of 584

R0827

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

TRADE AND INVESTMENT ACTIVITY (continued)

| Trade Date / Settle Date | | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | RUSSELL INVT CO 1652.47 Symbol: RTMTX | | | | | | | |
| 10 Jul 2025 / 11 Jul 2025 | N | SELL / FIFO | VISA INC CL A COMMON STOCK UNSOLICITED ROME: WHIPANYAAJ25071013887 LT GAIN 8884.80 Symbol: V | (57) | 355.819 | | 20,124.56 | 11,239.76 | T | 8,884.80 |
| 18 Jul 2025 / 21 Jul 2025 | N | SELL / FIFO | RUSSELL INVT CO TAX MANAGED U S LRG CAP CL M UNSOLICITED LT GAIN 40831.66 Symbol: RTMTX | (562.338) | 89.75 | | 50,464.84 | 9,633.18 | T | 40,831.66 |
| 29 Jul 2025 / 30 Jul 2025 | N | SELL / FIFO | DIMENSIONAL ETF TRUST DIMENSIONAL U S CORE EQUITY 2 ETF UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY LT GAIN 8503.91 Symbol: DFAC | (290) | 36.885 | | 10,584.68 | 2,080.77 | T | 8,503.91 |
| Total Securities Bought & Sold | | | | | | | $93,447.83 | | | |
| TOTAL TRADE AND INVESTMENT ACTIVITY | | | | | | | $93,447.83 | | | |

DEPOSITS AND WITHDRAWALS

Cash

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 03 Jul 2025 | | FUNDS WIRED | MDA# CB407845 FNDS WIRED TO BANK OF AMERICA, N.A. AC1416517083 F#224975 0703MMQFMP2L024975 | (10,231.10) | |

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

NON-PROFIT ORG. (Acct # [redacted] 8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

Cash (continued)

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 11 Jul 2025 | | FUNDS WIRED | MDA# CB417057 FNDS WIRED TO BANK OF AMERICA, N.A. AC1416517083 F#217822 0711MMQFMP2K017822 | (22,167.21) | |
| 21 Jul 2025 | | FUNDS WIRED | MDA# CB429022 FNDS WIRED TO BANK OF AMERICA, N.A. AC1416517083 F#223450 0721MMQFMP2N023450 | (50,464.84) | |
| 30 Jul 2025 | | FUNDS WIRED | MDA# CB441756 FNDS WIRED TO BANK OF AMERICA, N.A. AC1416517083 F#218842 0730MMQFMP2L018842 | (10,584.68) | |
| TOTAL CASH DEPOSITS AND WITHDRAWALS | | | | ($93,447.83) | |

Securities

| Date | Transaction | Description | Quantity | Price | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|---|
| 01 Jul 2025 | RECEIVED | JPMORGAN CHASE & CO 0015 ACCT#52098113 Symbol: JPM | 35 | 290.41 | | 10,164.35 |
| 08 Jul 2025 | RECEIVED | VISA INC CL A COMMON STOCK 0164 ACCT#52098113 Symbol: V | 57 | 354.55 | | 20,209.35 |
| 10 Jul 2025 | RECEIVED | RUSSELL INVT CO TAX MANAGED U S LRG CAP CL M Symbol: RTMTX | 22.777 | 89.9 | | 2,047.65 |
| 17 Jul 2025 | RECEIVED | RUSSELL INVT CO TAX MANAGED U S LRG CAP CL M Symbol: RTMTX | 562.338 | 89.81 | | 50,503.58 |

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

# J.P.Morgan

| | THE ROMAN CATHOLIC ARCHBISHOP | |
|---|---|---|
| NON-PROFIT ORG. (Acct # ███ 8113) | OF SF | Statement Period: July 01 – July 31, 2025 |

**Securities** (continued)

| Date | Transaction | Description | Quantity | Price | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|---|
| 25 Jul 2025 | RECEIVED | DIMENSIONAL ETF TRUST<br>DIMENSIONAL U S CORE EQUITY<br>2 ETF 0164 ACCT#52098113<br>Symbol: DFAC | 290 | 37.07 | | 10,750.30 |

| TOTAL SECURITIES DEPOSITS AND WITHDRAWALS | | $93,675.23 |
|---|---|---|

| Total Deposits and Withdrawals | ($93,447.83) | $93,675.23 |
|---|---|---|

Price and Values displayed are calculated based on the closing price on the day of the transaction.

A - Average Cost   B - Adjusted for Amortization or Accretion   D - Acquisition Date = Date of Death   E - Adjusted for Option Exercise or Assignment   K - Gifted Security   LT - Long Term
MT - Mixed Term   N - Noncovered   Provide - Please provide this information   ST - Short Term   T - Cost Basis provided by Third Party   W - Adjusted for Wash Sale

Closing Methods:  LIFO - Last In, First Out   FIFO - First In, First Out   HC - High Cost   LC - Low Cost
LTHC - Long Term, High Cost   VSP - Specific Match (the closing transaction was specifically matched to this lot)

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

Case: 23-30564    Doc# 1301-1    Filed: 08/20/25    Entered: 08/20/25 13:23:41    Page 23
of 584

R0830

J.P.Morgan

NON-PROFIT ORG. (Acct # [redacted] 8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

## Activity

BRITISH POUND

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 |
| Trade and Investment Activity | 0.00 | 3,249.31 |
| Total Credits | 0.00 | 3,249.31 |
| Trade and Investment Activity | 0.00 | (3,249.31) |
| Total Debits | 0.00 | (3,249.31) |
| Net Cash Activity | 0.00 | 0.00 |
| CLOSING CASH BALANCE | 0.00 | 0.00 |

□Opening Cash Balance□ and □Closing Cash Balance□ include Sweep Funds.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

# J.P.Morgan

|  | THE ROMAN CATHOLIC ARCHBISHOP |  |
|---|---|---|
| NON-PROFIT ORG. (Acct # ███ 8113) | OF SF | Statement Period: July 01 - July 31, 2025 |

## Realized Gain / Loss Detail – Year To Date

Cost Basis, Realized Gain / Loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Tax payers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption or exchange. Please contact your tax advisor for additional information as neither J.P. Morgan nor any of its affiliates provides tax advice related to the accounts referenced in these statement(s). J.P. Morgan makes no warranties with respect to and specifically disclaims any liability arising out of a customer☐s use of or any tax position taken in reliance upon such information. Proceeds information excludes accrued interest.

Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement. Cost Basis and Realized Gain / Loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor.

### SHORT TERM GAIN / LOSS DETAILS

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|
| 09 Dec 2024 | N | FIFO | JANUS HENDERSON GLOBAL TECHNOLOGY AND INNVTN CL T Symbol: JAGTX | 0.005 | 0.27 | 0.33 | (0.06) |
| 14 Jan 2025 | | | | | | | |
| 09 Dec 2024 | N | FIFO | JANUS HENDERSON GLOBAL TECHNOLOGY AND INNVTN CL T Symbol: JAGTX | 0.064 | 3.40 | 4.10 | (0.70) |
| 14 Jan 2025 | | | | | | | |
| 09 Jan 2025 | N | FIFO | MARATHON PETE CORP COM Symbol: MPC | 50 | 7,317.84 | # | 0.00 |
| 14 Jan 2025 | | | | | | | |
| 08 Jan 2025 | N | FIFO | SCHWAB STRATEGIC TR US BROAD MKT ETF Symbol: SCHB | 1,000 | 22,286.59 | # | 0.00 |
| 14 Jan 2025 | | | | | | | |
| 10 Mar 2025 | N | VSP | BRITISH POUND (BP) CURRENCY CONTRACT SHORT SALE-Opened 03/10/2025 Security ID: 9306102 | 930.99 | 1,189.34 | 1,189.34 | 0.00 |
| 10 Mar 2025 | | | | | | | |
| 17 Mar 2025 | N | VSP | BRITISH POUND (BP) CURRENCY CONTRACT SHORT SALE-Opened 03/17/2025 Security ID: 9306102 | 2,253.42 | 2,888.66 | 2,888.66 | 0.00 |
| 17 Mar 2025 | | | | | | | |
| 20 Mar 2025 | N | VSP | BRITISH POUND (BP) CURRENCY CONTRACT Security ID: 9306102 | 64.9 | 84.19 | 84.19 | 0.00 |
| 21 Mar 2025 | | | | | | | |
| 16 Apr 2025 | N | VSP | BRITISH POUND (BP) CURRENCY CONTRACT SHORT | 64.9 | 85.58 | 85.58 | 0.00 |
| 16 Apr 2025 | | | | | | | |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

*Page 10 of 20*

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

Case: 23-30564    Doc# 1301-1    Filed: 08/20/25    Entered: 08/20/25 13:23:41    Page 25 of 584

R0832

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

SHORT TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | Closing Method | Description | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|
| | | BRITISH POUND (BP)<br>SALE-Opened 04/16/2025<br>Security ID: 9306102 | | | | |
| TOTAL SHORT TERM GAIN / LOSS | | | | $33,855.87 | $4,252.20 # | ($0.76) # |

LONG TERM GAIN / LOSS DETAILS

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 15 Oct 2022<br>06 Jan 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 12 | 2,877.11 | 0.00 | T | 2,877.11 |
| 20 Mar 2020<br>06 Jan 2025 | N | FIFO | TESLA INC<br>COMMON STOCK<br>Symbol: TSLA | 21 | 8,285.48 | 598.55 | T | 7,686.93 |
| 20 Mar 2018<br>14 Jan 2025 | N | FIFO | JANUS HENDERSON GLOBAL<br>TECHNOLOGY AND INNVTN CL T<br>Symbol: JAGTX | 0.609 | 32.44 | 23.36 | T | 9.08 |
| 01 Jan 1990<br>07 Feb 2025 | N | FIFO | ORACLE CORPORATION<br>Symbol: ORCL | 40 | 6,978.80 | # | T | 0.00 |
| 24 Jan 2008<br>26 Feb 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 18 | 4,382.91 | 86.72 | T | 4,296.19 |
| 27 Apr 2000<br>19 Mar 2025 | N | FIFO | BERKSHIRE HATHAWAY INC<br>DEL CL B<br>Symbol: BRKB | 83 | 43,048.40 | 3,292.66 | T | 39,755.74 |
| 31 Jan 2009<br>19 Mar 2025 | N | FIFO | CHARLES SCHWAB CORP NEW<br>Symbol: SCHW | 20 | 1,537.75 | 231.00 | T | 1,306.75 |
| 23 Mar 2001<br>02 Apr 2025 | N | FIFO | JP MORGAN GROWTH<br>ADVANTAGE FD CL A<br>Symbol: VHIAX | 170 | 5,902.50 | 1,892.77 | T | 4,009.73 |
| 16 Jan 2002<br>02 Apr 2025 | N | FIFO | SCHWAB S&P 500 FUND<br>Symbol: SWPPX | 325 | 28,374.00 | 5,633.77 | T | 22,740.23 |
| 09 Aug 1989<br>10 Apr 2025 | N | VSP | FAIR ISAAC INC<br>FORMERLY FAIR ISAAC & CO | 3 | 5,487.35 | 1.08 | T | 5,486.27 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564 Doc# 1301-1 Filed: 08/20/25 Entered: 08/20/25 13:23:41 Page 26 of 584

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

LONG TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | | FAIR ISAAC INC<br>INC<br>Symbol: FICO | | | | | |
| 24 Jan 2008<br>07 May 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 33 | 6,342.44 | 158.99 | T | 6,183.45 |
| 25 Dec 2017<br>13 May 2025 | N | VSP | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>Symbol: GOOG | 115 | 18,318.14 | 6,095.69 | | 12,222.45 |
| 07 Nov 2012<br>13 May 2025 | N | FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>Symbol: SCHB | 2,300 | 51,802.01 | 12,863.90 | T | 38,938.11 |
| 08 Apr 2009<br>03 Jun 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 5 | 986.95 | 20.71 | T | 966.24 |
| 11 Mar 2015<br>26 Jun 2025 | N | FIFO | BANK OF AMERICA CORP<br>Symbol: BAC | 220 | 10,345.94 | 3,517.80 | T | 6,828.14 |
| 15 Jan 2015<br>02 Jul 2025 | N | FIFO | JPMORGAN CHASE & CO<br>Symbol: JPM | 5 | 1,461.59 | 273.82 | T | 1,187.77 |
| 30 Jan 2015<br>02 Jul 2025 | N | FIFO | JPMORGAN CHASE & CO<br>Symbol: JPM | 30 | 8,769.51 | 1,640.02 | T | 7,129.49 |
| 15 Jan 2010<br>10 Jul 2025 | N | FIFO | RUSSELL INVT CO<br>TAX MANAGED U S LRG CAP CL<br>M<br>Symbol: RTMTX | 22.777 | 2,042.65 | 390.18 | T | 1,652.47 |
| 02 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 1 | 353.06 | 203.83 | T | 149.23 |
| 04 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 13 | 4,589.81 | 2,472.84 | T | 2,116.97 |
| 04 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 13 | 4,589.81 | 2,708.99 | T | 1,880.82 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

NON-PROFIT ORG. (Acct # ████ 8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: July 01 - July 31, 2025

LONG TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 03 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 15 | 5,295.94 | 2,808.19 | T | 2,487.75 |
| 05 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 10 | 3,530.63 | 2,094.83 | T | 1,435.80 |
| 04 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 5 | 1,765.31 | 951.08 | T | 814.23 |
| 15 Jan 2010<br>18 Jul 2025 | N | FIFO | RUSSELL INVT CO<br>TAX MANAGED U S LRG CAP CL M<br>Symbol: RTMTX | 562.338 | 50,464.84 | 9,633.18 | T | 40,831.66 |
| 29 Jun 2010<br>29 Jul 2025 | N | FIFO | DIMENSIONAL ETF TRUST<br>DIMENSIONAL U S CORE EQUITY 2 ETF<br>Symbol: DFAC | 290 | 10,584.68 | 2,080.77 | T | 8,503.91 |
| TOTAL LONG TERM GAIN / LOSS | | | | | $288,150.05 | $59,674.73 # | | $221,496.52 # |

| Total Realized Gain / Loss | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|
| Total Realized Gain / Loss | $322,005.92 | $63,926.93 # | $221,495.76 # |

A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale

Closing Methods: LIFO - Last In, First Out FIFO - First In, First Out HC - High Cost LC - Low Cost LTHC - Long Term, High Cost VSP - Specific Match (the closing transaction was specifically matched to this lot)

# This value excludes transactions for which cost basis is not available.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : July 01 - July 31, 2025

## Additional Contact Information

| Account(s) | Contact | Custodian |
|---|---|---|
| NON-PROFIT ORG. (52098113) | Devon M Porpora<br>(Financial Advisor)<br>(415) 288 1406 | J.P. Morgan Securities LLC<br>Member FINRA and SIPC<br>277 Park Avenue 3rd Floor<br>New York, NY 10172<br>(800) 392 5749<br>www.jpmorgan.com/wealthadvisors |

Page 14 of 20

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

Case: 23-30564 Doc# 1301-1 Filed: 08/20/25 Entered: 08/20/25 13:23:41 Page 29 of 584

R0836

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : July 01 - July 31, 2025

## Messages

### NON RECEIPT OF CHECKS OR STOCKS

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services Operations at 800-634-1428; or write to Client Services Operations at J.P. Morgan Securities LLC, Mail Code: NY1-D066, 575 Washington Blvd., Floor 05, Jersey City, NJ 07310-1616.

### ELECTRONIC FUNDS TRANSFER NOTICE

In case of errors or questions about electronic transfers in your brokerage account transmitted through the ACH Network, you must contact Client Services Operations department of J.P. Morgan Securities LLC immediately at telephone number (800) 634-1428 or (347) 643-9953 or write to J.P. Morgan Securities LLC., Attn: Client Services Department, J.P. Morgan Securities LLC, Mail Code: NY1-D066, 575 Washington Blvd., Floor 05, Jersey City, NJ 07310-1616 if you think your account statement or transaction record is wrong or if you need more information about a transaction listed on your account statement or transaction record. We must hear from you no later than 60 days after we sent the first account statement on which the problem or error appeared.

1. Tell JPMS your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell JPMS the dollar amount of the suspected error.

If you tell JPMS orally, JPMS may require that you send it your complaint or question in writing within 10 business days.

JPMS will determine whether an error occurred within 10 business days after JPMS hears from you and will correct any error promptly. If JPMS needs more time, however, JPMS may take up to 45 days to investigate your complaint or question. If JPMS decides to do this, JPMS will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes JPMS to complete its investigation. If JPMS determines at the conclusion of the investigation that there was no error, JPMS will charge your account for the credited amount. If JPMS asks you to put your complaint or question in writing and JPMS does not receive it within 10 business days, JPMS may not credit your account.
For errors involving new accounts or foreign-initiated transactions, JPMS may take up to 90 days to investigate your complaint or question . For new accounts, JPMS may take up to 20 business days to credit your account for the amount you think is in error. JPMS will tell you the results within three business days after completing its investigation. If JPMS decides that there was no error, JPMS will send you a written explanation. You may ask for copies of the documents that JPMS used in its investigation.

### CHECK DEPOSITS CLIENT NOTIFICATION

If you wish to send a check for deposit to a J.P. Morgan Securities LLC branch, please make the check payable to either yourself or J.P. Morgan Securities LLC and note your account number in the memo field and the name of your J.P. Morgan Representative on the envelope. Then please send the check to the following address for processing:

J.P. Morgan Securities
Mailcode NY1-L004
277 Park Avenue, 2nd Floor
New York, NY 10172

### IMPORTANT INFORMATION REGARDING PURCHASES INDICATED AS AVERAGE PRICE

Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Please contact your J.P. Morgan representative for details regarding actual prices.

Page 15 of 20

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0837

J.P.Morgan
Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : July 01 - July 31, 2025

## Messages (continued)

### MARGIN ACCOUNT REMINDERS

If you own a margin account, we would like to remind you that:

Securities and other assets in your account are our collateral for any margin loan made to you. If the securities and other assets in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, we can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held at J.P. Morgan Securities LLC to maintain the required equity in your account. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:

- You can lose more funds than you deposit in your margin account.
- We can force the sale of securities or other assets in your account(s).
- We can sell your securities or other assets without contacting you.
- You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.
- We can increase our "house" maintenance margin requirements at any time and are not required to provide you with advance written notice.
- You are not entitled to an extension of time on a margin call.

Further, if you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith. If you carry a margin balance, your account statement will reflect the current annual interest rate applicable to your margin loan. Please review the current rate, as under certain circumstances the rate may change without advance notice. If you have any questions or concerns about your current interest rate, please speak to your J.P. Morgan representative.

If you are a customer with a margin account, you have consented to our right (to the extent permitted by applicable law) to use, lend or pledge any securities held by J.P. Morgan Securities LLC in your margin account. In certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances include, but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dividend dates for dividend distributions. If you do not receive dividends directly from the issuing company, you may receive payments-in-lieu of dividends, which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

Page 16 of 20

For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

R0838

J.P.Morgan
Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : July 01 - July 31, 2025

## Messages (continued)

### IMPORTANT INFORMATION ABOUT AUTOMATIC REINVESTMENTS

Automatic Reinvestment transactions excluding those conducted by DTC or in open ended mutual funds are processed by J.P. Morgan Securities LLC (JPMS) on an agency basis.

JPMS provides you with the ability to enroll in a program to re-invest any and all dividend, capital gains and return of capital distributions (collectively "Distributions") for securities eligible for participation (the Program). By participating in the Program, all dividends and capital gains distributions paid on eligible accounts or individual securities you have selected will automatically be reinvested into the shares of the same security. The important terms of the Program include:

- Voluntary Participation. Participation in the Program is voluntary and you may modify or discontinue your participation at any time. You may enroll by specifying individual securities or have all eligible securities in your account participate in the Program; modify your elections; or unenroll from the Program through the website or by contacting your PCA or FA.

- Trade Execution. With the exception of open ended mutual funds, provided you are enrolled in the Program prior to the record date, JPMS reinvests the Distributions from an eligible security on the pay date of the Distribution, at an average weighted price. For certain securities, reinvestment may occur through the Depository Trust Company (DTC), which may be later than the pay date. There may be a difference in price depending on the whether the Program trade is made through J.P. Morgan or DTC. These transactions will post to your account when the shares are made available to JPMS by DTC and will be reflected on your statement.

- No Fees. No commission or fee are charged for Program trades.

- Fractional Shares. JPMS will credit to your account the number of shares equal to the amount of your funds to be reinvested in a particular security divided by the purchase price per share. If made available for your account, participation in the Program may give you interests in fractional shares of securities, which JPMS calculates to five decimal places. You will receive dividend payments proportionate to your partial share holdings.

- Confirmation of Transactions. All Program trades will be reflected on monthly account statements. You will not receive separate immediate confirmations for Program trades. You may request the details of any Program trade by contacting JPMS. Transactions that are not part of the Program will continue to receive confirmations contemporaneously with the trade.

- No Recommendation. The inclusion of any security in the Program is not a recommendation by JPMS to buy, hold or sell such security. Participation in the Program does not assure profits on your investments and does not protect against loss in declining markets.

- Eligibility. Generally, all brokerage accounts are eligible for participation as are most equities, open ended mutual funds, closed end funds and ETFs. Any exclusions will be identified at the time you are enrolled.

- Program Changes. Program participants will be notified in advance if there are any material changes to the Program though no notice may be given if there are changes to the eligibility of any particular security.

### UPDATES TO THE FULL SERVICE BROKERAGE AND MANAGED ACCOUNTS FEE SCHEDULE

Effective October 1, 2025, the wire fee for full service brokerage and managed accounts will increase from $20 to $25. Visit jpm.com/BrokerageFeeSchedule to access the current fee schedule in its entirety. If you have questions, please contact your J.P. Morgan Advisor(s) or call us at the number on the front of your statement.

Page 17 of 20

For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

R0839

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : July 01 - July 31, 2025

## Important Information about Your Account Statement(s)

Unless otherwise indicated, accounts are held at J.P. Morgan Securities, LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

NON-DISCRETIONARY: JPMS brokerage accounts are non-discretionary and all investment decisions are made by the client. For managed accounts, discretionary services are provided by JPMS, an affiliate or an authorized third party.

ACCOUNT PROTECTION: As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer□s funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or call SIPC at (202) 371-8300.

CUSTODY: JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions we process for your account. Inquiries regarding your Statement may be directed to JPMS at (347) 643-9953

As used in the course of these statements, □J.P. Morgan□ is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

MARKET PRICES: The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for determining market values represent estimates. These estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that any quoted value represents the actual terms at which securities could be bought or sold or new transactions could be entered into, or the actual terms on which existing transactions or securities could be liquidated. Such values are only indicative.

ESTIMATED PRICING AND COST BASIS: Certain assets, including but not limited to, pooled and private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid, the value of such assets may have been provided to us by third parties who may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on bids, prices within the bid offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement.

Unpriced Direct Participation Program (DPP) and Real Estate Investment (REIT) Securities: DPP and REIT securities are generally illiquid and the value of the security will, generally, be different from its purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor. With respect to security positions received into your account, cost basis information, if any, has been provided by you. Further information is available upon request.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan sales, for which the average price method has been chosen, positions are closed out on a First-In-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion, or gain/loss. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor.

DIVIDEND INCOME: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividends.

ESTIMATED ACCRUED INCOME, ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD CALCULATIONS: The following calculation descriptions are provided for your reference. Please note that other factors may affect your specific calculations, so if you would like more information, please contact your J.P. Morgan representative or call us at the number on the front of this statement. In general, Estimated Accrued Income is calculated by multiplying the current coupon rate with the current face amount for the number of days since the bond□s last interest payment. Estimated Annual Income (EAI) is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend) by the quantity of the security held. For balances other than sweep program balances, Estimated Yield (EY) is calculated by dividing EAI by the market value of the security. You should also know that: (i) the figures shown in this statement are estimates based on mathematical calculations using data obtained from outside sources; they are provided for informational purposes only, and are not a projection or guarantee of future returns. (ii) because prices of securities, coupon and dividend rates are subject to change at any time, these estimates should not be relied upon exclusively for making investment, trading, or tax decisions. (iii) because different asset types (e.g., equities versus fixed income securities) tend to have different investment characteristics, these estimates should not be compared across asset types; (iv) EAI and EY for certain types of securities might include return of principal or capital gains, in which case the EAI and EY would be overstated. There is no guarantee that your investments will actually generate the EAI or EY presented, and your actual income and yield might be higher or lower.

IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS): ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements and online. Accordingly, investors

Page 18 of 20

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0840

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : July 01 - July 31, 2025

should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an internal or outside source for a particular ARS, the price column on your statement will indicate unpriced.

A description of J.P. Morgans practices and procedures regarding ARS is available at www.jpmorgan.com/muniars.

VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS: Valuations of over-the-counter derivative transactions, including certain derivatives-related deposit products, have been prepared on a mid-market basis. These valuations are sourced from the various issuers of the securities, affiliates or they are sourced from a third party valuation provider. J.P. Morgan expressly disclaims any responsibility for (1) the accuracy of the models or estimates used in deriving the valuations, (2) any errors or omissions in computing or disseminating the valuations, and (3) any uses to which the valuations are put. Valuations are provided for information purposes only and are intended solely for your own use. Please refer to the trade confirmation for details of each transaction.

UNPRICED SECURITIES: When we are unable to obtain a current value from an internal or outside source for a particular security, the price column on your statement will indicate Unpriced. Although such securities may have value, please note that the value of a security indicated as Unpriced will not be included in your overall current market value as reflected on the statement.

RESTRICTED SECURITIES: Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be "freely traded." Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the Market Value indicated and could be zero. No attempt has been made to independently value the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of your restricted shares. For additional information on pricing, please see the Market Prices paragraph.

THIRD PARTY INFORMATION: This statement contains (i) information obtained from multiple direct, indirect, affiliated, unaffiliated, public and proprietary data sources (including, but not limited to identifying information, market data, calculated data, reference data, valuations, ratings, coupon and dividend rates and other fundamental data) and (ii) information which is calculated based upon such information (including but not limited to, market values, Current Yield and Estimated annual income). Although JPMS believes these sources and the sources of market values are reliable, it does not independently review or verify such information and neither JPMS nor any source will have any duty or obligation to verify, correct, complete, or update any such information. Such information is being provided to you with all faults for use entirely at your own risk; without any warranty whatsoever by JPMS, its affiliates or any such source. Neither JPMS or its affiliates nor any such source shall have any liability whatsoever relating to any inaccuracy or lack of timeliness or completeness of such information or any use thereof or for omissions therefrom nor for any lost profits, indirect, special or consequential damages. Moreover, such sources retain exclusive proprietary rights in such information. You may use such information only for your internal use and purposes and not for reuse (other than in connection with the transaction or position for which the information is provided) or retransmission without prior written approval of the source, or for any unlawful or unauthorized purpose.

METHODS OF COMPUTING INTEREST ON DEBIT BALANCES: Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

FOR OPTIONS ACCOUNTS: Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmation of such transactions previously available to you and such information will be made available to you promptly upon written request.

PARTIAL CALLS: If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

BEARER BONDS: If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of the Treasury Regulation Section 1.165-12(c)(3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12(c)(2)(iii) concerning the delivery of such bearer obligations.

MESSAGE FOR ACCOUNTS WITH NON-US DOLLAR ACTIVITY: The holdings listed within each asset class are segregated by currency. For Non-USD denominated holdings, both the USD and local currency valuations and total asset class valuations, as calculated by the exchange rate stated, are provided. Activity will also be presented by currency. Non-USD activity will display both USD and local currency valuations, as calculated based on the exchange rate of the activity date. All summary information presented in this statement is presented in USD, unless specifically noted as presented in non-USD currency.

FINANCIAL STATEMENT: A financial statement for JPMS is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

REPORTABLE TO THE INTERNAL REVENUE SERVICE: As required by law, at year end, we will report to you and to the Internal Revenue Service and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT: Please review this statement closely and contact us as soon as possible if you notice an error (including things like possible unauthorized trading activity, unrecorded dividend payments or improper payments or transfers). In order to protect your rights, including any rights under the Securities Investor Protection Act (SIPA), you will be asked to provide details of the error in writing, using the information provided on the front of this statement.

In your written communication, please provide the following information: (1) your name and account number; (2) the dollar amount of the suspected error; and (3) a description of the error. Periodic statements will be binding on you unless you report the suspected errors in writing within 10 business days after the statement has been transmitted to you by mail or by electronic means. If you do not notify us within this time period, you agree the statement activity and account balances are correct.

CHANGES TO YOUR INVESTMENT OBJECTIVES OR FINANCIAL SITUATION:
Please notify us as soon as possible if you experience a change in your investment objectives or overall

Page 19 of 20

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0841

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : July 01 - July 31, 2025

financial situation, if you would like to impose or modify reasonable investment restrictions on your discretionary managed account, or if you have questions or concerns about the management of your account. If we do not hear from you, we will consider the information we currently have on file to be complete and accurate. You can review your current investment objectives, including investment restrictions, and/or make any changes to the personal financial information we have on file for your account anytime by calling the number listed on this statement. If you send us any written correspondence, please be sure to include your account number.

CHANGES TO YOUR MAILING OR EMAIL ADDRESS: Please let us know as soon as possible when there has been a change to your mailing or email address. You can update your account by notifying the office servicing your account by calling the number listed on this statement.

USA PATRIOT ACT: The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or maintain an account or effect any transactions for you.

ASSETS: Subject to regulatory or other pre-agreed limitations, all or any part of the securities in your account may have been used by us in securities financing transactions.

INFORMATION AVAILABLE UPON REQUEST: The date and time of the transaction and the name of the person from whom the security was purchased, or to whom it was sold will be furnished upon request.

Page 20 of 20

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R0842



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]2233
01 01 140 05 M0000 E# 2
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ATTN: FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 07/01/2025 - 07/31/2025 | | Statement Beginning Balance | 73,187.70 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 802,024.44 |
| Number of Checks | 2 | Amount of Checks | 3,433.38 |
| Number of Other Debits | 10 | Amount of Other Debits | 770,604.89 |
| | | Statement Ending Balance | 101,173.87 |
| Number of Enclosures | 2 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/14 | 744 | 365,733.55 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM [redacted] | 123300680001660 |
| 07/29 | 858 | 436,290.89 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM [redacted] | 123300680002059 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/14 | | 313.01 | ADP WAGE GARN DES:WAGE GARN ID:633096757411E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 95012623577 |
| 07/14 | | 2,876.79 | FIDELITY 93925 C DES:FPRS ID:93925 008<br>INDN:Roman Catholic Archbis CO ID:9075693322 CCD<br>PMT INFO:Chancery 93925 008 | 92022980361 |
| 07/14 | | 19,254.53 | FIDELITY 93925 C DES:FPRS ID:93925 009<br>INDN:Roman Catholic Archbis CO ID:9075693322 CCD<br>PMT INFO:Chancery 93925 009 | 92022980363 |
| 07/14 | | 113,771.85 | ADP Tax DES:ADP Tax ID:04E2B 071528A01<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 95013835714 |
| 07/14 | | 222,496.09 | ADP WAGE PAY DES:WAGE PAY ID:633096757410E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 95012622807 |
| 07/18 | | 1,543.28 | Summarized Debits 1 | |
| 07/29 | | 270.00 | ADP WAGE GARN DES:WAGE GARN ID:782078226345E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 10002993688 |
| 07/29 | | 5,611.87 | ADP Tax DES:ADP Tax ID:04E2C 073031A01<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 10003841036 |
| 07/29 | | 80,454.61 | ADP WAGE PAY DES:WAGE PAY ID:782078226346E2C<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 10002993349 |
| 07/29 | | 106,952.99 | ADP Tax DES:ADP Tax ID:04E2B 073031A01<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 10003841035 |
| 07/29 | | 218,603.15 | ADP WAGE PAY DES:WAGE PAY ID:782078226344E2B<br>INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 10002993348 |
| 07/30 | | 1,890.10 | Summarized Debits 1 | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████2233
01 01 140 05 M0000 E# 2
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 73,187.70 | 73,187.70 | 07/29 | 103,063.97 | 103,063.97 |
| 07/14 | 80,208.98 | 80,208.98 | 07/30 | 101,173.87 | 101,173.87 |
| 07/18 | 78,665.70 | 78,665.70 | 07/31 | 101,173.87 | 101,173.87 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]2233
01 01 140 05 M0000 E# 2
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]4129
01 01 140 05 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
INVESTMENT POOL CHECKING ACCOUNT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 2

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 07/01/2025 - 07/31/2025 | | Statement Beginning Balance | 5,438.77 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 26,721.00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 32,159.77 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | 7906881 | 26,721.00 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM [redacted] | 123300680002616 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 5,438.77 | 5,438.77 | 07/31 | 32,159.77 | 32,159.77 |
| 07/01 | 32,159.77 | 32,159.77 | | | |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████4129
01 01 140 05 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████4577
01 01 140 01 M0000 E# 3
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
ARCHDIOCESE OF SAN FRANCISCO
SELF INSURANCE ACCOUNT
ADMINISTERED BY GALLAGHER HEFFERNAN
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

**Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 07/01/2025 - 07/31/2025 | | Statement Beginning Balance | 18,508.50 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 3 | Amount of Checks | 2,065.24 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 16,443.26 |
| Number of Enclosures | 3 | | |
| | | Service Charge | .00 |

**Withdrawals and Debits**

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4307 | 300.00 | 07/29 | 5592951250 | 4316* | 1,350.00 | 07/28 | 9292240771 |
| 4308 | 415.24 | 07/28 | 9292239947 | | | | |

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 18,508.50 | 18,508.50 | 07/29 | 16,443.26 | 16,443.26 |
| 07/28 | 16,743.26 | 16,743.26 | 07/31 | 16,443.26 | 16,443.26 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████████5250
01 01 140 01 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 07/01/2025 - 07/31/2025 | | Statement Beginning Balance | 1,465,182.76 |
| Number of Deposits/Credits | 73 | Amount of Deposits/Credits | 12,170,425.04 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 23 | Amount of Other Debits | 11,769,185.72 |
| | | Statement Ending Balance | 1,866,422.08 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | | 3,600.00 | GROUP 2 DEDUCTIO DES:U.S. BANK ID:XXXXX0686 INDN:SAN FRANCISCO, ARCHDIO CO ID:4416271370 PPD | 78004326965 |
| 07/01 | | 5,206.56 | STRIPE DES:TRANSFER ID:ST-U8Y5V1V7Q4U0 INDN:ARCHDIOCESE OF SAN FRA CO ID:1800948598 CCD | 81037998152 |
| 07/01 | | 7,545.59 | STRIPE DES:TRANSFER ID:ST-J0N5S1F0I2J1 INDN:ROMAN CATHOLIC ARCHBIS CO ID:4270465600 CCD | 81015498089 |
| 07/01 | | 10,050.00 | W FARGO BANK DES:TRUST ID:18031300 INDN:THE ROMAN CATHOLIC ARC CO ID:9810000401 PPD PMT INFO:TRANSFER FROM MCKEEVER FAMILY TRUST TUA INC PYMT | 82013510270 |
| 07/01 | | 31,763.95 | MATTRESS FIRM IN DES:PAYABLES ID:EX-011138 INDN:THE ARCHDIOCESE CO ID:9952856001 CTX PMT INFO:ACH070125JULYRENT 50205 2 | 81033808035 |
| 07/01 | 79729 | 3,000,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680002530 |
| 07/02 | | 26.55 | Gemini Trust Com DES:GeminiPay ID: INDN:The Giving Block, Inc. CO ID:9475153145 CCD | 82043773515 |
| 07/02 | 7 | 614.92 | Pre-encoded Deposit | 818108152110880 |
| 07/02 | 7 | 888.00 | Pre-encoded Deposit | 818108152110891 |
| 07/02 | 7 | 22,507.50 | Pre-encoded Deposit | 818108152110900 |
| 07/03 | | 728.00 | Marin Catholic 0 DES:PAYMENTJNL ID:V1057 INDN:Catholic San Francisco CO ID:1941156698 CCD | 84013416387 |
| 07/03 | | 791.47 | SQUARE DES:RTP CR DATE:07-03-2025 15:12 INSTID:20250703021000021P1B RJPC07520230050 E2EID:T3V22W6ZAPJRB4E REFID:20250703021000021P1BRJPC07520230050 | 5007520230050 |
| 07/03 | | 1,244.51 | CLYDE & CO DES:INVOICES ID:10003774 INDN:THE ROMAN CATHOLIC ARC CO ID:6205083001 CCD | 82035029994 |
| 07/03 | | 8,620.68 | BB*7562-1 DES:BB Merchan ID:ST-H3Z5N6G3Y8Y5 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 83008406280 |
| 07/07 | | 10,000.00 | MCF DES:GRANT PYMT ID: INDN:ARCHDIOCESE OF SAN FRA CO ID:1943007979 CCD PMT INFO:MARIN COMMUNITY FOUNDATION 2026-00038 | 83022309690 |
| 07/07 | 7 | 1,000.00 | Pre-encoded Deposit | 818108152731964 |
| 07/07 | 7 | 3,000.00 | Pre-encoded Deposit | 818108152732003 |
| 07/07 | 7 | 3,000.00 | Pre-encoded Deposit | 818108152732042 |
| 07/07 | 7 | 48,926.00 | Pre-encoded Deposit | 818108152732139 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████ 5250
01 01 140 01 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/08 | | 255.31 | The Benedict XVI DES:Receivable ID:026XXRIDF1H6TUH INDN:Archdiocese of San Fra CO ID:1204895317 CCD PMT INFO:026XXRIDF1H6TUH The Benedict XVI Bill.co m Inv 5152025 | 88047731150 |
| 07/08 | | 88,678.52 | Childrens Counci DES:Bill.com ID:015XYGHEKCK8S9K INDN:Roman Catholic Archbis CO ID:1204895317 CCD PMT INFO:Childrens Council Bill.com 015XYGHEKCK8S 9K Inv 2025 07 | 88047778500 |
| 07/08 | 7 | 4,000.00 | Pre-encoded Deposit | 818108252026164 |
| 07/08 | 7 | 8,000.00 | Pre-encoded Deposit | 818108252026411 |
| 07/08 | 7 | 39,547.62 | Pre-encoded Deposit | 818108252026455 |
| 07/09 | 7 | 3,000.00 | Pre-encoded Deposit | 818108252300706 |
| 07/10 | | 1,064.72 | BB*7562-1 DES:BB Merchan ID:ST-Q0P5N0P9B8C9 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 90007358518 |
| 07/10 | 7 | 280.00 | Pre-encoded Deposit | 818108252568050 |
| 07/10 | 7 | 372.00 | Pre-encoded Deposit | 818108252568126 |
| 07/10 | 7 | 3,000.00 | Pre-encoded Deposit | 818108252568017 |
| 07/11 | | 1,413.63 | CLYDE & CO DES:INVOICES ID:10003883 INDN:THE ROMAN CATHOLIC ARC CO ID:6205083001 CCD | 91016133558 |
| 07/11 | 7 | 3,095.00 | Pre-encoded Deposit | 818108252796569 |
| 07/14 | | 751.65 | THE ROMAN CA5250 DES:ADSF MISC FL# 25190003331 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 95001299138 |
| 07/14 | 77 | 4,242.48 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001583 |
| 07/16 | 7 | 845.98 | Pre-encoded Deposit | 818108352743354 |
| 07/16 | 7 | 7,129.00 | Pre-encoded Deposit | 818108352743328 |
| 07/16 | 7 | 281,719.03 | Pre-encoded Deposit | 818108352748795 |
| 07/17 | | 232,839.32 | ST PATRICKS 3034 DES:PAYMENTJNL ID:V1017 INDN:Archdiocese Of San Fra CO ID:5943233365 CCD | 98012985071 |
| 07/17 | | 3,004,745.56 | THE ROMAN CA5250 DES:HEALTH INS FL# 25195003286 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 98009947110 |
| 07/18 | | 1,890.70 | BB*7562-1 DES:BB Merchan ID:ST-S9S3D3O6G8R6 INDN:THE ROMAN CATHOLIC ARC CO ID:1800948598 CCD | 98017904766 |
| 07/21 | 7 | 50.00 | Pre-encoded Deposit | 818108452596541 |
| 07/21 | 7 | 100.00 | Pre-encoded Deposit | 818108452596600 |
| 07/21 | 7 | 2,000.00 | Pre-encoded Deposit | 818108452602058 |
| 07/21 | 7 | 3,355.86 | Pre-encoded Deposit | 818108452598518 |
| 07/22 | 7 | 3,193.88 | Pre-encoded Deposit | 818108452893145 |
| 07/22 | 7 | 3,687.13 | Pre-encoded Deposit | 818108452891410 |
| 07/22 | 7 | 5,000.00 | Pre-encoded Deposit | 818108452891367 |
| 07/22 | 7 | 8,503.49 | Pre-encoded Deposit | 818108452893278 |
| 07/23 | | 751.66 | THE ROMAN CA5250 DES:ADSF MISC FL# 25199000918 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 04008190782 |
| 07/23 | | 1,032.50 | THE ROMAN CA5250 DES:ADSF MISC FL# 25199000918 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 04008190779 |
| 07/23 | | 3,500,000.00 | 5W102C1911 ROMAN CATHOLIC ARCHBIS BKKP BBK MMR | 644804440000314 |
| 07/23 | 7 | 794.60 | Pre-encoded Deposit | 818108152151244 |
| 07/24 | 7 | 934.11 | Pre-encoded Deposit | 818108152361293 |
| 07/24 | 7 | 3,000.00 | Pre-encoded Deposit | 818108152361836 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████████5250
01 01 140 01 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/24 | 7 | 4,650.00 | Pre-encoded Deposit | 818108152355714 |
| 07/25 | 7 | 59,895.00 | Pre-encoded Deposit | 818108152531233 |
| 07/28 | | 1,000,000.00 | 5W102C1911 ROMAN CATHOLIC ARCHBIS BKKP BBK MMR | 644804440000295 |
| 07/28 | 7 | 858.10 | Pre-encoded Deposit | 818108152984880 |
| 07/28 | 7 | 10,000.00 | Pre-encoded Deposit | 818108152984793 |
| 07/29 | | 86,617.88 | THE ROMAN CA5250 DES:ADSF MISC FL# 25205002262 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 10000615192 |
| 07/29 | | 112,600.00 | THE ROMAN CA5250 DES:ADSF FL# 25206001440 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 10000616527 |
| 07/29 | | 118,333.33 | THE ROMAN CA5250 DES:ADSF FL# 25206001440 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 10000616530 |
| 07/29 | 7 | 1,050.00 | Pre-encoded Deposit | 818108252174700 |
| 07/29 | 812431 | 1,250.60 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680001991 |
| 07/30 | | 150.00 | ARCHDIOCESE 5622 DES:PAYMENTJNL ID:V105 INDN:Archdiocese Of San Fra CO ID:1320219324 PPD | 11004199685 |
| 07/30 | | 14,738.00 | THE ROMAN CA5250 DES:ADSF FL# 25206001440 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 11004236979 |
| 07/30 | | 21,363.00 | ARCHDIOCESE 5622 DES:PAYMENTJNL ID:V105 INDN:Archdiocese Of San Fra CO ID:1320219324 PPD | 10009943109 |
| 07/30 | | 23,253.49 | THE ROMAN CA5250 DES:HEALTH INS FL# 25209002748 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 11004239451 |
| 07/30 | 8641 | 4,254.44 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680002292 |
| 07/31 | | 26,396.70 | ARCHDIOCESE 5622 DES:PAYMENTJNL ID:V105 INDN:Archdiocese Of San Fra CO ID:1320219324 PPD | 11007670169 |
| 07/31 | 7 | 525.00 | Pre-encoded Deposit | 818108252709063 |
| 07/31 | 7 | 1,231.80 | Pre-encoded Deposit | 818108252718029 |
| 07/31 | 879 | 165,362.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680002424 |
| 07/31 | 883264 | 139,108.22 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████████ | 123300680002423 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | 781 | 575,197.95 | ACCOUNT TRANSFER TRSF TO ████████ | 00680002532 |
| 07/01 | 7906881 | 26,721.00 | ACCOUNT TRANSFER TRSF TO ████████ | 00680002531 |
| 07/03 | 70 | 209,826.52 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001761 |
| 07/03 | 7171 | 259.02 | ACCOUNT TRANSFER TRSF TO ████████ | 00680001760 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]5250
01 01 140 01 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/10 | | 530.00 | Wire Out-International WIRE TYPE:INTL OUT DATE:250711 TIME:0000 TRN:2025071000581654 SERVICE REF: BNF:CONGREGAZIONE PER LA DOTTR ID:VA86001000000023 BNF BK:ISTITUTO PER LE OPERE D ID:IOPRVAVX/(CH0147 PMT DET:Prot N 111/25M Li-Gao PN 111/25M | 00370581654 |
| 07/10 | 7297 | 371,787.64 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001883 |
| 07/14 | | 50,000.00 | U.S. BANK DES:PAYMENT ID:448473455003145 INDN:ARCHDIOCESE OF SF CO ID:1411558799 CCD | 92022668744 |
| 07/14 | 75 | 485.00 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001584 |
| 07/14 | 744 | 365,733.55 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001585 |
| 07/15 | | 151.00 | CA DEPT TAX FEE DES:CDTFA EPMT ID:21600069 INDN:PASTORAL CNTR, ADSF FI CO ID:2822162215 CCD | 95043732303 |
| 07/15 | | 4,401.43 | WIRE TYPE:WIRE OUT DATE:250715 TIME:0444 ET TRN:2025071400618523 SERVICE REF:005204 BNF:FLEX PLAN SERVICES, INC. ID:4121962286 BNF BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:TOP7RWL6 JULUBXHS | 00370618523 |
| 07/16 | | 23,253.49 | THE ROMAN CA5250 DES:RETURN ID:3612-HEALTHINS INDN:SETT-ACH DETAIL RETURN CO ID:A941156707 CCD | 97015389558 |
| 07/17 | 7538 | 1,989,327.98 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001890 |
| 07/23 | | 144,712.47 | QUARTERLY FEE DES:PAYMENT ID:0000 INDN:THE ROMAN CATHOLIC ARC CO ID:1501000502 CCD | 03029760240 |
| 07/23 | 831 | 3,744,096.07 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001792 |
| 07/25 | | 433.79 | BB*7562-1 DES:BB Merchan ID:ST-U8F5V5P3Z5H7 INDN:THE ROMAN CATHOLIC ARC CO ID:1800948598 CCD | 05014192497 |
| 07/28 | | 14,400.00 | THE ROMAN CA5250 DES:ADSF PMT FL# 25209004283 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 09027435291 |
| 07/28 | 81 | 3,055,259.02 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001664 |
| 07/29 | | 4,168.17 | WIRE TYPE:WIRE OUT DATE:250729 TIME:1450 ET TRN:2025072900474240 SERVICE REF:013290 BNF:US BANK NATIONAL ASSOCIATI ID:104790895775 BNF BK:U.S. BANK N.A. ID:091000022 PMT DET:TOP8D6E NTGKABGC2June-2025 Chancery Priest pension For fur | 00370474240 |
| 07/29 | 858 | 436,290.89 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001992 |
| 07/30 | | 593,712.19 | SAN FRANCISCO HE DES:JW25072400 ID:118675 INDN:THE ARCHDIOCESE OF S CO ID:5330903620 CCD | 10028633596 |
| 07/30 | 89 | 153,922.61 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680002293 |
| 07/31 | | 4,515.93 | WIRE TYPE:WIRE OUT DATE:250731 TIME:0428 ET TRN:2025073000130085 SERVICE REF:006722 BNF:FLEX PLAN SERVICES, INC. ID:4121962286 BNF BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:TOP8DFOT X86BBT3G | 00370130085 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████ 5250
01 01 140 01 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Page 5 of 6

## NON-PROFIT CHECKING

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 1,465,182.76 | 1,422,708.61 | 07/17 | 4,692,001.73 | 4,678,276.73 |
| 07/01 | 3,921,429.91 | 3,918,407.24 | 07/18 | 4,693,892.43 | 4,693,892.43 |
| 07/02 | 3,945,466.88 | 3,921,456.46 | 07/21 | 4,699,398.29 | 4,697,623.29 |
| 07/03 | 3,746,766.00 | 3,746,766.00 | 07/22 | 4,719,782.79 | 4,707,476.78 |
| 07/07 | 3,812,692.00 | 3,756,766.00 | 07/23 | 4,333,553.01 | 4,326,627.85 |
| 07/08 | 3,953,173.45 | 3,901,786.83 | 07/24 | 4,342,137.12 | 4,338,437.12 |
| 07/09 | 3,956,173.45 | 3,949,448.45 | 07/25 | 4,401,598.33 | 4,351,924.33 |
| 07/10 | 3,588,572.53 | 3,584,920.53 | 07/28 | 2,342,797.41 | 2,325,890.31 |
| 07/11 | 3,593,081.16 | 3,589,889.16 | 07/29 | 2,222,190.16 | 2,212,465.16 |
| 07/14 | 3,181,856.74 | 3,181,856.74 | 07/30 | 1,538,314.29 | 1,538,314.29 |
| 07/15 | 3,177,304.31 | 3,177,304.31 | 07/31 | 1,866,422.08 | 1,865,897.08 |
| 07/16 | 3,443,744.83 | 3,425,247.37 | | | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]5250
01 01 140 01 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████7083
01 01 140 05 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ADSF RESTRICTED
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

# FULL ANALYSIS CHECKING

**Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 07/01/2025 - 07/31/2025 | | Statement Beginning Balance | 11,727,533.75 |
| Number of Deposits/Credits | 51 | Amount of Deposits/Credits | 1,243,209.46 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 13 | Amount of Other Debits | 4,514,567.37 |
| | | Statement Ending Balance | 8,456,175.84 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

**Deposits and Credits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | | 3.88 | Preauthorized Credit | 81011986615 |
| 07/01 | | 827.25 | Preauthorized Credit | 81041844206 |
| 07/02 | 10 | 20,769.49 | Pre-encoded Deposit | 818108152110904 |
| 07/03 | | 1,600.00 | Preauthorized Credit | 83009040182 |
| 07/03 | | 10,231.10 | Wire Transfer Credit | 644800370481290 |
| 07/03 | | 10,501.88 | Preauthorized Credit | 83008301195 |
| 07/03 | 7171 | 259.02 | Automatic Transfer Credits | 123300680001128 |
| 07/07 | | .01 | Preauthorized Credit | 88005490950 |
| 07/07 | 10 | 453.74 | Pre-encoded Deposit | 818108152730082 |
| 07/07 | 10 | 2,045.00 | Pre-encoded Deposit | 818108152730154 |
| 07/08 | 10 | 38,313.28 | Pre-encoded Deposit | 818108252026558 |
| 07/10 | | 15,225.27 | Preauthorized Credit | 90007333331 |
| 07/10 | 10 | 20.00 | Pre-encoded Deposit | 818108252570578 |
| 07/10 | 10 | 6,766.00 | Pre-encoded Deposit | 818108252551989 |
| 07/10 | 10 | 40,899.16 | Pre-encoded Deposit | 818108252556116 |
| 07/10 | 10 | 51,073.70 | Pre-encoded Deposit | 818108252552553 |
| 07/10 | 10 | 184,612.71 | Pre-encoded Deposit | 818108252552278 |
| 07/11 | | 22,167.21 | Wire Transfer Credit | 644800370384607 |
| 07/16 | 10 | 60.00 | Pre-encoded Deposit | 818108352741065 |
| 07/16 | 10 | 1,754.82 | Pre-encoded Deposit | 818108352743311 |
| 07/16 | 10 | 18,590.56 | Pre-encoded Deposit | 818108352748078 |
| 07/16 | 10 | 55,886.47 | Pre-encoded Deposit | 818108352740999 |
| 07/17 | 10 | 17,385.14 | Pre-encoded Deposit | 818108352880840 |
| 07/17 | 10 | 26,619.75 | Pre-encoded Deposit | 818108352886838 |
| 07/17 | 10 | 28,356.64 | Pre-encoded Deposit | 818108352894144 |
| 07/18 | | 14,054.69 | Preauthorized Credit | 98013516236 |
| 07/21 | | 50,464.84 | Wire Transfer Credit | 644800370502349 |
| 07/21 | 10 | 221,437.60 | Pre-encoded Deposit | 818108452602208 |
| 07/22 | 10 | 3,986.05 | Pre-encoded Deposit | 818108452893410 |
| 07/22 | 10 | 6,600.00 | Pre-encoded Deposit | 818108452898488 |
| 07/22 | 10 | 13,113.00 | Pre-encoded Deposit | 818108452898366 |
| 07/22 | 10 | 16,057.00 | Pre-encoded Deposit | 818108452898401 |
| 07/22 | 10 | 45,714.68 | Pre-encoded Deposit | 818108452897168 |
| 07/23 | 10 | 33,370.05 | Pre-encoded Deposit | 818108152150072 |
| 07/24 | 10 | 1.88 | Pre-encoded Deposit | 818108152361793 |
| 07/24 | 10 | 4,340.00 | Pre-encoded Deposit | 818108152355765 |
| 07/25 | | 19,222.85 | Preauthorized Credit | 04021549069 |
| 07/28 | | 16,655.31 | Preauthorized Credit | 09006497486 |
| 07/28 | 10 | 14,013.63 | Pre-encoded Deposit | 818108152984911 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████7083
01 01 140 05 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## FULL ANALYSIS CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/29 | | 8,527.39 | Preauthorized Credit | 10000615270 |
| 07/29 | 10 | 1,310.00 | Pre-encoded Deposit | 818108252283316 |
| 07/29 | 10 | 2,779.50 | Pre-encoded Deposit | 818108252284789 |
| 07/29 | 10 | 6,214.00 | Pre-encoded Deposit | 818108252283231 |
| 07/29 | 10 | 11,824.04 | Pre-encoded Deposit | 818108252285661 |
| 07/29 | 10 | 17,465.00 | Pre-encoded Deposit | 818108252285029 |
| 07/29 | 10 | 25,020.80 | Pre-encoded Deposit | 818108252285574 |
| 07/29 | 10 | 115,761.39 | Pre-encoded Deposit | 818108252275469 |
| 07/30 | | 1,731.00 | Deposit | 28106752878269 |
| 07/30 | | 10,584.68 | Wire Transfer Credit | 644800370420018 |
| 07/30 | 10 | 21,000.00 | Pre-encoded Deposit | 818108252424759 |
| 07/31 | 10 | 7,538.00 | Pre-encoded Deposit | 818108252725509 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | 79729 | 3,000,000.00 | Preauthorized Debit | 00680001553 |
| 07/07 | | .01 | Preauthorized Debit | 88005489709 |
| 07/11 | | 1,600.00 | | 92003652591 |
| 07/14 | 77 | 4,242.48 | Preauthorized Debit | 00680001085 |
| 07/25 | | 51,620.34 | | 06009277369 |
| 07/25 | | 96,617.22 | | 06009277367 |
| 07/29 | | 25,182.70 | Wire Transfer Debit | 00370474241 |
| 07/29 | 812431 | 1,250.60 | Preauthorized Debit | 00680001308 |
| 07/30 | | 1,086,561.25 | Wire Transfer Debit | 00370438181 |
| 07/30 | 8641 | 4,254.44 | Preauthorized Debit | 00680001425 |
| 07/31 | | 50.00 | Return Item Chargeback | 01975547946 |
| 07/31 | | 104,080.11 | | 12012328195 |
| 07/31 | 883264 | 139,108.22 | Preauthorized Debit | 00680001703 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 11,727,533.75 | 11,669,374.40 | 07/17 | 9,276,113.34 | 9,243,166.95 |
| 07/01 | 8,728,364.88 | 8,728,027.88 | 07/18 | 9,290,168.03 | 9,289,043.03 |
| 07/02 | 8,749,134.37 | 8,749,134.37 | 07/21 | 9,562,070.47 | 9,340,632.87 |
| 07/03 | 8,771,726.37 | 8,771,726.37 | 07/22 | 9,647,541.20 | 9,605,128.15 |
| 07/07 | 8,774,225.11 | 8,771,926.37 | 07/23 | 9,680,911.25 | 9,641,329.20 |
| 07/08 | 8,812,538.39 | 8,811,813.39 | 07/24 | 9,685,253.13 | 9,647,816.20 |
| 07/09 | 8,812,538.39 | 8,812,538.39 | 07/25 | 9,556,238.42 | 9,552,173.42 |
| 07/10 | 9,111,135.23 | 8,948,216.18 | 07/28 | 9,586,907.36 | 9,586,907.36 |
| 07/11 | 9,131,702.44 | 9,115,086.44 | 07/29 | 9,749,376.18 | 9,715,130.18 |
| 07/14 | 9,127,459.96 | 9,127,459.96 | 07/30 | 8,691,876.17 | 8,662,951.17 |
| 07/16 | 9,203,751.81 | 9,139,186.53 | 07/31 | 8,456,175.84 | 8,453,705.84 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]7083
01 01 140 05 M0000 E# 0
Last Statement: 06/30/2025
This Statement: 07/31/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE

R0858



**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701

**Office Servicing your Account:**
BofA Securities, Inc.
101 CALIFORNIA ST
SAN FRANCISCO, CA 94111
For questions please call:
GSO Client Services
800.933.9662

**Registered Representative:**
BofA Securities, Inc.
VANDERWILT, JOHN
JOHN.A.VANDERWILT@BOFA.COM
(Orders not accepted via e-mail)

ROMAN CATHOLIC ARCHBISHOP SF
ARCHDIOCESE OF SAN FRANCISCO
ATTN: MARY CONNOLLY
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

## Account Summary

| **Current Period Ending Value** | **$54,793,989.27** |
|---|---|
| Withdrawals (Cash) | -$4,500,000.00 |
| Net Income and Expenses | $203,505.34 |

| Portfolio Holdings | **Quantity as of 07/31/2025** | **Market Value as of 07/31/2025** | **% of Portfolio** |
|---|---|---|---|
| Short Term Funds | 54,793,989.27 | $54,793,989.27 | 100.00 |
| **Total Portfolio Value** | **54,793,989.27** | **$54,793,989.27** | |

*BofA Securities, Inc.("BofAS") is registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value**

Statement Period:
**07/01/2025 to 07/31/2025**

Account Number:
**2C19**

## Cash Balance Summary

| Description | Cash Balance |
|---|---|
| Opening Balance | $0.00 |
| Short Term Fund Purch / CancelledRedempt | -$203,505.34 |
| Short Term Fund Redempt/ CancelledPurch | $4,500,000.00 |
| Withdrawals | -$4,500,000.00 |
| Dividends/SubstitutePayments | $203,505.34 |
| Closing Balance | $0.00 |

## Short Term Funds Summary

**BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO** **30 Day Yield 4.20**

| Account Summary | Quantity |
|---|---|
| Purchases / CancelledRedemptions | $203,505.34 |
| Redemptions / CancelledPurchases | -$4,500,000.00 |
| Ending Balance Prior Period | $59,090,483.93 |
| **Ending Share Balance Current Period** | **$54,793,989.27** |
| **Income Summary** | **Cash** |
| Dividends Paid and/or Reinvested | $203,505.34 |
| Accrued DividendsPayable | $207,483.08 |



Statement Period:
**07/01/2025 to 07/31/2025**

Account Number:
**█████2C19**

## Short Term Funds Transaction Summary

**BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL**

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments/ Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 07/01/2025 | 4.236 | 0.000116060 | $6,881.72 | $6,881.72 | $203,505.34 Purchase | $0.00 | 59,293,989.27 |
| 07/01/2025 | 0.000 | 0.000000000 | $0.00 | $0.00 | | $203,505.34 | 0.00 |
| 07/02/2025 | 4.238 | 0.000116112 | $6,884.74 | $13,766.46 | | $0.00 | 59,293,989.27 |
| 07/03/2025 | 4.211 | 0.000115378 | $27,365.07 | $41,131.53 | | $0.00 | 59,293,989.27 |
| 07/04/2025 | 4.211 | 0.000115378 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/05/2025 | 4.211 | 0.000115378 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/06/2025 | 4.211 | 0.000115378 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/07/2025 | 4.193 | 0.000114883 | $6,811.87 | $47,943.40 | | $0.00 | 59,293,989.27 |
| 07/08/2025 | 4.200 | 0.000115070 | $6,823.02 | $54,766.42 | | $0.00 | 59,293,989.27 |
| 07/09/2025 | 4.198 | 0.000115015 | $6,819.76 | $61,586.18 | | $0.00 | 59,293,989.27 |
| 07/10/2025 | 4.190 | 0.000114801 | $6,807.01 | $68,393.19 | | $0.00 | 59,293,989.27 |
| 07/11/2025 | 4.189 | 0.000114780 | $20,417.41 | $88,810.60 | | $0.00 | 59,293,989.27 |
| 07/12/2025 | 4.189 | 0.000114780 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/13/2025 | 4.189 | 0.000114780 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/14/2025 | 4.196 | 0.000114958 | $6,816.38 | $95,626.97 | | $0.00 | 59,293,989.27 |
| 07/15/2025 | 4.205 | 0.000115216 | $6,831.62 | $102,458.59 | | $0.00 | 59,293,989.27 |
| 07/16/2025 | 4.214 | 0.000115442 | $6,845.08 | $109,303.67 | | $0.00 | 59,293,989.27 |
| 07/17/2025 | 4.196 | 0.000114960 | $6,816.50 | $116,120.16 | | $0.00 | 59,293,989.27 |

Statement Period:
**07/01/2025 to**
**07/31/2025**

Account Number:
**2C19**

## Short Term Funds Transaction Summary - continued

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments/ Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 07/18/2025 | 4.194 | 0.000114911 | $20,440.65 | $136,560.82 | | $0.00 | 59,293,989.27 |
| 07/19/2025 | 4.194 | 0.000114911 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/20/2025 | 4.194 | 0.000114911 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/21/2025 | 4.176 | 0.000114420 | $6,784.42 | $143,345.24 | | $0.00 | 59,293,989.27 |
| 07/22/2025 | 4.173 | 0.000114341 | $6,779.79 | $150,125.03 | | $0.00 | 59,293,989.27 |
| 07/23/2025 | 4.175 | 0.000114370 | $6,381.16 | $156,506.19 | -$3,500,000.00 Redemption | $0.00 | 55,793,989.27 |
| 07/24/2025 | 4.181 | 0.000114550 | $6,391.26 | $162,897.44 | | $0.00 | 55,793,989.27 |
| 07/25/2025 | 4.205 | 0.000115207 | $19,283.74 | $182,181.19 | | $0.00 | 55,793,989.27 |
| 07/26/2025 | 4.205 | 0.000115207 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/27/2025 | 4.205 | 0.000115207 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 07/28/2025 | 4.216 | 0.000115510 | $6,329.31 | $188,510.49 | -$1,000,000.00 Redemption | $0.00 | 54,793,989.27 |
| 07/29/2025 | 4.216 | 0.000115500 | $6,328.71 | $194,839.20 | | $0.00 | 54,793,989.27 |
| 07/30/2025 | 4.207 | 0.000115260 | $6,315.56 | $201,154.76 | | $0.00 | 54,793,989.27 |
| 07/31/2025 | 4.215 | 0.000115493 | $6,328.32 | $207,483.08 | | $0.00 | 54,793,989.27 |



Statement Period:
**07/01/2025 to 07/31/2025**

Account Number:
**2C19**

## Income and Expense Summary

| Description | Reportable Month-to-Date | Non-Reportable Month-to-Date | Total Income Month-to-Date | Reportable Year-to-Date | Non-Reportable Year-to-Date | Total Income Year-to-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $203,505.34 | $0.00 | $203,505.34 | $1,229,793.93 | $0.00 | $1,229,793.93 |
| **Total Income and Expenses** | **$203,505.34** | **$0.00** | **$203,505.34** | **$1,229,793.93** | **$0.00** | **$1,229,793.93** |

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

Statement Period:
**07/01/2025 to 07/31/2025**

Account Number:
**2C19**

## Portfolio Holdings

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. BofA Securities, Inc. has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, BofA SECURITIES, INC. ("BofAS") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BofAS RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/ CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL | TFDXX 09248U700 | Cash | | 54,793,989.27 | $1.00 | $54,793,989.27 | $0.00 | 100.00 |
| **Total** | | | | **54,793,989.27** | | **$54,793,989.27** | | |
| **Total Priced Portfolio** | | | | **54,793,989.27** | | **$54,793,989.27** | | |

## Short Term Fund Activity

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL MONTHLY DIVIDEND REINVESTED | TFDXX 09248U700 | 07/01/2025 | Reinvest | Cash | 203,505.34 | $0.00 | -$203,505.34 |



Statement Period:
**07/01/2025 to 07/31/2025**

Account Number:
**[redacted]2C19**

## Short Term Fund Activity - continued

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL | TFDXX 09248U700 | 07/23/2025 | Redemption | Cash | -3,500,000.00 | $0.00 | $3,500,000.00 |
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL | TFDXX 09248U700 | 07/28/2025 | Redemption | Cash | -1,000,000.00 | $0.00 | $1,000,000.00 |
| **Total Short Term Fund Activity** | | | | | | | **$4,296,494.66** |

## Income and Expense Activity

| Description | Symbol/ CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL MONTHLY DIVIDEND | TFDXX 09248U700 | 07/01/2025 | Dividend | Cash | $0.00 | $203,505.34 | $0.00 | $203,505.34 |
| **Total Income and Expense Activity** | | | | | **$0.00** | **$203,505.34** | **$0.00** | **$203,505.34** |

Statement Period:
**07/01/2025 to**
**07/31/2025**

Account Number:
**2C19**

## Contribution and Withdrawal Activity

Assets displayed in the Contribution and Withdrawal section of your statement may not receive an indicative market price, and therefore the lack of a current price may impact some totals on your statement.
Please contact your account representative with any questions.

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BAS SECURITIES TRANSACTION | | 07/23/2025 | Delivered | Cash | 0.00 | $0.00 | -$3,500,000.00 |
| BAS SECURITIES TRANSACTION | | 07/28/2025 | Delivered | Cash | 0.00 | $0.00 | -$1,000,000.00 |
| **Total Contribution and Withdrawal Activity** | | | | | | | **-$4,500,000.00** |



Statement Period:
**07/01/2025 to**
**07/31/2025**

Account Number:
[redacted]**2C19**

# Important Information

**USA PATRIOT ACT DISCLOSURE**

BofAS, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications, Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Bank of America Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Bank of America Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at: www.dtcc.com/client-center/dtc-reference-directory

---

**ATTENTION GLIS CLIENTS**

Bank of America is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

---

Should you have questions regarding this statement, please contact Client Services at 800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

---

**SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES**

GLIS offers several different share classes of the money market funds that it sells, each having a different level of distribution or servicing fee ("Servicing Fees"). The Servicing Fees are paid out of fund assets, resulting in lower returns for investors. Generally, GLIS receives greater compensation for selling share classes with higher Servicing Fees. GLIS believes that different levels of compensation are appropriate because different customers may expect different levels of service or may cost more to service than others. GLIS has therefore developed a set of criteria to help determine which share class should be offered to a particular customer. The criteria are based on the customer's expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or lower level of service by GLIS. For more information on this practice, please consult your GLIS sales representative or visit our web site at **https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.**

**SEE PORTFOLIO HOLDINGS PAGE FOR MESSAGE ABOUT AUCTION RATE SECURITIES**

Statement Period:
**07/01/2025 to**
**07/31/2025**

Account Number:
**2C19**

## Disclosure Statement

**GENERAL** - "Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. © Bank of America Corporation. All rights reserved.

Securities transactions are recorded in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement.

Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise BofA Securities, Inc. ("BofAS") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of BofAS and have a complaint, please call 888.221.9276 or notify us in writing at BofA Securities, Inc., Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036.

**DISCLOSURES** - BofAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BofAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of BofAS may lend to one or more issuers whose securities are underwritten, dealt in, or placed by BofAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. BofAS may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, BofAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - BofAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BofAS in your account(s), including any property in transit or held by others on behalf of BofAS, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to BofAS now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and BofAS, together with all costs and expenses of BofAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BofAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BofAS shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BofAS is a member of SIPC, through which customer accounts are protected in the event of BofAS's financial failure. SIPC is responsible for making up any shortfall in client assets that a broker-dealer was required to maintain up to a maximum of $500,000 per client, including up to $250,000 for cash. Further information about SIPC can be found by calling SIPC at 202.371.8300 or at www.sipc.org. In addition, BofAS has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by BofAS or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by BofAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BofAS's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-In-Lending statement or contact the BofAS Margin Department at 980.386.9666. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.



Statement Period:
**07/01/2025 to**
**07/31/2025**

Account Number:
[redacted]**2C19**

## Disclosure Statement - continued

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BofAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - BofAS's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. BofAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of BofAS is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at http://investor.bankofamerica.com/financial-information/subsidiary-and-country-disclosures#fbid=JlhpOt5nTnt .
A Bank of America Corporation (BAC) financial statement is available online at http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of BofAS, including (i) securities not yet delivered to BofAS, (ii) securities purchased and not paid for by settlement date, and (iii) securities that BofAS has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in BofAS's possession or control. Furthermore, BofAS will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available on the Internet at http://www.finra.org or by contacting FINRA directly at 301.590.6500.

**End of Statement**

R0870

CALIFORNIA BANK TRUST

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

**Statement of Accounts**

This Statement: July 31, 2025
Last Statement: June 30, 2025

Account: ████9479

**Direct Inquiries to:**
800-400-6080
WWW.CALBANKTRUST.COM

0049932 4151-06-0000-CBT-PG0030-00001

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
GEORGE HILLS COMPANY INC, TPA
PO BOX 278
RANCHO CORDOVA, CA 95741-0278

## SUMMARY OF ACCOUNT BALANCE

| *Account Type* | *Account Number* | *Account Ending Balance* |
|---|---|---|
| COMMERCIAL ANALYZED CHECKING | ████9479 | $100,000.00 |

## COMMERCIAL ANALYZED CHECKING 5795359479

0178

| | *Previous Balance* | *Deposits/Credits* | *Withdrawals/Debits* | *Checks Processed* | *Ending Balance* |
|---|---|---|---|---|---|
| Count: | | 1 | 0 | 1 | |
| Amount: | 81,574.50 | 18,520.50 | 0.00 | 95.00- | 100,000.00 |

### DEPOSITS/CREDITS

| *Posting Date* | *Effective Date* | *Amount* | *Description* |
|---|---|---|---|
| 07/11 | 07/11 | 18,520.50 | ROMAN CATHOL0220 PAYMENTJNL REF # 02519 2002038653 ROMAN CAT |

### CHARGES/DEBITS

| *Posting Date* | *Effective Date* | *Amount* | *Description* |
|---|---|---|---|
| 07/01 | 07/01 | 95.00- | Check No: 000000002052 |

### CHECKS PROCESSED

| *Number* | *Date* | *Amount* |
|---|---|---|
| 2052 | 07/01 | $95.00 |

### ACTIVITY COUNT

| | *During this period* |
|---|---|
| Total Items | 2 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

### DAILY BALANCE

| *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|
| 07/01 | $81,479.50 | 07/11 | $100,000.00 |

July 31, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[redacted]9479



Page 3 of 4

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

July 31, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
█████9479

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 31 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |

Current interest rate is 0.0000% with no rate change this statement period

A division of Zions Bancorporation, N.A.

0049932-0000002-0118615

R0873

July 31, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[REDACTED]9479

This page intentionally left blank

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8800**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023023 02 SP 000638015117800 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02549804
35- -01-B -62 -218-04
0101  -11-02870-04




ADSF COMPOSITE BALANCED POOL
ACCOUNT ███████3800

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |

R0876

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ██████8800

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **17,039,822.18** | **12,835,399.88** |
| **Investment Activity** | | |
| Interest | 260.86 | 260.86 |
| Change In Unrealized Gain/Loss | 76,507.07 | .00 |
| Net Accrued Income (Current-Prior) | - 230.60 | - 230.60 |
| **Total Investment Activity** | **76,537.33** | **30.26** |
| **Net Change In Market And Cost** | **76,537.33** | **30.26** |
| **Ending Market And Cost** | **17,116,359.51** | **12,835,430.14** |

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 260.86 |
| Cash Equivalent Purchases | - 260.86 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 8,534.99 | 8,534.99 | 0.05 |
| Mutual Funds-Equity | 10,217,567.66 | 7,388,447.10 | 59.69 |
| Mutual Funds-Balanced | 6,890,226.60 | 5,438,417.79 | 40.26 |
| **Total Assets** | **17,116,329.25** | **12,835,399.88** | **100.00** |
| Accrued Income | 30.26 | 30.26 | 0.00 |
| **Grand Total** | **17,116,359.51** | **12,835,430.14** | **100.00** |
| | | | |
| **Estimated Annual Income** | **375,703.80** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02549804
35- -01-B -62 -218-04
0101  -11-02870-04



ADSF COMPOSITE BALANCED POOL
ACCOUNT ██████3800

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567  Asset Minor Code 1 | 8,534.990 | 8,534.99 1.0000 | 8,534.99 | .00 .00 | 30.26 | 4.17 |
| **Total Money Markets** | **8,534.990** | **8,534.99** | **8,534.99** | **.00** .00 | **30.26** | **4.17** |
| **Total Cash And Equivalents** | **8,534.990** | **8,534.99** | **8,534.99** | **.00** .00 | **30.26** | **4.17** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Artisan Intl Value Fund Ins 04314H857  Asset Minor Code 98 | 195,626.415 | 10,217,567.66 52.2300 | 7,388,447.10 | 2,829,120.56 9,781.33 | .00 | 2.40 |
| **Total Mutual Funds-Equity** | **195,626.415** | **10,217,567.66** | **7,388,447.10** | **2,829,120.56** 9,781.33 | **.00** | **2.40** |
| **Mutual Funds-Balanced** | | | | | | |
| Fpa Crescent Portfolio Cl I 30254T759  Asset Minor Code 55 | 158,870.800 | 6,890,226.60 43.3700 | 5,438,417.79 | 1,451,808.81 66,725.74 | .00 | 1.88 |
| **Total Mutual Funds-Balanced** | **158,870.800** | **6,890,226.60** | **5,438,417.79** | **1,451,808.81** 66,725.74 | **.00** | **1.88** |
| **Total Mutual Funds** | **354,497.215** | **17,107,794.26** | **12,826,864.89** | **4,280,929.37** 76,507.07 | **.00** | **2.19** |

R0880

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ██████8800

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **363,032.205** | **17,116,329.25** | **12,835,399.88** | **4,280,929.37**<br>**76,507.07** | **30.26** | **2.19** |
| **Accrued Income** | **.000** | **30.26** | **30.26** | | | |
| **Grand Total** | **363,032.205** | **17,116,359.51** | **12,835,430.14** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 8,534.990 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 260.86 | 30.26 | 260.86 | 30.26 |
| **Total Cash And Equivalents** | | | | | **260.86** | **30.26** | **260.86** | **30.26** |
| **Grand Total** | | | | | **260.86** | **30.26** | **260.86** | **30.26** |

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 260.86 |
| **Total Interest** | | **260.86** |

02549804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ██████8800

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 260.86 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 260.860 | .00 | - 260.86 | 260.86 |
| **Total First Am Govt Ob Fd Cl Z** | | **260.860** | **.00** | **- 260.86** | **260.86** |
| **Total Cash And Equivalents** | | **260.860** | **.00** | **- 260.86** | **260.86** |
| **Total Purchases** | | **260.860** | **.00** | **- 260.86** | **260.86** |



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025498
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023023 02 SP 000638015117800 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

**Account Number: [redacted]8801**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023029 05 SP 000638015117806 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02550404
35- -01-B -62 -218-04
0101  -12-02870-04

**US bank** 

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███████3801

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 16 |
| Investment Activity | 18 |
| Plan Expenses | 19 |
| Purchases | 20 |
| Sales And Maturities | 26 |
| Pending Trades | 32 |
| Broker Commissions | 33 |

R0888

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **19,851,115.54** | **17,630,835.18** |
| **Investment Activity** | | |
| Interest | 2,838.77 | 2,838.77 |
| Dividends | 12,085.86 | 12,085.86 |
| Realized Gain/Loss | 130,794.14 | 130,794.14 |
| Change In Unrealized Gain/Loss | - 316,206.72 | .00 |
| Net Accrued Income (Current-Prior) | 10,116.30 | 10,116.30 |
| **Total Investment Activity** | **- 160,371.65** | **155,835.07** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 49,045.61 | - 49,045.61 |
| **Total Plan Expenses** | **- 49,045.61** | **- 49,045.61** |
| **Net Change In Market And Cost** | **- 209,417.26** | **106,789.46** |
| **Ending Market And Cost** | **19,641,698.28** | **17,737,624.64** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 2,838.77 |
| Dividends | 12,085.86 |
| Cash Equivalent Purchases | - 468,665.05 |
| Purchases | - 1,088,743.23 |
| Cash Equivalent Sales | 664,152.55 |
| Sales/Maturities | 877,971.30 |
| **Total Investment Activity** | **- 359.80** |
| **Plan Expenses** | |
| Administrative Expenses* | - 49,045.61 |
| **Total Plan Expenses** | **- 49,045.61** |
| **Net Change In Cash** | **- 49,405.41** |
| **Ending Cash** | **- 49,405.41** |

## CASH RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 466,186.45 | 466,186.45 | 2.38 |
| Domestic Common Stocks | 17,405,853.93 | 15,608,332.98 | 88.62 |
| Foreign Stocks | 1,745,132.89 | 1,638,580.20 | 8.88 |
| **Total Assets** | **19,617,173.27** | **17,713,099.63** | **99.88** |
| Accrued Income | 24,525.01 | 24,525.01 | 0.12 |
| **Grand Total** | **19,641,698.28** | **17,737,624.64** | **100.00** |
| | | | |
| **Estimated Annual Income** | **366,293.02** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

# ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 515,591.860 | 515,591.86 1.0000 | 515,591.86 | .00 .00 | 2,614.82 | 4.17 |
| **Total Money Markets** | **515,591.860** | **515,591.86** | **515,591.86** | **.00 .00** | **2,614.82** | **4.17** |
| **Cash** | | | | | | |
| Pending Cash | | - 49,405.41 | - 49,405.41 | | | |
| **Total Cash** | **.000** | **- 49,405.41** | **- 49,405.41** | **.00 .00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **515,591.860** | **466,186.45** | **466,186.45** | **.00 .00** | **2,614.82** | **4.61** |
| **Domestic Common Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Lululemon Athletica Inc Com 550021109 Asset Minor Code 42 | 1,024.000 | 205,342.72 200.5300 | 279,594.43 | - 74,251.71 - 31,369.41 | .00 | 0.00 |
| *Automotive Manufacturers* | | | | | | |
| General Mtrs Co Com 37045V100 Asset Minor Code 42 | 9,183.000 | 489,821.22 53.3400 | 378,646.39 | 111,174.83 37,925.79 | .00 | 1.01 |
| *Home Building* | | | | | | |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Nvr Inc<br>62944T105 Asset Minor Code 42 | 45.000 | 339,727.05<br>7,549.4900 | 227,158.08 | 112,568.97<br>7,372.35 | .00 | 0.00 |
| *Internet Retail* | | | | | | |
| Amazon Com Inc<br>023135106 Asset Minor Code 42 | 1,858.000 | 434,976.38<br>234.1100 | 237,120.01 | 197,856.37<br>27,349.76 | .00 | 0.00 |
| *Leisure Facilities* | | | | | | |
| Disney Walt<br>Co Com<br>254687106 Asset Minor Code 42 | 3,805.000 | 453,213.55<br>119.1100 | 366,501.58 | 86,711.97<br>- 18,644.50 | .00 | 0.84 |
| *Restaurants* | | | | | | |
| Starbucks<br>Corp Com<br>855244109 Asset Minor Code 42 | 3,494.000 | 311,525.04<br>89.1600 | 298,779.91 | 12,745.13<br>- 8,630.18 | .00 | 2.74 |
| *Specialty Stores* | | | | | | |
| Carmax Inc Com<br>143130102 Asset Minor Code 42 | 6,671.000 | 377,645.31<br>56.6100 | 430,488.15 | - 52,842.84<br>- 74,131.69 | .00 | 0.00 |
| **Total Consumer Discretionary** | **26,080.000** | **2,612,251.27** | **2,218,288.55** | **393,962.72**<br>**- 60,127.88** | **.00** | **0.66** |
| **Consumer Staples** | | | | | | |
| *Food Distributors* | | | | | | |
| General Mls<br>Inc Com<br>370334104 Asset Minor Code 42 | 9,214.000 | 451,301.72<br>48.9800 | 518,219.74 | - 66,918.02<br>- 25,300.84 | 5,004.44 | 4.98 |
| Sysco Corp<br>871829107 Asset Minor Code 42 | 9,017.000 | 717,753.20<br>79.6000 | 709,621.90 | 8,131.30<br>34,805.62 | .00 | 2.71 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Food Distributors* | *18,231.000* | *1,169,054.92* | *1,227,841.64* | *- 58,786.72*<br>*9,504.78* | *5,004.44* | *3.58* |
| *Household Products* | | | | | | |
| Colgate<br>Palmolive Co Com<br>194162103 Asset Minor Code 42 | 8,912.000 | 747,271.20<br>83.8500 | 817,919.24 | - 70,648.04<br>- 62,436.03 | 4,107.48 | 2.48 |
| *Hypermarkets & Super Centers* | | | | | | |
| Target Corp<br>Com<br>87612E106 Asset Minor Code 42 | 2,223.000 | 223,411.50<br>100.5000 | 253,537.35 | - 30,125.85<br>37,550.90 | .00 | 4.54 |
| **Total Consumer Staples** | **29,366.000** | **2,139,737.62** | **2,299,298.23** | **- 159,560.61**<br>**- 15,380.35** | **9,111.92** | **3.30** |
| **Energy** | | | | | | |
| *Oil & Gas Exploration & Prod* | | | | | | |
| Conocophillips<br>20825C104 Asset Minor Code 42 | 7,882.000 | 751,469.88<br>95.3400 | 793,188.50 | - 41,718.62<br>44,139.20 | .00 | 3.27 |
| Diamondback<br>Energy Inc<br>25278X109 Asset Minor Code 42 | 3,087.000 | 458,913.42<br>148.6600 | 506,837.64 | - 47,924.22<br>34,759.62 | .00 | 2.69 |
| *Total Oil & Gas Exploration & Prod* | *10,969.000* | *1,210,383.30* | *1,300,026.14* | *- 89,642.84*<br>*78,898.82* | *.00* | *3.05* |
| **Total Energy** | **10,969.000** | **1,210,383.30** | **1,300,026.14** | **- 89,642.84**<br>**78,898.82** | **.00** | **3.05** |
| **Financials** | | | | | | |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Consumer Finance* | | | | | | |
| Capital One Finl Corp 14040H105 Asset Minor Code 42 | 3,304.000 | 710,360.00<br>215.0000 | 621,838.15 | 88,521.85<br>7,400.96 | .00 | 1.12 |
| *Diversified Banks* | | | | | | |
| Bank Of America Corp 060505104 Asset Minor Code 42 | 14,074.000 | 665,277.98<br>47.2700 | 449,825.10 | 215,452.88<br>- 703.70 | .00 | 2.37 |
| *Life & Health Insurance* | | | | | | |
| Metlife Inc 59156R108 Asset Minor Code 42 | 5,365.000 | 407,471.75<br>75.9500 | 458,334.90 | - 50,863.15<br>- 23,981.55 | .00 | 2.99 |
| *Multi-Line Insurance* | | | | | | |
| American International Group 026874784 Asset Minor Code 42 | 11,866.000 | 921,157.58<br>77.6300 | 698,549.85 | 222,607.73<br>- 94,453.36 | .00 | 2.32 |
| Hartford Insurance Group Inc Com 416515104 Asset Minor Code 42 | 1,953.000 | 242,933.67<br>124.3900 | 147,438.50 | 95,495.17<br>- 4,843.44 | .00 | 1.67 |
| *Total Multi-Line Insurance* | *13,819.000* | *1,164,091.25* | *845,988.35* | *318,102.90*<br>*- 99,296.80* | *.00* | *2.18* |
| *Multi-Sector Holdings* | | | | | | |
| Berkshire Hathaway Inc Cl B 084670702 Asset Minor Code 42 | 2,136.000 | 1,007,935.68<br>471.8800 | 918,491.89 | 89,443.79<br>- 26,869.08 | .00 | 0.00 |
| *Regional Banks* | | | | | | |
| Keycorp 493267108 Asset Minor Code 42 | 15,227.000 | 272,867.84<br>17.9200 | 215,851.36 | 57,016.48<br>- 7,543.51 | .00 | 4.58 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ■■■■■8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Specialized Finance* | | | | | | |
| Nasdaq Inc<br>631103108 Asset Minor Code 42 | 3,831.000 | 368,618.82<br>96.2200 | 227,126.72 | 141,492.10<br>26,050.80 | .00 | 1.12 |
| Visa Inc Com<br>Cl A<br>92826C839 Asset Minor Code 42 | 806.000 | 278,448.82<br>345.4700 | 162,211.95 | 116,236.87<br>- 7,721.48 | .00 | 0.68 |
| *Total Specialized Finance* | *4,637.000* | *647,067.64* | *389,338.67* | *257,728.97*<br>*18,329.32* | *.00* | *0.93* |
| **Total Financials** | **58,562.000** | **4,875,072.14** | **3,899,668.42** | **975,403.72**<br>**- 132,664.36** | **.00** | **1.63** |
| **Health Care** | | | | | | |
| *Health Care Services* | | | | | | |
| Labcorp<br>Holdings Inc Com Shs<br>504922105 Asset Minor Code 42 | 2,047.000 | 532,383.76<br>260.0800 | 499,670.04 | 32,713.72<br>32,713.72 | .00 | 1.11 |
| **Total Health Care** | **2,047.000** | **532,383.76** | **499,670.04** | **32,713.72**<br>**32,713.72** | **.00** | **1.10** |
| **Industrials** | | | | | | |
| *Building Products* | | | | | | |
| Builders<br>Firstsource Inc<br>12008R107 Asset Minor Code 42 | 2,249.000 | 285,915.37<br>127.1300 | 340,239.28 | - 54,323.91<br>35,171.17 | .00 | 0.00 |
| *Const., Farm Mach. & Hvy Trks* | | | | | | |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Caterpillar Inc 149123101 Asset Minor Code 42 | 729.000 | 319,316.58<br>438.0200 | 212,114.66 | 107,201.92<br>- 29,033.46 | 1,303.13 | 1.38 |
| *Electrical Components & Equip* | | | | | | |
| Regal Beloit Corp 758750103 Asset Minor Code 42 | 2,250.000 | 343,980.00<br>152.8800 | 281,697.52 | 62,282.48<br>18,108.93 | .00 | 0.92 |
| *Environmental Services* | | | | | | |
| Waste Mgmt Inc Del Com 94106L109 Asset Minor Code 42 | 2,495.000 | 571,754.20<br>229.1600 | 459,563.38 | 112,190.82<br>2,170.02 | .00 | 1.44 |
| *Industrial MacHinery* | | | | | | |
| Deere Co 244199105 Asset Minor Code 42 | 598.000 | 313,573.26<br>524.3700 | 213,238.44 | 100,334.82<br>9,496.24 | 968.76 | 1.24 |
| *Railroads* | | | | | | |
| Union Pacific Corp Com 907818108 Asset Minor Code 42 | 2,404.000 | 533,615.88<br>221.9700 | 521,801.01 | 11,814.87<br>- 19,496.44 | .00 | 2.49 |
| **Total Industrials** | **10,725.000** | **2,368,155.29** | **2,028,654.29** | **339,501.00**<br>**16,416.46** | **2,271.89** | **1.39** |
| **Information Technology** | | | | | | |
| *Application Software* | | | | | | |
| Adobe Inc 00724F101 Asset Minor Code 42 | 1,025.000 | 366,632.25<br>357.6900 | 358,237.85 | 8,394.40<br>- 29,919.75 | .00 | 0.00 |
| Salesforce Inc 79466L302 Asset Minor Code 42 | 1,650.000 | 426,244.50<br>258.3300 | 481,210.20 | - 54,965.70<br>- 23,694.00 | .00 | 0.64 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Application Software* | *2,675.000* | *792,876.75* | *839,448.05* | *- 46,571.30*<br>*- 53,613.75* | *.00* | *0.34* |
| *Internet Software & Services* | | | | | | |
| Ss C Technologies Hldgs Inc Com 78467J100 Asset Minor Code 42 | 4,022.000 | 343,800.56<br>85.4800 | 218,903.22 | 124,897.34<br>10,778.96 | .00 | 1.17 |
| *Semiconductor Equipment* | | | | | | |
| Texas Instrs Inc Com 882508104 Asset Minor Code 42 | 4,038.000 | 731,120.28<br>181.0600 | 700,456.29 | 30,663.99<br>- 114,816.82 | 5,491.68 | 3.00 |
| **Total Information Technology** | **10,735.000** | **1,867,797.59** | **1,758,807.56** | **108,990.03**<br>**- 157,651.61** | **5,491.68** | **1.53** |
| **Materials** | | | | | | |
| *Construction Materials* | | | | | | |
| Martin Marietta Matls Inc 573284106 Asset Minor Code 42 | 798.000 | 458,754.24<br>574.8800 | 328,380.46 | 130,373.78<br>20,684.16 | .00 | 0.55 |
| *Paper Products* | | | | | | |
| International Paper Co 460146103 Asset Minor Code 42 | 7,106.000 | 332,134.44<br>46.7400 | 307,016.99 | 25,117.45<br>- 1,107.60 | .00 | 3.96 |
| *Steel* | | | | | | |
| Nucor Corp 670346105 Asset Minor Code 42 | 2,064.000 | 295,296.48<br>143.0700 | 274,215.01 | 21,081.47<br>27,925.92 | 1,135.20 | 1.54 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Materials** | **9,968.000** | **1,086,185.16** | **909,612.46** | **176,572.70**<br>**47,502.48** | **1,135.20** | **1.86** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Extra Space<br>Storage Inc<br>30225T102 Asset Minor Code 42 | 2,291.000 | 307,818.76<br>134.3600 | 307,264.07 | 554.69<br>- 29,966.28 | .00 | 4.82 |
| SBA<br>Communications Corp<br>78410G104 Asset Minor Code 42 | 1,807.000 | 406,069.04<br>224.7200 | 387,043.22 | 19,025.82<br>- 18,286.84 | .00 | 1.98 |
| **Total Real Estate** | **4,098.000** | **713,887.80** | **694,307.29** | **19,580.51**<br>**- 48,253.12** | **.00** | **3.20** |
| **Total Domestic Common Stocks** | **162,550.000** | **17,405,853.93** | **15,608,332.98** | **1,797,520.95**<br>**- 238,545.84** | **18,010.69** | **1.81** |

## Foreign Stocks

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Financials** | | | | | | |
| *Insurance Brokers* | | | | | | |
| Aon Plc Shs<br>Cl A<br>G0403H108 Asset Minor Code 53 | 1,879.000 | 668,379.09<br>355.7100 | 649,833.70 | 18,545.39<br>- 1,972.95 | .00 | 0.84 |
| **Total Financials** | **1,879.000** | **668,379.09** | **649,833.70** | **18,545.39**<br>**- 1,972.95** | **.00** | **0.83** |
| **Health Care** | | | | | | |
| *Health Care Equipment* | | | | | | |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Medtronic Plc<br>Shs<br>G5960L103 Asset Minor Code 53 | 3,697.000 | 333,617.28<br>90.2400 | 297,710.65 | 35,906.63<br>11,349.79 | .00 | 3.15 |
| **Total Health Care** | **3,697.000** | **333,617.28** | **297,710.65** | **35,906.63**<br>**11,349.79** | **.00** | **3.14** |
| **Industrials** | | | | | | |
| *Diversified Commercial Svcs* | | | | | | |
| Ferguson Plc<br>New Common Stock New<br>31488V107 Asset Minor Code 53 | 1,994.000 | 445,320.02<br>223.3300 | 325,747.20 | 119,572.82<br>- 51,411.20 | 2,249.30 | 1.49 |
| **Total Industrials** | **1,994.000** | **445,320.02** | **325,747.20** | **119,572.82**<br>**- 51,411.20** | **2,249.30** | **1.48** |
| **Information Technology** | | | | | | |
| *It Consulting & Other Services* | | | | | | |
| Accenture Plc<br>Ireland Shs Class A<br>G1151C101 Asset Minor Code 53 | 1,115.000 | 297,816.50<br>267.1000 | 365,288.65 | - 67,472.15<br>- 35,626.52 | 1,650.20 | 2.22 |
| **Total Information Technology** | **1,115.000** | **297,816.50** | **365,288.65** | **- 67,472.15**<br>**- 35,626.52** | **1,650.20** | **2.21** |
| **Total Foreign Stocks** | **8,685.000** | **1,745,132.89** | **1,638,580.20** | **106,552.69**<br>**- 77,660.88** | **3,899.50** | **1.68** |
| **Total Assets** | **686,826.860** | **19,617,173.27** | **17,713,099.63** | **1,904,073.64**<br>**- 316,206.72** | **24,525.01** | **1.86** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Accrued Income** | **.000** | **24,525.01** | **24,525.01** | | | |
| **Grand Total** | **686,826.860** | **19,641,698.28** | **17,737,624.64** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 515,591.860 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 2,838.77 | 2,614.82 | 2,838.77 | 2,614.82 |
| **Total Cash And Equivalents** | | | | | **2,838.77** | **2,614.82** | **2,838.77** | **2,614.82** |
| **Domestic Common Stocks** | | | | | | | | |
| 729.000 | Caterpillar Inc 149123101 | 07/21/25 | 08/20/25 | 6.04 | .00 | 1,303.13 | .00 | 1,303.13 |
| 8,912.000 | Colgate Palmolive Co Com 194162103 | 07/18/25 | 08/15/25 | 2.08 | .00 | 4,107.48 | .00 | 4,107.48 |
| 598.000 | Deere Co 244199105 | 06/30/25 | 08/08/25 | 6.48 | 968.76 | .00 | .00 | 968.76 |
| 3,805.000 | Disney Walt Co Com 254687106 | 06/24/25 | 07/23/25 | 1.00 | 1,902.50 | .00 | 1,902.50 | .00 |
| 9,214.000 | General Mls Inc Com 370334104 | 07/10/25 | 08/01/25 | 2.44 | .00 | 5,004.44 | .00 | 5,004.44 |
| 1,953.000 | Hartford Insurance Group Inc Com 416515104 | 06/02/25 | 07/02/25 | 2.08 | 1,015.56 | .00 | 1,015.56 | .00 |
| 2,064.000 | Nucor Corp 670346105 | 06/30/25 | 08/11/25 | 2.20 | 1,135.20 | .00 | .00 | 1,135.20 |
| 2,250.000 | Regal Beloit Corp 758750103 | 06/30/25 | 07/14/25 | 1.40 | 987.35 | .00 | 987.35 | .00 |
| 1,650.000 | Salesforce Inc 79466L302 | 06/18/25 | 07/10/25 | 1.66 | 686.40 | .00 | 686.40 | .00 |
| 9,017.000 | Sysco Corp 871829107 | 07/03/25 | 07/25/25 | 2.16 | .00 | 4,869.18 | 4,869.18 | .00 |
| 4,038.000 | Texas Instrs Inc Com 882508104 | 07/31/25 | 08/12/25 | 5.44 | .00 | 5,491.68 | .00 | 5,491.68 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Total Domestic Common Stocks** | | | | | **6,695.77** | **20,775.91** | **9,460.99** | **18,010.69** |
| **Foreign Stocks** | | | | | | | | |
| 1,115.000 | Accenture Plc Ireland Shs Class A G1151C101 | 07/10/25 | 08/15/25 | 5.92 | .00 | 1,650.20 | .00 | 1,650.20 |
| 3,697.000 | Medtronic Plc Shs G5960L103 | 06/27/25 | 07/11/25 | 2.84 | 2,624.87 | .00 | 2,624.87 | .00 |
| 1,994.000 | Ferguson Plc New Common Stock New 31488V107 | 06/20/25 | 08/06/25 | 3.32 | 2,249.30 | .00 | .00 | 2,249.30 |
| **Total Foreign Stocks** | | | | | **4,874.17** | **1,650.20** | **2,624.87** | **3,899.50** |
| **Grand Total** | | | | | **14,408.71** | **25,040.93** | **14,924.63** | **24,525.01** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 2,838.77 |
| **Total Interest** | | **2,838.77** |
| **Dividends** | | |
| **Disney Walt Co Com 254687106** | | |
| 07/23/2025 | 0.50 USD/Share On 3,805 Shares Due 7/23/25 | 1,902.50 |
| **Hartford Insurance Group Inc Com 416515104** | | |
| 07/02/2025 | 0.52 USD/Share On 1,953 Shares Due 7/2/25 | 1,015.56 |
| **Medtronic Plc Shs G5960L103** | | |
| 07/11/2025 | 0.71 USD/Share On 3,697 Shares Due 7/11/25 | 2,624.87 |
| **Regal Beloit Corp 758750103** | | |
| 07/14/2025 | 0.35 USD/Share On 2,821 Shares Due 7/14/25 | 987.35 |
| **Salesforce Inc 79466L302** | | |
| 07/10/2025 | 0.416 USD/Share On 1,650 Shares Due 7/10/25 | 686.40 |
| **Sysco Corp 871829107** | | |
| 07/25/2025 | 0.54 USD/Share On 9,017 Shares Due 7/25/25 | 4,869.18 |
| **Total Dividends** | | **12,085.86** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from July 1, 2025 to July 31, 2025

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Administrative Expenses** | | |
| **Investment Advisory And Management Fees** | | |
| **Management Fee** | | |
| 07/09/2025 | Paid To Diamond Hill Capital Mgmt, Inc<br>To 7311 Mgmt Fees Fp 1/1/2025 - 3/31/2025 | - 24,235.27 |
| 07/16/2025 | Paid To Diamond Hill Capital Mgmt, Inc<br>To 7311 Mgmt Fees Fp 4/1/2025 - 6/30/2025 | - 24,810.34 |
| **Total Management Fee** | | **- 49,045.61** |
| **Total Investment Advisory And Management Fees** | | **- 49,045.61** |
| **Total Administrative Expenses** | | **- 49,045.61** |
| **Total Plan Expenses** | | **- 49,045.61** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 3,854.33 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 3,854.330 | .00 | - 3,854.33 | 3,854.33 |
| 07/09/2025 | Purchased 115,601.33 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/9/25 31846V567 | 115,601.330 | .00 | - 115,601.33 | 115,601.33 |
| 07/10/2025 | Purchased 179,071.28 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/10/25 31846V567 | 179,071.280 | .00 | - 179,071.28 | 179,071.28 |
| 07/11/2025 | Purchased 9,574.91 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/11/25 31846V567 | 9,574.910 | .00 | - 9,574.91 | 9,574.91 |
| 07/11/2025 | Purchased 2,624.87 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/11/25 31846V567 | 2,624.870 | .00 | - 2,624.87 | 2,624.87 |
| 07/14/2025 | Purchased 987.35 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/14/25 31846V567 | 987.350 | .00 | - 987.35 | 987.35 |
| 07/25/2025 | Purchased 47,287.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | 47,287.800 | .00 | - 47,287.80 | 47,287.80 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/28/2025 | Purchased<br>109,663.18 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 7/28/25<br>31846V567 | 109,663.180 | .00 | - 109,663.18 | 109,663.18 |
| **Total First Am Govt Ob Fd Cl Z** | | **468,665.050** | **.00** | **- 468,665.05** | **468,665.05** |
| **Total Cash And Equivalents** | | **468,665.050** | **.00** | **- 468,665.05** | **468,665.05** |
| **Domestic Common Stock** | | | | | |
| 07/08/2025 | Purchased 300<br>Shares Of<br>Berkshire Hathaway Inc Cl B<br>Trade Date 7/8/25<br>Purchased Through Cowen And Company, LLC<br>300 Shares At 476.4168 USD<br>084670702 | 300.000 | 6.00 | - 142,931.04 | 142,931.04 |
| **Total Berkshire Hathaway Inc Cl B** | | **300.000** | **6.00** | **- 142,931.04** | **142,931.04** |
| 07/08/2025 | Purchased 105<br>Shares Of<br>Colgate Palmolive Co Com<br>Trade Date 7/8/25<br>Purchased Through Piper Sandler & Co<br>105 Shares At 92.7241 USD<br>194162103 | 105.000 | 2.10 | - 9,738.13 | 9,738.13 |
| 07/08/2025 | Purchased 1,245<br>Shares Of<br>Colgate Palmolive Co Com<br>Trade Date 7/8/25<br>Purchased Through Evercore Isi<br>1,245 Shares At 92.6225 USD<br>194162103 | 1,245.000 | 49.80 | - 115,364.81 | 115,364.81 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/22/2025 | Purchased 670 Shares Of Colgate Palmolive Co Com Trade Date 7/22/25 Purchased Through Piper Sandler & Co 670 Shares At 88.0445 USD 194162103 | 670.000 | 13.40 | - 59,003.22 | 59,003.22 |
| 07/22/2025 | Purchased 187 Shares Of Colgate Palmolive Co Com Trade Date 7/22/25 Purchased Through Stifel, Nicolaus & Co.,Inc. 187 Shares At 88.1432 USD 194162103 | 187.000 | 3.74 | - 16,486.52 | 16,486.52 |
| 07/23/2025 | Purchased 60 Shares Of Colgate Palmolive Co Com Trade Date 7/23/25 Purchased Through Piper Sandler & Co 60 Shares At 88.2381 USD 194162103 | 60.000 | 1.20 | - 5,295.49 | 5,295.49 |
| 07/24/2025 | Purchased 96 Shares Of Colgate Palmolive Co Com Trade Date 7/24/25 Purchased Through Piper Sandler & Co 96 Shares At 88.6775 USD 194162103 | 96.000 | 1.92 | - 8,514.96 | 8,514.96 |
| **Total Colgate Palmolive Co Com** | | **2,363.000** | **72.16** | **- 214,403.13** | **214,403.13** |
| 07/10/2025 | Purchased 262 Shares Of General Mls Inc Com Trade Date 7/10/25 Purchased Through Cowen And Company, LLC 262 Shares At 51.1787 USD 370334104 | 262.000 | 5.24 | - 13,414.06 | 13,414.06 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/10/2025 | Purchased 450 Shares Of General Mls Inc Com Trade Date 7/10/25 Purchased Through Evercore Isi 450 Shares At 51.1835 USD 370334104 | 450.000 | 18.00 | - 23,050.58 | 23,050.58 |
| 07/22/2025 | Purchased 30 Shares Of General Mls Inc Com Trade Date 7/22/25 Purchased Through Stifel, Nicolaus & Co.,Inc. 30 Shares At 50.2957 USD 370334104 | 30.000 | .60 | - 1,509.47 | 1,509.47 |
| 07/22/2025 | Purchased 141 Shares Of General Mls Inc Com Trade Date 7/22/25 Purchased Through Jefferies LLC 141 Shares At 50.3475 USD 370334104 | 141.000 | 2.82 | - 7,101.82 | 7,101.82 |
| 07/24/2025 | Purchased 127 Shares Of General Mls Inc Com Trade Date 7/24/25 Purchased Through Piper Sandler & Co 127 Shares At 50.9831 USD 370334104 | 127.000 | 2.54 | - 6,477.39 | 6,477.39 |
| **Total General Mls Inc Com** | | **1,010.000** | **29.20** | **- 51,553.32** | **51,553.32** |
| 07/31/2025 | Purchased 1,045 Shares Of International Paper Co Trade Date 7/31/25 Purchased Through Jefferies LLC 1,045 Shares At 47.2579 USD 460146103 | 1,045.000 | 20.90 | - 49,405.41 | 49,405.41 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total International Paper Co** | | **1,045.000** | **20.90** | **- 49,405.41** | **49,405.41** |
| 07/21/2025 | Purchased 2,047<br>Shares Of<br>Labcorp Holdings Inc Com Shs<br>Trade Date 7/21/25<br>Purchased Through Jefferies LLC<br>2,047 Shares At 244.0787 USD<br>504922105 | 2,047.000 | 40.94 | - 499,670.04 | 499,670.04 |
| **Total Labcorp Holdings Inc Com Shs** | | **2,047.000** | **40.94** | **- 499,670.04** | **499,670.04** |
| 07/23/2025 | Purchased 147<br>Shares Of<br>Texas Instrs Inc Com<br>Trade Date 7/23/25<br>Purchased Through Bernstein Institutional Servic<br>147 Shares At 190.0476 USD<br>882508104 | 147.000 | 5.88 | - 27,942.88 | 27,942.88 |
| **Total Texas Instrs Inc Com** | | **147.000** | **5.88** | **- 27,942.88** | **27,942.88** |
| 07/08/2025 | Purchased 410<br>Shares Of<br>Waste Mgmt Inc Del Com<br>Trade Date 7/8/25<br>Purchased Through Piper Sandler & Co<br>410 Shares At 225.5563 USD<br>94106L109 | 410.000 | 16.40 | - 92,494.48 | 92,494.48 |
| **Total Waste Mgmt Inc Del Com** | | **410.000** | **16.40** | **- 92,494.48** | **92,494.48** |
| **Total Domestic Common Stock** | | **7,322.000** | **191.48** | **- 1,078,400.30** | **1,078,400.30** |

**Foreign Stock**

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/08/2025 | Purchased 34 Shares Of Accenture Plc Ireland Shs Class A Trade Date 7/8/25 Purchased Through Cowen And Company, LLC 34 Shares At 304.1839 USD G1151C101 | 34.000 | .68 | - 10,342.93 | 10,342.93 |
| **Total Accenture Plc Ireland Shs Class A** | | **34.000** | **.68** | **- 10,342.93** | **10,342.93** |
| **Total Foreign Stock** | | **34.000** | **.68** | **- 10,342.93** | **10,342.93** |
| **Total Purchases** | | **476,021.050** | **192.16** | **- 1,557,408.28** | **1,557,408.28** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███8801

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 07/09/2025 | Sold 24,235.27 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/9/25 31846V567 | - 24,235.270 | .00 | 24,235.27 | - 24,235.27 | .00 |
| 07/16/2025 | Sold 24,810.34 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/16/25 31846V567 | - 24,810.340 | .00 | 24,810.34 | - 24,810.34 | .00 |
| 07/22/2025 | Sold 499,670.04 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/22/25 31846V567 | - 499,670.040 | .00 | 499,670.04 | - 499,670.04 | .00 |
| 07/23/2025 | Sold 82,198.53 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/23/25 31846V567 | - 82,198.530 | .00 | 82,198.53 | - 82,198.53 | .00 |
| 07/24/2025 | Sold 33,238.37 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/24/25 31846V567 | - 33,238.370 | .00 | 33,238.37 | - 33,238.37 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 664,152.550** | **.00** | **664,152.55** | **- 664,152.55** | **.00** |
| **Total Cash And Equivalents** | | **- 664,152.550** | **.00** | **664,152.55** | **- 664,152.55** | **.00** |

**Domestic Common Stock**

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/08/2025 | Sold 330<br>Shares Of<br>Builders Firstsource Inc<br>Trade Date 7/8/25<br>Sold Through Jefferies LLC<br>Paid 6.60 USD Brokerage<br>330 Shares At 125.8977 USD<br>12008R107 | - 330.000 | 6.60 | 41,539.64 | - 50,199.31 | - 8,659.67 |
| **Total Builders Firstsource Inc** | | **- 330.000** | **6.60** | **41,539.64** | **- 50,199.31** | **- 8,659.67** |
| 07/08/2025 | Sold 419<br>Shares Of<br>Carmax Inc Com<br>Trade Date 7/8/25<br>Sold Through Jefferies LLC<br>Paid 8.38 USD Brokerage<br>419 Shares At 68.5116 USD<br>143130102 | - 419.000 | 8.38 | 28,697.98 | - 26,984.48 | 1,713.50 |
| 07/10/2025 | Sold 265<br>Shares Of<br>Carmax Inc Com<br>Trade Date 7/10/25<br>Sold Through Baird, Robert W., & Company In<br>Paid 10.60 USD Brokerage<br>265 Shares At 66.954 USD<br>143130102 | - 265.000 | 10.60 | 17,732.21 | - 17,042.04 | 690.17 |
| 07/10/2025 | Sold 384<br>Shares Of<br>Carmax Inc Com<br>Trade Date 7/10/25<br>Sold Through Cowen And Company, LLC<br>Paid 7.68 USD Brokerage<br>384 Shares At 67.091 USD<br>143130102 | - 384.000 | 7.68 | 25,755.26 | - 24,467.40 | 1,287.86 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/10/2025 | Sold 38<br>Shares Of<br>Carmax Inc Com<br>Trade Date 7/10/25<br>Sold Through Stifel, Nicolaus & Co.,Inc.<br>Paid 0.76 USD Brokerage<br>38 Shares At 67.18 USD<br>143130102 | - 38.000 | .76 | 2,552.08 | - 2,421.25 | 130.83 |
| **Total Carmax Inc Com** | | **- 1,106.000** | **27.42** | **74,737.53** | **- 70,915.17** | **3,822.36** |
| 07/08/2025 | Sold 202<br>Shares Of<br>Caterpillar Inc<br>Trade Date 7/8/25<br>Sold Through Evercore Isi<br>Paid 8.08 USD Brokerage<br>202 Shares At 394.0536 USD<br>149123101 | - 202.000 | 8.08 | 79,590.75 | - 39,133.66 | 40,457.09 |
| 07/24/2025 | Sold 134<br>Shares Of<br>Caterpillar Inc<br>Trade Date 7/24/25<br>Sold Through Bernstein Institutional Servic<br>Paid 5.36 USD Brokerage<br>134 Shares At 428.4801 USD<br>149123101 | - 134.000 | 5.36 | 57,410.97 | - 25,959.95 | 31,451.02 |
| **Total Caterpillar Inc** | | **- 336.000** | **13.44** | **137,001.72** | **- 65,093.61** | **71,908.11** |
| 07/08/2025 | Sold 4,798<br>Shares Of<br>Keycorp<br>Trade Date 7/8/25<br>Sold Through J.P. Morgan Securities LLC<br>Paid 95.96 USD Brokerage<br>4,798 Shares At 18.4581 USD<br>493267108 | - 4,798.000 | 95.96 | 88,466.00 | - 68,424.15 | 20,041.85 |
| **Total Keycorp** | | **- 4,798.000** | **95.96** | **88,466.00** | **- 68,424.15** | **20,041.85** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Sold 229 Shares Of Lululemon Athletica Inc Com Trade Date 7/25/25 Sold Through Jefferies LLC Paid 4.58 USD Brokerage 229 Shares At 218.1314 USD 550021109 | - 229.000 | 4.58 | 49,947.51 | - 60,975.61 | - 11,028.10 |
| **Total Lululemon Athletica Inc Com** | | **- 229.000** | **4.58** | **49,947.51** | **- 60,975.61** | **- 11,028.10** |
| 07/08/2025 | Sold 442 Shares Of Regal Beloit Corp Trade Date 7/8/25 Sold Through Jonestrading Institutional Ser Paid 8.84 USD Brokerage 442 Shares At 150.3686 USD 758750103 | - 442.000 | 8.84 | 66,454.08 | - 65,364.48 | 1,089.60 |
| 07/09/2025 | Sold 129 Shares Of Regal Beloit Corp Trade Date 7/9/25 Sold Through Jonestrading Institutional Ser Paid 2.58 USD Brokerage 129 Shares At 149.8836 USD 758750103 | - 129.000 | 2.58 | 19,332.40 | - 17,696.61 | 1,635.79 |
| **Total Regal Beloit Corp** | | **- 571.000** | **11.42** | **85,786.48** | **- 83,061.09** | **2,725.39** |
| 07/08/2025 | Sold 999 Shares Of Target Corp Com Trade Date 7/8/25 Sold Through Wells Fargo Securities, LLC Paid 39.96 USD Brokerage 999 Shares At 101.611 USD 87612E106 | - 999.000 | 39.96 | 101,469.43 | - 131,989.70 | - 30,520.27 |
| **Total Target Corp Com** | | **- 999.000** | **39.96** | **101,469.43** | **- 131,989.70** | **- 30,520.27** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/09/2025 | Sold 642 Shares Of Texas Instrs Inc Com Trade Date 7/9/25 Sold Through Baird, Robert W., & Company In Paid 25.68 USD Brokerage 642 Shares At 216.2843 USD 882508104 | - 642.000 | 25.68 | 138,828.84 | - 123,147.24 | 15,681.60 |
| **Total Texas Instrs Inc Com** | | **- 642.000** | **25.68** | **138,828.84** | **- 123,147.24** | **15,681.60** |
| **Total Domestic Common Stock** | | **- 9,011.000** | **225.06** | **717,777.15** | **- 653,805.88** | **63,971.27** |
| **Foreign Stock** | | | | | | |
| 07/08/2025 | Sold 359 Shares Of Ferguson Plc New Common Stock New Trade Date 7/8/25 Sold Through Bernstein Institutional Servic Paid 14.36 USD Brokerage 359 Shares At 223.5911 USD 31488V107 | - 359.000 | 14.36 | 80,254.84 | - 46,576.97 | 33,677.87 |
| 07/09/2025 | Sold 90 Shares Of Ferguson Plc New Common Stock New Trade Date 7/9/25 Sold Through Bernstein Institutional Servic Paid 3.60 USD Brokerage 90 Shares At 224.7471 USD 31488V107 | - 90.000 | 3.60 | 20,223.64 | - 11,747.58 | 8,476.06 |
| 07/25/2025 | Sold 267 Shares Of Ferguson Plc New Common Stock New Trade Date 7/25/25 Sold Through Bernstein Institutional Servic Paid 10.68 USD Brokerage 267 Shares At 223.6942 USD 31488V107 | - 267.000 | 10.68 | 59,715.67 | - 35,046.73 | 24,668.94 |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Ferguson Plc New Common Stock New** | | **- 716.000** | **28.64** | **160,194.15** | **- 93,371.28** | **66,822.87** |
| **Total Foreign Stock** | | **- 716.000** | **28.64** | **160,194.15** | **- 93,371.28** | **66,822.87** |
| **Total Sales And Maturities** | | **- 673,879.550** | **253.70** | **1,542,123.85** | **- 1,411,329.71** | **130,794.14** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from July 1, 2025 to July 31, 2025

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 07/31/2025 | 08/01/2025 | Purchased 1,045 Shares Of International Paper Co Trade Date 7/31/25 Purchased Through Jefferies LLC Paid 20.90 USD Brokerage Purchased On The Otcbb 1,045 Shares At 47.2579 USD 460146103 | 1,045.000 | 49,405.41 | - 49,405.41 |
| **Total Purchases** | | | **1,045.000** | **49,405.41** | **- 49,405.41** |
| **Net Trades Pending Settlement** | | | **1,045.000** | **49,405.41** | **- 49,405.41** |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ■■■■■8801

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Baird, Robert W., & Company In** | | | | | | |
| 265.000 | 07/10/2025 | Sold Carmax Inc Com 143130102 | 17,742.81 | 10.60 | .00 | 17,732.21 |
| 642.000 | 07/09/2025 | Sold Texas Instrs Inc Com 882508104 | 138,854.52 | 25.68 | .00 | 138,828.84 |
| **Total Baird, Robert W., & Company In** | | | **156,597.33** | **36.28** | **.00** | **156,561.05** |
| # Trades/Commission Per Share | | | 2 | .04 | | |
| **Bernstein Institutional Servic** | | | | | | |
| 147.000 | 07/23/2025 | Bought Texas Instrs Inc Com 882508104 | 27,937.00 | 5.88 | .00 | 27,942.88 |
| 134.000 | 07/24/2025 | Sold Caterpillar Inc 149123101 | 57,416.33 | 5.36 | .00 | 57,410.97 |
| 359.000 | 07/08/2025 | Sold Ferguson Plc New Common Stock New 31488V107 | 80,269.20 | 14.36 | .00 | 80,254.84 |
| 90.000 | 07/09/2025 | Sold Ferguson Plc New Common Stock New 31488V107 | 20,227.24 | 3.60 | .00 | 20,223.64 |
| 267.000 | 07/25/2025 | Sold Ferguson Plc New Common Stock New 31488V107 | 59,726.35 | 10.68 | .00 | 59,715.67 |
| **Total Bernstein Institutional Servic** | | | **245,576.12** | **39.88** | **.00** | **245,548.00** |
| # Trades/Commission Per Share | | | 5 | .04 | | |

**Cowen And Company, LLC**

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 34.000 | 07/08/2025 | Bought<br>Accenture Plc Ireland Shs Class A<br>G1151C101 | 10,342.25 | .68 | .00 | 10,342.93 |
| 300.000 | 07/08/2025 | Bought<br>Berkshire Hathaway Inc Cl B<br>084670702 | 142,925.04 | 6.00 | .00 | 142,931.04 |
| 262.000 | 07/10/2025 | Bought<br>General Mls Inc Com<br>370334104 | 13,408.82 | 5.24 | .00 | 13,414.06 |
| 384.000 | 07/10/2025 | Sold<br>Carmax Inc Com<br>143130102 | 25,762.94 | 7.68 | .00 | 25,755.26 |
| **Total Cowen And Company, LLC** | | | **192,439.05** | **19.60** | **.00** | **192,443.29** |
| # Trades/Commission Per Share | | | 4 | .02 | | |
| **Evercore Isi** | | | | | | |
| 1,245.000 | 07/08/2025 | Bought<br>Colgate Palmolive Co Com<br>194162103 | 115,315.01 | 49.80 | .00 | 115,364.81 |
| 450.000 | 07/10/2025 | Bought<br>General Mls Inc Com<br>370334104 | 23,032.58 | 18.00 | .00 | 23,050.58 |
| 202.000 | 07/08/2025 | Sold<br>Caterpillar Inc<br>149123101 | 79,598.83 | 8.08 | .00 | 79,590.75 |
| **Total Evercore Isi** | | | **217,946.42** | **75.88** | **.00** | **218,006.14** |
| # Trades/Commission Per Share | | | 3 | .04 | | |

**J.P. Morgan Securities LLC**

02550404
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███ 3801

## BROKER COMMISSIONS (continued)

| BROKER/PARTY<br>SHARES/<br>UNITS | DATE | DESCRIPTION | PURCHASE COST/<br>SALE PROCEEDS | BROKER<br>COMMISSION | OTHER<br>EXPENSE | TOTAL COST/<br>NET PROCEEDS |
|---|---|---|---|---|---|---|
| 4,798.000 | 07/08/2025 | Sold<br>Keycorp<br>493267108 | 88,561.96 | 95.96 | .00 | 88,466.00 |
| **Total J.P. Morgan Securities LLC** | | | **88,561.96** | **95.96** | **.00** | **88,466.00** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Jefferies LLC** | | | | | | |
| 141.000 | 07/22/2025 | Bought<br>General Mls Inc Com<br>370334104 | 7,099.00 | 2.82 | .00 | 7,101.82 |
| 1,045.000 | 07/31/2025 | Bought<br>International Paper Co<br>460146103 | 49,384.51 | 20.90 | .00 | 49,405.41 |
| 2,047.000 | 07/21/2025 | Bought<br>Labcorp Holdings Inc Com Shs<br>504922105 | 499,629.10 | 40.94 | .00 | 499,670.04 |
| 330.000 | 07/08/2025 | Sold<br>Builders Firstsource Inc<br>12008R107 | 41,546.24 | 6.60 | .00 | 41,539.64 |
| 419.000 | 07/08/2025 | Sold<br>Carmax Inc Com<br>143130102 | 28,706.36 | 8.38 | .00 | 28,697.98 |
| 229.000 | 07/25/2025 | Sold<br>Lululemon Athletica Inc Com<br>550021109 | 49,952.09 | 4.58 | .00 | 49,947.51 |
| **Total Jefferies LLC** | | | **676,317.30** | **84.22** | **.00** | **676,362.40** |
| # Trades/Commission Per Share | | | 6 | .02 | | |
| **Jonestrading Institutional Ser** | | | | | | |

R0921

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 442.000 | 07/08/2025 | Sold<br>Regal Beloit Corp<br>758750103 | 66,462.92 | 8.84 | .00 | 66,454.08 |
| 129.000 | 07/09/2025 | Sold<br>Regal Beloit Corp<br>758750103 | 19,334.98 | 2.58 | .00 | 19,332.40 |
| **Total Jonestrading Institutional Ser** | | | **85,797.90** | **11.42** | **.00** | **85,786.48** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Piper Sandler & Co** | | | | | | |
| 105.000 | 07/08/2025 | Bought<br>Colgate Palmolive Co Com<br>194162103 | 9,736.03 | 2.10 | .00 | 9,738.13 |
| 670.000 | 07/22/2025 | Bought<br>Colgate Palmolive Co Com<br>194162103 | 58,989.82 | 13.40 | .00 | 59,003.22 |
| 60.000 | 07/23/2025 | Bought<br>Colgate Palmolive Co Com<br>194162103 | 5,294.29 | 1.20 | .00 | 5,295.49 |
| 96.000 | 07/24/2025 | Bought<br>Colgate Palmolive Co Com<br>194162103 | 8,513.04 | 1.92 | .00 | 8,514.96 |
| 127.000 | 07/24/2025 | Bought<br>General Mls Inc Com<br>370334104 | 6,474.85 | 2.54 | .00 | 6,477.39 |
| 410.000 | 07/08/2025 | Bought<br>Waste Mgmt Inc Del Com<br>94106L109 | 92,478.08 | 16.40 | .00 | 92,494.48 |
| **Total Piper Sandler & Co** | | | **181,486.11** | **37.56** | **.00** | **181,523.67** |
| # Trades/Commission Per Share | | | 6 | .03 | | |

02550404
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Stifel, Nicolaus & Co.,Inc.** | | | | | | |
| 187.000 | 07/22/2025 | Bought Colgate Palmolive Co Com 194162103 | 16,482.78 | 3.74 | .00 | 16,486.52 |
| 30.000 | 07/22/2025 | Bought General Mls Inc Com 370334104 | 1,508.87 | .60 | .00 | 1,509.47 |
| 38.000 | 07/10/2025 | Sold Carmax Inc Com 143130102 | 2,552.84 | .76 | .00 | 2,552.08 |
| **Total Stifel, Nicolaus & Co.,Inc.** | | | **20,544.49** | **5.10** | **.00** | **20,548.07** |
| # Trades/Commission Per Share | | | 3 | .02 | | |
| **Wells Fargo Securities, LLC** | | | | | | |
| 999.000 | 07/08/2025 | Sold Target Corp Com 87612E106 | 101,509.39 | 39.96 | .00 | 101,469.43 |
| **Total Wells Fargo Securities, LLC** | | | **101,509.39** | **39.96** | **.00** | **101,469.43** |
| # Trades/Commission Per Share | | | 1 | .04 | | |
| **Grand Total** | | | **1,966,776.07** | **445.86** | **.00** | **1,966,714.53** |



R0924



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025504
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023029 05 SP 000638015117806 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

**Account Number: [REDACTED]8802**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023034 05 SP 000638015117811 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02550904
35- -01-B -62 -218-04
0101  -12-02870-04

 

ADSF CUSTODY - JENSEN
ACCOUNT ▆▆▆3802

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 13 |
| Investment Activity | 14 |
| Plan Expenses | 15 |
| Purchases | 16 |
| Sales And Maturities | 23 |
| Broker Commissions | 32 |

R0928

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **15,622,100.03** | **12,164,285.65** |
| **Investment Activity** | | |
| Interest | 771.46 | 771.46 |
| Dividends | 9,967.60 | 9,967.60 |
| Realized Gain/Loss | 444,722.78 | 444,722.78 |
| Change In Unrealized Gain/Loss | - 405,432.04 | .00 |
| Net Accrued Income (Current-Prior) | - 8,503.58 | - 8,503.58 |
| **Total Investment Activity** | **41,526.22** | **446,958.26** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 21,479.33 | - 21,479.33 |
| **Total Plan Expenses** | **- 21,479.33** | **- 21,479.33** |
| **Net Change In Market And Cost** | **20,046.89** | **425,478.93** |
| **Ending Market And Cost** | **15,642,146.92** | **12,589,764.58** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

 

ADSF CUSTODY - JENSEN
ACCOUNT ███████3802

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |

**Investment Activity**

| | |
|---|---|
| Interest | 771.46 |
| Dividends | 9,967.60 |
| Cash Equivalent Purchases | - 25,766.78 |
| Purchases | - 1,231,158.51 |
| Cash Equivalent Sales | 21,479.33 |
| Sales/Maturities | 1,246,186.23 |
| **Total Investment Activity** | **21,479.33** |

**Plan Expenses**

| | |
|---|---|
| Administrative Expenses* | - 21,479.33 |
| **Total Plan Expenses** | **- 21,479.33** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

\* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

R0930

02550904
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 245,981.54 | 245,981.54 | 1.57 |
| Domestic Common Stocks | 14,702,178.20 | 11,565,806.50 | 93.99 |
| Foreign Stocks | 693,124.50 | 777,113.86 | 4.43 |
| **Total Assets** | **15,641,284.24** | **12,588,901.90** | **99.99** |
| Accrued Income | 862.68 | 862.68 | 0.01 |
| **Grand Total** | **15,642,146.92** | **12,589,764.58** | **100.00** |

| **Estimated Annual Income** | 156,730.49 | | |



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

R0931

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 245,981.540 | 245,981.54<br>1.0000 | 245,981.54 | .00<br>.00 | 862.68 | 4.17 |
| **Total Money Markets** | **245,981.540** | **245,981.54** | **245,981.54** | **.00**<br>**.00** | **862.68** | **4.17** |
| **Total Cash And Equivalents** | **245,981.540** | **245,981.54** | **245,981.54** | **.00**<br>**.00** | **862.68** | **4.17** |
| **Domestic Common Stocks** | | | | | | |
| **Communication Services** | | | | | | |
| *Integrated Telecom Services* | | | | | | |
| Alphabet Inc Cl A 02079K305 Asset Minor Code 42 | 4,750.000 | 911,525.00<br>191.9000 | 611,569.09 | 299,955.91<br>48,565.34 | .00 | 0.44 |
| *Interactive Home Entertainment* | | | | | | |
| Meta Platforms Inc 30303M102 Asset Minor Code 42 | 420.000 | 324,844.80<br>773.4400 | 289,395.76 | 35,449.04<br>14,039.43 | .00 | 0.27 |
| **Total Communication Services** | **5,170.000** | **1,236,369.80** | **900,964.85** | **335,404.95**<br>**62,604.77** | **.00** | **0.39** |
| **Consumer Discretionary** | | | | | | |
| *Home Improvement Retail* | | | | | | |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Home Depot Inc<br>437076102 Asset Minor Code 42 | 265.000 | 97,390.15<br>367.5100 | 90,948.97 | 6,441.18<br>- 14,572.17 | .00 | 2.50 |
| *Restaurants* | | | | | | |
| McDonalds<br>Corp Com<br>580135101 Asset Minor Code 42 | 1,055.000 | 316,573.85<br>300.0700 | 287,600.80 | 28,973.05<br>6,603.09 | .00 | 2.36 |
| **Total Consumer Discretionary** | **1,320.000** | **413,964.00** | **378,549.77** | **35,414.23**<br>**- 7,969.08** | **.00** | **2.39** |
| **Consumer Staples** | | | | | | |
| *Household Products* | | | | | | |
| Procter<br>Gamble Co<br>742718109 Asset Minor Code 42 | 2,830.000 | 425,830.10<br>150.4700 | 448,513.97 | - 22,683.87<br>- 22,683.87 | .00 | 2.81 |
| **Total Consumer Staples** | **2,830.000** | **425,830.10** | **448,513.97** | **- 22,683.87**<br>**- 22,683.87** | **.00** | **2.80** |
| **Financials** | | | | | | |
| *Insurance Brokers* | | | | | | |
| Marsh<br>McLennan Cos Inc<br>571748102 Asset Minor Code 42 | 4,940.000 | 984,048.00<br>199.2000 | 919,353.69 | 64,694.31<br>- 112,600.93 | .00 | 1.81 |
| *Specialized Finance* | | | | | | |
| Mastercard Inc<br>57636Q104 Asset Minor Code 42 | 1,195.000 | 676,931.65<br>566.4700 | 457,131.41 | 219,800.24<br>- 32,981.02 | .00 | 0.54 |
| **Total Financials** | **6,135.000** | **1,660,979.65** | **1,376,485.10** | **284,494.55**<br>**- 145,581.95** | **.00** | **1.28** |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Health Care** | | | | | | |
| *Health Care Equipment* | | | | | | |
| Stryker Corp<br>863667101 Asset Minor Code 42 | 2,795.000 | 1,097,680.35<br>392.7300 | 988,324.47 | 109,355.88<br>- 15,886.25 | .00 | 0.86 |
| *Pharmaceuticals* | | | | | | |
| Eli Lilly Co<br>532457108 Asset Minor Code 42 | 530.000 | 392,237.10<br>740.0700 | 427,880.61 | - 35,643.51<br>- 35,643.51 | .00 | 0.81 |
| Zoetis Inc Cl<br>A<br>98978V103 Asset Minor Code 42 | 3,265.000 | 476,004.35<br>145.7900 | 581,912.51 | - 105,908.16<br>- 21,528.65 | .00 | 1.37 |
| *Total Pharmaceuticals* | *3,795.000* | *868,241.45* | *1,009,793.12* | *- 141,551.67*<br>*- 57,172.16* | *.00* | *1.11* |
| **Total Health Care** | **6,590.000** | **1,965,921.80** | **1,998,117.59** | **- 32,195.79**<br>**- 73,058.41** | **.00** | **0.97** |
| **Industrials** | | | | | | |
| *Diversified Commercial Svcs* | | | | | | |
| Copart Inc<br>217204106 Asset Minor Code 42 | 10,830.000 | 490,923.90<br>45.3300 | 578,969.87 | - 88,045.97<br>- 39,306.42 | .00 | 0.00 |
| *Employment Services* | | | | | | |
| Equifax Inc<br>294429105 Asset Minor Code 42 | 1,860.000 | 446,827.80<br>240.2300 | 410,238.63 | 36,589.17<br>- 42,430.03 | .00 | 0.83 |
| Verisk<br>Analytics Inc Com<br>92345Y106 Asset Minor Code 42 | 545.000 | 151,896.95<br>278.7100 | 111,143.84 | 40,753.11<br>- 22,702.27 | .00 | 0.65 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Employment Services* | *2,405.000* | *598,724.75* | *521,382.47* | *77,342.28*<br>*- 65,132.30* | *.00* | *0.78* |
| *Environmental Services* | | | | | | |
| Waste Mgmt<br>Inc Del Com<br>94106L109 Asset Minor Code 42 | 2,330.000 | 533,942.80<br>229.1600 | 374,358.92 | 159,583.88<br>- 14,677.15 | .00 | 1.44 |
| **Total Industrials** | **15,565.000** | **1,623,591.45** | **1,474,711.26** | **148,880.19**<br>**- 119,115.87** | **.00** | **0.76** |
| **Information Technology** | | | | | | |
| *Application Software* | | | | | | |
| Cadence<br>Design Sys Inc<br>127387108 Asset Minor Code 42 | 1,710.000 | 623,414.70<br>364.5700 | 470,480.44 | 152,934.26<br>95,941.85 | .00 | 0.00 |
| Intuit Com<br>461202103 Asset Minor Code 42 | 1,285.000 | 1,008,892.05<br>785.1300 | 633,904.08 | 374,987.97<br>- 26,463.68 | .00 | 0.53 |
| *Total Application Software* | *2,995.000* | *1,632,306.75* | *1,104,384.52* | *527,922.23*<br>*69,478.17* | *.00* | *0.32* |
| *Computer Hardware* | | | | | | |
| Apple Inc Com<br>037833100 Asset Minor Code 42 | 4,620.000 | 958,973.40<br>207.5700 | 706,246.54 | 252,726.86<br>- 33,567.43 | .00 | 0.50 |
| *Data Proc. & Outsourced Svcs* | | | | | | |
| Automatic<br>Data Processing<br>053015103 Asset Minor Code 42 | 1,710.000 | 529,245.00<br>309.5000 | 393,749.67 | 135,495.33<br>- 17,036.57 | .00 | 1.99 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Broadridge Financial Solutions Inc 11133T103 Asset Minor Code 42 | 2,635.000 | 652,188.85<br>247.5100 | 460,019.84 | 192,169.01<br>- 7,855.89 | .00 | 1.42 |
| *Total Data Proc. & Outsourced Svcs* | *4,345.000* | *1,181,433.85* | *853,769.51* | *327,664.34*<br>*- 24,892.46* | *.00* | *1.67* |
| *Electronics Equipmt Mfr.* | | | | | | |
| Amphenol Corp Cl A 032095101 Asset Minor Code 42 | 3,605.000 | 383,968.55<br>106.5100 | 196,571.43 | 187,397.12<br>- 74,734.31 | .00 | 0.62 |
| *Semiconductor Equipment* | | | | | | |
| Kla Corp Com New 482480100 Asset Minor Code 42 | 750.000 | 659,272.50<br>879.0300 | 425,556.98 | 233,715.52<br>- 40,532.42 | .00 | 0.86 |
| *Semiconductors* | | | | | | |
| Nvidia Corp 67066G104 Asset Minor Code 42 | 3,615.000 | 643,000.05<br>177.8700 | 451,698.00 | 191,302.05<br>59,880.69 | .00 | 0.02 |
| *Systems Software* | | | | | | |
| Microsoft Corp Com 594918104 Asset Minor Code 42 | 2,873.000 | 1,532,745.50<br>533.5000 | 876,112.51 | 656,632.99<br>39,982.93 | .00 | 0.62 |
| **Total Information Technology** | **22,803.000** | **6,991,700.60** | **4,614,339.49** | **2,377,361.11**<br>**- 4,384.83** | **.00** | **0.68** |

**Materials**

*Specialty Chemicals*

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT 8802

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Sherwin Williams Co 824348106 Asset Minor Code 42 | 1,160.000 | 383,820.80<br>330.8800 | 374,124.47 | 9,696.33<br>- 16,937.41 | .00 | 0.96 |
| **Total Materials** | **1,160.000** | **383,820.80** | **374,124.47** | **9,696.33**<br>**- 16,937.41** | **.00** | **0.95** |
| **Total Domestic Common Stocks** | **61,573.000** | **14,702,178.20** | **11,565,806.50** | **3,136,371.70**<br>**- 327,126.65** | **.00** | **0.89** |
| **Foreign Stocks** | | | | | | |
| **Information Technology** | | | | | | |
| *It Consulting & Other Services* | | | | | | |
| Accenture Plc Ireland Shs Class A G1151C101 Asset Minor Code 53 | 2,595.000 | 693,124.50<br>267.1000 | 777,113.86 | - 83,989.36<br>- 78,305.39 | .00 | 2.22 |
| **Total Information Technology** | **2,595.000** | **693,124.50** | **777,113.86** | **- 83,989.36**<br>**- 78,305.39** | **.00** | **2.21** |
| **Total Foreign Stocks** | **2,595.000** | **693,124.50** | **777,113.86** | **- 83,989.36**<br>**- 78,305.39** | **.00** | **2.21** |
| **Total Assets** | **310,149.540** | **15,641,284.24** | **12,588,901.90** | **3,052,382.34**<br>**- 405,432.04** | **862.68** | **1.00** |
| **Accrued Income** | **.000** | **862.68** | **862.68** | | | |
| **Grand Total** | **310,149.540** | **15,642,146.92** | **12,589,764.58** | | | |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02550904
35- -01-B -62 -218-04
0101 -12-02870-04



ADSF CUSTODY - JENSEN
ACCOUNT ██████3802

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 245,981.540 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 771.46 | 862.68 | 771.46 | 862.68 |
| **Total Cash And Equivalents** | | | | | **771.46** | **862.68** | **771.46** | **862.68** |
| **Domestic Common Stocks** | | | | | | | | |
| 3,605.000 | Amphenol Corp Cl A 032095101 | 06/17/25 | 07/09/25 | 0.66 | 884.40 | .00 | 884.40 | .00 |
| 1,710.000 | Automatic Data Processing 053015103 | 06/13/25 | 07/01/25 | 6.16 | 2,895.20 | .00 | 2,895.20 | .00 |
| 2,635.000 | Broadridge Financial Solutions Inc 11133T103 | 06/12/25 | 07/02/25 | 3.52 | 2,371.60 | .00 | 2,371.60 | .00 |
| 1,285.000 | Intuit Com 461202103 | 07/10/25 | 07/18/25 | 4.16 | .00 | 1,372.80 | 1,372.80 | .00 |
| 3,615.000 | Nvidia Corp 67066G104 | 06/11/25 | 07/03/25 | 0.04 | 37.00 | .00 | 37.00 | .00 |
| 2,795.000 | Stryker Corp 863667101 | 06/30/25 | 07/31/25 | 3.36 | 2,406.60 | .00 | 2,406.60 | .00 |
| **Total Domestic Common Stocks** | | | | | **8,594.80** | **1,372.80** | **9,967.60** | **.00** |
| **Grand Total** | | | | | **9,366.26** | **2,235.48** | **10,739.06** | **862.68** |

R0939

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 771.46 |
| **Total Interest** | | **771.46** |
| **Dividends** | | |
| **Amphenol Corp Cl A 032095101** | | |
| 07/09/2025 | 0.165 USD/Share On 5,360 Shares Due 7/9/25 | 884.40 |
| **Automatic Data Processing 053015103** | | |
| 07/01/2025 | 1.54 USD/Share On 1,880 Shares Due 7/1/25 | 2,895.20 |
| **Broadridge Financial Solutions Inc 11133T103** | | |
| 07/02/2025 | 0.88 USD/Share On 2,695 Shares Due 7/2/25 | 2,371.60 |
| **Intuit Com 461202103** | | |
| 07/18/2025 | 1.04 USD/Share On 1,320 Shares Due 7/18/25 | 1,372.80 |
| **Nvidia Corp 67066G104** | | |
| 07/03/2025 | 0.01 USD/Share On 3,700 Shares Due 7/3/25 | 37.00 |
| **Stryker Corp 863667101** | | |
| 07/31/2025 | 0.84 USD/Share On 2,865 Shares Due 7/31/25 | 2,406.60 |
| **Total Dividends** | | **9,967.60** |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from July 1, 2025 to July 31, 2025

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Administrative Expenses** | | |
| **Investment Advisory And Management Fees** | | |
| **Management Fee** | | |
| 07/18/2025 | Paid To Jensen Investment Mgmt<br>To 1632 Per Dir Dtd 7/17/2025<br>Fp 4/1/25 - 6/30/25 | - 21,479.33 |
| **Total Management Fee** | | **- 21,479.33** |
| **Total Investment Advisory And Management Fees** | | **- 21,479.33** |
| **Total Administrative Expenses** | | **- 21,479.33** |
| **Total Plan Expenses** | | **- 21,479.33** |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from July 1, 2025 to July 31, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/01/2025 | Purchased 2,895.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/1/25 31846V567 | 2,895.200 | .00 | - 2,895.20 | 2,895.20 |
| 07/02/2025 | Purchased 3,143.06 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 3,143.060 | .00 | - 3,143.06 | 3,143.06 |
| 07/03/2025 | Purchased 37 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/3/25 31846V567 | 37.000 | .00 | - 37.00 | 37.00 |
| 07/09/2025 | Purchased 884.4 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/9/25 31846V567 | 884.400 | .00 | - 884.40 | 884.40 |
| 07/18/2025 | Purchased 1,372.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/18/25 31846V567 | 1,372.800 | .00 | - 1,372.80 | 1,372.80 |
| 07/23/2025 | Purchased 5,136.36 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/23/25 31846V567 | 5,136.360 | .00 | - 5,136.36 | 5,136.36 |
| 07/25/2025 | Purchased 9,891.36 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | 9,891.360 | .00 | - 9,891.36 | 9,891.36 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/31/2025 | Purchased 2,406.6 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/31/25 31846V567 | 2,406.600 | .00 | - 2,406.60 | 2,406.60 |
| **Total First Am Govt Ob Fd Cl Z** | | **25,766.780** | **.00** | **- 25,766.78** | **25,766.78** |
| **Total Cash And Equivalents** | | **25,766.780** | **.00** | **- 25,766.78** | **25,766.78** |
| **Domestic Common Stock** | | | | | |
| 07/22/2025 | Purchased 165 Shares Of Alphabet Inc Cl A Trade Date 7/22/25 Purchased Through Clear Street LLC 165 Shares At 188.4036 USD 02079K305 | 165.000 | .83 | - 31,087.42 | 31,087.42 |
| **Total Alphabet Inc Cl A** | | **165.000** | **.83** | **- 31,087.42** | **31,087.42** |
| 07/22/2025 | Purchased 170 Shares Of Apple Inc Com Trade Date 7/22/25 Purchased Through Clear Street LLC 170 Shares At 213.4928 USD 037833100 | 170.000 | .85 | - 36,294.63 | 36,294.63 |
| **Total Apple Inc Com** | | **170.000** | **.85** | **- 36,294.63** | **36,294.63** |
| 07/22/2025 | Purchased 100 Shares Of Broadridge Financial Solutions Inc Trade Date 7/22/25 Purchased Through Clear Street LLC 100 Shares At 243.7601 USD 11133T103 | 100.000 | .50 | - 24,376.51 | 24,376.51 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

 

ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Total Broadridge Financial Solutions Inc** | | **100.000** | **.50** | **- 24,376.51** | **24,376.51** |
| 07/22/2025 | Purchased 65 Shares Of Cadence Design Sys Inc Trade Date 7/22/25 Purchased Through Clear Street LLC 65 Shares At 314.5158 USD 127387108 | 65.000 | .33 | - 20,443.86 | 20,443.86 |
| **Total Cadence Design Sys Inc** | | **65.000** | **.33** | **- 20,443.86** | **20,443.86** |
| 07/22/2025 | Purchased 390 Shares Of Copart Inc Trade Date 7/22/25 Purchased Through Clear Street LLC 390 Shares At 46.5464 USD 217204106 | 390.000 | 1.95 | - 18,155.05 | 18,155.05 |
| **Total Copart Inc** | | **390.000** | **1.95** | **- 18,155.05** | **18,155.05** |
| 07/24/2025 | Purchased 530 Shares Of Eli Lilly Co Trade Date 7/24/25 Purchased Through Cowen And Company, LLC 530 Shares At 807.3169 USD 532457108 | 530.000 | 2.65 | - 427,880.61 | 427,880.61 |
| **Total Eli Lilly Co** | | **530.000** | **2.65** | **- 427,880.61** | **427,880.61** |
| 07/22/2025 | Purchased 55 Shares Of Equifax Inc Trade Date 7/22/25 Purchased Through Clear Street LLC 55 Shares At 244.1108 USD 294429105 | 55.000 | .28 | - 13,426.37 | 13,426.37 |

R0944

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ■■■■■8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Equifax Inc** | | **55.000** | **.28** | **- 13,426.37** | **13,426.37** |
| 07/22/2025 | Purchased 45<br>Shares Of<br>Intuit Com<br>Trade Date 7/22/25<br>Purchased Through Clear Street LLC<br>45 Shares At 764.6924 USD<br>461202103 | 45.000 | .23 | - 34,411.39 | 34,411.39 |
| **Total Intuit Com** | | **45.000** | **.23** | **- 34,411.39** | **34,411.39** |
| 07/22/2025 | Purchased 185<br>Shares Of<br>Marsh McLennan Cos Inc<br>Trade Date 7/22/25<br>Purchased Through Clear Street LLC<br>185 Shares At 211.7496 USD<br>571748102 | 185.000 | .93 | - 39,174.61 | 39,174.61 |
| **Total Marsh McLennan Cos Inc** | | **185.000** | **.93** | **- 39,174.61** | **39,174.61** |
| 07/22/2025 | Purchased 40<br>Shares Of<br>McDonalds Corp Com<br>Trade Date 7/22/25<br>Purchased Through Clear Street LLC<br>40 Shares At 299.6151 USD<br>580135101 | 40.000 | .20 | - 11,984.80 | 11,984.80 |
| **Total McDonalds Corp Com** | | **40.000** | **.20** | **- 11,984.80** | **11,984.80** |
| 07/22/2025 | Purchased 20<br>Shares Of<br>Meta Platforms Inc<br>Trade Date 7/22/25<br>Purchased Through Clear Street LLC<br>20 Shares At 703.7791 USD<br>30303M102 | 20.000 | .10 | - 14,075.68 | 14,075.68 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Meta Platforms Inc** | | **20.000** | **.10** | **- 14,075.68** | **14,075.68** |
| 07/22/2025 | Purchased 15 Shares Of Microsoft Corp Com Trade Date 7/22/25 Purchased Through Clear Street LLC 15 Shares At 508.5308 USD 594918104 | 15.000 | .08 | - 7,628.04 | 7,628.04 |
| **Total Microsoft Corp Com** | | **15.000** | **.08** | **- 7,628.04** | **7,628.04** |
| 07/22/2025 | Purchased 135 Shares Of Nvidia Corp Trade Date 7/22/25 Purchased Through Clear Street LLC 135 Shares At 165.6781 USD 67066G104 | 135.000 | .68 | - 22,367.22 | 22,367.22 |
| **Total Nvidia Corp** | | **135.000** | **.68** | **- 22,367.22** | **22,367.22** |
| 07/24/2025 | Purchased 2,830 Shares Of Procter Gamble Co Trade Date 7/24/25 Purchased Through Cowen And Company, LLC 2,830 Shares At 158.4805 USD 742718109 | 2,830.000 | 14.15 | - 448,513.97 | 448,513.97 |
| **Total Procter Gamble Co** | | **2,830.000** | **14.15** | **- 448,513.97** | **448,513.97** |
| 07/22/2025 | Purchased 45 Shares Of Sherwin Williams Co Trade Date 7/22/25 Purchased Through Clear Street LLC 45 Shares At 337.8353 USD 824348106 | 45.000 | .23 | - 15,202.82 | 15,202.82 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Sherwin Williams Co** | | **45.000** | **.23** | **- 15,202.82** | **15,202.82** |
| 07/22/2025 | Purchased 100 Shares Of Stryker Corp Trade Date 7/22/25 Purchased Through Clear Street LLC 100 Shares At 393.1626 USD 863667101 | 100.000 | .50 | - 39,316.76 | 39,316.76 |
| **Total Stryker Corp** | | **100.000** | **.50** | **- 39,316.76** | **39,316.76** |
| 07/22/2025 | Purchased 5 Shares Of Waste Mgmt Inc Del Com Trade Date 7/22/25 Purchased Through Clear Street LLC 5 Shares At 227.8224 USD 94106L109 | 5.000 | .03 | - 1,139.14 | 1,139.14 |
| **Total Waste Mgmt Inc Del Com** | | **5.000** | **.03** | **- 1,139.14** | **1,139.14** |
| **Total Domestic Common Stock** | | **4,895.000** | **24.52** | **- 1,205,478.88** | **1,205,478.88** |
| **Foreign Stock** | | | | | |
| 07/22/2025 | Purchased 90 Shares Of Accenture Plc Ireland Shs Class A Trade Date 7/22/25 Purchased Through Clear Street LLC 90 Shares At 285.3242 USD G1151C101 | 90.000 | .45 | - 25,679.63 | 25,679.63 |
| **Total Accenture Plc Ireland Shs Class A** | | **90.000** | **.45** | **- 25,679.63** | **25,679.63** |
| **Total Foreign Stock** | | **90.000** | **.45** | **- 25,679.63** | **25,679.63** |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Purchases** | | **30,751.780** | **24.97** | **- 1,256,925.29** | **1,256,925.29** |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 07/18/2025 | Sold<br>21,479.33 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 7/18/25<br>31846V567 | - 21,479.330 | .00 | 21,479.33 | - 21,479.33 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 21,479.330** | **.00** | **21,479.33** | **- 21,479.33** | **.00** |
| **Total Cash And Equivalents** | | **- 21,479.330** | **.00** | **21,479.33** | **- 21,479.33** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 07/24/2025 | Sold 290<br>Shares Of<br>Alphabet Inc Cl A<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 1.45 USD Brokerage<br>290 Shares At 192.955 USD<br>02079K305 | - 290.000 | 1.45 | 55,955.50 | - 27,249.01 | 28,706.49 |
| **Total Alphabet Inc Cl A** | | **- 290.000** | **1.45** | **55,955.50** | **- 27,249.01** | **28,706.49** |
| 07/22/2025 | Sold 1,535<br>Shares Of<br>Amphenol Corp Cl A<br>Trade Date 7/22/25<br>Sold Through Clear Street LLC<br>Paid 7.68 USD Brokerage<br>1,535 Shares At 101.8483 USD<br>032095101 | - 1,535.000 | 7.68 | 156,329.46 | - 61,582.40 | 94,747.06 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/24/2025 | Sold 220 Shares Of Amphenol Corp Cl A Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 1.10 USD Brokerage 220 Shares At 103.855 USD 032095101 | - 220.000 | 1.10 | 22,847.00 | - 9,014.74 | 13,832.26 |
| **Total Amphenol Corp Cl A** | | **- 1,755.000** | **8.78** | **179,176.46** | **- 70,597.14** | **108,579.32** |
| 07/24/2025 | Sold 280 Shares Of Apple Inc Com Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 1.40 USD Brokerage 280 Shares At 214.79 USD 037833100 | - 280.000 | 1.40 | 60,139.80 | - 14,207.90 | 45,931.90 |
| **Total Apple Inc Com** | | **- 280.000** | **1.40** | **60,139.80** | **- 14,207.90** | **45,931.90** |
| 07/22/2025 | Sold 70 Shares Of Automatic Data Processing Trade Date 7/22/25 Sold Through Clear Street LLC Paid 0.35 USD Brokerage 70 Shares At 304.0812 USD 053015103 | - 70.000 | .35 | 21,285.33 | - 13,746.53 | 7,538.80 |
| 07/24/2025 | Sold 100 Shares Of Automatic Data Processing Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.50 USD Brokerage 100 Shares At 306.45 USD 053015103 | - 100.000 | .50 | 30,644.50 | - 19,763.90 | 10,880.60 |
| **Total Automatic Data Processing** | | **- 170.000** | **.85** | **51,929.83** | **- 33,510.43** | **18,419.40** |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/24/2025 | Sold 160<br>Shares Of<br>Broadridge Financial Solutions Inc<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.80 USD Brokerage<br>160 Shares At 250.4406 USD<br>11133T103 | - 160.000 | .80 | 40,069.70 | - 19,297.62 | 20,772.08 |
| **Total Broadridge Financial Solutions Inc** | | **- 160.000** | **.80** | **40,069.70** | **- 19,297.62** | **20,772.08** |
| 07/24/2025 | Sold 100<br>Shares Of<br>Cadence Design Sys Inc<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.50 USD Brokerage<br>100 Shares At 326.27 USD<br>127387108 | - 100.000 | .50 | 32,626.50 | - 30,692.76 | 1,933.74 |
| **Total Cadence Design Sys Inc** | | **- 100.000** | **.50** | **32,626.50** | **- 30,692.76** | **1,933.74** |
| 07/24/2025 | Sold 650<br>Shares Of<br>Copart Inc<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 3.25 USD Brokerage<br>650 Shares At 46.045 USD<br>217204106 | - 650.000 | 3.25 | 29,926.00 | - 32,111.03 | - 2,185.03 |
| **Total Copart Inc** | | **- 650.000** | **3.25** | **29,926.00** | **- 32,111.03** | **- 2,185.03** |
| 07/24/2025 | Sold 110<br>Shares Of<br>Equifax Inc<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.55 USD Brokerage<br>110 Shares At 247.4882 USD<br>294429105 | - 110.000 | .55 | 27,223.15 | - 20,862.09 | 6,361.06 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Equifax Inc** | | **- 110.000** | **.55** | **27,223.15** | **- 20,862.09** | **6,361.06** |
| 07/22/2025 | Sold 210 Shares Of Home Depot Inc Trade Date 7/22/25 Sold Through Clear Street LLC Paid 1.05 USD Brokerage 210 Shares At 371.0742 USD 437076102 | - 210.000 | 1.05 | 77,924.53 | - 63,063.04 | 14,861.49 |
| 07/24/2025 | Sold 20 Shares Of Home Depot Inc Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.10 USD Brokerage 20 Shares At 373.76 USD 437076102 | - 20.000 | .10 | 7,475.10 | - 6,461.44 | 1,013.66 |
| **Total Home Depot Inc** | | **- 230.000** | **1.15** | **85,399.63** | **- 69,524.48** | **15,875.15** |
| 07/24/2025 | Sold 80 Shares Of Intuit Com Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.40 USD Brokerage 80 Shares At 781.0775 USD 461202103 | - 80.000 | .40 | 62,485.80 | - 38,727.26 | 23,758.54 |
| **Total Intuit Com** | | **- 80.000** | **.40** | **62,485.80** | **- 38,727.26** | **23,758.54** |
| 07/22/2025 | Sold 15 Shares Of Kla Corp Com New Trade Date 7/22/25 Sold Through Clear Street LLC Paid 0.08 USD Brokerage 15 Shares At 910.8541 USD 482480100 | - 15.000 | .08 | 13,662.73 | - 6,974.58 | 6,688.15 |

02550904
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/24/2025 | Sold 50 Shares Of Kla Corp Com New Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.25 USD Brokerage 50 Shares At 908.7937 USD 482480100 | - 50.000 | .25 | 45,439.44 | - 23,248.60 | 22,190.84 |
| **Total Kla Corp Com New** | | **- 65.000** | **.33** | **59,102.17** | **- 30,223.18** | **28,878.99** |
| 07/24/2025 | Sold 290 Shares Of Marsh McLennan Cos Inc Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 1.45 USD Brokerage 290 Shares At 208.8397 USD 571748102 | - 290.000 | 1.45 | 60,562.06 | - 45,564.48 | 14,997.58 |
| **Total Marsh McLennan Cos Inc** | | **- 290.000** | **1.45** | **60,562.06** | **- 45,564.48** | **14,997.58** |
| 07/22/2025 | Sold 90 Shares Of Mastercard Inc Trade Date 7/22/25 Sold Through Clear Street LLC Paid 0.45 USD Brokerage 90 Shares At 558.6107 USD 57636Q104 | - 90.000 | .45 | 50,274.51 | - 29,086.34 | 21,188.17 |
| 07/24/2025 | Sold 70 Shares Of Mastercard Inc Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.35 USD Brokerage 70 Shares At 566.13 USD 57636Q104 | - 70.000 | .35 | 39,628.75 | - 22,429.69 | 17,199.06 |
| **Total Mastercard Inc** | | **- 160.000** | **.80** | **89,903.26** | **- 51,516.03** | **38,387.23** |

R0953

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/24/2025 | Sold 60 Shares Of McDonalds Corp Com Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.30 USD Brokerage 60 Shares At 296.43 USD 580135101 | - 60.000 | .30 | 17,785.50 | - 16,096.79 | 1,688.71 |
| **Total McDonalds Corp Com** | | **- 60.000** | **.30** | **17,785.50** | **- 16,096.79** | **1,688.71** |
| 07/24/2025 | Sold 30 Shares Of Meta Platforms Inc Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.15 USD Brokerage 30 Shares At 715.59 USD 30303M102 | - 30.000 | .15 | 21,467.55 | - 20,649.01 | 818.54 |
| **Total Meta Platforms Inc** | | **- 30.000** | **.15** | **21,467.55** | **- 20,649.01** | **818.54** |
| 07/24/2025 | Sold 170 Shares Of Microsoft Corp Com Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.85 USD Brokerage 170 Shares At 512.6565 USD 594918104 | - 170.000 | .85 | 87,150.76 | - 21,022.95 | 66,127.81 |
| **Total Microsoft Corp Com** | | **- 170.000** | **.85** | **87,150.76** | **- 21,022.95** | **66,127.81** |
| 07/24/2025 | Sold 220 Shares Of Nvidia Corp Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 1.10 USD Brokerage 220 Shares At 173.475 USD 67066G104 | - 220.000 | 1.10 | 38,163.40 | - 23,810.86 | 14,352.54 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Nvidia Corp** | | **- 220.000** | **1.10** | **38,163.40** | **- 23,810.86** | **14,352.54** |
| 07/24/2025 | Sold 70<br>Shares Of<br>Sherwin Williams Co<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.35 USD Brokerage<br>70 Shares At 339.725 USD<br>824348106 | - 70.000 | .35 | 23,780.40 | - 21,326.21 | 2,454.19 |
| **Total Sherwin Williams Co** | | **- 70.000** | **.35** | **23,780.40** | **- 21,326.21** | **2,454.19** |
| 07/24/2025 | Sold 170<br>Shares Of<br>Stryker Corp<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.85 USD Brokerage<br>170 Shares At 397.9362 USD<br>863667101 | - 170.000 | .85 | 67,648.30 | - 59,230.11 | 8,418.19 |
| **Total Stryker Corp** | | **- 170.000** | **.85** | **67,648.30** | **- 59,230.11** | **8,418.19** |
| 07/22/2025 | Sold 5<br>Shares Of<br>Verisk Analytics Inc Com<br>Trade Date 7/22/25<br>Sold Through Clear Street LLC<br>Paid 0.03 USD Brokerage<br>5 Shares At 302.3116 USD<br>92345Y106 | - 5.000 | .03 | 1,511.53 | - 867.25 | 644.28 |
| 07/24/2025 | Sold 30<br>Shares Of<br>Verisk Analytics Inc Com<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.15 USD Brokerage<br>30 Shares At 298.00 USD<br>92345Y106 | - 30.000 | .15 | 8,939.85 | - 5,203.53 | 3,736.32 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Verisk Analytics Inc Com** | | **- 35.000** | **.18** | **10,451.38** | **- 6,070.78** | **4,380.60** |
| 07/24/2025 | Sold 140 Shares Of Waste Mgmt Inc Del Com Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.70 USD Brokerage 140 Shares At 230.0129 USD 94106L109 | - 140.000 | .70 | 32,201.11 | - 16,560.49 | 15,640.62 |
| **Total Waste Mgmt Inc Del Com** | | **- 140.000** | **.70** | **32,201.11** | **- 16,560.49** | **15,640.62** |
| 07/22/2025 | Sold 260 Shares Of Zoetis Inc Cl A Trade Date 7/22/25 Sold Through Clear Street LLC Paid 1.30 USD Brokerage 260 Shares At 149.6673 USD 98978V103 | - 260.000 | 1.30 | 38,912.20 | - 47,245.95 | - 8,333.75 |
| 07/24/2025 | Sold 190 Shares Of Zoetis Inc Cl A Trade Date 7/24/25 Sold Through Cowen And Company, LLC Paid 0.95 USD Brokerage 190 Shares At 153.1753 USD 98978V103 | - 190.000 | .95 | 29,102.36 | - 34,575.30 | - 5,472.94 |
| **Total Zoetis Inc Cl A** | | **- 450.000** | **2.25** | **68,014.56** | **- 81,821.25** | **- 13,806.69** |
| **Total Domestic Common Stock** | | **- 5,685.000** | **28.44** | **1,201,162.82** | **- 750,671.86** | **450,490.96** |

**Foreign Stock**

02550904
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/24/2025 | Sold 160<br>Shares Of<br>Accenture Plc Ireland Shs Class A<br>Trade Date 7/24/25<br>Sold Through Cowen And Company, LLC<br>Paid 0.80 USD Brokerage<br>160 Shares At 281.4013 USD<br>G1151C101 | - 160.000 | .80 | 45,023.41 | - 50,791.59 | - 5,768.18 |
| **Total Accenture Plc Ireland Shs Class A** | | **- 160.000** | **.80** | **45,023.41** | **- 50,791.59** | **- 5,768.18** |
| **Total Foreign Stock** | | **- 160.000** | **.80** | **45,023.41** | **- 50,791.59** | **- 5,768.18** |
| **Total Sales And Maturities** | | **- 27,324.330** | **29.24** | **1,267,665.56** | **- 822,942.78** | **444,722.78** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

R0957

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

 

ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Clear Street LLC** | | | | | | |
| 90.000 | 07/22/2025 | Bought<br>Accenture Plc Ireland Shs Class A<br>G1151C101 | 25,679.18 | .45 | .00 | 25,679.63 |
| 165.000 | 07/22/2025 | Bought<br>Alphabet Inc Cl A<br>02079K305 | 31,086.59 | .83 | .00 | 31,087.42 |
| 170.000 | 07/22/2025 | Bought<br>Apple Inc Com<br>037833100 | 36,293.78 | .85 | .00 | 36,294.63 |
| 100.000 | 07/22/2025 | Bought<br>Broadridge Financial Solutions Inc<br>11133T103 | 24,376.01 | .50 | .00 | 24,376.51 |
| 65.000 | 07/22/2025 | Bought<br>Cadence Design Sys Inc<br>127387108 | 20,443.53 | .33 | .00 | 20,443.86 |
| 390.000 | 07/22/2025 | Bought<br>Copart Inc<br>217204106 | 18,153.10 | 1.95 | .00 | 18,155.05 |
| 55.000 | 07/22/2025 | Bought<br>Equifax Inc<br>294429105 | 13,426.09 | .28 | .00 | 13,426.37 |
| 20.000 | 07/22/2025 | Bought<br>Meta Platforms Inc<br>30303M102 | 14,075.58 | .10 | .00 | 14,075.68 |
| 45.000 | 07/22/2025 | Bought<br>Intuit Com<br>461202103 | 34,411.16 | .23 | .00 | 34,411.39 |
| 185.000 | 07/22/2025 | Bought<br>Marsh McLennan Cos Inc<br>571748102 | 39,173.68 | .93 | .00 | 39,174.61 |

R0958

02550904
35- -01-B -62 -218-04
0101 -12-02870-04



ADSF CUSTODY - JENSEN
ACCOUNT ▇▇▇3802

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---:|---|---|---:|---:|---:|---:|
| 40.000 | 07/22/2025 | Bought McDonalds Corp Com 580135101 | 11,984.60 | .20 | .00 | 11,984.80 |
| 15.000 | 07/22/2025 | Bought Microsoft Corp Com 594918104 | 7,627.96 | .08 | .00 | 7,628.04 |
| 135.000 | 07/22/2025 | Bought Nvidia Corp 67066G104 | 22,366.54 | .68 | .00 | 22,367.22 |
| 45.000 | 07/22/2025 | Bought Sherwin Williams Co 824348106 | 15,202.59 | .23 | .00 | 15,202.82 |
| 100.000 | 07/22/2025 | Bought Stryker Corp 863667101 | 39,316.26 | .50 | .00 | 39,316.76 |
| 5.000 | 07/22/2025 | Bought Waste Mgmt Inc Del Com 94106L109 | 1,139.11 | .03 | .00 | 1,139.14 |
| 1,535.000 | 07/22/2025 | Sold Amphenol Corp Cl A 032095101 | 156,337.14 | 7.68 | .00 | 156,329.46 |
| 70.000 | 07/22/2025 | Sold Automatic Data Processing 053015103 | 21,285.68 | .35 | .00 | 21,285.33 |
| 210.000 | 07/22/2025 | Sold Home Depot Inc 437076102 | 77,925.58 | 1.05 | .00 | 77,924.53 |
| 15.000 | 07/22/2025 | Sold Kla Corp Com New 482480100 | 13,662.81 | .08 | .00 | 13,662.73 |

R0959

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 90.000 | 07/22/2025 | Sold Mastercard Inc 57636Q104 | 50,274.96 | .45 | .00 | 50,274.51 |
| 5.000 | 07/22/2025 | Sold Verisk Analytics Inc Com 92345Y106 | 1,511.56 | .03 | .00 | 1,511.53 |
| 260.000 | 07/22/2025 | Sold Zoetis Inc Cl A 98978V103 | 38,913.50 | 1.30 | .00 | 38,912.20 |
| **Total Clear Street LLC** | | | **714,666.99** | **19.11** | **.00** | **714,664.22** |
| # Trades/Commission Per Share | | | 23 | .01 | | |
| **Cowen And Company, LLC** | | | | | | |
| 530.000 | 07/24/2025 | Bought Eli Lilly Co 532457108 | 427,877.96 | 2.65 | .00 | 427,880.61 |
| 2,830.000 | 07/24/2025 | Bought Procter Gamble Co 742718109 | 448,499.82 | 14.15 | .00 | 448,513.97 |
| 160.000 | 07/24/2025 | Sold Accenture Plc Ireland Shs Class A G1151C101 | 45,024.21 | .80 | .00 | 45,023.41 |
| 290.000 | 07/24/2025 | Sold Alphabet Inc Cl A 02079K305 | 55,956.95 | 1.45 | .00 | 55,955.50 |
| 220.000 | 07/24/2025 | Sold Amphenol Corp Cl A 032095101 | 22,848.10 | 1.10 | .00 | 22,847.00 |
| 280.000 | 07/24/2025 | Sold Apple Inc Com 037833100 | 60,141.20 | 1.40 | .00 | 60,139.80 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 100.000 | 07/24/2025 | Sold Automatic Data Processing 053015103 | 30,645.00 | .50 | .00 | 30,644.50 |
| 160.000 | 07/24/2025 | Sold Broadridge Financial Solutions Inc 11133T103 | 40,070.50 | .80 | .00 | 40,069.70 |
| 100.000 | 07/24/2025 | Sold Cadence Design Sys Inc 127387108 | 32,627.00 | .50 | .00 | 32,626.50 |
| 650.000 | 07/24/2025 | Sold Copart Inc 217204106 | 29,929.25 | 3.25 | .00 | 29,926.00 |
| 110.000 | 07/24/2025 | Sold Equifax Inc 294429105 | 27,223.70 | .55 | .00 | 27,223.15 |
| 30.000 | 07/24/2025 | Sold Meta Platforms Inc 30303M102 | 21,467.70 | .15 | .00 | 21,467.55 |
| 20.000 | 07/24/2025 | Sold Home Depot Inc 437076102 | 7,475.20 | .10 | .00 | 7,475.10 |
| 80.000 | 07/24/2025 | Sold Intuit Com 461202103 | 62,486.20 | .40 | .00 | 62,485.80 |
| 50.000 | 07/24/2025 | Sold Kla Corp Com New 482480100 | 45,439.69 | .25 | .00 | 45,439.44 |
| 290.000 | 07/24/2025 | Sold Marsh McLennan Cos Inc 571748102 | 60,563.51 | 1.45 | .00 | 60,562.06 |

02550904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 70.000 | 07/24/2025 | Sold Mastercard Inc 57636Q104 | 39,629.10 | .35 | .00 | 39,628.75 |
| 60.000 | 07/24/2025 | Sold McDonalds Corp Com 580135101 | 17,785.80 | .30 | .00 | 17,785.50 |
| 170.000 | 07/24/2025 | Sold Microsoft Corp Com 594918104 | 87,151.61 | .85 | .00 | 87,150.76 |
| 220.000 | 07/24/2025 | Sold Nvidia Corp 67066G104 | 38,164.50 | 1.10 | .00 | 38,163.40 |
| 70.000 | 07/24/2025 | Sold Sherwin Williams Co 824348106 | 23,780.75 | .35 | .00 | 23,780.40 |
| 170.000 | 07/24/2025 | Sold Stryker Corp 863667101 | 67,649.15 | .85 | .00 | 67,648.30 |
| 30.000 | 07/24/2025 | Sold Verisk Analytics Inc Com 92345Y106 | 8,940.00 | .15 | .00 | 8,939.85 |
| 140.000 | 07/24/2025 | Sold Waste Mgmt Inc Del Com 94106L109 | 32,201.81 | .70 | .00 | 32,201.11 |
| 190.000 | 07/24/2025 | Sold Zoetis Inc Cl A 98978V103 | 29,103.31 | .95 | .00 | 29,102.36 |
| **Total Cowen And Company, LLC** | | | **1,762,682.02** | **35.10** | **.00** | **1,762,680.52** |
| # Trades/Commission Per Share | | | 25 | .01 | | |
| **Grand Total** | | | **2,477,349.01** | **54.21** | **.00** | **2,477,344.74** |



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025509
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023034 05 SP 000638015117811 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

**Account Number: [redacted]8803**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023040 15 SP 000638015117817 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 35 |
| Investment Activity | 47 |
| Receipts And Deliveries In Kind | 68 |
| Corporate Changes And Adjustments | 69 |
| Purchases | 71 |
| Sales And Maturities | 104 |
| Pending Trades | 131 |
| Broker Commissions | 139 |
| Bond Summary | 144 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **7,134,138.80** | **7,150,602.09** |
| **Investment Activity** | | |
| Interest | 27,728.77 | 27,728.77 |
| Realized Gain/Loss | - 1,775.39 | - 1,775.39 |
| Change In Unrealized Gain/Loss | - 37,641.95 | .00 |
| Assets Received Or Delivered Adjustment | - 2,396.25 | .00 |
| **Total Adj Change In Unrealized Gain/Loss** | - 40,038.20 | .00 |
| Net Accrued Income (Current-Prior) | - 4,385.80 | - 4,385.80 |
| **Total Investment Activity** | **- 18,470.62** | **21,567.58** |
| **Other Activity** | | |
| Free Receipts | 22,477.50 | 23,494.59 |
| Free Deliveries | - 20,081.25 | - 23,494.59 |
| Other Non-Cash Transactions | 129.08 | 129.08 |
| **Total Other Activity** | **2,525.33** | **129.08** |
| **Net Change In Market And Cost** | **- 15,945.29** | **21,696.66** |
| **Ending Market And Cost** | **7,118,193.51** | **7,172,298.75** |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## CASH RECONCILIATION

| Beginning Cash | - 528,764.96 |
|---|---|

**Investment Activity**

| | |
|---|---|
| Interest | 27,728.77 |
| Cash Equivalent Purchases | - 5,004,635.16 |
| Purchases | - 5,900,290.15 |
| Cash Equivalent Sales | 4,802,617.02 |
| Sales/Maturities | 5,762,047.32 |

| Total Investment Activity | - 312,532.20 |
|---|---|

| Net Change In Cash | - 312,532.20 |
|---|---|

| Ending Cash | - 841,297.16 |
|---|---|

R0968

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]803

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | - 639,279.02 | - 639,279.02 | 0.00 |
| U.S. Government Issues | 6,081,181.65 | 6,110,918.41 | 78.39 |
| Corporate Issues | 1,397,878.79 | 1,396,382.76 | 18.02 |
| Foreign Issues | 49,128.35 | 51,077.90 | 0.63 |
| Municipal Issues | 210,258.38 | 234,173.34 | 2.71 |
| **Total Assets** | **7,099,168.15** | **7,153,273.39** | **99.75** |
| Accrued Income | 19,025.36 | 19,025.36 | 0.25 |
| **Grand Total** | **7,118,193.51** | **7,172,298.75** | **100.00** |

**Estimated Annual Income** **315,300.71**

## ASSET SUMMARY MESSAGES

Asset percentages are calculated for positive market values only.

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 202,018.140 | 202,018.14<br>1.0000 | 202,018.14 | .00<br>.00 | 2,182.68 | 4.17 |
| **Total Money Markets** | **202,018.140** | **202,018.14** | **202,018.14** | **.00**<br>**.00** | **2,182.68** | **4.17** |
| **Cash** | | | | | | |
| Pending Cash | | - 841,297.16 | - 841,297.16 | | | |
| **Total Cash** | **.000** | **- 841,297.16** | **- 841,297.16** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **202,018.140** | **- 639,279.02** | **- 639,279.02** | **.00**<br>**.00** | **2,182.68** | **- 1.31** |
| **US Government Issues** | | | | | | |
| FHLMC Tba<br>30Yr 2.000% 7/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F020679 Asset Minor Code 24 | .000 | .00<br>78.1390 | .00 | .00<br>- 643.72 | .00 | 0.00 |
| FHLMC Tba<br>30Yr 2.000% 8/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F020687 Asset Minor Code 24 | 50,000.000 | 39,104.50<br>78.2090 | 39,230.47 | - 125.97<br>- 125.97 | .00 | 2.56 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 2.500% 7/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F022675 Asset Minor Code 24 | .000 | .00<br>81.8250 | .00 | .00<br>- 540.30 | .00 | 0.00 |
| F N M A Tba<br>30Yr 2.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F022683 Asset Minor Code 24 | 50,000.000 | 40,961.50<br>81.9230 | 41,042.97 | - 81.47<br>- 81.47 | .00 | 3.05 |
| F N M A Tba<br>30Yr 3.000% 7/15/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F030678 Asset Minor Code 24 | .000 | .00<br>85.4660 | .00 | .00<br>- 903.08 | .00 | 0.00 |
| F N M A Tba<br>30Yr 3.000% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F030686 Asset Minor Code 24 | 75,000.000 | 64,173.75<br>85.5650 | 64,228.03 | - 54.28<br>- 54.28 | .00 | 3.51 |
| F N M A Tba<br>30Yr 3.500% 7/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F032674 Asset Minor Code 24 | .000 | .00<br>89.1500 | .00 | .00<br>- 774.54 | .00 | 0.00 |
| F N M A Tba<br>30Yr 3.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F032682 Asset Minor Code 24 | 50,000.000 | 44,661.50<br>89.3230 | 44,853.51 | - 192.01<br>- 192.01 | .00 | 3.92 |
| F N M A Tba<br>30Yr 3.500% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F032690 Asset Minor Code 24 | 25,000.000 | 22,299.50<br>89.1980 | 22,208.01 | 91.49<br>91.49 | .00 | 3.92 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 4.000% 7/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F040677 Asset Minor Code 24 | .000 | .00<br>92.2330 | .00 | .00<br>- 818.62 | .00 | 0.00 |
| F N M A Tba<br>30Yr 4.000% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F040693 Asset Minor Code 24 | 75,000.000 | 69,138.75<br>92.1850 | 69,014.65 | 124.10<br>124.10 | .00 | 4.34 |
| F N M A Tba<br>30Yr 4.500% 7/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F042673 Asset Minor Code 24 | .000 | .00<br>94.7380 | .00 | .00<br>- 1,355.23 | .00 | 0.00 |
| F N M A Tba<br>30Yr 4.500% 8/15/43<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F042681 Asset Minor Code 24 | 125,000.000 | 118,561.25<br>94.8490 | 118,532.23 | 29.02<br>29.02 | .00 | 4.74 |
| F N M A Tba<br>30Yr 5.000% 7/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F050676 Asset Minor Code 24 | .000 | .00<br>97.1940 | .00 | .00<br>- 733.22 | .00 | 0.00 |
| F N M A Tba<br>30Yr 5.000% 8/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F050684 Asset Minor Code 24 | 75,000.000 | 72,990.00<br>97.3200 | 72,943.36 | 46.64<br>46.64 | .00 | 5.14 |
| F N M A Tba<br>30Yr 5.500% 7/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F052672 Asset Minor Code 24 | .000 | .00<br>99.0240 | .00 | .00<br>- 482.64 | .00 | 0.00 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 5.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F052680 Asset Minor Code 24 | 50,000.000 | 49,735.50<br>99.4710 | 49,685.55 | 49.95<br>49.95 | .00 | 5.53 |
| GNMA II Tba<br>30Yr 2.500% 7/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H022671 Asset Minor Code 24 | .000 | .00<br>83.9420 | .00 | .00<br>- 374.67 | .00 | 0.00 |
| GNMA II Tba<br>30Yr 2.500% 8/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H022689 Asset Minor Code 24 | 25,000.000 | 21,019.75<br>84.0790 | 20,959.96 | 59.79<br>59.79 | .00 | 2.97 |
| G N M A I I<br>Tba 4.000% 7/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H040673 Asset Minor Code 24 | .000 | .00<br>91.9280 | .00 | .00<br>- 838.42 | .00 | 0.00 |
| G N M A I I<br>Tba 4.000% 8/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H040681 Asset Minor Code 24 | 50,000.000 | 46,039.00<br>92.0780 | 46,357.42 | - 318.42<br>- 318.42 | .00 | 4.34 |
| G N M A I I<br>Tba 4.500% 7/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H042679 Asset Minor Code 24 | .000 | .00<br>94.6560 | .00 | .00<br>- 301.50 | .00 | 0.00 |
| G N M A I I<br>Tba 4.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H042687 Asset Minor Code 24 | 25,000.000 | 23,722.00<br>94.8880 | 23,664.06 | 57.94<br>57.94 | .00 | 4.74 |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04




ADSF CUSTODY - METWEST
ACCOUNT ██████3803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| GNMA II Tba 30Yr  5.000%  7/15/52 Standard & Poors Rating: N/A Moodys Rating: N/A 21H050672  Asset Minor Code 24 | .000 | .00 97.3470 | .00 | .00 - 796.99 | .00 | 0.00 |
| GNMA II Tba 30Yr  5.000%  8/15/52 Standard & Poors Rating: N/A Moodys Rating: N/A 21H050680  Asset Minor Code 24 | 75,000.000 | 73,188.75 97.5850 | 72,946.29 | 242.46 242.46 | .00 | 5.12 |
| GNMA II Tba 30Yr  5.500%  7/15/53 Standard & Poors Rating: N/A Moodys Rating: N/A 21H052678  Asset Minor Code 24 | .000 | .00 99.5440 | .00 | .00 - 210.48 | .00 | 0.00 |
| GNMA II Tba 30Yr  5.500%  8/15/53 Standard & Poors Rating: N/A Moodys Rating: N/A 21H052686  Asset Minor Code 24 | 25,000.000 | 24,932.50 99.7300 | 24,870.12 | 62.38 62.38 | .00 | 5.51 |
| F H L M C Gd A45796 7.000%  1/01/33 Standard & Poors Rating: N/A Moodys Rating: N/A 3128K6NM8  Asset Minor Code 24 | 1,237.810 | 1,302.08 105.1920 | 1,294.72 | 7.36 - 4.59 | 7.22 | 6.65 |
| F H L M C Gd G16584 3.500%  8/01/33 Standard & Poors Rating: N/A Moodys Rating: N/A 3128MFRD2  Asset Minor Code 24 Date Last Priced: 05/15/24 | .010 | .01 95.6320 @ | .01 | .00 .00 | .00 | 0.00 |

R0974

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C Gd<br>G08844 5.000% 10/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MJ5E6 Asset Minor Code 24 | 5,673.560 | 5,623.12<br>99.1110 | 5,939.28 | - 316.16<br>- 33.14 | 23.64 | 5.04 |
| F H L M C<br>#As5323 4.000% 1/01/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DS4G4 Asset Minor Code 24 | 22,772.120 | 21,043.49<br>92.4090 | 21,736.71 | - 693.22<br>- 150.60 | 75.91 | 4.33 |
| F H L M C<br>#Sd7503 3.500% 8/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DVKQ7 Asset Minor Code 24 | 33,751.950 | 30,748.70<br>91.1020 | 35,655.78 | - 4,907.08<br>- 180.91 | 98.43 | 3.84 |
| F H L M C<br>#Sd8199 2.000% 2/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DWDC4 Asset Minor Code 24 | 20,655.760 | 16,217.04<br>78.5110 | 18,109.32 | - 1,892.28<br>- 166.53 | 34.43 | 2.55 |
| F H L M C<br>#Wa3219<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132WWYR7 Asset Minor Code 24 | 56,550.330 | 43,893.24<br>77.6180 | 51,339.29 | - 7,446.05<br>- 334.03 | .00 | 2.69 |
| F H L M C<br>#Ra6953 3.000% 3/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3133KNWN9 Asset Minor Code 24 | 41,121.740 | 35,263.13<br>85.7530 | 37,639.24 | - 2,376.11<br>- 385.61 | 102.80 | 3.50 |
| F N M A Gtd<br>Remic 5.345% 1/25/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3136B72K6 Asset Minor Code 30 | 11,751.000 | 11,421.38<br>97.1950 | 11,716.12 | - 294.74<br>- .99 | 9.75 | 5.06 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>Mltcl 1.940% 2/25/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137FTZL4 Asset Minor Code 30 | 25,000.000 | 19,747.00<br>78.9880 | 24,787.11 | - 5,040.11<br>- 176.00 | 40.42 | 2.46 |
| F H L M C<br>Mltcl Mt 5.62197% 11/25/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137HHFL0 Asset Minor Code 30 | 4,467.630 | 4,467.00<br>99.9860 | 4,464.14 | 2.86<br>- 7.41 | 4.53 | 5.61 |
| F N M A<br>#303826 6.000% 3/01/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31373UPK7 Asset Minor Code 24 | 7.250 | 7.35<br>101.3970 | 7.32 | .03<br>- .03 | .04 | 5.99 |
| F N M A<br>#545646 7.000% 9/01/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31385JET1 Asset Minor Code 24 | 368.300 | 387.02<br>105.0820 | 368.17 | 18.85<br>- 5.28 | 2.15 | 6.66 |
| F N M A<br>#Ca1710 4.500% 5/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140Q83U7 Asset Minor Code 24 | 6,164.720 | 5,943.47<br>96.4110 | 6,410.35 | - 466.88<br>- 29.30 | 23.11 | 4.67 |
| F N M A<br>#Ca2208 4.500% 8/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140Q9N25 Asset Minor Code 24 | 1,676.750 | 1,611.29<br>96.0960 | 1,744.54 | - 133.25<br>- 11.12 | 6.28 | 4.68 |
| F N M A<br>#Fs1598 2.000% 4/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140XGX46 Asset Minor Code 24 | 20,853.450 | 16,368.08<br>78.4910 | 18,368.13 | - 2,000.05<br>- 170.22 | 34.76 | 2.55 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Fm2318 3.500% 9/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3140X5SG9 Asset Minor Code 24 | 5,909.380 | 5,383.39<br>91.0990 | 6,267.16 | - 883.77<br>- 26.06 | 17.24 | 3.84 |
| F N M A<br>#764388 6.008% 3/01/34<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31404CF54 Asset Minor Code 24 | 2,674.030 | 2,688.34<br>100.5350 | 2,671.82 | 16.52<br>- .95 | 13.39 | 5.98 |
| F N M A<br>#939419 6.265% 5/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31413ADY6 Asset Minor Code 24 | 4,483.230 | 4,532.14<br>101.0910 | 4,485.05 | 47.09<br>3.80 | 23.41 | 6.20 |
| F N M A<br>#Ma1561 3.000% 8/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418AWX2 Asset Minor Code 24 | 2,713.530 | 2,596.98<br>95.7050 | 2,697.80 | - 100.82<br>- 13.23 | 5.80 | 3.13 |
| F N M A<br>#Ma3811 3.000% 10/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418DGV8 Asset Minor Code 24 | 6,980.240 | 5,944.30<br>85.1590 | 7,006.42 | - 1,062.12<br>13.04 | 17.45 | 3.52 |
| F N M A<br>#Ma4644 4.000% 5/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EES5 Asset Minor Code 24 | 11,558.690 | 10,682.54<br>92.4200 | 11,019.59 | - 337.05<br>- 85.35 | 38.53 | 4.33 |
| F N M A<br>#Ma4733 4.500% 8/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EHK9 Asset Minor Code 24 | 56,735.960 | 53,918.45<br>95.0340 | 54,519.72 | - 601.27<br>- 452.53 | 212.76 | 4.74 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| G N M A I I<br>#Ma4454 5.000% 5/20/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179S5P8 Asset Minor Code 24 | 5,700.190 | 5,655.10<br>99.2090 | 6,070.65 | - 415.55<br>- 34.36 | 23.75 | 5.04 |
| G N M A I I<br>#Ma4838 4.000% 11/20/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179TLT0 Asset Minor Code 24 | 2,333.360 | 2,178.82<br>93.3770 | 2,342.71 | - 163.89<br>- 19.35 | 7.78 | 4.28 |
| G N M A I I<br>#Ma5399 4.500% 8/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179T7L3 Asset Minor Code 24 | 4,576.870 | 4,420.89<br>96.5920 | 4,737.77 | - 316.88<br>- 35.10 | 17.16 | 4.66 |
| G N M A I I<br>#Ma5530 5.000% 10/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179UEB4 Asset Minor Code 24 | 1,744.180 | 1,733.42<br>99.3830 | 1,821.57 | - 88.15<br>- 10.19 | 7.27 | 5.03 |
| G N M A I I<br>#Ma5651 4.000% 12/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179UH47 Asset Minor Code 24 | 1,476.150 | 1,378.36<br>93.3750 | 1,504.80 | - 126.44<br>- 12.14 | 4.92 | 4.28 |
| G N M A I I<br>#Ma6209 3.000% 10/20/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179U3S9 Asset Minor Code 24 | 806.860 | 694.36<br>86.0570 | 812.17 | - 117.81<br>- 8.37 | 2.02 | 3.49 |
| G N M A I I<br>#Ma8201 4.500% 8/20/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179XDE3 Asset Minor Code 24 | 19,744.330 | 18,897.89<br>95.7130 | 18,819.58 | 78.31<br>- 162.98 | 74.04 | 4.70 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ▓▓▓▓3803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| G N M A II<br>#Ma9963 4.500% 10/20/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36180AB85  Asset Minor Code 24 | 24,280.780 | 23,051.93<br>94.9390 | 23,072.43 | - 20.50<br>- 201.40 | 91.05 | 4.74 |
| G N M A Gtd<br>Remic   5.552%  2/20/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>38384JQR8  Asset Minor Code 30 | 16,534.290 | 16,535.94<br>100.0100 | 16,523.97 | 11.97<br>- 43.96 | 28.42 | 5.55 |
| U S Treasury<br>I P S  2.125%  1/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CML2  Asset Minor Code 30 | .000 | .00<br>101.2660 | .00 | .00<br>- 2,158.78 | .00 | 0.00 |
| U S Treasury<br>Nt    4.250%  5/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNC1  Asset Minor Code 21 | 126,000.000 | 124,897.50<br>99.1250 | 125,119.60 | - 222.10<br>- 1,479.72 | 1,135.03 | 4.29 |
| U S Treasury<br>Nt    3.875%  6/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNH0  Asset Minor Code 21 | .000 | .00<br>99.9840 | .00 | .00<br>- 4,655.95 | .00 | 0.00 |
| U S Treasury<br>Nt    4.125%  6/30/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNJ6  Asset Minor Code 21 | .000 | .00<br>99.1880 | .00 | .00<br>- 2,519.37 | .00 | 0.00 |
| U S Treasury<br>Nt    3.875%  6/30/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNK3  Asset Minor Code 21 | .000 | .00<br>99.6410 | .00 | .00<br>- 12,150.62 | .00 | 0.00 |

R0979

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 3.750% 6/30/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNL1 Asset Minor Code 21 | .000 | .00<br>99.6250 | .00 | .00<br>- 2,556.41 | .00 | 0.00 |
| U S Treasury<br>Nt 3.875% 7/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNM9 Asset Minor Code 21 | 611,000.000 | 610,810.59<br>99.9690 | 611,197.68 | - 387.09<br>- 387.09 | 1,093.74 | 3.88 |
| U S Treasury<br>Nt 3.875% 7/31/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNN7 Asset Minor Code 21 | 2,022,000.000 | 2,014,741.02<br>99.6410 | 2,013,241.56 | 1,499.46<br>1,499.46 | 204.60 | 3.89 |
| U S Treasury<br>Nt 3.875% 7/31/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNP2 Asset Minor Code 21 | 1,940,000.000 | 1,937,497.40<br>99.8710 | 1,938,630.16 | - 1,132.76<br>- 1,132.76 | 198.80 | 3.88 |
| U S Treasury<br>Nt 4.125% 7/31/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNR8 Asset Minor Code 21 | 230,000.000 | 228,024.30<br>99.1410 | 227,746.38 | 277.92<br>277.92 | 25.78 | 4.16 |
| U S Treasury<br>I P S 1.875% 7/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNS6 Asset Minor Code 30 | 81,087.480 | 80,346.34<br>99.0860 | 80,492.96 | - 146.62<br>- 146.62 | 70.24 | 1.89 |
| **Total US Government Issues** | **6,205,391.930** | **6,081,181.65** | **6,110,918.41** | **- 29,736.76**<br>**- 36,936.62** | **3,776.65** | **3.94** |

## Corporate Issues

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Agl Capital Corp 6.000% 10/01/34 Standard & Poors Rating: A- Moodys Rating: Baa1 001192AD5 Asset Minor Code 28 | 35,000.000 | 36,670.90 104.7740 | 36,732.85 | - 61.95 - 61.95 | 700.00 | 5.73 |
| Air Lease Corp Mtn 3.250% 10/01/29 Standard & Poors Rating: BBB Moodys Rating: N/A 00914AAE2 Asset Minor Code 28 | 15,000.000 | 14,242.50 94.9500 | 14,694.15 | - 451.65 - 34.50 | 162.50 | 3.42 |
| Air Lease Corp Mtn 2.200% 1/15/27 Standard & Poors Rating: BBB Moodys Rating: N/A 00914AAR3 Asset Minor Code 28 | 15,000.000 | 14,516.40 96.7760 | 14,820.00 | - 303.60 - 4.35 | 14.67 | 2.27 |
| Amcor Finance USA 3.625% 4/28/26 Standard & Poors Rating: BBB Moodys Rating: Baa2 02343UAG0 Asset Minor Code 28 | 20,000.000 | 19,825.60 99.1280 | 21,293.20 | - 1,467.60 - 7.80 | 187.29 | 3.66 |
| American Assets L P 6.150% 10/01/34 Standard & Poors Rating: BBB- Moodys Rating: Baa3 02401LAB0 Asset Minor Code 28 | 5,000.000 | 4,995.10 99.9020 | 4,983.55 | 11.55 - 1.55 | 102.50 | 6.16 |
| American Express Co 4.918% 7/20/33 Standard & Poors Rating: A- Moodys Rating: A2 025816EK1 Asset Minor Code 28 | 10,000.000 | 10,032.20 100.3220 | 10,000.00 | 32.20 32.20 | 8.20 | 4.90 |
| American Tower Corp 3.600% 1/15/28 Standard & Poors Rating: BBB+ Moodys Rating: Baa3 03027XAR1 Asset Minor Code 28 | 20,000.000 | 19,606.80 98.0340 | 18,850.60 | 756.20 - 29.00 | 32.00 | 3.67 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| American Tower Corp 2.700% 4/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>03027XBM1 Asset Minor Code 28 | 6,000.000 | 5,368.86<br>89.4810 | 4,908.60 | 460.26<br>- 11.64 | 47.70 | 3.02 |
| Elevance Health Inc 5.200% 2/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: Baa2<br>036752BD4 Asset Minor Code 28 | 5,000.000 | 4,996.20<br>99.9240 | 4,982.30 | 13.90<br>- 56.15 | 119.89 | 5.20 |
| Aon Corp Sr Nt 2.800% 5/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa2<br>037389BE2 Asset Minor Code 28 | 20,000.000 | 18,545.20<br>92.7260 | 20,586.40 | - 2,041.20<br>14.60 | 118.22 | 3.02 |
| Appalachian Power Co 3.300% 6/01/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>037735CW5 Asset Minor Code 28 | 35,000.000 | 34,266.40<br>97.9040 | 34,675.95 | - 409.55<br>- 65.10 | 192.50 | 3.37 |
| Arizona Pub Svc Co 6.350% 12/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>040555DE1 Asset Minor Code 28 | 15,000.000 | 16,110.00<br>107.4000 | 15,495.15 | 614.85<br>- 49.80 | 121.71 | 5.91 |
| Autozone Inc 5.125% 6/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>053332BM3 Asset Minor Code 28 | 5,000.000 | 5,110.50<br>102.2100 | 4,996.80 | 113.70<br>- 15.75 | 118.87 | 5.01 |
| Barclays Commercial 6.358% 3/15/57<br>Standard & Poors Rating: AA-<br>Moodys Rating: N/A<br>05554VAE0 Asset Minor Code 31 | 20,000.000 | 20,756.40<br>103.7820 | 20,486.72 | 269.68<br>- 146.60 | 56.52 | 6.13 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ■■■■■8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Bmo 2023-5C1<br>Mtg 7.11746% 8/17/56<br>Standard & Poors Rating: AA-<br>Moodys Rating: N/A<br>055986AF0 Asset Minor Code 31 | 20,000.000 | 21,112.80<br>105.5640 | 20,790.63 | 322.17<br>- 101.00 | 118.62 | 6.74 |
| Bk Of America<br>Mtn 1.922% 10/24/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJL4 Asset Minor Code 28 | 25,000.000 | 21,802.25<br>87.2090 | 20,294.80 | 1,507.45<br>.00 | 129.47 | 2.20 |
| Bk Of America<br>Corp 2.651% 3/11/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJP5 Asset Minor Code 28 | 5,000.000 | 4,480.95<br>89.6190 | 4,362.45 | 118.50<br>- 7.10 | 51.55 | 2.96 |
| Bk Of America<br>Mtn 2.687% 4/22/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJT7 Asset Minor Code 28 | 5,000.000 | 4,483.45<br>89.6690 | 4,437.65 | 45.80<br>- 3.70 | 36.95 | 3.00 |
| Bk Of America<br>Mtn 2.299% 7/21/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GKA6 Asset Minor Code 28 | 20,000.000 | 17,432.40<br>87.1620 | 17,792.60 | - 360.20<br>4.00 | 12.77 | 2.64 |
| Bank<br>0.446% 12/16/53<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>06541UBN5 Asset Minor Code 31 | 2,806.160 | 2,785.25<br>99.2550 | 2,772.83 | 12.42<br>3.03 | 1.04 | 0.45 |
| ST Barnabas<br>Hcs 4.000% 7/01/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: A1<br>06769QAA8 Asset Minor Code 28 | 30,000.000 | 29,456.10<br>98.1870 | 31,005.90 | - 1,549.80<br>- 172.50 | 100.00 | 4.07 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Baylor Scott<br>White 2.650% 11/15/26<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>072863AE3 Asset Minor Code 28 | 30,000.000 | 29,269.50<br>97.5650 | 28,236.96 | 1,032.54<br>- 61.20 | 167.83 | 2.72 |
| Broadcom Inc<br>Sr Glbl 4.300% 11/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>11135FAS0 Asset Minor Code 28 | 15,000.000 | 14,498.55<br>96.6570 | 15,798.90 | - 1,300.35<br>- 51.45 | 136.17 | 4.45 |
| Cigna Corp<br>2.400% 3/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa1<br>125523CL2 Asset Minor Code 28 | 20,000.000 | 18,210.40<br>91.0520 | 19,771.80 | - 1,561.40<br>- 40.00 | 181.33 | 2.64 |
| Cvs Health<br>Corp 5.300% 6/01/33<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>126650DY3 Asset Minor Code 28 | .000 | .00<br>100.5360 | .00 | .00<br>- 157.95 | .00 | 0.00 |
| Cvs Health<br>Corp 5.700% 6/01/34<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>126650ED8 Asset Minor Code 28 | .000 | .00<br>102.4050 | .00 | .00<br>- 289.50 | .00 | 0.00 |
| Charter Comm<br>Opt LLC 2.800% 4/01/31<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175BU7 Asset Minor Code 28 | 20,000.000 | 17,718.20<br>88.5910 | 16,041.60 | 1,676.60<br>- 115.60 | 186.67 | 3.16 |
| Charter Comm<br>Opt 2.300% 2/01/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175BX1 Asset Minor Code 28 | 30,000.000 | 25,163.10<br>83.8770 | 26,417.70 | - 1,254.60<br>- 149.10 | 345.00 | 2.74 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Charter<br>6.650% 2/01/34<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175CP7 Asset Minor Code 28 | 6,000.000 | 6,360.30<br>106.0050 | 6,079.56 | 280.74<br>- 64.74 | 199.50 | 6.27 |
| Citigroup Inc<br>2.520% 11/03/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967NE7 Asset Minor Code 28 | 20,000.000 | 17,459.60<br>87.2980 | 16,334.20 | 1,125.40<br>- 27.20 | 123.20 | 2.89 |
| Citigroup Inc<br>5.449% 6/11/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967PL9 Asset Minor Code 28 | 5,000.000 | 5,101.70<br>102.0340 | 5,034.30 | 67.40<br>- 5.45 | 105.95 | 5.34 |
| Commonspirit<br>2.782% 10/01/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>20268JAF0 Asset Minor Code 28 | 5,000.000 | 4,559.10<br>91.1820 | 4,705.90 | - 146.80<br>- 18.10 | 46.37 | 3.05 |
| Crown Castle<br>3.300% 7/01/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>22822VAR2 Asset Minor Code 28 | 5,000.000 | 4,682.30<br>93.6460 | 4,958.95 | - 276.65<br>2.00 | 13.75 | 3.52 |
| Crown Castle<br>Intl 2.100% 4/01/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>22822VAW1 Asset Minor Code 28 | 21,000.000 | 18,071.34<br>86.0540 | 17,568.39 | 502.95<br>53.97 | 147.00 | 2.44 |
| Dell Intl LLC<br>Emc 4.750% 4/01/28<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>24703TAL0 Asset Minor Code 28 | 10,000.000 | 10,079.90<br>100.7990 | 9,998.10 | 81.80<br>- 37.10 | 158.33 | 4.71 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Dell Intl LLC<br>Emc 5.000% 4/01/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>24703TAM8 Asset Minor Code 28 | 10,000.000 | 10,146.20<br>101.4620 | 10,098.55 | 47.65<br>- 13.80 | 166.67 | 4.93 |
| Delta Air<br>Lines 2.000% 6/10/28<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>247361ZV3 Asset Minor Code 31 | 28,041.200 | 26,433.32<br>94.2660 | 28,041.20 | - 1,607.88<br>39.82 | 79.45 | 2.12 |
| Discover Bank<br>3.450% 7/27/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>25466AAJ0 Asset Minor Code 28 | 25,000.000 | 24,741.00<br>98.9640 | 27,302.00 | - 2,561.00<br>17.75 | 9.58 | 3.49 |
| Drive Auto<br>4.500% 9/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>26207AAD5 Asset Minor Code 31 | 25,000.000 | 24,972.50<br>99.8900 | 24,999.46 | - 26.96<br>- 15.25 | 50.00 | 4.50 |
| Duke Energy<br>Progress 5.050% 3/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: Aa3<br>26442UAU8 Asset Minor Code 28 | 10,000.000 | 10,013.10<br>100.1310 | 9,965.65 | 47.45<br>- 29.30 | 190.78 | 5.04 |
| Exeter<br>Automobile Re 5.040% 3/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>30165BAC7 Asset Minor Code 31 | 20,000.000 | 19,984.00<br>99.9200 | 19,998.76 | - 14.76<br>21.40 | 44.80 | 5.04 |
| Extra Space<br>Storage 2.200% 10/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa2<br>30225VAP2 Asset Minor Code 28 | 39,000.000 | 34,513.05<br>88.4950 | 35,832.38 | - 1,319.33<br>15.99 | 252.63 | 2.49 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Florida Pwr<br>Lt Co 5.300% 6/15/34<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa2<br>341081GU5 Asset Minor Code 28 | 10,000.000 | 10,266.30<br>102.6630 | 10,103.95 | 162.35<br>- 41.10 | 67.72 | 5.16 |
| Glp Capital<br>LP Fin 5.375% 4/15/26<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>361841AH2 Asset Minor Code 28 | .000 | .00<br>100.0290 | .00 | .00<br>1,039.65 | .00 | 0.00 |
| Goldman Sachs<br>5.536% 1/28/36<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GC44 Asset Minor Code 28 | 5,000.000 | 5,111.85<br>102.2370 | 4,887.95 | 223.90<br>- 15.60 | 2.31 | 5.41 |
| Goldman Sachs<br>Group 2.383% 7/21/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GYJ7 Asset Minor Code 28 | 5,000.000 | 4,367.80<br>87.3560 | 4,313.30 | 54.50<br>1.05 | 3.31 | 2.73 |
| Goldman Sachs<br>1.948% 10/21/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GYM0 Asset Minor Code 28 | 15,000.000 | 14,525.85<br>96.8390 | 15,000.00 | - 474.15<br>1.95 | 81.17 | 2.01 |
| Goldman Sachs<br>Group 2.650% 10/21/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GYN8 Asset Minor Code 28 | 15,000.000 | 13,212.15<br>88.0810 | 12,376.25 | 835.90<br>- 42.60 | 110.42 | 3.01 |
| Host Hotels L<br>P 5.700% 6/15/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>44107TBD7 Asset Minor Code 28 | 20,000.000 | 20,288.00<br>101.4400 | 19,773.60 | 514.40<br>3.60 | 224.83 | 5.62 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Hudson Pacific 3.950% 11/01/27<br>Standard & Poors Rating: B<br>Moodys Rating: B2<br>44409MAA4 Asset Minor Code 28 | 11,000.000 | 10,395.66<br>94.5060 | 12,021.68 | - 1,626.02<br>- 152.90 | 108.63 | 4.18 |
| Humana Inc 5.550% 5/01/35<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>444859CD2 Asset Minor Code 28 | 5,000.000 | 5,008.35<br>100.1670 | 4,994.25 | 14.10<br>- 19.60 | 112.54 | 5.54 |
| Hyatt Hotels Corp 5.050% 3/30/28<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>448579AU6 Asset Minor Code 28 | 10,000.000 | 10,098.30<br>100.9830 | 9,990.50 | 107.80<br>- 10.50 | 175.35 | 5.00 |
| Hyundai Auto Rec Tr 4.400% 1/15/31<br>Standard & Poors Rating: AAA<br>Moodys Rating: N/A<br>448976AE0 Asset Minor Code 31 | 20,000.000 | 20,051.80<br>100.2590 | 19,993.85 | 57.95<br>- 97.40 | 38.44 | 4.39 |
| Intel Corp 2.000% 8/12/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>458140BU3 Asset Minor Code 28 | 15,000.000 | 12,762.30<br>85.0820 | 12,373.55 | 388.75<br>- 122.85 | 140.83 | 2.35 |
| Interstate Pwr 5.600% 6/29/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>461070AX2 Asset Minor Code 28 | 25,000.000 | 25,652.50<br>102.6100 | 24,904.00 | 748.50<br>- 44.25 | 280.00 | 5.46 |
| Invitation Homes L P 2.000% 8/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>46188BAA0 Asset Minor Code 28 | 5,000.000 | 4,244.30<br>84.8860 | 3,686.70 | 557.60<br>- 12.95 | 46.11 | 2.36 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Jpmorgan Chase Co 1.953% 2/04/32 Standard & Poors Rating: A Moodys Rating: A1 46647PBX3 Asset Minor Code 28 | 10,000.000 | 8,675.50 86.7550 | 8,039.90 | 635.60 3.40 | 96.02 | 2.25 |
| Jpmorgan Chase Co Sr 1.578% 4/22/27 Standard & Poors Rating: A Moodys Rating: A1 46647PCB0 Asset Minor Code 28 | 35,000.000 | 34,246.80 97.8480 | 34,951.00 | - 704.20 57.75 | 151.88 | 1.61 |
| Jpmorgan Chase 2.580% 4/22/32 Standard & Poors Rating: A Moodys Rating: A1 46647PCC8 Asset Minor Code 28 | 5,000.000 | 4,463.35 89.2670 | 3,890.30 | 573.05 - 2.00 | 35.48 | 2.89 |
| Jpmorgan Chase Co 2.545% 11/08/32 Standard & Poors Rating: A Moodys Rating: A1 46647PCR5 Asset Minor Code 28 | 10,000.000 | 8,791.70 87.9170 | 8,635.10 | 156.60 - 11.70 | 58.68 | 2.89 |
| Jpmorgan Chase Co 5.766% 4/22/35 Standard & Poors Rating: A Moodys Rating: A1 46647PEH5 Asset Minor Code 28 | .000 | .00 104.8780 | .00 | .00 - 112.45 | .00 | 0.00 |
| Jpmorgan Chase Co 5.294% 7/22/35 Standard & Poors Rating: A Moodys Rating: A1 46647PEK8 Asset Minor Code 28 | 10,000.000 | 10,131.90 101.3190 | 9,917.90 | 214.00 - 44.30 | 13.24 | 5.23 |
| Lxp Industrial Trust 6.750% 11/15/28 Standard & Poors Rating: BBB- Moodys Rating: Baa2 529043AF8 Asset Minor Code 28 | 5,000.000 | 5,275.15 105.5030 | 4,971.15 | 304.00 - 17.75 | 71.25 | 6.40 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Lexington<br>Rlty Tr Sr 2.375% 10/01/31<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa2<br>529537AA0 Asset Minor Code 28 | 5,000.000 | 4,216.80<br>84.3360 | 4,987.90 | - 771.10<br>- 5.20 | 39.58 | 2.82 |
| Warnermedia<br>Hldgs 4.279% 3/15/32<br>Standard & Poors Rating: Bb<br>Moodys Rating: Ba2<br>55903VBQ5 Asset Minor Code 28 | 7,000.000 | 5,878.18<br>83.9740 | 6,091.19 | - 213.01<br>804.08 | 113.16 | 5.10 |
| Morgan<br>Stanley Mtn 1.794% 2/13/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>6174468U6 Asset Minor Code 28 | 15,000.000 | 12,831.15<br>85.5410 | 12,074.50 | 756.65<br>- 639.00 | 125.58 | 2.10 |
| Morgan<br>Stanley Mtn 2.943% 1/21/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>61747YEL5 Asset Minor Code 28 | 10,000.000 | 8,936.20<br>89.3620 | 8,774.75 | 161.45<br>11.30 | 8.18 | 3.29 |
| Morgan<br>Stanley 5.587% 1/18/36<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>61748UAF9 Asset Minor Code 28 | 5,000.000 | 5,131.80<br>102.6360 | 5,033.30 | 98.50<br>- .80 | 10.09 | 5.44 |
| Morgan<br>Stanley 4.734% 7/18/31<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>61776NVG5 Asset Minor Code 28 | 10,000.000 | 10,045.10<br>100.4510 | 10,000.00 | 45.10<br>45.10 | 13.15 | 4.71 |
| New Century<br>Home 5.21368% 8/25/34<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa2<br>64352VFW6 Asset Minor Code 31 | 22,997.420 | 22,655.45<br>98.5130 | 22,073.91 | 581.54<br>- 43.58 | 22.64 | 5.29 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Oracle Corp<br>2.875% 3/25/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>68389XCE3 Asset Minor Code 28 | 40,000.000 | 36,259.20<br>90.6480 | 40,053.95 | - 3,794.75<br>- 221.60 | 402.50 | 3.17 |
| Pnc Finl Svcs<br>Group 5.222% 1/29/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>693475CB9 Asset Minor Code 28 | 10,000.000 | 10,260.00<br>102.6000 | 10,000.00 | 260.00<br>- 2.70 | 2.90 | 5.09 |
| Paychex Inc<br>5.350% 4/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>704326AB3 Asset Minor Code 28 | 15,000.000 | 15,375.45<br>102.5030 | 14,765.25 | 610.20<br>- 27.30 | 247.44 | 5.22 |
| Pilgrims<br>Pride 6.250% 7/01/33<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba2<br>72147KAK4 Asset Minor Code 28 | 25,000.000 | 26,276.75<br>105.1070 | 24,828.00 | 1,448.75<br>- 155.25 | 130.21 | 5.95 |
| Premier<br>Health 2.911% 11/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Baa1<br>74052BAA5 Asset Minor Code 28 | 25,000.000 | 24,332.00<br>97.3280 | 22,677.75 | 1,654.25<br>- 31.25 | 153.64 | 2.99 |
| Abc Financial<br>Co 5.28868% 3/25/37<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aaa<br>74978AAD2 Asset Minor Code 31<br>Date Last Priced: 07/15/25 | .030 | .00<br>.0000 @ | .03 | - .03<br>- .03 | .00 | 0.00 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Slc Student Loan 4.85808% 12/15/38<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aaa<br>784427AF3 Asset Minor Code 31 | 39,855.380 | 38,384.32<br>96.3090 | 36,692.40 | 1,691.92<br>- 102.43 | 252.78 | 5.04 |
| S L M A 5.11965% 1/25/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: B1<br>78446YAA1 Asset Minor Code 31 | 10,871.400 | 10,623.42<br>97.7190 | 10,894.30 | - 270.88<br>1.39 | 10.53 | 5.24 |
| Santander Drive AU 4.620% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>802920AD0 Asset Minor Code 31 | 20,000.000 | 20,001.80<br>100.0090 | 19,999.37 | 2.43<br>- 16.20 | 41.07 | 4.62 |
| Starbucks Corp 4.800% 5/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>855244BL2 Asset Minor Code 28 | 20,000.000 | 20,207.80<br>101.0390 | 19,996.20 | 211.60<br>- 43.80 | 221.33 | 4.75 |
| Stryker Corporation 4.700% 2/10/28<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>863667BK6 Asset Minor Code 28 | 15,000.000 | 15,138.00<br>100.9200 | 14,990.10 | 147.90<br>- 65.40 | 334.88 | 4.66 |
| T Mobile USA Inc 3.750% 4/15/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>87264ABD6 Asset Minor Code 28 | 10,000.000 | 9,881.60<br>98.8160 | 10,860.70 | - 979.10<br>- 14.00 | 110.42 | 3.79 |
| T Mobile USA Inc 3.500% 4/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>87264ABW4 Asset Minor Code 28 | 40,000.000 | 37,498.00<br>93.7450 | 36,697.80 | 800.20<br>- 58.80 | 412.22 | 3.73 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| T Mobile USA<br>Inc 5.125% 5/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>87264ADS1 Asset Minor Code 28 | 10,000.000 | 10,145.40<br>101.4540 | 9,988.20 | 157.20<br>- 52.50 | 108.19 | 5.05 |
| Take Two<br>Interactive 4.000% 4/14/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>874054AH2 Asset Minor Code 28 | 15,000.000 | 14,204.70<br>94.6980 | 14,790.90 | - 586.20<br>- 3.30 | 178.33 | 4.22 |
| Ubs<br>Commercial 3.460% 6/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>90276EAE7 Asset Minor Code 31 | 20,000.000 | 19,512.80<br>97.5640 | 18,638.28 | 874.52<br>- 50.80 | 57.67 | 3.55 |
| Ubs<br>Commercial 3.2034% 10/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa2<br>90278MBD8 Asset Minor Code 31 | 30,000.000 | 27,369.60<br>91.2320 | 25,981.64 | 1,387.96<br>- 110.10 | 80.09 | 3.51 |
| Ubs Coml Mtg<br>Tr 4.1519% 7/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>90353DAV7 Asset Minor Code 31 | 1,476.330 | 1,473.21<br>99.7890 | 1,505.86 | - 32.65<br>38.20 | 2.72 | 4.16 |
| Uber<br>Technologies 4.300% 1/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>90353TAN0 Asset Minor Code 28 | 15,000.000 | 14,869.95<br>99.1330 | 14,995.05 | - 125.10<br>- 60.90 | 28.67 | 4.34 |
| United Air<br>Lines 5.800% 7/15/37<br>Standard & Poors Rating: A+<br>Moodys Rating: A2<br>90932LAJ6 Asset Minor Code 31 | 9,329.710 | 9,511.73<br>101.9510 | 9,329.71 | 182.02<br>- 9.14 | 24.05 | 5.69 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| US Bancorp<br>Mtn 4.548% 7/22/28<br>Standard & Poors Rating: A<br>Moodys Rating: A3<br>91159HJF8 Asset Minor Code 28 | 30,000.000 | 30,050.10<br>100.1670 | 30,000.00 | 50.10<br>- 17.70 | 34.11 | 4.54 |
| US Bancorp<br>Mtn 5.678% 1/23/35<br>Standard & Poors Rating: A<br>Moodys Rating: A3<br>91159HJR2 Asset Minor Code 28 | 5,000.000 | 5,181.35<br>103.6270 | 5,000.00 | 181.35<br>- 9.55 | 6.31 | 5.48 |
| Wp Carey Inc<br>4.650% 7/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>92936UAN9 Asset Minor Code 28 | 15,000.000 | 14,909.70<br>99.3980 | 14,863.20 | 46.50<br>46.50 | 40.69 | 4.68 |
| Wells Fargo<br>Mtn 2.572% 2/11/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U2J1 Asset Minor Code 28 | 5,000.000 | 4,584.30<br>91.6860 | 4,309.80 | 274.50<br>3.70 | 60.73 | 2.81 |
| Wells Fargo<br>Co Mtn 5.574% 7/25/29<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U3E1 Asset Minor Code 28 | 25,000.000 | 25,742.25<br>102.9690 | 24,522.50 | 1,219.75<br>- 71.75 | 23.21 | 5.41 |
| Wells Fargo<br>Mtn 5.499% 1/23/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U3K7 Asset Minor Code 28 | 10,000.000 | 10,247.70<br>102.4770 | 9,993.80 | 253.90<br>- 7.50 | 12.22 | 5.37 |
| **Total Corporate Issues** | **1,450,377.630** | **1,397,878.79** | **1,396,382.76** | **1,496.03<br>- 2,150.33** | **10,165.48** | **4.02** |

### Foreign Issues

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Aercap<br>Ireland Cap 3.650% 7/21/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>00774MAB1 Asset Minor Code 35 | 20,000.000 | 19,661.60<br>98.3080 | 20,006.90 | - 345.30<br>- 35.00 | 20.28 | 3.71 |
| Natwest Group<br>Plc 1.642% 6/14/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>639057AC2 Asset Minor Code 35 | 15,000.000 | 14,614.80<br>97.4320 | 15,005.40 | - 390.60<br>16.50 | 32.16 | 1.69 |
| Santander Uk<br>Group 1.673% 6/14/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>80281LAQ8 Asset Minor Code 35 | 5,000.000 | 4,867.85<br>97.3570 | 4,915.10 | - 47.25<br>11.10 | 10.92 | 1.72 |
| Trinity<br>Acquisition 4.400% 3/15/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>89641UAC5 Asset Minor Code 35 | 10,000.000 | 9,984.10<br>99.8410 | 11,150.50 | - 1,166.40<br>11.80 | 166.22 | 4.41 |
| **Total Foreign Issues** | **50,000.000** | **49,128.35** | **51,077.90** | **- 1,949.55**<br>**4.40** | **229.58** | **3.05** |

## Municipal Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Massachusetts<br>ST Sch 2.966% 10/15/32<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>576000XM0 Asset Minor Code 39 | 10,000.000 | 9,040.60<br>90.4060 | 10,810.20 | - 1,769.60<br>- 65.50 | 87.33 | 3.28 |
| Massachusetts<br>ST Spl 4.110% 7/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>576004HG3 Asset Minor Code 41 | 4,945.470 | 4,912.98<br>99.3430 | 4,920.51 | - 7.53<br>- 28.32 | 9.03 | 4.14 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Miami Dade<br>Cnty Fl 3.504% 10/01/31<br>Standard & Poors Rating: A+<br>Moodys Rating: N/A<br>59333P2P2 Asset Minor Code 39 | 5,000.000 | 4,733.50<br>94.6700 | 5,334.20 | - 600.70<br>- 26.90 | 58.40 | 3.70 |
| New York Ny<br>Txbl 3.620% 4/01/31<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>64966MYR4 Asset Minor Code 39 | 15,000.000 | 14,400.00<br>96.0000 | 16,733.85 | - 2,333.85<br>- 9.90 | 181.00 | 3.77 |
| New York N Y<br>1.700% 3/01/29<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>64966QJK7 Asset Minor Code 39 | 30,000.000 | 27,468.60<br>91.5620 | 26,977.50 | 491.10<br>- 6.90 | 212.50 | 1.86 |
| New York Ny<br>City 5.267% 5/01/27<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aa1<br>64971MT44 Asset Minor Code 39 | 45,000.000 | 45,718.20<br>101.5960 | 50,644.18 | - 4,925.98<br>- 207.90 | 592.54 | 5.18 |
| New York ST<br>2.010% 3/15/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: N/A<br>64985TDG3 Asset Minor Code 39 | 5,000.000 | 4,484.35<br>89.6870 | 4,231.80 | 252.55<br>- 29.00 | 37.97 | 2.24 |
| New York ST<br>2.540% 3/15/34<br>Standard & Poors Rating: N/R<br>Moodys Rating: N/A<br>64985TEX5 Asset Minor Code 39 | 5,000.000 | 4,226.20<br>84.5240 | 4,754.85 | - 528.65<br>- 38.05 | 48.33 | 3.01 |
| New York ST<br>2.540% 3/15/34<br>Standard & Poors Rating: AA+<br>Moodys Rating: N/A<br>64985TEY3 Asset Minor Code 39 | 10,000.000 | 8,343.20<br>83.4320 | 9,509.70 | - 1,166.50<br>- 53.40 | 96.67 | 3.04 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| New York ST<br>Dorm 5.500% 3/15/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>649902T29 Asset Minor Code 41 | 30,755.410 | 31,194.60<br>101.4280 | 36,060.25 | - 4,865.65<br>- 127.63 | 639.03 | 5.42 |
| New York ST<br>Urban 5.770% 3/15/39<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>650035TD0 Asset Minor Code 39 | 15,000.000 | 15,392.70<br>102.6180 | 18,698.70 | - 3,306.00<br>- 84.90 | 326.97 | 5.62 |
| University Ca<br>2.247% 5/15/34<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>91412HJV6 Asset Minor Code 39 | 20,000.000 | 16,400.20<br>82.0010 | 20,497.60 | - 4,097.40<br>- 114.00 | 94.87 | 2.74 |
| University Mi<br>3.436% 4/01/31<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>914455VE7 Asset Minor Code 39 | 25,000.000 | 23,943.25<br>95.7730 | 25,000.00 | - 1,056.75<br>- 163.25 | 286.33 | 3.59 |
| **Total Municipal Issues** | **220,700.880** | **210,258.38** | **234,173.34** | **- 23,914.96**<br>**- 955.65** | **2,670.97** | **4.01** |
| **Total Assets** | **8,128,488.580** | **7,099,168.15** | **7,153,273.39** | **- 54,105.24**<br>**- 40,038.20** | **19,025.36** | **4.42** |
| **Accrued Income** | **.000** | **19,025.36** | **19,025.36** | | | |
| **Grand Total** | **8,128,488.580** | **7,118,193.51** | **7,172,298.75** | | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 202,018.140 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 4,268.80 | 2,182.68 | 4,268.80 | 2,182.68 |
| **Total Cash And Equivalents** | | | | | **4,268.80** | **2,182.68** | **4,268.80** | **2,182.68** |
| **US Government Issues** | | | | | | | | |
| 1,237.810 | F H L M C Gd A45796 7.000% 1/01/33 3128K6NM8 | | | | 7.42 | 7.22 | 7.42 | 7.22 |
| 5,673.560 | F H L M C Gd G08844 5.000% 10/01/48 3128MJ5E6 | | | | 23.98 | 23.64 | 23.98 | 23.64 |
| 22,772.120 | F H L M C #As5323 4.000% 1/01/54 3132DS4G4 | | | | 76.44 | 75.91 | 76.44 | 75.91 |
| 33,751.950 | F H L M C #Sd7503 3.500% 8/01/49 3132DVKQ7 | | | | 99.60 | 98.44 | 99.61 | 98.43 |
| 20,655.760 | F H L M C #Sd8199 2.000% 2/01/52 3132DWDC4 | | | | 34.63 | 34.43 | 34.63 | 34.43 |
| 56,550.330 | F H L M C #Wa3219 3132WWYR7 | | | | .00 | 98.64 | 98.64 | .00 |
| 41,121.740 | F H L M C #Ra6953 3.000% 3/01/52 3133KNWN9 | | | | 103.02 | 102.80 | 103.02 | 102.80 |
| 11,751.000 | F N M A Gtd Remic 5.345% 1/25/50 3136B72K6 | | | | 9.84 | 48.54 | 48.63 | 9.75 |
| 25,000.000 | F H L M C Mltcl 1.940% 2/25/35 3137FTZL4 | | | | 40.42 | 40.42 | 40.42 | 40.42 |
| 4,467.630 | F H L M C Mltcl Mt 5.62197% 11/25/54 3137HHFL0 | | | | 4.58 | 21.07 | 21.12 | 4.53 |
| 7.250 | F N M A #303826 6.000% 3/01/26 31373UPK7 | | | | .04 | .04 | .04 | .04 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 368.300 | F N M A #545646 7.000% 9/01/26 31385JET1 | | | | 2.58 | 2.15 | 2.58 | 2.15 |
| 6,164.720 | F N M A #Ca1710 4.500% 5/01/48 3140Q83U7 | | | | 23.60 | 23.12 | 23.61 | 23.11 |
| 1,676.750 | F N M A #Ca2208 4.500% 8/01/48 3140Q9N25 | | | | 6.31 | 6.29 | 6.32 | 6.28 |
| 20,853.450 | F N M A #Fs1598 2.000% 4/01/52 3140XGX46 | | | | 34.95 | 34.76 | 34.95 | 34.76 |
| 5,909.380 | F N M A #Fm2318 3.500% 9/01/49 3140X5SG9 | | | | 17.41 | 17.24 | 17.41 | 17.24 |
| 2,674.030 | F N M A #764388 6.008% 3/01/34 31404CF54 | | | | 13.50 | 13.39 | 13.50 | 13.39 |
| 4,483.230 | F N M A #939419 6.265% 5/01/37 31413ADY6 | | | | 23.51 | 23.41 | 23.51 | 23.41 |
| 2,713.530 | F N M A #Ma1561 3.000% 8/01/33 31418AWX2 | | | | 5.93 | 6.78 | 6.91 | 5.80 |
| 6,980.240 | F N M A #Ma3811 3.000% 10/01/49 31418DGV8 | | | | 17.83 | 17.45 | 17.83 | 17.45 |
| 11,558.690 | F N M A #Ma4644 4.000% 5/01/52 31418EES5 | | | | 38.86 | 38.53 | 38.86 | 38.53 |
| 56,735.960 | F N M A #Ma4733 4.500% 8/01/52 31418EHK9 | | | | 214.72 | 212.76 | 214.72 | 212.76 |
| 5,700.190 | G N M A I I #Ma4454 5.000% 5/20/47 36179S5P8 | | | | 23.88 | 23.75 | 23.88 | 23.75 |
| 2,333.360 | G N M A I I #Ma4838 4.000% 11/20/47 36179TLT0 | | | | 7.85 | 7.78 | 7.85 | 7.78 |
| 4,576.870 | G N M A I I #Ma5399 4.500% 8/20/48 36179T7L3 | | | | 17.32 | 17.16 | 17.32 | 17.16 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 1,744.180 | G N M A I I #Ma5530 5.000% 10/20/48 36179UEB4 | | | | 7.36 | 7.27 | 7.36 | 7.27 |
| 1,476.150 | G N M A I I #Ma5651 4.000% 12/20/48 36179UH47 | | | | 4.96 | 4.92 | 4.96 | 4.92 |
| 806.860 | G N M A I I #Ma6209 3.000% 10/20/49 36179U3S9 | | | | 2.02 | 2.02 | 2.02 | 2.02 |
| 19,744.330 | G N M A I I #Ma8201 4.500% 8/20/52 36179XDE3 | | | | 74.87 | 74.04 | 74.87 | 74.04 |
| 24,280.780 | G N M A I I #Ma9963 4.500% 10/20/54 36180AB85 | | | | 91.85 | 91.05 | 91.85 | 91.05 |
| 16,534.290 | G N M A Gtd Remic 5.552% 2/20/54 38384JQR8 | | | | 28.66 | 76.91 | 77.15 | 28.42 |
| .000 | U S Treasury I P S 2.125% 1/15/35 91282CML2 | | | | 705.89 | 186.88 | 892.77 | .00 |
| 126,000.000 | U S Treasury Nt 4.250% 5/15/35 91282CNC1 | | | | 732.78 | 544.41 | 142.16 | 1,135.03 |
| .000 | U S Treasury Nt 3.875% 6/15/28 91282CNH0 | | | | 1,023.17 | 551.82 | 1,574.99 | .00 |
| .000 | U S Treasury Nt 4.125% 6/30/32 91282CNJ6 | | | | 26.12 | 696.48 | 722.60 | .00 |
| .000 | U S Treasury Nt 3.875% 6/30/30 91282CNK3 | | | | 200.17 | 5,601.48 | 5,801.65 | .00 |
| .000 | U S Treasury Nt 3.750% 6/30/27 91282CNL1 | | | | 186.07 | 5,308.80 | 5,494.87 | .00 |
| 611,000.000 | U S Treasury Nt 3.875% 7/15/28 91282CNM9 | | | | .00 | 1,093.74 | .00 | 1,093.74 |
| 2,022,000.000 | U S Treasury Nt 3.875% 7/31/30 91282CNN7 | | | | .00 | 204.60 | .00 | 204.60 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 1,940,000.000 | U S Treasury Nt 3.875% 7/31/27 91282CNP2 | | | | .00 | 198.80 | .00 | 198.80 |
| 230,000.000 | U S Treasury Nt 4.125% 7/31/32 91282CNR8 | | | | .00 | 25.78 | .00 | 25.78 |
| 81,087.480 | U S Treasury I P S 1.875% 7/15/35 91282CNS6 | | | | .00 | 4.14 | - 66.10 | 70.24 |
| **Total US Government Issues** | | | | | **3,932.14** | **15,668.86** | **15,824.35** | **3,776.65** |
| **Corporate Issues** | | | | | | | | |
| 35,000.000 | Agl Capital Corp 6.000% 10/01/34 001192AD5 | | | | .00 | 52.50 | - 647.50 | 700.00 |
| 15,000.000 | Air Lease Corp Mtn 3.250% 10/01/29 00914AAE2 | | | | 121.88 | 40.62 | .00 | 162.50 |
| 15,000.000 | Air Lease Corp Mtn 2.200% 1/15/27 00914AAR3 | | | | 152.17 | 27.50 | 165.00 | 14.67 |
| 20,000.000 | Amcor Finance USA 3.625% 4/28/26 02343UAG0 | | | | 126.88 | 60.41 | .00 | 187.29 |
| 5,000.000 | American Assets L P 6.150% 10/01/34 02401LAB0 | | | | 76.88 | 25.62 | .00 | 102.50 |
| 10,000.000 | American Express Co 4.918% 7/20/33 025816EK1 | | | | .00 | 8.20 | .00 | 8.20 |
| 20,000.000 | American Tower Corp 3.600% 1/15/28 03027XAR1 | | | | 332.00 | 60.00 | 360.00 | 32.00 |
| 6,000.000 | American Tower Corp 2.700% 4/15/31 03027XBM1 | | | | 34.20 | 13.50 | .00 | 47.70 |
| 5,000.000 | Elevance Health Inc 5.200% 2/15/35 036752BD4 | | | | 98.22 | 21.67 | .00 | 119.89 |
| 20,000.000 | Aon Corp Sr Nt 2.800% 5/15/30 037389BE2 | | | | 71.56 | 46.66 | .00 | 118.22 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 35,000.000 | Appalachian Power Co 3.300% 6/01/27 037735CW5 | | | | 96.25 | 96.25 | .00 | 192.50 |
| 15,000.000 | Arizona Pub Svc Co 6.350% 12/15/32 040555DE1 | | | | 42.33 | 79.38 | .00 | 121.71 |
| 5,000.000 | Autozone Inc 5.125% 6/15/30 053332BM3 | | | | 97.52 | 21.35 | .00 | 118.87 |
| 20,000.000 | Barclays Commercial 6.358% 3/15/57 05554VAE0 | | | | 56.52 | 105.97 | 105.97 | 56.52 |
| 20,000.000 | Bmo 2023-5C1 Mtg 7.11746% 8/17/56 055986AF0 | | | | 122.58 | 114.66 | 118.62 | 118.62 |
| 25,000.000 | Bk Of America Mtn 1.922% 10/24/31 06051GJL4 | | | | 89.43 | 40.04 | .00 | 129.47 |
| 5,000.000 | Bk Of America Corp 2.651% 3/11/32 06051GJP5 | | | | 40.50 | 11.05 | .00 | 51.55 |
| 5,000.000 | Bk Of America Mtn 2.687% 4/22/32 06051GJT7 | | | | 25.75 | 11.20 | .00 | 36.95 |
| 20,000.000 | Bk Of America Mtn 2.299% 7/21/32 06051GKA6 | | | | 204.36 | 38.31 | 229.90 | 12.77 |
| 2,806.160 | Bank 0.446% 12/16/53 06541UBN5 | | | | 1.31 | 1.04 | 1.31 | 1.04 |
| 30,000.000 | ST Barnabas Hcs 4.000% 7/01/28 06769QAA8 | | | | 600.00 | 100.00 | 600.00 | 100.00 |
| 30,000.000 | Baylor Scott White 2.650% 11/15/26 072863AE3 | | | | 101.58 | 66.25 | .00 | 167.83 |
| 15,000.000 | Broadcom Inc Sr Glbl 4.300% 11/15/32 11135FAS0 | | | | 82.42 | 53.75 | .00 | 136.17 |
| 20,000.000 | Cigna Corp 2.400% 3/15/30 125523CL2 | | | | 141.33 | 40.00 | .00 | 181.33 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ███████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| .000 | Cvs Health Corp 126650DY3 | 5.300% | 6/01/33 | | | 22.08 | 16.93 | 39.01 | .00 |
| .000 | Cvs Health Corp 126650ED8 | 5.700% | 6/01/34 | | | 47.50 | 36.42 | 83.92 | .00 |
| 20,000.000 | Charter Comm Opt LLC 161175BU7 | 2.800% | 4/01/31 | | | 140.00 | 46.67 | .00 | 186.67 |
| 30,000.000 | Charter Comm Opt 161175BX1 | 2.300% | 2/01/32 | | | 287.50 | 57.50 | .00 | 345.00 |
| 6,000.000 | Charter 161175CP7 | 6.650% | 2/01/34 | | | 166.25 | 33.25 | .00 | 199.50 |
| 20,000.000 | Citigroup Inc 172967NE7 | 2.520% | 11/03/32 | | | 81.20 | 42.00 | .00 | 123.20 |
| 5,000.000 | Citigroup Inc 172967PL9 | 5.449% | 6/11/35 | | | 83.25 | 22.70 | .00 | 105.95 |
| .000 | Citigroup Inc 17327CBA0 | 5.333% | 3/27/36 | | | 69.63 | .00 | 69.63 | .00 |
| 5,000.000 | Commonspirit 20268JAF0 | 2.782% | 10/01/30 | | | 34.78 | 11.59 | .00 | 46.37 |
| 5,000.000 | Crown Castle 22822VAR2 | 3.300% | 7/01/30 | | | 82.50 | 13.75 | 82.50 | 13.75 |
| 21,000.000 | Crown Castle Intl 22822VAW1 | 2.100% | 4/01/31 | | | 110.25 | 36.75 | .00 | 147.00 |
| 10,000.000 | Dell Intl LLC Emc 24703TAL0 | 4.750% | 4/01/28 | | | 118.75 | 39.58 | .00 | 158.33 |
| 10,000.000 | Dell Intl LLC Emc 24703TAM8 | 5.000% | 4/01/30 | | | 125.00 | 41.67 | .00 | 166.67 |
| 28,041.200 | Delta Air Lines 247361ZV3 | 2.000% | 6/10/28 | | | 32.71 | 46.74 | .00 | 79.45 |

R1004

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 25,000.000 | Discover Bank 3.450% 7/27/26 25466AAJ0 | | | | 368.96 | 71.87 | 431.25 | 9.58 |
| 25,000.000 | Drive Auto 4.500% 9/15/28 26207AAD5 | | | | 50.00 | 93.75 | 93.75 | 50.00 |
| 10,000.000 | Duke Energy Progress 5.050% 3/15/35 26442UAU8 | | | | 148.69 | 42.09 | .00 | 190.78 |
| 20,000.000 | Exeter Automobile Re 5.040% 3/15/28 30165BAC7 | | | | 44.80 | 74.17 | 74.17 | 44.80 |
| 39,000.000 | Extra Space Storage 2.200% 10/15/30 30225VAP2 | | | | 181.13 | 71.50 | .00 | 252.63 |
| 10,000.000 | Florida Pwr Lt Co 5.300% 6/15/34 341081GU5 | | | | 23.56 | 44.16 | .00 | 67.72 |
| .000 | Glp Capital LP Fin 5.375% 4/15/26 361841AH2 | | | | 170.21 | 51.51 | 221.72 | .00 |
| 5,000.000 | Goldman Sachs 5.536% 1/28/36 38141GC44 | | | | 117.64 | 23.07 | 138.40 | 2.31 |
| 5,000.000 | Goldman Sachs Group 2.383% 7/21/32 38141GYJ7 | | | | 52.96 | 9.93 | 59.58 | 3.31 |
| 15,000.000 | Goldman Sachs 1.948% 10/21/27 38141GYM0 | | | | 56.82 | 24.35 | .00 | 81.17 |
| 15,000.000 | Goldman Sachs Group 2.650% 10/21/32 38141GYN8 | | | | 77.29 | 33.13 | .00 | 110.42 |
| 20,000.000 | Host Hotels L P 5.700% 6/15/32 44107TBD7 | | | | 129.83 | 95.00 | .00 | 224.83 |
| 11,000.000 | Hudson Pacific 3.950% 11/01/27 44409MAA4 | | | | 72.42 | 36.21 | .00 | 108.63 |
| 5,000.000 | Humana Inc 5.550% 5/01/35 444859CD2 | | | | 89.42 | 23.12 | .00 | 112.54 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 10,000.000 | Hyatt Hotels Corp 5.050% 3/30/28 448579AU6 | | | | 133.26 | 42.09 | .00 | 175.35 |
| 20,000.000 | Hyundai Auto Rec Tr 4.400% 1/15/31 448976AE0 | | | | 39.11 | 73.33 | 74.00 | 38.44 |
| 15,000.000 | Intel Corp 2.000% 8/12/31 458140BU3 | | | | 115.83 | 25.00 | .00 | 140.83 |
| 25,000.000 | Interstate Pwr 5.600% 6/29/35 461070AX2 | | | | 163.33 | 116.67 | .00 | 280.00 |
| 5,000.000 | Invitation Homes L P 2.000% 8/15/31 46188BAA0 | | | | 37.78 | 8.33 | .00 | 46.11 |
| 10,000.000 | Jpmorgan Chase Co 1.953% 2/04/32 46647PBX3 | | | | 79.75 | 16.27 | .00 | 96.02 |
| 35,000.000 | Jpmorgan Chase Co Sr 1.578% 4/22/27 46647PCB0 | | | | 105.86 | 46.02 | .00 | 151.88 |
| 5,000.000 | Jpmorgan Chase 2.580% 4/22/32 46647PCC8 | | | | 24.73 | 10.75 | .00 | 35.48 |
| 10,000.000 | Jpmorgan Chase Co 2.545% 11/08/32 46647PCR5 | | | | 37.47 | 21.21 | .00 | 58.68 |
| .000 | Jpmorgan Chase Co 5.766% 4/22/35 46647PEH5 | | | | 55.26 | 6.40 | 61.66 | .00 |
| 10,000.000 | Jpmorgan Chase Co 5.294% 7/22/35 46647PEK8 | | | | 233.82 | 44.12 | 264.70 | 13.24 |
| 5,000.000 | Lxp Industrial Trust 6.750% 11/15/28 529043AF8 | | | | 43.13 | 28.12 | .00 | 71.25 |
| 5,000.000 | Lexington Rlty Tr Sr 2.375% 10/01/31 529537AA0 | | | | 29.69 | 9.89 | .00 | 39.58 |
| .000 | Warnermedia Hldgs 4.279% 3/15/32 55903VBC6 | | | | 340.18 | - 340.18 | .00 | .00 |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/<br>FACE AMOUNT | DESCRIPTION | | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 7,000.000 | Warnermedia Hldgs<br>55903VBQ5 | 4.279% | 3/15/32 | | | .00 | 407.94 | 294.78 | 113.16 |
| 15,000.000 | Morgan Stanley Mtn<br>6174468U6 | 1.794% | 2/13/32 | | | 171.93 | 30.89 | 77.24 | 125.58 |
| 10,000.000 | Morgan Stanley Mtn<br>61747YEL5 | 2.943% | 1/21/33 | | | 130.80 | 24.53 | 147.15 | 8.18 |
| 5,000.000 | Morgan Stanley<br>61748UAF9 | 5.587% | 1/18/36 | | | 124.16 | 23.28 | 137.35 | 10.09 |
| 10,000.000 | Morgan Stanley<br>61776NVG5 | 4.734% | 7/18/31 | | | .00 | 13.15 | .00 | 13.15 |
| 22,997.420 | New Century Home<br>64352VFW6 | 5.21368% | 8/25/34 | | | 19.88 | 105.49 | 102.73 | 22.64 |
| 40,000.000 | Oracle Corp<br>68389XCE3 | 2.875% | 3/25/31 | | | 306.67 | 95.83 | .00 | 402.50 |
| 10,000.000 | Pnc Finl Svcs Group<br>693475CB9 | 5.222% | 1/29/31 | | | 220.48 | 43.52 | 261.10 | 2.90 |
| 15,000.000 | Paychex Inc<br>704326AB3 | 5.350% | 4/15/32 | | | 180.56 | 66.88 | .00 | 247.44 |
| 25,000.000 | Pilgrims Pride<br>72147KAK4 | 6.250% | 7/01/33 | | | 781.25 | 130.21 | 781.25 | 130.21 |
| 25,000.000 | Premier Health<br>74052BAA5 | 2.911% | 11/15/26 | | | 92.99 | 60.65 | .00 | 153.64 |
| 39,855.380 | Slc Student Loan<br>784427AF3 | 4.85808% | 12/15/38 | | | 86.05 | 166.73 | .00 | 252.78 |
| 10,871.400 | S L M A<br>78446YAA1 | 5.11965% | 1/25/29 | | | 9.08 | 48.28 | 46.83 | 10.53 |
| 20,000.000 | Santander Drive AU<br>802920AD0 | 4.620% | 11/15/28 | | | 41.07 | 77.00 | 77.00 | 41.07 |

R1007

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 20,000.000 | Starbucks Corp 4.800% 5/15/30 855244BL2 | | | | 141.33 | 80.00 | .00 | 221.33 |
| 15,000.000 | Stryker Corporation 4.700% 2/10/28 863667BK6 | | | | 276.13 | 58.75 | .00 | 334.88 |
| 10,000.000 | T Mobile USA Inc 3.750% 4/15/27 87264ABD6 | | | | 79.17 | 31.25 | .00 | 110.42 |
| 40,000.000 | T Mobile USA Inc 3.500% 4/15/31 87264ABW4 | | | | 295.56 | 116.66 | .00 | 412.22 |
| 10,000.000 | T Mobile USA Inc 5.125% 5/15/32 87264ADS1 | | | | 65.49 | 42.70 | .00 | 108.19 |
| 15,000.000 | Take Two Interactive 4.000% 4/14/32 874054AH2 | | | | 128.33 | 50.00 | .00 | 178.33 |
| 20,000.000 | Ubs Commercial 3.460% 6/15/50 90276EAE7 | | | | 57.67 | 57.67 | 57.67 | 57.67 |
| 30,000.000 | Ubs Commercial 3.2034% 10/15/52 90278MBD8 | | | | 80.09 | 80.09 | 80.09 | 80.09 |
| 1,476.330 | Ubs Coml Mtg Tr 4.1519% 7/15/51 90353DAV7 | | | | 4.91 | 12.45 | 14.64 | 2.72 |
| 15,000.000 | Uber Technologies 4.300% 1/15/30 90353TAN0 | | | | 297.42 | 53.75 | 322.50 | 28.67 |
| 9,329.710 | United Air Lines 5.800% 7/15/37 90932LAJ6 | | | | 255.49 | 45.60 | 277.04 | 24.05 |
| 30,000.000 | US Bancorp Mtn 4.548% 7/22/28 91159HJF8 | | | | 602.61 | 113.70 | 682.20 | 34.11 |
| 5,000.000 | US Bancorp Mtn 5.678% 1/23/35 91159HJR2 | | | | 124.60 | 23.66 | 141.95 | 6.31 |
| 15,000.000 | Wp Carey Inc 4.650% 7/15/30 92936UAN9 | | | | .00 | 40.69 | .00 | 40.69 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 5,000.000 | Wells Fargo Mtn 95000U2J1 | 2.572% | 2/11/31 | | | 50.01 | 10.72 | .00 | 60.73 |
| 25,000.000 | Wells Fargo Co Mtn 95000U3E1 | 5.574% | 7/25/29 | | | 603.84 | 116.12 | 696.75 | 23.21 |
| 10,000.000 | Wells Fargo Mtn 95000U3K7 | 5.499% | 1/23/35 | | | 241.35 | 45.82 | 274.95 | 12.22 |
| **Total Corporate Issues** | | | | | | **12,608.92** | **4,657.37** | **7,100.81** | **10,165.48** |
| **Foreign Issues** | | | | | | | | | |
| 20,000.000 | Aercap Ireland Cap 00774MAB1 | 3.650% | 7/21/27 | | | 324.44 | 60.84 | 365.00 | 20.28 |
| 15,000.000 | Natwest Group Plc 639057AC2 | 1.642% | 6/14/27 | | | 11.63 | 20.53 | .00 | 32.16 |
| 5,000.000 | Santander Uk Group 80281LAQ8 | 1.673% | 6/14/27 | | | 3.95 | 6.97 | .00 | 10.92 |
| 10,000.000 | Trinity Acquisition 89641UAC5 | 4.400% | 3/15/26 | | | 129.56 | 36.66 | .00 | 166.22 |
| **Total Foreign Issues** | | | | | | **469.58** | **125.00** | **365.00** | **229.58** |
| **Municipal Issues** | | | | | | | | | |
| 10,000.000 | Massachusetts ST Sch 576000XM0 | 2.966% | 10/15/32 | | | 62.62 | 24.71 | .00 | 87.33 |
| 4,945.470 | Massachusetts ST Spl 576004HG3 | 4.110% | 7/15/31 | | | 156.61 | 22.23 | 169.81 | 9.03 |
| 5,000.000 | Miami Dade Cnty Fl 59333P2P2 | 3.504% | 10/01/31 | | | 43.80 | 14.60 | .00 | 58.40 |
| 15,000.000 | New York Ny Txbl 64966MYR4 | 3.620% | 4/01/31 | | | 135.75 | 45.25 | .00 | 181.00 |

R1009

02551504
35- -01-B -62 -218-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ██████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/<br>FACE AMOUNT | DESCRIPTION | | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 30,000.000 | New York N Y<br>64966QJK7 | 1.700% | 3/01/29 | | | 170.00 | 42.50 | .00 | 212.50 |
| 45,000.000 | New York Ny City<br>64971MT44 | 5.267% | 5/01/27 | | | 395.03 | 197.51 | .00 | 592.54 |
| 5,000.000 | New York ST<br>64985TDG3 | 2.010% | 3/15/30 | | | 29.59 | 8.38 | .00 | 37.97 |
| 5,000.000 | New York ST<br>64985TEX5 | 2.540% | 3/15/34 | | | 37.74 | 10.59 | .00 | 48.33 |
| 10,000.000 | New York ST<br>64985TEY3 | 2.540% | 3/15/34 | | | 75.50 | 21.17 | .00 | 96.67 |
| 30,755.410 | New York ST Dorm<br>649902T29 | 5.500% | 3/15/30 | | | 498.07 | 140.96 | .00 | 639.03 |
| 15,000.000 | New York ST Urban<br>650035TD0 | 5.770% | 3/15/39 | | | 254.84 | 72.13 | .00 | 326.97 |
| 20,000.000 | University Ca<br>91412HJV6 | 2.247% | 5/15/34 | | | 57.42 | 37.45 | .00 | 94.87 |
| 25,000.000 | University Mi<br>914455VE7 | 3.436% | 4/01/31 | | | 214.75 | 71.58 | .00 | 286.33 |
| **Total Municipal Issues** | | | | | | **2,131.72** | **709.06** | **169.81** | **2,670.97** |
| **Grand Total** | | | | | | **23,411.16** | **23,342.97** | **27,728.77** | **19,025.36** |

R1010

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **Aercap Ireland Cap 3.650% 7/21/27 00774Mab1** | | |
| 07/21/2025 | Aercap Ireland Cap 3.650% 7/21/27<br>0.01825 USD/$1 Pv On 20,000 Par Value Due 7/21/25 | 365.00 |
| **Agl Capital Corp 6.000% 10/01/34 001192Ad5** | | |
| 07/22/2025 | Paid Accrued Interest On Purchase Of<br>Agl Capital Corp 6.000% 10/01/34<br>Income Debit 647.50- USD | - 647.50 |
| **Air Lease Corp Mtn 2.200% 1/15/27 00914Aar3** | | |
| 07/15/2025 | Air Lease Corp Mtn 2.200% 1/15/27<br>0.011 USD/$1 Pv On 15,000 Par Value Due 7/15/25 | 165.00 |
| **American Tower Corp 3.600% 1/15/28 03027Xar1** | | |
| 07/15/2025 | American Tower Corp 3.600% 1/15/28<br>0.018 USD/$1 Pv On 20,000 Par Value Due 7/15/25 | 360.00 |
| **Bank 0.446% 12/16/53 06541Ubn5** | | |
| 07/17/2025 | Bank 0.446% 12/16/53<br>$0.00037/Pv On 3,521.75 Pv Due 7/17/25 | 1.31 |
| **Barclays Commercial 6.358% 3/15/57 05554Vae0** | | |
| 07/17/2025 | Barclays Commercial 6.358% 3/15/57<br>$0.00530/Pv On 20,000.00 Pv Due 7/17/25 | 105.97 |
| **Bk Of America Mtn 2.299% 7/21/32 06051Gka6** | | |
| 07/21/2025 | Bk Of America Mtn 2.299% 7/21/32<br>0.011495 USD/$1 Pv On 20,000 Par Value Due 7/21/25 | 229.90 |



02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT 8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Bmo 2023-5C1 Mtg 7.11746% 8/17/56 055986Af0** | | |
| 07/17/2025 | Bmo 2023-5C1 Mtg 7.11746% 8/17/56<br>$0.00593/Pv On 20,000.00 Pv Due 7/17/25 | 118.62 |
| **Citigroup Inc 5.333% 3/27/36 17327Cba0** | | |
| 07/01/2025 | Received Accrued Interest On Sale Of<br>Citigroup Inc 5.333% 3/27/36<br>Income Credit 69.63 USD | 69.63 |
| **Crown Castle 3.300% 7/01/30 22822Var2** | | |
| 07/01/2025 | Crown Castle 3.300% 7/01/30<br>0.0165 USD/$1 Pv On 5,000 Par Value Due 7/1/25 | 82.50 |
| **Cvs Health Corp 5.300% 6/01/33 126650Dy3** | | |
| 07/24/2025 | Received Accrued Interest On Sale Of<br>Cvs Health Corp 5.300% 6/01/33<br>Income Credit 39.01 USD | 39.01 |
| **Cvs Health Corp 5.700% 6/01/34 126650Ed8** | | |
| 07/24/2025 | Received Accrued Interest On Sale Of<br>Cvs Health Corp 5.700% 6/01/34<br>Income Credit 83.92 USD | 83.92 |
| **Discover Bank 3.450% 7/27/26 25466Aaj0** | | |
| 07/28/2025 | Discover Bank 3.450% 7/27/26<br>0.01725 USD/$1 Pv On 25,000 Par Value Due 7/27/25 | 431.25 |
| **Drive Auto 4.500% 9/15/28 26207Aad5** | | |
| 07/15/2025 | Drive Auto 4.500% 9/15/28<br>$0.00375/Pv On 25,000.00 Pv Due 7/15/25 | 93.75 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Exeter Automobile Re 5.040% 3/15/28<br>30165Bac7** | | |
| 07/15/2025 | Exeter Automobile Re 5.040% 3/15/28<br>$0.00371/Pv On 20,000.00 Pv Due 7/15/25 | 74.17 |
| **F H L M C #As5323 4.000% 1/01/54<br>3132Ds4G4** | | |
| 07/25/2025 | F H L M C #As5323 4.000% 1/01/54<br>June FHLMC Due 7/25/25 | 76.44 |
| **F H L M C #Ra6953 3.000% 3/01/52<br>3133Knwn9** | | |
| 07/25/2025 | F H L M C #Ra6953 3.000% 3/01/52<br>June FHLMC Due 7/25/25 | 103.02 |
| **F H L M C #Sd7503 3.500% 8/01/49<br>3132Dvkq7** | | |
| 07/25/2025 | F H L M C #Sd7503 3.500% 8/01/49<br>June FHLMC Due 7/25/25 | 99.61 |
| **F H L M C #Sd8199 2.000% 2/01/52<br>3132Dwdc4** | | |
| 07/25/2025 | F H L M C #Sd8199 2.000% 2/01/52<br>June FHLMC Due 7/25/25 | 34.63 |
| **F H L M C #Wa3219<br>3132Wwyr7** | | |
| 07/25/2025 | June FHLMC Due 7/25/25 | 98.64 |
| **F H L M C Gd A45796 7.000% 1/01/33<br>3128K6Nm8** | | |
| 07/15/2025 | F H L M C Gd A45796 7.000% 1/01/33<br>June FHLMC Due 7/15/25 | 7.42 |
| **F H L M C Gd G08844 5.000% 10/01/48<br>3128Mj5E6** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/15/2025 | F H L M C Gd G08844 5.000% 10/01/48<br>June FHLMC Due 7/15/25 | 23.98 |
| **F H L M C Mltcl 1.940% 2/25/35**<br>**3137Ftzl4** | | |
| 07/25/2025 | F H L M C Mltcl 1.940% 2/25/35<br>$0.00162/Pv On 25,000.00 Pv Due 7/25/25 | 40.42 |
| **F H L M C Mltcl Mt 5.62197% 11/25/54**<br>**3137Hhfl0** | | |
| 07/25/2025 | $0.00467/Pv On 4,521.10 Pv Due 7/25/25 | 21.12 |
| **F N M A #Ca1710 4.500% 5/01/48**<br>**3140Q83U7** | | |
| 07/25/2025 | F N M A #Ca1710 4.500% 5/01/48<br>June FNMA Due 7/25/25 | 23.61 |
| **F N M A #Ca2208 4.500% 8/01/48**<br>**3140Q9N25** | | |
| 07/25/2025 | F N M A #Ca2208 4.500% 8/01/48<br>June FNMA Due 7/25/25 | 6.32 |
| **F N M A #Fm2318 3.500% 9/01/49**<br>**3140X5SG9** | | |
| 07/25/2025 | F N M A #Fm2318 3.500% 9/01/49<br>June FNMA Due 7/25/25 | 17.41 |
| **F N M A #Fs1598 2.000% 4/01/52**<br>**3140Xgx46** | | |
| 07/25/2025 | F N M A #Fs1598 2.000% 4/01/52<br>June FNMA Due 7/25/25 | 34.95 |
| **F N M A #Ma1561 3.000% 8/01/33**<br>**31418Awx2** | | |
| 07/25/2025 | F N M A #Ma1561 3.000% 8/01/33<br>June FNMA Due 7/25/25 | 6.91 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F N M A #Ma3811 3.000% 10/01/49 31418Dgv8** | | |
| 07/25/2025 | F N M A #Ma3811 3.000% 10/01/49 June FNMA Due 7/25/25 | 17.83 |
| **F N M A #Ma4644 4.000% 5/01/52 31418Ees5** | | |
| 07/25/2025 | F N M A #Ma4644 4.000% 5/01/52 June FNMA Due 7/25/25 | 38.86 |
| **F N M A #Ma4733 4.500% 8/01/52 31418Ehk9** | | |
| 07/25/2025 | F N M A #Ma4733 4.500% 8/01/52 June FNMA Due 7/25/25 | 214.72 |
| **F N M A #303826 6.000% 3/01/26 31373Upk7** | | |
| 07/25/2025 | F N M A #303826 6.000% 3/01/26 June FNMA Due 7/25/25 | .04 |
| **F N M A #545646 7.000% 9/01/26 31385Jet1** | | |
| 07/25/2025 | F N M A #545646 7.000% 9/01/26 June FNMA Due 7/25/25 | 2.58 |
| **F N M A #764388 6.008% 3/01/34 31404Cf54** | | |
| 07/25/2025 | F N M A #764388 6.008% 3/01/34 June FNMA Due 7/25/25 | 13.50 |
| **F N M A #939419 6.265% 5/01/37 31413Ady6** | | |
| 07/25/2025 | F N M A #939419 6.265% 5/01/37 June FNMA Due 7/25/25 | 23.51 |
| **F N M A Gtd Remic 5.345% 1/25/50 3136B72K6** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/25/2025 | F N M A Gtd Remic 5.345% 1/25/50<br>$0.00410/Pv On 11,863.03 Pv Due 7/25/25 | 48.63 |
| **F N M A Tba 30Yr 2.500% 7/15/51<br>01F022675** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 2.500% 7/15/51<br>Income Debit 45.14- USD | - 45.14 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 2.500% 7/15/51<br>Income Credit 45.14 USD | 45.14 |
| **Total F N M A Tba 30Yr 2.500% 7/15/51** | | **.00** |
| **F N M A Tba 30Yr 3.000% 7/15/47<br>01F030678** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.000% 7/15/47<br>Income Debit 27.08- USD | - 27.08 |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.000% 7/15/47<br>Income Debit 54.17- USD | - 54.17 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.000% 7/15/47<br>Income Credit 54.17 USD | 54.17 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.000% 7/15/47<br>Income Credit 27.08 USD | 27.08 |
| **Total F N M A Tba 30Yr 3.000% 7/15/47** | | **.00** |
| **F N M A Tba 30Yr 3.500% 7/15/44<br>01F032674** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.500% 7/15/44<br>Income Debit 94.79- USD | - 94.79 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.500% 7/15/44<br>Income Credit 94.79 USD | 94.79 |
| **Total F N M A Tba 30Yr 3.500% 7/15/44** | | **.00** |
| **F N M A Tba 30Yr 4.000% 7/15/44<br>01F040677** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Income Debit 36.11- USD | - 36.11 |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Income Debit 72.22- USD | - 72.22 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Income Credit 72.22 USD | 72.22 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Income Credit 36.11 USD | 36.11 |
| **Total F N M A Tba 30Yr 4.000% 7/15/44** | | **.00** |
| **F N M A Tba 30Yr 4.500% 7/15/44<br>01F042673** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 4.500% 7/15/44<br>Income Debit 40.63- USD | - 40.63 |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 4.500% 7/15/44<br>Income Debit 162.50- USD | - 162.50 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/14/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.500% 7/15/44 Income Credit 40.63 USD | 40.63 |
| 07/14/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.500% 7/15/44 Income Credit 162.50 USD | 162.50 |
| **Total F N M A Tba 30Yr 4.500% 7/15/44** | | **.00** |
| **F N M A Tba 30Yr 5.000% 7/15/45 01F050676** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 5.000% 7/15/45 Income Debit 90.28- USD | - 90.28 |
| 07/14/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 5.000% 7/15/45 Income Debit 45.14- USD | - 45.14 |
| 07/14/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 5.000% 7/15/45 Income Credit 90.28 USD | 90.28 |
| 07/14/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 5.000% 7/15/45 Income Credit 45.14 USD | 45.14 |
| **Total F N M A Tba 30Yr 5.000% 7/15/45** | | **.00** |
| **F N M A Tba 30Yr 5.500% 7/15/44 01F052672** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 5.500% 7/15/44 Income Debit 99.31- USD | - 99.31 |
| 07/14/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 5.500% 7/15/44 Income Credit 99.31 USD | 99.31 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Total F N M A Tba 30Yr 5.500% 7/15/44** | | **.00** |
| **FHLMC Tba 30Yr 2.000% 7/15/51**<br>**01F020679** | | |
| 07/14/2025 | Paid Accrued Interest On Purchase Of<br>FHLMC Tba 30Yr 2.000% 7/15/51<br>Income Debit 36.11- USD | - 36.11 |
| 07/14/2025 | Received Accrued Interest On Sale Of<br>FHLMC Tba 30Yr 2.000% 7/15/51<br>Income Credit 36.11 USD | 36.11 |
| **Total FHLMC Tba 30Yr 2.000% 7/15/51** | | **.00** |
| **First Am Govt Ob Fd Cl Z**<br>**31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 4,268.80 |
| **G N M A I I #Ma4454 5.000% 5/20/47**<br>**36179S5P8** | | |
| 07/21/2025 | G N M A I I #Ma4454 5.000% 5/20/47<br>June GNMA Due 7/20/25 | 23.88 |
| **G N M A I I #Ma4838 4.000% 11/20/47**<br>**36179Tlt0** | | |
| 07/21/2025 | G N M A I I #Ma4838 4.000% 11/20/47<br>June GNMA Due 7/20/25 | 7.85 |
| **G N M A I I #Ma5399 4.500% 8/20/48**<br>**36179T7L3** | | |
| 07/21/2025 | G N M A I I #Ma5399 4.500% 8/20/48<br>June GNMA Due 7/20/25 | 17.32 |
| **G N M A I I #Ma5530 5.000% 10/20/48**<br>**36179Ueb4** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/21/2025 | G N M A I I #Ma5530 5.000% 10/20/48<br>June GNMA Due 7/20/25 | 7.36 |
| **G N M A I I #Ma5651 4.000% 12/20/48<br>36179Uh47** | | |
| 07/21/2025 | G N M A I I #Ma5651 4.000% 12/20/48<br>June GNMA Due 7/20/25 | 4.96 |
| **G N M A I I #Ma6209 3.000% 10/20/49<br>36179U3S9** | | |
| 07/21/2025 | G N M A I I #Ma6209 3.000% 10/20/49<br>June GNMA Due 7/20/25 | 2.02 |
| **G N M A I I #Ma8201 4.500% 8/20/52<br>36179Xde3** | | |
| 07/21/2025 | G N M A I I #Ma8201 4.500% 8/20/52<br>June GNMA Due 7/20/25 | 74.87 |
| **G N M A I I #Ma9963 4.500% 10/20/54<br>36180Ab85** | | |
| 07/21/2025 | G N M A I I #Ma9963 4.500% 10/20/54<br>June GNMA Due 7/20/25 | 91.85 |
| **G N M A I I Tba 4.000% 7/15/45<br>21H040673** | | |
| 07/21/2025 | Paid Accrued Interest On Purchase Of<br>G N M A I I Tba 4.000% 7/15/45<br>Income Debit 111.11- USD | - 111.11 |
| 07/21/2025 | Received Accrued Interest On Sale Of<br>G N M A I I Tba 4.000% 7/15/45<br>Income Credit 111.11 USD | 111.11 |
| **Total G N M A I I Tba 4.000% 7/15/45** | | **.00** |
| **G N M A I I Tba 4.500% 7/15/45<br>21H042679** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/21/2025 | Paid Accrued Interest On Purchase Of G N M A I I Tba 4.500% 7/15/45 Income Debit 62.50- USD | - 62.50 |
| 07/21/2025 | Received Accrued Interest On Sale Of G N M A I I Tba 4.500% 7/15/45 Income Credit 62.50 USD | 62.50 |
| **Total G N M A I I Tba 4.500% 7/15/45** | | **.00** |
| **G N M A Gtd Remic 5.552% 2/20/54 38384Jqr8** | | |
| 07/21/2025 | G N M A Gtd Remic 5.552% 2/20/54 $0.00463/Pv On 16,674.64 Pv Due 7/20/25 | 77.15 |
| **Glp Capital LP Fin 5.375% 4/15/26 361841Ah2** | | |
| 07/24/2025 | Received Accrued Interest On Sale Of Glp Capital LP Fin 5.375% 4/15/26 Income Credit 221.72 USD | 221.72 |
| **GNMA II Tba 30Yr 2.500% 7/15/50 21H022671** | | |
| 07/21/2025 | Paid Accrued Interest On Purchase Of GNMA II Tba 30Yr 2.500% 7/15/50 Income Debit 34.72- USD | - 34.72 |
| 07/21/2025 | Received Accrued Interest On Sale Of GNMA II Tba 30Yr 2.500% 7/15/50 Income Credit 34.72 USD | 34.72 |
| **Total GNMA II Tba 30Yr 2.500% 7/15/50** | | **.00** |
| **GNMA II Tba 30Yr 5.000% 7/15/52 21H050672** | | |
| 07/21/2025 | Paid Accrued Interest On Purchase Of GNMA II Tba 30Yr 5.000% 7/15/52 Income Debit 69.44- USD | - 69.44 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/21/2025 | Paid Accrued Interest On Purchase Of GNMA II Tba 30Yr 5.000% 7/15/52 Income Debit 69.44- USD | - 69.44 |
| 07/21/2025 | Paid Accrued Interest On Purchase Of GNMA II Tba 30Yr 5.000% 7/15/52 Income Debit 69.44- USD | - 69.44 |
| 07/21/2025 | Received Accrued Interest On Sale Of GNMA II Tba 30Yr 5.000% 7/15/52 Income Credit 69.44 USD | 69.44 |
| 07/21/2025 | Received Accrued Interest On Sale Of GNMA II Tba 30Yr 5.000% 7/15/52 Income Credit 69.44 USD | 69.44 |
| 07/21/2025 | Received Accrued Interest On Sale Of GNMA II Tba 30Yr 5.000% 7/15/52 Income Credit 69.44 USD | 69.44 |
| **Total GNMA II Tba 30Yr 5.000% 7/15/52** | | **.00** |
| **GNMA II Tba 30Yr 5.500% 7/15/53 21H052678** | | |
| 07/21/2025 | Paid Accrued Interest On Purchase Of GNMA II Tba 30Yr 5.500% 7/15/53 Income Debit 76.39- USD | - 76.39 |
| 07/21/2025 | Received Accrued Interest On Sale Of GNMA II Tba 30Yr 5.500% 7/15/53 Income Credit 76.39 USD | 76.39 |
| **Total GNMA II Tba 30Yr 5.500% 7/15/53** | | **.00** |
| **Goldman Sachs 5.536% 1/28/36 38141Gc44** | | |
| 07/28/2025 | Goldman Sachs 5.536% 1/28/36 0.02768 USD/$1 Pv On 5,000 Par Value Due 7/28/25 | 138.40 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Goldman Sachs Group 2.383% 7/21/32<br>38141Gyj7** | | |
| 07/21/2025 | Goldman Sachs Group 2.383% 7/21/32<br>0.011915 USD/$1 Pv On 5,000 Par Value Due 7/21/25 | 59.58 |
| **Hyundai Auto Rec Tr 4.400% 1/15/31<br>448976Ae0** | | |
| 07/15/2025 | Hyundai Auto Rec Tr 4.400% 1/15/31<br>$0.00370/Pv On 20,000.00 Pv Due 7/15/25 | 74.00 |
| **Jpmorgan Chase Co 5.294% 7/22/35<br>46647Pek8** | | |
| 07/22/2025 | Jpmorgan Chase Co 5.294% 7/22/35<br>0.02647 USD/$1 Pv On 10,000 Par Value Due 7/22/25 | 264.70 |
| **Jpmorgan Chase Co 5.766% 4/22/35<br>46647Peh5** | | |
| 07/09/2025 | Received Accrued Interest On Sale Of<br>Jpmorgan Chase Co 5.766% 4/22/35<br>Income Credit 61.66 USD | 61.66 |
| **Massachusetts ST Spl 4.110% 7/15/31<br>576004Hg3** | | |
| 07/15/2025 | Massachusetts ST Spl 4.110% 7/15/31<br>$0.02055/Pv On 8,263.39 Pv Due 7/15/25 | 169.81 |
| **Morgan Stanley 5.587% 1/18/36<br>61748Uaf9** | | |
| 07/18/2025 | Morgan Stanley 5.587% 1/18/36<br>0.027469 USD/$1 Pv On 5,000 Par Value Due 7/18/25 | 137.35 |
| **Morgan Stanley Mtn 1.794% 2/13/32<br>6174468U6** | | |
| 07/18/2025 | Received Accrued Interest On Sale Of<br>Morgan Stanley Mtn 1.794% 2/13/32<br>Income Credit 77.24 USD | 77.24 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Morgan Stanley Mtn 2.943% 1/21/33**<br>**61747Yel5** | | |
| 07/21/2025 | Morgan Stanley Mtn 2.943% 1/21/33<br>0.014715 USD/$1 Pv On 10,000 Par Value Due 7/21/25 | 147.15 |
| **New Century Home 5.21368% 8/25/34**<br>**64352Vfw6** | | |
| 07/25/2025 | New Century Home 5.21368% 8/25/34<br>$0.00434/Pv On 23,645.55 Pv Due 7/25/25 | 102.73 |
| **Pilgrims Pride 6.250% 7/01/33**<br>**72147Kak4** | | |
| 07/01/2025 | Pilgrims Pride 6.250% 7/01/33<br>0.03125 USD/$1 Pv On 25,000 Par Value Due 7/1/25 | 781.25 |
| **Pnc Finl Svcs Group 5.222% 1/29/31**<br>**693475Cb9** | | |
| 07/29/2025 | Pnc Finl Svcs Group 5.222% 1/29/31<br>0.02611 USD/$1 Pv On 10,000 Par Value Due 7/29/25 | 261.10 |
| **S L M A 5.11965% 1/25/29**<br>**78446Yaa1** | | |
| 07/25/2025 | S L M A 5.11965% 1/25/29<br>$0.00427/Pv On 10,975.57 Pv Due 7/25/25 | 46.83 |
| **Santander Drive AU 4.620% 11/15/28**<br>**802920Ad0** | | |
| 07/15/2025 | Santander Drive AU 4.620% 11/15/28<br>$0.00385/Pv On 20,000.00 Pv Due 7/15/25 | 77.00 |
| **ST Barnabas Hcs 4.000% 7/01/28**<br>**06769Qaa8** | | |
| 07/01/2025 | ST Barnabas Hcs 4.000% 7/01/28<br>0.02 USD/$1 Pv On 30,000 Par Value Due 7/1/25 | 600.00 |
| **U S Treasury I P S 1.875% 7/15/35**<br>**91282Cns6** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/31/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury I P S 1.875% 7/15/35<br>Income Debit 8.16- USD | - 8.16 |
| 07/31/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury I P S 1.875% 7/15/35<br>Income Debit 8.16- USD | - 8.16 |
| 07/31/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury I P S 1.875% 7/15/35<br>Income Debit 16.32- USD | - 16.32 |
| 07/31/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury I P S 1.875% 7/15/35<br>Income Debit 21.22- USD | - 21.22 |
| 07/31/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury I P S 1.875% 7/15/35<br>Income Debit 12.24- USD | - 12.24 |
| **Total U S Treasury I P S 1.875% 7/15/35** | | **- 66.10** |
| **U S Treasury I P S 2.125% 1/15/35<br>91282Cml2** | | |
| 07/15/2025 | U S Treasury I P S 2.125% 1/15/35 | 854.03 |
| 07/22/2025 | Received Accrued Interest On Sale Of<br>U S Treasury I P S 2.125% 1/15/35<br>Income Credit 10.70 USD | 10.70 |
| 07/24/2025 | Received Accrued Interest On Sale Of<br>U S Treasury I P S 2.125% 1/15/35<br>Income Credit 7.94 USD | 7.94 |
| 07/24/2025 | Received Accrued Interest On Sale Of<br>U S Treasury I P S 2.125% 1/15/35<br>Income Credit 5.29 USD | 5.29 |
| 07/24/2025 | Received Accrued Interest On Sale Of<br>U S Treasury I P S 2.125% 1/15/35<br>Income Credit 10.58 USD | 10.58 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/24/2025 | Received Accrued Interest On Sale Of<br>U S Treasury I P S 2.125% 1/15/35<br>Income Credit 4.23 USD | 4.23 |
| **Total U S Treasury I P S 2.125% 1/15/35** | | **892.77** |
| **U S Treasury Nt 3.750% 6/30/27<br>91282Cnl1** | | |
| 07/01/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Debit 0.92- USD | - .92 |
| 07/09/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Debit 118.31- USD | - 118.31 |
| 07/25/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Credit 1,085.26 USD | 1,085.26 |
| 07/28/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Credit 1,215.49 USD | 1,215.49 |
| 07/29/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Credit 1,250.03 USD | 1,250.03 |
| 07/29/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Credit 1,247.08 USD | 1,247.08 |
| 07/30/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.750% 6/30/27<br>Income Credit 816.24 USD | 816.24 |
| **Total U S Treasury Nt 3.750% 6/30/27** | | **5,494.87** |
| **U S Treasury Nt 3.875% 6/15/28<br>91282CNH0** | | |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/08/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/15/28<br>Income Credit 168.02 USD | 168.02 |
| 07/09/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/15/28<br>Income Credit 350.66 USD | 350.66 |
| 07/10/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/15/28<br>Income Credit 365.27 USD | 365.27 |
| 07/10/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/15/28<br>Income Credit 365.27 USD | 365.27 |
| 07/10/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/15/28<br>Income Credit 182.63 USD | 182.63 |
| 07/11/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/15/28<br>Income Credit 143.14 USD | 143.14 |
| **Total U S Treasury Nt 3.875% 6/15/28** | | **1,574.99** |
| **U S Treasury Nt 3.875% 6/30/30<br>91282Cnk3** | | |
| 07/01/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 3.875% 6/30/30<br>Income Debit 6.32- USD | - 6.32 |
| 07/08/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/30/30<br>Income Credit 12.64 USD | 12.64 |
| 07/24/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 3.875% 6/30/30<br>Income Debit 58.12- USD | - 58.12 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/25/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 884.51 USD | 884.51 |
| 07/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 495.33 USD | 495.33 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 488.59 USD | 488.59 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 244.29 USD | 244.29 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 977.17 USD | 977.17 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 247.35 USD | 247.35 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 244.29 USD | 244.29 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 247.35 USD | 247.35 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 244.29 USD | 244.29 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 241.24 USD | 241.24 |
| 07/29/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 6/30/30 Income Credit 485.53 USD | 485.53 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/29/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/30/30<br>Income Credit 244.29 USD | 244.29 |
| 07/29/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 6/30/30<br>Income Credit 809.22 USD | 809.22 |
| **Total U S Treasury Nt 3.875% 6/30/30** | | **5,801.65** |
| **U S Treasury Nt 4.125% 6/30/32**<br>**91282Cnj6** | | |
| 07/28/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.125% 6/30/32<br>Income Credit 520.43 USD | 520.43 |
| 07/30/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.125% 6/30/32<br>Income Credit 202.17 USD | 202.17 |
| **Total U S Treasury Nt 4.125% 6/30/32** | | **722.60** |
| **U S Treasury Nt 4.250% 5/15/35**<br>**91282Cnc1** | | |
| 07/01/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.250% 5/15/35<br>Income Debit 119.42- USD | - 119.42 |
| 07/01/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.250% 5/15/35<br>Income Debit 27.14- USD | - 27.14 |
| 07/09/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.250% 5/15/35<br>Income Debit 25.41- USD | - 25.41 |
| 07/22/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.250% 5/15/35<br>Income Credit 251.30 USD | 251.30 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/22/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 4.250% 5/15/35<br>Income Credit 62.83 USD | 62.83 |
| **Total U S Treasury Nt 4.250% 5/15/35** | | **142.16** |
| **Uber Technologies 4.300% 1/15/30**<br>**90353Tan0** | | |
| 07/15/2025 | Uber Technologies 4.300% 1/15/30<br>0.0215 USD/$1 Pv On 15,000 Par Value Due 7/15/25 | 322.50 |
| **Ubs Coml Mtg Tr 4.1519% 7/15/51**<br>**90353Dav7** | | |
| 07/17/2025 | Ubs Coml Mtg Tr 4.1519% 7/15/51<br>$0.00346/Pv On 2,659.48 Pv Due 7/17/25 | 14.64 |
| **Ubs Commercial 3.460% 6/15/50**<br>**90276Eae7** | | |
| 07/17/2025 | Ubs Commercial 3.460% 6/15/50<br>$0.00288/Pv On 20,000.00 Pv Due 7/17/25 | 57.67 |
| **Ubs Commercial 3.2034% 10/15/52**<br>**90278Mbd8** | | |
| 07/17/2025 | Ubs Commercial 3.2034% 10/15/52<br>$0.00267/Pv On 30,000.00 Pv Due 7/17/25 | 80.09 |
| **United Air Lines 5.800% 7/15/37**<br>**90932Laj6** | | |
| 07/15/2025 | United Air Lines 5.800% 7/15/37<br>$0.02900/Pv On 9,553.14 Pv Due 7/15/25 | 277.04 |
| **US Bancorp Mtn 4.548% 7/22/28**<br>**91159Hjf8** | | |
| 07/22/2025 | US Bancorp Mtn 4.548% 7/22/28<br>0.02274 USD/$1 Pv On 30,000 Par Value Due 7/22/25 | 682.20 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **US Bancorp Mtn 5.678% 1/23/35**<br>**91159Hjr2** | | |
| 07/23/2025 | US Bancorp Mtn 5.678% 1/23/35<br>0.02839 USD/$1 Pv On 5,000 Par Value Due 7/23/25 | 141.95 |
| **Warnermedia Hldgs 4.279% 3/15/32**<br>**55903Vbq5** | | |
| 07/18/2025 | Received Accrued Interest On Sale Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Income Credit 175.44 USD | 175.44 |
| 07/18/2025 | Received Accrued Interest On Sale Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Income Credit 43.86 USD | 43.86 |
| 07/22/2025 | Received Accrued Interest On Sale Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Income Credit 75.48 USD | 75.48 |
| **Total Warnermedia Hldgs 4.279% 3/15/32** | | **294.78** |
| **Wells Fargo Co Mtn 5.574% 7/25/29**<br>**95000U3E1** | | |
| 07/25/2025 | Wells Fargo Co Mtn 5.574% 7/25/29<br>0.02787 USD/$1 Pv On 25,000 Par Value Due 7/25/25 | 696.75 |
| **Wells Fargo Mtn 5.499% 1/23/35**<br>**95000U3K7** | | |
| 07/23/2025 | Wells Fargo Mtn 5.499% 1/23/35<br>0.027495 USD/$1 Pv On 10,000 Par Value Due 7/23/25 | 274.95 |
| **Total Interest** | | **27,728.77** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## RECEIPTS AND DELIVERIES IN KIND

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Free Receipts** | | | | | |
| **Corporate Obligations** | | | | | |
| 07/01/2025 | Exchange Offer<br>Received 27,000 Par Value Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Distribution 07/01/25<br>1 Par Value For Each $1 Pv Held Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>55903VBQ5 | 27,000.000 | 23,494.59 | 22,477.50 | - 1,017.09 |
| **Total Corporate Obligations** | | **27,000.000** | **23,494.59** | **22,477.50** | **- 1,017.09** |
| **Total Free Receipts** | | **27,000.000** | **23,494.59** | **22,477.50** | **- 1,017.09** |
| **Free Deliveries** | | | | | |
| **Corporate Obligations** | | | | | |
| 07/01/2025 | Exchange Offer<br>Delivered 27,000 Par Value Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>23,494.59 USD<br>55903VBC6 | - 27,000.000 | - 23,494.59 | - 20,081.25 | 3,413.34 |
| **Total Corporate Obligations** | | **- 27,000.000** | **- 23,494.59** | **- 20,081.25** | **3,413.34** |
| **Total Free Deliveries** | | **- 27,000.000** | **- 23,494.59** | **- 20,081.25** | **3,413.34** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 07/11/2025 | Fed Basis Of U S<br>Treasury I P S 2.125% 1/15/35<br>Adjusted By 36.04 USD<br>Old: 34,180.18 USD/New: 34,216.22 USD<br>Units Increase To Adjust For Change In CPI<br>91282CML2 | .00 | 36.04 | .00 | - 36.04 |
| 07/11/2025 | Par Value Of U S<br>Treasury I P S 2.125% 1/15/35<br>Adjusted By 36.04 Par Value<br>Old Par Value 34,557.6/New Par Value 34,593.64<br>Units Increase To Adjust For Change In CPI<br>91282CML2 | 36.04 | .00 | .00 | .00 |
| 07/11/2025 | Fed Basis Of U S<br>Treasury I P S 2.125% 1/15/35<br>Adjusted By 47.70 USD<br>Old: 45,266.26 USD/New: 45,313.96 USD<br>Units Increase To Adjust For Change In CPI<br>91282CML2 | .00 | 47.70 | .00 | - 47.70 |
| 07/11/2025 | Par Value Of U S<br>Treasury I P S 2.125% 1/15/35<br>Adjusted By 47.7 Par Value<br>Old Par Value 45,738/New Par Value 45,785.7<br>Units Increase To Adjust For Change In CPI<br>91282CML2 | 47.70 | .00 | .00 | .00 |
| 07/24/2025 | Par Value Of U S<br>Treasury I P S 2.125% 1/15/35<br>Adjusted By 45.34 Par Value<br>Old Par Value 8,099.3/New Par Value 8,144.64<br>91282CML2 | 45.34 | .00 | .00 | .00 |
| 07/24/2025 | Fed Basis Of U S<br>Treasury I P S 2.125% 1/15/35<br>Adjusted By 45.34 USD<br>Old: 8,015.85 USD/New: 8,061.19 USD<br>91282CML2 | .00 | 45.34 | .00 | - 45.34 |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## CORPORATE CHANGES AND ADJUSTMENTS (continued)

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| | **Total Adjustments** | **129.08** | **129.08** | **.00** | **- 129.08** |
| | **Total Corporate Changes And Adjustments** | **129.08** | **129.08** | **.00** | **- 129.08** |

R1034

02551504
35- -01-B -62 -218-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ▉▉▉3803

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| **Cash And Equivalents** | | | | | |
| 07/01/2025 | Purchased 180,361.21 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/1/25 31846V567 | 180,361.210 | .00 | - 180,361.21 | 180,361.21 |
| 07/02/2025 | Purchased 4,268.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 4,268.800 | .00 | - 4,268.80 | 4,268.80 |
| 07/08/2025 | Purchased 84,154.04 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/8/25 31846V567 | 84,154.040 | .00 | - 84,154.04 | 84,154.04 |
| 07/09/2025 | Purchased 10,928.15 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/9/25 31846V567 | 10,928.150 | .00 | - 10,928.15 | 10,928.15 |
| 07/10/2025 | Purchased 331,279.83 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/10/25 31846V567 | 331,279.830 | .00 | - 331,279.83 | 331,279.83 |
| 07/11/2025 | Purchased 52,191.89 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/11/25 31846V567 | 52,191.890 | .00 | - 52,191.89 | 52,191.89 |
| 07/14/2025 | Purchased 2,014.65 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/14/25 31846V567 | 2,014.650 | .00 | - 2,014.65 | 2,014.65 |

R1035

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/15/2025 | Purchased 854.03 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/15/25 31846V567 | 854.030 | .00 | - 854.03 | 854.03 |
| 07/16/2025 | Purchased 60,157.01 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/16/25 31846V567 | 60,157.010 | .00 | - 60,157.01 | 60,157.01 |
| 07/17/2025 | Purchased 893.19 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/17/25 31846V567 | 893.190 | .00 | - 893.19 | 893.19 |
| 07/17/2025 | Purchased 1,383.85 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/17/25 31846V567 | 1,383.850 | .00 | - 1,383.85 | 1,383.85 |
| 07/18/2025 | Purchased 21,562.89 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/18/25 31846V567 | 21,562.890 | .00 | - 21,562.89 | 21,562.89 |
| 07/22/2025 | Purchased 34,071.88 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/22/25 31846V567 | 34,071.880 | .00 | - 34,071.88 | 34,071.88 |
| 07/22/2025 | Purchased 682.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/22/25 31846V567 | 682.200 | .00 | - 682.20 | 682.20 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/23/2025 | Purchased 274.95 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/23/25 31846V567 | 274.950 | .00 | - 274.95 | 274.95 |
| 07/23/2025 | Purchased 141.95 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/23/25 31846V567 | 141.950 | .00 | - 141.95 | 141.95 |
| 07/24/2025 | Purchased 54,042.26 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/24/25 31846V567 | 54,042.260 | .00 | - 54,042.26 | 54,042.26 |
| 07/24/2025 | Purchased 8,255.13 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/24/25 31846V567 | 8,255.130 | .00 | - 8,255.13 | 8,255.13 |
| 07/25/2025 | Purchased 755,220.93 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | 755,220.930 | .00 | - 755,220.93 | 755,220.93 |
| 07/25/2025 | Purchased 696.75 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | 696.750 | .00 | - 696.75 | 696.75 |
| 07/28/2025 | Purchased 764,086.1 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/28/25 31846V567 | 764,086.100 | .00 | - 764,086.10 | 764,086.10 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/29/2025 | Purchased<br>2,308,362.8 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 7/29/25<br>31846V567 | 2,308,362.800 | .00 | - 2,308,362.80 | 2,308,362.80 |
| 07/30/2025 | Purchased<br>328,750.67 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 7/30/25<br>31846V567 | 328,750.670 | .00 | - 328,750.67 | 328,750.67 |
| **Total First Am Govt Ob Fd Cl Z** | | **5,004,635.160** | **.00** | **- 5,004,635.16** | **5,004,635.16** |
| **Total Cash And Equivalents** | | **5,004,635.160** | **.00** | **- 5,004,635.16** | **5,004,635.16** |
| **US Government Issues** | | | | | |
| 07/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 2.500% 7/15/51<br>Trade Date 6/4/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 45.14 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F022675 | - 50,000.000 | .00 | 40,908.20 | - 40,908.20 |
| 07/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 2.500% 7/15/51<br>Trade Date 6/4/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500021240C<br>50,000 Par Value At 81.8164 %<br>01F022675 | 50,000.000 | .00 | - 40,908.20 | 40,908.20 |
| **Total F N M A Tba 30Yr 2.500% 7/15/51** | | **.000** | **.00** | **.00** | **.00** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/07/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 2.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 41.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F022683 | 50,000.000 | .00 | - 41,042.97 | 41,042.97 |
| **Total F N M A Tba 30Yr 2.500% 8/15/44** | | **50,000.000** | **.00** | **- 41,042.97** | **41,042.97** |
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 7/15/47<br>Trade Date 6/4/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 27.08 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F030678 | - 25,000.000 | .00 | 21,300.78 | - 21,300.78 |
| 07/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 7/15/47<br>Trade Date 6/4/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 54.17 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F030678 | - 50,000.000 | .00 | 42,681.64 | - 42,681.64 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 25,000 Par Value Of F N M A Tba 30Yr 3.000% 7/15/47 Trade Date 6/4/25 Purchased Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500021260D 25,000 Par Value At 85.20312 % 01F030678 | 25,000.000 | .00 | - 21,300.78 | 21,300.78 |
| 07/01/2025 | Purchased 50,000 Par Value Of F N M A Tba 30Yr 3.000% 7/15/47 Trade Date 6/4/25 Purchased Through Citigroup Global Markets Inc. Swift External Ref#: 00031500021290C 50,000 Par Value At 85.36328 % 01F030678 | 50,000.000 | .00 | - 42,681.64 | 42,681.64 |
| **Total F N M A Tba 30Yr 3.000% 7/15/47** | | **.000** | **.00** | **.00** | **.00** |
| 07/07/2025 | Purchased 50,000 Par Value Of F N M A Tba 30Yr 3.000% 8/15/44 Trade Date 7/7/25 Purchased Through Citigroup Global Markets Inc. Paid 0.00 USD Load Paid 50.00- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F030686 | 50,000.000 | .00 | - 42,822.27 | 42,822.27 |
| 07/07/2025 | Purchased 25,000 Par Value Of F N M A Tba 30Yr 3.000% 8/15/44 Trade Date 7/7/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 25.00- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F030686 | 25,000.000 | .00 | - 21,405.76 | 21,405.76 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 3.000% 8/15/44** | | **75,000.000** | **.00** | **- 64,228.03** | **64,228.03** |
| 07/01/2025 | Purchased<br>-75,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 7/15/44<br>Trade Date 6/4/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 94.79 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F032674 | - 75,000.000 | .00 | 66,741.21 | - 66,741.21 |
| 07/01/2025 | Purchased 75,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 7/15/44<br>Trade Date 6/4/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500021300D<br>75,000 Par Value At 88.98828 %<br>01F032674 | 75,000.000 | .00 | - 66,741.21 | 66,741.21 |
| **Total F N M A Tba 30Yr 3.500% 7/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 07/03/2025 | Purchased 75,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/3/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 87.50- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F032682 | 75,000.000 | .00 | - 67,095.70 | 67,095.70 |
| **Total F N M A Tba 30Yr 3.500% 8/15/44** | | **75,000.000** | **.00** | **- 67,095.70** | **67,095.70** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT 8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/16/2025 | Purchased 25,000 Par Value Of F N M A Tba 30Yr 3.500% 9/15/44 Trade Date 7/16/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 34.03- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F032690 | 25,000.000 | .00 | - 22,208.01 | 22,208.01 |
| **Total F N M A Tba 30Yr 3.500% 9/15/44** | | **25,000.000** | **.00** | **- 22,208.01** | **22,208.01** |
| 07/01/2025 | Purchased -50,000 Par Value Of F N M A Tba 30Yr 4.000% 7/15/44 Trade Date 6/5/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 72.22 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 01F040677 | - 50,000.000 | .00 | 45,956.05 | - 45,956.05 |
| 07/01/2025 | Purchased -25,000 Par Value Of F N M A Tba 30Yr 4.000% 7/15/44 Trade Date 6/5/25 Purchased Through Mizuho Securities USA Inc. Paid 0.00 USD Load Paid 36.11 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 01F040677 | - 25,000.000 | .00 | 22,955.08 | - 22,955.08 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Trade Date 6/5/25<br>Purchased Through Mizuho Securities USA Inc.<br>Swift External Ref#: 00031500021360C<br>25,000 Par Value At 91.82032 %<br>01F040677 | 25,000.000 | .00 | - 22,955.08 | 22,955.08 |
| 07/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Trade Date 6/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500021340D<br>50,000 Par Value At 91.912109 %<br>01F040677 | 50,000.000 | .00 | - 45,956.05 | 45,956.05 |
| **Total F N M A Tba 30Yr 4.000% 7/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 07/07/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 66.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F040685 | 50,000.000 | .00 | - 46,092.77 | 46,092.77 |
| 07/07/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 33.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F040685 | 25,000.000 | .00 | - 23,028.81 | 23,028.81 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 4.000% 8/15/43** | | **75,000.000** | **.00** | **- 69,121.58** | **69,121.58** |
| 07/17/2025 | Purchased 50,000 Par Value Of F N M A Tba 30Yr 4.000% 9/15/44 Trade Date 7/17/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 77.78- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F040693 | 50,000.000 | .00 | - 45,912.11 | 45,912.11 |
| 07/22/2025 | Purchased 25,000 Par Value Of F N M A Tba 30Yr 4.000% 9/15/44 Trade Date 7/22/25 Purchased Through Mizuho Securities USA Inc. Paid 0.00 USD Load Paid 38.89- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F040693 | 25,000.000 | .00 | - 23,102.54 | 23,102.54 |
| **Total F N M A Tba 30Yr 4.000% 9/15/44** | | **75,000.000** | **.00** | **- 69,014.65** | **69,014.65** |
| 07/01/2025 | Purchased -100,000 Par Value Of F N M A Tba 30Yr 4.500% 7/15/44 Trade Date 6/5/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 162.50 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 01F042673 | - 100,000.000 | .00 | 94,542.97 | - 94,542.97 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 7/15/44<br>Trade Date 6/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 40.63 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F042673 | - 25,000.000 | .00 | 23,654.30 | - 23,654.30 |
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 7/15/44<br>Trade Date 6/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500021410C<br>25,000 Par Value At 94.6172 %<br>01F042673 | 25,000.000 | .00 | - 23,654.30 | 23,654.30 |
| 07/01/2025 | Purchased<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 7/15/44<br>Trade Date 6/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500021390D<br>100,000 Par Value At 94.54297 %<br>01F042673 | 100,000.000 | .00 | - 94,542.97 | 94,542.97 |
| **Total F N M A Tba 30Yr 4.500% 7/15/44** | | **.000** | **.00** | **.00** | **.00** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/07/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 37.50- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F042681 | 25,000.000 | .00 | - 23,708.01 | 23,708.01 |
| 07/07/2025 | Purchased<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 150.00- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F042681 | 100,000.000 | .00 | - 94,824.22 | 94,824.22 |
| **Total F N M A Tba 30Yr 4.500% 8/15/43** | | **125,000.000** | **.00** | **- 118,532.23** | **118,532.23** |
| 07/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 7/15/45<br>Trade Date 6/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 90.28 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F050676 | - 50,000.000 | .00 | 48,494.14 | - 48,494.14 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 7/15/45<br>Trade Date 6/5/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 45.14 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F050676 | - 25,000.000 | .00 | 24,265.14 | - 24,265.14 |
| 07/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 7/15/45<br>Trade Date 6/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500021450C<br>50,000 Par Value At 96.98828 %<br>01F050676 | 50,000.000 | .00 | - 48,494.14 | 48,494.14 |
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 7/15/45<br>Trade Date 6/5/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500021420D<br>25,000 Par Value At 97.06056 %<br>01F050676 | 25,000.000 | .00 | - 24,265.14 | 24,265.14 |
| **Total F N M A Tba 30Yr 5.000% 7/15/45** | | **.000** | **.00** | **.00** | **.00** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/07/2025 | Purchased 50,000 Par Value Of F N M A Tba 30Yr 5.000% 8/15/45 Trade Date 7/7/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 83.33- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F050684 | 50,000.000 | .00 | - 48,628.91 | 48,628.91 |
| 07/07/2025 | Purchased 25,000 Par Value Of F N M A Tba 30Yr 5.000% 8/15/45 Trade Date 7/7/25 Purchased Through Morgan Stanley & Co. LLC Paid 0.00 USD Load Paid 41.67- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F050684 | 25,000.000 | .00 | - 24,314.45 | 24,314.45 |
| **Total F N M A Tba 30Yr 5.000% 8/15/45** | | **75,000.000** | **.00** | **- 72,943.36** | **72,943.36** |
| 07/01/2025 | Purchased -50,000 Par Value Of F N M A Tba 30Yr 5.500% 7/15/44 Trade Date 6/5/25 Purchased Through BofA Securities, Inc./Fxd Inc Paid 0.00 USD Load Paid 99.31 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 01F052672 | - 50,000.000 | .00 | 49,505.86 | - 49,505.86 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.500% 7/15/44<br>Trade Date 6/5/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500021470C<br>50,000 Par Value At 99.01172 %<br>01F052672 | 50,000.000 | .00 | - 49,505.86 | 49,505.86 |
| **Total F N M A Tba 30Yr 5.500% 7/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 07/07/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 91.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F052680 | 50,000.000 | .00 | - 49,685.55 | 49,685.55 |
| **Total F N M A Tba 30Yr 5.500% 8/15/44** | | **50,000.000** | **.00** | **- 49,685.55** | **49,685.55** |
| 07/01/2025 | Purchased<br>-50,000 Par Value Of<br>FHLMC Tba 30Yr 2.000% 7/15/51<br>Trade Date 6/4/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 36.11 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F020679 | - 50,000.000 | .00 | 38,925.78 | - 38,925.78 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.000% 7/15/51<br>Trade Date 6/4/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500021220C<br>50,000 Par Value At 77.85156 %<br>01F020679 | 50,000.000 | .00 | - 38,925.78 | 38,925.78 |
| **Total FHLMC Tba 30Yr 2.000% 7/15/51** | | **.000** | **.00** | **.00** | **.00** |
| 07/07/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.000% 8/15/51<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 33.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F020687 | 50,000.000 | .00 | - 39,230.47 | 39,230.47 |
| **Total FHLMC Tba 30Yr 2.000% 8/15/51** | | **50,000.000** | **.00** | **- 39,230.47** | **39,230.47** |
| 07/01/2025 | Purchased<br>-50,000 Par Value Of<br>G N M A I I Tba 4.000% 7/15/45<br>Trade Date 6/10/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 111.11 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H040673 | - 50,000.000 | .00 | 45,642.58 | - 45,642.58 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 7/15/45<br>Trade Date 6/10/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500021640D<br>50,000 Par Value At 91.28516 %<br>21H040673 | 50,000.000 | .00 | - 45,642.58 | 45,642.58 |
| **Total G N M A I I Tba 4.000% 7/15/45** | | **.000** | **.00** | **.00** | **.00** |
| 07/02/2025 | Purchased 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 8/15/45<br>Trade Date 7/2/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 105.56- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H040681 | 50,000.000 | .00 | - 46,357.42 | 46,357.42 |
| **Total G N M A I I Tba 4.000% 8/15/45** | | **50,000.000** | **.00** | **- 46,357.42** | **46,357.42** |
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>G N M A I I Tba 4.500% 7/15/45<br>Trade Date 6/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 62.50 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H042679 | - 25,000.000 | .00 | 23,625.00 | - 23,625.00 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 7/15/45<br>Trade Date 6/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500021680D<br>25,000 Par Value At 94.5 %<br>21H042679 | 25,000.000 | .00 | - 23,625.00 | 23,625.00 |
| **Total G N M A I I Tba 4.500% 7/15/45** | | **.000** | **.00** | **.00** | **.00** |
| 07/14/2025 | Purchased 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 8/15/44<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 59.38- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H042687 | 25,000.000 | .00 | - 23,664.06 | 23,664.06 |
| **Total G N M A I I Tba 4.500% 8/15/44** | | **25,000.000** | **.00** | **- 23,664.06** | **23,664.06** |
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 2.500% 7/15/50<br>Trade Date 6/9/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 34.72 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H022671 | - 25,000.000 | .00 | 20,861.33 | - 20,861.33 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 2.500% 7/15/50 Trade Date 6/9/25 Purchased Through Wells Fargo Securities, LLC Swift External Ref#: 00031500021560C 25,000 Par Value At 83.44532 % 21H022671 | 25,000.000 | .00 | - 20,861.33 | 20,861.33 |
| **Total GNMA II Tba 30Yr 2.500% 7/15/50** | | **.000** | **.00** | **.00** | **.00** |
| 07/14/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 2.500% 8/15/50 Trade Date 7/14/25 Purchased Through Wells Fargo Securities, LLC Paid 0.00 USD Load Paid 32.99- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 21H022689 | 25,000.000 | .00 | - 20,959.96 | 20,959.96 |
| **Total GNMA II Tba 30Yr 2.500% 8/15/50** | | **25,000.000** | **.00** | **- 20,959.96** | **20,959.96** |
| 07/01/2025 | Purchased -25,000 Par Value Of GNMA II Tba 30Yr 5.000% 7/15/52 Trade Date 6/11/25 Purchased Through Citigroup Global Markets Inc. Paid 0.00 USD Load Paid 69.44 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 21H050672 | - 25,000.000 | .00 | 24,293.95 | - 24,293.95 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 7/15/52<br>Trade Date 6/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 69.44 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H050672 | - 25,000.000 | .00 | 24,281.25 | - 24,281.25 |
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 7/15/52<br>Trade Date 6/11/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 69.44 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H050672 | - 25,000.000 | .00 | 24,289.06 | - 24,289.06 |
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 7/15/52<br>Trade Date 6/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500021740C<br>25,000 Par Value At 97.125 %<br>21H050672 | 25,000.000 | .00 | - 24,281.25 | 24,281.25 |
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 7/15/52<br>Trade Date 6/11/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500021690C<br>25,000 Par Value At 97.15624 %<br>21H050672 | 25,000.000 | .00 | - 24,289.06 | 24,289.06 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 7/15/52<br>Trade Date 6/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500021720C<br>25,000 Par Value At 97.1758 %<br>21H050672 | 25,000.000 | .00 | - 24,293.95 | 24,293.95 |
| **Total GNMA II Tba 30Yr 5.000% 7/15/52** | | **.000** | **.00** | **.00** | **.00** |
| 07/14/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H050680 | 25,000.000 | .00 | - 24,309.57 | 24,309.57 |
| 07/14/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H050680 | 25,000.000 | .00 | - 24,309.57 | 24,309.57 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/14/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H050680 | 25,000.000 | .00 | - 24,327.15 | 24,327.15 |
| **Total GNMA II Tba 30Yr 5.000% 8/15/52** | | **75,000.000** | **.00** | **- 72,946.29** | **72,946.29** |
| 07/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.500% 7/15/53<br>Trade Date 6/16/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 76.39 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H052678 | - 25,000.000 | .00 | 24,822.27 | - 24,822.27 |
| 07/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.500% 7/15/53<br>Trade Date 6/16/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500021810C<br>25,000 Par Value At 99.289063 %<br>21H052678 | 25,000.000 | .00 | - 24,822.27 | 24,822.27 |
| **Total GNMA II Tba 30Yr 5.500% 7/15/53** | | **.000** | **.00** | **.00** | **.00** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/14/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 5.500% 8/15/53 Trade Date 7/14/25 Purchased Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 72.57- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 21H052686 | 25,000.000 | .00 | - 24,870.12 | 24,870.12 |
| **Total GNMA II Tba 30Yr 5.500% 8/15/53** | | **25,000.000** | **.00** | **- 24,870.12** | **24,870.12** |
| 07/21/2025 | Purchased 26,028.08 Par Value Of U S Treasury I P S 1.875% 7/15/35 Trade Date 7/21/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500023290F 26,028.08 Par Value At 99.50322882 % 91282CNS6 | 26,028.080 | .00 | - 25,898.78 | 25,898.78 |
| 07/23/2025 | Purchased 10,010.8 Par Value Of U S Treasury I P S 1.875% 7/15/35 Trade Date 7/23/25 Purchased Through Deutsche Bank Securities, Inc. Swift External Ref#: 00031500023440G 10,010.8 Par Value At 99.14422424 % 91282CNS6 | 10,010.800 | .00 | - 9,925.13 | 9,925.13 |
| 07/23/2025 | Purchased 10,010.8 Par Value Of U S Treasury I P S 1.875% 7/15/35 Trade Date 7/23/25 Purchased Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500023480I 10,010.8 Par Value At 99.11435649 % 91282CNS6 | 10,010.800 | .00 | - 9,922.14 | 9,922.14 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/23/2025 | Purchased<br>20,021.6 Par Value Of<br>U S Treasury I P S 1.875% 7/15/35<br>Trade Date 7/23/25<br>Purchased Through Nmrius33 Nomura Secs Intl Ny<br>Swift External Ref#: 00031500023450J<br>20,021.6 Par Value At 99.18897591 %<br>91282CNS6 | 20,021.600 | .00 | - 19,859.22 | 19,859.22 |
| 07/23/2025 | Purchased<br>15,016.2 Par Value Of<br>U S Treasury I P S 1.875% 7/15/35<br>Trade Date 7/23/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023420J<br>15,016.2 Par Value At 99.14419094 %<br>91282CNS6 | 15,016.200 | .00 | - 14,887.69 | 14,887.69 |
| **Total U S Treasury I P S 1.875% 7/15/35** | | **81,087.480** | **.00** | **- 80,492.96** | **80,492.96** |
| 07/08/2025 | Purchased<br>129,000 Par Value Of<br>U S Treasury Nt 3.750% 6/30/27<br>Trade Date 7/8/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500022840B<br>129,000 Par Value At 99.6914031 %<br>91282CNL1 | 129,000.000 | .00 | - 128,601.91 | 128,601.91 |
| **Total U S Treasury Nt 3.750% 6/30/27** | | **129,000.000** | **.00** | **- 128,601.91** | **128,601.91** |
| 07/23/2025 | Purchased 23,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/23/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500023510B<br>23,000 Par Value At 99.72656522 %<br>91282CNK3 | 23,000.000 | .00 | - 22,937.11 | 22,937.11 |
| **Total U S Treasury Nt 3.875% 6/30/30** | | **23,000.000** | **.00** | **- 22,937.11** | **22,937.11** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/07/2025 | Purchased 68,000<br>Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 7/7/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500022600D<br>68,000 Par Value At 100.02526471 %<br>91282CNM9 | 68,000.000 | .00 | - 68,017.18 | 68,017.18 |
| 07/08/2025 | Purchased<br>136,000 Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 7/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022820F<br>136,000 Par Value At 99.98302206 %<br>91282CNM9 | 136,000.000 | .00 | - 135,976.91 | 135,976.91 |
| 07/09/2025 | Purchased<br>135,000 Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 7/9/25<br>Purchased Through Bnp Paribas Brokerage Securiti<br>Swift External Ref#: 00031500022880B<br>135,000 Par Value At 100.05859259 %<br>91282CNM9 | 135,000.000 | .00 | - 135,079.10 | 135,079.10 |
| 07/09/2025 | Purchased<br>135,000 Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 7/9/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500022910B<br>135,000 Par Value At 100.05874815 %<br>91282CNM9 | 135,000.000 | .00 | - 135,079.31 | 135,079.31 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/09/2025 | Purchased 68,000 Par Value Of U S Treasury Nt 3.875% 7/15/28 Trade Date 7/9/25 Purchased Through Rbs Securities Inc. Swift External Ref#: 00031500022930B 68,000 Par Value At 100 % 91282CNM9 | 68,000.000 | .00 | - 68,000.00 | 68,000.00 |
| 07/10/2025 | Purchased 51,000 Par Value Of U S Treasury Nt 3.875% 7/15/28 Trade Date 7/10/25 Purchased Through Bmo-Chicago Branch Swift External Ref#: 00031500022950C 51,000 Par Value At 100.070656 % 91282CNM9 | 51,000.000 | .00 | - 51,036.04 | 51,036.04 |
| 07/11/2025 | Purchased 18,000 Par Value Of U S Treasury Nt 3.875% 7/15/28 Trade Date 7/11/25 Purchased Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500022980B 18,000 Par Value At 100.05077778 % 91282CNM9 | 18,000.000 | .00 | - 18,009.14 | 18,009.14 |
| **Total U S Treasury Nt 3.875% 7/15/28** | | **611,000.000** | **.00** | **- 611,197.68** | **611,197.68** |
| 07/24/2025 | Purchased 411,000 Par Value Of U S Treasury Nt 3.875% 7/31/27 Trade Date 7/24/25 Purchased Through Deutsche Bank Securities, Inc. Swift External Ref#: 00031500023560B 411,000 Par Value At 99.93329197 % 91282CNP2 | 411,000.000 | .00 | - 410,725.83 | 410,725.83 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/25/2025 | Purchased<br>410,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/27<br>Trade Date 7/25/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023610B<br>410,000 Par Value At 99.95234634 %<br>91282CNP2 | 410,000.000 | .00 | - 409,804.62 | 409,804.62 |
| 07/28/2025 | Purchased<br>406,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/27<br>Trade Date 7/28/25<br>Purchased Through Jefferies LLC<br>Swift External Ref#: 00031500023820B<br>406,000 Par Value At 99.90838916 %<br>91282CNP2 | 406,000.000 | .00 | - 405,628.06 | 405,628.06 |
| 07/28/2025 | Purchased<br>405,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/27<br>Trade Date 7/28/25<br>Purchased Through Citadel Securities LLC<br>Swift External Ref#: 00031500023850B<br>405,000 Par Value At 99.92058519 %<br>91282CNP2 | 405,000.000 | .00 | - 404,678.37 | 404,678.37 |
| 07/29/2025 | Purchased<br>256,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/27<br>Trade Date 7/29/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023970B<br>256,000 Par Value At 99.9375 %<br>91282CNP2 | 256,000.000 | .00 | - 255,840.00 | 255,840.00 |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████ 3803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | CASH | FEDERAL<br>TAX COST |
|------|-------------|------------------------|------------|------|---------------------|
| 07/31/2025 | Purchased 52,000<br>Par Value Of<br>U S Treasury Nt      3.875%  7/31/27<br>Trade Date 7/31/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500024030B<br>52,000 Par Value At 99.91015385 %<br>91282CNP2 | 52,000.000 | .00 | - 51,953.28 | 51,953.28 |
| **Total U S Treasury Nt      3.875%  7/31/27** | | **1,940,000.000** | **.00** | **- 1,938,630.16** | **1,938,630.16** |
| 07/24/2025 | Purchased<br>332,000 Par Value Of<br>U S Treasury Nt      3.875%  7/31/30<br>Trade Date 7/24/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023580D<br>332,000 Par Value At 99.52816566 %<br>91282CNN7 | 332,000.000 | .00 | - 330,433.51 | 330,433.51 |
| 07/25/2025 | Purchased<br>166,000 Par Value Of<br>U S Treasury Nt      3.875%  7/31/30<br>Trade Date 7/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500023660B<br>166,000 Par Value At 99.56589157 %<br>91282CNN7 | 166,000.000 | .00 | - 165,279.38 | 165,279.38 |
| 07/28/2025 | Purchased 80,000<br>Par Value Of<br>U S Treasury Nt      3.875%  7/31/30<br>Trade Date 7/28/25<br>Purchased Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500023740B<br>80,000 Par Value At 99.5729875 %<br>91282CNN7 | 80,000.000 | .00 | - 79,658.39 | 79,658.39 |

R1062

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/28/2025 | Purchased 80,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Jefferies LLC Swift External Ref#: 00031500023780B 80,000 Par Value At 99.5570875 % 91282CNN7 | 80,000.000 | .00 | - 79,645.67 | 79,645.67 |
| 07/28/2025 | Purchased 79,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500023800B 79,000 Par Value At 99.54124051 % 91282CNN7 | 79,000.000 | .00 | - 78,637.58 | 78,637.58 |
| 07/28/2025 | Purchased 79,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through J.P. Morgan Securities LLC Swift External Ref#: 00031500023860B 79,000 Par Value At 99.52816456 % 91282CNN7 | 79,000.000 | .00 | - 78,627.25 | 78,627.25 |
| 07/28/2025 | Purchased 157,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Deutsche Bank Securities, Inc. Swift External Ref#: 00031500023880B 157,000 Par Value At 99.52816561 % 91282CNN7 | 157,000.000 | .00 | - 156,259.22 | 156,259.22 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/28/2025 | Purchased 79,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through J.P. Morgan Securities LLC Swift External Ref#: 00031500023930B 79,000 Par Value At 99.57298734 % 91282CNN7 | 79,000.000 | .00 | - 78,662.66 | 78,662.66 |
| 07/28/2025 | Purchased 261,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500023950B 261,000 Par Value At 99.57248276 % 91282CNN7 | 261,000.000 | .00 | - 259,884.18 | 259,884.18 |
| 07/28/2025 | Purchased 78,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500023910B 78,000 Par Value At 99.52539744 % 91282CNN7 | 78,000.000 | .00 | - 77,629.81 | 77,629.81 |
| 07/28/2025 | Purchased 79,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Mizuho Securities USA Inc. 79,000 Par Value At 99.58944304 % 91282CNN7 | 79,000.000 | .00 | - 78,675.66 | 78,675.66 |
| 07/28/2025 | Purchased 315,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 7/28/25 Purchased Through Mizuho Securities USA Inc. 315,000 Par Value At 99.58944762 % 91282CNN7 | 315,000.000 | .00 | - 313,706.76 | 313,706.76 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/28/2025 | Purchased<br>158,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/30<br>Trade Date 7/28/25<br>Purchased Through Mizuho Securities USA Inc.<br>158,000 Par Value At 99.58944937 %<br>91282CNN7 | 158,000.000 | .00 | - 157,351.33 | 157,351.33 |
| 07/31/2025 | Purchased 79,000<br>Par Value Of<br>U S Treasury Nt 3.875% 7/31/30<br>Trade Date 7/31/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500024040B<br>79,000 Par Value At 99.73437975 %<br>91282CNN7 | 79,000.000 | .00 | - 78,790.16 | 78,790.16 |
| **Total U S Treasury Nt 3.875% 7/31/30** | | **2,022,000.000** | **.00** | **- 2,013,241.56** | **2,013,241.56** |
| 07/25/2025 | Purchased<br>169,000 Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 7/25/25<br>Purchased Through Citadel Securities LLC<br>Swift External Ref#: 00031500023640E<br>169,000 Par Value At 98.92757396 %<br>91282CNR8 | 169,000.000 | .00 | - 167,187.60 | 167,187.60 |
| 07/29/2025 | Purchased 61,000<br>Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 7/29/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023990D<br>61,000 Par Value At 99.27668852 %<br>91282CNR8 | 61,000.000 | .00 | - 60,558.78 | 60,558.78 |
| **Total U S Treasury Nt 4.125% 7/31/32** | | **230,000.000** | **.00** | **- 227,746.38** | **227,746.38** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/08/2025 | Purchased 4,000 Par Value Of U S Treasury Nt 4.250% 5/15/35 Trade Date 7/8/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500022860B 4,000 Par Value At 98.6485 % 91282CNC1 | 4,000.000 | .00 | - 3,945.94 | 3,945.94 |
| **Total U S Treasury Nt 4.250% 5/15/35** | | **4,000.000** | **.00** | **- 3,945.94** | **3,945.94** |
| **Total Government Issues** | | **5,915,087.480** | **.00** | **- 5,828,694.10** | **5,828,694.10** |
| **Corporate Issues** | | | | | |
| 07/21/2025 | Purchased 35,000 Par Value Of Agl Capital Corp 6.000% 10/01/34 Trade Date 7/21/25 Purchased Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500023330B 35,000 Par Value At 104.951 % 001192AD5 | 35,000.000 | .00 | - 36,732.85 | 36,732.85 |
| **Total Agl Capital Corp 6.000% 10/01/34** | | **35,000.000** | **.00** | **- 36,732.85** | **36,732.85** |
| 07/21/2025 | Purchased 10,000 Par Value Of American Express Co 4.918% 7/20/33 Trade Date 7/21/25 Purchased Through Rbc Capital Markets, LLC Swift External Ref#: 00031500023340D 10,000 Par Value At 100 % 025816EK1 | 10,000.000 | .00 | - 10,000.00 | 10,000.00 |
| **Total American Express Co 4.918% 7/20/33** | | **10,000.000** | **.00** | **- 10,000.00** | **10,000.00** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ███████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/17/2025 | Purchased 10,000 Par Value Of Morgan Stanley 4.734% 7/18/31 Trade Date 7/17/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: 00031500023220C 10,000 Par Value At 100 % 61776NVG5 | 10,000.000 | .00 | - 10,000.00 | 10,000.00 |
| **Total Morgan Stanley 4.734% 7/18/31** | | **10,000.000** | **.00** | **- 10,000.00** | **10,000.00** |
| 07/07/2025 | Purchased 15,000 Par Value Of Wp Carey Inc 4.650% 7/15/30 Trade Date 7/7/25 Purchased Through Wells Fargo Securities, LLC Swift External Ref#: 00031500022730B 15,000 Par Value At 99.088 % 92936UAN9 | 15,000.000 | .00 | - 14,863.20 | 14,863.20 |
| **Total Wp Carey Inc 4.650% 7/15/30** | | **15,000.000** | **.00** | **- 14,863.20** | **14,863.20** |
| **Total Corporate Issues** | | **70,000.000** | **.00** | **- 71,596.05** | **71,596.05** |
| **Total Purchases** | | **10,989,722.640** | **.00** | **- 10,904,925.31** | **10,904,925.31** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 07/15/2025 | Sold 605,895.59 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/15/25 31846V567 | - 605,895.590 | .00 | 605,895.59 | - 605,895.59 | .00 |
| 07/16/2025 | Sold 60,157.01 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/16/25 31846V567 | - 60,157.010 | .00 | 60,157.01 | - 60,157.01 | .00 |
| 07/21/2025 | Sold 7,130.7 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/21/25 31846V567 | - 7,130.700 | .00 | 7,130.70 | - 7,130.70 | .00 |
| 07/31/2025 | Sold 3,579,699.97 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/31/25 31846V567 | - 3,579,699.970 | .00 | 3,579,699.97 | - 3,579,699.97 | .00 |
| 07/31/2025 | Sold 549,733.75 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/31/25 31846V567 | - 549,733.750 | .00 | 549,733.75 | - 549,733.75 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 4,802,617.020** | **.00** | **4,802,617.02** | **- 4,802,617.02** | **.00** |
| **Total Cash And Equivalents** | | **- 4,802,617.020** | **.00** | **4,802,617.02** | **- 4,802,617.02** | **.00** |

**US Government Issues**

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down<br>160.11 Par Value Of<br>F H L M C #As5323 4.000% 1/01/54<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132DS4G4 | - 160.110 | .00 | 160.11 | - 152.83 | 7.28 |
| **Total F H L M C #As5323 4.000% 1/01/54** | | **- 160.110** | **.00** | **160.11** | **- 152.83** | **7.28** |
| 07/25/2025 | Paid Down<br>87.34 Par Value Of<br>F H L M C #Ra6953 3.000% 3/01/52<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3133KNWN9 | - 87.340 | .00 | 87.34 | - 79.94 | 7.40 |
| **Total F H L M C #Ra6953 3.000% 3/01/52** | | **- 87.340** | **.00** | **87.34** | **- 79.94** | **7.40** |
| 07/25/2025 | Paid Down<br>400.01 Par Value Of<br>F H L M C #Sd7503 3.500% 8/01/49<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132DVKQ7 | - 400.010 | .00 | 400.01 | - 422.57 | - 22.56 |
| **Total F H L M C #Sd7503 3.500% 8/01/49** | | **- 400.010** | **.00** | **400.01** | **- 422.57** | **- 22.56** |
| 07/25/2025 | Paid Down<br>123.93 Par Value Of<br>F H L M C #Sd8199 2.000% 2/01/52<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132DWDC4 | - 123.930 | .00 | 123.93 | - 108.65 | 15.28 |
| **Total F H L M C #Sd8199 2.000% 2/01/52** | | **- 123.930** | **.00** | **123.93** | **- 108.65** | **15.28** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down<br>82.54 Par Value Of<br>F H L M C #Wa3219<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132WWYR7 | - 82.540 | .00 | 82.54 | - 74.93 | 7.61 |
| **Total F H L M C #Wa3219** | | **- 82.540** | **.00** | **82.54** | **- 74.93** | **7.61** |
| 07/15/2025 | Paid Down<br>34.25 Par Value Of<br>F H L M C Gd A45796 7.000% 1/01/33<br>For Record Date Of June Due 7/15/25<br>June FHLMC Due 7/15/25<br>3128K6NM8 | - 34.250 | .00 | 34.25 | - 35.82 | - 1.57 |
| **Total F H L M C Gd A45796 7.000% 1/01/33** | | **- 34.250** | **.00** | **34.25** | **- 35.82** | **- 1.57** |
| 07/15/2025 | Paid Down<br>81.82 Par Value Of<br>F H L M C Gd G08844 5.000% 10/01/48<br>For Record Date Of June Due 7/15/25<br>June FHLMC Due 7/15/25<br>3128MJ5E6 | - 81.820 | .00 | 81.82 | - 85.65 | - 3.83 |
| **Total F H L M C Gd G08844 5.000% 10/01/48** | | **- 81.820** | **.00** | **81.82** | **- 85.65** | **- 3.83** |
| 07/25/2025 | Paid Down<br>53.47 Par Value Of<br>F H L M C Mltcl Mt 5.62197% 11/25/54<br>Trade Date 7/25/25<br>3137HHFL0 | - 53.470 | .00 | 53.47 | - 53.43 | .04 |
| **Total F H L M C Mltcl Mt 5.62197% 11/25/54** | | **- 53.470** | **.00** | **53.47** | **- 53.43** | **.04** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down 131.02 Par Value Of F N M A #Ca1710 4.500% 5/01/48 For Record Date Of June Due 7/25/25 June FNMA Due 7/25/25 3140Q83U7 | - 131.020 | .00 | 131.02 | - 136.24 | - 5.22 |
| **Total F N M A #Ca1710 4.500% 5/01/48** | | **- 131.020** | **.00** | **131.02** | **- 136.24** | **- 5.22** |
| 07/25/2025 | Paid Down 9.6 Par Value Of F N M A #Ca2208 4.500% 8/01/48 For Record Date Of June Due 7/25/25 June FNMA Due 7/25/25 3140Q9N25 | - 9.600 | .00 | 9.60 | - 9.99 | - .39 |
| **Total F N M A #Ca2208 4.500% 8/01/48** | | **- 9.600** | **.00** | **9.60** | **- 9.99** | **- .39** |
| 07/25/2025 | Paid Down 60.43 Par Value Of F N M A #Fm2318 3.500% 9/01/49 For Record Date Of June Due 7/25/25 June FNMA Due 7/25/25 3140X5SG9 | - 60.430 | .00 | 60.43 | - 64.09 | - 3.66 |
| **Total F N M A #Fm2318 3.500% 9/01/49** | | **- 60.430** | **.00** | **60.43** | **- 64.09** | **- 3.66** |
| 07/25/2025 | Paid Down 118.84 Par Value Of F N M A #Fs1598 2.000% 4/01/52 For Record Date Of June Due 7/25/25 June FNMA Due 7/25/25 3140XGX46 | - 118.840 | .00 | 118.84 | - 104.68 | 14.16 |
| **Total F N M A #Fs1598 2.000% 4/01/52** | | **- 118.840** | **.00** | **118.84** | **- 104.68** | **14.16** |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down<br>50.22 Par Value Of<br>F N M A #Ma1561    3.000%  8/01/33<br>For Record Date Of June    Due 7/25/25<br>June       FNMA Due  7/25/25<br>31418AWX2 | - 50.220 | .00 | 50.22 | - 49.93 | .29 |
| **Total F N M A #Ma1561 3.000%  8/01/33** | | **- 50.220** | **.00** | **50.22** | **- 49.93** | **.29** |
| 07/25/2025 | Paid Down<br>152.27 Par Value Of<br>F N M A #Ma3811    3.000% 10/01/49<br>For Record Date Of June    Due 7/25/25<br>June       FNMA Due  7/25/25<br>31418DGV8 | - 152.270 | .00 | 152.27 | - 152.84 | - .57 |
| **Total F N M A #Ma3811 3.000% 10/01/49** | | **- 152.270** | **.00** | **152.27** | **- 152.84** | **- .57** |
| 07/25/2025 | Paid Down<br>99.68 Par Value Of<br>F N M A #Ma4644    4.000%  5/01/52<br>For Record Date Of June    Due 7/25/25<br>June       FNMA Due  7/25/25<br>31418EES5 | - 99.680 | .00 | 99.68 | - 95.03 | 4.65 |
| **Total F N M A #Ma4644 4.000%  5/01/52** | | **- 99.680** | **.00** | **99.68** | **- 95.03** | **4.65** |
| 07/25/2025 | Paid Down<br>521.51 Par Value Of<br>F N M A #Ma4733    4.500%  8/01/52<br>For Record Date Of June    Due 7/25/25<br>June       FNMA Due  7/25/25<br>31418EHK9 | - 521.510 | .00 | 521.51 | - 501.14 | 20.37 |
| **Total F N M A #Ma4733 4.500%  8/01/52** | | **- 521.510** | **.00** | **521.51** | **- 501.14** | **20.37** |

R1072

02551504
35- -01-B -62 -218-04
0101 -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████ 3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|------|-------------|------------------------|------------|-------------------------|---------------------|------------------------|
| 07/25/2025 | Paid Down<br>1.3 Par Value Of<br>F N M A #303826    6.000%  3/01/26<br>For Record Date Of June    Due 7/25/25<br>June    FNMA Due  7/25/25<br>31373UPK7 | - 1.300 | .00 | 1.30 | - 1.31 | - .01 |
| **Total F N M A #303826 6.000%  3/01/26** | | **- 1.300** | **.00** | **1.30** | **- 1.31** | **- .01** |
| 07/25/2025 | Paid Down<br>73.18 Par Value Of<br>F N M A #545646    7.000%  9/01/26<br>For Record Date Of June    Due 7/25/25<br>June    FNMA Due  7/25/25<br>31385JET1 | - 73.180 | .00 | 73.18 | - 73.16 | .02 |
| **Total F N M A #545646 7.000%  9/01/26** | | **- 73.180** | **.00** | **73.18** | **- 73.16** | **.02** |
| 07/25/2025 | Paid Down<br>22.57 Par Value Of<br>F N M A #764388    6.008%  3/01/34<br>For Record Date Of June    Due 7/25/25<br>June    FNMA Due  7/25/25<br>31404CF54 | - 22.570 | .00 | 22.57 | - 22.55 | .02 |
| **Total F N M A #764388 6.008%  3/01/34** | | **- 22.570** | **.00** | **22.57** | **- 22.55** | **.02** |
| 07/25/2025 | Paid Down<br>20.12 Par Value Of<br>F N M A #939419    6.265%  5/01/37<br>For Record Date Of June    Due 7/25/25<br>June    FNMA Due  7/25/25<br>31413ADY6 | - 20.120 | .00 | 20.12 | - 20.13 | - .01 |
| **Total F N M A #939419 6.265%  5/01/37** | | **- 20.120** | **.00** | **20.12** | **- 20.13** | **- .01** |

R1073

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down 112.03 Par Value Of F N M A Gtd Remic 5.345% 1/25/50 Trade Date 7/25/25 3136B72K6 | - 112.030 | .00 | 112.03 | - 111.70 | .33 |
| **Total F N M A Gtd Remic 5.345% 1/25/50** | | **- 112.030** | **.00** | **112.03** | **- 111.70** | **.33** |
| 07/07/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 2.500% 7/15/51 Trade Date 7/7/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500022590B 50,000 Par Value At 82.05274 % 01F022675 | - 50,000.000 | .00 | 41,026.37 | - 40,908.20 | 118.17 |
| **Total F N M A Tba 30Yr 2.500% 7/15/51** | | **- 50,000.000** | **.00** | **41,026.37** | **- 40,908.20** | **118.17** |
| 07/07/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 3.000% 7/15/47 Trade Date 7/7/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500022630B 50,000 Par Value At 85.62304 % 01F030678 | - 50,000.000 | .00 | 42,811.52 | - 42,641.60 | 169.92 |
| 07/07/2025 | Sold 25,000 Par Value Of F N M A Tba 30Yr 3.000% 7/15/47 Trade Date 7/7/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500022650C 25,000 Par Value At 85.60156 % 01F030678 | - 25,000.000 | .00 | 21,400.39 | - 21,340.82 | 59.57 |
| **Total F N M A Tba 30Yr 3.000% 7/15/47** | | **- 75,000.000** | **.00** | **64,211.91** | **- 63,982.42** | **229.49** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/03/2025 | Sold 75,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 7/15/44<br>Trade Date 7/3/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022540B<br>75,000 Par Value At 89.48437333 %<br>01F032674 | - 75,000.000 | .00 | 67,113.28 | - 66,741.21 | 372.07 |
| **Total F N M A Tba 30Yr 3.500% 7/15/44** | | **- 75,000.000** | **.00** | **67,113.28** | **- 66,741.21** | **372.07** |
| 07/16/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/16/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F032682 | - 25,000.000 | .00 | 22,242.19 | - 22,242.19 | .00 |
| **Total F N M A Tba 30Yr 3.500% 8/15/44** | | **- 25,000.000** | **.00** | **22,242.19** | **- 22,242.19** | **.00** |
| 07/07/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Trade Date 7/7/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022660B<br>50,000 Par Value At 92.19532 %<br>01F040677 | - 50,000.000 | .00 | 46,097.66 | - 45,933.11 | 164.55 |
| 07/07/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 7/15/44<br>Trade Date 7/7/25<br>Sold Through Mizuho Securities USA Inc.<br>Swift External Ref#: 00031500022690B<br>25,000 Par Value At 92.125 %<br>01F040677 | - 25,000.000 | .00 | 23,031.25 | - 22,978.02 | 53.23 |

 

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 4.000% 7/15/44** | | **- 75,000.000** | **.00** | **69,128.91** | **- 68,911.13** | **217.78** |
| 07/17/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 4.000% 8/15/43 Trade Date 7/17/25 Sold Through Goldman Sachs & Co. LLC Paid 0.00 USD Load Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F040685 | - 50,000.000 | .00 | 45,970.70 | - 46,081.05 | - 110.35 |
| 07/22/2025 | Sold 25,000 Par Value Of F N M A Tba 30Yr 4.000% 8/15/43 Trade Date 7/22/25 Sold Through Mizuho Securities USA Inc. Paid 0.00 USD Load Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 01F040685 | - 25,000.000 | .00 | 23,133.79 | - 23,040.53 | 93.26 |
| **Total F N M A Tba 30Yr 4.000% 8/15/43** | | **- 75,000.000** | **.00** | **69,104.49** | **- 69,121.58** | **- 17.09** |
| 07/07/2025 | Sold 25,000 Par Value Of F N M A Tba 30Yr 4.500% 7/15/44 Trade Date 7/7/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500022710B 25,000 Par Value At 94.85352 % 01F042673 | - 25,000.000 | .00 | 23,713.38 | - 23,654.30 | 59.08 |
| 07/07/2025 | Sold 100,000 Par Value Of F N M A Tba 30Yr 4.500% 7/15/44 Trade Date 7/7/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500022740B 100,000 Par Value At 94.84375 % 01F042673 | - 100,000.000 | .00 | 94,843.75 | - 94,542.97 | 300.78 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 4.500% 7/15/44** | | **- 125,000.000** | **.00** | **118,557.13** | **- 118,197.27** | **359.86** |
| 07/07/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 7/15/45<br>Trade Date 7/7/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022790B<br>50,000 Par Value At 97.30664 %<br>01F050676 | - 50,000.000 | .00 | 48,653.32 | - 48,494.14 | 159.18 |
| 07/07/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 7/15/45<br>Trade Date 7/7/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500022770C<br>25,000 Par Value At 97.30468 %<br>01F050676 | - 25,000.000 | .00 | 24,326.17 | - 24,265.14 | 61.03 |
| **Total F N M A Tba 30Yr 5.000% 7/15/45** | | **- 75,000.000** | **.00** | **72,979.49** | **- 72,759.28** | **220.21** |
| 07/07/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.500% 7/15/44<br>Trade Date 7/7/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500022810B<br>50,000 Par Value At 99.43946 %<br>01F052672 | - 50,000.000 | .00 | 49,719.73 | - 49,505.86 | 213.87 |
| **Total F N M A Tba 30Yr 5.500% 7/15/44** | | **- 50,000.000** | **.00** | **49,719.73** | **- 49,505.86** | **213.87** |
| 07/07/2025 | Sold 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.000% 7/15/51<br>Trade Date 7/7/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500022560B<br>50,000 Par Value At 78.41796 %<br>01F020679 | - 50,000.000 | .00 | 39,208.98 | - 38,925.78 | 283.20 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total FHLMC Tba 30Yr 2.000% 7/15/51** | | **- 50,000.000** | **.00** | **39,208.98** | **- 38,925.78** | **283.20** |
| 07/21/2025 | Paid Down<br>30.15 Par Value Of<br>G N M A I I #Ma4454 5.000% 5/20/47<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179S5P8 | - 30.150 | .00 | 30.15 | - 32.11 | - 1.96 |
| **Total G N M A I I #Ma4454 5.000% 5/20/47** | | **- 30.150** | **.00** | **30.15** | **- 32.11** | **- 1.96** |
| 07/21/2025 | Paid Down<br>21.45 Par Value Of<br>G N M A I I #Ma4838 4.000% 11/20/47<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179TLT0 | - 21.450 | .00 | 21.45 | - 21.54 | - .09 |
| **Total G N M A I I #Ma4838 4.000% 11/20/47** | | **- 21.450** | **.00** | **21.45** | **- 21.54** | **- .09** |
| 07/21/2025 | Paid Down<br>41.36 Par Value Of<br>G N M A I I #Ma5399 4.500% 8/20/48<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179T7L3 | - 41.360 | .00 | 41.36 | - 42.81 | - 1.45 |
| **Total G N M A I I #Ma5399 4.500% 8/20/48** | | **- 41.360** | **.00** | **41.36** | **- 42.81** | **- 1.45** |
| 07/21/2025 | Paid Down<br>21.12 Par Value Of<br>G N M A I I #Ma5530 5.000% 10/20/48<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179UEB4 | - 21.120 | .00 | 21.12 | - 22.06 | - .94 |
| **Total G N M A I I #Ma5530 5.000% 10/20/48** | | **- 21.120** | **.00** | **21.12** | **- 22.06** | **- .94** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/21/2025 | Paid Down<br>12.16 Par Value Of<br>G N M A I I #Ma5651 4.000% 12/20/48<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179UH47 | - 12.160 | .00 | 12.16 | - 12.40 | - .24 |
| **Total G N M A I I #Ma5651 4.000% 12/20/48** | | **- 12.160** | **.00** | **12.16** | **- 12.40** | **- .24** |
| 07/21/2025 | Paid Down<br>1.98 Par Value Of<br>G N M A I I #Ma6209 3.000% 10/20/49<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179U3S9 | - 1.980 | .00 | 1.98 | - 1.99 | - .01 |
| **Total G N M A I I #Ma6209 3.000% 10/20/49** | | **- 1.980** | **.00** | **1.98** | **- 1.99** | **- .01** |
| 07/21/2025 | Paid Down<br>219.89 Par Value Of<br>G N M A I I #Ma8201 4.500% 8/20/52<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179XDE3 | - 219.890 | .00 | 219.89 | - 209.59 | 10.30 |
| **Total G N M A I I #Ma8201 4.500% 8/20/52** | | **- 219.890** | **.00** | **219.89** | **- 209.59** | **10.30** |
| 07/21/2025 | Paid Down<br>212.88 Par Value Of<br>G N M A I I #Ma9963 4.500% 10/20/54<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36180AB85 | - 212.880 | .00 | 212.88 | - 202.29 | 10.59 |
| **Total G N M A I I #Ma9963 4.500% 10/20/54** | | **- 212.880** | **.00** | **212.88** | **- 202.29** | **10.59** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/02/2025 | Sold 50,000 Par Value Of G N M A I I Tba 4.000% 7/15/45 Trade Date 7/2/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500022510B 50,000 Par Value At 92.75 % 21H040673 | - 50,000.000 | .00 | 46,375.00 | - 45,642.58 | 732.42 |
| **Total G N M A I I Tba 4.000% 7/15/45** | | **- 50,000.000** | **.00** | **46,375.00** | **- 45,642.58** | **732.42** |
| 07/14/2025 | Sold 25,000 Par Value Of G N M A I I Tba 4.500% 7/15/45 Trade Date 7/14/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500023020B 25,000 Par Value At 94.68164 % 21H042679 | - 25,000.000 | .00 | 23,670.41 | - 23,625.00 | 45.41 |
| **Total G N M A I I Tba 4.500% 7/15/45** | | **- 25,000.000** | **.00** | **23,670.41** | **- 23,625.00** | **45.41** |
| 07/21/2025 | Paid Down 140.35 Par Value Of G N M A Gtd Remic 5.552% 2/20/54 Trade Date 7/20/25 38384JQR8 | - 140.350 | .00 | 140.35 | - 140.26 | .09 |
| **Total G N M A Gtd Remic 5.552% 2/20/54** | | **- 140.350** | **.00** | **140.35** | **- 140.26** | **.09** |
| 07/14/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 2.500% 7/15/50 Trade Date 7/14/25 Sold Through Wells Fargo Securities, LLC Swift External Ref#: 00031500023010B 25,000 Par Value At 83.84572 % 21H022671 | - 25,000.000 | .00 | 20,961.43 | - 20,861.33 | 100.10 |
| **Total GNMA II Tba 30Yr 2.500% 7/15/50** | | **- 25,000.000** | **.00** | **20,961.43** | **- 20,861.33** | **100.10** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/14/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 7/15/52 Trade Date 7/14/25 Sold Through Wells Fargo Securities, LLC Swift External Ref#: 00031500023040B 25,000 Par Value At 97.2832 % 21H050672 | - 25,000.000 | .00 | 24,320.80 | - 24,281.25 | 39.55 |
| 07/14/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 7/15/52 Trade Date 7/14/25 Sold Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500023060B 25,000 Par Value At 97.28124 % 21H050672 | - 25,000.000 | .00 | 24,320.31 | - 24,289.06 | 31.25 |
| 07/14/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 7/15/52 Trade Date 7/14/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500023080B 25,000 Par Value At 97.35156 % 21H050672 | - 25,000.000 | .00 | 24,337.89 | - 24,293.95 | 43.94 |
| **Total GNMA II Tba 30Yr 5.000% 7/15/52** | | **- 75,000.000** | **.00** | **72,979.00** | **- 72,864.26** | **114.74** |
| 07/14/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 5.500% 7/15/53 Trade Date 7/14/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500023110B 25,000 Par Value At 99.55468 % 21H052678 | - 25,000.000 | .00 | 24,888.67 | - 24,822.27 | 66.40 |
| **Total GNMA II Tba 30Yr 5.500% 7/15/53** | | **- 25,000.000** | **.00** | **24,888.67** | **- 24,822.27** | **66.40** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/21/2025 | Sold<br>26,466.44 Par Value Of<br>U S Treasury I P S 2.125% 1/15/35<br>Trade Date 7/21/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023300C<br>26,466.44 Par Value At 101.68194136 %<br>91282CML2 | - 26,466.440 | .00 | 26,911.59 | - 26,177.69 | 733.90 |
| 07/23/2025 | Sold<br>15,271.2 Par Value Of<br>U S Treasury I P S 2.125% 1/15/35<br>Trade Date 7/23/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023410C<br>15,271.2 Par Value At 101.33355597 %<br>91282CML2 | - 15,271.200 | .00 | 15,474.85 | - 15,108.92 | 365.93 |
| 07/23/2025 | Sold<br>10,180.8 Par Value Of<br>U S Treasury I P S 2.125% 1/15/35<br>Trade Date 7/23/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023430C<br>10,180.8 Par Value At 101.33358872 %<br>91282CML2 | - 10,180.800 | .00 | 10,316.57 | - 10,075.91 | 240.66 |
| 07/23/2025 | Sold<br>20,361.6 Par Value Of<br>U S Treasury I P S 2.125% 1/15/35<br>Trade Date 7/23/25<br>Sold Through Nmrius33 Nomura Secs Intl Ny<br>Swift External Ref#: 00031500023460D<br>20,361.6 Par Value At 101.37690555 %<br>91282CML2 | - 20,361.600 | .00 | 20,641.96 | - 20,151.81 | 490.15 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/23/2025 | Sold<br>8,144.64 Par Value Of<br>U S Treasury I P S 2.125% 1/15/35<br>Trade Date 7/23/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift Internal Ref#: 2025072445805986<br>Swift External Ref#: 00031500023470D<br>8,144.64 Par Value At 101.30466172 %<br>91282CML2 | - 8,144.640 | .00 | 8,250.90 | - 8,061.19 | 189.71 |
| **Total U S Treasury I P S 2.125% 1/15/35** | | **- 80,424.680** | **.00** | **81,595.87** | **- 79,575.52** | **2,020.35** |
| 07/24/2025 | Sold<br>426,000 Par Value Of<br>U S Treasury Nt 3.750% 6/30/27<br>Trade Date 7/24/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023550B<br>426,000 Par Value At 99.68026291 %<br>91282CNL1 | - 426,000.000 | .00 | 424,637.92 | - 425,743.17 | - 1,105.25 |
| 07/25/2025 | Sold<br>426,000 Par Value Of<br>U S Treasury Nt 3.750% 6/30/27<br>Trade Date 7/25/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023620B<br>426,000 Par Value At 99.70214554 %<br>91282CNL1 | - 426,000.000 | .00 | 424,731.14 | - 425,743.17 | - 1,012.03 |
| 07/28/2025 | Sold<br>423,000 Par Value Of<br>U S Treasury Nt 3.750% 6/30/27<br>Trade Date 7/28/25<br>Sold Through Jefferies LLC<br>Swift External Ref#: 00031500023830B<br>423,000 Par Value At 99.66015603 %<br>91282CNL1 | - 423,000.000 | .00 | 421,562.46 | - 422,669.04 | - 1,106.58 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/28/2025 | Sold<br>422,000 Par Value Of<br>U S Treasury Nt 3.750% 6/30/27<br>Trade Date 7/28/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500023840B<br>422,000 Par Value At 99.67187441 %<br>91282CNL1 | - 422,000.000 | .00 | 420,615.31 | - 421,571.41 | - 956.10 |
| 07/29/2025 | Sold<br>267,000 Par Value Of<br>U S Treasury Nt 3.750% 6/30/27<br>Trade Date 7/29/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023980B<br>267,000 Par Value At 99.68692884 %<br>91282CNL1 | - 267,000.000 | .00 | 266,164.10 | - 266,474.76 | - 310.66 |
| **Total U S Treasury Nt 3.750% 6/30/27** | | **- 1,964,000.000** | **.00** | **1,957,710.93** | **- 1,962,201.55** | **- 4,490.62** |
| 07/07/2025 | Sold 69,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/15/28<br>Trade Date 7/7/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500022610B<br>69,000 Par Value At 100.03869565 %<br>91282CNH0 | - 69,000.000 | .00 | 69,026.70 | - 68,797.05 | 229.65 |
| 07/08/2025 | Sold<br>138,000 Par Value Of<br>U S Treasury Nt 3.875% 6/15/28<br>Trade Date 7/8/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022830B<br>138,000 Par Value At 100 %<br>91282CNH0 | - 138,000.000 | .00 | 138,000.00 | - 137,527.03 | 472.97 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/09/2025 | Sold<br>138,000 Par Value Of<br>U S Treasury Nt 3.875% 6/15/28<br>Trade Date 7/9/25<br>Sold Through Bnp Paribas Brokerage Securiti<br>Swift External Ref#: 00031500022890B<br>138,000 Par Value At 100.0777029 %<br>91282CNH0 | - 138,000.000 | .00 | 138,107.23 | - 137,707.18 | 400.05 |
| 07/09/2025 | Sold<br>138,000 Par Value Of<br>U S Treasury Nt 3.875% 6/15/28<br>Trade Date 7/9/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500022900B<br>138,000 Par Value At 100.07812319 %<br>91282CNH0 | - 138,000.000 | .00 | 138,107.81 | - 137,652.37 | 455.44 |
| 07/09/2025 | Sold 69,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/15/28<br>Trade Date 7/9/25<br>Sold Through Rbs Securities Inc.<br>Swift External Ref#: 00031500022920B<br>69,000 Par Value At 100.02147826 %<br>91282CNH0 | - 69,000.000 | .00 | 69,014.82 | - 68,924.53 | 90.29 |
| 07/10/2025 | Sold 52,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/15/28<br>Trade Date 7/10/25<br>Sold Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500022960B<br>52,000 Par Value At 100.09375 %<br>91282CNH0 | - 52,000.000 | .00 | 52,048.75 | - 51,943.13 | 105.62 |
| **Total U S Treasury Nt 3.875% 6/15/28** | | **- 604,000.000** | **.00** | **604,305.31** | **- 602,551.29** | **1,754.02** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/07/2025 | Sold 15,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/7/25 Sold Through Deutsche Bank Securities, Inc. Swift External Ref#: 00031500022700B 15,000 Par Value At 99.64453333 % 91282CNK3 | - 15,000.000 | .00 | 14,946.68 | - 14,929.23 | 17.45 |
| 07/24/2025 | Sold 336,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/24/25 Sold Through Deutsche Bank Securities, Inc. Swift External Ref#: 00031500023570C 336,000 Par Value At 99.55608929 % 91282CNK3 | - 336,000.000 | .00 | 334,508.46 | - 334,603.64 | - 95.18 |
| 07/25/2025 | Sold 168,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/25/25 Sold Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500023650B 168,000 Par Value At 99.59375 % 91282CNK3 | - 168,000.000 | .00 | 167,317.50 | - 167,214.29 | 103.21 |
| 07/28/2025 | Sold 160,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/28/25 Sold Through Mizuho Securities USA Inc. Swift External Ref#: 00031500023690B 160,000 Par Value At 99.609375 % 91282CNK3 | - 160,000.000 | .00 | 159,375.00 | - 159,128.47 | 246.53 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/28/2025 | Sold 80,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/28/25 Sold Through Mizuho Securities USA Inc. Swift External Ref#: 00031500023730B 80,000 Par Value At 99.609375 % 91282CNK3 | - 80,000.000 | .00 | 79,687.50 | - 79,479.28 | 208.22 |
| 07/28/2025 | Sold 320,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/28/25 Sold Through Mizuho Securities USA Inc. Swift External Ref#: 00031500023750B 320,000 Par Value At 99.609375 % 91282CNK3 | - 320,000.000 | .00 | 318,750.00 | - 319,104.03 | - 354.03 |
| 07/28/2025 | Sold 81,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/28/25 Sold Through Jefferies LLC Swift External Ref#: 00031500023770B 81,000 Par Value At 99.57812346 % 91282CNK3 | - 81,000.000 | .00 | 80,658.28 | - 80,975.31 | - 317.03 |
| 07/28/2025 | Sold 80,000 Par Value Of U S Treasury Nt 3.875% 6/30/30 Trade Date 7/28/25 Sold Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500023810B 80,000 Par Value At 99.5625 % 91282CNK3 | - 80,000.000 | .00 | 79,650.00 | - 79,975.61 | - 325.61 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/28/2025 | Sold 81,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/28/25<br>Sold Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500023710B<br>81,000 Par Value At 99.59314815 %<br>91282CNK3 | - 81,000.000 | .00 | 80,670.45 | - 80,975.30 | - 304.85 |
| 07/28/2025 | Sold 80,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/28/25<br>Sold Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500023870B<br>80,000 Par Value At 99.54895 %<br>91282CNK3 | - 80,000.000 | .00 | 79,639.16 | - 79,975.61 | - 336.45 |
| 07/28/2025 | Sold 79,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/28/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500023900B<br>79,000 Par Value At 99.54687342 %<br>91282CNK3 | - 79,000.000 | .00 | 78,642.03 | - 78,981.65 | - 339.62 |
| 07/28/2025 | Sold<br>159,000 Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/28/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023890B<br>159,000 Par Value At 99.54894969 %<br>91282CNK3 | - 159,000.000 | .00 | 158,282.83 | - 158,946.86 | - 664.03 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/28/2025 | Sold 80,000<br>Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/28/25<br>Sold Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500023920B<br>80,000 Par Value At 99.59315 %<br>91282CNK3 | - 80,000.000 | .00 | 79,674.52 | - 79,963.00 | - 288.48 |
| 07/28/2025 | Sold<br>265,000 Par Value Of<br>U S Treasury Nt 3.875% 6/30/30<br>Trade Date 7/28/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500023940B<br>265,000 Par Value At 99.59375094 %<br>91282CNK3 | - 265,000.000 | .00 | 263,923.44 | - 265,044.84 | - 1,121.40 |
| **Total U S Treasury Nt 3.875% 6/30/30** | | **- 1,984,000.000** | **.00** | **1,975,725.85** | **- 1,979,297.12** | **- 3,571.27** |
| 07/25/2025 | Sold<br>171,000 Par Value Of<br>U S Treasury Nt 4.125% 6/30/32<br>Trade Date 7/25/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500023630B<br>171,000 Par Value At 98.96874854 %<br>91282CNJ6 | - 171,000.000 | .00 | 169,236.56 | - 169,233.80 | 2.76 |
| 07/29/2025 | Sold 62,000<br>Par Value Of<br>U S Treasury Nt 4.125% 6/30/32<br>Trade Date 7/29/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500024000C<br>62,000 Par Value At 99.30348387 %<br>91282CNJ6 | - 62,000.000 | .00 | 61,568.16 | - 61,428.57 | 139.59 |
| **Total U S Treasury Nt 4.125% 6/30/32** | | **- 233,000.000** | **.00** | **230,804.72** | **- 230,662.37** | **142.35** |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04




ADSF CUSTODY - METWEST
ACCOUNT ▓▓▓▓3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|------|-------------|--------------------:|-----------:|---------------------:|-----------------:|-------------------:|
| 07/21/2025 | Sold 32,000<br>Par Value Of<br>U S Treasury Nt    4.250%  5/15/35<br>Trade Date 7/21/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500023310B<br>32,000 Par Value At 99.0703125 %<br>91282CNC1 | - 32,000.000 | .00 | 31,702.50 | - 31,857.15 | - 154.65 |
| 07/21/2025 | Sold 8,000<br>Par Value Of<br>U S Treasury Nt    4.250%  5/15/35<br>Trade Date 7/21/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023320B<br>8,000 Par Value At 99.039125 %<br>91282CNC1 | - 8,000.000 | .00 | 7,923.13 | - 7,964.29 | - 41.16 |
| **Total U S Treasury Nt 4.250%  5/15/35** | | **- 40,000.000** | **.00** | **39,625.63** | **- 39,821.44** | **- 195.81** |
| **Total Government Issues** | | **- 5,783,522.260** | **.00** | **5,695,032.88** | **- 5,696,261.31** | **- 1,228.43** |
| **Corporate Issues** | | | | | | |
| 07/17/2025 | Paid Down<br>715.59 Par Value Of<br>Bank           0.446% 12/16/53<br>Trade Date 7/17/25<br>06541UBN5 | - 715.590 | .00 | 715.59 | - 707.09 | 8.50 |
| **Total Bank 0.446% 12/16/53** | | **- 715.590** | **.00** | **715.59** | **- 707.09** | **8.50** |
| 07/23/2025 | Sold 5,000<br>Par Value Of<br>Cvs Health Corp    5.300%  6/01/33<br>Trade Date 7/23/25<br>Sold Through Marketaxess Corp<br>Swift External Ref#: 00031500023520B<br>5,000 Par Value At 100.334 %<br>126650DY3 | - 5,000.000 | .00 | 5,016.70 | - 4,884.45 | 132.25 |

R1090

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Cvs Health Corp 5.300% 6/01/33** | | **- 5,000.000** | **.00** | **5,016.70** | **- 4,884.45** | **132.25** |
| 07/23/2025 | Sold 10,000<br>Par Value Of<br>Cvs Health Corp 5.700% 6/01/34<br>Trade Date 7/23/25<br>Sold Through Marketaxess Corp<br>Swift External Ref#: 00031500023500C<br>10,000 Par Value At 102.137 %<br>126650ED8 | - 10,000.000 | .00 | 10,213.70 | - 10,006.50 | 207.20 |
| **Total Cvs Health Corp 5.700% 6/01/34** | | **- 10,000.000** | **.00** | **10,213.70** | **- 10,006.50** | **207.20** |
| 07/23/2025 | Sold 15,000<br>Par Value Of<br>Glp Capital LP Fin 5.375% 4/15/26<br>Trade Date 7/23/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023490B<br>15,000 Par Value At 100.035 %<br>361841AH2 | - 15,000.000 | .00 | 15,005.25 | - 16,042.95 | - 1,037.70 |
| **Total Glp Capital LP Fin 5.375% 4/15/26** | | **- 15,000.000** | **.00** | **15,005.25** | **- 16,042.95** | **- 1,037.70** |
| 07/08/2025 | Sold 5,000<br>Par Value Of<br>Jpmorgan Chase Co 5.766% 4/22/35<br>Trade Date 7/8/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500022850B<br>5,000 Par Value At 104.148 %<br>46647PEH5 | - 5,000.000 | .00 | 5,207.40 | - 5,140.50 | 66.90 |
| **Total Jpmorgan Chase Co 5.766% 4/22/35** | | **- 5,000.000** | **.00** | **5,207.40** | **- 5,140.50** | **66.90** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/17/2025 | Sold 10,000<br>Par Value Of<br>Morgan Stanley Mtn 1.794% 2/13/32<br>Trade Date 7/17/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500023210B<br>10,000 Par Value At 85.14 %<br>6174468U6 | - 10,000.000 | .00 | 8,514.00 | - 7,918.60 | 595.40 |
| **Total Morgan Stanley Mtn 1.794% 2/13/32** | | **- 10,000.000** | **.00** | **8,514.00** | **- 7,918.60** | **595.40** |
| 07/25/2025 | Paid Down<br>648.13 Par Value Of<br>New Century Home 5.21368% 8/25/34<br>Trade Date 7/25/25<br>64352VFW6 | - 648.130 | .00 | 648.13 | - 622.10 | 26.03 |
| **Total New Century Home 5.21368% 8/25/34** | | **- 648.130** | **.00** | **648.13** | **- 622.10** | **26.03** |
| 07/25/2025 | Paid Down<br>104.17 Par Value Of<br>S L M A 5.11965% 1/25/29<br>Trade Date 7/25/25<br>78446YAA1 | - 104.170 | .00 | 104.17 | - 104.39 | - .22 |
| **Total S L M A 5.11965% 1/25/29** | | **- 104.170** | **.00** | **104.17** | **- 104.39** | **- .22** |
| 07/17/2025 | Paid Down<br>1,183.15 Par Value Of<br>Ubs Coml Mtg Tr 4.1519% 7/15/51<br>Trade Date 7/17/25<br>90353DAV7 | - 1,183.150 | .00 | 1,183.15 | - 1,206.81 | - 23.66 |
| **Total Ubs Coml Mtg Tr 4.1519% 7/15/51** | | **- 1,183.150** | **.00** | **1,183.15** | **- 1,206.81** | **- 23.66** |
| 07/15/2025 | Paid Down<br>223.43 Par Value Of<br>United Air Lines 5.800% 7/15/37<br>Trade Date 7/15/25<br>90932LAJ6 | - 223.430 | .00 | 223.43 | - 223.43 | .00 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total United Air Lines 5.800% 7/15/37** | | **- 223.430** | **.00** | **223.43** | **- 223.43** | **.00** |
| 07/17/2025 | Sold 12,000<br>Par Value Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Trade Date 7/17/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500023240C<br>12,000 Par Value At 84 %<br>55903VBQ5 | - 12,000.000 | .00 | 10,080.00 | - 10,442.04 | - 362.04 |
| 07/17/2025 | Sold 3,000<br>Par Value Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Trade Date 7/17/25<br>Sold Through Ubs Financial Services Inc.<br>Swift External Ref#: 00031500023250C<br>3,000 Par Value At 84.5 %<br>55903VBQ5 | - 3,000.000 | .00 | 2,535.00 | - 2,610.51 | - 75.51 |
| 07/21/2025 | Sold 5,000<br>Par Value Of<br>Warnermedia Hldgs 4.279% 3/15/32<br>Trade Date 7/21/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023350B<br>5,000 Par Value At 85 %<br>55903VBQ5 | - 5,000.000 | .00 | 4,250.00 | - 4,350.85 | - 100.85 |
| **Total Warnermedia Hldgs 4.279% 3/15/32** | | **- 20,000.000** | **.00** | **16,865.00** | **- 17,403.40** | **- 538.40** |
| **Total Corporate Issues** | | **- 67,874.470** | **.00** | **63,696.52** | **- 64,260.22** | **- 563.70** |
| **Municipal Issues** | | | | | | |
| 07/15/2025 | Paid Down<br>3,317.92 Par Value Of<br>Massachusetts ST Spl 4.110% 7/15/31<br>Trade Date 7/15/25<br>576004HG3 | - 3,317.920 | .00 | 3,317.92 | - 3,301.18 | 16.74 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Massachusetts ST Spl 4.110% 7/15/31** | | **- 3,317.920** | **.00** | **3,317.92** | **- 3,301.18** | **16.74** |
| **Total Municipal Issues** | | **- 3,317.920** | **.00** | **3,317.92** | **- 3,301.18** | **16.74** |
| **Total Sales And Maturities** | | **- 10,657,331.670** | **.00** | **10,564,664.34** | **- 10,566,439.73** | **- 1,775.39** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 07/02/2025 | 08/20/2025 | Purchased 50,000 Par Value Of<br>G N M A I I Tba 4.000% 8/15/45<br>Trade Date 7/2/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 105.56- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H040681 | 50,000.000 | 46,357.42 | - 46,357.42 |
| 07/03/2025 | 08/13/2025 | Purchased 75,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/3/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 87.50- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F032682 | 75,000.000 | 67,095.70 | - 67,095.70 |
| 07/07/2025 | 08/13/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 66.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F040685 | 50,000.000 | 46,092.77 | - 46,092.77 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/07/2025 | 08/13/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 33.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F040685 | 25,000.000 | 23,028.81 | - 23,028.81 |
| 07/07/2025 | 08/13/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 83.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F050684 | 50,000.000 | 48,628.91 | - 48,628.91 |
| 07/07/2025 | 08/13/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 7/7/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 41.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F050684 | 25,000.000 | 24,314.45 | - 24,314.45 |
| 07/07/2025 | 08/13/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 5.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 91.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F052680 | 50,000.000 | 49,685.55 | - 49,685.55 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/07/2025 | 08/13/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 37.50- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F042681 | 25,000.000 | 23,708.01 | - 23,708.01 |
| 07/07/2025 | 08/13/2025 | Purchased 100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 150.00- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F042681 | 100,000.000 | 94,824.22 | - 94,824.22 |
| 07/07/2025 | 08/13/2025 | Purchased 50,000 Par Value Of<br>FHLMC Tba 30Yr 2.000% 8/15/51<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 33.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F020687 | 50,000.000 | 39,230.47 | - 39,230.47 |
| 07/07/2025 | 08/13/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 50.00- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F030686 | 50,000.000 | 42,822.27 | - 42,822.27 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

Period from July 1, 2025 to July 31, 2025

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/07/2025 | 08/13/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 25.00- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F030686 | 25,000.000 | 21,405.76 | - 21,405.76 |
| 07/07/2025 | 08/13/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 2.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 41.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F022683 | 50,000.000 | 41,042.97 | - 41,042.97 |
| 07/14/2025 | 08/20/2025 | Purchased 25,000 Par Value Of<br>G N M A I I Tba 4.500% 8/15/44<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 59.38- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H042687 | 25,000.000 | 23,664.06 | - 23,664.06 |
| 07/14/2025 | 08/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 2.500% 8/15/50<br>Trade Date 7/14/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 32.99- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H022689 | 25,000.000 | 20,959.96 | - 20,959.96 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/14/2025 | 08/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.500% 8/15/53<br>Trade Date 7/14/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 72.57- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H052686 | 25,000.000 | 24,870.12 | - 24,870.12 |
| 07/14/2025 | 08/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H050680 | 25,000.000 | 24,309.57 | - 24,309.57 |
| 07/14/2025 | 08/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H050680 | 25,000.000 | 24,309.57 | - 24,309.57 |
| 07/14/2025 | 08/20/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.97- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H050680 | 25,000.000 | 24,327.15 | - 24,327.15 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/16/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 7/16/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 34.03- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F032690 | 25,000.000 | 22,208.01 | - 22,208.01 |
| 07/17/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/17/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 77.78- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F040693 | 50,000.000 | 45,912.11 | - 45,912.11 |
| 07/22/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/22/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 38.89- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F040693 | 25,000.000 | 23,102.54 | - 23,102.54 |
| 07/31/2025 | 08/01/2025 | Purchased 52,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/27<br>Trade Date 7/31/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500024030B<br>52,000 Par Value At 99.91015385 %<br>91282CNP2 | 52,000.000 | 51,953.28 | - 51,953.28 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/31/2025 | 08/01/2025 | Purchased 79,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/30<br>Trade Date 7/31/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500024040B<br>79,000 Par Value At 99.73437975 %<br>91282CNN7 | 79,000.000 | 78,790.16 | - 78,790.16 |
| **Total Purchases** | | | **1,006,000.000** | **932,643.84** | **- 932,643.84** |
| **Sales** | | | | | |
| 07/16/2025 | 08/13/2025 | Sold 25,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/16/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F032682 | - 25,000.000 | - 22,242.19 | 22,242.19 |
| 07/17/2025 | 08/13/2025 | Sold 50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/17/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F040685 | - 50,000.000 | - 46,081.05 | 45,970.70 |
| 07/22/2025 | 08/13/2025 | Sold 25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/22/25<br>Sold Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F040685 | - 25,000.000 | - 23,040.53 | 23,133.79 |
| **Total Sales** | | | **- 100,000.000** | **- 91,363.77** | **91,346.68** |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Net Trades Pending Settlement** | | | **906,000.000** | **841,280.07** | **- 841,297.16** |

R1102

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Barclays Capital Inc. Fixed In** | | | | | | |
| - 25,000.000 | 07/01/2025 | Bought<br>GNMA II Tba 30Yr 5.000% 7/15/52<br>21H050672 | - 24,289.06 | .00 | 69.44 | - 24,289.06 |
| 25,000.000 | 07/14/2025 | Bought<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>21H050680 | 24,309.57 | .00 | - 65.97 | 24,309.57 |
| **Total Barclays Capital Inc. Fixed In** | | | **20.51** | **.00** | **3.47** | **20.51** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **BofA Securities, Inc./Fxd Inc** | | | | | | |
| - 50,000.000 | 07/01/2025 | Bought<br>F N M A Tba 30Yr 5.500% 7/15/44<br>01F052672 | - 49,505.86 | .00 | 99.31 | - 49,505.86 |
| 50,000.000 | 07/07/2025 | Bought<br>F N M A Tba 30Yr 5.500% 8/15/44<br>01F052680 | 49,685.55 | .00 | - 91.67 | 49,685.55 |
| **Total BofA Securities, Inc./Fxd Inc** | | | **179.69** | **.00** | **7.64** | **179.69** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Citigroup Global Markets Inc.** | | | | | | |
| - 50,000.000 | 07/01/2025 | Bought<br>FHLMC Tba 30Yr 2.000% 7/15/51<br>01F020679 | - 38,925.78 | .00 | 36.11 | - 38,925.78 |
| 50,000.000 | 07/07/2025 | Bought<br>FHLMC Tba 30Yr 2.000% 8/15/51<br>01F020687 | 39,230.47 | .00 | - 33.33 | 39,230.47 |
| - 50,000.000 | 07/01/2025 | Bought<br>F N M A Tba 30Yr 2.500% 7/15/51<br>01F022675 | - 40,908.20 | .00 | 45.14 | - 40,908.20 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 50,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 2.500% 8/15/44 01F022683 | 41,042.97 | .00 | - 41.67 | 41,042.97 |
| - 50,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 3.000% 7/15/47 01F030678 | - 42,681.64 | .00 | 54.17 | - 42,681.64 |
| 50,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 3.000% 8/15/44 01F030686 | 42,822.27 | .00 | - 50.00 | 42,822.27 |
| - 25,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 4.500% 7/15/44 01F042673 | - 23,654.30 | .00 | 40.63 | - 23,654.30 |
| 25,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 4.500% 8/15/43 01F042681 | 23,708.01 | .00 | - 37.50 | 23,708.01 |
| - 25,000.000 | 07/01/2025 | Bought G N M A I I Tba 4.500% 7/15/45 21H042679 | - 23,625.00 | .00 | 62.50 | - 23,625.00 |
| 25,000.000 | 07/14/2025 | Bought G N M A I I Tba 4.500% 8/15/44 21H042687 | 23,664.06 | .00 | - 59.38 | 23,664.06 |
| - 25,000.000 | 07/01/2025 | Bought GNMA II Tba 30Yr 5.000% 7/15/52 21H050672 | - 24,293.95 | .00 | 69.44 | - 24,293.95 |
| 25,000.000 | 07/14/2025 | Bought GNMA II Tba 30Yr 5.000% 8/15/52 21H050680 | 24,327.15 | .00 | - 65.97 | 24,327.15 |
| **Total Citigroup Global Markets Inc.** | | | **706.06** | **.00** | **20.14** | **706.06** |
| # Trades/Commission Per Share | | | 12 | .00 | | |

**Goldman Sachs & Co. LLC**

02551504
35- -01-B -62 -218-04
0101 -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████ 3803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|---|
| - 25,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 01F030678 | 3.000% 7/15/47 | - 21,300.78 | .00 | 27.08 | - 21,300.78 |
| 25,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 01F030686 | 3.000% 8/15/44 | 21,405.76 | .00 | - 25.00 | 21,405.76 |
| - 75,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 01F032674 | 3.500% 7/15/44 | - 66,741.21 | .00 | 94.79 | - 66,741.21 |
| 75,000.000 | 07/03/2025 | Bought F N M A Tba 30Yr 01F032682 | 3.500% 8/15/44 | 67,095.70 | .00 | - 87.50 | 67,095.70 |
| 25,000.000 | 07/16/2025 | Bought F N M A Tba 30Yr 01F032690 | 3.500% 9/15/44 | 22,208.01 | .00 | - 34.03 | 22,208.01 |
| - 50,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 01F040677 | 4.000% 7/15/44 | - 45,956.05 | .00 | 72.22 | - 45,956.05 |
| 50,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 01F040685 | 4.000% 8/15/43 | 46,092.77 | .00 | - 66.67 | 46,092.77 |
| 50,000.000 | 07/17/2025 | Bought F N M A Tba 30Yr 01F040693 | 4.000% 9/15/44 | 45,912.11 | .00 | - 77.78 | 45,912.11 |
| - 100,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 01F042673 | 4.500% 7/15/44 | - 94,542.97 | .00 | 162.50 | - 94,542.97 |
| 100,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 01F042681 | 4.500% 8/15/43 | 94,824.22 | .00 | - 150.00 | 94,824.22 |

R1105

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| - 50,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 5.000% 7/15/45 01F050676 | - 48,494.14 | .00 | 90.28 | - 48,494.14 |
| 50,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 5.000% 8/15/45 01F050684 | 48,628.91 | .00 | - 83.33 | 48,628.91 |
| - 50,000.000 | 07/01/2025 | Bought G N M A I I Tba 4.000% 7/15/45 21H040673 | - 45,642.58 | .00 | 111.11 | - 45,642.58 |
| 50,000.000 | 07/02/2025 | Bought G N M A I I Tba 4.000% 8/15/45 21H040681 | 46,357.42 | .00 | - 105.56 | 46,357.42 |
| - 25,000.000 | 07/01/2025 | Bought GNMA II Tba 30Yr 5.500% 7/15/53 21H052678 | - 24,822.27 | .00 | 76.39 | - 24,822.27 |
| 25,000.000 | 07/14/2025 | Bought GNMA II Tba 30Yr 5.500% 8/15/53 21H052686 | 24,870.12 | .00 | - 72.57 | 24,870.12 |
| **Total Goldman Sachs & Co. LLC** | | | **69,895.02** | **.00** | **- 68.07** | **69,895.02** |
| # Trades/Commission Per Share | | | 16 | .00 | | |
| **Mizuho Securities USA Inc.** | | | | | | |
| - 25,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 4.000% 7/15/44 01F040677 | - 22,955.08 | .00 | 36.11 | - 22,955.08 |
| 25,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 4.000% 8/15/43 01F040685 | 23,028.81 | .00 | - 33.33 | 23,028.81 |
| 25,000.000 | 07/22/2025 | Bought F N M A Tba 30Yr 4.000% 9/15/44 01F040693 | 23,102.54 | .00 | - 38.89 | 23,102.54 |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Mizuho Securities USA Inc.** | | | **23,176.27** | **.00** | **- 36.11** | **23,176.27** |
| # Trades/Commission Per Share | | | 3 | .00 | | |
| **Morgan Stanley & Co. LLC** | | | | | | |
| - 25,000.000 | 07/01/2025 | Bought F N M A Tba 30Yr 5.000% 7/15/45 01F050676 | - 24,265.14 | .00 | 45.14 | - 24,265.14 |
| 25,000.000 | 07/07/2025 | Bought F N M A Tba 30Yr 5.000% 8/15/45 01F050684 | 24,314.45 | .00 | - 41.67 | 24,314.45 |
| **Total Morgan Stanley & Co. LLC** | | | **49.31** | **.00** | **3.47** | **49.31** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Wells Fargo Securities, LLC** | | | | | | |
| - 25,000.000 | 07/01/2025 | Bought GNMA II Tba 30Yr 2.500% 7/15/50 21H022671 | - 20,861.33 | .00 | 34.72 | - 20,861.33 |
| 25,000.000 | 07/14/2025 | Bought GNMA II Tba 30Yr 2.500% 8/15/50 21H022689 | 20,959.96 | .00 | - 32.99 | 20,959.96 |
| - 25,000.000 | 07/01/2025 | Bought GNMA II Tba 30Yr 5.000% 7/15/52 21H050672 | - 24,281.25 | .00 | 69.44 | - 24,281.25 |
| 25,000.000 | 07/14/2025 | Bought GNMA II Tba 30Yr 5.000% 8/15/52 21H050680 | 24,309.57 | .00 | - 65.97 | 24,309.57 |
| **Total Wells Fargo Securities, LLC** | | | **126.95** | **.00** | **5.20** | **126.95** |
| # Trades/Commission Per Share | | | 4 | .00 | | |
| **Grand Total** | | | **94,153.81** | **.00** | **- 64.26** | **94,153.81** |

02551504
35- -01-B -62 -218-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from July 1, 2025 to July 31, 2025

## BOND SUMMARY

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **MATURITY SUMMARY** | | | |
| 2025 | .00 | .00 | 0.00 |
| 2026 | 110,375.55 | 108,546.57 | 1.41 |
| 2027 | 2,146,000.00 | 2,140,192.56 | 27.66 |
| 2028 | 824,041.20 | 821,906.56 | 10.63 |
| 2029 | 80,871.40 | 78,076.77 | 1.01 |
| 2030 | 2,211,755.41 | 2,196,174.17 | 28.39 |
| 2031 | 271,945.47 | 250,872.18 | 3.25 |
| 2032 | 477,000.00 | 454,926.33 | 5.88 |
| 2033 | 48,951.35 | 49,144.22 | 0.63 |
| 2034 | 116,671.45 | 112,605.99 | 1.45 |
| 2035 - 2039 | 442,306.16 | 423,281.42 | 5.46 |
| 2040 - 2044 | 475,000.00 | 433,253.75 | 5.59 |
| 2045 - 2049 | 201,794.21 | 190,344.22 | 2.45 |
| 2050 - 2054 | 479,758.24 | 437,253.23 | 5.65 |
| OVER 2054 | 40,000.00 | 41,869.20 | 0.54 |
| **Total** | **7,926,470.44** | **7,738,447.17** | **100.00** |
| **MOODY'S RATING** | | | |
| Aaa | 154,137.90 | 151,057.13 | 1.95 |
| Aa1 | 5,024,700.88 | 5,013,189.29 | 64.78 |
| Aa2 | 196,038.62 | 183,303.57 | 2.37 |
| Aa3 | 20,000.00 | 20,058.20 | 0.26 |
| A1 | 225,000.00 | 211,437.80 | 2.73 |
| A2 | 59,329.71 | 56,761.58 | 0.73 |
| A3 | 130,000.00 | 127,105.65 | 1.64 |
| Baa1 | 280,000.00 | 277,505.90 | 3.59 |
| Baa2 | 239,000.00 | 224,839.65 | 2.91 |
| Baa3 | 97,000.00 | 93,094.80 | 1.20 |
| Ba1 | 56,000.00 | 49,241.60 | 0.64 |
| Ba2 | 32,000.00 | 32,154.93 | 0.42 |
| B1 | 10,871.40 | 10,623.42 | 0.14 |
| B2 | 11,000.00 | 10,395.66 | 0.13 |
| N/A | 1,391,391.93 | 1,277,677.99 | 16.51 |
| **Total** | **7,926,470.44** | **7,738,447.17** | **100.00** |

02551504
35- -01-B -62 -218-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ███████3803

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **S&P RATING** | | | |
| AAA | 90,000.00 | 89,713.25 | 1.16 |
| AA+ | 123,608.24 | 120,454.62 | 1.56 |
| AA | 103,041.20 | 93,742.72 | 1.21 |
| AA- | 100,000.00 | 100,594.80 | 1.30 |
| A+ | 34,329.71 | 34,556.63 | 0.45 |
| A | 120,000.00 | 116,550.00 | 1.51 |
| A- | 185,000.00 | 173,376.00 | 2.24 |
| BBB+ | 395,000.00 | 385,001.81 | 4.98 |
| BBB | 261,000.00 | 246,416.39 | 3.18 |
| BBB- | 126,000.00 | 120,391.70 | 1.56 |
| BB | 7,000.00 | 5,878.18 | 0.08 |
| B | 11,000.00 | 10,395.66 | 0.13 |
| N/A | 6,365,491.29 | 6,237,149.21 | 80.60 |
| N/R | 5,000.00 | 4,226.20 | 0.05 |
| **Total** | **7,926,470.44** | **7,738,447.17** | **100.00** |

R1109



R1110



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025515
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023040 15 SP 000638015117817 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

**Account Number: ██████8804**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023046 07 SP 000638015117823 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 18 |
| Investment Activity | 20 |
| Plan Expenses | 22 |
| Purchases | 23 |
| Sales And Maturities | 38 |
| Pending Trades | 49 |
| Broker Commissions | 52 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **5,860,403.87** | **5,280,624.03** |
| **Investment Activity** | | |
| Interest | 896.75 | 896.75 |
| Dividends | 6,407.12 | 6,407.12 |
| Realized Gain/Loss | 114,938.47 | 114,938.47 |
| Change In Unrealized Gain/Loss | 46,046.89 | .00 |
| Net Accrued Income (Current-Prior) | - 3,949.10 | - 3,949.10 |
| **Total Investment Activity** | **164,340.13** | **118,293.24** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 14,457.70 | - 14,457.70 |
| **Total Plan Expenses** | **- 14,457.70** | **- 14,457.70** |
| **Net Change In Market And Cost** | **149,882.43** | **103,835.54** |
| **Ending Market And Cost** | **6,010,286.30** | **5,384,459.57** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 79,102.60** |
| **Investment Activity** | |
| Interest | 896.75 |
| Dividends | 6,407.12 |
| Cash Equivalent Purchases | - 231,386.96 |
| Purchases | - 422,063.14 |
| Cash Equivalent Sales | 259,583.59 |
| Sales/Maturities | 457,695.75 |
| **Total Investment Activity** | **71,133.11** |
| **Plan Expenses** | |
| Administrative Expenses* | - 14,457.70 |
| **Total Plan Expenses** | **- 14,457.70** |
| **Net Change In Cash** | **56,675.41** |
| **Ending Cash** | **- 22,427.19** |

## CASH RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02552104
35- -01-B -62 -218-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 186,950.13 | 186,950.13 | 3.12 |
| Domestic Common Stocks | 4,589,398.10 | 4,019,735.94 | 76.36 |
| Foreign Stocks | 327,854.35 | 258,551.86 | 5.45 |
| Mutual Funds-Equity | 902,995.70 | 916,133.62 | 15.02 |
| **Total Assets** | **6,007,198.28** | **5,381,371.55** | **99.95** |
| Accrued Income | 3,088.02 | 3,088.02 | 0.05 |
| **Grand Total** | **6,010,286.30** | **5,384,459.57** | **100.00** |

**Estimated Annual Income**    116,712.51



## ASSET SUMMARY MESSAGES



Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



R1117

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 209,377.320 | 209,377.32<br>1.0000 | 209,377.32 | .00<br>.00 | 348.10 | 4.17 |
| **Total Money Markets** | **209,377.320** | **209,377.32** | **209,377.32** | **.00**<br>**.00** | **348.10** | **4.17** |
| **Cash** | | | | | | |
| Pending Cash | | - 22,427.19 | - 22,427.19 | | | |
| **Total Cash** | **.000** | **- 22,427.19** | **- 22,427.19** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **209,377.320** | **186,950.13** | **186,950.13** | **.00**<br>**.00** | **348.10** | **4.67** |
| **Domestic Common Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Home Building* | | | | | | |
| Installed Building Products 45780R101 Asset Minor Code 42 | 745.000 | 150,706.05<br>202.2900 | 103,804.12 | 46,901.93<br>6,247.83 | .00 | 0.73 |
| **Total Consumer Discretionary** | **745.000** | **150,706.05** | **103,804.12** | **46,901.93**<br>**6,247.83** | **.00** | **0.73** |
| **Consumer Staples** | | | | | | |
| *Soft Drinks* | | | | | | |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Coca Cola Bottling Co Cons 191098102 Asset Minor Code 42 | 800.000 | 89,400.00<br>111.7500 | 91,113.45 | - 1,713.45<br>- 1,983.49 | 182.50 | 0.89 |
| **Total Consumer Staples** | **800.000** | **89,400.00** | **91,113.45** | **- 1,713.45**<br>**- 1,983.49** | **182.50** | **0.89** |
| **Energy** | | | | | | |
| *Integrated Oil & Gas* | | | | | | |
| Murphy Oil Corp 626717102 Asset Minor Code 42 | 2,535.000 | 62,893.35<br>24.8100 | 65,002.37 | - 2,109.02<br>4,717.93 | .00 | 5.24 |
| Northwest Natural Holding Co 66765N105 Asset Minor Code 42 | 2,260.000 | 90,219.20<br>39.9200 | 95,904.38 | - 5,685.18<br>- 428.47 | 1,107.40 | 4.91 |
| *Total Integrated Oil & Gas* | *4,795.000* | *153,112.55* | *160,906.75* | *- 7,794.20*<br>*4,289.46* | *1,107.40* | *5.04* |
| *Oil & Gas Exploration & Prod* | | | | | | |
| Antero Resources Corp 03674X106 Asset Minor Code 42 | 2,330.000 | 81,386.90<br>34.9300 | 69,445.71 | 11,941.19<br>- 21,835.47 | .00 | 0.00 |
| Matador Resources Co 576485205 Asset Minor Code 42 | 1,280.000 | 63,846.40<br>49.8800 | 66,246.75 | - 2,400.35<br>1,862.48 | .00 | 2.51 |
| *Total Oil & Gas Exploration & Prod* | *3,610.000* | *145,233.30* | *135,692.46* | *9,540.84*<br>*- 19,972.99* | *.00* | *1.10* |
| **Total Energy** | **8,405.000** | **298,345.85** | **296,599.21** | **1,746.64**<br>**- 15,683.53** | **1,107.40** | **3.12** |

02552104
35- -01-B -62 -218-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▆▆▆3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Financials** | | | | | | |
| *Asset Mgmt & Custody Banks* | | | | | | |
| Firstcash Hldgs Inc 33768G107   Asset Minor Code 42 | .000 | .00 133.2900 | .00 | .00 - 18,031.81 | .00 | 0.00 |
| *Diversified Banks* | | | | | | |
| Comerica Inc 200340107   Asset Minor Code 42 | 2,570.000 | 173,654.90 67.5700 | 132,193.31 | 41,461.59 20,354.40 | .00 | 4.20 |
| *Investment Banking & Brokerage* | | | | | | |
| Artisan Partners Asset Manag 04316A108   Asset Minor Code 42 | 3,680.000 | 166,520.00 45.2500 | 137,596.23 | 28,923.77 3,385.60 | .00 | 6.78 |
| Ccc Intelligent Solutions Hld Com 12510Q100   Asset Minor Code 42 | 7,505.000 | 72,573.35 9.6700 | 67,716.98 | 4,856.37 1,916.58 | .00 | 0.00 |
| *Total Investment Banking & Brokerage* | *11,185.000* | *239,093.35* | *205,313.21* | *33,780.14* *5,302.18* | *.00* | *4.72* |
| *Property & Casualty Insurance* | | | | | | |
| Hanover Ins Group Inc 410867105   Asset Minor Code 42 | 695.000 | 119,282.85 171.6300 | 116,968.09 | 2,314.76 1,223.20 | .00 | 2.10 |
| Selective Ins Group Inc 816300107   Asset Minor Code 42 | 1,670.000 | 130,209.90 77.9700 | 143,845.82 | - 13,635.92 - 14,495.60 | .00 | 1.95 |
| *Total Property & Casualty Insurance* | *2,365.000* | *249,492.75* | *260,813.91* | *- 11,321.16* *- 13,272.40* | *.00* | *2.02* |

R1120

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Regional Banks* | | | | | | |
| Cadence Bank Com 12740C103 Asset Minor Code 42 | 4,345.000 | 151,423.25<br>34.8500 | 111,379.83 | 40,043.42<br>12,470.15 | .00 | 3.16 |
| Cullen Frost Bankers Inc 229899109 Asset Minor Code 42 | 1,205.000 | 153,529.05<br>127.4100 | 140,364.62 | 13,164.43<br>- 1,361.65 | .00 | 3.14 |
| Prosperity Bancshares Inc 743606105 Asset Minor Code 42 | 2,010.000 | 133,906.20<br>66.6200 | 122,802.45 | 11,103.75<br>- 7,227.87 | .00 | 3.48 |
| Western Alliance Bancorporation 957638109 Asset Minor Code 42 | 1,995.000 | 154,732.20<br>77.5600 | 115,538.34 | 39,193.86<br>- 837.90 | .00 | 1.96 |
| Zions Bancorporation N A Com 989701107 Asset Minor Code 42 | 2,790.000 | 149,599.80<br>53.6200 | 111,500.51 | 38,099.29<br>4,687.20 | .00 | 3.36 |
| *Total Regional Banks* | *12,345.000* | *743,190.50* | *601,585.75* | *141,604.75*<br>*7,729.93* | *.00* | *3.00* |
| **Total Financials** | **28,465.000** | **1,405,431.50** | **1,199,906.18** | **205,525.32**<br>**2,082.30** | **.00** | **3.26** |
| **Health Care** | | | | | | |
| *Biotechnology* | | | | | | |
| Adma Biologics Inc 000899104 Asset Minor Code 42 | 2,700.000 | 50,490.00<br>18.7000 | 56,801.80 | - 6,311.80<br>1,323.00 | .00 | 0.00 |
| *Health Care Supplies* | | | | | | |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Coherent Corp<br>19247G107 Asset Minor Code 42 | 1,480.000 | 159,248.00<br>107.6000 | 96,249.74 | 62,998.26<br>27,217.20 | .00 | 0.00 |
| Warby Parker<br>Inc Cl A Com<br>93403J106 Asset Minor Code 42 | 3,140.000 | 75,203.00<br>23.9500 | 51,527.84 | 23,675.16<br>6,342.80 | .00 | 0.00 |
| *Total Health Care Supplies* | *4,620.000* | *234,451.00* | *147,777.58* | *86,673.42*<br>*33,560.00* | *.00* | *0.00* |
| **Total Health Care** | **7,320.000** | **284,941.00** | **204,579.38** | **80,361.62**<br>**34,883.00** | **.00** | **0.00** |
| **Industrials** | | | | | | |
| *Aerospace & Defense* | | | | | | |
| Hexcel Corp<br>New Com<br>428291108 Asset Minor Code 42 | 1,845.000 | 110,533.95<br>59.9100 | 104,272.85 | 6,261.10<br>4,856.33 | .00 | 1.14 |
| *Air Freight & Logistics* | | | | | | |
| Gxo Logistics<br>Incorporated Common<br>36262G101 Asset Minor Code 42 | 2,085.000 | 103,645.35<br>49.7100 | 86,088.63 | 17,556.72<br>182.89 | .00 | 0.00 |
| *Const., Farm Mach. & Hvy Trks* | | | | | | |
| Federal<br>Signal Corp<br>313855108 Asset Minor Code 42 | .000 | .00<br>126.5700 | .00 | .00<br>- 19,605.95 | .00 | 0.00 |
| *Employment Services* | | | | | | |
| Trinet Group<br>Inc<br>896288107 Asset Minor Code 42 | 970.000 | 65,775.70<br>67.8100 | 74,318.82 | - 8,543.12<br>- 5,170.10 | .00 | 1.62 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Environmental Services* | | | | | | |
| Clean Hbrs Inc<br>184496107 Asset Minor Code 42 | 385.000 | 90,786.85<br>235.8100 | 79,378.27 | 11,408.58<br>1,782.55 | .00 | 0.00 |
| *Industrial MacHinery* | | | | | | |
| Jbt Marel<br>Corporation Com<br>477839104 Asset Minor Code 42 | 895.000 | 123,331.00<br>137.8000 | 107,812.08 | 15,518.92<br>15,640.34 | .00 | 0.29 |
| Lincoln Elec<br>Hldgs Inc<br>533900106 Asset Minor Code 42 | 455.000 | 110,792.50<br>243.5000 | 86,027.93 | 24,764.57<br>16,461.90 | .00 | 1.23 |
| Mueller Inds<br>Inc<br>624756102 Asset Minor Code 42 | 610.000 | 52,075.70<br>85.3700 | 53,757.64 | - 1,681.94<br>- 1,681.94 | .00 | 1.17 |
| Valmont Inds<br>Inc<br>920253101 Asset Minor Code 42 | 315.000 | 114,644.25<br>363.9500 | 83,316.74 | 31,327.51<br>11,410.99 | .00 | 0.75 |
| Watts Water<br>Technologies Cl A<br>942749102 Asset Minor Code 42 | 245.000 | 64,268.40<br>262.3200 | 49,983.07 | 14,285.33<br>999.53 | .00 | 0.79 |
| *Total Industrial MacHinery* | *2,520.000* | *465,111.85* | *380,897.46* | *84,214.39*<br>*42,830.82* | *.00* | *0.79* |
| *Marine* | | | | | | |
| Kirby Corp Com<br>497266106 Asset Minor Code 42 | 930.000 | 88,638.30<br>95.3100 | 93,627.24 | - 4,988.94<br>- 22,745.49 | .00 | 0.00 |
| *Trading Co & Distributors* | | | | | | |
| G A T X Corp<br>361448103 Asset Minor Code 42 | 695.000 | 106,119.55<br>152.6900 | 88,279.37 | 17,840.18<br>- 716.95 | .00 | 1.60 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Wesco Intl Inc<br>95082P105 Asset Minor Code 42 | 675.000 | 139,698.00<br>206.9600 | 111,734.32 | 27,963.68<br>12,074.46 | .00 | 0.88 |
| *Total Trading Co & Distributors* | *1,370.000* | *245,817.55* | *200,013.69* | *45,803.86*<br>*11,357.51* | *.00* | *1.18* |
| *Trucking* | | | | | | |
| Herc Holdings Inc<br>42704L104 Asset Minor Code 42 | 645.000 | 75,342.45<br>116.8100 | 85,656.27 | - 10,313.82<br>- 8,798.31 | .00 | 2.40 |
| Rush Enterprises Inc<br>781846209 Asset Minor Code 42 | 1,765.000 | 95,557.10<br>54.1400 | 72,790.79 | 22,766.31<br>4,010.06 | .00 | 1.40 |
| *Total Trucking* | *2,410.000* | *170,899.55* | *158,447.06* | *12,452.49*<br>*- 4,788.25* | *.00* | *1.84* |
| **Total Industrials** | **12,515.000** | **1,341,209.10** | **1,177,044.02** | **164,165.08**<br>**8,700.31** | **.00** | **0.90** |
| **Information Technology** | | | | | | |
| *Communications Equipment* | | | | | | |
| Ciena Corp<br>171779309 Asset Minor Code 42 | 830.000 | 77,057.20<br>92.8400 | 51,599.95 | 25,457.25<br>3,132.90 | .00 | 0.00 |
| *Electronics Equipmt Mfr.* | | | | | | |
| Nextracker Inc Class A Com<br>65290E101 Asset Minor Code 42 | 365.000 | 21,264.90<br>58.2600 | 24,185.89 | - 2,920.99<br>- 2,920.99 | .00 | 0.00 |
| **Total Information Technology** | **1,195.000** | **98,322.10** | **75,785.84** | **22,536.26**<br>**211.91** | **.00** | **0.00** |

02552104
35- -01-B -62 -218-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Materials** | | | | | | |
| *Commodity Chemicals* | | | | | | |
| Hawkins Inc | 615.000 | 100,417.20 | 74,392.63 | 26,024.57 | .00 | 0.47 |
| 420261109   Asset Minor Code 42 | | 163.2800 | | 11,744.13 | | |
| Valvoline Inc | 3,675.000 | 129,543.75 | 131,790.18 | - 2,246.43 | .00 | 0.00 |
| 92047W101   Asset Minor Code 42 | | 35.2500 | | - 9,628.50 | | |
| *Total Commodity Chemicals* | *4,290.000* | *229,960.95* | *206,182.81* | *23,778.14* | *.00* | *0.20* |
| | | | | *2,115.63* | | |
| *Construction Materials* | | | | | | |
| Eagle Materials Inc | 495.000 | 111,023.55 | 112,307.95 | - 1,284.40 | .00 | 0.45 |
| 26969P108   Asset Minor Code 42 | | 224.2900 | | 10,702.48 | | |
| *Gold* | | | | | | |
| Permian Resources Corp Class A | 4,735.000 | 67,047.60 | 66,108.45 | 939.15 | .00 | 4.24 |
| 71424F105   Asset Minor Code 42 | | 14.1600 | | 2,059.32 | | |
| *Metal And Glass Containers* | | | | | | |
| Silgan Hldgs Inc | 1,790.000 | 83,288.70 | 88,194.45 | - 4,905.75 | .00 | 1.72 |
| 827048109   Asset Minor Code 42 | | 46.5300 | | - 13,871.25 | | |
| *Specialty Chemicals* | | | | | | |
| Element Solutions Inc | 6,025.000 | 142,190.00 | 120,310.43 | 21,879.57 | .00 | 1.36 |
| 28618M106   Asset Minor Code 42 | | 23.6000 | | 5,723.75 | | |
| **Total Materials** | **17,335.000** | **633,510.80** | **593,104.09** | **40,406.71** | **.00** | **1.13** |
| | | | | **6,729.93** | | |

R1125

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Nnn Reit Inc 637417106 Asset Minor Code 42 | 1,800.000 | 74,268.00 41.2600 | 70,539.30 | 3,728.70 - 3,456.00 | 1,080.00 | 5.82 |
| Stag Industrial Inc 85254J102 Asset Minor Code 42 | 2,980.000 | 102,303.40 34.3300 | 97,441.08 | 4,862.32 - 5,811.00 | 370.02 | 4.34 |
| *Total Real Estate Investment Trust* | *4,780.000* | *176,571.40* | *167,980.38* | *8,591.02 - 9,267.00* | *1,450.02* | *4.96* |
| **Total Real Estate** | **4,780.000** | **176,571.40** | **167,980.38** | **8,591.02 - 9,267.00** | **1,450.02** | **4.96** |
| **Utilities** | | | | | | |
| *Gas Utilities* | | | | | | |
| Spire Inc 84857L101 Asset Minor Code 42 | 1,490.000 | 110,960.30 74.4700 | 109,819.27 | 1,141.03 2,094.52 | .00 | 4.22 |
| *Total Gas Utilities* | *1,490.000* | *110,960.30* | *109,819.27* | *1,141.03 2,094.52* | *.00* | *4.21* |
| **Total Utilities** | **1,490.000** | **110,960.30** | **109,819.27** | **1,141.03 2,094.52** | **.00** | **4.21** |
| **Total Domestic Common Stocks** | **83,050.000** | **4,589,398.10** | **4,019,735.94** | **569,662.16 34,015.78** | **2,739.92** | **1.95** |

## Foreign Stocks

**Consumer Discretionary**

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Gildan Activewear Inc Com 375916103 Asset Minor Code 53 | 1,845.000 | 93,190.95 50.5100 | 80,050.41 | 13,140.54 2,343.15 | .00 | 1.79 |
| **Total Consumer Discretionary** | **1,845.000** | **93,190.95** | **80,050.41** | **13,140.54 2,343.15** | **.00** | **1.78** |
| **Information Technology** | | | | | | |
| *Electronics Equipmt Mfr.* | | | | | | |
| Celestica Inc Com 15101Q207 Asset Minor Code 53 | 330.000 | 65,953.80 199.8600 | 29,822.29 | 36,131.51 - 19,671.55 | .00 | 0.00 |
| **Total Information Technology** | **330.000** | **65,953.80** | **29,822.29** | **36,131.51 - 19,671.55** | **.00** | **0.00** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Cushman Wakefield Plc G2717B108 Asset Minor Code 53 | 13,840.000 | 168,709.60 12.1900 | 148,679.16 | 20,030.44 15,500.80 | .00 | 0.00 |
| **Total Real Estate** | **13,840.000** | **168,709.60** | **148,679.16** | **20,030.44 15,500.80** | **.00** | **0.00** |
| **Total Foreign Stocks** | **16,015.000** | **327,854.35** | **258,551.86** | **69,302.49 - 1,827.60** | **.00** | **0.50** |

## Mutual Funds

**Mutual Funds-Equity**

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Ishares<br>Russell 2000 Value Etf<br>464287630 Asset Minor Code 94 | 5,630.000 | 902,995.70<br>160.3900 | 916,133.62 | - 13,137.92<br>13,858.71 | .00 | 1.81 |
| **Total Mutual Funds-Equity** | **5,630.000** | **902,995.70** | **916,133.62** | **- 13,137.92**<br>**13,858.71** | **.00** | **1.81** |
| **Total Mutual Funds** | **5,630.000** | **902,995.70** | **916,133.62** | **- 13,137.92**<br>**13,858.71** | **.00** | **1.81** |
| **Total Assets** | **314,072.320** | **6,007,198.28** | **5,381,371.55** | **625,826.73**<br>**46,046.89** | **3,088.02** | **1.94** |
| **Accrued Income** | **.000** | **3,088.02** | **3,088.02** | | | |
| **Grand Total** | **314,072.320** | **6,010,286.30** | **5,384,459.57** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL MESSAGES (continued)

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 209,377.320 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 896.75 | 348.10 | 896.75 | 348.10 |
| **Total Cash And Equivalents** | | | | | **896.75** | **348.10** | **896.75** | **348.10** |
| **Domestic Common Stocks** | | | | | | | | |
| 4,345.000 | Cadence Bank Com 12740C103 | 06/13/25 | 07/01/25 | 1.10 | 1,177.00 | .00 | 1,177.00 | .00 |
| 800.000 | Coca Cola Bottling Co Cons 191098102 | 07/25/25 | 08/08/25 | 1.00 | .00 | 182.50 | .00 | 182.50 |
| 2,570.000 | Comerica Inc 200340107 | 06/13/25 | 07/01/25 | 2.84 | 1,789.20 | .00 | 1,789.20 | .00 |
| 495.000 | Eagle Materials Inc 26969P108 | 06/16/25 | 07/14/25 | 1.00 | 111.25 | .00 | 111.25 | .00 |
| 455.000 | Lincoln Elec Hldgs Inc 533900106 | 06/30/25 | 07/15/25 | 3.00 | 341.25 | .00 | 341.25 | .00 |
| 1,800.000 | Nnn Reit Inc 637417106 | 07/31/25 | 08/15/25 | 2.40 | .00 | 1,080.00 | .00 | 1,080.00 |
| 2,260.000 | Northwest Natural Holding Co 66765N105 | 07/31/25 | 08/15/25 | 1.96 | .00 | 1,107.40 | .00 | 1,107.40 |
| 2,010.000 | Prosperity Bancshares Inc 743606105 | 06/13/25 | 07/01/25 | 2.32 | 1,070.10 | .00 | 1,070.10 | .00 |
| 1,490.000 | Spire Inc 84857L101 | 06/11/25 | 07/02/25 | 3.14 | 1,091.15 | .00 | 1,091.15 | .00 |
| 2,980.000 | Stag Industrial Inc 85254J102 | 07/31/25 | 08/15/25 | 1.49 | 370.02 | 370.02 | 370.02 | 370.02 |
| 970.000 | Trinet Group Inc 896288107 | 07/01/25 | 07/28/25 | 1.10 | .00 | 266.75 | 266.75 | .00 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 315.000 | Valmont Inds Inc 920253101 | 06/27/25 | 07/15/25 | 2.72 | 190.40 | .00 | 190.40 | .00 |
| **Total Domestic Common Stocks** | | | | | **6,140.37** | **3,006.67** | **6,407.12** | **2,739.92** |
| **Grand Total** | | | | | **7,037.12** | **3,354.77** | **7,303.87** | **3,088.02** |

02552104
35- -01-B -62 -218-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▉▉▉▉3804

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|------|-------------|------|

**Interest**

**First Am Govt Ob Fd Cl Z**
**31846V567**

| 07/01/2025 | Interest From 6/1/25  To 6/30/25 | 896.75 |

| **Total Interest** | | **896.75** |

**Dividends**

**Cadence Bank Com**
**12740C103**

| 07/01/2025 | 0.275 USD/Share On 4,280 Shares Due 7/1/25 | 1,177.00 |

**Comerica Inc**
**200340107**

| 07/01/2025 | 0.71 USD/Share On 2,520 Shares Due 7/1/25 | 1,789.20 |

**Eagle Materials Inc**
**26969P108**

| 07/14/2025 | 0.25 USD/Share On 445 Shares Due 7/14/25 | 111.25 |

**Lincoln Elec Hldgs Inc**
**533900106**

| 07/15/2025 | 0.75 USD/Share On 455 Shares Due 7/15/25 | 341.25 |

**Prosperity Bancshares Inc**
**743606105**

| 07/01/2025 | 0.58 USD/Share On 1,845 Shares Due 7/1/25 | 1,070.10 |

**Spire Inc**
**84857L101**

| 07/02/2025 | 0.785 USD/Share On 1,390 Shares Due 7/2/25 | 1,091.15 |

**Stag Industrial Inc**
**85254J102**

R1132

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/15/2025 | 0.124167 USD/Share On 2,980 Shares Due 7/15/25 | 370.02 |
| **Trinet Group Inc**<br>**896288107** | | |
| 07/28/2025 | 0.275 USD/Share On 970 Shares Due 7/28/25 | 266.75 |
| **Valmont Inds Inc**<br>**920253101** | | |
| 07/15/2025 | 0.68 USD/Share On 280 Shares Due 7/15/25 | 190.40 |
| **Total Dividends** | | **6,407.12** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Administrative Expenses** | | |
| **Investment Advisory And Management Fees** | | |
| **Management Fee** | | |
| 07/18/2025 | Paid To Vaughan Nelson Invest Mgmt LP<br>To 5805 Mgmt Fees Fp 7/1/2025 - 9/30/2025 | - 14,457.70 |
| **Total Management Fee** | | **- 14,457.70** |
| **Total Investment Advisory And Management Fees** | | **- 14,457.70** |
| **Total Administrative Expenses** | | **- 14,457.70** |
| **Total Plan Expenses** | | **- 14,457.70** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/14/2025 | Purchased 111.25 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/14/25 31846V567 | 111.250 | .00 | - 111.25 | 111.25 |
| 07/16/2025 | Purchased 10,144.38 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/16/25 31846V567 | 10,144.380 | .00 | - 10,144.38 | 10,144.38 |
| 07/22/2025 | Purchased 93,155.23 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/22/25 31846V567 | 93,155.230 | .00 | - 93,155.23 | 93,155.23 |
| 07/24/2025 | Purchased 7,088.61 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/24/25 31846V567 | 7,088.610 | .00 | - 7,088.61 | 7,088.61 |
| 07/30/2025 | Purchased 108,654.97 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/30/25 31846V567 | 108,654.970 | .00 | - 108,654.97 | 108,654.97 |
| 07/30/2025 | Purchased 15.87 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/30/25 31846V567 | 15.870 | .00 | - 15.87 | 15.87 |
| 07/31/2025 | Purchased 12,216.65 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/31/25 31846V567 | 12,216.650 | .00 | - 12,216.65 | 12,216.65 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total First Am Govt Ob Fd Cl Z** | | **231,386.960** | **.00** | **- 231,386.96** | **231,386.96** |
| **Total Cash And Equivalents** | | **231,386.960** | **.00** | **- 231,386.96** | **231,386.96** |
| **Domestic Common Stock** | | | | | |
| 07/01/2025 | Purchased 90 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 7/1/25 Purchased Through Baird, Robert W., & Company In Swift External Ref#: V1559T112703 90 Shares At 9.38655556 USD 12510Q100 | 90.000 | 2.48 | - 847.27 | 847.27 |
| 07/01/2025 | Purchased 335 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 7/1/25 Purchased Through Instinet Swift External Ref#: V1559T112706 335 Shares At 9.39901493 USD 12510Q100 | 335.000 | 9.21 | - 3,157.88 | 3,157.88 |
| 07/01/2025 | Purchased 20 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 7/1/25 Purchased Through Instinet Swift External Ref#: V1559T112714 20 Shares At 9.385 USD 12510Q100 | 20.000 | .20 | - 187.90 | 187.90 |
| 07/02/2025 | Purchased 320 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 7/2/25 Purchased Through Instinet Swift External Ref#: V1559T112787 320 Shares At 9.496 USD 12510Q100 | 320.000 | 1.60 | - 3,040.32 | 3,040.32 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Ccc Intelligent Solutions Hld Com** | | **765.000** | **13.49** | **- 7,233.37** | **7,233.37** |
| 07/01/2025 | Purchased 70 Shares Of Coca Cola Bottling Co Cons Trade Date 7/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112709 70 Shares At 115.699 USD 191098102 | 70.000 | 1.93 | - 8,100.86 | 8,100.86 |
| 07/02/2025 | Purchased 70 Shares Of Coca Cola Bottling Co Cons Trade Date 7/2/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112790 70 Shares At 114.90157143 USD 191098102 | 70.000 | 1.93 | - 8,045.04 | 8,045.04 |
| 07/07/2025 | Purchased 5 Shares Of Coca Cola Bottling Co Cons Trade Date 7/7/25 Purchased Through Baird, Robert W., & Company In Swift External Ref#: V1559T112949 5 Shares At 117.526 USD 191098102 | 5.000 | .14 | - 587.77 | 587.77 |
| 07/07/2025 | Purchased 40 Shares Of Coca Cola Bottling Co Cons Trade Date 7/7/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112951 40 Shares At 117.558 USD 191098102 | 40.000 | 1.10 | - 4,703.42 | 4,703.42 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/22/2025 | Purchased 30 Shares Of Coca Cola Bottling Co Cons Trade Date 7/22/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113541 30 Shares At 116.77533333 USD 191098102 | 30.000 | .83 | - 3,504.09 | 3,504.09 |
| 07/23/2025 | Purchased 145 Shares Of Coca Cola Bottling Co Cons Trade Date 7/23/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113595 145 Shares At 116.914 USD 191098102 | 145.000 | 3.99 | - 16,956.52 | 16,956.52 |
| 07/23/2025 | Purchased 25 Shares Of Coca Cola Bottling Co Cons Trade Date 7/23/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T113597 25 Shares At 116.5452 USD 191098102 | 25.000 | .69 | - 2,914.32 | 2,914.32 |
| 07/30/2025 | Purchased 70 Shares Of Coca Cola Bottling Co Cons Trade Date 7/30/25 Purchased Through Instinet Swift External Ref#: V1559T113895 70 Shares At 115.02671429 USD 191098102 | 70.000 | .35 | - 8,052.22 | 8,052.22 |
| **Total Coca Cola Bottling Co Cons** | | **455.000** | **10.96** | **- 52,864.24** | **52,864.24** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 35 Shares Of Eagle Materials Inc Trade Date 7/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112711 35 Shares At 209.986 USD 26969P108 | 35.000 | .96 | - 7,350.47 | 7,350.47 |
| **Total Eagle Materials Inc** | | **35.000** | **.96** | **- 7,350.47** | **7,350.47** |
| 07/30/2025 | Purchased 45 Shares Of G A T X Corp Trade Date 7/30/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113894 45 Shares At 156.028 USD 361448103 | 45.000 | 1.24 | - 7,022.50 | 7,022.50 |
| **Total G A T X Corp** | | **45.000** | **1.24** | **- 7,022.50** | **7,022.50** |
| 07/30/2025 | Purchased 75 Shares Of Herc Holdings Inc Trade Date 7/30/25 Purchased Through Instinet Swift External Ref#: V1559T113892 75 Shares At 121.02773333 USD 42704L104 | 75.000 | .38 | - 9,077.46 | 9,077.46 |
| **Total Herc Holdings Inc** | | **75.000** | **.38** | **- 9,077.46** | **9,077.46** |
| 07/01/2025 | Purchased 80 Shares Of Hexcel Corp New Com Trade Date 7/1/25 Purchased Through Cantor Fitzgerald & Co. Swift External Ref#: V1559T112705 80 Shares At 57.185 USD 428291108 | 80.000 | 1.60 | - 4,576.40 | 4,576.40 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 15 Shares Of Hexcel Corp New Com Trade Date 7/1/25 Purchased Through Instinet Swift External Ref#: V1559T112713 15 Shares At 57.05533333 USD 428291108 | 15.000 | .15 | - 855.98 | 855.98 |
| 07/02/2025 | Purchased 70 Shares Of Hexcel Corp New Com Trade Date 7/2/25 Purchased Through Cantor Fitzgerald & Co. Swift External Ref#: V1559T112792 70 Shares At 57.24057143 USD 428291108 | 70.000 | 1.40 | - 4,008.24 | 4,008.24 |
| 07/02/2025 | Purchased 5 Shares Of Hexcel Corp New Com Trade Date 7/2/25 Purchased Through Baird, Robert W., & Company In Swift External Ref#: V1559T112791 5 Shares At 57.316 USD 428291108 | 5.000 | .14 | - 286.72 | 286.72 |
| 07/10/2025 | Purchased 90 Shares Of Hexcel Corp New Com Trade Date 7/10/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113106 90 Shares At 59.85377778 USD 428291108 | 90.000 | 2.48 | - 5,389.32 | 5,389.32 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/10/2025 | Purchased 70 Shares Of Hexcel Corp New Com Trade Date 7/10/25 Purchased Through Jefferies LLC Swift External Ref#: V1559T113108 70 Shares At 60.05 USD 428291108 | 70.000 | 1.40 | - 4,204.90 | 4,204.90 |
| 07/10/2025 | Purchased 225 Shares Of Hexcel Corp New Com Trade Date 7/10/25 Purchased Through Instinet Swift External Ref#: V1559T113107 225 Shares At 59.9012 USD 428291108 | 225.000 | 6.19 | - 13,483.96 | 13,483.96 |
| **Total Hexcel Corp New Com** | | **555.000** | **13.36** | **- 32,805.52** | **32,805.52** |
| 07/01/2025 | Purchased 105 Shares Of Matador Resources Co Trade Date 7/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112701 105 Shares At 49.89771429 USD 576485205 | 105.000 | 2.89 | - 5,242.15 | 5,242.15 |
| 07/14/2025 | Purchased 170 Shares Of Matador Resources Co Trade Date 7/14/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113215 170 Shares At 51.63817647 USD 576485205 | 170.000 | 4.68 | - 8,783.17 | 8,783.17 |
| **Total Matador Resources Co** | | **275.000** | **7.57** | **- 14,025.32** | **14,025.32** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/23/2025 | Purchased 80 Shares Of Mueller Inds Inc Trade Date 7/23/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113596 80 Shares At 86.823625 USD 624756102 | 80.000 | 2.20 | - 6,948.09 | 6,948.09 |
| 07/24/2025 | Purchased 125 Shares Of Mueller Inds Inc Trade Date 7/24/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113654 125 Shares At 87.81608 USD 624756102 | 125.000 | 3.44 | - 10,980.45 | 10,980.45 |
| 07/25/2025 | Purchased 155 Shares Of Mueller Inds Inc Trade Date 7/25/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113709 155 Shares At 88.566 USD 624756102 | 155.000 | 4.26 | - 13,731.99 | 13,731.99 |
| 07/28/2025 | Purchased 185 Shares Of Mueller Inds Inc Trade Date 7/28/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113764 185 Shares At 88.35508108 USD 624756102 | 185.000 | 5.09 | - 16,350.78 | 16,350.78 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/29/2025 | Purchased 65 Shares Of Mueller Inds Inc Trade Date 7/29/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113820 65 Shares At 88.37753846 USD 624756102 | 65.000 | 1.79 | - 5,746.33 | 5,746.33 |
| **Total Mueller Inds Inc** | | **610.000** | **16.78** | **- 53,757.64** | **53,757.64** |
| 07/01/2025 | Purchased 215 Shares Of Murphy Oil Corp Trade Date 7/1/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T112715 215 Shares At 23.73027907 USD 626717102 | 215.000 | 4.30 | - 5,106.31 | 5,106.31 |
| 07/01/2025 | Purchased 30 Shares Of Murphy Oil Corp Trade Date 7/1/25 Purchased Through Baird, Robert W., & Company In Swift External Ref#: V1559T112712 30 Shares At 23.725 USD 626717102 | 30.000 | .83 | - 712.58 | 712.58 |
| 07/02/2025 | Purchased 125 Shares Of Murphy Oil Corp Trade Date 7/2/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T112789 125 Shares At 24.18224 USD 626717102 | 125.000 | 2.50 | - 3,025.28 | 3,025.28 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/14/2025 | Purchased 180 Shares Of Murphy Oil Corp Trade Date 7/14/25 Purchased Through Jefferies LLC Swift External Ref#: V1559T113216 180 Shares At 25.9175 USD 626717102 | 180.000 | 3.60 | - 4,668.75 | 4,668.75 |
| **Total Murphy Oil Corp** | | **550.000** | **11.23** | **- 13,512.92** | **13,512.92** |
| 07/07/2025 | Purchased 365 Shares Of Nextracker Inc Class A Com Trade Date 7/7/25 Purchased Through Instinet Swift External Ref#: V1559T112950 365 Shares At 66.23520548 USD 65290E101 | 365.000 | 10.04 | - 24,185.89 | 24,185.89 |
| **Total Nextracker Inc Class A Com** | | **365.000** | **10.04** | **- 24,185.89** | **24,185.89** |
| 07/01/2025 | Purchased 95 Shares Of Northwest Natural Holding Co Trade Date 7/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112707 95 Shares At 40.62073684 USD 66765N105 | 95.000 | 2.61 | - 3,861.58 | 3,861.58 |
| 07/02/2025 | Purchased 25 Shares Of Northwest Natural Holding Co Trade Date 7/2/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112788 25 Shares At 40.5324 USD 66765N105 | 25.000 | .69 | - 1,014.00 | 1,014.00 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/03/2025 | Purchased 5 Shares Of Northwest Natural Holding Co Trade Date 7/3/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112848 5 Shares At 41.238 USD 66765N105 | 5.000 | .14 | - 206.33 | 206.33 |
| 07/07/2025 | Purchased 115 Shares Of Northwest Natural Holding Co Trade Date 7/7/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112948 115 Shares At 41.19573913 USD 66765N105 | 115.000 | 3.16 | - 4,740.67 | 4,740.67 |
| 07/21/2025 | Purchased 35 Shares Of Northwest Natural Holding Co Trade Date 7/21/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113484 35 Shares At 42.21971429 USD 66765N105 | 35.000 | .96 | - 1,478.65 | 1,478.65 |
| 07/22/2025 | Purchased 155 Shares Of Northwest Natural Holding Co Trade Date 7/22/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113540 155 Shares At 42.93277419 USD 66765N105 | 155.000 | 4.26 | - 6,658.84 | 6,658.84 |
| **Total Northwest Natural Holding Co** | | **430.000** | **11.82** | **- 17,960.07** | **17,960.07** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

**US bank** 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▓▓▓▓3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| 07/01/2025 | Purchased 395<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 7/1/25<br>Purchased Through Baird, Robert W., & Company In<br>Swift External Ref#: V1559T112704<br>395 Shares At 13.99501266 USD<br>71424F105 | 395.000 | 10.86 | - 5,538.89 | 5,538.89 |
| 07/14/2025 | Purchased 845<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 7/14/25<br>Purchased Through Oppenheimer & Co. Inc.<br>Swift External Ref#: V1559T113214<br>845 Shares At 14.00069822 USD<br>71424F105 | 845.000 | 16.90 | - 11,847.49 | 11,847.49 |
| **Total Permian Resources Corp Class A** | | **1,240.000** | **27.76** | **- 17,386.38** | **17,386.38** |
| 07/23/2025 | Purchased 125<br>Shares Of<br>Prosperity Bancshares Inc<br>Trade Date 7/23/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T113594<br>125 Shares At 69.82584 USD<br>743606105 | 125.000 | 3.44 | - 8,731.67 | 8,731.67 |
| **Total Prosperity Bancshares Inc** | | **125.000** | **3.44** | **- 8,731.67** | **8,731.67** |
| 07/24/2025 | Purchased 85<br>Shares Of<br>Rush Enterprises Inc<br>Trade Date 7/24/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T113653<br>85 Shares At 54.23752941 USD<br>781846209 | 85.000 | 2.34 | - 4,612.53 | 4,612.53 |

R1146

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/25/2025 | Purchased 30 Shares Of Rush Enterprises Inc Trade Date 7/25/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113708 30 Shares At 54.14533333 USD 781846209 | 30.000 | .83 | - 1,625.19 | 1,625.19 |
| 07/28/2025 | Purchased 30 Shares Of Rush Enterprises Inc Trade Date 7/28/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113765 30 Shares At 54.623 USD 781846209 | 30.000 | .83 | - 1,639.52 | 1,639.52 |
| 07/29/2025 | Purchased 75 Shares Of Rush Enterprises Inc Trade Date 7/29/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T113819 75 Shares At 54.46386667 USD 781846209 | 75.000 | 2.06 | - 4,086.85 | 4,086.85 |
| **Total Rush Enterprises Inc** | | **220.000** | **6.06** | **- 11,964.09** | **11,964.09** |
| 07/01/2025 | Purchased 10 Shares Of Silgan Hldgs Inc Trade Date 7/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T112700 10 Shares At 56.105 USD 827048109 | 10.000 | .28 | - 561.33 | 561.33 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/01/2025 | Purchased 85<br>Shares Of<br>Silgan Hldgs Inc<br>Trade Date 7/1/25<br>Purchased Through Baird, Robert W., & Company In<br>Swift External Ref#: V1559T112702<br>85 Shares At 56.01388235 USD<br>827048109 | 85.000 | 2.34 | - 4,763.52 | 4,763.52 |
| **Total Silgan Hldgs Inc** | | **95.000** | **2.62** | **- 5,324.85** | **5,324.85** |
| 07/01/2025 | Purchased 110<br>Shares Of<br>Spire Inc<br>Trade Date 7/1/25<br>Purchased Through BofA Securities, Inc.<br>Swift External Ref#: V1559T112708<br>110 Shares At 73.97618182 USD<br>84857L101 | 110.000 | 2.20 | - 8,139.58 | 8,139.58 |
| **Total Spire Inc** | | **110.000** | **2.20** | **- 8,139.58** | **8,139.58** |
| 07/01/2025 | Purchased 35<br>Shares Of<br>Valmont Inds Inc<br>Trade Date 7/1/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T112710<br>35 Shares At 336.93428571 USD<br>920253101 | 35.000 | .96 | - 11,793.66 | 11,793.66 |
| **Total Valmont Inds Inc** | | **35.000** | **.96** | **- 11,793.66** | **11,793.66** |
| 07/30/2025 | Purchased 30<br>Shares Of<br>Wesco Intl Inc<br>Trade Date 7/30/25<br>Purchased Through Oppenheimer & Co. Inc.<br>Swift External Ref#: V1559T113893<br>30 Shares At 216.646 USD<br>95082P105 | 30.000 | .60 | - 6,499.98 | 6,499.98 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/31/2025 | Purchased 80 Shares Of Wesco Intl Inc Trade Date 7/31/25 Purchased Through Instinet Swift External Ref#: V1559T113965 80 Shares At 206.0645 USD 95082P105 | 80.000 | .40 | - 16,485.56 | 16,485.56 |
| **Total Wesco Intl Inc** | | **110.000** | **1.00** | **- 22,985.54** | **22,985.54** |
| **Total Domestic Common Stock** | | **6,095.000** | **141.87** | **- 326,121.17** | **326,121.17** |
| **Mutual Funds-Equity** | | | | | |
| 07/21/2025 | Purchased 300 Shares Of Ishares Russell 2000 Value Etf Trade Date 7/21/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T113480 300 Shares At 164.3084 USD 464287630 | 300.000 | 1.50 | - 49,294.02 | 49,294.02 |
| 07/31/2025 | Purchased 290 Shares Of Ishares Russell 2000 Value Etf Trade Date 7/31/25 Purchased Through Mirae Asset Securities (USA) Swift External Ref#: V1559T113968 290 Shares At 160.85 USD 464287630 | 290.000 | 1.45 | - 46,647.95 | 46,647.95 |
| **Total Ishares Russell 2000 Value Etf** | | **590.000** | **2.95** | **- 95,941.97** | **95,941.97** |
| **Total Mutual Funds-Equity** | | **590.000** | **2.95** | **- 95,941.97** | **95,941.97** |
| **Total Purchases** | | **238,071.960** | **144.82** | **- 653,450.10** | **653,450.10** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 07/01/2025 | Sold 75,066.3 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/1/25 31846V567 | - 75,066.300 | .00 | 75,066.30 | - 75,066.30 | .00 |
| 07/02/2025 | Sold 31,332.31 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | - 31,332.310 | .00 | 31,332.31 | - 31,332.31 | .00 |
| 07/03/2025 | Sold 19,419.6 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/3/25 31846V567 | - 19,419.600 | .00 | 19,419.60 | - 19,419.60 | .00 |
| 07/07/2025 | Sold 206.33 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/7/25 31846V567 | - 206.330 | .00 | 206.33 | - 206.33 | .00 |
| 07/08/2025 | Sold 34,217.75 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/8/25 31846V567 | - 34,217.750 | .00 | 34,217.75 | - 34,217.75 | .00 |
| 07/11/2025 | Sold 23,078.18 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/11/25 31846V567 | - 23,078.180 | .00 | 23,078.18 | - 23,078.18 | .00 |
| 07/15/2025 | Sold 2,968.78 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/15/25 31846V567 | - 2,968.780 | .00 | 2,968.78 | - 2,968.78 | .00 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/18/2025 | Sold 14,457.7 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/18/25 31846V567 | - 14,457.700 | .00 | 14,457.70 | - 14,457.70 | .00 |
| 07/23/2025 | Sold 10,162.93 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/23/25 31846V567 | - 10,162.930 | .00 | 10,162.93 | - 10,162.93 | .00 |
| 07/25/2025 | Sold 15,592.98 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | - 15,592.980 | .00 | 15,592.98 | - 15,592.98 | .00 |
| 07/28/2025 | Sold 15,090.43 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/28/25 31846V567 | - 15,090.430 | .00 | 15,090.43 | - 15,090.43 | .00 |
| 07/29/2025 | Sold 17,990.3 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/29/25 31846V567 | - 17,990.300 | .00 | 17,990.30 | - 17,990.30 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 259,583.590** | **.00** | **259,583.59** | **- 259,583.59** | **.00** |
| **Total Cash And Equivalents** | | **- 259,583.590** | **.00** | **259,583.59** | **- 259,583.59** | **.00** |

**Domestic Common Stock**

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/21/2025 | Sold 890<br>Shares Of<br>Antero Resources Corp<br>Trade Date 7/21/25<br>Sold Through Liquidnet Inc<br>Paid 24.48 USD Brokerage<br>Swift External Ref#: V1559T113485<br>890 Shares At 32.75989888 USD<br>03674X106 | - 890.000 | 24.48 | 29,131.83 | - 26,479.23 | 2,652.60 |
| **Total Antero Resources Corp** | | **- 890.000** | **24.48** | **29,131.83** | **- 26,479.23** | **2,652.60** |
| 07/29/2025 | Sold 15<br>Shares Of<br>Ciena Corp<br>Trade Date 7/29/25<br>Sold Through Liquidnet Inc<br>Paid 0.41 USD Brokerage<br>Swift External Ref#: V1559T113823<br>15 Shares At 92.54533333 USD<br>171779309 | - 15.000 | .41 | 1,387.77 | - 880.49 | 507.28 |
| 07/29/2025 | Sold 135<br>Shares Of<br>Ciena Corp<br>Trade Date 7/29/25<br>Sold Through Instinet<br>Paid 1.35 USD Brokerage<br>Swift External Ref#: V1559T113826<br>135 Shares At 92.44548148 USD<br>171779309 | - 135.000 | 1.35 | 12,478.79 | - 8,102.05 | 4,376.74 |
| 07/29/2025 | Sold 140<br>Shares Of<br>Ciena Corp<br>Trade Date 7/29/25<br>Sold Through Instinet<br>Paid 0.70 USD Brokerage<br>Swift External Ref#: V1559T113827<br>140 Shares At 91.77421429 USD<br>171779309 | - 140.000 | .70 | 12,847.69 | - 9,237.44 | 3,610.25 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███8804

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/30/2025 | Sold 115 Shares Of Ciena Corp Trade Date 7/30/25 Sold Through Instinet Paid 0.58 USD Brokerage Swift External Ref#: V1559T113890 115 Shares At 91.96304348 USD 171779309 | - 115.000 | .58 | 10,575.17 | - 8,298.27 | 2,276.90 |
| **Total Ciena Corp** | | **- 405.000** | **3.04** | **37,289.42** | **- 26,518.25** | **10,771.17** |
| 07/14/2025 | Sold 195 Shares Of Federal Signal Corp Trade Date 7/14/25 Sold Through Liquidnet Inc Paid 5.36 USD Brokerage Swift External Ref#: V1559T113217 195 Shares At 109.91958974 USD 313855108 | - 195.000 | 5.36 | 21,428.96 | - 15,554.56 | 5,874.40 |
| 07/15/2025 | Sold 95 Shares Of Federal Signal Corp Trade Date 7/15/25 Sold Through Liquidnet Inc Paid 2.61 USD Brokerage Swift External Ref#: V1559T113278 95 Shares At 106.81042105 USD 313855108 | - 95.000 | 2.61 | 10,144.38 | - 7,655.03 | 2,489.35 |
| 07/29/2025 | Sold 160 Shares Of Federal Signal Corp Trade Date 7/29/25 Sold Through Liquidnet Inc Paid 4.40 USD Brokerage Swift External Ref#: V1559T113821 160 Shares At 105.2565 USD 313855108 | - 160.000 | 4.40 | 16,836.64 | - 12,176.24 | 4,660.40 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/29/2025 | Sold 210 Shares Of Federal Signal Corp Trade Date 7/29/25 Sold Through BofA Securities, Inc. Paid 4.20 USD Brokerage Swift External Ref#: V1559T113828 210 Shares At 105.26728571 USD 313855108 | - 210.000 | 4.20 | 22,101.93 | - 15,861.72 | 6,240.21 |
| 07/30/2025 | Sold 45 Shares Of Federal Signal Corp Trade Date 7/30/25 Sold Through Instinet Paid 0.23 USD Brokerage Swift External Ref#: V1559T113891 45 Shares At 124.67622222 USD 313855108 | - 45.000 | .23 | 5,610.20 | - 4,172.60 | 1,437.60 |
| **Total Federal Signal Corp** | | **- 705.000** | **16.80** | **76,122.11** | **- 55,420.15** | **20,701.96** |
| 07/21/2025 | Sold 870 Shares Of Firstcash Hldgs Inc Trade Date 7/21/25 Sold Through Instinet Paid 4.35 USD Brokerage Swift External Ref#: V1559T113481 870 Shares At 131.95450575 USD 33768G107 | - 870.000 | 4.35 | 114,796.07 | - 99,539.99 | 15,256.08 |
| **Total Firstcash Hldgs Inc** | | **- 870.000** | **4.35** | **114,796.07** | **- 99,539.99** | **15,256.08** |

02552104
35- -01-B -62 -218-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▇▇▇3804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/29/2025 | Sold 45 Shares Of Gxo Logistics Incorporated Common Trade Date 7/29/25 Sold Through Liquidnet Inc Paid 1.24 USD Brokerage Swift External Ref#: V1559T113822 45 Shares At 51.60533333 USD 36262G101 | - 45.000 | 1.24 | 2,321.00 | - 1,928.21 | 392.79 |
| 07/30/2025 | Sold 85 Shares Of Gxo Logistics Incorporated Common Trade Date 7/30/25 Sold Through BofA Securities, Inc. Paid 1.70 USD Brokerage Swift External Ref#: V1559T113900 85 Shares At 50.65294118 USD 36262G101 | - 85.000 | 1.70 | 4,303.80 | - 3,642.17 | 661.63 |
| 07/30/2025 | Sold 95 Shares Of Gxo Logistics Incorporated Common Trade Date 7/30/25 Sold Through Liquidnet Inc Paid 2.61 USD Brokerage Swift External Ref#: V1559T113897 95 Shares At 50.36936842 USD 36262G101 | - 95.000 | 2.61 | 4,782.48 | - 4,070.67 | 711.81 |
| 07/31/2025 | Sold 95 Shares Of Gxo Logistics Incorporated Common Trade Date 7/31/25 Sold Through Liquidnet Inc Paid 2.61 USD Brokerage Swift External Ref#: V1559T113969 95 Shares At 49.70252632 USD 36262G101 | - 95.000 | 2.61 | 4,719.13 | - 4,019.99 | 699.14 |
| **Total Gxo Logistics Incorporated Common** | | **- 320.000** | **8.16** | **16,126.41** | **- 13,661.04** | **2,465.37** |

R1155

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/30/2025 | Sold 25 Shares Of Hawkins Inc Trade Date 7/30/25 Sold Through Liquidnet Inc Paid 0.69 USD Brokerage Swift External Ref#: V1559T113896 25 Shares At 159.1656 USD 420261109 | - 25.000 | .69 | 3,978.45 | - 3,065.68 | 912.77 |
| 07/30/2025 | Sold 45 Shares Of Hawkins Inc Trade Date 7/30/25 Sold Through Instinet Paid 1.24 USD Brokerage Swift External Ref#: V1559T113899 45 Shares At 159.35644444 USD 420261109 | - 45.000 | 1.24 | 7,169.80 | - 5,599.75 | 1,570.05 |
| **Total Hawkins Inc** | | **- 70.000** | **1.93** | **11,148.25** | **- 8,665.43** | **2,482.82** |
| 07/31/2025 | Sold 60 Shares Of Installed Building Products Trade Date 7/31/25 Sold Through Instinet Paid 0.30 USD Brokerage Swift External Ref#: V1559T113973 60 Shares At 200.23016667 USD 45780R101 | - 60.000 | .30 | 12,013.51 | - 5,402.41 | 6,611.10 |
| 07/31/2025 | Sold 50 Shares Of Installed Building Products Trade Date 7/31/25 Sold Through Liquidnet Inc Paid 1.38 USD Brokerage Swift External Ref#: V1559T113970 50 Shares At 200.3166 USD 45780R101 | - 50.000 | 1.38 | 10,014.45 | - 4,312.97 | 5,701.48 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Installed Building Products** | | **- 110.000** | **1.68** | **22,027.96** | **- 9,715.38** | **12,312.58** |
| 07/29/2025 | Sold 95 Shares Of Jbt Marel Corporation Com Trade Date 7/29/25 Sold Through Liquidnet Inc Paid 2.61 USD Brokerage Swift External Ref#: V1559T113824 95 Shares At 136.81568421 USD 477839104 | - 95.000 | 2.61 | 12,994.88 | - 11,366.74 | 1,628.14 |
| **Total Jbt Marel Corporation Com** | | **- 95.000** | **2.61** | **12,994.88** | **- 11,366.74** | **1,628.14** |
| 07/31/2025 | Sold 95 Shares Of Kirby Corp Com Trade Date 7/31/25 Sold Through Liquidnet Inc Paid 2.61 USD Brokerage Swift External Ref#: V1559T113972 95 Shares At 99.09736842 USD 497266106 | - 95.000 | 2.61 | 9,411.64 | - 6,798.50 | 2,613.14 |
| 07/31/2025 | Sold 45 Shares Of Kirby Corp Com Trade Date 7/31/25 Sold Through Stifel, Nicolaus & Co.,Inc. Paid 1.24 USD Brokerage Swift External Ref#: V1559T113971 45 Shares At 101.08511111 USD 497266106 | - 45.000 | 1.24 | 4,547.59 | - 3,166.41 | 1,381.18 |
| **Total Kirby Corp Com** | | **- 140.000** | **3.85** | **13,959.23** | **- 9,964.91** | **3,994.32** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/29/2025 | Sold 35 Shares Of Watts Water Technologies Cl A Trade Date 7/29/25 Sold Through Liquidnet Inc Paid 0.96 USD Brokerage Swift External Ref#: V1559T113825 35 Shares At 252.30257143 USD 942749102 | - 35.000 | .96 | 8,829.63 | - 6,795.50 | 2,034.13 |
| 07/30/2025 | Sold 25 Shares Of Watts Water Technologies Cl A Trade Date 7/30/25 Sold Through Liquidnet Inc Paid 0.69 USD Brokerage Swift External Ref#: V1559T113898 25 Shares At 257.984 USD 942749102 | - 25.000 | .69 | 6,448.91 | - 4,932.08 | 1,516.83 |
| **Total Watts Water Technologies Cl A** | | **- 60.000** | **1.65** | **15,278.54** | **- 11,727.58** | **3,550.96** |
| **Total Domestic Common Stock** | | **- 3,665.000** | **68.55** | **348,874.70** | **- 273,058.70** | **75,816.00** |
| **Foreign Stock** | | | | | | |
| 07/01/2025 | Sold 255 Shares Of Celestica Inc Com Trade Date 7/1/25 Sold Through Rbc Capital Markets, LLC Paid 5.10 USD Brokerage Swift External Ref#: V1559T112716 255 Shares At 146.98529412 USD 15101Q207 | - 255.000 | 5.10 | 37,476.15 | - 17,131.50 | 20,344.65 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/29/2025 | Sold 140 Shares Of Celestica Inc Com Trade Date 7/29/25 Sold Through Instinet Paid 3.85 USD Brokerage Swift External Ref#: V1559T113818 140 Shares At 204.95478571 USD 15101Q207 | - 140.000 | 3.85 | 28,689.82 | - 10,422.90 | 18,266.92 |
| **Total Celestica Inc Com** | | **- 395.000** | **8.95** | **66,165.97** | **- 27,554.40** | **38,611.57** |
| **Total Foreign Stock** | | **- 395.000** | **8.95** | **66,165.97** | **- 27,554.40** | **38,611.57** |
| **Mutual Funds-Equity** | | | | | | |
| 07/23/2025 | Sold 255 Shares Of Ishares Russell 2000 Value Etf Trade Date 7/23/25 Sold Through Instinet Paid 1.28 USD Brokerage Swift External Ref#: V1559T113593 255 Shares At 167.21760784 USD 464287630 | - 255.000 | 1.28 | 42,639.21 | - 42,144.18 | 495.03 |
| **Total Ishares Russell 2000 Value Etf** | | **- 255.000** | **1.28** | **42,639.21** | **- 42,144.18** | **495.03** |
| **Total Mutual Funds-Equity** | | **- 255.000** | **1.28** | **42,639.21** | **- 42,144.18** | **495.03** |
| **Securities Litigation Proceeds** | | | | | | |
| 07/30/2025 | Class Action Receipt Venator Materials Proceeds From Securities Litigation #4 07/24/2025 Payment Id 765684 | .000 | .00 | 15.87 | .00 | 15.87 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Cash** | | **.000** | **.00** | **15.87** | **.00** | **15.87** |
| **Total Securities Litigation Proceeds** | | **.000** | **.00** | **15.87** | **.00** | **15.87** |
| **Total Sales And Maturities** | | **- 263,898.590** | **78.78** | **717,279.34** | **- 602,340.87** | **114,938.47** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 07/31/2025 | 08/01/2025 | Purchased 80 Shares Of<br>Wesco Intl Inc<br>Trade Date 7/31/25<br>Purchased Through Instinet<br>Paid 0.40 USD Brokerage<br>Purchased On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T113965<br>80 Shares At 206.0645 USD<br>95082P105 | 80.000 | 16,485.56 | - 16,485.56 |
| 07/31/2025 | 08/01/2025 | Purchased 290 Shares Of<br>Ishares Russell 2000 Value Etf<br>Trade Date 7/31/25<br>Purchased Through Mirae Asset Securities (USA)<br>Paid 1.45 USD Brokerage<br>Purchased On The NYSE Mkt LLC<br>Swift External Ref#: V1559T113968<br>290 Shares At 160.85 USD<br>464287630 | 290.000 | 46,647.95 | - 46,647.95 |
| **Total Purchases** | | | **370.000** | **63,133.51** | **- 63,133.51** |
| **Sales** | | | | | |
| 07/31/2025 | 08/01/2025 | Sold 95 Shares Of<br>Kirby Corp Com<br>Trade Date 7/31/25<br>Sold Through Liquidnet Inc<br>Paid 2.61 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T113972<br>95 Shares At 99.09736842 USD<br>497266106 | - 95.000 | - 6,798.50 | 9,411.64 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 07/31/2025 | 08/01/2025 | Sold 45 Shares Of<br>Kirby Corp Com<br>Trade Date 7/31/25<br>Sold Through Stifel, Nicolaus & Co.,Inc.<br>Paid 1.24 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T113971<br>45 Shares At 101.08511111 USD<br>497266106 | - 45.000 | - 3,166.41 | 4,547.59 |
| 07/31/2025 | 08/01/2025 | Sold 95 Shares Of<br>Gxo Logistics Incorporated Common<br>Trade Date 7/31/25<br>Sold Through Liquidnet Inc<br>Paid 2.61 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T113969<br>95 Shares At 49.70252632 USD<br>36262G101 | - 95.000 | - 4,019.99 | 4,719.13 |
| 07/31/2025 | 08/01/2025 | Sold 60 Shares Of<br>Installed Building Products<br>Trade Date 7/31/25<br>Sold Through Instinet<br>Paid 0.30 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T113973<br>60 Shares At 200.23016667 USD<br>45780R101 | - 60.000 | - 5,402.41 | 12,013.51 |
| 07/31/2025 | 08/01/2025 | Sold 50 Shares Of<br>Installed Building Products<br>Trade Date 7/31/25<br>Sold Through Liquidnet Inc<br>Paid 1.38 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T113970<br>50 Shares At 200.3166 USD<br>45780R101 | - 50.000 | - 4,312.97 | 10,014.45 |
| **Total Sales** | | | **- 345.000** | **- 23,700.28** | **40,706.32** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Net Trades Pending Settlement** | | | **25.000** | **39,433.23** | **- 22,427.19** |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Baird, Robert W., & Company In** | | | | | | |
| 90.000 | 07/01/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 844.79 | 2.48 | .00 | 847.27 |
| 5.000 | 07/07/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 587.63 | .14 | .00 | 587.77 |
| 5.000 | 07/02/2025 | Bought Hexcel Corp New Com 428291108 | 286.58 | .14 | .00 | 286.72 |
| 30.000 | 07/01/2025 | Bought Murphy Oil Corp 626717102 | 711.75 | .83 | .00 | 712.58 |
| 395.000 | 07/01/2025 | Bought Permian Resources Corp Class A 71424F105 | 5,528.03 | 10.86 | .00 | 5,538.89 |
| 85.000 | 07/01/2025 | Bought Silgan Hldgs Inc 827048109 | 4,761.18 | 2.34 | .00 | 4,763.52 |
| **Total Baird, Robert W., & Company In** | | | **12,719.96** | **16.79** | **.00** | **12,736.75** |
| # Trades/Commission Per Share | | | 6 | .03 | | |
| **BofA Securities, Inc.** | | | | | | |
| 110.000 | 07/01/2025 | Bought Spire Inc 84857L101 | 8,137.38 | 2.20 | .00 | 8,139.58 |
| 210.000 | 07/29/2025 | Sold Federal Signal Corp 313855108 | 22,106.13 | 4.20 | .00 | 22,101.93 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 85.000 | 07/30/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 4,305.50 | 1.70 | .00 | 4,303.80 |
| **Total BofA Securities, Inc.** | | | **34,549.01** | **8.10** | **.00** | **34,545.31** |
| # Trades/Commission Per Share | | | 3 | .02 | | |
| **Cantor Fitzgerald & Co.** | | | | | | |
| 80.000 | 07/01/2025 | Bought Hexcel Corp New Com 428291108 | 4,574.80 | 1.60 | .00 | 4,576.40 |
| 70.000 | 07/02/2025 | Bought Hexcel Corp New Com 428291108 | 4,006.84 | 1.40 | .00 | 4,008.24 |
| **Total Cantor Fitzgerald & Co.** | | | **8,581.64** | **3.00** | **.00** | **8,584.64** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Instinet** | | | | | | |
| 335.000 | 07/01/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 3,148.67 | 9.21 | .00 | 3,157.88 |
| 20.000 | 07/01/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 187.70 | .20 | .00 | 187.90 |
| 320.000 | 07/02/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 3,038.72 | 1.60 | .00 | 3,040.32 |
| 70.000 | 07/30/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 8,051.87 | .35 | .00 | 8,052.22 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 75.000 | 07/30/2025 | Bought Herc Holdings Inc 42704L104 | 9,077.08 | .38 | .00 | 9,077.46 |
| 15.000 | 07/01/2025 | Bought Hexcel Corp New Com 428291108 | 855.83 | .15 | .00 | 855.98 |
| 225.000 | 07/10/2025 | Bought Hexcel Corp New Com 428291108 | 13,477.77 | 6.19 | .00 | 13,483.96 |
| 365.000 | 07/07/2025 | Bought Nextracker Inc Class A Com 65290E101 | 24,175.85 | 10.04 | .00 | 24,185.89 |
| 80.000 | 07/31/2025 | Bought Wesco Intl Inc 95082P105 | 16,485.16 | .40 | .00 | 16,485.56 |
| 140.000 | 07/29/2025 | Sold Celestica Inc Com 15101Q207 | 28,693.67 | 3.85 | .00 | 28,689.82 |
| 135.000 | 07/29/2025 | Sold Ciena Corp 171779309 | 12,480.14 | 1.35 | .00 | 12,478.79 |
| 140.000 | 07/29/2025 | Sold Ciena Corp 171779309 | 12,848.39 | .70 | .00 | 12,847.69 |
| 115.000 | 07/30/2025 | Sold Ciena Corp 171779309 | 10,575.75 | .58 | .00 | 10,575.17 |
| 45.000 | 07/30/2025 | Sold Federal Signal Corp 313855108 | 5,610.43 | .23 | .00 | 5,610.20 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 870.000 | 07/21/2025 | Sold<br>Firstcash Hldgs Inc<br>33768G107 | 114,800.42 | 4.35 | .00 | 114,796.07 |
| 45.000 | 07/30/2025 | Sold<br>Hawkins Inc<br>420261109 | 7,171.04 | 1.24 | .00 | 7,169.80 |
| 60.000 | 07/31/2025 | Sold<br>Installed Building Products<br>45780R101 | 12,013.81 | .30 | .00 | 12,013.51 |
| 255.000 | 07/23/2025 | Sold<br>Ishares Russell 2000 Value Etf<br>464287630 | 42,640.49 | 1.28 | .00 | 42,639.21 |
| **Total Instinet** | | | **325,332.79** | **42.40** | **.00** | **325,347.43** |
| # Trades/Commission Per Share | | | 18 | .01 | | |
| **Jefferies LLC** | | | | | | |
| 70.000 | 07/10/2025 | Bought<br>Hexcel Corp New Com<br>428291108 | 4,203.50 | 1.40 | .00 | 4,204.90 |
| 180.000 | 07/14/2025 | Bought<br>Murphy Oil Corp<br>626717102 | 4,665.15 | 3.60 | .00 | 4,668.75 |
| **Total Jefferies LLC** | | | **8,868.65** | **5.00** | **.00** | **8,873.65** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Liquidnet Inc** | | | | | | |
| 70.000 | 07/01/2025 | Bought<br>Coca Cola Bottling Co Cons<br>191098102 | 8,098.93 | 1.93 | .00 | 8,100.86 |

02552104
35- -01-B -62 -218-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ■■■■3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 70.000 | 07/02/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 8,043.11 | 1.93 | .00 | 8,045.04 |
| 40.000 | 07/07/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 4,702.32 | 1.10 | .00 | 4,703.42 |
| 30.000 | 07/22/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 3,503.26 | .83 | .00 | 3,504.09 |
| 145.000 | 07/23/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 16,952.53 | 3.99 | .00 | 16,956.52 |
| 35.000 | 07/01/2025 | Bought Eagle Materials Inc 26969P108 | 7,349.51 | .96 | .00 | 7,350.47 |
| 45.000 | 07/30/2025 | Bought G A T X Corp 361448103 | 7,021.26 | 1.24 | .00 | 7,022.50 |
| 90.000 | 07/10/2025 | Bought Hexcel Corp New Com 428291108 | 5,386.84 | 2.48 | .00 | 5,389.32 |
| 105.000 | 07/01/2025 | Bought Matador Resources Co 576485205 | 5,239.26 | 2.89 | .00 | 5,242.15 |
| 170.000 | 07/14/2025 | Bought Matador Resources Co 576485205 | 8,778.49 | 4.68 | .00 | 8,783.17 |
| 80.000 | 07/23/2025 | Bought Mueller Inds Inc 624756102 | 6,945.89 | 2.20 | .00 | 6,948.09 |

R1168

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 125.000 | 07/24/2025 | Bought Mueller Inds Inc 624756102 | 10,977.01 | 3.44 | .00 | 10,980.45 |
| 155.000 | 07/25/2025 | Bought Mueller Inds Inc 624756102 | 13,727.73 | 4.26 | .00 | 13,731.99 |
| 185.000 | 07/28/2025 | Bought Mueller Inds Inc 624756102 | 16,345.69 | 5.09 | .00 | 16,350.78 |
| 65.000 | 07/29/2025 | Bought Mueller Inds Inc 624756102 | 5,744.54 | 1.79 | .00 | 5,746.33 |
| 95.000 | 07/01/2025 | Bought Northwest Natural Holding Co 66765N105 | 3,858.97 | 2.61 | .00 | 3,861.58 |
| 25.000 | 07/02/2025 | Bought Northwest Natural Holding Co 66765N105 | 1,013.31 | .69 | .00 | 1,014.00 |
| 5.000 | 07/03/2025 | Bought Northwest Natural Holding Co 66765N105 | 206.19 | .14 | .00 | 206.33 |
| 115.000 | 07/07/2025 | Bought Northwest Natural Holding Co 66765N105 | 4,737.51 | 3.16 | .00 | 4,740.67 |
| 35.000 | 07/21/2025 | Bought Northwest Natural Holding Co 66765N105 | 1,477.69 | .96 | .00 | 1,478.65 |
| 155.000 | 07/22/2025 | Bought Northwest Natural Holding Co 66765N105 | 6,654.58 | 4.26 | .00 | 6,658.84 |

02552104
35- -01-B -62 -218-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▇▇▇▇3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 125.000 | 07/23/2025 | Bought<br>Prosperity Bancshares Inc<br>743606105 | 8,728.23 | 3.44 | .00 | 8,731.67 |
| 85.000 | 07/24/2025 | Bought<br>Rush Enterprises Inc<br>781846209 | 4,610.19 | 2.34 | .00 | 4,612.53 |
| 30.000 | 07/25/2025 | Bought<br>Rush Enterprises Inc<br>781846209 | 1,624.36 | .83 | .00 | 1,625.19 |
| 30.000 | 07/28/2025 | Bought<br>Rush Enterprises Inc<br>781846209 | 1,638.69 | .83 | .00 | 1,639.52 |
| 75.000 | 07/29/2025 | Bought<br>Rush Enterprises Inc<br>781846209 | 4,084.79 | 2.06 | .00 | 4,086.85 |
| 10.000 | 07/01/2025 | Bought<br>Silgan Hldgs Inc<br>827048109 | 561.05 | .28 | .00 | 561.33 |
| 35.000 | 07/01/2025 | Bought<br>Valmont Inds Inc<br>920253101 | 11,792.70 | .96 | .00 | 11,793.66 |
| 890.000 | 07/21/2025 | Sold<br>Antero Resources Corp<br>03674X106 | 29,156.31 | 24.48 | .00 | 29,131.83 |
| 15.000 | 07/29/2025 | Sold<br>Ciena Corp<br>171779309 | 1,388.18 | .41 | .00 | 1,387.77 |
| 195.000 | 07/14/2025 | Sold<br>Federal Signal Corp<br>313855108 | 21,434.32 | 5.36 | .00 | 21,428.96 |

R1170

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 95.000 | 07/15/2025 | Sold Federal Signal Corp 313855108 | 10,146.99 | 2.61 | .00 | 10,144.38 |
| 160.000 | 07/29/2025 | Sold Federal Signal Corp 313855108 | 16,841.04 | 4.40 | .00 | 16,836.64 |
| 45.000 | 07/29/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 2,322.24 | 1.24 | .00 | 2,321.00 |
| 95.000 | 07/30/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 4,785.09 | 2.61 | .00 | 4,782.48 |
| 95.000 | 07/31/2025 | Sold Gxo Logistics Incorporated Common 36262G101 | 4,721.74 | 2.61 | .00 | 4,719.13 |
| 25.000 | 07/30/2025 | Sold Hawkins Inc 420261109 | 3,979.14 | .69 | .00 | 3,978.45 |
| 50.000 | 07/31/2025 | Sold Installed Building Products 45780R101 | 10,015.83 | 1.38 | .00 | 10,014.45 |
| 95.000 | 07/29/2025 | Sold Jbt Marel Corporation Com 477839104 | 12,997.49 | 2.61 | .00 | 12,994.88 |
| 95.000 | 07/31/2025 | Sold Kirby Corp Com 497266106 | 9,414.25 | 2.61 | .00 | 9,411.64 |
| 35.000 | 07/29/2025 | Sold Watts Water Technologies Cl A 942749102 | 8,830.59 | .96 | .00 | 8,829.63 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 25.000 | 07/30/2025 | Sold Watts Water Technologies Cl A 942749102 | 6,449.60 | .69 | .00 | 6,448.91 |
| **Total Liquidnet Inc** | | | **322,287.44** | **114.03** | **.00** | **322,296.15** |
| # Trades/Commission Per Share | | | 42 | .03 | | |
| **Mirae Asset Securities (USA)** | | | | | | |
| 290.000 | 07/31/2025 | Bought Ishares Russell 2000 Value Etf 464287630 | 46,646.50 | 1.45 | .00 | 46,647.95 |
| **Total Mirae Asset Securities (USA)** | | | **46,646.50** | **1.45** | **.00** | **46,647.95** |
| # Trades/Commission Per Share | | | 1 | .01 | | |
| **Morgan Stanley & Co. LLC** | | | | | | |
| 215.000 | 07/01/2025 | Bought Murphy Oil Corp 626717102 | 5,102.01 | 4.30 | .00 | 5,106.31 |
| 125.000 | 07/02/2025 | Bought Murphy Oil Corp 626717102 | 3,022.78 | 2.50 | .00 | 3,025.28 |
| **Total Morgan Stanley & Co. LLC** | | | **8,124.79** | **6.80** | **.00** | **8,131.59** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Oppenheimer & Co. Inc.** | | | | | | |
| 845.000 | 07/14/2025 | Bought Permian Resources Corp Class A 71424F105 | 11,830.59 | 16.90 | .00 | 11,847.49 |
| 30.000 | 07/30/2025 | Bought Wesco Intl Inc 95082P105 | 6,499.38 | .60 | .00 | 6,499.98 |

02552104
35- -01-B -62 -218-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from July 1, 2025 to July 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Oppenheimer & Co. Inc.** | | | **18,329.97** | **17.50** | **.00** | **18,347.47** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Rbc Capital Markets, LLC** | | | | | | |
| 255.000 | 07/01/2025 | Sold<br>Celestica Inc Com<br>15101Q207 | 37,481.25 | 5.10 | .00 | 37,476.15 |
| **Total Rbc Capital Markets, LLC** | | | **37,481.25** | **5.10** | **.00** | **37,476.15** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Stifel, Nicolaus & Co.,Inc.** | | | | | | |
| 25.000 | 07/23/2025 | Bought<br>Coca Cola Bottling Co Cons<br>191098102 | 2,913.63 | .69 | .00 | 2,914.32 |
| 45.000 | 07/31/2025 | Sold<br>Kirby Corp Com<br>497266106 | 4,548.83 | 1.24 | .00 | 4,547.59 |
| **Total Stifel, Nicolaus & Co.,Inc.** | | | **7,462.46** | **1.93** | **.00** | **7,461.91** |
| # Trades/Commission Per Share | | | 2 | .03 | | |
| **Virtu Americas LLC** | | | | | | |
| 300.000 | 07/21/2025 | Bought<br>Ishares Russell 2000 Value Etf<br>464287630 | 49,292.52 | 1.50 | .00 | 49,294.02 |
| **Total Virtu Americas LLC** | | | **49,292.52** | **1.50** | **.00** | **49,294.02** |
| # Trades/Commission Per Share | | | 1 | .01 | | |
| **Grand Total** | | | **879,676.98** | **223.60** | **.00** | **879,743.02** |



R1174



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025521
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023046 07 SP 000638015117823 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

**Account Number: [redacted]8805**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023052 08 SP 000638015117829 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 29 |
| Investment Activity | 40 |
| Purchases | 49 |
| Sales And Maturities | 55 |
| Pending Trades | 66 |
| Bond Summary | 67 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **15,549,191.68** | **15,621,081.10** |
| **Investment Activity** | | |
| Interest | 42,302.34 | 42,302.34 |
| Realized Gain/Loss | - 3,021.62 | - 3,021.62 |
| Change In Unrealized Gain/Loss | - 58,456.77 | .00 |
| Net Accrued Income (Current-Prior) | 5,615.92 | 5,615.92 |
| **Total Investment Activity** | **- 13,560.13** | **44,896.64** |
| **Net Change In Market And Cost** | **- 13,560.13** | **44,896.64** |
| **Ending Market And Cost** | **15,535,631.55** | **15,665,977.74** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 77,021.72** |
| **Investment Activity** | |
| Interest | 42,302.34 |
| Cash Equivalent Purchases | - 163,236.00 |
| Purchases | - 230,577.90 |
| Cash Equivalent Sales | 132,306.55 |
| Sales/Maturities | 242,733.36 |
| **Total Investment Activity** | **23,528.35** |
| **Net Change In Cash** | **23,528.35** |
| **Ending Cash** | **- 53,493.37** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 179,304.85 | 179,304.85 | 1.16 |
| U.S. Government Issues | 7,584,730.16 | 7,658,505.50 | 48.82 |
| Corporate Issues | 6,890,559.03 | 6,923,492.93 | 44.35 |
| Foreign Issues | 123,084.50 | 136,667.10 | 0.79 |
| Municipal Issues | 623,133.40 | 633,187.75 | 4.01 |
| **Total Assets** | **15,400,811.94** | **15,531,158.13** | **99.13** |
| Accrued Income | 134,819.61 | 134,819.61 | 0.87 |
| **Grand Total** | **15,535,631.55** | **15,665,977.74** | **100.00** |

**Estimated Annual Income** **586,543.57**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 232,798.220 | 232,798.22<br>1.0000 | 232,798.22 | .00<br>.00 | 681.66 | 4.17 |
| **Total Money Markets** | **232,798.220** | **232,798.22** | **232,798.22** | **.00**<br>**.00** | **681.66** | **4.17** |
| **Cash** | | | | | | |
| Pending Cash | | - 53,493.37 | - 53,493.37 | | | |
| **Total Cash** | **.000** | **- 53,493.37** | **- 53,493.37** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **232,798.220** | **179,304.85** | **179,304.85** | **.00**<br>**.00** | **681.66** | **5.41** |
| **US Government Issues** | | | | | | |
| F H L M C Gd<br>G30290 6.500% 3/01/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128CUKB1 Asset Minor Code 24 | 1.100 | 1.10<br>100.1630 | 1.14 | - .04<br>.02 | .01 | 6.36 |
| F H L M C Gd<br>G15922 3.000% 8/01/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MEYT2 Asset Minor Code 24 | 16,640.900 | 16,157.81<br>97.0970 | 17,312.86 | - 1,155.05<br>- 41.81 | 41.59 | 3.09 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C Gd<br>G18527 3.000% 10/01/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MMSR5 Asset Minor Code 24 | 11,573.890 | 11,310.47<br>97.7240 | 11,856.30 | - 545.83<br>- 23.22 | 28.93 | 3.07 |
| F H L M C Gd<br>G18614 2.500% 10/01/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MMVG5 Asset Minor Code 24 | 18,200.070 | 17,439.49<br>95.8210 | 19,027.58 | - 1,588.09<br>- 45.82 | 37.93 | 2.61 |
| F H L M C<br>#Sb0661 2.500% 4/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132CWWW0 Asset Minor Code 24 | 157,008.180 | 146,363.03<br>93.2200 | 145,461.77 | 901.26<br>- 1,330.53 | 327.11 | 2.68 |
| F H L M C<br>#Sb1302 5.500% 10/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132CXNT5 Asset Minor Code 24 | 131,626.080 | 134,398.13<br>102.1060 | 134,103.67 | 294.46<br>- 73.13 | 603.29 | 5.39 |
| F H L M C<br>#Sb8184 4.000% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6CV0 Asset Minor Code 24 | 97,700.440 | 94,852.47<br>97.0850 | 97,631.74 | - 2,779.27<br>- 690.47 | 325.67 | 4.12 |
| F H L M C<br>#Sb8186 4.500% 9/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6CX6 Asset Minor Code 24 | 93,383.350 | 92,292.63<br>98.8320 | 94,930.02 | - 2,637.39<br>- 494.00 | 350.19 | 4.55 |
| F H L M C<br>#Sb8191 4.500% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6C40 Asset Minor Code 24 | 120,650.910 | 119,347.88<br>98.9200 | 120,096.59 | - 748.71<br>- 688.19 | 452.39 | 4.55 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb8216 4.500% 3/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DV9 Asset Minor Code 24 | 22,713.960 | 22,469.10<br>98.9220 | 22,312.91 | 156.19<br>- 133.28 | 116.79 | 4.55 |
| F H L M C<br>#Sb8217 5.000% 3/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DW7 Asset Minor Code 24 | 150,622.290 | 151,221.77<br>100.3980 | 150,543.08 | 678.69<br>- 709.86 | 627.54 | 4.98 |
| F H L M C<br>#Sb8220 5.500% 2/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DZ0 Asset Minor Code 24 | 96,417.590 | 98,123.22<br>101.7690 | 95,727.55 | 2,395.67<br>- 181.01 | 441.92 | 5.40 |
| F H L M C<br>#Sb8293 5.000% 4/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6GA2 Asset Minor Code 24 | 54,104.240 | 54,296.31<br>100.3550 | 53,740.71 | 555.60<br>- 263.12 | 225.43 | 4.98 |
| F H L M C<br>#Sb8303 5.000% 5/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6GL8 Asset Minor Code 24 | 120,788.410 | 121,137.49<br>100.2890 | 121,703.75 | - 566.26<br>- 532.05 | 503.29 | 4.99 |
| F H L M C<br>#Sb8346 4.000% 12/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6HX1 Asset Minor Code 24 | 115,411.800 | 112,037.16<br>97.0760 | 111,924.57 | 112.59<br>- 859.23 | .00 | 4.12 |
| F H L M C<br>#Sb8350 5.000% 12/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6H37 Asset Minor Code 24 | 68,664.880 | 68,863.32<br>100.2890 | 69,233.51 | - 370.19<br>- 301.41 | 286.10 | 4.99 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>M T N 6.250% 7/15/32<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3134A4KX1 Asset Minor Code 22 | 215,000.000 | 242,324.35<br>112.7090 | 245,823.35 | - 3,499.00<br>- 1,444.80 | 597.22 | 5.55 |
| F N M A<br>0.875% 8/05/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3135G05Q2 Asset Minor Code 22 | 270,000.000 | 232,553.70<br>86.1310 | 227,297.60 | 5,256.10<br>- 718.20 | 1,155.00 | 1.02 |
| F N M A<br>0.375% 8/25/25<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3135G05X7 Asset Minor Code 22 | 185,000.000 | 184,500.50<br>99.7300 | 169,992.65 | 14,507.85<br>634.55 | 300.63 | 0.38 |
| F N M A Deb<br>6.625 11/15/2030<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>31359MGK3 Asset Minor Code 22 | 225,000.000 | 253,129.50<br>112.5020 | 268,112.25 | - 14,982.75<br>- 1,440.00 | 3,146.88 | 5.89 |
| F H L M C<br>Mltcl Mtg 2.995% 12/25/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137BN6G4 Asset Minor Code 30 | 79,523.770 | 78,986.98<br>99.3250 | 78,107.25 | 879.73<br>77.47 | 198.48 | 3.02 |
| F H L M C<br>Mltcl Mtg 2.673% 3/25/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137BPW21 Asset Minor Code 30 | 118,300.490 | 116,864.32<br>98.7860 | 122,789.44 | - 5,925.12<br>261.72 | 262.98 | 2.71 |
| F H L M C<br>Mltcl Mt 3.750% 8/25/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137FJXQ7 Asset Minor Code 30 | 33,232.260 | 33,125.92<br>99.6800 | 36,077.59 | - 2,951.67<br>4,258.20 | 103.84 | 3.76 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>Mltcl Mtg 2.920% 6/25/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>3137H7ZB2 Asset Minor Code 30 | 140,000.000 | 127,071.00<br>90.7650 | 126,055.67 | 1,015.33<br>- 875.00 | 340.67 | 3.22 |
| F N M A<br>#Ax8309 3.000% 11/01/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3138YAGT6 Asset Minor Code 24 | 24,673.130 | 24,079.99<br>97.5960 | 24,295.29 | - 215.30<br>- 76.27 | 61.68 | 3.07 |
| F N M A<br>#890790 3.000% 8/01/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31410LUP5 Asset Minor Code 24 | 36,271.710 | 35,042.10<br>96.6100 | 44,986.84 | - 9,944.74<br>28.20 | 90.69 | 3.11 |
| F N M A<br>#Ma4667 3.500% 7/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EFH8 Asset Minor Code 24 | 129,458.800 | 124,066.84<br>95.8350 | 130,338.72 | - 6,271.88<br>- 813.72 | 377.58 | 3.65 |
| F N M A<br>#Ma4713 4.000% 7/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EGX2 Asset Minor Code 24 | 121,283.390 | 117,880.18<br>97.1940 | 121,575.04 | - 3,694.86<br>- 853.22 | 404.28 | 4.12 |
| F N M A<br>#Ma4797 4.000% 11/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EKK5 Asset Minor Code 24 | 67,214.600 | 65,308.39<br>97.1640 | 66,306.17 | - 997.78<br>- 496.56 | 180.99 | 4.12 |
| F N M A<br>#Ma4825 5.000% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ELF5 Asset Minor Code 24 | 92,881.090 | 93,150.45<br>100.2900 | 93,131.54 | 18.91<br>- 430.09 | 387.04 | 4.99 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Ma4991 5.500% 4/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ERM4 Asset Minor Code 24 | 67,374.900 | 68,566.76<br>101.7690 | 67,757.72 | 809.04<br>- 110.96 | 308.81 | 5.40 |
| F N M A<br>#Ma5013 4.500% 4/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ESB7 Asset Minor Code 24 | 34,663.090 | 34,289.42<br>98.9220 | 34,473.53 | - 184.11<br>- 170.67 | 129.99 | 4.55 |
| F N M A<br>#Ma5145 6.000% 9/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EWF3 Asset Minor Code 24 | 115,274.740 | 118,356.03<br>102.6730 | 116,001.22 | 2,354.81<br>- 290.88 | 576.35 | 5.84 |
| F N M A<br>#Ma5149 5.500% 8/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EWK2 Asset Minor Code 24 | 33,654.210 | 34,245.51<br>101.7570 | 34,169.55 | 75.96<br>- 24.34 | 154.25 | 5.41 |
| F N M A<br>#Ma5589 4.500% 1/01/40<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418FF77 Asset Minor Code 24 | 95,795.550 | 94,675.70<br>98.8310 | 94,575.65 | 100.05<br>- 522.82 | 359.23 | 4.55 |
| G N M A I I<br>#Ma0674 2.500% 1/20/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179MXB1 Asset Minor Code 24 | 5,570.610 | 5,457.64<br>97.9720 | 5,697.75 | - 240.11<br>11.04 | 11.60 | 2.55 |
| U S Treasury<br>Nt 0.625% 8/15/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CAE1 Asset Minor Code 21 | 370,000.000 | 314,037.50<br>84.8750 | 328,429.61 | - 14,392.11<br>- 1,517.00 | 1,066.82 | 0.74 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury Nt 1.125% 2/15/31 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CBL4 Asset Minor Code 21 | 270,000.000 | 232,178.40 85.9920 | 239,626.86 | - 7,448.46 - 1,433.70 | 1,401.28 | 1.31 |
| U S Treasury Nt 1.250% 8/15/31 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CCS8 Asset Minor Code 21 | 410,000.000 | 348,643.50 85.0350 | 369,423.13 | - 20,779.63 - 2,099.20 | 2,364.30 | 1.47 |
| U S Treasury Nt 2.750% 8/15/32 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CFF3 Asset Minor Code 21 | 265,000.000 | 242,546.55 91.5270 | 242,158.89 | 387.66 - 1,915.95 | 3,334.28 | 3.00 |
| U S Treasury Nt 4.125% 11/15/32 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CFV8 Asset Minor Code 21 | 345,000.000 | 344,230.65 99.7770 | 349,829.50 | - 5,598.85 - 3,153.30 | 3,016.41 | 4.13 |
| U S Treasury Nt 3.375% 5/15/33 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CHC8 Asset Minor Code 21 | 430,000.000 | 406,298.40 94.4880 | 412,658.36 | - 6,359.96 - 3,594.80 | 3,101.30 | 3.57 |
| United States Treas 4.375% 11/30/30 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CJM4 Asset Minor Code 21 | 225,000.000 | 229,104.00 101.8240 | 228,710.08 | 393.92 - 1,714.50 | 1,667.52 | 4.30 |
| U S Treasury Nt 4.000% 2/15/34 Standard & Poors Rating: N/A Moodys Rating: Aa1 91282CJZ5 Asset Minor Code 21 | 350,000.000 | 343,231.00 98.0660 | 340,395.15 | 2,835.85 - 2,992.00 | 6,181.77 | 4.08 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 4.125% 7/31/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CLD1 Asset Minor Code 21 | 210,000.000 | 210,730.80<br>100.3480 | 215,931.70 | - 5,200.90<br>- 1,680.00 | 23.54 | 4.11 |
| U S Treasury<br>Nt 4.625% 2/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CMM0 Asset Minor Code 21 | 295,000.000 | 301,407.40<br>102.1720 | 303,442.78 | - 2,035.38<br>- 2,950.00 | 6,294.22 | 4.53 |
| U S Treasury<br>Nt 2.250% 11/15/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828M56 Asset Minor Code 21 | 110,000.000 | 109,329.00<br>99.3900 | 112,763.26 | - 3,434.26<br>168.30 | 524.59 | 2.26 |
| U S Treasury<br>Nt 2.000% 11/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828U24 Asset Minor Code 21 | 205,000.000 | 199,618.75<br>97.3750 | 200,461.03 | - 842.28<br>- 264.45 | 869.02 | 2.05 |
| U S Treasury<br>Nt 1.500% 2/15/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828Z94 Asset Minor Code 21 | 245,000.000 | 220,500.00<br>90.0000 | 219,998.70 | 501.30<br>- 1,205.40 | 1,695.37 | 1.67 |
| U S Treasury<br>Nt 1.500% 8/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128282A7 Asset Minor Code 21 | 125,000.000 | 121,643.75<br>97.3150 | 116,733.42 | 4,910.33<br>- 1.25 | 864.99 | 1.54 |
| U S Treasury<br>Nt 2.750% 2/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128283W8 Asset Minor Code 21 | 260,000.000 | 252,790.20<br>97.2270 | 247,764.47 | 5,025.73<br>- 1,024.40 | 3,298.48 | 2.83 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 3.125% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128285M8 Asset Minor Code 21 | 160,000.000 | 156,219.20<br>97.6370 | 154,058.63 | 2,160.57<br>- 793.60 | 1,059.78 | 3.20 |
| U S Treasury<br>Nt 2.375% 5/15/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128286T2 Asset Minor Code 21 | 220,000.000 | 208,234.40<br>94.6520 | 202,947.36 | 5,287.04<br>- 1,040.60 | 1,107.47 | 2.51 |
| **Total US Government Issues** | **7,860,680.430** | **7,584,730.16** | **7,658,505.50** | **- 73,775.34**<br>**- 36,575.31** | **51,387.51** | **3.40** |

### Corporate Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| At T Inc Glbl<br>Nt 2.300% 6/01/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>00206RJX1 Asset Minor Code 28 | 120,000.000 | 115,520.40<br>96.2670 | 115,373.60 | 146.80<br>- 180.00 | 460.00 | 2.39 |
| Adobe Inc Sr<br>Glbl 4.800% 4/04/29<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>00724PAF6 Asset Minor Code 28 | 75,000.000 | 76,571.25<br>102.0950 | 74,591.30 | 1,979.95<br>- 313.50 | 1,170.00 | 4.70 |
| Air Products<br>And 4.850% 2/08/34<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>009158BK1 Asset Minor Code 28 | 70,000.000 | 69,801.90<br>99.7170 | 69,675.60 | 126.30<br>- 371.70 | 1,631.49 | 4.86 |
| Allstate Corp<br>0.750% 12/15/25<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>020002BH3 Asset Minor Code 28 | 55,000.000 | 54,243.75<br>98.6250 | 50,275.05 | 3,968.70<br>185.35 | 52.71 | 0.76 |

02552704
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▒▒▒3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| American Airlines  3.575%  7/15/29 Standard & Poors Rating: AA- Moodys Rating: A2 02376UAA3   Asset Minor Code 31 | 45,754.790 | 44,426.07 97.0960 | 44,181.28 | 244.79 104.69 | 72.70 | 3.68 |
| American Express Co  5.016%  4/25/31 Standard & Poors Rating: A- Moodys Rating: A2 025816EF2   Asset Minor Code 28 | 114,000.000 | 116,030.34 101.7810 | 114,762.21 | 1,268.13 - 376.20 | 1,524.86 | 4.93 |
| American Wtr Cap    5.250%  3/01/35 Standard & Poors Rating: A Moodys Rating: Baa1 03040WBF1   Asset Minor Code 28 | 77,000.000 | 77,804.65 101.0450 | 76,946.77 | 857.88 - 220.22 | 1,729.29 | 5.20 |
| Amphenol Corp 4.750%  3/30/26 Standard & Poors Rating: A- Moodys Rating: A3 032095AM3   Asset Minor Code 28 | 140,000.000 | 140,196.00 100.1400 | 140,175.00 | 21.00 - 112.00 | 2,235.14 | 4.74 |
| Anheuser Busch Inbev 4.750%  1/23/29 Standard & Poors Rating: A- Moodys Rating: A3 035240AQ3   Asset Minor Code 28 | 100,000.000 | 101,474.00 101.4740 | 107,094.50 | - 5,620.50 - 328.00 | 105.56 | 4.68 |
| Apple Inc 4.500%  5/12/32 Standard & Poors Rating: AA+ Moodys Rating: Aaa 037833FA3   Asset Minor Code 28 | 108,000.000 | 108,637.20 100.5900 | 107,083.62 | 1,553.58 - 731.16 | 1,066.50 | 4.47 |
| Applied Matls Inc   4.800%  6/15/29 Standard & Poors Rating: A Moodys Rating: A2 038222AS4   Asset Minor Code 28 | 55,000.000 | 56,027.40 101.8680 | 54,833.90 | 1,193.50 - 216.15 | 337.33 | 4.71 |

R1191

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Automatic<br>Data 1.700% 5/15/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>053015AG8 Asset Minor Code 28 | 50,000.000 | 46,883.50<br>93.7670 | 47,385.65 | - 502.15<br>- 134.00 | 179.44 | 1.81 |
| Automatic<br>Data 4.450% 9/09/34<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>053015AH6 Asset Minor Code 28 | 55,000.000 | 53,661.30<br>97.5660 | 54,563.50 | - 902.20<br>- 274.45 | 965.40 | 4.56 |
| Avery<br>Dennison Corp 4.875% 12/06/28<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>053611AJ8 Asset Minor Code 28 | 105,000.000 | 106,048.95<br>100.9990 | 116,980.00 | - 10,931.05<br>- 509.25 | 782.03 | 4.83 |
| Bank Of<br>America 4.980% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>05522RDH8 Asset Minor Code 31 | 40,000.000 | 40,330.40<br>100.8260 | 39,994.63 | 335.77<br>- 92.80 | 88.53 | 4.94 |
| Bank Of<br>America Mtn 3.824% 1/20/28<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GGF0 Asset Minor Code 28 | 96,000.000 | 94,968.96<br>98.9260 | 95,835.68 | - 866.72<br>- 194.88 | 112.17 | 3.87 |
| Brown Forman<br>Corp 4.750% 4/15/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>115637AU4 Asset Minor Code 28 | 90,000.000 | 89,946.90<br>99.9410 | 90,521.20 | - 574.30<br>5.40 | 1,258.75 | 4.75 |
| Cboe Global<br>Mkts Inc 1.625% 12/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>12503MAC2 Asset Minor Code 28 | 90,000.000 | 77,978.70<br>86.6430 | 79,787.75 | - 1,809.05<br>459.90 | 186.88 | 1.88 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| CNH Equipment Tr 0.810% 12/15/26<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>12598LAC0 Asset Minor Code 31 | 15,213.660 | 15,171.82<br>99.7250 | 14,367.40 | 804.42<br>- 489.24 | 5.46 | 0.81 |
| Caterpillar Finl Mtn 4.350% 5/15/26<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>14913UAA8 Asset Minor Code 28 | 145,000.000 | 144,943.45<br>99.9610 | 143,513.55 | 1,429.90<br>- 139.20 | 1,331.58 | 4.35 |
| Chevron USA Inc 4.475% 2/26/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>166756BB1 Asset Minor Code 28 | 113,000.000 | 113,846.37<br>100.7490 | 113,219.05 | 627.32<br>- 501.72 | 2,177.21 | 4.44 |
| Cintas Corporation 3.700% 4/01/27<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>17252MAN0 Asset Minor Code 28 | 145,000.000 | 143,542.75<br>98.9950 | 149,138.60 | - 5,595.85<br>- 407.45 | 1,788.33 | 3.74 |
| Citigroup Inc 3.200% 10/21/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967KY6 Asset Minor Code 28 | 70,000.000 | 68,926.90<br>98.4670 | 67,376.00 | 1,550.90<br>- 72.80 | 622.22 | 3.25 |
| Comcast Corp 4.250% 10/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>20030NCU3 Asset Minor Code 28 | 125,000.000 | 123,697.50<br>98.9580 | 122,092.05 | 1,605.45<br>- 670.00 | 1,564.24 | 4.29 |
| Connecticut Lt Pwr 0.750% 12/01/25<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>207597EM3 Asset Minor Code 28 | 50,000.000 | 49,356.00<br>98.7120 | 47,460.10 | 1,895.90<br>124.00 | 62.50 | 0.76 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Conocophillips Sr Nt 4.700% 1/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>20826FBJ4 Asset Minor Code 28 | 94,000.000 | 95,003.92<br>101.0680 | 93,619.14 | 1,384.78<br>- 310.20 | 196.36 | 4.65 |
| Consumers<br>Energy Co 4.900% 2/15/29<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>210518DV5 Asset Minor Code 28 | 60,000.000 | 61,062.60<br>101.7710 | 60,087.60 | 975.00<br>- 188.40 | 1,355.67 | 4.81 |
| Cummins Inc<br>5.150% 2/20/34<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>231021AW6 Asset Minor Code 28 | 65,000.000 | 66,088.10<br>101.6740 | 65,302.55 | 785.55<br>- 201.50 | 1,497.08 | 5.07 |
| Daimler<br>Trucks 5.900% 3/15/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>233868AC2 Asset Minor Code 31 | 63,466.660 | 63,806.21<br>100.5350 | 63,409.65 | 396.56<br>- 97.21 | 166.42 | 5.87 |
| Dicks<br>Sporting Goods 3.150% 1/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>253393AF9 Asset Minor Code 28 | 50,000.000 | 44,889.50<br>89.7790 | 48,457.10 | - 3,567.60<br>69.50 | 70.00 | 3.51 |
| Walt Disney<br>Company 7.300% 4/30/28<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>254687DP8 Asset Minor Code 28 | 50,000.000 | 53,769.50<br>107.5390 | 53,836.50 | - 67.00<br>10.00 | 922.64 | 6.79 |
| Dominion<br>Energy 5.300% 1/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>25731VAC8 Asset Minor Code 28 | 60,000.000 | 61,135.20<br>101.8920 | 60,143.25 | 991.95<br>- 204.60 | 141.33 | 5.20 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▒▒▒▒3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Duke Energy 4.850% 1/15/34 Standard & Poors Rating: A Moodys Rating: Aa3 26442CBM5 Asset Minor Code 28 | 70,000.000 | 69,607.30 99.4390 | 69,351.50 | 255.80 - 282.80 | 150.89 | 4.88 |
| Eog Res Inc 5.000% 7/15/32 Standard & Poors Rating: A- Moodys Rating: A3 26875PAY7 Asset Minor Code 28 | 77,000.000 | 77,579.04 100.7520 | 77,021.72 | 557.32 - 357.28 | 320.83 | 4.96 |
| Ecolab Inc 5.250% 1/15/28 Standard & Poors Rating: A- Moodys Rating: A3 278865BP4 Asset Minor Code 28 | 90,000.000 | 92,243.70 102.4930 | 91,047.85 | 1,195.85 - 461.70 | 210.00 | 5.12 |
| Ecolab Inc 4.300% 6/15/28 Standard & Poors Rating: A- Moodys Rating: A3 278865BQ2 Asset Minor Code 28 | 32,000.000 | 32,064.64 100.2020 | 31,978.46 | 86.18 - 158.40 | 214.04 | 4.29 |
| Emerson Elec Co Sr 1.800% 10/15/27 Standard & Poors Rating: A Moodys Rating: A2 291011BL7 Asset Minor Code 28 | 90,000.000 | 85,401.00 94.8900 | 81,674.30 | 3,726.70 - 290.70 | 477.00 | 1.90 |
| Exxon Mobil 2.440% 8/16/29 Standard & Poors Rating: AA- Moodys Rating: Aa2 30231GBE1 Asset Minor Code 28 | 54,000.000 | 50,755.68 93.9920 | 53,631.72 | - 2,876.04 - 119.34 | 603.90 | 2.60 |
| Fiserv Inc 4.750% 3/15/30 Standard & Poors Rating: BBB Moodys Rating: Baa2 337738BM9 Asset Minor Code 28 | 30,000.000 | 30,081.00 100.2700 | 29,931.30 | 149.70 - 122.40 | 538.33 | 4.74 |

R1195

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Florida Pwr Lt Co  5.050%  4/01/28 Standard & Poors Rating: A+ Moodys Rating: Aa2 341081GK7  Asset Minor Code 28 | 160,000.000 | 163,219.20 102.0120 | 160,736.00 | 2,483.20 - 649.60 | 3,321.78 | 4.95 |
| General Mtrs Finl Co 1.250%  1/08/26 Standard & Poors Rating: BBB Moodys Rating: Baa2 37045XDD5  Asset Minor Code 28 | 40,000.000 | 39,409.60 98.5240 | 37,955.60 | 1,454.00 144.80 | 31.94 | 1.27 |
| General Mtrs Finl Co 5.400%  5/08/27 Standard & Poors Rating: BBB Moodys Rating: Baa2 37045XEQ5  Asset Minor Code 28 | 90,000.000 | 91,173.60 101.3040 | 90,885.90 | 287.70 - 133.20 | 1,120.50 | 5.33 |
| Georgia Pacific Corp 7.750% 11/15/29 Standard & Poors Rating: A+ Moodys Rating: A3 373298BR8  Asset Minor Code 28 | 127,000.000 | 143,276.32 112.8160 | 143,194.21 | 82.11 - 1,162.05 | 2,077.86 | 6.87 |
| Grainger W W Inc   4.450%  9/15/34 Standard & Poors Rating: A+ Moodys Rating: A2 384802AF1  Asset Minor Code 28 | 76,000.000 | 73,894.80 97.2300 | 75,589.77 | - 1,694.97 - 98.12 | 1,277.64 | 4.58 |
| Hershey Company     3.200%  8/21/25 Standard & Poors Rating: A Moodys Rating: A1 427866AU2  Asset Minor Code 28 | 140,000.000 | 139,900.60 99.9290 | 145,099.60 | - 5,199.00 168.00 | 1,991.11 | 3.20 |
| Home Depot Inc     4.950%  9/30/26 Standard & Poors Rating: A Moodys Rating: A2 437076CV2  Asset Minor Code 28 | 90,000.000 | 90,674.10 100.7490 | 89,968.30 | 705.80 - 215.10 | 1,497.38 | 4.91 |

R1196

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Home Depot<br>Inc 5.150% 6/25/26<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>437076CZ3 Asset Minor Code 28 | 50,000.000 | 50,351.50<br>100.7030 | 49,989.85 | 361.65<br>- 115.00 | 257.50 | 5.11 |
| Host Hotels L<br>P 5.700% 6/15/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>44107TBD7 Asset Minor Code 28 | 44,000.000 | 44,633.60<br>101.4400 | 43,501.92 | 1,131.68<br>7.92 | 494.63 | 5.62 |
| Illinois Tool<br>Work 2.650% 11/15/26<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>452308AX7 Asset Minor Code 28 | 140,000.000 | 137,523.40<br>98.2310 | 137,257.20 | 266.20<br>- 15.40 | 783.22 | 2.70 |
| Jpmorgan<br>Chase Co 5.103% 4/22/31<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PEY8 Asset Minor Code 28 | 89,000.000 | 91,018.52<br>102.2680 | 90,061.16 | 957.36<br>- 188.68 | 1,248.96 | 4.99 |
| John Deere<br>Owner Tr 5.180% 3/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>477920AC6 Asset Minor Code 31 | 133,775.700 | 134,340.23<br>100.4220 | 133,950.81 | 389.42<br>- 172.00 | 307.99 | 5.16 |
| Kenvue Inc<br>5.350% 3/22/26<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>49177JAD4 Asset Minor Code 28 | 105,000.000 | 105,471.45<br>100.4490 | 104,928.40 | 543.05<br>- 165.90 | 2,012.94 | 5.33 |
| Keurig Dr<br>Pepper Inc 5.200% 3/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>49271VAU4 Asset Minor Code 28 | 119,000.000 | 122,133.27<br>102.6330 | 118,257.78 | 3,875.49<br>- 581.91 | 2,337.69 | 5.07 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Kimberly<br>Clark Corp 3.950% 11/01/28<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>494368BY8 Asset Minor Code 28 | 155,000.000 | 153,866.95<br>99.2690 | 173,257.90 | - 19,390.95<br>- 716.10 | 1,530.63 | 3.98 |
| Martin<br>Marietta Inc 2.400% 7/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa2<br>573284AW6 Asset Minor Code 28 | 44,000.000 | 38,657.08<br>87.8570 | 38,776.32 | - 119.24<br>- 119.24 | .00 | 2.73 |
| Mastercard<br>Inc 4.875% 5/09/34<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>57636QAZ7 Asset Minor Code 28 | 54,000.000 | 54,327.78<br>100.6070 | 55,522.98 | - 1,195.20<br>- 319.14 | 599.63 | 4.85 |
| National<br>Rural Util 2.400% 3/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>637432NV3 Asset Minor Code 28 | 90,000.000 | 82,401.30<br>91.5570 | 85,022.95 | - 2,621.65<br>- 404.10 | 816.00 | 2.62 |
| Oge Energy<br>Corp 5.450% 5/15/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>670837AD5 Asset Minor Code 28 | 65,000.000 | 66,978.60<br>103.0440 | 65,748.85 | 1,229.75<br>- 310.05 | 747.86 | 5.29 |
| O Reilly<br>Automotive 3.900% 6/01/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>67103HAH0 Asset Minor Code 28 | 120,000.000 | 117,319.20<br>97.7660 | 114,414.90 | 2,904.30<br>- 576.00 | 780.00 | 3.99 |
| Oracle Corp<br>6.150% 11/09/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>68389XCH6 Asset Minor Code 28 | 65,000.000 | 68,929.90<br>106.0460 | 68,224.00 | 705.90<br>- 425.10 | 910.54 | 5.80 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Paccar<br>Financial Mtn 5.200% 11/09/26<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>69371RS72 Asset Minor Code 28 | 70,000.000 | 70,832.30<br>101.1890 | 70,138.00 | 694.30<br>- 252.00 | 829.11 | 5.14 |
| Paccar<br>Financial Mtn 4.450% 8/06/27<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>69371RT30 Asset Minor Code 28 | .000 | .00<br>100.5910 | .00 | .00<br>- 569.15 | .00 | 0.00 |
| Pacific Gas<br>Elec Co 5.900% 6/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>694308KG1 Asset Minor Code 28 | 35,000.000 | 36,023.75<br>102.9250 | 35,569.80 | 453.95<br>302.40 | 263.86 | 5.73 |
| Pepsico Inc<br>2.750% 3/19/30<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>713448ES3 Asset Minor Code 28 | 165,000.000 | 154,011.00<br>93.3400 | 164,072.85 | - 10,061.85<br>- 719.40 | 1,663.75 | 2.95 |
| Pg E Energy<br>1.460% 7/15/33<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>71710TAA6 Asset Minor Code 31 | 108,462.450 | 99,093.46<br>91.3620 | 105,062.31 | - 5,968.85<br>257.56 | 70.38 | 1.60 |
| Progressive<br>Corp 3.000% 3/15/32<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>743315AZ6 Asset Minor Code 28 | 98,000.000 | 89,126.10<br>90.9450 | 86,423.17 | 2,702.93<br>- 276.82 | 1,110.67 | 3.30 |
| Public Svc<br>Elec Gas 5.200% 3/01/34<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>74456QCQ7 Asset Minor Code 28 | 85,000.000 | 86,549.55<br>101.8230 | 85,357.90 | 1,191.65<br>- 515.10 | 1,841.67 | 5.11 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Public Storage Glbl 5.100% 8/01/33 Standard & Poors Rating: A Moodys Rating: A2 74460WAG2 Asset Minor Code 28 | 84,000.000 | 85,787.52 102.1280 | 84,415.81 | 1,371.71 - 400.68 | 2,142.00 | 4.99 |
| Quanta Svcs Inc 4.750% 8/09/27 Standard & Poors Rating: BBB Moodys Rating: Baa3 74762EAK8 Asset Minor Code 28 | 94,000.000 | 94,611.00 100.6500 | 93,979.74 | 631.26 - 177.66 | 2,133.28 | 4.72 |
| Republic Services 3.950% 5/15/28 Standard & Poors Rating: A- Moodys Rating: A3 760759AT7 Asset Minor Code 28 | 135,000.000 | 133,945.65 99.2190 | 128,839.35 | 5,106.30 - 488.70 | 1,125.75 | 3.98 |
| Roper Technologies 4.750% 2/15/32 Standard & Poors Rating: BBB+ Moodys Rating: Baa2 776696AH9 Asset Minor Code 28 | 92,000.000 | 91,611.76 99.5780 | 91,951.64 | - 339.88 - 549.24 | 2,015.06 | 4.77 |
| Texas Instrs Inc 4.600% 2/08/27 Standard & Poors Rating: A+ Moodys Rating: Aa3 882508CE2 Asset Minor Code 28 | 60,000.000 | 60,357.60 100.5960 | 59,986.00 | 371.60 - 189.00 | 1,326.33 | 4.57 |
| Transcont Gas Pipe 4.000% 3/15/28 Standard & Poors Rating: BBB+ Moodys Rating: Baa1 893574AK9 Asset Minor Code 28 | 107,000.000 | 105,714.93 98.7990 | 112,789.03 | - 7,074.10 - 286.76 | 1,616.89 | 4.05 |
| Travelers 5.050% 7/24/35 Standard & Poors Rating: A Moodys Rating: A2 89417EAT6 Asset Minor Code 28 | 33,000.000 | 33,081.18 100.2460 | 33,095.93 | - 14.75 - 14.75 | 32.40 | 5.04 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT █████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Union Pacific<br>Rr Co 3.227% 5/14/26<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>907825AA1 Asset Minor Code 31 | 151,671.050 | 150,102.77<br>98.9660 | 156,155.48 | - 6,052.71<br>244.19 | 1,046.82 | 3.26 |
| United Parcel<br>Svcs 4.875% 3/03/33<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>911312BZ8 Asset Minor Code 28 | 90,000.000 | 91,098.00<br>101.2200 | 91,183.30 | - 85.30<br>- 449.10 | 1,803.75 | 4.82 |
| Ventas Realty<br>LP 4.000% 3/01/28<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>92277GAM9 Asset Minor Code 28 | 40,000.000 | 39,510.00<br>98.7750 | 38,980.00 | 530.00<br>- 118.40 | 666.67 | 4.05 |
| Verizon Ma Tr<br>4.170% 8/20/30<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>92348KDE0 Asset Minor Code 31 | 70,000.000 | 69,858.60<br>99.7980 | 69,981.82 | - 123.22<br>- 233.10 | 89.19 | 4.18 |
| Visa Inc<br>3.150% 12/14/25<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>92826CAD4 Asset Minor Code 28 | 45,000.000 | 44,781.30<br>99.5140 | 45,217.70 | - 436.40<br>27.00 | 185.06 | 3.17 |
| Vulcan Matls<br>Co 4.950% 12/01/29<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa2<br>929160BB4 Asset Minor Code 28 | 61,000.000 | 61,985.15<br>101.6150 | 61,072.10 | 913.05<br>- 215.33 | 503.25 | 4.87 |
| Waste Mgmt<br>Inc 4.150% 4/15/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>94106LBS7 Asset Minor Code 28 | 142,000.000 | 138,305.16<br>97.3980 | 139,785.57 | - 1,480.41<br>- 570.64 | 1,735.16 | 4.26 |

02552704
35- -01-B -62 -218-04
0101  -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▮▮▮▮3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Wisconsin Elec    5.000%  5/15/29 Standard & Poors Rating: A- Moodys Rating: A2 976656CQ9   Asset Minor Code 28 | 90,000.000 | 91,949.40 102.1660 | 90,195.40 | 1,754.00 - 365.40 | 950.00 | 4.89 |
| Wisconsin Elec    4.600%  10/01/34 Standard & Poors Rating: A- Moodys Rating: A2 976656CS5   Asset Minor Code 28 | 40,000.000 | 39,198.00 97.9950 | 40,175.00 | - 977.00 - 350.00 | 613.33 | 4.69 |
| **Total Corporate Issues** | **6,927,344.310** | **6,890,559.03** | **6,923,492.93** | **- 32,933.90 - 20,126.46** | **76,284.99** | **4.27** |

### Foreign Issues

| | | | | | | |
|---|---|---|---|---|---|---|
| Canadian Natl Rail  6.900%  7/15/28 Standard & Poors Rating: A- Moodys Rating: A2 136375BD3   Asset Minor Code 35 | 115,000.000 | 123,084.50 107.0300 | 136,667.10 | - 13,582.60 - 531.30 | 352.67 | 6.45 |
| **Total Foreign Issues** | **115,000.000** | **123,084.50** | **136,667.10** | **- 13,582.60 - 531.30** | **352.67** | **6.44** |

### Municipal Issues

| | | | | | | |
|---|---|---|---|---|---|---|
| Colorado Hsg 4.381% 11/01/26 Standard & Poors Rating: AAA Moodys Rating: Aaa 1964802X4   Asset Minor Code 39 | 80,000.000 | 80,018.40 100.0230 | 80,000.00 | 18.40 - 113.60 | 876.20 | 4.38 |
| Dallas Fort Worth Tx 2.256% 11/01/26 Standard & Poors Rating: AA- Moodys Rating: A1 2350364M9   Asset Minor Code 39 | 65,000.000 | 63,444.55 97.6070 | 65,000.00 | - 1,555.45 34.45 | 366.60 | 2.31 |

Case: 23-30564    Doc# 1301-1    Filed: 08/20/25    Entered: 08/20/25 13:23:41    Page 395 of 584

R1202

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Georgia ST<br>Ser B 3.390% 2/01/27<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>373384U61 Asset Minor Code 39 | 80,000.000 | 79,300.00<br>99.1250 | 84,324.80 | - 5,024.80<br>- 56.80 | 1,356.00 | 3.42 |
| Nebraska ST<br>Public 2.493% 1/01/27<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>63968A2D6 Asset Minor Code 39 | 75,000.000 | 73,202.25<br>97.6030 | 75,000.00 | - 1,797.75<br>- 72.00 | 155.81 | 2.55 |
| New York ST<br>Urban 3.270% 3/15/28<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>6500355X2 Asset Minor Code 39 | 105,000.000 | 103,018.65<br>98.1130 | 105,057.35 | - 2,038.70<br>- 244.65 | 1,297.10 | 3.33 |
| New York ST<br>Urban 3.150% 3/15/27<br>Standard & Poors Rating: N/R<br>Moodys Rating: Aa1<br>6500357E2 Asset Minor Code 39 | 75,000.000 | 73,877.25<br>98.5030 | 73,556.25 | 321.00<br>- 181.50 | 892.50 | 3.20 |
| Ohio ST<br>Turnpike 2.251% 2/15/28<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>67760HMW8 Asset Minor Code 39 | 95,000.000 | 90,620.50<br>95.3900 | 95,000.00 | - 4,379.50<br>- 343.90 | 986.06 | 2.36 |
| Oregon ST<br>1.330% 11/15/28<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aa1<br>68607DVE2 Asset Minor Code 39 | 65,000.000 | 59,651.80<br>91.7720 | 55,249.35 | 4,402.45<br>- 245.70 | 182.51 | 1.45 |
| **Total Municipal Issues** | **640,000.000** | **623,133.40** | **633,187.75** | **- 10,054.35**<br>**- 1,223.70** | **6,112.78** | **2.94** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **15,775,822.960** | **15,400,811.94** | **15,531,158.13** | **- 130,346.19**<br>**- 58,456.77** | **134,819.61** | **3.82** |
| **Accrued Income** | **.000** | **134,819.61** | **134,819.61** | | | |
| **Grand Total** | **15,775,822.960** | **15,535,631.55** | **15,665,977.74** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 232,798.220 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 353.24 | 681.66 | 353.24 | 681.66 |
| **Total Cash And Equivalents** | | | | | **353.24** | **681.66** | **353.24** | **681.66** |
| **US Government Issues** | | | | | | | | |
| 1.100 | F H L M C Gd G30290 6.500% 3/01/26 3128CUKB1 | | | | .01 | .01 | .01 | .01 |
| 16,640.900 | F H L M C Gd G15922 3.000% 8/01/31 3128MEYT2 | | | | 42.75 | 41.60 | 42.76 | 41.59 |
| 11,573.890 | F H L M C Gd G18527 3.000% 10/01/29 3128MMSR5 | | | | 29.73 | 28.93 | 29.73 | 28.93 |
| 18,200.070 | F H L M C Gd G18614 2.500% 10/01/31 3128MMVG5 | | | | 38.79 | 37.92 | 38.78 | 37.93 |
| 157,008.180 | F H L M C #Sb0661 2.500% 4/01/37 3132CWWW0 | | | | 332.35 | 327.10 | 332.34 | 327.11 |
| 131,626.080 | F H L M C #Sb1302 5.500% 10/01/39 3132CXNT5 | | | | 326.74 | 477.94 | 201.39 | 603.29 |
| 97,700.440 | F H L M C #Sb8184 4.000% 10/01/37 3132D6CV0 | | | | 331.76 | 325.67 | 331.76 | 325.67 |
| 93,383.350 | F H L M C #Sb8186 4.500% 9/01/37 3132D6CX6 | | | | 356.72 | 350.19 | 356.72 | 350.19 |
| 120,650.910 | F H L M C #Sb8191 4.500% 10/01/37 3132D6C40 | | | | 461.07 | 452.44 | 461.12 | 452.39 |
| 22,713.960 | F H L M C #Sb8216 4.500% 3/01/38 3132D6DV9 | | | | 115.08 | 88.02 | 86.31 | 116.79 |
| 150,622.290 | F H L M C #Sb8217 5.000% 3/01/38 3132D6DW7 | | | | 638.84 | 627.59 | 638.89 | 627.54 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 96,417.590 | F H L M C #Sb8220 5.500% 2/01/38 3132D6DZ0 | | | | 449.26 | 441.91 | 449.25 | 441.92 |
| 54,104.240 | F H L M C #Sb8293 5.000% 4/01/39 3132D6GA2 | | | | 230.04 | 225.43 | 230.04 | 225.43 |
| 120,788.410 | F H L M C #Sb8303 5.000% 5/01/39 3132D6GL8 | | | | 512.63 | 503.29 | 512.63 | 503.29 |
| 115,411.800 | F H L M C #Sb8346 4.000% 12/01/39 3132D6HX1 | | | | 388.16 | .00 | 388.16 | .00 |
| 68,664.880 | F H L M C #Sb8350 5.000% 12/01/39 3132D6H37 | | | | 292.06 | 286.10 | 292.06 | 286.10 |
| 215,000.000 | F H L M C M T N 6.250% 7/15/32 3134A4KX1 | | | | 6,196.18 | 1,119.79 | 6,718.75 | 597.22 |
| 270,000.000 | F N M A 0.875% 8/05/30 3135G05Q2 | | | | 958.13 | 196.87 | .00 | 1,155.00 |
| 185,000.000 | F N M A 0.375% 8/25/25 3135G05X7 | | | | 242.81 | 57.82 | .00 | 300.63 |
| 225,000.000 | F N M A Deb 6.625 11/15/2030 31359MGK3 | | | | 1,904.69 | 1,242.19 | .00 | 3,146.88 |
| 79,523.770 | F H L M C Mltcl Mtg 2.995% 12/25/25 3137BN6G4 | | | | 397.58 | - .31 | 198.79 | 198.48 |
| 118,300.490 | F H L M C Mltcl Mtg 2.673% 3/25/26 3137BPW21 | | | | 270.51 | 263.51 | 271.04 | 262.98 |
| 33,232.260 | F H L M C Mltcl Mt 3.750% 8/25/25 3137FJXQ7 | | | | 253.57 | 103.85 | 253.58 | 103.84 |
| 140,000.000 | F H L M C Mltcl Mtg 2.920% 6/25/32 3137H7ZB2 | | | | 340.67 | 340.67 | 340.67 | 340.67 |
| 24,673.130 | F N M A #Ax8309 3.000% 11/01/29 3138YAGT6 | | | | 63.35 | 61.68 | 63.35 | 61.68 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 36,271.710 | F N M A #890790 3.000% 8/01/32 31410LUP5 | | | | 92.60 | 90.68 | 92.59 | 90.69 |
| 129,458.800 | F N M A #Ma4667 3.500% 7/01/37 31418EFH8 | | | | 383.62 | 377.59 | 383.63 | 377.58 |
| 121,283.390 | F N M A #Ma4713 4.000% 7/01/37 31418EGX2 | | | | 411.74 | 404.28 | 411.74 | 404.28 |
| 67,214.600 | F N M A #Ma4797 4.000% 11/01/37 31418EKK5 | | | | 407.24 | .00 | 226.25 | 180.99 |
| 92,881.090 | F N M A #Ma4825 5.000% 10/01/37 31418ELF5 | | | | 393.58 | 387.00 | 393.54 | 387.04 |
| 67,374.900 | F N M A #Ma4991 5.500% 4/01/38 31418ERM4 | | | | 313.56 | 308.80 | 313.55 | 308.81 |
| 34,663.090 | F N M A #Ma5013 4.500% 4/01/38 31418ESB7 | | | | 132.15 | 129.99 | 132.15 | 129.99 |
| 115,274.740 | F N M A #Ma5145 6.000% 9/01/38 31418EWF3 | | | | 596.98 | 576.37 | 597.00 | 576.35 |
| 33,654.210 | F N M A #Ma5149 5.500% 8/01/38 31418EWK2 | | | | 158.66 | 154.25 | 158.66 | 154.25 |
| 95,795.550 | F N M A #Ma5589 4.500% 1/01/40 31418FF77 | | | | 364.14 | 359.23 | 364.14 | 359.23 |
| 5,570.610 | G N M A I I #Ma0674 2.500% 1/20/28 36179MXB1 | | | | 12.42 | 11.61 | 12.43 | 11.60 |
| 370,000.000 | U S Treasury Nt 0.625% 8/15/30 91282CAE1 | | | | 868.78 | 198.04 | .00 | 1,066.82 |
| 270,000.000 | U S Treasury Nt 1.125% 2/15/31 91282CBL4 | | | | 1,141.16 | 260.12 | .00 | 1,401.28 |
| 410,000.000 | U S Treasury Nt 1.250% 8/15/31 91282CCS8 | | | | 1,925.41 | 438.89 | .00 | 2,364.30 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 265,000.000 | U S Treasury Nt 2.750% 8/15/32 91282CFF3 | | | | 2,715.34 | 618.94 | .00 | 3,334.28 |
| 345,000.000 | U S Treasury Nt 4.125% 11/15/32 91282CFV8 | | | | 1,817.58 | 1,198.83 | .00 | 3,016.41 |
| 430,000.000 | U S Treasury Nt 3.375% 5/15/33 91282CHC8 | | | | 1,868.73 | 1,232.57 | .00 | 3,101.30 |
| 225,000.000 | United States Treas 4.375% 11/30/30 91282CJM4 | | | | 833.76 | 833.76 | .00 | 1,667.52 |
| 350,000.000 | U S Treasury Nt 4.000% 2/15/34 91282CJZ5 | | | | 5,034.25 | 1,147.52 | .00 | 6,181.77 |
| 210,000.000 | U S Treasury Nt 4.125% 7/31/31 91282CLD1 | | | | 3,613.36 | 741.43 | 4,331.25 | 23.54 |
| 295,000.000 | U S Treasury Nt 4.625% 2/15/35 91282CMM0 | | | | 5,125.83 | 1,168.39 | .00 | 6,294.22 |
| 110,000.000 | U S Treasury Nt 2.250% 11/15/25 912828M56 | | | | 316.10 | 208.49 | .00 | 524.59 |
| 205,000.000 | U S Treasury Nt 2.000% 11/15/26 912828U24 | | | | 523.64 | 345.38 | .00 | 869.02 |
| 245,000.000 | U S Treasury Nt 1.500% 2/15/30 912828Z94 | | | | 1,380.66 | 314.71 | .00 | 1,695.37 |
| 125,000.000 | U S Treasury Nt 1.500% 8/15/26 9128282A7 | | | | 704.42 | 160.57 | .00 | 864.99 |
| 260,000.000 | U S Treasury Nt 2.750% 2/15/28 9128283W8 | | | | 2,686.19 | 612.29 | .00 | 3,298.48 |
| 160,000.000 | U S Treasury Nt 3.125% 11/15/28 9128285M8 | | | | 638.59 | 421.19 | .00 | 1,059.78 |
| 220,000.000 | U S Treasury Nt 2.375% 5/15/29 9128286T2 | | | | 667.32 | 440.15 | .00 | 1,107.47 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███ 3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Total US Government Issues** | | | | | **50,301.29** | **20,741.28** | **19,655.06** | **51,387.51** |
| **Corporate Issues** | | | | | | | | |
| 120,000.000 | At T Inc Glbl Nt 00206RJX1 | | 2.300% | 6/01/27 | 230.00 | 230.00 | .00 | 460.00 |
| 75,000.000 | Adobe Inc Sr Glbl 00724PAF6 | | 4.800% | 4/04/29 | 870.00 | 300.00 | .00 | 1,170.00 |
| 70,000.000 | Air Products And 009158BK1 | | 4.850% | 2/08/34 | 1,348.57 | 282.92 | .00 | 1,631.49 |
| 55,000.000 | Allstate Corp 020002BH3 | | 0.750% | 12/15/25 | 18.33 | 34.38 | .00 | 52.71 |
| 45,754.790 | American Airlines 02376UAA3 | | 3.575% | 7/15/29 | 785.56 | 138.95 | 851.81 | 72.70 |
| 114,000.000 | American Express Co 025816EF2 | | 5.016% | 4/25/31 | 1,048.34 | 476.52 | .00 | 1,524.86 |
| 77,000.000 | American Wtr Cap 03040WBF1 | | 5.250% | 3/01/35 | 1,265.83 | 307.27 | - 156.19 | 1,729.29 |
| 140,000.000 | Amphenol Corp 032095AM3 | | 4.750% | 3/30/26 | 1,680.97 | 554.17 | .00 | 2,235.14 |
| 100,000.000 | Anheuser Busch Inbev 035240AQ3 | | 4.750% | 1/23/29 | 2,084.72 | 395.84 | 2,375.00 | 105.56 |
| 108,000.000 | Apple Inc 037833FA3 | | 4.500% | 5/12/32 | 661.50 | 405.00 | .00 | 1,066.50 |
| 55,000.000 | Applied Matls Inc 038222AS4 | | 4.800% | 6/15/29 | 117.33 | 220.00 | .00 | 337.33 |
| 50,000.000 | Automatic Data 053015AG8 | | 1.700% | 5/15/28 | 108.61 | 70.83 | .00 | 179.44 |
| 55,000.000 | Automatic Data 053015AH6 | | 4.450% | 9/09/34 | 761.44 | 203.96 | .00 | 965.40 |

R1209

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 105,000.000 | Avery Dennison Corp 4.875% 12/06/28 053611AJ8 | | | | 355.47 | 426.56 | .00 | 782.03 |
| 40,000.000 | Bank Of America 4.980% 11/15/28 05522RDH8 | | | | 88.53 | 166.00 | 166.00 | 88.53 |
| 96,000.000 | Bank Of America Mtn 3.824% 1/20/28 06051GGF0 | | | | 1,641.77 | 305.92 | 1,835.52 | 112.17 |
| 90,000.000 | Brown Forman Corp 4.750% 4/15/33 115637AU4 | | | | 902.50 | 356.25 | .00 | 1,258.75 |
| 90,000.000 | Cboe Global Mkts Inc 1.625% 12/15/30 12503MAC2 | | | | 65.00 | 121.88 | .00 | 186.88 |
| 15,213.660 | CNH Equipment Tr 0.810% 12/15/26 12598LAC0 | | | | 9.03 | 13.40 | 16.97 | 5.46 |
| 145,000.000 | Caterpillar Finl Mtn 4.350% 5/15/26 14913UAA8 | | | | 805.96 | 525.62 | .00 | 1,331.58 |
| 113,000.000 | Chevron USA Inc 4.475% 2/26/28 166756BB1 | | | | 1,755.82 | 421.39 | .00 | 2,177.21 |
| 145,000.000 | Cintas Corporation 3.700% 4/01/27 17252MAN0 | | | | 1,341.25 | 447.08 | .00 | 1,788.33 |
| 70,000.000 | Citigroup Inc 3.200% 10/21/26 172967KY6 | | | | 435.56 | 186.66 | .00 | 622.22 |
| 125,000.000 | Comcast Corp 4.250% 10/15/30 20030NCU3 | | | | 1,121.53 | 442.71 | .00 | 1,564.24 |
| 50,000.000 | Connecticut Lt Pwr 0.750% 12/01/25 207597EM3 | | | | 31.25 | 31.25 | .00 | 62.50 |
| 94,000.000 | Conocophillips Sr Nt 4.700% 1/15/30 20826FBJ4 | | | | 2,528.08 | 368.17 | 2,699.89 | 196.36 |
| 60,000.000 | Consumers Energy Co 4.900% 2/15/29 210518DV5 | | | | 1,110.67 | 245.00 | .00 | 1,355.67 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███ 3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 65,000.000 | Cummins Inc 231021AW6 | 5.150% | 2/20/34 | | | 1,218.12 | 278.96 | .00 | 1,497.08 |
| 63,466.660 | Daimler Trucks 233868AC2 | 5.900% | 3/15/27 | | | 184.48 | 327.85 | 345.91 | 166.42 |
| 50,000.000 | Dicks Sporting Goods 3.150% 253393AF9 | | 1/15/32 | | | 726.25 | 131.25 | 787.50 | 70.00 |
| 50,000.000 | Walt Disney Company 254687DP8 | 7.300% | 4/30/28 | | | 618.47 | 304.17 | .00 | 922.64 |
| 60,000.000 | Dominion Energy 25731VAC8 | 5.300% | 1/15/35 | | | 1,528.17 | 264.99 | 1,651.83 | 141.33 |
| 70,000.000 | Duke Energy 26442CBM5 | 4.850% | 1/15/34 | | | 1,565.47 | 282.92 | 1,697.50 | 150.89 |
| 77,000.000 | Eog Res Inc 26875PAY7 | 5.000% | 7/15/32 | | | .00 | 320.83 | .00 | 320.83 |
| 90,000.000 | Ecolab Inc 278865BP4 | 5.250% | 1/15/28 | | | 2,178.75 | 393.75 | 2,362.50 | 210.00 |
| 32,000.000 | Ecolab Inc 278865BQ2 | 4.300% | 6/15/28 | | | 99.38 | 114.66 | .00 | 214.04 |
| 90,000.000 | Emerson Elec Co Sr 1.800% 291011BL7 | | 10/15/27 | | | 342.00 | 135.00 | .00 | 477.00 |
| 54,000.000 | Exxon Mobil 30231GBE1 | 2.440% | 8/16/29 | | | 494.10 | 109.80 | .00 | 603.90 |
| 30,000.000 | Fiserv Inc 337738BM9 | 4.750% | 3/15/30 | | | 419.58 | 118.75 | .00 | 538.33 |
| 160,000.000 | Florida Pwr Lt Co 341081GK7 | 5.050% | 4/01/28 | | | 2,648.45 | 673.33 | .00 | 3,321.78 |
| 40,000.000 | General Mtrs Finl Co 1.250% 37045XDD5 | | 1/08/26 | | | 240.28 | 41.66 | 250.00 | 31.94 |

Case: 23-30564     Doc# 1301-1     Filed: 08/20/25     Entered: 08/20/25 13:23:41     Page
404 of 584

R1211

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 90,000.000 | General Mtrs Finl Co 5.400% 5/08/27 37045XEQ5 | | | | 715.50 | 405.00 | .00 | 1,120.50 |
| 127,000.000 | Georgia Pacific Corp 7.750% 11/15/29 373298BR8 | | | | 1,257.65 | 820.21 | .00 | 2,077.86 |
| 76,000.000 | Grainger W W Inc 4.450% 9/15/34 384802AF1 | | | | 786.17 | 266.00 | - 225.47 | 1,277.64 |
| 140,000.000 | Hershey Company 3.200% 8/21/25 427866AU2 | | | | 1,617.78 | 373.33 | .00 | 1,991.11 |
| 90,000.000 | Home Depot Inc 4.950% 9/30/26 437076CV2 | | | | 1,126.13 | 371.25 | .00 | 1,497.38 |
| 50,000.000 | Home Depot Inc 5.150% 6/25/26 437076CZ3 | | | | 42.92 | 214.58 | .00 | 257.50 |
| 44,000.000 | Host Hotels L P 5.700% 6/15/32 44107TBD7 | | | | 285.63 | 209.00 | .00 | 494.63 |
| 140,000.000 | Illinois Tool Work 2.650% 11/15/26 452308AX7 | | | | 474.06 | 309.16 | .00 | 783.22 |
| 89,000.000 | Jpmorgan Chase Co 5.103% 4/22/31 46647PEY8 | | | | 870.49 | 378.47 | .00 | 1,248.96 |
| 133,775.700 | John Deere Owner Tr 5.180% 3/15/28 477920AC6 | | | | 320.64 | 588.54 | 601.19 | 307.99 |
| 105,000.000 | Kenvue Inc 5.350% 3/22/26 49177JAD4 | | | | 1,544.81 | 468.13 | .00 | 2,012.94 |
| 119,000.000 | Keurig Dr Pepper Inc 5.200% 3/15/31 49271VAU4 | | | | 1,607.67 | 497.46 | - 232.56 | 2,337.69 |
| 155,000.000 | Kimberly Clark Corp 3.950% 11/01/28 494368BY8 | | | | 1,020.42 | 510.21 | .00 | 1,530.63 |
| 54,000.000 | Mastercard Inc 4.875% 5/09/34 57636QAZ7 | | | | 380.25 | 219.38 | .00 | 599.63 |

R1212

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 90,000.000 | National Rural Util 2.400% 3/15/30 637432NV3 | | | | 636.00 | 180.00 | .00 | 816.00 |
| 65,000.000 | Oge Energy Corp 5.450% 5/15/29 670837AD5 | | | | 452.65 | 295.21 | .00 | 747.86 |
| 120,000.000 | O Reilly Automotive 3.900% 6/01/29 67103HAH0 | | | | 390.00 | 390.00 | .00 | 780.00 |
| 65,000.000 | Oracle Corp 6.150% 11/09/29 68389XCH6 | | | | 577.42 | 333.12 | .00 | 910.54 |
| 70,000.000 | Paccar Financial Mtn 5.200% 11/09/26 69371RS72 | | | | 525.78 | 303.33 | .00 | 829.11 |
| .000 | Paccar Financial Mtn 4.450% 8/06/27 69371RT30 | | | | 806.56 | 28.19 | 834.75 | .00 |
| 35,000.000 | Pacific Gas Elec Co 5.900% 6/15/32 694308KG1 | | | | 91.78 | 172.08 | .00 | 263.86 |
| 165,000.000 | Pepsico Inc 2.750% 3/19/30 713448ES3 | | | | 1,285.63 | 378.12 | .00 | 1,663.75 |
| 108,462.450 | Pg E Energy 1.460% 7/15/33 71710TAA6 | | | | 792.52 | 137.22 | 859.36 | 70.38 |
| 98,000.000 | Progressive Corp 3.000% 3/15/32 743315AZ6 | | | | 662.50 | 241.17 | - 207.00 | 1,110.67 |
| 85,000.000 | Public Svc Elec Gas 5.200% 3/01/34 74456QCQ7 | | | | 1,473.33 | 368.34 | .00 | 1,841.67 |
| 84,000.000 | Public Storage Glbl 5.100% 8/01/33 74460WAG2 | | | | 1,785.00 | 357.00 | .00 | 2,142.00 |
| 94,000.000 | Quanta Svcs Inc 4.750% 8/09/27 74762EAK8 | | | | 1,761.19 | 372.09 | .00 | 2,133.28 |
| 135,000.000 | Republic Services 3.950% 5/15/28 760759AT7 | | | | 681.38 | 444.37 | .00 | 1,125.75 |

02552704
35- -01-B -62 -218-04
0101  -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 92,000.000 | Roper Technologies 776696AH9 | 4.750% | 2/15/32 | | | 1,650.89 | 364.17 | .00 | 2,015.06 |
| 60,000.000 | Texas Instrs Inc 882508CE2 | 4.600% | 2/08/27 | | | 1,096.33 | 230.00 | .00 | 1,326.33 |
| 107,000.000 | Transcont Gas Pipe 893574AK9 | 4.000% | 3/15/28 | | | 1,260.22 | 356.67 | .00 | 1,616.89 |
| 33,000.000 | Travelers 89417EAT6 | 5.050% | 7/24/35 | | | .00 | 26.51 | - 5.89 | 32.40 |
| 151,671.050 | Union Pacific Rr Co 907825AA1 | 3.227% | 5/14/26 | | | 638.95 | 407.87 | .00 | 1,046.82 |
| 90,000.000 | United Parcel Svcs 911312BZ8 | 4.875% | 3/03/33 | | | 1,438.13 | 365.62 | .00 | 1,803.75 |
| 40,000.000 | Ventas Realty LP 92277GAM9 | 4.000% | 3/01/28 | | | 533.33 | 133.34 | .00 | 666.67 |
| 70,000.000 | Verizon Ma Tr 92348KDE0 | 4.170% | 8/20/30 | | | 89.19 | 243.25 | 243.25 | 89.19 |
| 45,000.000 | Visa Inc 92826CAD4 | 3.150% | 12/14/25 | | | 66.94 | 118.12 | .00 | 185.06 |
| 61,000.000 | Vulcan Matls Co 929160BB4 | 4.950% | 12/01/29 | | | 251.63 | 251.62 | .00 | 503.25 |
| 142,000.000 | Waste Mgmt Inc 94106LBS7 | 4.150% | 4/15/32 | | | 1,033.81 | 472.64 | - 228.71 | 1,735.16 |
| 90,000.000 | Wisconsin Elec 976656CQ9 | 5.000% | 5/15/29 | | | 575.00 | 375.00 | .00 | 950.00 |
| 40,000.000 | Wisconsin Elec 976656CS5 | 4.600% | 10/01/34 | | | 460.00 | 153.33 | .00 | 613.33 |
| **Total Corporate Issues** | | | | | | **68,503.40** | **24,304.75** | **16,523.16** | **76,284.99** |

**Foreign Issues**

R1214

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 115,000.000 | Canadian Natl Rail 6.900% 7/15/28 136375BD3 | | | | 3,658.92 | 661.25 | 3,967.50 | 352.67 |
| **Total Foreign Issues** | | | | | **3,658.92** | **661.25** | **3,967.50** | **352.67** |
| **Municipal Issues** | | | | | | | | |
| 80,000.000 | Colorado Hsg 4.381% 11/01/26 1964802X4 | | | | 584.13 | 292.07 | .00 | 876.20 |
| 65,000.000 | Dallas Fort Worth Tx 2.256% 11/01/26 2350364M9 | | | | 244.40 | 122.20 | .00 | 366.60 |
| 80,000.000 | Georgia ST Ser B 3.390% 2/01/27 373384U61 | | | | 1,130.00 | 226.00 | .00 | 1,356.00 |
| .000 | Honolulu City Hi 2.316% 7/01/25 438701Y32 | | | | 868.50 | .00 | 868.50 | .00 |
| 75,000.000 | Nebraska ST Public 2.493% 1/01/27 63968A2D6 | | | | 934.88 | 155.81 | 934.88 | 155.81 |
| 105,000.000 | New York ST Urban 3.270% 3/15/28 6500355X2 | | | | 1,010.98 | 286.12 | .00 | 1,297.10 |
| 75,000.000 | New York ST Urban 3.150% 3/15/27 6500357E2 | | | | 695.63 | 196.87 | .00 | 892.50 |
| 95,000.000 | Ohio ST Turnpike 2.251% 2/15/28 67760HMW8 | | | | 807.86 | 178.20 | .00 | 986.06 |
| 65,000.000 | Oregon ST 1.330% 11/15/28 68607DVE2 | | | | 110.46 | 72.05 | .00 | 182.51 |
| **Total Municipal Issues** | | | | | **6,386.84** | **1,529.32** | **1,803.38** | **6,112.78** |
| **Grand Total** | | | | | **129,203.69** | **47,918.26** | **42,302.34** | **134,819.61** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **American Airlines 3.575% 7/15/29 02376Uaa3** | | |
| 07/15/2025 | American Airlines 3.575% 7/15/29 $0.01787/Pv On 47,653.73 Pv Due 7/15/25 | 851.81 |
| **American Wtr Cap 5.250% 3/01/35 03040Wbf1** | | |
| 07/30/2025 | Paid Accrued Interest On Purchase Of American Wtr Cap 5.250% 3/01/35 Income Debit 156.19- USD | - 156.19 |
| **Anheuser Busch Inbev 4.750% 1/23/29 035240Aq3** | | |
| 07/23/2025 | Anheuser Busch Inbev 4.750% 1/23/29 0.02375 USD/$1 Pv On 100,000 Par Value Due 7/23/25 | 2,375.00 |
| **Bank Of America 4.980% 11/15/28 05522Rdh8** | | |
| 07/15/2025 | Bank Of America 4.980% 11/15/28 $0.00415/Pv On 40,000.00 Pv Due 7/15/25 | 166.00 |
| **Bank Of America Mtn 3.824% 1/20/28 06051Ggf0** | | |
| 07/21/2025 | Bank Of America Mtn 3.824% 1/20/28 0.01912 USD/$1 Pv On 96,000 Par Value Due 7/20/25 | 1,835.52 |
| **Canadian Natl Rail 6.900% 7/15/28 136375Bd3** | | |
| 07/15/2025 | Canadian Natl Rail 6.900% 7/15/28 0.0345 USD/$1 Pv On 115,000 Par Value Due 7/15/25 | 3,967.50 |
| **CNH Equipment Tr 0.810% 12/15/26 12598Lac0** | | |
| 07/15/2025 | CNH Equipment Tr 0.810% 12/15/26 $0.00067/Pv On 25,146.49 Pv Due 7/15/25 | 16.97 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Conocophillips Sr Nt 4.700% 1/15/30 20826Fbj4** | | |
| 07/15/2025 | Conocophillips Sr Nt 4.700% 1/15/30 0.028722 USD/$1 Pv On 94,000 Par Value Due 7/15/25 | 2,699.89 |
| **Daimler Trucks 5.900% 3/15/27 233868Ac2** | | |
| 07/15/2025 | Daimler Trucks 5.900% 3/15/27 $0.00492/Pv On 70,354.15 Pv Due 7/15/25 | 345.91 |
| **Dicks Sporting Goods 3.150% 1/15/32 253393Af9** | | |
| 07/15/2025 | Dicks Sporting Goods 3.150% 1/15/32 0.01575 USD/$1 Pv On 50,000 Par Value Due 7/15/25 | 787.50 |
| **Dominion Energy 5.300% 1/15/35 25731Vac8** | | |
| 07/15/2025 | Dominion Energy 5.300% 1/15/35 0.027531 USD/$1 Pv On 60,000 Par Value Due 7/15/25 | 1,651.83 |
| **Duke Energy 4.850% 1/15/34 26442Cbm5** | | |
| 07/15/2025 | Duke Energy 4.850% 1/15/34 0.02425 USD/$1 Pv On 70,000 Par Value Due 7/15/25 | 1,697.50 |
| **Ecolab Inc 5.250% 1/15/28 278865Bp4** | | |
| 07/15/2025 | Ecolab Inc 5.250% 1/15/28 0.02625 USD/$1 Pv On 90,000 Par Value Due 7/15/25 | 2,362.50 |
| **F H L M C M T N 6.250% 7/15/32 3134A4Kx1** | | |
| 07/15/2025 | F H L M C M T N 6.250% 7/15/32 0.03125 USD/$1 Pv On 215,000 Par Value Due 7/15/25 | 6,718.75 |
| **F H L M C #Sb0661 2.500% 4/01/37 3132Cwww0** | | |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/25/2025 | F H L M C #Sb0661 2.500% 4/01/37<br>June FHLMC Due 7/25/25 | 332.34 |
| **F H L M C #Sb1302 5.500% 10/01/39**<br>**3132Cxnt5** | | |
| 07/09/2025 | Paid Accrued Interest On Purchase Of<br>F H L M C #Sb1302 5.500% 10/01/39<br>Income Debit 48.26- USD | - 48.26 |
| 07/24/2025 | Paid Accrued Interest On Purchase Of<br>F H L M C #Sb1302 5.500% 10/01/39<br>Income Debit 77.09- USD | - 77.09 |
| 07/25/2025 | F H L M C #Sb1302 5.500% 10/01/39<br>June FNMA Due 7/25/25 | 326.74 |
| **Total F H L M C #Sb1302 5.500% 10/01/39** | | **201.39** |
| **F H L M C #Sb8184 4.000% 10/01/37**<br>**3132D6Cv0** | | |
| 07/25/2025 | F H L M C #Sb8184 4.000% 10/01/37<br>June FHLMC Due 7/25/25 | 331.76 |
| **F H L M C #Sb8186 4.500% 9/01/37**<br>**3132D6Cx6** | | |
| 07/25/2025 | F H L M C #Sb8186 4.500% 9/01/37<br>June FHLMC Due 7/25/25 | 356.72 |
| **F H L M C #Sb8191 4.500% 10/01/37**<br>**3132D6C40** | | |
| 07/25/2025 | F H L M C #Sb8191 4.500% 10/01/37<br>June FHLMC Due 7/25/25 | 461.12 |
| **F H L M C #Sb8216 4.500% 3/01/38**<br>**3132D6Dv9** | | |
| 07/25/2025 | F H L M C #Sb8216 4.500% 3/01/38<br>June FHLMC Due 7/25/25 | 86.31 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F H L M C #Sb8217 5.000% 3/01/38**<br>**3132D6Dw7** | | |
| 07/25/2025 | F H L M C #Sb8217 5.000% 3/01/38<br>June FHLMC Due 7/25/25 | 638.89 |
| **F H L M C #Sb8220 5.500% 2/01/38**<br>**3132D6Dz0** | | |
| 07/25/2025 | F H L M C #Sb8220 5.500% 2/01/38<br>June FHLMC Due 7/25/25 | 449.25 |
| **F H L M C #Sb8293 5.000% 4/01/39**<br>**3132D6Ga2** | | |
| 07/25/2025 | F H L M C #Sb8293 5.000% 4/01/39<br>June FHLMC Due 7/25/25 | 230.04 |
| **F H L M C #Sb8303 5.000% 5/01/39**<br>**3132D6Gl8** | | |
| 07/25/2025 | F H L M C #Sb8303 5.000% 5/01/39<br>June FHLMC Due 7/25/25 | 512.63 |
| **F H L M C #Sb8346 4.000% 12/01/39**<br>**3132D6Hx1** | | |
| 07/25/2025 | F H L M C #Sb8346 4.000% 12/01/39<br>June FHLMC Due 7/25/25 | 388.16 |
| **F H L M C #Sb8350 5.000% 12/01/39**<br>**3132D6H37** | | |
| 07/25/2025 | F H L M C #Sb8350 5.000% 12/01/39<br>June FHLMC Due 7/25/25 | 292.06 |
| **F H L M C Gd G15922 3.000% 8/01/31**<br>**3128Meyt2** | | |
| 07/15/2025 | F H L M C Gd G15922 3.000% 8/01/31<br>June FHLMC Due 7/15/25 | 42.76 |
| **F H L M C Gd G18527 3.000% 10/01/29**<br>**3128Mmsr5** | | |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/15/2025 | F H L M C Gd G18527 3.000% 10/01/29<br>June FHLMC Due 7/15/25 | 29.73 |
| **F H L M C Gd G18614 2.500% 10/01/31<br>3128Mmvg5** | | |
| 07/15/2025 | F H L M C Gd G18614 2.500% 10/01/31<br>June FHLMC Due 7/15/25 | 38.78 |
| **F H L M C Gd G30290 6.500% 3/01/26<br>3128Cukb1** | | |
| 07/15/2025 | F H L M C Gd G30290 6.500% 3/01/26<br>June FHLMC Due 7/15/25 | .01 |
| **F H L M C Mltcl Mt 3.750% 8/25/25<br>3137Fjxq7** | | |
| 07/25/2025 | F H L M C Mltcl Mt 3.750% 8/25/25<br>$0.00313/Pv On 81,146.98 Pv Due 7/25/25 | 253.58 |
| **F H L M C Mltcl Mtg 2.673% 3/25/26<br>3137Bpw21** | | |
| 07/25/2025 | F H L M C Mltcl Mtg 2.673% 3/25/26<br>$0.00223/Pv On 121,679.50 Pv Due 7/25/25 | 271.04 |
| **F H L M C Mltcl Mtg 2.920% 6/25/32<br>3137H7Zb2** | | |
| 07/25/2025 | F H L M C Mltcl Mtg 2.920% 6/25/32<br>$0.00243/Pv On 140,000.00 Pv Due 7/25/25 | 340.67 |
| **F H L M C Mltcl Mtg 2.995% 12/25/25<br>3137Bn6G4** | | |
| 07/25/2025 | F H L M C Mltcl Mtg 5.990% 12/25/25<br>$0.00250/Pv On 79,648.63 Pv Due 7/25/25 | 198.79 |
| **F N M A #Ax8309 3.000% 11/01/29<br>3138Yagt6** | | |
| 07/25/2025 | F N M A #Ax8309 3.000% 11/01/29<br>June FNMA Due 7/25/25 | 63.35 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F N M A #Ma4667 3.500% 7/01/37 31418Efh8** | | |
| 07/25/2025 | F N M A #Ma4667 3.500% 7/01/37 June FNMA Due 7/25/25 | 383.63 |
| **F N M A #Ma4713 4.000% 7/01/37 31418Egx2** | | |
| 07/25/2025 | F N M A #Ma4713 4.000% 7/01/37 June FNMA Due 7/25/25 | 411.74 |
| **F N M A #Ma4797 4.000% 11/01/37 31418Ekk5** | | |
| 07/25/2025 | F N M A #Ma4797 4.000% 11/01/37 June FNMA Due 7/25/25 | 226.25 |
| **F N M A #Ma4825 5.000% 10/01/37 31418Elf5** | | |
| 07/25/2025 | F N M A #Ma4825 5.000% 10/01/37 June FNMA Due 7/25/25 | 393.54 |
| **F N M A #Ma4991 5.500% 4/01/38 31418Erm4** | | |
| 07/25/2025 | F N M A #Ma4991 5.500% 4/01/38 June FNMA Due 7/25/25 | 313.55 |
| **F N M A #Ma5013 4.500% 4/01/38 31418Esb7** | | |
| 07/25/2025 | F N M A #Ma5013 4.500% 4/01/38 June FNMA Due 7/25/25 | 132.15 |
| **F N M A #Ma5145 6.000% 9/01/38 31418Ewf3** | | |
| 07/25/2025 | F N M A #Ma5145 6.000% 9/01/38 June FNMA Due 7/25/25 | 597.00 |
| **F N M A #Ma5149 5.500% 8/01/38 31418Ewk2** | | |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/25/2025 | F N M A #Ma5149 5.500% 8/01/38<br>June FNMA Due 7/25/25 | 158.66 |
| **F N M A #Ma5589 4.500% 1/01/40<br>31418Ff77** | | |
| 07/25/2025 | F N M A #Ma5589 4.500% 1/01/40<br>June FNMA Due 7/25/25 | 364.14 |
| **F N M A #890790 3.000% 8/01/32<br>31410Lup5** | | |
| 07/25/2025 | F N M A #890790 3.000% 8/01/32<br>June FNMA Due 7/25/25 | 92.59 |
| **First Am Govt Ob Fd Cl Z<br>31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 353.24 |
| **G N M A I I #Ma0674 2.500% 1/20/28<br>36179Mxb1** | | |
| 07/21/2025 | G N M A I I #Ma0674 2.500% 1/20/28<br>June GNMA Due 7/20/25 | 12.43 |
| **General Mtrs Finl Co 1.250% 1/08/26<br>37045Xdd5** | | |
| 07/08/2025 | General Mtrs Finl Co 1.250% 1/08/26<br>0.00625 USD/$1 Pv On 40,000 Par Value Due 7/8/25 | 250.00 |
| **Grainger W W Inc 4.450% 9/15/34<br>384802Af1** | | |
| 07/09/2025 | Paid Accrued Interest On Purchase Of<br>Grainger W W Inc 4.450% 9/15/34<br>Income Debit 225.47- USD | - 225.47 |
| **Honolulu City Hi 2.316% 7/01/25<br>438701Y32** | | |
| 07/01/2025 | Honolulu City Hi 2.316% 7/01/25<br>0.01158 USD/$1 Pv On 75,000 Par Value Due 7/1/25 | 868.50 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **John Deere Owner Tr 5.180% 3/15/28**<br>**477920Ac6** | | |
| 07/15/2025 | John Deere Owner Tr 5.180% 3/15/28<br>$0.00432/Pv On 139,273.14 Pv Due 7/15/25 | 601.19 |
| **Keurig Dr Pepper Inc 5.200% 3/15/31**<br>**49271Vau4** | | |
| 07/10/2025 | Paid Accrued Interest On Purchase Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Income Debit 232.56- USD | - 232.56 |
| **Nebraska ST Public 2.493% 1/01/27**<br>**63968A2D6** | | |
| 07/01/2025 | Nebraska ST Public 2.493% 1/01/27<br>0.012465 USD/$1 Pv On 75,000 Par Value Due 7/1/25 | 934.88 |
| **Paccar Financial Mtn 4.450% 8/06/27**<br>**69371Rt30** | | |
| 07/03/2025 | Received Accrued Interest On Sale Of<br>Paccar Financial Mtn 4.450% 8/06/27<br>Income Credit 399.76 USD | 399.76 |
| 07/09/2025 | Received Accrued Interest On Sale Of<br>Paccar Financial Mtn 4.450% 8/06/27<br>Income Credit 434.99 USD | 434.99 |
| **Total Paccar Financial Mtn 4.450% 8/06/27** | | **834.75** |
| **Pg E Energy 1.460% 7/15/33**<br>**71710Taa6** | | |
| 07/15/2025 | Pg E Energy 1.460% 7/15/33<br>$0.00730/Pv On 117,720.53 Pv Due 7/15/25 | 859.36 |
| **Progressive Corp 3.000% 3/15/32**<br>**743315Az6** | | |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 07/03/2025 | Paid Accrued Interest On Purchase Of<br>Progressive Corp 3.000% 3/15/32<br>Income Debit 207.00- USD | - 207.00 |
| **Travelers**<br>**89417Eat6** | **5.050% 7/24/35** | |
| 07/30/2025 | Paid Accrued Interest On Purchase Of<br>Travelers 5.050% 7/24/35<br>Income Debit 5.89- USD | - 5.89 |
| **U S Treasury Nt**<br>**91282Cld1** | **4.125% 7/31/31** | |
| 07/31/2025 | U S Treasury Nt 4.125% 7/31/31<br>0.020625 USD/$1 Pv On 210,000 Par Value Due 7/31/25 | 4,331.25 |
| **Verizon Ma Tr**<br>**92348Kde0** | **4.170% 8/20/30** | |
| 07/21/2025 | Verizon Ma Tr 4.170% 8/20/30<br>$0.00348/Pv On 70,000.00 Pv Due 7/20/25 | 243.25 |
| **Waste Mgmt Inc**<br>**94106Lbs7** | **4.150% 4/15/32** | |
| 07/03/2025 | Paid Accrued Interest On Purchase Of<br>Waste Mgmt Inc 4.150% 4/15/32<br>Income Debit 71.93- USD | - 71.93 |
| 07/10/2025 | Paid Accrued Interest On Purchase Of<br>Waste Mgmt Inc 4.150% 4/15/32<br>Income Debit 156.78- USD | - 156.78 |
| **Total Waste Mgmt Inc** | **4.150% 4/15/32** | **- 228.71** |
| **Total Interest** | | **42,302.34** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 353.24 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 353.240 | .00 | - 353.24 | 353.24 |
| 07/08/2025 | Purchased 250 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/8/25 31846V567 | 250.000 | .00 | - 250.00 | 250.00 |
| 07/15/2025 | Purchased 47,393.87 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/15/25 31846V567 | 47,393.870 | .00 | - 47,393.87 | 47,393.87 |
| 07/15/2025 | Purchased 10,117.44 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/15/25 31846V567 | 10,117.440 | .00 | - 10,117.44 | 10,117.44 |
| 07/21/2025 | Purchased 2,485.63 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/21/25 31846V567 | 2,485.630 | .00 | - 2,485.63 | 2,485.63 |
| 07/23/2025 | Purchased 2,375 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/23/25 31846V567 | 2,375.000 | .00 | - 2,375.00 | 2,375.00 |
| 07/25/2025 | Purchased 95,605.92 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | 95,605.920 | .00 | - 95,605.92 | 95,605.92 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from July 1, 2025 to July 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/25/2025 | Purchased 323.65 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/25/25 31846V567 | 323.650 | .00 | - 323.65 | 323.65 |
| 07/31/2025 | Purchased 4,331.25 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/31/25 31846V567 | 4,331.250 | .00 | - 4,331.25 | 4,331.25 |
| **Total First Am Govt Ob Fd Cl Z** | | **163,236.000** | **.00** | **- 163,236.00** | **163,236.00** |
| **Total Cash And Equivalents** | | **163,236.000** | **.00** | **- 163,236.00** | **163,236.00** |
| **US Government Issues** | | | | | |
| 07/08/2025 | Purchased 39,487.82 Par Value Of F H L M C #Sb1302 5.500% 10/01/39 Trade Date 7/8/25 Purchased Through J.P. Morgan Securities LLC Trdh External Ref#: 101170050000215 39,487.82 Par Value At 102.0625094 % 3132CXNT5 | 39,487.820 | .00 | - 40,302.26 | 40,302.26 |
| 07/23/2025 | Purchased 21,937.68 Par Value Of F H L M C #Sb1302 5.500% 10/01/39 Trade Date 7/23/25 Purchased Through J.P. Morgan Securities LLC Trdh External Ref#: 101836750000215 21,937.68 Par Value At 102.03125399 % 3132CXNT5 | 21,937.680 | .00 | - 22,383.29 | 22,383.29 |
| **Total F H L M C #Sb1302 5.500% 10/01/39** | | **61,425.500** | **.00** | **- 62,685.55** | **62,685.55** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/31/2025 | Purchased 15,000<br>Par Value Of<br>U S Treasury Nt 4.000% 2/15/34<br>Trade Date 7/31/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 102252250000215<br>15,000 Par Value At 98.11366667 %<br>91282CJZ5 | 15,000.000 | .00 | - 14,717.05 | 14,717.05 |
| **Total U S Treasury Nt 4.000% 2/15/34** | | **15,000.000** | **.00** | **- 14,717.05** | **14,717.05** |
| **Total Government Issues** | | **76,425.500** | **.00** | **- 77,402.60** | **77,402.60** |
| **Corporate Issues** | | | | | |
| 07/29/2025 | Purchased 7,000<br>Par Value Of<br>American Wtr Cap 5.250% 3/01/35<br>Trade Date 7/29/25<br>Purchased Through Bnp Paribas Sec Corp<br>Trdh External Ref#: 102111550000215<br>7,000 Par Value At 101.311 %<br>03040WBF1 | 7,000.000 | .00 | - 7,091.77 | 7,091.77 |
| **Total American Wtr Cap 5.250% 3/01/35** | | **7,000.000** | **.00** | **- 7,091.77** | **7,091.77** |
| 07/08/2025 | Purchased 16,000<br>Par Value Of<br>Grainger W W Inc 4.450% 9/15/34<br>Trade Date 7/8/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Trdh External Ref#: 101175050000215<br>16,000 Par Value At 96.662 %<br>384802AF1 | 16,000.000 | .00 | - 15,465.92 | 15,465.92 |
| **Total Grainger W W Inc 4.450% 9/15/34** | | **16,000.000** | **.00** | **- 15,465.92** | **15,465.92** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▆▆▆▆3805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| 07/09/2025 | Purchased 14,000<br>Par Value Of<br>Keurig Dr Pepper Inc 5.200%  3/15/31<br>Trade Date 7/9/25<br>Purchased Through BofA Secs/Bofas Prime Broker<br>Trdh External Ref#: 101196750000215<br>14,000 Par Value At 102.612 %<br>49271VAU4 | 14,000.000 | .00 | - 14,365.68 | 14,365.68 |
| **Total Keurig Dr Pepper Inc 5.200%  3/15/31** | | **14,000.000** | **.00** | **- 14,365.68** | **14,365.68** |
| 07/31/2025 | Purchased 44,000<br>Par Value Of<br>Martin Marietta Inc  2.400%  7/15/31<br>Trade Date 7/31/25<br>Purchased Through Marketaxess Corp<br>Trdh External Ref#: 102206150000215<br>44,000 Par Value At 88.128 %<br>573284AW6 | 44,000.000 | .00 | - 38,776.32 | 38,776.32 |
| **Total Martin Marietta Inc  2.400%  7/15/31** | | **44,000.000** | **.00** | **- 38,776.32** | **38,776.32** |
| 07/02/2025 | Purchased 23,000<br>Par Value Of<br>Progressive Corp    3.000%  3/15/32<br>Trade Date 7/2/25<br>Purchased Through BofA Securities, Inc.<br>Trdh External Ref#: 100900250000215<br>23,000 Par Value At 91.304 %<br>743315AZ6 | 23,000.000 | .00 | - 20,999.92 | 20,999.92 |
| **Total Progressive Corp    3.000%  3/15/32** | | **23,000.000** | **.00** | **- 20,999.92** | **20,999.92** |
| 07/21/2025 | Purchased 17,000<br>Par Value Of<br>Travelers       5.050%  7/24/35<br>Trade Date 7/21/25<br>Purchased Through BofA Securities, Inc.<br>Trdh External Ref#: 101693550000215<br>17,000 Par Value At 100.31 %<br>89417EAT6 | 17,000.000 | .00 | - 17,052.70 | 17,052.70 |

R1228

02552704
35- -01-B -62 -218-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███3805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 07/21/2025 | Purchased 9,000<br>Par Value Of<br>Travelers        5.050%  7/24/35<br>Trade Date 7/21/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 101690650000215<br>9,000 Par Value At 99.876 %<br>89417EAT6 | 9,000.000 | .00 | - 8,988.84 | 8,988.84 |
| 07/29/2025 | Purchased 7,000<br>Par Value Of<br>Travelers        5.050%  7/24/35<br>Trade Date 7/29/25<br>Purchased Through BofA Securities, Inc.<br>Trdh External Ref#: 102111650000215<br>7,000 Par Value At 100.777 %<br>89417EAT6 | 7,000.000 | .00 | - 7,054.39 | 7,054.39 |
| **Total Travelers** | **5.050%  7/24/35** | **33,000.000** | **.00** | **- 33,095.93** | **33,095.93** |
| 07/02/2025 | Purchased 8,000<br>Par Value Of<br>Waste Mgmt Inc      4.150%  4/15/32<br>Trade Date 7/2/25<br>Purchased Through BofA Securities, Inc.<br>Trdh External Ref#: 100900350000215<br>8,000 Par Value At 97.791 %<br>94106LBS7 | 8,000.000 | .00 | - 7,823.28 | 7,823.28 |
| 07/09/2025 | Purchased 16,000<br>Par Value Of<br>Waste Mgmt Inc      4.150%  4/15/32<br>Trade Date 7/9/25<br>Purchased Through Marketaxess Corp<br>Trdh External Ref#: 101217850000215<br>16,000 Par Value At 97.228 %<br>94106LBS7 | 16,000.000 | .00 | - 15,556.48 | 15,556.48 |
| **Total Waste Mgmt Inc** | **4.150%  4/15/32** | **24,000.000** | **.00** | **- 23,379.76** | **23,379.76** |
| **Total Corporate Issues** | | **161,000.000** | **.00** | **- 153,175.30** | **153,175.30** |

R1229

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Purchases** | | **400,661.500** | **.00** | **- 393,813.90** | **393,813.90** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 07/01/2025 | Sold 218.34 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/1/25 31846V567 | - 218.340 | .00 | 218.34 | - 218.34 | .00 |
| 07/03/2025 | Sold 6,500.63 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/3/25 31846V567 | - 6,500.630 | .00 | 6,500.63 | - 6,500.63 | .00 |
| 07/09/2025 | Sold 32,465.92 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/9/25 31846V567 | - 32,465.920 | .00 | 32,465.92 | - 32,465.92 | .00 |
| 07/10/2025 | Sold 30,311.5 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/10/25 31846V567 | - 30,311.500 | .00 | 30,311.50 | - 30,311.50 | .00 |
| 07/24/2025 | Sold 48,501.92 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/24/25 31846V567 | - 48,501.920 | .00 | 48,501.92 | - 48,501.92 | .00 |
| 07/30/2025 | Sold 14,308.24 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/30/25 31846V567 | - 14,308.240 | .00 | 14,308.24 | - 14,308.24 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 132,306.550** | **.00** | **132,306.55** | **- 132,306.55** | **.00** |
| **Total Cash And Equivalents** | | **- 132,306.550** | **.00** | **132,306.55** | **- 132,306.55** | **.00** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **US Government Issues** | | | | | | |
| 07/25/2025 | Paid Down<br>2,516.99 Par Value Of<br>F H L M C #Sb0661 2.500% 4/01/37<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132CWWW0 | - 2,516.990 | .00 | 2,516.99 | - 2,331.89 | 185.10 |
| **Total F H L M C #Sb0661 2.500% 4/01/37** | | **- 2,516.990** | **.00** | **2,516.99** | **- 2,331.89** | **185.10** |
| 07/25/2025 | Paid Down<br>1,088.2 Par Value Of<br>F H L M C #Sb1302 5.500% 10/01/39<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>3132CXNT5 | - 1,088.200 | .00 | 1,088.20 | - 1,107.07 | - 18.87 |
| **Total F H L M C #Sb1302 5.500% 10/01/39** | | **- 1,088.200** | **.00** | **1,088.20** | **- 1,107.07** | **- 18.87** |
| 07/25/2025 | Paid Down<br>1,828.86 Par Value Of<br>F H L M C #Sb8184 4.000% 10/01/37<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132D6CV0 | - 1,828.860 | .00 | 1,828.86 | - 1,827.57 | 1.29 |
| **Total F H L M C #Sb8184 4.000% 10/01/37** | | **- 1,828.860** | **.00** | **1,828.86** | **- 1,827.57** | **1.29** |
| 07/25/2025 | Paid Down<br>1,740.87 Par Value Of<br>F H L M C #Sb8186 4.500% 9/01/37<br>For Record Date Of June Due 7/25/25<br>June FHLMC Due 7/25/25<br>3132D6CX6 | - 1,740.870 | .00 | 1,740.87 | - 1,769.70 | - 28.83 |
| **Total F H L M C #Sb8186 4.500% 9/01/37** | | **- 1,740.870** | **.00** | **1,740.87** | **- 1,769.70** | **- 28.83** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down 2,315.03 Par Value Of F H L M C #Sb8191 4.500% 10/01/37 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6C40 | - 2,315.030 | .00 | 2,315.03 | - 2,303.97 | 11.06 |
| **Total F H L M C #Sb8191 4.500% 10/01/37** | | **- 2,315.030** | **.00** | **2,315.03** | **- 2,303.97** | **11.06** |
| 07/25/2025 | Paid Down 302.21 Par Value Of F H L M C #Sb8216 4.500% 3/01/38 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6DV9 | - 302.210 | .00 | 302.21 | - 296.87 | 5.34 |
| **Total F H L M C #Sb8216 4.500% 3/01/38** | | **- 302.210** | **.00** | **302.21** | **- 296.87** | **5.34** |
| 07/25/2025 | Paid Down 2,709.16 Par Value Of F H L M C #Sb8217 5.000% 3/01/38 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6DW7 | - 2,709.160 | .00 | 2,709.16 | - 2,707.74 | 1.42 |
| **Total F H L M C #Sb8217 5.000% 3/01/38** | | **- 2,709.160** | **.00** | **2,709.16** | **- 2,707.74** | **1.42** |
| 07/25/2025 | Paid Down 1,601.16 Par Value Of F H L M C #Sb8220 5.500% 2/01/38 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6DZ0 | - 1,601.160 | .00 | 1,601.16 | - 1,589.62 | 11.54 |
| **Total F H L M C #Sb8220 5.500% 2/01/38** | | **- 1,601.160** | **.00** | **1,601.16** | **- 1,589.62** | **11.54** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down 1,106.51 Par Value Of F H L M C #Sb8293 5.000% 4/01/39 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6GA2 | - 1,106.510 | .00 | 1,106.51 | - 1,099.08 | 7.43 |
| **Total F H L M C #Sb8293 5.000% 4/01/39** | | **- 1,106.510** | **.00** | **1,106.51** | **- 1,099.08** | **7.43** |
| 07/25/2025 | Paid Down 2,242.32 Par Value Of F H L M C #Sb8303 5.000% 5/01/39 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6GL8 | - 2,242.320 | .00 | 2,242.32 | - 2,259.31 | - 16.99 |
| **Total F H L M C #Sb8303 5.000% 5/01/39** | | **- 2,242.320** | **.00** | **2,242.32** | **- 2,259.31** | **- 16.99** |
| 07/25/2025 | Paid Down 1,035.81 Par Value Of F H L M C #Sb8346 4.000% 12/01/39 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6HX1 | - 1,035.810 | .00 | 1,035.81 | - 1,004.51 | 31.30 |
| **Total F H L M C #Sb8346 4.000% 12/01/39** | | **- 1,035.810** | **.00** | **1,035.81** | **- 1,004.51** | **31.30** |
| 07/25/2025 | Paid Down 1,430.1 Par Value Of F H L M C #Sb8350 5.000% 12/01/39 For Record Date Of June Due 7/25/25 June FHLMC Due 7/25/25 3132D6H37 | - 1,430.100 | .00 | 1,430.10 | - 1,441.94 | - 11.84 |
| **Total F H L M C #Sb8350 5.000% 12/01/39** | | **- 1,430.100** | **.00** | **1,430.10** | **- 1,441.94** | **- 11.84** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/15/2025 | Paid Down<br>464.88 Par Value Of<br>F H L M C Gd G15922 3.000% 8/01/31<br>For Record Date Of June Due 7/15/25<br>June FHLMC Due 7/15/25<br>3128MEYT2 | - 464.880 | .00 | 464.88 | - 483.65 | - 18.77 |
| **Total F H L M C Gd G15922 3.000% 8/01/31** | | **- 464.880** | **.00** | **464.88** | **- 483.65** | **- 18.77** |
| 07/15/2025 | Paid Down<br>319.73 Par Value Of<br>F H L M C Gd G18527 3.000% 10/01/29<br>For Record Date Of June Due 7/15/25<br>June FHLMC Due 7/15/25<br>3128MMSR5 | - 319.730 | .00 | 319.73 | - 327.53 | - 7.80 |
| **Total F H L M C Gd G18527 3.000% 10/01/29** | | **- 319.730** | **.00** | **319.73** | **- 327.53** | **- 7.80** |
| 07/15/2025 | Paid Down<br>413.48 Par Value Of<br>F H L M C Gd G18614 2.500% 10/01/31<br>For Record Date Of June Due 7/15/25<br>June FHLMC Due 7/15/25<br>3128MMVG5 | - 413.480 | .00 | 413.48 | - 432.28 | - 18.80 |
| **Total F H L M C Gd G18614 2.500% 10/01/31** | | **- 413.480** | **.00** | **413.48** | **- 432.28** | **- 18.80** |
| 07/15/2025 | Paid Down<br>0.45 Par Value Of<br>F H L M C Gd G30290 6.500% 3/01/26<br>For Record Date Of June Due 7/15/25<br>June FHLMC Due 7/15/25<br>3128CUKB1 | -.450 | .00 | .45 | - .47 | - .02 |
| **Total F H L M C Gd G30290 6.500% 3/01/26** | | **-.450** | **.00** | **.45** | **- .47** | **- .02** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down<br>47,914.72 Par Value Of<br>F H L M C Mltcl Mt 3.750% 8/25/25<br>Trade Date 7/25/25<br>3137FJXQ7 | - 47,914.720 | .00 | 47,914.72 | - 52,017.16 | - 4,102.44 |
| **Total F H L M C Mltcl Mt 3.750% 8/25/25** | | **- 47,914.720** | **.00** | **47,914.72** | **- 52,017.16** | **- 4,102.44** |
| 07/25/2025 | Paid Down<br>3,379.01 Par Value Of<br>F H L M C Mltcl Mtg 2.673% 3/25/26<br>Trade Date 7/25/25<br>3137BPW21 | - 3,379.010 | .00 | 3,379.01 | - 3,507.23 | - 128.22 |
| **Total F H L M C Mltcl Mtg 2.673% 3/25/26** | | **- 3,379.010** | **.00** | **3,379.01** | **- 3,507.23** | **- 128.22** |
| 07/25/2025 | Paid Down<br>124.86 Par Value Of<br>F H L M C Mltcl Mtg 5.990% 12/25/25<br>Trade Date 7/25/25<br>3137BN6G4 | - 124.860 | .00 | 124.86 | - 122.64 | 2.22 |
| **Total F H L M C Mltcl Mtg 2.995% 12/25/25** | | **- 124.860** | **.00** | **124.86** | **- 122.64** | **2.22** |
| 07/25/2025 | Paid Down<br>668.3 Par Value Of<br>F N M A #Ax8309 3.000% 11/01/29<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>3138YAGT6 | - 668.300 | .00 | 668.30 | - 658.07 | 10.23 |
| **Total F N M A #Ax8309 3.000% 11/01/29** | | **- 668.300** | **.00** | **668.30** | **- 658.07** | **10.23** |
| 07/25/2025 | Paid Down<br>2,072.85 Par Value Of<br>F N M A #Ma4667 3.500% 7/01/37<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418EFH8 | - 2,072.850 | .00 | 2,072.85 | - 2,086.94 | - 14.09 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A #Ma4667 3.500% 7/01/37** | | **- 2,072.850** | **.00** | **2,072.85** | **- 2,086.94** | **- 14.09** |
| 07/25/2025 | Paid Down<br>2,240.15 Par Value Of<br>F N M A #Ma4713 4.000% 7/01/37<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418EGX2 | - 2,240.150 | .00 | 2,240.15 | - 2,245.56 | - 5.41 |
| **Total F N M A #Ma4713 4.000% 7/01/37** | | **- 2,240.150** | **.00** | **2,240.15** | **- 2,245.56** | **- 5.41** |
| 07/25/2025 | Paid Down<br>659 Par Value Of<br>F N M A #Ma4797 4.000% 11/01/37<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418EKK5 | - 659.000 | .00 | 659.00 | - 650.09 | 8.91 |
| **Total F N M A #Ma4797 4.000% 11/01/37** | | **- 659.000** | **.00** | **659.00** | **- 650.09** | **8.91** |
| 07/25/2025 | Paid Down<br>1,567.33 Par Value Of<br>F N M A #Ma4825 5.000% 10/01/37<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418ELF5 | - 1,567.330 | .00 | 1,567.33 | - 1,571.52 | - 4.19 |
| **Total F N M A #Ma4825 5.000% 10/01/37** | | **- 1,567.330** | **.00** | **1,567.33** | **- 1,571.52** | **- 4.19** |
| 07/25/2025 | Paid Down<br>1,036.67 Par Value Of<br>F N M A #Ma4991 5.500% 4/01/38<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418ERM4 | - 1,036.670 | .00 | 1,036.67 | - 1,042.56 | - 5.89 |
| **Total F N M A #Ma4991 5.500% 4/01/38** | | **- 1,036.670** | **.00** | **1,036.67** | **- 1,042.56** | **- 5.89** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down<br>576.65 Par Value Of<br>F N M A #Ma5013 4.500% 4/01/38<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418ESB7 | - 576.650 | .00 | 576.65 | - 573.50 | 3.15 |
| **Total F N M A #Ma5013 4.500% 4/01/38** | | **- 576.650** | **.00** | **576.65** | **- 573.50** | **3.15** |
| 07/25/2025 | Paid Down<br>4,127.44 Par Value Of<br>F N M A #Ma5145 6.000% 9/01/38<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418EWF3 | - 4,127.440 | .00 | 4,127.44 | - 4,153.46 | - 26.02 |
| **Total F N M A #Ma5145 6.000% 9/01/38** | | **- 4,127.440** | **.00** | **4,127.44** | **- 4,153.46** | **- 26.02** |
| 07/25/2025 | Paid Down<br>963.46 Par Value Of<br>F N M A #Ma5149 5.500% 8/01/38<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418EWK2 | - 963.460 | .00 | 963.46 | - 978.21 | - 14.75 |
| **Total F N M A #Ma5149 5.500% 8/01/38** | | **- 963.460** | **.00** | **963.46** | **- 978.21** | **- 14.75** |
| 07/25/2025 | Paid Down<br>1,309.07 Par Value Of<br>F N M A #Ma5589 4.500% 1/01/40<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31418FF77 | - 1,309.070 | .00 | 1,309.07 | - 1,292.40 | 16.67 |
| **Total F N M A #Ma5589 4.500% 1/01/40** | | **- 1,309.070** | **.00** | **1,309.07** | **- 1,292.40** | **16.67** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/25/2025 | Paid Down<br>766.14 Par Value Of<br>F N M A #890790 3.000% 8/01/32<br>For Record Date Of June Due 7/25/25<br>June FNMA Due 7/25/25<br>31410LUP5 | - 766.140 | .00 | 766.14 | - 950.22 | - 184.08 |
| **Total F N M A #890790 3.000% 8/01/32** | | **- 766.140** | **.00** | **766.14** | **- 950.22** | **- 184.08** |
| 07/21/2025 | Paid Down<br>394.43 Par Value Of<br>G N M A I I #Ma0674 2.500% 1/20/28<br>For Record Date Of June Due 7/20/25<br>June GNMA Due 7/20/25<br>36179MXB1 | - 394.430 | .00 | 394.43 | - 403.43 | - 9.00 |
| **Total G N M A I I #Ma0674 2.500% 1/20/28** | | **- 394.430** | **.00** | **394.43** | **- 403.43** | **- 9.00** |
| **Total Government Issues** | | **- 88,915.840** | **.00** | **88,915.84** | **- 93,236.19** | **- 4,320.35** |
| **Corporate Issues** | | | | | | |
| 07/15/2025 | Paid Down<br>1,898.94 Par Value Of<br>American Airlines 3.575% 7/15/29<br>Trade Date 7/15/25<br>02376UAA3 | - 1,898.940 | .00 | 1,898.94 | - 1,833.64 | 65.30 |
| **Total American Airlines 3.575% 7/15/29** | | **- 1,898.940** | **.00** | **1,898.94** | **- 1,833.64** | **65.30** |
| 07/15/2025 | Paid Down<br>9,932.83 Par Value Of<br>CNH Equipment Tr 0.810% 12/15/26<br>Trade Date 7/15/25<br>12598LAC0 | - 9,932.830 | .00 | 9,932.83 | - 9,380.32 | 552.51 |
| **Total CNH Equipment Tr 0.810% 12/15/26** | | **- 9,932.830** | **.00** | **9,932.83** | **- 9,380.32** | **552.51** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 07/15/2025 | Paid Down<br>6,887.49 Par Value Of<br>Daimler Trucks 5.900% 3/15/27<br>Trade Date 7/15/25<br>233868AC2 | - 6,887.490 | .00 | 6,887.49 | - 6,881.30 | 6.19 |
| **Total Daimler Trucks 5.900% 3/15/27** | | **- 6,887.490** | **.00** | **6,887.49** | **- 6,881.30** | **6.19** |
| 07/15/2025 | Paid Down<br>5,497.44 Par Value Of<br>John Deere Owner Tr 5.180% 3/15/28<br>Trade Date 7/15/25<br>477920AC6 | - 5,497.440 | .00 | 5,497.44 | - 5,504.63 | - 7.19 |
| **Total John Deere Owner Tr 5.180% 3/15/28** | | **- 5,497.440** | **.00** | **5,497.44** | **- 5,504.63** | **- 7.19** |
| 07/02/2025 | Sold 22,000<br>Par Value Of<br>Paccar Financial Mtn 4.450% 8/06/27<br>Trade Date 7/2/25<br>Sold Through Pershing LLC<br>Trdh External Ref#: 100926050000215<br>22,000 Par Value At 100.917 %<br>69371RT30 | - 22,000.000 | .00 | 22,201.74 | - 21,970.74 | 231.00 |
| 07/08/2025 | Sold 23,000<br>Par Value Of<br>Paccar Financial Mtn 4.450% 8/06/27<br>Trade Date 7/8/25<br>Sold Through Td Securities (USA)<br>Trdh External Ref#: 101170250000215<br>23,000 Par Value At 100.613044 %<br>69371RT30 | - 23,000.000 | .00 | 23,141.00 | - 22,980.31 | 160.69 |
| **Total Paccar Financial Mtn 4.450% 8/06/27** | | **- 45,000.000** | **.00** | **45,342.74** | **- 44,951.05** | **391.69** |
| 07/15/2025 | Paid Down<br>9,258.08 Par Value Of<br>Pg E Energy 1.460% 7/15/33<br>Trade Date 7/15/25<br>71710TAA6 | - 9,258.080 | .00 | 9,258.08 | - 8,967.85 | 290.23 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Pg E Energy 1.460% 7/15/33** | | **- 9,258.080** | **.00** | **9,258.08** | **- 8,967.85** | **290.23** |
| **Total Corporate Issues** | | **- 78,474.780** | **.00** | **78,817.52** | **- 77,518.79** | **1,298.73** |
| **Municipal Issues** | | | | | | |
| 07/01/2025 | Matured<br>75,000 Par Value Of<br>Honolulu City Hi 2.316% 7/01/25<br>Trade Date 7/1/25<br>75,000 Par Value At 100 %<br>438701Y32 | - 75,000.000 | .00 | 75,000.00 | - 75,000.00 | .00 |
| **Total Honolulu City Hi 2.316% 7/01/25** | | **- 75,000.000** | **.00** | **75,000.00** | **- 75,000.00** | **.00** |
| **Total Municipal Issues** | | **- 75,000.000** | **.00** | **75,000.00** | **- 75,000.00** | **.00** |
| **Total Sales And Maturities** | | **- 374,697.170** | **.00** | **375,039.91** | **- 378,061.53** | **- 3,021.62** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from July 1, 2025 to July 31, 2025

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 07/31/2025 | 08/01/2025 | Purchased 44,000 Par Value Of Martin Marietta Inc 2.400% 7/15/31 Trade Date 7/31/25 Purchased Through Marketaxess Corp Trdh External Ref#: 102206150000215 44,000 Par Value At 88.128 % 573284AW6 | 44,000.000 | 38,776.32 | - 38,776.32 |
| 07/31/2025 | 08/01/2025 | Purchased 15,000 Par Value Of U S Treasury Nt 4.000% 2/15/34 Trade Date 7/31/25 Purchased Through BofA Securities, Inc./Fxd Inc Trdh External Ref#: 102252250000215 15,000 Par Value At 98.11366667 % 91282CJZ5 | 15,000.000 | 14,717.05 | - 14,717.05 |
| **Total Purchases** | | | **59,000.000** | **53,493.37** | **- 53,493.37** |
| **Net Trades Pending Settlement** | | | **59,000.000** | **53,493.37** | **- 53,493.37** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## BOND SUMMARY

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **SHORT-TERM MATURITY DETAIL** | | | |
| **30 Days or Less** | | | |
| Hershey Company 3.200% 8/21/25 | 140,000.00 | 139,900.60 | 19.07 |
| F H L M C Mltcl Mt 3.750% 8/25/25 | 33,232.26 | 33,125.92 | 4.52 |
| F N M A 0.375% 8/25/25 | 185,000.00 | 184,500.50 | 25.15 |
| **Total 30 Days or Less** | **358,232.26** | **357,527.02** | **48.74** |
| **31 to 60 Days** | | | |
| **Total 31 to 60 Days** | **.00** | **.00** | **0.00** |
| **61 to 90 Days** | | | |
| **Total 61 to 90 Days** | **.00** | **.00** | **0.00** |
| **91 to 120 Days** | | | |
| U S Treasury Nt 2.250% 11/15/25 | 110,000.00 | 109,329.00 | 14.90 |
| **Total 91 to 120 Days** | **110,000.00** | **109,329.00** | **14.90** |
| **121 to 180 Days** | | | |
| Connecticut Lt Pwr 0.750% 12/01/25 | 50,000.00 | 49,356.00 | 6.73 |
| Visa Inc 3.150% 12/14/25 | 45,000.00 | 44,781.30 | 6.10 |
| Allstate Corp 0.750% 12/15/25 | 55,000.00 | 54,243.75 | 7.39 |
| F H L M C Mltcl Mtg 2.995% 12/25/25 | 79,523.77 | 78,986.98 | 10.77 |
| General Mtrs Finl Co 1.250% 1/08/26 | 40,000.00 | 39,409.60 | 5.37 |
| **Total 121 to 180 Days** | **269,523.77** | **266,777.63** | **36.36** |
| **Total** | **737,756.03** | **733,633.65** | **100.00** |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from July 1, 2025 to July 31, 2025

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **MATURITY SUMMARY** | | | |
| 2025 | 697,756.03 | 694,224.05 | 4.57 |
| 2026 | 1,610,186.30 | 1,595,194.16 | 10.48 |
| 2027 | 892,466.66 | 880,792.06 | 5.79 |
| 2028 | 2,112,346.31 | 2,101,595.47 | 13.81 |
| 2029 | 1,174,001.81 | 1,184,380.43 | 7.79 |
| 2030 | 1,999,000.00 | 1,882,356.72 | 12.37 |
| 2031 | 1,290,840.97 | 1,192,989.21 | 7.83 |
| 2032 | 1,647,271.71 | 1,622,020.76 | 10.65 |
| 2033 | 802,462.45 | 772,224.28 | 5.07 |
| 2034 | 865,000.00 | 856,359.73 | 5.62 |
| 2035 - 2039 | 2,355,896.95 | 2,344,694.52 | 15.40 |
| 2040 - 2044 | 95,795.55 | 94,675.70 | 0.62 |
| **Total** | **15,543,024.74** | **15,221,507.09** | **100.00** |
| **MOODY'S RATING** | | | |
| Aaa | 838,918.47 | 817,627.32 | 5.37 |
| Aa1 | 5,635,000.00 | 5,389,799.25 | 35.41 |
| Aa2 | 478,671.05 | 477,924.02 | 3.14 |
| Aa3 | 429,000.00 | 420,239.28 | 2.76 |
| A1 | 1,345,000.00 | 1,326,904.63 | 8.72 |
| A2 | 1,759,754.79 | 1,764,094.93 | 11.59 |
| A3 | 1,328,000.00 | 1,327,474.11 | 8.72 |
| Baa1 | 563,000.00 | 565,484.40 | 3.72 |
| Baa2 | 697,000.00 | 688,306.94 | 4.52 |
| Baa3 | 138,000.00 | 139,244.60 | 0.91 |
| N/A | 2,330,680.43 | 2,304,407.61 | 15.14 |
| **Total** | **15,543,024.74** | **15,221,507.09** | **100.00** |
| **S&P RATING** | | | |
| AAA | 418,676.11 | 403,094.08 | 2.65 |
| AA+ | 1,108,000.00 | 1,124,163.90 | 7.39 |
| AA- | 579,425.84 | 567,901.54 | 3.73 |
| A+ | 1,097,000.00 | 1,097,836.40 | 7.21 |
| A | 1,811,000.00 | 1,811,922.57 | 11.90 |

02552704
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| A- | 1,805,000.00 | 1,793,610.46 | 11.78 |
| BBB+ | 469,000.00 | 460,649.57 | 3.03 |
| BBB | 933,000.00 | 933,118.77 | 6.13 |
| BBB- | 44,000.00 | 44,633.60 | 0.29 |
| N/A | 7,202,922.79 | 6,910,698.95 | 45.40 |
| N/R | 75,000.00 | 73,877.25 | 0.49 |
| **Total** | **15,543,024.74** | **15,221,507.09** | **100.00** |



R1246



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025527
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023052 08 SP 000638015117829 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: ██████8807**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023058 02 SP 000638015117835 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |
| Sales And Maturities | 11 |

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ██████8807

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,877,544.52** | **4,051,731.61** |
| **Investment Activity** | | |
| Interest | 1.69 | 1.69 |
| Income | 27,982.44 | 27,982.44 |
| Realized Gain/Loss | - 3,282.89 | - 3,282.89 |
| Change In Unrealized Gain/Loss | 11,684.68 | .00 |
| Net Accrued Income (Current-Prior) | 224.11 | 224.11 |
| **Total Investment Activity** | **36,610.03** | **24,925.35** |
| **Net Change In Market And Cost** | **36,610.03** | **24,925.35** |
| **Ending Market And Cost** | **3,914,154.55** | **4,076,656.96** |

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 1.69 |
| Income | 27,982.44 |
| Cash Equivalent Purchases | - 78,985.84 |
| Purchases | - 27,982.44 |
| Sales/Maturities | 78,984.15 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 78,986.54 | 78,986.54 | 2.01 |
| Miscellaneous | 3,834,942.21 | 3,997,444.62 | 97.98 |
| **Total Assets** | **3,913,928.75** | **4,076,431.16** | **99.99** |
| Accrued Income | 225.80 | 225.80 | 0.01 |
| **Grand Total** | **3,914,154.55** | **4,076,656.96** | **100.00** |
| **Estimated Annual Income** | **3,317.43** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02553304
35- -01-B -62 -218-04
0101  -11-02870-04

 

ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567  Asset Minor Code 1 | 78,986.540 | 78,986.54 1.0000 | 78,986.54 | .00 .00 | 225.80 | 4.17 |
| **Total Money Markets** | **78,986.540** | **78,986.54** | **78,986.54** | **.00** **.00** | **225.80** | **4.17** |
| **Total Cash And Equivalents** | **78,986.540** | **78,986.54** | **78,986.54** | **.00** **.00** | **225.80** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Ara Core Property Fund *** 96MSCPRS5  Asset Minor Code 76 Date Last Priced: 06/30/25 | 31.960 | 3,834,942.21 119,991.5585  @ | 3,997,444.62 | - 162,502.41 11,684.68 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41** **11,684.68** | **.00** | **0.00** |
| **Total Miscellaneous** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41** **11,684.68** | **.00** | **0.00** |
| **Total Assets** | **79,018.500** | **3,913,928.75** | **4,076,431.16** | **- 162,502.41** **11,684.68** | **225.80** | **0.08** |
| **Accrued Income** | **.000** | **225.80** | **225.80** | | | |

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ██████8807

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **79,018.500** | **3,914,154.55** | **4,076,656.96** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02553304
35- -01-B -62 -218-04
0101  -11-02870-04



ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

## INCOME ACCRUAL DETAIL

| SHARES/<br>FACE AMOUNT | DESCRIPTION | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---:|---|---|---|---:|---:|---:|---:|---:|
| **Cash And Equivalents** | | | | | | | | |
| 78,986.540 | First Am Govt Ob Fd Cl Z<br>31846V567 | | 08/01/25 | 0.04 | 1.69 | 225.80 | 1.69 | 225.80 |
| **Total Cash And Equivalents** | | | | | **1.69** | **225.80** | **1.69** | **225.80** |
| **Miscellaneous** | | | | | | | | |
| 31.960 | Ara Core Property Fund<br>96MSCPRS5 | | | | .00 | 27,982.44 | 27,982.44 | .00 |
| **Total Miscellaneous** | | | | | **.00** | **27,982.44** | **27,982.44** | **.00** |
| **Grand Total** | | | | | **1.69** | **28,208.24** | **27,984.13** | **225.80** |

R1256

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ███████8807

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 1.69 |
| **Total Interest** | | **1.69** |
| **Income** | | |
| **Ara Core Property Fund 96Mscprs5** | | |
| 07/28/2025 | Dividend Received 6/25 Statement | 27,982.44 |
| **Total Income** | | **27,982.44** |

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 1.69 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 1.690 | .00 | - 1.69 | 1.69 |
| 07/07/2025 | Purchased 78,984.15 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/7/25 31846V567 | 78,984.150 | .00 | - 78,984.15 | 78,984.15 |
| **Total First Am Govt Ob Fd Cl Z** | | **78,985.840** | **.00** | **- 78,985.84** | **78,985.84** |
| **Total Cash And Equivalents** | | **78,985.840** | **.00** | **- 78,985.84** | **78,985.84** |
| **Miscellaneous** | | | | | |
| 07/01/2025 | Purchased 0.2332 Units Of Ara Core Property Fund Trade Date 6/30/25 Purchased Through Direct From Issuer 96MSCPRS5 | .233 | .00 | - 27,982.44 | 27,982.44 |
| **Total Ara Core Property Fund** | | **.233** | **.00** | **- 27,982.44** | **27,982.44** |
| **Total Miscellaneous** | | **.233** | **.00** | **- 27,982.44** | **27,982.44** |
| **Total Purchases** | | **78,986.073** | **.00** | **- 106,968.28** | **106,968.28** |

02553304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | |
| 07/01/2025 | Sold 0.6582 Units Of Ara Core Property Fund Trade Date 6/30/25 Sold Through Direct From Issuer 96MSCPRS5 | -.658 | .00 | 78,984.15 | - 82,267.04 | - 3,282.89 |
| **Total Ara Core Property Fund** | | **-.658** | **.00** | **78,984.15** | **- 82,267.04** | **- 3,282.89** |
| **Total Miscellaneous** | | **-.658** | **.00** | **78,984.15** | **- 82,267.04** | **- 3,282.89** |
| **Total Sales And Maturities** | | **-.658** | **.00** | **78,984.15** | **- 82,267.04** | **- 3,282.89** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



R1260



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.

025533
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023058 02 SP 000638015117835 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02553804
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8808**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023063 02 SP 000638015117840 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02553804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Asset Summary | 4 |
| Asset Detail | 5 |

02553804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **839,252.01** | **839,252.01** |
| **Net Change In Market And Cost** | **.00** | **.00** |
| **Ending Market And Cost** | **839,252.01** | **839,252.01** |

## MARKET AND COST RECONCILIATION MESSAGES

No activity qualifies for this statement period.

02553804
35- -01-B -62 -218-04
0101 -11-02870-04

usbank

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT [redacted]3808

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .01 | .01 | 0.00 |
| Miscellaneous | 839,252.00 | 839,252.00 | 100.00 |
| **Total Assets** | **839,252.01** | **839,252.01** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **839,252.01** | **839,252.01** | **100.00** |

**Estimated Annual Income** .00

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02553804
35- -01-B -62 -218-04
0101 -11-02870-04



ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ▓▓▓▓3808

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567   Asset Minor Code 1 | .010 | .01 1.0000 | .01 | .00 .00 | .00 | 0.00 |
| **Total Money Markets** | **.010** | **.01** | **.01** | **.00** .00 | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.010** | **.01** | **.01** | **.00** .00 | **.00** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Redwood-Kairos Re Value Fund VI LP *** 96MSCPRP1   Asset Minor Code 76 Date Last Priced: 03/31/25 | 839,252.000 | 839,252.00 1.0000 @ | 839,252.00 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **839,252.000** | **839,252.00** | **839,252.00** | **.00** .00 | **.00** | **0.00** |
| **Total Miscellaneous** | **839,252.000** | **839,252.00** | **839,252.00** | **.00** .00 | **.00** | **0.00** |
| **Total Assets** | **839,252.010** | **839,252.01** | **839,252.01** | **.00** .00 | **.00** | **0.00** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |

R1267

02553804
35- -01-B -62 -218-04
0101 -11-02870-04



ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████3808

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/<br>FACE AMOUNT | MARKET<br>PRICE/UNIT | FEDERAL<br>TAX COST | UNREALIZED<br>GAIN (LOSS)<br>SINCE INCEPTION/<br>CURRENT PERIOD | ENDING<br>ACCRUAL | YIELD ON<br>MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **839,252.010** | **839,252.01** | **839,252.01** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account.  The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only.  U.S. Bank does not have actual custody or control of this asset.  With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R1268



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025538
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023063 02 SP 000638015117840 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8809**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023068 02 SP 000638015117845 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ██████8809

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

**Schedule** **Page**

Market And Cost Reconciliation .......... 3
Cash Reconciliation .......... 4
Asset Summary .......... 5
Asset Detail .......... 6
Income Accrual Detail .......... 8
Investment Activity .......... 9
Purchases .......... 10

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT [redacted]8809

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **959,779.76** | **959,779.76** |
| **Investment Activity** | | |
| Interest | .14 | .14 |
| Net Accrued Income (Current-Prior) | .02 | .02 |
| **Total Investment Activity** | **.16** | **.16** |
| **Net Change In Market And Cost** | **.16** | **.16** |
| **Ending Market And Cost** | **959,779.92** | **959,779.92** |

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | .14 |
| Cash Equivalent Purchases | - .14 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ██████8809

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 44.19 | 44.19 | 0.00 |
| Miscellaneous | 959,735.57 | 959,735.57 | 100.00 |
| **Total Assets** | **959,779.76** | **959,779.76** | **100.00** |
| Accrued Income | .16 | .16 | 0.00 |
| **Grand Total** | **959,779.92** | **959,779.92** | **100.00** |
| | | | |
| **Estimated Annual Income** | **1.85** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

 

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## ASSET DETAIL

| DESCRIPTION | SHARES/<br>FACE AMOUNT | MARKET<br>PRICE/UNIT | FEDERAL<br>TAX COST | UNREALIZED<br>GAIN (LOSS)<br>SINCE INCEPTION/<br>CURRENT PERIOD | ENDING<br>ACCRUAL | YIELD ON<br>MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567   Asset Minor Code 1 | 44.190 | 44.19<br>1.0000 | 44.19 | .00<br>.00 | .16 | 4.16 |
| **Total Money Markets** | **44.190** | **44.19** | **44.19** | **.00**<br>**.00** | **.16** | **4.16** |
| **Total Cash And Equivalents** | **44.190** | **44.19** | **44.19** | **.00**<br>**.00** | **.16** | **4.16** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Kimpact<br>Evergreen Real Estate Inv Fd ***<br>96MSCPRN6   Asset Minor Code 76<br>Date Last Priced: 03/31/25 | 959,735.570 | 959,735.57<br>1.0000 @ | 959,735.57 | .00<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **959,735.570** | **959,735.57** | **959,735.57** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **959,735.570** | **959,735.57** | **959,735.57** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Assets** | **959,779.760** | **959,779.76** | **959,779.76** | **.00**<br>**.00** | **.16** | **0.00** |
| **Accrued Income** | **.000** | **.16** | **.16** | | | |

R1276

02554304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **959,779.760** | **959,779.92** | **959,779.92** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02554304
35- -01-B -62 -218-04
0101 -11-02870-04



ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 44.190 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | .14 | .16 | .14 | .16 |
| **Total Cash And Equivalents** | | | | | **.14** | **.16** | **.14** | **.16** |
| **Grand Total** | | | | | **.14** | **.16** | **.14** | **.16** |

R1278

02554304
35- -01-B -62 -218-04
0101 -11-02870-04



ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|------|-------------|------|

**Interest**

**First Am Govt Ob Fd Cl Z**
**31846V567**

| 07/01/2025 | Interest From 6/1/25  To 6/30/25 | .14 |

| **Total Interest** | | **.14** |

R1279

02554304
35- -01-B -62 -218-04
0101  -11-02870-04



ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 0.14 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | .140 | .00 | - .14 | .14 |
| | **Total First Am Govt Ob Fd Cl Z** | **.140** | **.00** | **- .14** | **.14** |
| | **Total Cash And Equivalents** | **.140** | **.00** | **- .14** | **.14** |
| | **Total Purchases** | **.140** | **.00** | **- .14** | **.14** |

R1280



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025543
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023068 02 SP 000638015117845 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02554804
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8810**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023073 02 SP 000638015117850 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02554804
35- -01-B -62 -218-04
0101  -11-02870-04



ADSF CUSTODY - BARON EMERGING
ACCOUNT ████3810

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Asset Summary | 4 |
| Asset Detail | 5 |

R1284

02554804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ██████8810

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,212,314.65** | **3,180,941.94** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | 246,083.92 | .00 |
| **Total Investment Activity** | **246,083.92** | **.00** |
| **Net Change In Market And Cost** | **246,083.92** | **.00** |
| **Ending Market And Cost** | **3,458,398.57** | **3,180,941.94** |

02554804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████3810

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .02 | .02 | 0.00 |
| Miscellaneous | 3,458,398.55 | 3,180,941.92 | 100.00 |
| **Total Assets** | **3,458,398.57** | **3,180,941.94** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **3,458,398.57** | **3,180,941.94** | **100.00** |
| **Estimated Annual Income** | **.00** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02554804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT [redacted]8810

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .020 | .02<br>1.0000 | .02 | .00<br>.00 | .00 | 0.00 |
| **Total Money Markets** | **.020** | **.02** | **.02** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.020** | **.02** | **.02** | **.00**<br>**.00** | **.00** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Collective Investment Funds** | | | | | | |
| Baron Emerging Markets Fund Ltd *** 9SPMTK281 Asset Minor Code 17 Date Last Priced: 06/30/25 | 2,435.293 | 3,458,398.55<br>1,420.1160 @ | 3,180,941.92 | 277,456.63<br>246,083.92 | .00 | 0.00 |
| **Total Collective Investment Funds** | **2,435.293** | **3,458,398.55** | **3,180,941.92** | **277,456.63**<br>**246,083.92** | **.00** | **0.00** |
| **Total Miscellaneous** | **2,435.293** | **3,458,398.55** | **3,180,941.92** | **277,456.63**<br>**246,083.92** | **.00** | **0.00** |
| **Total Assets** | **2,435.313** | **3,458,398.57** | **3,180,941.94** | **277,456.63**<br>**246,083.92** | **.00** | **0.00** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |

02554804
35- -01-B -62 -218-04
0101  -11-02870-04

**US bank** 

ADSF CUSTODY - BARON EMERGING
ACCOUNT ▓▓▓▓3810

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **2,435.313** | **3,458,398.57** | **3,180,941.94** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account.  The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from  your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

***  This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only.  U.S. Bank does not have actual custody or control of this asset.  With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R1288



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025548
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023073 02 SP 000638015117850 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02555304
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [REDACTED]8811**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023078 02 SP 000638015117855 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02555304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT [redacted]8811

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Asset Summary | 4 |
| Asset Detail | 5 |

02555304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ███8811

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,125,313.63** | **2,091,216.54** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | 145,657.51 | .00 |
| **Total Investment Activity** | **145,657.51** | **.00** |
| **Net Change In Market And Cost** | **145,657.51** | **.00** |
| **Ending Market And Cost** | **3,270,971.14** | **2,091,216.54** |

02555304
35- -01-B -62 -218-04
0101  -11-02870-04

 

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████3811

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .02 | .02 | 0.00 |
| Miscellaneous | 3,270,971.12 | 2,091,216.52 | 100.00 |
| **Total Assets** | **3,270,971.14** | **2,091,216.54** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **3,270,971.14** | **2,091,216.54** | **100.00** |

**Estimated Annual Income**　　　　.00



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02555304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ██████8811

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .020 | .02<br>1.0000 | .02 | .00<br>.00 | .00 | 0.00 |
| **Total Money Markets** | **.020** | **.02** | **.02** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.020** | **.02** | **.02** | **.00**<br>**.00** | **.00** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Emerging Markets Equity Income Fund *** 96MSCPRR7 Asset Minor Code 77 Date Last Priced: 06/30/25 | 158,922.960 | 3,270,971.12<br>20.5821 @ | 2,091,216.52 | 1,179,754.60<br>145,657.51 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **158,922.960** | **3,270,971.12** | **2,091,216.52** | **1,179,754.60**<br>**145,657.51** | **.00** | **0.00** |
| **Total Miscellaneous** | **158,922.960** | **3,270,971.12** | **2,091,216.52** | **1,179,754.60**<br>**145,657.51** | **.00** | **0.00** |
| **Total Assets** | **158,922.980** | **3,270,971.14** | **2,091,216.54** | **1,179,754.60**<br>**145,657.51** | **.00** | **0.00** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |

02555304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **158,922.980** | **3,270,971.14** | **2,091,216.54** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025553
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023078 02 SP 000638015117855 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02555804
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8812**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023083 02 SP 000638015117860 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02555804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ██████8812

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Asset Summary | 4 |
| Asset Detail | 5 |

02555804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **9,406,833.23** | **8,284,558.84** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | - 171,344.87 | .00 |
| **Total Investment Activity** | **- 171,344.87** | **.00** |
| **Net Change In Market And Cost** | **- 171,344.87** | **.00** |
| **Ending Market And Cost** | **9,235,488.36** | **8,284,558.84** |

02555804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .04 | .04 | 0.00 |
| Mutual Funds-Equity | 9,235,488.32 | 8,284,558.80 | 100.00 |
| **Total Assets** | **9,235,488.36** | **8,284,558.84** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **9,235,488.36** | **8,284,558.84** | **100.00** |
| **Estimated Annual Income** | **173,915.03** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02555804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .040 | .04<br>1.0000 | .04 | .00<br>.00 | .00 | 0.00 |
| **Total Money Markets** | **.040** | **.04** | **.04** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.040** | **.04** | **.04** | **.00**<br>**.00** | **.00** | **0.00** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Catholic Rspnsbl Invstmnts Intl Eq 14919E779 Asset Minor Code 98 | 856,724.334 | 9,235,488.32<br>10.7800 | 8,284,558.80 | 950,929.52<br>- 171,344.87 | .00 | 1.88 |
| **Total Mutual Funds-Equity** | **856,724.334** | **9,235,488.32** | **8,284,558.80** | **950,929.52**<br>**- 171,344.87** | **.00** | **1.88** |
| **Total Mutual Funds** | **856,724.334** | **9,235,488.32** | **8,284,558.80** | **950,929.52**<br>**- 171,344.87** | **.00** | **1.88** |
| **Total Assets** | **856,724.374** | **9,235,488.36** | **8,284,558.84** | **950,929.52**<br>**- 171,344.87** | **.00** | **1.88** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |
| **Grand Total** | **856,724.374** | **9,235,488.36** | **8,284,558.84** | | | |

02555804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025558
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023083 02 SP 000638015117860 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: ██████8813**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023088 02 SP 000638015117865 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ██████8813

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ███8813

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,241,103.93** | **3,139,485.44** |
| **Investment Activity** | | |
| Dividends | 80,967.69 | 80,967.69 |
| Change In Unrealized Gain/Loss | - 53,305.16 | .00 |
| **Total Investment Activity** | **27,662.53** | **80,967.69** |
| **Net Change In Market And Cost** | **27,662.53** | **80,967.69** |
| **Ending Market And Cost** | **3,268,766.46** | **3,220,453.13** |

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████8813

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Dividends | 80,967.69 |
| Purchases | - 80,967.69 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████8813

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .01 | .01 | 0.00 |
| Mutual Funds-Fixed Income | 3,268,766.45 | 3,220,453.12 | 100.00 |
| **Total Assets** | **3,268,766.46** | **3,220,453.13** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **3,268,766.46** | **3,220,453.13** | **100.00** |

| | |
|---|---|
| **Estimated Annual Income** | **350,224.97** |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ██████8813

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .010 | .01<br>1.0000 | .01 | .00<br>.00 | .00 | 0.00 |
| **Total Money Markets** | **.010** | **.01** | **.01** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.010** | **.01** | **.01** | **.00**<br>**.00** | **.00** | **0.00** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Fixed Income** | | | | | | |
| Cliffwater Corporate Lending I 186854204 Asset Minor Code 99 | 307,214.892 | 3,268,766.45<br>10.6400 | 3,220,453.12 | 48,313.33<br>- 53,305.16 | .00 | 10.71 |
| **Total Mutual Funds-Fixed Income** | **307,214.892** | **3,268,766.45** | **3,220,453.12** | **48,313.33**<br>**- 53,305.16** | **.00** | **10.71** |
| **Total Mutual Funds** | **307,214.892** | **3,268,766.45** | **3,220,453.12** | **48,313.33**<br>**- 53,305.16** | **.00** | **10.71** |
| **Total Assets** | **307,214.902** | **3,268,766.46** | **3,220,453.13** | **48,313.33**<br>**- 53,305.16** | **.00** | **10.71** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |
| **Grand Total** | **307,214.902** | **3,268,766.46** | **3,220,453.13** | | | |

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [redacted]8813

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████8813

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds-Fixed Income** | | | | | | | | |
| 307,214.892 | Cliffwater Corporate Lending I 186854204 | 07/02/25 | 07/02/25 | 1.14 | .00 | 80,967.69 | 80,967.69 | .00 |
| **Total Mutual Funds-Fixed Income** | | | | | **.00** | **80,967.69** | **80,967.69** | **.00** |
| **Grand Total** | | | | | **.00** | **80,967.69** | **80,967.69** | **.00** |

02556304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [redacted]8813

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Dividends** | | |
| **Cliffwater Corporate Lending I 186854204** | | |
| 07/02/2025 | 0.2703 USD/Share On 299,547.497 Shares Due 7/2/25 Dividend Payable 07/02/25 | 80,967.69 |
| **Total Dividends** | | **80,967.69** |

02556304
35- -01-B -62 -218-04
0101  -11-02870-04

**US bank.** 

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████3813

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Mutual Funds-Fixed Income** | | | | | |
| 07/02/2025 | Purchased 7,667.395 Shares Cliffwater Corporate Lending I @ 10.56 USD Through Reinvestment Of Cash Dividend Due 7/2/25 186854204 | 7,667.395 | .00 | - 80,967.69 | 80,967.69 |
| **Total Cliffwater Corporate Lending I** | | **7,667.395** | **.00** | **- 80,967.69** | **80,967.69** |
| **Total Mutual Funds-Fixed Income** | | **7,667.395** | **.00** | **- 80,967.69** | **80,967.69** |
| **Total Purchases** | | **7,667.395** | **.00** | **- 80,967.69** | **80,967.69** |

R1316



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025563
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023088 02 SP 000638015117865 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8814**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023093 02 SP 000638015117870 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

 

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ███████3814

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |

R1320

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT [redacted]8814

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **2,654,522.46** | **2,654,522.46** |
| **Investment Activity** | | |
| Interest | 187.07 | 187.07 |
| Net Accrued Income (Current-Prior) | - 186.43 | - 186.43 |
| **Total Investment Activity** | **.64** | **.64** |
| **Net Change In Market And Cost** | **.64** | **.64** |
| **Ending Market And Cost** | **2,654,523.10** | **2,654,523.10** |

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 187.07 |
| Cash Equivalent Purchases | - 187.07 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 187.46 | 187.46 | 0.01 |
| Miscellaneous | 2,654,335.00 | 2,654,335.00 | 99.99 |
| **Total Assets** | **2,654,522.46** | **2,654,522.46** | **100.00** |
| Accrued Income | .64 | .64 | 0.00 |
| **Grand Total** | **2,654,523.10** | **2,654,523.10** | **100.00** |
| **Estimated Annual Income** | **7.87** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ██████8814

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 187.460 | 187.46<br>1.0000 | 187.46 | .00<br>.00 | .64 | 4.17 |
| **Total Money Markets** | **187.460** | **187.46** | **187.46** | **.00**<br>**.00** | **.64** | **4.17** |
| **Total Cash And Equivalents** | **187.460** | **187.46** | **187.46** | **.00**<br>**.00** | **.64** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Kairos Credit<br>Strategies Reit Inc ***<br>96MSCQPD8 Asset Minor Code 76<br>Date Last Priced: 03/31/25 | 2,654,335.000 | 2,654,335.00<br>1.0000 @ | 2,654,335.00 | .00<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **2,654,335.000** | **2,654,335.00** | **2,654,335.00** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **2,654,335.000** | **2,654,335.00** | **2,654,335.00** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Assets** | **2,654,522.460** | **2,654,522.46** | **2,654,522.46** | **.00**<br>**.00** | **.64** | **0.00** |
| **Accrued Income** | **.000** | **.64** | **.64** | | | |

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ██████8814

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **2,654,522.460** | **2,654,523.10** | **2,654,523.10** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 187.460 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 187.07 | .64 | 187.07 | .64 |
| **Total Cash And Equivalents** | | | | | **187.07** | **.64** | **187.07** | **.64** |
| **Grand Total** | | | | | **187.07** | **.64** | **187.07** | **.64** |

02556804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 187.07 |
| **Total Interest** | | **187.07** |

02556804
35- -01-B -62 -218-04
0101  -11-02870-04

 

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████3814

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 187.07 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 187.070 | .00 | - 187.07 | 187.07 |
| **Total First Am Govt Ob Fd Cl Z** | | **187.070** | **.00** | **- 187.07** | **187.07** |
| **Total Cash And Equivalents** | | **187.070** | **.00** | **- 187.07** | **187.07** |
| **Total Purchases** | | **187.070** | **.00** | **- 187.07** | **187.07** |

R1328



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025568
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023093 02 SP 000638015117870 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02557304
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8816**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023098 02 SP 000638015117875 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT [redacted]8816

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ██████8816

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **1,387,156.73** | **1,387,156.73** |
| **Investment Activity** | | |
| Interest | .17 | .17 |
| Net Accrued Income (Current-Prior) | .02 | .02 |
| **Total Investment Activity** | **.19** | **.19** |
| **Net Change In Market And Cost** | **.19** | **.19** |
| **Ending Market And Cost** | **1,387,156.92** | **1,387,156.92** |

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT [redacted]8816

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | .17 |
| Cash Equivalent Purchases | - .17 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ██████8816

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 53.09 | 53.09 | 0.00 |
| Miscellaneous | 1,387,103.64 | 1,387,103.64 | 100.00 |
| **Total Assets** | **1,387,156.73** | **1,387,156.73** | **100.00** |
| Accrued Income | .19 | .19 | 0.00 |
| **Grand Total** | **1,387,156.92** | **1,387,156.92** | **100.00** |

**Estimated Annual Income** **2.22**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ██████8816

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 53.090 | 53.09<br>1.0000 | 53.09 | .00<br>.00 | .19 | 4.16 |
| **Total Money Markets** | **53.090** | **53.09** | **53.09** | **.00<br>.00** | **.19** | **4.16** |
| **Total Cash And Equivalents** | **53.090** | **53.09** | **53.09** | **.00<br>.00** | **.19** | **4.16** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Redwood<br>Kairos Re Value Fund VIII LP ***<br>96MSCUAJ2 Asset Minor Code 76<br>Date Last Priced: 03/31/25 | 1,387,103.640 | 1,387,103.64<br>1.0000 @ | 1,387,103.64 | .00<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **1,387,103.640** | **1,387,103.64** | **1,387,103.64** | **.00<br>.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **1,387,103.640** | **1,387,103.64** | **1,387,103.64** | **.00<br>.00** | **.00** | **0.00** |
| **Total Assets** | **1,387,156.730** | **1,387,156.73** | **1,387,156.73** | **.00<br>.00** | **.19** | **0.00** |
| **Accrued Income** | **.000** | **.19** | **.19** | | | |

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **1,387,156.730** | **1,387,156.92** | **1,387,156.92** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 53.090 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | .17 | .19 | .17 | .19 |
| **Total Cash And Equivalents** | | | | | **.17** | **.19** | **.17** | **.19** |
| **Grand Total** | | | | | **.17** | **.19** | **.17** | **.19** |

02557304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | .17 |
| **Total Interest** | | **.17** |

02557304
35- -01-B -62 -218-04
0101  -11-02870-04



ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████ 3816

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 0.17 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | .170 | .00 | - .17 | .17 |
| | **Total First Am Govt Ob Fd Cl Z** | **.170** | **.00** | **- .17** | **.17** |
| | **Total Cash And Equivalents** | **.170** | **.00** | **- .17** | **.17** |
| | **Total Purchases** | **.170** | **.00** | **- .17** | **.17** |

R1340



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025573
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023098 02 SP 000638015117875 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: ██████8817**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023103 02 SP 000638015117880 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ██████8817

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **1,670,949.37** | **1,523,518.84** |
| **Investment Activity** | | |
| Interest | .29 | .29 |
| Change In Unrealized Gain/Loss | 12,886.76 | .00 |
| Net Accrued Income (Current-Prior) | .04 | .04 |
| **Total Investment Activity** | **12,887.09** | **.33** |
| **Net Change In Market And Cost** | **12,887.09** | **.33** |
| **Ending Market And Cost** | **1,683,836.46** | **1,523,519.17** |

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]8817

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | .29 |
| Cash Equivalent Purchases | - .29 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 92.43 | 92.43 | 0.01 |
| Miscellaneous | 1,683,743.70 | 1,523,426.41 | 99.99 |
| **Total Assets** | **1,683,836.13** | **1,523,518.84** | **100.00** |
| Accrued Income | .33 | .33 | 0.00 |
| **Grand Total** | **1,683,836.46** | **1,523,519.17** | **100.00** |
| **Estimated Annual Income** | **3.88** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ██████8817

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 92.430 | 92.43<br>1.0000 | 92.43 | .00<br>.00 | .33 | 4.17 |
| **Total Money Markets** | **92.430** | **92.43** | **92.43** | **.00**<br>**.00** | **.33** | **4.16** |
| **Total Cash And Equivalents** | **92.430** | **92.43** | **92.43** | **.00**<br>**.00** | **.33** | **4.16** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Partners Group Private Equity Mf *** 95MSC4CE1 Asset Minor Code 77 Date Last Priced: 05/31/25 | 762,530.548 | 1,683,743.70<br>2.2081 @ | 1,523,426.41 | 160,317.29<br>12,886.76 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **762,530.548** | **1,683,743.70** | **1,523,426.41** | **160,317.29**<br>**12,886.76** | **.00** | **0.00** |
| **Total Miscellaneous** | **762,530.548** | **1,683,743.70** | **1,523,426.41** | **160,317.29**<br>**12,886.76** | **.00** | **0.00** |
| **Total Assets** | **762,622.978** | **1,683,836.13** | **1,523,518.84** | **160,317.29**<br>**12,886.76** | **.33** | **0.00** |
| **Accrued Income** | **.000** | **.33** | **.33** | | | |

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **762,622.978** | **1,683,836.46** | **1,523,519.17** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02557804
35- -01-B -62 -218-04
0101  -11-02870-04

 

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███████3817

## INCOME ACCRUAL DETAIL

| SHARES/<br>FACE AMOUNT | DESCRIPTION | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---:|---|---|---|---:|---:|---:|---:|---:|
| **Cash And Equivalents** | | | | | | | | |
| 92.430 | First Am Govt Ob Fd Cl Z<br>31846V567 | | 08/01/25 | 0.04 | .29 | .33 | .29 | .33 |
| **Total Cash And Equivalents** | | | | | **.29** | **.33** | **.29** | **.33** |
| **Grand Total** | | | | | **.29** | **.33** | **.29** | **.33** |

R1350

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ██████8817

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | .29 |
| **Total Interest** | | **.29** |

02557804
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]8817

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 0.29 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | .290 | .00 | - .29 | .29 |
| **Total First Am Govt Ob Fd Cl Z** | | **.290** | **.00** | **- .29** | **.29** |
| **Total Cash And Equivalents** | | **.290** | **.00** | **- .29** | **.29** |
| **Total Purchases** | | **.290** | **.00** | **- .29** | **.29** |



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025578
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023103 02 SP 000638015117880 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

**Account Number: [redacted]8818**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023108 02 SP 000638015117885 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Corporate Changes And Adjustments | 10 |
| Purchases | 11 |

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ██████8818

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **932,679.14** | **932,679.14** |
| **Investment Activity** | | |
| Interest | 1.74 | 1.74 |
| Net Accrued Income (Current-Prior) | 49.43 | 49.43 |
| **Total Investment Activity** | **51.17** | **51.17** |
| **Other Activity** | | |
| Other Non-Cash Transactions | 34,577.23 | 34,577.23 |
| **Total Other Activity** | **34,577.23** | **34,577.23** |
| **Net Change In Market And Cost** | **34,628.40** | **34,628.40** |
| **Ending Market And Cost** | **967,307.54** | **967,307.54** |

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 1.74 |
| Cash Equivalent Purchases | - 1.74 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 14,417.20 | 14,417.20 | 1.49 |
| Miscellaneous | 952,839.17 | 952,839.17 | 98.50 |
| **Total Assets** | **967,256.37** | **967,256.37** | **99.99** |
| Accrued Income | 51.17 | 51.17 | 0.01 |
| **Grand Total** | **967,307.54** | **967,307.54** | **100.00** |
| | | | |
| **Estimated Annual Income** | **605.52** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 14,417.200 | 14,417.20 1.0000 | 14,417.20 | .00 .00 | 51.17 | 4.17 |
| **Total Money Markets** | **14,417.200** | **14,417.20** | **14,417.20** | **.00 .00** | **51.17** | **4.17** |
| **Total Cash And Equivalents** | **14,417.200** | **14,417.20** | **14,417.20** | **.00 .00** | **51.17** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Montauk Triguard Fund IX LP *** 95MSC7A06 Asset Minor Code 77 Date Last Priced: 03/31/25 | 952,839.170 | 952,839.17 1.0000 @ | 952,839.17 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **952,839.170** | **952,839.17** | **952,839.17** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **952,839.170** | **952,839.17** | **952,839.17** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **967,256.370** | **967,256.37** | **967,256.37** | **.00 .00** | **51.17** | **0.06** |
| **Accrued Income** | **.000** | **51.17** | **51.17** | | | |

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **967,256.370** | **967,307.54** | **967,307.54** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███8818

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 14,417.200 | First Am Govt Ob Fd Cl Z 31846V567 | | 08/01/25 | 0.04 | 1.74 | 51.17 | 1.74 | 51.17 |
| **Total Cash And Equivalents** | | | | | **1.74** | **51.17** | **1.74** | **51.17** |
| **Grand Total** | | | | | **1.74** | **51.17** | **1.74** | **51.17** |

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 1.74 |
| **Total Interest** | | **1.74** |

02558304
35- -01-B -62 -218-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 07/15/2025 | Units Of Montauk Triguard Fund IX LP Adjusted By 34,577.23 Units Old Units 108,203.94/New Units 142,781.17 03/31/2025 Statement 95MSC7A06 | 34,577.23 | .00 | .00 | .00 |
| 07/15/2025 | Fed Basis Of Montauk Triguard Fund IX LP Adjusted By 34,577.23 USD Old: 108,203.94 USD/New: 142,781.17 USD 03/31/2025 Statement 95MSC7A06 | .00 | 34,577.23 | .00 | - 34,577.23 |
| **Total Adjustments** | | **34,577.23** | **34,577.23** | **.00** | **- 34,577.23** |
| **Total Corporate Changes And Adjustments** | | **34,577.23** | **34,577.23** | **.00** | **- 34,577.23** |

02558304
35- -01-B -62 -218-04
0101  -11-02870-04



ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ▉▉▉3818

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 1.74 Units Of First Am Govt Ob Fd Cl Z Trade Date 7/2/25 31846V567 | 1.740 | .00 | - 1.74 | 1.74 |
| | **Total First Am Govt Ob Fd Cl Z** | **1.740** | **.00** | **- 1.74** | **1.74** |
| | **Total Cash And Equivalents** | **1.740** | **.00** | **- 1.74** | **1.74** |
| | **Total Purchases** | **1.740** | **.00** | **- 1.74** | **1.74** |



R1366



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025583
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023108 02 SP 000638015117885 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

**Account Number: [redacted]8900**
**ARCHDIOCESE OF SAN FRANCISCO**
**SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN**

**This statement is for the period from July 1, 2025 to July 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000023114 02 SP 000638015117891 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from July 1, 2025 to July 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Benefit Activity | 9 |
| Investment Activity | 10 |
| Purchases | 11 |
| Sales And Maturities | 12 |

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from July 1, 2025 to July 31, 2025

## MARKET AND COST RECONCILIATION

| | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **225,654.39** | **225,654.39** |
| **Benefit Activity** | | |
| Benefits Payments | - 925.91 | - 925.91 |
| **Total Benefit Activity** | **- 925.91** | **- 925.91** |
| **Investment Activity** | | |
| Interest | 771.11 | 771.11 |
| Net Accrued Income (Current-Prior) | 25.18 | 25.18 |
| **Total Investment Activity** | **796.29** | **796.29** |
| **Net Change In Market And Cost** | **- 129.62** | **- 129.62** |
| **Ending Market And Cost** | **225,524.77** | **225,524.77** |

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from July 1, 2025 to July 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Benefit Activity** | |
| Benefits Payments | - 925.91 |
| **Total Benefit Activity** | **- 925.91** |
| **Investment Activity** | |
| Interest | 771.11 |
| Cash Equivalent Purchases | - 771.11 |
| Cash Equivalent Sales | 925.91 |
| **Total Investment Activity** | **925.91** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from July 1, 2025 to July 31, 2025

## ASSET SUMMARY

| ASSETS | 07/31/2025 MARKET | 07/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 224,728.48 | 224,728.48 | 99.65 |
| **Total Assets** | **224,728.48** | **224,728.48** | **99.65** |
| Accrued Income | 796.29 | 796.29 | 0.35 |
| **Grand Total** | **225,524.77** | **225,524.77** | **100.00** |

| | |
|---|---|
| **Estimated Annual Income** | **9,438.59** |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Treas Ob Fd Cl Z 31846V542 Asset Minor Code 1 | 224,728.480 | 224,728.48 1.0000 | 224,728.48 | .00 .00 | 796.29 | 4.17 |
| **Total Money Markets** | **224,728.480** | **224,728.48** | **224,728.48** | **.00 .00** | **796.29** | **4.16** |
| **Total Cash And Equivalents** | **224,728.480** | **224,728.48** | **224,728.48** | **.00 .00** | **796.29** | **4.16** |
| **Total Assets** | **224,728.480** | **224,728.48** | **224,728.48** | **.00 .00** | **796.29** | **4.16** |
| **Accrued Income** | **.000** | **796.29** | **796.29** | | | |
| **Grand Total** | **224,728.480** | **225,524.77** | **225,524.77** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from July 1, 2025 to July 31, 2025

## ASSET DETAIL MESSAGES (continued)

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from July 1, 2025 to July 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 224,728.480 | First Am Treas Ob Fd Cl Z 31846V542 | | 08/01/25 | 0.04 | 771.11 | 796.29 | 771.11 | 796.29 |
| **Total Cash And Equivalents** | | | | | **771.11** | **796.29** | **771.11** | **796.29** |
| **Grand Total** | | | | | **771.11** | **796.29** | **771.11** | **796.29** |

02558904
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF - SERP
ACCOUNT ████3900

## BENEFIT ACTIVITY

| DATE | DESCRIPTION | CASH | FEDERAL TAX COST | MARKET |
|------|-------------|------|------------------|--------|
| **Benefit Payments** | | | | |
| **Monthly Pension** | | | | |
| 07/01/2025 | Paid To   Pension Pmts | - 925.91 | | |
| **Total Monthly Pension** | | **- 925.91** | | |
| **Total Benefit Payments** | | **- 925.91** | | |
| **Total Benefit Activity** | | **- 925.91** | | |

R1377

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from July 1, 2025 to July 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Treas Ob Fd Cl Z 31846V542** | | |
| 07/01/2025 | Interest From 6/1/25 To 6/30/25 | 771.11 |
| **Total Interest** | | **771.11** |

02558904
35- -01-B -62 -218-04
0101  -12-02870-04



ADSF - SERP
ACCOUNT ████3900

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Cash And Equivalents** | | | | | |
| 07/02/2025 | Purchased 771.11 Units Of First Am Treas Ob Fd Cl Z Trade Date 7/2/25 31846V542 | 771.110 | .00 | - 771.11 | 771.11 |
| | **Total First Am Treas Ob Fd Cl Z** | **771.110** | **.00** | **- 771.11** | **771.11** |
| | **Total Cash And Equivalents** | **771.110** | **.00** | **- 771.11** | **771.11** |
| | **Total Purchases** | **771.110** | **.00** | **- 771.11** | **771.11** |

R1379

02558904
35- -01-B -62 -218-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT 8900

Period from July 1, 2025 to July 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 07/01/2025 | Sold 925.91 Units Of First Am Treas Ob Fd Cl Z Trade Date 7/1/25 31846V542 | - 925.910 | .00 | 925.91 | - 925.91 | .00 |
| **Total First Am Treas Ob Fd Cl Z** | | **- 925.910** | **.00** | **925.91** | **- 925.91** | **.00** |
| **Total Cash And Equivalents** | | **- 925.910** | **.00** | **925.91** | **- 925.91** | **.00** |
| **Total Sales And Maturities** | | **- 925.910** | **.00** | **925.91** | **- 925.91** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025589
-B -218

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000023114 02  SP      000638015117891 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***U.S. BANK COMMERCIAL CARD PROGRAM***
***Transaction Summary***

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/01 | 2025/07/01 | $1,682.45 | USD | BREAKTHRUMARKETING.COM | CA | 95032 |
| 2025/07/01 | 2025/07/01 | $30.00 | USD | LIBERATED SYNDICATION | PA | 15213 |
| 2025/07/01 | 2025/07/02 | $52.36 | USD | AMAZON MKTPL*N36YE96O2 | WA | 98109 |
| 2025/07/02 | 2025/07/02 | $78.52 | USD | AMAZON RETA* N39TP3SQ2 | WA | 98109 |
| 2025/07/01 | 2025/07/02 | $65.00 | USD | COSTCO *ANNUAL RENEWAL | WA | 98027 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $63.00 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/01 | 2025/07/02 | $83.57 | USD | INTUIT *QUICKBOOKS BILL P | CA | 92129 |
| 2025/07/02 | 2025/07/02 | $11.94 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/01 | 2025/07/02 | $167.88 | USD | COLE HARDWARE | CA | 94103 |
| 2025/07/01 | 2025/07/02 | $491.27 | USD | EZCATER*THE BREAKFAST | MA | 02108 |
| 2025/07/01 | 2025/07/02 | $105.34 | USD | FTD* FTD.COM | IL | 60601 |
| 2025/07/01 | 2025/07/02 | $154.21 | USD | FTD* FTD.COM | IL | 60601 |
| 2025/07/01 | 2025/07/02 | $2.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/07/02 | 2025/07/03 | $152.06 | USD | AMAZON MKTPL*N34HX83T1 | WA | 98109 |
| 2025/07/02 | 2025/07/03 | $48.09 | USD | AMAZON MKTPL*N33KL1992 | WA | 98109 |
| 2025/07/02 | 2025/07/03 | $275.94 | USD | ZORO TOOLS INC | IL | 60089 |
| 2025/07/02 | 2025/07/03 | $29.81 | USD | AMAZON RETA* N36732AY0 | WA | 98109 |
| 2025/07/01 | 2025/07/03 | $14.11 | USD | OFFICEMAX/DEPOT 6498 | CA | 94118 |
| 2025/07/02 | 2025/07/03 | $81.34 | USD | AMAZON MKTPL*N38B462F2 | WA | 98109 |
| 2025/07/02 | 2025/07/03 | $232.49 | USD | COSTCO WHSE #0021 | CA | 94526 |
| 2025/07/01 | 2025/07/03 | $25.16 | USD | HOBBY-LOBBY #889 | CA | 94404 |
| 2025/07/01 | 2025/07/03 | $8,935.32 | USD | ANTHEM BLUE MED SUPP | IN | 46204 |
| 2025/07/01 | 2025/07/03 | $20.30 | USD | OFFICEMAX/DEPOT 6498 | CA | 94118 |
| 2025/07/02 | 2025/07/03 | ($34.96) | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/07/02 | 2025/07/03 | $14.96 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/07/02 | 2025/07/03 | $282.79 | USD | EZCATER*CAFE MADELEINE | MA | 02108 |
| 2025/07/02 | 2025/07/03 | $276.12 | USD | QUILL CORPORATION | SC | 29203 |
| 2025/07/02 | 2025/07/03 | $509.40 | USD | STAPLS7660395595000001 | TN | 37086 |
| 2025/07/02 | 2025/07/03 | $381.82 | USD | PANERA BREAD #204487 O | CA | 94085 |
| 2025/07/02 | 2025/07/03 | $43.44 | USD | STANDARD PLUMBING ACE | CA | 94118 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/02 | 2025/07/03 | $91.13 | USD | SPO*TIAMARGARITAMEXICANRE | CA | 94121 |
| 2025/07/02 | 2025/07/04 | $453.18 | USD | UNITED 0162310707456 | TX | 77002 |
| 2025/07/02 | 2025/07/04 | $22.56 | USD | UNITED 0164310145960 | TX | 77002 |
| 2025/07/02 | 2025/07/04 | $38.69 | USD | UNITED 0164310145961 | TX | 77002 |
| 2025/07/03 | 2025/07/04 | $695.16 | USD | STAPLES INC | MA | 01702 |
| 2025/07/03 | 2025/07/04 | $78.63 | USD | STAPLES INC | MA | 01702 |
| 2025/07/03 | 2025/07/04 | $395.37 | USD | AMAZON MKTPL*N33L70RV2 | WA | 98109 |
| 2025/07/03 | 2025/07/04 | $85.57 | USD | REV.COM | TX | 78703 |
| 2025/07/02 | 2025/07/04 | $239.25 | USD | CANON LAW SOCIETY OF AMER | DC | 20017 |
| 2025/07/02 | 2025/07/04 | $116.09 | USD | ABB*BOUDIN CATERING | CA | 94133 |
| 2025/07/03 | 2025/07/04 | $1,978.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $115.00 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/03 | 2025/07/04 | $105.28 | USD | STACKS | CA | 94010 |
| 2025/07/02 | 2025/07/04 | $1,875.57 | USD | HAMPTON INNS | CA | 92108 |
| 2025/07/02 | 2025/07/04 | $22.50 | USD | ADT SECURITY*310811122 | FL | 33431 |
| 2025/07/03 | 2025/07/04 | $91.84 | USD | COLE HARDWARE | CA | 94103 |
| 2025/07/03 | 2025/07/04 | $279.04 | USD | EZCATER*CAFE MADELEINE | MA | 02108 |
| 2025/07/05 | 2025/07/07 | $141.38 | USD | ACT*SFRECPARK | CA | 94117 |
| 2025/07/04 | 2025/07/07 | $39.53 | USD | AMAZON MKTPL*NL2DX5LY2 | WA | 98109 |
| 2025/07/03 | 2025/07/07 | $217.20 | USD | OFFICE DEPOT 1135 | CA | 94538 |
| 2025/07/05 | 2025/07/07 | $260.40 | USD | AMAZON RETA* N39DQ58K1 | WA | 98109 |
| 2025/07/06 | 2025/07/07 | $24.80 | USD | AMAZON RETA* N38A24KN0 | WA | 98109 |
| 2025/07/05 | 2025/07/07 | $53.97 | USD | AMAZON MKTPL*N32VR56S1 | WA | 98109 |
| 2025/07/03 | 2025/07/07 | $19.43 | USD | WESTLAKE ACE MOUNTAIN VIE | CA | 94043 |
| 2025/07/04 | 2025/07/07 | $39.30 | USD | CVS/PHARMACY #09554 | CA | 94402 |
| 2025/07/05 | 2025/07/07 | $15.71 | USD | EBAY O*11-13284-07944 | CA | 95131 |
| 2025/07/05 | 2025/07/07 | $113.98 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/07/05 | 2025/07/07 | $29.98 | USD | FEDEX494341153 | TN | 38116 |
| 2025/07/06 | 2025/07/07 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/06 | 2025/07/07 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/06 | 2025/07/07 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/06 | 2025/07/07 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/05 | 2025/07/07 | $32.99 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/07/03 | 2025/07/07 | $1.00 | USD | CITY OF BURLINGAME-PARKI | CA | 94010 |
| 2025/07/03 | 2025/07/07 | $1.25 | USD | CITY OF BURLINGAME-PARKI | CA | 94010 |
| 2025/07/05 | 2025/07/07 | $162.20 | USD | COSTCO WHSE#654 | CA | 94080 |
| 2025/07/06 | 2025/07/07 | $600.73 | USD | ADOBE INC | CA | 95110 |
| 2025/07/06 | 2025/07/07 | $39.97 | USD | UBER TRIP* TRIP | CA | 94158 |
| 2025/07/04 | 2025/07/07 | $7.95 | USD | AUDIBLE*N30FG1870 | NJ | 07102 |
| 2025/07/04 | 2025/07/07 | $16.95 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/03 | 2025/07/07 | $235.28 | USD | IN *ABC FIRE PROTECTION, | CA | 94560 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/04 | 2025/07/07 | $340.23 | USD | DTV*DIRECTV SERVICE | TX | 75202 |
| 2025/07/05 | 2025/07/07 | $285.92 | USD | SAFEWAY.COM # 1507 | CA | 94114 |
| 2025/07/03 | 2025/07/07 | $539.57 | USD | LEMONADE - MISSION ST - E | CA | 94103 |
| 2025/07/07 | 2025/07/08 | $50.00 | USD | ALPHA USA | IL | 60540 |
| 2025/07/07 | 2025/07/08 | $2,228.71 | USD | PITNEY BOWES LEASING-S | CT | 06484 |
| 2025/07/08 | 2025/07/08 | $39.09 | USD | AMAZON MARK* NL0UE26J2 | WA | 98109 |
| 2025/07/07 | 2025/07/08 | $701.60 | USD | FSP*COLORPRINT | CA | 94010 |
| 2025/07/08 | 2025/07/08 | $10.40 | USD | AMAZON RETA* NL86R64O1 | WA | 98109 |
| 2025/07/07 | 2025/07/08 | $328.00 | USD | GEOBLUE | PA | 19406 |
| 2025/07/07 | 2025/07/08 | $38.40 | USD | DNH*GODADDY#3809453719 | AZ | 85281 |
| 2025/07/07 | 2025/07/08 | $90.08 | USD | WHOLEFDS FRK 10044 | CA | 94109 |
| 2025/07/06 | 2025/07/08 | $55.09 | USD | SAFEWAY #0739 | CA | 94110 |
| 2025/07/07 | 2025/07/08 | $257.00 | USD | OTIS ELEVATOR | FL | 33407 |
| 2025/07/07 | 2025/07/08 | ($20.60) | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/07/07 | 2025/07/08 | $74.85 | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/07/07 | 2025/07/08 | $19.51 | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/07/08 | 2025/07/09 | $0.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/07/08 | 2025/07/09 | $62.75 | USD | ECATHOLIC | TX | 77845 |
| 2025/07/07 | 2025/07/09 | $559.00 | USD | INTERNATIONAL CATHOLIC ST | MI | 48127 |
| 2025/07/08 | 2025/07/09 | $115.00 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/08 | 2025/07/09 | $27.00 | USD | LIQUID WEB, LLC | MI | 48917 |
| 2025/07/08 | 2025/07/09 | $447.52 | USD | WWW.BISSELL.COM | MI | 49544 |
| 2025/07/08 | 2025/07/09 | $152.06 | USD | AMAZON MKTPL*NL17Q3NA0 | WA | 98109 |
| 2025/07/07 | 2025/07/09 | $4.27 | USD | THE HOME DEPOT #1092 | CA | 94015 |
| 2025/07/09 | 2025/07/10 | $18.60 | USD | AMAZON RETA* NL4VU3MA0 | WA | 98109 |
| 2025/07/08 | 2025/07/10 | $246.00 | USD | NATIONAL CATHOLIC EDUC | VA | 22203 |
| 2025/07/09 | 2025/07/10 | $27.00 | USD | MICHELANGELOS SISTINE | CA | 90036 |
| 2025/07/09 | 2025/07/10 | $27.00 | USD | MICHELANGELOS SISTINE | CA | 90036 |
| 2025/07/09 | 2025/07/10 | $27.00 | USD | MICHELANGELOS SISTINE | CA | 90036 |
| 2025/07/09 | 2025/07/10 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/09 | 2025/07/10 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/09 | 2025/07/10 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/09 | 2025/07/10 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/09 | 2025/07/10 | $25.00 | USD | FASTRAK CSC | CA | 94105 |
| 2025/07/08 | 2025/07/10 | $80.43 | USD | TST*DAEHO KALBIJJIM - SF | CA | 94115 |
| 2025/07/09 | 2025/07/10 | $15.35 | USD | ADOBE *ADOBE | CA | 95110 |
| 2025/07/08 | 2025/07/10 | $356.84 | USD | CENTRAL BUILDERS | CA | 94115 |
| 2025/07/09 | 2025/07/10 | $24.32 | USD | AMAZON MKTPL*NL0Z37UW2 | WA | 98109 |
| 2025/07/09 | 2025/07/10 | $30.39 | USD | AMAZON MKTPL*NL9BB6I62 | WA | 98109 |
| 2025/07/09 | 2025/07/10 | $173.78 | USD | AMAZON MKTPL*NL8P62X30 | WA | 98109 |
| 2025/07/09 | 2025/07/11 | $564.14 | USD | STAPLES 00113415 | CA | 95337 |
| 2025/07/10 | 2025/07/11 | $20.00 | USD | OPENAI *CHATGPT SUBSCR | CA | 94104 |
| 2025/07/10 | 2025/07/11 | $0.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/07/10 | 2025/07/11 | $376.01 | USD | STAPLS7660781859000001 | TN | 37086 |
| 2025/07/10 | 2025/07/11 | $165.60 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/07/10 | 2025/07/11 | $82.11 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/07/10 | 2025/07/11 | $625.00 | USD | NATL ASSOC DEACON DIR. | FL | 33704 |
| 2025/07/11 | 2025/07/11 | $987.76 | USD | AMERICAN AIR0012256661351 | TX | 76155 |
| 2025/07/10 | 2025/07/11 | $84.30 | USD | INTUIT *QBOOKS PAYROLL | CA | 92129 |
| 2025/07/10 | 2025/07/11 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/10 | 2025/07/11 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/10 | 2025/07/11 | $70.75 | USD | TST* MEL'S KITCHEN - VAN | CA | 94109 |
| 2025/07/10 | 2025/07/11 | $185.05 | USD | COMCAST / XFINITY | CA | 94551 |
| 2025/07/10 | 2025/07/11 | $252.00 | USD | AMAZON MKTPL*NL4G53H61 | WA | 98109 |
| 2025/07/11 | 2025/07/11 | $15.94 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/10 | 2025/07/11 | $32.59 | USD | SQ *JUANITA'S FLOWERS | CA | 94103 |
| 2025/07/10 | 2025/07/11 | $50.20 | USD | CATHOLIC SUPPLY OF ST L | MO | 63109 |
| 2025/07/10 | 2025/07/11 | $110.77 | USD | FTD* FTD.COM | IL | 60601 |
| 2025/07/10 | 2025/07/11 | $117.06 | USD | AMAZON MKTPL*NL2ZZ65N1 | WA | 98109 |
| 2025/07/10 | 2025/07/14 | $453.18 | USD | UNITED 0162312997681 | TX | 77002 |
| 2025/07/10 | 2025/07/14 | $41.91 | USD | UNITED 0164312372100 | TX | 77002 |
| 2025/07/10 | 2025/07/14 | $24.71 | USD | UNITED 0164312372101 | TX | 77002 |
| 2025/07/12 | 2025/07/14 | $42.22 | USD | TST* PARIS BAGUETTE - DUB | CA | 94568 |
| 2025/07/11 | 2025/07/14 | $288.95 | USD | WOK SHOP CAFE | CA | 94109 |
| 2025/07/11 | 2025/07/14 | $125.95 | USD | STAPLES INC | MA | 01702 |
| 2025/07/11 | 2025/07/14 | $4.99 | USD | LEPRESS*OPENLIGHTMEDIA | MI | 48105 |
| 2025/07/11 | 2025/07/14 | $61.40 | USD | AMAZON MKTPL*NR8G91X92 | WA | 98109 |
| 2025/07/11 | 2025/07/14 | $23.54 | USD | AMAZON MKTPL*NL4YH69I1 | WA | 98109 |
| 2025/07/12 | 2025/07/14 | $131.84 | USD | AMAZON MKTPL*NL8TE8R91 | WA | 98109 |
| 2025/07/10 | 2025/07/14 | $10.63 | USD | TRADER JOE S #019 | CA | 94133 |
| 2025/07/13 | 2025/07/14 | $129.32 | USD | IKEA EAST BAY | CA | 94608 |
| 2025/07/11 | 2025/07/14 | $75.25 | USD | SQ *LA MEDITERRANEE CATER | CA | 94133 |
| 2025/07/13 | 2025/07/14 | $24.00 | USD | AMAZON MKTPL*NR5EU8EA0 | WA | 98109 |
| 2025/07/13 | 2025/07/14 | $196.11 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/07/13 | 2025/07/14 | $12.95 | USD | CANVA* 04576-1285307 | DE | 19934 |
| 2025/07/10 | 2025/07/14 | $35.35 | USD | SWA*EARLYBRD5264282919040 | TX | 75235 |
| 2025/07/10 | 2025/07/14 | $212.30 | USD | SOUTHWES 5262365562592 | TX | 75235 |
| 2025/07/13 | 2025/07/14 | $44.97 | USD | AMAZON.COM*NR22D04B1 | WA | 98109 |
| 2025/07/13 | 2025/07/14 | $65.82 | USD | AMAZON.COM*NR45T3NP1 | WA | 98109 |
| 2025/07/11 | 2025/07/14 | $23.94 | USD | TRADER JOE S #100 | CA | 94118 |
| 2025/07/12 | 2025/07/14 | $45.42 | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/07/12 | 2025/07/14 | $21.84 | USD | ML DONUTS | CA | 94121 |
| 2025/07/11 | 2025/07/14 | $146.44 | USD | LIMONCELLO | CA | 94109 |
| 2025/07/11 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/11 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/11 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/11 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/11 | 2025/07/14 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/12 | 2025/07/14 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/13 | 2025/07/14 | $69.30 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/12 | 2025/07/14 | $38.65 | USD | BOUDIN BAKERY 10TH & G | CA | 94118 |
| 2025/07/11 | 2025/07/14 | $89.99 | USD | AAA MEMBERSHIP | CA | 94597 |
| 2025/07/13 | 2025/07/14 | $16.10 | USD | PANERA SIP CLUB 204484 O | CA | 94015 |
| 2025/07/13 | 2025/07/14 | $100.89 | USD | PANERA BREAD #204473 O | CA | 94030 |
| 2025/07/11 | 2025/07/14 | $358.02 | USD | AMAZON MKTPL*NL3C47IT0 | WA | 98109 |
| 2025/07/13 | 2025/07/14 | $21.30 | USD | TEMU.COM | MA | 02116 |
| 2025/07/12 | 2025/07/14 | $102.19 | USD | SAFEWAY #3031 | CA | 94015 |
| 2025/07/12 | 2025/07/14 | $461.56 | USD | STAPLS7661004476000001 | TN | 37086 |
| 2025/07/10 | 2025/07/14 | $366.90 | USD | LEMONADE - MISSION ST - E | CA | 94103 |
| 2025/07/10 | 2025/07/14 | $16.38 | USD | BENEDICTINE CONVENT OF PE | MO | 64432 |
| 2025/07/11 | 2025/07/14 | $120.69 | USD | SQ *EL ALAMBRE (FRANKLIN | CA | 94103 |
| 2025/07/14 | 2025/07/15 | $76.90 | USD | AMAZON MKTPL*YR29T9XX3 | WA | 98109 |
| 2025/07/14 | 2025/07/15 | $48.00 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/07/14 | 2025/07/15 | $318.48 | USD | ZOOM.COM 888-799-9666 | CA | 95113 |
| 2025/07/15 | 2025/07/15 | $134.20 | USD | IC* INSTACART*2190 | CA | 94105 |
| 2025/07/14 | 2025/07/15 | $753.44 | USD | REPLACEMENTS, LTD. | NC | 27301 |
| 2025/07/14 | 2025/07/15 | $395.41 | USD | NYTIMES | NY | 10018 |
| 2025/07/14 | 2025/07/15 | $51.61 | USD | AMAZON MKTPL*PM26P0I33 | WA | 98109 |
| 2025/07/14 | 2025/07/15 | $60.01 | USD | AMAZON.COM*NR2CB7EQ1 | WA | 98109 |
| 2025/07/13 | 2025/07/15 | $5.20 | USD | IPM | NY | 11753 |
| 2025/07/13 | 2025/07/15 | $20.00 | USD | NYTIMES* | NY | 10018 |
| 2025/07/15 | 2025/07/16 | $68.94 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/15 | 2025/07/16 | $64.25 | USD | BROWN INDUSTRIES INC | PA | 19063 |
| 2025/07/15 | 2025/07/16 | $27.00 | USD | MICHELANGELOS SISTINE | CA | 90036 |
| 2025/07/14 | 2025/07/16 | $39.50 | USD | TST*COPENHAGEN BAKERY | CA | 94010 |
| 2025/07/15 | 2025/07/16 | $154.60 | USD | DD *DOORDASH NOTHINGBU | CA | 94107 |
| 2025/07/15 | 2025/07/16 | $450.00 | USD | CATHOLIC FAMILY LIFE A | MI | 48125 |
| 2025/07/15 | 2025/07/16 | $495.00 | USD | CATHOLIC FAMILY LIFE A | MI | 48125 |
| 2025/07/15 | 2025/07/16 | $49.95 | USD | AMAZON MKTPL*H38QF85U3 | WA | 98109 |
| 2025/07/15 | 2025/07/16 | $269.33 | USD | SAFEWAY.COM # 1507 | CA | 94114 |
| 2025/07/15 | 2025/07/16 | $5.00 | USD | AMAZON TIPS*914XJ70X3 | WA | 98109 |
| 2025/07/15 | 2025/07/16 | $5.42 | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/07/16 | 2025/07/17 | $12.96 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/16 | 2025/07/17 | $131.92 | USD | MARRIOTT CORNHUSKER HO | NE | 68508 |
| 2025/07/15 | 2025/07/17 | $33.45 | USD | TRADER JOE S #078 | CA | 94103 |
| 2025/07/15 | 2025/07/17 | $92.39 | USD | AMAZON MKTPL*TD8144Q93 | WA | 98109 |
| 2025/07/16 | 2025/07/17 | $26.84 | USD | AMAZON MKTPL*O65O755E3 | WA | 98109 |
| 2025/07/16 | 2025/07/17 | $88.17 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/07/16 | 2025/07/17 | $9.80 | USD | AMAZON.COM*XO8LE93G3 | WA | 98109 |
| 2025/07/15 | 2025/07/17 | $491.66 | USD | BENIHANA SAN FRANCISCO | CA | 94115 |
| 2025/07/15 | 2025/07/17 | $559.00 | USD | INTERNATIONAL CATHOLIC ST | MI | 48127 |
| 2025/07/15 | 2025/07/17 | $29.00 | USD | CENTRAL BUILDERS | CA | 94115 |
| 2025/07/18 | 2025/07/18 | $11.97 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/17 | 2025/07/18 | $81.98 | USD | WHOLEFDS PTH 10238 | CA | 94107 |
| 2025/07/17 | 2025/07/18 | $68.73 | USD | STAPLES INC | MA | 01702 |
| 2025/07/16 | 2025/07/18 | $33.98 | USD | AMAZON MKTPL*V17B10Z93 | WA | 98109 |
| 2025/07/17 | 2025/07/18 | $110.75 | USD | STAPLES INC | MA | 01702 |
| 2025/07/17 | 2025/07/18 | $560.26 | USD | COSTCO WHSE #0021 | CA | 94526 |
| 2025/07/17 | 2025/07/18 | $212.71 | USD | CAFE TIRAMISU LLC | CA | 94104 |
| 2025/07/16 | 2025/07/18 | $173.39 | USD | TST*BISTRO ARANCINI | CA | 94010 |
| 2025/07/18 | 2025/07/18 | $41.26 | USD | AMAZON MARK* 5T40K89Y3 | WA | 98109 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/17 | 2025/07/18 | $10.28 | USD | AMAZON RETA* W91EX8Y93 | WA | 98109 |
| 2025/07/17 | 2025/07/18 | $19.60 | USD | STAPLS7661301374000001 | TN | 37086 |
| 2025/07/18 | 2025/07/21 | $34.91 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/18 | 2025/07/21 | $396.96 | USD | MARRIOTT CORNHUSKER HO | NE | 68508 |
| 2025/07/19 | 2025/07/21 | $70.04 | USD | WHOLEFDS NOE 10379 | CA | 94114 |
| 2025/07/18 | 2025/07/21 | $15.91 | USD | DOLLAR TREE | CA | 94014 |
| 2025/07/18 | 2025/07/21 | $140.23 | USD | BEVERAGES & MORE #03 | CA | 94124 |
| 2025/07/18 | 2025/07/21 | $25.20 | USD | SEES CANDY 0501 | CA | 94080 |
| 2025/07/18 | 2025/07/21 | $15.84 | USD | AMAZON.COM*NC46B5BV3 | WA | 98109 |
| 2025/07/19 | 2025/07/21 | $88.87 | USD | AUTOPAY/DISH NTWK | CO | 80155 |
| 2025/07/19 | 2025/07/21 | $13.46 | USD | AMAZON MKTPL*HW3TB5S93 | WA | 98109 |
| 2025/07/19 | 2025/07/21 | $29.99 | USD | ADOBE INC | CA | 95110 |
| 2025/07/20 | 2025/07/21 | $217.10 | USD | AMAZON MARK* KH5E49573 | WA | 98109 |
| 2025/07/18 | 2025/07/21 | $271.66 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/07/20 | 2025/07/21 | $189.62 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/07/18 | 2025/07/21 | $277.30 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/07/20 | 2025/07/21 | $9.89 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/07/20 | 2025/07/21 | $61.95 | USD | FACEBK *PHW5VTQJ92 | CA | 94025 |
| 2025/07/20 | 2025/07/21 | $12.82 | USD | FACEBK *TGMZSSCK92 | CA | 94025 |
| 2025/07/18 | 2025/07/21 | $6.00 | USD | TST*CHICAGOS FIRST LADY | IL | 60601 |
| 2025/07/20 | 2025/07/21 | $169.02 | USD | ASIAN KITCHEN EXPRESS | IL | 60712 |
| 2025/07/20 | 2025/07/21 | $38.21 | USD | 2LEVY @ AIC-APPETIZE | IL | 60603 |
| 2025/07/19 | 2025/07/21 | ($4.90) | USD | AMAZON.COM | WA | 98109 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/18 | 2025/07/21 | $58.68 | USD | AB* ABEBOOKS.CO LWC5EA | WA | 98109 |
| 2025/07/17 | 2025/07/21 | $200.00 | USD | DIOCESAN INFORMATION SOLU | DC | 20036 |
| 2025/07/18 | 2025/07/21 | $116.55 | USD | BEST WESTERN HOTELS | CA | 94080 |
| 2025/07/19 | 2025/07/21 | $45.59 | USD | STAPLES INC | MA | 01702 |
| 2025/07/19 | 2025/07/21 | $21.61 | USD | AMAZON RETA* 2T0X92CZ3 | WA | 98109 |
| 2025/07/19 | 2025/07/21 | $14.11 | USD | AMAZON RETA* 0H8V76WN3 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $36.25 | USD | AMAZON RETA* U98LT1TY3 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $36.25 | USD | AMAZON RETA* 5B9E891E3 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $36.25 | USD | AMAZON RETA* RK3YA0BA3 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $36.25 | USD | AMAZON RETA* B374R6WR3 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $36.25 | USD | AMAZON RETA* 347D25T83 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $36.25 | USD | AMAZON RETA* Y51RD0TE3 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $35.72 | USD | AMAZON RETA* 9B7024563 | WA | 98109 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/18 | 2025/07/21 | $603.80 | USD | BEST BUY 00008730 | CA | 94014 |
| 2025/07/20 | 2025/07/21 | $51.77 | USD | AMAZON RETA* 748JS9Y43 | WA | 98109 |
| 2025/07/20 | 2025/07/21 | $15.98 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/20 | 2025/07/21 | $14.87 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/18 | 2025/07/21 | $43.45 | USD | SQ *JUANITA'S FLOWERS | CA | 94103 |
| 2025/07/20 | 2025/07/21 | $659.28 | USD | COMCAST / XFINITY | CA | 94551 |
| 2025/07/17 | 2025/07/21 | $300.00 | USD | VMO*VIMEO.COM | NY | 10001 |
| 2025/07/20 | 2025/07/22 | ($23.43) | USD | AMAZON MARK* NO6XH84I1 | WA | 98109 |
| 2025/07/21 | 2025/07/22 | ($85.91) | USD | AMAZON MARK* NO6XH84I1 | WA | 98109 |
| 2025/07/21 | 2025/07/22 | ($54.67) | USD | AMAZON MARK* NO6XH84I1 | WA | 98109 |
| 2025/07/20 | 2025/07/22 | $21.73 | USD | PHOTOWORKS WEBSITE | CA | 94144 |
| 2025/07/21 | 2025/07/22 | $62.40 | USD | WHOLEFDS CIC 10170 | IL | 60646 |
| 2025/07/20 | 2025/07/22 | $8.04 | USD | TST*MILLENNIUM HALL | IL | 60602 |
| 2025/07/21 | 2025/07/22 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/21 | 2025/07/22 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/21 | 2025/07/22 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/21 | 2025/07/22 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/21 | 2025/07/22 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/21 | 2025/07/22 | $371.97 | USD | AMERICAN AIR0012259823627 | TX | 76155 |
| 2025/07/21 | 2025/07/22 | $88.28 | USD | AMAZON MARK* W88SC7KJ3 | WA | 98109 |
| 2025/07/22 | 2025/07/23 | $225.00 | USD | D. GHIRINGHELLI CATERING | CA | 94947 |
| 2025/07/22 | 2025/07/23 | $116.23 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/07/22 | 2025/07/23 | $12.72 | USD | ANTONELLI BROTHERS MEAT | CA | 94118 |
| 2025/07/22 | 2025/07/23 | $32.94 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/23 | 2025/07/23 | $14.94 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/22 | 2025/07/23 | $18.44 | USD | AMAZON MKTPL*U35Q70RO3 | WA | 98109 |
| 2025/07/22 | 2025/07/23 | ($15.01) | USD | EXPEDIA 73181421675203 | WA | 98119 |
| 2025/07/22 | 2025/07/23 | $15.01 | USD | EXPEDIA 73181421675203 | WA | 98119 |
| 2025/07/22 | 2025/07/23 | $347.34 | USD | EXPEDIA 73182210655655 | WA | 98119 |
| 2025/07/21 | 2025/07/23 | $21.06 | USD | PANERA BREAD #204484 P | CA | 94015 |
| 2025/07/22 | 2025/07/23 | $272.00 | USD | GEOBLUE | PA | 19406 |
| 2025/07/22 | 2025/07/23 | $468.00 | USD | SMK*SURVEYMONKEY.COM | CA | 94301 |
| 2025/07/22 | 2025/07/23 | $57.56 | USD | TST*JACKS RESTAURANT & | CA | 94402 |
| 2025/07/23 | 2025/07/23 | $36.25 | USD | AMAZON RETA* 317C56JI3 | WA | 98109 |
| 2025/07/22 | 2025/07/23 | $9.79 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/07/23 | 2025/07/24 | $155.00 | USD | AMAZON RETA* HT5NX6BE3 | WA | 98109 |
| 2025/07/23 | 2025/07/24 | $6.97 | USD | UBER* TRIP | ON | 00000 |
| 2025/07/23 | 2025/07/24 | $9.85 | USD | UBER *TRIP HELP.UBER.COM | ON | 00000 |
| 2025/07/23 | 2025/07/24 | $90.00 | USD | SFSTANDARD.COM | CA | 94103 |
| 2025/07/23 | 2025/07/24 | $18.61 | USD | AMAZON MKTPL*N18QE1OG1 | WA | 98109 |
| 2025/07/23 | 2025/07/24 | $55.20 | USD | AMERICAN TAXI (NORTH) | IL | 60056 |
| 2025/07/23 | 2025/07/24 | $33.60 | USD | SQ *SHANOUBY'S TAXI | IL | 60607 |
| 2025/07/23 | 2025/07/24 | $79.50 | USD | FEDEX OFFIC28900002899 | CA | 94109 |
| 2025/07/23 | 2025/07/24 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/23 | 2025/07/24 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/23 | 2025/07/24 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/23 | 2025/07/24 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/23 | 2025/07/24 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/22 | 2025/07/24 | $26.00 | USD | IMPARK00270049A | CA | 94108 |
| 2025/07/23 | 2025/07/24 | $12.25 | USD | SQ *BLUE BOTTLE COFFEE | CA | 94107 |
| 2025/07/23 | 2025/07/24 | $300.00 | USD | CLOUDFLARE | CA | 94107 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/24 | 2025/07/24 | $23.98 | USD | ALLIANZ TRAVEL INS | VA | 23233 |
| 2025/07/23 | 2025/07/24 | $3.88 | USD | FEDEX OFFIC20300020354 | CA | 94530 |
| 2025/07/23 | 2025/07/24 | $36.25 | USD | AMAZON RETA* DG8EG8SB3 | WA | 98109 |
| 2025/07/24 | 2025/07/24 | $35.72 | USD | AMAZON RETA* ZS40026I3 | WA | 98109 |
| 2025/07/24 | 2025/07/24 | $29.32 | USD | AMAZON MARK* MI7676ID3 | WA | 98109 |
| 2025/07/23 | 2025/07/24 | $16.97 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/23 | 2025/07/24 | $574.75 | USD | ORKIN LLC 002 | GA | 30324 |
| 2025/07/23 | 2025/07/24 | $120.17 | USD | TST*LOKMA | CA | 94121 |
| 2025/07/24 | 2025/07/25 | $60.72 | USD | GRUBHUB*LIMONCELLO | NY | 10018 |
| 2025/07/24 | 2025/07/25 | $43.46 | USD | A&A GAS & FOOD MART L | CA | 94939 |
| 2025/07/23 | 2025/07/25 | $13.42 | USD | GFTSHPHILTONCHICAGOO'HARE | IL | 60666 |
| 2025/07/24 | 2025/07/25 | $5,461.72 | USD | ANTHEM BLUE MED SUPP | IN | 46204 |
| 2025/07/23 | 2025/07/25 | $14.47 | USD | HPH HILTON CAFE MERCATO | IL | 60666 |
| 2025/07/23 | 2025/07/25 | $106.19 | USD | TST*ORIGINAL JOES - WES | CA | 94015 |
| 2025/07/25 | 2025/07/25 | $10.44 | USD | CLOUDFLARE | CA | 94107 |
| 2025/07/24 | 2025/07/25 | $21.48 | USD | AMAZON RETA* 1Q2ZQ24E3 | WA | 98109 |
| 2025/07/24 | 2025/07/25 | $7.12 | USD | ADOBE INC | CA | 95110 |
| 2025/07/23 | 2025/07/25 | $246.60 | USD | ALASKA AIR 0272112358125 | WA | 98168 |
| 2025/07/25 | 2025/07/25 | $3.00 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/24 | 2025/07/25 | $139.00 | USD | WWW COSTCO COM | WA | 98027 |
| 2025/07/24 | 2025/07/25 | $74.54 | USD | AMAZON MARK* KC6GB4AZ3 | WA | 98109 |
| 2025/07/24 | 2025/07/25 | $2.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/07/26 | 2025/07/28 | $4.50 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/25 | 2025/07/28 | $20.00 | USD | OPENAI *CHATGPT SUBSCR | CA | 94104 |
| 2025/07/27 | 2025/07/28 | $29.00 | USD | MICHELANGELOS SISTINE | CA | 90036 |
| 2025/07/27 | 2025/07/28 | $61.90 | USD | PEET'S #11202 | CA | 94102 |
| 2025/07/25 | 2025/07/28 | $75.92 | USD | SFGREENCLEAN.COM | CA | 94129 |
| 2025/07/26 | 2025/07/28 | $49.17 | USD | SAFEWAY #0998 | CA | 95448 |
| 2025/07/25 | 2025/07/28 | $160.75 | USD | COSTCO WHSE #0659 | CA | 94928 |
| 2025/07/25 | 2025/07/28 | $9.99 | USD | GOOGLE *GOOGLE ONE | CA | 94043 |
| 2025/07/25 | 2025/07/28 | $52.53 | USD | AMBER | CA | 94103 |
| 2025/07/26 | 2025/07/28 | $18.26 | USD | ZOOM.COM 888-799-9666 | CA | 95113 |
| 2025/07/25 | 2025/07/28 | $307.94 | USD | OFFICE DEPOT 1135 | CA | 94538 |
| 2025/07/25 | 2025/07/28 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/25 | 2025/07/28 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/25 | 2025/07/28 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/25 | 2025/07/28 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/25 | 2025/07/28 | $115.00 | USD | WATERFRONT PIZZA AN | CA | 94404 |
| 2025/07/24 | 2025/07/28 | $58.61 | USD | TST*UDON MUGIZO - SAN FR | CA | 94115 |
| 2025/07/25 | 2025/07/28 | $18.57 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/07/28 | 2025/07/29 | $20.00 | USD | NAKEDWINES.COM INC | CA | 94559 |
| 2025/07/28 | 2025/07/29 | $115.00 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/28 | 2025/07/29 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/28 | 2025/07/29 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/28 | 2025/07/29 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/28 | 2025/07/29 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/28 | 2025/07/29 | $59.50 | USD | INTUIT *QBOOKS ONLINE | CA | 92129 |
| 2025/07/27 | 2025/07/29 | $51.73 | USD | SAFEWAY FUEL1883 | CA | 94503 |
| 2025/07/28 | 2025/07/29 | $25.00 | USD | FASTRAK CSC | CA | 94105 |
| 2025/07/28 | 2025/07/29 | $590.00 | USD | GENERAL HVAC ELECTRIC | CA | 94404 |
| 2025/07/28 | 2025/07/29 | $5.00 | USD | CCSI EFAX | CA | 90028 |

| Transaction Date | Posting Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant Zip Code |
|---|---|---|---|---|---|---|
| 2025/07/28 | 2025/07/30 | $362.96 | USD | ZORO TOOLS INC | IL | 60089 |
| 2025/07/29 | 2025/07/30 | $7.46 | USD | UBER CANADA/UBERTRIP | ON | 00000 |
| 2025/07/30 | 2025/07/30 | $160.48 | USD | AMERICAN AIR0012262293457 | TX | 76155 |
| 2025/07/28 | 2025/07/30 | $78.08 | USD | TRADER JOE S #200 | CA | 94109 |
| 2025/07/29 | 2025/07/30 | $238.55 | USD | BRYANS QUALITY MEAT | CA | 94118 |
| 2025/07/29 | 2025/07/30 | $9.75 | USD | FEDEX495994981 | TN | 38116 |
| 2025/07/28 | 2025/07/30 | $39.50 | USD | TST*COPENHAGEN BAKERY | CA | 94010 |
| 2025/07/29 | 2025/07/30 | $4.38 | USD | ADOBE INC | CA | 95110 |
| 2025/07/29 | 2025/07/30 | $35.72 | USD | AMAZON RETA* WM1118R03 | WA | 98109 |
| 2025/07/30 | 2025/07/31 | $1,469.35 | USD | RICOH USA, INC | PA | 19355 |
| 2025/07/30 | 2025/07/31 | $9.92 | USD | UBER CANADA/UBERTRIP | ON | 00000 |
| 2025/07/30 | 2025/07/31 | $43.26 | USD | UBER CANADA/UBERTRIP | ON | 00000 |
| 2025/07/29 | 2025/07/31 | $6.67 | USD | UBER* TRIP | ON | 00000 |
| 2025/07/30 | 2025/07/31 | $9.75 | USD | FEDEX496334496 | TN | 38116 |
| 2025/07/30 | 2025/07/31 | $72.36 | USD | TST* FLORES HILLSDALE | CA | 94403 |
| 2025/07/31 | 2025/07/31 | $39.90 | USD | AMAZON RETA* H66ZW5KW3 | WA | 98109 |
| 2025/07/30 | 2025/07/31 | $23.96 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/07/30 | 2025/07/31 | $27.72 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/07/31 | 2025/08/01 | $86.91 | USD | UBER *TRIP | CA | 94105 |
| 2025/07/31 | 2025/08/01 | $1,682.64 | USD | RICOH USA, INC | PA | 19355 |
| 2025/07/31 | 2025/08/01 | $279.80 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/07/31 | 2025/08/01 | $247.64 | USD | BRYANS QUALITY MEAT | CA | 94118 |
| 2025/07/30 | 2025/08/01 | $21.73 | USD | TST*HARAZ COFFEE- FRANKL | CA | 94109 |
| 2025/07/31 | 2025/08/01 | $126.74 | USD | ABB*BOUDIN CATERING | CA | 94133 |
| 2025/07/31 | 2025/08/01 | $40.18 | USD | AMAZON MKTPL*ZY5IM5273 | WA | 98109 |
| 2025/07/31 | 2025/08/01 | $27.72 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| | | $71,236.28 | | | | |

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**DECLARATION OF PAUL J. PASCUZZI IN SUPPORT OF DEBTOR'S OMNIBUS REPLY TO OBJECTION TO MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**<br><br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

I, Paul J. Pascuzzi, declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWPR"), the attorneys for the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF") herein. If called as a witness, I would and could testify competently to the matters stated herein.

2. Attached herewith as ***Exhibit A*** is a true and correct copy of the transcript from the July 23, 2025, hearing in the *In re Roman Catholic Bishop of Sacramento* case.

3. Attached herewith as ***Exhibit B*** is a true and correct copy of the transcript from the August 15, 2025, hearing in the *In re Roman Catholic Bishop of Santa Rosa* case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2025, at Sacramento, California.

*/s/ Paul J. Pascuzzi*
Paul J. Pascuzzi

# EXHIBIT A

R1394

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| In Re: | ) Case No. 24-21326-C-11 |
| | ) Chapter 11 |
| THE ROMAN CATHOLIC BISHOP OF SACRAMENTO | ) |
| | ) Sacramento, California |
| | ) Wednesday, July 23, 2025 |
| Debtor. | ) 11:00 AM |
| | ) |

ADV#: 25-2054
THE ROMAN CATHOLIC BISHNOP OF SACRAMENTO V. JOHN S-4 DOE, ET AL.

CONTINUED STATUS CONFERENCE RE: COMPLAINT
4-28-25 [1]

MOTION FOR COMPENSATION FOR BURNS BAIR, LLP, CREDITOR ATY(S)
6-18-25 [1408]

CONTINUED STATUS CONFERENCE RE: VOLUNTARY PETITION
4-1-24 [1]

MOTION FOR COMPENSATION FOR FTI CONSULTING, INC., OTHER PROFESSIONAL(S)
6-17-25 [1390]

MOTION FOR COMPENSATION BY THE LAW OFFICE OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI AND RIOS LLP FOR JASON RIOS, DEBTORS ATTORNEY(S)
6-13-25 [1360]

MOTION FOR COMPENSATION BY THE LAW OFFICE OF GREENE AND ROBERTS FOR STEPHEN J. GREENE, SPECIAL COUNSEL(S)
6-17-25 [1375]

eScribers www.escribers.net | 800-257-0885

MOTION FOR COMPENSATION FOR GLASSRATNER ADVISORY AND CAPITAL GROUP LLC, OTHER PROFESSIONAL(S)
6-13-25 [1365]

MOTION FOR COMPENSATION FOR BLANK ROME, LLP, OTHER PROFESSIONAL(S)
6-13-25 [1370]

MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND MOTION/APPLICATION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT FILED BY DEBTOR THE ROMAN CATHOLIC BISHOP OF SACRAMENTO
6-25-25 [1419]

MOTION TO SELL AND/OR MOTION TO WAIVE 14 DAY STAY PERIOD
6-25-25 [1423]

MOTION TO APPROVE STIPULATION PODIFYING THE AUTOMATIC STAY O.S.T.
7-10-25 [1441]

MOTION FOR COMPENSATION BY THE LAW OFFICE OF KELLER BENVENUTTI KIM LLP CREDITOR COMM. ATY(S)
6-17-25 [1386]

MOTION FOR COMPENSATION FOR LORI LAPIN JONES, EXAMINER(S)
6-8-25 [1349]

MOTION FOR COMPENSATION BY THE LAW OFFICE OF SHEPPARD, MULLIN, RICHTER, AND HAMPTON LLP DEBTORS ATTORNEY(S)
6-17-25 [1381]

eScribers
www.escribers.net | 800-257-0885

MOTION FOR COMPENSATION FOR STOUT RISIUS ROSS, LLC, OTHER PROFESSIONAL(S) 6-18-25 [1394]

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHRISTOPHER M. KLEIN
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtor: | PAUL J. PASCUZZI, ESQ.<br>Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>500 Capitol Mall<br>Suite 2250<br>Sacramento, CA 95814<br>(916) 329-7400 |
| Special Insurance Counsel for the Debtor: | BARRON L. WEINSTEIN, ESQ. (Via Zoom)<br>Blank Rome LLP<br>2029 Century Park East<br>6th Floor<br>Los Angeles, CA 90067<br>(424)239-3400 |
| Special Corporate and Litigation Counsel for the Debtor: | STEPHEN J. GREENE, JR., ESQ. (Via Zoom)<br>Greene & Roberts LLP<br>455 Capitol Mall<br>Suite 405<br>Sacramento, CA 95814<br>(916)753-1300 |
| Cocounsel for the Debtor: | JEANNIE KIM, ESQ. (Via Zoom)<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Ctr<br>17th Floor<br>San Francisco, CA 94111 |
| For Parishes of the Roman Catholic Diocese of Sacramento: | STEVEN J. WILLIAMSON, ESQ.<br>Wilke Fleury LLP<br>621 Capitol Mall<br>Suite 900<br>Sacramento, CA 95814<br>(916) 441-2430 |

eScribers www.escribers.net | 800-257-0885

For Certain London Market Insurance Companies: JEFF D. KAHANE, ESQ.
Skarzynski Marick & Black LLP
633 West Fifth Street
26th Floor
Los Angeles, CA 90071
(213)721-0648

Coverage Counsel for Certain London Market Insurance Companies: CATALINA J. SUGAYAN, ESQ.
ROBERT SWEENEY, ESQ. (Via Zoom)
Clyde & Co US LLP
30 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312)635-6917

For Office of the U.S. Trustee: JASON M. BLUMBERG, ESQ.
U.S. Department of Justice
501 I Street
Suite 7-500
Sacramento, CA 95814
(916)930-2076

For Official Committee of Unsecured Creditors: ANDREW GLASNOVICH, ESQ. (Via Zoom)
Stinson LLP
50 South Sixth Street
Minneapolis, MN 55402
(612)335-1426

GABRIELLE ALBERT, ESQ. (Via Zoom)
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francsico, CA 94104
(415)364-6778

Special Insurance Counsel for Official Committee of Unsecured Creditors: JESSE BAIR, ESQ. (Via Zoom)
Burns Bair LLP
10 East Doty Street
Suite 600
Madison, WI 53703
(608)286-2840

For Hartford Accident and Indemnity Company and Hartford Fire Insurance Company: ANNETTE P. ROLAIN, ESQ. (Via Zoom)
Ruggeri Parks Weinberg LLP
1875 K Street, Northwest
Suite 800
Washington, DC 20006
(202)984-1400

eScribers
www.escribers.net | 800-257-0885

For Multiple Survivors: CHELSIE WARNER, ESQ. (Via Zoom)
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
(844)794-7402

CATHERINE CAWLEY, ESQ. (Via Zoom)
Mary Alexander & Associates, P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104
415-433-4440

ANDREW LECLAIR, ESQ. (Via Zoom)
Ketterer, Browne, and Associates, LLC
407 Dudley Street
Roxbury, MA 02119
(508)978-7443

For St. Patrick Fund for Children, Inc.: Robert M. Charles, Jr., Esq. (Via Zoom)
Womble Bond Dickinson (US) LLP
One South Church Avenue
Suite 2000
Tucson, AZ 85701
(520)629-4427

For Interstate Fire and Casual Company and National Surety Corporation: MATTHEW M. WEISS, ESQ. (Via Zoom)
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, Northeast
Suite 3600
Atlanta, GA 30308
(404) 523-5300

Also Present: Thomas McNamara
CFO of Debtor

Lori Lapin Jones, Esq. (Via Zoom)
Fee Examiner

Wayne P. Weitz
Financial Advisor of Debtor

eScribers www.escribers.net | 800-257-0885

Court Recorder: ELECTRONIC RECORDING
United States Bankruptcy Court
501 I Street Suite 3-200
Sacramento, CA 95814
(916) 930-4400

Transcriber: RIVER WOLFE
eScribers, LLC
7227 N. 16th Street
Suite #207
Phoenix, AZ 85020
(800) 257-0885

Proceedings recorded by electronic sound recording; transcript provided by transcription service.

SACRAMENTO, CALIFORNIA, WEDNESDAY, JULY 23, 2025, 11:55 AM

-oOo-

(Call to order of the Court.)

THE COURT: That gets me back to the Roman Catholic Diocese of Sacramento. Let me get that pile together here.

And we'll start with entries of appearance in the courtroom.

MR. PASCUZZI: Thank you, Your Honor. Paul Pascuzzi, Feldstein Fitzgerald Willoughby Pascuzzi & Rios, for the debtor, the Roman Catholic Bishop of Sacramento. And for the record, the debtor's CFO, Tom McNamara, is present in court as well.

THE COURT: All right. And next.

MR. PASCUZZI: Good morning, Your Honor. Steve Williamson, Wilke Fleury, appearing for the parishes on the matter set in the main case.

THE COURT: Parishes. Okay.

MR. KAHANE: Good morning, Your Honor. Jeff Kahane of Skarzynski Marick & Black on behalf of the London Market insurers. We join in the objections filed by Interstate Insurance.

THE COURT: London Market.

MS. SUGAYAN: Good afternoon, Your Honor. Cathy Sugayan from Clyde & Co. I'm coverage counsel on behalf of London Market insurers.

eScribers www.escribers.net | 800-257-0885

THE COURT: Okay. London Market.

MR. BLUMBERG: Good morning, Your Honor. Jason Blumberg for the United States Trustee, appearing in the matters for the main bankruptcy case.

THE COURT: All right. I have on calendar a status conference. Oh, I got to take my Zoom roll.

Drew Glasnovich.

MR. GLASNOVICH: Yes, Your Honor. Good afternoon. Drew Glasnovich from Stinson here for the committee.

THE COURT: Okay. So that takes Mr. Kugler and Mr. Caldie out of play, I gather.

MR. GLASNOVICH: Yes, it'll just be me today.

THE COURT: Okay. Jeff Anderson. Is there a Jeff Anderson there? No?

THE CLERK: I don't see that he's dialed in, Your Honor.

THE COURT: Lori Lapin Jones.

MS. LAPIN JONES: I'm here. Good afternoon. Good morning, Your Honor.

THE COURT: It's afternoon where you are.

MS. LAPIN JONES: Exactly.

THE COURT: It's almost afternoon here.

Jesse Bair.

MR. BAIR: Good morning, Your Honor. Jesse Bair, special insurance counsel on behalf of the committee.

THE COURT: Todd Jacobs.

THE CLERK: I don't see that Mr. Jacobs has dialed in, Your Honor.

THE COURT: Gabrielle Albert.

MS. ALBERT: Good morning, Your Honor. Gabrielle Albert, Keller Benvenutti Kim, on behalf of the committee.

THE COURT: Okay. Committee again.

Annette Rolain.

MS. ROLAIN: Good morning, Your Honor. Annette Rolain of Ruggeri Parks Weinberg for Hartford Accident and Indemnity Company and Hartford Fire Insurance Company.

THE COURT: Chelsie Warner.

MS. WARNER: Good morning, Your Honor. Chelsie Warner on behalf of multiple survivors.

THE COURT: Barron Weinstein.

MR. WEINSTEIN: Morning, Your Honor. Barron Weinstein, Blank Rome, insurance counsel for the debtor and appearing on fee application.

THE COURT: Robert Sweeney.

MR. SWEENEY: Hello, Your Honor. Robert Sweeney, one of the attorneys representing the London Market insurers.

THE COURT: Mary Alexander.

MS. CAWLEY: Good morning, Your Honor. This is Catherine Cawley on behalf of Mary Alexander on behalf of multiple survivors.

eScribers www.escribers.net | 800-257-0885

THE COURT: Andy LeClair.

MR. LECLAIR: Good morning, Your Honor. Andy LeClair on behalf of multiple survivors.

THE COURT: Okay. Stephen Greene.

MR. GREENE: Good afternoon, Your Honor. Stephen Greene. Special corporate and litigation counsel for the debtor.

THE COURT: Robert Charles.

MR. CHARLES: Hello, Your Honor. Robert Charles. Womble Bond Dickinson. We represent St. Patrick Fund for Children, Inc.

THE COURT: All right. Jeannie Kim.

MS. KIM: Good afternoon, Your Honor. Jeannie Kim on behalf of Sheppard Mullin in connection with their fee applications. We're also cocounsel to the debtor.

THE COURT: Okay. Let's talk status, Mr. Pascuzzi, first, and then figure out the best order of tracking.

MR. WEISS: Your Honor, I don't think you called me.

THE COURT: Oh, who did we -- who did I miss?

MR. WEISS: Matthew Weiss on behalf of Interstate Fire and Casualty Company and National Surety Corporation.

THE COURT: Okay. Weiss.

MR. WEISS: Thank you.

MR. WEITZ: Your Honor, this is Wayne Weitz with GlassRatner, financial advisor to the debtor, here on the

subject of our fee application.

THE COURT: Okay. Anybody else?

All right. Mr. Pascuzzi.

MR. PASCUZZI: Status first. Okay.

THE COURT: Status.

MR. PASCUZZI: Your Honor, we filed a status conference statement, docket 1457, last Wednesday. We updated the Court on mediation. We're continuing to be actively in communication with our mediator Roger Kramer. Mediation sessions are set next week, as a matter of fact, July 28, 29, and 30, three days in a row, here in Sacramento with the debtor, the committee, and insurers.

We have work streams going on claims analysis, insurance strategy, asset liquidations, and things like that that we're moving forward with. I think we reported last time that the debtor and committee had met and conferred over liquidating certain real estate of the debtor. A broker application had been employed. The Court had approved that.

In fact, one of the -- we're working on a sale motion for one of the properties right now. It hasn't been filed yet. And we're keeping the committee informed on the status of the marketing and sales of those properties, as we promised in the sale -- in the order employing the broker.

Your Honor, one of the matters on calendar today is in connection with that adversary proceeding, where the debtor had

eScribers www.escribers.net | 800-257-0885

The Roman Catholic Bishop of Sacramento

filed a complaint to determine the scope of the automatic stay and seek a 105 injunction. You recall that the parties in that adversary proceeding had stipulated to a resolution. The Court had approved that. Part of that, a component part of that, is relief from stay for 4 cases in exchange for a stay of the 227 cases. That is later for the calendar, so I'll leave that at that.

The other part of the status report was the other matters on calendar today, which are the interim fee applications, there's a sale motion, and then that's unopposed, and an unopposed motion to extend exclusivity. I think that covers the general status of the case at the moment, Your Honor, unless you have any questions.

THE COURT: I do not have any particular questions. I'll be interested in what the committee has to say.

Mr. Glasnovich.

MR. GLASNOVICH: Yes. Thank you, Your Honor. I think, in sum, what Mr. Pascuzzi characterized for Your Honor, is cautious progress, I think, towards having this case resolve maybe a little bit more timely than other cases have. We still have a lot of work to do. And the debtor is being unusually cooperative, I would say, in trying to advance the ball here.

But what's on the calendar for today actually are key components of that progress. The sale of real estate, I think the debtor has alluded to, is a very pivotal step forward. The

eScribers www.escribers.net | 800-257-0885

stay relief is another pivotal step forward. And we're going to talk about that in a little bit. But I think Your Honor is seeing things right now in this case at a stage that's much earlier than you would expect to see in other cases. And I think that that's a reason why we have cautious optimism for you.

THE COURT: Okay. Anybody else on status?

Apparently not. Well, next thing up is exclusivity. You claim that nobody opposes. So my question is, is there anybody who's going to file a plan?

MR. PASCUZZI: Your Honor, that's --

THE COURT: Any competing person out there going to file a plan?

MR. PASCUZZI: Your Honor, I know that the Court does not usually grant these types of motions.

THE COURT: For that reason because nobody ever files a competing plan.

MR. PASCUZZI: Yeah. This is our last time period for an extension under the Code that we're seeking for -- that will be the last one.

THE COURT: That's why the Congress put a hard stop on it is --

MR. PASCUZZI: We're midstream in mediation. If anybody were to file a plan, it certainly would divert everybody's attention and interfere with that. We're just

asking for that last little bit to October 1 and --

THE COURT: All right. I'll go along with the joke. I know, as I indicated, in my experience, it's only thirty-odd years, I think I've seen about three competing plans. I don't have to take off my shoes and socks. I know that.

MR. PASCUZZI: Thank you, Your Honor.

THE COURT: All right. I'll just do that with a minute order.

MR. PASCUZZI: Okay.

THE COURT: All right. Next up is FWP-66, I think, which is motion to sell.

MR. PASCUZZI: Yes, Your Honor. Would you like me to summarize it, Your Honor?

THE COURT: Well, let me see what my review of it suggested. We're talking about .558 acres of land in Sacramento, California, adjacent to property of an owner of an apartment complex who encroached on the land by building a small parking lot. There's an offer of 50,000 dollars. Buyer's TW Investment Partners LLC. Closing costs to be 1,000 dollars. And you want to waiver the fourteen day stay.

So I take it TW Investment Partners is the encroacher?

MR. PASCUZZI: Yes, Your Honor. Actually, it was the prior owner of the apartment complex. This was something that was before the bankruptcy was filed, and it just never got done before the bankruptcy was filed. And of course, now the title

company would like a court order.

THE COURT: All right.

MR. PASCUZZI: We did preview the motion or send the motion to the committee, and I don't believe they have any issues with it.

THE COURT: Mr. Glasnovich, any heartburn there?

MR. GLASNOVICH: No, Your Honor. We looked at this, and we had FTI, who's our financial advisor and real estate consultant, look at this as well. And the committee has no issues.

THE COURT: Does anybody else want to be heard with respect to the sale, which I'm inclined to approve?

Silence. Okay. Motion is granted. And we're going to need to document that.

MR. PASCUZZI: If I could run the order by the title company, and I'll get committee counsel to sign off on it and then lodge it. That'd be okay with the Court?

THE COURT: Fine with me. Yeah.

MR. PASCUZZI: Okay.

THE COURT: Well, do we want to go to the long item, or do we want to go through all the compensations?

MR. PASCUZZI: I'm ready either way, Your Honor.

THE COURT: All right. Well, let's just line it up in order. Stipulation modifying automatic stay, FWP-69, which seems to be of concern to some people.

escribers www.escribers.net | 800-257-0885

MR. PASCUZZI: Yes, Your Honor. Would you like me to start?

THE COURT: Well, let's see. I granted a motion by stipulation with the committee and all but one of the plaintiffs that agreed to four state court actions to proceed in state court. The insurers filed a opposition to the stipulated order. So it said -- so that the debtors filed this motion to address the objection.

And the objection was that it wasn't formally noticed and heard in the parent case. And the theory of the insurers is that the order unfairly subjects them to a risk of violating the automatic stay. And they contend that the stipulating parties failed to comply with notice and hearing requirements of the Code, Rules, et cetera.

And my question is, why shouldn't I just vacate the automatic stay with respect to all four of those cases?

MR. PASCUZZI: Your Honor, that's basically what we stipulated to.

THE COURT: And all the insurers.

MR. PASCUZZI: It's pretty much what our order says. We'd like to, as to those particular four cases -- and recall, it was a compromise bargain for protecting the estate from 227 cases going forward --

THE COURT: Understand.

MR. PASCUZZI: -- only against codefendants --

escribers www.escribers.net | 800-257-0885

THE COURT: Sure.

MR. PASCUZZI: -- leaving empty chairs and all kinds of issues for us. So really seemed like a no brainer.

The procedural issue, we filed the motion in the main case now. We did ask for shortened time, but we filed the motion on July 10th. It's about two weeks' worth of notice. We saw the motion for a continuance and the objections by Interstate and the London Market insurers. We're prepared to address those now. Interstate was able to file a twenty-one page opposition yesterday.

But Your Honor, our record to support the Court's approval of the reasonableness of the compromise is the adversary proceeding record. You recall, we had the motion fully briefed in the adversary proceeding. We had thirty oppositions. We had evidence from our insurance lawyer about the insurance situation, where only 57 of those 227 actions had insurance defense obligations. So it would have left no -- the majority of them, no insurer stepping up to defend.

There was ample evidence of the nature of the claims in the state court against the codefendants, being the diocese is liable and the parishes are alter egos. So those state court cases go to trial. They basically be proceeding against the debtor without us there.

So we thought it much better to get the stay injunction. Allow these four to go to trial, which is

something that is happening in a lot of these diocesan cases. I can report that just last week in the Oakland diocese case, the bankruptcy court granted a motion by the creditors committee to allow, I think, six cases to go forward to trial. San Francisco Bankruptcy Court in the Archdiocese of San Francisco case granted a motion for relief from stay to allow two to go forward.

Across the country, other courts are doing so as well in the Albany diocese case and the Buffalo Diocese case. There are a couple of courts that have denied those motions, but that was all into the calculation. All of that is in the record in front of the Court.

So we think it's a pretty good bargain and that it will not impede our ability to continue mediating with the committee and the insurers and move forward. To the extent the insurers, the particular for these four cases, need any further relief from stay, and we're going to -- assuming the Court grants the motion, we're going to have to meet and confer with the insurers and figure that out.

And we're open to stipulating to relief from stay to make sure nobody's violating the stay. This is not any kind of gotcha. And I believe, in talking to counsel for the committee, they'll say they understand that as well and are willing to deal with that issue as it comes up.

Right now, it's kind of like, well, not really sure

escribers
www.escribers.net | 800-257-0885

what they think they need stay relief for. Are they going to be paying defense costs? Are they ready to say they will? So we're not really sure. We're not there yet.

But either way, Your Honor, we think this represents a good bargain. That there's no need to go off on doing a bunch of discovery and taking depositions about why we decided this was a good deal. The record is fully in front of the Court, and the Court has ample evidence in front of it to grant the motion.

THE COURT: All right. Mr. Glasnovich, what do you have to say?

MR. GLASNOVICH: Yeah. Thank you, Your Honor. Mr. Pascuzzi gave a great summary of the history of this. I'll add a couple things. First is that before we entered into the stipulation with the debtor, the committee, and state court counsel were on the verge of filing state relief motions on our own. So this was something that was going to get to the Court one way or another.

And the reason why we were going to file those motions is because our experience is that these cases go nowhere unless there is pressure on all parties to get some of these claims adjudicated, get values established, and get insurance issues teed up. Those are pivotal to getting these cases resolved. And in the current climate, it hasn't been that way historically, but over the past five years, that's been the

thing that's gotten these cases done. And the committee and state court counsel was not going to sit around for five years and let this case languish while we tried to mediate, when we know what the issues are and state relief is the way to get those issues addressed.

And so we were encouraged by the debtor when we had briefed up all the issues in the adversary proceeding. We vehemently disagreed with why the debtor brought the adversary proceeding. But as a compromise to that, we were encouraged when we were able to reach a resolution that did bring cases to state court for resolution so these issues can get resolved and we can get out of this case hopefully a lot sooner than what has historically been the trend. And so that's the context that the committee was approaching this from. And we think that that in and of itself is sufficient cause, in addition to all the things that the debtor brought up, to grant stay relief in this instance.

I think Mr. Pascuzzi also brought up a couple other really interesting issues, which involve why the insurers are here. I'm very curious if the insurers, by filing these objections, have embraced their contractual obligations to pay defense costs for the debtor, to indemnify the debtor, and to step up to the plate and actually do what they said they'd do in their contracts. I have a suspicion that what you're going to hear instead, Your Honor, is vacillation, equivocation, and

eScribers www.escribers.net | 800-257-0885

an inability to commit to paying any dollars to the debtor unless they are dragged kicking and screaming through the court to do so.

And that is a problem. And that's exactly what we're trying to get teed up here. And I think that the briefing actually says that explicitly. And I think you're going to hear it again today.

If the insurers are going to make those representations, that's progress. We've made progress. I think that if the insurers have a direct financial interest in the outcome of this motion, then we can talk to them. We can listen to what they have to say.

But they don't. We know that from our experience. We know that from our their pleadings in these cases, including the pleadings for this motion. And I think you're going to hear it today in the oral argument.

I agree with Mr. Pascuzzi the Court should grant the motion and that we don't need to delay or belabor these issues any further. The Court has a record before it today, a stipulation before it today, and we should move on and get this case resolved.

THE COURT: Okay. Any other support?

Who on the insurance side wants to --

MR. WEINSTEIN: Your Honor, Barron Weinstein, insurance counsel for the debtor. I do have comments, but I'd

eScribers www.escribers.net | 800-257-0885

like to reserve (audio interference) --

THE COURT: I think you've gone --

MR. WEINSTEIN: -- hear from the carries.

THE COURT: You've gone in and out. I heard you said I do have comments, but I'd like to reserve. And then it went [pah, pah, pah, pah].

MR. WEINSTEIN: Oh, can you hear me now?

THE COURT: Yes.

MR. WEINSTEIN: Okay. I just was saying I'd like to hear the comments from the insurance carriers, and then I'd like to reserve the right to rebut.

THE COURT: Okay. All right. And I'll just preface it by saying I'm mindful that the automatic stay is what some people that are potentially on the hook for paying money enjoy some time on the beach in the sun, not worried about things. I think the way I put it in the prior published decision that I wrote they're basking in the protection of the automatic stay. So I'm also mindful of that.

Okay. So who wants to take the lead for the --

MR. WEISS: Your Honor, I'll go first, since we filed our objection. Matt Weiss on behalf of Interstate Fire and Casualty Company and National Surety Corporation.

As we laid out in our brief, the debtor's motion is not the right -- it's not appropriate relief that's going to move this case forward. The debtors provided no evidence upon

escribers www.escribers.net | 800-257-0885

which you can grant relief. As you saw from the motion that was filed at the end of last week, we made a long effort to solicit any evidence that was going to be presented. If there would be witnesses. We couldn't get a direct answer from the debtor's counsel. So it does not appear they presented any evidence today. So that's not the -- that dispute is not really in front of you.

But the bottom line is under Section 362(a), and I think to the extent they're seeking a settlement Rule 9019, they have to show evidence that they meet those standards. And there's nothing that's been presented in the form of a declaration. Really in the form of anything other than just a few statements in the debtor's brief why they are entitled to the relief that they're seeking.

And as we'll show, any kind of cost benefit analysis that the debtor or the state court plaintiffs versus the impact on all other parties in the case really shows that this is going to be a net negative, is going to create disparities between the survivors in the case, and also is going to create problematic issues relating to the insurers. So I'll just move through kind of our main points quickly.

Obviously, the stipulation has several provisions that were really narrowly tailored to go after the insurers, who are not parties to the adversary proceeding. In paragraph 4, the parties are required to file notice identifying the released

eScribers www.escribers.net | 800-257-0885

state court actions. They did so on July 3rd. Obviously, the insurers were not consulted by the diocese in this process.

You've not seen any evidence from the diocese about how these cases were selected. Whether they're a representative sample of all the claims that have been made in this case. We've mentioned in other cases the fact that bellwether cases that are getting stay relief are representative samples has been considered a critical factor. If these are just sort of cherry picked by the committee and you get judgments in those cases, that really doesn't say anything. And it doesn't convince the insurers about anything greater than the value of those four cases, and it's not an effective way to move the case forward.

Paragraph 5 is what actually lifts the automatic stay in the injunction that was granted pursuant to the other order. And now, (a) and (b) are sort of things you would see in other lift stay motions allowing the survivor defendants, those four that were identified in the notice, to prosecute their actions through final judgment and authorizing the debtor to pay defense costs. And while we certainly do oppose that relief on the substantive reasons that are in our brief and that we're talking about right now, there are other provisions that are unique here that you didn't see in Oakland or Albany or Buffalo or San Francisco.

And those are unique to this case, and they've kind

eScribers
www.escribers.net | 800-257-0885

of -- they're in here because there was an agreement that was reached that the insurers had no part of. It was the diocese and the committee in the adversary proceeding. Specifically, 5(c) implicitly authorizes the survivor defendants to create liens on the debtor and nondebtor defendants' insurance assets and the proceeds of those policies. And 5(d) authorizes the survivor defendants to create or take action to effectuate the creation and imposition of liens on insurance assets and then to collect, levy, execute, and otherwise enforce judgments against those assets.

So the insurers are right in the spotlight -- the headlights, rather, of this stipulation. And it's really designed to specifically allow these four plaintiffs to go after insurance, not only to get a judgment that could be used theoretically for valuation but to actually go out and recover on their claims. And this is something that the other 223 plaintiffs in this case are not able to do.

Paragraph 6 allows the survivor defendants to make written demands on the debtor and nondebtor defendants that can then be tendered to the insurers for payment.

And then paragraph 9 says that any party can request a further modification of the injunction or the automatic stay upon limited notice.

And then there's a footnote in one of the -- in the order that was entered in docket 90 in the adversary

proceeding, this footnote two, that says additional state court actions may be added to the injunction order by stipulation of the debtor, the committee, and the survivor defendants. Obviously, there's not -- that's one sentence in a footnote. So we don't know if that means that the debtor intends to bring future cases in front of you or what the intent is behind that. But the idea that this is really limited to four cases and it's going to stay four cases I think is not borne out by the language in the stipulation.

So as I mentioned, there's no evidence in support of the motion. The debtor has not met a prima facie burden showing cause to why the automatic stay should be modified. To the extent that there was any evidence that might support the basis for the motion, they've taken the position with the insurers that all that information is privileged. So they have nothing in front of you to show cause for why the automatic stay should be modified under Section 362(d)(1).

To the extent that this is also a agreement to settle claims in the adversary proceeding, Rule 9019 is applicable, and the debtor must show a valid business justification. Again, they need competent evidence to support that. We cited the Diocese of Camden decision in our brief, where the failure to produce a declaration on justification showed that there was no basis for why it was in the best business interest of the debtor to obtain the stay relief. And stay relief was denied

in that case by Judge Poslusny.

So without a declaration or other evidence, the Court, you simply can't determine whether the agreement with the committee was a reasonable exercise of the debtor's business judgment. Now, what you do have in front of you is statements in their brief. And they say that this is necessary to prevent 227 state court actions from proceeding brought by the survivor defendants and the committee. But for one, that is not a given that they would get that relief. There's an adversary proceeding that could have proceeded at pace that would have been one case that the diocese would have had to spend its money on, as opposed to four state court actions that it's agreed to move forward with.

And I think, more importantly, the stipulation does not provide any certainty about the number of state court cases that are ultimately going to go forward. As I mentioned, paragraph 9 of the stipulation says any party can come in and request state relief in the future. The stipulating parties reserve the right to pursue state relief in more cases from that footnote 2 that I mentioned. So I think the idea that this is the end of the matter is pretty misleading. They've provided no explanation for why those cases in particular selected.

And so they also claim that modifying the automatic stay is going to allow these demand letters, which will assist

eScribers www.escribers.net | 800-257-0885

in facilitating the mediation process. But serving hundreds of demand letters on the debtor, which will then go to the insurers, is not going to facilitate global resolution. We're not looking for individual resolutions here. We're looking for a global resolution of the entire case. And it's going to also create perhaps unreasonable expectations about what each individual claimant might be able to receive based on these demands that could undermine the likelihood of a global settlement.

Now, turning to the stay relief, they have to satisfy these factors that are set forth in In re: Curtis to get stay relief here in the Ninth Circuit. And ultimately, I'm not going to go through all twelve factors or really any of them specifically, but it boils down to balancing the equities of the hardship to the movant the stay is not lifted against the prejudice to the debtor and the estate if it is lifted.

And there's, again, no evidence presented that continuing the automatic stay is going to harm the plaintiff's needs for relief state court actions. There's no evidence showing that they're different than the other 223 or they're suffering some kind of unique harm that necessitates relief from the stay.

By contrast, there are several distinct prejudices that will occur if the stay relief is granted. Some survivor defendants will have judgments. Not only will they have

eScribers www.escribers.net | 800-257-0885

judgments, they'll be able to enforce them by pursuing and executing on liens against insurance assets. That will position those four survivor defendant plaintiffs in a much better and different position than the other claimants in this case, based on no reason other than the fact that they were selected by a means that we have no basis of knowing. And that seems unfair and prejudicial among the various survivor defendants.

THE COURT: Are you representing them?

MR. WEISS: The debtor's also going to be -- what's that?

THE COURT: Are you representing them?

MR. WEISS: I do not represent the survivor --

THE COURT: Oh, okay.

MR. WEISS: -- defendants in this case.

THE COURT: I thought they were -- you were beginning to talk like they're your clients.

MR. WEISS: Well, I think we -- it's relevant to the extent that we're looking for a resolution to the case. And if survivor defendants are being treated unequally, I think based on historical experience, that creates barriers to settlement. But again, I'm not speaking for them. So I'll move on.

The debtor's also going to be forced to divert resources to each of the four state court actions. They even said in their complaint and their motion the adversary

escribers www.escribers.net | 800-257-0885

proceeding that there was going to be substantial deposition practice and written discovery, and it's resulting in substantial legal fees.

Now, the thing that I think really needs to be brought to the forefront here is the likelihood that other claimants are going to come out following the entry of this order and seek the same relief. As I've said, these four plaintiffs will now be able to pursue a judgment. If they get the judgment, they will be able to go out and collect on the judgment. So there's a very real financial incentive for all of the survivor defendants to seek the same relief from Your Court.

And obviously, you will have the ability to decide one by one what which cases go forward. But once we've decided that some of them are allowed to go forward, it's hard to decide why some are given that right and not others. And I think Albany is a very a good example of how this could play out differently than the committee and the debtor expected. And that was not a consensual motion in that case.

The committee went after stay relief, specifically over the objection of the diocese. But they came with what started as five claims. Another claimant then sought relief before the hearing where the relief was granted. And then two other additional claimants then sought stay relief after the hearing on the main cases. So what was started out as five turned into eight. And I think there's every reason to believe

eScribers www.escribers.net | 800-257-0885

that it's going to be even more substantial here because there, they could only get a judgment, and here, they can actually collect on the debtor and nondebtor defendants' insurance assets.

And finally, incremental litigation has the risk of depleting the assets, the insurance assets of the debtor and nondebtor defendants, which I think everyone agrees are necessary to fund an ultimate plan of reorganization.

So the motion rises and falls based on whether this is going to help facilitate a mediation. The debtor has presented no evidence that it's going to do so. And in fact, there's a substantial risk that survivor defendants are going to be subject to unequal treatment. And there is going to be a depletion of assets available to fund an ultimate plan.

And the last thing I'll say is a couple of things I'll just touch on in response to what the counsel for the debtor and the committee said. Talking about whether we're going to pay to cover defense, every insurer's different. Interstate, for example, has a right to associate as an indemnity policy. So they think they -- they want us to make commitments that go above and beyond what the policies say, and I think that's not a reasonable thing to ask.

And additionally, the first question you asked about the unevenness of the stay is a very good point. So even if you were to disregard everything else I've already said, I

think the alternative relief we're asking for is that the stay relief is equal for everyone. I think there's certainly a little uncertainty in the language in the stipulation about who is entitled to the stay relief. I'm certainly the survivor defendants are and the debtor is. But there's nothing explicitly stating that the insurers get stay relief.

So there needs to be clarity that the insurers can respond to any settlement demands that they receive and to exercise all rights that they have under the policies and applicable law. This is especially important because the stipulation, by allowing the survivor defendants to go after the debtor and nondebtor defendant assets, insurance assets, creates no real incentive for the debtor to defend because they know that the only financial -- the only parties with a financial interest in the outcome of these state court cases is going to be the insurers. So that's why it's important for the insurers to have the opportunity to defend, if they choose to do so, to respond, to conduct investigations relating to settlement demands, and that's why it's important for a thorough modification of the automatic stay with respect to the certain insurers to avoid a risk of inflated or collusive judgments in these released state court actions.

So what we're asking for is that the automatic stay should be lifted, one, entirely with respect to the four released state court actions, and then two, in addition, it

eScribers www.escribers.net | 800-257-0885

should be lifted to allow an investigation response for any settlement demands that are received by the insurers.

So the last thing I'll say is that, in all these cases, it's argued that lift stay and allowing the state court actions to proceed is essential to get a resolution. Counsel for the Interstate insurers has settled four diocesan cases now, and in none of those cases has stay relief been granted. Additionally, as I mentioned, this case goes much further than any other case that we've been involved in or that I'm aware of in that it allows state court plaintiffs to actually execute and collect a judgment, as opposed to just merely getting a judgment for evaluation purposes.

So we don't think this is necessary to move the case forward. And on top of that, we believe the debtor hasn't met its evidentiary burden. So we are respectfully asking the Court to deny the motion.

THE COURT: Thank you.

Who wants to speak for the London Market?

MS. SUGAYAN: Now I can say good afternoon, Your Honor. Cathy Sugayan from Clyde & Co on behalf of London Market insurers. First of all, we join in the briefing and the argument made by Mr. Weiss, and we request the same relief. I think there's a couple of important points.

Number one is, like Interstate, London has been involved in these diocesan cases for decades, and I personally

eScribers www.escribers.net | 800-257-0885

have been involved. In fact, case -- in fact, back when the Diocese of Sacramento settled a bunch of cases in the early 2000s in Clergy I. There was coverage action back then, and my clients resolved that case. I've been involved in a number of settlements, including the ones in Minnesota. A number recently in New York. I was involved in the trial in Camden, New Jersey. And so I'd like to get to the point on that.

The London Market policies in this particular case, just like a lot of those other dioceses, are very different. They are excess indemnity policies under a self-insurance program. There is no duty to defend or settle, just a duty to indemnify at the end of the case. We're not sitting in the beach basking in the sun. We're not refusing to pay defense costs because we don't have the obligation to defend or settle.

We are trying to cooperate with the insured diocese and the additional insureds, the parishes, the schools, because I think it's in everyone's interest to try to learn as much as we can, work with our insureds, work with the claimants, and try to reach a global resolution. We're doing that with Mr. Kramer now. We're doing that with Mr. Kramer in other cases. And I'd like to continue to pursue that option.

But I do want to caution this Court from trying to get involved in the insurance coverage issues because our issues are different. This isn't a case like -- I'm sorry, like Oakland or San Francisco, where you have insurers with duties

eScribers
www.escribers.net | 800-257-0885

to defend and settle. And it may be easier for them to step in and handle these underlying cases. The London program doesn't work like that. In fact, that was one of the largest disputes in the Camden trial, and it was one of the biggest disputes that was going to go before Judge Kinsella in the Diocese of Syracuse case. So I mean, a number of these people, Mr. Glasnovich and his firm, are very well aware of these issues.

And I guess I would just like to point out that my argument about indemnity, I actually argued that indemnity issue in the Northern District of California back in 1994 and prevailed. So I do want to give you that cite. Save Mart Supermarkets v. Underwriters at Lloyd's, 843 F.Supp. 597, on Northern District of California, 1994. That found that there is no obligation to pay defense costs as incurred by London Market insurers only if and when there's a determination that the underlying case, there's legal liability and coverage.

So again, we don't have the obligation to step forward. If the diocese is going to go forward, if there is some necessity for lift stays, in order to get coverage, there is an obligation to cooperate. They have the obligation to defend and settle. And underwriters should not, through any order by this Court, have their insurance obligations shifted so they pick up responsibilities they didn't bargain for in their contracts. That's all I'd like to say. Thank you.

THE COURT: Okay. Anybody else for London?

eScribers www.escribers.net | 800-257-0885

Anybody else from the insurers' perspective?

All right. From the committee's perspective.

MR. GLASNOVICH: Yeah. Your Honor, I think actually Mr. Weinstein wanted to spend time with rebuttal.

THE COURT: Yeah, I was expecting to hear --

MR. GLASNOVICH: Yep.

THE COURT: -- from Mr. Weinstein.

MR. WEINSTEIN: Yeah.

MR. GLASNOVICH: Yes.

MR. WEINSTEIN: I'm bursting at the seams, Your Honor, so I appreciate it. Thank you.

I do want to particularly address Interstate and LMI. First of all, I don't necessarily agree with the committee that releasing cases for trial is going to, in and of itself, move the case quickly to settlement. I don't think -- I just don't know. It may, but I don't agree that that's a driving force in this. I do believe, however, that releasing 227 cases from the stay will dramatically interfere with the ability to move towards settlement in these cases.

But the most important point, I'm sitting here and I'm amazed at how glibly our insurance carriers, my client's insurance carriers, are attempting to shift an enormous economic burden onto its insureds by claiming that they somehow are going to be put in a position of having to pay damages under their policy, which they agreed to do. Neither

eScribers www.escribers.net | 800-257-0885

Interstate nor London Markets has a duty to defend.

That means that our stipulation to release four cases results in my client, the diocese, with its resources, which are estate resources, they're going to have to pay for the defense. The policies for Interstate and London specifically state they do not have the duty to defend, but they have the right, if they wish, to take over the defense. They have not done so, and therefore, they have absolutely no right to step in and interfere with the defense of these cases. They can participate. They can take over the defense if they want. They can do that now. They can do that with these cases. And there is absolutely nothing preventing that.

But to say that somehow their rights are affected by releasing from stay these cases that they didn't get the stay. They didn't file for bankruptcy. They're simply being told that these cases are going to be released, and they're going to have to perform under their contract exactly what they agreed to do, subject to all of their coverage defenses. Subject to their right to come in and defend these cases.

And I think the most egregious point is the point that if you're going to allow the release of 4 cases, you should allow the release of 227 cases, that is astounding. That would absolutely bankrupt, to use a phrase, the diocese. And because they would have to defend all of those cases, except for the fifty that Hartford has coverage for, although Hartford denies

eScribers www.escribers.net | 800-257-0885

the existence of their policies. And those cases, Hartford has $100,000 in coverage. This is the diocese exposure here. And for its excess carriers to come in and argue that the diocese is somehow setting them up or being collusive, we cut a deal to avoid the possibility that Your Honor would allow the release of 227 cases.

Was that a good idea? I don't know. I don't know what Your Honor would have ruled. But if Your Honor told me right now, I'm going to not release any of the cases, I wouldn't really have a lot to argue about. But we didn't know that, and we had to make the best deal we could. And we believe that deal equally benefited the carriers, who would have to come in and deal with 227 cases.

And the idea that this is some sort of setup for the carriers, they are not being asked to do anything that they would not have to do outside of bankruptcy. All of the list of terribles that Mr. Weiss mentioned are simply how cases work. Cases are filed. Demands are made. Settlement discussions are had. Sometimes, there are judgments. Sometimes, there is coverage litigation. The fact that we're in bankruptcy shouldn't eliminate all of that, or that just provides an opportunity for all of us to lay on the beach. And none of us wants to do that. We want to get the case settled.

So I would just say that the fact that LMI and Interstate have no say in the defense of these cases because

eScribers www.escribers.net | 800-257-0885

they have not availed themselves of their discretionary option to participate in the defense, they just aren't -- contractually, they do not have contractual standing to complain about the release of these four cases.

THE COURT: Okay.

MR. WEINSTEIN: Thank you.

THE COURT: Mr. Glasnovich, you said you predicted how the arguments were going to go. What's your position now?

Is he there?

THE CLERK: He's on the Zoom, Your Honor. I think he might be having some technical difficulties, though.

THE COURT: Oh, okay.

MR. BAIR: Your Honor, this is Jesse Bair, special insurance counsel for the committee. I'll step up if Mr. Glasnovich is unavailable at the moment. But I'll just reiterate the committee's position that we're in full support of the debtor's motion on this issue. And I'll just make one additional point.

I think Mr. Weinstein hit a lot of the key issues here, that this motion simply puts the insurers in the same position that they would have been in had there been no bankruptcy. There's simply no prejudice to them from this motion. And a lot of the arguments we're hearing today about floodgates, about representativeness, these are the same arguments that the insurers raised in other cases, Buffalo,

eScribers www.escribers.net | 800-257-0885

Albany, San Francisco, and Oakland, and those courts had no trouble rejecting those arguments.

And here, the debtor's on board. So those arguments were rejected in the context of cases where the debtor was also opposed. But this case is beyond that. This is similar to the Franciscan Friars bankruptcy, where the debtor and the committee went to the court, presented a list of cases, and Judge Lafferty approved that stipulation as well.

So we urge the Court to do the same here. Thank you.

THE COURT: All right. So I assume Mr. Glasnovich has showed back up here.

MR. GLASNOVICH: Yeah. Thank you. Mr. Bair took care of the argument for me. Thank you, Your Honor.

THE COURT: Okay. Mr. Pascuzzi, anything from your standpoint?

MR. PASCUZZI: I don't think so, Your Honor.

THE COURT: Well, it's been very interesting. Mr. Weiss was eloquent in proving Mr. Glasnovich's point, the length, the nature, the bobbing and the weaving, all of that. And of course, I also have the experience of another motion in this case where the same players on the insurance side took the position that a bankruptcy judge has no authority to have a session in which the bishop and the victims get a chance to talk. I had to publish a decision about that. I thought it was on the fringe of Rule 11 problems. I was candid about

eScribers www.escribers.net | 800-257-0885

that. It indicates a strategy of passive aggression, which is exactly what Mr. Glasnovich was talking about earlier. Mr. Weiss proved it eloquently, at great length.

I am persuaded that I should approve the stipulation, and I'm granting the order.

MR. PASCUZZI: Thank you, Your Honor.

THE COURT: So that motion's granted.

MR. PASCUZZI: We do have the fee applications next, Your Honor.

THE COURT: We have the fee applications. So should we just go through them in order? And I guess Ms. Lapin Jones will be on deck here. See if she's there.

MS. LAPIN JONES: I am. Thank you, Your Honor.

THE COURT: Let me get my notes together on this.

Motion BB-4, Burns Bair, for creditors committee attorney. Say you.

MR. BAIR: Your Honor -- oh, good afternoon, Your Honor. Jesse Bair, on behalf of Burns Bair.

THE COURT: All right. The application is for 28,412 dollars. And I think the -- I guess the standard procedure that we can use here is that maybe I'll say what the application is, and then Ms. Jones can give her comments as the fee examiner.

So fee examiner's comments.

MS. LAPIN JONES: No comments. I had no request for

eScribers www.escribers.net | 800-257-0885

reductions.

THE COURT: Okay. Anybody else on that?

Mr. Pascuzzi.

MR. PASCUZZI: No, Your Honor. No objection.

THE COURT: U.S. Trustee.

MR. BLUMBERG: No objection, Your Honor.

THE COURT: All right.

FTI Consulting. 192,995 dollars. April 1 through May 31.

MR. GLASNOVICH: Your Honor, I'm not sure if anyone from FTI is here, but this is Drew Glasnovich from Stinson. I can pitch in. I believe Ms. Lapin Jones did have some comments from FTI, so I'll let her present those.

MS. LAPIN JONES: Yeah, we conferred, and FTI agreed to a reduction of 6,000 dollars from the amount that they requested. I say that because they had taken a voluntary reduction. The 6,000 dollars is in addition to.

THE COURT: So instead of 192,000, it would be 186,000?

MS. LAPIN JONES: 186,995. I don't know if Your Honor has my report. It's page 11. I did those charts that you thought might be helpful. I don't know if they are.

THE COURT: Okay. That gets me to --

Opportunity for comment from U.S. Trustee.

MR. BLUMBERG: Your Honor, we have no objection to

eScribers www.escribers.net | 800-257-0885

that resolution.

THE COURT: And Mr. Pascuzzi.

MR. PASCUZZI: No objection, Your Honor.

THE COURT: Okay. Anybody else can speak up if they want.

Okay.

That gets me to FWP-61. Compensation for Mr. Pascuzzi. Feldstein Fitzgerald Willoughby Pascuzzi & Rios. 70,871, plus expenses of $67.55.

MS. LAPIN JONES: And there was no objection on my part to any of those fees or expenses.

THE COURT: Okay.

That gets me to item 12. Greene and Roberts. 109,467 dollars in fees. Expenses of $2,448.22 in expenses.

MS. LAPIN JONES: There was a small reduction of thirty-one dollars, a small mathematical error, and that was agreed to. So the fees recommended would be 109,436.

THE COURT: 109,436. Okay.

MS. LAPIN JONES: And expenses would be in full. 2,448.22.

THE COURT: Okay. Somebody was wanting to speak up on that.

MR. GREENE: Yes. Good afternoon, Your Honor. Stephen Greene. We've had a chance to review Ms. Lapin Jones's report. Appreciate her efforts. Apologize for the missing the

escribers www.escribers.net | 800-257-0885

mathematical error there. And we are fine with her report. We accept that. Thank you.

THE COURT: All right.

That gets me to item -- sorry, FWP-63. Compensation for GlassRatner Advisory and Capital Group LLC. 13,184 dollars. No expenses.

MS. LAPIN JONES: There was no objection to the fees.

THE COURT: Okay.

That gets me to FWP-64. Blank Rome LLP. It's $100,905.50. No expenses.

MS. LAPIN JONES: There was an agreed to reduction of $1,898.80. And so the fees recommended is 99,006.70. No expenses.

MR. WEINSTEIN: Your Honor, Barron Weinstein. We conferred with the fee examiner and agree with her proposed reduction.

THE COURT: Okay.

That gets me to Keller Benvenutti. KBK-8. That's $3,397.50. No expenses.

MS. LAPIN JONES: And there was no objection to that.

THE COURT: That gets me to --

MS. ALBERT: Your Honor.

THE COURT: Oh.

MS. ALBERT: Pardon me. Gabrielle Albert. Keller Benvenutti Kim. Given the small amount of our fee

eScribers www.escribers.net | 800-257-0885

applications, we wanted to know if there would be any objection to us using the same procedure but filing them less often.

THE COURT: Well, my philosophy and frequent is that -- in frequent applications is that it keeps the flow of money going, to the satisfaction of counsel. But it also puts in plain view for the whole world what the cost is of battling along in these cases so people can make intelligent decisions about, well, if I raise this issue, how much in fees is this going to precipitate for the overall case. So sometimes, people wind up spending their own money without realizing it in a way that --

MS. LAPIN JONES: Your Honor --

THE COURT: -- clogs up the case. So I'm going to stick with the monthlies.

Does anybody disagree?

MS. LAPIN JONES: And Your Honor, I apologize. I was the one that suggested that, I believe, because to spur economy. Much of the fees if no work is being done is just to do the fee application, plus filing fees.

THE COURT: Well, I suppose we could say that if a fee for a month is less than a five-digit number, don't have to do it. That'd be okay -- that'd be okay with me. But again, I want kind of a general sense of what the overall cost of the case is. And it doesn't have to be down to the penny. And so I'd be willing to say, okay, if the fee's less than 10,000

eScribers www.escribers.net | 800-257-0885

dollars, then you can carry it over to the next time to apply. Does that make sense?

MS. LAPIN JONES: Very good, Your Honor. Yes.

MS. ALBERT: Yes.

THE COURT: U.S. Trustee, you okay with that?

MR. BLUMBERG: Yes, Your Honor. I think that makes great sense.

THE COURT: Okay.

MR. PASCUZZI: Fine with the debtor, Your Honor.

THE COURT: Okay. So Ms. Albert wins.

MS. ALBERT: Thank you, Your Honor.

THE COURT: All right. That gets me to SMRH-6. Sheppard, Mullen, et cetera. 101,460 dollars fees. $358.90 expenses.

MS. LAPIN JONES: Your Honor, there was no objection to the fees. And there was just a very small reduction of $8.90 on the expenses. So the fees recommended are what's requested, and the expenses recommended would be 350 dollars.

THE COURT: Okay. Thank you.

That gets me to item 18, SRR-3, Stout Risius Ross. 7,609 dollars fees. Zero expenses.

MS. LAPIN JONES: And there was no objection to those fees.

THE COURT: All right.

That gets me to Stinson LLP. 127,121 dollars and no

eScribers www.escribers.net | 800-257-0885

cents. And fee expenses of $1,121.62.

MS. LAPIN JONES: Your Honor, I think the fees requested were 127,127. And the --

THE COURT: I thought that's what I said. I misread it if --

MS. LAPIN JONES: Okay. I misheard it. I apologize. The agreed to reduction was 5,371 dollars. So the fees recommended is 121,756. And there was no objection to the expenses.

THE COURT: Okay. Thank you.

MR. GLASNOVICH: And Your Honor, Stinson is fine with that reduction. We appreciate Ms. Lapin Jones' work on that.

THE CLERK: We need to go back to number 16, Your Honor. I believe --

THE COURT: Number 16, did I --

THE CLERK: I believe we skipped over Ms. Lapin Jones.

MS. LAPIN JONES: Oh.

THE COURT: Oh, that's right, because Ms. Albert jumped in and preempted her.

MS. LAPIN JONES: Okay.

THE COURT: 6,240 dollars in fees. 1,320 dollars in expenses.

Does anybody have any heartburn Ms. Lapin Jones' fees?

The silence is deafening. Okay. I'll take that as submitted as well.

eScribers www.escribers.net | 800-257-0885

MS. LAPIN JONES: Thank you.

THE COURT: And with that --

MR. PASCUZZI: I think we have a need to continue the status conferences, Your Honor.

THE COURT: We have a status conference on adversary 25-2054.

MR. PASCUZZI: Your Honor, that's the adversary for the scope of the stay and the 105 injunction that we were just going to keep trailing with the main status conference, I believe, was what we had discussed last hearing.

THE COURT: Okay.

MR. PASCUZZI: We do have another -- we have a motion set for August 13th. So that's the next time this case will be before the Court. If you want to move it --

THE COURT: Oh, August 13 is the next good time for a status conference?

MR. PASCUZZI: That's fine with me, Your Honor.

THE COURT: Anybody else?

Okay. August 13, 2025. 11 a.m.

Have we gotten to the end of the calendar?

THE CLERK: Yes, you have, Your Honor.

MR. PASCUZZI: That's it, Your Honor. Yes. Thank you.

THE COURT: Thank you.

(Whereupon these proceedings were concluded at 12:58 PM)

eScribers www.escribers.net | 800-257-0885

I N D E X

| RULINGS: | PAGE | LINE |
|---|---|---|
| Motion to extend exclusivity is granted | 14 | 2 |
| Motion to sell is granted | 15 | 13 |
| Motion to approve stipulation is granted | 41 | 4 |
| Burns Bair's fee application is approved | 42 | 7 |
| FTI Consulting's fee application is approved | 43 | 4 |
| Felderstein Fitgerald's fee application is approved | 43 | 12 |
| Greene and Roberts' fee application is approved | 44 | 3 |
| GlassRatner's fee application is approved | 44 | 8 |
| Blank Rome's fee application is approved | 44 | 17 |
| Keller Benvenutti Kim's fee application is approved | 44 | 21 |
| Sheppard Mullin's fee application is approved | 46 | 19 |
| Stout Risius Ross' fee application is approved | 46 | 24 |
| Stinson's fee application is approved | 47 | 10 |
| Lori Lapin Jones' fee application is approved | 47 | 24 |

eScribers www.escribers.net | 800-257-0885

C E R T I F I C A T I O N

I, River Wolfe, certify that the foregoing transcript is a true and accurate record of the proceedings.

/s/ RIVER WOLFE, CDLT-265

eScribers
7227 N. 16th Street, Suite #207
Phoenix, AZ 85020

Date: July 25, 2025

eScribers www.escribers.net | 800-257-0885

# EXHIBIT B

R1445

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

-oOo-

In Re:

THE ROMAN CATHOLIC BISHOP OF SANTA ROSA

Debtor.

) Case No. 23-10113
) Chapter 11
)
)Santa Rosa, California
) Friday, August 15, 2025
) 11:00 AM
)

1. DEBTOR'S MOTION TO: (1) APPROVE STIPULATION MODIFYING THE AUTOMATIC STAY; AND (2) WAIVER OF 14-DAY STAY PERIOD. [1363]

2. DEBTOR'S MOTION TO APPROVE PUBLIC SALE OF PARISH REAL PROPERTY. [1343] CONT'D FR 7/18/25

3. DEBTOR'S AND COMMITTEE'S JOINT MOTION TO APPROVE AGREED SUBSTITUTION OF DEBTOR/COMMITTEE BANKRUPTCY ISSUES MEDIATOR. [1419] - SHORTEN TIME

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHARLES NOVACK
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtor:

PAUL J. PASCUZZI, ESQ.
THOMAS R. PHINNEY, ESQ.
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall
Suite 2250
Sacramento, CA 95814
(916)231-6652

| | |
|---|---|
| Special Insurance Counsel for The Roman Catholic Bishop of Santa Rosa: | BARRON L. WEINSTEIN, ESQ.<br>Blank Rome LLP<br>2029 Century Park East<br>6th Floor<br>Los Angeles, CA 90067<br>(424)239-3400 |
| For the Official Committee of Unsecured Creditors: | ANDREW J. GLASNOVICH, ESQ.<br>Stinson LLP<br>50 South Sixth Street<br>Suite 2600<br>Minneapolis, MN 55402<br>(612)335-1500 |
| | MORGAN STIPPEL JOHNSON, ESQ.<br>Burns Bair LLP<br>10 East Doty Street<br>Suite 600<br>Madison, WI 53703<br>(608)422-4228 |
| For the Parishes: | KATIE M.D. RIOS, ESQ. (VIA ZOOM)<br>Womble Bond Dickinson (US) LLP<br>201 East Washington Street<br>Suite 1200<br>Phoenix, AZ 85004<br>(602)262-5316 |
| For London Market Insurers: | MICHAEL NORTON, ESQ. (VIA ZOOM)<br>Clyde & Co US LLP<br>55 West Monroe Street<br>Suite 3000<br>Chicago, IL 60603<br>(312)635-6913 |
| | NATHAN REINHARDT, ESQ.<br>Skarzynski Marick & Black LLP<br>633 West Fifth Street<br>26th Floor<br>Los Angeles, CA 90071<br>(213)721-0649 |
| For Interstate Fire & Casualty Company and Westport Insurance Corporation: | HARRIS WINSBERG, ESQ. (VIA ZOOM)<br>Parker, Hudson, Rainer & Dobbs LLP<br>303 Peachtree Street Northeast<br>Suite 3600<br>Atlanta, GA 30308<br>(404)420-4313 |

For Zurich American Insurance Company: FRANK J. PERCH, III, ESQ.
White and Williams LLP
1650 Market Street
Suite 1800
Philadelphia, PA 19103
(215)864-7000

For The Catholic Mutual Relief Society: DANIEL J. SCHUFREIDER, ESQ. (VIA ZOOM)
ArentFox Schiff LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312)258-5669

CHRISTOPHER K.S. WONG, ESQ. (VIA ZOOM)
ArentFox Schiff LLP
555 South Flower Street
43rd Floor
Los Angeles, CA 90071
(213)443-7512

For Century Indemnity Company and Pacific Indemnity Company: JUSTINE DANIELS, ESQ (VIA ZOOM)
TANCRED V. SCHIAVONI, ESQ.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212)326-2000

For The Insurance Company of the State of Pennsylvania: JENNIFER ELOWSKY, ESQ. (VIA ZOOM)
McCloskey, Waring & Drury LLP
4445 Eastgate Mall
Suite 200
San Diego, CA 92121
(619)237-4016

For Phoenix Assurance Company and Continental Casualty Company: MARK D. PLEVIN, ESQ.
Plevin & Turner LLP
580 California Street
Suite 1200
San Francisco, CA 94104
(202)580-6640

Also Present: Bp. Robert F. Vasa

Dcn. Joe Oberting

Court Recorder: ELECTRONIC RECORDING
United States Bankruptcy Court
99 South E. Street
Santa Rosa, CA 95404-6517

Transcriber: RIVER WOLFE
eScribers, LLC
7227 N. 16th Street
Suite #207
Phoenix, AZ 85020
(800) 257-0885

Proceedings recorded by electronic sound recording; transcript provided by transcription service.

SANTA ROSA, CALIFORNIA, FRIDAY, AUGUST 15, 2025, 12:46 PM

-oOo-

(Call to order of the Court.)

THE CLERK: Calling line item number 11, Your Honor, the Roman Catholic Bishop of Santa Rosa.

THE COURT: Okay. Appearances. Okay. Let me -- debtor's counsel first.

MR. PASCUZZI: Thank you, Your Honor. Paul Pascuzzi, Feldstein Fitzgerald Willoughby Pascuzzi & Rios, for the debtor, the Roman Catholic Bishop of Santa Rosa. My colleague Tom Phinney is also here for the sale motion that's on the calendar.

THE COURT: Right.

MR. PASCUZZI: Also, for the record, Bp. Vasa and Dcn. Oberting are listening in.

THE COURT: Do I have the committee?

MR. GLASNOVICH: Yes, Your Honor. Drew Glasnovich from Stinson here for the committee. Also with me, I think, is Morgan Stippel Johnson, special insurance counsel.

THE COURT: Okay.

MR. PASCUZZI: Your Honor, I should have mentioned Mr. Weinstein's here as special --

THE COURT: Right.

MR. PASCUZZI: -- insurance counsel for the debtor.

MR. WEINSTEIN: Thank you. Good morning, Your Honor.

Good afternoon.

THE COURT: Yeah. Good afternoon.

Okay. And let's do the Zoom appearances first. Anyone else making an appearance -- making a Zoom appearance, please?

MS. RIOS: Yes. This is Katie Rios with Womble Bond Dickinson on behalf of the parishes.

THE COURT: Anyone else?

MR. NORTON: Your Honor, this is Michael Norton, on behalf of London Market insurers. My cocounsel Nate Reinhart is actually in the courtroom.

THE COURT: Okay. Anyone --

MR. WINSBERG: Good afternoon, Your Honor.

THE COURT: Go ahead. Please. Sorry.

MR. WINSBERG: Good afternoon, Your Honor. Harris Winsberg from Parker, Hudson, Rainer & Dobbs on behalf of Interstate and Westport.

MR. PERCH: Good afternoon, Your Honor. Frank Perch on behalf of Zurich.

MR. SCHUFREIDER: Good afternoon, Your Honor. Daniel Schufreider for the Catholic Mutual Relief Society and my colleague Christopher Wong, as well.

THE COURT: Good afternoon.

MS. DANIELS: Good afternoon, Your Honor. Justine Daniels for the Pacific insurers. My colleague Tancred

Schiavoni is in the courtroom.

MS. ELOWSKY: Good afternoon, Your Honor. Jennifer Elowsky for The Insurance Company of the State of Pennsylvania.

THE COURT: Okay. In the courtroom.

MR. SCHIAVONI: Good afternoon, Your Honor. Tancred Schiavoni From O'Melveny & Myers for Century and the Pacific insurers.

MR. PLEVIN: Good afternoon, Your Honor. Mark Plevin of Plevin & Turner on behalf of Phoenix Assurance Company and Continental Casualty Company, sometimes jointly referred to as CNA.

MR. REINHARDT: And good afternoon, Your Honor. Nate Reinhart of Skarzynski Marick & Black on behalf of London Market insurers.

THE COURT: Okay. Good afternoon.

Let's deal with the sale first, Mr. Phinney. Again, this is a continued hearing from July 18th regarding a potential sale of 13370 Spring Street in Hopland, California. Where are we with that?

MR. PHINNEY: Yes. Good afternoon, Your Honor. Thank you. We're here to request the hearing on that motion be continued for another four weeks to September 12th. There are two lots involved. And one of them, there's still a title issue to be worked out with the buyer --

THE COURT: Okay.

MR. PHINNEY: -- which I think we can do. So that's the request.

THE COURT: Okay. Any objection to that request to continue to September 12th?

MR. GLASNOVICH: Your Honor, Mr. Phinney ran that by the committee first, and we have no objection.

THE COURT: Okay. Thank you, Glasnovich.

Okay. The sale motion will be continued to September 12th at 11 o'clock.

MR. PHINNEY: Thank you, Your Honor.

THE COURT: Okay. Let's turn to the appointment of Mr. Kramer. I've read the -- again, this is a hearing on the appointment -- on the application to appoint Mr. Kramer to act as a mediator in what I call the liability half of the mediation, that being essentially between the diocese and the committee. The two mediators that were originally appointed have both had medical issues arise, and one has withdrawn completely. Judge Nadler, I don't know if he intends to return in the role or not. Mr. Pascuzzi, do you know if Judge Nadler intends to return or Mr. Kramer is going to act -- going to be a solo act if appointed?

MR. PASCUZZI: Your Honor, I believe it's the intention of the debtor and the committee that Mr. Kramer would take over. Judge Nadler's return time frame is very uncertain. And I think his notice that he filed with the Court or

authorized us to file indicated that he understood the circumstances of the case and the need to move on if necessary. And that's what the debtor and the committee have decided to do.

THE COURT: Okay. So the committee and the diocese have requested that Mr. Kramer, again, act as mediator on what I call the diocese-committee half of the mediation process in this case. Several of the insurance companies have objected, stating that the appointment of a mediator should be unanimous. Again, the appointments of all three original mediators was unanimous. They also state that Mr. Kramer has no bankruptcy experience, and he's strongly associated with the plaintiff's bar.

Anyone want to add -- again, Mr. Pascuzzi, Mr. Glasnovich, anything you want to add to the application?

MR. PASCUZZI: Your Honor, I don't have much to add that we didn't already say in our reply. We believe Mr. Kramer's bona fides are and his experience is stellar. We're working with him in other cases, as we noted. He's been very helpful, in our experience, and we think he's qualified and should be appointed, Your Honor.

One thing is he's available too. It's very hard to find mediators working on these cases. The ones that are working on them are very busy and working on a lot of them. So we made sure Mr. Kramer's availability could fit within our

time frame, which was very important.

MR. GLASNOVICH: Your Honor, the committee would just add that, as Your Honor knows, this case has been pending for more than two and a half years, and we need to get going. The delay with Judge Nadler has cost us some valuable time. And we think that it makes sense if the debtor and the committee are willing to proceed with the mediator that we get going on that piece. The insurance piece has remained undisturbed this whole time that we've been mediating. And I'll just say that the debtor and the committee have made far more progress than we've made on that side, despite the fact that we've changed mediators twice. And so I think that we just ask the Court whatever happens today to outline a process that lets us get going on resuming mediation because we all feel the sense of urgency. And we need to get this case resolved.

MR. PLEVIN: Your Honor, Mark Plevin. Obviously, you've read the papers, so I'm not going to go through everything. I want to emphasize, though, that the mediation of plan issues deeply involves the insurers or at least it should. And the reason for that is that the plan treats our contracts and determines how our contracts are going to go forward. There's two ways an insurer and debtors and committees can resolve a claim with respect to insurance. One is they reach a financial settlement. That's what Ms. Fields is charged with, trying to help us do.

THE COURT: Any progress?

MR. PLEVIN: I don't want to get into --

THE COURT: I'm not asking you. Not to give details.

MR. PLEVIN: I would say, in a word, no, in my opinion.

THE COURT: Right. So why are you butting into the choice of the -- choice of the mediators between the diocese and the committee?

MR. PLEVIN: So here's the other piece. Many of these plans, and like people on the Zoom, I'm involved in many of these cases.

THE COURT: Right.

MR. PLEVIN: Many of these plans have provisions for how claimants are going to be able post-confirmation to try to access the insurance. And not surprisingly, when you allow the debtor, which enters into a financial settlement and therefore doesn't have any interest going forward --

THE COURT: I don't understand what that means.

MR. PLEVIN: Well, once the debtor has agreed --

THE COURT: Mr. Plevin. Mr. Plevin.

MR. PLEVIN: Yes.

THE COURT: All these plans that have been confirmed, the diocese is the diocese, plural, are contributing heavily to the plan.

MR. PLEVIN: Some more than others.

THE COURT: And that's what -- and sometimes, you get insurance companies consenting to treatment. Most of the time not. So the diocese and the committer -- I mean, so what Mr. Kramer, what Mr. Judge Nadler, and what Judge Bettinelli were working on was trying to mediate the dispute between the diocese, the committee, and all of the affiliated entities. With regard to what they were willing to contribute to the plan. And then these plans take a -- for the most part are pretty straightforward. You've got a -- a trust is created. Claim is filed. Money is paid.

And that's what the noninsurance side of the mediation hopefully is progressing on. And obviously, there'll be some discussion of what the plan will look like. And again, under Truck, the insurance companies may have standing to object to the plan if it involves the treatment of their claims but --

MR. PLEVIN: So you've hit, Your Honor, on the part that I want to talk about, which is how the plan treats the insurance because --

THE COURT: But I don't know how the plan treats insurance because I don't have a plan yet.

MR. PLEVIN: Well, yes, you don't have a plan yet. I've lived through this. I know how it's going to work out and --

THE COURT: Well, then you can share your -- then you can share -- but that's not today's hearing. That's not

today's hearing. Today's hearing is whether Mr. Kramer should act as a mediator between the diocese and its affiliates, who are participating in that side of the mediation and the committee. That's what we're talking about.

MR. PLEVIN: And they're also going to be talking about how the plan is structured. And the plan structure will include --

THE COURT: And if they reach a deal, at some point they'll have to, I mean, possibly talk to the insurance companies if the insurance companies are willing to negotiate plan treatment.

MR. PLEVIN: We're here with our opposition.

THE COURT: And yet you haven't made -- and again, and you've just told me that you have not made any progress before Janet Fields.

MR. PLEVIN: Well, Your Honor, I can't mediate with myself. I mean, it's just --

THE COURT: I don't know -- see, no kidding.

MR. PLEVIN: Right? That's --

THE COURT: Well, are --

MR. PLEVIN: I mean, I don't want to get into what's happening in the mediation.

THE COURT: I don't want you to, but the fact that no progress was made, well, maybe that's telling me what this plan may or may not look like.

MR. PLEVIN: Right so --

THE COURT: But again, you're not being -- again, the insurance companies aren't being shut out in this case. If a plan is proposed, they'll have every right -- I mean, they have every right to respond to it. But again, this is just a mediation. Not just.

What I'm trying to get mediated is the dispute between the claimants who want money and the diocese and the affiliated parties who may be willing to contribute money towards a plan. And on the other side, I've got the insurance companies and the dioceses and I guess the committee trying to mediate with your client and other insurance companies whether the insurance companies are willing to contribute funds on a what I'll call on a consensual, voluntary basis towards a plan. And at some point, those two mediations are going to wind up, a plan hopefully will be proposed, and we'll see how things go.

MR. PLEVIN: Your Honor, I don't want to --

THE COURT: But all we're talking about today is whether Mr. Kramer can act as a mediator between dioceses, committee, and the nondebtor affiliated parties to the dioceses. That's all we're talking about.

MR. PLEVIN: I understand, Your Honor.

THE COURT: Now, you may think I'm being narrow minded and have blinders on. I understand, but I don't.

MR. PLEVIN: What I'd like to say, having heard all of

what you --

THE COURT: And I've read your -- and I've read your opposition.

MR. PLEVIN: I understand that. We would like to try to be a constructive part of this process with respect to the way the plan treats insurance, and no one's talking to us about that. If the plan goes forward and we're not included in it, we're going to be here complaining about it. And we're going to be asking for enough time to do that. And the debtor is going to say, we don't have enough money. We're resource constrained. You have to do this quickly. And I just want Your Honor to know, if they're not willing to talk to us now in a constructive manner to try to work out provisions, as I did and Mr. Schiavoni's client did in the Oakland case --

THE COURT: But that's what you have Ms. Fields for.

MR. PLEVIN: That is not what -- Ms. Fields doesn't know anything about bankruptcy or plans or -- she's somebody who has expertise in helping people figure out how much money to pay. If we could --

THE COURT: Well, that's a good -- that's a darn good start, isn't it?

MR. PLEVIN: Okay. That's a good start. We haven't made --

THE COURT: And you've made zero progress.

MR. PLEVIN: We haven't made progress. And --

THE COURT: Okay.

MR. PLEVIN: -- again, I can't talk to you about what's happening in the mediation.

THE COURT: I don't want to know.

MR. PLEVIN: But I can't mediate with myself so --

THE COURT: See, I don't know what that means.

MR. PLEVIN: Well, okay. Maybe I'm just trying to be -- trying to tell you something that I can't tell you in detail.

THE COURT: Well, what that means is that -- what that means is that either the debtor and the diocese have rejected your proposals or that you've rejected their proposals, but they're there. They're attending. I know because I see Ms. Fields[' fee application, and it says conducting mediation. I assume she's not conducting it with one party absent. Is that a correct statement?

MR. PLEVIN: Well, she may be --

THE COURT: Is that a correct statement?

MR. PLEVIN: No. She may be talking to people on the phone, but I think it's been November since we had an in-person meeting.

THE COURT: Well, then why don't you discuss that with her?

MR. PLEVIN: I have.

THE COURT: And she's not willing to -- well, then why

don't you file a motion to replace her if that's what you -- if you think someone else could do a better job on your half of the side of things? No one's stopping you from that. Again, if you want in-person mediations, well, that's something you raise with her. If you don't have -- if you can't get satisfaction from her, you can raise it with me.

But that's not what we're talking about today. Talking about whether Mr. Kramer -- again, this mediation process was agreed to by all the parties. I've got insurance side of things. I've got what I'll call the liability side of things and the contribution from dioceses and affiliated parties side of things. That's what the parties agreed to. That's not to say that things can't change if things aren't working, but no one's asking me to do that. All I have today is Mr. Kramer.

MR. PLEVIN: Well, Your Honor, let me just leave you with this thought is that we want to talk with the debtor and the committee about the plan. If they're not willing to talk with us in a constructive way and they propose a plan that we don't like, we're going to be asking you at that time for enough time to do the proper discovery and to do the proper briefing, et cetera.

THE COURT: I understand. And no, again, I'm not trying to give you a hard time, Mr. Plevin, but the point I'm making is -- and the point you make is right. Mr. Pascuzzi,

this is his fourth diocese case.

MR. PLEVIN: Four that I know.

MR. PASCUZZI: Third.

THE COURT: Third. Right. Sacramento. San Francisco. This.

MR. PLEVIN: What about Stockton?

THE COURT: Oh, that's right. And Stockton.

MR. PASCUZZI: Yeah.

THE COURT: Yeah. Yeah, fourth. That's what I thought.

MR. PLEVIN: My number was right.

THE COURT: No, I agree. Stinson is on its sixth or seventh.

MR. GLASNOVICH: I guess. Yeah. Twelve total, but yeah.

THE COURT: Right. I mean, I mean, yeah, everyone has battle scars here.

MR. PLEVIN: Right.

THE COURT: Yeah. You can actually -- I'm not trying to be -- if you want to reach out to the committee and the debtor without the benefit of Ms. Fields, nothing's stopping you.

MR. PLEVIN: I understand that, and I've done that.

THE COURT: Exactly. So again, I can't compel the diocese to do something. I can't compel the committee to do --

I mean, I've approved the mediation process. They don't want to willingly participate in it. The insurance companies don't want to willing participate in. A plan will come forth, and we'll have a lengthy, complex confirmation process. I understand that. I mean, and if that's the way it plays out, that's the way it plays out. But again, I'd hope that it wouldn't play out that way because again, I've got the debtor's counsel, creditors counsel, insurance counsel with a significant amount of dioceses mass tort experience.

MR. PLEVIN: All of that is fine, Your Honor.

THE COURT: Use that experience to the benefit -- for this Court's benefit.

MR. PLEVIN: And we're taking the debtor's warning that it is running out of money at face value and offering to be part of the solution --

THE COURT: I appreciate it.

MR. PLEVIN: -- in advance. That's really what this is about.

THE COURT: Well, no, again, but okay. But there's another component to this, which is I need the committee -- I don't need anything. But it would be preferable if the committee and the diocese and the related entities can reach an agreement on how much, if anything, they're going to contribute to a plan. Throwing the insurance companies into that mix isn't necessarily going to help because that is one component

of the plan that the committee, the diocese, and again the affiliated parties need to resolve. That's what Mr. Kramer is going to try and do.

At some point, again, the vectors will cross, and the parties know how to do this. And the diocese and the committee just asked me to -- again, both of their mediators have withdrawn. They need a new one. That's all I'm doing. That's all they're asking for.

I understand your concern. I do because I mean, because otherwise we're not going to go anywhere. Or otherwise, again, we'll just get a plan, again, where the insurance companies are -- that the insurance companies are dissatisfied with. And we'll just -- and we'll have a contested confirmation hearing. And if that's the way it goes, that's where it goes.

But again, I just want to remind you, and I don't have to, is that you've got all the experience here. Go settle it, or don't go settle it.

MR. PLEVIN: And so in part, Your Honor, I'm just trying to inoculate ourselves against the argument that's going to come later that we're just trying to drag things out. Et cetera. Et cetera.

THE COURT: I understand.

MR. PLEVIN: We want to be a part of -- a constructive part of this process now.

THE COURT: Right.

MR. PLEVIN: And if that doesn't happen, we'll just --

THE COURT: Well, okay. But objecting to Mr. Kramer's appointment is not constructive. It's not.

MR. PLEVIN: Wanting to participate in the mediation, I think, is.

THE COURT: But that's not -- but that's not. But I understand. But again, if you want to change -- again, let me remind you because again, you're the ones who say, oh, it's got -- I mean, it was consensual, fully consensual, before and now it's not. The process of, again, dual-track mediation wasn't my idea. Want to change it, file something, but be careful what you file.

MR. PLEVIN: Thank you, Your Honor.

THE COURT: And remember, you guys have negotiated this many, many, many times. I could ask you folks why you even need a mediator to begin with. You're all professionals. So I'm just stating the obvious from my perspective.

Okay. So this is a hearing on the appointment of Roger Kramer to act as a mediator in the liability half of the mediation. Insurance companies have several objections, asserting that Kramer has no bankruptcy experience, and he strongly associated with the plaintiff's bar.

The fact that he may have been associated with the plaintiff's bar does not mean that any deal between the

committee and the diocese will disfavor insurance companies. I assume that the diocese wants to preserve as much of its capital and resources as possible to continue its duties to its parishioners. I don't think Mr. Kramer is going to dissuade the diocese of that need. Despite the insurance company's representations regarding who Mr. Kramer is and what his experience is, the diocese still believes that Mr. Kramer can assist it, as does the committee.

My attitude towards this mediation process has perhaps evolved since December of 2023. Again, and I'm as -- and I believe and I appreciate the insurance company's candor. Very little progress has been made on the insurance side. Obviously, not enough progress has been made on the dioceses -- on the noninsurance side.

We need to break the logjam. And if the diocese and the committee believed that Mr. Kramer can break the -- can break that logjam, at least on that side, that's good. This is not the United States Security Council. No one has a veto. It'd be nice to have consensus, but absent that, I take, with all due seriousness, the committee and the diocese believe that Mr. Kramer can assist them.

So with that said, Mr. Kramer is appointed.

Mr. Pascuzzi, Mr. Glasnovich, if you'd upload an order. Again, the objections of the insurance companies are overruled, and Mr. Kramer's appointed. Just upload an order,

 and I'll sign it.

And I just want to remind everyone the parties are dissatisfied with the mediation process that they have proposed. They think that some other form at this stage may assist them. Oppose it now. Don't waste my time with an obstructive request. That will not be looked upon favorably. And I just want to remind everyone of that.

And again, you've got Ms. Fields there, mediator of your choice, trying to resolve insurance issues. She's your choice, not mine. Again, you're the experts here, not me. Talk to her about meeting in person.

Okay. We now go to the --

MR. SCHIAVONI: Your Honor.

THE COURT: Yes.

MR. SCHIAVONI: Just picking up on your last comment about bring -- we did bring to you an application for Paul Finn, who has --

THE COURT: Right, and I rejected it.

MR. SCHIAVONI: And would you entertain --

THE COURT: No, I'm not --

MR. SCHIAVONI: Okay. Well, I'm glad I brought it up --

THE COURT: Okay.

MR. SCHIAVONI: -- because I don't want to --

THE COURT: Okay. Okay. I would not today.

MR. SCHIAVONI: -- I would not want to --

THE COURT: Today is not the -- again, look, I want to remind it, but I'll say it again. And maybe it's just silly of me. But why experienced counsel like you need a mediator, other than to pass notes to each other, I find interesting. I mean, you've all been in these dioceses many, many -- you've been these -- you've been these dioceses cases. You know how they -- you know how they proceed.

It's nice to have a mediator to ruffle feathers and to smooth things over. Keep things calm. But use Ms. fields for as best you can, but you all know how these cases go. If you want it to settle, it'll settle. If you don't want it to settle, it won't settle. There are no magic bullets out there.

I mean, again, I appreciate everyone's experience here. Perhaps you should use that experience to the Court's advantage. That's all I'm asking. If you want to file a motion, file a motion, but I'm not hearing it today.

Next.

MR. SCHIAVONI: Thank you, Your Honor.

THE COURT: Right. Next is motion to approve the relief from stay stipulation to allow the releases state court actions to proceed in Alameda County. Support under the terms of the relief from stay stipulation. Again, the stipulation was approved, but it's contingent upon this Court granting relief from the automatic stay under the terms of that

stipulation to allow what I now understand to be three released state court actions to proceed. Several insurance companies have objected, again, to such stay relief.

I have a couple questions, and I've read -- and I want to thank everyone for the very well written briefs. I appreciate that. I have some questions. And again this is based upon Mr. Glasnovich's -- again, my sense was I'm referring to the brief that the committee submitted.

And Mr. Glasnovich, you made a couple representations that I don't know if the insurance companies agree with or not. And here are the representations you've made, that, one, any dispute regarding the potential -- any dispute regarding the potential insurance coverage for the three state court actions that will go forward -- again, here are the questions. I apologize. That, one, as to those three actions, there are no deductibles or self-insured retentions under the relevant policies. Again, I think this is the -- is there any question about that?

MR. GLASNOVICH: Your Honor, that is my understanding in consultation with our insurance counsel that the diocese doesn't have any out of pocket obligation once these things are released.

THE COURT: Okay. Okay. Two, the policies, again, with regard to the three state court actions we're -- released state court actions we're talking about, the insurance policies

that may provide coverage -- again, I don't know -- have a traditional duty-to-defend provision requiring that the insurers pay the defense costs. That's the second representation made by Mr. Glasnovich. Again --

MR. GLASNOVICH: Yeah.

THE COURT: -- we're just talking about the policies with regard to the three released state court actions. And again, the insurance companies says that they were cherry picked but that's --

Three, the policies, again, covering the three state court actions in question, are nonwasting, meaning that defense costs do not erode the applicable per-occurrence limits.

And then, four, there are no applicable aggregate limits.

Now, again, I don't recall if it was discussed as to which insurers may cover these three state court actions. But do any of the insurance companies dispute those four statements made by the committee, again, only as to the three state court actions that may proceed?

MR. SCHIAVONI: Your Honor, Tancred Schiavoni from O'Melveny for Century in Pacific.

THE COURT: And is Century Pacific one of those insurers that that may have -- that --

MR. SCHIAVONI: Yes, Your Honor.

THE COURT: -- may need to provide coverage for these

three actions?

MR. SCHIAVONI: Yes, Your Honor.

THE COURT: Right. Okay.

MR. SCHIAVONI: So on two of the questions you had, on our policies, the per-occurrence limits on the policies apply only once for the same occurrence if there's more than one insured. So they are wasting with respect to if there's more than one insured. So if there's a parish or another affiliated entity or entity that's insured under the policy and the diocese, the per-occurrence limit only applies once. So if it's exhausted against the diocese, the parish wouldn't get it, or vice versa, in response to your question. The other --

THE COURT: Okay. So let me -- I appreciate it. So again, so the defendants in the state court action that may go forward, are the other defendants -- well, let me put it like this. Is the diocese the only insured of your client in those three court -- in those three state court actions?

MR. SCHIAVONI: Their playing as John Does, Your Honor, so --

THE COURT: Okay.

MR. SCHIAVONI: -- even the defendants. We believe parishes are likely those other John Does, but we don't have absolute certainty. I can't answer you on that with certainty.

THE COURT: Right.

MR. SCHIAVONI: But I would believe the parishes are

codefendants.

THE COURT: But again, but or not named yet? Or are they named?

MR. SCHIAVONI: Well, they're named anonymously as John Does. John Doe entity in there. So I don't know -- I don't know with absolute precision exactly who those entities are.

THE COURT: So whatever the limit is, again, the limit per occurrence is the limit per occurrence, and again, if in fact there is liability and if in fact the insurance proceeds are available, it's going to go to someone. It just may not be the -- again, the diocese is the defendant in all these -- is a defendant in all of these actions, so the coverage conceivably is there for the diocese.

MR. SCHIAVONI: It could be exhausted --

THE COURT: I'm stumbling around, and I apologize.

MR. SCHIAVONI: -- by one or the other of the --

THE COURT: Correct.

MR. SCHIAVONI: -- insureds. Typically, what happens, Your Honor, is there'd be someone alleges injury, and they sue the diocese. The parish. A religious foundation. They may sue six people for the same thing, and --

THE COURT: Right.

MR. SCHIAVONI: -- to the extent there's multiple insureds on it, the contention would be the occurrence limit

would only apply once.

THE COURT: Right.

MR. SCHIAVONI: So any one of them could exhaust the limit.

THE COURT: As long as -- as long as both defendants are your insureds?

MR. SCHIAVONI: Yes, Your Honor.

THE COURT: Right. Okay.

MR. SCHIAVONI: It's a point, by the way, made, I think, in Mr. Weinstein's. Again, as a reason why the stay shouldn't be lifted, it's asserted there.

And then the other point in response to your question -- there were three things you asked. As far as deductibles and whatnot, we have the proofs of claim which assert general periods of time. And based on that general assertion, I think it doesn't go out to other periods, but it's just that, Your Honor. Most of the proofs of claim are not signed by the claimant, so they're not on personal knowledge or they're not attested -- they're not essentially verified so --

THE COURT: Well, I think they're sign of the penalty of perjury. Are they not proofs of claim?

MR. SCHIAVONI: Yeah, but often by lawyers. When the lawyer signs, he signs that he did a reasonable investigation or some such thing.

THE COURT: Okay. Well --

MR. SCHIAVONI: When the claimant signs, he has personal knowledge of when the abuse happened.

THE COURT: Right. I understand but --

MR. SCHIAVONI: But the point being --

THE COURT: And we discussed that when we were discussing proofs of claim.

MR. SCHIAVONI: Yes, Your Honor.

THE COURT: Right.

MR. SCHIAVONI: The point being, we don't know -- these cases, you don't really know when it actually occurred until you get into discovery on the cases.

THE COURT: Okay.

MR. SCHIAVONI: Thank you, Your Honor.

THE COURT: No, thank you.

MR. PLEVIN: Your Honor, my clients have policies in effect during the alleged abuse for all three of the cases.

THE COURT: And who's that? CNA?

MR. PLEVIN: CNA.

THE COURT: CNA. Right.

MR. PLEVIN: Well, yeah, and there's two companies. And one of them issued a primary policy. One of them issued an umbrella policy, which sits on top of an insolvent insurer's policy. That's Northwestern National. In one of the three cases, there is an allegation that the claimant was abused in 1975. That falls within the Northwestern National policy

period. And that carrier is insolvent.

My client who issued the umbrella policy notified the debtor that we would defend that case under reservation of rights --

THE COURT: Um-hum.

MR. PLEVIN: -- under the umbrella policy. But that calls into question a doctrine known as drop down, whether the umbrella policy has an obligation to drop down. That is, according to the California Supreme Court, a matter of what the policy language is. The policy language in our umbrella doesn't track any of the existing appellate cases in California. So there's a dispute about that.

If we were having to drop down, we would have a right to bring a lawsuit, saying we're defending now, but we actually don't have a duty to defend. If we were found to have a duty to defend, anything we pay under that umbrella policy, I believe, would exhaust the limits or would erode the limits. So it would not be a defense in addition to limits for the 1975 abuse that we would be defending under the umbrella policy.

THE COURT: Right. Okay.

MR. PLEVIN: Otherwise, for the other two cases, what you quoted Mr. Glasnovich as saying would be correct for our clients

THE COURT: Okay.

MR. PLEVIN: -- in these three cases.

THE COURT: Okay. If --

MR. PLEVIN: And by the way, Your Honor, just --

THE COURT: Yeah.

MR. PLEVIN: -- that one case -- I think they're referenced by name, the one case where I said we have the issue where a drop down is the John Doe TB case proof of claim -- that doesn't look right. It's Alameda County case number 21-cv-001404.

THE COURT: Okay. The other question I have is Interstate and LMI have filed opposition to the stipulation, correct?

MR. REINHARDT: Yes, Your Honor. Nate Reinhardt of London Market insurers. It was a limited opposition just as to issuing demand letters on behalf of all the abuse claimants.

THE COURT: But the argument that the committee makes is that your clients don't have any insurance policies at risk with regard to the three state court actions that are going to be -- the three released state court actions that that may proceed, correct?

MR. REINHARDT: I mean, as far as the details, I'll defer to coverage counsel, but we did not file an opposition as far as the three released actions.

THE COURT: Okay. But you filed an opposition to the --

MR. REINHARDT: Just on the limited basis that I

believe in the stipulation it was requesting to issue demand letters for all claimants, not the three. All 200 or so.

THE COURT: Right. Okay. Okay.

MR. WINSBERG: Your Honor, on behalf of Interstate and Westport, we did file a joinder objection. With respect, Westport has one claim, and I believe in the policy periods, Interstate does not for the three.

But the principal purpose of our objection, which relates really to two points, one is the demands that are going to come our way in ensuring, if Your Honor chooses to go that route, to make sure that we as well have stayed relief. So we don't want to foul of the automatic stay if we investigate the claims, when we get the demands, and we wanted that to be the sole purpose, really, that of making the Court aware of that.

And as far as the three release claims, Your Honor, the reason why they impact the insurers in general as a whole,, I would point you to the committee's reply brief at docket 1450 on I think it's page 23 of 31. And what they say there, Your Honor, and I'm just reading, like, the first sentence from that paragraph, is allowing the released state court actions to proceed will provide current information regarding the value of survivor claims, okay, and from which the total value of all survivor claims filed in this case may be estimated.

And our concern is that when cases get released and when this is done, particularly like in an MDL, like, there's a

representative pool of sample. Like you have good cases, medium cases, and bad cases that get released. And that's what Judge Glenn looked at when he denied the committee in that case's motion for stay relief. He relied on those line of cases.

And our point here is, if the Court does lift the stay for the cases, it should do it in a manner consistent with what the literature is in that space, particularly if the committee, like they've represented in the reply, is somehow going to contend that the cases that went out can be used later for an estimation. We don't think that's proper.

THE COURT: Well, Mr. Winsberg, there's been a lot of interesting academic conversations regarding MDLs, comparing MDLs and mass tort cases like this. I get it. But this isn't an MDL. And my understanding is, is that I forget who -- Berkeley Research Group, I think. Is that the diocese -- who plead --

MR. SCHIAVONI: The committee's, Your Honor.

THE COURT: The committee. So again, the committee's employed what I found interesting, Berkeley Research Group. And I had some early conversations with Berkeley Research Group representative about what they do. And what they're doing is providing some form of claim estimation. But again, this isn't an MDL. MDL rules don't apply here.

Obviously, the valuation of should I grant relief from

stay and these three matters go to trial or they settle in some form or fashion, they may provide some evidence as to what the value of these claims are when you get before a jury. And I understand that. I understand. But it's evidence. How it's used. When it's used. Why it's used. I guess we'll worry about that at a later point in time.

MR. WINSBERG: I just wanted to point out, Your Honor, there was nothing presented in the papers or arguments that what got released is representative of the pool as a whole. And that was my only point, Your Honor, and just --

THE COURT: Well, right, but again, that's MDL. And this isn't MDL. This is just three -- right. I'm not sure how significant a factor that is in this stipulation. I get it. I understand. But again, no one's asked me to determine whether these three cases are really representative of anything. And I understand the argument that the cases have been "cherry picked" because all three, I guess, of the perpetrators were convicted of a crime, making it perhaps an easier case to try if you're the plaintiff. But that's not the sole -- that's not the primary function of this motion.

MR. WINSBERG: That was my -- those were my points, Your Honor. And thank you.

THE COURT: No, I appreciate it, Mr. Winsberg, but again --

MR. WINSBERG: Thank you.

THE COURT: -- I discount the significance of that issue in this motion.

Okay. Mr. Glasnovich, any comments to insurance counsels' replies to my questions?

MR. GLASNOVICH: No. I mean, I think, obviously, we have some different interpretations of the law on those issues. I think the upshot, though, Your Honor, is it really doesn't change the analysis, which is there's a duty to defend. This isn't going to cost the debtor any money to do to undertake the defense of these claims. And this is not going to have a massive impact on other survivors in terms of reducing aggregate insurance assets.

And even if those things were true, in our view, it wouldn't matter. In the Sacramento case, there was not a duty to defend. There were alleged to be limits of liability. And we still moved forward there because of other factors that we thought were important and relevant. I think, here, it's just, it seems to be an easier decision because those three things are present.

THE COURT: And again, the goal here, if -- I mean, the fact that there may be -- again, there's amount per incident occurrence. And of course, you may have two defendants who are equally liable on the same occurrence. Well, it's not -- again, the insurance proceeds, if there are insurance proceeds available, will go to -- will serve the

exact same function, which is to compensate the injured party.

MR. GLASNOVICH: That's right, Your Honor. And also remember, too, Your Honor, entered an injunction essentially protecting those other defendants from execution and litigation, except as to the relief that we're requesting here. This stay relief is also kind of circumscribing that injunction a little bit too. That's the way we have it conceived. And so the same protections the debtor gets here are the same protections those parishes get.

So it's not like -- I think where the argument there was going was, well, the diocese is going to take that 100,000-dollar insurance limit, and then that poor parish is not going to be protected. That's not the case. The goal here is to get that insurance asset, whether or not it's shared or not.

THE COURT: Right. And does the stay relief authorize the -- again, it allows you, again, to create a "lien" against the policies but doesn't allow you to execute against the policies, does it? Or remind me.

MR. GLASNOVICH: I don't think -- there's not a -- I don't even know if that's the proper way to think about it.

THE COURT: Well, to make a demand against the insurance companies, should these cases -- should I grant relief from stay, plaintiff obtains a judgment against a defendant who is covered by insurance. They can make a demand on the insurance, correct?

MR. GLASNOVICH: They can make a demand on the insurance. That's correct. If the insurance company wanted to settle with the debtor, we would need to come back here and have that settlement approved under 9019.

THE COURT: Right.

MR. GLASNOVICH: If the insurance company just wanted to throw up their hands and give up and pay the full amount of the judgment and their policy limits, that could get paid. And I think that that's a point that the insurers make in the papers. I think what we would say to that is it's very unlikely that will pay the claim in full. And it doesn't affect the amount

THE COURT: Okay.

MR. GLASNOVICH: -- available to other survivors.

THE COURT: Correct.

MR. GLASNOVICH: And so that's something that all of the defendants -- every survivor who filed a lawsuit signed onto this, and so has the committee and --

THE COURT: And I guess that's the point, too, is that, again, it's three of the plaintiffs are going to -- if they prevail and if there's insurance will be -- again, and who knows how long that process is going to take. There may be funds available to them faster than there may be funds available to other victims. But the other victims are on the sidelines cheering; are they not? Because they've all --

MR. GLASNOVICH: That's exactly right, Your Honor.

THE COURT: Right. They have all agreed to this process because they think from the 10,000-foot level that this will push this case towards resolution. And if it doesn't, at least three of them get paid. And of course, the argument is, well, what happens next week if five more victims say, well, we'd like relief from stay too. But the thing is they've signed onto this process. Again --

MR. GLASNOVICH: That's right, and that's what Your Honor's for. And that's why the Court would be here as a gatekeeper to that. And there is no automatic without anybody's input into the future stay relief. I think what the stipulation just says is that we've agreed on a process of putting those cases -- noticing those cases. If other folks want to object to them, we can go through this again. If nobody wants to object, then we have a process for it.

But you're exactly right, Your Honor, that we talked about logjams before. This is the way we unjam those logs, right, is by doing this.

THE COURT: Right. And it's not without risk.

MR. GLASNOVICH: These survivors could get judgments of zero, and this could be a nonissue. We don't believe that's the case. Obviously, we think these claims are meritorious. But this is all speculation, which is a part of our whole standing issue. There's also speculation on the back end too.

Right. Just because there's a judgment and it's tendered to the insurance companies, I think we've heard from everyone here, they're all reserving rights. So --

THE COURT: Right.

MR. GLASNOVICH: -- they're saying that they're not going to pay it and so --

THE COURT: Well, I mean, look. I mean, they're simply exercising their contractual rights.

MR. GLASNOVICH: Sure.

THE COURT: Again, and I think Judge Klein has -- again, you've raised that before Judge Klein. Judge Klein has raised that. I mean, all they're asking the insurance -- again, this is being a little simplistic, but all the insurance companies are being asked to do is live up to their contractual obligations, whatever they may be.

MR. GLASNOVICH: That's right.

THE COURT: No one's restricting the insurance company's rights at all here. So I mean, no one's altering anyone's rights here. We're just letting three cases proceed, if I grant the motion.

MR. SCHIAVONI: May I be heard on that point, Your Honor?

THE COURT: Yeah. Yeah. Go ahead, Mr. Schiavoni.

MR. SCHIAVONI: Again, Tancred Schiavoni --

THE COURT: And again, I want to remind everyone that

I've had -- again, I appreciate everyone's candor -- that there's been no progress on the insurance side of things in mediation so --

MR. SCHIAVONI: Your Honor, this is a case, I will say, though, it's like, exclusivity has run. The Code is quite clear that the claimants, the committee is entitled to pursue the unrestricted assets. They could file a plan right now for what they think are the -- setting out seeking the unrestricted assets, and they could pass through the contracts clean.

THE COURT: You're talking about the committee?

MR. SCHIAVONI: Yes. Yes.

THE COURT: But maybe they don't want to file a plan.

MR. SCHIAVONI: Yeah, I know why they don't want to file a plan. It's quite clear. It's playing itself out in multiple cases. They cannot file a plan that says in it that restricted assets should be distributed. Under 1129, that would be a prohibited. So instead, they can keep this debtor in bankruptcy indefinitely, as they've been doing in Oakland and others, until the debtors sell parishes, sell cathedrals, and turn over restricted assets and agree to breach the contracts of the insurance and put those provisions in a plan. That's where this is going.

This could be done right now. It's fairly simple. They could file a plan, ask for the unrestricted assets, and not just three cases, but the plan could say all cases go back

to the tort system clean under the insurance. People get paid before the year is out, and the cases go back to the tort system in totality, with our rights preserved. That's not what's happening.

And I want to address specifically your question about how rights are being perhaps impaired here. The stay is here being used essentially as a sword and a shield. In the tort system, what would normally happen is we would have a debtor. We would fund the defense. But the debtor would then be highly motivated in what the outcome is.

Here, we have a reconstruction of the economic alignment of the parties with injunctions that insulate the debtor from the outcome but leave the debtor appointing a rump lawyer to sort of run the defense and then have us bill for it -- bill us for it. If we could defend the cases, we can put our own lawyers in. Like, that's what we would like to do. And we may come back to you with an application. I'd ask that it just simply say that, that we can identify and select our own defense lawyers to defend these cases robustly, if that's what's going to happen. On the letting 200 --

THE COURT: Mr. Glasnovich, are you prohibiting -- if I grant relief from stay, am I in any way, shape, or -- does the order in any way, shape, or form prohibit the insurance company from (indiscernible) --

MR. GLASNOVICH: Your Honor, that is a little bit

above my pay grade in terms of insurance duty defense stuff.

THE COURT: Oh, no. No, I'm just talking about the -- I'm just talking about the relief from stay stipulation.

MR. GLASNOVICH: What I'll say from the stipulation, Your Honor, is that the stipulation allows the debtor to take necessary action to effectuate the stay relief. And so Mr. Winsberg's point earlier about can we investigate if the stay's in place, there is a catchall provision there that kind of gives us a little bit of wiggle room if there's these kind of -- we're going to the absurd of where things could go. I think Mr. Pascuzzi has some wiggle room there, and we're all in agreement that the order would provide kind of necessary and proper actions adjacent to this.

From the insurance piece, I don't know if appointing defense counsel would go that way. But I think that's how the (indiscernible).

MR. WEINSTEIN: Your Honor, may I make a comment as insurance counsel for the debtor?

THE COURT: Yes.

MR. WEINSTEIN: So it's interesting. I think it's important to know where this came from. There were an -- there was an effort to release 208 cases from the stay against nondebtor affiliates, who are coinsureds under these policies. And as you've heard the carrier counsel explain, there's only one limit applicable for one claim, no matter how many

defendants.

We were very concerned at the direction some of the courts were going that Your Honor might decide to release those cases or to hold that the stay does not apply because they are not debtors. And faced with the possibility of having to deal with 200 cases, we made a compromise, a decision to compromise, and to agree to release three cases against both the affiliates and the debtor, to our advantage and equally to the carrier's advantage. It's indisputable that that is a better outcome than risking 208 cases being released for trial.

And the fact that the insurers are concerned about the bellwether aspects of it, that's just not in the cards. Nobody is saying that those cases -- well, maybe the committee is. I don't agree with the committee thinking that releasing cases is going to magically set the case on a path to resolution. I think that we all have to work --

THE COURT: Wait, Mr. Weinstein. Mr. Weinstein, why am I doing this then?

MR. WEINSTEIN: Because well, I suppose if Your Honor said to me, what if I decide to stay all 208 cases and rule that the stay applies to nondebtor affiliates, I would have a tough time arguing with Your Honor because this was not -- this was not something the diocese came up with to say, let's release three cases. We did this as a compromise because the committee wanted to release 208 cases. Now, it may --

MR. SCHIAVONI: It sounds like they're under enormous pressure.

THE COURT: Hang on. Again --

MR. SCHIAVONI: I'm sorry, Your Honor. I thought he was done.

THE COURT: Well, they're under enormous pressure because if I take Mr. Pascuzzi's comments to heart, and I have no reason to doubt it, it's running out of money. It can't fund this Chapter 11. Can only fund this Chapter 11 for so long. So that's the reality of it. So again, like most debtors, they're under enormous pressure.

Okay. Mr. Weinstein, go ahead. So --

MR. WEINSTEIN: Well, that --

THE COURT: Go ahead.

MR. WEINSTEIN: Well, that's it. I mean, we need to finish this Chapter 11. That's why we want a new mediator. That's why we want it done quickly. That's why we wanted to resolve the adversary proceeding on the 208 cases.

The fact that there may be coverage issues, of course there may be coverage issues. Honestly, once we arrive at a resolution between the diocese and its affiliates and the committee, then if there are coverage issues, that's really between, honestly, the insurers and the committee because it's the insurance dollars that are going to the committee. They are not coming to the diocese.

And this was an opportunity to release some cases by piece. Move forward with the mediation. I don't know whether releasing cases will help the mediation. It might. It might, but I just don't know. But I do know that releasing 208 cases, if that were to occur, and there was a possibility in our view that it could, that was a risk. That would definitely torpedo all efforts to try and settle the case because all resources would then be used up.

This was a compromise, and the --

THE COURT: Right.

MR. WEINSTEIN: -- fact that there may be coverage issues is really irrelevant.

MR. SCHIAVONI: Your Honor, this wasn't a coverage issue. I rose to say how the stay was being used as a sword and a shield, and the way it's being used that way is that once -- the stay order, effectively, is being conditioned in a way that takes away the dioceses economic interest in the outcome of those cases because they won't be collectible against them. But it's leaving them with the ability to select the defense lawyer and with the hope that somehow this grinds us into sort of an outcome. We need to be able to put in a defense lawyer who can robustly defend the cases. And --

MR. WEINSTEIN: That's what I'm -- that's what I was hoping.

THE COURT: So Mr. Weinstein --

MR. WEINSTEIN: Sorry.

THE COURT: -- again, no one's -- is there anything about this -- again, and to be frank with you, I didn't understand Mr. Glasnovich's response. Is there anything in the stipulation which -- I mean, again, you're the expert here, as is Schiavoni. I grant relief from stay -- I mean, I grant the motion. These litigations proceed. The insurance companies have certain rights; do they not? I mean, they say, look, we want to defend this. Any reason why they can't do that?

MR. WEINSTEIN: A hundred percent, you're correct. And if Your Honor grants the relief from stay of these 3, not 200, but 3 cases. I expect I'll be on the phone with Mr. Schiavoni. He never calls me, but I'd like to call him and try and start a conversation. And Mr. Plevin and other carriers.

THE COURT: Don't gaslight him. Mr. Schiavoni. That's all I'm asking. I'm joking.

MR. WEINSTEIN: No, I'm very fond of Mr. Schiavoni, as he well knows.

THE COURT: Right.

MR. WEINSTEIN: And my assumption is that we will be on the phone, and I'll say to them, these cases have been released. Your insured needs to defend them. How do you want to handle it?

THE COURT: Right.

MR. WEINSTEIN: If they want to appoint their own

counsel, let's talk about it. How is that going to -- how is that going to interfere with reservations of rights? Are there conflicts between the issues as to the diocese and the carrier? Those are --

THE COURT: But those are normal conversations between --

MR. WEINSTEIN: Normal issues.

THE COURT: -- insured and insurer; am I right?

MR. WEINSTEIN: Normal issues. And as to Mr. Schiavoni's comment that we won't have any motivation to defend the case if our assets are not at risk, that happens all the time in state court. If my carrier won't settle a case, I can enter into a stipulation with the plaintiff, where I assign my rights to bad faith. The plaintiff gives me a covenant not to execute against my personal assets. I agree to cooperate in the defense. And we go forward, and my assets are not at risk. But I have an obligation to cooperate with the insurer. And the California Supreme --

THE COURT: Right.

MR. WEINSTEIN: -- Court believes that that obligation is sufficient to protect the insurer's rights.

THE COURT: And that's all subject to a approval by this Court.

MR. WEINSTEIN: Right.

THE COURT: Right.

MR. GLASNOVICH: Yeah, Your Honor. I agree that the insurance counsel would still need 327(e) as special counsel for the debtor. But there's nothing that prohibits anyone from bringing that motion under the stipulation. I agree with you.

MR. WINSBERG: Your Honor, if I may --

THE COURT: Yes, Mr. Winsberg.

MR. WINSBERG: -- just briefly respond?

THE COURT: Yeah.

MR. WINSBERG: -- just real briefly. You heard the comment earlier about, well, there's wiggle room in the stipulation. What we would say is we would want --

THE COURT: As I said, I didn't understand Mr. Glasnovich's response.

MR. WINSBERG: yeah. Yeah, I don't want to be in a situation -- it should be a level playing field. I don't want to be in a situation where he --

THE COURT: I don't understand what that means either.

MR. WINSBERG: Yeah. So we don't want to take an action -- like, say, for example, we get a demand. And under this proposed stipulation, we will. And we investigate the demand. In the course of that investigation, someone says and sends us a letter. You're tripping over the automatic stay.

So we would like a -- we would request a level playing field. The stipulation doesn't mention the insurers at all. Everybody else has stay relief in here but for the insurers.

And so we would just respectfully ask the Court to make it clear that, whatever rights we have that we can exercise contractually and under applicable law, California law, to respond isn't going to be a stay violation, to the extent it is, if the stay is being lifted. That was our request, Your Honor.

MR. GLASNOVICH: Your Honor, our --

MR. WEINSTEIN: And may I just comment on that, Your Honor?

MR. GLASNOVICH: Sorry, Your Honor.

THE COURT: Hang on, Mr. Glasnovich.

Mr. Weinstein.

MR. GLASNOVICH: Yeah, really quick, and then I'll turn to Mr. Weinstein. Our response on that would be I don't really understand how it would be an automatic stay violation for an insurance company to investigate a claim. But the way we handled this in other cases is if Interstate needs stay relief, they can bring that motion. They can bring it to us, and we're happy to talk to them about how that's reasonable. But what we're worried about is I don't know exactly what Mr. Weinstein's talking about or why that would be a stay violation (indiscernible) --

MR. WEINSTEIN: What I'm talking about?

MR. GLASNOVICH: -- I believe that we have. Yeah. Yeah. Sorry, Barry. Go ahead.

MR. WEINSTEIN: No, I'm not talking about a stay violation. What I was going to say is that to the degree that the insurers are trying to get advance permission to file coverage actions without violating the stay, I think that would be problematic. To the extent that they're talking about using policy assets that belong to the estate to pay defense counsel, I think that's obviously something that we work out. And we certainly don't want to -- we have an obligation not to interfere with their contractual rights --

THE COURT: Right.

MR. WEINSTEIN: -- and them not to interfere with our contractual rights.

MR. SCHIAVONI: Your Honor, you can make this very simple. We've made clear that we don't agree with lifting the stay. And I won't repeat what's in our papers and the other judges that have reached that conclusion. But what you don't need to do is they have added all sorts of bells and whistles on this.

If Your Honor decides you want to lift the stay for these three cases, it could be a very simple order saying stay lifted for these three cases, the parties' rights otherwise preserved, and whatever the clauses they have about not collecting against the debtor. You don't need this 260 demands going out and then an open ended request for demands and some of these other provisions about liens and everything, like your

blessing, imposition. Like, whatever state law is about liens, it is. It's like, you don't need to intervene on all that. It could just be a very simple order. Lift the stay for these three.

On having monetary demands be issued for 260 claims, yes, there's mechanisms for this in the state court system, but that presumes that the debtor has the same economic interests in us in those claims. And it also presumes that we would get discovery of those claims and an ability to investigate and bring actions with regard to them, not that we just get, like, a letter out of the blue saying, give us five-million dollars and then we have to respond in thirty days on some rational basis on it. Most of the proofs of claim here are not signed by the actual claimants. They contain relatively bare bones information.

THE COURT: No, I understand.

Mr. Glasnovich.

MR. SCHIAVONI: You don't need that other stuff, Your Honor.

THE COURT: I mean, I know we're going -- not far from here --

MR. GLASNOVICH: Yeah. Yeah.

THE COURT: -- but I assume that the stipulation -- part of the stipulation says which says, look, we can send out demand letters to all the -- all 260-odd claimants can send

demand letters. That's just, again, a way to put pressure on the insurance companies to come to the table.

MR. GLASNOVICH: Yeah, well, it's more specific than that, Your Honor. And the reason why they're so opposed to this is because it creates specific obligations and then to respond. And the reason this is important is because they have holiday right now. They don't have to do anything. They don't have to take any positions.

And so by sending these demands, it doesn't mean that anybody has to pay. It's not like Mr. Schiavoni's got to empty his pockets and give survivors what they're demanding just because they demanded it. That's not what I'm --

THE COURT: So what's the purpose -- again, so what's the purpose, then, of having all --

MR. GLASNOVICH: It creates peril for them under California law if they choose not to respond. Then they have a problem. Mr. Weinstein can explain that better than a bankruptcy attorney, but my understanding is by doing this, it gets them out of the I-don't-have-to-participate-at-all-in-this-bankruptcy. It makes them vested in this process a little bit. They've got to take a position. And if they don't want to respond and they don't want to meet the demand, they've got to tell us why.

And we're not getting that other places, Your Honor. I'm not going to go into mediation, but we're not getting

movement other places. This is a way to do it. It costs the debtor nothing. It makes the insurance companies extremely uncomfortable, which is why it's a good idea.

MR. SCHIAVONI: It's because all of our rights that we would otherwise have in the state court system otherwise to seek discovery, to take depositions, to investigate the claim, with all the resources the stay provides, we're blocked by the automatic stay. It's used as a shield to protect the claimants. And at the same time, it's being used as a sword against us, saying we have to go forward, but we don't get any of the rights to go forward with actually investigating the claims.

It's a rigged game here. And the suggestion that we're somehow holding this up, they could have filed a plan two months ago and passed all of these claims out to the tort system. The process is being misused to squeeze the debtors for restricted assets. That's why they're not filing a plan and to compel the debtors to breach their contracts as part of this process.

And I will add, the mediation, the reason we're being excluded from it is all of those communications will be shielded by mediation privilege. That's the point of it.

UNIDENTIFIED SPEAKER: And Your Honor --

MR. WEINSTEIN: That's disingenuous, respectfully, because that's how the --

THE COURT: Look, the --

MR. WEINSTEIN: I'm sorry.

THE COURT: I appreciate the comment.

Mr. Glasnovich, again, I'm just going to focus on this a little bit and --

MR. GLASNOVICH: All right.

THE COURT: So again, all 260 demand letters will go out to the insurance companies. Again, I'm not an insurance lawyer, so I don't know what the response entails. But then it just stops, right? That process just --

MR. GLASNOVICH: It could.

THE COURT: That process just -- well, it does because of the stay.

MR. GLASNOVICH: Well, Your Honor, if the insurance companies get those demands and they're way less than what they thought they were going to be, they thought that we had our -- we were crazy and we give them demands that are reasonable within policy limits and they want to settle, then who needs mediation anymore? We'll bring 9019 motion. We'll get going.

THE COURT: What happens if the -- what happens if the demands are crazy? What do they do?

MR. GLASNOVICH: Then they have they have defenses under state law. They can respond to those under state law. And if they believe their insured has no incentive or they can't can investigate, those are all state -- those are all

defenses they have to whatever happens as a result of their refusal to respond. Right.

MR. SCHIAVONI: We're stayed from voting.

MR. GLASNOVICH: Their refusal to respond is not something -- oh, sorry. Their refusal to respond has nothing to do -- Your Honor is not going to see that. Right. That's not a claim the committee's going to bring to Your Honor. That's something for later.

That's something for if they don't want to settle in this case and a trust goes and sues them and tries to get insurance coverage. Somebody can bring that up later, and they'll have defenses. And they'll have all the defenses they want that they weren't able to investigate and they couldn't get it this or they didn't have this or their insured wasn't motivated sufficiently to respond. They can raise those things later.

The automatic stay does not vitiate those defenses. And they're raising them kind of as a red herring in that sense, that they're trying to say, well, we can't do it now. And so oh, my gosh, Your Honor is abrogating our defenses. That's not what you're doing. Doesn't (indiscernible) --

THE COURT: No, I fully -- no, that's not my concern. That's not necessarily -- but then why are we doing one part of it now but not the other part, other than to put pressure on the insurance company?

MR. GLASNOVICH: Well, Your Honor --

THE COURT: And I'm not saying that's a bad thing, but I'm just saying (indiscernible) --

MR. GLASNOVICH: I disagree that they can't defend or they can't investigate. I think that that's -- I agree with Mr. Weinstein that that's a little disingenuous, them saying they can't do those things. I don't think I've ever seen a debtor raise the automatic stay as a defense to cooperating with their insurance companies. If anything, with all due respect to Mr. Pascuzzi and Mr. Weinstein, it's a source of frustration for the committee that they rely on their duty to cooperate far too much.

And so I think that it's disingenuous for anyone to suggest that they're going to somehow clam up and not cooperate in the investigation. I've never seen that. I don't think Mr. Schiavoni can point to anything in this case that would suggest that.

And reading 362(a), I don't see how that that triggers 362 at all. Right. It's about claimants. Mr. Schiavoni is not a creditor. I think that we all can agree on that, that he's not trying to collect a debt against anybody. He's trying to enforce conditions precedent to a contract. I think that he can do that, or he can't do that. That's between him and Mr. Weinstein and Mr. Pascuzzi.

THE COURT: Well why are we doing it -- why are we

doing this to begin with?

MR. PASCUZZI: Can I make a suggestion as to why?

THE COURT: Sure.

MR. PASCUZZI: Your Honor. Okay.

THE COURT: Other than the obvious.

MR. PASCUZZI: What do you mean, the obvious?

THE COURT: You just want to put pressure on the insurance companies.

MR. PASCUZZI: Well, actually, I don't really agree with that --

THE COURT: Good. Then tell me why.

MR. PASCUZZI: -- because the insurance companies -- the insurance companies get demands all the time. And their answers, particularly in bankruptcy, are, gee, we don't have depositions. Gee, we don't have any sworn testimony. How can we respond to a fifty-million-dollar demand when we don't have any admissible evidence?

THE COURT: Right.

MR. PASCUZZI: I got to say, that's an interesting argument. I don't know why they're so afraid to just say no to the demand. But they seem to think that maybe they would be subject to something. I think allowing demands -- and I don't really care. This is a committee issue. It's not an issue for me. But I think, if the committee, as any good plaintiff's personal injury lawyer does and knows, if you make a demand to

an insurance company, you better be able to back it up. I think that making demands that values the case in good faith and provides a -- and provides a basis for that demand is a way to provide information that we otherwise don't get from the committee because of this stay.

And we certainly don't want to release all the cases from the stay to conduct discovery, but making demands requires the committee to back them up and --

MR. SCHIAVONI: Your Honor --

MR. PASCUZZI: -- may provide helpful information to the carriers.

MR. SCHIAVONI: -- you have the benefit of what the chief judge of the Northern District of New York, who looked at this in the Diocese of Syracuse and said, no. And we've given that --

THE COURT: And Judge Klein said yes.

MR. SCHIAVONI: Not to these sort of demands.

THE COURT: But was it the same stipulation?

MR. SCHIAVONI: The 300 demand -- Judge Klein is of Sacramento?

THE COURT: Yeah.

MR. SCHIAVONI: Really, I don't know what's --

THE COURT: Well, Mr. --

MR. PASCUZZI: It was the same, Your Honor.

THE COURT: Right, and I mean, the stipulation that

was filed before me is the same stipulation that was filed before him.

MR. SCHIAVONI: Yes, you're right, Your Honor.

THE COURT: Right. And Judge Klein didn't have much problem granting the motion for relief, right?

MR. PASCUZZI: Correct.

THE COURT: Right.

MR. SCHIAVONI: He explained his views about insurers, and I think they colored sort of his outcome in the decision. But it's like, whatever he did, he did. The bottom line is, Judge --

THE COURT: Right.

MR. SCHIAVONI: -- you don't need this. This is if you are intent on lifting the stay for three cases, do you need all the other -- all the other things that they've loaded in here? And dealing with them, frankly, on a quick hearing without really much back and forth on them or any in-depth briefing on those issues, it's like, they're going to draw an appeal. They're going to draw further litigation.

Our view would be we're entitled to discovery. If we get these demands, we'll be moving to lift the stay to take discovery on those claims. It's like, do you need it? Do you really need it to lift the stay for three cases?

THE COURT: Well, the answer is no, but that's not the step. That's not the deal.

Right, Mr. Glasnovich?

MR. GLASNOVICH: That's right, Your Honor. And I think that the committee's special insurance counsel, I may have misstated something or I'll let -- I'll differ to Ms. Johnson if the Court would --

THE COURT: Is the committee's insurance counsel --

MS. JOHNSON: Yes. Yes, Judge. That's me. That's Atty. Morgan Stippel Johnson.

THE COURT: Blair and -- again, I forget Blair and Burns. Is it or Burns and Blair?

MS. JOHNSON: Burns Bair.

THE COURT: Okay. So what's the committee -- what's your firm's view on all this?

MS. JOHNSON: Yeah. Well, so I think it's really interesting that Mr. Schiavoni brought up the Syracuse decision, where Judge Kinsella issued an opinion that these demand letters violated the automatic stay because in a subsequent opinion in the Diocese of Rockville Centre, we received a determination, not even a determination, that the letters did not violate the stay. But our firm actually took one on the chin in our fee application because we filed a lift stay motion specifically to serve the very demand letters that are at issue in this case. And the judge there said it was so obvious that the letters do not violate the stay and said that we could not collect any fees for drafting our motion.

And so I think this idea that the stay is being used as a sword and a shield begins with a false premise that these demands constitute a violation of the stay to begin with which they do not.

THE COURT: Again, and again, I read Judge Glenn's decision, again, on the underlying issue before me. So I'm familiar with that. But again, I haven't looked at the stay issue. I mean, it's just not been presented so --

MS. JOHNSON: Yeah. Understood. And I think from our perspective, Judge, part of why these demand letters are so critically important is it's about preserving survivors' rights to the insurance contracts, which they, as creditors in this bankruptcy, are entitled to because those are assets of the debtor. And if the survivors are not allowed to preserve their rights under those contracts, there is a very serious danger. As Mr. Schiavoni said here, the exclusivity period has expired. We see what's happening in Oakland, where there's a plan being crammed down that severely impairs survivors' insurance rights and so --

THE COURT: I'm not familiar with --

MR. SCHIAVONI: Judge --

THE COURT: -- what's going on with Judge -- but Ms. Johnson, again, we're going -- okay. I guess my question is why now? I mean you're saying, oh, well, we're going to impair their rights to proceed against the insurance companies. If I

don't permit that, their rights aren't impaired, other than the fact that they can't do it now, right?

MS. JOHNSON: And if you did wait, Your Honor, I believe that this is something that we would file a motion before the Court to do because it is critically important to survivors, not just in this case, but survivors across the country in preserving their rights to insurance. And Mr. Glasnovich highlighted this earlier, but the insurance companies don't like this because it forces them to take action where --

THE COURT: I understand.

MS. JOHNSON: -- they otherwise would not have to. And that's a byproduct of preserving survivors' rights. That's not the sole reason why we're serving these demands. The rights come first. And we are of the position and the belief that it's critically important, and especially given the debtor's representation that they're running out of resources and things are winding down. It does need to happen now, and waiting could be very detrimental.

MR. SCHIAVONI: Your Honor, their rights are preserved. I'll say it on the record. If you want me to stipulate to it, I will. Their rights are preserved. It's nonsense that they need to serve a letter to preserve their rights. That's completely wrong.

Why are we -- why don't we like this? Because we

would normally have all the rights we would have in the tort system to take discovery, take depositions, ask for documents, and we don't have any of those rights with the automatic stay in place. And like, for us to then -- you want us to come back with a 2004 motion asking for discovery from all these folks, we will. But this is one sided.

THE COURT: Again, I mean, I don't know wh4ether --

MR. SCHIAVONI: It's lifting the stay for obligations against --

THE COURT: I don't know if it violates the stay. Doesn't violate the stay. I mean, I just, I don't know sitting here. Again --

MR. SCHIAVONI: It's just not necessary. I would --

THE COURT: I mean, I think Judge Glenn said that, look, the insurance policies are property of the estate. That's why you need relief from stay in order to pursue them.

MR. SCHIAVONI: The demand letters, by the way, Your Honor, are made against the debtor. They're not made against us. They're demands made to the debtor, and then the debtor sends them to us.

THE COURT: Right.

MR. SCHIAVONI: So that's the reason why stay relief is sought.

UNIDENTIFIED SPEAKER: And Your Honor, there's been no explanation as to why these demand letters or any information

that would support those demands can't be submitted in mediation, where we would have an ability to respond.

THE COURT: Not going to deal with that. Okay. Look, let's turn things around. Let me just flip this a little bit.

Mr. Pascuzzi, in your brief, you pose this as a 9019 issue. Now, you've got to go through the A&C Properties test. Do I need to do that? I mean, because there was litigation that the diocese filed against 262 parties. You've resolved it. I guess, and you resolved it preliminarily. Is this a -- is that injunction the final judgment in that adversary proceeding, or is it a preliminary?

MR. PASCUZZI: It's preliminary, Your Honor. And as far as 9019, we just wanted to cover all the bases. 9019 cause -- yeah.

THE COURT: But my question is do I need to issue a 9019 decision?

MR. PASCUZZI: I don't think you need to. I think the cause analysis is sufficient to approve the stipulation, Your Honor. There's plenty of cause, given the circumstances of the 208 cases versus the 3.

And the other very minimal aspects, I mean, these other aspects of the stipulation have been so overblown. They do not impair anybody's rights or remedies. They don't interfere with the state court. They don't interfere with California law. They don't give anybody any extra rights under

California law about liens or any of that. We address that in our reply.

MR. WINSBERG: Your Honor, if I may --

THE COURT: Yes.

MR. WINSBERG: Just real briefly. Harris Winsberg. On the preliminary, I looked at the stipulation, and normally with, like, a temporary -- to Your Honor's question, with an temporary or preliminary injunction, there's, like, a drop dead date. There's a temporary limitation. I just want to point out to the Court, there's not in this stipulation. It's not a -- it doesn't read like a preliminary or a temporary type of injunction. I just, I couldn't find it in the document. I just wanted to point that out for the Court.

THE COURT: No, I understand. That's why I asked Mr. Pascuzzi. And I assume there's a status conference. But there's a status conference coming up, and we can deal with --

MR. PASCUZZI: Yes.

THE COURT: -- where he wants to go. Okay. Again, any other comments?

MR. SCHIAVONI: Your Honor, I would just say --

MR. WEINSTEIN: Your Honor --

MR. SCHIAVONI: I don't think you're limited to because they've packaged a whole series of things in one stipulation. You're in control of your own case. You can shape the lifting of the stay and condition it on any terms you

want, and you're not limited by how they have packaged this together, Your Honor. Thank you.

THE COURT: But again, let's remember. Okay. Let me put that in my perspective. It's their stipulation. It's not my stipulation. Their stipulation is this is what we want. Please grant relief from the automatic stay to allow these things to occur. And you're right. I can say, okay, I'll do X, I'll do Y, and they can say, no, no, thank you. And then we're back to square one, which is, let's remind ourselves, I guess, me answering the basic questions that the superior court judge initially asked that the bankruptcy court resolve.

MR. SCHIAVONI: But Your Honor, just to -- what the alleged --

THE COURT: Remember, it's not my motion for relief -- it's not my motion for leave from stay. It's their motion for me to approve this stipulation.

MR. SCHIAVONI: But to be clear, the whole foundation for this whole thing is this notion that the stay should be lifted with respect to the affiliated entities. And you just heard counsel for the debtor argue fairly passionately and explain to the Court how, if it does that, it will limit the insurance asset because the occurrence limits apply to one or the other.

So the whole notion here of the consideration being traded, other courts have not lifted that injunction for that

very reason. It would make no sense. This is all sort of packaged to get to the end result. It's unnecessary. It's like, Your Honor controls lifting that stay.

THE COURT: Right.

MR. SCHIAVONI: You aren't left with chaos if that doesn't happen.

THE COURT: I'm just left with -- no, I'm not left with chaos if I don't grant relief from automatic stay. What I am left with is stasis, the status quo, which is not a happy place --

MR. SCHIAVONI: Your Honor --

THE COURT: -- for this Chapter 11 --

MR. SCHIAVONI: I was in a doctor's appointment all day yesterday, and they say something to the effect, doctors, like, your first thing is to do no harm as a doctor. And there are things worse than where we are. I guarantee you, if you lift the stay, all attention will shift to those cases. And the plaintiffs' lawyers who are behind those cases, which are major national firms --

THE COURT: Right.

MR. SCHIAVONI: -- everything will stop, and all attention will focus on moving those cases. That's exactly what's happened in the other cases, and that is a very long path to take those forward.

THE COURT: And then I dismiss this Chapter 11 if

everything stops. And that doesn't help anybody. Remember, they don't -- you're right. You're right.

Three cases might go forward. I've got 259 or 262. I forget the exact amount of other claims. So I don't accept the argument that if I allow three cases to go forward, this entire Chapter 11 stops because remember, and I'll ask Mr. Pascuzzi or the committee, all I'd be -- all -- I'm granting relief from stay to allow these pieces of litigation to proceed. And that's not exactly --

So they go back to the Alameda County Superior Court, as you make the point. All I'm doing, all I would be doing, is granting relief from stay. I'm not telling the Alameda County Superior Court judge which cases should proceed to trial. Which cases shouldn't proceed to trial. It's her, I believe. Her call. That's her decision.

MR. PASCUZZI: Yeah.

THE COURT: And then these cases have got to be litigated. And then they may go to trial. And then they may get appealed. So I'm out of here come May 15, 2026. I'll be reading about this stuff in the paper. So again, not everything is going to stop. I don't believe that. Because remember, it's not as if these cases will go to trial next month. Next fall. Next winter.

Because again, the point that you make is, well, these proofs of claim have been filed by -- were filed and signed by

lawyers. That's not exactly discovery, now, is it? So I guess someone's going to be taking discovery. It could be extensive discovery. And then you've got to go to trial. And then there may be an appeal.

MR. SCHIAVONI: That is my point, Your Honor. It will take a long time.

THE COURT: Right. Oh, I agree.

MR. SCHIAVONI: And those folks, those firms for which the stay is lifted, they're not economically incentivized to have a equal distribution of all the claims.

THE COURT: Doesn't matter. I mean, remember, this is a -- I mean, let me -- and I don't mean to -- I don't say that lightly because there are three votes out of a class of 265 claimants.

MR. SCHIAVONI: Your Honor, honestly, that's just not how it works. I mean, these firms --

THE COURT: Well, let me --

MR. SCHIAVONI: -- represent blocks of claimants.

THE COURT: No, I understand. I understand. Call me naive, but they don't control the claims process. They get three votes. Three votes.

MR. SCHIAVONI: They will deliver ballots on a master ballot for their law firms. And you will be surprised that law firms, blocks of votes will come in with each law firm voting a block. And I can tell you, in the Imerys case --

THE COURT: I know.

MR. SCHIAVONI: -- it's a tough bankruptcy. Mr. Kazan, who's a very prominent lawyer here and a plaintiff's lawyer here, he has, I think, two judgments of thirty-million dollars. And he has objected to the confirmation, and he's trying to block confirmation until he gets full thirty-million dollars. There's no way he's going to compromise the cases --

THE COURT: Yeah, but --

MR. SCHIAVONI: -- he's moved forward to be an equal distribution.

THE COURT: No, I understand. I understand. Well, but yeah, at a certain level, that's why everyone's in mediation. That's why people are trying to settle things. That's why I've got experienced lawyers, who can navigate the system to arrive at a reasonable result. I understand. I understand. And again, if people object to plans in bad faith, guess what. Bankruptcy judges have provisions for that. But right now --

Okay. Any more comments?

MR. SCHIAVONI: Thank you for --

THE COURT: No, I get it.

MR. SCHIAVONI: Thank you for hearing me, Your Honor. I appreciate it.

THE COURT: Right. No, it's always my pleasure. Okay.

MR. PERCH: Just one brief comment, Your Honor. This is Frank Perch for Zurich.

THE COURT: Yeah.

MR. PERCH: Zurich is one of the carriers that is potentially implicated by the three selected cases, just as a point of context. I want to bring to Your Honor's attention that Judge Latham in the San Diego case entered an order yesterday denying a very similar motion to grant stay relief to a group of, actually, six cases, I think, a larger number of cases than the three cases here. And I would commend that order to Your Honor for consideration before ruling in this case. As I said, the order was entered just yesterday.

One of the things that Judge Latham talks about is whether granting relief from stay to allow a small subgroup of cherry-picked cases or not-cherry-picked cases -- I'll get to that in a second -- to go forward is inconsistent with good faith mediation. And in listening to the exchange between Your Honor and Mr. Glasnovich --

THE COURT: Mr. Perch, remind me, how old is the San Diego diocese case? It's not as old as mine, correct?

MR. PERCH: It is not as old as this case. It was filed in June of '24, Your Honor.

THE COURT: Right. So it's younger than mine, but go ahead.

MR. PERCH: That's correct.

THE COURT: Okay. What judge? Judge Latham.

MR. PERCH: Listening to the exchange between Mr. Glasnovich and Mr. Weinstein, to me, it's very interesting on a couple of levels. One in that I'm not hearing from Mr. Glasnovich that he wants to be involved in good faith mediation. In fact, quite the opposite. And --

THE COURT: Well, wait. Wait. Wait. Wait. Okay. Okay. Okay.

MR. PERCH: This is the concept --

THE COURT: Again, I have to -- Mr. Perch, I'll be honest with you. Those arguments don't resonate with me. They don't. Mr. Pascuzzi, how would you know -- I mean, there's no evidence that the committee and the diocese haven't been negotiating in good faith.

Mr. Pascuzzi hasn't raised it. He's not shy about these things, I wouldn't think. I have no one arguing that the committee isn't negotiating in good faith with the diocese and again, the affiliated entities. I have no -- I have no evidence of that. And if he's trying to put pressure to try and break the logjam, well, I mean, again, let's put this all in perspective now.

This relief from stay arises out of litigation, as Mr. Weinstein has reminded me.

Is it Weinstein or Weinstein? I don't want to keep mispronouncing his name.

 MR. WEINSTEIN: Thank you. I appreciate that. I distinguish myself from Harvey as Weinstein.

THE COURT: Weinstein. Thank you.

I mean, again, it -- well, so let's all remind ourselves where this lengthy argument stems from. Alameda County Superior Court judge says, I've got all these nondiocese nondebtor defendants before me. What's the scope of the automatic stay? Can I allow these matters to proceed at least as to them? In response, the -- and Mr. Pascuzzi can correct me -- litigation is filed before me for declaratory relief and where they seek injunctive relief saying, please stay all -- I mean, we've got this concern that litigation may proceed against these nondiocese defendants. Please, A, issue a declaratory relief at least on a preliminary injunctive level, saying yes, the stay applies to nondebtor defendants B. And B, if not, please issue traditional injunctive relief under 66 or 105. I think it's 66. Granting us injunctive relief staying the litigation. That's what it all stems from.

Mr. Weinstein.

MR. WEINSTEIN: And Your Honor --

THE COURT: Wait. Wait. Well, so again, just let me remind ourselves where this all comes from. The parties look at the law in the Ninth Circuit, and again, as opposed to the Second Circuit, where you've got Judge Glenn writing a lengthy decision in the Rockville Centre Diocese case. And there's

some concern on the diocese's part saying, well, we don't know how things are going to proceed in the Oakland -- before me. Let's reach a deal.

And they reach a preliminary deal. I guess, I won't -- at least a preliminary injunctive level, saying, rather than possibly have litigation proceed against all the nondiocese defendants and not the -- and not the diocese. That'd be a catastrophe from our perspective. From a lot of people's perspective. Completely undermine the bankruptcy process, if that's the result. Let's reach a deal, and a deal is reached, this stipulation, which is a compromise of sorts. And I approved the preliminary stipulation. If you want me to make a 9019 ruling, I will.

And the stipulation says that it's -- part of the stipulation is we need relief from the automatic stay to allow these few cases, up to six cases, to proceed. They've now said three cases. They've chosen the three cases. And again, the stipulation also allows the claimants to send out demands against the diocese, which the diocese could then, may or may not, tender to their insurance carriers for coverage, for a response. And the insurance companies can respond as they see fit. That's the deal.

Right, Mr. Glasnovich?

MR. GLASNOVICH: Yes, Your Honor.

THE COURT: Right. And that's the perspective. So

now they're asking me -- again, I just want to remind -- again, I just want to put some perspective here.

So the question is, should I grant -- should I grant relief -- should I approve this stipulation to grant relief from stay to allow these three actions to proceed and also to allow, I guess, all the claimants to make demands against the debtors, against the diocese, which they may forward on to the insurance companies.

Is that about it, Mr. -- and again, then they can go to trial. If there's insurance coverage, obtain the insurance coverage, which, assuming that the parties don't settle and these things go to trial, are many, many some moons down the road. Is that about right, Mr. Pascuzzi? Mr. Glasnovich? That's the deal?

MR. PASCUZZI: Yes, Your Honor.

THE COURT: Again, so I'm just -- again, so should I allow three cases to proceed and demands to be made? Okay. Is there cause for me to grant relief from the automatic stay? Again, and I understand there's a bigger picture here, as the insurance companies have explained. And I fully understand that.

Okay. So what I have is, again, the diocese and the sexual abuse creditors assert that allowing these three cases to proceed is a positive step towards reorganization with minimal downside. And I, for the most part, agree with the

committee's analysis in its reply memorandum. When faced with the possible outcome of this Court not granting injunctive relief, which would have caused significant havoc in the bankruptcy process, allowing three to proceed -- again, allowing three to proceed may push -- may. May. Mr. Schiavoni disagrees with this. Well, I understand. No guarantees here. Allowing three to proceed may push the parties towards a confirmable plan with little net cost to the bankruptcy estate, and I always assume people are acting in good faith.

Let's remember that there is a significant cost to the status -- to the status quo. Ongoing professional and attorney's fees incurred and sideshows such as mediator choices and endless mediation rounds that have shown little in the way of progress. And all the while, again, this Chapter 11 entity, which has to be fed and maintained, is quite expensive. Again, just the general monthly cost of maintaining the Chapter 11, for example, monthly operating report. Something as mundane as preparing monthly operating reports, the cost is staggering. The total cost every month is staggering.

If this will move this case to resolution, that benefits everyone, all parties involved, because the status quo is expensive. I'm not sure who it benefits, unless there's some progress towards a plan. And I understand all the machinations, real or imagined, that go on in mass tort cases. I understand that.

Okay. Let's discuss what the granting -- what granting stay relief may provide. It may put some -- it may incentivize the insurance companies to seriously examine the need to contribute to a plan of reorganization. It will allow the diocese and the committee to liquidate at least three cases and allow those cases to proceed against whatever insurance policies may be available. And they'll liquidate their claims against those entities and collect against whatever available insurance coverage exists.

This Court cannot adjudicate these personal injury claims. And depending on how quickly these claims proceed, the valuations provided by either settlement or jury, they assist in developing a plan or may not. I want to remind everyone that no one has questioned that, as a whole, the abuse claims are real and that delay does not favor the victims.

Again, let's also discuss what the stipulation does not do. It doesn't discriminate against any survivor defendants because they have agreed to this treatment. And the ones that are proceeding are not going to diminish the pot available to the other victims, if I accept Mr. Glasnovich's comments, and there's no reason for me not to, with regard to the insurance that's available for these three claims. It's not going to waste estate resources, given that only 3 are going forward, leaving more than 250 unresolved claims. It's not going to interfere with the bankruptcy process. Plan

formulation. Alter plan treatment or plan confirmation, I don't think, in any significant degree. As best I can tell, the remaining sexual abuse victims are going to be cheering from the sidelines with regard to these three cases.

So again, to the extent that the argument is that there is some discrimination, well, they're agreeing to it. And again, no one has convinced me that the estate is going to be diminished in any serious way or the funds available for plan are going to be distinguished -- are going to be diminished in any material way for those claimants that are not going to proceed. There's no race to the courthouse because the resources available to fund the plan are not really going to be affected with regard to those other -- the 260-odd claimants that aren't proceeding.

So that's cause under 362(d)(1). Again, what constitutes cause for granting relief from automatic stay is decided on a case-by-case basis. Again, that's the Tucson Estates case, 912 F.3d 1162, Ninth Circuit case from 1990, and also the In re: CastleRock Properties case. Among the factors appropriate to considering determining whether relief from the automatic stay should be granted to allow state court proceedings to continue are considerations of judicial economy and the expertise of the state court, as well as prejudice to the parties and whether exclusively bankruptcy issues are involved.

Again, will this stipulation help the parties move towards proposing a plan and possibly confirming a plan? I think the answer is yes because the status quo does not achieve those goals. Is it a perfect stipulation? The cleanest stipulation? No, but I think the end result will allow the parties to move perhaps a bit closer towards trying to figure out whether a plan can be proposed and what that plan will be.

I think the same is true if I apply the Curtis factors, which again, the BAP held are appropriate, nonexclusive factors to consider in deciding whether to grant relief from automatic stay to allow pending litigation to continue in another forum. And I want to remind everyone In re: Curtis is a case of, I think, the Tenth Circuit or the District of Utah. Is not precedential. Again, it doesn't control this Court. The BAP has said that there are nonexclusive factors that I may consider.

But even if you consider, again, those factors out of those twelve nonexclusive factors that may apply, again, whether the relief will result in a partial or complete resolution of the issues? Yes, at least, again, as to three claims.

Whether debtor's insurance carrier has assumed full financial responsibility for defending litigation. Well, again, it hasn't done that because I guess demands haven't made, but some progress will be made towards that. There are

third parties involved in these three cases, and again, their liability should be determined at some point.

The impact of the stay and the parties and the balance of hurt, I think we've gone over that. And I don't think there's any going to be any -- I think the impact on the stay and the parties, again, this is a stipulation reached by the diocese and the committee. The diocese believes it's in its best interest to do this. The balance of hurt again, all were -- again, the insurance company again have put up a significant opposition to this motion. But at a certain level, as Mr. Glasnovich discussed and Judge Klein has mentioned, what's being asked of the insurance companies is to, at some level, comply with whatever their contractual obligations may be. I have no idea what they are. So I don't think the balance of hurt dissuades me from granting relief.

So the stipulation's approved. I'm granting relief from stay to allow these three cases to proceed and demands to be made.

To the extent that I need to make a 9019 finding, I think the stipulation satisfies In re: A&C Properties' analysis for the most part for the reasons stated by Mr. Pascuzzi. And we'll see how things go. Again, I fully expect everyone is going to be dealing with this in good faith. And to the extent that negotiations have to be had, as Mr. Weinstein has mentioned, I suspect and hope that those negotiations and

discussions will go forward in good faith.

Any questions?

MR. PLEVIN: Your Honor, Mark Plevin. I have one technical question about the order that has been tendered.

The order asks the Court to waive the fourteen-day automatic stay of Rule 4001. I would suggest there's no reason to do that, and there's good reasons to not do that, which is basically that the stay is going to be lifted on these three cases immediately upon your signing the order. There's no defense counsel who's been working on these cases since the bankruptcy started. You heard the colloquy in which Mr. Weinstein was involved about who's going to defend the cases and then how he welcomed conversations. And so I would --

THE COURT: Well, I mean, Mr. Pascuzzi, remind me. There have been answers filed, correct?

MR. PASCUZZI: In the state court?

THE COURT: Yes.

MR. PASCUZZI: I do not know the answer, Your Honor.

THE COURT: Mr. Glasnovich, do you know?

MR. PASCUZZI: I don't know if answers have been filed in every single case. I would assume --

THE COURT: I'm just talking about the three cases that are going forward.

MR. GLASNOVICH: I don't know the answer.

THE COURT: Anybody know? Going once. Going twice.

MR. PLEVIN: Your Honor, so I would just suggest that that fourteen-day period is important for us to figure out who's going to stand up the defense and to get that done. And indeed, I think Your Honor could do something similar to what Judge Montali did in the Archdiocese of San Francisco case when he allowed two cases to go forward. He did it for a different reason. He delayed the lifting of the stay. I think it was for two months to allow --

THE COURT: Right.

MR. PLEVIN: -- for mediation. Here, I don't know if you need to do it quite that far. Maybe thirty days, just to allow the defendant insurers and the debtor to talk about who's going to appoint defense counsel, who that defense counsel is going to be, and for defense counsel to actually be retained and get their arms around the cases. Otherwise, there could be real prejudice to the defense.

MR. GLASNOVICH: Your Honor, I think that this request kind of misses the procedural posture here. These are all in a -- the state court judge can hear this argument. Right. If --

THE COURT: Well, okay.

MR. SCHIAVONI: Who would argue?

THE COURT: Well, Mr. Glasnovich, I find it interesting that, again, that no one knows whether the complaints have been -- dwell, Mr. Pascuzzi among the Legion of

counsel that the diocese has, for some reason I believe in someone's employment application, they said that -- again, I forget who the general counsel was. I forget their name. But didn't someone respond to these complaints when filed?

MR. PASCUZZI: Your Honor, our litigation counsel is not on --

THE COURT: I know.

MR. PASCUZZI: -- this hearing right now. So my recollection is because of the joint coordinated proceeding and how things were administered there, there may not have been answers filed. And the timing of our bankruptcy was early in that process. So I just don't know whether answers were filed since Santa Rosa was one of the first to file the Chapter 11 --

THE COURT: Right.

MR. PASCUZZI: -- and be taken out of that process.

THE COURT: Well, don't you want to know that?

MR. PASCUZZI: I'm not concerned that a default is going to be taken while we secure --

THE COURT: Well, yeah, but again -- yeah, but we're being pretty --

MR. PLEVIN: Cavalier.

THE COURT: Yeah, I believe that's the word.

MR. PASCUZZI: Your Honor, all of these are stayed in the joint coordinated proceeding right now until this Court rules. So when --

MR. GLASNOVICH: Right.

THE COURT: -- this Court issues its order, it will be brought back to the coordinated proceeding and dealt with by the judge there.

MR. GLASNOVICH: Exactly right.

MR. SCHIAVONI: Your Honor, we need a little time to just have defense in -- identify defense counsel. Reach agreement on them. Have them pull the file. Look at it. So it's like, them showing up in court next week and asking for a schedule when we don't even have somebody to argue.

THE COURT: No, I understand. Okay.

Look, is there any reason why I shouldn't make this effective in thirty days, just so that people can figure out what the actual status of these three cases are in terms of what pleadings have been filed? Mr. Glasnovich. Mr. Pascuzzi. What's the damage there?

MR. GLASNOVICH: Because that's going to -- the stay is applicable in the joint coordinated proceeding. Right. So --

THE COURT: Right.

MR. GLASNOVICH: -- if this goes thirty days, then then we have another joint coordinated proceeding where we don't have an answer. And then the joint coordinated proceeding has to --

THE COURT: No, I understand.

MR. GLASNOVICH: -- (indiscernible) decided in the state court.

THE COURT: But don't you want to know what the status of these litigations are?

MR. GLASNOVICH: The status is --

THE COURT: Well, again, let me do this.

MR. PLEVIN: He's the plaintiff. He doesn't care about the defense.

THE COURT: Let me do this. The relief is going to be effective upon my order. Written order. Now, any reason why I can't request that either the committee or the diocese just filed declarations saying, here is the -- what's the phrase now? Have the pleadings been joined? I mean, is there -- a complaint was filed -- how about this? Tell me when the complaints were filed and whether an answer was filed. And if no answer was filed, if I grant relief from stay, how much time is the diocese going to have to file an answer?

MR. GLASNOVICH: Your Honor, I think under 108, the answer would necessarily be an extra thirty days, right because --

THE COURT: Again, possibly, but --

MR. PLEVIN: I don't think a state court judge is going to know what Bankruptcy Code Section 108 says.

THE COURT: I know, but that's why -- again, when I sign the order, I just want to make sure that, when I say

ready, set, go, everyone knows what the status is. I don't think I'm asking for too much.

MR. PASCUZZI: We can do that, Your Honor. Absolutely.

MR. GLASNOVICH: Absolutely, Your Honor. I totally agree.

THE COURT: So again, the stay is lifted upon my written order. And all I want to know -- and I'll sign that order as soon as I get a declaration from either Mr. Pascuzzi or the committee saying, as to these three actions, here's the complaint was filed on X date. Is there an answer? Is there not an answer? What's the deadline for filing an answer?

MR. PLEVIN: And Your Honor, you heard the discussion about how Mr. Weinstein's willing to talk with us about --

THE COURT: Um-hum.

MR. PLEVIN: -- who's going to control defense counsel. We haven't had that discussion yet.

THE COURT: I know. I understand.

MR. PLEVIN: And I think it's appropriate to give us some reasonable amount of time to do that.

THE COURT: No, again, just give me that information, and I'll figure out when this order goes in effect.

MR. PLEVIN: Okay.

THE COURT: It's not going to be -- won't be long, but I want to make sure everyone isn't pulling their hair out.

MR. WEINSTEIN: And for the record, Your Honor, I think Mr. Plevin raises a good point because we have not had the discussion on how to handle the defense.

THE COURT: Right. Okay. So just give me that basic information, then I'll issue an order. Okay.

MR. WEINSTEIN: Thank you, Your Honor.

MR. SCHIAVONI: I actually thought he was going to say that Mr. Pleban and I had already pulled our hair out but --

MR. PLEVIN: Yeah, I was going to -- I was going to say, I don't like that phrase, Your Honor.

THE COURT: Well, blame your dad. Your grandparents. Forget how the genes run. Just blame it on global warming, how's that, the receding hairline manipulation?

MR. PLEVIN: Okay.

THE COURT: Okay. I want to thank everyone.

(Whereupon these proceedings were concluded at 2:45 PM)

I N D E X

| RULINGS: | PAGE | LINE |
|---|---|---|
| Debtor's sale motion will be continued to September 12th at 11 o'clock | 8 | 8 |
| Debtor's and committee's joint motion to approve Mr. Kramer as mediator is granted | 22 | 22 |
| Debtor's stipulation motion is approved and relief from stay is granted as to three cases and will go into effect upon order being entered, as noted on the record | 81 | 17 |

C E R T I F I C A T I O N

I, River Wolfe, certify that the foregoing transcript is a true and accurate record of the proceedings.

/s/ RIVER WOLFE, CDLT-265

eScribers
7227 N. 16th Street, Suite #207
Phoenix, AZ 85020

Date: August 26, 2025

## A

A&C (2)
65:6;81:20
ability (3)
46:19;52:9;65:2
able (4)
11:14;46:21;56:13;59:1
above (1)
43:1
abrogating (1)
56:20
absent (2)
16:15;22:19
absolute (2)
27:23;28:6
Absolutely (2)
87:4,5
absurd (1)
43:10
abuse (7)
30:2,16;31:19;32:14;76:23;78:14;79:3
abused (1)
30:24
academic (1)
34:13
accept (2)
69:4;78:20
access (1)
11:15
according (1)
31:9
achieve (1)
80:3
across (1)
63:6
act (7)
8:13,20,21;9:6;13:2;14:19;21:20
acting (1)
77:9
action (4)
27:14;43:6;49:19;63:9
actions (22)
24:22;25:2,13,15,24,25;26:7,11,16,19;27:1,17;28:13;32:17,18,22;33:20;43:13;51:4;52:10;76:5;87:10
actual (2)
52:14;85:14
actually (10)
6:11;18:19;30:10;31:14;54:11;58:9;61:20;72:9;83:14;88:7
add (5)
9:14,15,16;10:3;54:20
added (1)
51:17
addition (1)
31:18
address (2)
42:5;66:1
adjacent (1)
43:13
adjudicate (1)
78:10
administered (1)
84:10
admissible (1)
58:17
advance (2)
19:17;51:3
advantage (3)
24:16;44:8,9
adversary (2)
45:18;65:10
affect (1)
38:12
affected (1)
79:13
affiliated (8)
12:6;14:8,20;17:11;20:2;27:8;67:19;73:18
affiliates (5)
13:2;43:23;44:7,21;45:21
afraid (1)
58:20
afternoon (14)
6:1,2,13,15,18,20,23,24;7:2,5,8,12,15,20
Again (140)
7:16;8:12;9:6,10,14;12:13;13:13;14:2,2,5;16:2;17:3,8,23;18:24;19:6,7,19;20:1,4,6,11,11,16;21:8,8,9,11;22:10,24;23:8,10;24:2,3,14,23;25:3,6,7,14,17,23;26:1,4,8,10,15,18;27:14;28:2,8,9,12;29:10;34:19,23;35:11,14,24;36:20,21,24;37:16,16;38:20,21;39:8,15;40:10,11,13,24,25;41:1;45:3,10;47:2,3,5;53:1,13;55:4,7,8;61:9;62:5,5,6,7,23;64:7,12;66:18;67:3;69:20,24;71:16;73:10,18,20;74:4,21,23;75:17;76:1,1,9,16,16,19,22;77:4,14,15;78:16;79:5,7,15,17;80:1,9,14,17,18,20,24;81:1,6,8,9,9,22;83:24;84:2,19;86:6,21,24;87:7,21
against (27)
20:20;27:11;37:16,17,21,23;43:22;44:7;46:19;48:15;51:23;54:10;57:21;62:25;64:9,18,18;65:8;74:13;75:6,19;76:6,7;78:6,8,8,17
aggregate (2)
26:13;36:12
ago (1)
54:15
agree (15)
18:12;25:10;41:20;44:7,14;48:15;49:1,4;51:14;57:5,20;58:9;70:7;76:25;87:6
agreed (6)
11:19;17:9,12;39:2,13;78:18
agreeing (1)
79:6
agreement (3)
19:23;43:12;85:8
ahead (6)
6:14;40:23;45:12,14;50:25;72:24
Alameda (5)
24:22;32:7;69:10,12;74:5
alignment (1)
42:12
allegation (1)
30:24
alleged (3)
30:16;36:15;67:13
alleges (1)
28:20
allow (21)
11:15;24:21;25:1;37:17;67:6;69:5,8;72:14;74:8;75:15;76:5,6,17;78:4,6;79:21;80:5,11;81:17;83:8,12
allowed (2)
62:14;83:6
allowing (6)
33:20;58:22;76:23;77:4,5,7
allows (3)
37:16;43:5;75:18
Alter (1)
79:1
altering (1)
40:18
always (2)
71:24;77:9
Among (2)
79:19;83:25
amount (6)
19:9;36:21;38:7,12;69:4;87:20
analysis (4)
36:8;65:18;77:1;81:20
anonymously (1)
28:4
anymore (1)
55:19
apologize (2)
25:15;28:16
appeal (2)
60:19;70:4
appealed (1)
69:19
appearance (2)
6:4,4
Appearances (2)
5:6;6:3
appellate (1)
31:11
applicable (5)
26:12,13;43:25;50:3;85:18
application (7)
8:13;9:15;16:14;23:16;42:17;61:21;84:2
applies (3)
27:10;44:21;74:15
apply (7)
27:5;29:1;34:24;44:4;67:22;80:8,18
appoint (3)
8:13;47:25;83:13
appointed (5)
8:16,21;9:21;22:22,25
appointing (2)
42:13;43:14
appointment (6)
8:11,13;9:9;21:4,19;68:13
appointments (1)
9:10
appreciate (10)
19:16;22:11;24:14;25:6;27:13;35:23;41:1;55:3;71:23;74:1
appropriate (3)
79:20;80:9;87:19
approval (1)
48:22
approve (4)
24:20;65:18;67:16;76:4
approved (5)
19:1;24:24;38:4;75:12;81:16
Archdiocese (1)
83:5
argue (3)
67:20;83:22;85:10
arguing (2)
44:22;73:16
argument (10)
20:20;32:15;35:16;37:10;39:5;58:20;69:5;74:5;79:5;83:19
arguments (2)
35:8;73:11
arise (1)
8:17
arises (1)
73:22
arms (1)
83:15
around (3)
28:16;65:4;83:15
arrive (2)
45:20;71:15
aspects (3)
44:12;65:21,22
assert (2)
29:15;76:23
asserted (1)
29:11
asserting (1)
21:22
assertion (1)
29:16
asset (2)
37:14;67:22
assets (12)
36:12;41:7,9,16,20,24;48:11,15,16;51:6;54:17;62:13
assign (1)
48:13
assist (4)
22:8,21;23:5;78:12
associated (3)
9:12;21:23,24
assume (6)
16:15;22:2;52:23;66:15;77:9;82:21
assumed (1)
80:22
assuming (1)
76:11
assumption (1)
47:20
Assurance (1)
7:9
attending (1)
16:13
attention (3)
68:17,22;72:6
attested (1)
29:19
attitude (1)
22:9
attorney (1)
53:18
attorney's (1)

77:12
**Atty (1)** 61:8
**AUGUST (1)** 5:1
**authorize (1)** 37:15
**authorized (1)** 9:1
**automatic (19)** 24:25;33:12;39:11;49:22;50:15;54:8;56:17;57:8;61:17;64:3;67:6;68:8;74:8;75:15;76:18;79:16,21;80:11;82:6
**availability (1)** 9:25
**available (12)** 9:22;28:11;36:25;38:14,23,24;78:7,8,20,22;79:8,12
**aware (1)** 33:14
**away (1)** 46:17

**B**

**back (12)** 38:3;39:25;41:25;42:2,17;59:1,8;60:17;64:4;67:9;69:10;85:3
**bad (4)** 34:2;48:14;57:2;71:16
**Bair (1)** 61:11
**balance (3)** 81:3,8,15
**ballot (1)** 70:23
**ballots (1)** 70:22
**bankruptcy (18)** 9:11;15:17;21:22;41:18;53:18;58:14;62:13;67:11;71:2,17;75:9;77:4,8;78:25;79:24;82:11;84:11;86:23
**BAP (2)** 80:9,15
**bar (3)** 9:13;21:23,25
**bare (1)** 52:14
**Barry (1)** 50:25
**based (2)** 25:7;29:15
**bases (1)** 65:13
**basic (2)** 67:10;88:4
**basically (1)** 82:8
**basis (5)** 14:14;32:25;52:13;59:3;79:17
**battle (1)** 18:17
**begin (3)** 21:17;58:1;62:3
**begins (1)** 62:2
**behalf (8)** 6:7,10,16,19;7:9,13;32:14;33:4
**behind (1)** 68:18
**belief (1)** 63:15
**believes (3)** 22:7;48:20;81:7
**bells (1)** 51:17
**bellwether (1)** 44:12
**belong (1)** 51:6
**benefit (4)** 18:21;19:11,12;59:12
**benefits (2)** 77:21,22
**Berkeley (3)** 34:16,20,21
**best (3)** 24:11;79:2;81:8
**better (4)** 17:2;44:9;53:17;59:1
**Bettinelli (1)** 12:4
**bigger (1)** 76:19
**bill (2)** 42:14,15
**Bishop (2)** 5:5,10
**bit (7)** 37:7;42:25;43:9;53:21;55:5;65:4;80:6
**Black (1)** 7:13
**Blair (3)** 61:9,9,10
**blame (2)** 88:11,12
**blessing (1)** 52:1
**blinders (1)** 14:24
**block (2)** 70:25;71:6
**blocked (1)** 54:7
**blocks (2)** 70:18,24
**blue (1)** 52:11
**bona (1)** 9:18
**Bond (1)** 6:6
**bones (1)** 52:14
**both (4)** 8:17;20:6;29:5;44:7
**bottom (1)** 60:10
**Bp (1)** 5:14
**breach (2)** 41:20;54:18
**break (4)** 22:15,16,17;73:20
**brief (4)** 25:8;33:17;65:5;72:1
**briefing (2)** 17:22;60:18
**briefly (3)** 49:7,9;66:5
**briefs (1)** 25:5
**bring (10)** 23:16,16;31:14;50:18,18;52:10;55:19;56:7,11;72:6
**bringing (1)** 49:4
**brought (3)** 23:21;61:15;85:3
**bullets (1)** 24:13
**Burns (3)** 61:10,10,11
**busy (1)** 9:24
**butting (1)** 11:6
**buyer (1)** 7:24
**byproduct (1)** 63:13

**C**

**calendar (1)** 5:12
**CALIFORNIA (9)** 5:1;7:18;31:9,12;48:18;50:3;53:16;65:25;66:1
**Call (8)** 5:3;8:14;9:7;14:13;17:10;47:13;69:15;70:19
**Calling (1)** 5:4
**calls (2)** 31:7;47:13
**calm (1)** 24:10
**came (2)** 43:21;44:23
**can (55)** 8:1;10:22;12:24,25;14:19;17:6;18:19;19:22;22:7,16,16,21;24:11;34:10;37:24;38:1;39:15;41:17;42:15,18;43:7;45:9;46:22;48:12;50:2,18,18;51:13;52:24,25;53:17;55:23,25;56:11,15;57:16,20,23;58:2,15;66:16,24;67:7,8;70:25;71:14;74:8,9;75:21;76:9;79:2;80:7;83:19;85:13;87:3
**candor (2)** 22:11;41:1
**capital (1)** 22:3
**cards (1)** 44:12
**care (2)** 58:23;86:7
**careful (1)** 21:13
**carrier (5)** 31:1;43:24;48:3,12;80:22
**carriers (4)** 47:14;59:11;72:4;75:20
**carrier's (1)** 44:8
**case (42)** 9:2,8;10:3,15;14:3;15:14;18:1;31:3;32:4,5,6,7;33:23;35:18;36:14;37:13;39:4,23;41:4;44:15;46:7;48:11,12;56:10;57:16;59:2;61:23;63:6;66:24;70:25;72:7,12,20,21;74:25;77:20;79:18,18,19;80:13;82:21;83:5
**case-by-case (1)** 79:17
**cases (93)** 9:19,23;11:11;24:7,11;30:10,11,16,24;31:11,21,25;33:24;34:1,2,2,5,7,10,14;35:15,16;37:22;39:14,14;40:19;41:15,25,25;42:2,15,19;43:22;44:4,6,7,10,13,14,20,24,25;45:18;46:1,3,4,18,22;47:12,21;50:17;51:20,21;59:6;60:14,23;65:20;68:17,18,22,23;69:3,5,13,14,17,22;71:7;72:5,9,10,10,15,15;75:16,16,17,17;76:17,23;77:24;78:5,6;79:4;81:1,17;82:9,10,12,22;83:6,15;85:14
**case's (1)** 34:4
**CastleRock (1)** 79:19
**Casualty (1)** 7:10
**catastrophe (1)** 75:8
**catchall (1)** 43:8
**cathedrals (1)** 41:19
**Catholic (3)** 5:5,10;6:21
**cause (6)** 65:14,18,19;76:18;79:15,16
**caused (1)** 77:3
**Cavalier (1)** 84:21
**Centre (2)** 61:18;74:25
**Century (3)** 7:6;26:21,22
**certain (3)** 47:8;71:12;81:10
**certainly (2)** 51:8;59:6
**certainty (2)** 27:23,23
**cetera (3)** 17:22;20:22,22
**change (4)** 17:13;21:8,12;36:8
**changed (1)** 10:11
**chaos (2)** 68:5,8
**Chapter (9)** 45:9,9,16;68:12,25;69:6;77:14,16;84:13
**charged (1)** 10:24
**cheering (2)** 38:25;79:3
**cherry (2)** 26:8;35:16

cherry-picked (1) 72:15
chief (1) 59:13
chin (1) 61:21
choice (4) 11:7,7;23:9,10
choices (1) 77:12
choose (1) 53:16
chooses (1) 33:10
chosen (1) 75:17
Christopher (1) 6:22
Circuit (4) 74:23,24;79:18; 80:13
circumscribing (1) 37:6
circumstances (2) 9:2;65:19
claim (16) 10:23;12:10;29:14, 17,21;30:6;32:6;33:6; 34:23;38:11;43:25; 50:16;52:13;54:6; 56:7;69:25
claimant (3) 29:18;30:1,24
claimants (15) 11:14;14:8;32:14; 33:2;41:6;52:14,25; 54:9;57:19;70:14,18; 75:18;76:6;79:10,14
claims (24) 12:15;33:13,15,22, 23;35:3;36:10;39:23; 52:5,8,9;54:12,15; 60:22;69:4;70:10,20; 78:7,11,11,14,22,24; 80:21
clam (1) 57:14
class (1) 70:13
clauses (1) 51:22
clean (2) 41:9;42:1
cleanest (1) 80:4
clear (5) 41:6,14;50:2;51:14; 67:17
CLERK (1) 5:4
client (4) 14:12;15:14;27:16; 31:2
clients (3) 30:15;31:23;32:16
closer (1) 80:6
CNA (4) 7:11;30:17,18,19
cocounsel (1) 6:10
Code (2) 41:5;86:23
codefendants (1) 28:1
coinsureds (1) 43:23
colleague (3) 5:10;6:22,25
collect (3) 57:21;61:25;78:8
collectible (1) 46:18
collecting (1) 51:23
colloquy (1) 82:11
colored (1) 60:9
coming (2) 45:25;66:16
commend (1) 72:10
comment (7) 23:15;43:17;48:10; 49:10;50:8;55:3;72:1
comments (5) 36:3;45:7;66:19; 71:19;78:21
committee (54) 5:16,18;8:6,16,23; 9:3,5;10:2,6,10;11:8; 12:6;13:4;14:11,20; 17:18;18:20,25; 19:20,22;20:1,5;22:1, 8,16,20;25:8;26:18; 32:15;34:3,8,19; 38:18;41:6,10;44:13, 14,25;45:22,23,24; 57:11;58:23,24;59:5, 8;61:12;69:7;73:13, 17;78:5;81:7;86:11; 87:10
committees (1) 10:22
committee's (7) 33:17;34:18,19; 56:7;61:3,6;77:1
committer (1) 12:3
communications (1) 54:21
companies (40) 9:8;12:2,14;13:10, 10;14:3,10,12,13; 19:2,24;20:12,12; 21:21;22:1,24;25:2, 10;26:8,17;30:20; 37:22;40:2,14;47:7; 53:2;54:2;55:8,15; 57:9;58:8,12,13; 62:25;63:9;75:21; 76:8,20;78:3;81:12
Company (10) 7:3,9,10;38:2,6; 42:24;50:16;56:25; 59:1;81:9
company's (3) 22:5,11;40:18
comparing (1) 34:13
compel (3) 18:24,25;54:18
compensate (1) 37:1
complaining (1) 15:8
complaint (2) 86:14;87:11
complaints (3) 83:25;84:4;86:15
complete (1) 80:19
completely (3) 8:18;63:24;75:9
complex (1) 19:4
comply (1) 81:13
component (2) 19:20,25
compromise (6) 44:6,6,24;46:9; 71:7;75:11
conceivably (1) 28:13
conceived (1) 37:7
concept (1) 73:9
concern (5) 20:9;33:24;56:22; 74:12;75:1
concerned (3) 44:2,11;84:17
concluded (1) 88:16
conclusion (1) 51:16
condition (1) 66:25
conditioned (1) 46:16
conditions (1) 57:22
conduct (1) 59:7
conducting (2) 16:14,15
conference (2) 66:15,16
confirmable (1) 77:8
confirmation (5) 19:4;20:14;71:5,6; 79:1
confirmed (1) 11:22
confirming (1) 80:2
conflicts (1) 48:3
consensual (3) 14:14;21:10,10
consensus (1) 22:19
consenting (1) 12:2
consider (3) 80:10,16,17
consideration (2) 67:24;72:11
considerations (1) 79:22
considering (1) 79:20
consistent (1) 34:7
constitute (1) 62:3
constitutes (1) 79:16
constrained (1) 15:11
constructive (5) 15:5,13;17:19; 20:24;21:4
consultation (1) 25:20
contain (1) 52:14
contend (1) 34:10
contention (1) 28:25
contested (1) 20:14
context (1) 72:6
Continental (1) 7:10
contingent (1) 24:24
continue (4) 8:4;22:3;79:22; 80:12
continued (3) 7:17,22;8:8
contract (1) 57:22
contracts (7) 10:20,21;41:9,21; 54:18;62:12,15
contractual (5) 40:8,14;51:9,12; 81:13
contractually (1) 50:3
contribute (5) 12:7;14:9,13;19:23; 78:4
contributing (1) 11:23
contribution (1) 17:11
control (4) 66:24;70:20;80:15; 87:16
controls (1) 68:3
conversation (1) 47:14
conversations (4) 34:13,21;48:5; 82:13
convicted (1) 35:18
convinced (1) 79:7
cooperate (4) 48:15,17;57:12,14
cooperating (1) 57:8
coordinated (6) 84:9,24;85:3,18,22, 23
cost (7) 10:5;36:9;77:8,10, 16,18,19
costs (3) 26:3,12;54:1
Council (1) 22:18
counsel (28) 5:7,19,24;19:8,8,8; 24:4;25:20;32:21; 43:15,18,24;48:1; 49:2,2;51:6;61:3,6; 67:20;82:10;83:13, 13,14;84:1,3,5;85:7; 87:17
counsels' (1) 36:4
country (1) 63:7
County (5) 24:22;32:7;69:10, 12;74:6
couple (3) 25:4,9;73:4
course (4) 36:22;39:5;45:19; 49:21
Court (301) 5:3,6,13,16,20,23;

6:2,8,12,14,23;7:4,15, 25;8:3,7,11,25;9:5; 10:12;11:1,3,6,12,18, 20,22;12:1,19,24; 13:8,13,18,20,23; 14:2,18,23;15:2,15, 20,24;16:1,4,6,10,18, 22,25;17:23;18:4,7,9, 12,16,19,24;19:11,16, 19;20:23;21:1,3,7,15; 23:14,18,20,23,25; 24:2,20,21,24;25:2, 13,23,24,25;26:6,7, 11,16,18,22,25;27:3, 13,14,17,17,20,24; 28:2,8,16,18,23;29:2, 5,8,20,25;30:3,5,8,12, 14,17,19;31:5,9,20, 24;32:1,3,9,15,17,18, 23;33:3,14,20;34:6, 12,19;35:11,23;36:1, 20;37:15,21;38:5,13, 15,19;39:2,10,20; 40:4,7,10,17,23,25; 41:10,12;42:21;43:2, 19;44:17;45:3,6,14; 46:10,25;47:2,15,19, 24;48:5,8,12,19,20, 22,23,25;49:6,8,12, 17;50:1,11;51:10; 52:6,16,20,23;53:13; 54:5;55:1,3,7,12,20; 56:22;57:2,25;58:3,5, 7,11,18;59:16,18,21, 23,25;60:4,7,12,24; 61:5,6,9,12;62:5,20, 22;63:5,11;64:7,10, 14,21;65:3,15,24; 66:4,10,13,14,18; 67:3,10,11,14,21; 68:4,7,12,20,25; 69:10,13,17;70:7,11, 17,19;71:1,8,11,21, 24;72:3,19,23;73:1,7, 10;74:3,6,21;75:25; 76:16;77:2;78:10; 79:21,23;80:15;82:5, 14,16,17,19,22,25; 83:9,19,21,23;84:7, 14,16,19,22,24;85:2, 2,9,11,20,25;86:2,3,6, 9,21,22,24;87:7,15, 18,21,24;88:4,11,15
**courthouse (1)** 79:11
**courtroom (3)** 6:11;7:1,4
**courts (2)** 44:3;67:25
**Court's (2)** 19:12;24:15
**covenant (1)** 48:14
**cover (2)** 26:16;65:13
**coverage (16)** 25:13;26:1,25; 28:13;32:21;45:19, 20,22;46:11,13;51:4; 56:11;75:20;76:10, 11;78:9
**covered (1)** 37:24
**covering (1)** 26:10
**crammed (1)** 62:18
**crazy (2)** 55:17,21
**create (1)** 37:16
**created (1)** 12:9
**creates (2)** 53:5,15
**creditor (1)** 57:20
**creditors (3)** 19:8;62:12;76:23
**crime (1)** 35:18
**critically (3)** 62:11;63:5,16
**cross (1)** 20:4
**current (1)** 33:21
**Curtis (2)** 80:8,13
**cv-001404 (1)** 32:8

## D

**dad (1)** 88:11
**damage (1)** 85:16
**danger (1)** 62:15
**Daniel (1)** 6:20
**DANIELS (2)** 6:24,25
**darn (1)** 15:20
**date (2)** 66:9;87:11
**day (1)** 68:14
**days (5)** 52:12;83:11;85:13, 21;86:19
**Dcn (1)** 5:14
**dead (1)** 66:8
**deadline (1)** 87:12
**deal (13)** 7:16;13:8;21:25; 44:5;60:25;65:3; 66:16;75:3,4,10,10, 22;76:14
**dealing (2)** 60:16;81:23
**dealt (1)** 85:3
**debt (1)** 57:21
**debtor (35)** 5:10,24;8:23;9:3; 10:6,10;11:16,19; 15:9;16:11;17:17; 18:21;31:3;36:9;37:8; 38:3;41:17;42:8,9,13, 13;43:5,18;44:8;49:3; 51:23;52:7;54:2;57:8; 62:14;64:18,19,19; 67:20;83:12
**debtors (7)** 10:22;41:19;44:5; 45:11;54:16,18;76:7
**debtor's (5)** 5:7;19:7,13;63:17; 80:22
**December (1)** 22:10
**decide (2)** 44:3,20
**decided (3)** 9:3;79:17;86:1
**decides (1)** 51:19
**deciding (1)** 80:10
**decision (8)** 36:18;44:6;60:9; 61:16;62:6;65:16; 69:15;74:25
**declaration (1)** 87:9
**declarations (1)** 86:12
**declaratory (2)** 74:10,14
**deductibles (2)** 25:16;29:14
**deeply (1)** 10:19
**default (1)** 84:17
**defend (13)** 31:3,15,16;36:8,15; 42:15,19;46:22;47:9, 22;48:10;57:4;82:12
**defendant (4)** 28:12,13;37:24; 83:12
**defendants (13)** 27:14,15,21;29:5; 36:23;37:4;38:17; 44:1;74:7,13,15;75:7; 78:18
**defending (3)** 31:14,19;80:23
**defense (25)** 26:3,11;31:18; 36:10;42:9,14,19; 43:1,15;46:20,22; 48:16;51:6;57:8; 82:10;83:3,13,13,14, 16;85:7,7;86:8;87:16; 88:3
**defenses (6)** 55:22;56:1,12,12, 17,20
**defer (1)** 32:21
**definitely (1)** 46:6
**degree (2)** 51:2;79:2
**delay (2)** 10:5;78:15
**delayed (1)** 83:7
**deliver (1)** 70:22
**demand (21)** 32:14;33:1;37:21, 24;38:1;49:19,21; 52:25;53:1,22;55:7; 58:16,21,25;59:3,19; 61:17,22;62:10; 64:17,25
**demanded (1)** 53:12
**demanding (1)** 53:11
**demands (24)** 33:9,13;51:23,24; 52:5;53:9;55:15,17, 21;58:13,22;59:2,7, 17;60:21;62:3;63:14; 64:19;65:1;75:18; 76:6,17;80:24;81:17
**denied (1)** 34:3
**denying (1)** 72:8
**depending (1)** 78:11
**depositions (3)** 54:6;58:15;64:2
**despite (2)** 10:11;22:5
**detail (1)** 16:9
**details (2)** 11:3;32:20
**determination (2)** 61:19,19
**determine (1)** 35:14
**determined (1)** 81:2
**determines (1)** 10:21
**determining (1)** 79:20
**detrimental (1)** 63:19
**developing (1)** 78:13
**Dickinson (1)** 6:7
**Diego (2)** 72:7,20
**differ (1)** 61:4
**different (2)** 36:6;83:6
**diminish (1)** 78:19
**diminished (2)** 79:8,10
**diocese (52)** 8:15;9:5;11:7,23, 23;12:3,6;13:2;14:8; 16:11;18:1,25;19:22; 20:1,5;22:1,2,5,7,15, 20;25:20;27:10,11, 16;28:12,14,21; 34:16;37:11;44:23; 45:21,25;48:3;59:14; 61:18;65:8;72:20; 73:13,17;74:25;75:7, 19,19;76:7,22;78:5; 81:7,7;84:1;86:11,17
**diocese-committee (1)** 9:7
**dioceses (9)** 14:11,19,21;17:11; 19:9;22:13;24:6,7; 46:17
**diocese's (1)** 75:1
**direction (1)** 44:2
**disagree (1)** 57:4
**disagrees (1)** 77:6
**discount (1)** 36:1
**discovery (12)** 17:21;30:11;52:9; 54:6;59:7;60:20,22; 64:2,5;70:1,2,3
**discriminate (1)** 78:17
**discrimination (1)** 79:6
**discuss (3)**

16:22;78:1,16
**discussed (3)** 26:15;30:5;81:11
**discussing (1)** 30:6
**discussion (4)** 12:13;87:13,17; 88:3
**discussions (1)** 82:1
**disfavor (1)** 22:1
**disingenuous (3)** 54:24;57:6,13
**dismiss (1)** 68:25
**dispute (6)** 12:5;14:7;25:12,12; 26:17;31:12
**dissatisfied (2)** 20:13;23:3
**dissuade (1)** 22:4
**dissuades (1)** 81:15
**distinguish (1)** 74:2
**distinguished (1)** 79:9
**distributed (1)** 41:16
**distribution (2)** 70:10;71:10
**District (2)** 59:13;80:14
**Dobbs (1)** 6:16
**docket (1)** 33:17
**doctor (1)** 68:15
**doctors (1)** 68:14
**doctor's (1)** 68:13
**doctrine (1)** 31:7
**document (1)** 66:12
**documents (1)** 64:2
**Doe (2)** 28:5;32:6
**dollar (1)** 37:12
**dollars (4)** 45:24;52:11;71:5,7
**done (7)** 18:23;33:25;41:23; 45:5,17;80:24;83:3
**doubt (1)** 45:8
**down (7)** 31:7,8,13;32:6; 62:18;63:18;76:12
**downside (1)** 76:25
**drafting (1)** 61:25
**drag (1)** 20:21
**draw (2)** 60:18,19
**Drew (1)** 5:17
**drop (5)** 31:7,8,13;32:6;66:8
**dual-track (1)** 21:11
**due (2)** 22:20;57:9
**during (1)** 30:16
**duties (1)** 22:3
**duty (6)** 31:15,15;36:8,14; 43:1;57:11
**duty-to-defend (1)** 26:2
**dwell (1)** 83:25

**E**

**earlier (3)** 43:7;49:10;63:8
**early (2)** 34:21;84:11
**easier (2)** 35:18;36:18
**economic (3)** 42:11;46:17;52:7
**economically (1)** 70:9
**economy (1)** 79:22
**effect (3)** 30:16;68:14;87:22
**effective (2)** 85:13;86:10
**effectively (1)** 46:16
**effectuate (1)** 43:6
**effort (1)** 43:22
**efforts (1)** 46:7
**either (5)** 16:11;49:17;78:12; 86:11;87:9
**ELOWSKY (2)** 7:2,3
**else (4)** 6:4,8;17:2;49:25
**emphasize (1)** 10:18
**employed (1)** 34:20
**employment (1)** 84:2
**empty (1)** 53:10
**end (3)** 39:25;68:2;80:5
**ended (1)** 51:24
**endless (1)** 77:13
**enforce (1)** 57:22
**enormous (3)** 45:1,6,11
**enough (4)** 15:9,10;17:21; 22:13
**ensuring (1)** 33:10
**entails (1)** 55:9
**enter (1)** 48:13
**entered (3)** 37:3;72:7,12
**enters (1)** 11:16
**entertain (1)** 23:19
**entire (1)** 69:5
**entities (6)** 12:6;19:22;28:6; 67:19;73:18;78:8
**entitled (3)** 41:6;60:20;62:13
**entity (4)** 27:9,9;28:5;77:14
**equal (2)** 70:10;71:9
**equally (2)** 36:23;44:8
**erode (2)** 26:12;31:17
**especially (1)** 63:16
**essentially (4)** 8:15;29:19;37:3; 42:7
**estate (5)** 51:6;64:15;77:8; 78:23;79:7
**Estates (1)** 79:18
**estimated (1)** 33:23
**estimation (2)** 34:11,23
**et (3)** 17:22;20:21,22
**even (7)** 21:17;27:21;36:13; 37:20;61:19;80:17; 85:10
**Everybody (1)** 49:25
**everyone (13)** 18:16;23:2,7;25:5; 40:2,25;77:21;78:13; 80:12;81:22;87:1,25; 88:15
**everyone's (3)** 24:14;41:1;71:12
**evidence (5)** 35:2,4;58:17;73:13, 19
**evolved (1)** 22:10
**exact (2)** 37:1;69:4
**Exactly (9)** 18:24;28:6;39:1,17; 50:20;68:22;69:9; 70:1;85:5
**examine (1)** 78:3
**example (2)** 49:19;77:17
**except (1)** 37:5
**exchange (2)** 72:17;73:2
**excluded (1)** 54:21
**exclusively (1)** 79:24
**exclusivity (2)** 41:5;62:16
**execute (2)** 37:17;48:15
**execution (1)** 37:4
**exercise (1)** 50:2
**exercising (1)** 40:8
**exhaust (2)** 29:3;31:17
**exhausted (2)** 27:11;28:15
**existing (1)** 31:11
**exists (1)** 78:9
**expect (2)** 47:12;81:22
**expensive (2)** 77:15,22
**experience (10)** 9:12,18,20;19:9,11; 20:17;21:22;22:7; 24:14,15
**experienced (2)** 24:4;71:14
**expert (1)** 47:5
**expertise (2)** 15:18;79:23
**experts (1)** 23:10
**expired (1)** 62:16
**explain (3)** 43:24;53:17;67:21
**explained (2)** 60:8;76:20
**explanation (1)** 64:25
**extensive (1)** 70:2
**extent (6)** 28:24;50:4;51:5; 79:5;81:19,23
**extra (2)** 65:25;86:19
**extremely (1)** 54:2

**F**

**F3d (1)** 79:18
**face (1)** 19:14
**faced (2)** 44:5;77:1
**fact (11)** 10:11;13:23;21:24; 28:10,10;36:21; 44:11;45:19;46:11; 63:2;73:6
**factor (1)** 35:13
**factors (7)** 36:16;79:19;80:9, 10,16,17,18
**fairly (2)** 41:23;67:20
**faith (10)** 48:14;59:2;71:16; 72:17;73:5,14,17; 77:9;81:23;82:1
**fall (1)** 69:23
**falls (1)** 30:25
**false (1)** 62:2
**familiar (2)** 62:7,20
**far (9)** 10:10;29:13;32:20, 22;33:15;52:20; 57:12;65:13;83:11
**fashion (1)**

35:2
**faster (1)** 38:23
**favor (1)** 78:15
**favorably (1)** 23:6
**feathers (1)** 24:9
**fed (1)** 77:15
**fee (2)** 16:14;61:21
**feel (1)** 10:14
**fees (2)** 61:25;77:12
**Feldstein (1)** 5:9
**few (1)** 75:16
**fides (1)** 9:18
**field (2)** 49:15,24
**Fields (7)** 10:24;13:15;15:15, 16;18:21;23:8;24:10
**Fields[' (1)** 16:14
**fifty-million-dollar (1)** 58:16
**figure (5)** 15:18;80:6;83:2; 85:13;87:22
**file (18)** 9:1;17:1;21:12,13; 24:16,17;32:21;33:5; 41:7,12,14,15,24; 51:3;63:4;84:13;85:8; 86:17
**filed (27)** 8:25;12:10;32:10, 23;33:23;38:17; 54:14;60:1,1;61:21; 65:8;69:25,25;72:22; 74:10;82:15,20;84:4, 11,12;85:15;86:12,14, 15,15,16;87:11
**filing (2)** 54:17;87:12
**final (1)** 65:10
**financial (3)** 10:24;11:16;80:23
**find (4)** 9:23;24:5;66:12; 83:23
**finding (1)** 81:19
**fine (1)** 19:10
**finish (1)** 45:16
**Finn (1)** 23:17
**firm (2)** 61:20;70:24
**firms (5)** 68:19;70:8,16,23, 24
**firm's (1)** 61:13
**first (8)** 5:7;6:3;7:16;8:6; 33:19;63:15;68:15; 84:13
**fit (2)** 9:25;75:22
**Fitzgerald (1)** 5:9
**five (1)** 39:6
**five-million (1)** 52:11
**flip (1)** 65:4
**focus (2)** 55:4;68:22
**folks (4)** 21:16;39:14;64:5; 70:8
**fond (1)** 47:17
**forces (1)** 63:9
**forget (6)** 34:15;61:9;69:4; 84:3,3;88:12
**form (4)** 23:4;34:23;35:2; 42:23
**formulation (1)** 79:1
**forth (2)** 19:3;60:17
**forum (1)** 80:12
**forward (20)** 10:21;11:17;15:7; 25:14;27:15;36:16; 46:2;48:16;54:10,11; 68:24;69:3,5;71:9; 72:16;76:7;78:24; 82:1,23;83:6
**foul (1)** 33:12
**found (2)** 31:15;34:20
**foundation (2)** 28:21;67:17
**four (4)** 7:22;18:2;26:13,17
**fourteen-day (2)** 82:5;83:2
**fourth (2)** 18:1,9
**frame (2)** 8:24;10:1
**Francisco (2)** 18:5;83:5
**Frank (3)** 6:18;47:3;72:2
**frankly (1)** 60:16
**FRIDAY (1)** 5:1
**frustration (1)** 57:11
**full (4)** 38:7,11;71:6;80:22
**fully (4)** 21:10;56:22;76:20; 81:22
**function (2)** 35:20;37:1
**fund (4)** 42:9;45:9,9;79:12
**funds (4)** 14:13;38:23,23; 79:8
**further (1)** 60:19
**future (1)** 39:12

## G

**game (1)** 54:13
**gaslight (1)** 47:15
**gatekeeper (1)** 39:11
**gee (2)** 58:14,15
**general (5)** 29:15,15;33:16; 77:16;84:3
**genes (1)** 88:12
**gets (3)** 37:8;53:19;71:6
**given (4)** 59:14;63:16;65:19; 78:23
**gives (2)** 43:9;48:14
**glad (1)** 23:21
**GLASNOVICH (71)** 5:17,17;8:5,7;9:15; 10:2;18:14;22:23; 25:9,19;26:4,5;31:22; 36:3,5;37:2,19;38:1,6, 14,16;39:1,9,21;40:5, 9,16;42:21,25;43:4; 49:1;50:7,10,11,13, 24;52:17,22;53:3,15; 55:4,6,11,14,22;56:4; 57:1,4;61:1,2;63:8; 72:18;73:3,5;75:23, 24;76:13;81:11; 82:19,24;83:17,23; 85:1,5,15,17,21;86:1, 5,18;87:5
**Glasnovich's (4)** 25:7;47:4;49:13; 78:20
**Glenn (3)** 34:3;64:14;74:24
**Glenn's (1)** 62:5
**global (1)** 88:12
**goal (2)** 36:20;37:13
**goals (1)** 80:4
**goes (6)** 15:7;20:14,15; 56:10;85:21;87:22
**Good (33)** 5:25;6:1,2,13,15,18, 20,23,24;7:2,5,8,12, 15,20;15:20,20,22; 22:17;34:1;54:3; 58:11,24;59:2;72:16; 73:5,14,17;77:9; 81:23;82:1,7;88:2
**gosh (1)** 56:20
**grade (1)** 43:1
**grandparents (1)** 88:11
**grant (15)** 34:25;37:22;40:20; 42:22;47:6,6;67:6; 68:8;72:8;76:3,3,4, 18;80:10;86:16
**granted (1)** 79:21
**granting (12)** 24:24;60:5;69:7,12; 72:14;74:17;77:2; 78:1,2;79:16;81:15, 16
**grants (1)** 47:11
**grinds (1)** 46:20
**Group (4)** 34:16,20,21;72:9
**guarantee (1)** 68:16
**guarantees (1)** 77:6
**guess (13)** 14:11;18:14;35:5, 17;38:19;62:23;65:9; 67:10;70:1;71:17; 75:4;76:6;80:24
**guys (1)** 21:15

## H

**hair (2)** 87:25;88:8
**hairline (1)** 88:13
**half (5)** 8:14;9:7;10:4;17:2; 21:20
**handle (2)** 47:23;88:3
**handled (1)** 50:17
**hands (1)** 38:7
**Hang (2)** 45:3;50:11
**happen (5)** 21:2;42:8,20;63:18; 68:6
**happened (2)** 30:2;68:23
**happening (4)** 13:22;16:3;42:4; 62:17
**happens (7)** 10:13;28:19;39:6; 48:11;55:20,20;56:1
**happy (2)** 50:19;68:9
**hard (2)** 9:22;17:24
**harm (1)** 68:15
**Harris (2)** 6:15;66:5
**Harvey (1)** 74:2
**havoc (1)** 77:3
**hear (1)** 83:19
**heard (8)** 14:25;40:2,21; 43:24;49:9;67:20; 82:11;87:13
**hearing (13)** 7:17,21;8:12;12:25; 13:1,1;20:14;21:19; 24:17;60:16;71:22; 73:4;84:8
**heart (1)** 45:7
**heavily (1)** 11:23
**held (1)** 80:9
**help (5)** 10:25;19:25;46:3;

69:1;80:1
**helpful (2)** 9:20;59:10
**helping (1)** 15:18
**here's (2)** 11:9;87:10
**herring (1)** 56:18
**highlighted (1)** 63:8
**highly (1)** 42:9
**hit (1)** 12:16
**hold (1)** 44:4
**holding (1)** 54:14
**holiday (1)** 53:7
**honest (1)** 73:11
**Honestly (3)** 45:20,23;70:15
**Honor (132)** 5:4,8,17,21,25;6:9, 13,15,18,20,24;7:2,5, 8,12,20;8:5,10,22; 9:16,21;10:2,3,16; 12:16;13:16;14:17, 22;15:12;17:16; 19:10;20:19;21:14; 23:13;24:19;25:19; 26:20,24;27:2,19; 28:20;29:7,17;30:7, 13,15;32:2,12;33:4, 10,15,19;34:18;35:7, 10,22;36:7;37:2,3; 39:1,17;40:22;41:4; 42:25;43:5,17;44:3, 19,22;45:4;46:13; 47:11;49:1,5;50:6,7,9, 10;51:13,19;52:19; 53:4,24;54:23;55:14; 56:6,7,20;57:1;58:4; 59:9,24;60:3;61:2; 63:3,20;64:18,24; 65:12,19;66:3,20,21; 67:2,12;68:3,11;70:5, 15;71:22;72:1,11,18, 22;74:20;75:24; 76:15;82:3,18;83:1,4, 17;84:5,23;85:6; 86:18;87:3,5,13;88:1, 6,10
**Honor's (3)** 39:10;66:7;72:6
**hope (3)** 19:6;46:20;81:25
**hopefully (2)** 12:12;14:16
**hoping (1)** 46:24
**Hopland (1)** 7:18
**how's (1)** 88:13
**Hudson (1)** 6:16
**hundred (1)** 47:10
**hurt (3)** 81:4,8,15

**I**

**idea (4)** 21:12;54:3;62:1; 81:14
**identify (2)** 42:18;85:7
**I-don't-have-to-participate-at-all-in- (1)** 53:19
**imagined (1)** 77:24
**Imerys (1)** 70:25
**immediately (1)** 82:9
**impact (4)** 33:16;36:11;81:3,5
**impair (2)** 62:24;65:23
**impaired (2)** 42:6;63:1
**impairs (1)** 62:18
**implicated (1)** 72:5
**important (8)** 10:1;36:17;43:21; 53:6;62:11;63:5,16; 83:2
**imposition (1)** 52:1
**incentive (1)** 55:24
**incentivize (1)** 78:3
**incentivized (1)** 70:9
**incident (1)** 36:22
**include (1)** 13:7
**included (1)** 15:7
**inconsistent (1)** 72:16
**incurred (1)** 77:12
**indeed (1)** 83:4
**indefinitely (1)** 41:18
**in-depth (1)** 60:17
**indicated (1)** 9:1
**indiscernible (6)** 42:24;43:16;50:22; 56:21;57:3;86:1
**indisputable (1)** 44:9
**information (7)** 33:21;52:15;59:4, 10;64:25;87:21;88:5
**initially (1)** 67:11
**injunction (6)** 37:3,6;65:10;66:8, 12;67:25
**injunctions (1)** 42:12
**injunctive (6)** 74:11,14,16,17; 75:5;77:2
**injured (1)** 37:1
**injury (3)** 28:20;58:25;78:10
**inoculate (1)** 20:20
**in-person (2)** 16:20;17:4
**input (1)** 39:12
**insolvent (2)** 30:22;31:1
**instead (1)** 41:17
**insulate (1)** 42:12
**insurance (102)** 5:19,24;7:3;9:8; 10:8,23;11:15;12:2, 14,18,20;13:9,10; 14:3,10,12,12;15:6; 17:9;19:2,8,24;20:12, 12;21:21;22:1,5,11, 12,24;23:9;25:2,10, 13,20,25;26:8,17; 28:10;32:16;36:3,12, 24,25;37:12,14,22,24, 25;38:2,2,6,21;40:2, 12,13,17;41:2,21; 42:1,23;43:1,14,18; 45:24;47:7;49:2; 50:16;53:2;54:2;55:8, 8,14;56:11,25;57:9; 58:8,12,13;59:1;61:3, 6;62:12,18,25;63:7,8; 64:15;67:22;75:20, 21;76:8,10,10,20; 78:3,6,9,22;80:22; 81:9,12
**insured (8)** 27:7,8,9,16;47:22; 48:8;55:24;56:14
**insureds (3)** 28:19,25;29:6
**insurer (3)** 10:22;48:8,17
**insurers (18)** 6:10,25;7:7,14; 10:19;26:3,16,23; 32:13;33:16;38:9; 44:11;45:23;49:24, 25;51:3;60:8;83:12
**insurer's (2)** 30:22;48:21
**intends (2)** 8:18,20
**intent (1)** 60:14
**intention (1)** 8:23
**interest (3)** 11:17;46:17;81:8
**interesting (8)** 24:5;34:13,20; 43:20;58:19;61:15; 73:3;83:24
**interests (1)** 52:7
**interfere (6)** 48:2;51:9,11;65:24, 24;78:25
**interpretations (1)** 36:6
**Interstate (5)** 6:17;32:10;33:4,7; 50:17
**intervene (1)** 52:2
**into (11)** 11:2,6,16;13:21; 19:24;30:11;31:7; 39:12;46:21;48:13; 53:25
**investigate (9)** 33:12;43:7;49:20; 50:16;52:9;54:6; 55:25;56:13;57:5
**investigating (1)** 54:11
**investigation (3)** 29:23;49:21;57:15
**involved (7)** 7:23;11:10;73:5; 77:21;79:25;81:1; 82:12
**involves (2)** 10:19;12:15
**irrelevant (1)** 46:12
**issue (16)** 7:24;32:5;33:1; 36:2;39:25;46:14; 58:23,23;61:23;62:6, 8;65:6,15;74:13,16; 88:5
**issued (5)** 30:21,21;31:2;52:5; 61:16
**issues (15)** 8:17;10:19;23:9; 36:6;45:19,20,22; 46:12;48:3,7,9;60:18; 79:24;80:20;85:2
**issuing (1)** 32:14
**item (1)** 5:4

**J**

**Janet (1)** 13:15
**Jennifer (1)** 7:2
**job (1)** 17:2
**John (5)** 27:18,22;28:5,5; 32:6
**Johnson (10)** 5:19;61:5,7,8,11, 14;62:9,23;63:3,12
**joinder (1)** 33:5
**joined (1)** 86:13
**joint (5)** 84:9,24;85:18,22, 23
**jointly (1)** 7:10
**joking (1)** 47:16
**Judge (36)** 8:18,19,24;10:5; 12:4,4;34:3;40:10,11, 11;59:13,16,19;60:4, 11;61:7,16,23;62:5, 10,21,22;64:14; 67:11;69:13;72:7,13; 73:1,1;74:6,24;81:11; 83:5,19;85:4;86:22
**judges (2)** 51:16;71:17
**judgment (4)** 37:23;38:8;40:1; 65:10
**judgments (2)** 39:21;71:4
**judicial (1)** 79:22
**July (1)** 7:17
**June (1)** 72:22
**jury (2)** 35:3;78:12

**Justine (1)**
6:24

## K

**Katie (1)**
6:6
**Kazan (1)**
71:3
**Keep (3)**
24:10;41:17;73:24
**kidding (1)**
13:18
**kind (6)**
37:6;43:8,9,12;
56:18;83:18
**Kinsella (1)**
61:16
**Klein (7)**
40:10,11,11;59:16,
19;60:4;81:11
**knowledge (2)**
29:18;30:2
**known (1)**
31:7
**knows (6)**
10:3;38:22;47:18;
58:25;83:24;87:1
**Kramer (20)**
8:12,13,20,23;9:6,
11;12:4;13:1;14:19;
17:8,15;20:2;21:20,
22;22:4,6,7,16,21,22
**Kramer's (4)**
9:18,25;21:3;22:25

## L

**language (2)**
31:10,10
**larger (1)**
72:9
**last (1)**
23:15
**later (6)**
20:21;34:10;35:6;
56:8,11,16
**Latham (3)**
72:7,13;73:1
**law (13)**
36:6;50:3,3;52:1;
53:16;55:23,23;
65:25;66:1;70:23,23,
24;74:23
**lawsuit (2)**
31:14;38:17
**lawyer (8)**
29:23;42:14;46:20,
22;55:9;58:25;71:3,4
**lawyers (6)**
29:22;42:16,19;
68:18;70:1;71:14
**least (8)**
10:19;22:17;39:5;
74:8,14;75:5;78:5;
80:20
**leave (3)**
17:16;42:13;67:15
**leaving (2)**
46:19;78:24
**left (4)**
68:5,7,7,9
**Legion (1)**
83:25
**lengthy (3)**
19:4;74:5,24
**less (1)**
55:15
**lets (1)**
10:13
**letter (3)**
49:22;52:11;63:23
**letters (12)**
32:14;33:2;52:25;
53:1;55:7;61:17,20,
22,24;62:10;64:17,25
**letting (2)**
40:19;42:20
**level (8)**
39:3;49:15,23;
71:12;74:14;75:5;
81:10,13
**levels (1)**
73:4
**liability (6)**
8:14;17:10;21:20;
28:10;36:15;81:2
**liable (1)**
36:23
**lien (1)**
37:16
**liens (3)**
51:25;52:1;66:1
**lift (7)**
34:6;51:19;52:3;
60:21,23;61:21;68:17
**lifted (8)**
29:11;50:5;51:21;
67:19,25;70:9;82:8;
87:7
**lifting (6)**
51:14;60:14;64:8;
66:25;68:3;83:7
**lightly (1)**
70:13
**likely (1)**
27:22
**limit (9)**
27:10;28:8,8,9,25;
29:4;37:12;43:25;
67:21
**limitation (1)**
66:9
**limited (4)**
32:13,25;66:22;
67:1
**limits (10)**
26:12,14;27:5;
31:17,17,18;36:15;
38:8;55:18;67:22
**line (3)**
5:4;34:4;60:10
**liquidate (2)**
78:5,7
**listening (3)**
5:15;72:17;73:2
**literature (1)**
34:8
**litigated (1)**
69:18
**litigation (12)**
37:5;60:19;65:7;
69:8;73:22;74:10,12,
18;75:6;80:11,23;
84:5
**litigations (2)**
47:7;86:4
**little (12)**
22:12;37:7;40:13;
42:25;43:9;53:20;
55:5;57:6;65:4;77:8,
13;85:6
**live (1)**
40:14
**lived (1)**
12:22
**LMI (1)**
32:10
**loaded (1)**
60:15
**logjam (3)**
22:15,17;73:20
**logjams (1)**
39:18
**logs (1)**
39:18
**London (3)**
6:10;7:13;32:13
**long (7)**
29:5,5;38:22;45:10;
68:23;70:6;87:24
**look (13)**
12:13;13:25;24:2;
32:7;40:7;47:8;52:24;
55:1;64:15;65:3;
74:22;85:8,12
**looked (5)**
23:6;34:3;59:13;
62:7;66:6
**lot (3)**
9:24;34:12;75:8
**lots (1)**
7:23

## M

**machinations (1)**
77:24
**magic (1)**
24:13
**magically (1)**
44:15
**maintained (1)**
77:15
**maintaining (1)**
77:16
**major (1)**
68:19
**makes (4)**
10:6;32:15;53:20;
54:2
**making (7)**
6:4,4;17:25;33:14;
35:18;59:2,7
**manipulation (1)**
88:13
**manner (2)**
15:13;34:7
**Many (11)**
11:9,10,13;21:16,
16,16;24:6,6;43:25;
76:12,12
**Marick (1)**
7:13
**Mark (3)**
7:8;10:16;82:3
**Market (3)**
6:10;7:14;32:13
**mass (3)**
19:9;34:14;77:24
**massive (1)**
36:11
**master (1)**
70:22
**material (1)**
79:10
**matter (4)**
31:9;36:14;43:25;
70:11
**matters (2)**
35:1;74:8
**may (58)**
12:14;13:25,25;
14:9,23;16:17,19;
21:24;23:4;26:1,16,
19,23,25;27:14;28:11,
21;32:18;33:23;35:2;
36:21,22;38:22,23;
40:15,21;42:17;
43:17;44:25;45:19,
20;46:11;49:5;50:8;
59:10;61:3;66:3;
69:18,18,19;70:4;
74:12;75:19,19;76:7;
77:5,5,5,7;78:2,2,2,7,
13;80:16,18;81:13;
84:10
**maybe (7)**
13:24;16:7;24:3;
41:12;44:13;58:21;
83:11
**MDL (6)**
33:25;34:15,24,24;
35:11,12
**MDLs (2)**
34:13,14
**mean (46)**
12:3;13:9,17,21;
14:4;18:16,16;19:1,5;
20:9;21:10,25;24:6,
14;32:20;36:5,20;
40:7,7,12,18;45:15;
47:5,6,8;52:20;53:9;
58:6;59:25;62:8,24;
64:7,11,14;65:7,21;
70:11,12,12,16;73:12,
20;74:4,12;82:14;
86:13
**meaning (1)**
26:11
**means (5)**
11:18;16:6,10,11;
49:17
**mechanisms (1)**
52:6
**mediate (4)**
12:5;13:16;14:11;
16:5
**mediated (1)**
14:7
**mediating (1)**
10:9
**mediation (30)**
8:15;9:7;10:14,18;
12:11;13:3,22;14:6;
16:3,14;17:8;19:1;
21:5,11,21;22:9;23:3;
41:3;46:2,3;53:25;
54:20,22;55:19;65:2;
71:13;72:17;73:6;
77:13;83:10
**mediations (2)**
14:15;17:4
**mediator (13)**
8:14;9:6,9;10:7;
13:2;14:19;21:17,20;
23:8;24:4,9;45:16;
77:12
**mediators (6)**
8:16;9:10,23;10:12;
11:7;20:6
**medical (1)**
8:17
**medium (1)**
34:2
**meet (1)**
53:22
**meeting (2)**
16:21;23:11
**memorandum (1)**
77:1
**mention (1)**
49:24
**mentioned (3)**
5:21;81:11,25

**meritorious (1)**
39:23
**Michael (1)**
6:9
**might (4)**
44:3;46:3,3;69:3
**minded (1)**
14:23
**mine (3)**
23:10;72:20,23
**minimal (2)**
65:21;76:25
**mispronouncing (1)**
73:25
**misses (1)**
83:18
**misstated (1)**
61:4
**misused (1)**
54:16
**mix (1)**
19:24
**monetary (1)**
52:5
**Money (8)**
12:10;14:8,9;15:10,18;19:14;36:9;45:8
**Montali (1)**
83:5
**month (2)**
69:23;77:19
**monthly (3)**
77:16,17,18
**months (2)**
54:15;83:8
**moons (1)**
76:12
**more (9)**
10:4,10;11:25;27:6,7;39:6;53:3;71:19;78:24
**Morgan (2)**
5:19;61:8
**morning (1)**
5:25
**Most (7)**
12:2,8;29:17;45:10;52:13;76:25;81:21
**motion (25)**
5:11;7:21;8:8;17:1;24:17,17,20;34:4;35:20;36:2;40:20;47:7;49:4;50:18;55:19;60:5;61:22,25;63:4;64:5;67:14,15,15;72:8;81:10
**motivated (2)**
42:10;56:15
**motivation (1)**
48:10
**move (5)**
9:2;46:2;77:20;80:1,6
**moved (2)**
36:16;71:9
**movement (1)**
54:1
**moving (2)**
60:21;68:22
**much (9)**
9:16;15:18;19:23;22:2;57:12;60:4,17;86:16;87:2
**multiple (2)**
28:24;41:15
**mundane (1)**
77:17
**Mutual (1)**
6:21
**Myers (1)**
7:6
**myself (3)**
13:17;16:5;74:2

**N**

**Nadler (4)**
8:18,19;10:5;12:4
**Nadler's (1)**
8:24
**naive (1)**
70:20
**name (3)**
32:5;73:25;84:3
**named (3)**
28:2,3,4
**narrow (1)**
14:23
**Nate (3)**
6:10;7:12;32:12
**National (3)**
30:23,25;68:19
**navigate (1)**
71:14
**necessarily (3)**
19:25;56:23;86:19
**necessary (4)**
9:2;43:6,12;64:13
**need (35)**
9:2;10:4,15;19:20,21;20:2,7;21:17;22:5,15;24:4;26:25;38:3;45:15;46:21;49:2;51:17,23;52:2,18;60:13,14,22,23;63:18,23;64:16;65:7,15,17;75:15;78:4;81:19;83:11;85:6
**needs (3)**
47:22;50:17;55:18
**negotiate (1)**
13:10
**negotiated (1)**
21:15
**negotiating (2)**
73:14,17
**negotiations (2)**
81:24,25
**net (1)**
77:8
**new (3)**
20:7;45:16;59:13
**Next (7)**
24:18,20;39:6;69:22,23,23;85:9
**nice (2)**
22:19;24:9
**Ninth (2)**
74:23;79:18
**nobody (2)**
39:16;44:12
**nondebtor (5)**
14:20;43:23;44:21;74:7,15
**nondiocese (3)**
74:6,13;75:7
**nonexclusive (3)**
80:10,16,18
**noninsurance (2)**
12:11;22:14
**nonissue (1)**
39:22
**nonsense (1)**
63:23
**nonwasting (1)**
26:11
**normal (3)**
48:5,7,9
**normally (3)**
42:8;64:1;66:6
**Northern (1)**
59:13
**Northwestern (2)**
30:23,25
**Norton (2)**
6:9,9
**not-cherry-picked (1)**
72:15
**noted (1)**
9:19
**notes (1)**
24:5
**nothing's (1)**
18:21
**notice (1)**
8:25
**noticing (1)**
39:14
**notified (1)**
31:2
**notion (2)**
67:18,24
**November (1)**
16:20
**number (4)**
5:4;18:11;32:7;72:9

**O**

**Oakland (4)**
15:14;41:18;62:17;75:2
**Oberting (1)**
5:15
**object (4)**
12:14;39:15,16;71:16
**objected (3)**
9:8;25:3;71:5
**objecting (1)**
21:3
**objection (4)**
8:3,6;33:5,8
**objections (2)**
21:21;22:24
**obligation (5)**
25:21;31:8;48:17,20;51:8
**obligations (4)**
40:15;53:5;64:8;81:13
**obstructive (1)**
23:6
**obtain (1)**
76:10
**obtains (1)**
37:23
**obvious (4)**
21:18;58:5,6;61:24
**Obviously (7)**
10:16;12:12;22:13;34:25;36:5;39:23;51:7
**occur (2)**
46:5;67:7
**occurred (1)**
30:10
**occurrence (7)**
27:6;28:9,9,25;36:22,23;67:22
**o'clock (1)**
8:9
**offering (1)**
19:14
**often (1)**
29:22
**old (3)**
72:19,20,21
**O'Melveny (2)**
7:6;26:21
**once (8)**
11:19;25:21;27:6,10;29:1;45:20;46:16;82:25
**one (40)**
7:23;8:17;9:22;10:23;16:15;19:25;20:7;22:18;25:11,15;26:22;27:6,8;28:17;29:3;30:21,21,23;32:4,5;33:6,9;43:25,25;56:23;61:21;64:6;66:23;67:9,22;72:1,4,13;73:4,16;78:14;79:7;82:3;83:24;84:13
**ones (3)**
9:23;21:9;78:19
**one's (7)**
15:6;17:3,14;35:14;40:17,18;47:2
**Ongoing (1)**
77:11
**only (9)**
26:18;27:6,10,16;29:1;35:10;43:24;45:9;78:23
**onto (2)**
38:18;39:8
**oOo- (1)**
5:2
**open (1)**
51:24
**operating (2)**
77:17,18
**opinion (3)**
11:5;61:16,18
**opportunity (1)**
46:1
**Oppose (1)**
23:5
**opposed (2)**
53:4;74:23
**opposite (1)**
73:6
**opposition (7)**
13:12;15:3;32:10,13,21,23;81:10
**order (23)**
5:3;22:24,25;42:23;43:12;46:16;51:20;52:3;64:16;72:7,11,12;82:4,5,9;85:2;86:10,10,25;87:8,9,22;88:5
**original (1)**
9:10
**originally (1)**
8:16
**others (2)**
11:25;41:19
**otherwise (9)**
20:10,11;31:21;51:21;54:5,5;59:4;63:12;83:15
**ourselves (4)**
20:20;67:9;74:5,22
**out (42)**
7:24;12:22;14:3;15:13,18;18:20;19:5,6,7,14;20:21;24:13;25:21;29:16;34:10;

35:7;41:8,14;42:2; 45:8;51:7,24;52:11, 24;53:19;54:15;55:8; 63:17;66:10,13; 69:19;70:13;73:22; 75:18;80:7,17;83:2; 84:15;85:13;87:22, 25;88:8
**outcome (7)** 42:10,13;44:9; 46:18,21;60:9;77:2
**outline (1)** 10:13
**over (5)** 8:24;24:10;41:20; 49:22;81:4
**overblown (1)** 65:22
**overruled (1)** 22:25
**own (4)** 42:16,19;47:25; 66:24

**P**

**Pacific (4)** 6:25;7:6;26:21,22
**packaged (3)** 66:23;67:1;68:2
**page (1)** 33:18
**paid (4)** 12:10;38:8;39:5; 42:1
**paper (1)** 69:20
**papers (4)** 10:17;35:8;38:10; 51:15
**paragraph (1)** 33:20
**parish (4)** 27:8,11;28:21; 37:12
**parishes (5)** 6:7;27:22,25;37:9; 41:19
**parishioners (1)** 22:4
**Parker (1)** 6:16
**part (17)** 12:8,16;15:5;19:15; 20:19,24,25;39:24; 52:24;54:18;56:23, 24;62:10;75:1,14; 76:25;81:21
**partial (1)** 80:19
**participate (3)** 19:2,3;21:5
**participating (1)** 13:3
**particularly (3)** 33:25;34:8;58:14
**parties (20)** 14:9,20;17:9,12,12; 20:2,5;23:2;42:12; 65:8;74:22;76:11; 77:7,21;79:24;80:1,6; 81:1,3,6
**parties' (1)** 51:21
**party (2)** 16:15;37:1
**PASCUZZI (52)** 5:8,8,9,14,21,24; 8:19,22;9:14,16; 17:25;18:3,8;22:23; 43:11;57:10,24;58:2, 4,6,9,12,19;59:10,24; 60:6;65:5,12,17; 66:15,17;69:6,16; 73:12,15;74:9;76:13, 15;81:21;82:14,16,18, 20;83:25;84:5,8,15, 17,23;85:15;87:3,9
**Pascuzzi's (1)** 45:7
**pass (2)** 24:5;41:9
**passed (1)** 54:15
**passionately (1)** 67:20
**path (2)** 44:15;68:24
**Paul (2)** 5:8;23:16
**pay (9)** 15:19;26:3;31:16; 38:7,11;40:6;43:1; 51:6;53:10
**penalty (1)** 29:20
**pending (2)** 10:3;80:11
**Pennsylvania (1)** 7:3
**people (9)** 11:10;15:18;16:19; 28:22;42:1;71:13,16; 77:9;85:13
**people's (1)** 75:9
**per (3)** 28:9,9;36:21
**percent (1)** 47:10
**Perch (11)** 6:18,18;72:1,2,4,19, 21,25;73:2,9,10
**perfect (1)** 80:4
**perhaps (5)** 22:9;24:15;35:18; 42:6;80:6
**peril (1)** 53:15
**period (3)** 31:1;62:16;83:2
**periods (3)** 29:15,16;33:6
**perjury (1)** 29:21
**permission (1)** 51:3
**permit (1)** 63:1
**per-occurrence (3)** 26:12;27:5,10
**perpetrators (1)** 35:17
**person (1)** 23:11
**personal (5)** 29:18;30:2;48:15; 58:25;78:10
**perspective (8)** 21:18;62:10;67:4; 73:21;75:8,9,25;76:2
**Phinney (6)** 5:11;7:16,20;8:1,5, 10
**Phoenix (1)** 7:9
**phone (3)** 16:20;47:12,21
**phrase (2)** 86:12;88:10
**picked (2)** 26:9;35:17
**picking (1)** 23:15
**picture (1)** 76:19
**piece (5)** 10:8,8;11:9;43:14; 46:2
**pieces (1)** 69:8
**place (3)** 43:8;64:4;68:10
**places (2)** 53:24;54:1
**plaintiff (5)** 35:19;37:23;48:13, 14;86:7
**plaintiffs (1)** 38:20
**plaintiffs' (1)** 68:18
**plaintiff's (5)** 9:12;21:23,25; 58:24;71:3
**plan (49)** 10:19,20;11:24; 12:8,13,15,17,19,20, 21;13:6,6,11,24;14:4, 9,14,15;15:6,7;17:18, 19;19:3,24;20:1,11; 41:7,12,14,15,21,24, 25;54:14,17;62:17; 77:8,23;78:4,13,25; 79:1,1,9,12;80:2,2,7,7
**plans (6)** 11:10,13,22;12:8; 15:17;71:16
**play (1)** 19:7
**playing (4)** 27:18;41:14;49:15, 23
**plays (2)** 19:5,6
**plead (1)** 34:17
**pleadings (2)** 85:15;86:13
**please (6)** 6:5,14;67:6;74:11, 13,16
**pleasure (1)** 71:24
**Pleban (1)** 88:8
**plenty (1)** 65:19
**Plevin (73)** 7:8,8,9;10:16,16; 11:2,4,9,13,19,20,20, 21,25;12:16,21;13:5, 12,16,19,21;14:1,17, 22,25;15:4,16,22,25; 16:2,5,7,17,19,24; 17:16,24;18:2,6,11, 18,23;19:10,13,17; 20:19,24;21:2,5,14; 30:15,18,20;31:6,21, 25;32:2,4;47:14;82:3, 3;83:1,10;84:21;86:7, 22;87:13,16,19,23; 88:2,9,14
**plural (1)** 11:23
**PM (2)** 5:1;88:16
**pocket (1)** 25:21
**pockets (1)** 53:11
**point (28)** 13:8;14:15;17:24, 25;20:4;29:9,12;30:4, 9;33:17;34:6;35:6,7, 10;38:9,19;40:21; 43:7;54:22;57:16; 66:9,13;69:11,24; 70:5;72:6;81:2;88:2
**points (2)** 33:9;35:21
**policies (14)** 25:17,23,25;26:6, 10;27:5,5;30:15; 32:16;37:17,18; 43:23;64:15;78:7
**policy (16)** 27:9;30:21,22,23, 25;31:2,6,8,10,10,16, 19;33:6;38:8;51:6; 55:18
**pool (2)** 34:1;35:9
**poor (1)** 37:12
**pose (1)** 65:5
**position (2)** 53:21;63:15
**positions (1)** 53:8
**positive (1)** 76:24
**possibility (2)** 44:5;46:5
**possible (2)** 22:3;77:2
**possibly (4)** 13:9;75:6;80:2; 86:21
**post-confirmation (1)** 11:14
**posture (1)** 83:18
**pot (1)** 78:19
**potential (3)** 7:18;25:12,13
**potentially (1)** 72:5
**precedent (1)** 57:22
**precedential (1)** 80:14
**precision (1)** 28:6
**preferable (1)** 19:21
**prejudice (2)** 79:23;83:16
**preliminarily (1)** 65:9
**preliminary (9)** 65:11,12;66:6,8,11; 74:14;75:4,5,12
**premise (1)** 62:2
**preparing (1)** 77:18
**present (1)** 36:19
**presented (2)** 35:8;62:8
**preserve (3)**

22:2;62:14;63:23
**preserved (4)** 42:3;51:22;63:21,22
**preserving (3)** 62:11;63:7,13
**pressure (7)** 45:2,6,11;53:1;56:24;58:7;73:19
**presumes (2)** 52:7,8
**pretty (2)** 12:9;84:20
**prevail (1)** 38:21
**primary (2)** 30:21;35:20
**principal (1)** 33:8
**privilege (1)** 54:22
**problem (2)** 53:17;60:5
**problematic (1)** 51:5
**procedural (1)** 83:18
**proceed (28)** 10:7;24:8,22;25:2;26:19;32:19;33:21;40:19;47:7;62:25;69:8,13,14;74:8,12;75:2,6,16;76:5,17,24;77:4,5,7;78:6,11;79:11;81:17
**proceeding (10)** 45:18;65:11;78:19;79:14;84:9,24;85:3,18,22,24
**proceedings (2)** 79:22;88:16
**proceeds (3)** 28:10;36:24,25
**process (26)** 9:7;10:13;15:5;17:9;19:1,4;20:25;21:11;22:9;23:3;38:22;39:3,8,13,16;53:20;54:16,19;55:10,12;70:20;75:10;77:4;78:25;84:12,15
**professional (1)** 77:11
**professionals (1)** 21:17
**progress (12)** 10:10;11:1;13:14,24;15:24,25;22:12,13;41:2;77:14,23;80:25
**progressing (1)** 12:12
**prohibit (1)** 42:23
**prohibited (1)** 41:17
**prohibiting (1)** 42:21
**prohibits (1)** 49:3
**prominent (1)** 71:3
**proof (1)** 32:6
**proofs (6)** 29:14,17,21;30:6;52:13;69:25
**proper (5)** 17:21,21;34:11;37:20;43:13
**Properties (2)** 65:6;79:19
**Properties' (1)** 81:20
**property (1)** 64:15
**proposals (2)** 16:12,12
**propose (1)** 17:19
**proposed (5)** 14:4,16;23:4;49:20;80:7
**proposing (1)** 80:2
**protect (2)** 48:21;54:8
**protected (1)** 37:13
**protecting (1)** 37:4
**protections (2)** 37:8,9
**provide (8)** 26:1,25;33:21;35:2;43:12;59:4,10;78:2
**provided (1)** 78:12
**provides (3)** 54:7;59:3,3
**providing (1)** 34:23
**provision (2)** 26:2;43:8
**provisions (5)** 11:13;15:13;41:21;51:25;71:17
**pull (1)** 85:8
**pulled (1)** 88:8
**pulling (1)** 87:25
**purpose (4)** 33:8,14;53:13,14
**pursue (2)** 41:6;64:16
**push (3)** 39:4;77:5,7
**put (13)** 27:15;41:21;42:15;46:21;53:1;56:24;58:7;67:4;73:19,20;76:2;78:2;81:9
**putting (1)** 39:14

**Q**

**qualified (1)** 9:20
**quick (2)** 50:13;60:16
**quickly (3)** 15:11;45:17;78:11
**quite (5)** 41:5,14;73:6;77:15;83:11
**quo (4)** 68:9;77:11,21;80:3
**quoted (1)** 31:22

**R**

**race (1)** 79:11
**Rainer (1)** 6:16
**raise (4)** 17:5,6;56:15;57:8
**raised (3)** 40:11,12;73:15
**raises (1)** 88:2
**raising (1)** 56:18
**ran (1)** 8:5
**rather (1)** 75:6
**rational (1)** 52:12
**re (3)** 79:19;80:13;81:20
**reach (8)** 10:23;13:8;18:20;19:22;75:3,4,10;85:7
**reached (3)** 51:16;75:11;81:6
**read (7)** 8:12;10:17;15:2,2;25:4;62:5;66:11
**reading (3)** 33:19;57:18;69:20
**ready (1)** 87:1
**real (5)** 49:9;66:5;77:24;78:15;83:16
**reality (1)** 45:10
**really (17)** 19:17;30:10;33:9,14;35:15;36:7;45:22;46:12;50:13,15;58:9,23;59:22;60:17,23;61:14;79:12
**reason (17)** 10:20;29:10;33:16;45:8;47:9;53:4,6;54:20;63:14;64:22;68:1;78:21;82:6;83:7;84:1;85:12;86:10
**reasonable (5)** 29:23;50:19;55:17;71:15;87:20
**reasons (2)** 81:21;82:7
**recall (1)** 26:15
**receding (1)** 88:13
**received (1)** 61:19
**recollection (1)** 84:9
**reconstruction (1)** 42:11
**record (3)** 5:14;63:21;88:1
**red (1)** 56:18
**reducing (1)** 36:11
**referenced (1)** 32:5
**referred (1)** 7:10
**referring (1)** 25:8
**refusal (3)** 56:2,4,5
**regard (8)** 12:7;25:24;26:7;32:17;52:10;78:21;79:4,13
**regarding (6)** 7:17;22:6;25:12,12;33:21;34:13
**REINHARDT (5)** 7:12;32:12,12,20,25
**Reinhart (2)** 6:10;7:13
**rejected (3)** 16:11,12;23:18
**related (1)** 19:22
**relates (1)** 33:9
**relatively (1)** 52:14
**release (8)** 33:15;43:22;44:3,7,24,25;46:1;59:6
**released (12)** 25:1,22,24;26:7;32:18,22;33:20,24;34:2;35:9;44:10;47:22
**releases (1)** 24:21
**releasing (3)** 44:14;46:3,4
**relevant (2)** 25:16;36:17
**relied (1)** 34:4
**Relief (51)** 6:21;24:21,23,25;25:3;33:11;34:4,25;37:5,6,15,23;39:7,12;42:22;43:3,6;47:6,11;49:25;50:18;60:5;64:16,22;67:6,14;68:8;69:7,12;72:8,14;73:22;74:10,11,14,16,17;75:15;76:4,4,18;77:3;78:2;79:16,20;80:11,19;81:15,16;86:9,16
**religious (1)** 28:21
**rely (1)** 57:11
**remained (1)** 10:8
**remaining (1)** 79:3
**remedies (1)** 65:23
**remember (9)** 21:15;37:3;67:3,14;69:1,6,22;70:11;77:10
**remind (15)** 20:16;21:9;23:2,7;24:3;37:18;40:25;67:9;72:19;74:4,22;76:1;78:13;80:12;82:14
**reminded (1)** 73:23
**reorganization (2)** 76:24;78:4
**repeat (1)** 51:15
**replace (1)** 17:1
**replies (1)** 36:4
**reply (5)** 9:17;33:17;34:9;

66:2;77:1
**report (1)**
77:17
**reports (1)**
77:18
**represent (1)**
70:18
**representation (2)**
26:4;63:17
**representations (3)**
22:6;25:9,11
**representative (4)**
34:1,22;35:9,15
**represented (1)**
34:9
**request (9)**
7:21;8:2,3;23:6;
49:23;50:5;51:24;
83:17;86:11
**requested (1)**
9:6
**requesting (2)**
33:1;37:5
**requires (1)**
59:7
**requiring (1)**
26:2
**Research (3)**
34:16,20,21
**reservation (1)**
31:3
**reservations (1)**
48:2
**reserving (1)**
40:3
**resolution (5)**
39:4;44:15;45:21;
77:20;80:20
**resolve (5)**
10:23;20:2;23:9;
45:18;67:11
**resolved (3)**
10:15;65:8,9
**resonate (1)**
73:11
**resource (1)**
15:10
**resources (6)**
22:3;46:7;54:7;
63:17;78:23;79:12
**respect (6)**
10:23;15:5;27:7;
33:5;57:10;67:19
**respectfully (2)**
50:1;54:24
**respond (16)**
14:5;49:7;50:4;
52:12;53:6,16,22;
55:23;56:2,4,5,15;
58:16;65:2;75:21;
84:4
**response (8)**
27:12;29:12;47:4;
49:13;50:14;55:9;
74:9;75:21
**responsibility (1)**
80:23
**restricted (3)**
41:16,20;54:17
**restricting (1)**
40:17
**result (6)**
56:1;68:2;71:15;
75:10;80:5,19
**resuming (1)**
10:14
**retained (1)**
83:14
**retentions (1)**
25:16
**return (3)**
8:18,20,24
**rigged (1)**
54:13
**Right (93)**
5:13,23;11:6,12;
13:19;14:1,4,5;17:25;
18:4,7,11,16,18;21:1;
23:18;24:20;27:3,24;
28:23;29:2,8;30:3,8,
19;31:13,20;32:7;
33:3;35:11,12;37:2,
15;38:5;39:1,2,9,17,
19,20;40:1,4,16;41:7,
23;46:10;47:19,24;
48:8,19,24,25;51:10;
53:7;55:6,10;56:2,6;
57:19;58:18;59:25;
60:3,4,5,7,12;61:1,2;
63:2;64:21;67:7;68:4,
20;69:2,2;70:7;71:18,
24;72:23;75:23,25;
76:13;83:9,19;84:8,
14,24;85:1,5,18,20;
86:19;88:4
**rights (32)**
31:4;40:3,8,18,19;
42:3,6;47:8;48:2,14,
21;50:2;51:9,12,21;
54:4,11;62:11,15,18,
25;63:1,7,13,15,20,
22,24;64:1,3;65:23,25
**Rios (3)**
5:9;6:6,6
**risk (5)**
32:16;39:20;46:6;
48:11,16
**risking (1)**
44:10
**road (1)**
76:13
**robustly (2)**
42:19;46:22
**Rockville (2)**
61:18;74:25
**Roger (1)**
21:20
**role (1)**
8:19
**Roman (2)**
5:5,10
**room (3)**
43:9,11;49:10
**ROSA (4)**
5:1,5,10;84:13
**rose (1)**
46:14
**rounds (1)**
77:13
**route (1)**
33:11
**ruffle (1)**
24:9
**rule (2)**
44:20;82:6
**rules (2)**
34:24;84:25
**ruling (2)**
72:11;75:13
**rump (1)**
42:13
**run (3)**
41:5;42:14;88:12
**running (3)**
19:14;45:8;63:17

**S**

**Sacramento (3)**
18:4;36:14;59:20
**sale (4)**
5:11;7:16,18;8:8
**same (12)**
27:6;28:22;36:23;
37:1,8,8;52:7;54:9;
59:18,24;60:1;80:8
**sample (1)**
34:1
**San (4)**
18:4;72:7,19;83:5
**SANTA (4)**
5:1,5,10;84:13
**satisfaction (1)**
17:6
**satisfies (1)**
81:20
**saying (17)**
31:14,22;40:5;
44:13;51:20;52:11;
54:10;57:2,3,6;62:24;
74:11,15;75:1,5;
86:12;87:10
**scars (1)**
18:17
**schedule (1)**
85:10
**Schiavoni (90)**
7:1,5,6;23:13,15,19,
21,24;24:1,19;26:20,
20,24;27:2,4,18,21,
25;28:4,15,17,19,24;
29:3,7,9,22;30:1,4,7,
9,13;34:18;40:21,23,
24,24;41:4,11,13;
45:1,4;46:13;47:6,13,
15,17;51:13;52:18;
54:4;56:3;57:16,19;
59:9,12,17,19,22;
60:3,8,13;61:15;
62:16,21;63:20;64:8,
13,17,22;66:20,22;
67:12,17;68:5,11,13,
21;70:5,8,15,18,22;
71:2,9,20,22;77:5;
83:22;85:6;88:7
**Schiavoni's (3)**
15:14;48:10;53:10
**SCHUFREIDER (2)**
6:20,21
**scope (1)**
74:7
**second (3)**
26:3;72:16;74:24
**Section (1)**
86:23
**secure (1)**
84:18
**Security (1)**
22:18
**seek (2)**
54:6;74:11
**seeking (1)**
41:8
**seem (1)**
58:21
**seems (1)**
36:18
**select (2)**
42:18;46:19
**selected (1)**
72:5
**self-insured (1)**
25:16
**sell (2)**
41:19,19
**send (3)**
52:24,25;75:18
**sending (1)**
53:9
**sends (2)**
49:22;64:20
**sense (5)**
10:6,14;25:7;56:19;
68:1
**sentence (1)**
33:19
**September (3)**
7:22;8:4,8
**series (1)**
66:23
**serious (2)**
62:15;79:8
**seriously (1)**
78:3
**seriousness (1)**
22:20
**serve (3)**
36:25;61:22;63:23
**serving (1)**
63:14
**set (2)**
44:15;87:1
**setting (1)**
41:8
**settle (14)**
20:17,18;24:12,12,
13,13;35:1;38:3;46:7;
48:12;55:18;56:9;
71:13;76:11
**settlement (4)**
10:24;11:16;38:4;
78:12
**seventh (1)**
18:13
**Several (3)**
9:8;21:21;25:2
**severely (1)**
62:18
**sexual (2)**
76:23;79:3
**shape (3)**
42:22,23;66:25
**share (2)**
12:24,25
**shared (1)**
37:14
**shield (4)**
42:7;46:15;54:8;
62:2
**shielded (1)**
54:22
**shift (1)**
68:17
**showing (1)**
85:9
**shown (1)**
77:13
**shut (1)**
14:3
**shy (1)**
73:15
**side (12)**
10:11;12:11;13:3;
14:10;17:3,10,10,12;
22:12,14,17;41:2
**sided (1)**
64:6
**sidelines (2)**
38:25;79:4
**sideshows (1)**
77:12
**sign (4)**
23:1;29:20;86:25;
87:8
**signed (5)**

29:18;38:17;39:8;
52:13;69:25
**significance (1)**
36:1
**significant (6)**
19:9;35:13;77:3,10;
79:2;81:10
**signing (1)**
82:9
**signs (3)**
29:23,23;30:1
**silly (1)**
24:3
**similar (2)**
72:8;83:4
**simple (4)**
41:23;51:14,20;
52:3
**simplistic (1)**
40:13
**simply (2)**
40:8;42:18
**single (1)**
82:21
**sits (1)**
30:22
**sitting (1)**
64:11
**situation (2)**
49:15,16
**six (3)**
28:22;72:9;75:16
**sixth (1)**
18:12
**Skarzynski (1)**
7:13
**small (1)**
72:14
**smooth (1)**
24:10
**Society (1)**
6:21
**sole (3)**
33:14;35:19;63:14
**solo (1)**
8:21
**solution (1)**
19:15
**somebody (3)**
15:17;56:11;85:10
**somehow (4)**
34:9;46:20;54:14;
57:14
**someone (5)**
17:2;28:11,20;
49:21;84:4
**someone's (2)**
70:2;84:2
**sometimes (2)**
7:10;12:1
**soon (1)**
87:9
**Sorry (7)**
6:14;45:4;47:1;
50:10,25;55:2;56:5
**sort (5)**
42:14;46:21;59:17;
60:9;68:1
**sorts (2)**
51:17;75:11
**sought (1)**
64:23
**sounds (1)**
45:1
**source (1)**
57:10
**space (1)**
34:8
**SPEAKER (2)**
54:23;64:24
**special (4)**
5:19,22;49:2;61:3
**specific (2)**
53:3,5
**specifically (2)**
42:5;61:22
**speculation (2)**
39:24,25
**Spring (1)**
7:18
**square (1)**
67:9
**squeeze (1)**
54:16
**stage (1)**
23:4
**staggering (2)**
77:18,19
**stand (1)**
83:3
**standing (2)**
12:14;39:25
**start (3)**
15:21,22;47:14
**started (1)**
82:11
**stasis (1)**
68:9
**State (30)**
7:3;9:11;24:21;
25:2,13,24,25;26:7,
10,16,18;27:14,17;
32:17,18;33:20;
48:12;52:1,6;54:5;
55:23,23,25;65:24;
79:21,23;82:16;
83:19;86:2,22
**stated (1)**
81:21
**statement (2)**
16:16,18
**statements (1)**
26:17
**States (1)**
22:18
**stating (2)**
9:9;21:18
**status (11)**
66:15,16;68:9;
77:11,11,21;80:3;
85:14;86:3,5;87:1
**stay (94)**
24:21,23,25;25:3;
29:10;33:12;34:4,6;
35:1;37:6,15,23;39:7,
12;42:6,22;43:3,6,22;
44:4,20,21;46:14,16;
47:6,11;49:22,25;
50:4,5,15,17,21;51:1,
4,15,19,20;52:3;54:7,
8;55:13;56:17;57:8;
59:5,7;60:14,21,23;
61:17,20,22,24;62:1,
3,7;64:3,8,10,11,16,
22;66:25;67:6,15,18;
68:3,8,17;69:8,12;
70:9;72:8,14;73:22;
74:8,11,15;75:15;
76:5,18;78:2;79:16,
21;80:11;81:3,5,17;
82:6,8;83:7;85:17;
86:16;87:7
**stayed (3)**
33:11;56:3;84:23
**staying (1)**
74:17
**stay's (1)**
43:7
**stellar (1)**
9:18
**stems (2)**
74:5,18
**step (2)**
60:25;76:24
**still (4)**
7:23;22:7;36:16;
49:2
**Stinson (2)**
5:18;18:12
**Stippel (2)**
5:19;61:8
**stipulate (1)**
63:22
**stipulation (43)**
24:21,23,23;25:1;
32:10;33:1;35:13;
39:13;43:3,4,5;47:5;
48:13;49:4,11,20,24;
52:23,24;59:18,25;
60:1;65:18,22;66:6,
10,24;67:4,5,5,16;
75:11,12,14,15,18;
76:4;78:16;80:1,4,5;
81:6,20
**stipulation's (1)**
81:16
**Stockton (2)**
18:6,7
**stop (2)**
68:21;69:21
**stopping (2)**
17:3;18:21
**stops (3)**
55:10;69:1,6
**straightforward (1)**
12:9
**Street (1)**
7:18
**strongly (2)**
9:12;21:23
**structure (1)**
13:6
**structured (1)**
13:6
**stuff (3)**
43:1;52:18;69:20
**stumbling (1)**
28:16
**subgroup (1)**
72:14
**subject (2)**
48:22;58:22
**submitted (2)**
25:8;65:1
**subsequent (1)**
61:18
**sue (2)**
28:20,22
**sues (1)**
56:10
**sufficient (2)**
48:21;65:18
**sufficiently (1)**
56:15
**suggest (4)**
57:14,16;82:6;83:1
**suggestion (2)**
54:13;58:2
**superior (4)**
67:10;69:10,13;
74:6
**Support (2)**
24:22;65:1
**suppose (1)**
44:19
**Supreme (2)**
31:9;48:18
**sure (8)**
9:25;33:11;35:12;
40:9;58:3;77:22;
86:25;87:25
**surprised (1)**
70:23
**surprisingly (1)**
11:15
**survivor (4)**
33:22,23;38:17;
78:17
**survivors (7)**
36:11;38:14;39:21;
53:11;62:14;63:6,6
**survivors' (3)**
62:11,18;63:13
**suspect (1)**
81:25
**sword (4)**
42:7;46:14;54:9;
62:2
**sworn (1)**
58:15
**Syracuse (2)**
59:14;61:15
**system (8)**
42:1,3,8;52:6;54:5,
16;64:2;71:15

**T**

**table (1)**
53:2
**talk (11)**
12:17;13:9;15:12;
16:2;17:17,18;23:11;
48:1;50:19;83:12;
87:14
**talked (1)**
39:17
**talking (18)**
13:4,5;14:18,21;
15:6;16:19;17:7,8;
25:25;26:6;41:10;
43:2,3;50:21,23;51:1,
5;82:22
**talks (1)**
72:13
**Tancred (4)**
6:25;7:5;26:20;
40:24
**TB (1)**
32:6
**technical (1)**
82:4
**telling (2)**
13:24;69:12
**temporary (4)**
66:7,8,9,11
**tender (1)**
75:20
**tendered (2)**
40:1;82:4
**Tenth (1)**
80:13
**terms (6)**
24:22,25;36:11;
43:1;66:25;85:14
**test (1)**
65:6
**testimony (1)**
58:15
**That'd (1)**
75:8
**there'd (1)**
28:20
**therefore (1)**
11:16

**there'll (1)**
12:12
**thinking (1)**
44:14
**Third (3)**
18:3,4;81:1
**thirty (5)**
52:12;83:11;85:13,21;86:19
**thirty-million (2)**
71:4,6
**this-bankruptcy (1)**
53:20
**though (3)**
10:18;36:7;41:5
**thought (7)**
17:17;18:10;36:17;45:4;55:16,16;88:7
**three (64)**
9:10;25:1,13,15,24;26:7,10,10,16,18;27:1,17,17;29:13;30:16,23;31:25;32:17,18,22;33:2,7,15;35:1,12,15,17;36:18;38:20;39:5;40:19;41:25;44:7,24;51:20,21;52:4;60:14,23;69:3,5;70:13,21,21;72:5,10;75:17,17;76:5,17,23;77:4,5,7;78:5,22;79:4;80:20;81:1,17;82:8,22;85:14;87:10
**throw (1)**
38:7
**Throwing (1)**
19:24
**times (1)**
21:16
**timing (1)**
84:11
**title (1)**
7:23
**today (7)**
10:13;14:18;17:7,14;23:25;24:2,17
**today's (3)**
12:25;13:1,1
**together (1)**
67:2
**told (1)**
13:14
**Tom (1)**
5:11
**took (1)**
61:20
**top (1)**
30:22
**torpedo (1)**
46:6
**tort (8)**
19:9;34:14;42:1,2,7;54:15;64:1;77:24
**total (3)**
18:14;33:22;77:19
**totality (1)**
42:3
**totally (1)**
87:5
**tough (2)**
44:22;71:2
**towards (10)**
14:9,14;22:9;39:4;76:24;77:7,23;80:2,6,25
**track (1)**
31:11
**traded (1)**
67:25
**traditional (2)**
26:2;74:16
**treatment (5)**
12:2,15;13:11;78:18;79:1
**treats (4)**
10:20;12:17,19;15:6
**trial (9)**
35:1;44:10;69:13,14,18,22;70:3;76:10,12
**tries (1)**
56:10
**triggers (1)**
57:18
**tripping (1)**
49:22
**Truck (1)**
12:14
**true (2)**
36:13;80:8
**trust (2)**
12:9;56:10
**try (8)**
11:14;15:4,13;20:3;35:18;46:7;47:13;73:19
**trying (19)**
10:25;12:5;14:7,11;16:7,8;17:24;18:19;20:20,21;23:9;51:3;56:19;57:21,21;71:6,13;73:19;80:6
**Tucson (1)**
79:17
**turn (4)**
8:11;41:20;50:14;65:4
**Turner (1)**
7:9
**Twelve (2)**
18:14;80:18
**twice (2)**
10:12;82:25
**two (15)**
7:23;8:16;10:4,22;14:15;25:23;27:4;30:20;31:21;33:9;36:22;54:14;71:4;83:6,8
**type (1)**
66:11
**Typically (1)**
28:19

**U**

**umbrella (7)**
30:22;31:2,6,8,10,16,19
**Um-hum (2)**
31:5;87:15
**unanimous (2)**
9:9,11
**uncertain (1)**
8:24
**uncomfortable (1)**
54:3
**under (27)**
12:13;24:22,25;25:16;27:9;31:3,6,16,19;38:4;41:16;42:1;43:23;45:1,6,11;49:4,19;50:3;53:15;55:23,23;62:15;65:25;74:16;79:15;86:18
**underlying (1)**
62:6
**undermine (1)**
75:9
**understood (2)**
9:1;62:9
**undertake (1)**
36:9
**undisturbed (1)**
10:8
**UNIDENTIFIED (2)**
54:23;64:24
**United (1)**
22:18
**unjam (1)**
39:18
**unless (1)**
77:22
**unlikely (1)**
38:11
**unnecessary (1)**
68:2
**unresolved (1)**
78:24
**unrestricted (3)**
41:7,8,24
**up (19)**
14:15;23:15,22;38:7,7;40:14;44:23;46:8;54:14;56:11;57:14;59:1,8;61:15;66:16;75:16;81:9;83:3;85:9
**upload (2)**
22:23,25
**upon (6)**
23:6;24:24;25:7;82:9;86:10;87:7
**upshot (1)**
36:7
**urgency (1)**
10:15
**Use (3)**
19:11;24:10,15
**used (11)**
34:10;35:5,5,5;42:7;46:8,14,15;54:8,9;62:1
**using (1)**
51:5
**Utah (1)**
80:14

**V**

**valuable (1)**
10:5
**valuation (1)**
34:25
**valuations (1)**
78:12
**value (4)**
19:14;33:21,22;35:3
**values (1)**
59:2
**Vasa (1)**
5:14
**vectors (1)**
20:4
**verified (1)**
29:19
**versa (1)**
27:12
**versus (1)**
65:20
**vested (1)**
53:20
**veto (1)**
22:18
**vice (1)**
27:12
**victims (6)**
38:24,24;39:6;78:15,20;79:3
**view (4)**
36:13;46:5;60:20;61:13
**views (1)**
60:8
**violate (3)**
61:20,24;64:11
**violated (1)**
61:17
**violates (1)**
64:10
**violating (1)**
51:4
**violation (5)**
50:4,15,21;51:2;62:3
**vitiate (1)**
56:17
**voluntary (1)**
14:14
**votes (4)**
70:13,21,21,24
**voting (2)**
56:3;70:24

**W**

**Wait (8)**
44:17;63:3;73:7,7,7,7;74:21,21
**waiting (1)**
63:19
**waive (1)**
82:5
**wants (4)**
22:2;39:16;66:18;73:5
**warming (1)**
88:12
**warning (1)**
19:13
**waste (2)**
23:5;78:23
**wasting (1)**
27:7
**way (28)**
15:6;17:19;19:5,6,7;20:14;29:9;32:2;33:10;37:7,20;39:18;42:22,23;43:15;46:15,15,17;50:16;53:1;54:1;55:15;59:3;64:17;71:7;77:13;79:8,10
**ways (1)**
10:22
**week (2)**
39:6;85:9
**weeks (1)**
7:22
**WEINSTEIN (47)**
5:25;43:17,20;44:17,17,19;45:12,13,15;46:11,23,25;47:1,10,17,20,25;48:7,9,20,24;50:8,12,14,23;51:1,11;53:17;54:24;55:2;57:6,10,24;66:21;73:3,23,24,24;74:1,2,3,19,20;81:24;82:12;88:1,6
**Weinstein's (4)**
5:22;29:10;50:21;

87:14
**welcomed (1)** 82:13
**weren't (1)** 56:13
**Westport (3)** 6:17;33:5,6
**wh4ether (1)** 64:7
**whatnot (1)** 29:14
**what's (18)** 13:21;16:3;42:4,20;51:15;53:13,13;59:22;61:12,12;62:17,22;68:23;74:7;81:12;85:16;86:12;87:12
**Whereupon (1)** 88:16
**whistles (1)** 51:17
**whole (9)** 10:8;33:16;35:9;39:24;66:23;67:17,18,24;78:14
**who's (7)** 30:17;71:3;82:10,12;83:3,12;87:16
**wiggle (3)** 43:9,11;49:10
**willing (10)** 10:7;12:7;13:10;14:9,13;15:12;16:25;17:18;19:3;87:14
**willingly (1)** 19:2
**Willoughby (1)** 5:9
**wind (1)** 14:15
**winding (1)** 63:18
**WINSBERG (18)** 6:13,15,16;33:4;34:12;35:7,21,23,25;49:5,6,7,9,14,18;66:3,5,5
**Winsberg's (1)** 43:7
**winter (1)** 69:23
**withdrawn (2)** 8:17;20:7
**within (3)** 9:25;30:25;55:18
**without (5)** 18:21;39:11,20;51:4;60:17
**Womble (1)** 6:6
**Wong (1)** 6:22
**word (2)** 11:4;84:22
**work (4)** 12:22;15:13;44:16;51:7
**worked (1)** 7:24
**working (7)** 9:19,23,24,24;12:5;17:14;82:10
**works (1)** 70:16
**worried (1)** 50:20
**worry (1)** 35:5
**worse (1)** 68:16
**writing (1)** 74:24
**written (3)** 25:5;86:10;87:8
**wrong (1)** 63:24

**Y**

**year (1)** 42:2
**years (1)** 10:4
**yesterday (3)** 68:14;72:8,12
**York (1)** 59:13
**younger (1)** 72:23

**Z**

**zero (2)** 15:24;39:22
**Zoom (3)** 6:3,4;11:10
**Zurich (3)** 6:19;72:2,4

**1**

**10,000-foot (1)** 39:3
**100,000- (1)** 37:11
**105 (1)** 74:17
**108 (2)** 86:18,23
**11 (11)** 5:4;8:9;45:9,9,16;68:12,25;69:6;77:14,16;84:13
**1129 (1)** 41:16
**1162 (1)** 79:18
**12:46 (1)** 5:1
**12th (3)** 7:22;8:4,9
**13370 (1)** 7:18
**1450 (1)** 33:17
**15 (2)** 5:1;69:19
**18th (1)** 7:17
**1975 (2)** 30:25;31:18
**1990 (1)** 79:18

**2**

**2:45 (1)** 88:16
**200 (4)** 33:2;42:20;44:6;47:12
**2004 (1)** 64:5
**2023 (1)** 22:10
**2025 (1)** 5:1
**2026 (1)** 69:19
**208 (7)** 43:22;44:10,20,25;45:18;46:4;65:20
**21- (1)** 32:7
**23 (1)** 33:18
**24 (1)** 72:22
**250 (1)** 78:24
**259 (1)** 69:3
**260 (3)** 51:23;52:5;55:7
**260-odd (2)** 52:25;79:13
**262 (2)** 65:8;69:3
**265 (1)** 70:13

**3**

**3 (4)** 47:11,12;65:20;78:23
**300 (1)** 59:19
**31 (1)** 33:18
**327e (1)** 49:2
**362 (1)** 57:19
**362a (1)** 57:18
**362d1 (1)** 79:15

**4**

**4001 (1)** 82:6

**6**

**66 (2)** 74:16,17

**9**

**9019 (8)** 38:4;55:19;65:5,13,13,16;75:13;81:19
**912 (1)** 79:18

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On August 28, 2025, I served a true and correct copy of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1311]**

- **Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1312]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 3, 2025, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# EXHIBIT A

R1552

**Exhibit A**

**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com;<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Esq<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us;<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | First Class Mail |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | MMcCurdy@cozen.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | patrick.maxcy@dentons.com;<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com;<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | chris.johnson@diamondmccarthy.com;<br>adiamond@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Nathan Reinhardt<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com;<br>RWRoten@duanemorris.com;<br>NReinhardt@duanemorris.com;<br>TWEvanston@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | First Class Mail |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com;<br>tphinney@ffwplaw.com;<br>jrios@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | First Class Mail |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | First Class Mail |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail) | | First Class Mail |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com;<br>llinsky@mwe.com;<br>nrowles@mwe.com;<br>cray@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | First Class Mail |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov;<br>Trevor.Fehr@usdoj.gov;<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Counsel for Tracy Hope Davis, the United States<br>Trustee for Region 17 | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | Greg.Powell@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | hwinsberg@phrd.com;<br>mweiss@phrd.com;<br>mroberts@phrd.com;<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | tjacobs@phrd.com;<br>jbucheit@phrd.com | Email |
| *NOA | Pfister & Saso, LLP | Attn: Robert Pfister<br>10250 Constellation Blvd, Ste 230<br>Los Angeles, CA 90067 | rpfister@pslawllp.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |

**Exhibit A**

**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com;<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com;<br>jweinberg@ruggerilaw.com | Email |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | First Class Mail |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com;<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com;<br>michael.torkin@stblaw.com;<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com;<br>tevanston@skarzynski.com;<br>nreinhardt@skarzynski.com;<br>rroten@skarzynski.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's London and certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Ashley I Storey<br>1 Battery Park Plz, Fl 32<br>New York, NY 10004 | astorey@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | First Class Mail |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | Robert.Charles@wbd-us.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | Katie.Rios@wbd-us.com | Email |

# EXHIBIT B

R1556

**Exhibit B**

**Service List**

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Law Office of Robin D. Craig | Robin D. Craig | 6114 La Salle Ave., No. 517 | Oakland, California 94611 | rdcraig@rcraiglaw.com | Email<br>First Class Mail |

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, (Case No. 23-30564)
R1557

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv. No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On August 26, 2025, I served a true and correct copy of the following documents via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1305]**

- **Notice of Amended Exhibit B to Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 22]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 5, 2025, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# EXHIBIT A

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Esq<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | First Class Mail |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | MMcCurdy@cozen.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Nathan Reinhardt<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>NReinhardt@duanemorris.com<br>TWEvanston@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | First Class Mail |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | First Class Mail |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | First Class Mail |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail) | | First Class Mail |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | First Class Mail |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Counsel for Tracy Hope Davis, the United States<br>Trustee for Region 17 | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | Greg.Powell@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| *NOA | Pfister & Saso, LLP | Attn: Robert Pfister<br>10250 Constellation Blvd, Ste 230<br>Los Angeles, CA 90067 | rpfister@pslawllp.com | Email |
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | First Class Mail |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's London and certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Ashley I Storey<br>1 Battery Park Plz, Fl 32<br>New York, NY 10004 | astorey@skarzynski.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | First Class Mail |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | Katie.Rios@wbd-us.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | Robert.Charles@wbd-us.com | Email |

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF AMENDED EXHIBIT IN SUPPORT OF DEBTOR'S MOTION TO APPROVE COMPROMISE AND STIPULATION MODIFYING THE AUTOMATIC STAY**<br><br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Location: via Zoom<br>Judge: Hon. Dennis Montali |

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF"), in the above-captioned chapter 11 case (the "Bankruptcy Case" or "Main Case"), hereby files an Amended Exhibit B, which was attached to the Stipulation;[1]

1. The Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [ECF No. 1285] (the "Motion") was filed with a Proposed Order, which incorporates the Stipulation as Exhibit 1. Exhibit B to that Stipulation is being amended. The amendment adds six (6) additional Affiliate State Court Actions that the Survivor Defendants agree are enjoined from proceeding.

2. A true and correct copy of the Amended Exhibit B is attached hereto as ***Exhibit B-Amended***; and;

3. For the convenience of the Court and the parties, a true and correct copy of the compare document that reflects the Amendment is attached hereto as ***Exhibit 2*** (the "Redline"). The Redline shows that the six additional Affiliate State Court Actions are found at numbers twenty-five (25) through thirty (30), under the "Catholic Charities CYO of the Archdiocese of San Francisco" heading.

Dated: August 26, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 26, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ori Katz
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

[1] All terms not otherwise defined herein have the same meaning as set forth in the Motion.

# AMENDED
# EXHIBIT B

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1.  John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2.  John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3.  C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4.  John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5.  Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6.  John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7.  John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8.  John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9.  LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14. Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17. John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18. John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19. John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20. John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21. John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22. John Roe 417 v. Doe Archdicese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23. John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24. G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25. John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26. John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28. John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29. John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30. John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT 2

R1571

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14. Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17. John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18. John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19. John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20. John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21. John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22. John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23. John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24. G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25. John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26. John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27.     John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28.     John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29.     John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30.     John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1.      Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2.      John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3.      Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4.      John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1.      Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2.      Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1.      John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2.      John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3

through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1.  Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2.  John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3.  Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4.  John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5.  Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6.  John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7.  Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1.  John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>[No Hearing Requested] |

**STIPULATION TO EXTEND STANDSTILL AGREEMENT [11 U.S.C § 1121(d)]**

This stipulation to extend the standstill agreement (the "Standstill Agreement") is made and entered into by and among The Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession (the "RCASF" or the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee").

## I. RECITALS

WHEREAS, pursuant to section 1121(d) of title 11 of the United States Code, the period during which the Debtor had the exclusive right to file a chapter 11 plan expired on February 20, 2025.

WHEREAS, the Debtor and the Committee previously entered into a standstill agreement which is set to expire on August 20, 2025. ECF No. 999.

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The "Second Standstill Period" is a period starting on August 20, 2025, and ending on the earlier of February 20, 2026, or 45 days after the date the Debtor or the Committee send a notice of termination by email to the other party to this Standstill Agreement.

2. The Debtor and the Committee shall not file or solicit a plan of reorganization during the Second Standstill Period.

3. This Standstill Agreement shall be binding on the Debtor, the Committee, and their undersigned counsel, as applicable.

4. This Standstill Agreement shall become effective upon execution by counsel for the Debtor and counsel for the Committee; provided however, that notwithstanding Bankruptcy Rule 6004(h), any order approving this stipulation shall be immediately effective and enforceable upon its entry.

///

///

///

///

///

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, and/or enforcement of this Standstill Agreement.

***STIPULATED AND AGREED TO BY:***

Dated: August 26, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Archbishop of San Francisco

Dated: August 26, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Brittany M. Michael*
Brittany M. Michael
Counsel for the Official Committee of Unsecured Creditors

PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

ORI KATZ, State Bar No. 209561
ALAN H. MARTIN, State Bar No. 132301
JEANNIE KIM, State Bar No. 270713
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,,<br><br>Debtors. | Case No. 23-30564<br><br>Chapter 11<br><br>**NOTICE OF ADJOURNED HEARING ON INTERIM APPLICATIONS FILED BY RETAINED PROFESSIONALS**<br>a<br>Original Hearing Date<br>Date: August 28, 2025<br>Time: 1:30 p.m.<br>Place: Via ZoomGov<br><br>Adjourned Hearing Date<br>**Date: September 12, 2025**<br>**Time: 10:00 a.m.**<br>Place: Courtroom 17 or via ZoomGov<br>350 Golden Gate Avenue, 16th Floor<br>San Francisco, California 94102<br><br>Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that the hearing on the below interim applications for award of compensation and reimbursement of expenses (collectively, the "Interim Applications") that is currently scheduled for August 28, 2025, at 1:30 p.m., is being adjourned to **September 12, 2025, at 10:00 a.m.** (the "Adjourned Hearing"), before the Honorable Dennis Montali, United States Bankruptcy Judge, in Courtroom 17 of the United States Bankruptcy Court for the Northen District of California, or via ZoomGov.

**PLEASE TAKE FURTHER NOTICE** that the First Interim Applications that will be heard at the Adjourned Hearing include the following:

1. *Fifth Interim Application of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP for Allowance of Fees and Reimbursement of Expenses as Bankruptcy Counsel for the Debtor in Possession for the Period of February 1, 2025, Through May 31, 2025*;

2. *Fifth Interim Application of Sheppard Mullin Richter & Hampton LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2025, Through May 31, 2025*;

3. *Fifth Interim Application of Weintraub Tobin Chediak Coleman Grodin Law Corporation for Allowance of Fees and Reimbursement of Expenses as Special Litigation Counsel for the Debtor in Possession for the Period of February 1, 2025, Through May 31, 2025*;

4. *Fifth Interim Application of GlassRatner Advisory & Capital Group, LLC for Allowance of Fees and Reimbursement of Expenses as Financial Advisor for the Debtor for the Period of February 1, 2025, Through May 31, 2025*;

5. *Third Interim Application of Blank Rome, LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel for the Debtor in Possession for the Period of February 1, 2025, Through May 31, 2025*;

6. *Fourth Interim Application of TransPerfect Legal Solutions for Allowance of Fees and Reimbursement of Expenses as Provider of Litigation Support Consulting and E-Discovery Services to the Debtor for the Period of February 1, 2025, Through May 31, 2025*;

7. *Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2025 Through May 31, 2025*;

8. *Fifth Interim Fee Application of Berkely Research Group, LLC for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period February 1, 2025 Through May 31, 2025*; and

9. *Fifth Interim Fee Application of Burns Bair LLP as Special Insurance Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2025 Through May 31, 2025.*

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to an Interim Application must have been made in writing, filed with the Bankruptcy Court, and served on the respective applicant, as well as those parties listed on the Limited Service List,[1] on or before July 31, 2025. As of the date of this notice, no timely objections have been filed with the Court though the report of Elise Frejka, Esq., the fee examiner appointed in this case, has not yet been filed.

**PLEASE TAKE FURTHER NOTICE** that you may participate in this hearing in-person or by Zoom. To attend in-person, you should arrive at **Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102** no later than the time set forth in this notice. To attend via Zoom, please consult the court's website, which provides information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

Dated: August 26, 2025

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By *_/s/ Paul J. Pascuzzi_*
PAUL J. PASCUZZI
JASON E. RIOS
THOMAS R. PHINNEY
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 26, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *_/s/ Jeannie Kim_*
ORI KATZ
ALAN H. MARTIN
JEANNIE KIM
Attorneys for The Roman Catholic Archbishop of San Francisco

[1] "Limited Service List" has the same meaning set forth in the *Final Order Granting Motion to Establish Notice Procedures and to File Confidential Information Under Seal* at ECF No. 227, and includes those parties in interest listed on that *Limited Service List* filed with the Court on March 27, 2024, at ECF No. 566.

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |
|---|---|

I, Sierra Aust, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On August 7, 2025, I served a true and correct copy of the following documents to be served via the method set forth on the Limited Service List attached hereto as **Exhibit A**:

- **Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285]**
- **[Proposed] Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1285-1]**
- **Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286]**
- **Request for Judicial Notice and Supporting Evidence in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1287]**
- **Declaration of Fr. Patrick Summerhays in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1288]**
- **Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 21]**

On August 7, 2025, I served a true and correct copy of the following document to be served via the method set forth on the Limited Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1286]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 12, 2025, at Woodland Hills, California.

Sierra Aust
Omni Agent Solutions, Inc.

# EXHIBIT A

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com;<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Esq<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us;<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | MMcCurdy@cozen.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com;<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | john.grossbart@dentons.com;<br>patrick.maxcy@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | adiamond@diamondmccarthy.com;<br>chris.johnson@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Nathan Reinhardt<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com;<br>NReinhardt@duanemorris.com;<br>RWRoten@duanemorris.com;<br>TWEvanston@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | jrios@ffwplaw.com;<br>ppascuzzi@ffwplaw.com;<br>tphinney@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | cray@mwe.com;<br>dazman@mwe.com;<br>llinsky@mwe.com;<br>nrowles@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | Greg.Powell@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov;<br>Trevor.Fehr@usdoj.gov;<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com;<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | dgallo@phrd.com;<br>hwinsberg@phrd.com;<br>mroberts@phrd.com;<br>mweiss@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | jbucheit@phrd.com;<br>tjacobs@phrd.com | Email |
| *NOA | Pfister & Saso, LLP | Attn: Robert Pfister<br>10250 Constellation Blvd, Ste 230<br>Los Angeles, CA 90067 | rpfister@pslawllp.com | Email |

**Exhibit A**

**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com;<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com;<br>jweinberg@ruggerilaw.com | Email |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com;<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com;<br>david.elbaum@stblaw.com;<br>michael.torkin@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's London and certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Ashley I Storey<br>1 Battery Park Plz, Fl 32<br>New York, NY 10004 | astorey@skarzynski.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com;<br>nreinhardt@skarzynski.com;<br>rroten@skarzynski.com;<br>tevanston@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | Katie.Rios@wbd-us.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | Robert.Charles@wbd-us.com | Email |

# EXHIBIT B

**Exhibit B**

**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | First Class Mail |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | First Class Mail |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | First Class Mail |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | First Class Mail |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | c/o Secured Property Tax<br>P.O. Box 7426<br>San Francisco, CA 94120 | | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | First Class Mail |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | First Class Mail |

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice*)
Jesse J. Bair (*Pro Hac Vice*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
jbair@burnsbair.com

*Attorneys for The Official Committee of the Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564<br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DB ROE SF et al.,<br><br>Defendants. | Adv. Proc. 25-03019<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On June 12, 2025**,** I caused to be served the following documents in the manner stated below:

- **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE DEBTOR'S MOTION FOR AN EXTENSION OF THE AUTOMATIC STAY TO ALL STATE COURT CASES IN WHICH THE DEBTOR AND NON-DEBTOR AFFILIATES ARE NAMED AS DEFENDANTS UNDER BANKRUPTCY CODE SECTIONS 362 AND 105(a)**
- **DECLARATION OF JESSE J. BAIR IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE DEBTOR'S MOTION FOR AN EXTENSION OF THE AUTOMATIC STAY**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE DEBTOR'S MOTION FOR AN EXTENSION OF THE AUTOMATIC STAY**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **June 12, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 12, 2025 at San Francisco, California.

*/s/ Matthew Renck*
*Legal* Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**ECF/NEF List**

- **Gail S. Greenwood** ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim** jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Robert J. Pfister** rpfister@pslawllp.com

**VIA EMAIL**

- Paul Pascuzzi, Esq. ppascuzzi@ffwplaw.com
- Ori Katz, Esq. okatz@sheppardmullin.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

**FIRST CLASS MAIL**

Mike Finnegan
Jennifer Stein
JEFF ANDERSON & ASSOCIATES
12011 San Vicente Blvd., Suite 700
Los Angeles, CA 90049
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, Jane Doe SF 2017, John Doe SF 1426, John Doe MR 1236*

Joseph C. George, Jr.
JOSEPH GEORGE JR LAW
601 University Ave #270
Sacramento, CA 95825
*Counsel for Joseph Doe OAK 475*

REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
*Counsel for John PV Roe 554*

Devin Storey
THE ZALKIN LAW FIRM, P.C.
10590 West Ocean Air Drive, Suite 175
San Diego, CA 92130
*Counsel for John DB Roe SF*

JOEL BIEBER LAW FIRM
6806 Paragon Place, Suite 100
Richmond, VA 23230
*Counsel for John Doe H.M.*

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur D'Alene, ID 83815
*Counsel for C.M., G.J., and M.R.H.*

Ryan Camastra
SLATER SLATER & SCHULMAN LLP
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211
*Counsel for John Roe 521, John Roe 643, John Roe 644, John Roe 457, John Roe 417, John Roe 499*

Jennifer Liakos
LIAKOS LAW, APC
1611 S. Pacific Coast Hwy, Suite 2000
Redondo Beach, CA 90277
*Counsel for LL John Doe WC*

RIBERA LAW FIRM
157 West Portal Ave., Suite 2
San Francisco, CA 94127
*Counsel for John Doe*

Justin Felton
HERMAN LAW
800 South Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for G.W.*

THOMPSON LAW OFFICES
700 Airport Blvd., Suite 160
Burlingame, CA 94010
*Counsel for John Doe A.D.R.*

Kelsey Campbell
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
*Counsel for John Doe L.M.*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

KETTERER, BROWNE & ASSOCIATES
336 South Main Street
Bel Air, MD 21014
*Counsel for John Doe A.L.R.*

VAN BLOIS & ASSOCIATES
7677 Oakport Street, Suite 565
Oakland, CA 94621
*Counsel for Jane Doe 7*

Peter C. Califano
NIESAR & VESTAL LLP
90 New Montgomery St, 9th Floor
San Francisco, CA 94105
*Counsel for The Roman Catholic Seminary of San Francisco*

Randy Michelson
MICHELSON LAW GROUP
220 Montgomery Street, Suite 2100
*Counsel for Catholic Charities CYO of the Archdiocese of San Francisco*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv. No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On June 19, 2025, I served a true and correct copy of the following documents via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Reply in Support of Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362 [Adv. Docket No. 18]**
- **Cover Letter**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 26, 2025, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

**EXHIBIT A**

R1596

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re. THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO §
§
§
Debtor(s) §

Case No. 23-30564

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025

Petition Date: 08/21/2023

Months Pending: 25

Industry Classification: 8 6 6 1

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 86

Debtor's Full-Time Employees (as of date of order for relief): 85

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Flanagan
Signature of Responsible Party

Michael Flanagan
Printed Name of Responsible Party

09/22/2025
Date

One Peter Yorke Way, San Francisco CA 94109
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO　　Case No. 23-30564

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $178,856,660 | |
| b. | Total receipts (net of transfers between accounts) | $7,593,478 | $158,328,680 |
| c. | Total disbursements (net of transfers between accounts) | $6,227,829 | $151,464,801 |
| d. | Cash balance end of month (a+b-c) | $180,222,309 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $6,227,829 | $151,464,801 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $3,159,010 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $1,739,485 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $195,298,072 |
| e. | Total assets | $224,266,733 |
| f. | Postpetition payables (excluding taxes) | $408,569 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $408,569 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $334,667 |
| m. | Prepetition unsecured debt | $2,768,900 |
| n. | Total liabilities (debt) (j+k+l+m) | $3,512,136 |
| o. | Ending equity/net worth (e-n) | $220,754,597 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $7,593,478 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $7,593,478 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $5,644,510 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $583,319 | |
| k. | Profit (loss) | $1,365,649 | $6,863,879 |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $280,219 | $7,576,778 | $328,254 | $7,281,839 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Felderstein Fitzgerald | Co-Counsel | $37,866 | $976,104 | $30,496 | $938,338 |
| | ii | Sheppard Mullin | Co-Counsel | $119,693 | $3,143,290 | $172,519 | $3,023,623 |
| | iii | B. Riley/GlassRatner | Financial Professional | $17,688 | $1,017,542 | $30,786 | $999,853 |
| | iv | Omni Agent Sol. (Sec. 156 (c)) | Other | $0 | $336,447 | $0 | $336,447 |
| | v | Omni Agent Solutions | Other | $0 | $22,964 | $0 | $22,964 |
| | vi | Weintraub Tobin | Special Counsel | $39,567 | $1,035,372 | $44,109 | $980,959 |
| | vii | Weinstein & Numbers | Special Counsel | $0 | $280,503 | $0 | $280,503 |
| | viii | Blank Rome | Special Counsel | $63,830 | $662,906 | $46,407 | $599,076 |
| | ix | Transperfect | Other | $1,574 | $101,651 | $3,936 | $100,077 |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $582 | $900,864 | $582 | $900,864 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Stewardship Planned Giving | Other | $0 | $42,124 | $0 | $42,124 |
| | ii | Partnerships in Mission School | Other | $0 | $83,694 | $0 | $83,694 |
| | iii | Grant Thornton | Financial Professional | $0 | $41,695 | $0 | $41,695 |
| | iv | BPM LLP | Other | $0 | $285,804 | $0 | $285,804 |
| | v | Korn Ferry | Other | $0 | $16,667 | $0 | $16,667 |
| | vi | Best Best & Krieger | Special Counsel | $0 | $3,713 | $0 | $3,713 |
| | vii | Gallagher Benefit Services | Financial Professional | $0 | $58,387 | $0 | $58,387 |
| | viii | Global Retirement Partners LLC | Financial Professional | $0 | $97,724 | $0 | $97,724 |
| | ix | Beacon Pointe LLP | Financial Professional | $0 | $176,523 | $0 | $176,523 |
| | x | Perr & Knight | Other | $0 | $8,250 | $0 | $8,250 |
| | xi | Catholic Legal Immigration Net | Other | $0 | $20,000 | $0 | $20,000 |
| | xii | Nicolay Consulting Group | Other | $0 | $41,702 | $0 | $41,702 |
| | xiii | Altum Edge | Other | $0 | $24,000 | $0 | $24,000 |
| | xiv | Littler Mendelson, PC | Other | $582 | $582 | $582 | $582 |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

UST Form 11-MOR (12/01/2021) 6

R1602

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO　　Case No. 23-30564

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $375,820 | $15,176,782 | $583,901 | $14,788,423 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $49,143 | $1,121,253 |
| e. | Postpetition property taxes paid | $0 | $78,769 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ◉ No ◯

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ◯ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ◯

d. Are you current on postpetition tax return filings? — Yes ◉ No ◯

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ◯

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ◯ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◉ No ◯ N/A ◯

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◯ No ◉

k. Has a disclosure statement been filed with the court? — Yes ◯ No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ◯

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Michael Flanagan | Michael Flanagan |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 09/22/2025 |
| Title | Date |

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021) 10

R1606

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO

Case No. 23-30564

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) 11

R1607

Debtor's Name THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO Case No. 23-30564

PageThree

PageFour

UST Form 11-MOR (12/01/2021) 2

R1608

**Roman Catholic Archbishop of San Francisco** — **Schedule 1**
**United States Bankruptcy Court - Northern District of California - [Case # 23-30564]**
**Statement of Receipts & Disbursements (Restricted and Unrestricted Debtor Bank Accounts)**
**August 1, 2025 - August 31, 2025**

| Description | Accounts Payable Checking | Stock Clearing Brokerage Account | Chancery Payroll Account | Investment Pool Checking Acct | Imprest - Settlement Payments (AJ Gallagher) | Main Operating Account | ADSF Restricted Checking | Investment Account | Imprest - General Liability (George Hills Co.) | Investment Pool [1] | Total of all Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bank of America | J.P.Morgan | Bank of America | Bank of America | Bank of America | Bank of America | Bank of America | BofA Securities, Inc. | California Bank & Trust | US Bank | |
| | ***0220 | ***8113 | ***2233 | ***4129 | ***4577 | ***5250 | ***7083 | ***9371/2C19 | ***9479 | Various | |
| **Beginning Balance (8/1/2025)** | **$ 560,820** | **$ -** | **$ 101,174** | **$ 32,160** | **$ 16,443** | **$ 1,866,422** | **$ 8,456,176** | **$ 54,793,989** | **$ 100,000** | **$ 112,929,476** | **$ 178,856,660** |
| ***Plus Receipts:*** | | | | | | | | | | | |
| **Diocese Related Receipts** | | | | | | | | | | | |
| AAA | - | - | - | - | - | - | 299,792 | - | - | - | **299,792** |
| RI Tax/Cathedraticum | - | - | - | - | - | 127,338 | - | - | - | - | **127,338** |
| Rental Property Income | - | - | - | - | - | 302,656 | - | - | - | - | **302,656** |
| Cemetery Receipts | - | - | - | - | - | 118,333 | - | - | - | - | **118,333** |
| Fees for Services | (1,100) | - | - | - | - | 136,015 | - | - | - | - | **134,915** |
| Gifts & Donations | - | - | - | - | - | 152,992 | 254,139 | - | - | - | **407,131** |
| Investment Receipts/Interest | - | - | - | - | - | - | - | 207,483 | - | - | **207,483** |
| Miscellaneous Receipts | - | - | - | - | - | 80,982 | 1,158 | - | - | - | **82,140** |
| **Reimbursements from non-debtor entities:** | - | - | - | - | - | - | - | - | - | - | **-** |
| Insurance Reimbursements | - | - | - | - | - | 3,793,647 | - | - | - | - | **3,793,647** |
| Pension Reimbursements [3] | - | - | - | - | - | - | 114,979 | - | - | - | **114,979** |
| Disbursement of Pension Reimbursements | - | - | - | - | - | - | (230,740) | - | - | - | **(230,740)** |
| Pass-through Restricted Gifts [4] | - | - | - | - | - | - | - | - | - | | |
| Received on Behalf of Others | - | 61,584 | - | - | - | - | (41,756) | - | - | - | **19,827** |
| Disbursed to Intended Recipient | - | - | - | - | - | - | (84,937) | - | - | - | **(84,937)** |
| **Total Receipts** | **(1,100)** | **61,584** | **-** | **-** | **-** | **4,711,963** | **312,634** | **207,483** | **-** | **-** | **5,292,563** |
| ***Less Disbursements:*** | | | | | | | | | | | |
| **Diocese Related Disbursements** | | | | | | | | | | | |
| Payroll & Benefits - Diocese | 1,801 | - | 809,425 | - | - | 8,644 | - | - | - | - | **819,870** |
| Insurance - Diocese | 297,443 | - | - | - | - | - | - | - | - | - | **297,443** |
| Other Operating Expenses | 344,747 | - | - | - | 2,765 | 530 | - | - | 5,379 | - | **353,421** |
| Professional Fees - Ordinary Course Professionals | 582 | - | - | - | - | - | - | - | - | - | **582** |
| Professional Fees - Bankruptcy | 583,319 | - | - | - | - | - | - | - | - | - | **583,319** |
| Mediator Fees [5] | 86,842 | - | - | - | - | (17,341) | - | - | - | - | **69,500** |
| Repairs & Maintenance | 18,801 | - | - | - | - | - | - | - | - | - | **18,801** |
| Program Expenses | 77,199 | - | - | - | - | - | 2,972 | - | - | - | **80,171** |
| Office Expenses | 220,593 | - | - | - | - | - | - | - | - | - | **220,593** |
| Utilities | 10,974 | - | - | - | - | - | - | - | - | - | **10,974** |
| Priest Retirement Benefits | 56,204 | - | - | - | - | 19,714 | - | - | - | - | **75,918** |
| Assessments | - | - | - | - | - | - | - | - | - | - | **-** |
| Parish Refunds | - | - | - | - | - | - | 50 | - | - | - | **50** |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - | **-** |
| Credit Card Funding | - | - | - | - | - | 50,000 | - | - | - | - | **50,000** |
| Insurance-related disb. on behalf of Non-Debtor entities | 3,548,975 | - | - | - | - | 1,907 | - | - | - | - | **3,550,882** |
| Other disbursements on behalf of non-debtor entities | 2,500 | - | - | 41,808 | - | - | 44,530 | - | - | - | **88,837** |
| **Total Disbursements** | **5,249,979** | **-** | **809,425** | **41,808** | **2,765** | **63,455** | **47,552** | **-** | **5,379** | **-** | **6,220,361** |
| Transfers | 5,264,681 | (60,473) | 789,215 | 95,131 | 5,293 | (5,201,141) | (203,796) | - | - | (688,910) | **-** |
| Deposit & Loan Net Investment Activity | - | - | - | - | - | - | - | - | - | - | **-** |
| Funding of Investment Pool | - | - | - | - | - | - | - | - | - | - | **-** |
| Benefit Payments from Investment Pool | - | - | - | - | - | - | - | - | - | (926) | **(926)** |
| Interest/Dividends on Investment Pool | - | - | - | - | - | - | - | - | - | 135,296 | **135,296** |
| Brokerage Fees | - | - | - | - | - | - | - | - | - | (6,542) | **(6,542)** |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | - | (1,111) | - | - | - | - | - | - | - | 2,166,730 | **2,165,619** |
| **Bank Balance** | **$ 574,422** | **$ -** | **$ 80,964** | **$ 85,483** | **$ 18,971** | **$ 1,313,789** | **$ 8,517,461** | **$ 55,001,472** | **$ 94,621** | **$ 114,535,124** | **$ 180,222,308** |

***Notes:***

[1] Summary balances. See detail on following table.

[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

[3] The Debtor collects, aggregates, and holds in trust on behalf of non-debtor entities certain employee pension contributions. These contributions are forwarded to the pension custodian on a pass-through basis.

[4] The Debtor serves as a pass-through conduit for gifts of securities intended for certain non-debtor entities, which are deposited into a restricted bank account, monetized and disbursed to the intended recipient. In addition, the Debtor receives, on a pass-through basis, certain gifts intended for non-debtor entities. The Debtor processes these gifts on behalf of the intended recipients and ensures appropriate documentation supporting restrictions and directions. These funds are subsequently forwarded to the intended recipient following completion of documentation.

[5] Per Order Referring Case to Mediation and Appointing Mediator (DE # 747), the Debtor is to pay the full amount of the invoice and receive 66.6% back from Insurer's Group for their share

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California -**
**[Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool Accounts)**
**August 1, 2025 - August 31, 2025**

**Schedule 2**

| Description | ADSF Composite Balanced Pool | Diamond Hill | Jensen | Metwest | Vaughan Nelson | Segall Bryant | Amer Core | Redwood-Kairos Real Estate Value Fund VI | Kimpact Evergreen | Baron Emerging |
|---|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8800 | ***8801 | ***8802 | ***8803 | ***8804 | ***8805 | ***8807 | ***8808 | ***8809 | ***8810 |
| **Beginning Balance (8/1/2025)** | **$ 17,116,360** | **$ 19,641,698** | **$ 15,642,147** | **$ 7,118,194** | **$ 6,010,286** | **$ 15,535,632** | **$ 3,914,155** | **$ 839,252** | **$ 959,780** | **$ 3,458,399** |
| Transfers | (380,229) | | | - | | - | (79,212) | - | - | - |
| Funding of Investment Pool | - | - | | - | - | - | - | - | - | |
| Benefit Payments from Investment Pool | - | - | | - | - | - | - | - | - | |
| Interest/Dividends on Investment Pool | 30 | 31,143 | 11,745 | 21,030 | 8,384 | 61,889 | 226 | - | 0 | - |
| Brokerage Fees | - | - | - | - | - | - | - | - | - | - |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | 551,806 | 617,767 | 152,686 | 76,532 | 368,109 | 122,404 | (126) | - | 17 | (17,868) |
| **Bank Balance** | **$ 17,287,967** | **$ 20,290,608** | **$ 15,806,578** | **$ 7,215,756** | **$ 6,386,779** | **$ 15,719,924** | **$ 3,835,042** | **$ 839,252** | **$ 959,797** | **$ 3,440,531** |

**Notes:**
[1] Balances include approximately $2.8 million of funds held on behalf of other entities.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

**Roman Catholic Archbishop of San Francisco**
**United States Bankruptcy Court - Northern District of California - [Case # 23-30564]**
**Statement of Receipts & Disbursements (Investment Pool Accounts)**
**August 1, 2025 - August 31, 2025**

**Schedule 2**

| Description | Wells Cap Emerging | Cuit International Eq | Cliffwater Corp Lend | Kairos Cr Strat REIT | Redwood-Kairos Real Estate Fund VIII | Partners Group | Montauk Triguard | ADSF - SERP | Total Investment Pool |
|---|---|---|---|---|---|---|---|---|---|
| | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank | US Bank |
| | ***8811 | ***8812 | ***8813 | ***8814 | ***8816 | ***8817 | ***8818 | ***8900 | Various [1] |
| **Beginning Balance (8/1/2025)** | **$ 3,270,971** | **$ 9,235,488** | **$ 3,268,766** | **$ 2,654,523** | **$ 1,387,157** | **$ 1,683,836** | **$ 967,308** | **$ 225,525** | **$ 112,929,476** |
| Transfers | - | (215,000) | - | - | - | - | (14,468) | | (688,910) |
| Funding of Investment Pool | | | - | - | - | - | - | - | - |
| Benefit Payments from Investment Pool | | | - | - | - | - | - | (926) | (926) |
| Interest/Dividends on Investment Pool | - | - | - | 1 | 0 | 0 | 51 | 796 | 135,296 |
| Brokerage Fees | (6,542) | - | - | - | - | - | - | - | (6,542) |
| Plus/ (Minus) Unrealized and realized Gains/(losses)[2] | 55,590 | 195,869 | 15,361 | 17 | 7 | 28,595 | (33) | (3) | 2,166,730 |
| **Bank Balance** | **$ 3,320,020** | **$ 9,216,357** | **$ 3,284,127** | **$ 2,654,541** | **$ 1,387,164** | **$ 1,712,432** | **$ 952,857** | **$ 225,392** | **$ 114,535,124** |

**Notes:**
[1] Balances include approximately $2.8 million of funds held on behalf of other entities.
[2] Total Receipts plus the investment net gains and losses reconciles to Part 1 of the MOR.

| Roman Catholic Archbishop of San Francisco<br>United States Bankruptcy Court - Northern District of California [Case #23-30564]<br>Statement of Operations (For the Period August 1, 2025 - August 31, 2025) - Modified Cash Basis<br>UNAUDITED - Not in accordance with GAAP- Sub ect to Material Change | | Schedule 3 |
|---|---|---|
| Gross income / Sales (net of returns and allowances; includes investment gains / losses) | $ | 7,593,477 |
| Cost of goods sold (incl. depreciation, if applicable) | | - |
| Gross profit (a - b) | $ | 7,593,477 |
| Selling expenses | | - |
| General and administrative expenses | | 5,644,510 |
| Other expenses | | - |
| Depreciation and/or amortization (not included in 4b) | | - |
| Interest | | - |
| Taxes (local, state, and federal) | | - |
| Reorganization Items | | 583,319 |
| Profit (Loss) | **$** | **1,365,648** |

**Roman Catholic Archbishop of San Francisco** **Schedule 4**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Balance Sheet - As of July 31, 2025 - Modified Cash Basis**
**UNAUDITED - Not in accordance with GAAP- Sub ect to Material Change**

| | | |
|---|---|---|
| Cash - Restricted & Unrestricted | $ | 180,222,308 |
| Accounts Receivable, net | | 3,159,010 |
| Prepaid Expenses | | 3,248,344 |
| Parish Assessments | | 2,111,043 |
| Building and land, net | | 27,666,394 |
| Automobiles, net | | 6,000 |
| Beneficial Interest in RSPC | | 333,874 |
| Beneficial Interest in Trusts | | 962,394 |
| Notes Receivable | | 6,557,368 |
| **Total Assets** | **$** | **224,266,734** |
| Pre-Petition Priority Debt [1] | | 358,856 |
| Pre-Petition Unsecured Debt [1] | | 3,129,233 |
| Post-Petition Accounts Payable [2] | | 408,569 |
| **Total Liabilities** | **$** | **3,896,658** |
| **Net Assets** | **$** | **220,370,076** |
| **Total Liabilities & Net Assets** | **$** | **224,266,734** |

***Notes:***
[1] Prepetition unsecured debt is held constant at prepetition levels (consistent with the Amended Statements and Schedules) as post-petition MOR reporting is on a cash basis. Additionally, the amount shown here is consistent with the amount reported in Schedule F. This balance sheet value excludes any payments made towards pre-petition unsecured debt and excludes contingent abuse claims.

Below is the reconciliation of prepetition priority unsecured debt to Part 2 of the MOR: [3]

| | | |
|---|---|---|
| Pre-petition priority unsecured debt per balance sheet above | $ | 358,856 |
| Additional Pre-petition priority unsecured debt received since filing | | 817 |
| Less: Payments on Pre-petition Priority Unsecured Debt made post-petition (Part 7a) | | (25,005) |
| Total prepetition unsecured debt (Part 2 of MOR) | $ | 334,667 |

Below is the reconciliation of prepetition unsecured debt to Part 2 of the MOR:

| | | |
|---|---|---|
| Pre-petition unsecured debt per balance sheet above | $ | 3,129,233 |
| Additional Pre-petition unsecured debt received since filing | | 522,771 |
| Less: Payments on Prepetition Unsecured Debt made post-petition (Part 7a) | | (883,105) |
| Total prepetition unsecured debt (Part 2 of MOR) | $ | 2,768,900 |

[2] Entire balance is current; separate aging schedule not necessary.

[3] Does not reflect reductions attributable to use or payout of priority PTO balances.

**Roman Catholic Archbishop of San Francisco** **Schedule 5**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Schedule of Payments to Insiders**

| Insider Name | Payment Date | Pmt Amount / Market Value of Non-cash Pmt | Source Document |
|---|---|---|---|
| Rev. Patric Summerhays | 8/15/2025 | $ 400.00 | BOA 0220 |
| Michael Flanagan | 8/15/2025 | 12,628.23 | Debtor Payroll ournal |
| Most Rev. Salvatore Cordileone | 8/29/2025 | 4,662.36 | Debtor Payroll ournal |
| Michael Flanagan | 8/29/2025 | 12,628.23 | Debtor Payroll ournal |
| Rev. Patric Summerhays | 8/29/2025 | 3,975.17 | Debtor Payroll ournal |
| | | **$ 34,293.99** | |

Roman Catholic Archbishop of San Francisco — Schedule 6
United States Bankruptcy Court - Northern District of California [Case #23-30564]
Schedule of Pre-Petition Debt Paid

| Date | Payee | | Amount* |
|---|---|---|---|
| 9/1/2023 | National Conference Of Vicars For Religious (NCVR) | | $ 172.13 |
| 9/1/2023 | Reliance Life Insurance | | 15,053.30 |
| 9/1/2023 | The Hartford Group | | 16,675.51 |
| 9/15/2023 | Gallagher Benefit Services, Inc. | | 887.10 |
| 9/22/2023 | David A Mees | | 401.97 |
| 9/22/2023 | Gonzalo Alvarado | | 43.26 |
| 9/19/2023 | Dominican Sisters | | 66.00 |
| 9/15/2023 | Gabriel Singer | | 300.00 |
| 9/26/2023 | Claudia Atilano | | 102.46 |
| 9/26/2023 | Comptroller, Phil Isacco | | 153.92 |
| 9/28/2023 | Dere Gas in | | 190.23 |
| 9/22/2023 | Rev Gregory Heidenblut, O.S.A. | | 600.00 |
| 9/22/2023 | Rev Michael Liliedahl | | 35.65 |
| 9/29/2023 | Gallagher Bassett Services, Inc. | | 19,750.00 |
| 10/6/2023 | Gallagher Bassett Services, Inc. | | 8,817.00 |
| 10/6/2023 | Gallagher Bassett Services, Inc. | | 8,817.00 |
| 11/17/2023 | United Behavioral Health | [2] | 1,178.49 |
| 10/27/2023 | Gallagher Bassett Services, Inc. | | 103,200.00 |
| 10/27/2023 | Gallagher Bassett Services, Inc. | | 44,053.63 |
| 10/27/2023 | George Hills | | 34,462.07 |
| 10/24/2023 | Guideone Insurance | | 13,025.43 |
| 10/13/2023 | immy Velasco | | 163.75 |
| 10/24/2023 | ern County Treasurer - Tax Collector ( cttc) | | 1.39 |
| 10/27/2023 | Natalie Zivnus a | | 24.89 |
| 10/17/2023 | Navia Benefit Solutions | | 1,378.40 |
| 10/20/2023 | Rev Dzungwenen R Tyohemba | | 382.07 |
| 10/24/2023 | Cannon Street, Inc. | | 20,607.50 |
| 11/10/2023 | ADP, Inc. | [2] | 6,465.63 |
| 11/10/2023 | ADP, Inc. | [2] | 3,750.98 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 11,980.15 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 58,728.00 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 8,182.82 |
| 11/17/2023 | Gallagher Bassett Services, Inc. | [2] | 8,705.78 |
| 11/17/2023 | ADP, Inc. | | 344.18 |
| 11/17/2023 | ADP, Inc. | | 1,037.80 |
| 11/17/2023 | ADP, Inc. | | 106.63 |
| 11/17/2023 | ADP, Inc. | | 6,465.63 |
| 11/17/2023 | ADP, Inc. | | 5,093.31 |
| 11/17/2023 | ADP, Inc. | | 2,713.18 |
| 11/17/2023 | ADP, Inc. | | 1,400.00 |
| 11/17/2023 | ADP, Inc. | | 1,049.93 |
| 11/17/2023 | ADP, Inc. | | 15,679.83 |
| 11/9/2023 | George Hills | | 24,239.74 |
| 11/3/2023 | Rachel Alvelais | | 208.22 |
| 11/9/2023 | Rev Gregory Heidenblut, O.S.A. | | 27.42 |
| 11/9/2023 | Rev Andrew Spyrow | | 60.97 |
| 11/29/2023 | Employment Development Dept | [2] | 25,860.55 |
| 12/1/2023 | Gallagher Bassett Services, Inc. | [2] | 34,900.00 |
| 12/8/2023 | Anelita Reyes | [2] | 58.30 |
| 12/15/2023 | Gallagher Bassett Services, Inc. | [2] | 35,682.00 |
| 12/15/2023 | Gallagher Bassett Services, Inc. | [2] | 14,554.00 |
| 12/21/2023 | Carol Grewal | [2] | 9.04 |
| 12/21/2023 | Ed Hopfner | [2] | 338.68 |
| 12/21/2023 | orn Ferry | | 16,666.67 |
| 12/8/2023 | San Francisco Tax Collector | | 5,132.20 |
| 12/8/2023 | San Francisco Tax Collector | | 13,817.74 |
| 12/8/2023 | San Francisco Tax Collector | | 2,830.06 |
| 12/8/2023 | Reliance Life Insurance | | 15,668.16 |

**Roman Catholic Archbishop of San Francisco** **Schedule 6**
**United States Bankruptcy Court - Northern District of California [Case #23-30564]**
**Schedule of Pre-Petition Debt Paid**

| Date | Payee | | Amount* |
|---|---|---|---|
| 1/5/2024 | Benefit Allocation Systems-Ops | | $ 463.20 |
| 1/9/2024 | airos Psychology Group | | 1,000.00 |
| 1/9/2024 | airos Psychology Group | | 2,000.00 |
| 1/9/2024 | airos Psychology Group | | 2,000.00 |
| 1/9/2024 | airos Psychology Group | | 2,000.00 |
| 1/5/2024 | Rev Thuan Hoang | | 850.00 |
| 1/5/2024 | Gallagher Bassett Services, Inc. | [1] | 13,915.75 |
| 1/19/2024 | Gallagher Bassett Services, Inc. | [1] | 23,520.11 |
| 2/2/2024 | effery Yano | [2] | 130.21 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 31,910.00 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 9,130.00 |
| 2/9/2024 | Gallagher Bassett Services, Inc. | | 14,659.00 |
| 2/16/2024 | Gallagher Bassett Services, Inc. | | 21,153.10 |
| 2/16/2024 | Gallagher Bassett Services, Inc. | | 8,322.50 |
| 3/15/2024 | Gallagher Bassett Services, Inc. | | 11,083.00 |
| 3/1/2024 | Colleen Dur in | [2] | 8.78 |
| 3/1/2024 | George Hills | | 12,268.69 |
| 4/8/2024 | effery Froula | | 3,500.00 |
| 5/21/2024 | Rev Anthony Chung | | 358.15 |
| 5/24/2024 | ulio Escobar | | 401.91 |
| 6/25/2024 | eric B Rea | | 130.35 |
| 6/21/2024 | Gallagher Bassett Services, Inc. | | 23,298.28 |
| 7/12/2024 | Gallagher Bassett Services, Inc. | | 13,120.00 |
| 7/12/2024 | Gallagher Bassett Services, Inc. | | 13,000.00 |
| 7/16/2024 | eric B Rea | | 292.13 |
| 8/29/2024 | Gallagher Bassett Services, Inc. | | 9,837.00 |
| 9/13/2024 | Gallagher Bassett Services, Inc. | | 7,400.00 |
| 9/17/2024 | Marin Hospitalist Medical Group, Inc. | | 110.40 |
| 9/27/2024 | George Hills | | 14,585.97 |
| 10/3/2024 | Gallagher Bassett Services, Inc. | | 2,429.04 |
| 10/7/2024 | Gallagher Bassett Services, Inc. | | 8,674.00 |
| 12/6/2024 | Gallagher Bassett Services, Inc. | | 17,125.00 |
| 6/23/2025 | Gallagher Bassett Services, Inc. | | 838.00 |
| 6/20/2025 | Gallagher Bassett Services, Inc. | | 12,995.00 |
| 8/8/2025 | Gallagher Bassett Services, Inc. | | 13,300.00 |
| | **Total** | | **$ 908,110.32** |

[1] Amount is a portion applied from a larger payment including post-petition debt payment.
[2] Authorized payments made in prior periods.
Certain of these payments relate to invoices that were received post-petition and therefore were not included in Schedule E/F.

**Roman Catholic Archbishop of San Francisco** — **Schedule 7**

**United States Bankruptcy Court - Northern District of California**

**Professional Fees**

*Case # 23-30564*

**June 2025 Fee Statement: Filed July 2025** — **Payments Made: August 2025**

| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses) | Applied from Retainer | Cash Payment Made | Total |
|---|---|---|---|---|---|---|
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 37,331.00 | $ 630.77 | $ 30,495.57 | $ - | $ 30,495.57 | $ 30,495.57 |
| GlassRatner | 38,482.50 | - | 30,786.00 | - | 30,786.00 | 30,786.00 |
| Sheppard Mullin Richter & Hampton LLP | 213,126.60 | 2,017.90 | 172,519.18 | - | 172,519.18 | 172,519.18 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 55,136.50 | - | 44,109.20 | - | 44,109.20 | 44,109.20 |
| Weinstein & Numbers, LLP | - | - | - | - | - | - |
| Blank Rome | 57,959.30 | 40.00 | 46,407.44 | - | 46,407.44 | 46,407.44 |
| Omni Agent Solutions, Inc. | - | - | - | - | - | - |
| Transperfect | 4,920.20 | - | 3,936.16 | - | 3,936.16 | 3,936.16 |
| **Total Debtor Professionals:** | **406,956.10** | **2,688.67** | **328,253.55** | **-** | **328,253.55** | **328,253.55** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | 236,075.00 | 4,292.46 | 193,152.46 | | 193,152.46 | 193,152.46 |
| Berkeley Research Group | 54,726.00 | 4,164.45 | 47,945.25 | - | 47,945.25 | 47,945.25 |
| Burns Bair | 17,460.00 | - | 13,968.00 | - | 13,968.00 | 13,968.00 |
| **Total UCC Professionals:** | **308,261.00** | **8,456.91** | **255,065.71** | **-** | **255,065.71** | **255,065.71** |
| Total: | **$ 715,217.10** | **$ 11,145.58** | **$ 583,319.26** | **$ -** | **$ 583,319.26** | **$ 583,319.26** |

**July 2025 Fee Statement: Filed August 2025** — **Payments Made:**

| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses) | Applied from Retainer | Cash Payment Made | Total |
|---|---|---|---|---|---|---|
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 46,360.50 | $ 777.55 | $ 37,865.95 | $ - | $ - | $ - |
| GlassRatner | 21,002.50 | 886.29 | 17,688.29 | - | - | - |
| Sheppard Mullin Richter & Hampton LLP | 149,366.60 | 199.90 | 119,693.18 | - | - | - |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 49,193.50 | 212.10 | 39,566.90 | - | - | - |
| Weinstein & Numbers, LLP | - | - | - | - | - | - |
| Blank Rome | 79,755.40 | 26.10 | 63,830.42 | - | - | - |
| Omni Agent Solutions, Inc. | - | - | - | - | - | - |
| Transperfect | 1,967.60 | - | 1,574.08 | - | - | - |
| **Total Debtor Professionals:** | **347,646.10** | **2,101.94** | **280,218.82** | **-** | **-** | **-** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | - | - | - | | | |
| Berkeley Research Group | 36,177.30 | - | 28,941.84 | - | - | - |
| Burns Bair | 77,994.00 | 3,682.14 | 66,077.34 | - | - | - |
| **Total UCC Professionals:** | **114,171.30** | **3,682.14** | **95,019.18** | **-** | **-** | **-** |
| Total: | **$ 461,817.40** | **$ 5,784.08** | **$ 375,238.00** | **$ -** | **$ -** | **$ -** |

**Cumulative Allowed Amounts** — **Cumulative Payments Made**

| Professional | Fees | Expenses | Allowed (80% Fees, 100% Expenses for Interim Plus Holdbacks from 1st-4th Fee Apps) | Applied from Retainer | Cash Payment Made | Total |
|---|---|---|---|---|---|---|
| ***Debtor's Professionals:*** | | | | | | |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | $ 1,029,144.50 | $ 10,691.19 | $ 976,104.06 | $ 92,570.51 | $ 845,767.20 | $ 938,337.71 |
| B. Riley Advisory Services/GlassRatner | 1,092,681.00 | 15,983.61 | 1,017,541.76 | 64,334.42 | 935,519.05 | 999,853.47 |
| Sheppard Mullin Richter & Hampton LLP | 3,350,851.30 | 23,900.36 | 3,143,290.30 | 133,102.70 | 2,890,520.02 | 3,023,622.72 |
| Weintraub Tobin Chediak Coleman Grodin Law Corporation | 1,056,685.25 | 31,751.49 | 1,035,371.74 | 210,754.20 | 770,204.32 | 980,958.52 |
| Weinstein & Numbers, LLP | 282,012.00 | 64.07 | 280,503.07 | 136,133.00 | 144,370.07 | 280,503.07 |
| Blank Rome | 773,209.90 | 6,399.75 | 662,905.97 | - | 599,075.55 | 599,075.55 |
| Omni Agent Solutions, Inc. | 23,323.50 | - | 22,963.50 | - | 22,963.50 | 22,963.50 |
| Transperfect | 107,382.87 | - | 101,650.87 | - | 100,076.78 | 100,076.78 |
| **Total Debtor Professionals:** | **7,715,290.32** | **88,790.47** | **7,240,331.27** | **636,894.83** | **6,308,496.49** | **6,945,391.32** |
| ***UCC Professionals:*** | | | | | | |
| Pachulski Stang Ziehl Jones | 4,640,228.38 | 114,763.22 | 4,365,646.78 | - | 4,367,246.97 | 4,367,246.97 |
| Berkeley Research Group | 1,454,323.50 | 7,925.35 | 1,449,580.61 | - | 1,420,638.77 | 1,420,638.77 |
| Burns Bair | 922,038.25 | 29,050.73 | 883,911.33 | - | 817,833.99 | 817,833.99 |
| **Total UCC Professionals:** | **7,016,590.13** | **151,739.30** | **6,699,138.72** | **-** | **6,605,719.73** | **6,605,719.73** |
| Total: | **$ 14,731,880.45** | **$ 240,529.77** | **$ 13,939,469.99** | **$ 636,894.83** | **$ 12,914,216.22** | **$ 13,551,111.05** |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 63
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
A CORPORATE SOLE
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 20

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2025 - 08/29/2025 | | Statement Beginning Balance | 560,819.67 |
| Number of Deposits/Credits | 6 | Amount of Deposits/Credits | 5,394,963.08 |
| Number of Checks | 63 | Amount of Checks | 390,586.70 |
| Number of Other Debits | 10 | Amount of Other Debits | 4,990,773.69 |
| | | Statement Ending Balance | 574,422.36 |
| Number of Enclosures | 63 | | |
| | | Service Charge | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/01 | | 12,344.40- | Summarized Debits 4 | |
| 08/04 | | 25,173.93- | Summarized Debits 10 | |
| 08/05 | | 900.74- | Summarized Debits 1 | |
| 08/06 | | 896.00- | Summarized Debits 2 | |
| 08/06 | 8344 | 148,000.35 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM ████ | 123300680001953 |
| 08/08 | | 42,495.75- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25220001422<br>INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD<br>BATCH DESC:ADSF | 20006690415 |
| 08/08 | | 75,089.40- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25220001422<br>INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD<br>BATCH DESC:ADSF | 20006690400 |
| 08/11 | | 9,388.73- | Summarized Debits 3 | |
| 08/12 | | 415.43- | Summarized Debits 2 | |
| 08/13 | | 2,712.71- | Summarized Debits 2 | |
| 08/13 | 820 | 1,028,629.10 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM ████ | 123300680001999 |
| 08/14 | | 644.45- | Summarized Debits 1 | |
| 08/15 | | 5,288.01- | Summarized Debits 4 | |
| 08/15 | | 79,855.00- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25227001489<br>INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD<br>BATCH DESC:ADSF | 27011002614 |
| 08/15 | | 726,525.13- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25227001489<br>INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD<br>BATCH DESC:ADSF | 27011002611 |
| 08/18 | | 77,192.76- | Summarized Debits 11 | |
| 08/19 | | 135,957.73- | Summarized Debits 7 | |
| 08/20 | | 14,877.92- | Summarized Debits 2 | |
| 08/20 | 18017 | 124,989.10 | Return Check ARP RETURNED CHECK<br>FRAUD<br>CHECK # 0000018017<br>PAID DATE 08/19/25 | 644800090001248 |
| 08/20 | 98668 | 604,230.49 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM ████ | 123300680001971 |
| 08/21 | | 125.00- | Summarized Debits 1 | |
| 08/22 | | 3,500.00- | Summarized Debits 2 | |
| 08/22 | | 39,404.91- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25234001445<br>INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD<br>BATCH DESC:ADSF | 34004847965 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [REDACTED]0220
01 01 140 05 M0000 E# 63
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/22 | | 462,453.58- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25234001445 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 34004847958 |
| 08/25 | | 93,438.15- | Summarized Debits 6 | |
| 08/25 | | 124,989.10- | BHHC DES:WORK COMP ID:ROWC636328 INDN:Roman Catholic Archdio CO ID:4470762702 CCD | 34025422329 |
| 08/26 | | 6,000.00- | Summarized Debits 1 | |
| 08/26 | | 3,004,933.48- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25238003137 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 38011103933 |
| 08/26 | 975 | 3,004,933.48 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [REDACTED] | 123300680001888 |
| 08/27 | | 280.00- | Summarized Debits 1 | |
| 08/27 | 97260 | 484,180.56 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [REDACTED] | 123300680002207 |
| 08/28 | | 200.00- | Summarized Debits 1 | |
| 08/29 | | 1,250.74- | Summarized Debits 2 | |
| 08/29 | | 165,668.22- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25241001644 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 41012887509 |
| 08/29 | | 269,359.12- | ROMAN CATHOL0220 DES:PAYMENTJNL FL# 25241001644 INDN:SETT-BATCH 9941156707 CO ID:9941156707 CCD BATCH DESC:ADSF | 41012887510 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 560,819.67 | 560,819.67 | 08/18 | 678,526.68 | 678,526.68 |
| 08/01 | 548,475.27 | 548,475.27 | 08/19 | 542,568.95 | 542,568.95 |
| 08/04 | 523,301.34 | 523,301.34 | 08/20 | 1,256,910.62 | 1,256,910.62 |
| 08/05 | 522,400.60 | 522,400.60 | 08/21 | 1,256,785.62 | 1,256,785.62 |
| 08/06 | 669,504.95 | 669,504.95 | 08/22 | 751,427.13 | 751,427.13 |
| 08/08 | 551,919.80 | 551,919.80 | 08/25 | 532,999.88 | 532,999.88 |
| 08/11 | 542,531.07 | 542,531.07 | 08/26 | 526,999.88 | 526,999.88 |
| 08/12 | 542,115.64 | 542,115.64 | 08/27 | 1,010,900.44 | 1,010,900.44 |
| 08/13 | 1,568,032.03 | 1,568,032.03 | 08/28 | 1,010,700.44 | 1,010,700.44 |
| 08/14 | 1,567,387.58 | 1,567,387.58 | 08/29 | 574,422.36 | 574,422.36 |
| 08/15 | 755,719.44 | 755,719.44 | | | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 63
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Checks Paid Report**

Page 1 of 1

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 17865 | 500.00 | 08/06 | 5892834122 | 18015 | 300.00 | 08/19 | 8092470396 |
| 17917* | 362.40 | 08/01 | 7252708855 | 18016 | 3,655.31 | 08/19 | 8192426817 |
| 17929* | 2,991.00 | 08/04 | 8192314137 | 18017 | 124,989.10 | 08/19 | 8192174040 |
| 17930 | 2,100.00 | 08/13 | 9392164289 | 18018 | 132.00 | 08/18 | 8252190458 |
| 17943* | 612.71 | 08/13 | 7352312991 | 18019 | 31,395.00 | 08/18 | 4292180097 |
| 17960* | 2,991.00 | 08/01 | 5792108498 | 18020 | 2,991.00 | 08/25 | 4492281788 |
| 17964* | 3,196.00 | 08/15 | 7052604130 | 18021 | 40,307.39 | 08/18 | 3792098860 |
| 17969* | 2,991.00 | 08/01 | 5792097347 | 18022 | 5.53 | 08/18 | 9792395964 |
| 17974* | 6,000.00 | 08/01 | 5792106814 | 18023 | 125.00 | 08/21 | 8492008919 |
| 17984* | 961.84 | 08/18 | 7752405490 | 18024 | 920.00 | 08/19 | 8092869952 |
| 17989* | 250.00 | 08/04 | 8292179734 | 18025 | 2,991.00 | 08/19 | 8192699639 |
| 17991* | 396.00 | 08/06 | 8352954290 | 18026 | 992.01 | 08/15 | 9592763587 |
| 17992 | 20,000.00 | 08/04 | 8292200692 | 18027 | 2,000.00 | 08/22 | 4392843821 |
| 17994* | 66.65 | 08/04 | 8292755873 | 18029* | 2,991.00 | 08/25 | 4492281873 |
| 17995 | 450.00 | 08/04 | 8292765901 | 18031* | 537.07 | 08/19 | 8192533064 |
| 17996 | 133.52 | 08/04 | 8092743706 | 18032 | 2,565.25 | 08/19 | 8192533065 |
| 17997 | 601.00 | 08/04 | 8292254705 | 18033 | 96.90 | 08/18 | 9892758719 |
| 17998 | 47.82 | 08/04 | 8292254706 | 18034 | 91.80 | 08/18 | 9892758710 |
| 17999 | 549.68 | 08/04 | 8292254709 | 18035 | 1,735.45 | 08/18 | 9892758711 |
| 18000 | 84.26 | 08/04 | 8292254710 | 18036 | 644.45 | 08/14 | 9592518278 |
| 18001 | 900.74 | 08/05 | 8492848944 | 18037 | 163.10 | 08/18 | 7852020122 |
| 18002 | 60.43 | 08/12 | 9292658919 | 18038 | 150.00 | 08/25 | 8692312505 |
| 18003 | 500.00 | 08/15 | 8152765615 | 18039 | 1,500.00 | 08/22 | 7252402093 |
| 18004 | 55.82 | 08/11 | 8992639295 | 18042* | 280.00 | 08/27 | 9092586945 |
| 18006* | 14,700.00 | 08/20 | 8292930253 | 18044* | 350.00 | 08/29 | 7852351013 |
| 18007 | 492.82 | 08/11 | 9192433434 | 18045 | 85,000.00 | 08/25 | 8792067696 |
| 18008 | 355.00 | 08/12 | 6092639144 | 18046 | 2,062.50 | 08/25 | 8692848038 |
| 18009 | 600.00 | 08/15 | 9592919006 | 18047 | 6,000.00 | 08/26 | 8992192924 |
| 18010 | 8,840.09 | 08/11 | 9192025593 | 18049* | 243.65 | 08/25 | 8692852327 |
| 18011 | 603.75 | 08/18 | 6152831682 | 18050 | 900.74 | 08/29 | 9392431362 |
| 18012 | 1,700.00 | 08/18 | 9792091124 | 18054* | 200.00 | 08/28 | 9192363523 |
| 18014* | 177.92 | 08/20 | 8292443419 | | | | |
| | | | Total Checks | 63 | 390,586.70 | | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████0220
01 01 140 05 M0000 E# 63
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

25850005209811350010

J.P.Morgan

Statement Period
August 01 - August 29, 2025

Account Number
[redacted]8113

# Investment Statement

07336 JPS 079 003 24325 - NNNNNNNNNNNN
THE ROMAN CATHOLIC ARCHBISHOP
OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

## Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| ACCOUNT VALUE | $0.00 | $0.00 |

See page 3 for footnotes and more detail.

## Questions?

***For Full Service Accounts, Call Financial Advisor***

(415) 288 1406 Devon M Porpora

Customer Service
(800) 688 2327
Branch Address
560 Mission Street, Suite 2400
San Francisco, CA, 94105

www.jpmorgan.com More contact information on page 13

Account Value with Accruals
(June 2024 to August 2025)

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). This statement summary is provided for convenience purposes only. For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.

This page is intentionally left blank.

P e o

R1623



J.P.Morgan

Statement Period
August 01 - August 29, 2025
Last Statement: July 31, 2025

Account Number
[redacted]8113

THE ROMAN CATHOLIC ARCHBISHOP
OF SF
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Account Value With Accruals: $0.00

## Account Activity Summary

NON-PROFIT ORG.

| Description | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $0.00 | $146,958.57 |
| Deposits (Cash & Securities) | 61,583.65 | 383,673.35 |
| Withdrawals (Cash & Securities) | (60,473.00) | (530,755.61) |
| Net Deposits / Withdrawals | $1,110.65 | ($147,082.26) |
| Income | 0.00 | 0.55 |
| Fees [1] | 0.00 | 400.00 |
| Change In Investment Value | (1,110.65) | (276.86) |
| ENDING ACCOUNT VALUE | $0.00 | $0.00 |
| Net Accrued Income | 0.00 | 0.00 |
| Account Value With Accruals | $0.00 | $0.00 |

Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

P e o

J.P. Morgan Wealth Management is a business of JPMorgan Chase & Co., which offers investment products and services through J.P. Morgan Securities LLC (JPMS), a registered broker-dealer and investment adviser, member FINRA and SIPC. Insurance products are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. Certain custody and other services are provided by JPMorgan Chase Bank, N.A. (JPMCB). JPMS, CIA and JPMCB are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP
OF SF

NON-PROFIT ORG. (Acct # ████ 8113)

Statement Period: August 01 - August 29, 2025

## Income Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Interest | 0.00 | 0.55 |
| Total Income from Taxable Investments | $0.00 | $0.55 |
| Total Income from Non-Taxable Investments | $0.00 | $0.00 |
| TOTAL INCOME | $0.00 | $0.55 |

Taxable and Non-taxable income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

## Realized Gain / Loss Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Short-Term Gain | 0.00 | 0.01 |
| Short-Term Loss | 0.00 | (0.76) |
| Short-Term Net Gain / Loss | $0.00 | ($0.75) |
| Long-Term Gain | 46,487.82 | 267,984.34 |
| Long-Term Net Gain / Loss | $46,487.82 | $267,984.34 |
| TOTAL REALIZED GAIN / LOSS | $46,487.82 | $267,983.59 # |

This value excludes transactions for which cost basis is not available.

Realized gain/loss information is provided for transactions in your account as of the trade date and excludes transactions where cost basis information has not been provided or is unavailable. This summary may include realized gains on Treasury Bills which may be reclassified on your official tax document.

Gain/loss calculations do not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement.

Cost basis and realized gain/loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without assistance of your tax advisor.

*P e o*

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

|  | THE ROMAN CATHOLIC ARCHBISHOP | |
|---|---|---|
| NON-PROFIT ORG. (Acct # ███8113) | OF SF | Statement Period: August 01 - August 29, 2025 |

## Activity
US DOLLAR

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | $0.00 | $135,431.27 |
| Trade and Investment Activity | 60,473.00 | 382,394.73 |
| Income | 0.00 | 0.55 |
| Cash Deposits | 0.00 | 8,491.42 |
| Fees [1] | 0.00 | 400.00 |
| Total Credits | $60,473.00 | $391,286.70 |
| Trade and Investment Activity | 0.00 | (84.19) |
| Cash Withdrawals | (60,473.00) | (526,633.78) |
| Total Debits | ($60,473.00) | ($526,717.97) |
| Net Cash Activity | $0.00 | ($135,431.27) |
| CLOSING CASH BALANCE | $0.00 | $0.00 |

Opening Cash Balance   and   Closing Cash Balance   include Sweep Funds.

1 Account fees, management fees, and debit interest are included. Trade related fees charged
  by brokers and commissions impact the total cost or proceeds of your trades and are not
  included here.

### TRADE AND INVESTMENT ACTIVITY

| Trade Date Settle Date | | Transaction Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 14 Aug 2025 15 Aug 2025 | N | SELL FIFO | APPLE INC UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAI25081456363 LT GAIN 4017.36 Symbol: AAPL | (20) | 231.4501 | | 4,577.71 | 560.35 T | 4,017.36 |
| 19 Aug 2025 20 Aug 2025 | N | SELL FIFO | ADVANCED MICRO DEVICES INC COM UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY | (39) | 167.2201 | | 6,451.36 | 2,238.83 T | 4,212.53 |

See additional footnotes on the last page of this account.                                                                                 *Page 5 of 20*

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

R1626

J.P.Morgan

NON-PROFIT ORG. (Acct # ████8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 01 - August 29, 2025

TRADE AND INVESTMENT ACTIVITY (continued)

| Trade Date / Settle Date | | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ADVANCED MICRO DEVICES<br>ROME: KCBNSAPAAE25081970889<br>LT GAIN 4212.53<br>Symbol: AMD | | | | | | | |
| 25 Aug 2025<br>26 Aug 2025 | N | SELL<br>FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>UNSOLICITED AVG PRICE<br>SHOWN-DETAILS ON REQ J.P.<br>MORGAN SECURITIES LLC MAKES<br>A MARKET IN THIS SECURITY<br>LT GAIN 38257.93<br>Symbol: SCHB | (2,000) | 24.9113 | | 49,443.93 | 11,186.00 | T | 38,257.93 |
| Total Securities Bought & Sold | | | | | | | $60,473.00 | | | |
| TOTAL TRADE AND INVESTMENT ACTIVITY | | | | | | | $60,473.00 | | | |

DEPOSITS AND WITHDRAWALS

Cash

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 15 Aug 2025 | | FUNDS WIRED | MDA# CB465472 FNDS WIRED<br>TO BANK OF AMERICA, N.A.<br>AC1416517083 F#218697<br>0815MMQFMP2L018697 | (4,577.71) | |
| 20 Aug 2025 | | FUNDS WIRED | MDA# CB471015 FNDS WIRED<br>TO BANK OF AMERICA, N.A.<br>AC1416517083 F#218539<br>0820MMQFMP2K018539 | (6,451.36) | |
| 26 Aug 2025 | | CHECK PAID | CK # CH834838 ON ACCOUNT | (49,443.93) | |
| TOTAL CASH DEPOSITS AND WITHDRAWALS | | | | ($60,473.00) | |

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

NON-PROFIT ORG. (Acct #█████8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 01 - August 29, 2025

Securities

| Date | Transaction | Description | Quantity | Price | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|---|
| 13 Aug 2025 | RECEIVED | APPLE INC<br>0164 ACCT#52098113<br>Symbol: AAPL | 20 | 233.33 | | 4,666.60 |
| 14 Aug 2025 | RECEIVED | ADVANCED MICRO DEVICES<br>INC COM 0164 ACCT#52098113<br>Symbol: AMD | 39 | 180.95 | | 7,057.05 |
| 22 Aug 2025 | RECEIVED | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF 0062<br>ACCT#52098113<br>Symbol: SCHB | 2,000 | 24.93 | | 49,860.00 |
| TOTAL SECURITIES DEPOSITS AND WITHDRAWALS | | | | | | $61,583.65 |

| Total Deposits and Withdrawals | ($60,473.00) | $61,583.65 |
|---|---|---|

Price and Values displayed are calculated based on the closing price on the day of the transaction.

A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale

Closing Methods: LIFO - Last In, First Out FIFO - First In, First Out HC - High Cost LC - Low Cost
LTHC - Long Term, High Cost VSP - Specific Match (the closing transaction was specifically matched to this lot)

P e o

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY BROKERAGE IMPORTANT INFORMATION

R1628

# J.P.Morgan

THE ROMAN CATHOLIC ARCHBISHOP
OF SF

NON-PROFIT ORG.  (Acct # ████ 8113)

Statement Period: August 01 - August 29, 2025

## Activity

BRITISH POUND

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 |
| Trade and Investment Activity | 0.00 | 3,249.31 |
| Total Credits | 0.00 | 3,249.31 |
| Trade and Investment Activity | 0.00 | (3,249.31) |
| Total Debits | 0.00 | (3,249.31) |
| Net Cash Activity | 0.00 | 0.00 |
| CLOSING CASH BALANCE | 0.00 | 0.00 |

Opening Cash Balance  and  Closing Cash Balance  include Sweep Funds.

See additional footnotes on the last page of this account.

**P e o**

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564    Doc# 1856-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page 21 of 512

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

R1629

# J.P.Morgan

| | THE ROMAN CATHOLIC ARCHBISHOP | |
|---|---|---|
| NON-PROFIT ORG.  (Acct # ████8113) | OF SF | Statement Period: August 01 - August 29, 2025 |

## Realized Gain / Loss Detail - Year To Date

Cost Basis, Realized Gain / Loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Tax payers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption or exchange. Please contact your tax advisor for additional information as neither J.P. Morgan nor any of its affiliates provides tax advice related to the accounts referenced in these statement(s). J.P. Morgan makes no warranties with respect to and specifically disclaims any liability arising out of a customer s use of or any tax position taken in reliance upon such information. Proceeds information excludes accrued interest.

Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement. Cost Basis and Realized Gain / Loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor.

### SHORT TERM GAIN / LOSS DETAILS

| Acquisition Date<br>Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|
| 09 Dec 2024<br>14 Jan 2025 | N | FIFO | JANUS HENDERSON GLOBAL<br>TECHNOLOGY AND INNVTN CL T<br>Symbol: JAGTX | 0.005 | 0.27 | 0.33 | (0.06) |
| 09 Dec 2024<br>14 Jan 2025 | N | FIFO | JANUS HENDERSON GLOBAL<br>TECHNOLOGY AND INNVTN CL T<br>Symbol: JAGTX | 0.064 | 3.40 | 4.10 | (0.70) |
| 09 Jan 2025<br>14 Jan 2025 | N | FIFO | MARATHON PETE CORP<br>COM<br>Symbol: MPC | 50 | 7,317.84 | # | 0.00 |
| 08 Jan 2025<br>14 Jan 2025 | N | FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>Symbol: SCHB | 1,000 | 22,286.59 | # | 0.00 |
| 10 Mar 2025<br>10 Mar 2025 | N | VSP | BRITISH POUND (BP)<br>CURRENCY CONTRACT SHORT<br>SALE-Opened 03/10/2025<br>Security ID: 9306102 | 930.99 | 1,189.34 | 1,189.34 | 0.00 |
| 17 Mar 2025<br>17 Mar 2025 | N | VSP | BRITISH POUND (BP)<br>CURRENCY CONTRACT SHORT<br>SALE-Opened 03/17/2025<br>Security ID: 9306102 | 2,253.42 | 2,888.66 | 2,888.66 | 0.00 |
| 20 Mar 2025<br>21 Mar 2025 | N | VSP | BRITISH POUND (BP)<br>CURRENCY  CONTRACT<br>Security ID: 9306102 | 64.9 | 84.19 | 84.19 | 0.00 |
| 16 Apr 2025<br>16 Apr 2025 | N | VSP | BRITISH POUND (BP)<br>CURRENCY CONTRACT SHORT | 64.9 | 85.58 | 85.58 | 0.00 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.                                                                     **P** e o

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

Case: 23-30564    Doc# 1856-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page 22 of 812

R1630

J.P.Morgan

NON-PROFIT ORG. (Acct #[redacted]8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 01 - August 29, 2025

SHORT TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | | BRITISH POUND (BP)<br>SALE-Opened 04/16/2025<br>Security ID: 9306102 | | | | | |
| TOTAL SHORT TERM GAIN / LOSS | | | | | $33,855.87 | $4,252.20 # | | ($0.76) # |

LONG TERM GAIN / LOSS DETAILS

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 15 Oct 2022<br>06 Jan 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 12 | 2,877.11 | 0.00 | T | 2,877.11 |
| 20 Mar 2020<br>06 Jan 2025 | N | FIFO | TESLA INC<br>COMMON STOCK<br>Symbol: TSLA | 21 | 8,285.48 | 598.55 | T | 7,686.93 |
| 20 Mar 2018<br>14 Jan 2025 | N | FIFO | JANUS HENDERSON GLOBAL<br>TECHNOLOGY AND INNVTN CL T<br>Symbol: JAGTX | 0.609 | 32.44 | 23.36 | T | 9.08 |
| 01 Jan 1990<br>07 Feb 2025 | N | FIFO | ORACLE CORPORATION<br>Symbol: ORCL | 40 | 6,978.80 | # | T | 0.00 |
| 24 Jan 2008<br>26 Feb 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 18 | 4,382.91 | 86.72 | T | 4,296.19 |
| 27 Apr 2000<br>19 Mar 2025 | N | FIFO | BERKSHIRE HATHAWAY INC<br>DEL CL B<br>Symbol: BRKB | 83 | 43,048.40 | 3,292.66 | T | 39,755.74 |
| 31 Jan 2009<br>19 Mar 2025 | N | FIFO | CHARLES SCHWAB CORP NEW<br>Symbol: SCHW | 20 | 1,537.75 | 231.00 | T | 1,306.75 |
| 23 Mar 2001<br>02 Apr 2025 | N | FIFO | JP MORGAN GROWTH<br>ADVANTAGE FD CL A<br>Symbol: VHIAX | 170 | 5,902.50 | 1,892.77 | T | 4,009.73 |
| 16 Jan 2002<br>02 Apr 2025 | N | FIFO | SCHWAB S&P 500 FUND<br>Symbol: SWPPX | 325 | 28,374.00 | 5,633.77 | T | 22,740.23 |
| 09 Aug 1989<br>10 Apr 2025 | N | VSP | FAIR ISAAC INC<br>FORMERLY FAIR ISAAC & CO | 3 | 5,487.35 | 1.08 | T | 5,486.27 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

NON-PROFIT ORG. (Acct # ████8113) THE ROMAN CATHOLIC ARCHBISHOP OF SF Statement Period: August 01 - August 29, 2025

LONG TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | | FAIR ISAAC INC<br>INC<br>Symbol: FICO | | | | | |
| 24 Jan 2008<br>07 May 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 33 | 6,342.44 | 158.99 | T | 6,183.45 |
| 25 Dec 2017<br>13 May 2025 | N | VSP | ALPHABET INC<br>CLASS C CAPITAL STOCK<br>Symbol: GOOG | 115 | 18,318.14 | 6,095.69 | | 12,222.45 |
| 07 Nov 2012<br>13 May 2025 | N | FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>Symbol: SCHB | 2,300 | 51,802.01 | 12,863.90 | T | 38,938.11 |
| 08 Apr 2009<br>03 Jun 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 5 | 986.95 | 20.71 | T | 966.24 |
| 11 Mar 2015<br>26 Jun 2025 | N | FIFO | BANK OF AMERICA CORP<br>Symbol: BAC | 220 | 10,345.94 | 3,517.80 | T | 6,828.14 |
| 30 Jan 2015<br>02 Jul 2025 | N | FIFO | JPMORGAN CHASE & CO<br>Symbol: JPM | 30 | 8,769.51 | 1,640.02 | T | 7,129.49 |
| 15 Jan 2015<br>02 Jul 2025 | N | FIFO | JPMORGAN CHASE & CO<br>Symbol: JPM | 5 | 1,461.59 | 273.82 | T | 1,187.77 |
| 15 Jan 2010<br>10 Jul 2025 | N | FIFO | RUSSELL INVT CO<br>TAX MANAGED U S LRG CAP CL<br>M<br>Symbol: RTMTX | 22.777 | 2,042.65 | 390.18 | T | 1,652.47 |
| 05 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 10 | 3,530.63 | 2,094.83 | T | 1,435.80 |
| 04 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 13 | 4,589.81 | 2,472.84 | T | 2,116.97 |
| 04 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 13 | 4,589.81 | 2,708.99 | T | 1,880.82 |

# This value excludes transactions for which cost basis is not available.

See additional footnotes on the last page of this account. *P e o*

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

Case: 23-30564 Doc# 1356-1 Filed: 09/22/25 Entered: 09/22/25 13:00:49 Page 24 of 612

# J.P.Morgan

NON-PROFIT ORG.  (Acct # ███ 8113)

THE  ROMAN  CATHOLIC  ARCHBISHOP
OF SF

Statement Period: August 01 - August 29, 2025

**LONG TERM GAIN / LOSS DETAILS** (continued)

| Acquisition Date<br>Date Sold | | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 02 Feb 2021<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 1 | 353.06 | 203.83 | T | 149.23 |
| 03 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 15 | 5,295.94 | 2,808.19 | T | 2,487.75 |
| 04 Mar 2020<br>10 Jul 2025 | N | FIFO | VISA INC<br>CL A COMMON STOCK<br>Symbol: V | 5 | 1,765.31 | 951.08 | T | 814.23 |
| 15 Jan 2010<br>18 Jul 2025 | N | FIFO | RUSSELL INVT CO<br>TAX MANAGED U S LRG CAP CL<br>M<br>Symbol: RTMTX | 562.338 | 50,464.84 | 9,633.18 | T | 40,831.66 |
| 29 Jun 2010<br>29 Jul 2025 | N | FIFO | DIMENSIONAL ETF TRUST<br>DIMENSIONAL U S CORE EQUITY<br>2 ETF<br>Symbol: DFAC | 290 | 10,584.68 | 2,080.77 | T | 8,503.91 |
| 20 Aug 2015<br>14 Aug 2025 | N | FIFO | APPLE INC<br>Symbol: AAPL | 20 | 4,577.71 | 560.35 | T | 4,017.36 |
| 20 Apr 2020<br>19 Aug 2025 | N | FIFO | ADVANCED MICRO DEVICES<br>INC COM<br>Symbol: AMD | 39 | 6,451.36 | 2,238.83 | T | 4,212.53 |
| 07 Nov 2012<br>25 Aug 2025 | N | FIFO | SCHWAB STRATEGIC TR<br>US BROAD MKT ETF<br>Symbol: SCHB | 2,000 | 49,443.93 | 11,186.00 | T | 38,257.93 |
| **TOTAL LONG TERM GAIN / LOSS** | | | | | $348,623.05 | $73,659.91 # | | $267,984.34 # |
| | | | | | | | | |
| **Total Realized Gain / Loss** | | | | | $382,478.92 | $77,912.11 # | | $267,983.58 # |

A - Average Cost    B - Adjusted for Amortization or Accretion    D - Acquisition Date = Date of Death    E - Adjusted for Option Exercise or Assignment    K - Gifted Security    LT - Long Term
MT - Mixed Term    N - Noncovered    Provide - Please provide this information    ST - Short Term    T - Cost Basis provided by Third Party    W - Adjusted for Wash Sale

Closing Methods:  LIFO - Last In, First Out    FIFO - First In, First Out    HC - High Cost    LC - Low Cost
LTHC - Long Term, High Cost    VSP - Specific Match (the closing transaction was specifically matched to this lot)

# This value excludes transactions for which cost basis is not available.

P    e    o

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT  SUMMARY | BROKERAGE | IMPORTANT  INFORMATION |
|---|---|---|

R1633

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 01 - August 29, 2025

## Additional Contact Information

| Account(s) | Contact | Custodian |
|---|---|---|
| NON-PROFIT ORG. (52098113) | Devon M Porpora<br>(Financial Advisor)<br>(415) 288 1406 | J.P. Morgan Securities LLC<br>Member FINRA and SIPC<br>277 Park Avenue 3rd Floor<br>New York, NY 10172<br>(800) 392 5749<br>www.jpmorgan.com/wealthadvisors |

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

Case: 23-30564 Doc# 1356-1 Filed: 09/22/25 Entered: 09/22/25 13:00:49 Page 26 of 612

R1634

J.P.Morgan

Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 01 - August 29, 2025

## Messages

### NON RECEIPT OF CHECKS OR STOCKS

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services Operations at 800-634-1428; or write to Client Services Operations at J.P. Morgan Securities LLC, Mail Code: NY1-D066, 575 Washington Blvd., Floor 05, Jersey City, NJ 07310-1616.

### ELECTRONIC FUNDS TRANSFER NOTICE

In case of errors or questions about electronic transfers in your brokerage account transmitted through the ACH Network, you must contact Client Services Operations department of J.P. Morgan Securities LLC immediately at telephone number (800) 634-1428 or (347) 643-9953 or write to J.P. Morgan Securities LLC., Attn: Client Services Department, J.P. Morgan Securities LLC, Mail Code: NY1-D066, 575 Washington Blvd., Floor 05, Jersey City, NJ 07310-1616 if you think your account statement or transaction record is wrong or if you need more information about a transaction listed on your account statement or transaction record. We must hear from you no later than 60 days after we sent the first account statement on which the problem or error appeared.

1. Tell JPMS your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell JPMS the dollar amount of the suspected error.

If you tell JPMS orally, JPMS may require that you send it your complaint or question in writing within 10 business days.

JPMS will determine whether an error occurred within 10 business days after JPMS hears from you and will correct any error promptly. If JPMS needs more time, however, JPMS may take up to 45 days to investigate your complaint or question. If JPMS decides to do this, JPMS will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes JPMS to complete its investigation. If JPMS determines at the conclusion of the investigation that there was no error, JPMS will charge your account for the credited amount. If JPMS asks you to put your complaint or question in writing and JPMS does not receive it within 10 business days, JPMS may not credit your account.
For errors involving new accounts or foreign-initiated transactions, JPMS may take up to 90 days to investigate your complaint or question . For new accounts, JPMS may take up to 20 business days to credit your account for the amount you think is in error. JPMS will tell you the results within three business days after completing its investigation. If JPMS decides that there was no error, JPMS will send you a written explanation. You may ask for copies of the documents that JPMS used in its investigation.

### CHECK DEPOSITS CLIENT NOTIFICATION

If you wish to send a check for deposit to a J.P. Morgan Securities LLC branch, please make the check payable to either yourself or J.P. Morgan Securities LLC and note your account number in the memo field and the name of your J.P. Morgan Representative on the envelope. Then please send the check to the following address for processing:

J.P. Morgan Securities
Mailcode NY1-L004
277 Park Avenue, 2nd Floor
New York, NY 10172

### IMPORTANT INFORMATION REGARDING PURCHASES INDICATED AS AVERAGE PRICE

Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Please contact your J.P. Morgan representative for details regarding actual prices.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

Case: 23-30564 Doc# 1356-1 Filed: 09/22/25 Entered: 09/22/25 13:00:49 Page 27 of 612

R1635

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 01 - August 29, 2025

## Messages (continued)

### MARGIN ACCOUNT REMINDERS

If you own a margin account, we would like to remind you that:

Securities and other assets in your account are our collateral for any margin loan made to you. If the securities and other assets in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, we can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held at J.P. Morgan Securities LLC to maintain the required equity in your account. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:

You can lose more funds than you deposit in your margin account.
We can force the sale of securities or other assets in your account(s).
We can sell your securities or other assets without contacting you.
You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.
We can increase our "house" maintenance margin requirements at any time and are not required to provide you with advance written notice.
You are not entitled to an extension of time on a margin call.

Further, if you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith. If you carry a margin balance, your account statement will reflect the current annual interest rate applicable to your margin loan. Please review the current rate, as under certain circumstances the rate may change without advance notice. If you have any questions or concerns about your current interest rate, please speak to your J.P. Morgan representative.

If you are a customer with a margin account, you have consented to our right (to the extent permitted by applicable law) to use, lend or pledge any securities held by J.P. Morgan Securities LLC in your margin account. In certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances include, but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dividend dates for dividend distributions. If you do not receive dividends directly from the issuing company, you may receive payments-in-lieu of dividends, which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R1636

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 01 - August 29, 2025

## Messages (continued)

### IMPORTANT INFORMATION ABOUT AUTOMATIC REINVESTMENTS

Automatic Reinvestment transactions excluding those conducted by DTC or in open ended mutual funds are processed by J.P. Morgan Securities LLC (JPMS) on an agency basis.

JPMS provides you with the ability to enroll in a program to re-invest any and all dividend, capital gains and return of capital distributions (collectively "Distributions") for securities eligible for participation (the Program). By participating in the Program, all dividends and capital gains distributions paid on eligible accounts or individual securities you have selected will automatically be reinvested into the shares of the same security. The important terms of the Program include:

Voluntary Participation. Participation in the Program is voluntary and you may modify or discontinue your participation at any time. You may enroll by specifying individual securities or have all eligible securities in your account participate in the Program; modify your elections; or unenroll from the Program through the website or by contacting your PCA or FA.

Trade Execution. With the exception of open ended mutual funds, provided you are enrolled in the Program prior to the record date, JPMS reinvests the Distributions from an eligible security on the pay date of the Distribution, at an average weighted price. For certain securities, reinvestment may occur through the Depository Trust Company (DTC), which may be later than the pay date. There may be a difference in price depending on the whether the Program trade is made through J.P. Morgan or DTC. These transactions will post to your account when the shares are made available to JPMS by DTC and will be reflected on your statement.

No Fees. No commission or fee are charged for Program trades.

Fractional Shares. JPMS will credit to your account the number of shares equal to the amount of your funds to be reinvested in a particular security divided by the purchase price per share. If made available for your account, participation in the Program may give you interests in fractional shares of securities, which JPMS calculates to five decimal places. You will receive dividend payments proportionate to your partial share holdings.

Confirmation of Transactions. All Program trades will be reflected on monthly account statements. You will not receive separate immediate confirmations for Program trades. You may request the details of any Program trade by contacting JPMS. Transactions that are not part of the Program will continue to receive confirmations contemporaneously with the trade.

No Recommendation. The inclusion of any security in the Program is not a recommendation by JPMS to buy, hold or sell such security. Participation in the Program does not assure profits on your investments and does not protect against loss in declining markets.

Eligibility. Generally, all brokerage accounts are eligible for participation as are most equities, open ended mutual funds, closed end funds and ETFs. Any exclusions will be identified at the time you are enrolled.

Program Changes. Program participants will be notified in advance if there are any material changes to the Program though no notice may be given if there are changes to the eligibility of any particular security.

### UPDATES TO THE FULL SERVICE BROKERAGE AND MANAGED ACCOUNTS FEE SCHEDULE

Effective October 1, 2025, the wire fee for full service brokerage and managed accounts will increase from $20 to $25. Visit jpm.com/BrokerageFeeSchedule to access the current fee schedule in its entirety. If you have questions, please contact your J.P. Morgan Advisor(s) or call us at the number on the front of your statement.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R1637

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 01 - August 29, 2025

## Important Information about Your Account Statement(s)

Unless otherwise indicated, accounts are held at J.P. Morgan Securities, LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

NON-DISCRETIONARY: JPMS brokerage accounts are non-discretionary and all investment decisions are made by the client. For managed accounts, discretionary services are provided by JPMS, an affiliate or an authorized third party.

ACCOUNT PROTECTION: As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer s funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or call SIPC at (202) 371-8300.

CUSTODY: JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions we process for your account. Inquiries regarding your Statement may be directed to JPMS at (347) 643-9953

As used in the course of these statements, J.P. Morgan is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

MARKET PRICES: The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for determining market values represent estimates. These estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that any quoted value represents the actual terms at which securities could be bought or sold or new transactions could be entered into, or the actual terms on which existing transactions or securities could be liquidated. Such values are only indicative.

ESTIMATED PRICING AND COST BASIS: Certain assets, including but not limited to, pooled and private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid, the value of such assets may have been provided to us by third parties who may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on bids, prices within the bid offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement.

Unpriced Direct Participation Program (DPP) and Real Estate Investment (REIT) Securities: DPP and REIT securities are generally illiquid and the value of the security will, generally, be different from its purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor. With respect to security positions received into your account, cost basis information, if any, has been provided by you. Further information is available upon request.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan sales, for which the average price method has been chosen, positions are closed out on a First-In-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion, or gain/loss. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor.

DIVIDEND INCOME: Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividends.

ESTIMATED ACCRUED INCOME, ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD CALCULATIONS: The following calculation descriptions are provided for your reference. Please note that other factors may affect your specific calculations, so if you would like more information, please contact your J.P. Morgan representative or call us at the number on the front of this statement. In general, Estimated Accrued Income is calculated by multiplying the current coupon rate with the current face amount for the number of days since the bond s last interest payment. Estimated Annual Income (EAI) is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend) by the quantity of the security held. For balances other than sweep program balances, Estimated Yield (EY) is calculated by dividing EAI by the market value of the security. You should also know that: (i) the figures shown in this statement are estimates based on mathematical calculations using data obtained from outside sources; they are provided for informational purposes only, and are not a projection or guarantee of future returns. (ii) because prices of securities, coupon and dividend rates are subject to change at any time, these estimates should not be relied upon exclusively for making investment, trading, or tax decisions. (iii) because different asset types (e.g., equities versus fixed income securities) tend to have different investment characteristics, these estimates should not be compared across asset types; (iv) EAI and EY for certain types of securities might include return of principal or capital gains, in which case the EAI and EY would be overstated. There is no guarantee that your investments will actually generate the EAI or EY presented, and your actual income and yield might be higher or lower.

IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS): ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements and online. Accordingly, investors

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R1638

J.P.Morgan

Important Information

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Statement Period : August 01 - August 29, 2025

should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an internal or outside source for a particular ARS, the price column on your statement will indicate unpriced .

A description of J.P. Morgan s practices and procedures regarding ARS is available at www.jpmorgan.com/muniars.

VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS: Valuations of over-the-counter derivative transactions, including certain derivatives-related deposit products, have been prepared on a mid-market basis. These valuations are sourced from the various issuers of the securities, affiliates or they are sourced from a third party valuation provider. J.P. Morgan expressly disclaims any responsibility for (1) the accuracy of the models or estimates used in deriving the valuations, (2) any errors or omissions in computing or disseminating the valuations, and (3) any uses to which the valuations are put. Valuations are provided for information purposes only and are intended solely for your own use. Please refer to the trade confirmation for details of each transaction.

UNPRICED SECURITIES: When we are unable to obtain a current value from an internal or outside source for a particular security, the price column on your statement will indicate Unpriced. Although such securities may have value, please note that the value of a security indicated as Unpriced will not be included in your overall current market value as reflected on the statement.

RESTRICTED SECURITIES: Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be "freely traded." Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the Market Value indicated and could be zero. No attempt has been made to independently value the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of your restricted shares. For additional information on pricing, please see the Market Prices paragraph.

THIRD PARTY INFORMATION: This statement contains (i) information obtained from multiple direct, indirect, affiliated, unaffiliated, public and proprietary data sources (including, but not limited to identifying information, market data, calculated data, reference data, valuations, ratings, coupon and dividend rates and other fundamental data) and (ii) information which is calculated based upon such information (including but not limited to, market values, Current Yield and Estimated annual income). Although JPMS believes these sources and the sources of market values are reliable, it does not independently review or verify such information and neither JPMS nor any source will have any duty or obligation to verify, correct, complete, or update any such information. Such information is being provided to you with all faults for use entirely at your own risk; without any warranty whatsoever by JPMS, its affiliates or any such source. Neither JPMS or its affiliates nor any such source shall have any liability whatsoever relating to any inaccuracy or lack of timeliness or completeness of such information or any use thereof or for omissions therefrom nor for any lost profits, indirect, special or consequential damages. Moreover, such sources retain exclusive proprietary rights in such information. You may use such information only for your internal use and purposes and not for reuse (other than in connection with the transaction or position for which the information is provided) or retransmission without prior written approval of the source, or for any unlawful or unauthorized purpose.

METHODS OF COMPUTING INTEREST ON DEBIT BALANCES: Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

FOR OPTIONS ACCOUNTS: Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmation of such transactions previously available to you and such information will be made available to you promptly upon written request.

PARTIAL CALLS: If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

BEARER BONDS: If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of the Treasury Regulation Section 1.165-12(c)(3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12(c)(2)(iii) concerning the delivery of such bearer obligations.

MESSAGE FOR ACCOUNTS WITH NON-US DOLLAR ACTIVITY: The holdings listed within each asset class are segregated by currency. For Non-USD denominated holdings, both the USD and local currency valuations and total asset class valuations, as calculated by the exchange rate stated, are provided. Activity will also be presented by currency. Non-USD activity will display both USD and local currency valuations, as calculated based on the exchange rate of the activity date. All summary information presented in this statement is presented in USD, unless specifically noted as presented in non-USD currency.

FINANCIAL STATEMENT: A financial statement for JPMS is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

REPORTABLE TO THE INTERNAL REVENUE SERVICE: As required by law, at year end, we will report to you and to the Internal Revenue Service and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT: Please review this statement closely and contact us as soon as possible if you notice an error (including things like possible unauthorized trading activity, unrecorded dividend payments or improper payments or transfers). In order to protect your rights, including any rights under the Securities Investor Protection Act (SIPA), you will be asked to provide details of the error in writing, using the information provided on the front of this statement.

In your written communication, please provide the following information: (1) your name and account number; (2) the dollar amount of the suspected error; and (3) a description of the error. Periodic statements will be binding on you unless you report the suspected errors in writing within 10 business days after the statement has been transmitted to you by mail or by electronic means. If you do not notify us within this time period, you agree the statement activity and account balances are correct.

CHANGES TO YOUR INVESTMENT OBJECTIVES OR FINANCIAL SITUATION:
Please notify us as soon as possible if you experience a change in your investment objectives or overall

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R1639

J.P.Morgan
Important Information
THE ROMAN CATHOLIC ARCHBISHOP OF SF
Statement Period : August 01 - August 29, 2025

financial situation, if you would like to impose or modify reasonable investment restrictions on your discretionary managed account, or if you have questions or concerns about the management of your account. If we do not hear from you, we will consider the information we currently have on file to be complete and accurate. You can review your current investment objectives, including investment restrictions, and/or make any changes to the personal financial information we have on file for your account anytime by calling the number listed on this statement. If you send us any written correspondence, please be sure to include your account number.

CHANGES TO YOUR MAILING OR EMAIL ADDRESS: Please let us know as soon as possible when there has been a change to your mailing or email address. You can update your account by notifying the office servicing your account by calling the number listed on this statement.

USA PATRIOT ACT: The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or maintain an account or effect any transactions for you.

ASSETS: Subject to regulatory or other pre-agreed limitations, all or any part of the securities in your account may have been used by us in securities financing transactions.

INFORMATION AVAILABLE UPON REQUEST: The date and time of the transaction and the name of the person from whom the security was purchased, or to whom it was sold will be furnished upon request.

P e o

For questions, please contact us using the information provided on the front of this statement.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

R1640

This page is intentionally left blank.

P e o

R1641



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████2233
01 01 140 05 M0000 E# 1
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ATTN: FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

**Account Summary Information**

| | | | |
|---|---|---|---|
| Statement Period 08/01/2025 - 08/29/2025 | | Statement Beginning Balance | 101,173.87 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 789,215.01 |
| Number of Checks | 1 | Amount of Checks | 2,393.27 |
| Number of Other Debits | 15 | Amount of Other Debits | 807,031.31 |
| | | Statement Ending Balance | 80,964.30 |
| Number of Enclosures | 1 | | |
| | | Service Charge | .00 |

**Deposits and Credits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/14 | 90097 | 351,540.80 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001812 |
| 08/28 | 9699 | 437,674.21 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680002538 |

**Withdrawals and Debits**

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/04 | | 755.29 | FIDELITY 93925 C DES:FPRS ID:93925 013 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Priests 93925 013 | 13024655574 |
| 08/04 | | 2,876.79 | FIDELITY 93925 C DES:FPRS ID:93925 011 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Chancery 93925 011 | 13024655570 |
| 08/04 | | 19,222.93 | FIDELITY 93925 C DES:FPRS ID:93925 012 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Chancery 93925 012 | 13024655572 |
| 08/14 | | 433.98 | ADP WAGE GARN DES:WAGE GARN ID:532077408822E2B INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 26003389840 |
| 08/14 | | 2,938.32 | FIDELITY 93925 C DES:FPRS ID:93925 009 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Chancery 93925 009 | 25029172856 |
| 08/14 | | 19,778.08 | FIDELITY 93925 C DES:FPRS ID:93925 011 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Chancery 93925 011 | 25029172860 |
| 08/14 | | 107,110.92 | ADP Tax DES:ADP Tax ID:04E2B 081533A01 INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 26004266953 |
| 08/14 | | 221,279.44 | ADP WAGE PAY DES:WAGE PAY ID:532077408821E2B INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 26003386471 |
| 08/15 | | 2,393.27 | Summarized Debits 1 | |
| 08/28 | | 250.36 | ADP WAGE GARN DES:WAGE GARN ID:472577324893E2B INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 40011240635 |
| 08/28 | | 5,963.14 | ADP Tax DES:ADP Tax ID:04E2C 082935A01 INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 40012578155 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ██████2233
01 01 140 05 M0000 E# 1
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/28 | | 78,714.98 | ADP WAGE PAY DES:WAGE PAY ID:472577324894E2C INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 40011236976 |
| 08/28 | | 106,040.20 | ADP Tax DES:ADP Tax ID:04E2B 082935A01 INDN:SAN FRANCISCO ARCHDIOC CO ID:1941711111 CCD | 40012578154 |
| 08/28 | | 221,677.23 | ADP WAGE PAY DES:WAGE PAY ID:472577324892E2B INDN:SAN FRANCISCO ARCHDIOC CO ID:9333006057 CCD | 40011236975 |
| 08/29 | | 2,938.32 | FIDELITY 93925 C DES:FPRS ID:93925 006 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Chancery 93925 006 | 40023133450 |
| 08/29 | | 17,051.33 | FIDELITY 93925 C DES:FPRS ID:93925 007 INDN:Roman Catholic Archbis CO ID:9075693322 CCD PMT INFO:Chancery 93925 007 | 40023133452 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 101,173.87 | 101,173.87 | 08/15 | 75,925.65 | 75,925.65 |
| 08/04 | 78,318.86 | 78,318.86 | 08/28 | 100,953.95 | 100,953.95 |
| 08/14 | 78,318.92 | 78,318.92 | 08/29 | 80,964.30 | 80,964.30 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████2233
01 01 140 05 M0000 E# 1
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

Page 3 of 4

ARCHDIOCESE OF SAN FRANCISCO
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

000770

TWO THOUSAND THREE HUNDRED NINETY-THREE DOLLARS AND TWENTY-SEVEN CENTS

PHILIP E. MONARES

$2,393.27

BANK OF AMERICA

⑈000770⑈ ⑆121000358⑆ 14999⑈02233⑈

Ref#09692238859 $2393.27



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████2233
01 01 140 05 M0000 E# 1
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████ 4129
01 01 140 05 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
INVESTMENT POOL CHECKING ACCOUNT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 2

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2025 - 08/29/2025 | | Statement Beginning Balance | 32,159.77 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 715,630.55 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 3 | Amount of Other Debits | 662,307.55 |
| | | Statement Ending Balance | 85,482.77 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/07 | 8770004 | 26,721.00 | Automatic Transfer Credits<br>ACCOUNT TRANSFER TRSF FROM ████ | 123300680001633 |
| 08/12 | | 688,909.55 | WIRE TYPE:WIRE IN DATE: 250812 TIME:1522 ET<br>TRN:2025081200450106 SEQ:250812B01N5N/003678<br>ORIG:ADSF ID:6745048800 SND BK:US BANK, NA ID:0910<br>00022 PMT DET:INVEST POOL CK ACCT /LOCINS/CTRC | 644800370450106 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/13 | 85 | 600,000.00 | ACCOUNT TRANSFER TRSF TO ████ | 00680001980 |
| 08/13 | 86 | 20,500.00 | ACCOUNT TRANSFER TRSF TO ████ | 00680001979 |
| 08/15 | | 41,807.55 | ROMAN CATHOLIC DES:PAYMENTJNL FL# 25227001489<br>INDN:SETT-BATCH 9411567071 CO ID:9411567071 CCD<br>BATCH DESC:POOL | 27011002624 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 32,159.77 | 32,159.77 | 08/13 | 127,290.32 | 127,290.32 |
| 08/07 | 58,880.77 | 58,880.77 | 08/15 | 85,482.77 | 85,482.77 |
| 08/12 | 747,790.32 | 747,790.32 | 08/29 | 85,482.77 | 85,482.77 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████4129
01 01 140 05 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████4577
01 01 140 01 M0000 E# 9
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
ARCHDIOCESE OF SAN FRANCISCO
SELF INSURANCE ACCOUNT
ADMINISTERED BY GALLAGHER HEFFERNAN
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 5

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2025 - 08/29/2025 | | Statement Beginning Balance | 16,443.26 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 5,292.60 |
| Number of Checks | 9 | Amount of Checks | 2,764.99 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 18,970.87 |
| Number of Enclosures | 9 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/22 | | 5,292.60 | ROMAN CATHOL0220 DES:PAYMENTJNL ID:V4035 INDN:Archdiocese Of San Fra CO ID:9941156707 PPD | 34004717179 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4290 | 193.50 | 08/13 | 4192099716 | 4313 | 335.00 | 08/08 | 8992107845 |
| 4306* | 400.00 | 08/05 | 5892396456 | 4314 | 135.00 | 08/05 | 8492654198 |
| 4310* | 343.05 | 08/05 | 8492654199 | 4315 | 540.00 | 08/05 | 8492654197 |
| 4311 | 335.00 | 08/08 | 8992107843 | 4317* | 148.44 | 08/13 | 4192099715 |
| 4312 | 335.00 | 08/08 | 8992107844 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 16,443.26 | 16,443.26 | 08/13 | 13,678.27 | 13,678.27 |
| 08/05 | 15,025.21 | 15,025.21 | 08/22 | 18,970.87 | 18,970.87 |
| 08/08 | 14,020.21 | 14,020.21 | 08/29 | 18,970.87 | 18,970.87 |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████5250
01 01 140 01 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
FINANCE DEPARTMENT
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Page 1 of 6

Bankruptcy Case Number:2330564

## NON-PROFIT CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2025 - 08/29/2025 | | Statement Beginning Balance | 1,866,422.08 |
| Number of Deposits/Credits | 80 | Amount of Deposits/Credits | 5,615,721.12 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 22 | Amount of Other Debits | 6,168,354.05 |
| | | Statement Ending Balance | 1,313,789.15 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/01 | | 1,690.88 | CLYDE & CO DES:INVOICES ID:10004151 INDN:THE ROMAN CATHOLIC ARC CO ID:6205083001 CCD | 12023861576 |
| 08/01 | | 2,008.80 | STRIPE DES:TRANSFER ID:ST-M3L6C7W8K1C7 INDN:ROMAN CATHOLIC ARCHBIS CO ID:1800948598 CCD | 11028849506 |
| 08/01 | | 3,600.00 | GROUP 2 DEDUCTIO DES:U.S. BANK ID:XXXXX0686 INDN:SAN FRANCISCO, ARCHDIO CO ID:4416271370 PPD | 11006193002 |
| 08/01 | | 4,894.72 | STRIPE DES:TRANSFER ID:ST-Y2P1I7W0T6Q3 INDN:ARCHDIOCESE OF SAN FRA CO ID:1800948598 CCD | 11028814397 |
| 08/01 | | 6,575.77 | MATTRESS FIRM IN DES:PAYABLES ID:EX-011138 INDN:THE ARCHDIOCESE CO ID:9952856001 CTX PMT INFO:ACH073125RENT 50205 2 | 12021285701 |
| 08/01 | | 10,050.00 | W FARGO BANK DES:TRUST ID:18031300 INDN:THE ROMAN CATHOLIC ARC CO ID:9810000401 PPD PMT INFO:TRANSFER FROM MCKEEVER FAMILY TRUST TUA INC PYMT | 13007770464 |
| 08/01 | | 11,250.00 | W FARGO BANK DES:TRUST ID:814980 INDN:THE ROMAN CATHOLIC ARC CO ID:9810000401 PPD PMT INFO:TRANSFER FROM PRAUGHT, J. BERN T/U/A - C HARITY | 13007770630 |
| 08/01 | | 31,763.95 | MATTRESS FIRM IN DES:PAYABLES ID:EX-011138 INDN:THE ARCHDIOCESE CO ID:9952856001 CTX PMT INFO:ACH073125AUGRENT 50205 2 | 12017761081 |
| 08/01 | 7 | 14,856.59 | Pre-encoded Deposit | 818108352053544 |
| 08/01 | 7 | 19,000.00 | Pre-encoded Deposit | 818108352053455 |
| 08/05 | | 775.48 | BB*7562-1 DES:BB Merchan ID:ST-Y7Y4R6K2F8B5 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 16024356433 |
| 08/06 | 7 | 150.00 | Pre-encoded Deposit | 818108352984627 |
| 08/06 | 7 | 750.00 | Pre-encoded Deposit | 818108352984726 |
| 08/06 | 7 | 750.00 | Pre-encoded Deposit | 818108352987128 |
| 08/06 | 7 | 4,235.41 | Pre-encoded Deposit | 818108352990945 |
| 08/06 | 7 | 133,743.22 | Pre-encoded Deposit | 818108352987161 |
| 08/07 | | 14,092.00 | Archbishop Rior4 DES:PAYMENTJNL ID:V1075 INDN:Catholic San Francisco CO ID:5499502235 CCD | 19015713861 |
| 08/07 | | 88,678.52 | Childrens Counci DES:Bill.com ID:015ONQYOTGLRZVD INDN:Roman Catholic Archbis CO ID:1204895317 CCD PMT INFO:Childrens Council Bill.com 015ONQYOTGLRZ VD For Invoice# 2025#08 | 18027212916 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████5250
01 01 140 01 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

**Deposits and Credits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/07 | 7 | 571.00 | Pre-encoded Deposit | 818108452245804 |
| 08/07 | 7 | 1,609.20 | Pre-encoded Deposit | 818108452245810 |
| 08/08 | | 600.00 | CA BANKING CENTER DEPOSIT | 28106552724392 |
| 08/08 | | 1,996.25 | CLYDE & CO DES:INVOICES ID:10004239 INDN:THE ROMAN CATHOLIC ARC CO ID:6205083001 CCD | 19016317184 |
| 08/11 | 7 | 5,497.48 | Pre-encoded Deposit | 818108452804562 |
| 08/11 | 7 | 11,485.70 | Pre-encoded Deposit | 818108452804408 |
| 08/11 | 7 | 93,000.00 | Pre-encoded Deposit | 818108452831126 |
| 08/12 | | 337.45 | BB*7562-1 DES:BB Merchan ID:ST-O2L5S0I2K2I9 INDN:THE ROMAN CATHOLIC ARC CO ID:4270465600 CCD | 23018344961 |
| 08/13 | | 100.00 | CA BANKING CENTER DEPOSIT | 28106852531041 |
| 08/13 | | 1,350.00 | THE PROVINCE OF DES:8.12 Batch ID:RCA of SF INDN:RCA of SF CO ID:2956068211 CCD PMT INFO:NTE*PMT*Catholic San Francisco Acct 0020 0035\ | 24023833833 |
| 08/13 | 7 | 500.00 | Pre-encoded Deposit | 818108152357499 |
| 08/13 | 7 | 2,500.00 | Pre-encoded Deposit | 818108152357449 |
| 08/13 | 7 | 3,000.00 | Pre-encoded Deposit | 818108152357375 |
| 08/13 | 7 | 20,900.00 | Pre-encoded Deposit | 818108152370530 |
| 08/13 | 85 | 600,000.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001942 |
| 08/13 | 86 | 20,500.00 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001941 |
| 08/14 | | 116,964.00 | Junipero Serra 6 DES:PAYMENTJNL ID:V1459 INDN:Roman Catholic Archbis CO ID:5941156707 CCD | 26004194999 |
| 08/14 | 901064 | 4,336.83 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM ████ | 123300680001744 |
| 08/15 | 7 | 1,786.00 | Pre-encoded Deposit | 818108152875354 |
| 08/15 | 7 | 1,810.35 | Pre-encoded Deposit | 818108152875261 |
| 08/15 | 7 | 26,229.00 | Pre-encoded Deposit | 818108152879126 |
| 08/18 | | 4,424.00 | CA BANKING CENTER DEPOSIT | 28106252351356 |
| 08/18 | 7 | 670.00 | Pre-encoded Deposit | 818108252206001 |
| 08/19 | | 3,003,439.17 | THE ROMAN CA5250 DES:HEALTH INS FL# 25224003082 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 31000422395 |
| 08/20 | | 10.00 | St. Raymond Cath DES:Receivable ID:026DJBMFP1JKWHI INDN:Archdiocese of San Fra CO ID:1204895317 CCD PMT INFO:026DJBMFP1JKWHI St. Raymond Cath Bill.co m Acct 3291 - Inv Peter Pence 2025 | 31029126155 |
| 08/20 | | 226.00 | St. Raymond Cath DES:Receivable ID:026GBBFWE1JKWHJ INDN:Archdiocese of San Fra CO ID:1204895317 CCD PMT INFO:026GBBFWE1JKWHJ St. Raymond Cath Bill.co m Acct 3291 - Inv CatholicCommCampaign | 31029126153 |
| 08/20 | | 395.70 | BB*7562-1 DES:BB Merchan ID:ST-C7Q2R8O8F3H9 INDN:THE ROMAN CATHOLIC ARC CO ID:1800948598 CCD | 31024715995 |
| 08/20 | 7 | 2,615.30 | Pre-encoded Deposit | 818108252780071 |
| 08/20 | 7 | 3,000.00 | Pre-encoded Deposit | 818108252777636 |
| 08/20 | 7 | 3,755.87 | Pre-encoded Deposit | 818108252717253 |
| 08/20 | 7 | 32,423.64 | Pre-encoded Deposit | 818108252777640 |
| 08/21 | | 2,091.84 | Marin Catholic O DES:PAYMENTJNL ID:V1020 INDN:Archdiocese Of San Fra CO ID:1941156698 CCD | 33011395724 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        ▊▊5250
01 01 140 01 M0000 E#      0
Last Statement:   07/31/2025
This Statement:   08/29/2025

            IMG        SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

                                    Page     3 of    6

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/21 | | 2,248.75 | Junipero Serra 6 DES:PAYMENTJNL ID:V1040 | 33011394612 |
| | | | INDN:Archdiocese Of San Fra  CO ID:5941156707 CCD | |
| 08/21 | | 2,756.55 | Archbishop Rior4 DES:PAYMENTJNL ID:V1031 | 33012686900 |
| | | | INDN:The Archdiocese Of San  CO ID:5499502235 CCD | |
| 08/21 | | 572,601.15 | THE ROMAN CA5250  DES:HCSO        FL# 25230003390 | 33005932138 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/21 | 7 | 1,000.00 | Pre-encoded Deposit | 818108352023085 |
| 08/21 | 7 | 59,006.00 | Pre-encoded Deposit | 818108352023067 |
| 08/22 | | .01 | THE ROMAN CA5250 DES:RETURN        ID:SHCP UPIC | 34001066980 |
| | | | INDN:SETT-ACH DETAIL RETURN CO ID:A941156707 CCD | |
| 08/22 | | 1,810.35 | CLYDE & CO        DES:INVOICES    ID:10004450 | 33018023867 |
| | | | INDN:THE ROMAN CATHOLIC ARC  CO ID:6205083001 CCD | |
| 08/26 | | .01 | THE ROMAN CA5250  DES:TEST UPIC    FL# 25232002431 | 38003413142 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/26 | | .01 | THE ROMAN CA5250 DES:RETURN        ID:SHCP UPIC | 38004003238 |
| | | | INDN:SETT-ACH DETAIL RETURN CO ID:A941156707 CCD | |
| 08/26 | 7 | 100.00 | Pre-encoded Deposit | 818108352889891 |
| 08/26 | 7 | 1,079.78 | Pre-encoded Deposit | 818108352889849 |
| 08/26 | 7 | 2,180.00 | Pre-encoded Deposit | 818108352889799 |
| 08/26 | 7 | 8,900.00 | Pre-encoded Deposit | 818108352889934 |
| 08/27 | | 1,066.21 | BB*7562-1        DES:BB Merchan ID:ST-B9F7Z6K9C2G6 | 38007623749 |
| | | | INDN:THE ROMAN CATHOLIC ARC  CO ID:4270465600 CCD | |
| 08/27 | | 112,600.00 | THE ROMAN CA5250  DES:ADSF        FL# 25237004238 | 39006369026 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/27 | | 118,333.33 | THE ROMAN CA5250  DES:ADSF        FL# 25237004238 | 39006369029 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/27 | 7 | 4,500.00 | Pre-encoded Deposit | 818108452142078 |
| 08/28 | | .01 | THE ROMAN CA5250 DES:RETURN        ID:SHCP UPIC | 40009449620 |
| | | | INDN:SETT-ACH DETAIL RETURN CO ID:A941156707 CCD | |
| 08/28 | | 374.71 | THE ROMAN CA5250  DES:ADSF MISC    FL# 25238003137 | 40008871168 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/28 | | 1,838.00 | THE ROMAN CA5250  DES:ADSF MISC    FL# 25238003137 | 40008871171 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/28 | | 14,738.00 | THE ROMAN CA5250  DES:ADSF        FL# 25237004238 | 40008869758 |
| | | | INDN:SETT-BATCH A941156707  CO ID:A941156707 CCD | |
| 08/28 | 971293 | 4,172.06 | Automatic Transfer Credits | 123100680002435 |
| | | | ACCOUNT TRANSFER TRSF FROM ▊▊▊▊ | |
| 08/29 | | 981.13 | CLYDE & CO        DES:INVOICES    ID:10004653 | 40017903682 |
| | | | INDN:THE ROMAN CATHOLIC ARC  CO ID:6205083001 CCD | |
| 08/29 | | 31,763.95 | MATTRESS FIRM IN DES:PAYABLES    ID:EX-011138 | 40012325750 |
| | | | INDN:THE ARCHDIOCESE        CO ID:9952856001 CTX | |
| | | | PMT INFO:ACH082825SEPTRENT | |
| 08/29 | | 88,678.52 | Childrens Counci DES:Bill.com    ID:015NKKBMUUMUQM1 | 40023619388 |
| | | | INDN:Roman Catholic Archbis  CO ID:1204895317 CCD | |
| | | | PMT INFO:Childrens Council Bill.com 015NKKBMUUMUQ | |
| | | | M1 Inv 2025 09 | |
| 08/29 | 7 | 450.00 | Pre-encoded Deposit | 818108452589642 |
| 08/29 | 7 | 1,100.00 | Pre-encoded Deposit | 818108452597970 |
| 08/29 | 7 | 9,043.96 | Pre-encoded Deposit | 818108452598328 |

R1651


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]5250
01 01 140 01 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/29 | 9591 | 257,378.74 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [redacted] | 123300680002314 |
| 08/29 | 9959 | 29.77 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [redacted] | 123300680002313 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/06 | 8344 | 148,000.35 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001843 |
| 08/07 | 8770004 | 26,721.00 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001589 |
| 08/11 | | 50,000.00 | U.S. BANK DES:PAYMENT ID:448473455003145 INDN:ARCHDIOCESE OF SF CO ID:1411558799 CCD | 20021363568 |
| 08/12 | | 1,907.30 | THE ROMAN CA5250 DES:HEALTH INS FL# 25224003082 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 24013525469 |
| 08/13 | | 530.00 | Wire Out-international WIRE TYPE:INTL OUT DATE:250813 TIME:1722 ET TRN:2025081300530034 SERVICE REF:548865 BNF:CONGREGAZIONE PER LA DOTTR ID:VA86001000000023 BNF BK:ISTITUTO PER LE OPERE D ID:IOPRVAVX/(CH0147 PMT DET:PN. 115/25M Reed -Terkelson PN. 115/25M | 00370530034 |
| 08/13 | 820 | 1,028,629.10 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001943 |
| 08/14 | 90097 | 351,540.80 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001745 |
| 08/15 | | 4,315.93 | WIRE TYPE:WIRE OUT DATE:250815 TIME:0429 ET TRN:2025081400515468 SERVICE REF:003906 BNF:FLEX PLAN SERVICES, INC. ID:4121962286 BNF BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:TOP900EY BL17B262 | 00370515468 |
| 08/20 | | .01 | THE ROMAN CA5250 DES:TEST UPIC FL# 25232002431 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 32009582763 |
| 08/20 | 98668 | 604,230.49 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001869 |
| 08/25 | | .01 | THE ROMAN CA5250 DES:SHCP UPIC FL# 25237004238 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 37020256275 |
| 08/25 | 9532107 | 1,629.22 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001472 |
| 08/26 | 923 | 18.75 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001840 |
| 08/26 | 975 | 3,004,933.48 | ACCOUNT TRANSFER TRSF TO [redacted] | 00680001841 |
| 08/27 | | .01 | THE ROMAN CA5250 DES:SHCP UPIC FL# 25239005179 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 39017772700 |
| 08/27 | | 400.00 | THE ROMAN CA5250 DES:ADSF PMT FL# 25239005179 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 39018728740 |
| 08/27 | | 4,114.38 | WIRE TYPE:WIRE OUT DATE:250827 TIME:1255 ET TRN:2025082700489164 SERVICE REF:012727 BNF:US BANK NATIONAL ASSOCIATI ID:104790895775 BNF BK:U.S. BANK N.A. ID:091000022 PMT DET:TOP9IGW Y2JB5B446July 2025-Chancery For further credit to | 00370489164 |
| 08/27 | | 15,200.00 | THE ROMAN CA5250 DES:ADSF PMT FL# 25239005179 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 39017772714 |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████ 5250
01 01 140 01 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## NON-PROFIT CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/27 | 97260 | 484,180.56 | ACCOUNT TRANSFER TRSF TO ████ | 00680002151 |
| 08/28 | | .01 | THE ROMAN CA5250 DES:SHCP UPIC FL# 25240004405 INDN:SETT-BATCH A941156707 CO ID:A941156707 CCD | 40021415718 |
| 08/28 | 9699 | 437,674.21 | ACCOUNT TRANSFER TRSF TO ████ | 00680002436 |
| 08/29 | | 4,328.44 | WIRE TYPE:WIRE OUT DATE:250829 TIME:0450 ET TRN:2025082800645380 SERVICE REF:007945 BNF:FLEX PLAN SERVICES, INC. ID:4121962286 BNF BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:T0P9K6U4 BO87B9GS | 00370645380 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 1,866,422.08 | 1,865,897.08 | 08/15 | 1,518,716.20 | 1,499,424.85 |
| 08/01 | 1,972,112.79 | 1,938,281.20 | 08/18 | 1,523,810.20 | 1,518,702.85 |
| 08/04 | 1,972,112.79 | 1,953,387.79 | 08/19 | 4,527,249.37 | 4,527,249.37 |
| 08/05 | 1,972,888.27 | 1,972,888.27 | 08/20 | 3,965,445.38 | 3,924,705.70 |
| 08/06 | 1,964,516.55 | 1,918,601.83 | 08/21 | 4,605,149.67 | 4,596,647.70 |
| 08/07 | 2,042,746.27 | 2,031,412.07 | 08/22 | 4,606,960.03 | 4,606,960.03 |
| 08/08 | 2,045,342.52 | 2,044,008.32 | 08/25 | 4,605,330.80 | 4,605,330.80 |
| 08/11 | 2,105,325.70 | 2,089,714.22 | 08/26 | 1,612,638.37 | 1,600,528.59 |
| 08/12 | 2,103,755.85 | 2,093,916.85 | 08/27 | 1,345,242.96 | 1,339,938.18 |
| 08/13 | 1,723,446.75 | 1,706,872.75 | 08/28 | 928,691.52 | 924,466.52 |
| 08/14 | 1,493,206.78 | 1,490,481.78 | 08/29 | 1,313,789.15 | 1,312,669.15 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]5250
01 01 140 01 M0000 E# 0
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG SUP
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████7083
01 01 140 05 M0000 E# 2
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF
DEBTOR IN POSSESSION CASE 23-30564
ADSF RESTRICTED
1 PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

Bankruptcy Case Number:2330564

# FULL ANALYSIS CHECKING

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2025 - 08/29/2025 | | Statement Beginning Balance | 8,456,175.84 |
| Number of Deposits/Credits | 61 | Amount of Deposits/Credits | 690,931.36 |
| Number of Checks | 2 | Amount of Checks | 2,996.40 |
| Number of Other Debits | 12 | Amount of Other Debits | 626,649.44 |
| | | Statement Ending Balance | 8,517,461.36 |
| Number of Enclosures | 2 | | |
| | | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/01 | 10 | 150.00 | Pre-encoded Deposit | 818108352075108 |
| 08/01 | 10 | 2,950.00 | Pre-encoded Deposit | 818108352081283 |
| 08/01 | 10 | 9,170.00 | Pre-encoded Deposit | 818108352053403 |
| 08/01 | 10 | 60,000.00 | Pre-encoded Deposit | 818108352053353 |
| 08/04 | | 2,000.00 | Preauthorized Credit | 13005429005 |
| 08/04 | | 3,877.05 | Preauthorized Credit | 13033070393 |
| 08/05 | | 18,362.05 | Preauthorized Credit | 16028779714 |
| 08/06 | 10 | 3,740.00 | Pre-encoded Deposit | 818108352918536 |
| 08/06 | 10 | 5,023.00 | Pre-encoded Deposit | 818108352901175 |
| 08/06 | 10 | 7,227.00 | Pre-encoded Deposit | 818108352944415 |
| 08/06 | 10 | 14,299.00 | Pre-encoded Deposit | 818108352901251 |
| 08/06 | 10 | 20,441.43 | Pre-encoded Deposit | 818108352910872 |
| 08/06 | 10 | 27,155.00 | Pre-encoded Deposit | 818108352918404 |
| 08/07 | 10 | 89,100.99 | Pre-encoded Deposit | 818108452245831 |
| 08/08 | | 1,108.00 | Deposit | 28106552724394 |
| 08/12 | | 16,675.94 | Preauthorized Credit | 23025994456 |
| 08/12 | 10 | 2,035.25 | Pre-encoded Deposit | 818108152129664 |
| 08/12 | 10 | 2,860.75 | Pre-encoded Deposit | 818108152129219 |
| 08/12 | 10 | 7,345.00 | Pre-encoded Deposit | 818108152129326 |
| 08/12 | 10 | 8,290.00 | Pre-encoded Deposit | 818108152123805 |
| 08/12 | 10 | 38,453.61 | Pre-encoded Deposit | 818108152125597 |
| 08/13 | 10 | 275.00 | Pre-encoded Deposit | 818108152365516 |
| 08/13 | 10 | 9,408.21 | Pre-encoded Deposit | 818108152365685 |
| 08/13 | 10 | 37,270.65 | Pre-encoded Deposit | 818108152365302 |
| 08/15 | | 4,577.71 | Wire Transfer Credit | 644800370401420 |
| 08/15 | 10 | 390.00 | Pre-encoded Deposit | 818108152878973 |
| 08/15 | 10 | 500.00 | Pre-encoded Deposit | 818108152878940 |
| 08/18 | | 177.00 | Deposit | 28106252351354 |
| 08/18 | 10 | 20.00 | Pre-encoded Deposit | 818108252193337 |
| 08/20 | | 6,451.36 | Wire Transfer Credit | 644800370361227 |
| 08/20 | | 14,556.62 | Preauthorized Credit | 31005248263 |
| 08/20 | 10 | 4,237.00 | Pre-encoded Deposit | 818108252748756 |
| 08/20 | 10 | 5,124.64 | Pre-encoded Deposit | 818108252749026 |
| 08/20 | 10 | 5,400.00 | Pre-encoded Deposit | 818108252782319 |
| 08/20 | 10 | 14,150.00 | Pre-encoded Deposit | 818108252748851 |
| 08/20 | 10 | 36,539.61 | Pre-encoded Deposit | 818108252749110 |
| 08/21 | | 15,000.00 | Preauthorized Credit | 32013883686 |
| 08/21 | 10 | 1,590.00 | Pre-encoded Deposit | 818108352023120 |
| 08/25 | 9532107 | 1,629.22 | Automatic Transfer Credits | 123300680001070 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████7083
01 01 140 05 M0000 E# 2
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

# FULL ANALYSIS CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/26 | | 16,736.52 | Preauthorized Credit | 38003414981 |
| 08/26 | 10 | 1,375.00 | Pre-encoded Deposit | 818108352891453 |
| 08/26 | 10 | 1,445.00 | Pre-encoded Deposit | 818108352892575 |
| 08/26 | 10 | 1,447.00 | Pre-encoded Deposit | 818108352892920 |
| 08/26 | 10 | 2,755.00 | Pre-encoded Deposit | 818108352891216 |
| 08/26 | 10 | 4,687.10 | Pre-encoded Deposit | 818108352892324 |
| 08/26 | 10 | 5,725.50 | Pre-encoded Deposit | 818108352892617 |
| 08/26 | 10 | 9,072.00 | Pre-encoded Deposit | 818108352892545 |
| 08/26 | 10 | 30,573.15 | Pre-encoded Deposit | 818108352893714 |
| 08/26 | 923 | 18.75 | Automatic Transfer Credits | 123300680001285 |
| 08/27 | | 9,141.04 | Preauthorized Credit | 39006366770 |
| 08/27 | | 21,564.24 | Preauthorized Credit | 38007712233 |
| 08/27 | 10 | 2,040.00 | Pre-encoded Deposit | 818108452142116 |
| 08/28 | | 5.00 | Deposit | 28106952346210 |
| 08/28 | | 14.77 | Deposit | 28106952346212 |
| 08/28 | | 4,000.00 | Preauthorized Credit | 39009942480 |
| 08/28 | 10 | 38,059.94 | Pre-encoded Deposit | 818108452247038 |
| 08/29 | | 502.00 | Deposit | 28107052641274 |
| 08/29 | | 3,097.05 | Preauthorized Credit | 40022315219 |
| 08/29 | 10 | 300.00 | Pre-encoded Deposit | 818108452646132 |
| 08/29 | 10 | 5,300.00 | Pre-encoded Deposit | 818108452589740 |
| 08/29 | 10 | 35,511.21 | Pre-encoded Deposit | 818108452589333 |

## Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1132 | 50.00 | 08/25 | 8792062774 | 1133 | 2,946.40 | 08/01 | 8092273330 |

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/08 | | 75,239.17 | | 20006690416 |
| 08/14 | 901064 | 4,336.83 | Preauthorized Debit | 00680001241 |
| 08/15 | | 12.73 | | 27011002625 |
| 08/15 | | 43,198.40 | | 27011002615 |
| 08/22 | | 500.00 | Return Item Chargeback | 01975557908 |
| 08/27 | | 25,877.56 | Wire Transfer Debit | 00370489129 |
| 08/27 | | 204,862.38 | Wire Transfer Debit | 00370489165 |
| 08/28 | 971293 | 4,172.06 | Preauthorized Debit | 00680001693 |
| 08/29 | | 4,577.71 | | 41012887609 |
| 08/29 | | 6,464.09 | | 41012887515 |
| 08/29 | 9591 | 257,378.74 | Preauthorized Debit | 00680001619 |
| 08/29 | 9959 | 29.77 | Preauthorized Debit | 00680001618 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]7083
01 01 140 05 M0000 E# 2
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

## FULL ANALYSIS CHECKING

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 8,456,175.84 | 8,453,705.84 | 08/18 | 8,723,324.95 | 8,722,689.95 |
| 08/01 | 8,525,499.44 | 8,461,729.44 | 08/19 | 8,723,324.95 | 8,723,324.95 |
| 08/04 | 8,531,376.49 | 8,471,651.49 | 08/20 | 8,809,784.18 | 8,778,144.73 |
| 08/05 | 8,549,738.54 | 8,549,738.54 | 08/21 | 8,826,374.18 | 8,815,379.18 |
| 08/06 | 8,627,623.97 | 8,592,375.55 | 08/22 | 8,825,874.18 | 8,825,874.18 |
| 08/07 | 8,716,724.96 | 8,704,867.96 | 08/25 | 8,827,453.40 | 8,827,453.40 |
| 08/08 | 8,642,593.79 | 8,642,593.79 | 08/26 | 8,901,288.42 | 8,865,387.82 |
| 08/12 | 8,718,254.34 | 8,697,922.59 | 08/27 | 8,703,293.76 | 8,699,508.76 |
| 08/13 | 8,765,208.20 | 8,737,429.20 | 08/28 | 8,741,201.41 | 8,731,272.47 |
| 08/14 | 8,760,871.37 | 8,759,876.37 | 08/29 | 8,517,461.36 | 8,503,637.36 |
| 08/15 | 8,723,127.95 | 8,722,237.95 | | | |


BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ████7083
01 01 140 05 M0000 E# 2
Last Statement: 07/31/2025
This Statement: 08/29/2025

IMG
Customer Service
1-888-400-9009

THE ROMAN CATHOLIC ARCHBISHOP OF SF

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE



**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701

**Office Servicing your Account:**
BofA Securities, Inc.
101 CALIFORNIA ST
SAN FRANCISCO, CA 94111
For questions please call:
GSO Client Services
800.933.9662

**Registered Representative:**
BofA Securities, Inc.
VANDERWILT, JOHN
JOHN.A.VANDERWILT@BOFA.COM
(Orders not accepted via e-mail)

ROMAN CATHOLIC ARCHBISHOP SF
ARCHDIOCESE OF SAN FRANCISCO
ATTN: MARY CONNOLLY
ONE PETER YORKE WAY
SAN FRANCISCO CA 94109-6602

## Account Summary

| | |
|---|---|
| **Current Period Ending Value** | **$55,001,472.35** |
| Net Income and Expenses | $207,483.08 |

| Portfolio Holdings | Quantity as of 08/31/2025 | Market Value as of 08/31/2025 | % of Portfolio |
|---|---|---|---|
| Short Term Funds | 55,001,472.35 | $55,001,472.35 | 100.00 |
| **Total Portfolio Value** | **55,001,472.35** | **$55,001,472.35** | |

*BofA Securities, Inc.("BofAS") is registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value**

Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Cash Balance Summary

| Description | Cash Balance |
|---|---|
| Opening Balance | $0.00 |
| Short Term Fund Purch / CancelledRedempt | -$207,483.08 |
| Dividends/SubstitutePayments | $207,483.08 |
| Closing Balance | $0.00 |

## Short Term Funds Summary

**BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO** **30 Day Yield 4.19**

| Account Summary | Quantity |
|---|---|
| Purchases / CancelledRedemptions | $207,483.08 |
| Redemptions / CancelledPurchases | $0.00 |
| Ending Balance Prior Period | $54,793,989.27 |
| **Ending Share Balance Current Period** | **$55,001,472.35** |
| **Income Summary** | **Cash** |
| Dividends Paid and/or Reinvested | $207,483.08 |
| Accrued DividendsPayable | $195,553.55 |



Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**[redacted]2C19**

## Short Term Funds Transaction Summary

**BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL**

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments/ Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 08/01/2025 | 4.205 | 0.000115204 | $19,009.17 | $19,009.17 | $207,483.08 Purchase | $0.00 | 55,001,472.35 |
| 08/01/2025 | 0.000 | 0.000000000 | $0.00 | $0.00 | | $207,483.08 | 0.00 |
| 08/02/2025 | 4.205 | 0.000115204 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/03/2025 | 4.205 | 0.000115204 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/04/2025 | 4.178 | 0.000114469 | $6,296.02 | $25,305.19 | | $0.00 | 55,001,472.35 |
| 08/05/2025 | 4.189 | 0.000114777 | $6,312.90 | $31,618.09 | | $0.00 | 55,001,472.35 |
| 08/06/2025 | 4.189 | 0.000114758 | $6,311.86 | $37,929.95 | | $0.00 | 55,001,472.35 |
| 08/07/2025 | 4.188 | 0.000114737 | $6,310.76 | $44,240.71 | | $0.00 | 55,001,472.35 |
| 08/08/2025 | 4.191 | 0.000114825 | $18,946.69 | $63,187.40 | | $0.00 | 55,001,472.35 |
| 08/09/2025 | 4.191 | 0.000114825 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/10/2025 | 4.191 | 0.000114825 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/11/2025 | 4.193 | 0.000114872 | $6,318.18 | $69,505.58 | | $0.00 | 55,001,472.35 |
| 08/12/2025 | 4.189 | 0.000114764 | $6,312.19 | $75,817.77 | | $0.00 | 55,001,472.35 |
| 08/13/2025 | 4.182 | 0.000114583 | $6,302.29 | $82,120.06 | | $0.00 | 55,001,472.35 |
| 08/14/2025 | 4.176 | 0.000114406 | $6,292.50 | $88,412.56 | | $0.00 | 55,001,472.35 |
| 08/15/2025 | 4.185 | 0.000114651 | $18,918.03 | $107,330.59 | | $0.00 | 55,001,472.35 |
| 08/16/2025 | 4.185 | 0.000114651 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/17/2025 | 4.185 | 0.000114651 | $0.00 | $0.00 | | $0.00 | 0.00 |

Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Short Term Funds Transaction Summary - continued

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments/ Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 08/18/2025 | 4.189 | 0.000114771 | $6,312.57 | $113,643.16 | | $0.00 | 55,001,472.35 |
| 08/19/2025 | 4.175 | 0.000114389 | $6,291.56 | $119,934.73 | | $0.00 | 55,001,472.35 |
| 08/20/2025 | 4.171 | 0.000114263 | $6,284.63 | $126,219.36 | | $0.00 | 55,001,472.35 |
| 08/21/2025 | 4.170 | 0.000114243 | $6,283.59 | $132,502.95 | | $0.00 | 55,001,472.35 |
| 08/22/2025 | 4.183 | 0.000114600 | $18,909.62 | $151,412.56 | | $0.00 | 55,001,472.35 |
| 08/23/2025 | 4.183 | 0.000114600 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/24/2025 | 4.183 | 0.000114600 | $0.00 | $0.00 | | $0.00 | 0.00 |
| 08/25/2025 | 4.198 | 0.000115019 | $6,326.21 | $157,738.78 | | $0.00 | 55,001,472.35 |
| 08/26/2025 | 4.196 | 0.000114971 | $6,323.63 | $164,062.41 | | $0.00 | 55,001,472.35 |
| 08/27/2025 | 4.191 | 0.000114816 | $6,315.10 | $170,377.51 | | $0.00 | 55,001,472.35 |
| 08/28/2025 | 4.180 | 0.000114511 | $6,298.27 | $176,675.78 | | $0.00 | 55,001,472.35 |
| 08/29/2025 | 4.176 | 0.000114407 | $18,877.77 | $195,553.55 | | $0.00 | 55,001,472.35 |



Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Income and Expense Summary

| Description | Reportable Month-to-Date | Non-Reportable Month-to-Date | Total Income Month-to-Date | Reportable Year-to-Date | Non-Reportable Year-to-Date | Total Income Year-to-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $207,483.08 | $0.00 | $207,483.08 | $1,437,277.01 | $0.00 | $1,437,277.01 |
| **Total Income and Expenses** | **$207,483.08** | **$0.00** | **$207,483.08** | **$1,437,277.01** | **$0.00** | **$1,437,277.01** |

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Portfolio Holdings

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. BofA Securities, Inc. has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, BofA SECURITIES, INC. ("BofAS") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BofAS RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/ CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL | TFDXX 09248U700 | Cash | | 55,001,472.35 | $1.00 | $55,001,472.35 | $0.00 | 100.00 |
| **Total** | | | | **55,001,472.35** | | **$55,001,472.35** | | |
| **Total Priced Portfolio** | | | | **55,001,472.35** | | **$55,001,472.35** | | |



Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Short Term Fund Activity

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | Debit/Credit |
|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL MONTHLY DIVIDEND REINVESTED | TFDXX 09248U700 | 08/01/2025 | Reinvest | Cash | 207,483.08 | $0.00 | -$207,483.08 |
| **Total Short Term Fund Activity** | | | | | | | **-$207,483.08** |

## Income and Expense Activity

| Description | Symbol/ CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| BLACKROCK LIQUIDITY FUNDS FED FUND PORTFOLIO INSTI CL MONTHLY DIVIDEND | TFDXX 09248U700 | 08/01/2025 | Dividend | Cash | $0.00 | $207,483.08 | $0.00 | $207,483.08 |
| **Total Income and Expense Activity** | | | | | **$0.00** | **$207,483.08** | **$0.00** | **$207,483.08** |

Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Important Information

**USA PATRIOT ACT DISCLOSURE**

BofAS, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications, Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Bank of America Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Bank of America Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at: www.dtcc.com/client-center/dtc-reference-directory

---

**ATTENTION GLIS CLIENTS**

Bank of America is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

---

Should you have questions regarding this statement, please contact Client Services at 800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

---

**SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES**

GLIS offers several different share classes of the money market funds that it sells, each having a different level of distribution or servicing fee ("Servicing Fees"). The Servicing Fees are paid out of fund assets, resulting in lower returns for investors. Generally, GLIS receives greater compensation for selling share classes with higher Servicing Fees. GLIS believes that different levels of compensation are appropriate because different customers may expect different levels of service or may cost more to service than others. GLIS has therefore developed a set of criteria to help determine which share class should be offered to a particular customer. The criteria are based on the customer's expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or lower level of service by GLIS. For more information on this practice, please consult your GLIS sales representative or visit our web site at **https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.**

**SEE PORTFOLIO HOLDINGS PAGE FOR MESSAGE ABOUT AUCTION RATE SECURITIES**



Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Disclosure Statement

**GENERAL** - "Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. © Bank of America Corporation. All rights reserved.

Securities transactions are recorded in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement.

Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise BofA Securities, Inc. ("BofAS") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of BofAS and have a complaint, please call 888.221.9276 or notify us in writing at BofA Securities, Inc., Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036.

**DISCLOSURES** - BofAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BofAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of BofAS may lend to one or more issuers whose securities are underwritten, dealt in, or placed by BofAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. BofAS may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, BofAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - BofAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BofAS in your account(s), including any property in transit or held by others on behalf of BofAS, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to BofAS now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and BofAS, together with all costs and expenses of BofAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BofAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BofAS shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BofAS is a member of SIPC, through which customer accounts are protected in the event of BofAS's financial failure. SIPC is responsible for making up any shortfall in client assets that a broker-dealer was required to maintain up to a maximum of $500,000 per client, including up to $250,000 for cash. Further information about SIPC can be found by calling SIPC at 202.371.8300 or at www.sipc.org. In addition, BofAS has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by BofAS or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by BofAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BofAS's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-In-Lending statement or contact the BofAS Margin Department at 980.386.9666. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

Statement Period:
**08/01/2025 to 08/31/2025**

Account Number:
**2C19**

## Disclosure Statement - continued

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BofAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - BofAS's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. BofAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of BofAS is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at http://investor.bankofamerica.com/financial-information/subsidiary-and-country-disclosures#fbid=JlhpOt5nTnt .
A Bank of America Corporation (BAC) financial statement is available online at http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of BofAS, including (i) securities not yet delivered to BofAS, (ii) securities purchased and not paid for by settlement date, and (iii) securities that BofAS has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in BofAS's possession or control. Furthermore, BofAS will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available on the Internet at http://www.finra.org or by contacting FINRA directly at 301.590.6500.

**End of Statement**

CALIFORNIA BANK TRUST

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

**Statement of Accounts**

This Statement: August 29, 2025
Last Statement: July 31, 2025

Account: ████9479

**Direct Inquiries to:**
800-400-6080
WWW.CALBANKTRUST.COM

0053040 4173-06-0000-CBT-PG0030-00002

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
GEORGE HILLS COMPANY INC, TPA
PO BOX 278
RANCHO CORDOVA, CA 95741-0278

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance |
|---|---|---|
| COMMERCIAL ANALYZED CHECKING | ████9479 | $94,621.13 |

## COMMERCIAL ANALYZED CHECKING ████9479

0178

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|---|
| Count: | | 0 | 0 | 2 | |
| Amount: | 100,000.00 | 0.00 | 0.00 | 5,378.87- | 94,621.13 |

### DEPOSITS/CREDITS

There were no transactions this period.

### CHARGES/DEBITS

| Posting Date | Effective Date | Amount | Description |
|---|---|---|---|
| 08/22 | 08/22 | 4,928.87- | Check No: 000000002053 |
| 08/29 | 08/29 | 450.00- | Check No: 000000002054 |

### CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2053 | 08/22 | $4,928.87 | 2054 | 08/29 | $450.00 |

### ACTIVITY COUNT

| | During this period |
|---|---|
| Total Items | 2 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01 | $100,000.00 | 08/22 | $95,071.13 | 08/29 | $94,621.13 |

August 29, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
██████ 9479

Page 3 of 4

CALIFORNIA BANK & TRUST

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

August 29, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[REDACTED]9479

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Statement Period | $0.00 | Number Of Days This Statement Period | 29 |
| Interest Paid Year-To-Date 2025 | $0.00 | | |

Current interest rate is 0.0000% with no rate change this statement period

A division of Zions Bancorporation, N.A.
0053040-0000002-0122371
R1672

August 29, 2025
THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRA
[redacted]9479

This page intentionally left blank

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8800**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022724 02 SP 000638031197468 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from August 1, 2025 to August 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
| --- | --- |
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |
| Sales And Maturities | 12 |

02500804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF COMPOSITE BALANCED POOL
ACCOUNT ▆▆▆3800

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **17,116,359.51** | **12,835,430.14** |
| **Investment Activity** | | |
| Interest | 30.26 | 30.26 |
| Realized Gain/Loss | 139,354.90 | 139,354.90 |
| Change In Unrealized Gain/Loss | 412,463.14 | .00 |
| Net Accrued Income (Current-Prior) | - 11.85 | - 11.85 |
| **Total Investment Activity** | **551,836.45** | **139,373.31** |
| **Other Activity** | | |
| Transfers In | 308,680.71 | 308,680.71 |
| Transfers Out | - 688,909.55 | - 688,909.55 |
| **Total Other Activity** | **- 380,228.84** | **- 380,228.84** |
| **Net Change In Market And Cost** | **171,607.61** | **- 240,855.53** |
| **Ending Market And Cost** | **17,287,967.12** | **12,594,574.61** |

R1676

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 30.26 |
| Cash Equivalent Purchases | - 375,030.26 |
| Cash Equivalent Sales | 380,228.84 |
| Sales/Maturities | 375,000.00 |
| **Total Investment Activity** | **380,228.84** |
| **Other Activity** | |
| Transfers In | 308,680.71 |
| Transfers Out | - 688,909.55 |
| **Total Other Activity** | **- 380,228.84** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 3,336.41 | 3,336.41 | 0.02 |
| Mutual Funds-Equity | 10,272,158.67 | 7,221,599.60 | 59.42 |
| Mutual Funds-Balanced | 7,012,453.63 | 5,369,620.19 | 40.56 |
| **Total Assets** | **17,287,948.71** | **12,594,556.20** | **100.00** |
| Accrued Income | 18.41 | 18.41 | 0.00 |
| **Grand Total** | **17,287,967.12** | **12,594,574.61** | **100.00** |

**Estimated Annual Income** **367,084.03**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02500804
35- -01-B -62 -248-04
0101 -11-02870-04



ADSF COMPOSITE BALANCED POOL
ACCOUNT ████3800

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567   Asset Minor Code 1 | 3,336.410 | 3,336.41 1.0000 | 3,336.41 | .00 .00 | 18.41 | 4.18 |
| **Total Money Markets** | **3,336.410** | **3,336.41** | **3,336.41** | **.00** **.00** | **18.41** | **4.17** |
| **Total Cash And Equivalents** | **3,336.410** | **3,336.41** | **3,336.41** | **.00** **.00** | **18.41** | **4.17** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Artisan Intl Value Fund Ins 04314H857   Asset Minor Code 98 | 190,436.757 | 10,272,158.67 53.9400 | 7,221,599.60 | 3,050,559.07 221,438.51 | .00 | 2.33 |
| **Total Mutual Funds-Equity** | **190,436.757** | **10,272,158.67** | **7,221,599.60** | **3,050,559.07** **221,438.51** | **.00** | **2.32** |
| **Mutual Funds-Balanced** | | | | | | |
| Fpa Crescent Portfolio Cl I 30254T759   Asset Minor Code 55 | 156,562.930 | 7,012,453.63 44.7900 | 5,369,620.19 | 1,642,833.44 191,024.63 | .00 | 1.82 |
| **Total Mutual Funds-Balanced** | **156,562.930** | **7,012,453.63** | **5,369,620.19** | **1,642,833.44** **191,024.63** | **.00** | **1.82** |
| **Total Mutual Funds** | **346,999.687** | **17,284,612.30** | **12,591,219.79** | **4,693,392.51** **412,463.14** | **.00** | **2.12** |

R1679

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **350,336.097** | **17,287,948.71** | **12,594,556.20** | **4,693,392.51**<br>**412,463.14** | **18.41** | **2.12** |
| **Accrued Income** | **.000** | **18.41** | **18.41** | | | |
| **Grand Total** | **350,336.097** | **17,287,967.12** | **12,594,574.61** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02500804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF COMPOSITE BALANCED POOL
ACCOUNT ████3800

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 3,336.410 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 30.26 | 18.41 | 30.26 | 18.41 |
| **Total Cash And Equivalents** | | | | | **30.26** | **18.41** | **30.26** | **18.41** |
| **Grand Total** | | | | | **30.26** | **18.41** | **30.26** | **18.41** |

R1681

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ██████8800

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 30.26 |
| **Total Interest** | | **30.26** |

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

 

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████3800

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers In** | | |
| **Transfer From Another Account** | | |
| 08/12/2025 | Per Dir Dtd 8/11/2025 From ████ | 215,000.00 |
| 08/12/2025 | Per Dir Dtd 8/11/2025 From ████ | 14,468.37 |
| 08/12/2025 | Per Dir Dtd 8/11/2025 From ████ | 79,212.34 |
| **Total Transfer From Another Account** | | **308,680.71** |
| **Total Transfers In** | | **308,680.71** |
| **Transfers Out** | | |
| **Outgoing Domestic Wire** | | |
| 08/12/2025 | Paid To  Roman Catholic Archbishop 0F To 4129 Per Dir Dtd 8/11/2025 | - 688,909.55 |
| **Total Outgoing Domestic Wire** | | **- 688,909.55** |
| **Total Transfers Out** | | **- 688,909.55** |
| **Total Other Activity** | | **- 380,228.84** |

R1683

02500804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF COMPOSITE BALANCED POOL
ACCOUNT ████3800

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 30.26 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | 30.260 | .00 | - 30.26 | 30.26 |
| 08/12/2025 | Purchased 375,000 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | 375,000.000 | .00 | - 375,000.00 | 375,000.00 |
| **Total First Am Govt Ob Fd Cl Z** | | **375,030.260** | **.00** | **- 375,030.26** | **375,030.26** |
| **Total Cash And Equivalents** | | **375,030.260** | **.00** | **- 375,030.26** | **375,030.26** |
| **Total Purchases** | | **375,030.260** | **.00** | **- 375,030.26** | **375,030.26** |

R1684

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT ████8800

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/12/2025 | Sold<br>380,228.84 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/12/25<br>31846V567 | - 380,228.840 | .00 | 380,228.84 | - 380,228.84 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 380,228.840** | **.00** | **380,228.84** | **- 380,228.84** | **.00** |
| **Total Cash And Equivalents** | | **- 380,228.840** | **.00** | **380,228.84** | **- 380,228.84** | **.00** |
| **Mutual Funds-Equity** | | | | | | |
| 08/11/2025 | Sold<br>5,189.658 Shares Of<br>Artisan Intl Value Fund Ins<br>Trade Date 8/11/25<br>5,189.658 Shares At 52.99 USD<br>04314H857 | - 5,189.658 | .00 | 275,000.00 | - 166,847.50 | 108,152.50 |
| **Total Artisan Intl Value Fund Ins** | | **- 5,189.658** | **.00** | **275,000.00** | **- 166,847.50** | **108,152.50** |
| **Total Mutual Funds-Equity** | | **- 5,189.658** | **.00** | **275,000.00** | **- 166,847.50** | **108,152.50** |
| **Mutual Funds-Balanced** | | | | | | |
| 08/11/2025 | Sold<br>2,307.87 Shares Of<br>Fpa Crescent Portfolio Cl I<br>Trade Date 8/11/25<br>2,307.87 Shares At 43.33 USD<br>30254T759 | - 2,307.870 | .00 | 100,000.00 | - 68,797.60 | 31,202.40 |
| **Total Fpa Crescent Portfolio Cl I** | | **- 2,307.870** | **.00** | **100,000.00** | **- 68,797.60** | **31,202.40** |
| **Total Mutual Funds-Balanced** | | **- 2,307.870** | **.00** | **100,000.00** | **- 68,797.60** | **31,202.40** |

02500804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF COMPOSITE BALANCED POOL
ACCOUNT [redacted]8800

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Sales And Maturities** | | **- 387,726.368** | **.00** | **755,228.84** | **- 615,873.94** | **139,354.90** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



R1687



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025008
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022724 02 SP 000638031197468 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

**Account Number: [redacted]8801**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022730 05 SP 000638031197474 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02501404
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████3801

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 16 |
| Investment Activity | 18 |
| Purchases | 20 |
| Sales And Maturities | 26 |
| Broker Commissions | 31 |

R1691

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **19,641,698.28** | **17,737,624.64** |
| **Investment Activity** | | |
| Interest | 2,614.82 | 2,614.82 |
| Dividends | 28,528.39 | 28,528.39 |
| Realized Gain/Loss | 61,916.89 | 61,916.89 |
| Change In Unrealized Gain/Loss | 557,164.91 | .00 |
| Net Accrued Income (Current-Prior) | - 1,315.05 | - 1,315.05 |
| **Total Investment Activity** | **648,909.96** | **91,745.05** |
| **Net Change In Market And Cost** | **648,909.96** | **91,745.05** |
| **Ending Market And Cost** | **20,290,608.24** | **17,829,369.69** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 49,405.41** |
| **Investment Activity** | |
| Interest | 2,614.82 |
| Dividends | 28,528.39 |
| Cash Equivalent Purchases | - 521,493.08 |
| Purchases | - 693,499.88 |
| Cash Equivalent Sales | 425,800.53 |
| Sales/Maturities | 807,454.63 |
| **Total Investment Activity** | **49,405.41** |
| **Net Change In Cash** | **49,405.41** |
| **Ending Cash** | **.00** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████3801

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 611,284.41 | 611,284.41 | 3.02 |
| Domestic Common Stocks | 17,872,622.65 | 15,556,295.12 | 88.08 |
| Foreign Stocks | 1,783,491.22 | 1,638,580.20 | 8.79 |
| **Total Assets** | **20,267,398.28** | **17,806,159.73** | **99.89** |
| Accrued Income | 23,209.96 | 23,209.96 | 0.11 |
| **Grand Total** | **20,290,608.24** | **17,829,369.69** | **100.00** |
| | | | |
| **Estimated Annual Income** | **365,152.35** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 611,284.410 | 611,284.41 1.0000 | 611,284.41 | .00 .00 | 1,818.00 | 4.18 |
| **Total Money Markets** | **611,284.410** | **611,284.41** | **611,284.41** | **.00 .00** | **1,818.00** | **4.17** |
| **Total Cash And Equivalents** | **611,284.410** | **611,284.41** | **611,284.41** | **.00 .00** | **1,818.00** | **4.17** |
| **Domestic Common Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Lululemon Athletica Inc Com 550021109 Asset Minor Code 42 | 1,024.000 | 207,052.80 202.2000 | 279,594.43 | - 72,541.63 1,710.08 | .00 | 0.00 |
| *Automotive Manufacturers* | | | | | | |
| General Mtrs Co Com 37045V100 Asset Minor Code 42 | 9,183.000 | 538,031.97 58.5900 | 378,646.39 | 159,385.58 48,210.75 | .00 | 0.92 |
| *Home Building* | | | | | | |
| Nvr Inc 62944T105 Asset Minor Code 42 | 45.000 | 365,294.25 8,117.6500 | 227,158.08 | 138,136.17 25,567.20 | .00 | 0.00 |
| *Internet Retail* | | | | | | |
| Amazon Com Inc 023135106 Asset Minor Code 42 | 1,858.000 | 425,482.00 229.0000 | 237,120.01 | 188,361.99 - 9,494.38 | .00 | 0.00 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Leisure Facilities* | | | | | | |
| Disney Walt Co Com 254687106 Asset Minor Code 42 | 3,805.000 | 450,435.90 118.3800 | 366,501.58 | 83,934.32 - 2,777.65 | .00 | 0.84 |
| *Restaurants* | | | | | | |
| Starbucks Corp Com 855244109 Asset Minor Code 42 | 3,494.000 | 308,135.86 88.1900 | 298,779.91 | 9,355.95 - 3,389.18 | .00 | 2.77 |
| *Specialty Stores* | | | | | | |
| Carmax Inc Com 143130102 Asset Minor Code 42 | 6,671.000 | 409,265.85 61.3500 | 430,488.15 | - 21,222.30 31,620.54 | .00 | 0.00 |
| **Total Consumer Discretionary** | **26,080.000** | **2,703,698.63** | **2,218,288.55** | **485,410.08 91,447.36** | **.00** | **0.63** |
| **Consumer Staples** | | | | | | |
| *Food Distributors* | | | | | | |
| General Mls Inc Com 370334104 Asset Minor Code 42 | 9,214.000 | 454,526.62 49.3300 | 518,219.74 | - 63,693.12 3,224.90 | .00 | 4.95 |
| Sysco Corp 871829107 Asset Minor Code 42 | 7,326.000 | 589,523.22 80.4700 | 572,936.15 | 16,587.07 8,455.77 | .00 | 2.68 |
| *Total Food Distributors* | *16,540.000* | *1,044,049.84* | *1,091,155.89* | *- 47,106.05 11,680.67* | *.00* | *3.66* |
| *Household Products* | | | | | | |
| Colgate Palmolive Co Com 194162103 Asset Minor Code 42 | 8,912.000 | 749,231.84 84.0700 | 817,919.24 | - 68,687.40 1,960.64 | .00 | 2.47 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Hypermarkets & Super Centers* | | | | | | |
| Target Corp Com 87612E106 Asset Minor Code 42 | .000 | .00<br>95.9800 | .00 | .00<br>30,125.85 | .00 | 0.00 |
| **Total Consumer Staples** | **25,452.000** | **1,793,281.68** | **1,909,075.13** | **- 115,793.45**<br>**43,767.16** | **.00** | **3.16** |
| **Energy** | | | | | | |
| *Oil & Gas Exploration & Prod* | | | | | | |
| Conocophillips 20825C104 Asset Minor Code 42 | 7,882.000 | 780,081.54<br>98.9700 | 793,188.50 | - 13,106.96<br>28,611.66 | 6,147.96 | 3.15 |
| Diamondback Energy Inc 25278X109 Asset Minor Code 42 | 3,087.000 | 459,222.12<br>148.7600 | 506,837.64 | - 47,615.52<br>308.70 | .00 | 2.69 |
| *Total Oil & Gas Exploration & Prod* | *10,969.000* | *1,239,303.66* | *1,300,026.14* | *- 60,722.48*<br>*28,920.36* | *6,147.96* | *2.98* |
| **Total Energy** | **10,969.000** | **1,239,303.66** | **1,300,026.14** | **- 60,722.48**<br>**28,920.36** | **6,147.96** | **2.98** |
| **Financials** | | | | | | |
| *Consumer Finance* | | | | | | |
| Capital One Finl Corp 14040H105 Asset Minor Code 42 | 3,304.000 | 750,734.88<br>227.2200 | 621,838.15 | 128,896.73<br>40,374.88 | 1,982.40 | 1.06 |
| *Diversified Banks* | | | | | | |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Bank Of America Corp 060505104 Asset Minor Code 42 | 10,349.000 | 525,108.26<br>50.7400 | 319,266.11 | 205,842.15<br>- 9,610.73 | .00 | 2.21 |
| *Life & Health Insurance* | | | | | | |
| Metlife Inc 59156R108 Asset Minor Code 42 | 5,365.000 | 436,496.40<br>81.3600 | 458,334.90 | - 21,838.50<br>29,024.65 | 3,044.64 | 2.79 |
| *Multi-Line Insurance* | | | | | | |
| American International Group 026874784 Asset Minor Code 42 | 13,093.000 | 1,064,722.76<br>81.3200 | 796,485.28 | 268,237.48<br>45,629.75 | .00 | 2.21 |
| Hartford Insurance Group Inc Com 416515104 Asset Minor Code 42 | 1,953.000 | 258,401.43<br>132.3100 | 147,438.50 | 110,962.93<br>15,467.76 | .00 | 1.57 |
| *Total Multi-Line Insurance* | *15,046.000* | *1,323,124.19* | *943,923.78* | *379,200.41*<br>*61,097.51* | *.00* | *2.08* |
| *Multi-Sector Holdings* | | | | | | |
| Berkshire Hathaway Inc Cl B 084670702 Asset Minor Code 42 | 2,193.000 | 1,103,035.14<br>502.9800 | 944,768.40 | 158,266.74<br>68,822.95 | .00 | 0.00 |
| *Regional Banks* | | | | | | |
| Keycorp 493267108 Asset Minor Code 42 | 15,227.000 | 294,794.72<br>19.3600 | 215,851.36 | 78,943.36<br>21,926.88 | .00 | 4.24 |
| *Specialized Finance* | | | | | | |
| Nasdaq Inc 631103108 Asset Minor Code 42 | 3,831.000 | 362,948.94<br>94.7400 | 227,126.72 | 135,822.22<br>- 5,669.88 | .00 | 1.14 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Visa Inc Com Cl A 92826C839 Asset Minor Code 42 | 806.000 | 283,534.68<br>351.7800 | 162,211.95 | 121,322.73<br>5,085.86 | 475.54 | 0.67 |
| *Total Specialized Finance* | *4,637.000* | *646,483.62* | *389,338.67* | *257,144.95*<br>*- 584.02* | *475.54* | *0.93* |
| **Total Financials** | **56,121.000** | **5,079,777.21** | **3,893,321.37** | **1,186,455.84**<br>**211,052.12** | **5,502.58** | **1.53** |
| **Health Care** | | | | | | |
| *Health Care Services* | | | | | | |
| Labcorp Holdings Inc Com Shs 504922105 Asset Minor Code 42 | 2,047.000 | 569,045.53<br>277.9900 | 499,670.04 | 69,375.49<br>36,661.77 | 1,473.84 | 1.04 |
| *Pharmaceuticals* | | | | | | |
| Zoetis Inc Cl A 98978V103 Asset Minor Code 42 | 1,892.000 | 295,908.80<br>156.4000 | 276,767.42 | 19,141.38<br>19,141.38 | .00 | 1.28 |
| **Total Health Care** | **3,939.000** | **864,954.33** | **776,437.46** | **88,516.87**<br>**55,803.15** | **1,473.84** | **1.11** |
| **Industrials** | | | | | | |
| *Air Freight & Logistics* | | | | | | |
| Fed Ex Corp 31428X106 Asset Minor Code 42 | 958.000 | 221,365.06<br>231.0700 | 212,323.12 | 9,041.94<br>9,041.94 | .00 | 2.51 |
| *Building Products* | | | | | | |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Builders Firstsource Inc 12008R107 Asset Minor Code 42 | 1,601.000 | 222,026.68 138.6800 | 242,415.50 | - 20,388.82 33,935.09 | .00 | 0.00 |
| *Const., Farm Mach. & Hvy Trks* | | | | | | |
| Caterpillar Inc 149123101 Asset Minor Code 42 | 608.000 | 254,776.32 419.0400 | 188,673.21 | 66,103.11 - 41,098.81 | .00 | 1.44 |
| *Electrical Components & Equip* | | | | | | |
| Regal Beloit Corp 758750103 Asset Minor Code 42 | 2,250.000 | 335,992.50 149.3300 | 281,697.52 | 54,294.98 - 7,987.50 | .00 | 0.94 |
| *Environmental Services* | | | | | | |
| Waste Mgmt Inc Del Com 94106L109 Asset Minor Code 42 | 2,495.000 | 564,843.05 226.3900 | 459,563.38 | 105,279.67 - 6,911.15 | .00 | 1.46 |
| *Industrial MacHinery* | | | | | | |
| Deere Co 244199105 Asset Minor Code 42 | 598.000 | 286,226.72 478.6400 | 213,238.44 | 72,988.28 - 27,346.54 | .00 | 1.35 |
| *Railroads* | | | | | | |
| Union Pacific Corp Com 907818108 Asset Minor Code 42 | 2,156.000 | 482,016.92 223.5700 | 466,350.25 | 15,666.67 3,851.80 | 2,975.28 | 2.47 |
| **Total Industrials** | **10,666.000** | **2,367,247.25** | **2,064,261.42** | **302,985.83 - 36,515.17** | **2,975.28** | **1.53** |

**Information Technology**

*Application Software*

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Adobe Inc<br>00724F101 Asset Minor Code 42 | 1,025.000 | 365,617.50<br>356.7000 | 358,237.85 | 7,379.65<br>- 1,014.75 | .00 | 0.00 |
| Salesforce Inc<br>79466L302 Asset Minor Code 42 | 1,650.000 | 422,812.50<br>256.2500 | 481,210.20 | - 58,397.70<br>- 3,432.00 | .00 | 0.65 |
| *Total Application Software* | *2,675.000* | *788,430.00* | *839,448.05* | *- 51,018.05*<br>*- 4,446.75* | *.00* | *0.34* |
| *Internet Software & Services* | | | | | | |
| Ss C<br>Technologies Hldgs Inc Com<br>78467J100 Asset Minor Code 42 | 3,194.000 | 283,180.04<br>88.6600 | 170,863.56 | 112,316.48<br>- 12,580.86 | .00 | 1.22 |
| *Semiconductor Equipment* | | | | | | |
| Texas Instrs<br>Inc Com<br>882508104 Asset Minor Code 42 | 4,038.000 | 817,614.24<br>202.4800 | 700,456.29 | 117,157.95<br>86,493.96 | .00 | 2.69 |
| **Total Information Technology** | **9,907.000** | **1,889,224.28** | **1,710,767.90** | **178,456.38**<br>**69,466.35** | **.00** | **1.49** |
| **Materials** | | | | | | |
| *Construction Materials* | | | | | | |
| Martin<br>Marietta Matls Inc<br>573284106 Asset Minor Code 42 | 798.000 | 491,887.20<br>616.4000 | 328,380.46 | 163,506.74<br>33,132.96 | .00 | 0.54 |
| *Paper Products* | | | | | | |
| International<br>Paper Co<br>460146103 Asset Minor Code 42 | 7,106.000 | 353,026.08<br>49.6800 | 307,016.99 | 46,009.09<br>20,891.64 | 3,286.53 | 3.72 |
| *Steel* | | | | | | |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Nucor Corp<br>670346105 Asset Minor Code 42 | 2,064.000 | 306,978.72<br>148.7300 | 274,215.01 | 32,763.71<br>11,682.24 | .00 | 1.48 |
| **Total Materials** | **9,968.000** | **1,151,892.00** | **909,612.46** | **242,279.54**<br>**65,706.84** | **3,286.53** | **1.76** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Extra Space Storage Inc<br>30225T102 Asset Minor Code 42 | 2,877.000 | 413,079.66<br>143.5800 | 387,461.47 | 25,618.19<br>25,063.50 | .00 | 4.51 |
| SBA Communications Corp<br>78410G104 Asset Minor Code 42 | 1,807.000 | 370,163.95<br>204.8500 | 387,043.22 | - 16,879.27<br>- 35,905.09 | 2,005.77 | 2.17 |
| **Total Real Estate** | **4,684.000** | **783,243.61** | **774,504.69** | **8,738.92**<br>**- 10,841.59** | **2,005.77** | **3.40** |
| **Total Domestic Common Stocks** | **157,786.000** | **17,872,622.65** | **15,556,295.12** | **2,316,327.53**<br>**518,806.58** | **21,391.96** | **1.73** |
| **Foreign Stocks** | | | | | | |
| **Financials** | | | | | | |
| *Insurance Brokers* | | | | | | |
| Aon Plc Shs Cl A<br>G0403H108 Asset Minor Code 53 | 1,879.000 | 689,593.00<br>367.0000 | 649,833.70 | 39,759.30<br>21,213.91 | .00 | 0.81 |
| **Total Financials** | **1,879.000** | **689,593.00** | **649,833.70** | **39,759.30**<br>**21,213.91** | **.00** | **0.81** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Health Care** | | | | | | |
| *Health Care Equipment* | | | | | | |
| Medtronic Plc<br>Shs<br>G5960L103 Asset Minor Code 53 | 3,697.000 | 343,118.57<br>92.8100 | 297,710.65 | 45,407.92<br>9,501.29 | .00 | 3.06 |
| **Total Health Care** | **3,697.000** | **343,118.57** | **297,710.65** | **45,407.92**<br>**9,501.29** | **.00** | **3.06** |
| **Industrials** | | | | | | |
| *Diversified Commercial Svcs* | | | | | | |
| Ferguson Plc<br>New Common Stock New<br>31488V107 Asset Minor Code 53 | 1,994.000 | 460,913.10<br>231.1500 | 325,747.20 | 135,165.90<br>15,593.08 | .00 | 1.44 |
| **Total Industrials** | **1,994.000** | **460,913.10** | **325,747.20** | **135,165.90**<br>**15,593.08** | **.00** | **1.43** |
| **Information Technology** | | | | | | |
| *It Consulting & Other Services* | | | | | | |
| Accenture Plc<br>Ireland Shs Class A<br>G1151C101 Asset Minor Code 53 | 1,115.000 | 289,866.55<br>259.9700 | 365,288.65 | - 75,422.10<br>- 7,949.95 | .00 | 2.28 |
| **Total Information Technology** | **1,115.000** | **289,866.55** | **365,288.65** | **- 75,422.10**<br>**- 7,949.95** | **.00** | **2.27** |
| **Total Foreign Stocks** | **8,685.000** | **1,783,491.22** | **1,638,580.20** | **144,911.02**<br>**38,358.33** | **.00** | **1.64** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███8801

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **777,755.410** | **20,267,398.28** | **17,806,159.73** | **2,461,238.55**<br>**557,164.91** | **23,209.96** | **1.80** |
| **Accrued Income** | **.000** | **23,209.96** | **23,209.96** | | | |
| **Grand Total** | **777,755.410** | **20,290,608.24** | **17,829,369.69** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███████3801

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 611,284.410 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 2,614.82 | 1,818.00 | 2,614.82 | 1,818.00 |
| **Total Cash And Equivalents** | | | | | **2,614.82** | **1,818.00** | **2,614.82** | **1,818.00** |
| **Domestic Common Stocks** | | | | | | | | |
| 3,304.000 | Capital One Finl Corp 14040H105 | 08/15/25 | 09/02/25 | 2.40 | .00 | 1,982.40 | .00 | 1,982.40 |
| 608.000 | Caterpillar Inc 149123101 | 07/21/25 | 08/20/25 | 6.04 | 1,303.13 | .00 | 1,303.13 | .00 |
| 8,912.000 | Colgate Palmolive Co Com 194162103 | 07/18/25 | 08/15/25 | 2.08 | 4,107.48 | .00 | 4,107.48 | .00 |
| 7,882.000 | Conocophillips 20825C104 | 08/18/25 | 09/02/25 | 3.12 | .00 | 6,147.96 | .00 | 6,147.96 |
| 598.000 | Deere Co 244199105 | 06/30/25 | 08/08/25 | 6.48 | 968.76 | .00 | 968.76 | .00 |
| 3,087.000 | Diamondback Energy Inc 25278X109 | 08/14/25 | 08/21/25 | 4.00 | .00 | 3,087.00 | 3,087.00 | .00 |
| 9,214.000 | General Mls Inc Com 370334104 | 07/10/25 | 08/01/25 | 2.44 | 5,004.44 | .00 | 5,004.44 | .00 |
| 7,106.000 | International Paper Co 460146103 | 08/15/25 | 09/16/25 | 1.85 | .00 | 3,286.53 | .00 | 3,286.53 |
| 2,047.000 | Labcorp Holdings Inc Com Shs 504922105 | 08/28/25 | 09/11/25 | 2.88 | .00 | 1,473.84 | .00 | 1,473.84 |
| 5,365.000 | Metlife Inc 59156R108 | 08/05/25 | 09/05/25 | 2.27 | .00 | 3,044.64 | .00 | 3,044.64 |
| 2,064.000 | Nucor Corp 670346105 | 06/30/25 | 08/11/25 | 2.20 | 1,135.20 | .00 | 1,135.20 | .00 |

R1705

02501404
35- -01-B -62 -248-04
0101 -12-02870-04



ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████3801

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---:|---|---|---|---|---:|---:|---:|---:|
| 1,807.000 | SBA Communications Corp 78410G104 | 08/21/25 | 09/18/25 | 4.44 | .00 | 2,005.77 | .00 | 2,005.77 |
| 3,494.000 | Starbucks Corp Com 855244109 | 08/15/25 | 08/29/25 | 2.44 | .00 | 2,131.34 | 2,131.34 | .00 |
| 4,038.000 | Texas Instrs Inc Com 882508104 | 07/31/25 | 08/12/25 | 5.44 | 5,491.68 | .00 | 5,491.68 | .00 |
| 2,156.000 | Union Pacific Corp Com 907818108 | 08/29/25 | 09/30/25 | 5.52 | .00 | 2,975.28 | .00 | 2,975.28 |
| 806.000 | Visa Inc Com Cl A 92826C839 | 08/12/25 | 09/02/25 | 2.36 | .00 | 475.54 | .00 | 475.54 |
| **Total Domestic Common Stocks** | | | | | **18,010.69** | **26,610.30** | **23,229.03** | **21,391.96** |
| **Foreign Stocks** | | | | | | | | |
| 1,879.000 | Aon Plc Shs Cl A G0403H108 | 08/01/25 | 08/15/25 | 2.98 | .00 | 1,399.86 | 1,399.86 | .00 |
| 1,115.000 | Accenture Plc Ireland Shs Class A G1151C101 | 07/10/25 | 08/15/25 | 5.92 | 1,650.20 | .00 | 1,650.20 | .00 |
| 1,994.000 | Ferguson Plc New Common Stock New 31488V107 | 06/20/25 | 08/06/25 | 3.32 | 2,249.30 | .00 | 2,249.30 | .00 |
| **Total Foreign Stocks** | | | | | **3,899.50** | **1,399.86** | **5,299.36** | **.00** |
| **Grand Total** | | | | | **24,525.01** | **29,828.16** | **31,143.21** | **23,209.96** |

R1706

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 2,614.82 |
| **Total Interest** | | **2,614.82** |
| **Dividends** | | |
| **Accenture Plc Ireland Shs Class A G1151C101** | | |
| 08/15/2025 | 1.48 USD/Share On 1,115 Shares Due 8/15/25 | 1,650.20 |
| **Aon Plc Shs Cl A G0403H108** | | |
| 08/15/2025 | 0.745 USD/Share On 1,879 Shares Due 8/15/25 | 1,399.86 |
| **Caterpillar Inc 149123101** | | |
| 08/20/2025 | 1.51 USD/Share On 863 Shares Due 8/20/25 | 1,303.13 |
| **Colgate Palmolive Co Com 194162103** | | |
| 08/15/2025 | 0.52 USD/Share On 7,899 Shares Due 8/15/25 | 4,107.48 |
| **Deere Co 244199105** | | |
| 08/08/2025 | 1.62 USD/Share On 598 Shares Due 8/8/25 | 968.76 |
| **Diamondback Energy Inc 25278X109** | | |
| 08/21/2025 | 1.00 USD/Share On 3,087 Shares Due 8/21/25 | 3,087.00 |
| **Ferguson Plc New Common Stock New 31488V107** | | |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/06/2025 | 0.83 USD/Share On 2,710 Shares Due 8/6/25 | 2,249.30 |
| **General Mls Inc Com 370334104** | | |
| 08/01/2025 | 0.61 USD/Share On 8,204 Shares Due 8/1/25 | 5,004.44 |
| **Nucor Corp 670346105** | | |
| 08/11/2025 | 0.55 USD/Share On 2,064 Shares Due 8/11/25 | 1,135.20 |
| **Starbucks Corp Com 855244109** | | |
| 08/29/2025 | 0.61 USD/Share On 3,494 Shares Due 8/29/25 | 2,131.34 |
| **Texas Instrs Inc Com 882508104** | | |
| 08/12/2025 | 1.36 USD/Share On 4,038 Shares Due 8/12/25 | 5,491.68 |
| **Total Dividends** | | **28,528.39** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 2,614.82 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | 2,614.820 | .00 | - 2,614.82 | 2,614.82 |
| 08/05/2025 | Purchased 186,756.45 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/5/25 31846V567 | 186,756.450 | .00 | - 186,756.45 | 186,756.45 |
| 08/06/2025 | Purchased 2,249.3 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/6/25 31846V567 | 2,249.300 | .00 | - 2,249.30 | 2,249.30 |
| 08/08/2025 | Purchased 968.76 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/8/25 31846V567 | 968.760 | .00 | - 968.76 | 968.76 |
| 08/11/2025 | Purchased 1,135.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/11/25 31846V567 | 1,135.200 | .00 | - 1,135.20 | 1,135.20 |
| 08/12/2025 | Purchased 5,491.68 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | 5,491.680 | .00 | - 5,491.68 | 5,491.68 |
| 08/14/2025 | Purchased 270,344.92 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/14/25 31846V567 | 270,344.920 | .00 | - 270,344.92 | 270,344.92 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ███8801

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/15/2025 | Purchased 3,050.06 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 3,050.060 | .00 | - 3,050.06 | 3,050.06 |
| 08/18/2025 | Purchased 27,984.04 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/18/25 31846V567 | 27,984.040 | .00 | - 27,984.04 | 27,984.04 |
| 08/19/2025 | Purchased 14,376.38 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/19/25 31846V567 | 14,376.380 | .00 | - 14,376.38 | 14,376.38 |
| 08/20/2025 | Purchased 1,303.13 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/20/25 31846V567 | 1,303.130 | .00 | - 1,303.13 | 1,303.13 |
| 08/21/2025 | Purchased 3,087 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/21/25 31846V567 | 3,087.000 | .00 | - 3,087.00 | 3,087.00 |
| 08/29/2025 | Purchased 2,131.34 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/29/25 31846V567 | 2,131.340 | .00 | - 2,131.34 | 2,131.34 |
| **Total First Am Govt Ob Fd Cl Z** | | **521,493.080** | **.00** | **- 521,493.08** | **521,493.08** |
| **Total Cash And Equivalents** | | **521,493.080** | **.00** | **- 521,493.08** | **521,493.08** |

**Domestic Common Stock**

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/13/2025 | Purchased 669 Shares Of American International Group Trade Date 8/13/25 Purchased Through Piper Sandler & Co 669 Shares At 79.7133 USD 026874784 | 669.000 | 13.38 | - 53,341.58 | 53,341.58 |
| 08/13/2025 | Purchased 558 Shares Of American International Group Trade Date 8/13/25 Purchased Through Stifel, Nicolaus & Co.,Inc. 558 Shares At 79.8973 USD 026874784 | 558.000 | 11.16 | - 44,593.85 | 44,593.85 |
| **Total American International Group** | | **1,227.000** | **24.54** | **- 97,935.43** | **97,935.43** |
| 08/04/2025 | Purchased 57 Shares Of Berkshire Hathaway Inc Cl B Trade Date 8/4/25 Purchased Through Jefferies LLC 57 Shares At 460.9714 USD 084670702 | 57.000 | 1.14 | - 26,276.51 | 26,276.51 |
| **Total Berkshire Hathaway Inc Cl B** | | **57.000** | **1.14** | **- 26,276.51** | **26,276.51** |
| 08/13/2025 | Purchased 272 Shares Of Extra Space Storage Inc Trade Date 8/13/25 Purchased Through Piper Sandler & Co 272 Shares At 137.1622 USD 30225T102 | 272.000 | 5.44 | - 37,313.56 | 37,313.56 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

usbank

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/14/2025 | Purchased 44 Shares Of Extra Space Storage Inc Trade Date 8/14/25 Purchased Through Jefferies LLC 44 Shares At 135.5711 USD 30225T102 | 44.000 | .88 | - 5,966.01 | 5,966.01 |
| 08/14/2025 | Purchased 53 Shares Of Extra Space Storage Inc Trade Date 8/14/25 Purchased Through Jefferies LLC 53 Shares At 136.4635 USD 30225T102 | 53.000 | 1.06 | - 7,233.63 | 7,233.63 |
| 08/18/2025 | Purchased 89 Shares Of Extra Space Storage Inc Trade Date 8/18/25 Purchased Through Jefferies LLC 89 Shares At 136.8116 USD 30225T102 | 89.000 | 1.78 | - 12,178.01 | 12,178.01 |
| 08/18/2025 | Purchased 128 Shares Of Extra Space Storage Inc Trade Date 8/18/25 Purchased Through Jefferies LLC 128 Shares At 136.7471 USD 30225T102 | 128.000 | 2.56 | - 17,506.19 | 17,506.19 |
| **Total Extra Space Storage Inc** | | **586.000** | **11.72** | **- 80,197.40** | **80,197.40** |
| 08/04/2025 | Purchased 380 Shares Of Fed Ex Corp Trade Date 8/4/25 Purchased Through Bernstein Institutional Servic 380 Shares At 217.6931 USD 31428X106 | 380.000 | 7.60 | - 82,730.98 | 82,730.98 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/05/2025 | Purchased 123 Shares Of Fed Ex Corp Trade Date 8/5/25 Purchased Through Bernstein Institutional Servic 123 Shares At 219.4385 USD 31428X106 | 123.000 | 2.46 | - 26,993.40 | 26,993.40 |
| 08/05/2025 | Purchased 71 Shares Of Fed Ex Corp Trade Date 8/5/25 Purchased Through Jefferies LLC 71 Shares At 222.3724 USD 31428X106 | 71.000 | 1.42 | - 15,789.86 | 15,789.86 |
| 08/06/2025 | Purchased 384 Shares Of Fed Ex Corp Trade Date 8/6/25 Purchased Through Jefferies LLC 384 Shares At 226.0448 USD 31428X106 | 384.000 | 7.68 | - 86,808.88 | 86,808.88 |
| **Total Fed Ex Corp** | | **958.000** | **19.16** | **- 212,323.12** | **212,323.12** |
| 08/05/2025 | Purchased 405 Shares Of Zoetis Inc Cl A Trade Date 8/5/25 Purchased Through Citigroup Global Markets Inc 405 Shares At 146.485 USD 98978V103 | 405.000 | 8.10 | - 59,334.53 | 59,334.53 |
| 08/05/2025 | Purchased 326 Shares Of Zoetis Inc Cl A Trade Date 8/5/25 Purchased Through Instinet 326 Shares At 146.5517 USD 98978V103 | 326.000 | 3.26 | - 47,779.11 | 47,779.11 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/05/2025 | Purchased 138 Shares Of Zoetis Inc Cl A Trade Date 8/5/25 Purchased Through Instinet 138 Shares At 145.5081 USD 98978V103 | 138.000 | 1.38 | - 20,081.50 | 20,081.50 |
| 08/05/2025 | Purchased 56 Shares Of Zoetis Inc Cl A Trade Date 8/5/25 Purchased Through Cowen And Company, LLC 56 Shares At 145.8543 USD 98978V103 | 56.000 | 1.12 | - 8,168.96 | 8,168.96 |
| 08/06/2025 | Purchased 542 Shares Of Zoetis Inc Cl A Trade Date 8/6/25 Purchased Through Rbc Capital Markets, LLC 542 Shares At 146.0223 USD 98978V103 | 542.000 | 10.84 | - 79,154.93 | 79,154.93 |
| 08/06/2025 | Purchased 425 Shares Of Zoetis Inc Cl A Trade Date 8/6/25 Purchased Through Cap Institutional Services Inc 425 Shares At 146.4268 USD 98978V103 | 425.000 | 17.00 | - 62,248.39 | 62,248.39 |
| **Total Zoetis Inc Cl A** | | **1,892.000** | **41.70** | **- 276,767.42** | **276,767.42** |
| **Total Domestic Common Stock** | | **4,720.000** | **98.26** | **- 693,499.88** | **693,499.88** |
| **Total Purchases** | | **526,213.080** | **98.26** | **- 1,214,992.96** | **1,214,992.96** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████3801

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/01/2025 | Sold 44,400.97 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/1/25 31846V567 | - 44,400.970 | .00 | 44,400.97 | - 44,400.97 | .00 |
| 08/06/2025 | Sold 144,095.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/6/25 31846V567 | - 144,095.200 | .00 | 144,095.20 | - 144,095.20 | .00 |
| 08/07/2025 | Sold 228,212.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/7/25 31846V567 | - 228,212.200 | .00 | 228,212.20 | - 228,212.20 | .00 |
| 08/15/2025 | Sold 9,092.16 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | - 9,092.160 | .00 | 9,092.16 | - 9,092.16 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 425,800.530** | **.00** | **425,800.53** | **- 425,800.53** | **.00** |
| **Total Cash And Equivalents** | | **- 425,800.530** | **.00** | **425,800.53** | **- 425,800.53** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 08/13/2025 | Sold 3,553 Shares Of Bank Of America Corp Trade Date 8/13/25 Sold Through Piper Sandler & Co Paid 71.06 USD Brokerage 3,553 Shares At 47.1762 USD 060505104 | - 3,553.000 | 71.06 | 167,545.98 | - 125,333.97 | 42,212.01 |

R1715

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/13/2025 | Sold 172<br>Shares Of<br>Bank Of America Corp<br>Trade Date 8/13/25<br>Sold Through Stifel, Nicolaus & Co.,Inc.<br>Paid 3.44 USD Brokerage<br>172 Shares At 47.1104 USD<br>060505104 | - 172.000 | 3.44 | 8,099.55 | - 5,225.02 | 2,874.53 |
| **Total Bank Of America Corp** | | **- 3,725.000** | **74.50** | **175,645.53** | **- 130,558.99** | **45,086.54** |
| 08/13/2025 | Sold 648<br>Shares Of<br>Builders Firstsource Inc<br>Trade Date 8/13/25<br>Sold Through Bernstein Institutional Servic<br>Paid 12.96 USD Brokerage<br>648 Shares At 140.1511 USD<br>12008R107 | - 648.000 | 12.96 | 90,804.95 | - 97,823.78 | - 7,018.83 |
| **Total Builders Firstsource Inc** | | **- 648.000** | **12.96** | **90,804.95** | **- 97,823.78** | **- 7,018.83** |
| 08/04/2025 | Sold 121<br>Shares Of<br>Caterpillar Inc<br>Trade Date 8/4/25<br>Sold Through Baird, Robert W., & Company In<br>Paid 4.84 USD Brokerage<br>121 Shares At 433.5161 USD<br>149123101 | - 121.000 | 4.84 | 52,450.61 | - 23,441.45 | 29,009.16 |
| **Total Caterpillar Inc** | | **- 121.000** | **4.84** | **52,450.61** | **- 23,441.45** | **29,009.16** |
| 08/15/2025 | Sold 321<br>Shares Of<br>Ss C Technologies Hldgs Inc Com<br>Trade Date 8/15/25<br>Sold Through Bernstein Institutional Servic<br>Paid 6.42 USD Brokerage<br>321 Shares At 87.1977 USD<br>78467J100 | - 321.000 | 6.42 | 27,984.04 | - 18,624.07 | 9,359.97 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/18/2025 | Sold 423 Shares Of Ss C Technologies Hldgs Inc Com Trade Date 8/18/25 Sold Through Instinet Paid 4.23 USD Brokerage 423 Shares At 86.9103 USD 78467J100 | - 423.000 | 4.23 | 36,758.83 | - 24,542.00 | 12,216.83 |
| 08/18/2025 | Sold 84 Shares Of Ss C Technologies Hldgs Inc Com Trade Date 8/18/25 Sold Through Bernstein Institutional Servic Paid 1.68 USD Brokerage 84 Shares At 86.9456 USD 78467J100 | - 84.000 | 1.68 | 7,301.75 | - 4,873.59 | 2,428.16 |
| **Total Ss C Technologies Hldgs Inc Com** | | **- 828.000** | **12.33** | **72,044.62** | **- 48,039.66** | **24,004.96** |
| 08/13/2025 | Sold 1,691 Shares Of Sysco Corp Trade Date 8/13/25 Sold Through Jefferies LLC Paid 33.82 USD Brokerage 1,691 Shares At 82.3047 USD 871829107 | - 1,691.000 | 33.82 | 139,143.43 | - 136,685.75 | 2,457.68 |
| **Total Sysco Corp** | | **- 1,691.000** | **33.82** | **139,143.43** | **- 136,685.75** | **2,457.68** |
| 08/04/2025 | Sold 1,355 Shares Of Target Corp Com Trade Date 8/4/25 Sold Through Evercore Isi Paid 54.20 USD Brokerage 1,355 Shares At 99.9926 USD 87612E106 | - 1,355.000 | 54.20 | 135,435.77 | - 162,411.89 | - 26,976.12 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████8801

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/04/2025 | Sold 528 Shares Of Target Corp Com Trade Date 8/4/25 Sold Through Instinet Paid 5.28 USD Brokerage 528 Shares At 100.0884 USD 87612E106 | - 528.000 | 5.28 | 52,841.40 | - 58,413.50 | - 5,572.10 |
| 08/05/2025 | Sold 340 Shares Of Target Corp Com Trade Date 8/5/25 Sold Through Citigroup Global Markets Inc Paid 6.80 USD Brokerage 340 Shares At 100.1734 USD 87612E106 | - 340.000 | 6.80 | 34,052.16 | - 32,711.96 | 1,340.20 |
| **Total Target Corp Com** | | **- 2,223.000** | **66.28** | **222,329.33** | **- 253,537.35** | **- 31,208.02** |
| 08/04/2025 | Sold 248 Shares Of Union Pacific Corp Com Trade Date 8/4/25 Sold Through Barclays Capital Le Paid 4.96 USD Brokerage 248 Shares At 221.94 USD 907818108 | - 248.000 | 4.96 | 55,036.16 | - 55,450.76 | - 414.60 |
| **Total Union Pacific Corp Com** | | **- 248.000** | **4.96** | **55,036.16** | **- 55,450.76** | **- 414.60** |
| **Total Domestic Common Stock** | | **- 9,484.000** | **209.69** | **807,454.63** | **- 745,537.74** | **61,916.89** |
| **Total Sales And Maturities** | | **- 435,284.530** | **209.69** | **1,233,255.16** | **- 1,171,338.27** | **61,916.89** |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT [redacted]8801

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Baird, Robert W., & Company In** | | | | | | |
| 121.000 | 08/04/2025 | Sold<br>Caterpillar Inc<br>149123101 | 52,455.45 | 4.84 | .00 | 52,450.61 |
| **Total Baird, Robert W., & Company In** | | | **52,455.45** | **4.84** | **.00** | **52,450.61** |
| # Trades/Commission Per Share | | | 1 | .04 | | |
| **Barclays Capital Le** | | | | | | |
| 248.000 | 08/04/2025 | Sold<br>Union Pacific Corp Com<br>907818108 | 55,041.12 | 4.96 | .00 | 55,036.16 |
| **Total Barclays Capital Le** | | | **55,041.12** | **4.96** | **.00** | **55,036.16** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Bernstein Institutional Servic** | | | | | | |
| 380.000 | 08/04/2025 | Bought<br>Fed Ex Corp<br>31428X106 | 82,723.38 | 7.60 | .00 | 82,730.98 |
| 123.000 | 08/05/2025 | Bought<br>Fed Ex Corp<br>31428X106 | 26,990.94 | 2.46 | .00 | 26,993.40 |
| 648.000 | 08/13/2025 | Sold<br>Builders Firstsource Inc<br>12008R107 | 90,817.91 | 12.96 | .00 | 90,804.95 |
| 321.000 | 08/15/2025 | Sold<br>Ss C Technologies Hldgs Inc Com<br>78467J100 | 27,990.46 | 6.42 | .00 | 27,984.04 |
| 84.000 | 08/18/2025 | Sold<br>Ss C Technologies Hldgs Inc Com<br>78467J100 | 7,303.43 | 1.68 | .00 | 7,301.75 |

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ■■■■8801

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Bernstein Institutional Servic** | | | **235,826.12** | **31.12** | **.00** | **235,815.12** |
| # Trades/Commission Per Share | | | 5 | .02 | | |
| **Cap Institutional Services Inc** | | | | | | |
| 425.000 | 08/06/2025 | Bought<br>Zoetis Inc Cl A<br>98978V103 | 62,231.39 | 17.00 | .00 | 62,248.39 |
| **Total Cap Institutional Services Inc** | | | **62,231.39** | **17.00** | **.00** | **62,248.39** |
| # Trades/Commission Per Share | | | 1 | .04 | | |
| **Citigroup Global Markets Inc** | | | | | | |
| 405.000 | 08/05/2025 | Bought<br>Zoetis Inc Cl A<br>98978V103 | 59,326.43 | 8.10 | .00 | 59,334.53 |
| 340.000 | 08/05/2025 | Sold<br>Target Corp Com<br>87612E106 | 34,058.96 | 6.80 | .00 | 34,052.16 |
| **Total Citigroup Global Markets Inc** | | | **93,385.39** | **14.90** | **.00** | **93,386.69** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Cowen And Company, LLC** | | | | | | |
| 56.000 | 08/05/2025 | Bought<br>Zoetis Inc Cl A<br>98978V103 | 8,167.84 | 1.12 | .00 | 8,168.96 |
| **Total Cowen And Company, LLC** | | | **8,167.84** | **1.12** | **.00** | **8,168.96** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Evercore Isi** | | | | | | |

02501404
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - DIAMOND HILL
ACCOUNT ██████3801

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 1,355.000 | 08/04/2025 | Sold Target Corp Com 87612E106 | 135,489.97 | 54.20 | .00 | 135,435.77 |
| **Total Evercore Isi** | | | **135,489.97** | **54.20** | **.00** | **135,435.77** |
| # Trades/Commission Per Share | | | 1 | .04 | | |
| **Instinet** | | | | | | |
| 326.000 | 08/05/2025 | Bought Zoetis Inc Cl A 98978V103 | 47,775.85 | 3.26 | .00 | 47,779.11 |
| 138.000 | 08/05/2025 | Bought Zoetis Inc Cl A 98978V103 | 20,080.12 | 1.38 | .00 | 20,081.50 |
| 423.000 | 08/18/2025 | Sold Ss C Technologies Hldgs Inc Com 78467J100 | 36,763.06 | 4.23 | .00 | 36,758.83 |
| 528.000 | 08/04/2025 | Sold Target Corp Com 87612E106 | 52,846.68 | 5.28 | .00 | 52,841.40 |
| **Total Instinet** | | | **157,465.71** | **14.15** | **.00** | **157,460.84** |
| # Trades/Commission Per Share | | | 4 | .01 | | |
| **Jefferies LLC** | | | | | | |
| 57.000 | 08/04/2025 | Bought Berkshire Hathaway Inc Cl B 084670702 | 26,275.37 | 1.14 | .00 | 26,276.51 |
| 44.000 | 08/14/2025 | Bought Extra Space Storage Inc 30225T102 | 5,965.13 | .88 | .00 | 5,966.01 |

R1722

02501404
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - DIAMOND HILL
ACCOUNT ████8801

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 53.000 | 08/14/2025 | Bought<br>Extra Space Storage Inc<br>30225T102 | 7,232.57 | 1.06 | .00 | 7,233.63 |
| 89.000 | 08/18/2025 | Bought<br>Extra Space Storage Inc<br>30225T102 | 12,176.23 | 1.78 | .00 | 12,178.01 |
| 128.000 | 08/18/2025 | Bought<br>Extra Space Storage Inc<br>30225T102 | 17,503.63 | 2.56 | .00 | 17,506.19 |
| 71.000 | 08/05/2025 | Bought<br>Fed Ex Corp<br>31428X106 | 15,788.44 | 1.42 | .00 | 15,789.86 |
| 384.000 | 08/06/2025 | Bought<br>Fed Ex Corp<br>31428X106 | 86,801.20 | 7.68 | .00 | 86,808.88 |
| 1,691.000 | 08/13/2025 | Sold<br>Sysco Corp<br>871829107 | 139,177.25 | 33.82 | .00 | 139,143.43 |
| **Total Jefferies LLC** | | | **310,919.82** | **50.34** | **.00** | **310,902.52** |
| # Trades/Commission Per Share | | | 8 | .02 | | |
| **Piper Sandler & Co** | | | | | | |
| 669.000 | 08/13/2025 | Bought<br>American International Group<br>026874784 | 53,328.20 | 13.38 | .00 | 53,341.58 |
| 272.000 | 08/13/2025 | Bought<br>Extra Space Storage Inc<br>30225T102 | 37,308.12 | 5.44 | .00 | 37,313.56 |
| 3,553.000 | 08/13/2025 | Sold<br>Bank Of America Corp<br>060505104 | 167,617.04 | 71.06 | .00 | 167,545.98 |

02501404
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - DIAMOND HILL
ACCOUNT ▆▆▆▆3801

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Piper Sandler & Co** | | | **258,253.36** | **89.88** | **.00** | **258,201.12** |
| # Trades/Commission Per Share | | | 3 | .02 | | |
| **Rbc Capital Markets, LLC** | | | | | | |
| 542.000 | 08/06/2025 | Bought Zoetis Inc Cl A 98978V103 | 79,144.09 | 10.84 | .00 | 79,154.93 |
| **Total Rbc Capital Markets, LLC** | | | **79,144.09** | **10.84** | **.00** | **79,154.93** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Stifel, Nicolaus & Co.,Inc.** | | | | | | |
| 558.000 | 08/13/2025 | Bought American International Group 026874784 | 44,582.69 | 11.16 | .00 | 44,593.85 |
| 172.000 | 08/13/2025 | Sold Bank Of America Corp 060505104 | 8,102.99 | 3.44 | .00 | 8,099.55 |
| **Total Stifel, Nicolaus & Co.,Inc.** | | | **52,685.68** | **14.60** | **.00** | **52,693.40** |
| # Trades/Commission Per Share | | | 2 | .02 | | |
| **Grand Total** | | | **1,501,065.94** | **307.95** | **.00** | **1,500,954.51** |

R1724





## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025014
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022730 05 SP 000638031197474 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

**Account Number: [redacted]8802**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022735 03 SP 000638031197479 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02501904
35- -01-B -62 -248-04
0101  -12-02870-04




ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## TABLE OF CONTENTS

| Schedule | Page |
| --- | --- |
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 13 |
| Investment Activity | 14 |
| Purchases | 15 |
| Sales And Maturities | 17 |
| Broker Commissions | 19 |

R1729

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **15,642,146.92** | **12,589,764.58** |
| **Investment Activity** | | |
| Interest | 862.68 | 862.68 |
| Dividends | 10,882.20 | 10,882.20 |
| Realized Gain/Loss | - 29,448.11 | - 29,448.11 |
| Change In Unrealized Gain/Loss | 176,583.78 | .00 |
| Net Accrued Income (Current-Prior) | 5,550.61 | 5,550.61 |
| **Total Investment Activity** | **164,431.16** | **- 12,152.62** |
| **Net Change In Market And Cost** | **164,431.16** | **- 12,152.62** |
| **Ending Market And Cost** | **15,806,578.08** | **12,577,611.96** |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 862.68 |
| Dividends | 10,882.20 |
| Cash Equivalent Purchases | - 12,589.37 |
| Purchases | - 162,340.51 |
| Cash Equivalent Sales | 4,815.29 |
| Sales/Maturities | 158,369.71 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ■■■■8802

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 253,755.62 | 253,755.62 | 1.60 |
| Domestic Common Stocks | 14,871,787.02 | 11,540,329.19 | 94.09 |
| Foreign Stocks | 674,622.15 | 777,113.86 | 4.27 |
| **Total Assets** | **15,800,164.79** | **12,571,198.67** | **99.96** |
| Accrued Income | 6,413.29 | 6,413.29 | 0.04 |
| **Grand Total** | **15,806,578.08** | **12,577,611.96** | **100.00** |

**Estimated Annual Income** **158,200.70**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 253,755.620 | 253,755.62 1.0000 | 253,755.62 | .00 .00 | 892.30 | 4.18 |
| **Total Money Markets** | **253,755.620** | **253,755.62** | **253,755.62** | **.00 .00** | **892.30** | **4.17** |
| **Total Cash And Equivalents** | **253,755.620** | **253,755.62** | **253,755.62** | **.00 .00** | **892.30** | **4.17** |
| **Domestic Common Stocks** | | | | | | |
| **Communication Services** | | | | | | |
| *Integrated Telecom Services* | | | | | | |
| Alphabet Inc Cl A 02079K305 Asset Minor Code 42 | 4,750.000 | 1,011,322.50 212.9100 | 611,569.09 | 399,753.41 99,797.50 | .00 | 0.39 |
| *Interactive Home Entertainment* | | | | | | |
| Meta Platforms Inc 30303M102 Asset Minor Code 42 | 420.000 | 310,254.00 738.7000 | 289,395.76 | 20,858.24 - 14,590.80 | .00 | 0.28 |
| **Total Communication Services** | **5,170.000** | **1,321,576.50** | **900,964.85** | **420,611.65 85,206.70** | **.00** | **0.36** |
| **Consumer Discretionary** | | | | | | |
| *Home Improvement Retail* | | | | | | |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Home Depot Inc<br>437076102 Asset Minor Code 42 | 265.000 | 107,794.05<br>406.7700 | 90,948.97 | 16,845.08<br>10,403.90 | .00 | 2.26 |
| *Restaurants* | | | | | | |
| McDonalds<br>Corp Com<br>580135101 Asset Minor Code 42 | 1,055.000 | 330,784.70<br>313.5400 | 287,600.80 | 43,183.90<br>14,210.85 | .00 | 2.26 |
| **Total Consumer Discretionary** | **1,320.000** | **438,578.75** | **378,549.77** | **60,028.98**<br>**24,614.75** | **.00** | **2.25** |
| **Consumer Staples** | | | | | | |
| *Household Products* | | | | | | |
| Procter<br>Gamble Co<br>742718109 Asset Minor Code 42 | 2,830.000 | 444,423.20<br>157.0400 | 448,513.97 | - 4,090.77<br>18,593.10 | .00 | 2.69 |
| **Total Consumer Staples** | **2,830.000** | **444,423.20** | **448,513.97** | **- 4,090.77**<br>**18,593.10** | **.00** | **2.69** |
| **Financials** | | | | | | |
| *Insurance Brokers* | | | | | | |
| Marsh<br>McLennan Cos Inc<br>571748102 Asset Minor Code 42 | 4,940.000 | 1,016,701.40<br>205.8100 | 919,353.69 | 97,347.71<br>32,653.40 | .00 | 1.75 |
| *Specialized Finance* | | | | | | |
| Mastercard Inc<br>57636Q104 Asset Minor Code 42 | 1,195.000 | 711,371.55<br>595.2900 | 457,131.41 | 254,240.14<br>34,439.90 | .00 | 0.51 |
| **Total Financials** | **6,135.000** | **1,728,072.95** | **1,376,485.10** | **351,587.85**<br>**67,093.30** | **.00** | **1.23** |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Health Care** | | | | | | |
| *Health Care Equipment* | | | | | | |
| Stryker Corp<br>863667101 Asset Minor Code 42 | 2,795.000 | 1,093,990.95<br>391.4100 | 988,324.47 | 105,666.48<br>- 3,689.40 | .00 | 0.86 |
| *Pharmaceuticals* | | | | | | |
| Eli Lilly Co<br>532457108 Asset Minor Code 42 | 760.000 | 556,760.80<br>732.5800 | 590,221.12 | - 33,460.32<br>2,183.19 | 795.00 | 0.82 |
| Zoetis Inc Cl<br>A<br>98978V103 Asset Minor Code 42 | 2,235.000 | 349,554.00<br>156.4000 | 394,094.69 | - 44,540.69<br>61,367.47 | .00 | 1.28 |
| *Total Pharmaceuticals* | *2,995.000* | *906,314.80* | *984,315.81* | *- 78,001.01*<br>*63,550.66* | *795.00* | *0.99* |
| **Total Health Care** | **5,790.000** | **2,000,305.75** | **1,972,640.28** | **27,665.47**<br>**59,861.26** | **795.00** | **0.92** |
| **Industrials** | | | | | | |
| *Diversified Commercial Svcs* | | | | | | |
| Copart Inc<br>217204106 Asset Minor Code 42 | 10,830.000 | 528,612.30<br>48.8100 | 578,969.87 | - 50,357.57<br>37,688.40 | .00 | 0.00 |
| *Employment Services* | | | | | | |
| Equifax Inc<br>294429105 Asset Minor Code 42 | 1,860.000 | 458,118.00<br>246.3000 | 410,238.63 | 47,879.37<br>11,290.20 | .00 | 0.81 |
| Verisk<br>Analytics Inc Com<br>92345Y106 Asset Minor Code 42 | 545.000 | 146,125.40<br>268.1200 | 111,143.84 | 34,981.56<br>- 5,771.55 | .00 | 0.67 |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT 8802

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Employment Services* | *2,405.000* | *604,243.40* | *521,382.47* | *82,860.93*<br>*5,518.65* | *.00* | *0.77* |
| *Environmental Services* | | | | | | |
| Waste Mgmt<br>Inc Del Com<br>94106L109 Asset Minor Code 42 | 2,330.000 | 527,488.70<br>226.3900 | 374,358.92 | 153,129.78<br>- 6,454.10 | .00 | 1.46 |
| **Total Industrials** | **15,565.000** | **1,660,344.40** | **1,474,711.26** | **185,633.14**<br>**36,752.95** | **.00** | **0.74** |
| **Information Technology** | | | | | | |
| *Application Software* | | | | | | |
| Cadence<br>Design Sys Inc<br>127387108 Asset Minor Code 42 | 1,710.000 | 599,235.30<br>350.4300 | 470,480.44 | 128,754.86<br>- 24,179.40 | .00 | 0.00 |
| Intuit Com<br>461202103 Asset Minor Code 42 | 1,285.000 | 857,095.00<br>667.0000 | 633,904.08 | 223,190.92<br>- 151,797.05 | .00 | 0.72 |
| *Total Application Software* | *2,995.000* | *1,456,330.30* | *1,104,384.52* | *351,945.78*<br>*- 175,976.45* | *.00* | *0.42* |
| *Computer Hardware* | | | | | | |
| Apple Inc Com<br>037833100 Asset Minor Code 42 | 4,620.000 | 1,072,486.80<br>232.1400 | 706,246.54 | 366,240.26<br>113,513.40 | .00 | 0.45 |
| *Data Proc. & Outsourced Svcs* | | | | | | |
| Automatic<br>Data Processing<br>053015103 Asset Minor Code 42 | 1,710.000 | 519,925.50<br>304.0500 | 393,749.67 | 126,175.83<br>- 9,319.50 | .00 | 2.03 |

02501904
35- -01-B -62 -248-04
0101  -12-02870-04

 

ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Broadridge Financial Solutions Inc 11133T103  Asset Minor Code 42 | 2,635.000 | 673,558.70 255.6200 | 460,019.84 | 213,538.86 21,369.85 | .00 | 1.53 |
| *Total Data Proc. & Outsourced Svcs* | *4,345.000* | *1,193,484.20* | *853,769.51* | *339,714.69* *12,050.35* | *.00* | *1.74* |
| *Electronics Equipmt Mfr.* | | | | | | |
| Amphenol Corp Cl A 032095101  Asset Minor Code 42 | 3,605.000 | 392,440.30 108.8600 | 196,571.43 | 195,868.87 8,471.75 | .00 | 0.61 |
| *Semiconductor Equipment* | | | | | | |
| Kla Corp Com New 482480100  Asset Minor Code 42 | 750.000 | 654,000.00 872.0000 | 425,556.98 | 228,443.02 - 5,272.50 | 1,425.00 | 0.87 |
| *Semiconductors* | | | | | | |
| Nvidia Corp 67066G104  Asset Minor Code 42 | 3,615.000 | 629,660.70 174.1800 | 451,698.00 | 177,962.70 - 13,339.35 | .00 | 0.02 |
| *Systems Software* | | | | | | |
| Microsoft Corp Com 594918104  Asset Minor Code 42 | 2,873.000 | 1,455,720.37 506.6900 | 876,112.51 | 579,607.86 - 77,025.13 | 2,384.59 | 0.66 |
| **Total Information Technology** | **22,803.000** | **6,854,122.67** | **4,614,339.49** | **2,239,783.18** **- 137,577.93** | **3,809.59** | **0.72** |

**Materials**

*Specialty Chemicals*

R1737

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Sherwin Williams Co 824348106 Asset Minor Code 42 | 1,160.000 | 424,362.80 365.8300 | 374,124.47 | 50,238.33 40,542.00 | 916.40 | 0.86 |
| **Total Materials** | **1,160.000** | **424,362.80** | **374,124.47** | **50,238.33 40,542.00** | **916.40** | **0.86** |
| **Total Domestic Common Stocks** | **60,773.000** | **14,871,787.02** | **11,540,329.19** | **3,331,457.83 195,086.13** | **5,520.99** | **0.88** |

## Foreign Stocks

**Information Technology**

*It Consulting & Other Services*

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Accenture Plc Ireland Shs Class A G1151C101 Asset Minor Code 53 | 2,595.000 | 674,622.15 259.9700 | 777,113.86 | - 102,491.71 - 18,502.35 | .00 | 2.28 |
| **Total Information Technology** | **2,595.000** | **674,622.15** | **777,113.86** | **- 102,491.71 - 18,502.35** | **.00** | **2.27** |
| **Total Foreign Stocks** | **2,595.000** | **674,622.15** | **777,113.86** | **- 102,491.71 - 18,502.35** | **.00** | **2.27** |
| **Total Assets** | **317,123.620** | **15,800,164.79** | **12,571,198.67** | **3,228,966.12 176,583.78** | **6,413.29** | **1.00** |
| **Accrued Income** | **.000** | **6,413.29** | **6,413.29** | | | |
| **Grand Total** | **317,123.620** | **15,806,578.08** | **12,577,611.96** | | | |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 253,755.620 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 862.68 | 892.30 | 862.68 | 892.30 |
| **Total Cash And Equivalents** | | | | | **862.68** | **892.30** | **862.68** | **892.30** |
| **Domestic Common Stocks** | | | | | | | | |
| 4,620.000 | Apple Inc Com 037833100 | 08/11/25 | 08/14/25 | 1.04 | .00 | 1,201.20 | 1,201.20 | .00 |
| 750.000 | Kla Corp Com New 482480100 | 08/18/25 | 09/03/25 | 7.60 | .00 | 1,425.00 | .00 | 1,425.00 |
| 760.000 | Eli Lilly Co 532457108 | 08/15/25 | 09/10/25 | 6.00 | .00 | 795.00 | .00 | 795.00 |
| 4,940.000 | Marsh McLennan Cos Inc 571748102 | 07/24/25 | 08/15/25 | 3.60 | .00 | 4,707.00 | 4,707.00 | .00 |
| 1,195.000 | Mastercard Inc 57636Q104 | 07/09/25 | 08/08/25 | 3.04 | .00 | 1,029.80 | 1,029.80 | .00 |
| 2,873.000 | Microsoft Corp Com 594918104 | 08/21/25 | 09/11/25 | 3.32 | .00 | 2,384.59 | .00 | 2,384.59 |
| 1,160.000 | Sherwin Williams Co 824348106 | 08/15/25 | 09/05/25 | 3.16 | .00 | 916.40 | .00 | 916.40 |
| **Total Domestic Common Stocks** | | | | | **.00** | **12,458.99** | **6,938.00** | **5,520.99** |
| **Foreign Stocks** | | | | | | | | |
| 2,595.000 | Accenture Plc Ireland Shs Class A G1151C101 | 07/10/25 | 08/15/25 | 5.92 | .00 | 3,944.20 | 3,944.20 | .00 |
| **Total Foreign Stocks** | | | | | **.00** | **3,944.20** | **3,944.20** | **.00** |
| **Grand Total** | | | | | **862.68** | **17,295.49** | **11,744.88** | **6,413.29** |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT 8802

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 862.68 |
| **Total Interest** | | **862.68** |
| **Dividends** | | |
| **Accenture Plc Ireland Shs Class A G1151C101** | | |
| 08/15/2025 | 1.48 USD/Share On 2,665 Shares Due 8/15/25 | 3,944.20 |
| **Apple Inc Com 037833100** | | |
| 08/14/2025 | 0.26 USD/Share On 4,620 Shares Due 8/14/25 | 1,201.20 |
| **Marsh McLennan Cos Inc 571748102** | | |
| 08/15/2025 | 0.90 USD/Share On 5,230 Shares Due 8/15/25 | 4,707.00 |
| **Mastercard Inc 57636Q104** | | |
| 08/08/2025 | 0.76 USD/Share On 1,355 Shares Due 8/8/25 | 1,029.80 |
| **Total Dividends** | | **10,882.20** |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 862.68 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | 862.680 | .00 | - 862.68 | 862.68 |
| 08/08/2025 | Purchased 1,029.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/8/25 31846V567 | 1,029.800 | .00 | - 1,029.80 | 1,029.80 |
| 08/14/2025 | Purchased 1,201.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/14/25 31846V567 | 1,201.200 | .00 | - 1,201.20 | 1,201.20 |
| 08/15/2025 | Purchased 4,707 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 4,707.000 | .00 | - 4,707.00 | 4,707.00 |
| 08/15/2025 | Purchased 3,944.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 3,944.200 | .00 | - 3,944.20 | 3,944.20 |
| 08/19/2025 | Purchased 844.49 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/19/25 31846V567 | 844.490 | .00 | - 844.49 | 844.49 |
| **Total First Am Govt Ob Fd Cl Z** | | **12,589.370** | **.00** | **- 12,589.37** | **12,589.37** |
| **Total Cash And Equivalents** | | **12,589.370** | **.00** | **- 12,589.37** | **12,589.37** |

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ██████8802

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Domestic Common Stock** | | | | | |
| 08/18/2025 | Purchased 55 Shares Of Eli Lilly Co Trade Date 8/18/25 Purchased Through Cowen And Company, LLC 55 Shares At 699.2011 USD 532457108 | 55.000 | .28 | - 38,456.34 | 38,456.34 |
| 08/19/2025 | Purchased 175 Shares Of Eli Lilly Co Trade Date 8/19/25 Purchased Through Instinet 175 Shares At 707.9045 USD 532457108 | 175.000 | .88 | - 123,884.17 | 123,884.17 |
| **Total Eli Lilly Co** | | **230.000** | **1.16** | **- 162,340.51** | **162,340.51** |
| **Total Domestic Common Stock** | | **230.000** | **1.16** | **- 162,340.51** | **162,340.51** |
| **Total Purchases** | | **12,819.370** | **1.16** | **- 174,929.88** | **174,929.88** |

02501904
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - JENSEN
ACCOUNT ████3802

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/20/2025 | Sold 4,815.29 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/20/25 31846V567 | - 4,815.290 | .00 | 4,815.29 | - 4,815.29 | .00 |
| | **Total First Am Govt Ob Fd Cl Z** | **- 4,815.290** | **.00** | **4,815.29** | **- 4,815.29** | **.00** |
| | **Total Cash And Equivalents** | **- 4,815.290** | **.00** | **4,815.29** | **- 4,815.29** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 08/18/2025 | Sold 258 Shares Of Zoetis Inc Cl A Trade Date 8/18/25 Sold Through Cowen And Company, LLC Paid 1.29 USD Brokerage 258 Shares At 152.3338 USD 98978V103 | - 258.000 | 1.29 | 39,300.83 | - 47,091.53 | - 7,790.70 |
| 08/19/2025 | Sold 772 Shares Of Zoetis Inc Cl A Trade Date 8/19/25 Sold Through Instinet Paid 3.86 USD Brokerage 772 Shares At 154.2393 USD 98978V103 | - 772.000 | 3.86 | 119,068.88 | - 140,726.29 | - 21,657.41 |
| | **Total Zoetis Inc Cl A** | **- 1,030.000** | **5.15** | **158,369.71** | **- 187,817.82** | **- 29,448.11** |
| | **Total Domestic Common Stock** | **- 1,030.000** | **5.15** | **158,369.71** | **- 187,817.82** | **- 29,448.11** |
| | **Total Sales And Maturities** | **- 5,845.290** | **5.15** | **163,185.00** | **- 192,633.11** | **- 29,448.11** |

R1744

ADSF CUSTODY - JENSEN
ACCOUNT [redacted]8802

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02501904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - JENSEN
ACCOUNT ████8802

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Cowen And Company, LLC** | | | | | | |
| 55.000 | 08/18/2025 | Bought<br>Eli Lilly Co<br>532457108 | 38,456.06 | .28 | .00 | 38,456.34 |
| 258.000 | 08/18/2025 | Sold<br>Zoetis Inc Cl A<br>98978V103 | 39,302.12 | 1.29 | .00 | 39,300.83 |
| **Total Cowen And Company, LLC** | | | **77,758.18** | **1.57** | **.00** | **77,757.17** |
| # Trades/Commission Per Share | | | 2 | .01 | | |
| **Instinet** | | | | | | |
| 175.000 | 08/19/2025 | Bought<br>Eli Lilly Co<br>532457108 | 123,883.29 | .88 | .00 | 123,884.17 |
| 772.000 | 08/19/2025 | Sold<br>Zoetis Inc Cl A<br>98978V103 | 119,072.74 | 3.86 | .00 | 119,068.88 |
| **Total Instinet** | | | **242,956.03** | **4.74** | **.00** | **242,953.05** |
| # Trades/Commission Per Share | | | 2 | .01 | | |
| **Grand Total** | | | **320,714.21** | **6.31** | **.00** | **320,710.22** |



R1747



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025019
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022735 03 SP 000638031197479 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

**Account Number: [redacted]8803**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022741 15 SP 000638031197485 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 34 |
| Investment Activity | 46 |
| Corporate Changes And Adjustments | 64 |
| Purchases | 67 |
| Sales And Maturities | 100 |
| Pending Trades | 125 |
| Broker Commissions | 139 |
| Bond Summary | 146 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

## MARKET AND COST RECONCILIATION

| | 08/31/2025<br>MARKET | 08/31/2025<br>FEDERAL TAX COST |
|---|---:|---:|
| **Beginning Market And Cost** | **7,118,193.51** | **7,172,298.75** |
| **Investment Activity** | | |
| Interest | 21,029.83 | 21,029.83 |
| Realized Gain/Loss | 45,028.70 | 45,028.70 |
| Change In Unrealized Gain/Loss | 28,729.10 | .00 |
| Net Accrued Income (Current-Prior) | 2,537.33 | 2,537.33 |
| **Total Investment Activity** | **97,324.96** | **68,595.86** |
| **Other Activity** | | |
| Other Non-Cash Transactions | 237.33 | 237.33 |
| **Total Other Activity** | **237.33** | **237.33** |
| **Net Change In Market And Cost** | **97,562.29** | **68,833.19** |
| **Ending Market And Cost** | **7,215,755.80** | **7,241,131.94** |

R1752

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 841,297.16** |
| **Investment Activity** | |
| Interest | 21,029.83 |
| Cash Equivalent Purchases | - 5,120,124.96 |
| Purchases | - 5,737,197.27 |
| Cash Equivalent Sales | 969,806.06 |
| Sales/Maturities | 5,774,109.41 |
| **Total Investment Activity** | **- 4,092,376.93** |
| **Net Change In Cash** | **- 4,092,376.93** |
| **Ending Cash** | **- 4,933,674.09** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████3803

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | - 581,337.05 | - 581,337.05 | 0.00 |
| U.S. Government Issues | 6,137,536.86 | 6,151,274.74 | 78.72 |
| Corporate Issues | 1,376,430.45 | 1,364,380.32 | 17.65 |
| Foreign Issues | 49,363.00 | 51,077.90 | 0.63 |
| Municipal Issues | 212,199.85 | 234,173.34 | 2.72 |
| **Total Assets** | **7,194,193.11** | **7,219,569.25** | **99.72** |
| Accrued Income | 21,562.69 | 21,562.69 | 0.28 |
| **Grand Total** | **7,215,755.80** | **7,241,131.94** | **100.00** |
| **Estimated Annual Income** | **481,843.13** | | |

## ASSET SUMMARY MESSAGES

Asset percentages are calculated for positive market values only.

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 4,352,337.040 | 4,352,337.04 1.0000 | 4,352,337.04 | .00 .00 | 2,984.88 | 4.18 |
| **Total Money Markets** | **4,352,337.040** | **4,352,337.04** | **4,352,337.04** | **.00 .00** | **2,984.88** | **4.17** |
| **Cash** | | | | | | |
| Pending Cash | | - 4,933,674.09 | - 4,933,674.09 | | | |
| **Total Cash** | **.000** | **- 4,933,674.09** | **- 4,933,674.09** | **.00 .00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **4,352,337.040** | **- 581,337.05** | **- 581,337.05** | **.00 .00** | **2,984.88** | **- 31.27** |
| **US Government Issues** | | | | | | |
| FHLMC Tba 30Yr 2.000% 8/15/51 Standard & Poors Rating: N/A Moodys Rating: N/A 01F020687 Asset Minor Code 24 | .000 | .00 78.8710 | .00 | .00 125.97 | .00 | 0.00 |
| FHLMC Tba 30Yr 2.000% 9/15/51 Standard & Poors Rating: N/A Moodys Rating: N/A 01F020695 Asset Minor Code 24 | 50,000.000 | 39,698.50 79.3970 | 39,687.50 | 11.00 11.00 | .00 | 2.52 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 2.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F022683 Asset Minor Code 24 | .000 | .00<br>82.4810 | .00 | .00<br>81.47 | .00 | 0.00 |
| FHLMC Tba<br>30Yr 2.500% 9/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F022691 Asset Minor Code 24 | 50,000.000 | 41,507.00<br>83.0140 | 41,560.55 | - 53.55<br>- 53.55 | .00 | 3.01 |
| F N M A Tba<br>30Yr 3.000% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F030686 Asset Minor Code 24 | .000 | .00<br>86.1570 | .00 | .00<br>54.28 | .00 | 0.00 |
| F N M A Tba<br>30Yr 3.000% 9/15/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F030694 Asset Minor Code 24 | 75,000.000 | 64,965.75<br>86.6210 | 65,074.22 | - 108.47<br>- 108.47 | .00 | 3.46 |
| F N M A Tba<br>30Yr 3.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F032682 Asset Minor Code 24 | .000 | .00<br>89.8630 | .00 | .00<br>192.01 | .00 | 0.00 |
| F N M A Tba<br>30Yr 3.500% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F032690 Asset Minor Code 24 | 75,000.000 | 67,746.00<br>90.3280 | 67,393.56 | 352.44<br>260.95 | .00 | 3.87 |
| F N M A Tba<br>30Yr 4.000% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F040693 Asset Minor Code 24 | 75,000.000 | 69,978.75<br>93.3050 | 69,014.65 | 964.10<br>840.00 | .00 | 4.29 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A Tba<br>30Yr 4.500% 8/15/43<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F042681 Asset Minor Code 24 | .000 | .00<br>95.6360 | .00 | .00<br>- 29.02 | .00 | 0.00 |
| F N M A Tba<br>30Yr 4.500% 9/14/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F042699 Asset Minor Code 24 | 125,000.000 | 120,213.75<br>96.1710 | 119,911.14 | 302.61<br>302.61 | .00 | 4.68 |
| F N M A Tba<br>30Yr 5.000% 8/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F050684 Asset Minor Code 24 | .000 | .00<br>98.1210 | .00 | .00<br>- 46.64 | .00 | 0.00 |
| F N M A Tba<br>30Yr 5.000% 9/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F050692 Asset Minor Code 24 | 75,000.000 | 73,959.75<br>98.6130 | 73,702.64 | 257.11<br>257.11 | .00 | 5.07 |
| F N M A Tba<br>30Yr 5.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F052680 Asset Minor Code 24 | .000 | .00<br>100.1850 | .00 | .00<br>- 49.95 | .00 | 0.00 |
| F N M A Tba<br>30Yr 5.500% 9/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>01F052698 Asset Minor Code 24 | 50,000.000 | 50,281.50<br>100.5630 | 50,066.41 | 215.09<br>215.09 | .00 | 5.47 |
| GNMA II Tba<br>30Yr 2.500% 8/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H022689 Asset Minor Code 24 | .000 | .00<br>84.6160 | .00 | .00<br>- 59.79 | .00 | 0.00 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| GNMA II Tba<br>30Yr 2.500% 9/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H022697 Asset Minor Code 24 | 25,000.000 | 21,308.25<br>85.2330 | 21,164.06 | 144.19<br>144.19 | .00 | 2.93 |
| G N M A I I<br>Tba 4.000% 8/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H040681 Asset Minor Code 24 | .000 | .00<br>92.5700 | .00 | .00<br>318.42 | .00 | 0.00 |
| G N M A I I<br>Tba 4.000% 9/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H040699 Asset Minor Code 24 | 50,000.000 | 46,637.50<br>93.2750 | 46,439.45 | 198.05<br>198.05 | .00 | 4.29 |
| G N M A I I<br>Tba 4.500% 8/15/44<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H042687 Asset Minor Code 24 | .000 | .00<br>95.5970 | .00 | .00<br>- 57.94 | .00 | 0.00 |
| G N M A I I<br>Tba 4.500% 9/15/45<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H042695 Asset Minor Code 24 | 25,000.000 | 24,074.50<br>96.2980 | 23,942.38 | 132.12<br>132.12 | .00 | 4.67 |
| GNMA II Tba<br>30Yr 5.000% 8/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H050680 Asset Minor Code 24 | .000 | .00<br>98.3240 | .00 | .00<br>- 242.46 | .00 | 0.00 |
| GNMA II Tba<br>30Yr 5.000% 9/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H050698 Asset Minor Code 24 | 75,000.000 | 74,238.00<br>98.9840 | 73,752.44 | 485.56<br>485.56 | .00 | 5.05 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| GNMA II Tba<br>30Yr 5.500% 8/15/53<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H052686 Asset Minor Code 24 | .000 | .00<br>100.3000 | .00 | .00<br>- 62.38 | .00 | 0.00 |
| GNMA II Tba<br>30Yr 5.500% 9/15/53<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>21H052694 Asset Minor Code 24 | 25,000.000 | 25,183.50<br>100.7340 | 25,067.38 | 116.12<br>116.12 | .00 | 5.46 |
| F H L M C Gd<br>A45796 7.000% 1/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128K6NM8 Asset Minor Code 24 | 1,203.350 | 1,266.13<br>105.2170 | 1,258.68 | 7.45<br>.09 | 7.02 | 6.65 |
| F H L M C Gd<br>G16584 3.500% 8/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MFRD2 Asset Minor Code 24<br>Date Last Priced: 05/15/24 | .010 | .01<br>95.6320 @ | .01 | .00<br>.00 | .00 | 0.00 |
| F H L M C Gd<br>G08844 5.000% 10/01/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3128MJ5E6 Asset Minor Code 24 | 5,627.380 | 5,649.27<br>100.3890 | 5,890.94 | - 241.67<br>74.49 | 23.45 | 4.98 |
| F H L M C<br>#As5323 4.000% 1/01/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DS4G4 Asset Minor Code 24 | 22,601.760 | 21,128.58<br>93.4820 | 21,574.10 | - 445.52<br>247.70 | 75.34 | 4.28 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sd7503 3.500% 8/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DVKQ7 Asset Minor Code 24 | 33,422.390 | 30,778.68<br>92.0900 | 35,307.63 | - 4,528.95<br>378.13 | 97.47 | 3.80 |
| F H L M C<br>#Sd8199 2.000% 2/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132DWDC4 Asset Minor Code 24 | 20,528.970 | 16,344.96<br>79.6190 | 17,998.16 | - 1,653.20<br>239.08 | 34.21 | 2.51 |
| F H L M C<br>#Wa3219<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132WWYR7 Asset Minor Code 24 | 56,473.180 | 44,406.56<br>78.6330 | 51,269.25 | - 6,862.69<br>583.36 | .00 | 2.66 |
| F H L M C<br>#Ra6953 3.000% 3/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3133KNWN9 Asset Minor Code 24 | 41,034.900 | 35,642.91<br>86.8600 | 37,559.75 | - 1,916.84<br>459.27 | 102.59 | 3.45 |
| F N M A Gtd<br>Remic 5.345% 1/25/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3136B72K6 Asset Minor Code 30 | 11,719.250 | 11,444.08<br>97.6520 | 11,684.46 | - 240.38<br>54.36 | 9.73 | 5.08 |
| F H L M C<br>Mltcl 1.940% 2/25/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137FTZL4 Asset Minor Code 30 | 25,000.000 | 20,097.25<br>80.3890 | 24,787.11 | - 4,689.86<br>350.25 | 40.42 | 2.41 |
| F H L M C<br>Mltcl Mt 5.62197% 11/25/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137HHFL0 Asset Minor Code 30 | 4,417.290 | 4,436.95<br>100.4450 | 4,413.84 | 23.11<br>20.25 | 4.48 | 5.63 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A #303826    6.000%  3/01/26 Standard & Poors Rating: N/A Moodys Rating: N/A 31373UPK7   Asset Minor Code 24 | 5.950 | 6.08 102.1790 | 6.01 | .07 .04 | .03 | 5.92 |
| F N M A #545646    7.000%  9/01/26 Standard & Poors Rating: N/A Moodys Rating: N/A 31385JET1   Asset Minor Code 24 | 295.170 | 310.27 105.1150 | 295.07 | 15.20 - 3.65 | 1.72 | 6.66 |
| F N M A #Ca1710    4.500%  5/01/48 Standard & Poors Rating: N/A Moodys Rating: N/A 3140Q83U7   Asset Minor Code 24 | 6,099.010 | 5,959.83 97.7180 | 6,342.02 | - 382.19 84.69 | 22.86 | 4.61 |
| F N M A #Ca2208    4.500%  8/01/48 Standard & Poors Rating: N/A Moodys Rating: N/A 3140Q9N25   Asset Minor Code 24 | 1,662.540 | 1,619.36 97.4030 | 1,729.76 | - 110.40 22.85 | 6.22 | 4.62 |
| F N M A #Fs1598    2.000%  4/01/52 Standard & Poors Rating: N/A Moodys Rating: N/A 3140XGX46   Asset Minor Code 24 | 20,725.220 | 16,521.52 79.7170 | 18,255.18 | - 1,733.66 266.39 | 34.54 | 2.51 |
| F N M A #Fm2318    3.500%  9/01/49 Standard & Poors Rating: N/A Moodys Rating: N/A 3140X5SG9   Asset Minor Code 24 | 5,850.710 | 5,387.74 92.0870 | 6,204.94 | - 817.20 66.57 | 17.06 | 3.80 |
| F N M A #764388    6.008%  3/01/34 Standard & Poors Rating: N/A Moodys Rating: N/A 31404CF54   Asset Minor Code 24 | 2,651.330 | 2,667.72 100.6180 | 2,649.14 | 18.58 2.06 | 13.27 | 5.97 |

R1761

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#939419 6.265% 5/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31413ADY6 Asset Minor Code 24 | 4,462.990 | 4,517.35<br>101.2180 | 4,464.80 | 52.55<br>5.46 | 23.30 | 6.19 |
| F N M A<br>#Ma1561 3.000% 8/01/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418AWX2 Asset Minor Code 24 | 2,668.060 | 2,576.92<br>96.5840 | 2,652.59 | - 75.67<br>25.15 | 5.69 | 3.11 |
| F N M A<br>#Ma3811 3.000% 10/01/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418DGV8 Asset Minor Code 24 | 6,915.540 | 5,960.78<br>86.1940 | 6,941.48 | - 980.70<br>81.42 | 17.29 | 3.48 |
| F N M A<br>#Ma4644 4.000% 5/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EES5 Asset Minor Code 24 | 11,445.550 | 10,700.67<br>93.4920 | 10,911.73 | - 211.06<br>125.99 | 38.15 | 4.28 |
| F N M A<br>#Ma4733 4.500% 8/01/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EHK9 Asset Minor Code 24 | 56,245.090 | 54,279.89<br>96.5060 | 54,048.02 | 231.87<br>833.14 | 210.92 | 4.66 |
| G N M A I I<br>#Ma4454 5.000% 5/20/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179S5P8 Asset Minor Code 24 | 5,653.270 | 5,723.26<br>101.2380 | 6,020.68 | - 297.42<br>118.13 | 23.56 | 4.94 |
| G N M A I I<br>#Ma4838 4.000% 11/20/47<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179TLT0 Asset Minor Code 24 | 2,307.480 | 2,187.56<br>94.8030 | 2,316.73 | - 129.17<br>34.72 | 7.69 | 4.22 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| G N M A I I<br>#Ma5399 4.500% 8/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179T7L3 Asset Minor Code 24 | 4,532.230 | 4,447.39<br>98.1280 | 4,691.56 | - 244.17<br>72.71 | 17.00 | 4.59 |
| G N M A I I<br>#Ma5530 5.000% 10/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179UEB4 Asset Minor Code 24 | 1,725.710 | 1,740.81<br>100.8750 | 1,802.28 | - 61.47<br>26.68 | 7.19 | 4.96 |
| G N M A I I<br>#Ma5651 4.000% 12/20/48<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179UH47 Asset Minor Code 24 | 1,463.260 | 1,385.39<br>94.6780 | 1,491.66 | - 106.27<br>20.17 | 4.88 | 4.22 |
| G N M A I I<br>#Ma6209 3.000% 10/20/49<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179U3S9 Asset Minor Code 24 | 801.520 | 703.99<br>87.8320 | 806.79 | - 102.80<br>15.01 | 2.00 | 3.42 |
| G N M A I I<br>#Ma8201 4.500% 8/20/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179XDE3 Asset Minor Code 24 | 19,528.100 | 19,005.33<br>97.3230 | 18,613.48 | 391.85<br>313.54 | 73.23 | 4.62 |
| G N M A I I<br>#Ma9963 4.500% 10/20/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36180AB85 Asset Minor Code 24 | 24,143.320 | 23,258.23<br>96.3340 | 22,941.81 | 316.42<br>336.92 | 90.54 | 4.67 |
| G N M A Gtd<br>Remic 5.598% 2/20/54<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>38384JQR8 Asset Minor Code 30 | 16,325.190 | 16,397.84<br>100.4450 | 16,315.00 | 82.84<br>70.87 | 28.06 | 5.57 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 4.250% 5/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNC1 Asset Minor Code 21 | .000 | .00<br>100.3130 | .00 | .00<br>222.10 | .00 | 0.00 |
| U S Treasury<br>Nt 3.875% 7/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNM9 Asset Minor Code 21 | .000 | .00<br>100.7730 | .00 | .00<br>387.09 | .00 | 0.00 |
| U S Treasury<br>Nt 3.875% 7/31/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNN7 Asset Minor Code 21 | .000 | .00<br>100.8050 | .00 | .00<br>- 1,499.46 | .00 | 0.00 |
| U S Treasury<br>Nt 3.875% 7/31/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNP2 Asset Minor Code 21 | .000 | .00<br>100.4140 | .00 | .00<br>1,132.76 | .00 | 0.00 |
| U S Treasury<br>Nt 4.125% 7/31/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CNR8 Asset Minor Code 21 | .000 | .00<br>100.4530 | .00 | .00<br>- 277.92 | 165.00 | 0.00 |
| U S Treasury<br>I P S 1.875% 7/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNS6 Asset Minor Code 30 | .000 | .00<br>100.5860 | .00 | .00<br>146.62 | .00 | 0.00 |
| U S Treasury<br>Nt 4.250% 8/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>91282CNT4 Asset Minor Code 21 | 171,000.000 | 171,347.13<br>100.2030 | 171,102.72 | 244.41<br>244.41 | 335.73 | 4.24 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury Nt    3.750%  8/15/28 Standard & Poors Rating: N/A Moodys Rating: N/A 91282CNU1  Asset Minor Code 21 | 600,000.000 | 600,798.00 100.1330 | 599,067.13 | 1,730.87 1,730.87 | 1,039.40 | 3.75 |
| U S Treasury Nt    3.750%  8/31/27 Standard & Poors Rating: N/A Moodys Rating: N/A 91282CNV9  Asset Minor Code 21 | 1,878,000.000 | 1,878,375.60 100.0200 | 1,876,918.93 | 1,456.67 1,456.67 | .00 | 3.75 |
| U S Treasury Nt    3.875%  8/31/32 Standard & Poors Rating: N/A Moodys Rating: N/A 91282CNW7  Asset Minor Code 21 | 229,000.000 | 228,285.52 99.6880 | 227,522.12 | 763.40 763.40 | .00 | 3.89 |
| U S Treasury Nt    3.750%  8/31/30 Standard & Poors Rating: N/A Moodys Rating: N/A 91282CNX5  Asset Minor Code 21 | 2,169,000.000 | 2,162,384.55 99.6950 | 2,158,642.80 | 3,741.75 3,741.75 | .00 | 3.76 |
| **Total US Government Issues** | **6,239,535.720** | **6,137,536.86** | **6,151,274.74** | **- 13,737.88 15,998.88** | **2,580.04** | **3.85** |

## Corporate Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Agl Capital Corp    6.000% 10/01/34 Standard & Poors Rating: A- Moodys Rating: Baa1 001192AD5  Asset Minor Code 28 | 35,000.000 | 37,151.80 106.1480 | 36,732.85 | 418.95 480.90 | 875.00 | 5.65 |
| Air Lease Corp Mtn  3.250% 10/01/29 Standard & Poors Rating: BBB Moodys Rating: N/A 00914AAE2  Asset Minor Code 28 | 15,000.000 | 14,358.00 95.7200 | 14,694.15 | - 336.15 115.50 | 203.13 | 3.40 |

R1765

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Air Lease<br>Corp Mtn 2.200% 1/15/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: N/A<br>00914AAR3 Asset Minor Code 28 | 15,000.000 | 14,598.45<br>97.3230 | 14,820.00 | - 221.55<br>82.05 | 42.17 | 2.26 |
| Amcor Finance<br>USA 3.625% 4/28/26<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>02343UAG0 Asset Minor Code 28 | 20,000.000 | 19,894.20<br>99.4710 | 21,293.20 | - 1,399.00<br>68.60 | 247.71 | 3.64 |
| American<br>Assets L P 6.150% 10/01/34<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>02401LAB0 Asset Minor Code 28 | 5,000.000 | 5,020.65<br>100.4130 | 4,983.55 | 37.10<br>25.55 | 128.13 | 6.12 |
| American<br>Express Co 4.918% 7/20/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>025816EK1 Asset Minor Code 28 | 10,000.000 | 10,127.90<br>101.2790 | 10,000.00 | 127.90<br>95.70 | 49.18 | 4.86 |
| American<br>Tower Corp 3.600% 1/15/28<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>03027XAR1 Asset Minor Code 28 | 20,000.000 | 19,731.00<br>98.6550 | 18,850.60 | 880.40<br>124.20 | 92.00 | 3.65 |
| American<br>Tower Corp 2.700% 4/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>03027XBM1 Asset Minor Code 28 | 6,000.000 | 5,442.66<br>90.7110 | 4,908.60 | 534.06<br>73.80 | 61.20 | 2.98 |
| Elevance<br>Health Inc 5.200% 2/15/35<br>Standard & Poors Rating: A<br>Moodys Rating: Baa2<br>036752BD4 Asset Minor Code 28 | 5,000.000 | 5,030.55<br>100.6110 | 4,982.30 | 48.25<br>34.35 | 11.56 | 5.17 |

 

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Aon Corp Sr<br>Nt 2.800% 5/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa2<br>037389BE2 Asset Minor Code 28 | 20,000.000 | 18,756.00<br>93.7800 | 20,586.40 | - 1,830.40<br>210.80 | 164.89 | 2.99 |
| Appalachian<br>Power Co 3.300% 6/01/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>037735CW5 Asset Minor Code 28 | 35,000.000 | 34,466.60<br>98.4760 | 34,675.95 | - 209.35<br>200.20 | 288.75 | 3.35 |
| Arizona Pub<br>Svc Co 6.350% 12/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>040555DE1 Asset Minor Code 28 | 15,000.000 | 16,321.05<br>108.8070 | 15,495.15 | 825.90<br>211.05 | 201.08 | 5.84 |
| Autozone Inc<br>5.125% 6/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>053332BM3 Asset Minor Code 28 | 5,000.000 | 5,160.55<br>103.2110 | 4,996.80 | 163.75<br>50.05 | 140.23 | 4.97 |
| Barclays<br>Commercial 6.358% 3/15/57<br>Standard & Poors Rating: AA-<br>Moodys Rating: N/A<br>05554VAE0 Asset Minor Code 31 | 20,000.000 | 20,928.40<br>104.6420 | 20,486.72 | 441.68<br>172.00 | 56.52 | 6.08 |
| Bmo 2023-5C1<br>Mtg 7.35469% 8/17/56<br>Standard & Poors Rating: AA-<br>Moodys Rating: N/A<br>055986AF0 Asset Minor Code 31 | 20,000.000 | 21,273.20<br>106.3660 | 20,790.63 | 482.57<br>160.40 | 122.58 | 6.91 |
| Bk Of America<br>Mtn 1.922% 10/24/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJL4 Asset Minor Code 28 | 25,000.000 | 22,078.25<br>88.3130 | 20,294.80 | 1,783.45<br>276.00 | 169.51 | 2.18 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Bk Of America<br>Corp 2.651% 3/11/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJP5 Asset Minor Code 28 | 5,000.000 | 4,544.65<br>90.8930 | 4,362.45 | 182.20<br>63.70 | 62.59 | 2.92 |
| Bk Of America<br>Mtn 2.687% 4/22/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GJT7 Asset Minor Code 28 | 5,000.000 | 4,535.95<br>90.7190 | 4,437.65 | 98.30<br>52.50 | 48.14 | 2.96 |
| Bk Of America<br>Mtn 2.299% 7/21/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GKA6 Asset Minor Code 28 | 20,000.000 | 17,649.80<br>88.2490 | 17,792.60 | - 142.80<br>217.40 | 51.09 | 2.61 |
| Bank<br>0.446% 12/16/53<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>06541UBN5 Asset Minor Code 31 | 2,113.820 | 2,102.02<br>99.4420 | 2,088.71 | 13.31<br>.89 | .79 | 0.45 |
| ST Barnabas<br>Hcs 4.000% 7/01/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: A1<br>06769QAA8 Asset Minor Code 28 | 30,000.000 | 29,650.50<br>98.8350 | 31,005.90 | - 1,355.40<br>194.40 | 200.00 | 4.05 |
| Baylor Scott<br>White 2.650% 11/15/26<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>072863AE3 Asset Minor Code 28 | 30,000.000 | 29,389.80<br>97.9660 | 28,236.96 | 1,152.84<br>120.30 | 234.08 | 2.71 |
| Broadcom Inc<br>Sr Glbl 4.300% 11/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>11135FAS0 Asset Minor Code 28 | 15,000.000 | 14,619.60<br>97.4640 | 15,798.90 | - 1,179.30<br>121.05 | 189.92 | 4.41 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Cigna Corp<br>2.400% 3/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: Baa1<br>125523CL2 Asset Minor Code 28 | 20,000.000 | 18,435.00<br>92.1750 | 19,771.80 | - 1,336.80<br>224.60 | 221.33 | 2.60 |
| Charter Comm<br>Opt LLC 2.800% 4/01/31<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175BU7 Asset Minor Code 28 | 20,000.000 | 17,996.20<br>89.9810 | 16,041.60 | 1,954.60<br>278.00 | 233.33 | 3.11 |
| Charter Comm<br>Opt 2.300% 2/01/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175BX1 Asset Minor Code 28 | 30,000.000 | 25,417.80<br>84.7260 | 26,417.70 | - 999.90<br>254.70 | 57.50 | 2.71 |
| Charter<br>6.650% 2/01/34<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba1<br>161175CP7 Asset Minor Code 28 | 6,000.000 | 6,399.90<br>106.6650 | 6,079.56 | 320.34<br>39.60 | 33.25 | 6.23 |
| Citigroup Inc<br>2.520% 11/03/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967NE7 Asset Minor Code 28 | 20,000.000 | 17,705.60<br>88.5280 | 16,334.20 | 1,371.40<br>246.00 | 165.20 | 2.85 |
| Citigroup Inc<br>5.449% 6/11/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>172967PL9 Asset Minor Code 28 | 5,000.000 | 5,139.75<br>102.7950 | 5,034.30 | 105.45<br>38.05 | 128.65 | 5.30 |
| Commonspirit<br>2.782% 10/01/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>20268JAF0 Asset Minor Code 28 | 5,000.000 | 4,624.60<br>92.4920 | 4,705.90 | - 81.30<br>65.50 | 57.96 | 3.01 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Crown Castle<br>3.300% 7/01/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>22822VAR2 Asset Minor Code 28 | 5,000.000 | 4,722.20<br>94.4440 | 4,958.95 | - 236.75<br>39.90 | 27.50 | 3.49 |
| Crown Castle<br>Intl 2.100% 4/01/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa3<br>22822VAW1 Asset Minor Code 28 | 21,000.000 | 18,316.41<br>87.2210 | 17,568.39 | 748.02<br>245.07 | 183.75 | 2.41 |
| Dell Intl LLC<br>Emc 4.750% 4/01/28<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>24703TAL0 Asset Minor Code 28 | 10,000.000 | 10,141.30<br>101.4130 | 9,998.10 | 143.20<br>61.40 | 197.92 | 4.68 |
| Dell Intl LLC<br>Emc 5.000% 4/01/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>24703TAM8 Asset Minor Code 28 | 10,000.000 | 10,248.90<br>102.4890 | 10,098.55 | 150.35<br>102.70 | 208.33 | 4.88 |
| Delta Air<br>Lines 2.000% 6/10/28<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>247361ZV3 Asset Minor Code 31 | 28,041.200 | 26,468.09<br>94.3900 | 28,041.20 | - 1,573.11<br>34.77 | 126.19 | 2.12 |
| Discover Bank<br>3.450% 7/27/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>25466AAJ0 Asset Minor Code 28 | 25,000.000 | 24,807.25<br>99.2290 | 27,302.00 | - 2,494.75<br>66.25 | 81.46 | 3.48 |
| Drive Auto<br>4.500% 9/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>26207AAD5 Asset Minor Code 31 | 25,000.000 | 25,024.75<br>100.0990 | 24,999.46 | 25.29<br>52.25 | 50.00 | 4.50 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Duke Energy Progress 5.050% 3/15/35 Standard & Poors Rating: A Moodys Rating: Aa3 26442UAU8 Asset Minor Code 28 | 10,000.000 | 10,092.90 100.9290 | 9,965.65 | 127.25 79.80 | 232.86 | 5.00 |
| Exeter Automobile Re 5.040% 3/15/28 Standard & Poors Rating: N/A Moodys Rating: Aaa 30165BAC7 Asset Minor Code 31 | 20,000.000 | 20,001.80 100.0090 | 19,998.76 | 3.04 17.80 | 44.80 | 5.04 |
| Extra Space Storage 2.200% 10/15/30 Standard & Poors Rating: BBB+ Moodys Rating: Baa2 30225VAP2 Asset Minor Code 28 | 39,000.000 | 34,978.71 89.6890 | 35,832.38 | - 853.67 465.66 | 324.13 | 2.45 |
| Florida Pwr Lt Co 5.300% 6/15/34 Standard & Poors Rating: A+ Moodys Rating: Aa2 341081GU5 Asset Minor Code 28 | 10,000.000 | 10,341.00 103.4100 | 10,103.95 | 237.05 74.70 | 111.89 | 5.13 |
| Goldman Sachs 5.536% 1/28/36 Standard & Poors Rating: BBB+ Moodys Rating: A2 38141GC44 Asset Minor Code 28 | 5,000.000 | 5,155.75 103.1150 | 4,887.95 | 267.80 43.90 | 25.37 | 5.37 |
| Goldman Sachs Group 2.383% 7/21/32 Standard & Poors Rating: BBB+ Moodys Rating: A2 38141GYJ7 Asset Minor Code 28 | 5,000.000 | 4,429.00 88.5800 | 4,313.30 | 115.70 61.20 | 13.24 | 2.69 |
| Goldman Sachs 1.948% 10/21/27 Standard & Poors Rating: BBB+ Moodys Rating: A2 38141GYM0 Asset Minor Code 28 | 15,000.000 | 14,605.65 97.3710 | 15,000.00 | - 394.35 79.80 | 105.52 | 2.00 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Goldman Sachs Group 2.650% 10/21/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A2<br>38141GYN8 Asset Minor Code 28 | .000 | .00<br>89.4070 | .00 | .00<br>- 835.90 | .00 | 0.00 |
| Host Hotels L P 5.700% 6/15/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>44107TBD7 Asset Minor Code 28 | 20,000.000 | 20,541.40<br>102.7070 | 19,773.60 | 767.80<br>253.40 | 319.83 | 5.55 |
| Hudson Pacific 3.950% 11/01/27<br>Standard & Poors Rating: B<br>Moodys Rating: B2<br>44409MAA4 Asset Minor Code 28 | 11,000.000 | 10,515.89<br>95.5990 | 12,021.68 | - 1,505.79<br>120.23 | 144.83 | 4.13 |
| Humana Inc 5.550% 5/01/35<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>444859CD2 Asset Minor Code 28 | 5,000.000 | 5,055.65<br>101.1130 | 4,994.25 | 61.40<br>47.30 | 135.67 | 5.49 |
| Hyatt Hotels Corp 5.050% 3/30/28<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>448579AU6 Asset Minor Code 28 | 10,000.000 | 10,167.00<br>101.6700 | 9,990.50 | 176.50<br>68.70 | 217.43 | 4.97 |
| Hyundai Auto Rec Tr 4.400% 1/15/31<br>Standard & Poors Rating: AAA<br>Moodys Rating: N/A<br>448976AE0 Asset Minor Code 31 | 20,000.000 | 20,203.80<br>101.0190 | 19,993.85 | 209.95<br>152.00 | 39.11 | 4.36 |
| Intel Corp 2.000% 8/12/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>458140BU3 Asset Minor Code 28 | 15,000.000 | 12,998.10<br>86.6540 | 12,373.55 | 624.55<br>235.80 | 15.83 | 2.31 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Interstate Pwr 5.600% 6/29/35 Standard & Poors Rating: BBB+ Moodys Rating: Baa1 461070AX2 Asset Minor Code 28 | 25,000.000 | 25,849.25 103.3970 | 24,904.00 | 945.25 196.75 | 396.67 | 5.42 |
| Invitation Homes L P 2.000% 8/15/31 Standard & Poors Rating: BBB Moodys Rating: Baa2 46188BAA0 Asset Minor Code 28 | 5,000.000 | 4,294.15 85.8830 | 3,686.70 | 607.45 49.85 | 4.44 | 2.33 |
| Jpmorgan Chase Co 1.953% 2/04/32 Standard & Poors Rating: A Moodys Rating: A1 46647PBX3 Asset Minor Code 28 | 10,000.000 | 8,791.70 87.9170 | 8,039.90 | 751.80 116.20 | 14.65 | 2.22 |
| Jpmorgan Chase Co Sr 1.578% 4/22/27 Standard & Poors Rating: A Moodys Rating: A1 46647PCB0 Asset Minor Code 28 | 35,000.000 | 34,399.40 98.2840 | 34,951.00 | - 551.60 152.60 | 197.91 | 1.61 |
| Jpmorgan Chase 2.580% 4/22/32 Standard & Poors Rating: A Moodys Rating: A1 46647PCC8 Asset Minor Code 28 | 5,000.000 | 4,521.20 90.4240 | 3,890.30 | 630.90 57.85 | 46.23 | 2.85 |
| Jpmorgan Chase Co 2.545% 11/08/32 Standard & Poors Rating: A Moodys Rating: A1 46647PCR5 Asset Minor Code 28 | 10,000.000 | 8,915.90 89.1590 | 8,635.10 | 280.80 124.20 | 79.88 | 2.85 |
| Jpmorgan Chase Co 5.294% 7/22/35 Standard & Poors Rating: A Moodys Rating: A1 46647PEK8 Asset Minor Code 28 | 10,000.000 | 10,193.50 101.9350 | 9,917.90 | 275.60 61.60 | 57.35 | 5.19 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Lxp<br>Industrial Trust 6.750% 11/15/28<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa2<br>529043AF8 Asset Minor Code 28 | 5,000.000 | 5,315.70<br>106.3140 | 4,971.15 | 344.55<br>40.55 | 99.38 | 6.35 |
| Lexington<br>Rlty Tr Sr 2.375% 10/01/31<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa2<br>529537AA0 Asset Minor Code 28 | 5,000.000 | 4,319.65<br>86.3930 | 4,987.90 | - 668.25<br>102.85 | 49.48 | 2.75 |
| Warnermedia<br>Hldgs 4.279% 3/15/32<br>Standard & Poors Rating: Bb<br>Moodys Rating: Ba2<br>55903VBQ5 Asset Minor Code 28 | 7,000.000 | 6,041.00<br>86.3000 | 6,091.19 | - 50.19<br>162.82 | 138.12 | 4.96 |
| Morgan<br>Stanley Mtn 1.794% 2/13/32<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>6174468U6 Asset Minor Code 28 | 15,000.000 | 13,010.70<br>86.7380 | 12,074.50 | 936.20<br>179.55 | 13.46 | 2.07 |
| Morgan<br>Stanley Mtn 2.943% 1/21/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>61747YEL5 Asset Minor Code 28 | 5,000.000 | 4,503.95<br>90.0790 | 4,351.15 | 152.80<br>- 8.65 | 16.35 | 3.27 |
| Morgan<br>Stanley 5.587% 1/18/36<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>61748UAF9 Asset Minor Code 28 | .000 | .00<br>103.3910 | .00 | .00<br>- 98.50 | .00 | 0.00 |
| Morgan<br>Stanley 4.734% 7/18/31<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>61776NVG5 Asset Minor Code 28 | 10,000.000 | 10,140.50<br>101.4050 | 10,000.00 | 140.50<br>95.40 | 52.60 | 4.67 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| New Century Home 5.4216% 8/25/34<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa2<br>64352VFW6 Asset Minor Code 31 | 22,883.570 | 22,610.34<br>98.8060 | 21,964.63 | 645.71<br>64.17 | 24.12 | 5.49 |
| Oracle Corp 2.875% 3/25/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>68389XCE3 Asset Minor Code 28 | 40,000.000 | 36,674.00<br>91.6850 | 40,053.95 | - 3,379.95<br>414.80 | 498.33 | 3.14 |
| Pnc Finl Svcs Group 5.222% 1/29/31<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>693475CB9 Asset Minor Code 28 | 10,000.000 | 10,333.70<br>103.3370 | 10,000.00 | 333.70<br>73.70 | 46.42 | 5.05 |
| Paychex Inc 5.350% 4/15/32<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>704326AB3 Asset Minor Code 28 | 15,000.000 | 15,516.60<br>103.4440 | 14,765.25 | 751.35<br>141.15 | 314.31 | 5.17 |
| Pilgrims Pride 6.250% 7/01/33<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Ba2<br>72147KAK4 Asset Minor Code 28 | 25,000.000 | 26,347.25<br>105.3890 | 24,828.00 | 1,519.25<br>70.50 | 260.42 | 5.93 |
| Premier Health 2.911% 11/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Baa1<br>74052BAA5 Asset Minor Code 28 | 25,000.000 | 24,514.00<br>98.0560 | 22,677.75 | 1,836.25<br>182.00 | 214.28 | 2.97 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Abc Financial<br>Co 5.28868% 3/25/37<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aaa<br>74978AAD2 Asset Minor Code 31<br>Date Last Priced: 07/15/25 | .030 | .00<br>.0000 @ | .03 | - .03<br>.00 | .00 | 0.00 |
| Slc Student<br>Loan 4.85808% 12/15/38<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>784427AF3 Asset Minor Code 31 | 39,855.380 | 39,207.73<br>98.3750 | 36,692.40 | 2,515.33<br>823.41 | 419.51 | 4.94 |
| S L M A<br>5.33664% 1/25/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: B1<br>78446YAA1 Asset Minor Code 31 | 10,805.450 | 10,561.14<br>97.7390 | 10,828.21 | - 267.07<br>3.81 | 12.07 | 5.46 |
| Santander<br>Drive AU 4.620% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>802920AD0 Asset Minor Code 31 | 20,000.000 | 20,048.40<br>100.2420 | 19,999.37 | 49.03<br>46.60 | 41.07 | 4.61 |
| Starbucks<br>Corp 4.800% 5/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>855244BL2 Asset Minor Code 28 | 20,000.000 | 20,434.80<br>102.1740 | 19,996.20 | 438.60<br>227.00 | 301.33 | 4.70 |
| Stryker<br>Corporation 4.700% 2/10/28<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>863667BK6 Asset Minor Code 28 | 15,000.000 | 15,222.45<br>101.4830 | 14,990.10 | 232.35<br>84.45 | 41.13 | 4.63 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| T Mobile USA Inc 3.750% 4/15/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>87264ABD6 Asset Minor Code 28 | 10,000.000 | 9,937.00<br>99.3700 | 10,860.70 | - 923.70<br>55.40 | 141.67 | 3.77 |
| T Mobile USA Inc 3.500% 4/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>87264ABW4 Asset Minor Code 28 | 40,000.000 | 37,815.60<br>94.5390 | 36,697.80 | 1,117.80<br>317.60 | 528.89 | 3.70 |
| T Mobile USA Inc 5.125% 5/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>87264ADS1 Asset Minor Code 28 | 10,000.000 | 10,246.10<br>102.4610 | 9,988.20 | 257.90<br>100.70 | 150.90 | 5.00 |
| Take Two Interactive 4.000% 4/14/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>874054AH2 Asset Minor Code 28 | 15,000.000 | 14,268.30<br>95.1220 | 14,790.90 | - 522.60<br>63.60 | 228.33 | 4.21 |
| Ubs Commercial 3.460% 6/15/50<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>90276EAE7 Asset Minor Code 31 | 20,000.000 | 19,638.00<br>98.1900 | 18,638.28 | 999.72<br>125.20 | 57.67 | 3.52 |
| Ubs Commercial 3.2034% 10/15/52<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa2<br>90278MBD8 Asset Minor Code 31 | 30,000.000 | 27,750.90<br>92.5030 | 25,981.64 | 1,769.26<br>381.30 | 80.09 | 3.46 |
| Ubs Coml Mtg Tr 4.1519% 7/15/51<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>90353DAV7 Asset Minor Code 31 | 1,476.330 | 1,472.73<br>99.7560 | 1,505.86 | - 33.13<br>- .48 | 2.72 | 4.16 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Uber Technologies 4.300% 1/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>90353TAN0 Asset Minor Code 28 | 15,000.000 | 15,040.95<br>100.2730 | 14,995.05 | 45.90<br>171.00 | 82.42 | 4.29 |
| United Air Lines 5.800% 7/15/37<br>Standard & Poors Rating: A+<br>Moodys Rating: A2<br>90932LAJ6 Asset Minor Code 31 | 9,329.710 | 9,593.93<br>102.8320 | 9,329.71 | 264.22<br>82.20 | 69.14 | 5.64 |
| US Bancorp Mtn 4.548% 7/22/28<br>Standard & Poors Rating: A<br>Moodys Rating: A3<br>91159HJF8 Asset Minor Code 28 | 30,000.000 | 30,206.70<br>100.6890 | 30,000.00 | 206.70<br>156.60 | 147.81 | 4.52 |
| US Bancorp Mtn 5.678% 1/23/35<br>Standard & Poors Rating: A<br>Moodys Rating: A3<br>91159HJR2 Asset Minor Code 28 | .000 | .00<br>104.2150 | .00 | .00<br>- 181.35 | .00 | 0.00 |
| Wp Carey Inc 4.650% 7/15/30<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>92936UAN9 Asset Minor Code 28 | 15,000.000 | 15,090.45<br>100.6030 | 14,863.20 | 227.25<br>180.75 | 98.81 | 4.62 |
| Wells Fargo Mtn 2.572% 2/11/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U2J1 Asset Minor Code 28 | .000 | .00<br>92.6850 | .00 | .00<br>- 274.50 | .00 | 0.00 |
| Wells Fargo Co Mtn 5.574% 7/25/29<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U3E1 Asset Minor Code 28 | 25,000.000 | 25,917.50<br>103.6700 | 24,522.50 | 1,395.00<br>175.25 | 139.34 | 5.38 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ▓▓▓3803

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Wells Fargo<br>Mtn    5.499%  1/23/35<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A1<br>95000U3K7   Asset Minor Code 28 | 10,000.000 | 10,319.30<br>103.1930 | 9,993.80 | 325.50<br>71.60 | 58.05 | 5.33 |
| **Total Corporate Issues** | **1,414,505.490** | **1,376,430.45** | **1,364,380.32** | **12,050.13**<br>**10,554.10** | **12,268.48** | **4.00** |

### Foreign Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Aercap<br>Ireland Cap   3.650%  7/21/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa1<br>00774MAB1   Asset Minor Code 35 | 20,000.000 | 19,799.80<br>98.9990 | 20,006.90 | - 207.10<br>138.20 | 81.11 | 3.69 |
| Natwest Group<br>Plc   1.642%  6/14/27<br>Standard & Poors Rating: BBB+<br>Moodys Rating: A3<br>639057AC2   Asset Minor Code 35 | 15,000.000 | 14,682.15<br>97.8810 | 15,005.40 | - 323.25<br>67.35 | 52.68 | 1.68 |
| Santander Uk<br>Group   1.673%  6/14/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>80281LAQ8   Asset Minor Code 35 | 5,000.000 | 4,893.55<br>97.8710 | 4,915.10 | - 21.55<br>25.70 | 17.89 | 1.71 |
| Trinity<br>Acquisition  4.400%  3/15/26<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa3<br>89641UAC5   Asset Minor Code 35 | 10,000.000 | 9,987.50<br>99.8750 | 11,150.50 | - 1,163.00<br>3.40 | 202.89 | 4.41 |
| **Total Foreign Issues** | **50,000.000** | **49,363.00** | **51,077.90** | **- 1,714.90**<br>**234.65** | **354.57** | **3.03** |

### Municipal Issues

Case: 23-30564   Doc# 1356-1   Filed: 09/22/25   Entered: 09/22/25 13:00:49   Page
171 of 612

R1779

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Massachusetts<br>ST Sch 2.966% 10/15/32<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>576000XM0 Asset Minor Code 39 | 10,000.000 | 9,204.40<br>92.0440 | 10,810.20 | - 1,605.80<br>163.80 | 112.05 | 3.22 |
| Massachusetts<br>ST Spl 4.110% 7/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>576004HG3 Asset Minor Code 41 | 4,945.470 | 4,948.34<br>100.0580 | 4,920.51 | 27.83<br>35.36 | 25.97 | 4.11 |
| Miami Dade<br>Cnty Fl 3.504% 10/01/31<br>Standard & Poors Rating: A+<br>Moodys Rating: N/A<br>59333P2P2 Asset Minor Code 39 | 5,000.000 | 4,782.80<br>95.6560 | 5,334.20 | - 551.40<br>49.30 | 73.00 | 3.66 |
| New York Ny<br>Txbl 3.620% 4/01/31<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>64966MYR4 Asset Minor Code 39 | 15,000.000 | 14,547.15<br>96.9810 | 16,733.85 | - 2,186.70<br>147.15 | 226.25 | 3.73 |
| New York N Y<br>1.700% 3/01/29<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>64966QJK7 Asset Minor Code 39 | 30,000.000 | 27,748.80<br>92.4960 | 26,977.50 | 771.30<br>280.20 | 255.00 | 1.84 |
| New York Ny<br>City 5.267% 5/01/27<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aa1<br>64971MT44 Asset Minor Code 39 | 45,000.000 | 45,893.70<br>101.9860 | 50,644.18 | - 4,750.48<br>175.50 | 790.05 | 5.16 |
| New York ST<br>2.010% 3/15/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: N/A<br>64985TDG3 Asset Minor Code 39 | 5,000.000 | 4,581.90<br>91.6380 | 4,231.80 | 350.10<br>97.55 | 46.34 | 2.19 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| New York ST<br>2.540% 3/15/34<br>Standard & Poors Rating: N/R<br>Moodys Rating: N/A<br>64985TEX5 Asset Minor Code 39 | 5,000.000 | 4,302.10<br>86.0420 | 4,754.85 | - 452.75<br>75.90 | 58.91 | 2.95 |
| New York ST<br>2.540% 3/15/34<br>Standard & Poors Rating: AA+<br>Moodys Rating: N/A<br>64985TEY3 Asset Minor Code 39 | 10,000.000 | 8,581.50<br>85.8150 | 9,509.70 | - 928.20<br>238.30 | 117.83 | 2.96 |
| New York ST<br>Dorm 5.500% 3/15/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>649902T29 Asset Minor Code 41 | 30,755.410 | 31,298.86<br>101.7670 | 36,060.25 | - 4,761.39<br>104.26 | 779.99 | 5.40 |
| New York ST<br>Urban 5.770% 3/15/39<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>650035TD0 Asset Minor Code 39 | 15,000.000 | 15,433.65<br>102.8910 | 18,698.70 | - 3,265.05<br>40.95 | 399.09 | 5.61 |
| University Ca<br>2.247% 5/15/34<br>Standard & Poors Rating: AA<br>Moodys Rating: Aa2<br>91412HJV6 Asset Minor Code 39 | 20,000.000 | 16,603.40<br>83.0170 | 20,497.60 | - 3,894.20<br>203.20 | 132.32 | 2.71 |
| University Mi<br>3.436% 4/01/31<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>914455VE7 Asset Minor Code 39 | 25,000.000 | 24,273.25<br>97.0930 | 25,000.00 | - 726.75<br>330.00 | 357.92 | 3.54 |
| **Total Municipal Issues** | **220,700.880** | **212,199.85** | **234,173.34** | **- 21,973.49**<br>**1,941.47** | **3,374.72** | **3.97** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Assets** | **12,277,079.130** | **7,194,193.11** | **7,219,569.25** | **- 25,376.14**<br>**28,729.10** | **21,562.69** | **6.71** |
| **Accrued Income** | **.000** | **21,562.69** | **21,562.69** | | | |
| **Grand Total** | **12,277,079.130** | **7,215,755.80** | **7,241,131.94** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 4,352,337.040 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 2,182.68 | 2,984.88 | 2,182.68 | 2,984.88 |
| **Total Cash And Equivalents** | | | | | **2,182.68** | **2,984.88** | **2,182.68** | **2,984.88** |
| **US Government Issues** | | | | | | | | |
| 1,203.350 | F H L M C Gd A45796 7.000% 1/01/33 3128K6NM8 | | | | 7.22 | 7.02 | 7.22 | 7.02 |
| 5,627.380 | F H L M C Gd G08844 5.000% 10/01/48 3128MJ5E6 | | | | 23.64 | 23.45 | 23.64 | 23.45 |
| 22,601.760 | F H L M C #As5323 4.000% 1/01/54 3132DS4G4 | | | | 75.91 | 75.34 | 75.91 | 75.34 |
| 33,422.390 | F H L M C #Sd7503 3.500% 8/01/49 3132DVKQ7 | | | | 98.43 | 97.48 | 98.44 | 97.47 |
| 20,528.970 | F H L M C #Sd8199 2.000% 2/01/52 3132DWDC4 | | | | 34.43 | 34.21 | 34.43 | 34.21 |
| 56,473.180 | F H L M C #Wa3219 3132WWYR7 | | | | .00 | 101.77 | 101.77 | .00 |
| 41,034.900 | F H L M C #Ra6953 3.000% 3/01/52 3133KNWN9 | | | | 102.80 | 102.59 | 102.80 | 102.59 |
| 11,719.250 | F N M A Gtd Remic 5.345% 1/25/50 3136B72K6 | | | | 9.75 | 48.59 | 48.61 | 9.73 |
| 25,000.000 | F H L M C Mltcl 1.940% 2/25/35 3137FTZL4 | | | | 40.42 | 40.42 | 40.42 | 40.42 |
| 4,417.290 | F H L M C Mltcl Mt 5.62197% 11/25/54 3137HHFL0 | | | | 4.53 | 20.99 | 21.04 | 4.48 |
| 5.950 | F N M A #303826 6.000% 3/01/26 31373UPK7 | | | | .04 | .03 | .04 | .03 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 295.170 | F N M A #545646 7.000% 9/01/26 31385JET1 | | | | 2.15 | 1.72 | 2.15 | 1.72 |
| 6,099.010 | F N M A #Ca1710 4.500% 5/01/48 3140Q83U7 | | | | 23.11 | 22.87 | 23.12 | 22.86 |
| 1,662.540 | F N M A #Ca2208 4.500% 8/01/48 3140Q9N25 | | | | 6.28 | 6.23 | 6.29 | 6.22 |
| 20,725.220 | F N M A #Fs1598 2.000% 4/01/52 3140XGX46 | | | | 34.76 | 34.54 | 34.76 | 34.54 |
| 5,850.710 | F N M A #Fm2318 3.500% 9/01/49 3140X5SG9 | | | | 17.24 | 17.06 | 17.24 | 17.06 |
| 2,651.330 | F N M A #764388 6.008% 3/01/34 31404CF54 | | | | 13.39 | 13.27 | 13.39 | 13.27 |
| 4,462.990 | F N M A #939419 6.265% 5/01/37 31413ADY6 | | | | 23.41 | 23.30 | 23.41 | 23.30 |
| 2,668.060 | F N M A #Ma1561 3.000% 8/01/33 31418AWX2 | | | | 5.80 | 6.67 | 6.78 | 5.69 |
| 6,915.540 | F N M A #Ma3811 3.000% 10/01/49 31418DGV8 | | | | 17.45 | 17.29 | 17.45 | 17.29 |
| 11,445.550 | F N M A #Ma4644 4.000% 5/01/52 31418EES5 | | | | 38.53 | 38.15 | 38.53 | 38.15 |
| 56,245.090 | F N M A #Ma4733 4.500% 8/01/52 31418EHK9 | | | | 212.76 | 210.92 | 212.76 | 210.92 |
| 5,653.270 | G N M A I I #Ma4454 5.000% 5/20/47 36179S5P8 | | | | 23.75 | 23.56 | 23.75 | 23.56 |
| 2,307.480 | G N M A I I #Ma4838 4.000% 11/20/47 36179TLT0 | | | | 7.78 | 7.69 | 7.78 | 7.69 |
| 4,532.230 | G N M A I I #Ma5399 4.500% 8/20/48 36179T7L3 | | | | 17.16 | 17.00 | 17.16 | 17.00 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04




ADSF CUSTODY - METWEST
ACCOUNT ████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 1,725.710 | G N M A I I #Ma5530 36179UEB4 | 5.000% | 10/20/48 | | | 7.27 | 7.19 | 7.27 | 7.19 |
| 1,463.260 | G N M A I I #Ma5651 36179UH47 | 4.000% | 12/20/48 | | | 4.92 | 4.88 | 4.92 | 4.88 |
| 801.520 | G N M A I I #Ma6209 36179U3S9 | 3.000% | 10/20/49 | | | 2.02 | 2.00 | 2.02 | 2.00 |
| 19,528.100 | G N M A I I #Ma8201 36179XDE3 | 4.500% | 8/20/52 | | | 74.04 | 73.23 | 74.04 | 73.23 |
| 24,143.320 | G N M A I I #Ma9963 36180AB85 | 4.500% | 10/20/54 | | | 91.05 | 90.54 | 91.05 | 90.54 |
| 16,325.190 | G N M A Gtd Remic 38384JQR8 | 5.598% | 2/20/54 | | | 28.42 | 76.77 | 77.13 | 28.06 |
| .000 | U S Treasury Nt 91282CNC1 | 4.250% | 5/15/35 | | | 1,135.03 | 81.07 | 1,216.10 | .00 |
| .000 | U S Treasury Nt 91282CNM9 | 3.875% | 7/15/28 | | | 1,093.74 | 458.47 | 1,552.21 | .00 |
| .000 | U S Treasury Nt 91282CNN7 | 3.875% | 7/31/30 | | | 204.60 | 5,720.34 | 5,924.94 | .00 |
| .000 | U S Treasury Nt 91282CNP2 | 3.875% | 7/31/27 | | | 198.80 | 5,474.27 | 5,673.07 | .00 |
| .000 | U S Treasury Nt 91282CNR8 | 4.125% | 7/31/32 | | | 25.78 | 679.22 | 540.00 | 165.00 |
| .000 | U S Treasury I P S 91282CNS6 | 1.875% | 7/15/35 | | | 70.24 | 107.93 | 178.17 | .00 |
| 171,000.000 | U S Treasury Nt 91282CNT4 | 4.250% | 8/15/35 | | | .00 | 274.63 | - 61.10 | 335.73 |
| 600,000.000 | U S Treasury Nt 91282CNU1 | 3.750% | 8/15/28 | | | .00 | 1,039.40 | .00 | 1,039.40 |

R1785

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Total US Government Issues** | | | | | **3,776.65** | **15,082.10** | **16,278.71** | **2,580.04** |
| **Corporate Issues** | | | | | | | | |
| 35,000.000 | Agl Capital Corp 6.000% 10/01/34 001192AD5 | | | | 700.00 | 175.00 | .00 | 875.00 |
| 15,000.000 | Air Lease Corp Mtn 3.250% 10/01/29 00914AAE2 | | | | 162.50 | 40.63 | .00 | 203.13 |
| 15,000.000 | Air Lease Corp Mtn 2.200% 1/15/27 00914AAR3 | | | | 14.67 | 27.50 | .00 | 42.17 |
| 20,000.000 | Amcor Finance USA 3.625% 4/28/26 02343UAG0 | | | | 187.29 | 60.42 | .00 | 247.71 |
| 5,000.000 | American Assets L P 6.150% 10/01/34 02401LAB0 | | | | 102.50 | 25.63 | .00 | 128.13 |
| 10,000.000 | American Express Co 4.918% 7/20/33 025816EK1 | | | | 8.20 | 40.98 | .00 | 49.18 |
| 20,000.000 | American Tower Corp 3.600% 1/15/28 03027XAR1 | | | | 32.00 | 60.00 | .00 | 92.00 |
| 6,000.000 | American Tower Corp 2.700% 4/15/31 03027XBM1 | | | | 47.70 | 13.50 | .00 | 61.20 |
| 5,000.000 | Elevance Health Inc 5.200% 2/15/35 036752BD4 | | | | 119.89 | 21.67 | 130.00 | 11.56 |
| 20,000.000 | Aon Corp Sr Nt 2.800% 5/15/30 037389BE2 | | | | 118.22 | 46.67 | .00 | 164.89 |
| 35,000.000 | Appalachian Power Co 3.300% 6/01/27 037735CW5 | | | | 192.50 | 96.25 | .00 | 288.75 |
| 15,000.000 | Arizona Pub Svc Co 6.350% 12/15/32 040555DE1 | | | | 121.71 | 79.37 | .00 | 201.08 |
| 5,000.000 | Autozone Inc 5.125% 6/15/30 053332BM3 | | | | 118.87 | 21.36 | .00 | 140.23 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04




ADSF CUSTODY - METWEST
ACCOUNT ▇▇▇▇3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 20,000.000 | Barclays Commercial 6.358% 3/15/57 05554VAE0 | | | | 56.52 | 105.97 | 105.97 | 56.52 |
| 20,000.000 | Bmo 2023-5C1 Mtg 7.35469% 8/17/56 055986AF0 | | | | 118.62 | 126.54 | 122.58 | 122.58 |
| 25,000.000 | Bk Of America Mtn 1.922% 10/24/31 06051GJL4 | | | | 129.47 | 40.04 | .00 | 169.51 |
| 5,000.000 | Bk Of America Corp 2.651% 3/11/32 06051GJP5 | | | | 51.55 | 11.04 | .00 | 62.59 |
| 5,000.000 | Bk Of America Mtn 2.687% 4/22/32 06051GJT7 | | | | 36.95 | 11.19 | .00 | 48.14 |
| 20,000.000 | Bk Of America Mtn 2.299% 7/21/32 06051GKA6 | | | | 12.77 | 38.32 | .00 | 51.09 |
| 2,113.820 | Bank 0.446% 12/16/53 06541UBN5 | | | | 1.04 | .79 | 1.04 | .79 |
| 30,000.000 | ST Barnabas Hcs 4.000% 7/01/28 06769QAA8 | | | | 100.00 | 100.00 | .00 | 200.00 |
| 30,000.000 | Baylor Scott White 2.650% 11/15/26 072863AE3 | | | | 167.83 | 66.25 | .00 | 234.08 |
| 15,000.000 | Broadcom Inc Sr Glbl 4.300% 11/15/32 11135FAS0 | | | | 136.17 | 53.75 | .00 | 189.92 |
| 20,000.000 | Cigna Corp 2.400% 3/15/30 125523CL2 | | | | 181.33 | 40.00 | .00 | 221.33 |
| 20,000.000 | Charter Comm Opt LLC 2.800% 4/01/31 161175BU7 | | | | 186.67 | 46.66 | .00 | 233.33 |
| 30,000.000 | Charter Comm Opt 2.300% 2/01/32 161175BX1 | | | | 345.00 | 57.50 | 345.00 | 57.50 |
| 6,000.000 | Charter 6.650% 2/01/34 161175CP7 | | | | 199.50 | 33.25 | 199.50 | 33.25 |

R1787

02502504
35- -01-B -62 -248-04
0101 -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ███████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|---|
| 20,000.000 | Citigroup Inc 172967NE7 | 2.520% 11/03/32 | | | | 123.20 | 42.00 | .00 | 165.20 |
| 5,000.000 | Citigroup Inc 172967PL9 | 5.449% 6/11/35 | | | | 105.95 | 22.70 | .00 | 128.65 |
| 5,000.000 | Commonspirit 20268JAF0 | 2.782% 10/01/30 | | | | 46.37 | 11.59 | .00 | 57.96 |
| 5,000.000 | Crown Castle 22822VAR2 | 3.300% 7/01/30 | | | | 13.75 | 13.75 | .00 | 27.50 |
| 21,000.000 | Crown Castle Intl 22822VAW1 | 2.100% 4/01/31 | | | | 147.00 | 36.75 | .00 | 183.75 |
| 10,000.000 | Dell Intl LLC Emc 24703TAL0 | 4.750% 4/01/28 | | | | 158.33 | 39.59 | .00 | 197.92 |
| 10,000.000 | Dell Intl LLC Emc 24703TAM8 | 5.000% 4/01/30 | | | | 166.67 | 41.66 | .00 | 208.33 |
| 28,041.200 | Delta Air Lines 247361ZV3 | 2.000% 6/10/28 | | | | 79.45 | 46.74 | .00 | 126.19 |
| 25,000.000 | Discover Bank 25466AAJ0 | 3.450% 7/27/26 | | | | 9.58 | 71.88 | .00 | 81.46 |
| 25,000.000 | Drive Auto 26207AAD5 | 4.500% 9/15/28 | | | | 50.00 | 93.75 | 93.75 | 50.00 |
| 10,000.000 | Duke Energy Progress 26442UAU8 | 5.050% 3/15/35 | | | | 190.78 | 42.08 | .00 | 232.86 |
| 20,000.000 | Exeter Automobile Re 30165BAC7 | 5.040% 3/15/28 | | | | 44.80 | 74.17 | 74.17 | 44.80 |
| 39,000.000 | Extra Space Storage 30225VAP2 | 2.200% 10/15/30 | | | | 252.63 | 71.50 | .00 | 324.13 |
| 10,000.000 | Florida Pwr Lt Co 341081GU5 | 5.300% 6/15/34 | | | | 67.72 | 44.17 | .00 | 111.89 |

R1788

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---:|---|---|---|---|---:|---:|---:|---:|
| 5,000.000 | Goldman Sachs    5.536%  1/28/36 38141GC44 | | | | 2.31 | 23.06 | .00 | 25.37 |
| 5,000.000 | Goldman Sachs Group 2.383%  7/21/32 38141GYJ7 | | | | 3.31 | 9.93 | .00 | 13.24 |
| 15,000.000 | Goldman Sachs    1.948% 10/21/27 38141GYM0 | | | | 81.17 | 24.35 | .00 | 105.52 |
| .000 | Goldman Sachs Group  2.650% 10/21/32 38141GYN8 | | | | 110.42 | 28.71 | 139.13 | .00 |
| 20,000.000 | Host Hotels L P    5.700%  6/15/32 44107TBD7 | | | | 224.83 | 95.00 | .00 | 319.83 |
| 11,000.000 | Hudson Pacific    3.950% 11/01/27 44409MAA4 | | | | 108.63 | 36.20 | .00 | 144.83 |
| 5,000.000 | Humana Inc    5.550%  5/01/35 444859CD2 | | | | 112.54 | 23.13 | .00 | 135.67 |
| 10,000.000 | Hyatt Hotels Corp   5.050%  3/30/28 448579AU6 | | | | 175.35 | 42.08 | .00 | 217.43 |
| 20,000.000 | Hyundai Auto Rec Tr  4.400%  1/15/31 448976AE0 | | | | 38.44 | 74.67 | 74.00 | 39.11 |
| 15,000.000 | Intel Corp    2.000%  8/12/31 458140BU3 | | | | 140.83 | 25.00 | 150.00 | 15.83 |
| 25,000.000 | Interstate Pwr    5.600%  6/29/35 461070AX2 | | | | 280.00 | 116.67 | .00 | 396.67 |
| 5,000.000 | Invitation Homes L P 2.000%  8/15/31 46188BAA0 | | | | 46.11 | 8.33 | 50.00 | 4.44 |
| 10,000.000 | Jpmorgan Chase Co   1.953%  2/04/32 46647PBX3 | | | | 96.02 | 16.28 | 97.65 | 14.65 |
| 35,000.000 | Jpmorgan Chase Co Sr 1.578%  4/22/27 46647PCB0 | | | | 151.88 | 46.03 | .00 | 197.91 |

R1789

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 5,000.000 | Jpmorgan Chase 2.580% 4/22/32 46647PCC8 | | | | 35.48 | 10.75 | .00 | 46.23 |
| 10,000.000 | Jpmorgan Chase Co 2.545% 11/08/32 46647PCR5 | | | | 58.68 | 21.20 | .00 | 79.88 |
| 10,000.000 | Jpmorgan Chase Co 5.294% 7/22/35 46647PEK8 | | | | 13.24 | 44.11 | .00 | 57.35 |
| 5,000.000 | Lxp Industrial Trust 6.750% 11/15/28 529043AF8 | | | | 71.25 | 28.13 | .00 | 99.38 |
| 5,000.000 | Lexington Rlty Tr Sr 2.375% 10/01/31 529537AA0 | | | | 39.58 | 9.90 | .00 | 49.48 |
| 7,000.000 | Warnermedia Hldgs 4.279% 3/15/32 55903VBQ5 | | | | 113.16 | 24.96 | .00 | 138.12 |
| 15,000.000 | Morgan Stanley Mtn 1.794% 2/13/32 6174468U6 | | | | 125.58 | 22.43 | 134.55 | 13.46 |
| 5,000.000 | Morgan Stanley Mtn 2.943% 1/21/33 61747YEL5 | | | | 8.18 | 20.02 | 11.85 | 16.35 |
| .000 | Morgan Stanley 5.587% 1/18/36 61748UAF9 | | | | 10.09 | 14.74 | 24.83 | .00 |
| 10,000.000 | Morgan Stanley 4.734% 7/18/31 61776NVG5 | | | | 13.15 | 39.45 | .00 | 52.60 |
| 22,883.570 | New Century Home 5.4216% 8/25/34 64352VFW6 | | | | 22.64 | 105.38 | 103.90 | 24.12 |
| 40,000.000 | Oracle Corp 2.875% 3/25/31 68389XCE3 | | | | 402.50 | 95.83 | .00 | 498.33 |
| 10,000.000 | Pnc Finl Svcs Group 5.222% 1/29/31 693475CB9 | | | | 2.90 | 43.52 | .00 | 46.42 |
| 15,000.000 | Paychex Inc 5.350% 4/15/32 704326AB3 | | | | 247.44 | 66.87 | .00 | 314.31 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 25,000.000 | Pilgrims Pride 6.250% 7/01/33 72147KAK4 | | | | 130.21 | 130.21 | .00 | 260.42 |
| 25,000.000 | Premier Health 2.911% 11/15/26 74052BAA5 | | | | 153.64 | 60.64 | .00 | 214.28 |
| 39,855.380 | Slc Student Loan 4.85808% 12/15/38 784427AF3 | | | | 252.78 | 166.73 | .00 | 419.51 |
| 10,805.450 | S L M A 5.33664% 1/25/29 78446YAA1 | | | | 10.53 | 49.89 | 48.35 | 12.07 |
| 20,000.000 | Santander Drive AU 4.620% 11/15/28 802920AD0 | | | | 41.07 | 77.00 | 77.00 | 41.07 |
| 20,000.000 | Starbucks Corp 4.800% 5/15/30 855244BL2 | | | | 221.33 | 80.00 | .00 | 301.33 |
| 15,000.000 | Stryker Corporation 4.700% 2/10/28 863667BK6 | | | | 334.88 | 58.75 | 352.50 | 41.13 |
| 10,000.000 | T Mobile USA Inc 3.750% 4/15/27 87264ABD6 | | | | 110.42 | 31.25 | .00 | 141.67 |
| 40,000.000 | T Mobile USA Inc 3.500% 4/15/31 87264ABW4 | | | | 412.22 | 116.67 | .00 | 528.89 |
| 10,000.000 | T Mobile USA Inc 5.125% 5/15/32 87264ADS1 | | | | 108.19 | 42.71 | .00 | 150.90 |
| 15,000.000 | Take Two Interactive 4.000% 4/14/32 874054AH2 | | | | 178.33 | 50.00 | .00 | 228.33 |
| 20,000.000 | Ubs Commercial 3.460% 6/15/50 90276EAE7 | | | | 57.67 | 57.67 | 57.67 | 57.67 |
| 30,000.000 | Ubs Commercial 3.2034% 10/15/52 90278MBD8 | | | | 80.09 | 80.09 | 80.09 | 80.09 |
| 1,476.330 | Ubs Coml Mtg Tr 4.1519% 7/15/51 90353DAV7 | | | | 2.72 | 5.11 | 5.11 | 2.72 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 15,000.000 | Uber Technologies 4.300% 1/15/30 90353TAN0 | | | | 28.67 | 53.75 | .00 | 82.42 |
| 9,329.710 | United Air Lines 5.800% 7/15/37 90932LAJ6 | | | | 24.05 | 45.09 | .00 | 69.14 |
| 30,000.000 | US Bancorp Mtn 4.548% 7/22/28 91159HJF8 | | | | 34.11 | 113.70 | .00 | 147.81 |
| .000 | US Bancorp Mtn 5.678% 1/23/35 91159HJR2 | | | | 6.31 | 14.19 | 20.50 | .00 |
| 15,000.000 | Wp Carey Inc 4.650% 7/15/30 92936UAN9 | | | | 40.69 | 58.12 | .00 | 98.81 |
| .000 | Wells Fargo Mtn 2.572% 2/11/31 95000U2J1 | | | | 60.73 | 8.57 | 69.30 | .00 |
| 25,000.000 | Wells Fargo Co Mtn 5.574% 7/25/29 95000U3E1 | | | | 23.21 | 116.13 | .00 | 139.34 |
| 10,000.000 | Wells Fargo Mtn 5.499% 1/23/35 95000U3K7 | | | | 12.22 | 45.83 | .00 | 58.05 |
| **Total Corporate Issues** | | | | | **10,165.48** | **4,671.44** | **2,568.44** | **12,268.48** |
| **Foreign Issues** | | | | | | | | |
| 20,000.000 | Aercap Ireland Cap 3.650% 7/21/27 00774MAB1 | | | | 20.28 | 60.83 | .00 | 81.11 |
| 15,000.000 | Natwest Group Plc 1.642% 6/14/27 639057AC2 | | | | 32.16 | 20.52 | .00 | 52.68 |
| 5,000.000 | Santander Uk Group 1.673% 6/14/27 80281LAQ8 | | | | 10.92 | 6.97 | .00 | 17.89 |
| 10,000.000 | Trinity Acquisition 4.400% 3/15/26 89641UAC5 | | | | 166.22 | 36.67 | .00 | 202.89 |
| **Total Foreign Issues** | | | | | **229.58** | **124.99** | **.00** | **354.57** |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ▓▓▓▓3803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/<br>FACE AMOUNT | DESCRIPTION | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Municipal Issues** | | | | | | | | |
| 10,000.000 | Massachusetts ST Sch 2.966% 10/15/32<br>576000XM0 | | | | 87.33 | 24.72 | .00 | 112.05 |
| 4,945.470 | Massachusetts ST Spl 4.110%  7/15/31<br>576004HG3 | | | | 9.03 | 16.94 | .00 | 25.97 |
| 5,000.000 | Miami Dade Cnty Fl   3.504% 10/01/31<br>59333P2P2 | | | | 58.40 | 14.60 | .00 | 73.00 |
| 15,000.000 | New York Ny Txbl    3.620%  4/01/31<br>64966MYR4 | | | | 181.00 | 45.25 | .00 | 226.25 |
| 30,000.000 | New York N Y     1.700%  3/01/29<br>64966QJK7 | | | | 212.50 | 42.50 | .00 | 255.00 |
| 45,000.000 | New York Ny City    5.267%  5/01/27<br>64971MT44 | | | | 592.54 | 197.51 | .00 | 790.05 |
| 5,000.000 | New York ST     2.010%  3/15/30<br>64985TDG3 | | | | 37.97 | 8.37 | .00 | 46.34 |
| 5,000.000 | New York ST     2.540%  3/15/34<br>64985TEX5 | | | | 48.33 | 10.58 | .00 | 58.91 |
| 10,000.000 | New York ST     2.540%  3/15/34<br>64985TEY3 | | | | 96.67 | 21.16 | .00 | 117.83 |
| 30,755.410 | New York ST Dorm    5.500%  3/15/30<br>649902T29 | | | | 639.03 | 140.96 | .00 | 779.99 |
| 15,000.000 | New York ST Urban    5.770%  3/15/39<br>650035TD0 | | | | 326.97 | 72.12 | .00 | 399.09 |
| 20,000.000 | University Ca    2.247%  5/15/34<br>91412HJV6 | | | | 94.87 | 37.45 | .00 | 132.32 |
| 25,000.000 | University Mi    3.436%  4/01/31<br>914455VE7 | | | | 286.33 | 71.59 | .00 | 357.92 |
| **Total Municipal Issues** | | | | | **2,670.97** | **703.75** | **.00** | **3,374.72** |

R1793

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████ 8803

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **19,025.36** | **23,567.16** | **21,029.83** | **21,562.69** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT 8803

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **Bank 06541Ubn5** | **0.446% 12/16/53** | |
| 08/15/2025 | Bank 0.446% 12/16/53 $0.00037/Pv On 2,806.16 Pv Due 8/15/25 | 1.04 |
| **Barclays Commercial 6.358% 3/15/57 05554Vae0** | | |
| 08/15/2025 | Barclays Commercial 6.358% 3/15/57 $0.00530/Pv On 20,000.00 Pv Due 8/15/25 | 105.97 |
| **Bmo 2023-5C1 Mtg 7.35469% 8/17/56 055986Af0** | | |
| 08/15/2025 | Bmo 2023-5C1 Mtg 7.35469% 8/17/56 $0.00613/Pv On 20,000.00 Pv Due 8/15/25 | 122.58 |
| **Charter 161175Cp7** | **6.650% 2/01/34** | |
| 08/01/2025 | Charter 6.650% 2/01/34 0.03325 USD/$1 Pv On 6,000 Par Value Due 8/1/25 | 199.50 |
| **Charter Comm Opt 2.300% 2/01/32 161175Bx1** | | |
| 08/01/2025 | Charter Comm Opt 2.300% 2/01/32 0.0115 USD/$1 Pv On 30,000 Par Value Due 8/1/25 | 345.00 |
| **Drive Auto 26207Aad5** | **4.500% 9/15/28** | |
| 08/15/2025 | Drive Auto 4.500% 9/15/28 $0.00375/Pv On 25,000.00 Pv Due 8/15/25 | 93.75 |
| **Elevance Health Inc 5.200% 2/15/35 036752Bd4** | | |
| 08/15/2025 | Elevance Health Inc 5.200% 2/15/35 0.026 USD/$1 Pv On 5,000 Par Value Due 8/15/25 | 130.00 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Exeter Automobile Re 5.040% 3/15/28**<br>**30165Bac7** | | |
| 08/15/2025 | Exeter Automobile Re 5.040% 3/15/28<br>$0.00371/Pv On 20,000.00 Pv Due 8/15/25 | 74.17 |
| **F H L M C #As5323 4.000% 1/01/54**<br>**3132Ds4G4** | | |
| 08/25/2025 | F H L M C #As5323 4.000% 1/01/54<br>July FHLMC Due 8/25/25 | 75.91 |
| **F H L M C #Ra6953 3.000% 3/01/52**<br>**3133Knwn9** | | |
| 08/25/2025 | F H L M C #Ra6953 3.000% 3/01/52<br>July FHLMC Due 8/25/25 | 102.80 |
| **F H L M C #Sd7503 3.500% 8/01/49**<br>**3132Dvkq7** | | |
| 08/25/2025 | F H L M C #Sd7503 3.500% 8/01/49<br>July FHLMC Due 8/25/25 | 98.44 |
| **F H L M C #Sd8199 2.000% 2/01/52**<br>**3132Dwdc4** | | |
| 08/25/2025 | F H L M C #Sd8199 2.000% 2/01/52<br>July FHLMC Due 8/25/25 | 34.43 |
| **F H L M C #Wa3219**<br>**3132Wwyr7** | | |
| 08/25/2025 | P & I Due 08/25/25 | 101.77 |
| **F H L M C Gd A45796 7.000% 1/01/33**<br>**3128K6Nm8** | | |
| 08/15/2025 | F H L M C Gd A45796 7.000% 1/01/33<br>July FHLMC Due 8/15/25 | 7.22 |
| **F H L M C Gd G08844 5.000% 10/01/48**<br>**3128Mj5E6** | | |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT 8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/15/2025 | F H L M C Gd G08844 5.000% 10/01/48<br>July FHLMC Due 8/15/25 | 23.64 |
| **F H L M C Mltcl 1.940% 2/25/35<br>3137Ftzl4** | | |
| 08/25/2025 | F H L M C Mltcl 1.940% 2/25/35<br>$0.00162/Pv On 25,000.00 Pv Due 8/25/25 | 40.42 |
| **F H L M C Mltcl Mt 5.62197% 11/25/54<br>3137Hhfl0** | | |
| 08/25/2025 | $0.00471/Pv On 4,467.63 Pv Due 8/25/25 | 21.04 |
| **F N M A #Ca1710 4.500% 5/01/48<br>3140Q83U7** | | |
| 08/25/2025 | F N M A #Ca1710 4.500% 5/01/48<br>July FNMA Due 8/25/25 | 23.12 |
| **F N M A #Ca2208 4.500% 8/01/48<br>3140Q9N25** | | |
| 08/25/2025 | F N M A #Ca2208 4.500% 8/01/48<br>July FNMA Due 8/25/25 | 6.29 |
| **F N M A #Fm2318 3.500% 9/01/49<br>3140X5SG9** | | |
| 08/25/2025 | F N M A #Fm2318 3.500% 9/01/49<br>July FNMA Due 8/25/25 | 17.24 |
| **F N M A #Fs1598 2.000% 4/01/52<br>3140Xgx46** | | |
| 08/25/2025 | F N M A #Fs1598 2.000% 4/01/52<br>July FNMA Due 8/25/25 | 34.76 |
| **F N M A #Ma1561 3.000% 8/01/33<br>31418Awx2** | | |
| 08/25/2025 | F N M A #Ma1561 3.000% 8/01/33<br>July FNMA Due 8/25/25 | 6.78 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F N M A #Ma3811 3.000% 10/01/49<br>31418Dgv8** | | |
| 08/25/2025 | F N M A #Ma3811 3.000% 10/01/49<br>July FNMA Due 8/25/25 | 17.45 |
| **F N M A #Ma4644 4.000% 5/01/52<br>31418Ees5** | | |
| 08/25/2025 | F N M A #Ma4644 4.000% 5/01/52<br>July FNMA Due 8/25/25 | 38.53 |
| **F N M A #Ma4733 4.500% 8/01/52<br>31418Ehk9** | | |
| 08/25/2025 | F N M A #Ma4733 4.500% 8/01/52<br>July FNMA Due 8/25/25 | 212.76 |
| **F N M A #303826 6.000% 3/01/26<br>31373Upk7** | | |
| 08/25/2025 | F N M A #303826 6.000% 3/01/26<br>July FNMA Due 8/25/25 | .04 |
| **F N M A #545646 7.000% 9/01/26<br>31385Jet1** | | |
| 08/25/2025 | F N M A #545646 7.000% 9/01/26<br>July FNMA Due 8/25/25 | 2.15 |
| **F N M A #764388 6.008% 3/01/34<br>31404Cf54** | | |
| 08/25/2025 | F N M A #764388 6.008% 3/01/34<br>July FNMA Due 8/25/25 | 13.39 |
| **F N M A #939419 6.265% 5/01/37<br>31413Ady6** | | |
| 08/25/2025 | F N M A #939419 6.265% 5/01/37<br>July FNMA Due 8/25/25 | 23.41 |
| **F N M A Gtd Remic 5.345% 1/25/50<br>3136B72K6** | | |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/25/2025 | F N M A Gtd Remic 5.345% 1/25/50<br>$0.00414/Pv On 11,751.00 Pv Due 8/25/25 | 48.61 |
| **F N M A Tba 30Yr 2.500% 8/15/44**<br>**01F022683** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 2.500% 8/15/44<br>Income Debit 41.67- USD | - 41.67 |
| 08/13/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 2.500% 8/15/44<br>Income Credit 41.67 USD | 41.67 |
| **Total F N M A Tba 30Yr 2.500% 8/15/44** | | **.00** |
| **F N M A Tba 30Yr 3.000% 8/15/44**<br>**01F030686** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Income Debit 25.00- USD | - 25.00 |
| 08/13/2025 | Paid Accrued Interest On Purchase Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Income Debit 50.00- USD | - 50.00 |
| 08/13/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Income Credit 25.00 USD | 25.00 |
| 08/13/2025 | Received Accrued Interest On Sale Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Income Credit 50.00 USD | 50.00 |
| **Total F N M A Tba 30Yr 3.000% 8/15/44** | | **.00** |
| **F N M A Tba 30Yr 3.500% 8/15/44**<br>**01F032682** | | |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 3.500% 8/15/44 Income Debit 87.50- USD | - 87.50 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 3.500% 8/15/44 Income Credit 29.17 USD | 29.17 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 3.500% 8/15/44 Income Credit 58.33 USD | 58.33 |
| **Total F N M A Tba 30Yr 3.500% 8/15/44** | | **.00** |
| **F N M A Tba 30Yr 4.000% 8/15/43 01F040685** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.000% 8/15/43 Income Debit 66.67- USD | - 66.67 |
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.000% 8/15/43 Income Debit 33.33- USD | - 33.33 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.000% 8/15/43 Income Credit 66.67 USD | 66.67 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.000% 8/15/43 Income Credit 33.33 USD | 33.33 |
| **Total F N M A Tba 30Yr 4.000% 8/15/43** | | **.00** |
| **F N M A Tba 30Yr 4.500% 8/15/43 01F042681** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.500% 8/15/43 Income Debit 150.00- USD | - 150.00 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 4.500% 8/15/43 Income Debit 37.50- USD | - 37.50 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.500% 8/15/43 Income Credit 150.00 USD | 150.00 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 4.500% 8/15/43 Income Credit 37.50 USD | 37.50 |
| **Total F N M A Tba 30Yr 4.500% 8/15/43** | | **.00** |
| **F N M A Tba 30Yr 5.000% 8/15/45 01F050684** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 5.000% 8/15/45 Income Debit 83.33- USD | - 83.33 |
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 5.000% 8/15/45 Income Debit 41.67- USD | - 41.67 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 5.000% 8/15/45 Income Credit 83.33 USD | 83.33 |
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 5.000% 8/15/45 Income Credit 41.67 USD | 41.67 |
| **Total F N M A Tba 30Yr 5.000% 8/15/45** | | **.00** |
| **F N M A Tba 30Yr 5.500% 8/15/44 01F052680** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of F N M A Tba 30Yr 5.500% 8/15/44 Income Debit 91.67- USD | - 91.67 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/13/2025 | Received Accrued Interest On Sale Of F N M A Tba 30Yr 5.500% 8/15/44 Income Credit 91.67 USD | 91.67 |
| **Total F N M A Tba 30Yr 5.500% 8/15/44** | | **.00** |
| **FHLMC Tba 30Yr 2.000% 8/15/51 01F020687** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of FHLMC Tba 30Yr 2.000% 8/15/51 Income Debit 33.33- USD | - 33.33 |
| 08/15/2025 | Received Accrued Interest On Sale Of FHLMC Tba 30Yr 2.000% 8/15/51 Income Credit 33.33 USD | 33.33 |
| 08/15/2025 | Paid Accrued Interest On Purchase Of FHLMC Tba 30Yr 2.000% 8/15/51 Income Debit 33.33- USD | - 33.33 |
| 08/15/2025 | Received Accrued Interest On Sale Of FHLMC Tba 30Yr 2.000% 8/15/51 Income Credit 33.33 USD | 33.33 |
| **Total FHLMC Tba 30Yr 2.000% 8/15/51** | | **.00** |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 2,182.68 |
| **G N M A I I #Ma4454 5.000% 5/20/47 36179S5P8** | | |
| 08/20/2025 | G N M A I I #Ma4454 5.000% 5/20/47 July GNMA Due 8/20/25 | 23.75 |
| **G N M A I I #Ma4838 4.000% 11/20/47 36179TIt0** | | |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/20/2025 | G N M A I I #Ma4838 4.000% 11/20/47<br>July GNMA Due 8/20/25 | 7.78 |
| **G N M A I I #Ma5399 4.500% 8/20/48<br>36179T7L3** | | |
| 08/20/2025 | G N M A I I #Ma5399 4.500% 8/20/48<br>July GNMA Due 8/20/25 | 17.16 |
| **G N M A I I #Ma5530 5.000% 10/20/48<br>36179Ueb4** | | |
| 08/20/2025 | G N M A I I #Ma5530 5.000% 10/20/48<br>July GNMA Due 8/20/25 | 7.27 |
| **G N M A I I #Ma5651 4.000% 12/20/48<br>36179Uh47** | | |
| 08/20/2025 | G N M A I I #Ma5651 4.000% 12/20/48<br>July GNMA Due 8/20/25 | 4.92 |
| **G N M A I I #Ma6209 3.000% 10/20/49<br>36179U3S9** | | |
| 08/20/2025 | G N M A I I #Ma6209 3.000% 10/20/49<br>July GNMA Due 8/20/25 | 2.02 |
| **G N M A I I #Ma8201 4.500% 8/20/52<br>36179Xde3** | | |
| 08/20/2025 | G N M A I I #Ma8201 4.500% 8/20/52<br>July GNMA Due 8/20/25 | 74.04 |
| **G N M A I I #Ma9963 4.500% 10/20/54<br>36180Ab85** | | |
| 08/20/2025 | G N M A I I #Ma9963 4.500% 10/20/54<br>July GNMA Due 8/20/25 | 91.05 |
| **G N M A I I Tba 4.000% 8/15/45<br>21H040681** | | |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>G N M A I I Tba 4.000% 8/15/45<br>Income Debit 105.56- USD | - 105.56 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>G N M A I I Tba 4.000% 8/15/45<br>Income Credit 105.56 USD | 105.56 |
| **Total G N M A I I Tba 4.000% 8/15/45** | | **.00** |
| **G N M A I I Tba 4.500% 8/15/44<br>21H042687** | | |
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>G N M A I I Tba 4.500% 8/15/44<br>Income Debit 59.38- USD | - 59.38 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>G N M A I I Tba 4.500% 8/15/44<br>Income Credit 59.38 USD | 59.38 |
| **Total G N M A I I Tba 4.500% 8/15/44** | | **.00** |
| **G N M A Gtd Remic 5.598% 2/20/54<br>38384Jqr8** | | |
| 08/20/2025 | G N M A Gtd Remic 5.598% 2/20/54<br>$0.00466/Pv On 16,534.29 Pv Due 8/20/25 | 77.13 |
| **GNMA II Tba 30Yr 2.500% 8/15/50<br>21H022689** | | |
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 2.500% 8/15/50<br>Income Debit 32.99- USD | - 32.99 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 2.500% 8/15/50<br>Income Credit 32.99 USD | 32.99 |
| **Total GNMA II Tba 30Yr 2.500% 8/15/50** | | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **GNMA II Tba 30Yr 5.000% 8/15/52<br>21H050680** | | |
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Income Debit 65.97- USD | - 65.97 |
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Income Debit 65.97- USD | - 65.97 |
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Income Debit 65.97- USD | - 65.97 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Income Credit 65.97 USD | 65.97 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Income Credit 65.97 USD | 65.97 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Income Credit 65.97 USD | 65.97 |
| **Total GNMA II Tba 30Yr 5.000% 8/15/52** | | **.00** |
| **GNMA II Tba 30Yr 5.500% 8/15/53<br>21H052686** | | |
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>GNMA II Tba 30Yr 5.500% 8/15/53<br>Income Debit 72.57- USD | - 72.57 |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>GNMA II Tba 30Yr 5.500% 8/15/53<br>Income Credit 72.57 USD | 72.57 |
| **Total GNMA II Tba 30Yr 5.500% 8/15/53** | | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Goldman Sachs Group 2.650% 10/21/32**<br>**38141Gyn8** | | |
| 08/27/2025 | Received Accrued Interest On Sale Of<br>Goldman Sachs Group 2.650% 10/21/32<br>Income Credit 139.13 USD | 139.13 |
| **Hyundai Auto Rec Tr 4.400% 1/15/31**<br>**448976Ae0** | | |
| 08/15/2025 | Hyundai Auto Rec Tr 4.400% 1/15/31<br>$0.00370/Pv On 20,000.00 Pv Due 8/15/25 | 74.00 |
| **Intel Corp 2.000% 8/12/31**<br>**458140Bu3** | | |
| 08/12/2025 | Intel Corp 2.000% 8/12/31<br>0.01 USD/$1 Pv On 15,000 Par Value Due 8/12/25 | 150.00 |
| **Invitation Homes L P 2.000% 8/15/31**<br>**46188BAA0** | | |
| 08/15/2025 | Invitation Homes L P 2.000% 8/15/31<br>0.01 USD/$1 Pv On 5,000 Par Value Due 8/15/25 | 50.00 |
| **Jpmorgan Chase Co 1.953% 2/04/32**<br>**46647Pbx3** | | |
| 08/04/2025 | Jpmorgan Chase Co 1.953% 2/04/32<br>0.009765 USD/$1 Pv On 10,000 Par Value Due 8/4/25 | 97.65 |
| **Morgan Stanley 5.587% 1/18/36**<br>**61748Uaf9** | | |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>Morgan Stanley 5.587% 1/18/36<br>Income Credit 24.83 USD | 24.83 |
| **Morgan Stanley Mtn 1.794% 2/13/32**<br>**6174468U6** | | |
| 08/13/2025 | Morgan Stanley Mtn 1.794% 2/13/32<br>0.00897 USD/$1 Pv On 15,000 Par Value Due 8/13/25 | 134.55 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Morgan Stanley Mtn 2.943% 1/21/33**<br>**61747Yel5** | | |
| 08/20/2025 | Received Accrued Interest On Sale Of<br>Morgan Stanley Mtn 2.943% 1/21/33<br>Income Credit 11.85 USD | 11.85 |
| **New Century Home 5.4216% 8/25/34**<br>**64352Vfw6** | | |
| 08/25/2025 | New Century Home 5.4216% 8/25/34<br>$0.00452/Pv On 22,997.42 Pv Due 8/25/25 | 103.90 |
| **S L M A 5.33664% 1/25/29**<br>**78446Yaa1** | | |
| 08/25/2025 | S L M A 5.33664% 1/25/29<br>$0.00445/Pv On 10,871.40 Pv Due 8/25/25 | 48.35 |
| **Santander Drive AU 4.620% 11/15/28**<br>**802920Ad0** | | |
| 08/15/2025 | Santander Drive AU 4.620% 11/15/28<br>$0.00385/Pv On 20,000.00 Pv Due 8/15/25 | 77.00 |
| **Stryker Corporation 4.700% 2/10/28**<br>**863667Bk6** | | |
| 08/11/2025 | Stryker Corporation 4.700% 2/10/28<br>0.0235 USD/$1 Pv On 15,000 Par Value Due 8/10/25 | 352.50 |
| **U S Treasury I P S 1.875% 7/15/35**<br>**91282Cns6** | | |
| 08/27/2025 | Received Accrued Interest On Sale Of<br>U S Treasury I P S 1.875% 7/15/35<br>Income Credit 178.17 USD | 178.17 |
| **U S Treasury Nt 3.875% 7/15/28**<br>**91282Cnm9** | | |
| 08/06/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 3.875% 7/15/28<br>Income Credit 322.00 USD | 322.00 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/07/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/15/28 Income Credit 334.22 USD | 334.22 |
| 08/07/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/15/28 Income Credit 99.30 USD | 99.30 |
| 08/08/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/15/28 Income Credit 174.38 USD | 174.38 |
| 08/08/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/15/28 Income Credit 141.52 USD | 141.52 |
| 08/11/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/15/28 Income Credit 392.34 USD | 392.34 |
| 08/12/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/15/28 Income Credit 88.45 USD | 88.45 |
| **Total U S Treasury Nt 3.875% 7/15/28** | | **1,552.21** |

**U S Treasury Nt 3.875% 7/31/27**
**91282Cnp2**

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/01/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/27 Income Debit 5.48- USD | - 5.48 |
| 08/26/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/27 Income Credit 536.60 USD | 536.60 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/27 Income Credit 2,290.88 USD | 2,290.88 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/27 Income Credit 2,290.88 USD | 2,290.88 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/27 Income Credit 560.19 USD | 560.19 |
| **Total U S Treasury Nt 3.875% 7/31/27** | | **5,673.07** |
| **U S Treasury Nt 3.875% 7/31/30 91282Cnn7** | | |
| 08/01/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/30 Income Debit 8.32- USD | - 8.32 |
| 08/05/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 2.63 USD | 2.63 |
| 08/06/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/30 Income Debit 3.16- USD | - 3.16 |
| 08/19/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/30 Income Debit 16.01- USD | - 16.01 |
| 08/20/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/30 Income Debit 12.64- USD | - 12.64 |
| 08/25/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/30 Income Debit 10.53- USD | - 10.53 |
| 08/27/2025 | Paid Accrued Interest On Purchase Of U S Treasury Nt 3.875% 7/31/30 Income Debit 45.49- USD | - 45.49 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/27/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 272.93 USD | 272.93 |
| 08/27/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 898.41 USD | 898.41 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 1,630.45 USD | 1,630.45 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 468.79 USD | 468.79 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 946.43 USD | 946.43 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 1,335.61 USD | 1,335.61 |
| 08/28/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 3.875% 7/31/30 Income Credit 465.84 USD | 465.84 |
| **Total U S Treasury Nt 3.875% 7/31/30** | | **5,924.94** |
| **U S Treasury Nt 4.125% 7/31/32 91282Cnr8** | | |
| 08/27/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 4.125% 7/31/32 Income Credit 287.61 USD | 287.61 |
| 08/27/2025 | Received Accrued Interest On Sale Of U S Treasury Nt 4.125% 7/31/32 Income Credit 117.39 USD | 117.39 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST

ACCOUNT ████3803

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| 08/27/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    4.125%  7/31/32<br>Income Credit 135.00 USD | 135.00 |
| **Total U S Treasury Nt    4.125%  7/31/32** | | **540.00** |

**U S Treasury Nt    4.250%  5/15/35**
**91282Cnc1**

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| 08/04/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    4.250%  5/15/35<br>Income Credit 215.16 USD | 215.16 |
| 08/06/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    4.250%  5/15/35<br>Income Credit 498.45 USD | 498.45 |
| 08/08/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    4.250%  5/15/35<br>Income Credit 461.38 USD | 461.38 |
| 08/12/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt    4.250%  5/15/35<br>Income Credit 41.11 USD | 41.11 |
| **Total U S Treasury Nt    4.250%  5/15/35** | | **1,216.10** |

**U S Treasury Nt    4.250%  8/15/35**
**91282Cnt4**

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| 08/20/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt    4.250%  8/15/35<br>Income Debit 2.89- USD | - 2.89 |
| 08/27/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt    4.250%  8/15/35<br>Income Debit 58.21- USD | - 58.21 |
| **Total U S Treasury Nt    4.250%  8/15/35** | | **- 61.10** |

**Ubs Coml Mtg Tr    4.1519%  7/15/51**
**90353Dav7**

R1811

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/15/2025 | Ubs Coml Mtg Tr 4.1519% 7/15/51<br>$0.00346/Pv On 1,476.33 Pv Due 8/15/25 | 5.11 |
| **Ubs Commercial 3.460% 6/15/50<br>90276Eae7** | | |
| 08/15/2025 | Ubs Commercial 3.460% 6/15/50<br>$0.00288/Pv On 20,000.00 Pv Due 8/15/25 | 57.67 |
| **Ubs Commercial 3.2034% 10/15/52<br>90278Mbd8** | | |
| 08/15/2025 | Ubs Commercial 3.2034% 10/15/52<br>$0.00267/Pv On 30,000.00 Pv Due 8/15/25 | 80.09 |
| **US Bancorp Mtn 5.678% 1/23/35<br>91159Hjr2** | | |
| 08/19/2025 | Received Accrued Interest On Sale Of<br>US Bancorp Mtn 5.678% 1/23/35<br>Income Credit 20.50 USD | 20.50 |
| **Wells Fargo Mtn 2.572% 2/11/31<br>95000U2J1** | | |
| 08/11/2025 | Wells Fargo Mtn 2.572% 2/11/31<br>0.01286 USD/$1 Pv On 5,000 Par Value Due 8/11/25 | 64.30 |
| 08/25/2025 | Received Accrued Interest On Sale Of<br>Wells Fargo Mtn 2.572% 2/11/31<br>Income Credit 5.00 USD | 5.00 |
| **Total Wells Fargo Mtn 2.572% 2/11/31** | | **69.30** |
| **Total Interest** | | **21,029.83** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## CORPORATE CHANGES AND ADJUSTMENTS

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| **Adjustments** | | | | | |
| 08/13/2025 | Fed Basis Of U S<br>Treasury I P S 1.875% 7/15/35<br>Adjusted By 16.10 USD<br>Old: 9,925.13 USD/New: 9,941.23 USD<br>Units Increase To Adjust For Change In CPI<br>91282CNS6 | .00 | 16.10 | .00 | - 16.10 |
| 08/13/2025 | Par Value Of U S<br>Treasury I P S 1.875% 7/15/35<br>Adjusted By 16.1 Par Value<br>Old Par Value 10,010.8/New Par Value 10,026.9<br>Units Increase To Adjust For Change In CPI<br>91282CNS6 | 16.10 | .00 | .00 | .00 |
| 08/13/2025 | Fed Basis Of U S<br>Treasury I P S 1.875% 7/15/35<br>Adjusted By 16.10 USD<br>Old: 9,922.14 USD/New: 9,938.24 USD<br>Units Increase To Adjust For Change In CPI<br>91282CNS6 | .00 | 16.10 | .00 | - 16.10 |
| 08/13/2025 | Par Value Of U S<br>Treasury I P S 1.875% 7/15/35<br>Adjusted By 16.1 Par Value<br>Old Par Value 10,010.8/New Par Value 10,026.9<br>Units Increase To Adjust For Change In CPI<br>91282CNS6 | 16.10 | .00 | .00 | .00 |
| 08/13/2025 | Fed Basis Of U S<br>Treasury I P S 1.875% 7/15/35<br>Adjusted By 32.20 USD<br>Old: 19,859.22 USD/New: 19,891.42 USD<br>Units Increase To Adjust For Change In CPI<br>91282CNS6 | .00 | 32.20 | .00 | - 32.20 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## CORPORATE CHANGES AND ADJUSTMENTS (continued)

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 08/13/2025 | Par Value Of U S Treasury I P S 1.875% 7/15/35 Adjusted By 32.2 Par Value Old Par Value 20,021.6/New Par Value 20,053.8 Units Increase To Adjust For Change In CPI 91282CNS6 | 32.20 | .00 | .00 | .00 |
| 08/13/2025 | Fed Basis Of U S Treasury I P S 1.875% 7/15/35 Adjusted By 41.86 USD Old: 25,898.78 USD/New: 25,940.64 USD Units Increase To Adjust For Change In CPI 91282CNS6 | .00 | 41.86 | .00 | - 41.86 |
| 08/13/2025 | Par Value Of U S Treasury I P S 1.875% 7/15/35 Adjusted By 41.86 Par Value Old Par Value 26,028.08/New Par Value 26,069.94 Units Increase To Adjust For Change In CPI 91282CNS6 | 41.86 | .00 | .00 | .00 |
| 08/13/2025 | Fed Basis Of U S Treasury I P S 1.875% 7/15/35 Adjusted By 24.15 USD Old: 14,887.69 USD/New: 14,911.84 USD Units Increase To Adjust For Change In CPI 91282CNS6 | .00 | 24.15 | .00 | - 24.15 |
| 08/13/2025 | Par Value Of U S Treasury I P S 1.875% 7/15/35 Adjusted By 24.15 Par Value Old Par Value 15,016.2/New Par Value 15,040.35 Units Increase To Adjust For Change In CPI 91282CNS6 | 24.15 | .00 | .00 | .00 |
| 08/27/2025 | Par Value Of U S Treasury I P S 1.875% 7/15/35 Adjusted By 106.92 Par Value Old Par Value 26,069.94/New Par Value 26,176.86 91282CNS6 | 106.92 | .00 | .00 | .00 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## CORPORATE CHANGES AND ADJUSTMENTS (continued)

| DATE | DESCRIPTION | SHARES OR FACE AMOUNT | FEDERAL TAX COST | MARKET VALUE | REALIZED/ UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|
| 08/27/2025 | Fed Basis Of U S<br>Treasury I P S 1.875% 7/15/35<br>Adjusted By 106.92 USD<br>Old: 25,940.64 USD/New: 26,047.56 USD<br>91282CNS6 | .00 | 106.92 | .00 | - 106.92 |
| **Total Adjustments** | | **237.33** | **237.33** | **.00** | **- 237.33** |
| **Total Corporate Changes And Adjustments** | | **237.33** | **237.33** | **.00** | **- 237.33** |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ███████3803

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 25,512.48 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | 25,512.480 | .00 | - 25,512.48 | 25,512.48 |
| 08/05/2025 | Purchased 5,031.34 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/5/25 31846V567 | 5,031.340 | .00 | - 5,031.34 | 5,031.34 |
| 08/06/2025 | Purchased 187,805.16 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/6/25 31846V567 | 187,805.160 | .00 | - 187,805.16 | 187,805.16 |
| 08/07/2025 | Purchased 180,335.28 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/7/25 31846V567 | 180,335.280 | .00 | - 180,335.28 | 180,335.28 |
| 08/08/2025 | Purchased 173,554.54 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/8/25 31846V567 | 173,554.540 | .00 | - 173,554.54 | 173,554.54 |
| 08/11/2025 | Purchased 139,369.77 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/11/25 31846V567 | 139,369.770 | .00 | - 139,369.77 | 139,369.77 |
| 08/12/2025 | Purchased 34,431.52 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | 34,431.520 | .00 | - 34,431.52 | 34,431.52 |

R1816

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/13/2025 | Purchased 39,692.51 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/13/25 31846V567 | 39,692.510 | .00 | - 39,692.51 | 39,692.51 |
| 08/14/2025 | Purchased 39,692.51 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/14/25 31846V567 | 39,692.510 | .00 | - 39,692.51 | 39,692.51 |
| 08/15/2025 | Purchased 40,654.06 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 40,654.060 | .00 | - 40,654.06 | 40,654.06 |
| 08/20/2025 | Purchased 1,328.51 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/20/25 31846V567 | 1,328.510 | .00 | - 1,328.51 | 1,328.51 |
| 08/25/2025 | Purchased 3,605.31 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/25/25 31846V567 | 3,605.310 | .00 | - 3,605.31 | 3,605.31 |
| 08/25/2025 | Purchased 219.34 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/25/25 31846V567 | 219.340 | .00 | - 219.34 | 219.34 |
| 08/26/2025 | Purchased 197,026.6 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/26/25 31846V567 | 197,026.600 | .00 | - 197,026.60 | 197,026.60 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/27/2025 | Purchased 555,616.39 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/27/25 31846V567 | 555,616.390 | .00 | - 555,616.39 | 555,616.39 |
| 08/27/2025 | Purchased 81,452.15 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/27/25 31846V567 | 81,452.150 | .00 | - 81,452.15 | 81,452.15 |
| 08/28/2025 | Purchased 3,255,294.77 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/28/25 31846V567 | 3,255,294.770 | .00 | - 3,255,294.77 | 3,255,294.77 |
| 08/28/2025 | Purchased 159,502.72 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/28/25 31846V567 | 159,502.720 | .00 | - 159,502.72 | 159,502.72 |
| **Total First Am Govt Ob Fd Cl Z** | | **5,120,124.960** | **.00** | **- 5,120,124.96** | **5,120,124.96** |
| **Total Cash And Equivalents** | | **5,120,124.960** | **.00** | **- 5,120,124.96** | **5,120,124.96** |

**US Government Issues**

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 2.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 41.67 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F022683 | - 50,000.000 | .00 | 41,042.97 | - 41,042.97 |
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 2.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500022580C<br>50,000 Par Value At 82.08594 %<br>01F022683 | 50,000.000 | .00 | - 41,042.97 | 41,042.97 |
| **Total F N M A Tba 30Yr 2.500% 8/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 50.00 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F030686 | - 50,000.000 | .00 | 42,822.27 | - 42,822.27 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 25.00 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F030686 | - 25,000.000 | .00 | 21,405.76 | - 21,405.76 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022640D<br>25,000 Par Value At 85.62304 %<br>01F030686 | 25,000.000 | .00 | - 21,405.76 | 21,405.76 |
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500022620C<br>50,000 Par Value At 85.64454 %<br>01F030686 | 50,000.000 | .00 | - 42,822.27 | 42,822.27 |
| **Total F N M A Tba 30Yr 3.000% 8/15/44** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/05/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 29.17- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F030694 | 25,000.000 | .00 | - 21,681.64 | 21,681.64 |
| 08/05/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 58.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F030694 | 50,000.000 | .00 | - 43,392.58 | 43,392.58 |
| **Total F N M A Tba 30Yr 3.000% 9/15/47** | | **75,000.000** | **.00** | **- 65,074.22** | **65,074.22** |
| 08/01/2025 | Purchased<br>-75,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/3/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 87.50 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F032682 | - 75,000.000 | .00 | 67,095.70 | - 67,095.70 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased 75,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/3/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022550D<br>75,000 Par Value At 89.46093333 %<br>01F032682 | 75,000.000 | .00 | - 67,095.70 | 67,095.70 |
| **Total F N M A Tba 30Yr 3.500% 8/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 08/05/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 68.06- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F032690 | 50,000.000 | .00 | - 45,185.55 | 45,185.55 |
| **Total F N M A Tba 30Yr 3.500% 9/15/44** | | **50,000.000** | **.00** | **- 45,185.55** | **45,185.55** |
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 66.67 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F040685 | - 50,000.000 | .00 | 46,092.77 | - 46,092.77 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 33.33 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F040685 | - 25,000.000 | .00 | 23,028.81 | - 23,028.81 |
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022670C<br>50,000 Par Value At 92.18554 %<br>01F040685 | 50,000.000 | .00 | - 46,092.77 | 46,092.77 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Mizuho Securities USA Inc.<br>Swift External Ref#: 00031500022680C<br>25,000 Par Value At 92.11524 %<br>01F040685 | 25,000.000 | .00 | - 23,028.81 | 23,028.81 |
| **Total F N M A Tba 30Yr 4.000% 8/15/43** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 37.50 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F042681 | - 25,000.000 | .00 | 23,708.01 | - 23,708.01 |
| 08/01/2025 | Purchased<br>-100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 150.00 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F042681 | - 100,000.000 | .00 | 94,824.22 | - 94,824.22 |
| 08/01/2025 | Purchased<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022750C<br>100,000 Par Value At 94.82422 %<br>01F042681 | 100,000.000 | .00 | - 94,824.22 | 94,824.22 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500022720C<br>25,000 Par Value At 94.83204 %<br>01F042681 | 25,000.000 | .00 | - 23,708.01 | 23,708.01 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 4.500% 8/15/43** | | **.000** | **.00** | **.00** | **.00** |
| 08/05/2025 | Purchased<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 175.00- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F042699 | 100,000.000 | .00 | - 95,935.55 | 95,935.55 |
| 08/06/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/6/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 43.75- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F042699 | 25,000.000 | .00 | - 23,975.59 | 23,975.59 |
| **Total F N M A Tba 30Yr 4.500% 9/14/44** | | **125,000.000** | **.00** | **- 119,911.14** | **119,911.14** |
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 83.33 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F050684 | - 50,000.000 | .00 | 48,628.91 | - 48,628.91 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 7/7/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 41.67 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F050684 | - 25,000.000 | .00 | 24,314.45 | - 24,314.45 |
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 7/7/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022780C<br>50,000 Par Value At 97.25782 %<br>01F050684 | 50,000.000 | .00 | - 48,628.91 | 48,628.91 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 7/7/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500022760D<br>25,000 Par Value At 97.2578 %<br>01F050684 | 25,000.000 | .00 | - 24,314.45 | 24,314.45 |
| **Total F N M A Tba 30Yr 5.000% 8/15/45** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/06/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 97.22- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F050692 | 50,000.000 | .00 | - 49,114.26 | 49,114.26 |
| 08/06/2025 | Purchased 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 48.61- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F050692 | 25,000.000 | .00 | - 24,588.38 | 24,588.38 |
| **Total F N M A Tba 30Yr 5.000% 9/15/45** | | **75,000.000** | **.00** | **- 73,702.64** | **73,702.64** |
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 5.500% 8/15/44<br>Trade Date 7/7/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 91.67 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F052680 | - 50,000.000 | .00 | 49,685.55 | - 49,685.55 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ▇▇▇▇3803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | CASH | FEDERAL<br>TAX COST |
|------|-------------|------------------------|------------|------|---------------------|
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr    5.500%  8/15/44<br>Trade Date 7/7/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500022800C<br>50,000 Par Value At 99.3711 %<br>01F052680 | 50,000.000 | .00 | - 49,685.55 | 49,685.55 |
| **Total F N M A Tba 30Yr    5.500%  8/15/44** | | **.000** | **.00** | **.00** | **.00** |
| 08/06/2025 | Purchased 50,000<br>Par Value Of<br>F N M A Tba 30Yr    5.500%  9/15/44<br>Trade Date 8/6/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 106.94- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F052698 | 50,000.000 | .00 | - 50,066.41 | 50,066.41 |
| **Total F N M A Tba 30Yr    5.500%  9/15/44** | | **50,000.000** | **.00** | **- 50,066.41** | **50,066.41** |
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>FHLMC Tba 30Yr    2.000%  8/15/51<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 33.33 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code    $<br>Rev Expl      $@      $⁰    $ᵃ     $     $h     $m<br>EBR Pending Transaction<br>01F020687 | - 50,000.000 | .00 | 39,230.47 | - 39,230.47 |

Case: 23-30564    Doc# 1356-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page
220 of 612

R1828

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | CASH | FEDERAL<br>TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr      2.000%  8/15/51<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500022570C<br>50,000 Par Value At 78.46094 %<br>01F020687 | 50,000.000 | .00 | - 39,230.47 | 39,230.47 |
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr      2.000%  8/15/51<br>Trade Date 7/7/25<br>Purchased Through Citigroup Global Markets Inc.<br>50,000 Par Value At 78.46094 %<br>01F020687 | 50,000.000 | .00 | - 39,230.47 | 39,230.47 |
| **Total FHLMC Tba 30Yr    2.000%  8/15/51** | | **50,000.000** | **.00** | **- 39,230.47** | **39,230.47** |
| 08/05/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr      2.000%  9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 38.89- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F020695 | 50,000.000 | .00 | - 39,687.50 | 39,687.50 |
| **Total FHLMC Tba 30Yr    2.000%  9/15/51** | | **50,000.000** | **.00** | **- 39,687.50** | **39,687.50** |

Case: 23-30564    Doc# 1356-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page
221 of 612

R1829

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/05/2025 | Purchased 50,000<br>Par Value Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 48.61- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>01F022691 | 50,000.000 | .00 | - 41,560.55 | 41,560.55 |
| **Total FHLMC Tba 30Yr 2.500% 9/15/51** | | **50,000.000** | **.00** | **- 41,560.55** | **41,560.55** |
| 08/01/2025 | Purchased<br>-50,000 Par Value Of<br>G N M A I I Tba 4.000% 8/15/45<br>Trade Date 7/2/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 105.56 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H040681 | - 50,000.000 | .00 | 46,357.42 | - 46,357.42 |
| 08/01/2025 | Purchased 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 8/15/45<br>Trade Date 7/2/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500022520C<br>50,000 Par Value At 92.71484 %<br>21H040681 | 50,000.000 | .00 | - 46,357.42 | 46,357.42 |
| **Total G N M A I I Tba 4.000% 8/15/45** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/11/2025 | Purchased 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 116.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H040699 | 50,000.000 | .00 | - 46,439.45 | 46,439.45 |
| **Total G N M A I I Tba 4.000% 9/15/45** | | **50,000.000** | **.00** | **- 46,439.45** | **46,439.45** |
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>G N M A I I Tba 4.500% 8/15/44<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 59.38 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H042687 | - 25,000.000 | .00 | 23,664.06 | - 23,664.06 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 8/15/44<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500023030C<br>25,000 Par Value At 94.65624 %<br>21H042687 | 25,000.000 | .00 | - 23,664.06 | 23,664.06 |
| **Total G N M A I I Tba 4.500% 8/15/44** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/11/2025 | Purchased 25,000<br>Par Value Of<br>G N M A I I Tba 4.500% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.63- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H042695 | 25,000.000 | .00 | - 23,942.38 | 23,942.38 |
| **Total G N M A I I Tba 4.500% 9/15/45** | | **25,000.000** | **.00** | **- 23,942.38** | **23,942.38** |
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 2.500% 8/15/50<br>Trade Date 7/14/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 32.99 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H022689 | - 25,000.000 | .00 | 20,959.96 | - 20,959.96 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 2.500% 8/15/50<br>Trade Date 7/14/25<br>Purchased Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500023000C<br>25,000 Par Value At 83.83984 %<br>21H022689 | 25,000.000 | .00 | - 20,959.96 | 20,959.96 |
| **Total GNMA II Tba 30Yr 2.500% 8/15/50** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT 8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/11/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 2.500% 9/15/50 Trade Date 8/11/25 Purchased Through Wells Fargo Securities, LLC Paid 0.00 USD Load Paid 36.46- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 21H022697 | 25,000.000 | .00 | - 21,164.06 | 21,164.06 |
| **Total GNMA II Tba 30Yr 2.500% 9/15/50** | | **25,000.000** | **.00** | **- 21,164.06** | **21,164.06** |
| 08/01/2025 | Purchased -25,000 Par Value Of GNMA II Tba 30Yr 5.000% 8/15/52 Trade Date 7/14/25 Purchased Through Wells Fargo Securities, LLC Paid 0.00 USD Load Paid 65.97 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 21H050680 | - 25,000.000 | .00 | 24,309.57 | - 24,309.57 |
| 08/01/2025 | Purchased -25,000 Par Value Of GNMA II Tba 30Yr 5.000% 8/15/52 Trade Date 7/14/25 Purchased Through Barclays Capital Inc. Fixed In Paid 0.00 USD Load Paid 65.97 USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee Reversal Reason Code $ Rev Expl $@ $⁰ $⁸ $ $h $m EBR Pending Transaction 21H050680 | - 25,000.000 | .00 | 24,309.57 | - 24,309.57 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.97 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H050680 | - 25,000.000 | .00 | 24,327.15 | - 24,327.15 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500023070C<br>25,000 Par Value At 97.23828 %<br>21H050680 | 25,000.000 | .00 | - 24,309.57 | 24,309.57 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500023090C<br>25,000 Par Value At 97.3086 %<br>21H050680 | 25,000.000 | .00 | - 24,327.15 | 24,327.15 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.000% 8/15/52<br>Trade Date 7/14/25<br>Purchased Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500023050C<br>25,000 Par Value At 97.23828 %<br>21H050680 | 25,000.000 | .00 | - 24,309.57 | 24,309.57 |
| **Total GNMA II Tba 30Yr 5.000% 8/15/52** | | **.000** | **.00** | **.00** | **.00** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/11/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 9/15/52 Trade Date 8/11/25 Purchased Through Wells Fargo Securities, LLC Paid 0.00 USD Load Paid 72.92- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 21H050698 | 25,000.000 | .00 | - 24,583.98 | 24,583.98 |
| 08/11/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 9/15/52 Trade Date 8/11/25 Purchased Through Barclays Capital Inc. Fixed In Paid 0.00 USD Load Paid 72.92- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 21H050698 | 25,000.000 | .00 | - 24,579.59 | 24,579.59 |
| 08/11/2025 | Purchased 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 9/15/52 Trade Date 8/11/25 Purchased Through Citigroup Global Markets Inc. Paid 0.00 USD Load Paid 72.92- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 21H050698 | 25,000.000 | .00 | - 24,588.87 | 24,588.87 |
| **Total GNMA II Tba 30Yr 5.000% 9/15/52** | | **75,000.000** | **.00** | **- 73,752.44** | **73,752.44** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased<br>-25,000 Par Value Of<br>GNMA II Tba 30Yr 5.500% 8/15/53<br>Trade Date 7/14/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 72.57 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>21H052686 | - 25,000.000 | .00 | 24,870.12 | - 24,870.12 |
| 08/01/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.500% 8/15/53<br>Trade Date 7/14/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500023100C<br>25,000 Par Value At 99.48048 %<br>21H052686 | 25,000.000 | .00 | - 24,870.12 | 24,870.12 |
| **Total GNMA II Tba 30Yr 5.500% 8/15/53** | | **.000** | **.00** | **.00** | **.00** |
| 08/11/2025 | Purchased 25,000<br>Par Value Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 80.21- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>21H052694 | 25,000.000 | .00 | - 25,067.38 | 25,067.38 |
| **Total GNMA II Tba 30Yr 5.500% 9/15/53** | | **25,000.000** | **.00** | **- 25,067.38** | **25,067.38** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/05/2025 | Purchased<br>137,000 Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/5/25<br>Purchased Through Jefferies LLC<br>Swift External Ref#: 00031500024140D<br>137,000 Par Value At 99.91864964 %<br>91282CNU1 | 137,000.000 | .00 | - 136,888.55 | 136,888.55 |
| 08/06/2025 | Purchased<br>136,000 Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/6/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500024320B<br>136,000 Par Value At 99.84375 %<br>91282CNU1 | 136,000.000 | .00 | - 135,787.50 | 135,787.50 |
| 08/06/2025 | Purchased 40,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/6/25<br>Purchased Through Jefferies LLC<br>Swift External Ref#: 00031500024340B<br>40,000 Par Value At 99.849075 %<br>91282CNU1 | 40,000.000 | .00 | - 39,939.63 | 39,939.63 |
| 08/07/2025 | Purchased 68,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/7/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500024440B<br>68,000 Par Value At 99.85938235 %<br>91282CNU1 | 68,000.000 | .00 | - 67,904.38 | 67,904.38 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/07/2025 | Purchased 55,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/7/25<br>Purchased Through Ubswus3N Ubs Secs Stamford<br>Swift External Ref#: 00031500024490B<br>55,000 Par Value At 99.875 %<br>91282CNU1 | 55,000.000 | .00 | - 54,931.25 | 54,931.25 |
| 08/08/2025 | Purchased<br>135,000 Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/8/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500024510B<br>135,000 Par Value At 99.74227407 %<br>91282CNU1 | 135,000.000 | .00 | - 134,652.07 | 134,652.07 |
| 08/11/2025 | Purchased 29,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/15/28<br>Trade Date 8/11/25<br>Purchased Through Jefferies LLC<br>Swift External Ref#: 00031500024550B<br>29,000 Par Value At 99.875 %<br>91282CNU1 | 29,000.000 | .00 | - 28,963.75 | 28,963.75 |
| **Total U S Treasury Nt 3.750% 8/15/28** | | **600,000.000** | **.00** | **- 599,067.13** | **599,067.13** |
| 08/25/2025 | Purchased<br>190,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 39.36- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>91282CNV9 | 190,000.000 | .00 | - 190,159.29 | 190,159.29 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/25/2025 | Purchased<br>-190,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 39.36 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>91282CNV9 | - 190,000.000 | .00 | 190,159.29 | - 190,159.29 |
| 08/25/2025 | Purchased<br>190,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500024910D<br>190,000 Par Value At 99.84564737 %<br>91282CNV9 | 190,000.000 | .00 | - 189,706.73 | 189,706.73 |
| 08/27/2025 | Purchased<br>184,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/27/25<br>Purchased Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500025170C<br>184,000 Par Value At 99.955 %<br>91282CNV9 | 184,000.000 | .00 | - 183,917.20 | 183,917.20 |
| 08/27/2025 | Purchased<br>752,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/27/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025150C<br>752,000 Par Value At 99.953125 %<br>91282CNV9 | 752,000.000 | .00 | - 751,647.50 | 751,647.50 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/27/2025 | Purchased<br>752,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/27/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift Internal Ref#: 2025090206606097<br>Swift External Ref#: 00031500025120D<br>752,000 Par Value At 99.953125 %<br>91282CNV9 | 752,000.000 | .00 | - 751,647.50 | 751,647.50 |
| **Total U S Treasury Nt 3.750% 8/31/27** | | **1,878,000.000** | **.00** | **- 1,876,918.93** | **1,876,918.93** |
| 08/26/2025 | Purchased<br>313,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through Citadel Securities LLC<br>Paid 0.00 USD Load<br>Paid 64.85- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>91282CNX5 | 313,000.000 | .00 | - 313,111.79 | 313,111.79 |
| 08/26/2025 | Purchased<br>-313,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through Citadel Securities LLC<br>Paid 0.00 USD Load<br>Paid 64.85 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>91282CNX5 | - 313,000.000 | .00 | 313,111.79 | - 313,111.79 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/26/2025 | Purchased 95,000<br>Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500025030D<br>95,000 Par Value At 99.43509474 %<br>91282CNX5 | 95,000.000 | .00 | - 94,463.34 | 94,463.34 |
| 08/26/2025 | Purchased<br>313,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through Citadel Securities LLC<br>Swift External Ref#: 00031500025060D<br>313,000 Par Value At 99.47107348 %<br>91282CNX5 | 313,000.000 | .00 | - 311,344.46 | 311,344.46 |
| 08/27/2025 | Purchased<br>157,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/27/25<br>Purchased Through Bnp Paribas Sec Corp<br>Paid 0.00 USD Load<br>Paid 32.53- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>91282CNX5 | 157,000.000 | .00 | - 157,155.02 | 157,155.02 |
| 08/27/2025 | Purchased<br>-157,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/27/25<br>Purchased Through Bnp Paribas Sec Corp<br>Paid 0.00 USD Load<br>Paid 32.53 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>91282CNX5 | - 157,000.000 | .00 | 157,155.02 | - 157,155.02 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/27/2025 | Purchased 450,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through BofA Securities, Inc./Fxd Inc Swift External Ref#: 00031500025250C 450,000 Par Value At 99.624556 % 91282CNX5 | 450,000.000 | .00 | - 448,310.50 | 448,310.50 |
| 08/27/2025 | Purchased 158,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through J.P. Morgan Securities LLC Swift External Ref#: 00031500025180D 158,000 Par Value At 99.43509494 % 91282CNX5 | 158,000.000 | .00 | - 157,107.45 | 157,107.45 |
| 08/27/2025 | Purchased 548,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through Mizuho Securities USA Fxd Inc Swift External Ref#: 00031500025110E 548,000 Par Value At 99.43239781 % 91282CNX5 | 548,000.000 | .00 | - 544,889.54 | 544,889.54 |
| 08/27/2025 | Purchased 157,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through Bnp Paribas Sec Corp Swift External Ref#: 00031500025200E 157,000 Par Value At 99.53388535 % 91282CNX5 | 157,000.000 | .00 | - 156,268.20 | 156,268.20 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ███████3803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| 08/27/2025 | Purchased<br>318,000 Par Value Of<br>U S Treasury Nt     3.750%  8/31/30<br>Trade Date 8/27/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500025230K<br>318,000 Par Value At 99.59633333 %<br>91282CNX5 | 318,000.000 | .00 | - 316,716.34 | 316,716.34 |
| 08/29/2025 | Purchased<br>130,000 Par Value Of<br>U S Treasury Nt     3.750%  8/31/30<br>Trade Date 8/29/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift Internal Ref#: 2025090206611412<br>Swift External Ref#: 00031500025340E<br>130,000 Par Value At 99.64843846 %<br>91282CNX5 | 130,000.000 | .00 | - 129,542.97 | 129,542.97 |
| **Total U S Treasury Nt     3.750%  8/31/30** | | **2,169,000.000** | **.00** | **- 2,158,642.80** | **2,158,642.80** |
| 08/05/2025 | Purchased 5,000<br>Par Value Of<br>U S Treasury Nt     3.875%  7/31/30<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024270B<br>5,000 Par Value At 100.5156 %<br>91282CNN7 | 5,000.000 | .00 | - 5,025.78 | 5,025.78 |
| 08/18/2025 | Purchased 8,000<br>Par Value Of<br>U S Treasury Nt     3.875%  7/31/30<br>Trade Date 8/18/25<br>Purchased Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500024810B<br>8,000 Par Value At 100.043 %<br>91282CNN7 | 8,000.000 | .00 | - 8,003.44 | 8,003.44 |

R1843

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/19/2025 | Purchased 6,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/19/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500024820B 6,000 Par Value At 100.23433333 % 91282CNN7 | 6,000.000 | .00 | - 6,014.06 | 6,014.06 |
| 08/22/2025 | Purchased 4,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/22/25 Purchased Through Bmo-Chicago Branch Swift External Ref#: 00031500024890B 4,000 Par Value At 100.51175 % 91282CNN7 | 4,000.000 | .00 | - 4,020.47 | 4,020.47 |
| 08/26/2025 | Purchased 16,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/26/25 Purchased Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500025080B 16,000 Par Value At 100.5976875 % 91282CNN7 | 16,000.000 | .00 | - 16,095.63 | 16,095.63 |
| **Total U S Treasury Nt 3.875% 7/31/30** | | **39,000.000** | **.00** | **- 39,159.38** | **39,159.38** |
| 08/26/2025 | Purchased 97,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/26/25 Purchased Through Citgus33Csi Citadel Sec LLC Paid 0.00 USD Load Paid 21.44- USD Misc Fee2 Paid 5,949,478.27 USD Exchange Fee EBR Pending Transaction 91282CNW7 | 97,000.000 | .00 | - 97,000.83 | 97,000.83 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/26/2025 | Purchased<br>-97,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 21.44 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>91282CNW7 | - 97,000.000 | .00 | 97,000.83 | - 97,000.83 |
| 08/26/2025 | Purchased 40,000<br>Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Jefferies LLC<br>Paid 0.00 USD Load<br>Paid 8.84- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>EBR Pending Transaction<br>91282CNW7 | 40,000.000 | .00 | - 39,999.31 | 39,999.31 |
| 08/26/2025 | Purchased<br>-40,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Jefferies LLC<br>Paid 0.00 USD Load<br>Paid 8.84 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>91282CNW7 | - 40,000.000 | .00 | 39,999.31 | - 39,999.31 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████ 8803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/26/2025 | Purchased 46,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/26/25 Purchased Through Santander US Capital Mkts LLC Swift External Ref#: 00031500025040D 46,000 Par Value At 99.39906522 % 91282CNW7 | 46,000.000 | .00 | - 45,723.57 | 45,723.57 |
| 08/26/2025 | Purchased 40,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/26/25 Purchased Through Jefferies LLC Swift External Ref#: 00031500024980D 40,000 Par Value At 99.242175 % 91282CNW7 | 40,000.000 | .00 | - 39,696.87 | 39,696.87 |
| 08/26/2025 | Purchased 97,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/26/25 Purchased Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500024940D 97,000 Par Value At 99.24473196 % 91282CNW7 | 97,000.000 | .00 | - 96,267.39 | 96,267.39 |
| 08/29/2025 | Purchased 15,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/29/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500025350B 15,000 Par Value At 99.625 % 91282CNW7 | 15,000.000 | .00 | - 14,943.75 | 14,943.75 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/29/2025 | Purchased 17,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/29/25 Purchased Through Rbc Capital Markets, LLC Swift External Ref#: 00031500025330C 17,000 Par Value At 99.66494118 % 91282CNW7 | 17,000.000 | .00 | - 16,943.04 | 16,943.04 |
| 08/29/2025 | Purchased 14,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/29/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500025310C 14,000 Par Value At 99.625 % 91282CNW7 | 14,000.000 | .00 | - 13,947.50 | 13,947.50 |
| **Total U S Treasury Nt 3.875% 8/31/32** | | **229,000.000** | **.00** | **- 227,522.12** | **227,522.12** |
| 08/01/2025 | Purchased 23,000 Par Value Of U S Treasury Nt 4.250% 8/15/35 Trade Date 8/1/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500024070C 23,000 Par Value At 100 % 91282CNT4 | 23,000.000 | .00 | - 23,000.00 | 23,000.00 |
| 08/05/2025 | Purchased 51,000 Par Value Of U S Treasury Nt 4.250% 8/15/35 Trade Date 8/5/25 Purchased Through BofA Securities, Inc./Fxd Inc Swift External Ref#: 00031500024230B 51,000 Par Value At 100.3237451 % 91282CNT4 | 51,000.000 | .00 | - 51,165.11 | 51,165.11 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| 08/07/2025 | Purchased 46,000 Par Value Of U S Treasury Nt    4.250%  8/15/35 Trade Date 8/7/25 Purchased Through Rbc Capital Markets, LLC Swift External Ref#: 00031500024460B 46,000 Par Value At 100.15697826 % 91282CNT4 | 46,000.000 | .00 | - 46,072.21 | 46,072.21 |
| 08/11/2025 | Purchased 4,000 Par Value Of U S Treasury Nt    4.250%  8/15/35 Trade Date 8/11/25 Purchased Through Nmrius33 Nomura Secs Intl Ny Swift External Ref#: 00031500024710C 4,000 Par Value At 99.67575 % 91282CNT4 | 4,000.000 | .00 | - 3,987.03 | 3,987.03 |
| 08/19/2025 | Purchased 5,000 Par Value Of U S Treasury Nt    4.250%  8/15/35 Trade Date 8/19/25 Purchased Through Bmo-Chicago Branch Swift External Ref#: 00031500024850B 5,000 Par Value At 99.5976 % 91282CNT4 | 5,000.000 | .00 | - 4,979.88 | 4,979.88 |
| 08/26/2025 | Purchased 42,000 Par Value Of U S Treasury Nt    4.250%  8/15/35 Trade Date 8/26/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500024970B 42,000 Par Value At 99.75830952 % 91282CNT4 | 42,000.000 | .00 | - 41,898.49 | 41,898.49 |
| **Total U S Treasury Nt    4.250%  8/15/35** | | **171,000.000** | **.00** | **- 171,102.72** | **171,102.72** |
| **Total Government Issues** | | **5,811,000.000** | **.00** | **- 5,737,197.27** | **5,737,197.27** |
| **Total Purchases** | | **10,931,124.960** | **.00** | **- 10,857,322.23** | **10,857,322.23** |

R1848

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/01/2025 | Sold 130,212.74 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/1/25 31846V567 | - 130,212.740 | .00 | 130,212.74 | - 130,212.74 | .00 |
| 08/13/2025 | Sold 34,827.49 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/13/25 31846V567 | - 34,827.490 | .00 | 34,827.49 | - 34,827.49 | .00 |
| 08/14/2025 | Sold 39,692.51 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/14/25 31846V567 | - 39,692.510 | .00 | 39,692.51 | - 39,692.51 | .00 |
| 08/15/2025 | Sold 762,270.32 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | - 762,270.320 | .00 | 762,270.32 | - 762,270.32 | .00 |
| 08/19/2025 | Sold 2,803 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/19/25 31846V567 | - 2,803.000 | .00 | 2,803.00 | - 2,803.00 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 969,806.060** | **.00** | **969,806.06** | **- 969,806.06** | **.00** |
| **Total Cash And Equivalents** | | **- 969,806.060** | **.00** | **969,806.06** | **- 969,806.06** | **.00** |
| **US Government Issues** | | | | | | |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down<br>170.36 Par Value Of<br>F H L M C #As5323   4.000%  1/01/54<br>For Record Date Of July      Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3132DS4G4 | - 170.360 | .00 | 170.36 | - 162.61 | 7.75 |
| | **Total F H L M C #As5323 4.000%  1/01/54** | **- 170.360** | **.00** | **170.36** | **- 162.61** | **7.75** |
| 08/25/2025 | Paid Down<br>86.84 Par Value Of<br>F H L M C #Ra6953   3.000%  3/01/52<br>For Record Date Of July      Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3133KNWN9 | - 86.840 | .00 | 86.84 | - 79.49 | 7.35 |
| | **Total F H L M C #Ra6953 3.000%  3/01/52** | **- 86.840** | **.00** | **86.84** | **- 79.49** | **7.35** |
| 08/25/2025 | Paid Down<br>329.56 Par Value Of<br>F H L M C #Sd7503   3.500%  8/01/49<br>For Record Date Of July      Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3132DVKQ7 | - 329.560 | .00 | 329.56 | - 348.15 | - 18.59 |
| | **Total F H L M C #Sd7503 3.500%  8/01/49** | **- 329.560** | **.00** | **329.56** | **- 348.15** | **- 18.59** |
| 08/25/2025 | Paid Down<br>126.79 Par Value Of<br>F H L M C #Sd8199   2.000%  2/01/52<br>For Record Date Of July      Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3132DWDC4 | - 126.790 | .00 | 126.79 | - 111.16 | 15.63 |
| | **Total F H L M C #Sd8199 2.000%  2/01/52** | **- 126.790** | **.00** | **126.79** | **- 111.16** | **15.63** |

R1850

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down<br>77.15 Par Value Of<br>F H L M C #Wa3219<br>P & I Due 08/25/25<br>3132WWYR7 | - 77.150 | .00 | 77.15 | - 70.04 | 7.11 |
| **Total F H L M C #Wa3219** | | **- 77.150** | **.00** | **77.15** | **- 70.04** | **7.11** |
| 08/15/2025 | Paid Down<br>34.46 Par Value Of<br>F H L M C Gd A45796 7.000% 1/01/33<br>For Record Date Of July Due 8/15/25<br>July FHLMC Due 8/15/25<br>3128K6NM8 | - 34.460 | .00 | 34.46 | - 36.04 | - 1.58 |
| **Total F H L M C Gd A45796 7.000% 1/01/33** | | **- 34.460** | **.00** | **34.46** | **- 36.04** | **- 1.58** |
| 08/15/2025 | Paid Down<br>46.18 Par Value Of<br>F H L M C Gd G08844 5.000% 10/01/48<br>For Record Date Of July Due 8/15/25<br>July FHLMC Due 8/15/25<br>3128MJ5E6 | - 46.180 | .00 | 46.18 | - 48.34 | - 2.16 |
| **Total F H L M C Gd G08844 5.000% 10/01/48** | | **- 46.180** | **.00** | **46.18** | **- 48.34** | **- 2.16** |
| 08/25/2025 | Paid Down<br>50.34 Par Value Of<br>F H L M C Mltcl Mt 5.62197% 11/25/54<br>Trade Date 8/25/25<br>3137HHFL0 | - 50.340 | .00 | 50.34 | - 50.30 | .04 |
| **Total F H L M C Mltcl Mt 5.62197% 11/25/54** | | **- 50.340** | **.00** | **50.34** | **- 50.30** | **.04** |
| 08/25/2025 | Paid Down<br>65.71 Par Value Of<br>F N M A #Ca1710 4.500% 5/01/48<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>3140Q83U7 | - 65.710 | .00 | 65.71 | - 68.33 | - 2.62 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A #Ca1710 4.500% 5/01/48** | | **- 65.710** | **.00** | **65.71** | **- 68.33** | **- 2.62** |
| 08/25/2025 | Paid Down<br>14.21 Par Value Of<br>F N M A #Ca2208 4.500% 8/01/48<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>3140Q9N25 | - 14.210 | .00 | 14.21 | - 14.78 | - .57 |
| **Total F N M A #Ca2208 4.500% 8/01/48** | | **- 14.210** | **.00** | **14.21** | **- 14.78** | **- .57** |
| 08/25/2025 | Paid Down<br>58.67 Par Value Of<br>F N M A #Fm2318 3.500% 9/01/49<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>3140X5SG9 | - 58.670 | .00 | 58.67 | - 62.22 | - 3.55 |
| **Total F N M A #Fm2318 3.500% 9/01/49** | | **- 58.670** | **.00** | **58.67** | **- 62.22** | **- 3.55** |
| 08/25/2025 | Paid Down<br>128.23 Par Value Of<br>F N M A #Fs1598 2.000% 4/01/52<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>3140XGX46 | - 128.230 | .00 | 128.23 | - 112.95 | 15.28 |
| **Total F N M A #Fs1598 2.000% 4/01/52** | | **- 128.230** | **.00** | **128.23** | **- 112.95** | **15.28** |
| 08/25/2025 | Paid Down<br>45.47 Par Value Of<br>F N M A #Ma1561 3.000% 8/01/33<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418AWX2 | - 45.470 | .00 | 45.47 | - 45.21 | .26 |
| **Total F N M A #Ma1561 3.000% 8/01/33** | | **- 45.470** | **.00** | **45.47** | **- 45.21** | **.26** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down<br>64.7 Par Value Of<br>F N M A #Ma3811 3.000% 10/01/49<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418DGV8 | - 64.700 | .00 | 64.70 | - 64.94 | - .24 |
| **Total F N M A #Ma3811 3.000% 10/01/49** | | **- 64.700** | **.00** | **64.70** | **- 64.94** | **- .24** |
| 08/25/2025 | Paid Down<br>113.14 Par Value Of<br>F N M A #Ma4644 4.000% 5/01/52<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418EES5 | - 113.140 | .00 | 113.14 | - 107.86 | 5.28 |
| **Total F N M A #Ma4644 4.000% 5/01/52** | | **- 113.140** | **.00** | **113.14** | **- 107.86** | **5.28** |
| 08/25/2025 | Paid Down<br>490.87 Par Value Of<br>F N M A #Ma4733 4.500% 8/01/52<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418EHK9 | - 490.870 | .00 | 490.87 | - 471.70 | 19.17 |
| **Total F N M A #Ma4733 4.500% 8/01/52** | | **- 490.870** | **.00** | **490.87** | **- 471.70** | **19.17** |
| 08/25/2025 | Paid Down<br>1.3 Par Value Of<br>F N M A #303826 6.000% 3/01/26<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31373UPK7 | - 1.300 | .00 | 1.30 | - 1.31 | - .01 |
| **Total F N M A #303826 6.000% 3/01/26** | | **- 1.300** | **.00** | **1.30** | **- 1.31** | **- .01** |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ▓▓▓▓3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down 73.13 Par Value Of F N M A #545646   7.000%  9/01/26 For Record Date Of July      Due 8/25/25 July       FNMA Due  8/25/25 31385JET1 | - 73.130 | .00 | 73.13 | - 73.10 | .03 |
| | **Total F N M A #545646 7.000%  9/01/26** | **- 73.130** | **.00** | **73.13** | **- 73.10** | **.03** |
| 08/25/2025 | Paid Down 22.7 Par Value Of F N M A #764388      6.008%  3/01/34 For Record Date Of July      Due 8/25/25 July       FNMA Due  8/25/25 31404CF54 | - 22.700 | .00 | 22.70 | - 22.68 | .02 |
| | **Total F N M A #764388 6.008%  3/01/34** | **- 22.700** | **.00** | **22.70** | **- 22.68** | **.02** |
| 08/25/2025 | Paid Down 20.24 Par Value Of F N M A #939419      6.265%  5/01/37 For Record Date Of July      Due 8/25/25 July       FNMA Due  8/25/25 31413ADY6 | - 20.240 | .00 | 20.24 | - 20.25 | - .01 |
| | **Total F N M A #939419 6.265%  5/01/37** | **- 20.240** | **.00** | **20.24** | **- 20.25** | **- .01** |
| 08/25/2025 | Paid Down 31.75 Par Value Of F N M A Gtd Remic   5.345%  1/25/50 Trade Date 8/25/25 3136B72K6 | - 31.750 | .00 | 31.75 | - 31.66 | .09 |
| | **Total F N M A Gtd Remic 5.345%  1/25/50** | **- 31.750** | **.00** | **31.75** | **- 31.66** | **.09** |

R1854

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/05/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 2.500% 8/15/44 Trade Date 8/5/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500024210B 50,000 Par Value At 83.07032 % 01F022683 | - 50,000.000 | .00 | 41,535.16 | - 41,042.97 | 492.19 |
| **Total F N M A Tba 30Yr 2.500% 8/15/44** | | **- 50,000.000** | **.00** | **41,535.16** | **- 41,042.97** | **492.19** |
| 08/05/2025 | Sold 25,000 Par Value Of F N M A Tba 30Yr 3.000% 8/15/44 Trade Date 8/5/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500024150C 25,000 Par Value At 86.70312 % 01F030686 | - 25,000.000 | .00 | 21,675.78 | - 21,405.76 | 270.02 |
| 08/05/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 3.000% 8/15/44 Trade Date 8/5/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500024180B 50,000 Par Value At 86.75976 % 01F030686 | - 50,000.000 | .00 | 43,379.88 | - 42,822.27 | 557.61 |
| **Total F N M A Tba 30Yr 3.000% 8/15/44** | | **- 75,000.000** | **.00** | **65,055.66** | **- 64,228.03** | **827.63** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/01/2025 | Sold<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/16/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F032682 | 25,000.000 | .00 | - 22,242.19 | 22,242.19 | .00 |
| 08/01/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 7/16/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500023160B<br>25,000 Par Value At 88.96875 %<br>01F032682 | - 25,000.000 | .00 | 22,242.19 | - 22,365.23 | - 123.04 |
| 08/05/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 3.500% 8/15/44<br>Trade Date 8/5/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024200B<br>50,000 Par Value At 90.48438 %<br>01F032682 | - 50,000.000 | .00 | 45,242.19 | - 44,730.47 | 511.72 |
| **Total F N M A Tba 30Yr 3.500% 8/15/44** | | **- 50,000.000** | **.00** | **45,242.19** | **- 44,853.51** | **388.68** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/01/2025 | Sold<br>-50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/17/25<br>Sold Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F040685 | 50,000.000 | .00 | - 45,970.70 | 46,081.05 | 110.35 |
| 08/01/2025 | Sold<br>-25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/22/25<br>Sold Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>EBR Pending Transaction<br>01F040685 | 25,000.000 | .00 | - 23,133.79 | 23,040.53 | - 93.26 |
| 08/01/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/17/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500023200B<br>50,000 Par Value At 91.9414 %<br>01F040685 | - 50,000.000 | .00 | 45,970.70 | - 46,092.77 | - 122.07 |
| 08/01/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.000% 8/15/43<br>Trade Date 7/22/25<br>Sold Through Mizuho Securities USA Inc.<br>Swift External Ref#: 00031500023370B<br>25,000 Par Value At 92.53516 %<br>01F040685 | - 25,000.000 | .00 | 23,133.79 | - 23,028.81 | 104.98 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A Tba 30Yr 4.000% 8/15/43** | | **.000** | **.00** | **.00** | **.00** | **.00** |
| 08/05/2025 | Sold<br>100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 8/5/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024290C<br>100,000 Par Value At 95.95313 %<br>01F042681 | - 100,000.000 | .00 | 95,953.13 | - 94,824.22 | 1,128.91 |
| 08/06/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 4.500% 8/15/43<br>Trade Date 8/6/25<br>Sold Through Citigroup Global Markets Inc.<br>Swift External Ref#: 00031500024360B<br>25,000 Par Value At 95.92188 %<br>01F042681 | - 25,000.000 | .00 | 23,980.47 | - 23,708.01 | 272.46 |
| **Total F N M A Tba 30Yr 4.500% 8/15/43** | | **- 125,000.000** | **.00** | **119,933.60** | **- 118,532.23** | **1,401.37** |
| 08/06/2025 | Sold 50,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 8/6/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024380B<br>50,000 Par Value At 98.27344 %<br>01F050684 | - 50,000.000 | .00 | 49,136.72 | - 48,628.91 | 507.81 |
| 08/06/2025 | Sold 25,000<br>Par Value Of<br>F N M A Tba 30Yr 5.000% 8/15/45<br>Trade Date 8/6/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500024420C<br>25,000 Par Value At 98.39844 %<br>01F050684 | - 25,000.000 | .00 | 24,599.61 | - 24,314.45 | 285.16 |
| **Total F N M A Tba 30Yr 5.000% 8/15/45** | | **- 75,000.000** | **.00** | **73,736.33** | **- 72,943.36** | **792.97** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/06/2025 | Sold 50,000 Par Value Of F N M A Tba 30Yr 5.500% 8/15/44 Trade Date 8/6/25 Sold Through BofA Securities, Inc./Fxd Inc Swift External Ref#: 00031500024390B 50,000 Par Value At 100.20312 % 01F052680 | - 50,000.000 | .00 | 50,101.56 | - 49,685.55 | 416.01 |
| **Total F N M A Tba 30Yr 5.500% 8/15/44** | | **- 50,000.000** | **.00** | **50,101.56** | **- 49,685.55** | **416.01** |
| 08/01/2025 | Sold 50,000 Par Value Of FHLMC Tba 30Yr 2.000% 8/15/51 Trade Date 7/7/25 Sold Through Citigroup Global Markets Inc. Opp Entry Revs 95959864 01F020687 | - 50,000.000 | .00 | 39,230.47 | - 39,230.47 | .00 |
| 08/05/2025 | Sold 50,000 Par Value Of FHLMC Tba 30Yr 2.000% 8/15/51 Trade Date 8/5/25 Sold Through Citigroup Global Markets Inc. 50,000 Par Value At 79.31836 % 01F020687 | - 50,000.000 | .00 | 39,659.18 | - 39,230.47 | 428.71 |
| **Total FHLMC Tba 30Yr 2.000% 8/15/51** | | **- 100,000.000** | **.00** | **78,889.65** | **- 78,460.94** | **428.71** |
| 08/20/2025 | Paid Down 46.92 Par Value Of G N M A I I #Ma4454 5.000% 5/20/47 For Record Date Of July Due 8/20/25 July GNMA Due 8/20/25 36179S5P8 | - 46.920 | .00 | 46.92 | - 49.97 | - 3.05 |
| **Total G N M A I I #Ma4454 5.000% 5/20/47** | | **- 46.920** | **.00** | **46.92** | **- 49.97** | **- 3.05** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/20/2025 | Paid Down<br>25.88 Par Value Of<br>G N M A I I #Ma4838 4.000% 11/20/47<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36179TLT0 | - 25.880 | .00 | 25.88 | - 25.98 | - .10 |
| **Total G N M A I I #Ma4838 4.000% 11/20/47** | | **- 25.880** | **.00** | **25.88** | **- 25.98** | **- .10** |
| 08/20/2025 | Paid Down<br>44.64 Par Value Of<br>G N M A I I #Ma5399 4.500% 8/20/48<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36179T7L3 | - 44.640 | .00 | 44.64 | - 46.21 | - 1.57 |
| **Total G N M A I I #Ma5399 4.500% 8/20/48** | | **- 44.640** | **.00** | **44.64** | **- 46.21** | **- 1.57** |
| 08/20/2025 | Paid Down<br>18.47 Par Value Of<br>G N M A I I #Ma5530 5.000% 10/20/48<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36179UEB4 | - 18.470 | .00 | 18.47 | - 19.29 | - .82 |
| **Total G N M A I I #Ma5530 5.000% 10/20/48** | | **- 18.470** | **.00** | **18.47** | **- 19.29** | **- .82** |
| 08/20/2025 | Paid Down<br>12.89 Par Value Of<br>G N M A I I #Ma5651 4.000% 12/20/48<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36179UH47 | - 12.890 | .00 | 12.89 | - 13.14 | - .25 |
| **Total G N M A I I #Ma5651 4.000% 12/20/48** | | **- 12.890** | **.00** | **12.89** | **- 13.14** | **- .25** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/20/2025 | Paid Down<br>5.34 Par Value Of<br>G N M A I I #Ma6209 3.000% 10/20/49<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36179U3S9 | - 5.340 | .00 | 5.34 | - 5.38 | - .04 |
| **Total G N M A I I #Ma6209 3.000% 10/20/49** | | **- 5.340** | **.00** | **5.34** | **- 5.38** | **- .04** |
| 08/20/2025 | Paid Down<br>216.23 Par Value Of<br>G N M A I I #Ma8201 4.500% 8/20/52<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36179XDE3 | - 216.230 | .00 | 216.23 | - 206.10 | 10.13 |
| **Total G N M A I I #Ma8201 4.500% 8/20/52** | | **- 216.230** | **.00** | **216.23** | **- 206.10** | **10.13** |
| 08/20/2025 | Paid Down<br>137.46 Par Value Of<br>G N M A I I #Ma9963 4.500% 10/20/54<br>For Record Date Of July Due 8/20/25<br>July GNMA Due 8/20/25<br>36180AB85 | - 137.460 | .00 | 137.46 | - 130.62 | 6.84 |
| **Total G N M A I I #Ma9963 4.500% 10/20/54** | | **- 137.460** | **.00** | **137.46** | **- 130.62** | **6.84** |
| 08/11/2025 | Sold 50,000<br>Par Value Of<br>G N M A I I Tba 4.000% 8/15/45<br>Trade Date 8/11/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024580C<br>50,000 Par Value At 92.8789 %<br>21H040681 | - 50,000.000 | .00 | 46,439.45 | - 46,357.42 | 82.03 |
| **Total G N M A I I Tba 4.000% 8/15/45** | | **- 50,000.000** | **.00** | **46,439.45** | **- 46,357.42** | **82.03** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/11/2025 | Sold 25,000 Par Value Of G N M A I I Tba 4.500% 8/15/44 Trade Date 8/11/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500024610C 25,000 Par Value At 95.78908 % 21H042687 | - 25,000.000 | .00 | 23,947.27 | - 23,664.06 | 283.21 |
| **Total G N M A I I Tba 4.500% 8/15/44** | | **- 25,000.000** | **.00** | **23,947.27** | **- 23,664.06** | **283.21** |
| 08/20/2025 | Paid Down 209.1 Par Value Of G N M A Gtd Remic 5.598% 2/20/54 Trade Date 8/20/25 38384JQR8 | - 209.100 | .00 | 209.10 | - 208.97 | .13 |
| **Total G N M A Gtd Remic 5.598% 2/20/54** | | **- 209.100** | **.00** | **209.10** | **- 208.97** | **.13** |
| 08/11/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 2.500% 8/15/50 Trade Date 8/11/25 Sold Through Wells Fargo Securities, LLC Swift External Ref#: 00031500024560B 25,000 Par Value At 84.64256 % 21H022689 | - 25,000.000 | .00 | 21,160.64 | - 20,959.96 | 200.68 |
| **Total GNMA II Tba 30Yr 2.500% 8/15/50** | | **- 25,000.000** | **.00** | **21,160.64** | **- 20,959.96** | **200.68** |
| 08/11/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr 5.000% 8/15/52 Trade Date 8/11/25 Sold Through Wells Fargo Securities, LLC Swift External Ref#: 00031500024630B 25,000 Par Value At 98.39256 % 21H050680 | - 25,000.000 | .00 | 24,598.14 | - 24,309.57 | 288.57 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/11/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr    5.000%  8/15/52 Trade Date 8/11/25 Sold Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500024640B 25,000 Par Value At 98.375 % 21H050680 | - 25,000.000 | .00 | 24,593.75 | - 24,327.15 | 266.60 |
| 08/11/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr    5.000%  8/15/52 Trade Date 8/11/25 Sold Through Citigroup Global Markets Inc. Swift External Ref#: 00031500024670B 25,000 Par Value At 98.40624 % 21H050680 | - 25,000.000 | .00 | 24,601.56 | - 24,309.57 | 291.99 |
| | **Total GNMA II Tba 30Yr 5.000%  8/15/52** | **- 75,000.000** | **.00** | **73,793.45** | **- 72,946.29** | **847.16** |
| 08/11/2025 | Sold 25,000 Par Value Of GNMA II Tba 30Yr    5.500%  8/15/53 Trade Date 8/11/25 Sold Through Goldman Sachs & Co. LLC Swift External Ref#: 00031500024680B 25,000 Par Value At 100.35156 % 21H052686 | - 25,000.000 | .00 | 25,087.89 | - 24,870.12 | 217.77 |
| | **Total GNMA II Tba 30Yr 5.500%  8/15/53** | **- 25,000.000** | **.00** | **25,087.89** | **- 24,870.12** | **217.77** |
| 08/26/2025 | Sold 81,324.81 Par Value Of U S Treasury I P S   1.875%  7/15/35 Trade Date 8/26/25 Sold Through Barclays Capital Inc. Fixed In Swift Internal Ref#: 2025082720382879 Swift External Ref#: 00031500024960C 81,324.81 Par Value At 99.93749755 % 91282CNS6 | - 81,324.810 | .00 | 81,273.98 | - 80,730.29 | 543.69 |

R1863

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total U S Treasury I P S 1.875% 7/15/35** | | **- 81,324.810** | **.00** | **81,273.98** | **- 80,730.29** | **543.69** |
| 08/05/2025 | Sold<br>139,000 Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 8/5/25<br>Sold Through Jefferies LLC<br>Swift External Ref#: 00031500024130B<br>139,000 Par Value At 100.5781223 %<br>91282CNM9 | - 139,000.000 | .00 | 139,803.59 | - 139,005.13 | 798.46 |
| 08/06/2025 | Sold<br>138,000 Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 8/6/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500024310B<br>138,000 Par Value At 100.50257971 %<br>91282CNM9 | - 138,000.000 | .00 | 138,693.56 | - 138,031.73 | 661.83 |
| 08/06/2025 | Sold 41,000<br>Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 8/6/25<br>Sold Through Jefferies LLC<br>Swift External Ref#: 00031500024330B<br>41,000 Par Value At 100.50780488 %<br>91282CNM9 | - 41,000.000 | .00 | 41,208.20 | - 41,024.02 | 184.18 |
| 08/07/2025 | Sold 69,000<br>Par Value Of<br>U S Treasury Nt 3.875% 7/15/28<br>Trade Date 8/7/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500024450B<br>69,000 Par Value At 100.517986 %<br>91282CNM9 | - 69,000.000 | .00 | 69,357.41 | - 69,040.51 | 316.90 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/07/2025 | Sold 56,000 Par Value Of U S Treasury Nt 3.875% 7/15/28 Trade Date 8/7/25 Sold Through Ubswus3N Ubs Secs Stamford Swift External Ref#: 00031500024480B 56,000 Par Value At 100.53335714 % 91282CNM9 | - 56,000.000 | .00 | 56,298.68 | - 56,032.90 | 265.78 |
| 08/08/2025 | Sold 138,000 Par Value Of U S Treasury Nt 3.875% 7/15/28 Trade Date 8/8/25 Sold Through Deutsche Bank Securities, Inc. Swift External Ref#: 00031500024520B 138,000 Par Value At 100.40625362 % 91282CNM9 | - 138,000.000 | .00 | 138,560.63 | - 138,045.77 | 514.86 |
| 08/11/2025 | Sold 30,000 Par Value Of U S Treasury Nt 3.875% 7/15/28 Trade Date 8/11/25 Sold Through Jefferies LLC Swift External Ref#: 00031500024540B 30,000 Par Value At 100.53516667 % 91282CNM9 | - 30,000.000 | .00 | 30,160.55 | - 30,017.62 | 142.93 |
| **Total U S Treasury Nt 3.875% 7/15/28** | | **- 611,000.000** | **.00** | **614,082.62** | **- 611,197.68** | **2,884.94** |
| 08/25/2025 | Sold 196,000 Par Value Of U S Treasury Nt 3.875% 7/31/27 Trade Date 8/25/25 Sold Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500024900B 196,000 Par Value At 100.25 % 91282CNP2 | - 196,000.000 | .00 | 196,490.00 | - 195,869.25 | 620.75 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ████3803

### SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/27/2025 | Sold<br>777,000 Par Value Of<br>U S Treasury Nt    3.875%  7/31/27<br>Trade Date 8/27/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Swift External Ref#: 00031500025130B<br>777,000 Par Value At 100.35122265 %<br>91282CNP2 | - 777,000.000 | .00 | 779,729.00 | - 776,521.95 | 3,207.05 |
| 08/27/2025 | Sold<br>777,000 Par Value Of<br>U S Treasury Nt    3.875%  7/31/27<br>Trade Date 8/27/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025140B<br>777,000 Par Value At 100.351223 %<br>91282CNP2 | - 777,000.000 | .00 | 779,729.01 | - 776,371.93 | 3,357.08 |
| 08/27/2025 | Sold<br>190,000 Par Value Of<br>U S Treasury Nt    3.875%  7/31/27<br>Trade Date 8/27/25<br>Sold Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500025160B<br>190,000 Par Value At 100.35156316 %<br>91282CNP2 | - 190,000.000 | .00 | 190,667.97 | - 189,867.03 | 800.94 |
| **Total U S Treasury Nt 3.875%  7/31/27** | | **- 1,940,000.000** | **.00** | **1,946,615.98** | **- 1,938,630.16** | **7,985.82** |
| 08/04/2025 | Sold 5,000<br>Par Value Of<br>U S Treasury Nt    3.875%  7/31/30<br>Trade Date 8/4/25<br>Sold Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500024100B<br>5,000 Par Value At 100.5742 %<br>91282CNN7 | - 5,000.000 | .00 | 5,028.71 | - 4,976.41 | 52.30 |

R1866

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/26/2025 | Sold 96,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/26/25 Sold Through J.P. Morgan Securities LLC Swift External Ref#: 00031500025020B 96,000 Par Value At 100.55809375 % 91282CNN7 | - 96,000.000 | .00 | 96,535.77 | - 95,547.04 | 988.73 |
| 08/26/2025 | Sold 316,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/26/25 Sold Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500025050B 316,000 Par Value At 100.59375 % 91282CNN7 | - 316,000.000 | .00 | 317,876.25 | - 314,541.07 | 3,335.18 |
| 08/27/2025 | Sold 553,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/27/25 Sold Through Mizuho Securities USA Inc. Swift External Ref#: 00031500025100B 553,000 Par Value At 100.55494937 % 91282CNN7 | - 553,000.000 | .00 | 556,068.87 | - 550,490.64 | 5,578.23 |
| 08/27/2025 | Sold 159,000 Par Value Of U S Treasury Nt 3.875% 7/31/30 Trade Date 8/27/25 Sold Through J.P. Morgan Securities LLC Swift External Ref#: 00031500025190B 159,000 Par Value At 100.55808176 % 91282CNN7 | - 159,000.000 | .00 | 159,887.35 | - 158,319.31 | 1,568.04 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/27/2025 | Sold<br>321,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/30<br>Trade Date 8/27/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500025220B<br>321,000 Par Value At 100.71875078 %<br>91282CNN7 | - 321,000.000 | .00 | 323,307.19 | - 319,600.95 | 3,706.24 |
| 08/27/2025 | Sold<br>453,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/30<br>Trade Date 8/27/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500025240B<br>453,000 Par Value At 100.74661148 %<br>91282CNN7 | - 453,000.000 | .00 | 456,382.15 | - 451,140.20 | 5,241.95 |
| 08/27/2025 | Sold<br>158,000 Par Value Of<br>U S Treasury Nt 3.875% 7/31/30<br>Trade Date 8/27/25<br>Sold Through Bnp Paribas Brokerage Securiti<br>Swift Internal Ref#: 2025082808401234<br>Swift External Ref#: 00031500025210B<br>158,000 Par Value At 100.65625316 %<br>91282CNN7 | - 158,000.000 | .00 | 159,036.88 | - 157,785.32 | 1,251.56 |
| **Total U S Treasury Nt 3.875% 7/31/30** | | **- 2,061,000.000** | **.00** | **2,074,123.17** | **- 2,052,400.94** | **21,722.23** |
| 08/26/2025 | Sold 98,000<br>Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 8/26/25<br>Sold Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500024950B<br>98,000 Par Value At 100 %<br>91282CNR8 | - 98,000.000 | .00 | 98,000.00 | - 96,949.02 | 1,050.98 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/26/2025 | Sold 40,000 Par Value Of U S Treasury Nt 4.125% 7/31/32 Trade Date 8/26/25 Sold Through Jefferies LLC Swift External Ref#: 00031500024990B 40,000 Par Value At 100 % 91282CNR8 | - 40,000.000 | .00 | 40,000.00 | - 39,571.03 | 428.97 |
| 08/26/2025 | Sold 46,000 Par Value Of U S Treasury Nt 4.125% 7/31/32 Trade Date 8/26/25 Sold Through Santander US Capital Mkts LLC Swift External Ref#: 00031500025000B 46,000 Par Value At 100.15626087 % 91282CNR8 | - 46,000.000 | .00 | 46,071.88 | - 45,559.05 | 512.83 |
| 08/29/2025 | Sold 14,000 Par Value Of U S Treasury Nt 4.125% 7/31/32 Trade Date 8/29/25 Sold Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500025300B 14,000 Par Value At 100.39 % 91282CNR8 | - 14,000.000 | .00 | 14,054.60 | - 13,898.74 | 155.86 |
| 08/29/2025 | Sold 15,000 Par Value Of U S Treasury Nt 4.125% 7/31/32 Trade Date 8/29/25 Sold Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500025360B 15,000 Par Value At 100.38993333 % 91282CNR8 | - 15,000.000 | .00 | 15,058.49 | - 14,891.50 | 166.99 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/29/2025 | Sold 17,000<br>Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 8/29/25<br>Sold Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500025320C<br>17,000 Par Value At 100.42970588 %<br>91282CNR8 | - 17,000.000 | .00 | 17,073.05 | - 16,877.04 | 196.01 |
| **Total U S Treasury Nt 4.125% 7/31/32** | | **- 230,000.000** | **.00** | **230,258.02** | **- 227,746.38** | **2,511.64** |
| 08/01/2025 | Sold 23,000<br>Par Value Of<br>U S Treasury Nt 4.250% 5/15/35<br>Trade Date 8/1/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500024080B<br>23,000 Par Value At 100.07386957 %<br>91282CNC1 | - 23,000.000 | .00 | 23,016.99 | - 22,897.33 | 119.66 |
| 08/05/2025 | Sold 52,000<br>Par Value Of<br>U S Treasury Nt 4.250% 5/15/35<br>Trade Date 8/5/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500024240B<br>52,000 Par Value At 100.40396154 %<br>91282CNC1 | - 52,000.000 | .00 | 52,210.06 | - 51,466.95 | 743.11 |
| 08/07/2025 | Sold 47,000<br>Par Value Of<br>U S Treasury Nt 4.250% 5/15/35<br>Trade Date 8/7/25<br>Sold Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500024470B<br>47,000 Par Value At 100.25780851 %<br>91282CNC1 | - 47,000.000 | .00 | 47,121.17 | - 46,809.38 | 311.79 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT 8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/11/2025 | Sold 4,000<br>Par Value Of<br>U S Treasury Nt 4.250% 5/15/35<br>Trade Date 8/11/25<br>Sold Through Nmrius33 Nomura Secs Intl Ny<br>Swift External Ref#: 00031500024700C<br>4,000 Par Value At 99.78525 %<br>91282CNC1 | - 4,000.000 | .00 | 3,991.41 | - 3,945.94 | 45.47 |
| **Total U S Treasury Nt 4.250% 5/15/35** | | **- 126,000.000** | **.00** | **126,339.63** | **- 125,119.60** | **1,220.03** |
| **Total Government Issues** | | **- 5,777,093.540** | **.00** | **5,740,384.98** | **- 5,697,078.27** | **43,306.71** |
| **Corporate Issues** | | | | | | |
| 08/15/2025 | Paid Down<br>692.34 Par Value Of<br>Bank 0.446% 12/16/53<br>Trade Date 8/15/25<br>06541UBN5 | - 692.340 | .00 | 692.34 | - 684.12 | 8.22 |
| **Total Bank 0.446% 12/16/53** | | **- 692.340** | **.00** | **692.34** | **- 684.12** | **8.22** |
| 08/26/2025 | Sold 15,000<br>Par Value Of<br>Goldman Sachs Group 2.650% 10/21/32<br>Trade Date 8/26/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500025070B<br>15,000 Par Value At 89.199 %<br>38141GYN8 | - 15,000.000 | .00 | 13,379.84 | - 12,376.25 | 1,003.59 |
| **Total Goldman Sachs Group 2.650% 10/21/32** | | **- 15,000.000** | **.00** | **13,379.84** | **- 12,376.25** | **1,003.59** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/19/2025 | Sold 5,000<br>Par Value Of<br>Morgan Stanley 5.587% 1/18/36<br>Trade Date 8/19/25<br>Sold Through BofA Securities, Inc.<br>Swift External Ref#: 00031500024840B<br>5,000 Par Value At 103.166 %<br>61748UAF9 | - 5,000.000 | .00 | 5,158.30 | - 5,033.30 | 125.00 |
| **Total Morgan Stanley 5.587% 1/18/36** | | **- 5,000.000** | **.00** | **5,158.30** | **- 5,033.30** | **125.00** |
| 08/19/2025 | Sold 5,000<br>Par Value Of<br>Morgan Stanley Mtn 2.943% 1/21/33<br>Trade Date 8/19/25<br>Sold Through Morgan Stanley & Co. LLC<br>Swift External Ref#: 00031500024830B<br>5,000 Par Value At 89.802 %<br>61747YEL5 | - 5,000.000 | .00 | 4,490.10 | - 4,423.60 | 66.50 |
| **Total Morgan Stanley Mtn 2.943% 1/21/33** | | **- 5,000.000** | **.00** | **4,490.10** | **- 4,423.60** | **66.50** |
| 08/25/2025 | Paid Down<br>113.85 Par Value Of<br>New Century Home 5.4216% 8/25/34<br>Trade Date 8/25/25<br>64352VFW6 | - 113.850 | .00 | 113.85 | - 109.28 | 4.57 |
| **Total New Century Home 5.4216% 8/25/34** | | **- 113.850** | **.00** | **113.85** | **- 109.28** | **4.57** |
| 08/25/2025 | Paid Down<br>65.95 Par Value Of<br>S L M A 5.33664% 1/25/29<br>Trade Date 8/25/25<br>78446YAA1 | - 65.950 | .00 | 65.95 | - 66.09 | - .14 |
| **Total S L M A 5.33664% 1/25/29** | | **- 65.950** | **.00** | **65.95** | **- 66.09** | **- .14** |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/18/2025 | Sold 5,000<br>Par Value Of<br>US Bancorp Mtn       5.678%  1/23/35<br>Trade Date 8/18/25<br>Sold Through US Bancorp Investments Inc.<br>Swift External Ref#: 00031500024800B<br>5,000 Par Value At 103.919 %<br>91159HJR2 | - 5,000.000 | .00 | 5,195.95 | - 5,000.00 | 195.95 |
| **Total US Bancorp Mtn 5.678%  1/23/35** | | **- 5,000.000** | **.00** | **5,195.95** | **- 5,000.00** | **195.95** |
| 08/22/2025 | Sold 5,000<br>Par Value Of<br>Wells Fargo Mtn      2.572%  2/11/31<br>Trade Date 8/22/25<br>Sold Through Wells Fargo Securities, LLC<br>Swift External Ref#: 00031500024880B<br>5,000 Par Value At 92.562 %<br>95000U2J1 | - 5,000.000 | .00 | 4,628.10 | - 4,309.80 | 318.30 |
| **Total Wells Fargo Mtn 2.572%  2/11/31** | | **- 5,000.000** | **.00** | **4,628.10** | **- 4,309.80** | **318.30** |
| **Total Corporate Issues** | | **- 35,872.140** | **.00** | **33,724.43** | **- 32,002.44** | **1,721.99** |
| **Total Sales And Maturities** | | **- 6,782,771.740** | **.00** | **6,743,915.47** | **- 6,698,886.77** | **45,028.70** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

R1873

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 07/16/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 7/16/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 34.03- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F032690 | 25,000.000 | 22,208.01 | - 22,208.01 |
| 07/17/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/17/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 77.78- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F040693 | 50,000.000 | 45,912.11 | - 45,912.11 |
| 07/22/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.000% 9/15/44<br>Trade Date 7/22/25<br>Purchased Through Mizuho Securities USA Inc.<br>Paid 0.00 USD Load<br>Paid 38.89- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F040693 | 25,000.000 | 23,102.54 | - 23,102.54 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/05/2025 | 09/15/2025 | Purchased 100,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 175.00- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F042699 | 100,000.000 | 95,935.55 | - 95,935.55 |
| 08/05/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 29.17- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F030694 | 25,000.000 | 21,681.64 | - 21,681.64 |
| 08/05/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 3.000% 9/15/47<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 58.33- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F030694 | 50,000.000 | 43,392.58 | - 43,392.58 |
| 08/05/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>FHLMC Tba 30Yr 2.000% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 38.89- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F020695 | 50,000.000 | 39,687.50 | - 39,687.50 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/05/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 3.500% 9/15/44<br>Trade Date 8/5/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 68.06- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F032690 | 50,000.000 | 45,185.55 | - 45,185.55 |
| 08/05/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>FHLMC Tba 30Yr 2.500% 9/15/51<br>Trade Date 8/5/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 48.61- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F022691 | 50,000.000 | 41,560.55 | - 41,560.55 |
| 08/06/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 97.22- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F050692 | 50,000.000 | 49,114.26 | - 49,114.26 |
| 08/06/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 5.000% 9/15/45<br>Trade Date 8/6/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Paid 0.00 USD Load<br>Paid 48.61- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F050692 | 25,000.000 | 24,588.38 | - 24,588.38 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/06/2025 | 09/15/2025 | Purchased 50,000 Par Value Of<br>F N M A Tba 30Yr 5.500% 9/15/44<br>Trade Date 8/6/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Paid 0.00 USD Load<br>Paid 106.94- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F052698 | 50,000.000 | 50,066.41 | - 50,066.41 |
| 08/06/2025 | 09/15/2025 | Purchased 25,000 Par Value Of<br>F N M A Tba 30Yr 4.500% 9/14/44<br>Trade Date 8/6/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 43.75- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>01F042699 | 25,000.000 | 23,975.59 | - 23,975.59 |
| 08/11/2025 | 09/22/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.500% 9/15/53<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 80.21- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H052694 | 25,000.000 | 25,067.38 | - 25,067.38 |
| 08/11/2025 | 09/22/2025 | Purchased 25,000 Par Value Of<br>G N M A I I Tba 4.500% 9/15/45<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 65.63- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H042695 | 25,000.000 | 23,942.38 | - 23,942.38 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/11/2025 | 09/22/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 2.500% 9/15/50<br>Trade Date 8/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 36.46- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H022697 | 25,000.000 | 21,164.06 | - 21,164.06 |
| 08/11/2025 | 09/22/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Wells Fargo Securities, LLC<br>Paid 0.00 USD Load<br>Paid 72.92- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H050698 | 25,000.000 | 24,583.98 | - 24,583.98 |
| 08/11/2025 | 09/22/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Paid 0.00 USD Load<br>Paid 72.92- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H050698 | 25,000.000 | 24,579.59 | - 24,579.59 |
| 08/11/2025 | 09/22/2025 | Purchased 25,000 Par Value Of<br>GNMA II Tba 30Yr 5.000% 9/15/52<br>Trade Date 8/11/25<br>Purchased Through Citigroup Global Markets Inc.<br>Paid 0.00 USD Load<br>Paid 72.92- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H050698 | 25,000.000 | 24,588.87 | - 24,588.87 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

 

ADSF CUSTODY - METWEST
ACCOUNT ████3803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/11/2025 | 09/22/2025 | Purchased 50,000 Par Value Of<br>G N M A  I I Tba    4.000%  9/15/45<br>Trade Date 8/11/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Paid 0.00 USD Load<br>Paid 116.67- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>21H040699 | 50,000.000 | 46,439.45 | - 46,439.45 |
| 08/25/2025 | 09/02/2025 | Purchased 190,000 Par Value Of<br>U S Treasury Nt    3.750%  8/31/27<br>Trade Date 8/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 39.36- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversed By Trx 2780976 Batch 000000 On 9/2/25<br>Reversal Posted By  Xx<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNV9 | 190,000.000 | 190,159.29 | - 190,159.29 |
| 08/25/2025 | 09/02/2025 | Purchased -190,000 Par Value Of<br>U S Treasury Nt    3.750%  8/31/27<br>Trade Date 8/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 39.36 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Of Trx 2779102 Batch 000000 From 9/2/25<br>Reversal Posted By  Xx<br>Reversal Reason Code   $<br>Rev Expl     $@    $°    $ª    $    $h    $m<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNV9 | - 190,000.000 | - 190,159.29 | 190,159.29 |

R1879

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/25/2025 | 09/02/2025 | Purchased 190,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/25/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500024910D<br>190,000 Par Value At 99.84564737 %<br>91282CNV9 | 190,000.000 | 189,706.73 | - 189,706.73 |
| 08/26/2025 | 09/02/2025 | Purchased 97,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 21.44- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversed By Trx 2780977 Batch 000000 On 9/2/25<br>Reversal Posted By Xx<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNW7 | 97,000.000 | 97,000.83 | - 97,000.83 |
| 08/26/2025 | 09/02/2025 | Purchased -97,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Paid 0.00 USD Load<br>Paid 21.44 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Of Trx 2779106 Batch 000000 From 9/2/25<br>Reversal Posted By Xx<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNW7 | - 97,000.000 | - 97,000.83 | 97,000.83 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

usbank

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/26/2025 | 09/02/2025 | Purchased 40,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Jefferies LLC<br>Paid 0.00 USD Load<br>Paid 8.84- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversed By Trx 2780978 Batch 000000 On 9/2/25<br>Reversal Posted By Xx<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNW7 | 40,000.000 | 39,999.31 | - 39,999.31 |
| 08/26/2025 | 09/02/2025 | Purchased -40,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Jefferies LLC<br>Paid 0.00 USD Load<br>Paid 8.84 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Of Trx 2779108 Batch 000000 From 9/2/25<br>Reversal Posted By Xx<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNW7 | - 40,000.000 | - 39,999.31 | 39,999.31 |
| 08/26/2025 | 09/02/2025 | Purchased 46,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Santander US Capital Mkts LLC<br>Swift External Ref#: 00031500025040D<br>46,000 Par Value At 99.39906522 %<br>91282CNW7 | 46,000.000 | 45,723.57 | - 45,723.57 |
| 08/26/2025 | 09/02/2025 | Purchased 40,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Jefferies LLC<br>Swift External Ref#: 00031500024980D<br>40,000 Par Value At 99.242175 %<br>91282CNW7 | 40,000.000 | 39,696.87 | - 39,696.87 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/26/2025 | 09/02/2025 | Purchased 97,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/26/25<br>Purchased Through Citgus33Csi Citadel Sec LLC<br>Swift External Ref#: 00031500024940D<br>97,000 Par Value At 99.24473196 %<br>91282CNW7 | 97,000.000 | 96,267.39 | - 96,267.39 |
| 08/26/2025 | 09/02/2025 | Purchased 313,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through Citadel Securities LLC<br>Paid 0.00 USD Load<br>Paid 64.85- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversed By Trx 2780979 Batch 000000 On 9/2/25<br>Reversal Posted By Xx<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNX5 | 313,000.000 | 313,111.79 | - 313,111.79 |
| 08/26/2025 | 09/02/2025 | Purchased -313,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through Citadel Securities LLC<br>Paid 0.00 USD Load<br>Paid 64.85 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Of Trx 2779114 Batch 000000 From 9/2/25<br>Reversal Posted By Xx<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNX5 | - 313,000.000 | - 313,111.79 | 313,111.79 |
| 08/26/2025 | 09/02/2025 | Purchased 95,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500025030D<br>95,000 Par Value At 99.43509474 %<br>91282CNX5 | 95,000.000 | 94,463.34 | - 94,463.34 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/26/2025 | 09/02/2025 | Purchased 313,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/26/25<br>Purchased Through Citadel Securities LLC<br>Swift External Ref#: 00031500025060D<br>313,000 Par Value At 99.47107348 %<br>91282CNX5 | 313,000.000 | 311,344.46 | - 311,344.46 |
| 08/27/2025 | 09/02/2025 | Purchased 184,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/27/25<br>Purchased Through Bmo-Chicago Branch<br>Swift External Ref#: 00031500025170C<br>184,000 Par Value At 99.955 %<br>91282CNV9 | 184,000.000 | 183,917.20 | - 183,917.20 |
| 08/27/2025 | 09/02/2025 | Purchased 752,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/27/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Swift External Ref#: 00031500025150C<br>752,000 Par Value At 99.953125 %<br>91282CNV9 | 752,000.000 | 751,647.50 | - 751,647.50 |
| 08/27/2025 | 09/02/2025 | Purchased 752,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/27<br>Trade Date 8/27/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift Internal Ref#: 2025090206606097<br>Swift External Ref#: 00031500025120D<br>752,000 Par Value At 99.953125 %<br>91282CNV9 | 752,000.000 | 751,647.50 | - 751,647.50 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ███ 8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/27/2025 | 09/02/2025 | Purchased 157,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/27/25<br>Purchased Through Bnp Paribas Sec Corp<br>Paid 0.00 USD Load<br>Paid 32.53- USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversed By Trx 2780980 Batch 000000 On 9/2/25<br>Reversal Posted By Xx<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNX5 | 157,000.000 | 157,155.02 | - 157,155.02 |
| 08/27/2025 | 09/02/2025 | Purchased -157,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/27/25<br>Purchased Through Bnp Paribas Sec Corp<br>Paid 0.00 USD Load<br>Paid 32.53 USD Misc Fee2<br>Paid 5,949,478.27 USD Exchange Fee<br>Reversal Of Trx 2779115 Batch 000000 From 9/2/25<br>Reversal Posted By Xx<br>Reversal Reason Code $<br>Rev Expl $@ $⁰ $⁸ $ $h $m<br>Posted Thru Fundweb Networking<br>EBR Pending Transaction<br>91282CNX5 | - 157,000.000 | - 157,155.02 | 157,155.02 |
| 08/27/2025 | 09/02/2025 | Purchased 450,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/27/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Swift External Ref#: 00031500025250C<br>450,000 Par Value At 99.624556 %<br>91282CNX5 | 450,000.000 | 448,310.50 | - 448,310.50 |
| 08/27/2025 | 09/02/2025 | Purchased 158,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/27/25<br>Purchased Through J.P. Morgan Securities LLC<br>Swift External Ref#: 00031500025180D<br>158,000 Par Value At 99.43509494 %<br>91282CNX5 | 158,000.000 | 157,107.45 | - 157,107.45 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/27/2025 | 09/02/2025 | Purchased 548,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through Mizuho Securities USA Fxd Inc Swift External Ref#: 00031500025110E 548,000 Par Value At 99.43239781 % 91282CNX5 | 548,000.000 | 544,889.54 | - 544,889.54 |
| 08/27/2025 | 09/02/2025 | Purchased 157,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through Bnp Paribas Sec Corp Swift External Ref#: 00031500025200E 157,000 Par Value At 99.53388535 % 91282CNX5 | 157,000.000 | 156,268.20 | - 156,268.20 |
| 08/27/2025 | 09/02/2025 | Purchased 318,000 Par Value Of U S Treasury Nt 3.750% 8/31/30 Trade Date 8/27/25 Purchased Through Citgus33Csi Citadel Sec LLC Swift External Ref#: 00031500025230K 318,000 Par Value At 99.59633333 % 91282CNX5 | 318,000.000 | 316,716.34 | - 316,716.34 |
| 08/29/2025 | 09/02/2025 | Purchased 15,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/29/25 Purchased Through Barclays Capital Inc. Fixed In Swift External Ref#: 00031500025350B 15,000 Par Value At 99.625 % 91282CNW7 | 15,000.000 | 14,943.75 | - 14,943.75 |
| 08/29/2025 | 09/02/2025 | Purchased 17,000 Par Value Of U S Treasury Nt 4.000% 8/31/32 Trade Date 8/29/25 Purchased Through Rbc Capital Markets, LLC Swift External Ref#: 00031500025330C 17,000 Par Value At 99.66494118 % 91282CNW7 | 17,000.000 | 16,943.04 | - 16,943.04 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/29/2025 | 09/02/2025 | Purchased 14,000 Par Value Of<br>U S Treasury Nt 4.000% 8/31/32<br>Trade Date 8/29/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500025310C<br>14,000 Par Value At 99.625 %<br>91282CNW7 | 14,000.000 | 13,947.50 | - 13,947.50 |
| 08/29/2025 | 09/02/2025 | Purchased 130,000 Par Value Of<br>U S Treasury Nt 3.750% 8/31/30<br>Trade Date 8/29/25<br>Purchased Through Deutsche Bank Securities, Inc.<br>Swift Internal Ref#: 2025090206611412<br>Swift External Ref#: 00031500025340E<br>130,000 Par Value At 99.64843846 %<br>91282CNX5 | 130,000.000 | 129,542.97 | - 129,542.97 |
| **Total Purchases** | | | **5,051,000.000** | **4,979,860.23** | **- 4,979,860.23** |
| **Sales** | | | | | |
| 08/29/2025 | 09/02/2025 | Sold 14,000 Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 8/29/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500025300B<br>14,000 Par Value At 100.39 %<br>91282CNR8 | - 14,000.000 | - 13,898.74 | 14,054.60 |
| 08/29/2025 | 09/02/2025 | Sold 15,000 Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 8/29/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Swift External Ref#: 00031500025360B<br>15,000 Par Value At 100.38993333 %<br>91282CNR8 | - 15,000.000 | - 14,891.50 | 15,058.49 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/29/2025 | 09/02/2025 | Sold 17,000 Par Value Of<br>U S Treasury Nt 4.125% 7/31/32<br>Trade Date 8/29/25<br>Sold Through Rbc Capital Markets, LLC<br>Swift External Ref#: 00031500025320C<br>17,000 Par Value At 100.42970588 %<br>91282CNR8 | - 17,000.000 | - 16,877.04 | 17,073.05 |
| **Total Sales** | | | **- 46,000.000** | **- 45,667.28** | **46,186.14** |
| **Net Trades Pending Settlement** | | | **5,005,000.000** | **4,934,192.95** | **- 4,933,674.09** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT [redacted]8803

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Barclays Capital Inc. Fixed In** | | | | | | |
| - 25,000.000 | 08/01/2025 | Bought GNMA II Tba 30Yr 5.000% 8/15/52 21H050680 | - 24,309.57 | .00 | 65.97 | - 24,309.57 |
| 25,000.000 | 08/11/2025 | Bought GNMA II Tba 30Yr 5.000% 9/15/52 21H050698 | 24,579.59 | .00 | - 72.92 | 24,579.59 |
| **Total Barclays Capital Inc. Fixed In** | | | **270.02** | **.00** | **- 6.95** | **270.02** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Bnp Paribas Sec Corp** | | | | | | |
| 157,000.000 | 08/27/2025 | Bought U S Treasury Nt 3.750% 8/31/30 91282CNX5 | 157,155.02 | .00 | - 32.53 | 157,155.02 |
| - 157,000.000 | 08/27/2025 | Bought U S Treasury Nt 3.750% 8/31/30 91282CNX5 | - 157,155.02 | .00 | 32.53 | - 157,155.02 |
| **Total Bnp Paribas Sec Corp** | | | **.00** | **.00** | **.00** | **.00** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **BofA Securities, Inc./Fxd Inc** | | | | | | |
| - 50,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 5.500% 8/15/44 01F052680 | - 49,685.55 | .00 | 91.67 | - 49,685.55 |
| 50,000.000 | 08/06/2025 | Bought F N M A Tba 30Yr 5.500% 9/15/44 01F052698 | 50,066.41 | .00 | - 106.94 | 50,066.41 |
| **Total BofA Securities, Inc./Fxd Inc** | | | **380.86** | **.00** | **- 15.27** | **380.86** |
| # Trades/Commission Per Share | | | 2 | .00 | | |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Citadel Securities LLC** | | | | | | |
| 313,000.000 | 08/26/2025 | Bought U S Treasury Nt 3.750% 8/31/30 91282CNX5 | 313,111.79 | .00 | - 64.85 | 313,111.79 |
| - 313,000.000 | 08/26/2025 | Bought U S Treasury Nt 3.750% 8/31/30 91282CNX5 | - 313,111.79 | .00 | 64.85 | - 313,111.79 |
| **Total Citadel Securities LLC** | | | **.00** | **.00** | **.00** | **.00** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Citgus33Csi Citadel Sec LLC** | | | | | | |
| 190,000.000 | 08/25/2025 | Bought U S Treasury Nt 3.750% 8/31/27 91282CNV9 | 190,159.29 | .00 | - 39.36 | 190,159.29 |
| - 190,000.000 | 08/25/2025 | Bought U S Treasury Nt 3.750% 8/31/27 91282CNV9 | - 190,159.29 | .00 | 39.36 | - 190,159.29 |
| 97,000.000 | 08/26/2025 | Bought U S Treasury Nt 3.875% 8/31/32 91282CNW7 | 97,000.83 | .00 | - 21.44 | 97,000.83 |
| - 97,000.000 | 08/26/2025 | Bought U S Treasury Nt 3.875% 8/31/32 91282CNW7 | - 97,000.83 | .00 | 21.44 | - 97,000.83 |
| **Total Citgus33Csi Citadel Sec LLC** | | | **.00** | **.00** | **.00** | **.00** |
| # Trades/Commission Per Share | | | 4 | .00 | | |
| **Citigroup Global Markets Inc.** | | | | | | |
| - 50,000.000 | 08/01/2025 | Bought FHLMC Tba 30Yr 2.000% 8/15/51 01F020687 | - 39,230.47 | .00 | 33.33 | - 39,230.47 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 50,000.000 | 08/05/2025 | Bought FHLMC Tba 30Yr 2.000% 9/15/51 01F020695 | 39,687.50 | .00 | - 38.89 | 39,687.50 |
| - 50,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 2.500% 8/15/44 01F022683 | - 41,042.97 | .00 | 41.67 | - 41,042.97 |
| 50,000.000 | 08/05/2025 | Bought FHLMC Tba 30Yr 2.500% 9/15/51 01F022691 | 41,560.55 | .00 | - 48.61 | 41,560.55 |
| - 50,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 3.000% 8/15/44 01F030686 | - 42,822.27 | .00 | 50.00 | - 42,822.27 |
| 50,000.000 | 08/05/2025 | Bought F N M A Tba 30Yr 3.000% 9/15/47 01F030694 | 43,392.58 | .00 | - 58.33 | 43,392.58 |
| - 25,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 4.500% 8/15/43 01F042681 | - 23,708.01 | .00 | 37.50 | - 23,708.01 |
| 25,000.000 | 08/06/2025 | Bought F N M A Tba 30Yr 4.500% 9/14/44 01F042699 | 23,975.59 | .00 | - 43.75 | 23,975.59 |
| - 25,000.000 | 08/01/2025 | Bought G N M A I I Tba 4.500% 8/15/44 21H042687 | - 23,664.06 | .00 | 59.38 | - 23,664.06 |
| 25,000.000 | 08/11/2025 | Bought G N M A I I Tba 4.500% 9/15/45 21H042695 | 23,942.38 | .00 | - 65.63 | 23,942.38 |
| - 25,000.000 | 08/01/2025 | Bought GNMA II Tba 30Yr 5.000% 8/15/52 21H050680 | - 24,327.15 | .00 | 65.97 | - 24,327.15 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 25,000.000 | 08/11/2025 | Bought GNMA II Tba 30Yr 5.000% 9/15/52 21H050698 | 24,588.87 | .00 | - 72.92 | 24,588.87 |
| **Total Citigroup Global Markets Inc.** | | | **2,352.54** | **.00** | **- 40.28** | **2,352.54** |
| # Trades/Commission Per Share | | | 12 | .00 | | |
| **Goldman Sachs & Co. LLC** | | | | | | |
| - 25,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 3.000% 8/15/44 01F030686 | - 21,405.76 | .00 | 25.00 | - 21,405.76 |
| 25,000.000 | 08/05/2025 | Bought F N M A Tba 30Yr 3.000% 9/15/47 01F030694 | 21,681.64 | .00 | - 29.17 | 21,681.64 |
| - 75,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 3.500% 8/15/44 01F032682 | - 67,095.70 | .00 | 87.50 | - 67,095.70 |
| 25,000.000 | 07/16/2025 | Bought F N M A Tba 30Yr 3.500% 9/15/44 01F032690 | 22,208.01 | .00 | - 34.03 | 22,208.01 |
| 50,000.000 | 08/05/2025 | Bought F N M A Tba 30Yr 3.500% 9/15/44 01F032690 | 45,185.55 | .00 | - 68.06 | 45,185.55 |
| - 50,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 4.000% 8/15/43 01F040685 | - 46,092.77 | .00 | 66.67 | - 46,092.77 |
| 50,000.000 | 07/17/2025 | Bought F N M A Tba 30Yr 4.000% 9/15/44 01F040693 | 45,912.11 | .00 | - 77.78 | 45,912.11 |
| - 100,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 4.500% 8/15/43 01F042681 | - 94,824.22 | .00 | 150.00 | - 94,824.22 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 100,000.000 | 08/05/2025 | Bought F N M A Tba 30Yr 4.500% 9/14/44 01F042699 | 95,935.55 | .00 | - 175.00 | 95,935.55 |
| - 50,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 5.000% 8/15/45 01F050684 | - 48,628.91 | .00 | 83.33 | - 48,628.91 |
| 50,000.000 | 08/06/2025 | Bought F N M A Tba 30Yr 5.000% 9/15/45 01F050692 | 49,114.26 | .00 | - 97.22 | 49,114.26 |
| - 50,000.000 | 08/01/2025 | Bought G N M A I I Tba 4.000% 8/15/45 21H040681 | - 46,357.42 | .00 | 105.56 | - 46,357.42 |
| 50,000.000 | 08/11/2025 | Bought G N M A I I Tba 4.000% 9/15/45 21H040699 | 46,439.45 | .00 | - 116.67 | 46,439.45 |
| - 25,000.000 | 08/01/2025 | Bought GNMA II Tba 30Yr 5.500% 8/15/53 21H052686 | - 24,870.12 | .00 | 72.57 | - 24,870.12 |
| 25,000.000 | 08/11/2025 | Bought GNMA II Tba 30Yr 5.500% 9/15/53 21H052694 | 25,067.38 | .00 | - 80.21 | 25,067.38 |
| **Total Goldman Sachs & Co. LLC** | | | **2,269.05** | **.00** | **- 87.51** | **2,269.05** |
| # Trades/Commission Per Share | | | 15 | .00 | | |
| **Jefferies LLC** | | | | | | |
| 40,000.000 | 08/26/2025 | Bought U S Treasury Nt 3.875% 8/31/32 91282CNW7 | 39,999.31 | .00 | - 8.84 | 39,999.31 |
| - 40,000.000 | 08/26/2025 | Bought U S Treasury Nt 3.875% 8/31/32 91282CNW7 | - 39,999.31 | .00 | 8.84 | - 39,999.31 |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04

**US bank**  

ADSF CUSTODY - METWEST
ACCOUNT ▓▓▓▓3803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Jefferies LLC** | | | **.00** | **.00** | **.00** | **.00** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Mizuho Securities USA Inc.** | | | | | | |
| - 25,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 4.000% 8/15/43 01F040685 | - 23,028.81 | .00 | 33.33 | - 23,028.81 |
| 25,000.000 | 07/22/2025 | Bought F N M A Tba 30Yr 4.000% 9/15/44 01F040693 | 23,102.54 | .00 | - 38.89 | 23,102.54 |
| **Total Mizuho Securities USA Inc.** | | | **73.73** | **.00** | **- 5.56** | **73.73** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Morgan Stanley & Co. LLC** | | | | | | |
| - 25,000.000 | 08/01/2025 | Bought F N M A Tba 30Yr 5.000% 8/15/45 01F050684 | - 24,314.45 | .00 | 41.67 | - 24,314.45 |
| 25,000.000 | 08/06/2025 | Bought F N M A Tba 30Yr 5.000% 9/15/45 01F050692 | 24,588.38 | .00 | - 48.61 | 24,588.38 |
| **Total Morgan Stanley & Co. LLC** | | | **273.93** | **.00** | **- 6.94** | **273.93** |
| # Trades/Commission Per Share | | | 2 | .00 | | |
| **Wells Fargo Securities, LLC** | | | | | | |
| - 25,000.000 | 08/01/2025 | Bought GNMA II Tba 30Yr 2.500% 8/15/50 21H022689 | - 20,959.96 | .00 | 32.99 | - 20,959.96 |
| 25,000.000 | 08/11/2025 | Bought GNMA II Tba 30Yr 2.500% 9/15/50 21H022697 | 21,164.06 | .00 | - 36.46 | 21,164.06 |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ████8803

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|---|
| - 25,000.000 | 08/01/2025 | Bought<br>GNMA II Tba 30Yr<br>21H050680 | 5.000% 8/15/52 | - 24,309.57 | .00 | 65.97 | - 24,309.57 |
| 25,000.000 | 08/11/2025 | Bought<br>GNMA II Tba 30Yr<br>21H050698 | 5.000% 9/15/52 | 24,583.98 | .00 | - 72.92 | 24,583.98 |
| **Total Wells Fargo Securities, LLC** | | | | **478.51** | **.00** | **- 10.42** | **478.51** |
| # Trades/Commission Per Share | | | | 4 | .00 | | |
| **Grand Total** | | | | **6,098.64** | **.00** | **- 172.93** | **6,098.64** |

02502504
35- -01-B -62 -248-04
0101 -14-02870-04

ADSF CUSTODY - METWEST
ACCOUNT ██████8803

Period from August 1, 2025 to August 31, 2025

## BOND SUMMARY

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **MATURITY SUMMARY** | | | |
| 2025 | .00 | .00 | 0.00 |
| 2026 | 110,301.12 | 108,909.10 | 1.41 |
| 2027 | 2,084,000.00 | 2,082,167.79 | 26.78 |
| 2028 | 813,041.20 | 812,775.69 | 10.46 |
| 2029 | 80,805.45 | 78,585.44 | 1.02 |
| 2030 | 2,358,755.41 | 2,345,757.47 | 30.17 |
| 2031 | 266,945.47 | 249,164.56 | 3.21 |
| 2032 | 461,000.00 | 444,566.27 | 5.72 |
| 2033 | 43,871.42 | 44,822.16 | 0.57 |
| 2034 | 116,534.90 | 113,678.41 | 1.46 |
| 2035 - 2039 | 396,121.29 | 381,440.25 | 4.90 |
| 2040 - 2044 | 325,000.00 | 308,220.00 | 3.96 |
| 2045 - 2049 | 301,061.04 | 281,181.56 | 3.61 |
| 2050 - 2054 | 527,304.79 | 482,059.86 | 6.19 |
| OVER 2054 | 40,000.00 | 42,201.60 | 0.54 |
| **Total** | **7,924,742.09** | **7,775,530.16** | **100.00** |
| **MOODY'S RATING** | | | |
| Aaa | 113,590.18 | 112,560.95 | 1.44 |
| Aa1 | 135,556.26 | 136,782.28 | 1.76 |
| Aa2 | 195,924.77 | 184,663.88 | 2.37 |
| Aa3 | 20,000.00 | 20,233.40 | 0.26 |
| A1 | 210,000.00 | 199,032.30 | 2.56 |
| A2 | 44,329.71 | 43,912.23 | 0.56 |
| A3 | 125,000.00 | 122,722.20 | 1.58 |
| Baa1 | 265,000.00 | 267,294.00 | 3.44 |
| Baa2 | 254,000.00 | 239,973.91 | 3.09 |
| Baa3 | 97,000.00 | 93,928.82 | 1.21 |
| Ba1 | 56,000.00 | 49,813.90 | 0.64 |
| Ba2 | 32,000.00 | 32,388.25 | 0.42 |
| B1 | 10,805.45 | 10,561.14 | 0.14 |
| B2 | 11,000.00 | 10,515.89 | 0.14 |
| N/A | 6,354,535.72 | 6,251,147.01 | 80.40 |
| **Total** | **7,924,742.09** | **7,775,530.16** | **100.00** |

02502504
35- -01-B -62 -248-04
0101  -14-02870-04



ADSF CUSTODY - METWEST
ACCOUNT ███████3803

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **S&P RATING** | | | |
| AAA | 90,000.00 | 90,370.75 | 1.16 |
| AA+ | 123,494.39 | 121,713.98 | 1.57 |
| AA | 103,041.20 | 94,571.84 | 1.22 |
| AA- | 100,000.00 | 101,241.90 | 1.30 |
| A+ | 34,329.71 | 34,858.23 | 0.45 |
| A | 115,000.00 | 112,151.85 | 1.44 |
| A- | 175,000.00 | 165,752.30 | 2.13 |
| BBB+ | 375,000.00 | 370,222.42 | 4.76 |
| BBB | 261,000.00 | 248,663.41 | 3.20 |
| BBB- | 126,000.00 | 121,525.55 | 1.56 |
| BB | 7,000.00 | 6,041.00 | 0.08 |
| B | 11,000.00 | 10,515.89 | 0.14 |
| N/A | 6,398,876.79 | 6,293,598.94 | 80.94 |
| N/R | 5,000.00 | 4,302.10 | 0.06 |
| **Total** | **7,924,742.09** | **7,775,530.16** | **100.00** |

R1896



R1897



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025025
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022741 15 SP 000638031197485 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02503104
35- -01-B -62 -248-04
0101 -13-02870-04

**Account Number: [redacted]8804**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022747 10 SP 000638031197491 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 19 |
| Investment Activity | 21 |
| Purchases | 23 |
| Sales And Maturities | 57 |
| Pending Trades | 70 |
| Broker Commissions | 72 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **6,010,286.30** | **5,384,459.57** |
| **Investment Activity** | | |
| Interest | 348.10 | 348.10 |
| Dividends | 8,035.62 | 8,035.62 |
| Realized Gain/Loss | 133,659.29 | 133,659.29 |
| Change In Unrealized Gain/Loss | 231,843.61 | .00 |
| Net Accrued Income (Current-Prior) | 2,605.61 | 2,605.61 |
| **Total Investment Activity** | **376,492.23** | **144,648.62** |
| **Net Change In Market And Cost** | **376,492.23** | **144,648.62** |
| **Ending Market And Cost** | **6,386,778.53** | **5,529,108.19** |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 22,427.19** |
| **Investment Activity** | |
| Interest | 348.10 |
| Dividends | 8,035.62 |
| Cash Equivalent Purchases | - 228,396.29 |
| Purchases | - 714,834.58 |
| Cash Equivalent Sales | 280,291.83 |
| Sales/Maturities | 671,657.98 |
| **Total Investment Activity** | **17,102.66** |
| **Net Change In Cash** | **17,102.66** |
| **Ending Cash** | **- 5,324.53** |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

**usbank**

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███████3804

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 152,157.25 | 152,157.25 | 2.37 |
| Domestic Common Stocks | 5,113,023.00 | 4,394,737.08 | 80.06 |
| Foreign Stocks | 298,646.00 | 216,818.75 | 4.68 |
| Mutual Funds-Equity | 817,258.65 | 759,701.48 | 12.80 |
| **Total Assets** | **6,381,084.90** | **5,523,414.56** | **99.91** |
| Accrued Income | 5,693.63 | 5,693.63 | 0.09 |
| **Grand Total** | **6,386,778.53** | **5,529,108.19** | **100.00** |

**Estimated Annual Income**      111,837.89



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.



02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 157,481.780 | 157,481.78<br>1.0000 | 157,481.78 | .00<br>.00 | 570.35 | 4.18 |
| **Total Money Markets** | **157,481.780** | **157,481.78** | **157,481.78** | **.00**<br>**.00** | **570.35** | **4.17** |
| **Cash** | | | | | | |
| Pending Cash | | - 5,324.53 | - 5,324.53 | | | |
| **Total Cash** | **.000** | **- 5,324.53** | **- 5,324.53** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **157,481.780** | **152,157.25** | **152,157.25** | **.00**<br>**.00** | **570.35** | **4.32** |
| **Domestic Common Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Pvh Corporation 693656100 Asset Minor Code 42 | 385.000 | 32,463.20<br>84.3200 | 31,188.72 | 1,274.48<br>1,274.48 | .00 | 0.18 |
| *Home Building* | | | | | | |
| Installed Building Products 45780R101 Asset Minor Code 42 | 175.000 | 45,818.50<br>261.8200 | 29,762.12 | 16,056.38<br>- 30,845.55 | .00 | 0.57 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Meritage Homes Corporation 59001A102 Asset Minor Code 42 | 595.000 | 46,225.55<br>77.6900 | 46,021.82 | 203.73<br>203.73 | .00 | 2.14 |
| Taylor Morrison Home Corp A 87724P106 Asset Minor Code 42 | 670.000 | 45,137.90<br>67.3700 | 45,944.33 | - 806.43<br>- 806.43 | .00 | 0.00 |
| *Total Home Building* | *1,440.000* | *137,181.95* | *121,728.27* | *15,453.68*<br>*- 31,448.25* | *.00* | *0.91* |
| **Total Consumer Discretionary** | **1,825.000** | **169,645.15** | **152,916.99** | **16,728.16**<br>**- 30,173.77** | **.00** | **0.77** |
| **Consumer Staples** | | | | | | |
| *Soft Drinks* | | | | | | |
| Coca Cola Bottling Co Cons 191098102 Asset Minor Code 42 | 870.000 | 101,998.80<br>117.2400 | 98,972.69 | 3,026.11<br>4,739.56 | .00 | 0.85 |
| **Total Consumer Staples** | **870.000** | **101,998.80** | **98,972.69** | **3,026.11**<br>**4,739.56** | **.00** | **0.85** |
| **Energy** | | | | | | |
| *Integrated Oil & Gas* | | | | | | |
| Murphy Oil Corp 626717102 Asset Minor Code 42 | 2,545.000 | 63,268.70<br>24.8600 | 65,234.02 | - 1,965.32<br>143.70 | 827.13 | 5.23 |
| Northwest Natural Holding Co 66765N105 Asset Minor Code 42 | 2,265.000 | 94,065.45<br>41.5300 | 96,105.06 | - 2,039.61<br>3,645.57 | .00 | 4.72 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▌▌▌▌3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Integrated Oil & Gas* | *4,810.000* | *157,334.15* | *161,339.08* | *- 4,004.93* <br> *3,789.27* | *827.13* | *4.92* |
| *Oil & Gas Exploration & Prod* | | | | | | |
| Antero Resources Corp 03674X106   Asset Minor Code 42 | 2,335.000 | 74,533.20 <br> 31.9200 | 69,611.49 | 4,921.71 <br> - 7,019.48 | .00 | 0.00 |
| Matador Resources Co 576485205   Asset Minor Code 42 | 1,285.000 | 64,712.60 <br> 50.3600 | 66,478.01 | - 1,765.41 <br> 634.94 | 401.56 | 2.48 |
| *Total Oil & Gas Exploration & Prod* | *3,620.000* | *139,245.80* | *136,089.50* | *3,156.30* <br> *- 6,384.54* | *401.56* | *1.15* |
| **Total Energy** | **8,430.000** | **296,579.95** | **297,428.58** | **- 848.63** <br> **- 2,595.27** | **1,228.69** | **3.15** |
| **Financials** | | | | | | |
| *Diversified Banks* | | | | | | |
| Comerica Inc 200340107   Asset Minor Code 42 | 2,580.000 | 182,096.40 <br> 70.5800 | 132,852.86 | 49,243.54 <br> 7,781.95 | .00 | 4.02 |
| *Investment Banking & Brokerage* | | | | | | |
| Artisan Partners Asset Manag 04316A108   Asset Minor Code 42 | 3,695.000 | 172,889.05 <br> 46.7900 | 138,274.83 | 34,614.22 <br> 5,690.45 | .00 | 6.56 |
| Ccc Intelligent Solutions Hld Com 12510Q100   Asset Minor Code 42 | 8,780.000 | 86,922.00 <br> 9.9000 | 80,455.01 | 6,466.99 <br> 1,610.62 | .00 | 0.00 |

R1907

02503104
35- -01-B -62 -248-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Investment Banking & Brokerage* | *12,475.000* | *259,811.05* | *218,729.84* | *41,081.21* | *.00* | *4.36* |
| | | | | *7,301.07* | | |
| **Property & Casualty Insurance** | | | | | | |
| Hanover Ins Group Inc 410867105   Asset Minor Code 42 | 740.000 | 128,375.20 173.4800 | 124,534.21 | 3,840.99 1,526.23 | .00 | 2.08 |
| Selective Ins Group Inc 816300107   Asset Minor Code 42 | 1,675.000 | 131,035.25 78.2300 | 144,234.20 | - 13,198.95 436.97 | 636.50 | 1.94 |
| *Total Property & Casualty Insurance* | *2,415.000* | *259,410.45* | *268,768.41* | *- 9,357.96* | *636.50* | *2.00* |
| | | | | *1,963.20* | | |
| **Regional Banks** | | | | | | |
| Cadence Bank Com 12740C103   Asset Minor Code 42 | 4,740.000 | 178,413.60 37.6400 | 125,189.35 | 53,224.25 13,180.83 | .00 | 2.92 |
| Cullen Frost Bankers Inc 229899109   Asset Minor Code 42 | 1,345.000 | 173,545.35 129.0300 | 157,858.34 | 15,687.01 2,522.58 | 1,345.00 | 3.10 |
| Prosperity Bancshares Inc 743606105   Asset Minor Code 42 | 2,215.000 | 153,122.95 69.1300 | 136,515.55 | 16,607.40 5,503.65 | .00 | 3.36 |
| Western Alliance Bancorporation 957638109   Asset Minor Code 42 | 2,075.000 | 185,816.25 89.5500 | 121,666.37 | 64,149.88 24,956.02 | .00 | 1.70 |
| Zions Bancorporation N A Com 989701107   Asset Minor Code 42 | 3,095.000 | 179,540.95 58.0100 | 127,501.11 | 52,039.84 13,940.55 | .00 | 3.10 |

R1908

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Total Regional Banks* | *13,470.000* | *870,439.10* | *668,730.72* | *201,708.38*<br>*60,103.63* | *1,345.00* | *2.80* |
| **Total Financials** | **30,940.000** | **1,571,757.00** | **1,289,081.83** | **282,675.17**<br>**77,149.85** | **1,981.50** | **3.07** |
| **Health Care** | | | | | | |
| *Biotechnology* | | | | | | |
| Adma Biologics Inc 000899104 Asset Minor Code 42 | 2,110.000 | 36,418.60<br>17.2600 | 39,416.11 | - 2,997.51<br>3,314.29 | .00 | 0.00 |
| *Health Care Supplies* | | | | | | |
| Coherent Corp 19247G107 Asset Minor Code 42 | 1,225.000 | 110,825.75<br>90.4700 | 79,871.01 | 30,954.74<br>- 32,043.52 | .00 | 0.00 |
| Warby Parker Inc Cl A Com 93403J106 Asset Minor Code 42 | 3,435.000 | 89,997.00<br>26.2000 | 58,861.34 | 31,135.66<br>7,460.50 | .00 | 0.00 |
| *Total Health Care Supplies* | *4,660.000* | *200,822.75* | *138,732.35* | *62,090.40*<br>*- 24,583.02* | *.00* | *0.00* |
| *Managed Health Care* | | | | | | |
| Molina Healthcare Inc 60855R100 Asset Minor Code 42 | 365.000 | 66,002.95<br>180.8300 | 64,158.94 | 1,844.01<br>1,844.01 | .00 | 0.00 |
| **Total Health Care** | **7,135.000** | **303,244.30** | **242,307.40** | **60,936.90**<br>**- 19,424.72** | **.00** | **0.00** |

**Industrials**

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| *Aerospace & Defense* | | | | | | |
| Hexcel Corp New Com 428291108   Asset Minor Code 42 | 1,850.000 | 116,827.50 63.1500 | 104,577.88 | 12,249.62 5,988.52 | .00 | 1.08 |
| *Air Freight & Logistics* | | | | | | |
| Gxo Logistics Incorporated Common 36262G101   Asset Minor Code 42 | 2,090.000 | 110,038.50 52.6500 | 86,345.96 | 23,692.54 6,135.82 | .00 | 0.00 |
| *Building Products* | | | | | | |
| Trex Co Inc Com 89531P105   Asset Minor Code 42 | 755.000 | 46,530.65 61.6300 | 47,783.85 | - 1,253.20 - 1,253.20 | .00 | 0.00 |
| *Diversified Commercial Svcs* | | | | | | |
| Csw Industrials Inc 126402106   Asset Minor Code 42 | 225.000 | 61,546.50 273.5400 | 60,276.55 | 1,269.95 1,269.95 | .00 | 0.39 |
| *Employment Services* | | | | | | |
| Trinet Group Inc 896288107   Asset Minor Code 42 | 1,155.000 | 83,645.10 72.4200 | 86,413.24 | - 2,768.14 5,774.98 | .00 | 1.52 |
| *Environmental Services* | | | | | | |
| Clean Hbrs Inc 184496107   Asset Minor Code 42 | 510.000 | 123,527.10 242.2100 | 110,468.44 | 13,058.66 1,650.08 | .00 | 0.00 |
| *Industrial MacHinery* | | | | | | |
| Jbt Marel Corporation Com 477839104   Asset Minor Code 42 | 835.000 | 119,647.15 143.2900 | 100,520.30 | 19,126.85 3,607.93 | 83.50 | 0.28 |

R1910

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████ 3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Lincoln Elec Hldgs Inc 533900106   Asset Minor Code 42 | 460.000 | 111,609.80 242.6300 | 87,230.51 | 24,379.29 - 385.28 | .00 | 1.24 |
| Mueller Inds Inc 624756102   Asset Minor Code 42 | 775.000 | 74,353.50 95.9400 | 69,059.74 | 5,293.76 6,975.70 | .00 | 1.04 |
| Valmont Inds Inc 920253101   Asset Minor Code 42 | 315.000 | 115,642.80 367.1200 | 83,316.74 | 32,326.06 998.55 | .00 | 0.74 |
| Watts Water Technologies Cl A 942749102   Asset Minor Code 42 | 245.000 | 67,840.50 276.9000 | 49,983.07 | 17,857.43 3,572.10 | 127.40 | 0.75 |
| *Total Industrial MacHinery* | *2,630.000* | *489,093.75* | *390,110.36* | *98,983.39 14,769.00* | *210.90* | *0.78* |
| *Marine* | | | | | | |
| Kirby Corp Com 497266106   Asset Minor Code 42 | 240.000 | 23,328.00 97.2000 | 23,863.84 | - 535.84 4,453.10 | .00 | 0.00 |
| *Trading Co & Distributors* | | | | | | |
| G A T X Corp 361448103   Asset Minor Code 42 | 735.000 | 123,707.85 168.3100 | 94,336.85 | 29,371.00 11,530.82 | .00 | 1.45 |
| Wesco Intl Inc 95082P105   Asset Minor Code 42 | 725.000 | 159,384.00 219.8400 | 125,545.81 | 33,838.19 5,874.51 | .00 | 0.83 |
| *Total Trading Co & Distributors* | *1,460.000* | *283,091.85* | *219,882.66* | *63,209.19 17,405.33* | *.00* | *1.09* |
| *Trucking* | | | | | | |

R1911

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▇▇▇▇3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Herc Holdings Inc 42704L104   Asset Minor Code 42 | 745.000 | 97,438.55 130.7900 | 97,522.67 | - 84.12 10,229.70 | 521.50 | 2.14 |
| Rush Enterprises Inc 781846209   Asset Minor Code 42 | 1,905.000 | 109,347.00 57.4000 | 80,384.17 | 28,962.83 6,196.52 | 361.95 | 1.32 |
| *Total Trucking* | *2,650.000* | *206,785.55* | *177,906.84* | *28,878.71* *16,426.22* | *883.45* | *1.70* |
| **Total Industrials** | **13,565.000** | **1,544,414.50** | **1,307,629.62** | **236,784.88** **72,619.80** | **1,094.35** | **0.85** |
| **Information Technology** | | | | | | |
| *Communications Equipment* | | | | | | |
| Ciena Corp 171779309   Asset Minor Code 42 | 830.000 | 77,995.10 93.9700 | 51,599.95 | 26,395.15 937.90 | .00 | 0.00 |
| *Electronic Manufacturing Svcs* | | | | | | |
| Sanmina Corp 801056102   Asset Minor Code 42 | 535.000 | 62,873.20 117.5200 | 62,814.22 | 58.98 58.98 | .00 | 0.00 |
| *Electronics Equipmt Mfr.* | | | | | | |
| Nextracker Inc Class A Com 65290E101   Asset Minor Code 42 | 370.000 | 24,886.20 67.2600 | 24,464.07 | 422.13 3,343.12 | .00 | 0.00 |
| **Total Information Technology** | **1,735.000** | **165,754.50** | **138,878.24** | **26,876.26** **4,340.00** | **.00** | **0.00** |

**Materials**

*Commodity Chemicals*

R1912

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Hawkins Inc 420261109   Asset Minor Code 42 | 540.000 | 90,358.20 167.3300 | 64,882.36 | 25,475.84 - 548.73 | .00 | 0.45 |
| Valvoline Inc 92047W101   Asset Minor Code 42 | 3,690.000 | 143,098.20 38.7800 | 132,370.16 | 10,728.04 12,974.47 | .00 | 0.00 |
| *Total Commodity Chemicals* | *4,230.000* | *233,456.40* | *197,252.52* | *36,203.88* *12,425.74* | *.00* | *0.17* |
| *Construction Materials* | | | | | | |
| Eagle Materials Inc 26969P108   Asset Minor Code 42 | 530.000 | 122,377.00 230.9000 | 120,479.59 | 1,897.41 3,181.81 | .00 | 0.43 |
| *Gold* | | | | | | |
| Permian Resources Corp Class A 71424F105   Asset Minor Code 42 | 4,755.000 | 67,948.95 14.2900 | 66,374.35 | 1,574.60 635.45 | .00 | 4.20 |
| *Metal And Glass Containers* | | | | | | |
| Silgan Hldgs Inc 827048109   Asset Minor Code 42 | 1,355.000 | 63,576.60 46.9200 | 67,209.86 | - 3,633.26 1,272.49 | .00 | 1.71 |
| *Specialty Chemicals* | | | | | | |
| Element Solutions Inc 28618M106   Asset Minor Code 42 | 6,565.000 | 168,851.80 25.7200 | 133,459.42 | 35,392.38 13,512.81 | .00 | 1.24 |
| *Steel* | | | | | | |
| Commercial Metals Co Com 201723103   Asset Minor Code 42 | 1,365.000 | 78,719.55 57.6700 | 74,758.93 | 3,960.62 3,960.62 | .00 | 1.25 |

R1913

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ■■■■■8804

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Total Materials** | **18,800.000** | **734,930.30** | **659,534.67** | **75,395.63**<br>**34,988.92** | **.00** | **1.08** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Nnn Reit Inc<br>637417106 Asset Minor Code 42 | .000 | .00<br>42.9100 | .00 | .00<br>- 3,728.70 | .00 | 0.00 |
| Stag<br>Industrial Inc<br>85254J102 Asset Minor Code 42 | 2,990.000 | 110,181.50<br>36.8500 | 97,789.13 | 12,392.37<br>7,530.05 | 371.26 | 4.04 |
| *Total Real Estate Investment Trust* | *2,990.000* | *110,181.50* | *97,789.13* | *12,392.37*<br>*3,801.35* | *371.26* | *4.04* |
| **Total Real Estate** | **2,990.000** | **110,181.50** | **97,789.13** | **12,392.37**<br>**3,801.35** | **371.26** | **4.04** |
| **Utilities** | | | | | | |
| *Gas Utilities* | | | | | | |
| Spire Inc<br>84857L101 Asset Minor Code 42 | 1,495.000 | 114,517.00<br>76.6000 | 110,197.93 | 4,319.07<br>3,178.04 | .00 | 4.10 |
| *Total Gas Utilities* | *1,495.000* | *114,517.00* | *110,197.93* | *4,319.07*<br>*3,178.04* | *.00* | *4.09* |
| **Total Utilities** | **1,495.000** | **114,517.00** | **110,197.93** | **4,319.07**<br>**3,178.04** | **.00** | **4.09** |
| **Total Domestic Common Stocks** | **87,785.000** | **5,113,023.00** | **4,394,737.08** | **718,285.92**<br>**148,623.76** | **4,675.80** | **1.76** |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/<br>FACE AMOUNT | MARKET<br>PRICE/UNIT | FEDERAL<br>TAX COST | UNREALIZED<br>GAIN (LOSS)<br>SINCE INCEPTION/<br>CURRENT PERIOD | ENDING<br>ACCRUAL | YIELD ON<br>MARKET |
|---|---|---|---|---|---|---|
| **Foreign Stocks** | | | | | | |
| **Consumer Discretionary** | | | | | | |
| *Apparl Accessories & Lxry Gds* | | | | | | |
| Gildan<br>Activewear Inc Com<br>375916103   Asset Minor Code 53 | 1,455.000 | 79,443.00<br>54.6000 | 67,347.29 | 12,095.71<br>- 1,044.83 | 447.48 | 1.66 |
| **Total Consumer Discretionary** | **1,455.000** | **79,443.00** | **67,347.29** | **12,095.71**<br>**- 1,044.83** | **447.48** | **1.65** |
| **Information Technology** | | | | | | |
| *Electronics Equipmt Mfr.* | | | | | | |
| Celestica Inc<br>Com<br>15101Q207   Asset Minor Code 53 | .000 | .00<br>194.7500 | .00 | .00<br>- 36,131.51 | .00 | 0.00 |
| **Total Information Technology** | **.000** | **.00** | **.00** | **.00**<br>**- 36,131.51** | **.00** | **0.00** |
| **Real Estate** | | | | | | |
| *Real Estate Investment Trust* | | | | | | |
| Cushman<br>Wakefield Plc<br>G2717B108   Asset Minor Code 53 | 13,900.000 | 219,203.00<br>15.7700 | 149,471.46 | 69,731.54<br>49,701.10 | .00 | 0.00 |
| **Total Real Estate** | **13,900.000** | **219,203.00** | **149,471.46** | **69,731.54**<br>**49,701.10** | **.00** | **0.00** |
| **Total Foreign Stocks** | **15,355.000** | **298,646.00** | **216,818.75** | **81,827.25**<br>**12,524.76** | **447.48** | **0.44** |

R1915

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▉▉▉3804

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Ishares Russell 2000 Value Etf 464287630  Asset Minor Code 94 | 4,695.000 | 817,258.65 174.0700 | 759,701.48 | 57,557.17 70,695.09 | .00 | 1.67 |
| **Total Mutual Funds-Equity** | **4,695.000** | **817,258.65** | **759,701.48** | **57,557.17** **70,695.09** | **.00** | **1.67** |
| **Total Mutual Funds** | **4,695.000** | **817,258.65** | **759,701.48** | **57,557.17** **70,695.09** | **.00** | **1.67** |
| **Total Assets** | **265,316.780** | **6,381,084.90** | **5,523,414.56** | **857,670.34** **231,843.61** | **5,693.63** | **1.75** |
| **Accrued Income** | **.000** | **5,693.63** | **5,693.63** | | | |
| **Grand Total** | **265,316.780** | **6,386,778.53** | **5,529,108.19** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated less frequently than statement generation.

R1916

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## ASSET DETAIL MESSAGES (continued)

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 157,481.780 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 348.10 | 570.35 | 348.10 | 570.35 |
| **Total Cash And Equivalents** | | | | | **348.10** | **570.35** | **348.10** | **570.35** |
| **Domestic Common Stocks** | | | | | | | | |
| 3,695.000 | Artisan Partners Asset Manag 04316A108 | 08/15/25 | 08/29/25 | 3.07 | .00 | 2,697.35 | 2,697.35 | .00 |
| 870.000 | Coca Cola Bottling Co Cons 191098102 | 07/25/25 | 08/08/25 | 1.00 | 182.50 | .00 | 182.50 | .00 |
| 1,345.000 | Cullen Frost Bankers Inc 229899109 | 08/29/25 | 09/15/25 | 4.00 | .00 | 1,345.00 | .00 | 1,345.00 |
| 540.000 | Hawkins Inc 420261109 | 08/15/25 | 08/29/25 | 0.76 | .00 | 102.60 | 102.60 | .00 |
| 745.000 | Herc Holdings Inc 42704L104 | 08/22/25 | 09/05/25 | 2.80 | .00 | 521.50 | .00 | 521.50 |
| 1,850.000 | Hexcel Corp New Com 428291108 | 08/08/25 | 08/15/25 | 0.68 | .00 | 314.50 | 314.50 | .00 |
| 835.000 | Jbt Marel Corporation Com 477839104 | 08/18/25 | 09/02/25 | 0.40 | .00 | 83.50 | .00 | 83.50 |
| 1,285.000 | Matador Resources Co 576485205 | 08/15/25 | 09/05/25 | 1.25 | .00 | 401.56 | .00 | 401.56 |
| 2,545.000 | Murphy Oil Corp 626717102 | 08/18/25 | 09/02/25 | 1.30 | .00 | 827.13 | .00 | 827.13 |
| .000 | Nnn Reit Inc 637417106 | 07/31/25 | 08/15/25 | 2.40 | 1,080.00 | .00 | 1,080.00 | .00 |
| 2,265.000 | Northwest Natural Holding Co 66765N105 | 07/31/25 | 08/15/25 | 1.96 | 1,107.40 | .00 | 1,107.40 | .00 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 1,905.000 | Rush Enterprises Inc 781846209 | 08/12/25 | 09/12/25 | 0.76 | .00 | 361.95 | .00 | 361.95 |
| 1,675.000 | Selective Ins Group Inc 816300107 | 08/15/25 | 09/02/25 | 1.52 | .00 | 636.50 | .00 | 636.50 |
| 2,990.000 | Stag Industrial Inc 85254J102 | 08/29/25 | 09/15/25 | 1.49 | 370.02 | 371.26 | 370.02 | 371.26 |
| 245.000 | Watts Water Technologies Cl A 942749102 | 08/29/25 | 09/15/25 | 2.08 | .00 | 127.40 | .00 | 127.40 |
| 2,075.000 | Western Alliance Bancorporation 957638109 | 08/14/25 | 08/29/25 | 1.52 | .00 | 788.50 | 788.50 | .00 |
| 3,095.000 | Zions Bancorporation N A Com 989701107 | 08/14/25 | 08/21/25 | 1.80 | .00 | 1,392.75 | 1,392.75 | .00 |
| **Total Domestic Common Stocks** | | | | | **2,739.92** | **9,971.50** | **8,035.62** | **4,675.80** |
| **Foreign Stocks** | | | | | | | | |
| 1,455.000 | Gildan Activewear Inc Com 375916103 | 08/21/25 | 09/15/25 | 0.90 | .00 | 447.48 | .00 | 447.48 |
| **Total Foreign Stocks** | | | | | **.00** | **447.48** | **.00** | **447.48** |
| **Grand Total** | | | | | **3,088.02** | **10,989.33** | **8,383.72** | **5,693.63** |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 348.10 |
| **Total Interest** | | **348.10** |
| **Dividends** | | |
| **Artisan Partners Asset Manag 04316A108** | | |
| 08/29/2025 | 0.73 USD/Share On 3,695 Shares Due 8/29/25 | 2,697.35 |
| **Coca Cola Bottling Co Cons 191098102** | | |
| 08/08/2025 | 0.25 USD/Share On 730 Shares Due 8/8/25 | 182.50 |
| **Hawkins Inc 420261109** | | |
| 08/29/2025 | 0.19 USD/Share On 540 Shares Due 8/29/25 | 102.60 |
| **Hexcel Corp New Com 428291108** | | |
| 08/15/2025 | 0.17 USD/Share On 1,850 Shares Due 8/15/25 | 314.50 |
| **Nnn Reit Inc 637417106** | | |
| 08/15/2025 | 0.60 USD/Share On 1,800 Shares Due 8/15/25 | 1,080.00 |
| **Northwest Natural Holding Co 66765N105** | | |
| 08/15/2025 | 0.49 USD/Share On 2,260 Shares Due 8/15/25 | 1,107.40 |
| **Stag Industrial Inc 85254J102** | | |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/15/2025 | 0.124167 USD/Share On 2,980 Shares Due 8/15/25 | 370.02 |
| **Western Alliance Bancorporation 957638109** | | |
| 08/29/2025 | 0.38 USD/Share On 2,075 Shares Due 8/29/25 | 788.50 |
| **Zions Bancorporation N A Com 989701107** | | |
| 08/21/2025 | 0.45 USD/Share On 3,095 Shares Due 8/21/25 | 1,392.75 |
| **Total Dividends** | | **8,035.62** |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/08/2025 | Purchased 35,383.53 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/8/25 31846V567 | 35,383.530 | .00 | - 35,383.53 | 35,383.53 |
| 08/11/2025 | Purchased 25,802.84 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/11/25 31846V567 | 25,802.840 | .00 | - 25,802.84 | 25,802.84 |
| 08/12/2025 | Purchased 65,912.95 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | 65,912.950 | .00 | - 65,912.95 | 65,912.95 |
| 08/15/2025 | Purchased 41,484.66 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 41,484.660 | .00 | - 41,484.66 | 41,484.66 |
| 08/25/2025 | Purchased 28,597.02 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/25/25 31846V567 | 28,597.020 | .00 | - 28,597.02 | 28,597.02 |
| 08/26/2025 | Purchased 12,256.29 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/26/25 31846V567 | 12,256.290 | .00 | - 12,256.29 | 12,256.29 |
| 08/29/2025 | Purchased 18,959 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/29/25 31846V567 | 18,959.000 | .00 | - 18,959.00 | 18,959.00 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total First Am Govt Ob Fd Cl Z** | | **228,396.290** | **.00** | **- 228,396.29** | **228,396.29** |
| **Total Cash And Equivalents** | | **228,396.290** | **.00** | **- 228,396.29** | **228,396.29** |
| **Domestic Common Stock** | | | | | |
| 08/01/2025 | Purchased 235 Shares Of Adma Biologics Inc Trade Date 8/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114054 235 Shares At 19.14051064 USD 000899104 | 235.000 | 6.46 | - 4,504.48 | 4,504.48 |
| 08/01/2025 | Purchased 5 Shares Of Adma Biologics Inc Trade Date 8/1/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114050 5 Shares At 18.79 USD 000899104 | 5.000 | .14 | - 94.09 | 94.09 |
| 08/04/2025 | Purchased 110 Shares Of Adma Biologics Inc Trade Date 8/4/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114136 110 Shares At 19.867 USD 000899104 | 110.000 | 3.03 | - 2,188.40 | 2,188.40 |
| 08/07/2025 | Purchased 585 Shares Of Adma Biologics Inc Trade Date 8/7/25 Purchased Through Instinet Swift External Ref#: V1559T114293 585 Shares At 16.53769231 USD 000899104 | 585.000 | 2.93 | - 9,677.48 | 9,677.48 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/07/2025 | Purchased 125 Shares Of Adma Biologics Inc Trade Date 8/7/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114334 125 Shares At 15.59752 USD 000899104 | 125.000 | 3.44 | - 1,953.13 | 1,953.13 |
| **Total Adma Biologics Inc** | | **1,060.000** | **16.00** | **- 18,417.58** | **18,417.58** |
| 08/07/2025 | Purchased 5 Shares Of Antero Resources Corp Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114328 5 Shares At 33.15 USD 03674X106 | 5.000 | .03 | - 165.78 | 165.78 |
| **Total Antero Resources Corp** | | **5.000** | **.03** | **- 165.78** | **165.78** |
| 08/07/2025 | Purchased 15 Shares Of Artisan Partners Asset Manag Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114329 15 Shares At 45.23466667 USD 04316A108 | 15.000 | .08 | - 678.60 | 678.60 |
| **Total Artisan Partners Asset Manag** | | **15.000** | **.08** | **- 678.60** | **678.60** |
| 08/01/2025 | Purchased 135 Shares Of Cadence Bank Com Trade Date 8/1/25 Purchased Through Piper Sandler & Co Swift External Ref#: V1559T114033 135 Shares At 33.66207407 USD 12740C103 | 135.000 | 2.70 | - 4,547.08 | 4,547.08 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/07/2025 | Purchased 45 Shares Of Cadence Bank Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114295 45 Shares At 34.14 USD 12740C103 | 45.000 | .23 | - 1,536.53 | 1,536.53 |
| 08/13/2025 | Purchased 30 Shares Of Cadence Bank Com Trade Date 8/13/25 Purchased Through Jefferies LLC Swift External Ref#: V1559T114630 30 Shares At 35.90 USD 12740C103 | 30.000 | .60 | - 1,077.60 | 1,077.60 |
| 08/13/2025 | Purchased 185 Shares Of Cadence Bank Com Trade Date 8/13/25 Purchased Through BofA Securities, Inc. Swift External Ref#: V1559T114636 185 Shares At 35.91681081 USD 12740C103 | 185.000 | 3.70 | - 6,648.31 | 6,648.31 |
| **Total Cadence Bank Com** | | **395.000** | **7.23** | **- 13,809.52** | **13,809.52** |
| 08/01/2025 | Purchased 60 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 8/1/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114041 60 Shares At 9.92416667 USD 12510Q100 | 60.000 | 1.65 | - 597.10 | 597.10 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▉▉▉3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------|------------|------|------------------|
| 08/01/2025 | Purchased 1,130 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 8/1/25 Purchased Through Jefferies LLC Swift External Ref#: V1559T114043 1,130 Shares At 9.99979646 USD 12510Q100 | 1,130.000 | 22.60 | - 11,322.37 | 11,322.37 |
| 08/07/2025 | Purchased 85 Shares Of Ccc Intelligent Solutions Hld Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114310 85 Shares At 9.62505882 USD 12510Q100 | 85.000 | .43 | - 818.56 | 818.56 |
| **Total Ccc Intelligent Solutions Hld Com** | | **1,275.000** | **24.68** | **- 12,738.03** | **12,738.03** |
| 08/13/2025 | Purchased 50 Shares Of Clean Hbrs Inc Trade Date 8/13/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114626 50 Shares At 249.5506 USD 184496107 | 50.000 | 1.38 | - 12,478.91 | 12,478.91 |
| 08/14/2025 | Purchased 5 Shares Of Clean Hbrs Inc Trade Date 8/14/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114723 5 Shares At 248.878 USD 184496107 | 5.000 | .14 | - 1,244.53 | 1,244.53 |

R1926

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/14/2025 | Purchased 5<br>Shares Of<br>Clean Hbrs Inc<br>Trade Date 8/14/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: V1559T114721<br>5 Shares At 249.326 USD<br>184496107 | 5.000 | .14 | - 1,246.77 | 1,246.77 |
| 08/14/2025 | Purchased 65<br>Shares Of<br>Clean Hbrs Inc<br>Trade Date 8/14/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114725<br>65 Shares At 247.97184615 USD<br>184496107 | 65.000 | 1.79 | - 16,119.96 | 16,119.96 |
| **Total Clean Hbrs Inc** | | **125.000** | **3.45** | **- 31,090.17** | **31,090.17** |
| 08/01/2025 | Purchased 5<br>Shares Of<br>Coca Cola Bottling Co Cons<br>Trade Date 8/1/25<br>Purchased Through Stifel, Nicolaus & Co.,Inc.<br>Swift External Ref#: V1559T114040<br>5 Shares At 111.894 USD<br>191098102 | 5.000 | .14 | - 559.61 | 559.61 |
| 08/01/2025 | Purchased 55<br>Shares Of<br>Coca Cola Bottling Co Cons<br>Trade Date 8/1/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114052<br>55 Shares At 111.96036364 USD<br>191098102 | 55.000 | 1.51 | - 6,159.33 | 6,159.33 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| 08/07/2025 | Purchased 10 Shares Of Coca Cola Bottling Co Cons Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114326 10 Shares At 114.025 USD 191098102 | 10.000 | .05 | - 1,140.30 | 1,140.30 |
| **Total Coca Cola Bottling Co Cons** | | **70.000** | **1.70** | **- 7,859.24** | **7,859.24** |
| 08/07/2025 | Purchased 5 Shares Of Coherent Corp Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114330 5 Shares At 113.39 USD 19247G107 | 5.000 | .03 | - 566.98 | 566.98 |
| 08/14/2025 | Purchased 170 Shares Of Coherent Corp Trade Date 8/14/25 Purchased Through Instinet Swift External Ref#: V1559T114722 170 Shares At 88.50258824 USD 19247G107 | 170.000 | .85 | - 15,046.29 | 15,046.29 |
| **Total Coherent Corp** | | **175.000** | **.88** | **- 15,613.27** | **15,613.27** |
| 08/07/2025 | Purchased 10 Shares Of Comerica Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114301 10 Shares At 65.95 USD 200340107 | 10.000 | .05 | - 659.55 | 659.55 |
| **Total Comerica Inc** | | **10.000** | **.05** | **- 659.55** | **659.55** |

R1928

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/06/2025 | Purchased 55 Shares Of Commercial Metals Co Com Trade Date 8/6/25 Purchased Through Instinet Swift External Ref#: V1559T114240 55 Shares At 52.00872727 USD 201723103 | 55.000 | 1.51 | - 2,861.99 | 2,861.99 |
| 08/06/2025 | Purchased 30 Shares Of Commercial Metals Co Com Trade Date 8/6/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114239 30 Shares At 51.939 USD 201723103 | 30.000 | .83 | - 1,559.00 | 1,559.00 |
| 08/07/2025 | Purchased 105 Shares Of Commercial Metals Co Com Trade Date 8/7/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114337 105 Shares At 53.05047619 USD 201723103 | 105.000 | 2.89 | - 5,573.19 | 5,573.19 |
| 08/07/2025 | Purchased 325 Shares Of Commercial Metals Co Com Trade Date 8/7/25 Purchased Through Instinet Swift External Ref#: V1559T114338 325 Shares At 53.04021538 USD 201723103 | 325.000 | 1.63 | - 17,239.70 | 17,239.70 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/08/2025 | Purchased 135 Shares Of Commercial Metals Co Com Trade Date 8/8/25 Purchased Through Instinet Swift External Ref#: V1559T114444 135 Shares At 54.01651852 USD 201723103 | 135.000 | .68 | - 7,292.91 | 7,292.91 |
| 08/11/2025 | Purchased 165 Shares Of Commercial Metals Co Com Trade Date 8/11/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114501 165 Shares At 53.16551515 USD 201723103 | 165.000 | 4.54 | - 8,776.85 | 8,776.85 |
| 08/13/2025 | Purchased 125 Shares Of Commercial Metals Co Com Trade Date 8/13/25 Purchased Through Oppenheimer & Co. Inc. Swift External Ref#: V1559T114625 125 Shares At 57.65808 USD 201723103 | 125.000 | 2.50 | - 7,209.76 | 7,209.76 |
| 08/13/2025 | Purchased 180 Shares Of Commercial Metals Co Com Trade Date 8/13/25 Purchased Through Jefferies LLC Swift External Ref#: V1559T114637 180 Shares At 57.836 USD 201723103 | 180.000 | 3.60 | - 10,414.08 | 10,414.08 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/15/2025 | Purchased 45 Shares Of Commercial Metals Co Com Trade Date 8/15/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114809 45 Shares At 56.47622222 USD 201723103 | 45.000 | 1.24 | - 2,542.67 | 2,542.67 |
| 08/18/2025 | Purchased 200 Shares Of Commercial Metals Co Com Trade Date 8/18/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114868 200 Shares At 56.4164 USD 201723103 | 200.000 | 5.50 | - 11,288.78 | 11,288.78 |
| **Total Commercial Metals Co Com** | | **1,365.000** | **24.92** | **- 74,758.93** | **74,758.93** |
| 08/07/2025 | Purchased 25 Shares Of Csw Industrials Inc Trade Date 8/7/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114336 25 Shares At 255.1148 USD 126402106 | 25.000 | .69 | - 6,378.56 | 6,378.56 |
| 08/07/2025 | Purchased 40 Shares Of Csw Industrials Inc Trade Date 8/7/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114339 40 Shares At 255.54175 USD 126402106 | 40.000 | 1.10 | - 10,222.77 | 10,222.77 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/08/2025 | Purchased 25 Shares Of Csw Industrials Inc Trade Date 8/8/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114443 25 Shares At 261.104 USD 126402106 | 25.000 | .69 | - 6,528.29 | 6,528.29 |
| 08/11/2025 | Purchased 30 Shares Of Csw Industrials Inc Trade Date 8/11/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114502 30 Shares At 263.83466667 USD 126402106 | 30.000 | .83 | - 7,915.87 | 7,915.87 |
| 08/11/2025 | Purchased 10 Shares Of Csw Industrials Inc Trade Date 8/11/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114500 10 Shares At 262.205 USD 126402106 | 10.000 | .28 | - 2,622.33 | 2,622.33 |
| 08/12/2025 | Purchased 35 Shares Of Csw Industrials Inc Trade Date 8/12/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114568 35 Shares At 273.96542857 USD 126402106 | 35.000 | .96 | - 9,589.75 | 9,589.75 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/13/2025 | Purchased 20 Shares Of Csw Industrials Inc Trade Date 8/13/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114624 20 Shares At 282.563 USD 126402106 | 20.000 | .55 | - 5,651.81 | 5,651.81 |
| 08/14/2025 | Purchased 40 Shares Of Csw Industrials Inc Trade Date 8/14/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114719 40 Shares At 284.15175 USD 126402106 | 40.000 | 1.10 | - 11,367.17 | 11,367.17 |
| **Total Csw Industrials Inc** | | **225.000** | **6.20** | **- 60,276.55** | **60,276.55** |
| 08/01/2025 | Purchased 45 Shares Of Cullen Frost Bankers Inc Trade Date 8/1/25 Purchased Through Oppenheimer & Co. Inc. Swift External Ref#: V1559T114039 45 Shares At 124.134 USD 229899109 | 45.000 | .90 | - 5,586.93 | 5,586.93 |
| 08/07/2025 | Purchased 10 Shares Of Cullen Frost Bankers Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114303 10 Shares At 122.615 USD 229899109 | 10.000 | .05 | - 1,226.20 | 1,226.20 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/13/2025 | Purchased 50<br>Shares Of<br>Cullen Frost Bankers Inc<br>Trade Date 8/13/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114623<br>50 Shares At 125.61 USD<br>229899109 | 50.000 | 1.38 | - 6,281.88 | 6,281.88 |
| 08/13/2025 | Purchased 35<br>Shares Of<br>Cullen Frost Bankers Inc<br>Trade Date 8/13/25<br>Purchased Through Morgan Stanley & Co. LLC<br>Swift External Ref#: V1559T114627<br>35 Shares At 125.65 USD<br>229899109 | 35.000 | .96 | - 4,398.71 | 4,398.71 |
| **Total Cullen Frost Bankers Inc** | | **140.000** | **3.29** | **- 17,493.72** | **17,493.72** |
| 08/15/2025 | Purchased 35<br>Shares Of<br>Eagle Materials Inc<br>Trade Date 8/15/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T114806<br>35 Shares At 233.47028571 USD<br>26969P108 | 35.000 | .18 | - 8,171.64 | 8,171.64 |
| **Total Eagle Materials Inc** | | **35.000** | **.18** | **- 8,171.64** | **8,171.64** |
| 08/01/2025 | Purchased 40<br>Shares Of<br>Element Solutions Inc<br>Trade Date 8/1/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114031<br>40 Shares At 23.2525 USD<br>28618M106 | 40.000 | 1.10 | - 931.20 | 931.20 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased 170<br>Shares Of<br>Element Solutions Inc<br>Trade Date 8/1/25<br>Purchased Through Piper Sandler & Co<br>Swift External Ref#: V1559T114032<br>170 Shares At 23.43388235 USD<br>28618M106 | 170.000 | 3.40 | - 3,987.16 | 3,987.16 |
| 08/07/2025 | Purchased 60<br>Shares Of<br>Element Solutions Inc<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114309<br>60 Shares At 23.6155 USD<br>28618M106 | 60.000 | .30 | - 1,417.23 | 1,417.23 |
| 08/19/2025 | Purchased 270<br>Shares Of<br>Element Solutions Inc<br>Trade Date 8/19/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114927<br>270 Shares At 25.2072963 USD<br>28618M106 | 270.000 | 7.43 | - 6,813.40 | 6,813.40 |
| **Total Element Solutions Inc** | | **540.000** | **12.23** | **- 13,148.99** | **13,148.99** |
| 08/01/2025 | Purchased 35<br>Shares Of<br>G A T X Corp<br>Trade Date 8/1/25<br>Purchased Through J.P. Morgan Securities LLC<br>Swift External Ref#: V1559T114044<br>35 Shares At 151.36657143 USD<br>361448103 | 35.000 | .70 | - 5,298.53 | 5,298.53 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| 08/07/2025 | Purchased 5 Shares Of G A T X Corp Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114323 5 Shares At 151.785 USD 361448103 | 5.000 | .03 | - 758.95 | 758.95 |
| **Total G A T X Corp** | | **40.000** | **.73** | **- 6,057.48** | **6,057.48** |
| 08/07/2025 | Purchased 5 Shares Of Gxo Logistics Incorporated Common Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114300 5 Shares At 51.46 USD 36262G101 | 5.000 | .03 | - 257.33 | 257.33 |
| **Total Gxo Logistics Incorporated Common** | | **5.000** | **.03** | **- 257.33** | **257.33** |
| 08/01/2025 | Purchased 40 Shares Of Hanover Ins Group Inc Trade Date 8/1/25 Purchased Through Oppenheimer & Co. Inc. Swift External Ref#: V1559T114051 40 Shares At 167.99225 USD 410867105 | 40.000 | .80 | - 6,720.49 | 6,720.49 |
| 08/07/2025 | Purchased 5 Shares Of Hanover Ins Group Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114307 5 Shares At 169.12 USD 410867105 | 5.000 | .03 | - 845.63 | 845.63 |
| **Total Hanover Ins Group Inc** | | **45.000** | **.83** | **- 7,566.12** | **7,566.12** |

R1936

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased 50 Shares Of Herc Holdings Inc Trade Date 8/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114034 50 Shares At 113.7156 USD 42704L104 | 50.000 | 1.38 | - 5,687.16 | 5,687.16 |
| 08/07/2025 | Purchased 5 Shares Of Herc Holdings Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114315 5 Shares At 111.93 USD 42704L104 | 5.000 | .03 | - 559.68 | 559.68 |
| 08/13/2025 | Purchased 20 Shares Of Herc Holdings Inc Trade Date 8/13/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114632 20 Shares At 123.656 USD 42704L104 | 20.000 | .55 | - 2,473.67 | 2,473.67 |
| 08/14/2025 | Purchased 25 Shares Of Herc Holdings Inc Trade Date 8/14/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114720 25 Shares At 125.808 USD 42704L104 | 25.000 | .69 | - 3,145.89 | 3,145.89 |
| **Total Herc Holdings Inc** | | **100.000** | **2.65** | **- 11,866.40** | **11,866.40** |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/07/2025 | Purchased 5 Shares Of Hexcel Corp New Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114322 5 Shares At 61.00 USD 428291108 | 5.000 | .03 | - 305.03 | 305.03 |
| **Total Hexcel Corp New Com** | | **5.000** | **.03** | **- 305.03** | **305.03** |
| 08/07/2025 | Purchased 5 Shares Of Installed Building Products Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114318 5 Shares At 253.66 USD 45780R101 | 5.000 | .03 | - 1,268.33 | 1,268.33 |
| **Total Installed Building Products** | | **5.000** | **.03** | **- 1,268.33** | **1,268.33** |
| 08/07/2025 | Purchased 5 Shares Of Jbt Marel Corporation Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114312 5 Shares At 133.84 USD 477839104 | 5.000 | .03 | - 669.23 | 669.23 |
| **Total Jbt Marel Corporation Com** | | **5.000** | **.03** | **- 669.23** | **669.23** |
| 08/07/2025 | Purchased 5 Shares Of Kirby Corp Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114313 5 Shares At 100.54 USD 497266106 | 5.000 | .03 | - 502.73 | 502.73 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Kirby Corp Com** | | **5.000** | **.03** | **- 502.73** | **502.73** |
| 08/07/2025 | Purchased 5<br>Shares Of<br>Lincoln Elec Hldgs Inc<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114320<br>5 Shares At 240.51 USD<br>533900106 | 5.000 | .03 | - 1,202.58 | 1,202.58 |
| **Total Lincoln Elec Hldgs Inc** | | **5.000** | **.03** | **- 1,202.58** | **1,202.58** |
| 08/07/2025 | Purchased 5<br>Shares Of<br>Matador Resources Co<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114327<br>5 Shares At 46.246 USD<br>576485205 | 5.000 | .03 | - 231.26 | 231.26 |
| **Total Matador Resources Co** | | **5.000** | **.03** | **- 231.26** | **231.26** |
| 08/15/2025 | Purchased 190<br>Shares Of<br>Meritage Homes Corporation<br>Trade Date 8/15/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114807<br>190 Shares At 76.92478947 USD<br>59001A102 | 190.000 | 5.23 | - 14,620.94 | 14,620.94 |
| 08/18/2025 | Purchased 265<br>Shares Of<br>Meritage Homes Corporation<br>Trade Date 8/18/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114869<br>265 Shares At 77.15939623 USD<br>59001A102 | 265.000 | 7.29 | - 20,454.53 | 20,454.53 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/19/2025 | Purchased 30 Shares Of Meritage Homes Corporation Trade Date 8/19/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114926 30 Shares At 78.31433333 USD 59001A102 | 30.000 | .83 | - 2,350.26 | 2,350.26 |
| 08/19/2025 | Purchased 110 Shares Of Meritage Homes Corporation Trade Date 8/19/25 Purchased Through Instinet Swift External Ref#: V1559T114930 110 Shares At 78.11872727 USD 59001A102 | 110.000 | 3.03 | - 8,596.09 | 8,596.09 |
| **Total Meritage Homes Corporation** | | **595.000** | **16.38** | **- 46,021.82** | **46,021.82** |
| 08/19/2025 | Purchased 75 Shares Of Molina Healthcare Inc Trade Date 8/19/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114931 75 Shares At 173.4664 USD 60855R100 | 75.000 | 2.06 | - 13,012.04 | 13,012.04 |
| 08/20/2025 | Purchased 290 Shares Of Molina Healthcare Inc Trade Date 8/20/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114997 290 Shares At 176.34110345 USD 60855R100 | 290.000 | 7.98 | - 51,146.90 | 51,146.90 |
| **Total Molina Healthcare Inc** | | **365.000** | **10.04** | **- 64,158.94** | **64,158.94** |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▆▆▆▆3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| 08/07/2025 | Purchased 5<br>Shares Of<br>Mueller Inds Inc<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114314<br>5 Shares At 87.89 USD<br>624756102 | 5.000 | .03 | - 439.48 | 439.48 |
| 08/13/2025 | Purchased 55<br>Shares Of<br>Mueller Inds Inc<br>Trade Date 8/13/25<br>Purchased Through Cantor Fitzgerald & Co.<br>Swift External Ref#: V1559T114622<br>55 Shares At 92.89563636 USD<br>624756102 | 55.000 | 1.10 | - 5,110.36 | 5,110.36 |
| 08/19/2025 | Purchased 105<br>Shares Of<br>Mueller Inds Inc<br>Trade Date 8/19/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T114929<br>105 Shares At 92.87361905 USD<br>624756102 | 105.000 | .53 | - 9,752.26 | 9,752.26 |
| **Total Mueller Inds Inc** | | **165.000** | **1.66** | **- 15,302.10** | **15,302.10** |
| 08/07/2025 | Purchased 10<br>Shares Of<br>Murphy Oil Corp<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114298<br>10 Shares At 23.16 USD<br>626717102 | 10.000 | .05 | - 231.65 | 231.65 |
| **Total Murphy Oil Corp** | | **10.000** | **.05** | **- 231.65** | **231.65** |

R1941

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/07/2025 | Purchased 5<br>Shares Of<br>Nextracker Inc Class A Com<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114311<br>5 Shares At 55.63 USD<br>65290E101 | 5.000 | .03 | - 278.18 | 278.18 |
| **Total Nextracker Inc Class A Com** | | **5.000** | **.03** | **- 278.18** | **278.18** |
| 08/07/2025 | Purchased 10<br>Shares Of<br>Nnn Reit Inc<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114294<br>10 Shares At 42.015 USD<br>637417106 | 10.000 | .05 | - 420.20 | 420.20 |
| **Total Nnn Reit Inc** | | **10.000** | **.05** | **- 420.20** | **420.20** |
| 08/07/2025 | Purchased 5<br>Shares Of<br>Northwest Natural Holding Co<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114325<br>5 Shares At 40.13 USD<br>66765N105 | 5.000 | .03 | - 200.68 | 200.68 |
| **Total Northwest Natural Holding Co** | | **5.000** | **.03** | **- 200.68** | **200.68** |
| 08/07/2025 | Purchased 20<br>Shares Of<br>Permian Resources Corp Class A<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114302<br>20 Shares At 13.29 USD<br>71424F105 | 20.000 | .10 | - 265.90 | 265.90 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Permian Resources Corp Class A** | | **20.000** | **.10** | **- 265.90** | **265.90** |
| 08/01/2025 | Purchased 65 Shares Of Prosperity Bancshares Inc Trade Date 8/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114030 65 Shares At 65.076 USD 743606105 | 65.000 | 1.79 | - 4,231.73 | 4,231.73 |
| 08/07/2025 | Purchased 20 Shares Of Prosperity Bancshares Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114299 20 Shares At 65.40 USD 743606105 | 20.000 | .10 | - 1,308.10 | 1,308.10 |
| 08/13/2025 | Purchased 120 Shares Of Prosperity Bancshares Inc Trade Date 8/13/25 Purchased Through Cantor Fitzgerald & Co. Swift External Ref#: V1559T114628 120 Shares At 68.09058333 USD 743606105 | 120.000 | 2.40 | - 8,173.27 | 8,173.27 |
| **Total Prosperity Bancshares Inc** | | **205.000** | **4.29** | **- 13,713.10** | **13,713.10** |
| 08/27/2025 | Purchased 380 Shares Of Pvh Corporation Trade Date 8/27/25 Purchased Through BofA Securities, Inc. Swift External Ref#: V1559T115271 380 Shares At 80.99860526 USD 693656100 | 380.000 | 7.60 | - 30,787.07 | 30,787.07 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/27/2025 | Purchased 5 Shares Of Pvh Corporation Trade Date 8/27/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115270 5 Shares At 80.302 USD 693656100 | 5.000 | .14 | - 401.65 | 401.65 |
| **Total Pvh Corporation** | | **385.000** | **7.74** | **- 31,188.72** | **31,188.72** |
| 08/01/2025 | Purchased 20 Shares Of Rush Enterprises Inc Trade Date 8/1/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114047 20 Shares At 54.2775 USD 781846209 | 20.000 | .55 | - 1,086.10 | 1,086.10 |
| 08/01/2025 | Purchased 100 Shares Of Rush Enterprises Inc Trade Date 8/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114053 100 Shares At 53.9923 USD 781846209 | 100.000 | 2.75 | - 5,401.98 | 5,401.98 |
| 08/07/2025 | Purchased 20 Shares Of Rush Enterprises Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114304 20 Shares At 55.26 USD 781846209 | 20.000 | .10 | - 1,105.30 | 1,105.30 |
| **Total Rush Enterprises Inc** | | **140.000** | **3.40** | **- 7,593.38** | **7,593.38** |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/27/2025 | Purchased 70 Shares Of Sanmina Corp Trade Date 8/27/25 Purchased Through Instinet Swift External Ref#: V1559T115274 70 Shares At 116.13 USD 801056102 | 70.000 | .70 | - 8,129.80 | 8,129.80 |
| 08/27/2025 | Purchased 70 Shares Of Sanmina Corp Trade Date 8/27/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115272 70 Shares At 115.22514286 USD 801056102 | 70.000 | 1.93 | - 8,067.69 | 8,067.69 |
| 08/28/2025 | Purchased 55 Shares Of Sanmina Corp Trade Date 8/28/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T115352 55 Shares At 119.26363636 USD 801056102 | 55.000 | 1.51 | - 6,561.01 | 6,561.01 |
| 08/28/2025 | Purchased 80 Shares Of Sanmina Corp Trade Date 8/28/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115353 80 Shares At 118.762125 USD 801056102 | 80.000 | 2.20 | - 9,503.17 | 9,503.17 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ■■■■3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/29/2025 | Purchased 260 Shares Of Sanmina Corp Trade Date 8/29/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115430 260 Shares At 117.48230769 USD 801056102 | 260.000 | 7.15 | - 30,552.55 | 30,552.55 |
| **Total Sanmina Corp** | | **535.000** | **13.49** | **- 62,814.22** | **62,814.22** |
| 08/07/2025 | Purchased 5 Shares Of Selective Ins Group Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114333 5 Shares At 77.67 USD 816300107 | 5.000 | .03 | - 388.38 | 388.38 |
| **Total Selective Ins Group Inc** | | **5.000** | **.03** | **- 388.38** | **388.38** |
| 08/07/2025 | Purchased 5 Shares Of Silgan Hldgs Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114332 5 Shares At 46.89 USD 827048109 | 5.000 | .03 | - 234.48 | 234.48 |
| **Total Silgan Hldgs Inc** | | **5.000** | **.03** | **- 234.48** | **234.48** |
| 08/07/2025 | Purchased 5 Shares Of Spire Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114296 5 Shares At 75.726 USD 84857L101 | 5.000 | .03 | - 378.66 | 378.66 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Spire Inc** | | **5.000** | **.03** | **- 378.66** | **378.66** |
| 08/07/2025 | Purchased 10<br>Shares Of<br>Stag Industrial Inc<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114324<br>10 Shares At 34.80 USD<br>85254J102 | 10.000 | .05 | - 348.05 | 348.05 |
| **Total Stag Industrial Inc** | | **10.000** | **.05** | **- 348.05** | **348.05** |
| 08/15/2025 | Purchased 70<br>Shares Of<br>Taylor Morrison Home Corp A<br>Trade Date 8/15/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114808<br>70 Shares At 68.00471429 USD<br>87724P106 | 70.000 | 1.93 | - 4,762.26 | 4,762.26 |
| 08/18/2025 | Purchased 50<br>Shares Of<br>Taylor Morrison Home Corp A<br>Trade Date 8/18/25<br>Purchased Through Instinet<br>Swift External Ref#: V1559T114870<br>50 Shares At 68.044 USD<br>87724P106 | 50.000 | .50 | - 3,402.70 | 3,402.70 |
| 08/18/2025 | Purchased 290<br>Shares Of<br>Taylor Morrison Home Corp A<br>Trade Date 8/18/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114867<br>290 Shares At 68.119 USD<br>87724P106 | 290.000 | 7.98 | - 19,762.49 | 19,762.49 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/19/2025 | Purchased 40 Shares Of Taylor Morrison Home Corp A Trade Date 8/19/25 Purchased Through Piper Sandler & Co Swift External Ref#: V1559T114928 40 Shares At 69.24 USD 87724P106 | 40.000 | .80 | - 2,770.40 | 2,770.40 |
| 08/19/2025 | Purchased 5 Shares Of Taylor Morrison Home Corp A Trade Date 8/19/25 Purchased Through Instinet Swift External Ref#: V1559T114932 5 Shares At 69.116 USD 87724P106 | 5.000 | .05 | - 345.63 | 345.63 |
| 08/19/2025 | Purchased 215 Shares Of Taylor Morrison Home Corp A Trade Date 8/19/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114933 215 Shares At 69.2787907 USD 87724P106 | 215.000 | 5.91 | - 14,900.85 | 14,900.85 |
| **Total Taylor Morrison Home Corp A** | | **670.000** | **17.17** | **- 45,944.33** | **45,944.33** |
| 08/27/2025 | Purchased 215 Shares Of Trex Co Inc Com Trade Date 8/27/25 Purchased Through BofA Securities, Inc. Swift External Ref#: V1559T115275 215 Shares At 63.76348837 USD 89531P105 | 215.000 | 4.30 | - 13,713.45 | 13,713.45 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/27/2025 | Purchased 240 Shares Of Trex Co Inc Com Trade Date 8/27/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115276 240 Shares At 63.41229167 USD 89531P105 | 240.000 | 6.60 | - 15,225.55 | 15,225.55 |
| 08/27/2025 | Purchased 40 Shares Of Trex Co Inc Com Trade Date 8/27/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T115273 40 Shares At 63.826 USD 89531P105 | 40.000 | 1.10 | - 2,554.14 | 2,554.14 |
| 08/28/2025 | Purchased 15 Shares Of Trex Co Inc Com Trade Date 8/28/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T115351 15 Shares At 63.85533333 USD 89531P105 | 15.000 | .41 | - 958.24 | 958.24 |
| 08/28/2025 | Purchased 170 Shares Of Trex Co Inc Com Trade Date 8/28/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T115354 170 Shares At 62.68870588 USD 89531P105 | 170.000 | 4.68 | - 10,661.76 | 10,661.76 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | CASH | FEDERAL<br>TAX COST |
|------|-------------|------------------------|------------|------|---------------------|
| 08/29/2025 | Purchased 75<br>Shares Of<br>Trex Co Inc Com<br>Trade Date 8/29/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T115429<br>75 Shares At 62.24866667 USD<br>89531P105 | 75.000 | 2.06 | - 4,670.71 | 4,670.71 |
| **Total Trex Co Inc Com** | | **755.000** | **19.15** | **- 47,783.85** | **47,783.85** |
| 08/01/2025 | Purchased 95<br>Shares Of<br>Trinet Group Inc<br>Trade Date 8/1/25<br>Purchased Through Cantor Fitzgerald & Co.<br>Swift External Ref#: V1559T114048<br>95 Shares At 64.74073684 USD<br>896288107 | 95.000 | 1.90 | - 6,152.27 | 6,152.27 |
| 08/07/2025 | Purchased 10<br>Shares Of<br>Trinet Group Inc<br>Trade Date 8/7/25<br>Purchased Through Virtu Americas LLC<br>Swift External Ref#: V1559T114316<br>10 Shares At 63.79 USD<br>896288107 | 10.000 | .05 | - 637.95 | 637.95 |
| 08/13/2025 | Purchased 50<br>Shares Of<br>Trinet Group Inc<br>Trade Date 8/13/25<br>Purchased Through Liquidnet Inc<br>Swift External Ref#: V1559T114629<br>50 Shares At 66.0986 USD<br>896288107 | 50.000 | 1.38 | - 3,306.31 | 3,306.31 |

R1950

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/14/2025 | Purchased 30 Shares Of Trinet Group Inc Trade Date 8/14/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114718 30 Shares At 66.56866667 USD 896288107 | 30.000 | .83 | - 1,997.89 | 1,997.89 |
| **Total Trinet Group Inc** | | **185.000** | **4.16** | **- 12,094.42** | **12,094.42** |
| 08/07/2025 | Purchased 15 Shares Of Valvoline Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114305 15 Shares At 38.66 USD 92047W101 | 15.000 | .08 | - 579.98 | 579.98 |
| **Total Valvoline Inc** | | **15.000** | **.08** | **- 579.98** | **579.98** |
| 08/07/2025 | Purchased 15 Shares Of Warby Parker Inc Cl A Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114331 15 Shares At 23.27 USD 93403J106 | 15.000 | .08 | - 349.13 | 349.13 |
| 08/13/2025 | Purchased 55 Shares Of Warby Parker Inc Cl A Com Trade Date 8/13/25 Purchased Through William Blair & Company, L.L.C Swift External Ref#: V1559T114621 55 Shares At 25.05363636 USD 93403J106 | 55.000 | 1.10 | - 1,379.05 | 1,379.05 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/13/2025 | Purchased 225 Shares Of Warby Parker Inc Cl A Com Trade Date 8/13/25 Purchased Through Morgan Stanley & Co. LLC Swift External Ref#: V1559T114635 225 Shares At 24.88502222 USD 93403J106 | 225.000 | 6.19 | - 5,605.32 | 5,605.32 |
| **Total Warby Parker Inc Cl A Com** | | **295.000** | **7.37** | **- 7,333.50** | **7,333.50** |
| 08/01/2025 | Purchased 35 Shares Of Wesco Intl Inc Trade Date 8/1/25 Purchased Through Cantor Fitzgerald & Co. Swift External Ref#: V1559T114049 35 Shares At 203.13857143 USD 95082P105 | 35.000 | .70 | - 7,110.55 | 7,110.55 |
| 08/07/2025 | Purchased 10 Shares Of Wesco Intl Inc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114317 10 Shares At 204.60 USD 95082P105 | 10.000 | .05 | - 2,046.05 | 2,046.05 |
| 08/13/2025 | Purchased 15 Shares Of Wesco Intl Inc Trade Date 8/13/25 Purchased Through Instinet Swift External Ref#: V1559T114634 15 Shares At 212.43066667 USD 95082P105 | 15.000 | .08 | - 3,186.54 | 3,186.54 |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███████ 3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| 08/13/2025 | Purchased 45 Shares Of Wesco Intl Inc Trade Date 8/13/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114633 45 Shares At 212.77911111 USD 95082P105 | 45.000 | 1.24 | - 9,576.30 | 9,576.30 |
| **Total Wesco Intl Inc** | | **105.000** | **2.07** | **- 21,919.44** | **21,919.44** |
| 08/01/2025 | Purchased 55 Shares Of Western Alliance Bancorporation Trade Date 8/1/25 Purchased Through Jefferies LLC Swift External Ref#: V1559T114045 55 Shares At 75.65090909 USD 957638109 | 55.000 | 1.10 | - 4,161.90 | 4,161.90 |
| 08/07/2025 | Purchased 25 Shares Of Western Alliance Bancorporation Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114319 25 Shares At 78.64 USD 957638109 | 25.000 | .13 | - 1,966.13 | 1,966.13 |
| **Total Western Alliance Bancorporation** | | **80.000** | **1.23** | **- 6,128.03** | **6,128.03** |
| 08/01/2025 | Purchased 120 Shares Of Zions Bancorporation N A Com Trade Date 8/1/25 Purchased Through Liquidnet Inc Swift External Ref#: V1559T114035 120 Shares At 51.40416667 USD 989701107 | 120.000 | 3.30 | - 6,171.80 | 6,171.80 |

R1953

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/01/2025 | Purchased 5 Shares Of Zions Bancorporation N A Com Trade Date 8/1/25 Purchased Through Stifel, Nicolaus & Co.,Inc. Swift External Ref#: V1559T114042 5 Shares At 51.85 USD 989701107 | 5.000 | .14 | - 259.39 | 259.39 |
| 08/07/2025 | Purchased 25 Shares Of Zions Bancorporation N A Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114321 25 Shares At 51.29 USD 989701107 | 25.000 | .13 | - 1,282.38 | 1,282.38 |
| 08/13/2025 | Purchased 155 Shares Of Zions Bancorporation N A Com Trade Date 8/13/25 Purchased Through Oppenheimer & Co. Inc. Swift External Ref#: V1559T114631 155 Shares At 53.44470968 USD 989701107 | 155.000 | 3.10 | - 8,287.03 | 8,287.03 |
| **Total Zions Bancorporation N A Com** | | **305.000** | **6.67** | **- 16,000.60** | **16,000.60** |
| **Total Domestic Common Stock** | | **10,530.000** | **220.64** | **- 706,130.67** | **706,130.67** |
| **Foreign Stock** | | | | | |
| 08/07/2025 | Purchased 5 Shares Of Celestica Inc Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114308 5 Shares At 199.75 USD 15101Q207 | 5.000 | .03 | - 998.78 | 998.78 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Total Celestica Inc Com** | | **5.000** | **.03** | **- 998.78** | **998.78** |
| 08/07/2025 | Purchased 60 Shares Of Cushman Wakefield Plc Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114297 60 Shares At 13.20 USD G2717B108 | 60.000 | .30 | - 792.30 | 792.30 |
| **Total Cushman Wakefield Plc** | | **60.000** | **.30** | **- 792.30** | **792.30** |
| 08/01/2025 | Purchased 115 Shares Of Gildan Activewear Inc Com Trade Date 8/1/25 Purchased Through Piper Sandler & Co Swift External Ref#: V1559T114046 115 Shares At 51.0193913 USD 375916103 | 115.000 | 2.30 | - 5,869.53 | 5,869.53 |
| 08/07/2025 | Purchased 20 Shares Of Gildan Activewear Inc Com Trade Date 8/7/25 Purchased Through Virtu Americas LLC Swift External Ref#: V1559T114306 20 Shares At 52.16 USD 375916103 | 20.000 | .10 | - 1,043.30 | 1,043.30 |
| **Total Gildan Activewear Inc Com** | | **135.000** | **2.40** | **- 6,912.83** | **6,912.83** |
| **Total Foreign Stock** | | **200.000** | **2.73** | **- 8,703.91** | **8,703.91** |
| **Total Purchases** | | **239,126.290** | **223.37** | **- 943,230.87** | **943,230.87** |

R1955

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/01/2025 | Sold 22,427.19 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/1/25 31846V567 | - 22,427.190 | .00 | 22,427.19 | - 22,427.19 | .00 |
| 08/04/2025 | Sold 58,976.45 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | - 58,976.450 | .00 | 58,976.45 | - 58,976.45 | .00 |
| 08/05/2025 | Sold 2,188.4 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/5/25 31846V567 | - 2,188.400 | .00 | 2,188.40 | - 2,188.40 | .00 |
| 08/07/2025 | Sold 4,420.99 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/7/25 31846V567 | - 4,420.990 | .00 | 4,420.99 | - 4,420.99 | .00 |
| 08/13/2025 | Sold 9,589.75 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/13/25 31846V567 | - 9,589.750 | .00 | 9,589.75 | - 9,589.75 | .00 |
| 08/14/2025 | Sold 43,450.81 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/14/25 31846V567 | - 43,450.810 | .00 | 43,450.81 | - 43,450.81 | .00 |
| 08/18/2025 | Sold 30,097.51 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/18/25 31846V567 | - 30,097.510 | .00 | 30,097.51 | - 30,097.51 | .00 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/19/2025 | Sold 54,908.5 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/19/25 31846V567 | - 54,908.500 | .00 | 54,908.50 | - 54,908.50 | .00 |
| 08/20/2025 | Sold 47,820.3 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/20/25 31846V567 | - 47,820.300 | .00 | 47,820.30 | - 47,820.30 | .00 |
| 08/21/2025 | Sold 5,461.22 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/21/25 31846V567 | - 5,461.220 | .00 | 5,461.22 | - 5,461.22 | .00 |
| 08/28/2025 | Sold 950.71 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/28/25 31846V567 | - 950.710 | .00 | 950.71 | - 950.71 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 280,291.830** | **.00** | **280,291.83** | **- 280,291.83** | **.00** |
| **Total Cash And Equivalents** | | **- 280,291.830** | **.00** | **280,291.83** | **- 280,291.83** | **.00** |
| **Domestic Common Stock** | | | | | | |
| 08/27/2025 | Sold 435 Shares Of Adma Biologics Inc Trade Date 8/27/25 Sold Through BofA Securities, Inc. Paid 8.70 USD Brokerage Swift External Ref#: V1559T115282 435 Shares At 17.11009195 USD 000899104 | - 435.000 | 8.70 | 7,434.19 | - 9,203.30 | - 1,769.11 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/27/2025 | Sold 265 Shares Of Adma Biologics Inc Trade Date 8/27/25 Sold Through Liquidnet Inc Paid 7.29 USD Brokerage Swift External Ref#: V1559T115281 265 Shares At 17.20649057 USD 000899104 | - 265.000 | 7.29 | 4,552.43 | - 5,799.31 | - 1,246.88 |
| 08/28/2025 | Sold 735 Shares Of Adma Biologics Inc Trade Date 8/28/25 Sold Through Liquidnet Inc Paid 20.21 USD Brokerage Swift External Ref#: V1559T115355 735 Shares At 17.30639456 USD 000899104 | - 735.000 | 20.21 | 12,699.99 | - 16,139.70 | - 3,439.71 |
| 08/29/2025 | Sold 215 Shares Of Adma Biologics Inc Trade Date 8/29/25 Sold Through Liquidnet Inc Paid 5.91 USD Brokerage Swift External Ref#: V1559T115431 215 Shares At 17.27530233 USD 000899104 | - 215.000 | 5.91 | 3,708.28 | - 4,660.96 | - 952.68 |
| **Total Adma Biologics Inc** | | **- 1,650.000** | **42.11** | **28,394.89** | **- 35,803.27** | **- 7,408.38** |
| 08/11/2025 | Sold 10 Shares Of Coherent Corp Trade Date 8/11/25 Sold Through Stifel, Nicolaus & Co.,Inc. Paid 0.28 USD Brokerage Swift External Ref#: V1559T114503 10 Shares At 114.921 USD 19247G107 | - 10.000 | .28 | 1,148.93 | - 767.99 | 380.94 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/11/2025 | Sold 420 Shares Of Coherent Corp Trade Date 8/11/25 Sold Through Liquidnet Inc Paid 11.55 USD Brokerage Swift External Ref#: V1559T114507 420 Shares At 114.90640476 USD 19247G107 | - 420.000 | 11.55 | 48,249.14 | - 31,224.01 | 17,025.13 |
| **Total Coherent Corp** | | **- 430.000** | **11.83** | **49,398.07** | **- 31,992.00** | **17,406.07** |
| 08/13/2025 | Sold 40 Shares Of Hawkins Inc Trade Date 8/13/25 Sold Through Liquidnet Inc Paid 1.10 USD Brokerage Swift External Ref#: V1559T114642 40 Shares At 178.89525 USD 420261109 | - 40.000 | 1.10 | 7,154.71 | - 5,066.77 | 2,087.94 |
| 08/13/2025 | Sold 15 Shares Of Hawkins Inc Trade Date 8/13/25 Sold Through Morgan Stanley & Co. LLC Paid 0.41 USD Brokerage Swift External Ref#: V1559T114639 15 Shares At 180.15133333 USD 420261109 | - 15.000 | .41 | 2,701.86 | - 1,900.04 | 801.82 |
| 08/14/2025 | Sold 20 Shares Of Hawkins Inc Trade Date 8/14/25 Sold Through Liquidnet Inc Paid 0.55 USD Brokerage Swift External Ref#: V1559T114724 20 Shares At 175.253 USD 420261109 | - 20.000 | .55 | 3,504.51 | - 2,543.46 | 961.05 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Hawkins Inc** | | **- 75.000** | **2.06** | **13,361.08** | **- 9,510.27** | **3,850.81** |
| 08/08/2025 | Sold 45 Shares Of Installed Building Products Trade Date 8/8/25 Sold Through Liquidnet Inc Paid 1.24 USD Brokerage Swift External Ref#: V1559T114441 45 Shares At 256.83533333 USD 45780R101 | - 45.000 | 1.24 | 11,556.35 | - 3,733.88 | 7,822.47 |
| 08/08/2025 | Sold 110 Shares Of Installed Building Products Trade Date 8/8/25 Sold Through Instinet Paid 0.55 USD Brokerage Swift External Ref#: V1559T114442 110 Shares At 255.16581818 USD 45780R101 | - 110.000 | .55 | 28,067.69 | - 9,010.71 | 19,056.98 |
| 08/11/2025 | Sold 15 Shares Of Installed Building Products Trade Date 8/11/25 Sold Through Stifel, Nicolaus & Co.,Inc. Paid 0.41 USD Brokerage Swift External Ref#: V1559T114505 15 Shares At 251.59266667 USD 45780R101 | - 15.000 | .41 | 3,773.48 | - 1,299.53 | 2,473.95 |
| 08/11/2025 | Sold 95 Shares Of Installed Building Products Trade Date 8/11/25 Sold Through Liquidnet Inc Paid 2.61 USD Brokerage Swift External Ref#: V1559T114506 95 Shares At 250.88157895 USD 45780R101 | - 95.000 | 2.61 | 23,831.14 | - 9,655.15 | 14,175.99 |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04




ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|------|-------------|------------------------:|-----------:|------------------------:|--------------------:|----------------------:|
| 08/22/2025 | Sold 105<br>Shares Of<br>Installed Building Products<br>Trade Date 8/22/25<br>Sold Through Liquidnet Inc<br>Paid 2.89 USD Brokerage<br>Swift External Ref#: V1559T115110<br>105 Shares At 272.38009524 USD<br>45780R101 | - 105.000 | 2.89 | 28,597.02 | - 13,344.43 | 15,252.59 |
| 08/25/2025 | Sold 45<br>Shares Of<br>Installed Building Products<br>Trade Date 8/25/25<br>Sold Through Liquidnet Inc<br>Paid 1.24 USD Brokerage<br>Swift External Ref#: V1559T115164<br>45 Shares At 272.38955556 USD<br>45780R101 | - 45.000 | 1.24 | 12,256.29 | - 9,262.68 | 2,993.61 |
| 08/27/2025 | Sold 55<br>Shares Of<br>Installed Building Products<br>Trade Date 8/27/25<br>Sold Through Liquidnet Inc<br>Paid 1.51 USD Brokerage<br>Swift External Ref#: V1559T115280<br>55 Shares At 273.44927273 USD<br>45780R101 | - 55.000 | 1.51 | 15,038.20 | - 9,852.18 | 5,186.02 |
| 08/27/2025 | Sold 65<br>Shares Of<br>Installed Building Products<br>Trade Date 8/27/25<br>Sold Through Liquidnet Inc<br>Paid 1.79 USD Brokerage<br>Swift External Ref#: V1559T115279<br>65 Shares At 271.68123077 USD<br>45780R101 | - 65.000 | 1.79 | 17,657.49 | - 11,709.82 | 5,947.67 |

R1961

02503104
35- -01-B -62 -248-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▉▉▉3804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|------|-------------|--------------------:|-----------:|---------------------:|------------------:|-------------------:|
| 08/28/2025 | Sold 40<br>Shares Of<br>Installed Building Products<br>Trade Date 8/28/25<br>Sold Through Liquidnet Inc<br>Paid 1.10 USD Brokerage<br>Swift External Ref#: V1559T115356<br>40 Shares At 262.21425 USD<br>45780R101 | - 40.000 | 1.10 | 10,487.47 | - 7,441.95 | 3,045.52 |
| **Total Installed Building Products** | | **- 575.000** | **13.34** | **151,265.13** | **- 75,310.33** | **75,954.80** |
| 08/01/2025 | Sold 5<br>Shares Of<br>Jbt Marel Corporation Com<br>Trade Date 8/1/25<br>Sold Through Liquidnet Inc<br>Paid 0.14 USD Brokerage<br>Swift External Ref#: V1559T114055<br>5 Shares At 133.106 USD<br>477839104 | - 5.000 | .14 | 665.39 | - 602.16 | 63.23 |
| 08/01/2025 | Sold 60<br>Shares Of<br>Jbt Marel Corporation Com<br>Trade Date 8/1/25<br>Sold Through Jefferies LLC<br>Paid 1.20 USD Brokerage<br>Swift External Ref#: V1559T114058<br>60 Shares At 132.34383333 USD<br>477839104 | - 60.000 | 1.20 | 7,939.43 | - 7,358.85 | 580.58 |
| **Total Jbt Marel Corporation Com** | | **- 65.000** | **1.34** | **8,604.82** | **- 7,961.01** | **643.81** |

R1962

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/01/2025 | Sold 15 Shares Of Kirby Corp Com Trade Date 8/1/25 Sold Through Liquidnet Inc Paid 0.41 USD Brokerage Swift External Ref#: V1559T114057 15 Shares At 94.00 USD 497266106 | - 15.000 | .41 | 1,409.59 | - 1,055.47 | 354.12 |
| 08/01/2025 | Sold 285 Shares Of Kirby Corp Com Trade Date 8/1/25 Sold Through Oppenheimer & Co. Inc. Paid 5.70 USD Brokerage Swift External Ref#: V1559T114056 285 Shares At 95.11410526 USD 497266106 | - 285.000 | 5.70 | 27,101.82 | - 26,334.31 | 767.51 |
| 08/27/2025 | Sold 45 Shares Of Kirby Corp Com Trade Date 8/27/25 Sold Through Liquidnet Inc Paid 1.24 USD Brokerage Swift External Ref#: V1559T115278 45 Shares At 98.67088889 USD 497266106 | - 45.000 | 1.24 | 4,438.95 | - 4,893.79 | - 454.84 |
| 08/28/2025 | Sold 205 Shares Of Kirby Corp Com Trade Date 8/28/25 Sold Through Liquidnet Inc Paid 5.64 USD Brokerage Swift External Ref#: V1559T115357 205 Shares At 96.94102439 USD 497266106 | - 205.000 | 5.64 | 19,867.27 | - 22,420.25 | - 2,552.98 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/29/2025 | Sold 145 Shares Of Kirby Corp Com Trade Date 8/29/25 Sold Through Liquidnet Inc Paid 3.99 USD Brokerage Swift External Ref#: V1559T115432 145 Shares At 97.00006897 USD 497266106 | - 145.000 | 3.99 | 14,061.02 | - 15,562.31 | - 1,501.29 |
| **Total Kirby Corp Com** | | **- 695.000** | **16.98** | **66,878.65** | **- 70,266.13** | **- 3,387.48** |
| 08/13/2025 | Sold 600 Shares Of Nnn Reit Inc Trade Date 8/13/25 Sold Through Jefferies LLC Paid 12.00 USD Brokerage Swift External Ref#: V1559T114641 600 Shares At 41.3155 USD 637417106 | - 600.000 | 12.00 | 24,777.30 | - 23,298.38 | 1,478.92 |
| 08/13/2025 | Sold 90 Shares Of Nnn Reit Inc Trade Date 8/13/25 Sold Through Liquidnet Inc Paid 2.48 USD Brokerage Swift External Ref#: V1559T114638 90 Shares At 41.55 USD 637417106 | - 90.000 | 2.48 | 3,737.02 | - 3,164.21 | 572.81 |
| 08/14/2025 | Sold 165 Shares Of Nnn Reit Inc Trade Date 8/14/25 Sold Through Liquidnet Inc Paid 4.54 USD Brokerage Swift External Ref#: V1559T114729 165 Shares At 41.06569697 USD 637417106 | - 165.000 | 4.54 | 6,771.30 | - 5,739.86 | 1,031.44 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT [redacted]8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/14/2025 | Sold 15 Shares Of Nnn Reit Inc Trade Date 8/14/25 Sold Through Morgan Stanley & Co. LLC Paid 0.41 USD Brokerage Swift External Ref#: V1559T114727 15 Shares At 41.11 USD 637417106 | - 15.000 | .41 | 616.24 | - 536.85 | 79.39 |
| 08/14/2025 | Sold 940 Shares Of Nnn Reit Inc Trade Date 8/14/25 Sold Through Jefferies LLC Paid 18.80 USD Brokerage Swift External Ref#: V1559T114728 940 Shares At 41.08779787 USD 637417106 | - 940.000 | 18.80 | 38,603.73 | - 38,220.20 | 383.53 |
| **Total Nnn Reit Inc** | | **- 1,810.000** | **38.23** | **74,505.59** | **- 70,959.50** | **3,546.09** |
| 08/19/2025 | Sold 235 Shares Of Silgan Hldgs Inc Trade Date 8/19/25 Sold Through Liquidnet Inc Paid 6.46 USD Brokerage Swift External Ref#: V1559T114934 235 Shares At 45.64719149 USD 827048109 | - 235.000 | 6.46 | 10,720.63 | - 11,392.72 | - 672.09 |
| 08/20/2025 | Sold 205 Shares Of Silgan Hldgs Inc Trade Date 8/20/25 Sold Through Liquidnet Inc Paid 5.64 USD Brokerage Swift External Ref#: V1559T114998 205 Shares At 45.76541463 USD 827048109 | - 205.000 | 5.64 | 9,376.27 | - 9,826.35 | - 450.08 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total Silgan Hldgs Inc** | | **- 440.000** | **12.10** | **20,096.90** | **- 21,219.07** | **- 1,122.17** |
| 08/29/2025 | Sold 55<br>Shares Of<br>Wesco Intl Inc<br>Trade Date 8/29/25<br>Sold Through Liquidnet Inc<br>Paid 1.51 USD Brokerage<br>Swift External Ref#: V1559T115433<br>55 Shares At 220.56254545 USD<br>95082P105 | - 55.000 | 1.51 | 12,129.43 | - 8,107.95 | 4,021.48 |
| **Total Wesco Intl Inc** | | **- 55.000** | **1.51** | **12,129.43** | **- 8,107.95** | **4,021.48** |
| **Total Domestic Common Stock** | | **- 5,795.000** | **139.50** | **424,634.56** | **- 331,129.53** | **93,505.03** |
| **Foreign Stock** | | | | | | |
| 08/11/2025 | Sold 40<br>Shares Of<br>Celestica Inc Com<br>Trade Date 8/11/25<br>Sold Through Jonestrading Institutional Ser<br>Paid 0.80 USD Brokerage<br>Swift External Ref#: V1559T114504<br>40 Shares At 205.65275 USD<br>15101Q207 | - 40.000 | .80 | 8,225.31 | - 3,113.93 | 5,111.38 |
| 08/13/2025 | Sold 95<br>Shares Of<br>Celestica Inc Com<br>Trade Date 8/13/25<br>Sold Through Liquidnet Inc<br>Paid 2.61 USD Brokerage<br>Swift External Ref#: V1559T114640<br>95 Shares At 204.62968421 USD<br>15101Q207 | - 95.000 | 2.61 | 19,437.21 | - 7,465.12 | 11,972.09 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/14/2025 | Sold 200 Shares Of Celestica Inc Com Trade Date 8/14/25 Sold Through Liquidnet Inc Paid 5.50 USD Brokerage Swift External Ref#: V1559T114726 200 Shares At 196.4548 USD 15101Q207 | - 200.000 | 5.50 | 39,285.46 | - 20,242.02 | 19,043.44 |
| **Total Celestica Inc Com** | | **- 335.000** | **8.91** | **66,947.98** | **- 30,821.07** | **36,126.91** |
| 08/27/2025 | Sold 525 Shares Of Gildan Activewear Inc Com Trade Date 8/27/25 Sold Through Liquidnet Inc Paid 14.44 USD Brokerage Swift External Ref#: V1559T115277 525 Shares At 54.89870476 USD 375916103 | - 525.000 | 14.44 | 28,807.38 | - 19,615.95 | 9,191.43 |
| **Total Gildan Activewear Inc Com** | | **- 525.000** | **14.44** | **28,807.38** | **- 19,615.95** | **9,191.43** |
| **Total Foreign Stock** | | **- 860.000** | **23.35** | **95,755.36** | **- 50,437.02** | **45,318.34** |
| **Mutual Funds-Equity** | | | | | | |
| 08/07/2025 | Sold 725 Shares Of Ishares Russell 2000 Value Etf Trade Date 8/7/25 Sold Through Instinet Paid 3.63 USD Brokerage Swift External Ref#: V1559T114335 725 Shares At 160.48969655 USD 464287630 | - 725.000 | 3.63 | 116,351.40 | - 121,088.63 | - 4,737.23 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ██████8804

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/20/2025 | Sold 210<br>Shares Of<br>Ishares Russell 2000 Value Etf<br>Trade Date 8/20/25<br>Sold Through Instinet<br>Paid 1.05 USD Brokerage<br>Swift External Ref#: V1559T114996<br>210 Shares At 166.27480952 USD<br>464287630 | - 210.000 | 1.05 | 34,916.66 | - 35,343.51 | - 426.85 |
| **Total Ishares Russell 2000 Value Etf** | | **- 935.000** | **4.68** | **151,268.06** | **- 156,432.14** | **- 5,164.08** |
| **Total Mutual Funds-Equity** | | **- 935.000** | **4.68** | **151,268.06** | **- 156,432.14** | **- 5,164.08** |
| **Total Sales And Maturities** | | **- 287,881.830** | **167.53** | **951,949.81** | **- 818,290.52** | **133,659.29** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02503104
35- -01-B -62 -248-04
0101 -13-02870-04




ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## PENDING TRADES

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| **Purchases** | | | | | |
| 08/29/2025 | 09/02/2025 | Purchased 75 Shares Of<br>Trex Co Inc Com<br>Trade Date 8/29/25<br>Purchased Through Liquidnet Inc<br>Paid 2.06 USD Brokerage<br>Purchased On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T115429<br>75 Shares At 62.24866667 USD<br>89531P105 | 75.000 | 4,670.71 | - 4,670.71 |
| 08/29/2025 | 09/02/2025 | Purchased 260 Shares Of<br>Sanmina Corp<br>Trade Date 8/29/25<br>Purchased Through Liquidnet Inc<br>Paid 7.15 USD Brokerage<br>Purchased On The Otcbb<br>Swift External Ref#: V1559T115430<br>260 Shares At 117.48230769 USD<br>801056102 | 260.000 | 30,552.55 | - 30,552.55 |
| **Total Purchases** | | | **335.000** | **35,223.26** | **- 35,223.26** |
| **Sales** | | | | | |
| 08/29/2025 | 09/02/2025 | Sold 145 Shares Of<br>Kirby Corp Com<br>Trade Date 8/29/25<br>Sold Through Liquidnet Inc<br>Paid 3.99 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T115432<br>145 Shares At 97.00006897 USD<br>497266106 | - 145.000 | - 15,562.31 | 14,061.02 |

R1969

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## PENDING TRADES (continued)

| TRADE DATE | SETTLE DATE | DESCRIPTION | SHARES/ PAR VALUE | FEDERAL TAX COST | CASH |
|---|---|---|---|---|---|
| 08/29/2025 | 09/02/2025 | Sold 55 Shares Of<br>Wesco Intl Inc<br>Trade Date 8/29/25<br>Sold Through Liquidnet Inc<br>Paid 1.51 USD Brokerage<br>Sold On The New York Stock Exchange, Inc.<br>Swift External Ref#: V1559T115433<br>55 Shares At 220.56254545 USD<br>95082P105 | - 55.000 | - 8,107.95 | 12,129.43 |
| 08/29/2025 | 09/02/2025 | Sold 215 Shares Of<br>Adma Biologics Inc<br>Trade Date 8/29/25<br>Sold Through Liquidnet Inc<br>Paid 5.91 USD Brokerage<br>Sold On The Otcbb<br>Swift External Ref#: V1559T115431<br>215 Shares At 17.27530233 USD<br>000899104 | - 215.000 | - 4,660.96 | 3,708.28 |
| **Total Sales** | | | **- 415.000** | **- 28,331.22** | **29,898.73** |
| **Net Trades Pending Settlement** | | | **- 80.000** | **6,892.04** | **- 5,324.53** |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▇▇▇3804

## BROKER COMMISSIONS

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **BofA Securities, Inc.** | | | | | | |
| 185.000 | 08/13/2025 | Bought Cadence Bank Com 12740C103 | 6,644.61 | 3.70 | .00 | 6,648.31 |
| 380.000 | 08/27/2025 | Bought Pvh Corporation 693656100 | 30,779.47 | 7.60 | .00 | 30,787.07 |
| 215.000 | 08/27/2025 | Bought Trex Co Inc Com 89531P105 | 13,709.15 | 4.30 | .00 | 13,713.45 |
| 435.000 | 08/27/2025 | Sold Adma Biologics Inc 000899104 | 7,442.89 | 8.70 | .00 | 7,434.19 |
| **Total BofA Securities, Inc.** | | | **58,576.12** | **24.30** | **.00** | **58,583.02** |
| # Trades/Commission Per Share | | | 4 | .02 | | |
| **Cantor Fitzgerald & Co.** | | | | | | |
| 55.000 | 08/13/2025 | Bought Mueller Inds Inc 624756102 | 5,109.26 | 1.10 | .00 | 5,110.36 |
| 120.000 | 08/13/2025 | Bought Prosperity Bancshares Inc 743606105 | 8,170.87 | 2.40 | .00 | 8,173.27 |
| 95.000 | 08/01/2025 | Bought Trinet Group Inc 896288107 | 6,150.37 | 1.90 | .00 | 6,152.27 |
| 35.000 | 08/01/2025 | Bought Wesco Intl Inc 95082P105 | 7,109.85 | .70 | .00 | 7,110.55 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Cantor Fitzgerald & Co.** | | | **26,540.35** | **6.10** | **.00** | **26,546.45** |
| # Trades/Commission Per Share | | | 4 | .02 | | |
| **Instinet** | | | | | | |
| 585.000 | 08/07/2025 | Bought Adma Biologics Inc 000899104 | 9,674.55 | 2.93 | .00 | 9,677.48 |
| 170.000 | 08/14/2025 | Bought Coherent Corp 19247G107 | 15,045.44 | .85 | .00 | 15,046.29 |
| 55.000 | 08/06/2025 | Bought Commercial Metals Co Com 201723103 | 2,860.48 | 1.51 | .00 | 2,861.99 |
| 325.000 | 08/07/2025 | Bought Commercial Metals Co Com 201723103 | 17,238.07 | 1.63 | .00 | 17,239.70 |
| 135.000 | 08/08/2025 | Bought Commercial Metals Co Com 201723103 | 7,292.23 | .68 | .00 | 7,292.91 |
| 35.000 | 08/15/2025 | Bought Eagle Materials Inc 26969P108 | 8,171.46 | .18 | .00 | 8,171.64 |
| 110.000 | 08/19/2025 | Bought Meritage Homes Corporation 59001A102 | 8,593.06 | 3.03 | .00 | 8,596.09 |
| 105.000 | 08/19/2025 | Bought Mueller Inds Inc 624756102 | 9,751.73 | .53 | .00 | 9,752.26 |
| 70.000 | 08/27/2025 | Bought Sanmina Corp 801056102 | 8,129.10 | .70 | .00 | 8,129.80 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 50.000 | 08/18/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 3,402.20 | .50 | .00 | 3,402.70 |
| 5.000 | 08/19/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 345.58 | .05 | .00 | 345.63 |
| 15.000 | 08/13/2025 | Bought Wesco Intl Inc 95082P105 | 3,186.46 | .08 | .00 | 3,186.54 |
| 110.000 | 08/08/2025 | Sold Installed Building Products 45780R101 | 28,068.24 | .55 | .00 | 28,067.69 |
| 725.000 | 08/07/2025 | Sold Ishares Russell 2000 Value Etf 464287630 | 116,355.03 | 3.63 | .00 | 116,351.40 |
| 210.000 | 08/20/2025 | Sold Ishares Russell 2000 Value Etf 464287630 | 34,917.71 | 1.05 | .00 | 34,916.66 |
| **Total Instinet** | | | **273,031.34** | **17.90** | **.00** | **273,038.78** |
| # Trades/Commission Per Share | | | 15 | .01 | | |
| **J.P. Morgan Securities LLC** | | | | | | |
| 35.000 | 08/01/2025 | Bought G A T X Corp 361448103 | 5,297.83 | .70 | .00 | 5,298.53 |
| **Total J.P. Morgan Securities LLC** | | | **5,297.83** | **.70** | **.00** | **5,298.53** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Jefferies LLC** | | | | | | |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 1,130.000 | 08/01/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 11,299.77 | 22.60 | .00 | 11,322.37 |
| 30.000 | 08/13/2025 | Bought Cadence Bank Com 12740C103 | 1,077.00 | .60 | .00 | 1,077.60 |
| 180.000 | 08/13/2025 | Bought Commercial Metals Co Com 201723103 | 10,410.48 | 3.60 | .00 | 10,414.08 |
| 55.000 | 08/01/2025 | Bought Western Alliance Bancorporation 957638109 | 4,160.80 | 1.10 | .00 | 4,161.90 |
| 60.000 | 08/01/2025 | Sold Jbt Marel Corporation Com 477839104 | 7,940.63 | 1.20 | .00 | 7,939.43 |
| 600.000 | 08/13/2025 | Sold Nnn Reit Inc 637417106 | 24,789.30 | 12.00 | .00 | 24,777.30 |
| 940.000 | 08/14/2025 | Sold Nnn Reit Inc 637417106 | 38,622.53 | 18.80 | .00 | 38,603.73 |
| **Total Jefferies LLC** | | | **98,300.51** | **59.90** | **.00** | **98,296.41** |
| # Trades/Commission Per Share | | | 7 | .02 | | |
| **Jonestrading Institutional Ser** | | | | | | |
| 40.000 | 08/11/2025 | Sold Celestica Inc Com 15101Q207 | 8,226.11 | .80 | .00 | 8,225.31 |
| **Total Jonestrading Institutional Ser** | | | **8,226.11** | **.80** | **.00** | **8,225.31** |
| # Trades/Commission Per Share | | | 1 | .02 | | |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Liquidnet Inc** | | | | | | |
| 235.000 | 08/01/2025 | Bought Adma Biologics Inc 000899104 | 4,498.02 | 6.46 | .00 | 4,504.48 |
| 110.000 | 08/04/2025 | Bought Adma Biologics Inc 000899104 | 2,185.37 | 3.03 | .00 | 2,188.40 |
| 40.000 | 08/07/2025 | Bought Csw Industrials Inc 126402106 | 10,221.67 | 1.10 | .00 | 10,222.77 |
| 25.000 | 08/08/2025 | Bought Csw Industrials Inc 126402106 | 6,527.60 | .69 | .00 | 6,528.29 |
| 30.000 | 08/11/2025 | Bought Csw Industrials Inc 126402106 | 7,915.04 | .83 | .00 | 7,915.87 |
| 35.000 | 08/12/2025 | Bought Csw Industrials Inc 126402106 | 9,588.79 | .96 | .00 | 9,589.75 |
| 20.000 | 08/13/2025 | Bought Csw Industrials Inc 126402106 | 5,651.26 | .55 | .00 | 5,651.81 |
| 40.000 | 08/14/2025 | Bought Csw Industrials Inc 126402106 | 11,366.07 | 1.10 | .00 | 11,367.17 |
| 50.000 | 08/13/2025 | Bought Clean Hbrs Inc 184496107 | 12,477.53 | 1.38 | .00 | 12,478.91 |
| 5.000 | 08/14/2025 | Bought Clean Hbrs Inc 184496107 | 1,244.39 | .14 | .00 | 1,244.53 |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 65.000 | 08/14/2025 | Bought Clean Hbrs Inc 184496107 | 16,118.17 | 1.79 | .00 | 16,119.96 |
| 55.000 | 08/01/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 6,157.82 | 1.51 | .00 | 6,159.33 |
| 30.000 | 08/06/2025 | Bought Commercial Metals Co Com 201723103 | 1,558.17 | .83 | .00 | 1,559.00 |
| 105.000 | 08/07/2025 | Bought Commercial Metals Co Com 201723103 | 5,570.30 | 2.89 | .00 | 5,573.19 |
| 165.000 | 08/11/2025 | Bought Commercial Metals Co Com 201723103 | 8,772.31 | 4.54 | .00 | 8,776.85 |
| 45.000 | 08/15/2025 | Bought Commercial Metals Co Com 201723103 | 2,541.43 | 1.24 | .00 | 2,542.67 |
| 200.000 | 08/18/2025 | Bought Commercial Metals Co Com 201723103 | 11,283.28 | 5.50 | .00 | 11,288.78 |
| 50.000 | 08/13/2025 | Bought Cullen Frost Bankers Inc 229899109 | 6,280.50 | 1.38 | .00 | 6,281.88 |
| 40.000 | 08/01/2025 | Bought Element Solutions Inc 28618M106 | 930.10 | 1.10 | .00 | 931.20 |
| 270.000 | 08/19/2025 | Bought Element Solutions Inc 28618M106 | 6,805.97 | 7.43 | .00 | 6,813.40 |

R1976

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▓▓▓▓3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 50.000 | 08/01/2025 | Bought<br>Herc Holdings Inc<br>42704L104 | 5,685.78 | 1.38 | .00 | 5,687.16 |
| 20.000 | 08/13/2025 | Bought<br>Herc Holdings Inc<br>42704L104 | 2,473.12 | .55 | .00 | 2,473.67 |
| 25.000 | 08/14/2025 | Bought<br>Herc Holdings Inc<br>42704L104 | 3,145.20 | .69 | .00 | 3,145.89 |
| 190.000 | 08/15/2025 | Bought<br>Meritage Homes Corporation<br>59001A102 | 14,615.71 | 5.23 | .00 | 14,620.94 |
| 265.000 | 08/18/2025 | Bought<br>Meritage Homes Corporation<br>59001A102 | 20,447.24 | 7.29 | .00 | 20,454.53 |
| 30.000 | 08/19/2025 | Bought<br>Meritage Homes Corporation<br>59001A102 | 2,349.43 | .83 | .00 | 2,350.26 |
| 75.000 | 08/19/2025 | Bought<br>Molina Healthcare Inc<br>60855R100 | 13,009.98 | 2.06 | .00 | 13,012.04 |
| 290.000 | 08/20/2025 | Bought<br>Molina Healthcare Inc<br>60855R100 | 51,138.92 | 7.98 | .00 | 51,146.90 |
| 5.000 | 08/27/2025 | Bought<br>Pvh Corporation<br>693656100 | 401.51 | .14 | .00 | 401.65 |
| 65.000 | 08/01/2025 | Bought<br>Prosperity Bancshares Inc<br>743606105 | 4,229.94 | 1.79 | .00 | 4,231.73 |

R1977

02503104
35- -01-B -62 -248-04
0101 -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ███████3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 100.000 | 08/01/2025 | Bought Rush Enterprises Inc 781846209 | 5,399.23 | 2.75 | .00 | 5,401.98 |
| 70.000 | 08/27/2025 | Bought Sanmina Corp 801056102 | 8,065.76 | 1.93 | .00 | 8,067.69 |
| 80.000 | 08/28/2025 | Bought Sanmina Corp 801056102 | 9,500.97 | 2.20 | .00 | 9,503.17 |
| 260.000 | 08/29/2025 | Bought Sanmina Corp 801056102 | 30,545.40 | 7.15 | .00 | 30,552.55 |
| 70.000 | 08/15/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 4,760.33 | 1.93 | .00 | 4,762.26 |
| 290.000 | 08/18/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 19,754.51 | 7.98 | .00 | 19,762.49 |
| 215.000 | 08/19/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 14,894.94 | 5.91 | .00 | 14,900.85 |
| 240.000 | 08/27/2025 | Bought Trex Co Inc Com 89531P105 | 15,218.95 | 6.60 | .00 | 15,225.55 |
| 170.000 | 08/28/2025 | Bought Trex Co Inc Com 89531P105 | 10,657.08 | 4.68 | .00 | 10,661.76 |
| 75.000 | 08/29/2025 | Bought Trex Co Inc Com 89531P105 | 4,668.65 | 2.06 | .00 | 4,670.71 |

R1978

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 50.000 | 08/13/2025 | Bought Trinet Group Inc 896288107 | 3,304.93 | 1.38 | .00 | 3,306.31 |
| 30.000 | 08/14/2025 | Bought Trinet Group Inc 896288107 | 1,997.06 | .83 | .00 | 1,997.89 |
| 45.000 | 08/13/2025 | Bought Wesco Intl Inc 95082P105 | 9,575.06 | 1.24 | .00 | 9,576.30 |
| 120.000 | 08/01/2025 | Bought Zions Bancorporation N A Com 989701107 | 6,168.50 | 3.30 | .00 | 6,171.80 |
| 265.000 | 08/27/2025 | Sold Adma Biologics Inc 000899104 | 4,559.72 | 7.29 | .00 | 4,552.43 |
| 735.000 | 08/28/2025 | Sold Adma Biologics Inc 000899104 | 12,720.20 | 20.21 | .00 | 12,699.99 |
| 215.000 | 08/29/2025 | Sold Adma Biologics Inc 000899104 | 3,714.19 | 5.91 | .00 | 3,708.28 |
| 95.000 | 08/13/2025 | Sold Celestica Inc Com 15101Q207 | 19,439.82 | 2.61 | .00 | 19,437.21 |
| 200.000 | 08/14/2025 | Sold Celestica Inc Com 15101Q207 | 39,290.96 | 5.50 | .00 | 39,285.46 |
| 420.000 | 08/11/2025 | Sold Coherent Corp 19247G107 | 48,260.69 | 11.55 | .00 | 48,249.14 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 525.000 | 08/27/2025 | Sold Gildan Activewear Inc Com 375916103 | 28,821.82 | 14.44 | .00 | 28,807.38 |
| 40.000 | 08/13/2025 | Sold Hawkins Inc 420261109 | 7,155.81 | 1.10 | .00 | 7,154.71 |
| 20.000 | 08/14/2025 | Sold Hawkins Inc 420261109 | 3,505.06 | .55 | .00 | 3,504.51 |
| 45.000 | 08/08/2025 | Sold Installed Building Products 45780R101 | 11,557.59 | 1.24 | .00 | 11,556.35 |
| 95.000 | 08/11/2025 | Sold Installed Building Products 45780R101 | 23,833.75 | 2.61 | .00 | 23,831.14 |
| 105.000 | 08/22/2025 | Sold Installed Building Products 45780R101 | 28,599.91 | 2.89 | .00 | 28,597.02 |
| 45.000 | 08/25/2025 | Sold Installed Building Products 45780R101 | 12,257.53 | 1.24 | .00 | 12,256.29 |
| 55.000 | 08/27/2025 | Sold Installed Building Products 45780R101 | 15,039.71 | 1.51 | .00 | 15,038.20 |
| 65.000 | 08/27/2025 | Sold Installed Building Products 45780R101 | 17,659.28 | 1.79 | .00 | 17,657.49 |
| 40.000 | 08/28/2025 | Sold Installed Building Products 45780R101 | 10,488.57 | 1.10 | .00 | 10,487.47 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 5.000 | 08/01/2025 | Sold<br>Jbt Marel Corporation Com<br>477839104 | 665.53 | .14 | .00 | 665.39 |
| 15.000 | 08/01/2025 | Sold<br>Kirby Corp Com<br>497266106 | 1,410.00 | .41 | .00 | 1,409.59 |
| 45.000 | 08/27/2025 | Sold<br>Kirby Corp Com<br>497266106 | 4,440.19 | 1.24 | .00 | 4,438.95 |
| 205.000 | 08/28/2025 | Sold<br>Kirby Corp Com<br>497266106 | 19,872.91 | 5.64 | .00 | 19,867.27 |
| 145.000 | 08/29/2025 | Sold<br>Kirby Corp Com<br>497266106 | 14,065.01 | 3.99 | .00 | 14,061.02 |
| 90.000 | 08/13/2025 | Sold<br>Nnn Reit Inc<br>637417106 | 3,739.50 | 2.48 | .00 | 3,737.02 |
| 165.000 | 08/14/2025 | Sold<br>Nnn Reit Inc<br>637417106 | 6,775.84 | 4.54 | .00 | 6,771.30 |
| 235.000 | 08/19/2025 | Sold<br>Silgan Hldgs Inc<br>827048109 | 10,727.09 | 6.46 | .00 | 10,720.63 |
| 205.000 | 08/20/2025 | Sold<br>Silgan Hldgs Inc<br>827048109 | 9,381.91 | 5.64 | .00 | 9,376.27 |
| 55.000 | 08/29/2025 | Sold<br>Wesco Intl Inc<br>95082P105 | 12,130.94 | 1.51 | .00 | 12,129.43 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Total Liquidnet Inc** | | | **769,815.52** | **235.92** | **.00** | **769,824.26** |
| # Trades/Commission Per Share | | | 70 | .03 | | |
| **Morgan Stanley & Co. LLC** | | | | | | |
| 5.000 | 08/14/2025 | Bought Clean Hbrs Inc 184496107 | 1,246.63 | .14 | .00 | 1,246.77 |
| 35.000 | 08/13/2025 | Bought Cullen Frost Bankers Inc 229899109 | 4,397.75 | .96 | .00 | 4,398.71 |
| 55.000 | 08/28/2025 | Bought Sanmina Corp 801056102 | 6,559.50 | 1.51 | .00 | 6,561.01 |
| 40.000 | 08/27/2025 | Bought Trex Co Inc Com 89531P105 | 2,553.04 | 1.10 | .00 | 2,554.14 |
| 15.000 | 08/28/2025 | Bought Trex Co Inc Com 89531P105 | 957.83 | .41 | .00 | 958.24 |
| 225.000 | 08/13/2025 | Bought Warby Parker Inc Cl A Com 93403J106 | 5,599.13 | 6.19 | .00 | 5,605.32 |
| 15.000 | 08/13/2025 | Sold Hawkins Inc 420261109 | 2,702.27 | .41 | .00 | 2,701.86 |
| 15.000 | 08/14/2025 | Sold Nnn Reit Inc 637417106 | 616.65 | .41 | .00 | 616.24 |
| **Total Morgan Stanley & Co. LLC** | | | **24,632.80** | **11.13** | **.00** | **24,642.29** |
| # Trades/Commission Per Share | | | 8 | .03 | | |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04

 

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▒▒▒▒3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| **Oppenheimer & Co. Inc.** | | | | | | |
| 125.000 | 08/13/2025 | Bought Commercial Metals Co Com 201723103 | 7,207.26 | 2.50 | .00 | 7,209.76 |
| 45.000 | 08/01/2025 | Bought Cullen Frost Bankers Inc 229899109 | 5,586.03 | .90 | .00 | 5,586.93 |
| 40.000 | 08/01/2025 | Bought Hanover Ins Group Inc 410867105 | 6,719.69 | .80 | .00 | 6,720.49 |
| 155.000 | 08/13/2025 | Bought Zions Bancorporation N A Com 989701107 | 8,283.93 | 3.10 | .00 | 8,287.03 |
| 285.000 | 08/01/2025 | Sold Kirby Corp Com 497266106 | 27,107.52 | 5.70 | .00 | 27,101.82 |
| **Total Oppenheimer & Co. Inc.** | | | **54,904.43** | **13.00** | **.00** | **54,906.03** |
| # Trades/Commission Per Share | | | 5 | .02 | | |
| **Piper Sandler & Co** | | | | | | |
| 135.000 | 08/01/2025 | Bought Cadence Bank Com 12740C103 | 4,544.38 | 2.70 | .00 | 4,547.08 |
| 170.000 | 08/01/2025 | Bought Element Solutions Inc 28618M106 | 3,983.76 | 3.40 | .00 | 3,987.16 |
| 115.000 | 08/01/2025 | Bought Gildan Activewear Inc Com 375916103 | 5,867.23 | 2.30 | .00 | 5,869.53 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 40.000 | 08/19/2025 | Bought Taylor Morrison Home Corp A 87724P106 | 2,769.60 | .80 | .00 | 2,770.40 |
| **Total Piper Sandler & Co** | | | **17,164.97** | **9.20** | **.00** | **17,174.17** |
| # Trades/Commission Per Share | | | 4 | .02 | | |
| **Stifel, Nicolaus & Co.,Inc.** | | | | | | |
| 5.000 | 08/01/2025 | Bought Adma Biologics Inc 000899104 | 93.95 | .14 | .00 | 94.09 |
| 125.000 | 08/07/2025 | Bought Adma Biologics Inc 000899104 | 1,949.69 | 3.44 | .00 | 1,953.13 |
| 60.000 | 08/01/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 595.45 | 1.65 | .00 | 597.10 |
| 25.000 | 08/07/2025 | Bought Csw Industrials Inc 126402106 | 6,377.87 | .69 | .00 | 6,378.56 |
| 10.000 | 08/11/2025 | Bought Csw Industrials Inc 126402106 | 2,622.05 | .28 | .00 | 2,622.33 |
| 5.000 | 08/01/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 559.47 | .14 | .00 | 559.61 |
| 20.000 | 08/01/2025 | Bought Rush Enterprises Inc 781846209 | 1,085.55 | .55 | .00 | 1,086.10 |
| 5.000 | 08/01/2025 | Bought Zions Bancorporation N A Com 989701107 | 259.25 | .14 | .00 | 259.39 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 10.000 | 08/11/2025 | Sold Coherent Corp 19247G107 | 1,149.21 | .28 | .00 | 1,148.93 |
| 15.000 | 08/11/2025 | Sold Installed Building Products 45780R101 | 3,773.89 | .41 | .00 | 3,773.48 |
| **Total Stifel, Nicolaus & Co.,Inc.** | | | **18,466.38** | **7.72** | **.00** | **18,472.72** |
| # Trades/Commission Per Share | | | 10 | .03 | | |
| **Virtu Americas LLC** | | | | | | |
| 60.000 | 08/07/2025 | Bought Cushman Wakefield Plc G2717B108 | 792.00 | .30 | .00 | 792.30 |
| 5.000 | 08/07/2025 | Bought Antero Resources Corp 03674X106 | 165.75 | .03 | .00 | 165.78 |
| 15.000 | 08/07/2025 | Bought Artisan Partners Asset Manag 04316A108 | 678.52 | .08 | .00 | 678.60 |
| 85.000 | 08/07/2025 | Bought Ccc Intelligent Solutions Hld Com 12510Q100 | 818.13 | .43 | .00 | 818.56 |
| 45.000 | 08/07/2025 | Bought Cadence Bank Com 12740C103 | 1,536.30 | .23 | .00 | 1,536.53 |
| 5.000 | 08/07/2025 | Bought Celestica Inc Com 15101Q207 | 998.75 | .03 | .00 | 998.78 |
| 10.000 | 08/07/2025 | Bought Coca Cola Bottling Co Cons 191098102 | 1,140.25 | .05 | .00 | 1,140.30 |

02503104
35- -01-B -62 -248-04
0101  -13-02870-04



ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ▇▇▇3804

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 5.000 | 08/07/2025 | Bought Coherent Corp 19247G107 | 566.95 | .03 | .00 | 566.98 |
| 10.000 | 08/07/2025 | Bought Comerica Inc 200340107 | 659.50 | .05 | .00 | 659.55 |
| 10.000 | 08/07/2025 | Bought Cullen Frost Bankers Inc 229899109 | 1,226.15 | .05 | .00 | 1,226.20 |
| 60.000 | 08/07/2025 | Bought Element Solutions Inc 28618M106 | 1,416.93 | .30 | .00 | 1,417.23 |
| 5.000 | 08/07/2025 | Bought G A T X Corp 361448103 | 758.93 | .03 | .00 | 758.95 |
| 5.000 | 08/07/2025 | Bought Gxo Logistics Incorporated Common 36262G101 | 257.30 | .03 | .00 | 257.33 |
| 20.000 | 08/07/2025 | Bought Gildan Activewear Inc Com 375916103 | 1,043.20 | .10 | .00 | 1,043.30 |
| 5.000 | 08/07/2025 | Bought Hanover Ins Group Inc 410867105 | 845.60 | .03 | .00 | 845.63 |
| 5.000 | 08/07/2025 | Bought Herc Holdings Inc 42704L104 | 559.65 | .03 | .00 | 559.68 |
| 5.000 | 08/07/2025 | Bought Hexcel Corp New Com 428291108 | 305.00 | .03 | .00 | 305.03 |

R1986

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 5.000 | 08/07/2025 | Bought Installed Building Products 45780R101 | 1,268.30 | .03 | .00 | 1,268.33 |
| 5.000 | 08/07/2025 | Bought Jbt Marel Corporation Com 477839104 | 669.20 | .03 | .00 | 669.23 |
| 5.000 | 08/07/2025 | Bought Kirby Corp Com 497266106 | 502.70 | .03 | .00 | 502.73 |
| 5.000 | 08/07/2025 | Bought Lincoln Elec Hldgs Inc 533900106 | 1,202.55 | .03 | .00 | 1,202.58 |
| 5.000 | 08/07/2025 | Bought Matador Resources Co 576485205 | 231.23 | .03 | .00 | 231.26 |
| 5.000 | 08/07/2025 | Bought Mueller Inds Inc 624756102 | 439.45 | .03 | .00 | 439.48 |
| 10.000 | 08/07/2025 | Bought Murphy Oil Corp 626717102 | 231.60 | .05 | .00 | 231.65 |
| 10.000 | 08/07/2025 | Bought Nnn Reit Inc 637417106 | 420.15 | .05 | .00 | 420.20 |
| 5.000 | 08/07/2025 | Bought Nextracker Inc Class A Com 65290E101 | 278.15 | .03 | .00 | 278.18 |
| 5.000 | 08/07/2025 | Bought Northwest Natural Holding Co 66765N105 | 200.65 | .03 | .00 | 200.68 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 20.000 | 08/07/2025 | Bought Permian Resources Corp Class A 71424F105 | 265.80 | .10 | .00 | 265.90 |
| 20.000 | 08/07/2025 | Bought Prosperity Bancshares Inc 743606105 | 1,308.00 | .10 | .00 | 1,308.10 |
| 20.000 | 08/07/2025 | Bought Rush Enterprises Inc 781846209 | 1,105.20 | .10 | .00 | 1,105.30 |
| 5.000 | 08/07/2025 | Bought Selective Ins Group Inc 816300107 | 388.35 | .03 | .00 | 388.38 |
| 5.000 | 08/07/2025 | Bought Silgan Hldgs Inc 827048109 | 234.45 | .03 | .00 | 234.48 |
| 5.000 | 08/07/2025 | Bought Spire Inc 84857L101 | 378.63 | .03 | .00 | 378.66 |
| 10.000 | 08/07/2025 | Bought Stag Industrial Inc 85254J102 | 348.00 | .05 | .00 | 348.05 |
| 10.000 | 08/07/2025 | Bought Trinet Group Inc 896288107 | 637.90 | .05 | .00 | 637.95 |
| 15.000 | 08/07/2025 | Bought Valvoline Inc 92047W101 | 579.90 | .08 | .00 | 579.98 |
| 15.000 | 08/07/2025 | Bought Warby Parker Inc Cl A Com 93403J106 | 349.05 | .08 | .00 | 349.13 |

02503104
35- -01-B -62 -248-04
0101 -13-02870-04

ADSF CUSTODY - VAUGHAN NELSON
ACCOUNT ████8804

Period from August 1, 2025 to August 31, 2025

## BROKER COMMISSIONS (continued)

| BROKER/PARTY SHARES/ UNITS | DATE | DESCRIPTION | PURCHASE COST/ SALE PROCEEDS | BROKER COMMISSION | OTHER EXPENSE | TOTAL COST/ NET PROCEEDS |
|---|---|---|---|---|---|---|
| 10.000 | 08/07/2025 | Bought Wesco Intl Inc 95082P105 | 2,046.00 | .05 | .00 | 2,046.05 |
| 25.000 | 08/07/2025 | Bought Western Alliance Bancorporation 957638109 | 1,966.00 | .13 | .00 | 1,966.13 |
| 25.000 | 08/07/2025 | Bought Zions Bancorporation N A Com 989701107 | 1,282.25 | .13 | .00 | 1,282.38 |
| **Total Virtu Americas LLC** | | | **30,102.42** | **3.13** | **.00** | **30,105.54** |
| # Trades/Commission Per Share | | | 40 | .01 | | |
| **William Blair & Company, L.L.C** | | | | | | |
| 55.000 | 08/13/2025 | Bought Warby Parker Inc Cl A Com 93403J106 | 1,377.95 | 1.10 | .00 | 1,379.05 |
| **Total William Blair & Company, L.L.C** | | | **1,377.95** | **1.10** | **.00** | **1,379.05** |
| # Trades/Commission Per Share | | | 1 | .02 | | |
| **Grand Total** | | | **1,386,436.73** | **390.90** | **.00** | **1,386,492.56** |



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025031
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022747 10 SP 000638031197491 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

**Account Number: [redacted]8805**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022753 09 SP 000638031197497 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02503704
35- -01-B -62 -248-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 30 |
| Investment Activity | 42 |
| Purchases | 55 |
| Sales And Maturities | 62 |
| Bond Summary | 75 |

R1993

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▇▇▇▇3805

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **15,535,631.55** | **15,665,977.74** |
| **Investment Activity** | | |
| Interest | 61,889.23 | 61,889.23 |
| Realized Gain/Loss | 4,290.99 | 4,290.99 |
| Change In Unrealized Gain/Loss | 130,188.48 | .00 |
| Net Accrued Income (Current-Prior) | - 12,075.88 | - 12,075.88 |
| **Total Investment Activity** | **184,292.82** | **54,104.34** |
| **Net Change In Market And Cost** | **184,292.82** | **54,104.34** |
| **Ending Market And Cost** | **15,719,924.37** | **15,720,082.08** |

R1994

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **- 53,493.37** |
| **Investment Activity** | |
| Interest | 61,889.23 |
| Cash Equivalent Purchases | - 455,613.36 |
| Purchases | - 368,408.44 |
| Cash Equivalent Sales | 220,184.25 |
| Sales/Maturities | 595,441.69 |
| **Total Investment Activity** | **53,493.37** |
| **Net Change In Cash** | **53,493.37** |
| **Ending Cash** | **.00** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

usbank

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 468,227.33 | 468,227.33 | 2.98 |
| U.S. Government Issues | 7,541,379.98 | 7,544,694.94 | 47.97 |
| Corporate Issues | 6,836,761.48 | 6,814,561.23 | 43.49 |
| Foreign Issues | 123,841.20 | 136,667.10 | 0.79 |
| Municipal Issues | 626,970.65 | 633,187.75 | 3.99 |
| **Total Assets** | **15,597,180.64** | **15,597,338.35** | **99.22** |
| Accrued Income | 122,743.73 | 122,743.73 | 0.78 |
| **Grand Total** | **15,719,924.37** | **15,720,082.08** | **100.00** |

**Estimated Annual Income** **597,185.74**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████ 3805

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567  Asset Minor Code 1 | 468,227.330 | 468,227.33 1.0000 | 468,227.33 | .00 .00 | 779.00 | 4.18 |
| **Total Money Markets** | **468,227.330** | **468,227.33** | **468,227.33** | **.00** **.00** | **779.00** | **4.17** |
| **Total Cash And Equivalents** | **468,227.330** | **468,227.33** | **468,227.33** | **.00** **.00** | **779.00** | **4.17** |
| **US Government Issues** | | | | | | |
| F H L M C Gd G30290  6.500%  3/01/26 Standard & Poors Rating: N/A Moodys Rating: N/A 3128CUKB1  Asset Minor Code 24 | .880 | .88 100.1310 | .91 | - .03 .01 | .00 | 6.82 |
| F H L M C Gd G15922  3.000%  8/01/31 Standard & Poors Rating: N/A Moodys Rating: N/A 3128MEYT2  Asset Minor Code 24 | 16,308.130 | 15,946.58 97.7830 | 16,966.65 | - 1,020.07 134.98 | 40.76 | 3.07 |
| F H L M C Gd G18527  3.000% 10/01/29 Standard & Poors Rating: N/A Moodys Rating: N/A 3128MMSR5  Asset Minor Code 24 | 11,210.150 | 11,012.40 98.2360 | 11,483.68 | - 471.28 74.55 | 28.03 | 3.05 |
| F H L M C Gd G18614  2.500% 10/01/31 Standard & Poors Rating: N/A Moodys Rating: N/A 3128MMVG5  Asset Minor Code 24 | 17,833.410 | 17,218.34 96.5510 | 18,644.25 | - 1,425.91 162.18 | 37.16 | 2.59 |

R1997

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb0661 2.500% 4/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132CWWW0 Asset Minor Code 24 | 154,797.860 | 145,791.72<br>94.1820 | 143,413.99 | 2,377.73<br>1,476.47 | 322.51 | 2.65 |
| F H L M C<br>#Sb1302 5.500% 10/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132CXNT5 Asset Minor Code 24 | 129,544.210 | 132,798.36<br>102.5120 | 131,982.61 | 815.75<br>521.29 | 593.74 | 5.37 |
| F H L M C<br>#Sb8184 4.000% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6CV0 Asset Minor Code 24 | 96,532.230 | 94,783.07<br>98.1880 | 96,464.35 | - 1,681.28<br>1,097.99 | 321.77 | 4.07 |
| F H L M C<br>#Sb8186 4.500% 9/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6CX6 Asset Minor Code 24 | 91,749.140 | 91,578.49<br>99.8140 | 93,268.74 | - 1,690.25<br>947.14 | 344.06 | 4.51 |
| F H L M C<br>#Sb8191 4.500% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6C40 Asset Minor Code 24 | 118,259.600 | 118,137.79<br>99.8970 | 117,716.71 | 421.08<br>1,169.79 | 443.42 | 4.50 |
| F H L M C<br>#Sb8216 4.500% 3/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DV9 Asset Minor Code 24 | 22,476.450 | 22,453.07<br>99.8960 | 22,079.59 | 373.48<br>217.29 | 115.19 | 4.50 |
| F H L M C<br>#Sb8217 5.000% 3/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DW7 Asset Minor Code 24 | 148,267.190 | 149,952.99<br>101.1370 | 148,189.22 | 1,763.77<br>1,085.08 | 617.72 | 4.94 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb8220 5.500% 2/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6DZ0 Asset Minor Code 24 | 94,058.900 | 96,219.43<br>102.2970 | 93,385.87 | 2,833.56<br>437.89 | 431.10 | 5.38 |
| F H L M C<br>#Sb8269 6.000% 10/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6FJ4 Asset Minor Code 24 | 43,783.510 | 45,237.56<br>103.3210 | 45,179.11 | 58.45<br>58.45 | 218.92 | 5.81 |
| F H L M C<br>#Sb8293 5.000% 4/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6GA2 Asset Minor Code 24 | 53,076.560 | 53,657.22<br>101.0940 | 52,719.94 | 937.28<br>381.68 | 221.15 | 4.95 |
| F H L M C<br>#Sb8303 5.000% 5/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6GL8 Asset Minor Code 24 | 119,177.120 | 120,415.37<br>101.0390 | 120,080.25 | 335.12<br>901.38 | 496.57 | 4.95 |
| F H L M C<br>#Sb8346 4.000% 12/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6HX1 Asset Minor Code 24 | 182,132.950 | 178,832.70<br>98.1880 | 177,179.26 | 1,653.44<br>1,540.85 | 607.11 | 4.07 |
| FHLMC Sb8347<br>4.000% 1/01/40<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6HY9 Asset Minor Code 24 | 32,363.770 | 31,777.34<br>98.1880 | 31,687.42 | 89.92<br>89.92 | 86.30 | 4.07 |
| F H L M C<br>#Sb8350 5.000% 12/01/39<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3132D6H37 Asset Minor Code 24 | 67,534.750 | 68,236.44<br>101.0390 | 68,094.02 | 142.42<br>512.61 | 281.39 | 4.95 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C<br>#Sb8384 5.000% 5/01/40<br>3132D6J50 Asset Minor Code 24 | 47,404.860 | 47,897.40<br>101.0390 | 47,701.14 | 196.26<br>196.26 | 197.52 | 4.95 |
| F H L M C<br>M T N 6.250% 7/15/32<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3134A4KX1 Asset Minor Code 22 | 215,000.000 | 244,794.70<br>113.8580 | 245,823.35 | - 1,028.65<br>2,470.35 | 1,717.01 | 5.49 |
| F N M A<br>0.875% 8/05/30<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>3135G05Q2 Asset Minor Code 22 | 270,000.000 | 235,980.00<br>87.4000 | 227,297.60 | 8,682.40<br>3,426.30 | 170.63 | 1.00 |
| F N M A<br>0.375% 8/25/25<br>Standard & Poors Rating: N/R<br>Moodys Rating: WR<br>3135G05X7 Asset Minor Code 22 | .000 | .00<br>100.0000 | .00 | .00<br>- 14,507.85 | .00 | 0.00 |
| F N M A Deb<br>6.625 11/15/2030<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>31359MGK3 Asset Minor Code 22 | 225,000.000 | 255,197.25<br>113.4210 | 268,112.25 | - 12,915.00<br>2,067.75 | 4,389.06 | 5.84 |
| F H L M C<br>Mltcl Mtg 2.995% 12/25/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137BN6G4 Asset Minor Code 30 | 70,620.370 | 70,244.67<br>99.4680 | 69,362.44 | 882.23<br>2.50 | 176.26 | 3.01 |
| F H L M C<br>Mltcl Mtg 2.673% 3/25/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>3137BPW21 Asset Minor Code 30 | 118,022.260 | 116,914.03<br>99.0610 | 122,500.65 | - 5,586.62<br>338.50 | 262.36 | 2.70 |

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F H L M C Mltcl Mt 3.750% 8/25/25 Standard & Poors Rating: N/A Moodys Rating: N/A 3137FJXQ7 Asset Minor Code 30 | .000 | .00 100.0000 | .00 | .00 2,951.67 | .00 | 0.00 |
| F H L M C Mltcl Mtg 2.920% 6/25/32 Standard & Poors Rating: N/A Moodys Rating: Aaa 3137H7ZB2 Asset Minor Code 30 | 140,000.000 | 128,891.00 92.0650 | 126,055.67 | 2,835.33 1,820.00 | 340.67 | 3.17 |
| F N M A #Ax8309 3.000% 11/01/29 Standard & Poors Rating: N/A Moodys Rating: N/A 3138YAGT6 Asset Minor Code 24 | 24,076.050 | 23,621.73 98.1130 | 23,707.35 | - 85.62 129.68 | 60.19 | 3.06 |
| F N M A #890790 3.000% 8/01/32 Standard & Poors Rating: N/A Moodys Rating: N/A 31410LUP5 Asset Minor Code 24 | 35,549.870 | 34,622.37 97.3910 | 44,091.56 | - 9,469.19 475.55 | 88.88 | 3.08 |
| F N M A #Ma4667 3.500% 7/01/37 Standard & Poors Rating: N/A Moodys Rating: N/A 31418EFH8 Asset Minor Code 24 | 128,131.140 | 124,073.23 96.8330 | 129,002.04 | - 4,928.81 1,343.07 | 373.71 | 3.61 |
| F N M A #Ma4713 4.000% 7/01/37 Standard & Poors Rating: N/A Moodys Rating: N/A 31418EGX2 Asset Minor Code 24 | 119,530.960 | 117,484.59 98.2880 | 119,818.38 | - 2,333.79 1,361.07 | 398.44 | 4.07 |
| F N M A #Ma4797 4.000% 11/01/37 Standard & Poors Rating: N/A Moodys Rating: N/A 31418EKK5 Asset Minor Code 24 | 66,308.110 | 65,153.02 98.2580 | 65,411.93 | - 258.91 738.87 | 397.85 | 4.07 |

R2001

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| F N M A<br>#Ma4825 5.000% 10/01/37<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ELF5 Asset Minor Code 24 | 91,284.220 | 92,232.66<br>101.0390 | 91,530.42 | 702.24<br>683.33 | 380.38 | 4.95 |
| F N M A<br>#Ma4991 5.500% 4/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ERM4 Asset Minor Code 24 | 65,302.430 | 66,802.43<br>102.2970 | 65,673.48 | 1,128.95<br>319.91 | 299.31 | 5.38 |
| F N M A<br>#Ma5013 4.500% 4/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418ESB7 Asset Minor Code 24 | 33,871.820 | 33,836.59<br>99.8960 | 33,686.59 | 150.00<br>334.11 | 127.02 | 4.50 |
| F N M A<br>#Ma5145 6.000% 9/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EWF3 Asset Minor Code 24 | 112,643.620 | 116,384.51<br>103.3210 | 113,353.52 | 3,030.99<br>676.18 | 563.19 | 5.81 |
| F N M A<br>#Ma5149 5.500% 8/01/38<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418EWK2 Asset Minor Code 24 | 32,744.370 | 33,469.99<br>102.2160 | 33,245.78 | 224.21<br>148.25 | 150.08 | 5.38 |
| F N M A<br>#Ma5589 4.500% 1/01/40<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>31418FF77 Asset Minor Code 24 | 95,118.590 | 94,941.67<br>99.8140 | 93,907.31 | 1,034.36<br>934.31 | 356.69 | 4.51 |
| G N M A I I<br>#Ma0674 2.500% 1/20/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: N/A<br>36179MXB1 Asset Minor Code 24 | 5,275.910 | 5,184.69<br>98.2710 | 5,396.32 | - 211.63<br>28.48 | 10.98 | 2.54 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt   0.625%  8/15/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CAE1  Asset Minor Code 21 | 370,000.000 | 318,851.20<br>86.1760 | 328,429.61 | - 9,578.41<br>4,813.70 | 106.83 | 0.73 |
| U S Treasury<br>Nt   1.125%  2/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CBL4  Asset Minor Code 21 | 270,000.000 | 235,807.20<br>87.3360 | 239,626.86 | - 3,819.66<br>3,628.80 | 140.32 | 1.29 |
| U S Treasury<br>Nt   1.250%  8/15/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CCS8  Asset Minor Code 21 | 410,000.000 | 354,281.00<br>86.4100 | 369,423.13 | - 15,142.13<br>5,637.50 | 236.75 | 1.45 |
| U S Treasury<br>Nt   2.750%  8/15/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CFF3  Asset Minor Code 21 | 265,000.000 | 246,047.20<br>92.8480 | 242,158.89 | 3,888.31<br>3,500.65 | 339.42 | 2.96 |
| U S Treasury<br>Nt   4.125% 11/15/32<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CFV8  Asset Minor Code 21 | 365,000.000 | 369,077.05<br>101.1170 | 369,877.24 | - 800.19<br>4,798.66 | 4,459.60 | 4.08 |
| U S Treasury<br>Nt   3.375%  5/15/33<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CHC8  Asset Minor Code 21 | 430,000.000 | 412,146.40<br>95.8480 | 412,658.36 | - 511.96<br>5,848.00 | 4,333.87 | 3.52 |
| United States<br>Treas  4.375% 11/30/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CJM4  Asset Minor Code 21 | 225,000.000 | 231,795.00<br>103.0200 | 228,710.08 | 3,084.92<br>2,691.00 | 2,501.28 | 4.25 |

R2003

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 4.000% 2/15/34<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CJZ5 Asset Minor Code 21 | 350,000.000 | 347,949.00<br>99.4140 | 340,395.15 | 7,553.85<br>4,718.00 | 646.74 | 4.02 |
| U S Treasury<br>Nt 4.125% 7/31/31<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CLD1 Asset Minor Code 21 | 210,000.000 | 213,437.70<br>101.6370 | 215,931.70 | - 2,494.00<br>2,706.90 | 753.26 | 4.06 |
| U S Treasury<br>Nt 4.625% 2/15/35<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>91282CMM0 Asset Minor Code 21 | 295,000.000 | 305,094.90<br>103.4220 | 303,442.78 | 1,652.12<br>3,687.50 | 630.28 | 4.47 |
| U S Treasury<br>Nt 2.250% 11/15/25<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828M56 Asset Minor Code 21 | 80,000.000 | 79,675.20<br>99.5940 | 82,009.64 | - 2,334.44<br>1,099.82 | 533.15 | 2.26 |
| U S Treasury<br>Nt 2.000% 11/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828U24 Asset Minor Code 21 | 185,000.000 | 181,105.75<br>97.8950 | 180,229.71 | 876.04<br>1,718.32 | 1,095.92 | 2.04 |
| U S Treasury<br>Nt 1.500% 2/15/30<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>912828Z94 Asset Minor Code 21 | 245,000.000 | 223,523.30<br>91.2340 | 219,998.70 | 3,524.60<br>3,023.30 | 169.77 | 1.64 |
| U S Treasury<br>Nt 1.500% 8/15/26<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128282A7 Asset Minor Code 21 | 125,000.000 | 122,247.50<br>97.7980 | 116,733.42 | 5,514.08<br>603.75 | 86.62 | 1.53 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| U S Treasury<br>Nt 2.750% 2/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128283W8 Asset Minor Code 21 | 260,000.000 | 254,891.00<br>98.0350 | 247,764.47 | 7,126.53<br>2,100.80 | 330.30 | 2.81 |
| U S Treasury<br>Nt 3.125% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128285M8 Asset Minor Code 21 | 135,000.000 | 133,074.90<br>98.5740 | 130,143.49 | 2,931.41<br>770.84 | 1,249.58 | 3.17 |
| U S Treasury<br>Nt 2.375% 5/15/29<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aa1<br>9128286T2 Asset Minor Code 21 | 220,000.000 | 210,599.40<br>95.7270 | 202,947.36 | 7,652.04<br>2,365.00 | 1,547.62 | 2.48 |
| **Total US Government Issues** | **7,734,991.390** | **7,541,379.98** | **7,544,694.94** | **- 3,314.96**<br>**70,460.38** | **34,828.44** | **3.47** |

### Corporate Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| At T Inc Glbl<br>Nt 2.300% 6/01/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>00206RJX1 Asset Minor Code 28 | 120,000.000 | 116,227.20<br>96.8560 | 115,373.60 | 853.60<br>706.80 | 690.00 | 2.37 |
| Adobe Inc Sr<br>Glbl 4.800% 4/04/29<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>00724PAF6 Asset Minor Code 28 | 75,000.000 | 77,086.50<br>102.7820 | 74,591.30 | 2,495.20<br>515.25 | 1,470.00 | 4.67 |
| Air Products<br>And 4.850% 2/08/34<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>009158BK1 Asset Minor Code 28 | 78,000.000 | 78,494.52<br>100.6340 | 77,697.92 | 796.60<br>670.30 | 241.69 | 4.82 |

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Allstate Corp 0.750%  12/15/25 Standard & Poors Rating: BBB+ Moodys Rating: A3 020002BH3   Asset Minor Code 28 | 55,000.000 | 54,412.60 98.9320 | 50,275.05 | 4,137.55 168.85 | 87.08 | 0.76 |
| American Airlines    3.575%  7/15/29 Standard & Poors Rating: AA- Moodys Rating: A2 02376UAA3   Asset Minor Code 31 | 45,754.790 | 44,802.18 97.9180 | 44,181.28 | 620.90 376.11 | 209.01 | 3.65 |
| American Express Co  5.016%  4/25/31 Standard & Poors Rating: A- Moodys Rating: A2 025816EF2   Asset Minor Code 28 | 114,000.000 | 117,138.42 102.7530 | 114,762.21 | 2,376.21 1,108.08 | 2,001.38 | 4.88 |
| American Wtr Cap    5.250%  3/01/35 Standard & Poors Rating: A Moodys Rating: Baa1 03040WBF1   Asset Minor Code 28 | 77,000.000 | 78,337.49 101.7370 | 76,946.77 | 1,390.72 532.84 | 2,066.17 | 5.16 |
| Amphenol Corp 4.750%  3/30/26 Standard & Poors Rating: A- Moodys Rating: A3 032095AM3   Asset Minor Code 28 | 140,000.000 | 140,291.20 100.2080 | 140,175.00 | 116.20 95.20 | 2,789.31 | 4.74 |
| Anheuser Busch Inbev 4.750%  1/23/29 Standard & Poors Rating: A- Moodys Rating: A3 035240AQ3   Asset Minor Code 28 | 100,000.000 | 102,191.00 102.1910 | 107,094.50 | - 4,903.50 717.00 | 501.39 | 4.65 |
| Apple Inc 4.500%  5/12/32 Standard & Poors Rating: AA+ Moodys Rating: Aaa 037833FA3   Asset Minor Code 28 | 108,000.000 | 110,085.48 101.9310 | 107,083.62 | 3,001.86 1,448.28 | 1,471.50 | 4.41 |

Case: 23-30564   Doc# 1356-1   Filed: 09/22/25   Entered: 09/22/25 13:00:49   Page 398 of 612

R2006

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Applied Matls Inc 4.800% 6/15/29<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>038222AS4 Asset Minor Code 28 | 55,000.000 | 56,521.85<br>102.7670 | 54,833.90 | 1,687.95<br>494.45 | 557.33 | 4.67 |
| Automatic Data 1.700% 5/15/28<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>053015AG8 Asset Minor Code 28 | 41,000.000 | 38,802.40<br>94.6400 | 38,623.79 | 178.61<br>680.76 | 205.23 | 1.80 |
| Automatic Data 4.450% 9/09/34<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa3<br>053015AH6 Asset Minor Code 28 | 55,000.000 | 54,049.05<br>98.2710 | 54,563.50 | - 514.45<br>387.75 | 1,169.36 | 4.53 |
| Avery Dennison Corp 4.875% 12/06/28<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>053611AJ8 Asset Minor Code 28 | 105,000.000 | 106,939.35<br>101.8470 | 116,980.00 | - 10,040.65<br>890.40 | 1,208.59 | 4.79 |
| Bank Of America 4.980% 11/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>05522RDH8 Asset Minor Code 31 | 40,000.000 | 40,444.40<br>101.1110 | 39,994.63 | 449.77<br>114.00 | 88.53 | 4.93 |
| Bank Of America Mtn 3.824% 1/20/28<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>06051GGF0 Asset Minor Code 28 | 96,000.000 | 95,445.12<br>99.4220 | 95,835.68 | - 390.56<br>476.16 | 418.09 | 3.85 |
| Brown Forman Corp 4.750% 4/15/33<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>115637AU4 Asset Minor Code 28 | 90,000.000 | 90,516.60<br>100.5740 | 90,521.20 | - 4.60<br>569.70 | 1,615.00 | 4.72 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Cboe Global Mkts Inc 1.625% 12/15/30 Standard & Poors Rating: A- Moodys Rating: A3 12503MAC2 Asset Minor Code 28 | 90,000.000 | 79,219.80 88.0220 | 79,787.75 | - 567.95 1,241.10 | 308.75 | 1.85 |
| CNH Equipment Tr 0.810% 12/15/26 Standard & Poors Rating: AAA Moodys Rating: Aaa 12598LAC0 Asset Minor Code 31 | 4,222.470 | 4,215.38 99.8320 | 3,987.59 | 227.79 - 576.63 | 1.50 | 0.81 |
| Capital One Multi 2.060% 8/15/28 Standard & Poors Rating: AAA Moodys Rating: N/A 14041NFV8 Asset Minor Code 31 | 45,000.000 | 44,166.60 98.1480 | 44,084.18 | 82.42 82.42 | 41.20 | 2.10 |
| Caterpillar Finl Mtn 4.350% 5/15/26 Standard & Poors Rating: A Moodys Rating: A2 14913UAA8 Asset Minor Code 28 | 145,000.000 | 145,192.85 100.1330 | 143,513.55 | 1,679.30 249.40 | 1,857.21 | 4.34 |
| Chevron USA Inc 4.475% 2/26/28 Standard & Poors Rating: AA- Moodys Rating: Aa2 166756BB1 Asset Minor Code 28 | 113,000.000 | 114,796.70 101.5900 | 113,219.05 | 1,577.65 950.33 | 70.23 | 4.40 |
| Cintas Corporation 3.700% 4/01/27 Standard & Poors Rating: A- Moodys Rating: A3 17252MAN0 Asset Minor Code 28 | 145,000.000 | 144,241.65 99.4770 | 149,138.60 | - 4,896.95 698.90 | 2,235.42 | 3.72 |
| Citigroup Inc 3.200% 10/21/26 Standard & Poors Rating: BBB+ Moodys Rating: A3 172967KY6 Asset Minor Code 28 | 70,000.000 | 69,211.10 98.8730 | 67,376.00 | 1,835.10 284.20 | 808.89 | 3.24 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Comcast Corp<br>4.250% 10/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A3<br>20030NCU3 Asset Minor Code 28 | 125,000.000 | 125,180.00<br>100.1440 | 122,092.05 | 3,087.95<br>1,482.50 | 2,006.94 | 4.24 |
| Connecticut<br>Lt Pwr 0.750% 12/01/25<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>207597EM3 Asset Minor Code 28 | 50,000.000 | 49,532.00<br>99.0640 | 47,460.10 | 2,071.90<br>176.00 | 93.75 | 0.76 |
| Conocophillips Sr Nt 4.700% 1/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A2<br>20826FBJ4 Asset Minor Code 28 | 94,000.000 | 95,785.06<br>101.8990 | 93,619.14 | 2,165.92<br>781.14 | 564.52 | 4.61 |
| Consumers<br>Energy Co 4.900% 2/15/29<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>210518DV5 Asset Minor Code 28 | 60,000.000 | 61,552.80<br>102.5880 | 60,087.60 | 1,465.20<br>490.20 | 130.67 | 4.78 |
| Cummins Inc<br>5.150% 2/20/34<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>231021AW6 Asset Minor Code 28 | 65,000.000 | 66,564.55<br>102.4070 | 65,302.55 | 1,262.00<br>476.45 | 102.28 | 5.03 |
| Daimler<br>Trucks 5.900% 3/15/27<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>233868AC2 Asset Minor Code 31 | 56,447.110 | 56,814.58<br>100.6510 | 56,396.41 | 418.17<br>21.61 | 148.02 | 5.86 |
| Dicks<br>Sporting Goods 3.150% 1/15/32<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>253393AF9 Asset Minor Code 28 | .000 | .00<br>90.8860 | .00 | .00<br>3,567.60 | .00 | 0.00 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Walt Disney Company 7.300% 4/30/28 Standard & Poors Rating: A Moodys Rating: A2 254687DP8 Asset Minor Code 28 | 50,000.000 | 54,095.00 108.1900 | 53,836.50 | 258.50 325.50 | 1,226.81 | 6.75 |
| Dominion Energy 5.300% 1/15/35 Standard & Poors Rating: A Moodys Rating: A2 25731VAC8 Asset Minor Code 28 | 68,000.000 | 69,698.64 102.4980 | 68,382.21 | 1,316.43 324.48 | 460.51 | 5.17 |
| Duke Energy 4.850% 1/15/34 Standard & Poors Rating: A Moodys Rating: Aa3 26442CBM5 Asset Minor Code 28 | 78,000.000 | 78,347.10 100.4450 | 77,351.66 | 995.44 739.64 | 483.38 | 4.83 |
| Eog Res Inc 5.000% 7/15/32 Standard & Poors Rating: A- Moodys Rating: A3 26875PAY7 Asset Minor Code 28 | 77,000.000 | 78,402.94 101.8220 | 77,021.72 | 1,381.22 823.90 | 641.67 | 4.91 |
| Ecolab Inc 5.250% 1/15/28 Standard & Poors Rating: A- Moodys Rating: A3 278865BP4 Asset Minor Code 28 | 90,000.000 | 92,688.30 102.9870 | 91,047.85 | 1,640.45 444.60 | 603.75 | 5.10 |
| Ecolab Inc 4.300% 6/15/28 Standard & Poors Rating: A- Moodys Rating: A3 278865BQ2 Asset Minor Code 28 | 32,000.000 | 32,277.12 100.8660 | 31,978.46 | 298.66 212.48 | 328.71 | 4.26 |
| Emerson Elec Co Sr 1.800% 10/15/27 Standard & Poors Rating: A Moodys Rating: A2 291011BL7 Asset Minor Code 28 | 90,000.000 | 86,203.80 95.7820 | 81,674.30 | 4,529.50 802.80 | 612.00 | 1.88 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Exxon Mobil<br>2.440% 8/16/29<br>Standard & Poors Rating: AA-<br>Moodys Rating: Aa2<br>30231GBE1 Asset Minor Code 28 | 54,000.000 | 51,298.92<br>94.9980 | 53,631.72 | - 2,332.80<br>543.24 | 54.90 | 2.57 |
| Fiserv Inc<br>4.750% 3/15/30<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>337738BM9 Asset Minor Code 28 | 30,000.000 | 30,431.10<br>101.4370 | 29,931.30 | 499.80<br>350.10 | 657.08 | 4.68 |
| Florida Pwr<br>Lt Co 5.050% 4/01/28<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa2<br>341081GK7 Asset Minor Code 28 | 160,000.000 | 164,278.40<br>102.6740 | 160,736.00 | 3,542.40<br>1,059.20 | 3,995.12 | 4.92 |
| General Mtrs<br>Finl Co 1.250% 1/08/26<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>37045XDD5 Asset Minor Code 28 | 40,000.000 | 39,539.20<br>98.8480 | 37,955.60 | 1,583.60<br>129.60 | 73.61 | 1.26 |
| General Mtrs<br>Finl Co 5.400% 5/08/27<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa2<br>37045XEQ5 Asset Minor Code 28 | 90,000.000 | 91,505.70<br>101.6730 | 90,885.90 | 619.80<br>332.10 | 1,525.50 | 5.31 |
| Georgia<br>Pacific Corp 7.750% 11/15/29<br>Standard & Poors Rating: A+<br>Moodys Rating: A3<br>373298BR8 Asset Minor Code 28 | 127,000.000 | 144,378.68<br>113.6840 | 143,194.21 | 1,184.47<br>1,102.36 | 2,898.07 | 6.82 |
| Grainger W W<br>Inc 4.450% 9/15/34<br>Standard & Poors Rating: A+<br>Moodys Rating: A2<br>384802AF1 Asset Minor Code 28 | 76,000.000 | 74,350.80<br>97.8300 | 75,589.77 | - 1,238.97<br>456.00 | 1,559.48 | 4.55 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Hershey Company 3.200% 8/21/25<br>Standard & Poors Rating: N/R<br>Moodys Rating: WR<br>427866AU2 Asset Minor Code 28 | .000 | .00<br>100.0000 | .00 | .00<br>5,199.00 | .00 | 0.00 |
| Home Depot Inc 4.950% 9/30/26<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>437076CV2 Asset Minor Code 28 | 90,000.000 | 90,843.30<br>100.9370 | 89,968.30 | 875.00<br>169.20 | 1,868.63 | 4.90 |
| Home Depot Inc 5.150% 6/25/26<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>437076CZ3 Asset Minor Code 28 | 50,000.000 | 50,423.50<br>100.8470 | 49,989.85 | 433.65<br>72.00 | 472.08 | 5.11 |
| Host Hotels L P 5.700% 6/15/32<br>Standard & Poors Rating: BBB-<br>Moodys Rating: Baa3<br>44107TBD7 Asset Minor Code 28 | 44,000.000 | 45,191.08<br>102.7070 | 43,501.92 | 1,689.16<br>557.48 | 703.63 | 5.55 |
| Illinois Tool Work 2.650% 11/15/26<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>452308AX7 Asset Minor Code 28 | 140,000.000 | 138,037.20<br>98.5980 | 137,257.20 | 780.00<br>513.80 | 1,092.39 | 2.69 |
| Jpmorgan Chase Co 5.103% 4/22/31<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>46647PEY8 Asset Minor Code 28 | 97,000.000 | 100,073.93<br>103.1690 | 98,312.28 | 1,761.65<br>804.29 | 1,773.72 | 4.95 |
| John Deere Owner Tr 5.180% 3/15/28<br>Standard & Poors Rating: N/A<br>Moodys Rating: Aaa<br>477920AC6 Asset Minor Code 31 | 125,289.590 | 126,053.86<br>100.6100 | 125,453.59 | 600.27<br>210.85 | 288.46 | 5.15 |




02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Kenvue Inc<br>5.350% 3/22/26<br>Standard & Poors Rating: A<br>Moodys Rating: A1<br>49177JAD4 Asset Minor Code 28 | 105,000.000 | 105,489.30<br>100.4660 | 104,928.40 | 560.90<br>17.85 | 2,481.06 | 5.33 |
| Keurig Dr<br>Pepper Inc 5.200% 3/15/31<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>49271VAU4 Asset Minor Code 28 | 104,000.000 | 106,360.80<br>102.2700 | 103,349.28 | 3,011.52<br>- 863.97 | 2,493.69 | 5.08 |
| Kimberly<br>Clark Corp 3.950% 11/01/28<br>Standard & Poors Rating: A<br>Moodys Rating: A2<br>494368BY8 Asset Minor Code 28 | 155,000.000 | 155,203.05<br>100.1310 | 173,257.90 | - 18,054.85<br>1,336.10 | 2,040.83 | 3.94 |
| Martin<br>Marietta Inc 2.400% 7/15/31<br>Standard & Poors Rating: BBB+<br>Moodys Rating: Baa2<br>573284AW6 Asset Minor Code 28 | 62,000.000 | 55,271.76<br>89.1480 | 54,757.26 | 514.50<br>633.74 | 190.13 | 2.69 |
| Mastercard<br>Inc 4.875% 5/09/34<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>57636QAZ7 Asset Minor Code 28 | 68,000.000 | 69,266.84<br>101.8630 | 69,746.56 | - 479.72<br>715.48 | 1,031.33 | 4.79 |
| National<br>Rural Util 2.400% 3/15/30<br>Standard & Poors Rating: A-<br>Moodys Rating: A1<br>637432NV3 Asset Minor Code 28 | 90,000.000 | 83,668.50<br>92.9650 | 85,022.95 | - 1,354.45<br>1,267.20 | 996.00 | 2.58 |
| Oge Energy<br>Corp 5.450% 5/15/29<br>Standard & Poors Rating: BBB<br>Moodys Rating: Baa1<br>670837AD5 Asset Minor Code 28 | 65,000.000 | 67,546.70<br>103.9180 | 65,748.85 | 1,797.85<br>568.10 | 1,043.07 | 5.24 |



02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| O Reilly Automotive 3.900% 6/01/29 Standard & Poors Rating: BBB Moodys Rating: Baa1 67103HAH0 Asset Minor Code 28 | 120,000.000 | 118,832.40 99.0270 | 114,414.90 | 4,417.50 1,513.20 | 1,170.00 | 3.94 |
| Oracle Corp 6.150% 11/09/29 Standard & Poors Rating: BBB Moodys Rating: Baa2 68389XCH6 Asset Minor Code 28 | 43,000.000 | 45,963.56 106.8920 | 45,402.30 | 561.26 - 144.64 | 822.73 | 5.75 |
| Paccar Financial Mtn 5.200% 11/09/26 Standard & Poors Rating: A+ Moodys Rating: A1 69371RS72 Asset Minor Code 28 | 70,000.000 | 71,018.50 101.4550 | 70,138.00 | 880.50 186.20 | 1,132.44 | 5.13 |
| Paccar Fin Mtn 4.000% 8/08/28 Standard & Poors Rating: A+ Moodys Rating: A1 69371RT97 Asset Minor Code 28 | 32,000.000 | 32,082.56 100.2580 | 31,993.31 | 89.25 89.25 | 81.78 | 3.99 |
| Pacific Gas Elec Co 5.900% 6/15/32 Standard & Poors Rating: BBB Moodys Rating: Baa1 694308KG1 Asset Minor Code 28 | 35,000.000 | 36,398.25 103.9950 | 35,569.80 | 828.45 374.50 | 435.94 | 5.67 |
| Pepsico Inc 2.750% 3/19/30 Standard & Poors Rating: A+ Moodys Rating: A1 713448ES3 Asset Minor Code 28 | 165,000.000 | 155,834.25 94.4450 | 164,072.85 | - 8,238.60 1,823.25 | 2,041.88 | 2.91 |
| Pg E Energy 1.460% 7/15/33 Standard & Poors Rating: AAA Moodys Rating: Aaa 71710TAA6 Asset Minor Code 31 | 108,462.450 | 100,294.14 92.4690 | 105,062.31 | - 4,768.17 1,200.68 | 202.34 | 1.58 |



02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Progressive Corp 3.000% 3/15/32 Standard & Poors Rating: A Moodys Rating: A2 743315AZ6 Asset Minor Code 28 | 98,000.000 | 90,047.30 91.8850 | 86,423.17 | 3,624.13 921.20 | 1,355.67 | 3.26 |
| Public Svc Elec Gas 5.200% 3/01/34 Standard & Poors Rating: A Moodys Rating: A1 74456QCQ7 Asset Minor Code 28 | 85,000.000 | 87,289.05 102.6930 | 85,357.90 | 1,931.15 739.50 | 2,210.00 | 5.06 |
| Public Storage Glbl 5.100% 8/01/33 Standard & Poors Rating: A Moodys Rating: A2 74460WAG2 Asset Minor Code 28 | 84,000.000 | 86,595.60 103.0900 | 84,415.81 | 2,179.79 808.08 | 357.00 | 4.95 |
| Quanta Svcs Inc 4.750% 8/09/27 Standard & Poors Rating: BBB Moodys Rating: Baa3 74762EAK8 Asset Minor Code 28 | 94,000.000 | 95,018.02 101.0830 | 93,979.74 | 1,038.28 407.02 | 272.86 | 4.70 |
| Republic Services 3.950% 5/15/28 Standard & Poors Rating: A- Moodys Rating: A3 760759AT7 Asset Minor Code 28 | 135,000.000 | 134,954.10 99.9660 | 128,839.35 | 6,114.75 1,008.45 | 1,570.13 | 3.95 |
| Roper Technologies 4.750% 2/15/32 Standard & Poors Rating: BBB+ Moodys Rating: Baa2 776696AH9 Asset Minor Code 28 | 92,000.000 | 92,646.76 100.7030 | 91,951.64 | 695.12 1,035.00 | 194.22 | 4.72 |
| Texas Instrs Inc 4.600% 2/08/27 Standard & Poors Rating: A+ Moodys Rating: Aa3 882508CE2 Asset Minor Code 28 | 60,000.000 | 60,585.60 100.9760 | 59,986.00 | 599.60 228.00 | 176.33 | 4.56 |

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▓▓▓▓3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Transcont Gas Pipe  4.000%  3/15/28 Standard & Poors Rating: BBB+ Moodys Rating: Baa1 893574AK9   Asset Minor Code 28 | 107,000.000 | 106,761.39 99.7770 | 112,789.03 | - 6,027.64 1,046.46 | 1,973.56 | 4.01 |
| Travelers 5.050%  7/24/35 Standard & Poors Rating: A Moodys Rating: A2 89417EAT6   Asset Minor Code 28 | 51,000.000 | 51,319.26 100.6260 | 51,308.69 | 10.57 25.32 | 264.70 | 5.02 |
| Union Pacific Rr Co  3.227%  5/14/26 Standard & Poors Rating: AA- Moodys Rating: Aa2 907825AA1   Asset Minor Code 31 | 151,671.050 | 150,535.03 99.2510 | 156,155.48 | - 5,620.45 432.26 | 1,454.69 | 3.25 |
| United Parcel Svcs  4.875%  3/03/33 Standard & Poors Rating: A Moodys Rating: A2 911312BZ8   Asset Minor Code 28 | 90,000.000 | 91,942.20 102.1580 | 91,183.30 | 758.90 844.20 | 2,169.38 | 4.77 |
| Ventas Realty LP    4.000%  3/01/28 Standard & Poors Rating: BBB+ Moodys Rating: Baa1 92277GAM9   Asset Minor Code 28 | 40,000.000 | 39,803.20 99.5080 | 38,980.00 | 823.20 293.20 | 800.00 | 4.02 |
| Verizon Ma Tr 4.170%  8/20/30 Standard & Poors Rating: AAA Moodys Rating: Aaa 92348KDE0   Asset Minor Code 31 | 70,000.000 | 70,285.60 100.4080 | 69,981.82 | 303.78 427.00 | 89.19 | 4.15 |
| Visa Inc 3.150% 12/14/25 Standard & Poors Rating: AA- Moodys Rating: Aa3 92826CAD4   Asset Minor Code 28 | 45,000.000 | 44,873.10 99.7180 | 45,217.70 | - 344.60 91.80 | 303.19 | 3.16 |

R2016

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Vulcan Matls Co 4.950% 12/01/29 Standard & Poors Rating: BBB+ Moodys Rating: Baa2 929160BB4 Asset Minor Code 28 | 61,000.000 | 62,581.12<br>102.5920 | 61,072.10 | 1,509.02<br>595.97 | 754.88 | 4.82 |
| Waste Mgmt Inc 4.150% 4/15/32 Standard & Poors Rating: A- Moodys Rating: A3 94106LBS7 Asset Minor Code 28 | 142,000.000 | 139,688.24<br>98.3720 | 139,785.57 | - 97.33<br>1,383.08 | 2,226.24 | 4.22 |
| Wisconsin Elec 5.000% 5/15/29 Standard & Poors Rating: A- Moodys Rating: A2 976656CQ9 Asset Minor Code 28 | 90,000.000 | 92,774.70<br>103.0830 | 90,195.40 | 2,579.30<br>825.30 | 1,325.00 | 4.85 |
| Wisconsin Elec 4.600% 10/01/34 Standard & Poors Rating: A- Moodys Rating: A2 976656CS5 Asset Minor Code 28 | 40,000.000 | 39,453.60<br>98.6340 | 40,175.00 | - 721.40<br>255.60 | 766.67 | 4.66 |
| **Total Corporate Issues** | **6,823,847.460** | **6,836,761.48** | **6,814,561.23** | **22,200.25**<br>**55,134.15** | **80,905.47** | **4.25** |

## Foreign Issues

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Canadian Natl Rail 6.900% 7/15/28 Standard & Poors Rating: A- Moodys Rating: A2 136375BD3 Asset Minor Code 35 | 115,000.000 | 123,841.20<br>107.6880 | 136,667.10 | - 12,825.90<br>756.70 | 1,013.92 | 6.41 |
| **Total Foreign Issues** | **115,000.000** | **123,841.20** | **136,667.10** | **- 12,825.90**<br>**756.70** | **1,013.92** | **6.40** |

## Municipal Issues

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Colorado Hsg<br>4.381% 11/01/26<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>1964802X4 Asset Minor Code 39 | 80,000.000 | 80,270.40<br>100.3380 | 80,000.00 | 270.40<br>252.00 | 1,168.27 | 4.37 |
| Dallas Fort<br>Worth Tx 2.256% 11/01/26<br>Standard & Poors Rating: AA-<br>Moodys Rating: A1<br>2350364M9 Asset Minor Code 39 | 65,000.000 | 63,703.90<br>98.0060 | 65,000.00 | - 1,296.10<br>259.35 | 488.80 | 2.30 |
| Georgia ST<br>Ser B 3.390% 2/01/27<br>Standard & Poors Rating: AAA<br>Moodys Rating: Aaa<br>373384U61 Asset Minor Code 39 | 80,000.000 | 79,663.20<br>99.5790 | 84,324.80 | - 4,661.60<br>363.20 | 226.00 | 3.40 |
| Nebraska ST<br>Public 2.493% 1/01/27<br>Standard & Poors Rating: A+<br>Moodys Rating: A1<br>63968A2D6 Asset Minor Code 39 | 75,000.000 | 73,511.25<br>98.0150 | 75,000.00 | - 1,488.75<br>309.00 | 311.63 | 2.54 |
| New York ST<br>Urban 3.270% 3/15/28<br>Standard & Poors Rating: AA+<br>Moodys Rating: Aa1<br>6500355X2 Asset Minor Code 39 | 105,000.000 | 103,737.90<br>98.7980 | 105,057.35 | - 1,319.45<br>719.25 | 1,583.23 | 3.31 |
| New York ST<br>Urban 3.150% 3/15/27<br>Standard & Poors Rating: N/R<br>Moodys Rating: Aa1<br>6500357E2 Asset Minor Code 39 | 75,000.000 | 74,209.50<br>98.9460 | 73,556.25 | 653.25<br>332.25 | 1,089.38 | 3.18 |
| Ohio ST<br>Turnpike 2.251% 2/15/28<br>Standard & Poors Rating: A+<br>Moodys Rating: Aa3<br>67760HMW8 Asset Minor Code 39 | 95,000.000 | 91,474.55<br>96.2890 | 95,000.00 | - 3,525.45<br>854.05 | 95.04 | 2.34 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▆▆▆▆3805

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Oregon ST 1.330% 11/15/28 Standard & Poors Rating: AAA Moodys Rating: Aa1 68607DVE2   Asset Minor Code 39 | 65,000.000 | 60,399.95 92.9230 | 55,249.35 | 5,150.60 748.15 | 254.55 | 1.43 |
| **Total Municipal Issues** | **640,000.000** | **626,970.65** | **633,187.75** | **- 6,217.10** 3,837.25 | **5,216.90** | **2.92** |
| **Total Assets** | **15,782,066.180** | **15,597,180.64** | **15,597,338.35** | **- 157.71** 130,188.48 | **122,743.73** | **3.84** |
| **Accrued Income** | **.000** | **122,743.73** | **122,743.73** | | | |
| **Grand Total** | **15,782,066.180** | **15,719,924.37** | **15,720,082.08** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

R2019

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## ASSET DETAIL MESSAGES (continued)

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 468,227.330 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 681.66 | 779.00 | 681.66 | 779.00 |
| **Total Cash And Equivalents** | | | | | **681.66** | **779.00** | **681.66** | **779.00** |
| **US Government Issues** | | | | | | | | |
| .880 | F H L M C Gd G30290 6.500% 3/01/26 3128CUKB1 | | | | .01 | .00 | .01 | .00 |
| 16,308.130 | F H L M C Gd G15922 3.000% 8/01/31 3128MEYT2 | | | | 41.59 | 40.77 | 41.60 | 40.76 |
| 11,210.150 | F H L M C Gd G18527 3.000% 10/01/29 3128MMSR5 | | | | 28.93 | 28.03 | 28.93 | 28.03 |
| 17,833.410 | F H L M C Gd G18614 2.500% 10/01/31 3128MMVG5 | | | | 37.93 | 37.15 | 37.92 | 37.16 |
| 154,797.860 | F H L M C #Sb0661 2.500% 4/01/37 3132CWWW0 | | | | 327.11 | 322.50 | 327.10 | 322.51 |
| 129,544.210 | F H L M C #Sb1302 5.500% 10/01/39 3132CXNT5 | | | | 603.29 | 593.74 | 603.29 | 593.74 |
| 96,532.230 | F H L M C #Sb8184 4.000% 10/01/37 3132D6CV0 | | | | 325.67 | 321.77 | 325.67 | 321.77 |
| 91,749.140 | F H L M C #Sb8186 4.500% 9/01/37 3132D6CX6 | | | | 350.19 | 344.06 | 350.19 | 344.06 |
| 118,259.600 | F H L M C #Sb8191 4.500% 10/01/37 3132D6C40 | | | | 452.39 | 443.47 | 452.44 | 443.42 |
| 22,476.450 | F H L M C #Sb8216 4.500% 3/01/38 3132D6DV9 | | | | 116.79 | 83.58 | 85.18 | 115.19 |
| 148,267.190 | F H L M C #Sb8217 5.000% 3/01/38 3132D6DW7 | | | | 627.54 | 617.78 | 627.60 | 617.72 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 94,058.900 | F H L M C #Sb8220 5.500% 2/01/38 3132D6DZ0 | | | | 441.92 | 431.10 | 441.92 | 431.10 |
| 43,783.510 | F H L M C #Sb8269 6.000% 10/01/38 3132D6FJ4 | | | | .00 | 167.84 | - 51.08 | 218.92 |
| 53,076.560 | F H L M C #Sb8293 5.000% 4/01/39 3132D6GA2 | | | | 225.43 | 221.15 | 225.43 | 221.15 |
| 119,177.120 | F H L M C #Sb8303 5.000% 5/01/39 3132D6GL8 | | | | 503.29 | 496.57 | 503.29 | 496.57 |
| 182,132.950 | F H L M C #Sb8346 4.000% 12/01/39 3132D6HX1 | | | | .00 | 850.16 | 243.05 | 607.11 |
| 32,363.770 | FHLMC Sb8347 4.000% 1/01/40 3132D6HY9 | | | | .00 | .00 | - 86.30 | 86.30 |
| 67,534.750 | F H L M C #Sb8350 5.000% 12/01/39 3132D6H37 | | | | 286.10 | 281.39 | 286.10 | 281.39 |
| 47,404.860 | F H L M C #Sb8384 5.000% 5/01/40 3132D6J50 | | | | .00 | 72.42 | - 125.10 | 197.52 |
| 215,000.000 | F H L M C M T N 6.250% 7/15/32 3134A4KX1 | | | | 597.22 | 1,119.79 | .00 | 1,717.01 |
| 270,000.000 | F N M A 0.875% 8/05/30 3135G05Q2 | | | | 1,155.00 | 196.88 | 1,181.25 | 170.63 |
| .000 | F N M A 0.375% 8/25/25 3135G05X7 | | | | 300.63 | 46.25 | 346.88 | .00 |
| 225,000.000 | F N M A Deb 6.625 11/15/2030 31359MGK3 | | | | 3,146.88 | 1,242.18 | .00 | 4,389.06 |
| 70,620.370 | F H L M C Mltcl Mtg 2.995% 12/25/25 3137BN6G4 | | | | 198.48 | 176.26 | 198.48 | 176.26 |
| 118,022.260 | F H L M C Mltcl Mtg 2.673% 3/25/26 3137BPW21 | | | | 262.98 | 262.89 | 263.51 | 262.36 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | ANN RATE | EX DATE | PAY DATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| .000 | F H L M C Mltcl Mt 3137FJXQ7 | 3.750% | 8/25/25 | | 103.84 | .00 | 103.84 | .00 |
| 140,000.000 | F H L M C Mltcl Mtg 3137H7ZB2 | 2.920% | 6/25/32 | | 340.67 | 340.67 | 340.67 | 340.67 |
| 24,076.050 | F N M A #Ax8309 3138YAGT6 | 3.000% | 11/01/29 | | 61.68 | 60.19 | 61.68 | 60.19 |
| 35,549.870 | F N M A #890790 31410LUP5 | 3.000% | 8/01/32 | | 90.69 | 88.87 | 90.68 | 88.88 |
| 128,131.140 | F N M A #Ma4667 31418EFH8 | 3.500% | 7/01/37 | | 377.58 | 373.72 | 377.59 | 373.71 |
| 119,530.960 | F N M A #Ma4713 31418EGX2 | 4.000% | 7/01/37 | | 404.28 | 398.44 | 404.28 | 398.44 |
| 66,308.110 | F N M A #Ma4797 31418EKK5 | 4.000% | 11/01/37 | | 180.99 | 440.91 | 224.05 | 397.85 |
| 91,284.220 | F N M A #Ma4825 31418ELF5 | 5.000% | 10/01/37 | | 387.04 | 380.35 | 387.01 | 380.38 |
| 65,302.430 | F N M A #Ma4991 31418ERM4 | 5.500% | 4/01/38 | | 308.81 | 299.30 | 308.80 | 299.31 |
| 33,871.820 | F N M A #Ma5013 31418ESB7 | 4.500% | 4/01/38 | | 129.99 | 127.02 | 129.99 | 127.02 |
| 112,643.620 | F N M A #Ma5145 31418EWF3 | 6.000% | 9/01/38 | | 576.35 | 563.22 | 576.38 | 563.19 |
| 32,744.370 | F N M A #Ma5149 31418EWK2 | 5.500% | 8/01/38 | | 154.25 | 150.08 | 154.25 | 150.08 |
| 95,118.590 | F N M A #Ma5589 31418FF77 | 4.500% | 1/01/40 | | 359.23 | 356.69 | 359.23 | 356.69 |
| 5,275.910 | G N M A I I #Ma0674 36179MXB1 | 2.500% | 1/20/28 | | 11.60 | 10.99 | 11.61 | 10.98 |

R2023

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 370,000.000 | U S Treasury Nt 0.625% 8/15/30 91282CAE1 | | | | 1,066.82 | 196.26 | 1,156.25 | 106.83 |
| 270,000.000 | U S Treasury Nt 1.125% 2/15/31 91282CBL4 | | | | 1,401.28 | 257.79 | 1,518.75 | 140.32 |
| 410,000.000 | U S Treasury Nt 1.250% 8/15/31 91282CCS8 | | | | 2,364.30 | 434.95 | 2,562.50 | 236.75 |
| 265,000.000 | U S Treasury Nt 2.750% 8/15/32 91282CFF3 | | | | 3,334.28 | 648.89 | 3,643.75 | 339.42 |
| 365,000.000 | U S Treasury Nt 4.125% 11/15/32 91282CFV8 | | | | 3,016.41 | 1,227.97 | - 215.22 | 4,459.60 |
| 430,000.000 | U S Treasury Nt 3.375% 5/15/33 91282CHC8 | | | | 3,101.30 | 1,232.57 | .00 | 4,333.87 |
| 225,000.000 | United States Treas 4.375% 11/30/30 91282CJM4 | | | | 1,667.52 | 833.76 | .00 | 2,501.28 |
| 350,000.000 | U S Treasury Nt 4.000% 2/15/34 91282CJZ5 | | | | 6,181.77 | 1,188.17 | 6,723.20 | 646.74 |
| 210,000.000 | U S Treasury Nt 4.125% 7/31/31 91282CLD1 | | | | 23.54 | 729.72 | .00 | 753.26 |
| 295,000.000 | U S Treasury Nt 4.625% 2/15/35 91282CMM0 | | | | 6,294.22 | 1,157.94 | 6,821.88 | 630.28 |
| 80,000.000 | U S Treasury Nt 2.250% 11/15/25 912828M56 | | | | 524.59 | 177.31 | 168.75 | 533.15 |
| 185,000.000 | U S Treasury Nt 2.000% 11/15/26 912828U24 | | | | 869.02 | 319.29 | 92.39 | 1,095.92 |
| 245,000.000 | U S Treasury Nt 1.500% 2/15/30 912828Z94 | | | | 1,695.37 | 311.90 | 1,837.50 | 169.77 |
| 125,000.000 | U S Treasury Nt 1.500% 8/15/26 9128282A7 | | | | 864.99 | 159.13 | 937.50 | 86.62 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 260,000.000 | U S Treasury Nt 9128283W8 | 2.750% 2/15/28 | | | 3,298.48 | 606.82 | 3,575.00 | 330.30 |
| 135,000.000 | U S Treasury Nt 9128285M8 | 3.125% 11/15/28 | | | 1,059.78 | 406.34 | 216.54 | 1,249.58 |
| 220,000.000 | U S Treasury Nt 9128286T2 | 2.375% 5/15/29 | | | 1,107.47 | 440.15 | .00 | 1,547.62 |
| **Total US Government Issues** | | | | | **51,387.51** | **22,317.14** | **38,876.21** | **34,828.44** |
| **Corporate Issues** | | | | | | | | |
| 120,000.000 | At T Inc Glbl Nt 00206RJX1 | 2.300% 6/01/27 | | | 460.00 | 230.00 | .00 | 690.00 |
| 75,000.000 | Adobe Inc Sr Glbl 00724PAF6 | 4.800% 4/04/29 | | | 1,170.00 | 300.00 | .00 | 1,470.00 |
| 78,000.000 | Air Products And 009158BK1 | 4.850% 2/08/34 | | | 1,631.49 | 295.84 | 1,685.64 | 241.69 |
| 55,000.000 | Allstate Corp 020002BH3 | 0.750% 12/15/25 | | | 52.71 | 34.37 | .00 | 87.08 |
| 45,754.790 | American Airlines 02376UAA3 | 3.575% 7/15/29 | | | 72.70 | 136.31 | .00 | 209.01 |
| 114,000.000 | American Express Co 025816EF2 | 5.016% 4/25/31 | | | 1,524.86 | 476.52 | .00 | 2,001.38 |
| 77,000.000 | American Wtr Cap 03040WBF1 | 5.250% 3/01/35 | | | 1,729.29 | 336.88 | .00 | 2,066.17 |
| 140,000.000 | Amphenol Corp 032095AM3 | 4.750% 3/30/26 | | | 2,235.14 | 554.17 | .00 | 2,789.31 |
| 100,000.000 | Anheuser Busch Inbev 035240AQ3 | 4.750% 1/23/29 | | | 105.56 | 395.83 | .00 | 501.39 |
| 108,000.000 | Apple Inc 037833FA3 | 4.500% 5/12/32 | | | 1,066.50 | 405.00 | .00 | 1,471.50 |

R2025

02503704
35- -01-B -62 -248-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 55,000.000 | Applied Matls Inc 038222AS4 | 4.800% | 6/15/29 | | 337.33 | 220.00 | .00 | 557.33 |
| 41,000.000 | Automatic Data 053015AG8 | 1.700% | 5/15/28 | | 179.44 | 64.04 | 38.25 | 205.23 |
| 55,000.000 | Automatic Data 053015AH6 | 4.450% | 9/09/34 | | 965.40 | 203.96 | .00 | 1,169.36 |
| 105,000.000 | Avery Dennison Corp 053611AJ8 | 4.875% | 12/06/28 | | 782.03 | 426.56 | .00 | 1,208.59 |
| 40,000.000 | Bank Of America 05522RDH8 | 4.980% | 11/15/28 | | 88.53 | 166.00 | 166.00 | 88.53 |
| 96,000.000 | Bank Of America Mtn 06051GGF0 | 3.824% | 1/20/28 | | 112.17 | 305.92 | .00 | 418.09 |
| 90,000.000 | Brown Forman Corp 115637AU4 | 4.750% | 4/15/33 | | 1,258.75 | 356.25 | .00 | 1,615.00 |
| 90,000.000 | Cboe Global Mkts Inc 12503MAC2 | 1.625% | 12/15/30 | | 186.88 | 121.87 | .00 | 308.75 |
| 4,222.470 | CNH Equipment Tr 12598LAC0 | 0.810% | 12/15/26 | | 5.46 | 6.31 | 10.27 | 1.50 |
| 45,000.000 | Capital One Multi 14041NFV8 | 2.060% | 8/15/28 | | .00 | 46.35 | 5.15 | 41.20 |
| 145,000.000 | Caterpillar Finl Mtn 14913UAA8 | 4.350% | 5/15/26 | | 1,331.58 | 525.63 | .00 | 1,857.21 |
| 113,000.000 | Chevron USA Inc 166756BB1 | 4.475% | 2/26/28 | | 2,177.21 | 421.40 | 2,528.38 | 70.23 |
| 145,000.000 | Cintas Corporation 17252MAN0 | 3.700% | 4/01/27 | | 1,788.33 | 447.09 | .00 | 2,235.42 |
| 70,000.000 | Citigroup Inc 172967KY6 | 3.200% | 10/21/26 | | 622.22 | 186.67 | .00 | 808.89 |

R2026

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 125,000.000 | Comcast Corp 4.250% 10/15/30 20030NCU3 | | | | 1,564.24 | 442.70 | .00 | 2,006.94 |
| 50,000.000 | Connecticut Lt Pwr 0.750% 12/01/25 207597EM3 | | | | 62.50 | 31.25 | .00 | 93.75 |
| 94,000.000 | Conocophillips Sr Nt 4.700% 1/15/30 20826FBJ4 | | | | 196.36 | 368.16 | .00 | 564.52 |
| 60,000.000 | Consumers Energy Co 4.900% 2/15/29 210518DV5 | | | | 1,355.67 | 245.00 | 1,470.00 | 130.67 |
| 65,000.000 | Cummins Inc 5.150% 2/20/34 231021AW6 | | | | 1,497.08 | 278.95 | 1,673.75 | 102.28 |
| 56,447.110 | Daimler Trucks 5.900% 3/15/27 233868AC2 | | | | 166.42 | 293.64 | 312.04 | 148.02 |
| .000 | Dicks Sporting Goods 3.150% 1/15/32 253393AF9 | | | | 70.00 | 69.57 | 139.57 | .00 |
| 50,000.000 | Walt Disney Company 7.300% 4/30/28 254687DP8 | | | | 922.64 | 304.17 | .00 | 1,226.81 |
| 68,000.000 | Dominion Energy 5.300% 1/15/35 25731VAC8 | | | | 141.33 | 285.02 | - 34.16 | 460.51 |
| 78,000.000 | Duke Energy 4.850% 1/15/34 26442CBM5 | | | | 150.89 | 295.85 | - 36.64 | 483.38 |
| 77,000.000 | Eog Res Inc 5.000% 7/15/32 26875PAY7 | | | | 320.83 | 320.84 | .00 | 641.67 |
| 90,000.000 | Ecolab Inc 5.250% 1/15/28 278865BP4 | | | | 210.00 | 393.75 | .00 | 603.75 |
| 32,000.000 | Ecolab Inc 4.300% 6/15/28 278865BQ2 | | | | 214.04 | 114.67 | .00 | 328.71 |
| 90,000.000 | Emerson Elec Co Sr 1.800% 10/15/27 291011BL7 | | | | 477.00 | 135.00 | .00 | 612.00 |

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/<br>FACE AMOUNT | DESCRIPTION | EX<br>DATE | PAY<br>DATE | ANN<br>RATE | BEGINNING<br>ACCRUAL | INCOME<br>EARNED | INCOME<br>RECEIVED | ENDING<br>ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 54,000.000 | Exxon Mobil<br>30231GBE1 | 2.440% | 8/16/29 | | 603.90 | 109.80 | 658.80 | 54.90 |
| 30,000.000 | Fiserv Inc<br>337738BM9 | 4.750% | 3/15/30 | | 538.33 | 118.75 | .00 | 657.08 |
| 160,000.000 | Florida Pwr Lt Co<br>341081GK7 | 5.050% | 4/01/28 | | 3,321.78 | 673.34 | .00 | 3,995.12 |
| 40,000.000 | General Mtrs Finl Co<br>37045XDD5 | 1.250% | 1/08/26 | | 31.94 | 41.67 | .00 | 73.61 |
| 90,000.000 | General Mtrs Finl Co<br>37045XEQ5 | 5.400% | 5/08/27 | | 1,120.50 | 405.00 | .00 | 1,525.50 |
| 127,000.000 | Georgia Pacific Corp<br>373298BR8 | 7.750% | 11/15/29 | | 2,077.86 | 820.21 | .00 | 2,898.07 |
| 76,000.000 | Grainger W W Inc<br>384802AF1 | 4.450% | 9/15/34 | | 1,277.64 | 281.84 | .00 | 1,559.48 |
| .000 | Hershey Company<br>427866AU2 | 3.200% | 8/21/25 | | 1,991.11 | 248.89 | 2,240.00 | .00 |
| 90,000.000 | Home Depot Inc<br>437076CV2 | 4.950% | 9/30/26 | | 1,497.38 | 371.25 | .00 | 1,868.63 |
| 50,000.000 | Home Depot Inc<br>437076CZ3 | 5.150% | 6/25/26 | | 257.50 | 214.58 | .00 | 472.08 |
| 44,000.000 | Host Hotels L P<br>44107TBD7 | 5.700% | 6/15/32 | | 494.63 | 209.00 | .00 | 703.63 |
| 140,000.000 | Illinois Tool Work<br>452308AX7 | 2.650% | 11/15/26 | | 783.22 | 309.17 | .00 | 1,092.39 |
| 97,000.000 | Jpmorgan Chase Co<br>46647PEY8 | 5.103% | 4/22/31 | | 1,248.96 | 397.75 | - 127.01 | 1,773.72 |
| 125,289.590 | John Deere Owner Tr<br>477920AC6 | 5.180% | 3/15/28 | | 307.99 | 557.93 | 577.46 | 288.46 |

R2028

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 105,000.000 | Kenvue Inc 5.350% 3/22/26 49177JAD4 | | | | 2,012.94 | 468.12 | .00 | 2,481.06 |
| 104,000.000 | Keurig Dr Pepper Inc 5.200% 3/15/31 49271VAU4 | | | | 2,337.69 | 507.87 | 351.87 | 2,493.69 |
| 155,000.000 | Kimberly Clark Corp 3.950% 11/01/28 494368BY8 | | | | 1,530.63 | 510.20 | .00 | 2,040.83 |
| 62,000.000 | Martin Marietta Inc 2.400% 7/15/31 573284AW6 | | | | .00 | 109.60 | - 80.53 | 190.13 |
| 68,000.000 | Mastercard Inc 4.875% 5/09/34 57636QAZ7 | | | | 599.63 | 226.95 | - 204.75 | 1,031.33 |
| 90,000.000 | National Rural Util 2.400% 3/15/30 637432NV3 | | | | 816.00 | 180.00 | .00 | 996.00 |
| 65,000.000 | Oge Energy Corp 5.450% 5/15/29 670837AD5 | | | | 747.86 | 295.21 | .00 | 1,043.07 |
| 120,000.000 | O Reilly Automotive 3.900% 6/01/29 67103HAH0 | | | | 780.00 | 390.00 | .00 | 1,170.00 |
| 43,000.000 | Oracle Corp 6.150% 11/09/29 68389XCH6 | | | | 910.54 | 291.78 | 379.59 | 822.73 |
| 70,000.000 | Paccar Financial Mtn 5.200% 11/09/26 69371RS72 | | | | 829.11 | 303.33 | .00 | 1,132.44 |
| 32,000.000 | Paccar Fin Mtn 4.000% 8/08/28 69371RT97 | | | | .00 | 81.78 | .00 | 81.78 |
| 35,000.000 | Pacific Gas Elec Co 5.900% 6/15/32 694308KG1 | | | | 263.86 | 172.08 | .00 | 435.94 |
| 165,000.000 | Pepsico Inc 2.750% 3/19/30 713448ES3 | | | | 1,663.75 | 378.13 | .00 | 2,041.88 |
| 108,462.450 | Pg E Energy 1.460% 7/15/33 71710TAA6 | | | | 70.38 | 131.96 | .00 | 202.34 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 98,000.000 | Progressive Corp 3.000% 3/15/32 743315AZ6 | | | | 1,110.67 | 245.00 | .00 | 1,355.67 |
| 85,000.000 | Public Svc Elec Gas 5.200% 3/01/34 74456QCQ7 | | | | 1,841.67 | 368.33 | .00 | 2,210.00 |
| 84,000.000 | Public Storage Glbl 5.100% 8/01/33 74460WAG2 | | | | 2,142.00 | 357.00 | 2,142.00 | 357.00 |
| 94,000.000 | Quanta Svcs Inc 4.750% 8/09/27 74762EAK8 | | | | 2,133.28 | 372.08 | 2,232.50 | 272.86 |
| 135,000.000 | Republic Services 3.950% 5/15/28 760759AT7 | | | | 1,125.75 | 444.38 | .00 | 1,570.13 |
| 92,000.000 | Roper Technologies 4.750% 2/15/32 776696AH9 | | | | 2,015.06 | 364.16 | 2,185.00 | 194.22 |
| 60,000.000 | Texas Instrs Inc 4.600% 2/08/27 882508CE2 | | | | 1,326.33 | 230.00 | 1,380.00 | 176.33 |
| 107,000.000 | Transcont Gas Pipe 4.000% 3/15/28 893574AK9 | | | | 1,616.89 | 356.67 | .00 | 1,973.56 |
| 51,000.000 | Travelers 5.050% 7/24/35 89417EAT6 | | | | 32.40 | 202.00 | - 30.30 | 264.70 |
| 151,671.050 | Union Pacific Rr Co 3.227% 5/14/26 907825AA1 | | | | 1,046.82 | 407.87 | .00 | 1,454.69 |
| 90,000.000 | United Parcel Svcs 4.875% 3/03/33 911312BZ8 | | | | 1,803.75 | 365.63 | .00 | 2,169.38 |
| 40,000.000 | Ventas Realty LP 4.000% 3/01/28 92277GAM9 | | | | 666.67 | 133.33 | .00 | 800.00 |
| 70,000.000 | Verizon Ma Tr 4.170% 8/20/30 92348KDE0 | | | | 89.19 | 243.25 | 243.25 | 89.19 |
| 45,000.000 | Visa Inc 3.150% 12/14/25 92826CAD4 | | | | 185.06 | 118.13 | .00 | 303.19 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 61,000.000 | Vulcan Matls Co 929160BB4 | 4.950% | 12/01/29 | | 503.25 | 251.63 | .00 | 754.88 |
| 142,000.000 | Waste Mgmt Inc 94106LBS7 | 4.150% | 4/15/32 | | 1,735.16 | 491.08 | .00 | 2,226.24 |
| 90,000.000 | Wisconsin Elec 976656CQ9 | 5.000% | 5/15/29 | | 950.00 | 375.00 | .00 | 1,325.00 |
| 40,000.000 | Wisconsin Elec 976656CS5 | 4.600% | 10/01/34 | | 613.33 | 153.34 | .00 | 766.67 |
| **Total Corporate Issues** | | | | | **76,284.99** | **24,526.61** | **19,906.13** | **80,905.47** |
| **Foreign Issues** | | | | | | | | |
| 115,000.000 | Canadian Natl Rail 136375BD3 | 6.900% | 7/15/28 | | 352.67 | 661.25 | .00 | 1,013.92 |
| **Total Foreign Issues** | | | | | **352.67** | **661.25** | **.00** | **1,013.92** |
| **Municipal Issues** | | | | | | | | |
| 80,000.000 | Colorado Hsg 1964802X4 | 4.381% | 11/01/26 | | 876.20 | 292.07 | .00 | 1,168.27 |
| 65,000.000 | Dallas Fort Worth Tx 2350364M9 | 2.256% | 11/01/26 | | 366.60 | 122.20 | .00 | 488.80 |
| 80,000.000 | Georgia ST Ser B 373384U61 | 3.390% | 2/01/27 | | 1,356.00 | 226.00 | 1,356.00 | 226.00 |
| 75,000.000 | Nebraska ST Public 63968A2D6 | 2.493% | 1/01/27 | | 155.81 | 155.82 | .00 | 311.63 |
| 105,000.000 | New York ST Urban 6500355X2 | 3.270% | 3/15/28 | | 1,297.10 | 286.13 | .00 | 1,583.23 |
| 75,000.000 | New York ST Urban 6500357E2 | 3.150% | 3/15/27 | | 892.50 | 196.88 | .00 | 1,089.38 |

R2031

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## INCOME ACCRUAL DETAIL (continued)

| SHARES/ FACE AMOUNT | DESCRIPTION | ANN RATE | EX DATE | PAY DATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| 95,000.000 | Ohio ST Turnpike 67760HMW8 | 2.251% | 2/15/28 | | 986.06 | 178.21 | 1,069.23 | 95.04 |
| 65,000.000 | Oregon ST 68607DVE2 | 1.330% | 11/15/28 | | 182.51 | 72.04 | .00 | 254.55 |
| **Total Municipal Issues** | | | | | **6,112.78** | **1,529.35** | **2,425.23** | **5,216.90** |
| **Grand Total** | | | | | **134,819.61** | **49,813.35** | **61,889.23** | **122,743.73** |

R2032

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **Air Products And 4.850% 2/08/34**<br>**009158Bk1** | | |
| 08/08/2025 | Air Products And 4.850% 2/08/34<br>0.02425 USD/$1 Pv On 70,000 Par Value Due 8/8/25 | 1,697.50 |
| 08/19/2025 | Paid Accrued Interest On Purchase Of<br>Air Products And 4.850% 2/08/34<br>Income Debit 11.86- USD | - 11.86 |
| **Total Air Products And 4.850% 2/08/34** | | **1,685.64** |
| **Automatic Data 1.700% 5/15/28**<br>**053015Ag8** | | |
| 08/15/2025 | Received Accrued Interest On Sale Of<br>Automatic Data 1.700% 5/15/28<br>Income Credit 38.25 USD | 38.25 |
| **Bank Of America 4.980% 11/15/28**<br>**05522Rdh8** | | |
| 08/15/2025 | Bank Of America 4.980% 11/15/28<br>$0.00415/Pv On 40,000.00 Pv Due 8/15/25 | 166.00 |
| **Capital One Multi 2.060% 8/15/28**<br>**14041Nfv8** | | |
| 08/13/2025 | Paid Accrued Interest On Purchase Of<br>Capital One Multi 2.060% 8/15/28<br>Income Debit 72.10- USD | - 72.10 |
| 08/15/2025 | Capital One Multi 2.060% 8/15/28<br>0.001717 USD/$1 Pv On 45,000 Par Value Due 8/15/25 | 77.25 |
| **Total Capital One Multi 2.060% 8/15/28** | | **5.15** |
| **Chevron USA Inc 4.475% 2/26/28**<br>**166756Bb1** | | |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/26/2025 | Chevron USA Inc 4.475% 2/26/28<br>0.022375 USD/$1 Pv On 113,000 Par Value Due 8/26/25 | 2,528.38 |
| **CNH Equipment Tr 0.810% 12/15/26**<br>**12598Lac0** | | |
| 08/15/2025 | CNH Equipment Tr 0.810% 12/15/26<br>$0.00068/Pv On 15,213.66 Pv Due 8/15/25 | 10.27 |
| **Consumers Energy Co 4.900% 2/15/29**<br>**210518Dv5** | | |
| 08/15/2025 | Consumers Energy Co 4.900% 2/15/29<br>0.0245 USD/$1 Pv On 60,000 Par Value Due 8/15/25 | 1,470.00 |
| **Cummins Inc 5.150% 2/20/34**<br>**231021Aw6** | | |
| 08/20/2025 | Cummins Inc 5.150% 2/20/34<br>0.02575 USD/$1 Pv On 65,000 Par Value Due 8/20/25 | 1,673.75 |
| **Daimler Trucks 5.900% 3/15/27**<br>**233868Ac2** | | |
| 08/15/2025 | Daimler Trucks 5.900% 3/15/27<br>$0.00492/Pv On 63,466.66 Pv Due 8/15/25 | 312.04 |
| **Dicks Sporting Goods 3.150% 1/15/32**<br>**253393Af9** | | |
| 08/14/2025 | Received Accrued Interest On Sale Of<br>Dicks Sporting Goods 3.150% 1/15/32<br>Income Credit 53.29 USD | 53.29 |
| 08/19/2025 | Received Accrued Interest On Sale Of<br>Dicks Sporting Goods 3.150% 1/15/32<br>Income Credit 86.28 USD | 86.28 |
| **Total Dicks Sporting Goods 3.150% 1/15/32** | | **139.57** |
| **Dominion Energy 5.300% 1/15/35**<br>**25731Vac8** | | |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/14/2025 | Paid Accrued Interest On Purchase Of Dominion Energy 5.300% 1/15/35 Income Debit 34.16- USD | - 34.16 |
| **Duke Energy 26442Cbm5** | **4.850% 1/15/34** | |
| 08/19/2025 | Paid Accrued Interest On Purchase Of Duke Energy 4.850% 1/15/34 Income Debit 36.64- USD | - 36.64 |
| **Exxon Mobil 30231Gbe1** | **2.440% 8/16/29** | |
| 08/18/2025 | Exxon Mobil 2.440% 8/16/29 0.0122 USD/$1 Pv On 54,000 Par Value Due 8/16/25 | 658.80 |
| **F H L M C #Sb0661 3132Cwww0** | **2.500% 4/01/37** | |
| 08/25/2025 | F H L M C #Sb0661 2.500% 4/01/37 July FHLMC Due 8/25/25 | 327.10 |
| **F H L M C #Sb1302 3132Cxnt5** | **5.500% 10/01/39** | |
| 08/25/2025 | F H L M C #Sb1302 5.500% 10/01/39 July FHLMC Due 8/25/25 | 603.29 |
| **F H L M C #Sb8184 3132D6Cv0** | **4.000% 10/01/37** | |
| 08/25/2025 | F H L M C #Sb8184 4.000% 10/01/37 July FHLMC Due 8/25/25 | 325.67 |
| **F H L M C #Sb8186 3132D6Cx6** | **4.500% 9/01/37** | |
| 08/25/2025 | F H L M C #Sb8186 4.500% 9/01/37 July FHLMC Due 8/25/25 | 350.19 |
| **F H L M C #Sb8191 3132D6C40** | **4.500% 10/01/37** | |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/25/2025 | F H L M C #Sb8191 4.500% 10/01/37<br>July FHLMC Due 8/25/25 | 452.44 |
| **F H L M C #Sb8216 4.500% 3/01/38<br>3132D6Dv9** | | |
| 08/25/2025 | F H L M C #Sb8216 4.500% 3/01/38<br>P & I Due 08/25/25 | 85.18 |
| **F H L M C #Sb8217 5.000% 3/01/38<br>3132D6Dw7** | | |
| 08/25/2025 | F H L M C #Sb8217 5.000% 3/01/38<br>July FHLMC Due 8/25/25 | 627.60 |
| **F H L M C #Sb8220 5.500% 2/01/38<br>3132D6Dz0** | | |
| 08/25/2025 | F H L M C #Sb8220 5.500% 2/01/38<br>July FHLMC Due 8/25/25 | 441.92 |
| **F H L M C #Sb8269 6.000% 10/01/38<br>3132D6Fj4** | | |
| 08/08/2025 | Paid Accrued Interest On Purchase Of<br>F H L M C #Sb8269 6.000% 10/01/38<br>Income Debit 51.08- USD | - 51.08 |
| **F H L M C #Sb8293 5.000% 4/01/39<br>3132D6Ga2** | | |
| 08/25/2025 | F H L M C #Sb8293 5.000% 4/01/39<br>July FHLMC Due 8/25/25 | 225.43 |
| **F H L M C #Sb8303 5.000% 5/01/39<br>3132D6Gl8** | | |
| 08/25/2025 | F H L M C #Sb8303 5.000% 5/01/39<br>July FHLMC Due 8/25/25 | 503.29 |
| **F H L M C #Sb8346 4.000% 12/01/39<br>3132D6Hx1** | | |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/15/2025 | Paid Accrued Interest On Purchase Of F H L M C #Sb8346 4.000% 12/01/39 Income Debit 56.66- USD | - 56.66 |
| 08/25/2025 | F H L M C #Sb8346 4.000% 12/01/39 July FNMA Due 8/25/25 | 384.71 |
| 08/25/2025 | Paid Accrued Interest On Purchase Of F H L M C #Sb8346 4.000% 12/01/39 Income Debit 85.00- USD | - 85.00 |
| **Total F H L M C #Sb8346 4.000% 12/01/39** | | **243.05** |
| **F H L M C #Sb8350 5.000% 12/01/39 3132D6H37** | | |
| 08/25/2025 | F H L M C #Sb8350 5.000% 12/01/39 July FHLMC Due 8/25/25 | 286.10 |
| **F H L M C #Sb8384 5.000% 5/01/40 3132D6J50** | | |
| 08/20/2025 | Paid Accrued Interest On Purchase Of F H L M C #Sb8384 5.000% 5/01/40 Income Debit 125.10- USD | - 125.10 |
| **F H L M C Gd G15922 3.000% 8/01/31 3128Meyt2** | | |
| 08/15/2025 | F H L M C Gd G15922 3.000% 8/01/31 July FHLMC Due 8/15/25 | 41.60 |
| **F H L M C Gd G18527 3.000% 10/01/29 3128Mmsr5** | | |
| 08/15/2025 | F H L M C Gd G18527 3.000% 10/01/29 July FHLMC Due 8/15/25 | 28.93 |
| **F H L M C Gd G18614 2.500% 10/01/31 3128Mmvg5** | | |
| 08/15/2025 | F H L M C Gd G18614 2.500% 10/01/31 July FHLMC Due 8/15/25 | 37.92 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F H L M C Gd G30290 6.500% 3/01/26** | | |
| **3128Cukb1** | | |
| 08/15/2025 | F H L M C Gd G30290 6.500% 3/01/26<br>P & I Due 08/15/25 | .01 |
| **F H L M C Mltcl Mt 3.750% 8/25/25** | | |
| **3137Fjxq7** | | |
| 08/25/2025 | F H L M C Mltcl Mt 3.750% 8/25/25<br>$0.00312/Pv On 0.00 Pv Due 8/25/25 | 103.84 |
| **F H L M C Mltcl Mtg 2.673% 3/25/26** | | |
| **3137Bpw21** | | |
| 08/25/2025 | F H L M C Mltcl Mtg 2.673% 3/25/26<br>$0.00223/Pv On 118,300.49 Pv Due 8/25/25 | 263.51 |
| **F H L M C Mltcl Mtg 2.920% 6/25/32** | | |
| **3137H7Zb2** | | |
| 08/25/2025 | F H L M C Mltcl Mtg 2.920% 6/25/32<br>$0.00243/Pv On 140,000.00 Pv Due 8/25/25 | 340.67 |
| **F H L M C Mltcl Mtg 2.995% 12/25/25** | | |
| **3137Bn6G4** | | |
| 08/25/2025 | F H L M C Mltcl Mtg 2.995% 12/25/25<br>$0.00250/Pv On 79,523.77 Pv Due 8/25/25 | 198.48 |
| **F N M A 0.375% 8/25/25** | | |
| **3135G05X7** | | |
| 08/25/2025 | F N M A 0.375% 8/25/25<br>0.001875 USD/$1 Pv On 185,000 Par Value Due 8/25/25 | 346.88 |
| **F N M A 0.875% 8/05/30** | | |
| **3135G05Q2** | | |
| 08/05/2025 | F N M A 0.875% 8/05/30<br>0.004375 USD/$1 Pv On 270,000 Par Value Due 8/5/25 | 1,181.25 |
| **F N M A #Ax8309 3.000% 11/01/29** | | |
| **3138Yagt6** | | |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/25/2025 | F N M A #Ax8309 3.000% 11/01/29<br>July FNMA Due 8/25/25 | 61.68 |
| **F N M A #Ma4667 3.500% 7/01/37<br>31418Efh8** | | |
| 08/25/2025 | F N M A #Ma4667 3.500% 7/01/37<br>July FNMA Due 8/25/25 | 377.59 |
| **F N M A #Ma4713 4.000% 7/01/37<br>31418Egx2** | | |
| 08/25/2025 | F N M A #Ma4713 4.000% 7/01/37<br>July FNMA Due 8/25/25 | 404.28 |
| **F N M A #Ma4797 4.000% 11/01/37<br>31418Ekk5** | | |
| 08/25/2025 | F N M A #Ma4797 4.000% 11/01/37<br>July FNMA Due 8/25/25 | 224.05 |
| **F N M A #Ma4825 5.000% 10/01/37<br>31418Elf5** | | |
| 08/25/2025 | F N M A #Ma4825 5.000% 10/01/37<br>July FNMA Due 8/25/25 | 387.01 |
| **F N M A #Ma4991 5.500% 4/01/38<br>31418Erm4** | | |
| 08/25/2025 | F N M A #Ma4991 5.500% 4/01/38<br>July FNMA Due 8/25/25 | 308.80 |
| **F N M A #Ma5013 4.500% 4/01/38<br>31418Esb7** | | |
| 08/25/2025 | F N M A #Ma5013 4.500% 4/01/38<br>July FNMA Due 8/25/25 | 129.99 |
| **F N M A #Ma5145 6.000% 9/01/38<br>31418Ewf3** | | |
| 08/25/2025 | F N M A #Ma5145 6.000% 9/01/38<br>July FNMA Due 8/25/25 | 576.38 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **F N M A #Ma5149 5.500% 8/01/38 31418Ewk2** | | |
| 08/25/2025 | F N M A #Ma5149 5.500% 8/01/38 July FNMA Due 8/25/25 | 154.25 |
| **F N M A #Ma5589 4.500% 1/01/40 31418Ff77** | | |
| 08/25/2025 | F N M A #Ma5589 4.500% 1/01/40 July FNMA Due 8/25/25 | 359.23 |
| **F N M A #890790 3.000% 8/01/32 31410Lup5** | | |
| 08/25/2025 | F N M A #890790 3.000% 8/01/32 July FNMA Due 8/25/25 | 90.68 |
| **FHLMC Sb8347 4.000% 1/01/40 3132D6Hy9** | | |
| 08/25/2025 | Paid Accrued Interest On Purchase Of FHLMC Sb8347 4.000% 1/01/40 Income Debit 86.30- USD | - 86.30 |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 681.66 |
| **G N M A I I #Ma0674 2.500% 1/20/28 36179Mxb1** | | |
| 08/20/2025 | G N M A I I #Ma0674 2.500% 1/20/28 July GNMA Due 8/20/25 | 11.61 |
| **Georgia ST Ser B 3.390% 2/01/27 373384U61** | | |
| 08/01/2025 | Georgia ST Ser B 3.390% 2/01/27 0.01695 USD/$1 Pv On 80,000 Par Value Due 8/1/25 | 1,356.00 |
| **Hershey Company 3.200% 8/21/25 427866AU2** | | |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/21/2025 | Hershey Company 3.200% 8/21/25<br>0.016 USD/$1 Pv On 140,000 Par Value Due 8/21/25 | 2,240.00 |
| **John Deere Owner Tr 5.180% 3/15/28**<br>**477920Ac6** | | |
| 08/15/2025 | John Deere Owner Tr 5.180% 3/15/28<br>$0.00432/Pv On 133,775.70 Pv Due 8/15/25 | 577.46 |
| **Jpmorgan Chase Co 5.103% 4/22/31**<br>**46647Pey8** | | |
| 08/14/2025 | Paid Accrued Interest On Purchase Of<br>Jpmorgan Chase Co 5.103% 4/22/31<br>Income Debit 127.01- USD | - 127.01 |
| **Keurig Dr Pepper Inc 5.200% 3/15/31**<br>**49271Vau4** | | |
| 08/27/2025 | Received Accrued Interest On Sale Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Income Credit 210.60 USD | 210.60 |
| 08/28/2025 | Received Accrued Interest On Sale Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Income Credit 141.27 USD | 141.27 |
| **Total Keurig Dr Pepper Inc 5.200% 3/15/31** | | **351.87** |
| **Martin Marietta Inc 2.400% 7/15/31**<br>**573284Aw6** | | |
| 08/01/2025 | Paid Accrued Interest On Purchase Of<br>Martin Marietta Inc 2.400% 7/15/31<br>Income Debit 46.93- USD | - 46.93 |
| 08/13/2025 | Paid Accrued Interest On Purchase Of<br>Martin Marietta Inc 2.400% 7/15/31<br>Income Debit 33.60- USD | - 33.60 |
| **Total Martin Marietta Inc 2.400% 7/15/31** | | **- 80.53** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Mastercard Inc 4.875% 5/09/34 57636Qaz7** | | |
| 08/27/2025 | Paid Accrued Interest On Purchase Of Mastercard Inc 4.875% 5/09/34 Income Debit 204.75- USD | - 204.75 |
| **Ohio ST Turnpike 2.251% 2/15/28 67760Hmw8** | | |
| 08/15/2025 | Ohio ST Turnpike 2.251% 2/15/28 0.011255 USD/$1 Pv On 95,000 Par Value Due 8/15/25 | 1,069.23 |
| **Oracle Corp 6.150% 11/09/29 68389Xch6** | | |
| 08/20/2025 | Received Accrued Interest On Sale Of Oracle Corp 6.150% 11/09/29 Income Credit 379.59 USD | 379.59 |
| **Public Storage Glbl 5.100% 8/01/33 74460Wag2** | | |
| 08/01/2025 | Public Storage Glbl 5.100% 8/01/33 0.0255 USD/$1 Pv On 84,000 Par Value Due 8/1/25 | 2,142.00 |
| **Quanta Svcs Inc 4.750% 8/09/27 74762Eak8** | | |
| 08/11/2025 | Quanta Svcs Inc 4.750% 8/09/27 0.02375 USD/$1 Pv On 94,000 Par Value Due 8/9/25 | 2,232.50 |
| **Roper Technologies 4.750% 2/15/32 776696Ah9** | | |
| 08/15/2025 | Roper Technologies 4.750% 2/15/32 0.02375 USD/$1 Pv On 92,000 Par Value Due 8/15/25 | 2,185.00 |
| **Texas Instrs Inc 4.600% 2/08/27 882508Ce2** | | |
| 08/08/2025 | Texas Instrs Inc 4.600% 2/08/27 0.023 USD/$1 Pv On 60,000 Par Value Due 8/8/25 | 1,380.00 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Travelers 89417Eat6** | **5.050% 7/24/35** | |
| 08/06/2025 | Paid Accrued Interest On Purchase Of<br>Travelers 5.050% 7/24/35<br>Income Debit 30.30- USD | - 30.30 |
| **U S Treasury Nt 91282Cae1** | **0.625% 8/15/30** | |
| 08/15/2025 | U S Treasury Nt 0.625% 8/15/30<br>0.003125 USD/$1 Pv On 370,000 Par Value Due 8/15/25 | 1,156.25 |
| **U S Treasury Nt 91282Cbl4** | **1.125% 2/15/31** | |
| 08/15/2025 | U S Treasury Nt 1.125% 2/15/31<br>0.005625 USD/$1 Pv On 270,000 Par Value Due 8/15/25 | 1,518.75 |
| **U S Treasury Nt 91282Ccs8** | **1.250% 8/15/31** | |
| 08/15/2025 | U S Treasury Nt 1.250% 8/15/31<br>0.00625 USD/$1 Pv On 410,000 Par Value Due 8/15/25 | 2,562.50 |
| **U S Treasury Nt 912828Z94** | **1.500% 2/15/30** | |
| 08/15/2025 | U S Treasury Nt 1.500% 2/15/30<br>0.0075 USD/$1 Pv On 245,000 Par Value Due 8/15/25 | 1,837.50 |
| **U S Treasury Nt 9128282A7** | **1.500% 8/15/26** | |
| 08/15/2025 | U S Treasury Nt 1.500% 8/15/26<br>0.0075 USD/$1 Pv On 125,000 Par Value Due 8/15/25 | 937.50 |
| **U S Treasury Nt 912828U24** | **2.000% 11/15/26** | |
| 08/08/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt 2.000% 11/15/26<br>Income Credit 92.39 USD | 92.39 |

02503704
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▓▓▓▓3805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| | **U S Treasury Nt   2.250% 11/15/25** | |
| | **912828M56** | |
| 08/15/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt   2.250% 11/15/25<br>Income Credit 168.75 USD | 168.75 |
| | **U S Treasury Nt   2.750%  2/15/28** | |
| | **9128283W8** | |
| 08/15/2025 | U S Treasury Nt   2.750%  2/15/28<br>0.01375 USD/$1 Pv On 260,000 Par Value Due 8/15/25 | 3,575.00 |
| | **U S Treasury Nt   2.750%  8/15/32** | |
| | **91282Cff3** | |
| 08/15/2025 | U S Treasury Nt   2.750%  8/15/32<br>0.01375 USD/$1 Pv On 265,000 Par Value Due 8/15/25 | 3,643.75 |
| | **U S Treasury Nt   3.125% 11/15/28** | |
| | **9128285M8** | |
| 08/25/2025 | Received Accrued Interest On Sale Of<br>U S Treasury Nt   3.125% 11/15/28<br>Income Credit 216.54 USD | 216.54 |
| | **U S Treasury Nt   4.000%  2/15/34** | |
| | **91282Cjz5** | |
| 08/01/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt   4.000%  2/15/34<br>Income Debit 276.80- USD | - 276.80 |
| 08/15/2025 | U S Treasury Nt   4.000%  2/15/34<br>0.02 USD/$1 Pv On 350,000 Par Value Due 8/15/25 | 7,000.00 |
| | **Total U S Treasury Nt   4.000%  2/15/34** | **6,723.20** |
| | **U S Treasury Nt   4.125% 11/15/32** | |
| | **91282Cfv8** | |

R2044

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## INVESTMENT ACTIVITY (continued)

| DATE | DESCRIPTION | CASH |
|---|---|---|
| 08/19/2025 | Paid Accrued Interest On Purchase Of<br>U S Treasury Nt 4.125% 11/15/32<br>Income Debit 215.22- USD | - 215.22 |
| **U S Treasury Nt 4.625% 2/15/35**<br>**91282Cmm0** | | |
| 08/15/2025 | U S Treasury Nt 4.625% 2/15/35<br>0.023125 USD/$1 Pv On 295,000 Par Value Due 8/15/25 | 6,821.88 |
| **Verizon Ma Tr 4.170% 8/20/30**<br>**92348Kde0** | | |
| 08/20/2025 | Verizon Ma Tr 4.170% 8/20/30<br>$0.00348/Pv On 70,000.00 Pv Due 8/20/25 | 243.25 |
| **Total Interest** | | **61,889.23** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04



ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## PURCHASES

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | CASH | FEDERAL<br>TAX COST |
|------|-------------|------------------------:|-----------:|-----:|--------------------:|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 681.66<br>Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/4/25<br>31846V567 | 681.660 | .00 | - 681.66 | 681.66 |
| 08/05/2025 | Purchased<br>1,181.25 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/5/25<br>31846V567 | 1,181.250 | .00 | - 1,181.25 | 1,181.25 |
| 08/11/2025 | Purchased<br>2,232.5 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/11/25<br>31846V567 | 2,232.500 | .00 | - 2,232.50 | 2,232.50 |
| 08/14/2025 | Purchased<br>2,439.17 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/14/25<br>31846V567 | 2,439.170 | .00 | - 2,439.17 | 2,439.17 |
| 08/15/2025 | Purchased<br>65,421.3 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/15/25<br>31846V567 | 65,421.300 | .00 | - 65,421.30 | 65,421.30 |
| 08/15/2025 | Purchased 77.48<br>Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/15/25<br>31846V567 | 77.480 | .00 | - 77.48 | 77.48 |
| 08/18/2025 | Purchased 658.8<br>Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/18/25<br>31846V567 | 658.800 | .00 | - 658.80 | 658.80 |

R2046

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/21/2025 | Purchased 142,240 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/21/25 31846V567 | 142,240.000 | .00 | - 142,240.00 | 142,240.00 |
| 08/25/2025 | Purchased 221,462.55 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/25/25 31846V567 | 221,462.550 | .00 | - 221,462.55 | 221,462.55 |
| 08/25/2025 | Purchased 10,410.82 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/25/25 31846V567 | 10,410.820 | .00 | - 10,410.82 | 10,410.82 |
| 08/26/2025 | Purchased 2,528.38 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/26/25 31846V567 | 2,528.380 | .00 | - 2,528.38 | 2,528.38 |
| 08/28/2025 | Purchased 6,279.45 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/28/25 31846V567 | 6,279.450 | .00 | - 6,279.45 | 6,279.45 |
| **Total First Am Govt Ob Fd Cl Z** | | **455,613.360** | **.00** | **- 455,613.36** | **455,613.36** |
| **Total Cash And Equivalents** | | **455,613.360** | **.00** | **- 455,613.36** | **455,613.36** |

**US Government Issues**

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/07/2025 | Purchased<br>43,783.51 Par Value Of<br>F H L M C #Sb8269 6.000% 10/01/38<br>Trade Date 8/7/25<br>Purchased Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 102656650000215<br>43,783.51 Par Value At 103.18750141 %<br>3132D6FJ4 | 43,783.510 | .00 | - 45,179.11 | 45,179.11 |
| **Total F H L M C #Sb8269 6.000% 10/01/38** | | **43,783.510** | **.00** | **- 45,179.11** | **45,179.11** |
| 08/14/2025 | Purchased<br>36,426.59 Par Value Of<br>F H L M C #Sb8346 4.000% 12/01/39<br>Trade Date 8/14/25<br>Purchased Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 103086950000215<br>36,426.59 Par Value At 97.67186552 %<br>3132D6HX1 | 36,426.590 | .00 | - 35,578.53 | 35,578.53 |
| 08/22/2025 | Purchased<br>31,873.27 Par Value Of<br>F H L M C #Sb8346 4.000% 12/01/39<br>Trade Date 8/22/25<br>Purchased Through Citigroup Global Markets Inc.<br>Trdh External Ref#: 103440200215<br>31,873.27 Par Value At 97.91016108 %<br>3132D6HX1 | 31,873.270 | .00 | - 31,207.17 | 31,207.17 |
| **Total F H L M C #Sb8346 4.000% 12/01/39** | | **68,299.860** | **.00** | **- 66,785.70** | **66,785.70** |
| 08/19/2025 | Purchased<br>47,404.86 Par Value Of<br>F H L M C #Sb8384 5.000% 5/01/40<br>Trade Date 8/19/25<br>Purchased Through J.P. Morgan Securities LLC<br>Trdh External Ref#: 103230450000215<br>47,404.86 Par Value At 100.62499921 %<br>3132D6J50 | 47,404.860 | .00 | - 47,701.14 | 47,701.14 |
| **Total F H L M C #Sb8384 5.000% 5/01/40** | | **47,404.860** | **.00** | **- 47,701.14** | **47,701.14** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/22/2025 | Purchased<br>32,363.77 Par Value Of<br>FHLMC Sb8347 4.000% 1/01/40<br>Trade Date 8/22/25<br>Purchased Through Citigroup Global Markets Inc.<br>Trdh External Ref#: 103440300215<br>32,363.77 Par Value At 97.91016312 %<br>3132D6HY9 | 32,363.770 | .00 | - 31,687.42 | 31,687.42 |
| **Total FHLMC Sb8347 4.000% 1/01/40** | | **32,363.770** | **.00** | **- 31,687.42** | **31,687.42** |
| 08/18/2025 | Purchased 20,000<br>Par Value Of<br>U S Treasury Nt 4.125% 11/15/32<br>Trade Date 8/18/25<br>Purchased Through Bmo Capital Markets Corp/Bonds<br>Trdh External Ref#: 103187450000215<br>20,000 Par Value At 100.2387 %<br>91282CFV8 | 20,000.000 | .00 | - 20,047.74 | 20,047.74 |
| **Total U S Treasury Nt 4.125% 11/15/32** | | **20,000.000** | **.00** | **- 20,047.74** | **20,047.74** |
| **Total Government Issues** | | **211,852.000** | **.00** | **- 211,401.11** | **211,401.11** |
| **Corporate Issues** | | | | | |
| 08/18/2025 | Purchased 8,000<br>Par Value Of<br>Air Products And 4.850% 2/08/34<br>Trade Date 8/18/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Trdh External Ref#: 103187150000215<br>8,000 Par Value At 100.279 %<br>009158BK1 | 8,000.000 | .00 | - 8,022.32 | 8,022.32 |
| **Total Air Products And 4.850% 2/08/34** | | **8,000.000** | **.00** | **- 8,022.32** | **8,022.32** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| 08/12/2025 | Purchased 45,000 Par Value Of Capital One Multi 2.060% 8/15/28 Trade Date 8/12/25 Purchased Through BofA Securities, Inc./Fxd Inc Trdh External Ref#: 102890150000215 45,000 Par Value At 97.96484444 % 14041NFV8 | 45,000.000 | .00 | - 44,084.18 | 44,084.18 |
| **Total Capital One Multi 2.060% 8/15/28** | | **45,000.000** | **.00** | **- 44,084.18** | **44,084.18** |
| 08/13/2025 | Purchased 8,000 Par Value Of Dominion Energy 5.300% 1/15/35 Trade Date 8/13/25 Purchased Through BofA Secs/Bofas Prime Broker Trdh External Ref#: 102974250000215 8,000 Par Value At 102.987 % 25731VAC8 | 8,000.000 | .00 | - 8,238.96 | 8,238.96 |
| **Total Dominion Energy 5.300% 1/15/35** | | **8,000.000** | **.00** | **- 8,238.96** | **8,238.96** |
| 08/18/2025 | Purchased 8,000 Par Value Of Duke Energy 4.850% 1/15/34 Trade Date 8/18/25 Purchased Through BofA Secs/Bofas Prime Broker Trdh External Ref#: 103187350000215 8,000 Par Value At 100.002 % 26442CBM5 | 8,000.000 | .00 | - 8,000.16 | 8,000.16 |
| **Total Duke Energy 4.850% 1/15/34** | | **8,000.000** | **.00** | **- 8,000.16** | **8,000.16** |
| 08/13/2025 | Purchased 8,000 Par Value Of Jpmorgan Chase Co 5.103% 4/22/31 Trade Date 8/13/25 Purchased Through BofA Securities, Inc. Trdh External Ref#: 102974350000215 8,000 Par Value At 103.139 % 46647PEY8 | 8,000.000 | .00 | - 8,251.12 | 8,251.12 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███8805

Period from August 1, 2025 to August 31, 2025

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Jpmorgan Chase Co 5.103% 4/22/31** | | **8,000.000** | **.00** | **- 8,251.12** | **8,251.12** |
| 08/12/2025 | Purchased 18,000<br>Par Value Of<br>Martin Marietta Inc 2.400% 7/15/31<br>Trade Date 8/12/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Trdh External Ref#: 102890350000215<br>18,000 Par Value At 88.783 %<br>573284AW6 | 18,000.000 | .00 | - 15,980.94 | 15,980.94 |
| **Total Martin Marietta Inc 2.400% 7/15/31** | | **18,000.000** | **.00** | **- 15,980.94** | **15,980.94** |
| 08/26/2025 | Purchased 14,000<br>Par Value Of<br>Mastercard Inc 4.875% 5/09/34<br>Trade Date 8/26/25<br>Purchased Through Goldman Sachs & Co. LLC<br>Trdh External Ref#: 103597800215<br>14,000 Par Value At 101.597 %<br>57636QAZ7 | 14,000.000 | .00 | - 14,223.58 | 14,223.58 |
| **Total Mastercard Inc 4.875% 5/09/34** | | **14,000.000** | **.00** | **- 14,223.58** | **14,223.58** |
| 08/04/2025 | Purchased 9,000<br>Par Value Of<br>Paccar Financial 4.000% 8/08/28<br>Trade Date 8/4/25<br>Purchased Through Mitsubishi Ufj Securities USA<br>Trdh External Ref#: 102393050000215<br>9,000 Par Value At 99.941 %<br>69371RT97 | 9,000.000 | .00 | - 8,994.69 | 8,994.69 |
| 08/05/2025 | Purchased 23,000<br>Par Value Of<br>Paccar Financial 4.000% 8/08/28<br>Trade Date 8/5/25<br>Purchased Through Wells Fargo Securities, LLC<br>23,000 Par Value At 99.994 %<br>69371RT97 | 23,000.000 | .00 | - 22,998.62 | 22,998.62 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## PURCHASES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Total Paccar Fin Mtn 4.000% 8/08/28** | | **32,000.000** | **.00** | **- 31,993.31** | **31,993.31** |
| 08/05/2025 | Purchased 18,000<br>Par Value Of<br>Travelers 5.050% 7/24/35<br>Trade Date 8/5/25<br>Purchased Through Barclays Capital Inc. Fixed In<br>Trdh External Ref#: 102453950000215<br>18,000 Par Value At 101.182 %<br>89417EAT6 | 18,000.000 | .00 | - 18,212.76 | 18,212.76 |
| **Total Travelers 5.050% 7/24/35** | | **18,000.000** | **.00** | **- 18,212.76** | **18,212.76** |
| **Total Corporate Issues** | | **159,000.000** | **.00** | **- 157,007.33** | **157,007.33** |
| **Total Purchases** | | **826,465.360** | **.00** | **- 824,021.80** | **824,021.80** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/01/2025 | Sold 50,319.1 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/1/25 31846V567 | - 50,319.100 | .00 | 50,319.10 | - 50,319.10 | .00 |
| 08/06/2025 | Sold 18,243.06 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/6/25 31846V567 | - 18,243.060 | .00 | 18,243.06 | - 18,243.06 | .00 |
| 08/08/2025 | Sold 31,512.87 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/8/25 31846V567 | - 31,512.870 | .00 | 31,512.87 | - 31,512.87 | .00 |
| 08/08/2025 | Sold 22,998.62 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/8/25 31846V567 | - 22,998.620 | .00 | 22,998.62 | - 22,998.62 | .00 |
| 08/13/2025 | Sold 60,170.82 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/13/25 31846V567 | - 60,170.820 | .00 | 60,170.82 | - 60,170.82 | .00 |
| 08/19/2025 | Sold 10,131.71 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/19/25 31846V567 | - 10,131.710 | .00 | 10,131.71 | - 10,131.71 | .00 |
| 08/20/2025 | Sold 21,805.44 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/20/25 31846V567 | - 21,805.440 | .00 | 21,805.44 | - 21,805.44 | .00 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/27/2025 | Sold<br>5,002.63 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/27/25<br>31846V567 | - 5,002.630 | .00 | 5,002.63 | - 5,002.63 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 220,184.250** | **.00** | **220,184.25** | **- 220,184.25** | **.00** |
| **Total Cash And Equivalents** | | **- 220,184.250** | **.00** | **220,184.25** | **- 220,184.25** | **.00** |
| **US Government Issues** | | | | | | |
| 08/25/2025 | Paid Down<br>2,210.32 Par Value Of<br>F H L M C #Sb0661 2.500% 4/01/37<br>For Record Date Of July Due 8/25/25<br>July FHLMC Due 8/25/25<br>3132CWWW0 | - 2,210.320 | .00 | 2,210.32 | - 2,047.78 | 162.54 |
| **Total F H L M C #Sb0661 2.500% 4/01/37** | | **- 2,210.320** | **.00** | **2,210.32** | **- 2,047.78** | **162.54** |
| 08/25/2025 | Paid Down<br>2,081.87 Par Value Of<br>F H L M C #Sb1302 5.500% 10/01/39<br>For Record Date Of July Due 8/25/25<br>July FHLMC Due 8/25/25<br>3132CXNT5 | - 2,081.870 | .00 | 2,081.87 | - 2,121.06 | - 39.19 |
| **Total F H L M C #Sb1302 5.500% 10/01/39** | | **- 2,081.870** | **.00** | **2,081.87** | **- 2,121.06** | **- 39.19** |
| 08/25/2025 | Paid Down<br>1,168.21 Par Value Of<br>F H L M C #Sb8184 4.000% 10/01/37<br>For Record Date Of July Due 8/25/25<br>July FHLMC Due 8/25/25<br>3132D6CV0 | - 1,168.210 | .00 | 1,168.21 | - 1,167.39 | .82 |
| **Total F H L M C #Sb8184 4.000% 10/01/37** | | **- 1,168.210** | **.00** | **1,168.21** | **- 1,167.39** | **.82** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ▓▓▓▓3805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|------|-------------|--------------------:|-----------:|---------------------:|-----------------:|-------------------:|
| 08/25/2025 | Paid Down<br>1,634.21 Par Value Of<br>F H L M C #Sb8186   4.500%  9/01/37<br>For Record Date Of July     Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3132D6CX6 | - 1,634.210 | .00 | 1,634.21 | - 1,661.28 | - 27.07 |
| **Total F H L M C #Sb8186 4.500%  9/01/37** | | **- 1,634.210** | **.00** | **1,634.21** | **- 1,661.28** | **- 27.07** |
| 08/25/2025 | Paid Down<br>2,391.31 Par Value Of<br>F H L M C #Sb8191   4.500% 10/01/37<br>For Record Date Of July     Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3132D6C40 | - 2,391.310 | .00 | 2,391.31 | - 2,379.88 | 11.43 |
| **Total F H L M C #Sb8191 4.500% 10/01/37** | | **- 2,391.310** | **.00** | **2,391.31** | **- 2,379.88** | **11.43** |
| 08/25/2025 | Paid Down<br>237.51 Par Value Of<br>F H L M C #Sb8216   4.500%  3/01/38<br>P & I Due 08/25/25<br>3132D6DV9 | - 237.510 | .00 | 237.51 | - 233.32 | 4.19 |
| **Total F H L M C #Sb8216 4.500%  3/01/38** | | **- 237.510** | **.00** | **237.51** | **- 233.32** | **4.19** |
| 08/25/2025 | Paid Down<br>2,355.1 Par Value Of<br>F H L M C #Sb8217   5.000%  3/01/38<br>For Record Date Of July     Due 8/25/25<br>July      FHLMC Due  8/25/25<br>3132D6DW7 | - 2,355.100 | .00 | 2,355.10 | - 2,353.86 | 1.24 |
| **Total F H L M C #Sb8217 5.000%  3/01/38** | | **- 2,355.100** | **.00** | **2,355.10** | **- 2,353.86** | **1.24** |

R2055

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down<br>2,358.69 Par Value Of<br>F H L M C #Sb8220 5.500% 2/01/38<br>For Record Date Of July Due 8/25/25<br>July FHLMC Due 8/25/25<br>3132D6DZ0 | - 2,358.690 | .00 | 2,358.69 | - 2,341.68 | 17.01 |
| **Total F H L M C #Sb8220 5.500% 2/01/38** | | **- 2,358.690** | **.00** | **2,358.69** | **- 2,341.68** | **17.01** |
| 08/25/2025 | Paid Down<br>1,027.68 Par Value Of<br>F H L M C #Sb8293 5.000% 4/01/39<br>For Record Date Of July Due 8/25/25<br>July FHLMC Due 8/25/25<br>3132D6GA2 | - 1,027.680 | .00 | 1,027.68 | - 1,020.77 | 6.91 |
| **Total F H L M C #Sb8293 5.000% 4/01/39** | | **- 1,027.680** | **.00** | **1,027.68** | **- 1,020.77** | **6.91** |
| 08/25/2025 | Paid Down<br>1,611.29 Par Value Of<br>F H L M C #Sb8303 5.000% 5/01/39<br>For Record Date Of July Due 8/25/25<br>July FHLMC Due 8/25/25<br>3132D6GL8 | - 1,611.290 | .00 | 1,611.29 | - 1,623.50 | - 12.21 |
| **Total F H L M C #Sb8303 5.000% 5/01/39** | | **- 1,611.290** | **.00** | **1,611.29** | **- 1,623.50** | **- 12.21** |
| 08/25/2025 | Paid Down<br>1,578.71 Par Value Of<br>F H L M C #Sb8346 4.000% 12/01/39<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>3132D6HX1 | - 1,578.710 | .00 | 1,578.71 | - 1,531.01 | 47.70 |
| **Total F H L M C #Sb8346 4.000% 12/01/39** | | **- 1,578.710** | **.00** | **1,578.71** | **- 1,531.01** | **47.70** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down 1,130.13 Par Value Of F H L M C #Sb8350 5.000% 12/01/39 For Record Date Of July Due 8/25/25 July FHLMC Due 8/25/25 3132D6H37 | - 1,130.130 | .00 | 1,130.13 | - 1,139.49 | - 9.36 |
| **Total F H L M C #Sb8350 5.000% 12/01/39** | | **- 1,130.130** | **.00** | **1,130.13** | **- 1,139.49** | **- 9.36** |
| 08/15/2025 | Paid Down 332.77 Par Value Of F H L M C Gd G15922 3.000% 8/01/31 For Record Date Of July Due 8/15/25 July FHLMC Due 8/15/25 3128MEYT2 | - 332.770 | .00 | 332.77 | - 346.21 | - 13.44 |
| **Total F H L M C Gd G15922 3.000% 8/01/31** | | **- 332.770** | **.00** | **332.77** | **- 346.21** | **- 13.44** |
| 08/15/2025 | Paid Down 363.74 Par Value Of F H L M C Gd G18527 3.000% 10/01/29 For Record Date Of July Due 8/15/25 July FHLMC Due 8/15/25 3128MMSR5 | - 363.740 | .00 | 363.74 | - 372.62 | - 8.88 |
| **Total F H L M C Gd G18527 3.000% 10/01/29** | | **- 363.740** | **.00** | **363.74** | **- 372.62** | **- 8.88** |
| 08/15/2025 | Paid Down 366.66 Par Value Of F H L M C Gd G18614 2.500% 10/01/31 For Record Date Of July Due 8/15/25 July FHLMC Due 8/15/25 3128MMVG5 | - 366.660 | .00 | 366.66 | - 383.33 | - 16.67 |
| **Total F H L M C Gd G18614 2.500% 10/01/31** | | **- 366.660** | **.00** | **366.66** | **- 383.33** | **- 16.67** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT [redacted]8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/15/2025 | Paid Down<br>0.22 Par Value Of<br>F H L M C Gd G30290 6.500% 3/01/26<br>P & I Due 08/15/25<br>3128CUKB1 | -.220 | .00 | .22 | - .23 | - .01 |
| **Total F H L M C Gd G30290 6.500% 3/01/26** | | **-.220** | **.00** | **.22** | **- .23** | **- .01** |
| 08/25/2025 | Matured<br>33,232.26 Par Value Of<br>F H L M C Mltcl Mt 3.750% 8/25/25<br>Trade Date 8/25/25<br>33,232.26 Par Value At 100 %<br>3137FJXQ7 | - 33,232.260 | .00 | 33,232.26 | - 36,077.59 | - 2,845.33 |
| **Total F H L M C Mltcl Mt 3.750% 8/25/25** | | **- 33,232.260** | **.00** | **33,232.26** | **- 36,077.59** | **- 2,845.33** |
| 08/25/2025 | Paid Down<br>278.23 Par Value Of<br>F H L M C Mltcl Mtg 2.673% 3/25/26<br>Trade Date 8/25/25<br>3137BPW21 | - 278.230 | .00 | 278.23 | - 288.79 | - 10.56 |
| **Total F H L M C Mltcl Mtg 2.673% 3/25/26** | | **- 278.230** | **.00** | **278.23** | **- 288.79** | **- 10.56** |
| 08/25/2025 | Paid Down<br>8,903.4 Par Value Of<br>F H L M C Mltcl Mtg 2.995% 12/25/25<br>Trade Date 8/25/25<br>3137BN6G4 | - 8,903.400 | .00 | 8,903.40 | - 8,744.81 | 158.59 |
| **Total F H L M C Mltcl Mtg 2.995% 12/25/25** | | **- 8,903.400** | **.00** | **8,903.40** | **- 8,744.81** | **158.59** |
| 08/25/2025 | Matured<br>185,000 Par Value Of<br>F N M A 0.375% 8/25/25<br>Trade Date 8/25/25<br>185,000 Par Value At 100 %<br>3135G05X7 | - 185,000.000 | .00 | 185,000.00 | - 169,992.65 | 15,007.35 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Total F N M A 0.375% 8/25/25** | | **- 185,000.000** | **.00** | **185,000.00** | **- 169,992.65** | **15,007.35** |
| 08/25/2025 | Paid Down<br>597.08 Par Value Of<br>F N M A #Ax8309 3.000% 11/01/29<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>3138YAGT6 | - 597.080 | .00 | 597.08 | - 587.94 | 9.14 |
| **Total F N M A #Ax8309 3.000% 11/01/29** | | **- 597.080** | **.00** | **597.08** | **- 587.94** | **9.14** |
| 08/25/2025 | Paid Down<br>1,327.66 Par Value Of<br>F N M A #Ma4667 3.500% 7/01/37<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418EFH8 | - 1,327.660 | .00 | 1,327.66 | - 1,336.68 | - 9.02 |
| **Total F N M A #Ma4667 3.500% 7/01/37** | | **- 1,327.660** | **.00** | **1,327.66** | **- 1,336.68** | **- 9.02** |
| 08/25/2025 | Paid Down<br>1,752.43 Par Value Of<br>F N M A #Ma4713 4.000% 7/01/37<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418EGX2 | - 1,752.430 | .00 | 1,752.43 | - 1,756.66 | - 4.23 |
| **Total F N M A #Ma4713 4.000% 7/01/37** | | **- 1,752.430** | **.00** | **1,752.43** | **- 1,756.66** | **- 4.23** |
| 08/25/2025 | Paid Down<br>906.49 Par Value Of<br>F N M A #Ma4797 4.000% 11/01/37<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418EKK5 | - 906.490 | .00 | 906.49 | - 894.24 | 12.25 |
| **Total F N M A #Ma4797 4.000% 11/01/37** | | **- 906.490** | **.00** | **906.49** | **- 894.24** | **12.25** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down<br>1,596.87 Par Value Of<br>F N M A #Ma4825 5.000% 10/01/37<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418ELF5 | - 1,596.870 | .00 | 1,596.87 | - 1,601.12 | - 4.25 |
| **Total F N M A #Ma4825 5.000% 10/01/37** | | **- 1,596.870** | **.00** | **1,596.87** | **- 1,601.12** | **- 4.25** |
| 08/25/2025 | Paid Down<br>2,072.47 Par Value Of<br>F N M A #Ma4991 5.500% 4/01/38<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418ERM4 | - 2,072.470 | .00 | 2,072.47 | - 2,084.24 | - 11.77 |
| **Total F N M A #Ma4991 5.500% 4/01/38** | | **- 2,072.470** | **.00** | **2,072.47** | **- 2,084.24** | **- 11.77** |
| 08/25/2025 | Paid Down<br>791.27 Par Value Of<br>F N M A #Ma5013 4.500% 4/01/38<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418ESB7 | - 791.270 | .00 | 791.27 | - 786.94 | 4.33 |
| **Total F N M A #Ma5013 4.500% 4/01/38** | | **- 791.270** | **.00** | **791.27** | **- 786.94** | **4.33** |
| 08/25/2025 | Paid Down<br>2,631.12 Par Value Of<br>F N M A #Ma5145 6.000% 9/01/38<br>For Record Date Of July Due 8/25/25<br>July FNMA Due 8/25/25<br>31418EWF3 | - 2,631.120 | .00 | 2,631.12 | - 2,647.70 | - 16.58 |
| **Total F N M A #Ma5145 6.000% 9/01/38** | | **- 2,631.120** | **.00** | **2,631.12** | **- 2,647.70** | **- 16.58** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/25/2025 | Paid Down 909.84 Par Value Of F N M A #Ma5149 5.500% 8/01/38 For Record Date Of July Due 8/25/25 July FNMA Due 8/25/25 31418EWK2 | - 909.840 | .00 | 909.84 | - 923.77 | - 13.93 |
| **Total F N M A #Ma5149 5.500% 8/01/38** | | **- 909.840** | **.00** | **909.84** | **- 923.77** | **- 13.93** |
| 08/25/2025 | Paid Down 676.96 Par Value Of F N M A #Ma5589 4.500% 1/01/40 For Record Date Of July Due 8/25/25 July FNMA Due 8/25/25 31418FF77 | - 676.960 | .00 | 676.96 | - 668.34 | 8.62 |
| **Total F N M A #Ma5589 4.500% 1/01/40** | | **- 676.960** | **.00** | **676.96** | **- 668.34** | **8.62** |
| 08/25/2025 | Paid Down 721.84 Par Value Of F N M A #890790 3.000% 8/01/32 For Record Date Of July Due 8/25/25 July FNMA Due 8/25/25 31410LUP5 | - 721.840 | .00 | 721.84 | - 895.28 | - 173.44 |
| **Total F N M A #890790 3.000% 8/01/32** | | **- 721.840** | **.00** | **721.84** | **- 895.28** | **- 173.44** |
| 08/20/2025 | Paid Down 294.7 Par Value Of G N M A I I #Ma0674 2.500% 1/20/28 For Record Date Of July Due 8/20/25 July GNMA Due 8/20/25 36179MXB1 | - 294.700 | .00 | 294.70 | - 301.43 | - 6.73 |
| **Total G N M A I I #Ma0674 2.500% 1/20/28** | | **- 294.700** | **.00** | **294.70** | **- 301.43** | **- 6.73** |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/07/2025 | Sold 20,000<br>Par Value Of<br>U S Treasury Nt 2.000% 11/15/26<br>Trade Date 8/7/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 102666350000215<br>20,000 Par Value At 97.7106 %<br>912828U24 | - 20,000.000 | .00 | 19,542.12 | - 20,231.32 | - 689.20 |
| **Total U S Treasury Nt 2.000% 11/15/26** | | **- 20,000.000** | **.00** | **19,542.12** | **- 20,231.32** | **- 689.20** |
| 08/14/2025 | Sold 30,000<br>Par Value Of<br>U S Treasury Nt 2.250% 11/15/25<br>Trade Date 8/14/25<br>Sold Through Goldman Sachs & Co. LLC<br>Trdh External Ref#: 103087050000215<br>30,000 Par Value At 99.49966667 %<br>912828M56 | - 30,000.000 | .00 | 29,849.90 | - 30,753.62 | - 903.72 |
| **Total U S Treasury Nt 2.250% 11/15/25** | | **- 30,000.000** | **.00** | **29,849.90** | **- 30,753.62** | **- 903.72** |
| 08/22/2025 | Sold 25,000<br>Par Value Of<br>U S Treasury Nt 3.125% 11/15/28<br>Trade Date 8/22/25<br>Sold Through SG Americas Securities, LLC<br>Trdh External Ref#: 103440600215<br>25,000 Par Value At 98.39812 %<br>9128285M8 | - 25,000.000 | .00 | 24,599.53 | - 23,915.14 | 684.39 |
| **Total U S Treasury Nt 3.125% 11/15/28** | | **- 25,000.000** | **.00** | **24,599.53** | **- 23,915.14** | **684.39** |
| **Total Government Issues** | | **- 337,541.040** | **.00** | **336,532.59** | **- 325,211.67** | **11,320.92** |

**Corporate Issues**

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

 

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████3805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/<br>FACE AMOUNT | COMMISSION | TRANSACTION<br>PROCEEDS | FEDERAL<br>TAX COST | REALIZED<br>GAIN/LOSS |
|------|-------------|-----------------------:|-----------:|------------------------:|--------------------:|----------------------:|
| 08/14/2025 | Sold 9,000<br>Par Value Of<br>Automatic Data    1.700%  5/15/28<br>Trade Date 8/14/25<br>Sold Through Deutsche Bank Securities, Inc.<br>Trdh External Ref#: 103086850000215<br>9,000 Par Value At 94.311 %<br>053015AG8 | - 9,000.000 | .00 | 8,487.99 | - 8,761.86 | - 273.87 |
| | **Total Automatic Data 1.700%  5/15/28** | **- 9,000.000** | **.00** | **8,487.99** | **- 8,761.86** | **- 273.87** |
| 08/15/2025 | Paid Down<br>10,991.19 Par Value Of<br>CNH Equipment Tr    0.810% 12/15/26<br>Trade Date 8/15/25<br>12598LAC0 | - 10,991.190 | .00 | 10,991.19 | - 10,379.81 | 611.38 |
| | **Total CNH Equipment Tr 0.810% 12/15/26** | **- 10,991.190** | **.00** | **10,991.19** | **- 10,379.81** | **611.38** |
| 08/15/2025 | Paid Down<br>7,019.55 Par Value Of<br>Daimler Trucks    5.900%  3/15/27<br>Trade Date 8/15/25<br>233868AC2 | - 7,019.550 | .00 | 7,019.55 | - 7,013.24 | 6.31 |
| | **Total Daimler Trucks 5.900%  3/15/27** | **- 7,019.550** | **.00** | **7,019.55** | **- 7,013.24** | **6.31** |
| 08/13/2025 | Sold 21,000<br>Par Value Of<br>Dicks Sporting Goods 3.150%  1/15/32<br>Trade Date 8/13/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 102974150000215<br>21,000 Par Value At 90.653 %<br>253393AF9 | - 21,000.000 | .00 | 19,037.13 | - 20,536.68 | - 1,499.55 |

Case: 23-30564    Doc# 1356-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page
455 of 612

R2063

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/18/2025 | Sold 29,000<br>Par Value Of<br>Dicks Sporting Goods 3.150% 1/15/32<br>Trade Date 8/18/25<br>Sold Through Marketaxess Corp<br>Trdh External Ref#: 103187250000215<br>29,000 Par Value At 90.055 %<br>253393AF9 | - 29,000.000 | .00 | 26,115.95 | - 27,920.42 | - 1,804.47 |
| **Total Dicks Sporting Goods 3.150% 1/15/32** | | **- 50,000.000** | **.00** | **45,153.08** | **- 48,457.10** | **- 3,304.02** |
| 08/21/2025 | Matured<br>140,000 Par Value Of<br>Hershey Company 3.200% 8/21/25<br>Trade Date 8/21/25<br>140,000 Par Value At 100 %<br>427866AU2 | - 140,000.000 | .00 | 140,000.00 | - 145,099.60 | - 5,099.60 |
| **Total Hershey Company 3.200% 8/21/25** | | **- 140,000.000** | **.00** | **140,000.00** | **- 145,099.60** | **- 5,099.60** |
| 08/15/2025 | Paid Down<br>8,486.11 Par Value Of<br>John Deere Owner Tr 5.180% 3/15/28<br>Trade Date 8/15/25<br>477920AC6 | - 8,486.110 | .00 | 8,486.11 | - 8,497.22 | - 11.11 |
| **Total John Deere Owner Tr 5.180% 3/15/28** | | **- 8,486.110** | **.00** | **8,486.11** | **- 8,497.22** | **- 11.11** |
| 08/26/2025 | Sold 9,000<br>Par Value Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Trade Date 8/26/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 103576200215<br>9,000 Par Value At 102.39 %<br>49271VAU4 | - 9,000.000 | .00 | 9,215.10 | - 8,945.10 | 270.00 |

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ████8805

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES (continued)

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| 08/27/2025 | Sold 6,000<br>Par Value Of<br>Keurig Dr Pepper Inc 5.200% 3/15/31<br>Trade Date 8/27/25<br>Sold Through BofA Securities, Inc./Fxd Inc<br>Trdh External Ref#: 103653800215<br>6,000 Par Value At 102.303 %<br>49271VAU4 | - 6,000.000 | .00 | 6,138.18 | - 5,963.40 | 174.78 |
| **Total Keurig Dr Pepper Inc 5.200% 3/15/31** | | **- 15,000.000** | **.00** | **15,353.28** | **- 14,908.50** | **444.78** |
| 08/19/2025 | Sold 22,000<br>Par Value Of<br>Oracle Corp 6.150% 11/09/29<br>Trade Date 8/19/25<br>Sold Through Barclays Capital Inc. Fixed In<br>Trdh External Ref#: 103230550000215<br>22,000 Par Value At 106.445 %<br>68389XCH6 | - 22,000.000 | .00 | 23,417.90 | - 22,821.70 | 596.20 |
| **Total Oracle Corp 6.150% 11/09/29** | | **- 22,000.000** | **.00** | **23,417.90** | **- 22,821.70** | **596.20** |
| **Total Corporate Issues** | | **- 262,496.850** | **.00** | **258,909.10** | **- 265,939.03** | **- 7,029.93** |
| **Total Sales And Maturities** | | **- 820,222.140** | **.00** | **815,625.94** | **- 811,334.95** | **4,290.99** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

02503704
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ██████8805

Period from August 1, 2025 to August 31, 2025

## BOND SUMMARY

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| **SHORT-TERM MATURITY DETAIL** | | | |
| **61 to 90 Days** | | | |
| U S Treasury Nt 2.250% 11/15/25 | 80,000.00 | 79,675.20 | 23.55 |
| **Total 61 to 90 Days** | **80,000.00** | **79,675.20** | **23.55** |
| **91 to 120 Days** | | | |
| Connecticut Lt Pwr 0.750% 12/01/25 | 50,000.00 | 49,532.00 | 14.63 |
| Visa Inc 3.150% 12/14/25 | 45,000.00 | 44,873.10 | 13.27 |
| Allstate Corp 0.750% 12/15/25 | 55,000.00 | 54,412.60 | 16.09 |
| F H L M C Mltcl Mtg 2.995% 12/25/25 | 70,620.37 | 70,244.67 | 20.77 |
| **Total 91 to 120 Days** | **220,620.37** | **219,062.37** | **64.76** |
| **121 to 180 Days** | | | |
| General Mtrs Finl Co 1.250% 1/08/26 | 40,000.00 | 39,539.20 | 11.69 |
| **Total 121 to 180 Days** | **40,000.00** | **39,539.20** | **11.69** |
| **Total** | **340,620.37** | **338,276.77** | **100.00** |
| **MATURITY SUMMARY** | | | |
| 2025 | 300,620.37 | 298,737.57 | 1.98 |
| 2026 | 1,578,916.66 | 1,569,039.02 | 10.38 |
| 2027 | 885,447.11 | 877,980.50 | 5.81 |
| 2028 | 2,146,565.50 | 2,151,395.74 | 14.23 |
| 2029 | 1,151,040.99 | 1,170,763.94 | 7.74 |
| 2030 | 1,999,000.00 | 1,905,751.06 | 12.59 |
| 2031 | 1,301,141.54 | 1,215,535.73 | 8.03 |
| 2032 | 1,616,549.87 | 1,615,892.37 | 10.68 |
| 2033 | 802,462.45 | 781,494.94 | 5.16 |
| 2034 | 895,000.00 | 895,764.51 | 5.92 |
| 2035 - 2039 | 2,462,207.14 | 2,471,981.52 | 16.33 |

02503704
35- -01-B -62 -248-04
0101  -12-02870-04




ADSF CUSTODY - SEGALL BRYANT
ACCOUNT ███████3805

## BOND SUMMARY (continued)

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| 2040 - 2044 | 174,887.22 | 174,616.41 | 1.15 |
| **Total** | **15,313,838.85** | **15,128,953.31** | **100.00** |

**MOODY'S RATING**

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| Aaa | 812,421.62 | 797,018.04 | 5.27 |
| Aa1 | 5,395,000.00 | 5,213,923.00 | 34.46 |
| Aa2 | 478,671.05 | 480,909.05 | 3.18 |
| Aa3 | 442,000.00 | 437,398.64 | 2.89 |
| A1 | 1,245,000.00 | 1,235,309.46 | 8.17 |
| A2 | 1,793,754.79 | 1,810,823.38 | 11.97 |
| A3 | 1,328,000.00 | 1,337,136.73 | 8.84 |
| Baa1 | 548,000.00 | 554,040.23 | 3.66 |
| Baa2 | 643,000.00 | 641,105.75 | 4.24 |
| Baa3 | 138,000.00 | 140,209.10 | 0.93 |
| N/A | 2,442,586.53 | 2,433,182.53 | 16.08 |
| Not Provided | 47,404.86 | 47,897.40 | 0.31 |
| **Total** | **15,313,838.85** | **15,128,953.31** | **100.00** |

**S&P RATING**

| | PAR VALUE | MARKET VALUE | PERCENTAGE OF CATEGORY |
|---|---|---|---|
| AAA | 452,684.92 | 439,295.27 | 2.90 |
| AA+ | 923,000.00 | 949,795.33 | 6.28 |
| AA- | 570,425.84 | 562,861.28 | 3.72 |
| A+ | 1,143,000.00 | 1,151,905.13 | 7.61 |
| A | 1,721,000.00 | 1,733,767.09 | 11.46 |
| A- | 1,805,000.00 | 1,807,757.55 | 11.95 |
| BBB+ | 487,000.00 | 480,687.93 | 3.18 |
| BBB | 846,000.00 | 854,762.28 | 5.65 |
| BBB- | 44,000.00 | 45,191.08 | 0.30 |
| N/A | 7,199,323.23 | 6,980,823.47 | 46.14 |
| N/R | 75,000.00 | 74,209.50 | 0.49 |
| Not Provided | 47,404.86 | 47,897.40 | 0.32 |
| **Total** | **15,313,838.85** | **15,128,953.31** | **100.00** |

R2067



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025037
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022753 09 SP 000638031197497 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8807**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022759 02 SP 000638031197503 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02504304
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |
| Sales And Maturities | 12 |

R2071

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,914,154.55** | **4,076,656.96** |
| **Investment Activity** | | |
| Interest | 225.80 | 225.80 |
| Net Accrued Income (Current-Prior) | - 126.21 | - 126.21 |
| **Total Investment Activity** | **99.59** | **99.59** |
| **Other Activity** | | |
| Transfers Out | - 79,212.34 | - 79,212.34 |
| **Total Other Activity** | **- 79,212.34** | **- 79,212.34** |
| **Net Change In Market And Cost** | **- 79,112.75** | **- 79,112.75** |
| **Ending Market And Cost** | **3,835,041.80** | **3,997,544.21** |

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 225.80 |
| Cash Equivalent Purchases | - 225.80 |
| Cash Equivalent Sales | 79,212.34 |
| **Total Investment Activity** | **79,212.34** |
| **Other Activity** | |
| Transfers Out | - 79,212.34 |
| **Total Other Activity** | **- 79,212.34** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02504304
35- -01-B -62 -248-04
0101 -11-02870-04



ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Miscellaneous | 3,834,942.21 | 3,997,444.62 | 100.00 |
| **Total Assets** | **3,834,942.21** | **3,997,444.62** | **100.00** |
| Accrued Income | 99.59 | 99.59 | 0.00 |
| **Grand Total** | **3,835,041.80** | **3,997,544.21** | **100.00** |

**Estimated Annual Income**     .00



MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .000 | .00<br>1.0000 | .00 | .00<br>.00 | 99.59 | 0.00 |
| **Total Money Markets** | **.000** | **.00** | **.00** | **.00**<br>**.00** | **99.59** | **0.00** |
| **Total Cash And Equivalents** | **.000** | **.00** | **.00** | **.00**<br>**.00** | **99.59** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Ara Core Property Fund *** 96MSCPRS5 Asset Minor Code 76 Date Last Priced: 06/30/25 | 31.960 | 3,834,942.21<br>119,991.5585 @ | 3,997,444.62 | - 162,502.41<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41**<br>**.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41**<br>**.00** | **.00** | **0.00** |
| **Total Assets** | **31.960** | **3,834,942.21** | **3,997,444.62** | **- 162,502.41**<br>**.00** | **99.59** | **0.00** |
| **Accrued Income** | **.000** | **99.59** | **99.59** | | | |

02504304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **31.960** | **3,835,041.80** | **3,997,544.21** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par  value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated  less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account.  The fee for providing this service will not  exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from  your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only.  U.S. Bank does not  have actual custody or control of this asset.  With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by  the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end  investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R2076

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| .000 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 225.80 | 99.59 | 225.80 | 99.59 |
| **Total Cash And Equivalents** | | | | | **225.80** | **99.59** | **225.80** | **99.59** |
| **Grand Total** | | | | | **225.80** | **99.59** | **225.80** | **99.59** |

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 225.80 |
| **Total Interest** | | **225.80** |

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT [redacted]8807

Period from August 1, 2025 to August 31, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers Out** | | |
| **Transfer To Another Account** | | |
| 08/12/2025 | Paid To [redacted]<br>Per Dir Dtd 8/11/2025 | - 79,212.34 |
| **Total Transfer To Another Account** | | **- 79,212.34** |
| **Total Transfers Out** | | **- 79,212.34** |
| **Total Other Activity** | | **- 79,212.34** |

02504304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - AMER CORE
ACCOUNT ████3807

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|---------------------|------------|------|------------------|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 225.8 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | 225.800 | .00 | - 225.80 | 225.80 |
| **Total First Am Govt Ob Fd Cl Z** | | **225.800** | **.00** | **- 225.80** | **225.80** |
| **Total Cash And Equivalents** | | **225.800** | **.00** | **- 225.80** | **225.80** |
| **Total Purchases** | | **225.800** | **.00** | **- 225.80** | **225.80** |

R2080

02504304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - AMER CORE
ACCOUNT ████8807

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/12/2025 | Sold<br>79,212.34 Units Of<br>First Am Govt Ob Fd Cl Z<br>Trade Date 8/12/25<br>31846V567 | - 79,212.340 | .00 | 79,212.34 | - 79,212.34 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 79,212.340** | **.00** | **79,212.34** | **- 79,212.34** | **.00** |
| **Total Cash And Equivalents** | | **- 79,212.340** | **.00** | **79,212.34** | **- 79,212.34** | **.00** |
| **Total Sales And Maturities** | | **- 79,212.340** | **.00** | **79,212.34** | **- 79,212.34** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025043
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022759 02 SP 000638031197503 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02504804
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8808**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022764 02 SP 000638031197508 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02504804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ■■■■8808

Period from August 1, 2025 to August 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
| --- | --- |
| Market And Cost Reconciliation | 3 |
| Asset Summary | 4 |
| Asset Detail | 5 |

02504804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████8808

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **839,252.01** | **839,252.01** |
| **Net Change In Market And Cost** | **.00** | **.00** |
| **Ending Market And Cost** | **839,252.01** | **839,252.01** |

## MARKET AND COST RECONCILIATION MESSAGES

No activity qualifies for this statement period.

02504804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ████3808

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .01 | .01 | 0.00 |
| Miscellaneous | 839,252.00 | 839,252.00 | 100.00 |
| **Total Assets** | **839,252.01** | **839,252.01** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **839,252.01** | **839,252.01** | **100.00** |
| | | | |
| **Estimated Annual Income** | **.00** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02504804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT ▮▮▮▮3808

## ASSET DETAIL

| DESCRIPTION | SHARES/<br>FACE AMOUNT | MARKET<br>PRICE/UNIT | FEDERAL<br>TAX COST | UNREALIZED<br>GAIN (LOSS)<br>SINCE INCEPTION/<br>CURRENT PERIOD | ENDING<br>ACCRUAL | YIELD ON<br>MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567   Asset Minor Code 1 | .010 | .01<br>1.0000 | .01 | .00<br>.00 | .00 | 0.00 |
| **Total Money Markets** | **.010** | **.01** | **.01** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.010** | **.01** | **.01** | **.00**<br>**.00** | **.00** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Redwood-Kairos Re Value Fund VI LP ***<br>96MSCPRP1   Asset Minor Code 76<br>Date Last Priced: 03/31/25 | 839,252.000 | 839,252.00<br>1.0000 @ | 839,252.00 | .00<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **839,252.000** | **839,252.00** | **839,252.00** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **839,252.000** | **839,252.00** | **839,252.00** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Assets** | **839,252.010** | **839,252.01** | **839,252.01** | **.00**<br>**.00** | **.00** | **0.00** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |

R2088

02504804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - REDWOOD-KAIROS
ACCOUNT [redacted]8808

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **839,252.010** | **839,252.01** | **839,252.01** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025048
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022764 02 SP 000638031197508 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [REDACTED]8809**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022769 02 SP 000638031197513 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02505304
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |
| Sales And Maturities | 11 |

R2093

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **959,779.92** | **959,779.92** |
| **Investment Activity** | | |
| Interest | .16 | .16 |
| Net Accrued Income (Current-Prior) | 16.94 | 16.94 |
| **Total Investment Activity** | **17.10** | **17.10** |
| **Net Change In Market And Cost** | **17.10** | **17.10** |
| **Ending Market And Cost** | **959,797.02** | **959,797.02** |

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ███8809

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | .16 |
| Cash Equivalent Purchases | - 8,704.27 |
| Sales/Maturities | 8,704.11 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT [redacted]3809

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 8,748.46 | 8,748.46 | 0.91 |
| Miscellaneous | 951,031.46 | 951,031.46 | 99.09 |
| **Total Assets** | **959,779.92** | **959,779.92** | **100.00** |
| Accrued Income | 17.10 | 17.10 | 0.00 |
| **Grand Total** | **959,797.02** | **959,797.02** | **100.00** |

**Estimated Annual Income** **367.43**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

 

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567   Asset Minor Code 1 | 8,748.460 | 8,748.46 1.0000 | 8,748.46 | .00 .00 | 17.10 | 4.18 |
| **Total Money Markets** | **8,748.460** | **8,748.46** | **8,748.46** | **.00** .00 | **17.10** | **4.17** |
| **Total Cash And Equivalents** | **8,748.460** | **8,748.46** | **8,748.46** | **.00** .00 | **17.10** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Kimpact Evergreen Real Estate Inv Fd *** 96MSCPRN6   Asset Minor Code 76 Date Last Priced: 03/31/25 | 951,031.460 | 951,031.46 1.0000 @ | 951,031.46 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **951,031.460** | **951,031.46** | **951,031.46** | **.00** .00 | **.00** | **0.00** |
| **Total Miscellaneous** | **951,031.460** | **951,031.46** | **951,031.46** | **.00** .00 | **.00** | **0.00** |
| **Total Assets** | **959,779.920** | **959,779.92** | **959,779.92** | **.00** .00 | **17.10** | **0.03** |
| **Accrued Income** | **.000** | **17.10** | **17.10** | | | |

R2097

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **959,779.920** | **959,797.02** | **959,797.02** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02505304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████3809

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 8,748.460 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | .16 | 17.10 | .16 | 17.10 |
| **Total Cash And Equivalents** | | | | | **.16** | **17.10** | **.16** | **17.10** |
| **Grand Total** | | | | | **.16** | **17.10** | **.16** | **17.10** |

R2099

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT [redacted]8809

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | .16 |
| **Total Interest** | | **.16** |

02505304
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY - KIMPACT EVERGREEN

ACCOUNT ████3809

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|------|-------------|--------------------:|-----------:|-----:|-----------------:|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 0.16 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | .160 | .00 | - .16 | .16 |
| 08/15/2025 | Purchased 8,704.11 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 8,704.110 | .00 | - 8,704.11 | 8,704.11 |
| **Total First Am Govt Ob Fd Cl Z** | | **8,704.270** | **.00** | **- 8,704.27** | **8,704.27** |
| **Total Cash And Equivalents** | | **8,704.270** | **.00** | **- 8,704.27** | **8,704.27** |
| **Total Purchases** | | **8,704.270** | **.00** | **- 8,704.27** | **8,704.27** |

R2101

02505304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KIMPACT EVERGREEN
ACCOUNT ████8809

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | |
| 08/15/2025 | Sold<br>8,704.11 Units Of<br>Kimpact Evergreen Real Estate Inv Fd<br>Trade Date 8/15/25<br>Sold Through Direct From Issuer<br>96MSCPRN6 | - 8,704.110 | .00 | 8,704.11 | - 8,704.11 | .00 |
| **Total Kimpact Evergreen Real Estate Inv Fd** | | **- 8,704.110** | **.00** | **8,704.11** | **- 8,704.11** | **.00** |
| **Total Miscellaneous** | | **- 8,704.110** | **.00** | **8,704.11** | **- 8,704.11** | **.00** |
| **Total Sales And Maturities** | | **- 8,704.110** | **.00** | **8,704.11** | **- 8,704.11** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



R2103



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025053
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022769 02 SP 000638031197513 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02505804
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: ██████8810**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022774 02 SP 000638031197518 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02505804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - BARON EMERGING
ACCOUNT ███████3810

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Asset Summary | 4 |
| Asset Detail | 5 |

R2107

02505804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,458,398.57** | **3,180,941.94** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | - 17,867.74 | .00 |
| **Total Investment Activity** | **- 17,867.74** | **.00** |
| **Net Change In Market And Cost** | **- 17,867.74** | **.00** |
| **Ending Market And Cost** | **3,440,530.83** | **3,180,941.94** |

02505804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ████8810

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .02 | .02 | 0.00 |
| Miscellaneous | 3,440,530.81 | 3,180,941.92 | 100.00 |
| **Total Assets** | **3,440,530.83** | **3,180,941.94** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **3,440,530.83** | **3,180,941.94** | **100.00** |
| **Estimated Annual Income** | **.00** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02505804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - BARON EMERGING
ACCOUNT ████3810

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567   Asset Minor Code 1 | .020 | .02 1.0000 | .02 | .00 .00 | .00 | 0.00 |
| **Total Money Markets** | **.020** | **.02** | **.02** | **.00** **.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.020** | **.02** | **.02** | **.00** **.00** | **.00** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Collective Investment Funds** | | | | | | |
| Baron Emerging Markets Fund Ltd *** 9SPMTK281   Asset Minor Code 17 Date Last Priced: 07/31/25 | 2,435.293 | 3,440,530.81 1,412.7790 @ | 3,180,941.92 | 259,588.89 - 17,867.74 | .00 | 0.00 |
| **Total Collective Investment Funds** | **2,435.293** | **3,440,530.81** | **3,180,941.92** | **259,588.89** **- 17,867.74** | **.00** | **0.00** |
| **Total Miscellaneous** | **2,435.293** | **3,440,530.81** | **3,180,941.92** | **259,588.89** **- 17,867.74** | **.00** | **0.00** |
| **Total Assets** | **2,435.313** | **3,440,530.83** | **3,180,941.94** | **259,588.89** **- 17,867.74** | **.00** | **0.00** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |

R2110

02505804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - BARON EMERGING
ACCOUNT ███8810

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **2,435.313** | **3,440,530.83** | **3,180,941.94** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025058
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022774 02 SP 000638031197518 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02506304
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: ██████8811**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022779 02 SP 000638031197523 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02506304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from August 1, 2025 to August 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
| --- | --- |
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Plan Expenses | 8 |
| Sales And Maturities | 9 |

02506304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,270,971.14** | **2,091,216.54** |
| **Investment Activity** | | |
| Realized Gain/Loss | 2,465.18 | 2,465.18 |
| Change In Unrealized Gain/Loss | 53,125.28 | .00 |
| **Total Investment Activity** | **55,590.46** | **2,465.18** |
| **Plan Expenses** | | |
| Administrative Expenses* | - 6,541.61 | - 6,541.61 |
| **Total Plan Expenses** | **- 6,541.61** | **- 6,541.61** |
| **Net Change In Market And Cost** | **49,048.85** | **- 4,076.43** |
| **Ending Market And Cost** | **3,320,019.99** | **2,087,140.11** |

## MARKET AND COST RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02506304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Sales/Maturities | 6,541.61 |
| **Total Investment Activity** | **6,541.61** |
| **Plan Expenses** | |
| Administrative Expenses* | - 6,541.61 |
| **Total Plan Expenses** | **- 6,541.61** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

## CASH RECONCILIATION MESSAGES

* Includes Professional Fees, Contract Administrator Fees and Investment Advisory Fees

02506304
35- -01-B -62 -248-04
0101 -11-02870-04



ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ▉▉▉3811

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .02 | .02 | 0.00 |
| Miscellaneous | 3,320,019.97 | 2,087,140.09 | 100.00 |
| **Total Assets** | **3,320,019.99** | **2,087,140.11** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **3,320,019.99** | **2,087,140.11** | **100.00** |

**Estimated Annual Income**          .00



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

Case: 23-30564    Doc# 1356-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page 510 of 612

R2118

02506304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .020 | .02<br>1.0000 | .02 | .00<br>.00 | .00 | 0.00 |
| **Total Money Markets** | **.020** | **.02** | **.02** | **.00<br>.00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.020** | **.02** | **.02** | **.00<br>.00** | **.00** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Emerging Markets Equity Income Fund *** 96MSCPRR7 Asset Minor Code 77 Date Last Priced: 07/31/25 | 158,613.170 | 3,320,019.97<br>20.9316 @ | 2,087,140.09 | 1,232,879.88<br>53,125.28 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **158,613.170** | **3,320,019.97** | **2,087,140.09** | **1,232,879.88<br>53,125.28** | **.00** | **0.00** |
| **Total Miscellaneous** | **158,613.170** | **3,320,019.97** | **2,087,140.09** | **1,232,879.88<br>53,125.28** | **.00** | **0.00** |
| **Total Assets** | **158,613.190** | **3,320,019.99** | **2,087,140.11** | **1,232,879.88<br>53,125.28** | **.00** | **0.00** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |

02506304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **158,613.190** | **3,320,019.99** | **2,087,140.11** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02506304
35- -01-B -62 -248-04
0101  -11-02870-04

**US bank** 

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████3811

## PLAN EXPENSES

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| | | |
| **Administrative Expenses** | | |
| **Investment Advisory And Management Fees** | | |
| **Management Fee** | | |
| 08/14/2025 | Paid To  -<br>Emerging Markets Equity Income Fund<br>7/25 Statement | - 6,541.61 |
| **Total Management Fee** | | **- 6,541.61** |
| **Total Investment Advisory And Management Fees** | | **- 6,541.61** |
| **Total Administrative Expenses** | | **- 6,541.61** |
| **Total Plan Expenses** | | **- 6,541.61** |

R2121

02506304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - WELLS CAP EMERGING
ACCOUNT ████8811

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | |
| 08/01/2025 | Sold 309.79 Units Of Emerging Markets Equity Income Fund Trade Date 7/31/25 Sold Through Direct From Issuer 96MSCPRR7 | - 309.790 | .00 | 6,541.61 | - 4,076.43 | 2,465.18 |
| **Total Emerging Markets Equity Income Fund** | | **- 309.790** | **.00** | **6,541.61** | **- 4,076.43** | **2,465.18** |
| **Total Miscellaneous** | | **- 309.790** | **.00** | **6,541.61** | **- 4,076.43** | **2,465.18** |
| **Total Sales And Maturities** | | **- 309.790** | **.00** | **6,541.61** | **- 4,076.43** | **2,465.18** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



R2123



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025063
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022779 02 SP 000638031197523 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02506804
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8812**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022784 02 SP 000638031197528 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from August 1, 2025 to August 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Other Activity | 8 |
| Purchases | 9 |
| Sales And Maturities | 10 |

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **9,235,488.36** | **8,284,558.84** |
| **Investment Activity** | | |
| Realized Gain/Loss | 12,038.97 | 12,038.97 |
| Change In Unrealized Gain/Loss | 183,829.55 | .00 |
| **Total Investment Activity** | **195,868.52** | **12,038.97** |
| **Other Activity** | | |
| Transfers Out | - 215,000.00 | - 215,000.00 |
| **Total Other Activity** | **- 215,000.00** | **- 215,000.00** |
| **Net Change In Market And Cost** | **- 19,131.48** | **- 202,961.03** |
| **Ending Market And Cost** | **9,216,356.88** | **8,081,597.81** |

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Cash Equivalent Purchases | - 215,000.00 |
| Cash Equivalent Sales | 215,000.00 |
| Sales/Maturities | 215,000.00 |
| **Total Investment Activity** | **215,000.00** |
| **Other Activity** | |
| Transfers Out | - 215,000.00 |
| **Total Other Activity** | **- 215,000.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

usbank

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .04 | .04 | 0.00 |
| Mutual Funds-Equity | 9,216,356.84 | 8,081,597.77 | 100.00 |
| **Total Assets** | **9,216,356.88** | **8,081,597.81** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **9,216,356.88** | **8,081,597.81** | **100.00** |

| | |
|---|---|
| **Estimated Annual Income** | **169,929.19** |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.



02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .040 | .04 1.0000 | .04 | .00 .00 | .00 | 0.00 |
| **Total Money Markets** | **.040** | **.04** | **.04** | **.00 .00** | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.040** | **.04** | **.04** | **.00 .00** | **.00** | **0.00** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Equity** | | | | | | |
| Catholic Rspnsbl Invstmnts Intl Eq 14919E779 Asset Minor Code 98 | 837,089.631 | 9,216,356.84 11.0100 | 8,081,597.77 | 1,134,759.07 183,829.55 | .00 | 1.84 |
| **Total Mutual Funds-Equity** | **837,089.631** | **9,216,356.84** | **8,081,597.77** | **1,134,759.07 183,829.55** | **.00** | **1.84** |
| **Total Mutual Funds** | **837,089.631** | **9,216,356.84** | **8,081,597.77** | **1,134,759.07 183,829.55** | **.00** | **1.84** |
| **Total Assets** | **837,089.671** | **9,216,356.88** | **8,081,597.81** | **1,134,759.07 183,829.55** | **.00** | **1.84** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |
| **Grand Total** | **837,089.671** | **9,216,356.88** | **8,081,597.81** | | | |

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT [redacted]8812

Period from August 1, 2025 to August 31, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers Out** | | |
| **Transfer To Another Account** | | |
| 08/12/2025 | Paid To [redacted]<br>Per Dir Dtd 8/11/2025 | - 215,000.00 |
| **Total Transfer To Another Account** | | **- 215,000.00** |
| **Total Transfers Out** | | **- 215,000.00** |
| **Total Other Activity** | | **- 215,000.00** |

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/12/2025 | Purchased 215,000 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | 215,000.000 | .00 | - 215,000.00 | 215,000.00 |
| **Total First Am Govt Ob Fd Cl Z** | | **215,000.000** | **.00** | **- 215,000.00** | **215,000.00** |
| **Total Cash And Equivalents** | | **215,000.000** | **.00** | **- 215,000.00** | **215,000.00** |
| **Total Purchases** | | **215,000.000** | **.00** | **- 215,000.00** | **215,000.00** |

02506804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CUIT INTERNATIONAL EQ
ACCOUNT ████8812

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/12/2025 | Sold 215,000 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | - 215,000.000 | .00 | 215,000.00 | - 215,000.00 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 215,000.000** | **.00** | **215,000.00** | **- 215,000.00** | **.00** |
| **Total Cash And Equivalents** | | **- 215,000.000** | **.00** | **215,000.00** | **- 215,000.00** | **.00** |
| **Mutual Funds-Equity** | | | | | | |
| 08/11/2025 | Sold 19,634.703 Shares Of Catholic Rspnsbl Invstmnts Intl Eq Trade Date 8/11/25 19,634.703 Shares At 10.95 USD 14919E779 | - 19,634.703 | .00 | 215,000.00 | - 202,961.03 | 12,038.97 |
| **Total Catholic Rspnsbl Invstmnts Intl Eq** | | **- 19,634.703** | **.00** | **215,000.00** | **- 202,961.03** | **12,038.97** |
| **Total Mutual Funds-Equity** | | **- 19,634.703** | **.00** | **215,000.00** | **- 202,961.03** | **12,038.97** |
| **Total Sales And Maturities** | | **- 234,634.703** | **.00** | **430,000.00** | **- 417,961.03** | **12,038.97** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025068
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022784 02 SP 000638031197528 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02507304
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8813**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022789 02 SP 000638031197533 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02507304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████3813

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation ......................................................................... | 3 |
| Asset Summary................................................................................................... | 4 |
| Asset Detail ........................................................................................................ | 5 |

R2139

02507304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ██████8813

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **3,268,766.46** | **3,220,453.13** |
| **Investment Activity** | | |
| Change In Unrealized Gain/Loss | 15,360.75 | .00 |
| **Total Investment Activity** | **15,360.75** | **.00** |
| **Net Change In Market And Cost** | **15,360.75** | **.00** |
| **Ending Market And Cost** | **3,284,127.21** | **3,220,453.13** |

02507304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [redacted]8813

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | .01 | .01 | 0.00 |
| Mutual Funds-Fixed Income | 3,284,127.20 | 3,220,453.12 | 100.00 |
| **Total Assets** | **3,284,127.21** | **3,220,453.13** | **100.00** |
| Accrued Income | .00 | .00 | 0.00 |
| **Grand Total** | **3,284,127.21** | **3,220,453.13** | **100.00** |

**Estimated Annual Income** **350,224.97**

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02507304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT ████3813

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z | .010 | .01 1.0000 | .01 | .00 .00 | .00 | 0.00 |
| 31846V567   Asset Minor Code 1 | | | | | | |
| **Total Money Markets** | **.010** | **.01** | **.01** | **.00** .00 | **.00** | **0.00** |
| **Total Cash And Equivalents** | **.010** | **.01** | **.01** | **.00** .00 | **.00** | **0.00** |
| **Mutual Funds** | | | | | | |
| **Mutual Funds-Fixed Income** | | | | | | |
| Cliffwater Corporate Lending I | 307,214.892 | 3,284,127.20 10.6900 | 3,220,453.12 | 63,674.08 15,360.75 | .00 | 10.66 |
| 186854204   Asset Minor Code 99 | | | | | | |
| **Total Mutual Funds-Fixed Income** | **307,214.892** | **3,284,127.20** | **3,220,453.12** | **63,674.08** 15,360.75 | **.00** | **10.66** |
| **Total Mutual Funds** | **307,214.892** | **3,284,127.20** | **3,220,453.12** | **63,674.08** 15,360.75 | **.00** | **10.66** |
| **Total Assets** | **307,214.902** | **3,284,127.21** | **3,220,453.13** | **63,674.08** 15,360.75 | **.00** | **10.66** |
| **Accrued Income** | **.000** | **.00** | **.00** | | | |
| **Grand Total** | **307,214.902** | **3,284,127.21** | **3,220,453.13** | | | |

R2142

02507304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - CLIFFWATER CORP LEND
ACCOUNT [redacted]8813

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025073
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022789 02 SP 000638031197533 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02507804
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: ██████8814**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022794 02 SP 000638031197538 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02507804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ██████3814

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |
| Sales And Maturities | 11 |

R2147

02507804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - KAIROS CR STRAT REIT

ACCOUNT ████3814

## MARKET AND COST RECONCILIATION

| | 08/31/2025<br>MARKET | 08/31/2025<br>FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **2,654,523.10** | **2,654,523.10** |
| **Investment Activity** | | |
| Interest | .64 | .64 |
| Net Accrued Income (Current-Prior) | 17.33 | 17.33 |
| **Total Investment Activity** | **17.97** | **17.97** |
| **Net Change In Market And Cost** | **17.97** | **17.97** |
| **Ending Market And Cost** | **2,654,541.07** | **2,654,541.07** |

R2148

02507804
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ███3814

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |

**Investment Activity**

| | |
|---|---|
| Interest | .64 |
| Cash Equivalent Purchases | - 50,505.64 |
| Sales/Maturities | 50,505.00 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

R2149

02507804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████3814

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 50,693.10 | 50,693.10 | 1.91 |
| Miscellaneous | 2,603,830.00 | 2,603,830.00 | 98.09 |
| Total Assets | 2,654,523.10 | 2,654,523.10 | 100.00 |
| Accrued Income | 17.97 | 17.97 | 0.00 |
| Grand Total | 2,654,541.07 | 2,654,541.07 | 100.00 |

**Estimated Annual Income**     2,129.11



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

R2150

02507804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | 50,693.100 | 50,693.10<br>1.0000 | 50,693.10 | .00<br>.00 | 17.97 | 4.18 |
| **Total Money Markets** | **50,693.100** | **50,693.10** | **50,693.10** | **.00**<br>**.00** | **17.97** | **4.17** |
| **Total Cash And Equivalents** | **50,693.100** | **50,693.10** | **50,693.10** | **.00**<br>**.00** | **17.97** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Kairos Credit Strategies Reit Inc *** 96MSCQPD8 Asset Minor Code 76 Date Last Priced: 03/31/25 | 2,603,830.000 | 2,603,830.00<br>1.0000 @ | 2,603,830.00 | .00<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **2,603,830.000** | **2,603,830.00** | **2,603,830.00** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **2,603,830.000** | **2,603,830.00** | **2,603,830.00** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Assets** | **2,654,523.100** | **2,654,523.10** | **2,654,523.10** | **.00**<br>**.00** | **17.97** | **0.07** |
| **Accrued Income** | **.000** | **17.97** | **17.97** | | | |

02507804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ██████3814

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| Grand Total | 2,654,523.100 | 2,654,541.07 | 2,654,541.07 | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par  value, or at a nominal value.  Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated  less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account.  The fee for providing this service will not  exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from  your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only.  U.S. Bank does not  have actual custody or control of this asset.  With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by  the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end  investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R2152

02507804
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████3814

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 50,693.100 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | .64 | 17.97 | .64 | 17.97 |
| **Total Cash And Equivalents** | | | | | **.64** | **17.97** | **.64** | **17.97** |
| **Grand Total** | | | | | **.64** | **17.97** | **.64** | **17.97** |

R2153

02507804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT [redacted]8814

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | .64 |
| **Total Interest** | | **.64** |

02507804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ███8814

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 0.64 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | .640 | .00 | - .64 | .64 |
| 08/29/2025 | Purchased 50,505 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/29/25 31846V567 | 50,505.000 | .00 | - 50,505.00 | 50,505.00 |
| **Total First Am Govt Ob Fd Cl Z** | | **50,505.640** | **.00** | **- 50,505.64** | **50,505.64** |
| **Total Cash And Equivalents** | | **50,505.640** | **.00** | **- 50,505.64** | **50,505.64** |
| **Total Purchases** | | **50,505.640** | **.00** | **- 50,505.64** | **50,505.64** |

02507804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - KAIROS CR STRAT REIT
ACCOUNT ████8814

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | |
| 08/29/2025 | Sold 50,505 Units Of Kairos Credit Strategies Reit Inc Trade Date 8/29/25 Sold Through Direct From Issuer 96MSCQPD8 | - 50,505.000 | .00 | 50,505.00 | - 50,505.00 | .00 |
| **Total Kairos Credit Strategies Reit Inc** | | **- 50,505.000** | **.00** | **50,505.00** | **- 50,505.00** | **.00** |
| **Total Miscellaneous** | | **- 50,505.000** | **.00** | **50,505.00** | **- 50,505.00** | **.00** |
| **Total Sales And Maturities** | | **- 50,505.000** | **.00** | **50,505.00** | **- 50,505.00** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



R2157



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025078
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022794 02 SP 000638031197538 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02508304
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8816**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022799 02 SP 000638031197543 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02508304
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████3816

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |
| Sales And Maturities | 11 |

R2161

02508304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT [redacted]8816

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **1,387,156.92** | **1,387,156.92** |
| **Investment Activity** | | |
| Interest | .19 | .19 |
| Net Accrued Income (Current-Prior) | 6.64 | 6.64 |
| **Total Investment Activity** | **6.83** | **6.83** |
| **Net Change In Market And Cost** | **6.83** | **6.83** |
| **Ending Market And Cost** | **1,387,163.75** | **1,387,163.75** |

02508304
35- -01-B -62 -248-04
0101 -11-02870-04

 

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████3816

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |

**Investment Activity**

| | |
|---|---|
| Interest | .19 |
| Cash Equivalent Purchases | - 3,414.39 |
| Sales/Maturities | 3,414.20 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

R2163

02508304
35- -01-B -62 -248-04
0101 -11-02870-04



ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████3816

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 3,467.48 | 3,467.48 | 0.25 |
| Miscellaneous | 1,383,689.44 | 1,383,689.44 | 99.75 |
| Total Assets | 1,387,156.92 | 1,387,156.92 | 100.00 |
| Accrued Income | 6.83 | 6.83 | 0.00 |
| Grand Total | 1,387,163.75 | 1,387,163.75 | 100.00 |

**Estimated Annual Income**          145.63



MISCELLANEOUS

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

Case: 23-30564    Doc# 1356-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page 556 of 612

02508304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 3,467.480 | 3,467.48<br>1.0000 | 3,467.48 | .00<br>.00 | 6.83 | 4.18 |
| **Total Money Markets** | **3,467.480** | **3,467.48** | **3,467.48** | **.00**<br>**.00** | **6.83** | **4.17** |
| **Total Cash And Equivalents** | **3,467.480** | **3,467.48** | **3,467.48** | **.00**<br>**.00** | **6.83** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Redwood<br>Kairos Re Value Fund VIII LP ***<br>96MSCUAJ2 Asset Minor Code 76<br>Date Last Priced: 03/31/25 | 1,383,689.440 | 1,383,689.44<br>1.0000 @ | 1,383,689.44 | .00<br>.00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **1,383,689.440** | **1,383,689.44** | **1,383,689.44** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Miscellaneous** | **1,383,689.440** | **1,383,689.44** | **1,383,689.44** | **.00**<br>**.00** | **.00** | **0.00** |
| **Total Assets** | **1,387,156.920** | **1,387,156.92** | **1,387,156.92** | **.00**<br>**.00** | **6.83** | **0.01** |
| **Accrued Income** | **.000** | **6.83** | **6.83** | | | |

02508304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ▆▆▆▆3816

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **1,387,156.920** | **1,387,163.75** | **1,387,163.75** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable.  Assets that are not publicly traded may be reflected at values from other external sources.  Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold.  Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account.  The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

***  This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only.  U.S. Bank does not have actual custody or control of this asset.  With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R2166

02508304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████8816

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 3,467.480 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | .19 | 6.83 | .19 | 6.83 |
| **Total Cash And Equivalents** | | | | | **.19** | **6.83** | **.19** | **6.83** |
| **Grand Total** | | | | | **.19** | **6.83** | **.19** | **6.83** |

02508304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ██████8816

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | .19 |
| **Total Interest** | | **.19** |

02508304
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ████3816

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 0.19 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | .190 | .00 | - .19 | .19 |
| 08/15/2025 | Purchased 3,414.2 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/15/25 31846V567 | 3,414.200 | .00 | - 3,414.20 | 3,414.20 |
| **Total First Am Govt Ob Fd Cl Z** | | **3,414.390** | **.00** | **- 3,414.39** | **3,414.39** |
| **Total Cash And Equivalents** | | **3,414.390** | **.00** | **- 3,414.39** | **3,414.39** |
| **Total Purchases** | | **3,414.390** | **.00** | **- 3,414.39** | **3,414.39** |

R2169

02508304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY-REDWOOD-KAIROS RE VIII
ACCOUNT ▆▆▆3816

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|------|-------------|---------------------|------------|----------------------|------------------|---------------------|
| **Miscellaneous** | | | | | | |
| 08/15/2025 | Sold 3,414.2 Units Of Redwood Kairos Re Value Fund VIII LP Trade Date 8/15/25 Sold Through Direct From Issuer 96MSCUAJ2 | - 3,414.200 | .00 | 3,414.20 | - 3,414.20 | .00 |
| **Total Redwood Kairos Re Value Fund VIII LP** | | **- 3,414.200** | **.00** | **3,414.20** | **- 3,414.20** | **.00** |
| **Total Miscellaneous** | | **- 3,414.200** | **.00** | **3,414.20** | **- 3,414.20** | **.00** |
| **Total Sales And Maturities** | | **- 3,414.200** | **.00** | **3,414.20** | **- 3,414.20** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.

R2170





## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025083
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022799 02 SP 000638031197543 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02508804
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8817**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022804 02 SP 000638031197548 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02508804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ▇▇▇▇3817

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Purchases | 10 |

R2175

02508804
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ■■■■3817

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **1,683,836.46** | **1,523,519.17** |
| **Investment Activity** | | |
| Interest | .33 | .33 |
| Change In Unrealized Gain/Loss | 28,594.90 | .00 |
| **Total Investment Activity** | **28,595.23** | **.33** |
| **Net Change In Market And Cost** | **28,595.23** | **.33** |
| **Ending Market And Cost** | **1,712,431.69** | **1,523,519.50** |

R2176

02508804
35- -01-B -62 -248-04
0101  -11-02870-04

**US bank** 

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███████3817

## CASH RECONCILIATION

| | |
|---|---:|
| **Beginning Cash** | **.00** |

**Investment Activity**

| | |
|---|---:|
| Interest | .33 |
| Cash Equivalent Purchases | - .33 |
| **Total Investment Activity** | **.00** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

R2177

02508804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████3817

Period from August 1, 2025 to August 31, 2025

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 92.76 | 92.76 | 0.01 |
| Miscellaneous | 1,712,338.60 | 1,523,426.41 | 99.99 |
| **Total Assets** | **1,712,431.36** | **1,523,519.17** | **100.00** |
| Accrued Income | .33 | .33 | 0.00 |
| **Grand Total** | **1,712,431.69** | **1,523,519.50** | **100.00** |
| **Estimated Annual Income** | **3.89** | | |

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02508804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███8817

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt<br>Ob Fd Cl Z<br>31846V567 Asset Minor Code 1 | 92.760 | 92.76<br>1.0000 | 92.76 | .00<br>.00 | .33 | 4.17 |
| **Total Money Markets** | **92.760** | **92.76** | **92.76** | **.00**<br>**.00** | **.33** | **4.17** |
| **Total Cash And Equivalents** | **92.760** | **92.76** | **92.76** | **.00**<br>**.00** | **.33** | **4.17** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Partners<br>Group Private Equity Mf ***<br>95MSC4CE1 Asset Minor Code 77<br>Date Last Priced: 06/30/25 | 762,530.548 | 1,712,338.60<br>2.2456 @ | 1,523,426.41 | 188,912.19<br>28,594.90 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **762,530.548** | **1,712,338.60** | **1,523,426.41** | **188,912.19**<br>**28,594.90** | **.00** | **0.00** |
| **Total Miscellaneous** | **762,530.548** | **1,712,338.60** | **1,523,426.41** | **188,912.19**<br>**28,594.90** | **.00** | **0.00** |
| **Total Assets** | **762,623.308** | **1,712,431.36** | **1,523,519.17** | **188,912.19**<br>**28,594.90** | **.33** | **0.00** |
| **Accrued Income** | **.000** | **.33** | **.33** | | | |

02508804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **762,623.308** | **1,712,431.69** | **1,523,519.50** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02508804
35- -01-B -62 -248-04
0101  -11-02870-04

**US bank** 

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ███████3817

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 92.760 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | .33 | .33 | .33 | .33 |
| **Total Cash And Equivalents** | | | | | **.33** | **.33** | **.33** | **.33** |
| **Grand Total** | | | | | **.33** | **.33** | **.33** | **.33** |

R2181

02508804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT [redacted]8817

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z 31846V567** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | .33 |
| **Total Interest** | | **.33** |

02508804
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY - PARTNERS GROUP
ACCOUNT ████8817

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 0.33 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | .330 | .00 | - .33 | .33 |
| **Total First Am Govt Ob Fd Cl Z** | | **.330** | **.00** | **- .33** | **.33** |
| **Total Cash And Equivalents** | | **.330** | **.00** | **- .33** | **.33** |
| **Total Purchases** | | **.330** | **.00** | **- .33** | **.33** |



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025088
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022804 02 SP 000638031197548 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02509304
35- -01-B -62 -248-04
0101 -11-02870-04

**Account Number: [redacted]8818**
**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A (CA) CORPORATION**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022809 02 SP 000638031197553 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02509304
35- -01-B -62 -248-04
0101  -11-02870-04

 

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ██████3818

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Investment Activity | 9 |
| Other Activity | 10 |
| Purchases | 11 |
| Sales And Maturities | 12 |

R2187

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ██████8818

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **967,307.54** | **967,307.54** |
| **Investment Activity** | | |
| Interest | 51.17 | 51.17 |
| Net Accrued Income (Current-Prior) | - 32.98 | - 32.98 |
| **Total Investment Activity** | **18.19** | **18.19** |
| **Other Activity** | | |
| Transfers Out | - 14,468.37 | - 14,468.37 |
| **Total Other Activity** | **- 14,468.37** | **- 14,468.37** |
| **Net Change In Market And Cost** | **- 14,450.18** | **- 14,450.18** |
| **Ending Market And Cost** | **952,857.36** | **952,857.36** |

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Investment Activity** | |
| Interest | 51.17 |
| Cash Equivalent Purchases | - 51.17 |
| Cash Equivalent Sales | 14,468.37 |
| **Total Investment Activity** | **14,468.37** |
| **Other Activity** | |
| Transfers Out | - 14,468.37 |
| **Total Other Activity** | **- 14,468.37** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

 **usbank**

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███3818

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Miscellaneous | 952,839.17 | 952,839.17 | 100.00 |
| **Total Assets** | **952,839.17** | **952,839.17** | **100.00** |
| Accrued Income | 18.19 | 18.19 | 0.00 |
| **Grand Total** | **952,857.36** | **952,857.36** | **100.00** |

**Estimated Annual Income** .00



## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Govt Ob Fd Cl Z 31846V567 Asset Minor Code 1 | .000 | .00 1.0000 | .00 | .00 .00 | 18.19 | 0.00 |
| **Total Money Markets** | **.000** | **.00** | **.00** | **.00 .00** | **18.19** | **0.00** |
| **Total Cash And Equivalents** | **.000** | **.00** | **.00** | **.00 .00** | **18.19** | **0.00** |
| **Miscellaneous** | | | | | | |
| **Partnerships/Joint Ventures** | | | | | | |
| Montauk Triguard Fund IX LP *** 95MSC7A06 Asset Minor Code 77 Date Last Priced: 03/31/25 | 952,839.170 | 952,839.17 1.0000 @ | 952,839.17 | .00 .00 | .00 | 0.00 |
| **Total Partnerships/Joint Ventures** | **952,839.170** | **952,839.17** | **952,839.17** | **.00 .00** | **.00** | **0.00** |
| **Total Miscellaneous** | **952,839.170** | **952,839.17** | **952,839.17** | **.00 .00** | **.00** | **0.00** |
| **Total Assets** | **952,839.170** | **952,839.17** | **952,839.17** | **.00 .00** | **18.19** | **0.00** |
| **Accrued Income** | **.000** | **18.19** | **18.19** | | | |

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL (continued)

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Grand Total** | **952,839.170** | **952,857.36** | **952,857.36** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account. The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service. The charge for this service has been deducted from your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

*** This asset is held or controlled by the customer or by a third party on behalf of the customer, and is reported for customer recordkeeping purposes only. U.S. Bank does not have actual custody or control of this asset. With the exception of most marketable securities, the description of the asset and its price (or value) may have been provided to U.S. Bank by the customer or a third party and should not be relied upon for any purpose.

@ No current price is available.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

02509304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ███████3818

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| .000 | First Am Govt Ob Fd Cl Z 31846V567 | | 09/02/25 | 0.04 | 51.17 | 18.19 | 51.17 | 18.19 |
| **Total Cash And Equivalents** | | | | | **51.17** | **18.19** | **51.17** | **18.19** |
| **Grand Total** | | | | | **51.17** | **18.19** | **51.17** | **18.19** |

R2193

02509304
35- -01-B -62 -248-04
0101  -11-02870-04



ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████3818

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|------|-------------|------|
| | | |
| **Interest** | | |
| **First Am Govt Ob Fd Cl Z** | | |
| **31846V567** | | |
| 08/01/2025 | Interest From 7/1/25  To 7/31/25 | 51.17 |
| **Total Interest** | | **51.17** |

R2194

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ██████8818

Period from August 1, 2025 to August 31, 2025

## OTHER ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Transfers Out** | | |
| **Transfer To Another Account** | | |
| 08/12/2025 | Paid To ██████ Per Dir Dtd 8/11/2025 | - 14,468.37 |
| **Total Transfer To Another Account** | | **- 14,468.37** |
| **Total Transfers Out** | | **- 14,468.37** |
| **Total Other Activity** | | **- 14,468.37** |

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT ████8818

Period from August 1, 2025 to August 31, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 51.17 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/4/25 31846V567 | 51.170 | .00 | - 51.17 | 51.17 |
| **Total First Am Govt Ob Fd Cl Z** | | **51.170** | **.00** | **- 51.17** | **51.17** |
| **Total Cash And Equivalents** | | **51.170** | **.00** | **- 51.17** | **51.17** |
| **Total Purchases** | | **51.170** | **.00** | **- 51.17** | **51.17** |

02509304
35- -01-B -62 -248-04
0101 -11-02870-04

ADSF CUSTODY-MONTAUK TRIGUARD
ACCOUNT [redacted]8818

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/12/2025 | Sold 14,468.37 Units Of First Am Govt Ob Fd Cl Z Trade Date 8/12/25 31846V567 | - 14,468.370 | .00 | 14,468.37 | - 14,468.37 | .00 |
| **Total First Am Govt Ob Fd Cl Z** | | **- 14,468.370** | **.00** | **14,468.37** | **- 14,468.37** | **.00** |
| **Total Cash And Equivalents** | | **- 14,468.370** | **.00** | **14,468.37** | **- 14,468.37** | **.00** |
| **Total Sales And Maturities** | | **- 14,468.370** | **.00** | **14,468.37** | **- 14,468.37** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025093
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022809 02 SP 000638031197553 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109



02509904
35- -01-B -62 -248-04
0101 -12-02870-04

**Account Number: [redacted]8900**
**ARCHDIOCESE OF SAN FRANCISCO**
**SUPPLEMENTAL EMPLOYEE RETIREMENT PLAN**

**This statement is for the period from August 1, 2025 to August 31, 2025**

Questions?
If you have any questions regarding your account or this statement, please contact your Account Manager.

Account Manager:
MARIO MATTHEWS
633 W. 5TH STREET, 24TH FLOOR
LOS ANGELES, CA 90071
Phone: 213-615-6823
E-mail: mario.matthews@usbank.com

000022815 02 SP 000638031197559 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from August 1, 2025 to August 31, 2025

## TABLE OF CONTENTS

| Schedule | Page |
|---|---|
| Market And Cost Reconciliation | 3 |
| Cash Reconciliation | 4 |
| Asset Summary | 5 |
| Asset Detail | 6 |
| Income Accrual Detail | 8 |
| Benefit Activity | 9 |
| Investment Activity | 10 |
| Purchases | 11 |
| Sales And Maturities | 12 |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from August 1, 2025 to August 31, 2025

## MARKET AND COST RECONCILIATION

| | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST |
|---|---|---|
| **Beginning Market And Cost** | **225,524.77** | **225,524.77** |
| **Benefit Activity** | | |
| Benefits Payments | - 925.91 | - 925.91 |
| **Total Benefit Activity** | **- 925.91** | **- 925.91** |
| **Investment Activity** | | |
| Interest | 796.29 | 796.29 |
| Net Accrued Income (Current-Prior) | - 2.86 | - 2.86 |
| **Total Investment Activity** | **793.43** | **793.43** |
| **Net Change In Market And Cost** | **- 132.48** | **- 132.48** |
| **Ending Market And Cost** | **225,392.29** | **225,392.29** |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from August 1, 2025 to August 31, 2025

## CASH RECONCILIATION

| | |
|---|---|
| **Beginning Cash** | **.00** |
| **Benefit Activity** | |
| Benefits Payments | - 925.91 |
| **Total Benefit Activity** | **- 925.91** |
| **Investment Activity** | |
| Interest | 796.29 |
| Cash Equivalent Purchases | - 796.29 |
| Cash Equivalent Sales | 925.91 |
| **Total Investment Activity** | **925.91** |
| **Net Change In Cash** | **.00** |
| **Ending Cash** | **.00** |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04



ADSF - SERP
ACCOUNT ███████3900

## ASSET SUMMARY

| ASSETS | 08/31/2025 MARKET | 08/31/2025 FEDERAL TAX COST | % OF MARKET |
|---|---|---|---|
| Cash And Equivalents | 224,598.86 | 224,598.86 | 99.65 |
| **Total Assets** | **224,598.86** | **224,598.86** | **99.65** |
| Accrued Income | 793.43 | 793.43 | 0.35 |
| **Grand Total** | **225,392.29** | **225,392.29** | **100.00** |

| **Estimated Annual Income** | 9,208.55 | | |



CASH EQUIV & ACCR

## ASSET SUMMARY MESSAGES

Estimated Annual Income is an estimate provided for informational purposes only
and should not be relied on for making investment, trading, or tax decisions. The
estimates may not represent the actual value earned by your investments and
they provide no guarantee of what your investments may earn in the future.

Case: 23-30564    Doc# 1356-1    Filed: 09/22/25    Entered: 09/22/25 13:00:49    Page
596 of 612

R2204

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT [redacted]8900

Period from August 1, 2025 to August 31, 2025

## ASSET DETAIL

| DESCRIPTION | SHARES/ FACE AMOUNT | MARKET PRICE/UNIT | FEDERAL TAX COST | UNREALIZED GAIN (LOSS) SINCE INCEPTION/ CURRENT PERIOD | ENDING ACCRUAL | YIELD ON MARKET |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| **Money Markets** | | | | | | |
| First Am Treas Ob Fd Cl Z 31846V542 Asset Minor Code 1 | 224,598.860 | 224,598.86 1.0000 | 224,598.86 | .00 .00 | 793.43 | 4.14 |
| **Total Money Markets** | **224,598.860** | **224,598.86** | **224,598.86** | **.00 .00** | **793.43** | **4.14** |
| **Total Cash And Equivalents** | **224,598.860** | **224,598.86** | **224,598.86** | **.00 .00** | **793.43** | **4.14** |
| **Total Assets** | **224,598.860** | **224,598.86** | **224,598.86** | **.00 .00** | **793.43** | **4.14** |
| **Accrued Income** | **.000** | **793.43** | **793.43** | | | |
| **Grand Total** | **224,598.860** | **225,392.29** | **225,392.29** | | | |

## ASSET DETAIL MESSAGES

Time of trade execution and trading party (if not disclosed) will be provided upon request.

Publicly traded assets are valued in accordance with market quotations or valuation methodologies from financial industry services believed by us to be reliable. Assets that are not publicly traded may be reflected at values from other external sources. Assets for which a current value is not available may be reflected at a previous value or as not valued, at par value, or at a nominal value. Values shown do not necessarily reflect prices at which assets could be bought or sold. Values are updated based on internal policy and may be updated less frequently than statement generation.

02509904
35- -01-B -62 -248-04
0101  -12-02870-04



ADSF - SERP
ACCOUNT ████3900

## ASSET DETAIL MESSAGES (continued)

For further information, please contact your account manager or relationship manager.

We provide a cash management administrative service for the temporary investment of principal and income balances in your account.  The fee for providing this service will not exceed $0.42 per month for each $1,000 of the average daily balance invested under the cash management administrative service.  The charge for this service has been deducted from  your account.

Yield on Market and Accrued Income are estimates provided for informational purposes only and should not be relied on for making investment, trading, or tax decisions. The estimates may not represent the actual value earned by your investments and they provide no guarantee of what your investments may earn in the future.

The asset categories used in this statement may be general in nature. For example, assets listed under the "Mutual Funds" category may include open-end investment companies registered under the Investment Company Act of 1940 (which are commonly known as "mutual funds") but may also include closed-end investment companies, unit investment trusts, common trust funds, collective trust funds or other investments that are registered with (or not subject to registration with) the Securities and Exchange Commission.

R2206

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from August 1, 2025 to August 31, 2025

## INCOME ACCRUAL DETAIL

| SHARES/ FACE AMOUNT | DESCRIPTION | EX DATE | PAY DATE | ANN RATE | BEGINNING ACCRUAL | INCOME EARNED | INCOME RECEIVED | ENDING ACCRUAL |
|---|---|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | | | |
| 224,598.860 | First Am Treas Ob Fd Cl Z 31846V542 | | 09/02/25 | 0.04 | 796.29 | 793.43 | 796.29 | 793.43 |
| **Total Cash And Equivalents** | | | | | **796.29** | **793.43** | **796.29** | **793.43** |
| **Grand Total** | | | | | **796.29** | **793.43** | **796.29** | **793.43** |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from August 1, 2025 to August 31, 2025

## BENEFIT ACTIVITY

| DATE | DESCRIPTION | CASH | FEDERAL TAX COST | MARKET |
|---|---|---|---|---|
| **Benefit Payments** | | | | |
| **Monthly Pension** | | | | |
| 08/01/2025 | Paid To Pension Pmts | - 925.91 | | |
| **Total Monthly Pension** | | **- 925.91** | | |
| **Total Benefit Payments** | | **- 925.91** | | |
| **Total Benefit Activity** | | **- 925.91** | | |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from August 1, 2025 to August 31, 2025

## INVESTMENT ACTIVITY

| DATE | DESCRIPTION | CASH |
|---|---|---|
| **Interest** | | |
| **First Am Treas Ob Fd Cl Z 31846V542** | | |
| 08/01/2025 | Interest From 7/1/25 To 7/31/25 | 796.29 |
| **Total Interest** | | **796.29** |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from August 1, 2025 to August 31, 2025

## PURCHASES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | CASH | FEDERAL TAX COST |
|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | |
| 08/04/2025 | Purchased 796.29 Units Of First Am Treas Ob Fd Cl Z Trade Date 8/4/25 31846V542 | 796.290 | .00 | - 796.29 | 796.29 |
| **Total First Am Treas Ob Fd Cl Z** | | **796.290** | **.00** | **- 796.29** | **796.29** |
| **Total Cash And Equivalents** | | **796.290** | **.00** | **- 796.29** | **796.29** |
| **Total Purchases** | | **796.290** | **.00** | **- 796.29** | **796.29** |

02509904
35- -01-B -62 -248-04
0101 -12-02870-04

ADSF - SERP
ACCOUNT ████8900

Period from August 1, 2025 to August 31, 2025

## SALES AND MATURITIES

| DATE | DESCRIPTION | SHARES/ FACE AMOUNT | COMMISSION | TRANSACTION PROCEEDS | FEDERAL TAX COST | REALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|
| **Cash And Equivalents** | | | | | | |
| 08/01/2025 | Sold 925.91 Units Of First Am Treas Ob Fd Cl Z Trade Date 8/1/25 31846V542 | - 925.910 | .00 | 925.91 | - 925.91 | .00 |
| **Total First Am Treas Ob Fd Cl Z** | | **- 925.910** | **.00** | **925.91** | **- 925.91** | **.00** |
| **Total Cash And Equivalents** | | **- 925.910** | **.00** | **925.91** | **- 925.91** | **.00** |
| **Total Sales And Maturities** | | **- 925.910** | **.00** | **925.91** | **- 925.91** | **.00** |

## SALES AND MATURITIES MESSAGES

Realized gain/loss should not be used for tax purposes.



## Glossary

**Accretion -** The accumulation of the value of a discounted bond until maturity.
**Adjusted Prior Market Realized Gain/Loss -** The difference between the proceeds and the Prior Market Value of the transaction.
**Adjusted Prior Market Unrealized Gain/Loss -** The difference between the Market Value and the Adjusted Prior Market Value.
**Adjusted Prior Market Value -** A figure calculated using the beginning Market Value for the fiscal year, adjusted for all asset related transactions during the period, employing an average cost methodology.
**Amortization -** The decrease in value of a premium bond until maturity.
**Asset** - Anything owned that has commercial exchange value. Assets may consist of specific property or of claims against others, in contrast to obligations due to others (liabilities).
**Bond Rating -** A measurement of a bond's quality based upon the issuer's financial condition. Ratings are assigned by independent rating services, such as Moody's, or S&P, and reflect their opinion of the issuer's ability to meet the scheduled interest and principal repayments for the bond.
**Cash -** Cash activity that includes both income and principal cash categories.
**Change in Unrealized Gain/Loss** - Also reported as Gain/Loss in Period in the Asset Detail section. This figure shows the market appreciation (depreciation) for the current period.
**Cost Basis (Book Value)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Book Value method maintains an average cost for each asset.
**Cost Basis (Tax Basis)** - The original price of an asset, normally the purchase price or appraised value at the time of acquisition. Tax Basis uses client determined methods such as Last-In-First-Out (LIFO), First-In-First-Out (FIFO), Average, Minimum Gain, and Maximum Gain.
**Ending Accrual -** (Also reported as Accrued Income) Income earned but not yet received, or expenses incurred but not yet paid, as of the end of the reporting period.
**Estimated Annual Income -** The amount of income a particular asset is anticipated to earn over the next year. The shares multiplied by annual income rate.
**Estimated Current Yield** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by taking the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.
**Ex-Dividend Date** - (Also reported as Ex-Date) For stock trades, the person who owns the security on the ex-dividend date will earn the dividend, regardless of who currently owns the stock.
**Income Cash -** A category of cash comprised of ordinary earnings derived from investments, usually dividends and interest.
**Market Value -** The price per unit multiplied by the number of units.
**Maturity Date** - The date on which an obligation or note matures.
**Payable Date** - The date on which a dividend, mutual fund distribution, or interest on a bond will be made.
**Principal Cash -** A category of cash comprised of cash, deposits, cash withdrawals and the cash flows generated from purchases or sales of investments.
**Realized Gain/Loss Calculation** - The Proceeds less the Cost Basis of a transaction.
**Settlement Date** - The date on which a trade settles and cash or securities are credited or debited to the account.
**Trade Date -** The date a trade is legally entered into.
**Unrealized Gain/Loss** - The difference between the Market Value and Cost Basis at the end of the current period.
**Yield on/at Market** - The annual rate of return on an investment expressed as a percentage. For stocks, yield is calculated by the annual dividend payments divided by the stock's current share price. For bonds, yield is calculated by the coupon rate divided by the bond's market price.

The terms defined in this glossary are only for use when reviewing your account statement. Please contact your Relationship Manager with any questions.



025099
-B -248

U.S. Bank
1555 N. Rivercenter Dr.
Suite 300
Milwaukee, WI 53212

000022815 02 SP 000638031197559 S
THE ROMAN CATHOLIC ARCHBISHOP OF
SAN FRANCISCO
ATTN: GRACE LEE
ONE PETER YORKE WAY
SAN FRANCISCO, CA 94109

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO
*S B N COMM RCI L C RD PRO R M*
*Tr ns ction Summ r*

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/04 | 2025/08/01 | $42.96 | USD | SAFEWAY #1953 | CA | 94568 |
| 2025/08/04 | 2025/08/01 | $156.74 | USD | COSTCO WHSE #1341 | CA | 94588 |
| 2025/08/04 | 2025/08/01 | $41.98 | USD | WHOLEFDS STN 10362 | CA | 94117 |
| 2025/08/04 | 2025/08/01 | $77.25 | USD | SOCIETY FOR CATHOLIC LIT | PA | 19103 |
| 2025/08/04 | 2025/08/01 | $32.33 | USD | BROWN INDUSTRIES INC | PA | 19063 |
| 2025/08/04 | 2025/08/01 | $32.33 | USD | BROWN INDUSTRIES INC | PA | 19063 |
| 2025/08/04 | 2025/08/01 | $32.33 | USD | BROWN INDUSTRIES INC | PA | 19063 |
| 2025/08/04 | 2025/08/01 | $151.03 | USD | COSTCO WHSE #0659 | CA | 94928 |
| 2025/08/01 | 2025/08/01 | $30.00 | USD | LIBERATED SYNDICATION | PA | 15213 |
| 2025/08/04 | 2025/08/01 | $61.26 | USD | SMART AND FINAL 351 | CA | 94118 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $95.50 | USD | INTUIT QUICKBOOKS BILL P | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/01 | $49.74 | USD | AMAZON MARK N98KG16Z1 | WA | 98109 |
| 2025/08/04 | 2025/08/01 | $49.69 | USD | AMAZON MARK LR1M83P43 | WA | 98109 |
| 2025/08/04 | 2025/08/01 | $149.34 | USD | ADT SECURITY 310811122 | FL | 33431 |
| 2025/08/01 | 2025/08/01 | $28.22 | USD | AMAZON MKTPL 071ZZ9FS3 | WA | 98109 |
| 2025/08/04 | 2025/08/01 | $228.10 | USD | TARGET PLUS | MN | 92374 |
| 2025/08/04 | 2025/08/02 | $294.73 | USD | ROUND TABLE PIZZA 525 | CA | 94109 |
| 2025/08/04 | 2025/08/02 | $49.00 | USD | STARBUCKS STORE 57585 | CA | 94109 |
| 2025/08/04 | 2025/08/02 | $18.41 | USD | MIXT YERBA BUENA | CA | 94103 |
| 2025/08/04 | 2025/08/02 | $22.90 | USD | TEMU.COM | MA | 02116 |
| 2025/08/04 | 2025/08/02 | $418.51 | USD | QWICK | AZ | 85251 |
| 2025/08/04 | 2025/08/02 | $335.97 | USD | QWICK | AZ | 85251 |
| 2025/08/04 | 2025/08/02 | $363.09 | USD | SAFEWAY.COM # 1507 | CA | 94114 |
| 2025/08/04 | 2025/08/02 | $575.08 | USD | STAPLS7662222891000002 | TN | 37086 |
| 2025/08/04 | 2025/08/02 | $91.91 | USD | AMAZON MKTPL XM96V2493 | WA | 98109 |
| 2025/08/04 | 2025/08/03 | $20.95 | USD | TARGET 00014076 | CA | 94015 |
| 2025/08/05 | 2025/08/03 | $18.41 | USD | MIXT YERBA BUENA | CA | 94103 |
| 2025/08/04 | 2025/08/03 | $2,166.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $115.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/04 | 2025/08/03 | $285.39 | USD | EXPEDIA 73195788872418 | WA | 98119 |
| 2025/08/04 | 2025/08/03 | $99.25 | USD | AMAZON MARK VX0K 3M63 | WA | 98109 |
| 2025/08/04 | 2025/08/03 | $340.23 | USD | DTV DIRECTV SERVICE | TX | 75202 |
| 2025/08/05 | 2025/08/04 | $233.75 | USD | SP WORD ON FIRE | IL | 60068 |
| 2025/08/05 | 2025/08/04 | $139.05 | USD | WARMAN SECURITY | CA | 94109 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/05 | 2025/08/04 | $76.50 | USD | AVASFLOWERS.NET | DE | 19713 |
| 2025/08/05 | 2025/08/04 | $450.00 | USD | BRILLD BRILLIANT DIRE | CA | 90272 |
| 2025/08/05 | 2025/08/04 | $193.00 | USD | GEOBLUE | PA | 19406 |
| 2025/08/05 | 2025/08/04 | $7.95 | USD | AUDIBLE A44383BS3 | N | 07102 |
| 2025/08/05 | 2025/08/04 | $39.73 | USD | AMAZON MKTPL 808MN4 U3 | WA | 98109 |
| 2025/08/04 | 2025/08/04 | $117.31 | USD | AMAZON MARK C 0198283 | WA | 98109 |
| 2025/08/05 | 2025/08/04 | $182.61 | USD | SUNSET SCAVENGER CO. | CA | 94134 |
| 2025/08/05 | 2025/08/04 | $141.20 | USD | AMAZON MKTPL MQ5CT67S3 | WA | 98109 |
| 2025/08/08 | 2025/08/05 | $252.02 | USD | SQ SACRED TACO | CA | 94123 |
| 2025/08/06 | 2025/08/05 | $100.00 | USD | WALGREENS #11365 | CA | 94503 |
| 2025/08/06 | 2025/08/05 | $7.78 | USD | AB ABEBOOKS.CO LX73M5 | WA | 98109 |
| 2025/08/06 | 2025/08/05 | $63.71 | USD | TST MEL'S KITCHEN - VAN | CA | 94109 |
| 2025/08/06 | 2025/08/05 | $41.19 | USD | PACIFIC PLAZA CAFE | CA | 94109 |
| 2025/08/06 | 2025/08/05 | $246.25 | USD | EZCATER ARIELS BREAKFA | MA | 02108 |
| 2025/08/06 | 2025/08/05 | $60.00 | USD | STARBUCKS 800-782-7282 | WA | 98134 |
| 2025/08/07 | 2025/08/06 | $30.57 | USD | UBER EATS | CA | 94103 |
| 2025/08/07 | 2025/08/06 | $108.00 | USD | SP CATHOLIC BOOK PUB | N | 07512 |
| 2025/08/07 | 2025/08/06 | $43.95 | USD | SP CATHOLIC BOOK PUB | N | 07512 |
| 2025/08/07 | 2025/08/06 | $18.46 | USD | AMK CPMC VAN NESS COF SHP | CA | 94109 |
| 2025/08/08 | 2025/08/06 | $18.41 | USD | MIXT YERBA BUENA | CA | 94103 |
| 2025/08/07 | 2025/08/06 | $19.30 | USD | FEDEX496921982 | TN | 38116 |
| 2025/08/07 | 2025/08/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/07 | 2025/08/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/07 | 2025/08/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/07 | 2025/08/06 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/07 | 2025/08/06 | $651.70 | USD | ADOBE INC | CA | 95110 |
| 2025/08/11 | 2025/08/06 | $71.63 | EUR | UITGEVERI PEETERS NV | | 03000 |
| 2025/08/06 | 2025/08/06 | $91.11 | USD | AMAZON MKTPL E290G3I23 | WA | 98109 |
| 2025/08/07 | 2025/08/06 | $23.02 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/08/07 | 2025/08/06 | $290.26 | USD | IC INSTACART | CA | 94105 |
| 2025/08/07 | 2025/08/06 | $160.27 | USD | STAPLS7662441961000001 | GA | 30349 |
| 2025/08/07 | 2025/08/06 | $364.01 | USD | PANERA BREAD #204484 O | CA | 94015 |
| 2025/08/07 | 2025/08/06 | $30.35 | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/08/08 | 2025/08/07 | $209.48 | USD | HOLYART.COM - 7777464 | | 00000 |
| 2025/08/11 | 2025/08/07 | $235.96 | USD | UNITED 0162321226729 | TX | 77002 |
| 2025/08/08 | 2025/08/07 | ($15.25) | USD | BROWN INDUSTRIES INC | PA | 19063 |
| 2025/08/08 | 2025/08/07 | ($15.25) | USD | BROWN INDUSTRIES INC | PA | 19063 |
| 2025/08/11 | 2025/08/07 | $400.44 | USD | UNITED 0162321165575 | TX | 77002 |
| 2025/08/11 | 2025/08/07 | $114.00 | USD | UNITED 0164320263806 | TX | 77002 |
| 2025/08/11 | 2025/08/07 | $114.00 | USD | UNITED 0164320263807 | TX | 77002 |
| 2025/08/08 | 2025/08/07 | $10.95 | USD | FEDEX OFFIC28900002899 | CA | 94109 |
| 2025/08/08 | 2025/08/07 | $9.65 | USD | FEDEX496997167 | TN | 38116 |
| 2025/08/07 | 2025/08/07 | $118.62 | USD | AMAZON MKTPL FU8G198Y3 | WA | 98109 |
| 2025/08/08 | 2025/08/07 | $71.11 | USD | WALGREENS #4231 | CA | 94110 |
| 2025/08/08 | 2025/08/07 | $118.97 | USD | STAPLS7662222891000003 | GA | 30349 |
| 2025/08/11 | 2025/08/08 | $4.35 | USD | TST HARAZ COFFEE- FRANKL | CA | 94109 |
| 2025/08/11 | 2025/08/08 | $0.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/08/11 | 2025/08/08 | $62.75 | USD | ECATHOLIC | TX | 77845 |
| 2025/08/11 | 2025/08/08 | $115.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/08 | $65.73 | USD | TST MEL'S KITCHEN - VAN | CA | 94109 |
| 2025/08/11 | 2025/08/08 | $2,407.29 | USD | VZWRLSS APOCC VISB | FL | 32746 |
| 2025/08/11 | 2025/08/08 | $27.00 | USD | LIQUID WEB, LLC | MI | 48917 |
| 2025/08/08 | 2025/08/08 | $41.34 | USD | UBER TRIP | CA | 94105 |
| 2025/08/11 | 2025/08/08 | $28.00 | USD | MARATHON PETRO253468 | CA | 94015 |
| 2025/08/13 | 2025/08/08 | $31.58 | USD | SIXT9603527703 | CA | 94080 |
| 2025/08/11 | 2025/08/08 | $47.98 | USD | AMAZON RETA FB32P6163 | WA | 98109 |
| 2025/08/11 | 2025/08/09 | $12.43 | USD | AMAZON RETA ZU26Y3U83 | WA | 98109 |
| 2025/08/11 | 2025/08/09 | $179.94 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/08/11 | 2025/08/09 | $18.41 | USD | MIXT YERBA BUENA | CA | 94103 |
| 2025/08/11 | 2025/08/09 | $32.95 | USD | FEDEX497163033 | TN | 38116 |
| 2025/08/11 | 2025/08/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/11 | 2025/08/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/09 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/09 | $61.67 | USD | SHELL OIL 57444217004 | CA | 94110 |
| 2025/08/11 | 2025/08/09 | $8.98 | USD | UBER TRIP | CA | 94105 |
| 2025/08/11 | 2025/08/09 | $57.22 | USD | STAPLES INC | MA | 01702 |
| 2025/08/11 | 2025/08/09 | $41.38 | USD | UBER TRIP | CA | 94105 |
| 2025/08/11 | 2025/08/09 | $443.18 | USD | TST BALOMPIE CAFE 3 | CA | 94110 |
| 2025/08/11 | 2025/08/10 | $20.00 | USD | OPENAI CHATGPT SUBSCR | CA | 94104 |
| 2025/08/11 | 2025/08/10 | $0.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/08/11 | 2025/08/10 | $52.18 | USD | TST MEL'S DRIVE IN - SF | CA | 94103 |
| 2025/08/11 | 2025/08/10 | $95.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/10 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/10 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/11 | 2025/08/10 | $185.05 | USD | COMCAST / XFINITY | CA | 94551 |
| 2025/08/11 | 2025/08/10 | $49.95 | USD | HUNTCAL ACCOUNT | NC | 27103 |
| 2025/08/11 | 2025/08/10 | $46.46 | USD | MOD PIZZA ALAMEDA SHOR | CA | 94501 |
| 2025/08/11 | 2025/08/10 | $4.19 | USD | DNH GODADDY#3846756645 | AZ | 85281 |
| 2025/08/11 | 2025/08/10 | $105.84 | USD | AMAZON MARK 5I9058S63 | WA | 98109 |
| 2025/08/11 | 2025/08/10 | $147.64 | USD | STAPLS7662580593000001 | GA | 30349 |
| 2025/08/11 | 2025/08/10 | $20.00 | USD | NYTIMES | NY | 10018 |
| 2025/08/12 | 2025/08/11 | $4.99 | USD | LEPRESS OPENLIGHTMEDIA | MI | 48105 |
| 2025/08/12 | 2025/08/11 | $48.00 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/08/13 | 2025/08/11 | $28.35 | USD | TST TAY HO - OAKLAND AIR | CA | 94621 |
| 2025/08/12 | 2025/08/11 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/12 | 2025/08/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/12 | 2025/08/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/12 | 2025/08/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/12 | 2025/08/11 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/12 | 2025/08/11 | $10.67 | USD | AMAZON MARK HC13X3EK3 | WA | 98109 |
| 2025/08/12 | 2025/08/11 | $104.95 | USD | AMAZON MKTPL BV01O0ZZ3 | WA | 98109 |
| 2025/08/13 | 2025/08/12 | $230.57 | USD | TST TAILOR'S SON | CA | 94115 |
| 2025/08/12 | 2025/08/12 | $29.26 | USD | AMAZON.COM 0S4651UF3 | WA | 98109 |
| 2025/08/13 | 2025/08/12 | $325.00 | USD | PAY MERCY MINISTRY COR | MD | 20910 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/13 | 2025/08/12 | $16.10 | USD | PANERA SIP CLUB 204484 O | CA | 94015 |
| 2025/08/12 | 2025/08/12 | $199.00 | USD | ELEMENTOR | DE | 19808 |
| 2025/08/13 | 2025/08/12 | $39.96 | USD | PAYPAL VALENTINE | CO | 80227 |
| 2025/08/13 | 2025/08/12 | $499.64 | USD | AMAZON RETA 8V7LN6I63 | WA | 98109 |
| 2025/08/13 | 2025/08/12 | $19.92 | USD | UBER TRIP | CA | 94105 |
| 2025/08/13 | 2025/08/12 | $261.46 | USD | MACYS .COM | OH | 45040 |
| 2025/08/13 | 2025/08/12 | $9.00 | USD | ILOVEPDF.COM | | 08028 |
| 2025/08/14 | 2025/08/12 | $331.89 | USD | HYATT HOTEL KABUKI | CA | 94115 |
| 2025/08/13 | 2025/08/12 | $117.37 | USD | TARGET 00027680 | CA | 94118 |
| 2025/08/15 | 2025/08/13 | $37.89 | USD | SAFEWAY #2719 | CA | 94025 |
| 2025/08/14 | 2025/08/13 | $47.80 | USD | AMAZON MKTPL VZ8O48UK3 | WA | 98109 |
| 2025/08/14 | 2025/08/13 | $275.00 | USD | SOCIETY FOR CATHOLIC LIT | PA | 19103 |
| 2025/08/14 | 2025/08/13 | $26.06 | USD | AMAZON.COM GP39C4QX3 | WA | 98109 |
| 2025/08/14 | 2025/08/13 | $19.07 | USD | AMAZON MKTPL HX1UI0U23 | WA | 98109 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/13 | 2025/08/13 | $53.86 | USD | WALMART.COM | AR | 72716 |
| 2025/08/15 | 2025/08/13 | $219.60 | USD | TRADER OE S #084 | CA | 94546 |
| 2025/08/13 | 2025/08/13 | $12.95 | USD | CANVA 04607-1275456 | DE | 19934 |
| 2025/08/15 | 2025/08/13 | $26.96 | USD | TRADER OE S #200 | CA | 94109 |
| 2025/08/14 | 2025/08/13 | $9.65 | USD | FEDEX497516087 | TN | 38116 |
| 2025/08/14 | 2025/08/13 | $80.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/14 | 2025/08/13 | $40.90 | USD | CAFE XO | CA | 94131 |
| 2025/08/14 | 2025/08/13 | $29.65 | USD | CAFE XO | CA | 94131 |
| 2025/08/14 | 2025/08/13 | $108.46 | USD | IC COSTCO BY INSTACAR | CA | 94105 |
| 2025/08/14 | 2025/08/13 | $7.60 | USD | AMAZON MKTPL N73T24ER3 | WA | 98109 |
| 2025/08/14 | 2025/08/13 | $22.04 | USD | AMAZON.COM 8Q1M62XX3 | WA | 98109 |
| 2025/08/15 | 2025/08/13 | $5.20 | USD | IPM | NY | 11753 |
| 2025/08/13 | 2025/08/13 | $11.93 | USD | UBER TRIP | CA | 94105 |
| 2025/08/13 | 2025/08/13 | $12.91 | USD | UBER TRIP | CA | 94105 |
| 2025/08/15 | 2025/08/13 | ($105.76) | USD | TARGET 00027680 | CA | 94118 |
| 2025/08/15 | 2025/08/14 | $193.02 | USD | PAYROLLORG | TX | 78205 |
| 2025/08/18 | 2025/08/14 | $5,109.00 | USD | FSP PHOENIX TRANSPORTATIO | CA | 94080 |
| 2025/08/14 | 2025/08/14 | $8.73 | USD | AMAZON.COM 3B4N605G3 | WA | 98109 |
| 2025/08/15 | 2025/08/14 | $76.57 | USD | AMAZON.COM UK7SH2I13 | WA | 98109 |
| 2025/08/15 | 2025/08/14 | $67.95 | USD | WWW COSTCO COM | WA | 98027 |
| 2025/08/15 | 2025/08/14 | $26.06 | USD | WWW COSTCO COM | WA | 98027 |
| 2025/08/15 | 2025/08/14 | $195.00 | USD | SQ INSTITUTE FOR SCHOOL | LA | 70452 |
| 2025/08/15 | 2025/08/14 | $97.31 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/08/14 | 2025/08/14 | $421.20 | USD | ONE MORE SOUL | OH | 45405 |
| 2025/08/15 | 2025/08/14 | $89.23 | USD | OUR SUNDAY VISITOR INC | IN | 46750 |
| 2025/08/15 | 2025/08/15 | $69.51 | USD | WWW COSTCO COM | WA | 98027 |
| 2025/08/18 | 2025/08/15 | ($0.79) | CAD | UBER CANADA | ON | 00000 |
| 2025/08/18 | 2025/08/15 | ($1.04) | CAD | UBER CANADA | ON | 00000 |
| 2025/08/18 | 2025/08/15 | ($0.79) | CAD | UBER CANADA | ON | 00000 |
| 2025/08/18 | 2025/08/15 | $8.63 | USD | CAL-MART SUPERMARKE | CA | 94118 |
| 2025/08/18 | 2025/08/15 | $156.31 | USD | BRYANS QUALITY MEAT | CA | 94118 |
| 2025/08/18 | 2025/08/15 | $87.41 | USD | THE HOME DEPOT #0628 | CA | 94070 |
| 2025/08/15 | 2025/08/15 | $271.55 | USD | AMAZON MKTPL LH1DC2FS3 | WA | 98109 |
| 2025/08/18 | 2025/08/15 | $221.51 | USD | AMAZON MKTPL 0F9RQ5VV3 | WA | 98109 |
| 2025/08/18 | 2025/08/16 | $20.89 | USD | UBER TRIP | CA | 94105 |
| 2025/08/18 | 2025/08/16 | $13.04 | USD | UBER TRIP | CA | 94105 |
| 2025/08/18 | 2025/08/16 | $25.98 | USD | UBER TRIP | CA | 94105 |
| 2025/08/18 | 2025/08/16 | $65.70 | USD | AMAZON MARK UO8QR6QG3 | WA | 98109 |
| 2025/08/18 | 2025/08/16 | $9.61 | USD | AMAZON MKTPL U70OC7ZX3 | WA | 98109 |
| 2025/08/18 | 2025/08/16 | $66.72 | USD | AMAZON MKTPL SP4NE4G83 | WA | 98109 |
| 2025/08/18 | 2025/08/17 | $71.82 | USD | GROCERY OUTLET OF E | CA | 94541 |
| 2025/08/18 | 2025/08/17 | $47.88 | USD | SAN LEANDRO GROCERY | CA | 94577 |
| 2025/08/18 | 2025/08/17 | $23.94 | USD | SOUTH CITY GROCERY | CA | 94080 |
| 2025/08/18 | 2025/08/17 | $27.93 | USD | GROCERY OUTLET OF S | CA | 94580 |
| 2025/08/18 | 2025/08/17 | $27.93 | USD | GROCERY OUTLET OF H | CA | 94544 |
| 2025/08/18 | 2025/08/17 | $35.82 | USD | REV.COM | TX | 78703 |
| 2025/08/18 | 2025/08/17 | $152.05 | USD | AMAZON MKTPL H88QE6WM3 | WA | 98109 |
| 2025/08/19 | 2025/08/18 | $56.98 | USD | TST THE CLUB RESTAURANT | CA | 94903 |
| 2025/08/19 | 2025/08/18 | $35.00 | USD | CAMERA REPAIR & AUDIO SER | CA | 95128 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/19 | 2025/08/18 | $47.88 | USD | ELEMENTOR | DE | 19808 |
| 2025/08/19 | 2025/08/18 | $30.32 | USD | AMAZON RETA 8O6MN12V3 | WA | 98109 |
| 2025/08/19 | 2025/08/18 | $21.66 | USD | AMAZON RETA 89VK33N3 | WA | 98109 |
| 2025/08/19 | 2025/08/18 | $20.42 | USD | AMAZON MARK KW9GB53W3 | WA | 98109 |
| 2025/08/19 | 2025/08/18 | $33.57 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/08/18 | 2025/08/18 | $260.68 | USD | AMAZON MKTPL HE13R0993 | WA | 98109 |
| 2025/08/18 | 2025/08/18 | $244.38 | USD | AMAZON MKTPL KE3T 3PM3 | WA | 98109 |
| 2025/08/19 | 2025/08/18 | $31.52 | USD | AMAZON MKTPL YL7S63B63 | WA | 98109 |
| 2025/08/21 | 2025/08/19 | $88.87 | USD | AUTOPAY/DISH NTWK | CO | 80155 |
| 2025/08/20 | 2025/08/19 | $29.99 | USD | ADOBE INC | CA | 95110 |
| 2025/08/20 | 2025/08/19 | $67.83 | USD | OAKLAND GROCERY OUT | CA | 94611 |
| 2025/08/20 | 2025/08/19 | $35.91 | USD | GROCERY OUTLET OF A | CA | 94501 |
| 2025/08/20 | 2025/08/19 | $31.42 | USD | SFGREENCLEAN.COM | CA | 94129 |
| 2025/08/20 | 2025/08/19 | $272.00 | USD | GEOBLUE | PA | 19406 |
| 2025/08/20 | 2025/08/19 | $16.27 | USD | LYFT RIDE TUE 1PM | CA | 94104 |
| 2025/08/19 | 2025/08/19 | $43.40 | USD | AMAZON MKTPL 8Y5UQ0FK3 | WA | 98109 |
| 2025/08/20 | 2025/08/19 | $23.89 | USD | AMAZON MKTPL Q84UG3V53 | WA | 98109 |
| 2025/08/20 | 2025/08/19 | $46.08 | USD | AMAZON MKTPL CL6QA5 03 | WA | 98109 |
| 2025/08/21 | 2025/08/20 | $109.98 | USD | TST SUSIECAKES - LAUREL | CA | 94118 |
| 2025/08/21 | 2025/08/20 | $308.03 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/08/21 | 2025/08/20 | $601.17 | USD | EZCATER CAFE MADELEINE | MA | 02108 |
| 2025/08/20 | 2025/08/20 | $98.55 | USD | AMAZON MARK GG2U14FC3 | WA | 98109 |
| 2025/08/21 | 2025/08/20 | $99.91 | USD | COSTCO WHSE #0475 | CA | 94080 |
| 2025/08/21 | 2025/08/20 | $134.95 | USD | FACEBK L3AL8WQ 92 | CA | 94025 |
| 2025/08/21 | 2025/08/20 | $9.71 | USD | LYFT RIDE TUE 3PM | CA | 94104 |
| 2025/08/21 | 2025/08/20 | $17.36 | USD | AMAZON RETA FQ01I6UL3 | WA | 98109 |
| 2025/08/21 | 2025/08/20 | $39.53 | USD | AMAZON MARK 4B0TH3N 3 | WA | 98109 |
| 2025/08/21 | 2025/08/20 | $659.53 | USD | COMCAST / XFINITY | CA | 94551 |
| 2025/08/21 | 2025/08/20 | $116.52 | USD | IC INSTACART | CA | 94105 |
| 2025/08/21 | 2025/08/20 | $0.50 | USD | IC INSTACART | CA | 94105 |
| 2025/08/21 | 2025/08/20 | $140.51 | USD | ST MARY'S CATHEDRAL | CA | 94109 |
| 2025/08/21 | 2025/08/21 | $11.98 | USD | UBER TRIP | CA | 94105 |
| 2025/08/25 | 2025/08/21 | $51.42 | USD | TRADER OE S #078 | CA | 94103 |
| 2025/08/25 | 2025/08/21 | $32.00 | USD | TST SUSIECAKES - LAUREL | CA | 94118 |
| 2025/08/25 | 2025/08/21 | $78.00 | USD | USPS KIOSK 0568449558 | CA | 94115 |
| 2025/08/22 | 2025/08/21 | $147.53 | USD | LOWES #00907 | NC | 28659 |
| 2025/08/22 | 2025/08/21 | $35.82 | USD | REV.COM | TX | 78703 |
| 2025/08/22 | 2025/08/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/22 | 2025/08/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/22 | 2025/08/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/22 | 2025/08/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/22 | 2025/08/21 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/22 | 2025/08/21 | $13.86 | USD | USPS PO 0563790215 | CA | 94063 |
| 2025/08/22 | 2025/08/21 | $279.00 | USD | SQ SHAMROCK MOVING & STO | CA | 94080 |
| 2025/08/22 | 2025/08/21 | $15.30 | USD | LYFT RIDE THU 8AM | CA | 94104 |
| 2025/08/22 | 2025/08/21 | $3.00 | USD | LYFT INCREASE TIP | CA | 94104 |
| 2025/08/22 | 2025/08/21 | $19.67 | USD | AMAZON MARK NE9XU0KH3 | WA | 98109 |
| 2025/08/22 | 2025/08/21 | $273.84 | USD | STAPLS7663449273000001 | GA | 30349 |
| 2025/08/22 | 2025/08/21 | $27.72 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/08/25 | 2025/08/22 | $15.98 | USD | CVS/PHARMACY #09554 | CA | 94402 |
| 2025/08/25 | 2025/08/22 | $45.93 | USD | SAFEWAY FUEL2828 | CA | 94949 |
| 2025/08/25 | 2025/08/22 | $272.00 | USD | GEOBLUE | PA | 19406 |
| 2025/08/25 | 2025/08/22 | $272.00 | USD | GEOBLUE | PA | 19406 |
| 2025/08/25 | 2025/08/22 | $56.49 | USD | WHOLEFDS FRK 10044 | CA | 94109 |
| 2025/08/25 | 2025/08/22 | $18.89 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/08/22 | 2025/08/22 | $130.76 | USD | SP KNIGHTS GEAR USA | CT | 06880 |
| 2025/08/22 | 2025/08/22 | $129.00 | USD | SP BIG CANVAS ART PRIN | MA | 02114 |
| 2025/08/22 | 2025/08/22 | $419.78 | USD | SP ITALIAN STATUES | CA | 95054 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/25 | 2025/08/22 | $52.00 | USD | THE UPS STORE 7167 | CA | 94109 |
| 2025/08/25 | 2025/08/23 | $3,867.99 | USD | SQ SHAMROCK MOVING & STO | CA | 94401 |
| 2025/08/25 | 2025/08/23 | $13.98 | USD | SAFEWAY #1711 | CA | 94123 |
| 2025/08/25 | 2025/08/23 | $137.70 | USD | VISTAPRINT | MA | 02451 |
| 2025/08/25 | 2025/08/23 | $11.00 | USD | REV.COM | TX | 78703 |
| 2025/08/25 | 2025/08/23 | $2.25 | USD | REV.COM | TX | 78703 |
| 2025/08/25 | 2025/08/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/25 | 2025/08/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/25 | 2025/08/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/25 | 2025/08/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/25 | 2025/08/23 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/25 | 2025/08/23 | $300.00 | USD | CLOUDFLARE | CA | 94107 |
| 2025/08/25 | 2025/08/23 | $55.40 | USD | SP STOUTBOOKS | CA | 94952 |
| 2025/08/25 | 2025/08/23 | $115.36 | USD | AMAZON MARK 1 90F3YP3 | WA | 98109 |
| 2025/08/25 | 2025/08/24 | $426.00 | USD | COSTCO WHSE #0144 | CA | 94103 |
| 2025/08/25 | 2025/08/24 | $124.85 | USD | AMAZON RETA 1S5VN8O53 | WA | 98109 |
| 2025/08/25 | 2025/08/24 | $39.09 | USD | AMAZON MKTPL C172Z2QP3 | WA | 98109 |
| 2025/08/25 | 2025/08/24 | $125.27 | USD | AMAZON MARK 9K9RM8O73 | WA | 98109 |
| 2025/08/25 | 2025/08/24 | $2.99 | USD | APPLE.COM/BILL | CA | 95014 |
| 2025/08/26 | 2025/08/25 | $20.00 | USD | OPENAI CHATGPT SUBSCR | CA | 94104 |
| 2025/08/26 | 2025/08/25 | $9.99 | USD | GOOGLE GOOGLE ONE | CA | 94043 |
| 2025/08/27 | 2025/08/25 | $2,548.71 | USD | UNITED 0162326241962 | TX | 77002 |
| 2025/08/26 | 2025/08/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/26 | 2025/08/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/26 | 2025/08/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/26 | 2025/08/25 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/26 | 2025/08/25 | $77.98 | USD | TEMU.COM | MA | 02116 |
| 2025/08/26 | 2025/08/25 | $32.58 | USD | TEMU.COM | MA | 02116 |
| 2025/08/26 | 2025/08/25 | $233.87 | USD | BAS CUSTOMPRINTS | TX | 78758 |
| 2025/08/26 | 2025/08/25 | $69.29 | USD | AMAZON MKTPL ZY5W42 33 | WA | 98109 |
| 2025/08/26 | 2025/08/25 | $45.99 | USD | SP MISSION WINE SPIRIT | CA | 91104 |
| 2025/08/26 | 2025/08/25 | $25.90 | USD | VALENCIA FARMERS MARKET | CA | 94110 |
| 2025/08/26 | 2025/08/25 | ($46.08) | USD | AMAZON MKTPLACE PMTS | WA | 98109 |
| 2025/08/26 | 2025/08/26 | $55.68 | USD | AMAZON MKTPL UR2BD1N23 | WA | 98109 |
| 2025/08/27 | 2025/08/26 | $123.13 | USD | AMAZON MKTPL NA1CZ8H23 | WA | 98109 |
| 2025/08/27 | 2025/08/26 | $15.41 | USD | AMAZON MKTPL O79V50973 | WA | 98109 |
| 2025/08/27 | 2025/08/26 | $14.83 | USD | AMAZON MKTPL PR2IW96N3 | WA | 98109 |
| 2025/08/28 | 2025/08/26 | $90.35 | USD | TRADER OE S #078 | CA | 94103 |
| 2025/08/28 | 2025/08/26 | $34.11 | USD | SAFEWAY #0969 | CA | 94556 |
| 2025/08/27 | 2025/08/26 | $230.75 | USD | BRYANS QUALITY MEAT | CA | 94118 |
| 2025/08/27 | 2025/08/26 | $18.26 | USD | ZOOM.COM 888-799-9666 | CA | 95113 |
| 2025/08/27 | 2025/08/26 | $210.00 | USD | OFFICIAL CATHOLIC DIR. | GA | 30606 |
| 2025/08/27 | 2025/08/26 | $108.59 | USD | TST TAILOR'S SON | CA | 94115 |
| 2025/08/28 | 2025/08/26 | $185.87 | USD | TST RISE AND SET | CA | 94109 |
| 2025/08/27 | 2025/08/26 | $30.90 | USD | AMAZON MKTPL TS9BT8X03 | WA | 98109 |
| 2025/08/26 | 2025/08/26 | $116.00 | USD | IC INSTACART 2246 | CA | 94105 |
| 2025/08/26 | 2025/08/26 | $212.30 | USD | IC INSTACART | CA | 94105 |
| 2025/08/27 | 2025/08/26 | $56.22 | USD | IC INSTACART | CA | 94105 |
| 2025/08/27 | 2025/08/26 | $150.99 | USD | AMAZON PRIME VU6930TN3 | WA | 98109 |
| 2025/08/27 | 2025/08/26 | $38.04 | USD | AMAZON MKTPL NS2P27AW3 | WA | 98109 |
| 2025/08/27 | 2025/08/26 | $33.63 | USD | STANDARD PLUMBING ACE | CA | 94118 |
| 2025/08/27 | 2025/08/26 | $23.88 | USD | AMAZON MKTPL 0M6LG15P3 | WA | 98109 |
| 2025/08/27 | 2025/08/26 | $43.44 | USD | AMAZON MKTPL S16V41443 | WA | 98109 |
| 2025/08/27 | 2025/08/27 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |
| 2025/08/28 | 2025/08/27 | $18.66 | USD | CVS/PHARMACY #01983 | CA | 94127 |
| 2025/08/29 | 2025/08/27 | $94.69 | USD | ROUND TABLE PIZZA | CA | 94127 |
| 2025/08/27 | 2025/08/27 | $19.57 | USD | AMAZON MKTPL SD9MZ8SG3 | WA | 98109 |
| 2025/08/29 | 2025/08/27 | $17.98 | USD | SAFEWAY #1490 | CA | 94103 |
| 2025/08/27 | 2025/08/27 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |
| 2025/08/27 | 2025/08/27 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |
| 2025/08/27 | 2025/08/27 | $12.00 | USD | CORPORATE CARD ANNUAL FEE | | 00000 |

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO**
***S B N COMM RCI L C RD PRO R M***
***Tr ns ction Summ r***

| Posting Date | Transaction Date | Transaction Amount | Source Currency | Transaction Merchant Name | Merchant State | Merchant ip Code |
|---|---|---|---|---|---|---|
| 2025/08/28 | 2025/08/27 | $1,393.39 | USD | RICOH USA, INC | PA | 19355 |
| 2025/08/28 | 2025/08/27 | $26.95 | USD | CATHLICCARD | FL | 32312 |
| 2025/08/28 | 2025/08/27 | $749.96 | USD | AMERICAN AIR0012269910480 | TX | 76155 |
| 2025/08/28 | 2025/08/27 | $41.25 | USD | ALLIANZ TRAVEL INS | VA | 23233 |
| 2025/08/28 | 2025/08/27 | $23.96 | USD | SF CHRONICLE SUBSCRIPT | CA | 94103 |
| 2025/08/29 | 2025/08/27 | $2,364.78 | USD | COURTYARD BY MARRIOTT | CA | 94939 |
| 2025/08/28 | 2025/08/27 | $91.13 | USD | SPO TIAMARGARITAMEXICANRE | CA | 94121 |
| 2025/08/29 | 2025/08/28 | $2,561.12 | USD | WWW COSTCO COM | WA | 98027 |
| 2025/08/29 | 2025/08/28 | $20.00 | USD | NAKEDWINES.COM INC | CA | 94559 |
| 2025/08/29 | 2025/08/28 | $98.26 | USD | BRYANS QUALITY MEAT | CA | 94118 |
| 2025/08/29 | 2025/08/28 | $86.85 | USD | FEDEX498832501 | TN | 38116 |
| 2025/08/29 | 2025/08/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/29 | 2025/08/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/29 | 2025/08/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/29 | 2025/08/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/29 | 2025/08/28 | $59.50 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/29 | 2025/08/28 | $115.00 | USD | INTUIT QBOOKS ONLINE | CA | 92129 |
| 2025/08/29 | 2025/08/29 | $7.59 | USD | AMAZON MARK P78WD25B3 | WA | 98109 |
| | | $57,205.87 | | | | |

## Exhibit A
**Service List**

| Name | Address | | Method of Service |
|---|---|---|---|
| Boucher LLP | 21600 Oxnard Street, Suite 600 | Woodland Hills, CA 91367 | First Class Mail |
| Constant Legal Group | 737 Bolivar Rd., Suite 440 | Cleveland, OH 44115 | First Class Mail |
| Donahoo & Associates P.C. | 440 West First Street, Suite 101 | Tustin, CA 92780 | First Class Mail |
| Drivon Law Firm LLP | 3439 Brookside Road, Suite 104 | Stockton, CA 95219 | First Class Mail |
| Edwards de la Cerda PLLC | 1341 W Mockingbird Ln., Ste 580W | Dallas, TX 75247 | First Class Mail |
| Herman Law | 800 S Broadway, Suite 300 | Walnut Creek, CA 94596 | First Class Mail |
| James, Vernon & Weeks, P.A. | 1626 Lincoln Way | Coeur d'Alene, ID 83815 | First Class Mail |
| Jeff Anderson & Associates | 12011 San Vicente Boulevard, Suite 700 | Los Angeles, CA 90049 | First Class Mail |
| Joel Bieber Law Firm | 6806 Paragon Place, Suite 100 | Richmond, VA 23230 | First Class Mail |
| KBM Law | 6701 Center Drive West, Suite 1400 | Los Angeles, CA 90045 | First Class Mail |
| Ketterer, Browne & Associates | 336 South Main Street | Bel Air, MD 21014 | First Class Mail |
| Law Offices of Joseph C. George, Ph.D. | 601 University Avenue, Suite 270 | Sacramento, CA 95825 | First Class Mail |
| Liakos Law, APC | 1611 S. Pacific Coast Hwy, Suite 200D | Redondo Beach, CA 90277 | First Class Mail |
| Pachulski Stang Ziehl & Jones LLP | One Sansome Street, Suite 3430 | San Francisco, CA 94104 | First Class Mail |
| Pearson Warshaw, LLP | 15165 Ventura Boulevard, Suite 400 | Sherman Oaks, CA 91403 | First Class Mail |
| Reich & Binstock, LLP | 4265 San Felipe, Suite 1000 | Houston, TX 77027 | First Class Mail |
| Ribera Law Firm | 157 West Portal Avenue, Suite 2 | San Francisco, CA 94127 | First Class Mail |
| Slater Slater Schulman LLP | 8383 Wilshire Boulevard, Suite 255 | Beverly Hills, CA 90211 | First Class Mail |
| The Zalkin Law Firm, P.C. | 10590 West Ocean Air Drive, Suite 175 | San Diego, CA 92130 | First Class Mail |
| Thompson Law Offices | 700 Airport Boulevard, Suite 160 | Burlingame, CA 94010 | First Class Mail |
| Van Blois Law | 7677 Oakport Street, Suite 565 | Oakland, CA 94621 | First Class Mail |
| Winer, Burrit & Scott, LLP | 1901 Harrison Street, Suite 1100 | Oakland, CA 94612 | First Class Mail |

Entered on Docket
May 30, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

James I. Stang (CA Bar No. 94435)
Brittany M. Michael, *(Pro Hac Vice)*
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES L
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

*Attorneys for The Official Committee of the Unsecured Creditors*

**Signed and Filed: May 30, 2025**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor. | Case No. 23-30564 (DM)<br><br>Chapter 11<br><br>Adv No. 25-03019 (DM) |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, *et al.*,<br><br>Defendants. | **ORDER APPROVING STIPULATION PERMITTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE**<br><br>[No Hearing Requested] |

The Court has reviewed the *Stipulation Permitting the Official Committee of Unsecured Creditors to Intervene* [Docket No. 7] ("Stipulation")[1] entered by and through counsel for The Roman Catholic Archbishop of San Francisco ("Plaintiff") and the Official Committee of Unsecured Creditors of the Debtor (the "Committee"); and after due deliberation and good cause appearing therefor,

//

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 7024, the Committee shall be permitted to appear, be heard, and intervene in the Adversary Proceeding for all purposes (including to take discovery pursuant to the Federal Rules of Bankruptcy Procedure); provided however that the Committee shall not be required to respond to the Complaint.

* * * END OF ORDER * * *

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com
jekim@sheppardmullin.com

Amanda L. Cottrell, Cal. State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re
The Roman Catholic Archbishop of San Francisco,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

Adv No. 25-03019

The Roman Catholic Archbishop of San Francisco,

Plaintiff,

v.

John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644,

**NOTICE OF AMENDED EXHIBIT B TO STIPULATION BY AND AMONG THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS**

Judge: Hon. Dennis Montali
Date: September 4, 2025
Time: 1:30 p.m.
Place: Zoom.Gov

Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Debtor" or "RCASF"), in the above-captioned chapter 11 case (the "Bankruptcy Case" or "Main Case"), and the plaintiff in the above-captioned adversary proceeding (the "Adversary"), hereby files an Amended Exhibit B to the *Stipulation by and Among The Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants* [ECF No. 21] (the "Stipulation")[1]:

1. The Stipulation was filed in the Adversary at ECF No. 21. Exhibit B to that Stipulation is being amended to add six (6) additional Affiliate State Court Actions that the Survivor Defendants agreeing are enjoined from proceeding.

2. A true and correct copy of the Amended Exhibit B is attached hereto as ***Exhibit B-Amended***; and;

//

///

///

///

///

///

///

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Stipulation.

3. For the convenience of the Court and the parties, a true and correct copy of the compare document that reflects the changes is attached hereto as ***Exhibit 2*** (the "Redline"). The Redline shows that the six additional Affiliate State Court Actions are found at numbers twenty-five (25) through thirty (30), under the "Catholic Charities CYO of the Archdiocese of San Francisco" heading.

Dated: August 26, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/* Paul J. Pascuzzi
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 26, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/* Ori Katz
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

# AMENDED
# EXHIBIT B

R2227

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14.    Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15.    G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16.    G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17.    John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18.    John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19.    John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20.    John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21.    John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22.    John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23.    John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24.    G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25.    John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26.    John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28. John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29. John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30. John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1.  Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2.  John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3.  Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4.  John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5.  Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6.  John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7.  Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1.  John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT 2

R2232

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14. Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16. G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17. John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18. John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19. John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20. John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21. John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22. John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23. John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24. G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25. John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26. John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28. John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29. John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30. John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3

through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv. No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On August 26, 2025, I served a true and correct copy of the following documents via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay [Docket No. 1305]**

- **Notice of Amended Exhibit B to Stipulation By and Among the Roman Catholic Archbishop of San Francisco, the Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 22]**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 5, 2025, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# EXHIBIT A

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Esq<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | First Class Mail |
| *NOA - Attorneys for Companhia De Seguros Fidelidade SA (fka Fidelidade Insurance Company of Lisbon) | Cozen O'Connor | Attn: Mary P. McCurdy<br>388 Market St, Ste 1000<br>San Francisco, CA 94111 | MMcCurdy@cozen.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Nathan Reinhardt<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>NReinhardt@duanemorris.com<br>TWEvanston@duanemorris.com | Email |
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | First Class Mail |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | First Class Mail |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | First Class Mail |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail) | | First Class Mail |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | First Class Mail |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Counsel for Tracy Hope Davis, the United States<br>Trustee for Region 17 | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | Greg.Powell@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| *NOA | Pfister & Saso, LLP | Attn: Robert Pfister<br>10250 Constellation Blvd, Ste 230<br>Los Angeles, CA 90067 | rpfister@pslawllp.com | Email |
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | First Class Mail |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's London and certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Ashley I Storey<br>1 Battery Park Plz, Fl 32<br>New York, NY 10004 | astorey@skarzynski.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | First Class Mail |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | Katie.Rios@wbd-us.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | Robert.Charles@wbd-us.com | Email |

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03019<br><br>**NOTICE OF FULLY EXECUTED STIPULATION BY AND AMONG THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS** |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v. | Judge: Hon. Dennis Montali<br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

**NOTICE IS HEREBY GIVEN** that the Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("Plaintiff" or "RCASF"), in the above-captioned chapter 11 adversary case, hereby files the attached fully executed *Stipulation by and Among the Roman Catholic Archbishop of San Francisco, the Official Committee Of Unsecured Creditors, and the Survivor Defendants*

Dated: September 15, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/* Paul J. Pascuzzi
Paul J. Pascuzzi
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: September 15, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/* Ori Katz
Ori Katz
Attorneys for The Roman Catholic Archbishop of San Francisco

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv No. 25-03019<br><br>**STIPULATION BY AND AMONG THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE SURVIVOR DEFENDANTS** |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v. | Judge: Hon. Dennis Montali<br>Date: July 17, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), each of the defendants in the above-captioned adversary proceeding that have not previously agreed to stay their cases (the "Survivor Defendants"), and the plaintiffs in the Released State Court Actions (defined below) (the "Plaintiffs"; collectively the Debtor, the Committee, the Survivor Defendants, and the Plaintiffs are the "Parties" and each is a "Party"), stipulate and agree as follows:

**RECITALS**

A. The Debtor filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code on August 21, 2023 (the "Petition Date"), which chapter 11 case No. 23-30564 (the "Bankruptcy Case") is pending before the Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

B. The Office of the United States Trustee appointed the Committee on September 1, 2023, pursuant to 11 U.S.C. § 1102.

C. In October 2019, Governor Gavin Newsom signed AB 218, known as the California Child Victims Act (the "CVA"), which expanded legal protections for survivors of child sexual abuse ("Survivors"). The CVA went into effect on January 1, 2020, opening a three-year "revival window" during which any Survivor could file civil claims regardless of when the abuse occurred.

D. During the CVA's revival window, approximately 541 Survivors filed civil actions against the Debtor, virtually all of which have been consolidated (along with other Northern California clergy cases naming other defendants) into a coordinated proceeding entitled *In re Northern California Clergy Cases*, JCCP No. 5108 in the Superior Court of California, County of Alameda (the "State Court").

E. Thirty-nine of those actions include as named defendants at least one of the non-Debtor affiliates listed on ***Exhibit A*** (the "Non-Debtor Affiliates"). These actions are identified in ***Exhibit B*** (collectively, the "Affiliate State Court Actions").

F. On April 28, 2025, the Debtor initiated the above-captioned adversary proceeding by filing a complaint for declaratory and injunctive relief that would prevent all the Affiliate State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

G. On May 29, 2025, the Debtor and the Committee stipulated that the Committee is permitted to appear, be heard, and intervene, which was approved by the Court [Adv. Pro. ECF Nos. 7, 11].

H. On May 29, 2025, the Debtor filed a *Motion for Order Extending Stay to All State Court Cases in Which Debtor and/or Non-Debtor Affiliates Are Named as Defendants Under Bankruptcy Code Sections 105(a) and 362* along with supporting declarations and exhibits [Adv. Pro. ECF No. 8] (the "Injunction Motion"), seeking both a declaration that the automatic stay extends to all Affiliate State Court Actions and, in the alternative, an injunction that would prevent all Affiliate State Court Actions from proceeding for the duration of the Debtor's Bankruptcy Case.

I. On June 12, 2025, the Committee filed an *Opposition* and supporting documents to the Injunction Motion [Adv. Pro. ECF Nos. 13-15].

J. On June 13, 2025, the Debtor and the Committee stipulated to a voluntary stay of the Affiliate State Court Actions naming the High Schools as defendants, which was approved by the Court [Adv. Pro. ECF Nos. 17, 19].

K. On June 20, 2025, the Debtor filed a *Reply* to the Injunction Motion [Adv. Pro. ECF No. 18].

L. On June 24, 2025, the Debtor and the Committee agreed to continue the court hearing on the Injunction Motion from June 26, 2025 until July 17, 2025 at 1:30 p.m.

///

**STIPULATION**

1. The above recitals are incorporated by reference.

2. Subject to Paragraph 3, the Parties agree to a stipulated injunction pursuant to 11 U.S.C. § 105(a), enjoining prosecution of the Affiliate State Court Actions, including against the Non-Debtor Affiliates named therein (the "Stipulated Stay Injunction").

3. Attached as ***Exhibit C*** is a list identifying 5 state court actions (the "Released State Court Actions") to be released from the Stipulated Stay Injunction that shall proceed to trial, subject to the following terms:

a. The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

b. The Debtor is authorized to pay reasonable defense fees and costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

c. Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. Nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate or the enforcement of such lien.

d. No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

4. The Parties agree that all Survivors (regardless of whether their claims are selected as Released State Court Actions) may make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands. The Parties further agree that such demands are not a violation of the Stipulated Stay Injunction or the stay imposed by 11 U.S.C. § 362(a).

5. Except as provided in Paragraphs 3, nothing in this Stipulation provides for the modification or vacatur of the automatic stay imposed by 11 U.S.C. § 362(a).

6. Nothing in this Stipulation is an admission by any Party as to the allegations in the Injunction Motion or any opposition or reply filed thereto, or the merits of any of the issues raised therein.

7. Any Party may request that the Bankruptcy Court modify or rescind the Stipulated Stay Injunction, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor, or by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing. In connection with such a request, nothing in this Stipulation modifies the Parties' respective burdens of proof that they bore in relation to the Injunction Motion.

8. The Parties request that the Court approve this Stipulation and enter the proposed order attached hereto as ***Exhibit 1***.

Dated: July __, 2025

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

By */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
*Attorney for Debtor and Debtor in Possession The Roman Catholic Archbishop of San Francisco*

Dated: July ___, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By */s/ Brittany M Michael*
James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Dated: July 25, 2025

**BOUCHER LLP**

By [signature]
Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025

**KBM LAW**

By________________________________
Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: July __, 2025

**DONAHOO & ASSOCIATES, PC**

By________________________________
Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July __, 2025

**HERMAN LAW**

By________________________________
Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025

**JEFF ANDERSON & ASSOCIATES**

By________________________________
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

By */s/ Brittany M Michael*
James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Dated: July __, 2025

**BOUCHER LLP**

By____________________
Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025

**KBM LAW**

By____________________
Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: ~~July~~ August 6, 2025

**DONAHOO & ASSOCIATES, PC**

By____________________
Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July __, 2025

**HERMAN LAW**

By____________________
Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025

**JEFF ANDERSON & ASSOCIATES**

By____________________
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

By */s/ Brittany M Michael*
James I. Stang
Brittany M. Michael
Gail S. Greenwood
*Counsel for the Official Committee of Unsecured Creditors*

Dated: July __, 2025

**BOUCHER LLP**

By________________________________
Kelsey Campbell, Esq.
*Counsel for John Doe L.M. and John Doe W.C.D.*

Dated: July __, 2025

**KBM LAW**

By________________________________
Karen Barth Menzies, Esq.
*Counsel for John Doe H.M.*

Dated: July __, 2025

**DONAHOO & ASSOCIATES, PC**

By________________________________
Richard E. Donahoo, Esq.
*Counsel for C.M., G.J., and M.R.H.*

Dated: July 29, 2025

**HERMAN LAW**

By________________________________
Justin Felton, Esq.
*Counsel for G.W.*

Dated: July __, 2025

**JEFF ANDERSON & ASSOCIATES**

By________________________________
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

By
Jennifer Stein, Esq.
*Counsel for John Doe SF 1218, Jane Doe SF 2017, John Doe SF 1510, John Doe SF 2028, John Doe SF 1426, John Doe MR 1236, Jane Doe SF 1260, and Jane Doe SF 1053*

Dated: July 22, 2025

**JOSEPH C. GEORGE, JR. LAW**
By
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**
By
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**
By
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July 22, 2025

**MANLY, STEWART, & FINALDI**
By
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**
By

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**
By
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**
By

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By_______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July 29, 2025

**KETTERER, BROWNE & ASSOCIATES**

By_______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By_______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By_______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By_______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By_______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By_______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By_______________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By________________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By________________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July 29, 2025

**LIAKOS LAW, APC**

By________________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By________________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By________________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By________________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By________________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By________________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By_______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By_______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By_______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By_______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July 30th, 2025

**REICH & BINSTOCK, LLP**

By_______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By_______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By_______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By_______________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By_______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By_______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By_______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By_______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By_______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By_______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July 31, 2025

**SLATER SLATER SCHULMAN LLP**

By_______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July __, 2025

**THOMPSON LAW OFFICE, PC**

By_______________________________
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**JOSEPH C. GEORGE, JR. LAW**

By______________________________
Joseph George, Jr., Esq.
*Counsel for Joseph Doe OAK 475*

Dated: July __, 2025

**KETTERER, BROWNE & ASSOCIATES**

By______________________________
Andy LeClair, Esq.
*Counsel for John Doe A.L.R. and A.D.R.*

Dated: July __, 2025

**LIAKOS LAW, APC**

By______________________________
Jennifer Liakos, Esq.
*Counsel for LL John Doe WC*

Dated: July __, 2025

**MANLY, STEWART, & FINALDI**

By______________________________
Vince Finaldi
*Counsel for John SF-26 Doe*

Dated: July __, 2025

**REICH & BINSTOCK, LLP**

By______________________________

*Counsel for John PV Roe 554*

Dated: July __, 2025

**RIBERA LAW FIRM**

By______________________________
Sandra Ribera Speed, Esq.
*Counsel for John Doe*

Dated: July __, 2025

**SLATER SLATER SCHULMAN LLP**

By______________________________

*Counsel for John Roe 521, John Roe 644, John Roe 457, John Roe 417, John Roe 499, John Roe 663, John Roe 664, Jane Roe*

Dated: July 29, 2025

**THOMPSON LAW OFFICE, PC**

By Robert W. Thompson
Robert Thompson, Esq.
*Counsel for John Doe A.D.R. and A.L.R.*

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By______________________
R. Lewis Van Blois, Esq.
*Counsel for Jane Doe 7*

Dated: July 28, 2025

**THE ZALKIN LAW FIRM, P.C.**

By______________________
Devin Storey, Esq.
*Counsel for John DB Roe SF and John MW Roe SF*

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By______________________________

R. Lewis Van Blois, Esq.
*Counsel for Jane Doe 7*

Dated: July 25, 2025

**THE ZALKIN LAW FIRM, P.C.**

By______________________________

Devin Storey, Esq.
*Counsel for John DB Roe SF and John MW Roe SF*

Dated: July __, 2025

**VAN BLOIS & ASSOCIATES**

By________________________________
R. Lewis Van Blois, Esq.
*Counsel for Jane Doe 7*

Dated: July __, 2025

**THE ZALKIN LAW FIRM, P.C.**

By________________________________
Devin Storey, Esq.
*Counsel for John DB Roe SF and John MW Roe SF*

Dated: ~~August~~ September 9, 2025

**JEFF ANDERSON & ASSOCIATES**

By________________________________
Jennifer Stein, Esq.
*Counsel also for John Doe SF 1237, John Doe SF 1882, John Doe SF 1226, John Doe SF 1894, John Doe SF 1549, and John Doe SF 1166*

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

The Roman Catholic Archbishop of San Francisco,

Debtor and
Debtor in Possession.

Case No. 23-30564

Chapter 11

The Roman Catholic Archbishop of San Francisco,

Plaintiff,

v.

John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF

Adv No. 25-03019

**STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION AND GRANTING RELIEF FROM STAY**

Judge: Hon. Dennis Montali
Date: September 4, 2025
Time: 1:30 p.m.
Place: Zoom.Gov

2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

Based on the Stipulation of The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and each of the defendants in this Action (the "Survivor Defendants"; collectively the Debtor, the Committee, and the Survivor Defendants are the "Parties"), IT IS ORDERED:

1. Pursuant to 11 U.S.C. § 105(a) and the agreed Stipulated Stay Injunction, the Survivor Defendants are enjoined from prosecuting any of the Affiliate State Court Actions identified on ***Exhibit B*** to this Order, including against any of the Non-Debtor Affiliates, listed on ***Exhibit A*** to this Order, named therein.[1]

2. The 5 state court actions, which are identified on ***Exhibit C*** to this Order (the "Released State Court Actions"), are released from the Stipulated Stay Injunction and may proceed to trial subject to the following terms:

a) The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

b) The Debtor is authorized to pay defense costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

///

[1] Additional state court actions may be added to this Order by stipulation of the Debtor, Committee and survivor claimant.

c) Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. For the avoidance of doubt, nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate.

d) No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

3. Nothing in this Order is an admission by any Party, or a determination or finding of fact by this Court, as to the allegations in the Injunction Motion or in any oppositions filed thereto, or the merits of any of the issues raised therein.

4. The Stipulated Stay Injunction and the automatic stay imposed by 11 U.S.C. § 362(a) are further modified to allow any Survivor (regardless of whether their claims are selected as Released State Court Actions) to make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands.

5. For the avoidance of doubt, and except as provided in Paragraphs 2 and 4, nothing in this Order modifies, lifts, or vacates the automatic stay imposed by 11 U.S.C. § 362(a).

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

7. The Stipulated Stay Injunction is an interim order and not a final adjudication on the merits of the Injunction Motion or the relief requested in the Complaint.

8. Any Party may request that the Bankruptcy Court modify or rescind this Order by filing a motion in this case, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor or

by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing.

9. Any party in interest that is not a Party, may seek relief from the injunction imposed by this Order, by filing a motion in the Debtor's chapter 11 case (the "Bankruptcy Case"), setting forth cause sufficient to justify relief pursuant to 11 U.S.C. § 362(d).

*****END OF ORDER*****

# EXHIBIT A

# Exhibit A

**Parishes and Missions**

All Hallows Chapel
All Souls Church (All Souls School)
Assumption Church (Tomales)
Cathedral of St. Mary of the Assumption
Church of the Epiphany (Epiphany School)
Church of the Good Shepherd (Good Shepherd School)
Church of the Nativity (Nativity School) (Menlo Park)
Church of the Nativity (San Francisco)
Corpus Christi Church
Holy Angels Church (Holy Angels School)
Holy Name of Jesus Church (Holy Name School)
Immaculate Heart of Mary Church (Immaculate Heart of Mary School)
Mater Dolorosa Church
Mission Dolores Basilica
Most Holy Redeemer Church
Most Holy Rosary Chapel
Notre Dame Des Victoires (Ecole Notre Dame des Victoires)
Old St. Mary's Church
Our Lady of Fatima Russian Byzantine Catholic
Our Lady of Guadalupe Mission (Brisbane)
Our Lady of Angels Church (Our Lady of Angels School)
Our Lady of Loretto Church (Our Lady of Loretto School)
Our Lady of Lourdes Church
Our Lady of Mercy Church (Our Lady of Mercy School)
Our Lady of Mount Carmel Church (Mill Valley)
Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)
Our Lady of Perpetual Help (Our Lady of Perpetual Help School)
Our Lady of the Pillar Church
Our Lady of Refuge Mission
Our Lady of the Visitacion Church (Our Lady of the Visitacion School)
Our Lady of the Wayside
Sacred Heart Church
San Jose Obero Church
Shrine of St. Francis of Assisi
St. Agnes Church
St. Andrew Church
St. Anne of the Sunset Church (St. Anne School)
St. Anselm Church (St. Anselm School)
St. Anthony Church (Menlo Park)
St. Anthony Mission (Pescadero)
St. Anthony of Padua Church (Novato)
St. Anthony of Padua Church

St. Augustine Church
St. Bartholomew Church
St. Benedict Parish
St. Boniface Church
St. Brendan Church (St. Brendan School)
St. Bruno Church
St. Catherine of Siena Church (St. Catherine of Siena School)
St. Cecilia Church (St. Cecilia School) (San Francisco)
St. Cecilia Church (Lagunitas)
St. Charles Borromeo Church
St. Charles Church (St. Charles School)
St. Denis Church
St. Dominic Church
St. Dunstan Church (St. Dunstan School)
St. Elizabeth Church
St. Emydius Church
St. Finn Barr Church (St. Finn Barr School)
St. Francis of Assisi
St. Gabriel Church (St. Gabriel School)
St. Gregory Church (St. Gregory School)
St. Helen Mission
St. Hilary Church (St. Hilary School)
St. Ignatius Church
St. Isabella Church (St. Isabella School)
St. James Church (St. James School)
St. John the Evangelist Church (St. John School)
St. John of God Chapel
St. Kevin Church
St. Luke Church
St. Mark Church
St. Mary Magdalene Mission
St. Mary Star of the Sea
St. Mary Church
St. Matthew Church (St. Matthias Preschool)
St. Matthias Church
St. Michael Korean Church
St. Monica-St. Thomas the Apostle Church (St. Monica School)
St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)
St. Patrick Church (San Francisco)
St. Paul Church (St. Paul School)
St. Paul of the Shipwreck
St. Peter Church (Pacifica)
St. Peter Church (St. Peter School) (San Francisco)
St. Philip the Apostle (St. Philip School)
St. Pius Church (St. Pius School)
St. Raphael Church (St. Raphael School)

St. Raymond Church (St. Raymond School)
St. Rita Church
St. Robert Church (St. Robert School)
St. Sebastian Church
St. Stephen Church (St. Stephen School)
St. Teresa Church
St. Thomas More Church (St. Thomas More School)
St. Timothy Church (St. Timothy School)
St. Veronica Church (St. Veronica School)
St. Vincent de Paul Church (St. Vincent de Paul School)
Star of the Sea Church (Stella Maris Academy)
Sts. Peter & Paul Church (Sts. Peter & Paul School)

**The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation**

**Cemeteries**
Holy Cross Catholic Cemeteries
Saint Mary Magdalene Catholic Cemetery
Mt. Olivet Cemetery
Our Lady of Pillar Cemetery
Tomales Bay Cemetery

**Archbishop Riordan High School**

**Marin Catholic High School**

**Junipero Serra High School**

**Sacred Heart Cathedral Preparatory**

**Vallombrosa Retreat Center**

**Serra Clergy House**

**The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation**

**The Roman Catholic Seminary of San Francisco**

**Catholic Charities CYO of the Archdiocese of San Francisco**

**The Benedict XVI Institute for Sacred Music and Divine Worship**

# EXHIBIT B

R2270

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1. John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2. John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3. C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4. John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6. John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7. John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8. John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9. LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14.    Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15.    G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16.    G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17.    John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18.    John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19.    John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20.    John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21.    John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22.    John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23.    John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24.    G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25.    John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26.    John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27. John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28. John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29. John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30. John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1. Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2. John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3. Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4. John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1. Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2. Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1. John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2. John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT C

R2275

# Exhibit C

1.  John SF-26 Doe, an individual, v. Doe Archdiocese, et al., Alameda County Superior Court Case No. 22CV023657

2.  Jane Doe SF 1053, an individual, v. DOE 1, a Corporation Sole, et al., Alameda County Superior Court Case No. RG21107972

3.  John Doe W.C.D., an individual, v. DOE 1 Archdiocese, a corporation sole, et al., Alameda County Superior Court Case No. 22CV013926

4.  Jane Doe SF 1260, an individual, v. DOE 1, a corporation sole., et al., Alameda County Superior Court Case No. 22CV020842

5.  John MW Roe SF, individually, v. Defendant Doe 1, Archdiocese, et al., Alameda County Superior Court Case No. 22CV018182

Entered on Docket
September 17, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 17, 2025

DENNIS MONTALI
U.S. Bankruptcy Judge

Paul J. Pascuzzi, State Bar No. 148810
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LI
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
mkutsuris@ffwplaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Ori Katz, State Bar No. 209561
Alan H. Martin, State Bar No. 132301
Jeannie Kim, State Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com
amartin@sheppardmullin.com

Amanda L. Cottrell, State Bar No. 360215
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: acottrell@sheppardmullin.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and<br>Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF | Adv No. 25-03019<br><br>**STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION AND GRANTING RELIEF FROM STAY**<br><br>Judge: Hon. Dennis Montali<br>Date: September 4, 2025<br>Time: 1:30 p.m.<br>Place: Zoom.Gov |

2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,

Defendants,

Based on the Stipulation of The Roman Catholic Archbishop of San Francisco (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and each of the defendants in this Action (the "Survivor Defendants"; collectively the Debtor, the Committee, and the Survivor Defendants are the "Parties"), IT IS ORDERED:

1. Pursuant to 11 U.S.C. § 105(a) and the agreed Stipulated Stay Injunction, the Survivor Defendants are enjoined from prosecuting any of the Affiliate State Court Actions identified on ***Exhibit B*** to this Order, including against any of the Non-Debtor Affiliates, listed on ***Exhibit A*** to this Order, named therein.[1]

2. The 5 state court actions, which are identified on ***Exhibit C*** to this Order (the "Released State Court Actions"), are released from the Stipulated Stay Injunction and may proceed to trial subject to the following terms:

a) The Plaintiffs may prosecute, and any court where the action is pending may proceed with all necessary actions to adjudicate, the Released State Court Actions through final judgment, including against the Debtor and all non-Debtor defendants.

b) The Debtor is authorized to pay defense costs in the Released State Court Actions that are not paid by an insurer, notwithstanding any prior order of the Court.

///

[1] Additional state court actions may be added to this Order by stipulation of the Debtor, Committee and survivor claimant.

c) Entry of a judgment against any defendant in the Released State Court Actions shall not create a lien against any non-insurance asset of the Debtor or any Non-Debtor Affiliate. For the avoidance of doubt, nothing in this Stipulation should be construed to prevent a lien from attaching to the Debtor's and/or any Non-Debtor Affiliate's insurance policies or the proceeds of such policies, or the assets of any defendant that is not the Debtor or a Non-Debtor Affiliate.

d) No Plaintiff may create or take any action to effectuate the creation or imposition of any lien against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate. Further, no Survivor may collect, levy, execute, or otherwise enforce any judgment against any non-insurance asset(s) of the Debtor or any Non-Debtor Affiliate.

3. Nothing in this Order is an admission by any Party, or a determination or finding of fact by this Court, as to the allegations in the Injunction Motion or in any oppositions filed thereto, or the merits of any of the issues raised therein.

4. The Stipulated Stay Injunction and the automatic stay imposed by 11 U.S.C. § 362(a) are further modified to allow any Survivor (regardless of whether their claims are selected as Released State Court Actions) to make written settlement demands on the Debtor and any non-Debtor defendant(s) and request that the Debtor and any non-Debtor defendant(s) tender those demands on their respective insurers and request that the insurers pay those demands.

5. For the avoidance of doubt, and except as provided in Paragraphs 2 and 4, nothing in this Order modifies, lifts, or vacates the automatic stay imposed by 11 U.S.C. § 362(a).

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

7. The Stipulated Stay Injunction is an interim order and not a final adjudication on the merits of the Injunction Motion or the relief requested in the Complaint.

8. Any Party may request that the Bankruptcy Court modify or rescind this Order by filing a motion in this case, except that the Released State Court Actions shall not be stayed or otherwise enjoined without the consent of the Committee and the applicable Plaintiff/Survivor or

by the Court upon a showing of extraordinary circumstances. The requesting party must give the Debtor and the Committee at least three (3) days' written notice prior to filing the request and may not set the matter for hearing on less than 30 days' notice from the time of filing.

9. Any party in interest that is not a Party, may seek relief from the injunction imposed by this Order, by filing a motion in the Debtor's chapter 11 case (the "Bankruptcy Case"), setting forth cause sufficient to justify relief pursuant to 11 U.S.C. § 362(d).

*****END OF ORDER*****

# EXHIBIT A

R2281

# Exhibit A

**Parishes and Missions**
All Hallows Chapel
All Souls Church (All Souls School)
Assumption Church (Tomales)
Cathedral of St. Mary of the Assumption
Church of the Epiphany (Epiphany School)
Church of the Good Shepherd (Good Shepherd School)
Church of the Nativity (Nativity School) (Menlo Park)
Church of the Nativity (San Francisco)
Corpus Christi Church
Holy Angels Church (Holy Angels School)
Holy Name of Jesus Church (Holy Name School)
Immaculate Heart of Mary Church (Immaculate Heart of Mary School)
Mater Dolorosa Church
Mission Dolores Basilica
Most Holy Redeemer Church
Most Holy Rosary Chapel
Notre Dame Des Victoires (Ecole Notre Dame des Victoires)
Old St. Mary's Church
Our Lady of Fatima Russian Byzantine Catholic
Our Lady of Guadalupe Mission (Brisbane)
Our Lady of Angels Church (Our Lady of Angels School)
Our Lady of Loretto Church (Our Lady of Loretto School)
Our Lady of Lourdes Church
Our Lady of Mercy Church (Our Lady of Mercy School)
Our Lady of Mount Carmel Church (Mill Valley)
Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)
Our Lady of Perpetual Help (Our Lady of Perpetual Help School)
Our Lady of the Pillar Church
Our Lady of Refuge Mission
Our Lady of the Visitacion Church (Our Lady of the Visitacion School)
Our Lady of the Wayside
Sacred Heart Church
San Jose Obero Church
Shrine of St. Francis of Assisi
St. Agnes Church
St. Andrew Church
St. Anne of the Sunset Church (St. Anne School)
St. Anselm Church (St. Anselm School)
St. Anthony Church (Menlo Park)
St. Anthony Mission (Pescadero)
St. Anthony of Padua Church (Novato)
St. Anthony of Padua Church

St. Augustine Church
St. Bartholomew Church
St. Benedict Parish
St. Boniface Church
St. Brendan Church (St. Brendan School)
St. Bruno Church
St. Catherine of Siena Church (St. Catherine of Siena School)
St. Cecilia Church (St. Cecilia School) (San Francisco)
St. Cecilia Church (Lagunitas)
St. Charles Borromeo Church
St. Charles Church (St. Charles School)
St. Denis Church
St. Dominic Church
St. Dunstan Church (St. Dunstan School)
St. Elizabeth Church
St. Emydius Church
St. Finn Barr Church (St. Finn Barr School)
St. Francis of Assisi
St. Gabriel Church (St. Gabriel School)
St. Gregory Church (St. Gregory School)
St. Helen Mission
St. Hilary Church (St. Hilary School)
St. Ignatius Church
St. Isabella Church (St. Isabella School)
St. James Church (St. James School)
St. John the Evangelist Church (St. John School)
St. John of God Chapel
St. Kevin Church
St. Luke Church
St. Mark Church
St. Mary Magdalene Mission
St. Mary Star of the Sea
St. Mary Church
St. Matthew Church (St. Matthias Preschool)
St. Matthias Church
St. Michael Korean Church
St. Monica-St. Thomas the Apostle Church (St. Monica School)
St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)
St. Patrick Church (San Francisco)
St. Paul Church (St. Paul School)
St. Paul of the Shipwreck
St. Peter Church (Pacifica)
St. Peter Church (St. Peter School) (San Francisco)
St. Philip the Apostle (St. Philip School)
St. Pius Church (St. Pius School)
St. Raphael Church (St. Raphael School)

St. Raymond Church (St. Raymond School)
St. Rita Church
St. Robert Church (St. Robert School)
St. Sebastian Church
St. Stephen Church (St. Stephen School)
St. Teresa Church
St. Thomas More Church (St. Thomas More School)
St. Timothy Church (St. Timothy School)
St. Veronica Church (St. Veronica School)
St. Vincent de Paul Church (St. Vincent de Paul School)
Star of the Sea Church (Stella Maris Academy)
Sts. Peter & Paul Church (Sts. Peter & Paul School)

**The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation**

**Cemeteries**
Holy Cross Catholic Cemeteries
Saint Mary Magdalene Catholic Cemetery
Mt. Olivet Cemetery
Our Lady of Pillar Cemetery
Tomales Bay Cemetery

**Archbishop Riordan High School**

**Marin Catholic High School**

**Junipero Serra High School**

**Sacred Heart Cathedral Preparatory**

**Vallombrosa Retreat Center**

**Serra Clergy House**

**The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation**

**The Roman Catholic Seminary of San Francisco**

**Catholic Charities CYO of the Archdiocese of San Francisco**

**The Benedict XVI Institute for Sacred Music and Divine Worship**

# EXHIBIT B

R2285

# Amended
# Exhibit B

**Catholic Charities CYO of the Archdiocese of San Francisco**

1.  John DB Roe SF v. Doe 1, Archdiocese; Defendant Doe 2, School; and Does 1 through 100; Case No. 22CV023360

2.  John Doe H.M. v. Doe 1, a Corporation Sole; Doe 2, a religious entity form unknown; Doe 3, a religious school form unknown; and Does 4 through 500; Case No. 22CV024656

3.  C.M. v. Doe 1, a corporation sole; Doe 2, a nonprofit public benefit corporation; Does 3 a religious nonprofit corporation; and Does 4 through 100; Case No. 22CV019998

4.  John Doe SF 1218 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; Doe 5, an entity form unknown; and Doe 6 through Doe 100; Case No. 22CV021136

5.  Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

6.  John Roe 521 v. Doe Archdiocese; Doe Parish; Case No. 22CV018853

7.  John Roe 663 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023916

8.  John Doe 664 v. Doe Archdiocese, a California Corporation; Doe Parish, a California Nonprofit Corporation; and Does 1 through 500; Case No. 22CV023925

9.  LL John Doe WC v. Defendant Doe Archdiocese; Defendant Doe Parish; Defendant Doe Religious Order; Defendant Does 1 through 500; Case No. 22CV021767

10. John Doe SF 2028 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV024838

11. John Doe SF 1510 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, and Doe 4 through Doe 100; Case No. 22CV020445

12. John Doe v. Doe 1, a Religious Corporation Sole; Doe 2, a domestic nonprofit organization; and Does 3 through 50; Case No. 22CV010038

13. John Roe 644 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Corporation; and Does 1 through 500; Case No. 22CV023721

14.     Jane Roe v. Doe 1, a private entity; Doe 2, an individual; and Does 1 through 500; 23CV058144

15.     G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (G.J., #56a)

16.     G.J. and M.R.H. v. The Roman Catholic Archbishop of San Francisco, a domestic nonprofit corporation; Catholic Charities CYO of The Archdiocese of San Francisco, a domestic nonprofit corporation; and Does 3-20; Case No. RG20081797 (M.R.H., #56b)

17.     John Doe SF 1426 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Doe 4 through Doe 100; Case No. 22CV020670

18.     John Doe L.M. v. Doe 1 Archdiocese, a corporation sole; Doe 2 Parish, a religious entity form unknown; Doe 3 School, a religious nonprofit corporation; Doe 4 Religious Order, a religious nonprofit corporation; and Does 5-500; Case No. 22CV023773

19.     John Roe 457 v. Doe Archdiocese, a corporation sole; Doe 2 Parish, a California Non-Profit Corporation; Doe Perpetrator, an individual; and Does 1 through 500; 22CV015557

20.     John Doe A.D.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order, a Religious Order, a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004304

21.     John Doe A.L.R. v. Doe Archdiocese, a Corporation Sole; Doe Religious Order; a Religious Corporation; and Doe 1 through Doe 500; Case No. 21CV004307

22.     John Roe 417 v. Doe Archdiocese, a California Corporation sole; Doe Parish, a California Nonprofit Religious Corporation; and Does 1 through 500; Case No. 22CV018871

23.     John Roe 499 v. The Roman Catholic Archbishop of San Francisco, a corporation sole; Catholic Charities CYO of the Archdiocese of San Francisco, a California Non-Profit Corporation; D.G., an individual; and Does 1 through 500; Case No. 23CV030277

24.     G.W. v. Catholic Charities CYO of the Archdiocese of San Francisco; Does 1 through 25; Case No. CIV2101248

25.     John Doe SF 1237 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022053

26.     John Doe SF 1882 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive: Alameda County Case No. 22CV023067

27.    John Doe SF 1226 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV022050

28.    John Doe SF 1894 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, Doe 5, and Doe 6 through Doe 100, inclusive; Alameda County Case No. 22CV023069

29.    John Doe SF 1549 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021924

30.    John Doe SF 1166 v. Doe 1, a corporation sole, Doe 2, an entity form unknown, Doe 3, an entity form unknown, Doe 4, an entity form unknown, and Doe 5 through Doe 100, inclusive; Alameda County Case No. 22CV021961

**The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary**

1.    Joseph Doe OAK 475 v. Doe 1, a religious corporation sole; Doe 2, a religious entity form unknown; Does 3, a religious entity form unknown; Doe 4 through Doe 100; Case No. 22CV019899

2.    John Doe MR 1236 v. Doe 1, a corporation sole; Doe 2, a corporation sole; Doe 3, an entity form unknown; Doe 4, an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV022052

3.    Jane Doe 7 v. Doe 1, Doe 2, Doe 3, Doe 4; Case No. RG20065264

4.    John PV Roe 554 v. Doe 1 Archdiocese; Doe 2 Parish; Doe 3 Parish; Doe 4 Parish; and Does 5 through 500; Case No. 22CV024736

**Sacred Heart Cathedral Preparatory**

1.    Joseph Doe SF 601 v. Doe 1, a religious corporation sole; Doe 2, a religious entity for unknown; Doe 3, a religious entity for unknown; Doe 4, a religious entity for unknown; and Doe 5 through Doe 100; Case No. 22CV024713.

2.    Jane Doe 116 v. Does Archdiocese; Doe Parish; Doe School; Does Religious Order; Does Education Corporation; and Does 1 through 500; 22CV023807

**Junipero Serra High School**

1.    John Doe CLG03522 v. Doe Archdiocese, a California Corporation Sole; Doe Parish, a religious entity form unknown; and DOES 1-500; Case No. 22CV024153

2.    John Doe SF 1913 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV023455

**Marin Catholic High School**

1. Jane Doe SF 1260 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Does 3 through Does 100; Case No. 22CV020842

2. John Doe SF 1026 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; and Does 4 through Does 100; Case No. Case No. RG21086082

3. Jane Doe SF 2017 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; Doe 3, an entity form unknown; Doe 4 an entity form unknown; and Doe 5 through Doe 100; Case No. 22CV024597

4. John Doe SF 1196 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020664

5. Jane Doe SF 1200 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020668

6. John Doe SF 1201 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV020669

7. Jane Doe SF 1233 v. Doe 1, a corporation sole; Doe 2, an entity form unknown; and Doe 3 through Doe 100; Case No. 22CV022051

**Riordan High School**

1. John Doe F.O. v Doe Archdiocese, a Corporation sole; Doe Religious Order, a Business Organization Form Unknown; and Does 3 through 100; Case No. 22CV024965.

# EXHIBIT C

R2290

# Exhibit C

1.  John SF-26 Doe, an individual, v. Doe Archdiocese, et al., Alameda County Superior Court Case No. 22CV023657

2.  Jane Doe SF 1053, an individual, v. DOE 1, a Corporation Sole, et al., Alameda County Superior Court Case No. RG21107972

3.  John Doe W.C.D., an individual, v. DOE 1 Archdiocese, a corporation sole, et al., Alameda County Superior Court Case No. 22CV013926

4.  Jane Doe SF 1260, an individual, v. DOE 1, a corporation sole., et al., Alameda County Superior Court Case No. 22CV020842

5.  John MW Roe SF, individually, v. Defendant Doe 1, Archdiocese, et al., Alameda County Superior Court Case No. 22CV018182

**Court Service List**
**Registered ECF Participants Only**

Paul J. Pascuzzi, SBN 148810
Jason E. Rios, SBN 190086
Thomas R. Phinney, SBN 159435
Mikayla E. Kutsuris, SBN 339777
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Barron L. Weinstein, SBN 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email: barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
(*Pro Hac Vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Century Indemnity Company, *et al.*,

Appellants,

v.

The Roman Catholic Archbishop of San Francisco, *et al.*,

Appellees.

Case Nos.
3:25-cv-08563-WHO (lead case)
3:25-cv-08566-WHO
3:25-cv-08568-WHO

**APPELLEE THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S APPENDIX IN RESPONSE TO APPELLANTS' OPENING BRIEF**

# TABLE OF CONTENTS

## APPENDIX

| ECF No. | Document | Pages/Bates No |
|---|---|---|
| 1138 | Memorandum Decision on Motion for Relief from Stay | R0001-R0010 |
| 1139 | Order Granting in Part Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation | R0011-R0012 |
| 13 | Debtor's Emergency Motion for Interim and Final Orders Authorizing the Debtor to (1) Pay Certain Prepetition Invoices for Abuse Survivors' Assistance and Safe Environment Programs, and (2) Continue its Prepetition Practice of Paying for Abuse Survivors' Assistance and Safe Environment Programs | R0013-R0032 |
| 817 | Debtor's Fourth Motion for Order Extending Exclusivity Periods [11 U.S.C. § 1121(d)] | R0033-R0047 |
| 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants | R0048-R0050 |
| 9 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Names as Defendants Under Bankruptcy Code Sections 105(a) and 362 | R0051-R0054 |
| 10 | Certificate of Service | R0055-R0057 |
| 12 | Certificate of Service | R0058-R0061 |
| 14 | Declaration of Jesse J. Bair in Support of The Official Committee of Unsecured Creditors' Opposition to the Debtor's motion for an Extension of the Automatic Stay to all State Court Cases in which the Debtor and Non-Debtor Affiliates are Names as Defendants Under Bankruptcy Code Sections 362 and 105(a) | R0062-R0064 |

| | | |
|---|---|---|
| 15 | Request for Judicial Notice in Support of the Official Committee of Unsecured Creditors' Opposition to the Debtor's Motion for an Extension of the Automatic Stay | R0065-R0088 |
| 17 | Stipulation Staying State Court Litigation Against High School Defendants | R0089-R0101 |
| 19 | Order Approving Stipulation Staying State Court Litigation Against High School Defendants | R0102-R0104 |
| 18 | Reply in Support of Motion for Order Extending Stay to all State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Names as Defendants under Bankruptcy Code Sections 105(a) and 362 | R0105-R0122 |
| 1286 | Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay | R0123-R0126 |
| 9 | Notice of Hearing on Motion for Order Extending Stay to all State Court Cases in Which Debtor and/or Non-Debtor Affiliates are Named as Defendants under Bankruptcy Code Sections 105(a) and 362 | R0127-R0130 |
| 1371 | Notice of Appeal and Statement of Election (Protective Supplement to Previous Notice of Appeal) | R0131-R0178 |
| 1342 | Insurer's Motion for Stay Pending Appeal | R0179-R0191 |
| 1409 | Monthly Operating Report for Month Ending 9.30.2025 | R0192-R0203 |
| 1409-1 | Exhibits to Monthly Operating Report | R0204-R0795 |
| 1301 | Monthly Operating Report for Month Ending 7.31.2025 | R0796-R0807 |
| 1301-1 | Exhibits to Monthly Operating Report | R0808-R1391 |

| | | |
|---|---|---|
| 1312 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay | R1392-R1393 |
| 1312-1 & 1312-2 | Exhibits to Declaration of Paul J. Pascuzzi | R1394-R1550 |
| 1325 | Certificate of Service | R1551-R1557 |
| 1325 | Certificate of Service | R1558-R1563 |
| 1305 | Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay | R1564-R1581 |
| 1292 | Certificate of Service | R1582-R1589 |
| 16 | Certificate of Service | R1590-R1593 |
| 20 | Certificate of Service | R1594-R1596 |
| 1356 | Monthly Operating Report | R1597-R1608 |
| 1356-1 | Exhibits to Monthly Operating Report | R1609-R2221 |
| 11 | Order Approving Stipulation | R2222-R2223 |
| 22 | Notice of Amended Exhibit B to Stipulation | R2224-R2236 |
| 24 | Certificate of Service | R2237-R2242 |
| 25 | Notice of Fully Executed Stipulation by and among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants | R2243-R2276 |
| 27 | Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay | R2277-R2292 |

| 28 | Certificate of Service | R2293-R2301 |
|---|---|---|

Respectfully submitted,

Dated: January 6, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*

Paul J. Pascuzzi
Jason E. Rios
Attorneys for The Roman Catholic Archbishop of San Francisco

Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
Tel: (818) 906-8300
Fax: (818) 783-2737

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>Debtor and Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11<br><br>Adv. No. 25-03019 |
| The Roman Catholic Archbishop of San Francisco,<br><br>Plaintiff,<br><br>v.<br><br>John DB Roe SF, John Doe H.M, C.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, and Jane Doe 116,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dennis Montali |

I, Randy Lowry, declare:

I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367.

On September 17, 2025, I served a true and correct copy of the following documents (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Fully Executed Stipulation By and Among the Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Docket No. 1331]**

- ***Proposed* Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay**

- **Notice of Fully Executed Stipulation By and Among The Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors, and the Survivor Defendants [Adv. Docket No. 25]**

- ***Proposed* Stipulated Order Granting Preliminary Injunction and Granting Relief from Stay**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 17, 2025, at Woodland Hills, California.

Randy Lowry
Omni Agent Solutions, Inc.

# EXHIBIT A

R2295

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Request for Notice | A.S. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA Counsel for Junipero Serra High School/Counsel for Marin Catholic High School/Counsel for Riordan High School/Counsel for Salesian Society, Registered ECF User | Binder & Malter, LLP | Attn: Robert G Harris<br>2775 Park Ave<br>Santa Clara, CA 95050 | rob@bindermalter.com<br>robertw@bindermalter.com | Email |
| *NOA - Counsel for Berkeley Research Group, LLC | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Esq<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | vbantnerpeo@buchalter.com | Email |
| *NOA - Request for Notice | C.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| Corresponding State Agencies | California Department of Tax And Fee Admin | P.O. Box 942879<br>Sacramento, CA 94279 | | First Class Mail |
| The Office of the California Attorney General | California Office of the Attorney General | 1300 I St, Ste 1142<br>Sacramento, CA 95814 | | First Class Mail |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Clyde & Co US LLP | Attn: Alexander Potente<br>Attn: Jason J Chorley<br>150 California St, 15th Fl<br>San Francisco, CA 94111 | alex.potente@clydeco.us<br>jason.chorley@clydeco.us | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London | Clyde & Co US LLP | Attn: Catalina J Sugayan<br>55 W Monroe St, Unit 3000<br>Chicago, IL 60603 | Catalina.Sugayan@clydeco.us | Email |
| *NOA - Counsel for Companhia de Seguros Fidelidade SA f/k/a Fidelidade Insurance Company of Lisbon | Clyde & Co US LLP | Attn: Catalina J Sugayan/Michael Norton<br>Attn: Yongli Yang<br>30 S Wacker Dr, Ste 2600<br>Chicago, IL 60606 | Catalina.Sugayan@clydeco.us<br>Michael.Norton@clydeco.us<br>Yongli.Yang@clydeco.us | Email |
| Corresponding State Agencies | Colorado Department of Revenue | 1881 Pierce St<br>Lakewood, CO 80214 | | First Class Mail |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Craig & Winkelman LLP | Attn: Robin D Craig<br>2001 Addison St, Ste 300<br>Berkeley, CA 94704 | rcraig@craig-winkelman.com | Email |
| *NOA - Counsel for Continental Casualty Company | Crowell & Moring LLP | Attn: Jordan A Hess<br>1001 Pennsylvania Ave, NW<br>Washington, DC 20004 | jhess@crowell.com | Email |
| *NOA - Request for Notice | D.R. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Joshua Haevernick<br>1999 Harrison St, Ste 1300<br>Oakland, CA 94612 | joshua.haevernick@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Patrick C Maxcy<br>Attn: John Grossbart<br>233 S Wacker Dr, Ste 5900<br>Chicago, IL 60606 | patrick.maxcy@dentons.com<br>john.grossbart@dentons.com | Email |
| *NOA - Counsel for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company, Employers Reinsurance Corporation, Appalachian Insurance Company, First State Insurance Company, and The Insurance Company of North America | Dentons US LLP | Attn: Geoffrey M Miller<br>Attn: Lauren Macksoud<br>1221 Ave of the Americas<br>New York, NY 10020-1089 | geoffrey.miller@dentons.com<br>lauren.macksoud@dentons.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Allan Diamond<br>Attn: Christopher Johnson<br>909 Fannin, Ste 3700<br>Houston, TX 77010 | chris.johnson@diamondmccarthy.com<br>adiamond@diamondmccarthy.com | Email |
| *NOA - Counsel for The Archdiocese of San Francisco Capital Assets Support Corporation | Diamond McCarthy LLP | Attn: Damion D. D. Robinson<br>355 S Grand Ave, Ste 2450<br>Los Angeles, CA 90071 | damion.robinson@diamondmccarthy.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies | Duane Morris LLP | Attn: Jeff D Kahane<br>Attn: Russell W Roten<br>Attn: Nathan Reinhardt<br>Attn: Timothy Evanston<br>865 S Figueroa St, Ste 3100<br>Los Angeles, CA 90017-5450 | JKahane@duanemorris.com<br>RWRoten@duanemorris.com<br>NReinhardt@duanemorris.com<br>TWEvanston@duanemorris.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA | Embolden Law PC | Attn: Douglas B Provencher<br>823 Sonoma Ave<br>Santa Rosa, CA 95404-4714 | dbp@provlaw.com | Email |
| Corresponding State Agencies | Employment Development Department | P.O. Box 989061<br>West Sacramento, CA 95798 | | First Class Mail |
| *NOA - Counsel for Abuse Claimant | Estey & Bomberger, LLP | Attn: Stephen Estey<br>2869 India St<br>San Diego, CA 92103 | steve@estey-bomberger.com | Email |
| Debtors' counsel | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul Pascuzzi<br>Attn: Thomas Phinney<br>Attn: Jason Rios<br>Attn: Mikayla E Kutsuris<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814 | ppascuzzi@ffwplaw.com<br>tphinney@ffwplaw.com<br>jrios@ffwplaw.com<br>mkutsuris@ffwplaw.com | Email |
| *NOA - Request for Notice | Fiore Achermann | Attn: Sophia Achermann<br>605 Market St, Ste 1103<br>San Francisco, CA 94105 | sophia@theFAfirm.com | Email |
| Corresponding State Agencies | Florida Department of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399 | | First Class Mail |
| Fee Examiner | Frejka PLLC | Attn: Elise S. Frejka | Efrejka@frejka.com | Email |
| *NOA - Request for Notice | GDR Group, Inc | Attn: Robert R Redwitz<br>3 Park Plz, Ste 1700<br>Irvine, CA 92614 | randy@gdrgroup.com | Email |
| Corresponding State Agencies | Georgia Department of Revenue Processing Center | P.O. Box 740397<br>Atlanta, GA 30374 | | First Class Mail |
| *NOA - Request for Notice | H.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Ifrah PLLC | Attn: George Calhoun<br>1717 Pennsylvania Ave, NW, Ste 650<br>Washington DC 20006 | george@ifrahlaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | First Class Mail |
| *NOA - Request for Notice | J.B. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | J.D. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Claims Representative for the County of Kern | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco, and The Archdiocese of San Francisco Parish and School Juridic Persons Real Property Support Corporation | Lewis Roca Rothgerber Christie LLP | One S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | RCharles@lewisroca.com | Email |
| *NOA - Counsel for Daughters of Charity Foundation | Locke Lord LLP | Attn: David S Kupetz<br>300 S Grand Ave, Ste 2600<br>Los Angeles, CA 90071 | david.kupetz@lockelord.com | Email |
| *NOA - Counsel for The Roman Catholic Bishop of Fresno | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Carole Wurzelbacher<br>444 West Lake St, Ste 4000<br>Chicago, IL 60606 | cwurzelbacher@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Darren Azman<br>Attn: Lisa A. Linsky<br>Attn: Natalie Rowles<br>Attn: Cris W. Ray<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mwe.com<br>llinsky@mwe.com<br>nrowles@mwe.com<br>cray@mwe.com | Email |
| *NOA - counsel to Sacred Heart Cathedral Preparatory (SHCP) | McDermott Will & Emery LLP | Attn: Jason D. Strabo<br>2049 Century Park E, Ste 3200<br>Los Angeles, CA 90067-3206 | jstrabo@mwe.com | Email |
| Corresponding State Agencies | New Mexico Taxation and Revenue Department | P.O. Box 25127<br>Santa Fe, NM 87504 | | First Class Mail |
| *NOA - Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew C Lovell<br>101 Montgomery St, Ste 2300<br>San Francisco, CA 94104 | mlovell@nicolaidesllp.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for The Roman Catholic Seminary of San Francisco aka St. Patrick's Seminary & University | Niesar & Vestal LLP | Attn: Peter C Califano<br>90 New Montgomery St 9th Fl<br>San Francisco, CA 94105 | pcalifano@nvlawllp.com | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Jason Blumberg<br>Attn: Trevor R Fehr<br>501 I Street, Ste 7-500<br>Sacramento, CA 95814 | jason.blumberg@usdoj.gov<br>Trevor.Fehr@usdoj.gov<br>USTP.Region17@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Phillip J. Shine<br>450 Golden Gate Ave, Rm 05-0153<br>San Francisco, CA 94102 | phillip.shine@usdoj.gov | Email |
| U.S. Trustee | Office of the United States Trustee | Attn: Deanna K. Hazelton<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | deanna.k.hazelton@usdoj.gov | Email |
| *NOA - Counsel for Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Gregory S Powell<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 | Greg.Powell@usdoj.gov | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James I Stang<br>10100 Santa Monica Blvd, 13th Fl.<br>Los Angeles, CA 90067 | jstang@pzjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Debra I Grassgreen<br>Attn: John W Lucas<br>1 Sansome St, 34th Fl, Ste 3430<br>San Francisco, CA 94104-4436 | dgrassgreen@pszjlaw.com<br>jlucas@pszjlaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Brittany M Michael<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | bmichael@pszjlaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Harris B Winsberg<br>Attn: Matthew M Weiss<br>Attn: Matthew G Roberts<br>Attn: R David Gallo<br>303 Peachtree St NE, Ste 3600<br>Atlanta, Georgia 30308 | hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br>dgallo@phrd.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation/ Counsel for Chicago Insurance Company and Fireman's Fund Insurance Company/Counsel for Appalachian Insurance Company | Parker, Hudson, Rainer & Dobbs LLP | Attn: Todd C Jacobs<br>Attn: John E Bucheit<br>2 N Riverside Plz, Ste 1850<br>Chicago, IL 60606 | tjacobs@phrd.com<br>jbucheit@phrd.com | Email |
| *NOA | Pfister & Saso, LLP | Attn: Robert Pfister<br>10250 Constellation Blvd, Ste 230<br>Los Angeles, CA 90067 | rpfister@pslawllp.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Mark D. Plevin<br>580 California St, 12th Fl<br>San Francisco, CA 94104 | mplevin@plevinturner.com | Email |
| *NOA - Attorney for Continental Casualty Company; Century Indemnity Company | Plevin & Turner LLP | Attn: Miranda H Turner<br>1701 Pennsylvania Ave, NW, 2d Fl<br>Washington, DC 20006 | mturner@plevinturner.com | Email |
| *NOA - Attorney for Century Indemnity Company | Plevin & Turner LLP | Attn: Jordan A Hess<br>1701 Pennsylvania Ave, NW, Ste 200<br>Washington, DC 20006 | jhess@plevinturner.com | Email |
| *NOA - Request for Notice | R.C. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Request for Notice | R.F. Jr. | Attn: Kim Dougherty, Esq.<br>Just Law Collaborative<br>210 Washington St<br>N Easton, MA 02356 | kim@justcelc.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Christina M. Lincoln<br>2121 Ave of the Stars, Ste 2800<br>Los Angeles, CA 90067 | clincoln@robinskaplan.com | Email |
| *NOA - Counsel for Appalachian Insurance Company | Robins Kaplan LLP | Attn: Melissa M D'Alelio<br>Attn: Taylore E Karpa Schollard<br>800 Boylston St, Ste 2500<br>Boston, MA 02199 | mdalelio@robinskaplan.com<br>tkarpa@robinskaplan.com | Email |
| *NOA - Request for Notice | Rosalie Marcic | Attn: Jeannette A. Vaccaro, Esq.<br>315 St., 10th Fl<br>San Francisco, CA 94104 | jv@jvlaw.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Ruggeri Parks Weinberg LLP | Attn: Annette P Rolain<br>Attn: Joshua Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Arolain@ruggerilaw.com<br>jweinberg@ruggerilaw.com | Email |

**Exhibit A**
**Limited Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Corresponding State Agencies | San Francisco County Clerk | 1 Dr Carlton B Goollett Pl<br>City Hall, Room 168<br>San Francisco, CA 94102 | | First Class Mail |
| Corresponding State Agencies | San Francisco Tax Collector | P.O. Box 7426<br>San Francisco, CA 94120 | | First Class Mail |
| Corresponding State Agencies | San Mateo County Tax Collector | 555 County Center, 1st Floor<br>Redwood City, CA 94063 | | First Class Mail |
| Debtor's Counsel | Sheppard, Mullin, Richter & Hampton LLP | Attn: Ori Katz<br>Attn: Alan H Martin<br>4 Embarcadero Ctr, 17th Fl<br>San Francisco, CA 94111-4109 | amartin@sheppardmullin.com<br>okatz@sheppardmullin.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Andrew T Frankel<br>Attn: Michael H Torkin<br>Attn: David Elbaum<br>425 Lexington Ave<br>New York, NY 10017 | afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>david.elbaum@stblaw.com | Email |
| *NOA - Counsel for Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company | Simpson Thacher & Bartlett LLP | Attn: Pierce A MacConaghy<br>2475 Hanover St<br>Palo Alto, CA 94304 | pierce.macconaghy@stblaw.com | Email |
| *NOA - Counsel for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation | Sinnott, Puebla, Campagne & Curet, APLC | Attn: Blaise S Curet<br>2000 Powell St, Ste 830<br>Emeryville, CA 94608 | bcuret@spcclaw.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies and Companhia de Seguros Fidelidade SA f/k/a Fidelidade Insurance Company of Lisbon | Skarzynski Marick & Black LLP | Attn: Jeff D Kahane / Timothy W Evanston Attn: Nathan Reinhardt/Russell W Roten<br>663 W 5th St, 26th Fl<br>Los Angeles, CA 90071 | jkahane@skarzynski.com<br>tevanston@skarzynski.com<br>nreinhardt@skarzynski.com<br>rroten@skarzynski.com | Email |
| *NOA - Counsel for Certain Underwriters at Lloyd's London and certain London Market | Skarzynski Marick & Black LLP | Attn: Ashley I Storey<br>1 Battery Park Plz, Fl 32<br>New York, NY 10004 | astorey@skarzynski.com | Email |
| *NOA - Counsel for Interested Party First State Insurance Company | Smith Ellison | Attn: Michael W Ellison<br>2151 Michelson Dr, Ste 185<br>Irvine, CA 92612 | mellison@sehlaw.com | Email |
| Corresponding State Agencies | State of California Franchise Tax Board | P.O. Box 942867<br>Sacramento, CA 94267 | | First Class Mail |
| Corresponding State Agencies | Virginia Department of Taxation | P.O. Box 1115<br>Richmond, VA 23218 | | First Class Mail |
| Corresponding State Agencies | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261 | | First Class Mail |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Robert M Charles, Jr<br>1 S Church Ave, Ste 2000<br>Tucson, AZ 85701-1666 | Robert.Charles@wbd-us.com | Email |
| *NOA - Counsel for Parishes of the Roman Catholic Archdiocese of San Francisco | Womble Bond Dickinson (US) LLP | Attn: Katie Rios<br>201 E Washington St, Ste 1200<br>Phoenix, AZ 85004 | Katie.Rios@wbd-us.com | Email |

**EXHIBIT B**

R2300

**Exhibit B**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Law Office of Robin D. Craig | Robin D. Craig<br>6114 La Salle Ave., No. 517<br>Oakland, California 94611 | rdcraig@rcraiglaw.com | Email<br>First Class Mail |