

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

April 14, 2026

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse                                    District Court Appeal Number:
450 Golden Gate Avenue, 16th Floor                              25-cv-08563-RFL
San Francisco, CA 94102

**Re: Transmission of Document(s) on Appeal:**
  The Roman Catholic Archbishop of San Francisco, Bankruptcy Case No. 23-30564,
  Judge Dennis Montali

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:
  - Counter-Designation of the Record and Statement of Issues filed by Appellee the Official
  Committee of Unsecured Creditors - dkt. 1707
  - Certificate of Service re Counter Designation filed by Appellee the Official Committee of
  Unsecured Creditors- dkt. 1712

If you have any questions, please contact me at  (888) 821-7606        .

Edward Emmons, Clerk
United States Bankruptcy Court

By:  /s/Monica Tartaglia

Monica Tartaglia,  Deputy Clerk