James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
       bmichael@pszjlaw.com
       ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | **COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES FILED BY APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, the Official Committee of Unsecured Creditors (the "<u>Committee</u>" or "<u>Appellee</u>") of The Roman Catholic Archbishop of San Francisco (the "<u>Debtor</u>") hereby: (1) submits the following statement of issues to be considered on appeal, and (2) designates the following additional items to be included in the record for the appeal filed by Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company, Westport Insurance Corporation, Certain Underwriters at

Lloyd's, London and Certain London Market Insurance Companies, and Appalachian Insurance Company  (the "Appellants").[1]

### I. Statement of Issues to be Presented on Appeal

Appellee presents the following statement of issue to be considered on appeal:

1.      When insurers seek to deploy Bankruptcy Rule 2004, a bankruptcy-exclusive discovery device against hundreds of abuse survivors and their advocates without any showing of bankruptcy-specific necessity, is the Bankruptcy Court's denial of that request an abuse of discretion?

2.      When insurers (a) persistently challenge the Bankruptcy Court's jurisdiction, (b) refuse to accept coverage for the abuse claims without reservation, and (c) concede they are not parties to survivors' state court lawsuits against the Debtor, did the Bankruptcy Court abuse its discretion by concluding those insurers lack a legitimate bankruptcy purpose for their proposed discovery?

3.      Did the Bankruptcy Court abuse its discretion by refusing to permit insurers to seek discovery targeting survivors' counsel based solely on counsel signing their clients' proof of claim forms?

### II. Designation of Additional Items to be Included in the Record on Appeal

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda:

### Items from Main Bankruptcy Case, Case No. 23-30564

| Item No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 1 | 10/19/2023 | 220 | Motion For Order (1) Fixing Time For Filing Proofs Of Claim; (2) Approving Proof Of Claim Forms; (3) Providing Confidential Protocols; And (4) Approving Form And Manner Of Notice |

---

[1] The Appellant filed two notices of appeal regarding the Court's approval of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (the "Motion"): Docket Nos. 1341 and 1377.

| | | | |
|---|---|---|---|
| 2 | 10/19/2023 | 222 | Declaration of Peter Marlow in Support of Debtors Motion for Order (1) Fixing Time For Filing Proofs Of Claim; (2) Approving Proof Of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form And Manner Of Notice |
| 3 | 11/02/2023 | 273 | Objection / Committee's Limited Objection to Debtor's Motion for Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 4 | 11/02/2023 | 274 | Objection \| Limited Objection and Reservation of Rights of Certain Insurers Regarding Debtor's Bar Date Motion (RE: related document(s)220 Motion Miscellaneous Relief). Filed by Interested Partys Appalachian Insurance Company, Century Indemnity Company, Certain Underwriters at Lloyds London and Certain London Market Companies, Chicago Insurance Company, Continental Casualty Company, Fireman's Fund Insurance Company, First State Insurance Company, Pacific Indemnity Company, Westchester Fire Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
| 5 | 11/06/2023 | 287 | Preliminary Comments on Motion Regarding Claims Bar Dates, ETC. |
| 6 | 11/08/2023 | 297 | Status Conference Statement Debtor's Status Update regarding Motion for Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 7 | 11/08/2023 | 298 | Request To Take Judicial Notice in support of Motion for Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 8 | 11/15/2023 | 310 | Document: Letter to Court Regarding Proposed Order. |
| 9 | 04/02/2024 | 571 | Ex Parte Motion to Compel Production of Documents Filed by Interested Partys Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company |
| 10 | 04/04/2024 | 572 | Joinder in Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to |

Case: 23-30564    Doc# 1707-1 Filed: 04/09/26 Entered: 04/09/26 10:33:00 Page 3 of 88

3

| | | | Bankruptcy Rule 2004 Compelling Production of Documents (RE: related document(s)571 Motion to Compel). Filed by Interested Partys Appalachian Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
|---|---|---|---|
| 11 | 04/04/2024 | 573 | Objection Committee's Opposition to Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 12 | 04/05/2024 | 576 | Joinder First State Insurance Company's Joinder In Ex Parte Application Of Certain Insurers For Entry Of An Order Pursuant To Bankruptcy Rule 2004 Compelling Production Of Documents |
| 13 | 04/05/2024 | 577 | Joinder of Certain Underwriters at Lloyd's London and Certain London Market Companies to the Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 14 | 04/08/2024 | 580 | Objection Debtor's Request for Hearing and Opposition to Ex Parte Application of Certain Insurers for Entry of an Order Pursuant to Bankruptcy Rule 2004 Compelling Production of Documents |
| 15 | 05/16/2024 | 635 | Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 16 | 05/16/2024 | 641 | Joinder to Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
| 17 | 05/30/2024 | 668 | Insurers' Objection to Debtor's Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator, and Granting Related Relief |
| 18 | 05/31/2024 | 669 | Objection First State Insurance Company's Joinder In Insurers Objection To Debtors Motion For Entry Of An Order Referring Parties To Global Mediation, Appointing Mediator And Granting Related Relief |
| 19 | 06/06/2024 | 683 | Reply in Support of Debtors Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Grant Related Relief |

