UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Plaintiffs,<br><br>    v.<br><br>FR. PATRICK SUMMERHAYS,<br><br>    Defendant. | Case No.  26-cv-02863-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to 3:25-cv-08563-RFL, *Re: The Roman Catholic Archbishop of San Francisco*.

**IT IS SO ORDERED.**

Dated: April 17, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California