| 20 | 06/06/2024 | 686 | Omnibus Reply in Support of Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
|---|---|---|---|
| 21 | 06/06/2024 | 687 | Request To Take Judicial Notice Request for Judicial Notice in Support of Motion for Entry of an Order Referring Parties to Global Mediation, Appointing Mediator and Granting Related Relief |
| 22 | 06/20/2024 | 704 | Memorandum Decision on Motion for Order Referring Parties to Global Mediation |
| 23 | 07/15/2024 | 747 | Order Referring Case to Mediation and Appointing Mediator |
| 24 | 02/21/2025 | 1015 | Motion for Relief from Stay |
| 25 | 02/21/2025 | 1017 | Request for Judicial Notice in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation |
| 26 | 02/21/2025 | 1018 | Declaration of Jesse Bair in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation |
| 27 | 02/21/2025 | 1019 | Declaration of Vince Finaldi in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation |
| 28 | 02/21/2025 | 1020 | Declaration of Richard Simons in Support of The Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation |
| 29 | 03/13/2025 | 1081 | Objection of Certain Insurers to The Official Committee of Unsecured Creditors Motion For an Order Granting Certain Trial-Ready Survivors Relief From The Automatic Stay to Pursue State Court Litigation |
| 30 | 03/13/2025 | 1083 | Brief/Memorandum in Opposition to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Granting Certain Trial-Ready Survivors Relief from the Automatic Stay to Pursue State Court Litigation |

| 31 | 03/20/2025 | 1097 | The Official Committee of Unsecured Creditors' Reply Brief in Support of an Order Granting Certain Trial-Ready Survivors Relief From the Automatic Stay to Pursue State Court Litigation |
|---|---|---|---|
| 32 | 04/10/2025 | 1138 | Memorandum Decision on Motion for Relief from Stay |
| 33 | 04/28/2025 | 1169 | Adversary case 25-03019. 72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by The Roman Catholic Archbishop of San Francisco against John DB Roe SF, John Doe H.M., John Doe SF 1218, Jane Doe SF 2017, John Roe 521, John Roe 663, John Doe 664, LL John Doe WC, John Doe SF 2028, John Doe SF 1510, John Doe, John Roe 644, Jane Roe, G.J., M.R.H., John Doe SF 1426, John Doe L.M., John Roe 457, John Doe A.D.R., John Doe A.L.R., John Roe 417, John Roe 499, G.W., Joseph Doe OAK 475, John Doe MR 1236, Jane Doe 7, John PV Roe 554, John Doe F.O., John Doe CLG03522, John Doe SF 1913, Jane Doe SF 1260, John Doe SF 1026, John Doe SF 1196, Jane Doe SF 1200, John Doe SF 1201, Jane Doe SF 1233, Joseph Doe SF 601, Jane Doe 116. |
| 34 | 09/16/2025 | 1341 | Notice of Appeal and Statement of Election |
| 35 | 09/16/2025 | 1342 | Motion to Stay Pending Appeal |
| 36 | 09/16/2025 | 1343 | Notice of Appeal and Statement of Election |
| 37 | 09/16/2025 | 1344 | Notice of Appeal and Statement of Election |
| 38 | 09/17/2025 | 1346 | Order Granting Debtor's Motion To Approve Compromise and Stipulation Modifying the Automatic Stay |
| 39 | 10/08/2025 | 1389 | Adversary case 25-03070. 91 (Declaratory judgment) Complaint by Westport Insurance Corporation f/k/a Employers Reinsurance Corporation against The Roman Catholic Archbishop of San Francisco. |
| 40 | 11/10/2025 | 1468 | Order Denying Motion to Stay By District Court Judge William H. Orrick, Re: Appeal on Civil Action Number: 25-cv-08563-WHO, DENIED |
| 41 | 01/16/2026 | 1558 | Adversary case 26-03001. 91 (Declaratory judgment) Complaint by St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company against The Roman Catholic Archbishop of San Francisco, a corporation sole. |

| 42 | 03/31/2026 | 1684 | Brief/Memorandum in Opposition to (RE: related document(s)1652 Motion for Leave to Appeal) |

**Items from Adversary Proceeding Case, Case No. 25-03070**

| Item No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 1 | 11/07/2025 | 23 | Motion to Stay Adversary Proceeding Filed by Defendant The Roman Catholic Archbishop of San Francisco |
| 2 | 11/07/2025 | 24 | Memorandum of Points and Authorities in Support of Motion to Stay Adversary Proceeding |
| 3 | 11/07/2025 | 25 | Declaration of Barron L. Weinstein in Support of The Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding |
| 4 | 12/04/2025 | 31 | Brief/Memorandum in Opposition to The Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding |
| 5 | 12/04/2025 | 32 | Declaration of Blaise S. Curet in Support of Plaintiff Westport Insurance Corporation's Opposition to Defendant's Motion to Stay |
| 6 | 12/04/2025 | 33 | Request To Take Judicial Notice In Support of Its Opposition to Motion to Stay |
| 7 | 12/11/2025 | 34 | Reply Memorandum of Points and Authorities in Further Support of Motion to Stay Adversary Proceeding |

### III.    Reservation of Rights

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated:  April 9, 2026                              PACHULSKI STANG ZIEHL & JONES LLP

By */s/ Brittany M. Michael*
    James I. Stang
    Gail Greenwood
    Brittany M. Michael
    *Attorneys for the Official Committee of Unsecured Creditors*

-- and --

BURNS BAIR LLP

    Timothy W. Burns
    Jesse J. Bair
    *Special Insurance Counsel for the Official Committee of Unsecured Creditors*